UNITED STATES DISTICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *JOSEPH ORR, ET AL V. JANSSEN RESEARCH, ET AL NO. 15-03708* | * * * * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * *

## ORDER

Considering the Motion for Leave to File Plaintiffs' Steering Committee's Memorandum in Reply to Defendants' Opposition to Plaintiffs' Motion to Amend Complaint;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that the attached Plaintiffs' Steering Committee's Memorandum in Reply to Defendants' Opposition to Plaintiffs' Motion to Amend Complaint be and is hereby filed into the record.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2017.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE