# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Gene Mumford v. Janssen Research & Development, LLC et al; Civil Action No.: 2:17-cv-01192*

### PLAINTIFF'S MOTION TO DEEM PRIOR SERVICE VALID OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

*NOW* comes Plaintiff Gene Mumford, by and through his undersigned counsel of record, and respectfully moves this Court for an order declaring that prior service of his Complaint and Summons on Defendant Bayer Pharma AG is valid. In the alternative, Plaintiff respectfully moves the Honorable Court for an extension of time within which to serve process on Defendant Bayer Pharma AG. In support of this Motion, Plaintiff submits his contemporaneously filed Memorandum in Support.

*WHEREFORE*, Plaintiff respectfully requests that this Court exercise its discretion and enter and Order declaring service to be valid, or in the alternative, enter an Order granting an extension of time within which to serve process.

Dated: <u>May 8, 2017</u>

                                                  Respectfully submitted,

                                                  /s/ Thomas M. Kollin  
                                                THOMAS M. KOLLIN  
                                                (Ohio State Bar No.: 0066964)  
                                                THE KOLLIN FIRM, LLC  
                                                2372 Lakeview Drive, Ste. H  
                                                Beavercreek, OH 45431-2566  
                                                (937) 490-4700 (telephone)  
                                                (937) 490-4666 (facsimile)  
                                                kollin@kollinfirm.com  
                                                ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall sent electronic notification of such filing to all CM/ECF participants.

                                                /s/ Thomas M. Kollin  
                                                THOMAS M. KOLLIN