UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :    MDL No. 2592
                                      :
                                      :    SECTION L
                                      :
                                      :    JUDGE ELDON E. FALLON
                                      :
                                      :    MAGISTRATE JUDGE NORTH
                                      :
                                      :

**THIS DOCUMENT RELATES TO:**

*Gene Mumford v. Janssen Research & Development, LLC et al; Civil Action No.: 2:17-cv-01192*

**NOTICE OF SUBMISSION**

*PLEASE TAKE NOTICE* that on Monday, May 8, 2017, Plaintiff, Gene Mumford's ***Motion to Deem Prior Service Valid or in the Alternative for an Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG*** will be presented to the Court for a ruling without the necessity of an oral hearing.

Dated: May 8, 2017

                                              Respectfully submitted,

                                              /s/ Thomas M. Kollin
                                              THOMAS M. KOLLIN
                                              (Ohio State Bar No.: 0066964)
                                              THE KOLLIN FIRM, LLC
                                              2372 Lakeview Drive, Ste. H
                                              Beavercreek, OH 45431-2566
                                              (937) 490-4700 (telephone)
                                              (937) 490-4666 (facsimile)
                                              kollin@kollinfirm.com
                                              ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall sent electronic notification of such filing to all CM/ECF participants.

                                              /s/ Thomas M. Kollin
                                              THOMAS M. KOLLIN