UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |
| | : | |

**THIS DOCUMENT RELATES TO:**

*Gene Mumford v. Janssen Research & Development, LLC et al; Civil Action No.: 2:17-cv-01192*

**PROPOSED ORDER**

IT IS ORDERED that the Plaintiff, Gene Mumford's Motion to Deem Prior Service of Process on Defendant Bayer Pharma AG as valid under Pretrial Order Nos. 10 and 11 is hereby GRANTED. New Orleans, Louisiana, this _____ day of _____ 2017.

_____
Hon. Eldon E. Fallon
United States District Judge