# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.**

*Judy Goff v. Janssen Research & Development LLC et al*, Case No. 2:16-cv-16931; In the United States District Court for the Eastern District of Louisiana

## PLAINTIFF'S MOTION FOR DISMISSAL WITHOUT PREJUDICE

COMES NOW, the plaintiff in the above-listed action, through undersigned counsel of record hereby files Plaintiff's Motion for Dismissal of this action without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(2), each party is to bear their own costs.

WHEREFORE, Plaintiff hereby requests that her claims against all defendants in this action be dismissed, without prejudice.

20468.1

Respectfully submitted,

FERNELIUS SIMON PLLC

/s/ C. Brannon Robertson
Stephen M. Fernelius
Texas State Bar No. 06934340
C. Brannon Robertson
Texas State Bar No. 24002852
Ryan M. Perdue
Texas State Bar No. 24046611
1221 McKinney, Suite 3200
Houston, Texas 77010
Telephone: (713) 654-1200
Facsimile: (713) 654-4039
steve.fernelius@trialattorneytx.com
brannon.robertson@trialattorneytx.com
ryan.perdue@trialattorneytx.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The foregoing Plaintiff's Motion to Dismiss without Prejudice has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 8th day of May 2017.

/s/ C. Brannon Robertson
C. Brannon Robertson

20468.1