# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) ) ) | **MDL NO. 2592** |
| | ) | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** | ) ) | **JUDGE ELDON E. FALLON** |
| | ) ) | **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.**

*Judy Goff v. Janssen Research & Development LLC et al*, **Case No. 2:16-cv-16931; In the United States District Court for the Eastern District of Louisiana**

### PROPOSED ORDER ON PLAINTIFF'S MOTION TO DISMISS

This matter came before the court on Plaintiff's Motion to Dismiss without Prejudice.

After due consideration, this Court hereby GRANTS Motion to Dismiss without Prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that Plaintiff's Motion to Dismiss without Prejudice is hereby GRANTED, with each party to bear their own costs.

New Orleans, Louisiana this \_\_\_\_ day of _____ 2017.

_____
UNITED STATES DISTRICT JUDGE