UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E FALLON |
| | MAG. JUDGE NORTH |

## CASE MANAGEMENT ORDER NO. 2E

Pursuant to Case Management Order (CMO) No. 2, the Parties have met and conferred and derived a pretrial schedule for the second bellwether trial that is consistent with the pretrial schedule for the first bellwether trial. The parties request that the Court enter CMO 2E regarding the pretrial schedule for the second bellwether trial.

In consideration of the parties' request, IT IS ORDERED:

A. Schedule for Trial Preparation Documents for the Second Bellwether Trial is as follows:

1. **Jury Questionnaire:** April 26, 2017

2. **Parties' Exchange Non-Binding Lists of Potential Motions *in Limine*:** May 2, 2017

3. **Parties' Exchange Witness Lists:** May 5, 2017

4. **Parties' Exchange Names of New Witnesses for Whom They Will Designate Deposition Testimony Who Were Not Designated in the *Boudreaux* Trial:** May 8, 2017[1]

5. **Parties' Exchange Exhibit Lists:** May 9, 2017[2]

6. **Motions *in Limine*:** May 12, 2017

7. **Parties Exchange Images of Documents on Exhibit Lists:** May 11, 2017

---

[1] The parties are meeting and conferring on a protocol to exchange deposition designations and objections to designations on a rolling basis, to present them to the Court in waves for ruling in advance of trial.

[2] The parties are meeting and conferring on a protocol for presenting trial exhibits and objections for submission to the Court.

- 2 -

8. **Plaintiff Medical Update:**  Not Applicable

9. **Proposed Jury Instructions, Supplemental Exhibit Lists, and Images of Documents on Supplemental Exhibit List:**  May 16, 2017

10. **Oppositions to Motions *in Limine* and Objections to Exhibits on Supplemental Lists:**  May 23, 2017

11. **Pretrial Order:**  May 23, 2017

12. **Parties Submit Exhibits and Spreadsheets with Exhibits and Objections to Court:**  May 25, 2017

13. **Pretrial Conference:**  May 24, 2017

B.   All provisions of CMO No. 2, CMO No. 2A, CMO No. 2C, and CMO No. 2D other than those amended shall remain unchanged and in full force and effect.

NEW ORLEANS, LOUISIANA this 8th day of May 2017.

**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**