MINUTE ENTRY
FALLON, J.
MAY 8, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference took place on this date in the Chambers of the Honorable Eldon E. Fallon. Plaintiffs were represented by Lenny Davis, Jerry Meunier, Brian Barr, Andy Birchfield, Neil Overholtz, and Emily Jeffcott. Defendants were represented by Beth Wilkinson, David Dukes, Jim Irwin, Susan Sharko, Jeremy Barber, Mark Jones, Jennifer Saulino, Kevin Newsom, and Steve Glickstein. The parties discussed the upcoming bellwether trial scheduled to begin Tuesday, May 30, 2017.

**IT IS ORDERED** that the parties will attend a pretrial meeting on May 17, 2017, at 2:00 p.m. to discuss jury selection.

**IT IS FURTHER ORDERED** that the parties will attend a final pretrial conference on May 24, 2017, at 11:00 a.m.

JS10(0:24)