UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>All Cases | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

# O R D E R

Considering the Plaintiffs' Steering Committee's Motion to Unseal The Dispositive and *Daubert* Motions and Related Exhibits;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Court unseals and re-designates as non-confidential (no longer "protected" under PTO 12) all judicial records, including Defendants' Joint Motions for Partial Summary Judgement and *Daubert* Motion, as well as their memorandums in support and attached exhibits and further unseal the PSC's responses and the attached exhibits to these motions.

New Orleans, Louisiana, this 8th day of May, 2017.

_____
Eldon E. Fallon
United States District Court Judge