UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTA HOLLINGSWORTH, | ) | |
| | ) | MDL NO. 2592 |
| Plaintiffs. | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | |
| | ) | SECTION: L |
| | ) | |
| v. | ) | MAG. JUDGE: MICHAEL NORTH |
| | ) | |
| | ) | |
| JANSSEN RESEARCH & | ) | CIVIL ACTION NO. 2:16-cv-3431 |
| DEVELOPMENT LLC F/K/A JOHNSON | ) | |
| AND JOHNSON PHARMACEUTICAL | ) | |
| RESEARCH AND DEVELOPMENT LLC, | ) | |
| JANSSEN ORTH LLC, JANSSEN | ) | |
| PHARMACEUTICAL, INC. F/K/A JANSSEN | ) | |
| PHARMACEUTICALS, INC. F/K/A | ) | |
| JANSSEN PHARMACEUTICA INC, | ) | |
| F/K/A ORTHO-MCNEIL-JANSSEN | ) | |
| PHARMACEUTICALS INC., | ) | |
| JOHNSON & JOHNSON COMPANY | ) | |
| BAYER HEALTHCARE PHARMACEUTICALS, | ) | |
| INC., BAYER HEALTHCARE LLC, BAYER | ) | |
| PHARMA AG, BAYER CORPORATION, | ) | |
| BAYER HEALTHCARE AG, AND BAYER AG, | ) | |
| | ) | |
| Defendants. | ) | |

**EX PARTE MOTION TO AMEND**

   Plaintiff, Christa Hollingsworth, Pursuant to the applicable Federal Rule of Civil Procedures 15(a)(1)(A) as cited in Pretrial Order No. 11C, by and through the undersigned, hereby seek to amend the Complaint by amending the stop date of ingestion to reflect September 17, 2015. Plaintiff also moves to amend the initial date of injury to reflect September 16, 2015. Lastly, Plaintiff moves to include the additional injury date of September 20, 2015.

Plaintiff Christa Hollingsworth's Complaint was filed via LAED CM/ECF on April 13, 2017 and service was executed thereafter on April 25, 2017. It is hereby requested that this Ex Parte Motion to Amend Complaint is granted.

Dated: May 9, 2017

Respectfully submitted,

SWMK Law, LLC

By: /s/Stephen B. Wohlford
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile

**ATTORNEYS FOR PLAINTIFFS**