UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 15-3148 – Gloria Saffell, Representative of Florence Baker v. Janssen, et al and C.A. 16-12079 – Robert Baker v. Janssen, et al | SECTION: L (5) |

O R D E R

IT IS ORDERED that the Court's previous order entered on March 14, 2017, Rec. Doc. 5725, be AMENDED to correct the case number of plaintiff Robert Baker, on line 4 of said document. Plaintiff Robert Baker's correct case number is **2:16-cv-12079** and not 2:15-cv-3148. Since C.A. 2:15-cv-3148 was closed in error on March 14, 2107, IT IS ORDERED that C.A. 2:15-cv-3148, be **REOPENED and REINSTATED** on the Court's docket. IT IS FURTHER ORDERED that C.A. 2:16-cv-12079 be DISMISSED with prejudice.

New Orleans, Louisiana, this   8th   day of May, 2017.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**