**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>MARION REYNOLDS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PAM REYNOLDS, DECEASED<br><br>Civil Action No. 2:17-cv-00039 | MDL No. 2592<br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE DEFENDANTS BAYER PHARMA AG, BAYER HEALTHCARE PHARMACEUTICALS INC., JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, AND  JOHNSON & JOHNSON COMPANY**

COMES NOW Plaintiff, Marion Reynolds, as Personal Representative of the Estate of Pam Reynolds Grimes, Deceased, through undersigned counsel, and respectfully requests this Court grant his Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Pharma AG, Bayer HealthCare Pharmaceuticals Inc., Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Johnson & Johnson Company (collectively referred to as "Defendants").  Plaintiff requests that the Court grant him an additional thirty (30) days from the date of the Court's Order granting this Motion to serve the Defendant as set forth in this Court's Pre-Trial Order ("PTO") No. 10. Plaintiff's Memorandum in Support of her Motion for Extension of Time Within Which to Serve Defendants is submitted herewith.

Date: May 9, 2017                                    Respectfully submitted,


                                                        s/Kathryn Griffin
                                                        Kathryn Griffin (OBA No. 30829)
                                                        SILL LAW GROUP
                                                        14005 N. Eastern Ave.
                                                        Edmond, OK 73013
                                                        Telephone: (405) 509-6300
                                                        Facsimile:  (405) 509-6268
                                                        E-mail: Katie@sill-law.com

                                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served electronically via the Court's ECF system and served on all counsel of record electronically as a result thereof on the 9th day of May, 2017.

s/Kathryn Griffin