**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>MARION REYNOLDS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PAM REYNOLDS, DECEASED<br><br>Civil Action No. 2:17-cv-00039 | MDL No. 2592<br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE DEFENDANTS BAYER PHARMA AG, BAYER HEALTHCARE PHARMACEUTICALS INC., JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, AND JOHNSON & JOHNSON COMPANY**

Plaintiff submits this Memorandum in Support of his Motion for an Order from this Honorable Court granting him thirty (30) days within which to serve process on Defendants Bayer Pharma AG, Bayer HealthCare Pharmaceuticals Inc., Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Johnson & Johnson Company (collectively referred to as "Defendants").

**I.     BACKGROUND**

1. This matter was filed into the *In Re: Xarelto (Rivaroxaban) Product Liability Litigation,* MDL No., 2595, on January 3, 2017.

2. Through an honest oversight, Plaintiff learned the case had not been served with the timeframe provided by the Court in PTO 10. Additionally, Plaintiff learned the summonses originally issued by the Court were not signed by the

       deputy clerk, thus Plaintiff requested that the Court reissue the summonses on April 27, 2017.

3. After receipt of the fully executed and issued summonses, Plaintiff attempted to serve Defendants, and to date, Bayer Pharma AG has rejected service.

## II. ANALYSIS

4. Fed. R. Civ. P. 4 sets forth the procedure for notifying defendants that a federal lawsuit has been filed against them and requires a summons to alert defendants that they have a limited time in which to respond. If a defendant is not served within 90 days after the complaint is filed (or within 60 days under the streamlined process in PTO 10), Rule 4 allows the court at its discretion to order that service be made within in a specific time. Under the instant circumstances, it would be appropriate for the Court to exercise its discretionary power. Moreover, no actual prejudice would occur to Defendants if this Court grants the relief sought by Plaintiff.

## III. CONCLUSION

In consideration of the above, Plaintiff respectfully requests an Order from this Honorable Court granting him thirty (30) days within which to serve process on Defendants. Plaintiff further states that no party will be prejudiced by the granting of the relief sought and that the progress of the MDL will not be affected.

Date: May 9, 2017                                   Respectfully submitted,


                                                    s/Kathryn Griffin
                                                    Kathryn Griffin (OBA No. 30829)
                                                    SILL LAW GROUP
                                                    14005 N. Eastern Ave.
                                                    Edmond, OK 73013
                                                    Telephone: (405) 509-6300
                                                    Facsimile:  (405) 509-6268
                                                    E-mail: Katie@sill-law.com

                                                    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served electronically via the Court's ECF system and served on all counsel of record electronically as a result thereof on the 9th day of May, 2017.

s/Kathryn Griffin