**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION:   L |
| **THIS DOCUMENT RELATES TO:** | JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| MARION REYNOLDS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PAM REYNOLDS, DECEASED | |
| Civil Action No. 2:17-cv-00039 | |

**NOTICE OF SUBMISSION**

COMES NOW Plaintiff, Marion Reynolds, as Personal Representative of the Estate of Pam Reynolds Grimes, Deceased, by and through his undersigned counsel, and files this Notice of Submission of Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Pharma AG, Bayer HealthCare Pharmaceuticals Inc., Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Johnson & Johnson Company.

Date: May 9, 2017                                                          Respectfully submitted,

                                                                                            s/Kathryn Griffin
                                                                                            Kathryn Griffin (OBA No. 30829)
                                                                                            SILL LAW GROUP
                                                                                            14005 N. Eastern Ave.
                                                                                            Edmond, OK 73013
                                                                                            Telephone: (405) 509-6300
                                                                                            Facsimile:  (405) 509-6268
                                                                                            E-mail: Katie@sill-law.com

                                                                                            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served electronically via the Court's ECF system and served on all counsel of record electronically as a result thereof on the 9th day of May, 2017.

s/Kathryn Griffin