1               UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4

5   IN RE:  XARELTO                *
    (RIVAROXABAN) PRODUCTS         *
6   LIABILITY LITIGATION           *

7   THIS DOCUMENT RELATES TO:      *   Docket No.: 14-MD-2592
                                   *   Section "L"
8   *Joseph J. Boudreaux, Jr.*      *   New Orleans, Louisiana
    *v. Janssen Research &*         *   April 24, 2017
9   *Development, et. al.,*         *
    Case No.: 14-CV-2720           *
10  * * * * * * * * * * * * * * * *

11                VOLUME I - AFTERNOON SESSION
          TRANSCRIPT OF BELLWETHER JURY TRIAL PROCEEDINGS
12           BEFORE THE HONORABLE ELDON E. FALLON
                UNITED STATES DISTRICT JUDGE
13

14  APPEARANCES:

15

    For the Plaintiffs':
16  Liaison Counsel:              Levin Papantonio
                                  BY:  BRIAN H. BARR, ESQ.
17                                316 South Baylen Street, Suite 600
                                  Pensacola, Florida  32502
18

19                                Beasley Allen
                                  BY:  ANDY BIRCHFIELD, ESQ.
20                                P.O. Box 4160
                                  Montgomery, Alabama 36103
21

22                                Gainsburg Benjamin David
                                    Meunier & Warshauer
23                                BY:  GERALD E. MEUNIER, ESQ.
                                  2800 Energy Centre
24                                1100 Poydras Street
                                  New Orleans, Louisiana 70163
25

OFFICIAL TRANSCRIPT

```
1    APPEARANCES:

2                              Schlichter Bogard & Denton, LLP
                              BY:  ROGER DENTON, ESQ.
3                              100 South Fourth Street
                              St. Louis, Missouri 63102
4

5                              The Lambert Firm
                              BY:  EMILY JEFFCOTT, ESQ.
6                              701 Magazine Street
                              New Orleans, Louisiana 70130
7

8    For the Defendant Bayer
     HealthCare Pharmaceuticals
9    Inc. and Bayer Pharma AG:    Wilkinson Walsh & Eskovitz, LLP
                              BY:  BETH A. WILKINSON, ESQ.
10                             1900 M Street NW, Suite 800
                              Washington, DC 20036
11

12                             Nelson Mullins Riley &
                                 Scarborough, LLP
13                             BY:  DAVID E. DUKES, ESQ.
                              Meridian, 17th Floor
14                             1320 Main Street
                              Columbia, South Carolina 29201
15

16   For Janssen Pharmaceuticals,
     Inc. and Janssen Research &
17   Development, LLC:           Barrasso Usdin Kupperman Freeman &
                                 Sarver, LLC
18                             BY:  RICHARD E. SARVER, ESQ.
                              909 Poydras Street, 24th Floor
19                             New Orleans, Louisiana 70112

20
     Official Court Reporter:    Jodi Simcox, RMR, FCRR
21                             500 Poydras Street
                              Room HB-406
22                             New Orleans, Louisiana 70130
                              (504) 589-7780
23

24   Proceedings recorded by mechanical stenography, transcript

25   produced by computer.
```

OFFICIAL TRANSCRIPT

1                          I N D E X

2                                                    Page

3
   OPENING STATEMENTS
4       Brian H. Barr, Esq.                           81
        Andy Birchfield, Esq.                        103
5       Beth A. Wilkinson, Esq.                      114

6  SUSAN GEIGER BY VIDEOTAPED DEPOSITION
        Examination By Ms. Kraft:                    143
7       Examination By Mr. Weinkowitz:               156
        Examination By Mr. Covey:                    193

8
   DR. DAVID KESSLER
9       Voir Dire Examination By Ms. Jeffcott:       200
        Direct Examination By Ms. Jeffcott:          217

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                      OFFICIAL TRANSCRIPT

**<u>PROCEEDINGS</u>**

**(April 24, 2017)**

**(AFTERNOON SESSION)**

**\*\*\*\*\*\***

(COURT CALLED TO ORDER)

**THE DEPUTY CLERK:**  All rise.

**THE COURT:**  Bring them in.

**THE DEPUTY CLERK:**  All rise.

(WHEREUPON, the jury entered the courtroom.)

**THE COURT:**  Okay.  Be seated, please.  Okay.  Members of the jury, we put on your chairs notebooks that you may use if you wish to.  Again, please don't get so involved in note-taking that you lose track of the testimony itself.

At this point, as I mentioned to you, we're going to have opening statements.  The plaintiff begins opening statements, and the defendant will then have their opening statement.

As I mentioned to you, an opening statement is really a verbal program.  It's not evidence.  It's what the lawyers expect the evidence to show.  It's given to you so that you can better follow the case as it proceeds.

We'll begin with the plaintiffs.

Proceed, please.

**MR. BARR:**  May it please the Court.

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 12:18 | 1 | Good afternoon.  Welcome back from lunch.  We're |
| 12:18 | 2 | proud you're here.  My name is Brian Barr.  I didn't get a |
| 12:18 | 3 | chance to talk to you this morning, but I'm proud to be here |
| 12:18 | 4 | representing Mr. Boudreaux. |
| 12:18 | 5 | We're going to split our opening today.  I'm |
| 12:18 | 6 | going to talk to you for a little bit, and then Mr. Birchfield |
| 12:18 | 7 | is going to get back.  And he's going to talk to you for a |
| 12:18 | 8 | little bit more. |
| 12:18 | 9 | I'm going to spend my time talking to you today |
| 12:18 | 10 | about what the plaintiffs are going to prove about Xarelto and |
| 12:18 | 11 | the actions of these defendants, Bayer and Janssen, and how |
| 12:18 | 12 | they failed to instruct doctors on the safe use of Xarelto by |
| 12:18 | 13 | refusing to inform them about a simple safety test that would |
| 12:18 | 14 | allow people to minimize risks on that drug. |
| 12:18 | 15 | I'm going to explain to you why that safety test |
| 12:19 | 16 | is needed and how these defendants went about designing Xarelto |
| 12:19 | 17 | around a business plan rather than a drug designed on good |
| 12:19 | 18 | science. |
| 12:19 | 19 | Now, there are simple warnings and devices |
| 12:19 | 20 | everywhere in our lives, devices designed to help keep people |
| 12:19 | 21 | safe, to avoid unnecessary dangers, simple warning lights on |
| 12:19 | 22 | alarms designed to tell people they're in a danger zone. |
| 12:19 | 23 | A good example of such a device -- most people |
| 12:19 | 24 | are familiar with it -- is one of these backup alarms on |
| 12:19 | 25 | construction trucks.  We've all heard them.  I probably can't |

OFFICIAL TRANSCRIPT

1    mimic the sound very well, but we all know that beeping noise

2    when we hear it.

3             That device was created because people were

4    being injured.  People were walking through a danger zone, and

5    they didn't know that they were in a danger zone and the truck

6    would back them over.  So that's why they created that device.

7    So now when we hear that, we know to immediately look around

8    and see, are we in danger?

9             Well, what you're going to hear during this

10   trial is that prescription drugs are no different.  If a drug

11   company knows that their drug puts some people at significantly

12   higher risk than others and they know of a way to identify

13   those people and tell them how to avoid that injury, they need

14   to tell doctors about it.  If they don't tell the doctors about

15   it, people like Mr. Boudreaux, you're going to hear, get

16   injured.

17            Now, Janssen and Bayer make and sell a drug

18   called Xarelto.  As the judge already talked to you about

19   today, Xarelto, it's a blood thinner.  It's given to people

20   with atrial fibrillation, and it's designed to reduce the risk

21   of stroke for people with atrial fibrillation.

22            Now, atrial fibrillation is a condition of the

23   heart.  It causes the heart to have an irregular heartbeat.

24   And that can allow blood to pool in the heart.  And if blood

25   pools, it can clot.  And if that clot is pushed from the heart,

OFFICIAL TRANSCRIPT

12:21   1   it can go up into the brain and cause a stroke to happen.

12:21   2               And what you're going to hear in this case is

12:21   3   that Mr. Boudreaux was diagnosed with atrial fibrillation.  And

12:21   4   at that point of that diagnosis, he had about a 6 percent risk

12:21   5   of stroke.  So that's where he was.

12:21   6               Now, a blood thinner like Xarelto is designed to

12:21   7   make it harder for the blood to clot.  And this works well to

12:21   8   reduce the risk of stroke.  But, like most things we all deal

12:21   9   with in life, there's a trade-off.  And by making it more

12:21   10   difficult for the blood to clot, you increase the risk of

12:22   11   significant or even fatal bleeding.  That's how the drug is

12:22   12   designed to work.

12:22   13               And doctors that use this drug or anticoagulant

12:22   14   are trying to balance this trade-off between the risk of stroke

12:22   15   and the risk of bleeding, and they're trying get that balance

12:22   16   right for their patient.

12:22   17               Now, you're going to hear from Dr. Cindy

12:22   18   Leissinger in this trial.  She's going to explain to you how

12:22   19   this balance works.  Dr. Leissinger is a hematologist.  She

12:22   20   practices right here in New Orleans at Tulane University

12:22   21   Medical Center.  Now, hematologist is a doctor that specializes

12:22   22   in blood.  That's what she does.

12:22   23               She's going to come testify for you.  And she's

12:22   24   going to explain that there's a fine line between thinning the

12:22   25   blood enough to reduce the risk of stroke and not thinning the

| | | |
|---|---|---|
| 12:23 | 1 | blood so much that you put someone at such a high bleed risk |
| 12:23 | 2 | that the risk of bleeding exceeds the benefit you're getting |
| 12:23 | 3 | from stroke protection.  It's the trade-off that we're talking |
| 12:23 | 4 | about.  That's what these anticoagulants are for. |
| 12:23 | 5 | And because these defendants refused to tell |
| 12:23 | 6 | doctors about a simple safety test that would identify people |
| 12:23 | 7 | at high risk of bleeding, you're going to hear that the doctors |
| 12:23 | 8 | who use Xarelto have to perform this balancing blindfolded. |
| 12:23 | 9 | They can't -- they don't know whether or not their patient is |
| 12:23 | 10 | at high risk of bleeding. |
| 12:23 | 11 | Now, the evidence in this case will be that |
| 12:23 | 12 | there is a simple test that can identify those people at high |
| 12:23 | 13 | risk of bleeding.  It's a test called prothrombin time.  We're |
| 12:23 | 14 | going to refer to it a lot in the case, I would guess, as a PT |
| 12:24 | 15 | test.  You're going to hear a lot about PT test in this trial. |
| 12:24 | 16 | And a PT test is just a short for prothrombin. |
| 12:24 | 17 | And all that test is doing is measuring the |
| 12:24 | 18 | amount of time it takes for blood to clot.  That's what it's |
| 12:24 | 19 | designed to do.  But a PT test is used by doctors in their |
| 12:24 | 20 | medical practices today.  They know what it is, and they've |
| 12:24 | 21 | been using it to identify patients in danger zones for a long |
| 12:24 | 22 | time. |
| 12:24 | 23 | But what you will hear is doctors have to be |
| 12:24 | 24 | told that that PT test has application to the drug they're |
| 12:24 | 25 | using.  And what doctors were told here was that PT cannot be |

OFFICIAL TRANSCRIPT

12:24 1    used with Xarelto.

12:24 2               So doctors were told there is no test.  That's

12:24 3    what you're going to see.  This is the label for Xarelto.  And

12:24 4    what it tells doctors is that the anticoagulant effect, how

12:24 5    much it reduces the risk of bleeding, how thin it makes the

12:24 6    blood, cannot be monitored with standard laboratory testing.

12:25 7    So there is no way to do it, according to what the -- what

12:25 8    these defendants tell doctors.  Okay?

12:25 9               And so doctors don't know that they can use this

12:25 10   normal PT test to identify the patients on Xarelto that they're

12:25 11   treating.  They don't know that they can use that test with

12:25 12   their drug.  They believe that no test exists and none is

12:25 13   available.

12:25 14               Now, why didn't these companies want to tell

12:25 15   doctors about the use of this simple test to identify people at

12:25 16   high risk?

12:25 17               Well, what you're going to see is that Xarelto

12:25 18   was designed around a business plan.  The business plan came

12:25 19   first.  There was -- there was work done to determine the

12:25 20   requirements of Xarelto and how that drug could be used in the

12:26 21   marketplace.  And they needed three requirements, but the most

12:26 22   important was the testing.  And to concede that a test would be

12:26 23   able to identify people at high risk would have been completely

12:26 24   inconsistent with the marketing plan that they came up with.

12:26 25               So what were the three components?  We're going

OFFICIAL TRANSCRIPT

1  to spend some time talking about these during this trial.

2          Well, the three components are one size fits

3  all.  So everybody can take the same dose pill, the same size

4  pill, whether you are an 80-year-old, 90-pound woman or a

5  50-year-old, 245-pound man.  You can all take the same size

6  pill.

7          The other part of the plan, once-a-day dosing.

8  You take the pill once a day, and it's going to provide you

9  enough drug to provide you stroke protection for the 24-hour

10  period and not put you at such a high bleed risk that you're at

11  too high of a bleed risk during that period.  Once-a-day

12  dosing.

13          And the third part, that I already said, is the

14  most important part:  No testing needed.

15          Now, why was that important?  It's important

16  because Xarelto was being developed as an alternative to the

17  drug warfarin.  Some of you all may have heard of warfarin.

18  People know it as a Coumadin.  Warfarin was the drug of choice

19  for doctors to use to reduce the risk of stroke with people

20  with atrial fibrillation, for decades.  It had been the drug of

21  choice since 1954.

22          Warfarin works well to reduce the risk of stoke.

23  What you're going to hear is that warfarin reduces the risk of

24  stroke by about 60 percent.

25          Now, what you'll also hear is that Xarelto

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 12:27 | 1 | doesn't do any better.  There's a fancy word for this that |
| 12:27 | 2 | you're going -- that people are going to talk about.  It's |
| 12:28 | 3 | called noninferior.  Xarelto is noninferior to warfarin. |
| 12:28 | 4 | Well, what's that mean?  That means that Xarelto |
| 12:28 | 5 | is no worse than warfarin.  So it doesn't do any better at |
| 12:28 | 6 | protecting people from stroke than warfarin does. |
| 12:28 | 7 | But warfarin requires regular, routine, |
| 12:28 | 8 | once-a-month blood testing.  You have to go to your doctor once |
| 12:28 | 9 | a month, get your blood tested.  They send that to a lab.  They |
| 12:28 | 10 | get a result.  The doctors know what that result is, and they |
| 12:28 | 11 | can adjust the dose to appropriately balance you, balance you |
| 12:28 | 12 | between the risk of bleeding and stroke protection. |
| 12:28 | 13 | Well, these defendants, in order to create a |
| 12:28 | 14 | drug that doctors would use, needed to create a drug that did |
| 12:28 | 15 | not require any blood testing; because, otherwise, if they |
| 12:28 | 16 | couldn't distinguish themselves from warfarin, why would |
| 12:29 | 17 | anybody use their new drug?  And so that was very important to |
| 12:29 | 18 | them. |
| 12:29 | 19 | And because of this importance, like I said, |
| 12:29 | 20 | you're going to see that the drug was designed around a |
| 12:29 | 21 | business plan, not by following scientific study. |
| 12:29 | 22 | Now, some of you may be wondering why these two |
| 12:29 | 23 | defendants are here together, Bayer and Janssen. |
| 12:29 | 24 | Well, what happened here is Bayer created |
| 12:29 | 25 | Xarelto.  They invented the molecule.  And in 2005 Bayer wanted |

OFFICIAL TRANSCRIPT

12:29    1    a partner.  They wanted to go find somebody to help them

12:29    2    develop the drug, help them market.

12:29    3              And what you're going to see in October of 2005,

12:29    4    they entered a contract with a company called Ortho-McNeil.

12:29    5    Ortho-McNeil became Janssen.  And that's why Janssen is here.

12:29    6    Janssen had the right to sell this drug in the United States.

12:29    7    So that was one of the terms of contract.  Bayer made the drug;

12:30    8    Janssen sold it here in the United States.

12:30    9              And one of the terms of the contract -- this is

12:30   10    in 2005.  And what you're going to hear is that in 2005, not a

12:30   11    single patient with atrial fibrillation, like Mr. Boudreaux

12:30   12    has, not a single patient had ever been studied.

12:30   13              And in 2005 these companies, in their contract

12:30   14    together on how they are going to develop and license Xarelto,

12:30   15    agreed that the drug shall not require monitoring.  So it's

12:30   16    very important.

12:30   17              Now, some of you may be looking at that and

12:30   18    wondering what monitoring is.  And what you're going to see is

12:30   19    that there are all types of different ways of talking about

12:30   20    what monitoring is.

12:30   21              But from what you'll see in the evidence, these

12:30   22    defendants, not only did they not want a drug that required

12:31   23    monitoring, because of the stigma of monitoring from warfarin,

12:31   24    they would not even tell doctors about a simple one-time blood

12:31   25    test that could be used to identify people at high risk, people

OFFICIAL TRANSCRIPT

1   in the danger zone.

2                    So let me explain to you a little bit about what

3   we are not claiming in this case.

4                    We are not claiming that Xarelto needs regular,

5   routine warfarin-like monitoring.  That is not what this case

6   is about.  It's about a simple one-time safety test to identify

7   people in the danger zone.  That's what it's about.

8                    So when the defendants get up and they start

9   showing you things about monitoring and -- just pay attention

10  to what's going on and look at it and see, are they talking

11  about a simple, one-time safety test, which is what we're

12  talking about?  Or is that evidence talking about regular

13  routine monitoring with dose adjustment and those types of

14  things?

15                   Don't get confused on this.  It's very

16  important.  Remember, this is -- we're talking about a one-time

17  simple safety test.

18                   Now, the defendants may also try to make this

19  case about the risk of bleeding.  They're probably going to

20  show you all the times in their label where they talk about the

21  risk of bleeding.  There will be doctors that testify that all

22  anticoagulants have a bleed risk.  I mean, all doctors know

23  that anticoagulants have a bleed risk.

24                   But what they're not ever going to show you,

25  because there's no evidence of this, is that they ever told a

OFFICIAL TRANSCRIPT

single doctor in the United States that you could use a PT test
to identify people at high risk of bleeding.  That why we're
here.

Mr. Boudreaux would have been identified as
somebody at high risk of bleeding.  And because they would not
tell his doctors that a PT test could even be used, his doctor
had no idea of that information.

Now, before we get into why -- because I'm going
to run you through a little bit about why a simple blood test
is needed.  Before we get into that, I want to talk to you a
little bit about the role of FDA.  You heard some of that in
voir dire, about what the FDA does.

I'm going to spend some time talking to you
about the marketing and approval and what the role of the FDA
is versus what the role of the companies are.

Now, you're going to hear from Dr. David Kessler
in this trial.  He's probably going to be the very first
witness that sits in that chair that you're going to hear from.

Dr. Kessler is the former head of the United
States Food and Drug Administration.  He ran the entire
operation.  And the FDA is a massive organization.  It's got
multiple different divisions, jurisdictions over a lot of
different products.  He ran the whole show.

It's a presidential appointment.  He was
appointed by President George Bush, the first President Bush,

| | | |
|---|---|---|
| 12:34 | 1 | and he continued in his role as the head of the FDA under |
| 12:34 | 2 | President Clinton.  So he worked in both the Bush and the |
| 12:34 | 3 | Clinton administrations, and he work in the FDA through 1997. |
| 12:34 | 4 | Now, Dr. Kessler is going to come talk to you |
| 12:34 | 5 | about the role of the FDA and the drug approval process and |
| 12:34 | 6 | whose responsibility it is to provide accurate information to |
| 12:34 | 7 | doctors in the drug labeling. |
| 12:34 | 8 | Now, one of the things Dr. Kessler will explain |
| 12:34 | 9 | to you is that the FDA does not conduct its own studies.  Now, |
| 12:34 | 10 | that's a surprise to a lot of people the first time they hear |
| 12:34 | 11 | it, because people hear this term "FDA-approved," and they |
| 12:35 | 12 | think that that means that the FDA got the drug, ran its own |
| 12:35 | 13 | studies, and came to its own conclusions. |
| 12:35 | 14 | Well, you're going to hear that that's not the |
| 12:35 | 15 | case.  The FDA does not run its own studies.  It depends upon |
| 12:35 | 16 | the pharmaceutical companies, the companies selling the drug, |
| 12:35 | 17 | to provide them the studies.  They run the studies themselves. |
| 12:35 | 18 | The FDA, you're going to hear, cannot even mandate what studies |
| 12:35 | 19 | they run.  They can ask for certain studies, they can ask for |
| 12:35 | 20 | certain things to be tested, but the company can always say no. |
| 12:35 | 21 | And you're going to hear that that happens some in this case. |
| 12:35 | 22 | So the FDA is completely dependent on the drug |
| 12:35 | 23 | companies to run the studies.  They run their own analysis, but |
| 12:35 | 24 | they're dependent upon the company to run the study. |
| 12:35 | 25 | Now, the study we're going to be talking the |

OFFICIAL TRANSCRIPT

| 12:35 | 1 | most about during this trial is a study called ROCKET.  The |
| 12:36 | 2 | ROCKET trial was the study that studied the use of Xarelto with |
| 12:36 | 3 | people with atrial fibrillation, people like Mr. Boudreaux. |
| 12:36 | 4 | There may be talk about other studies during |
| 12:36 | 5 | this trial.  You could hear talk about a study called RECORD. |
| 12:36 | 6 | There could be talk about a study called EINSTEIN.  Who knows |
| 12:36 | 7 | what all is going to come up? |
| 12:36 | 8 | But if you don't remember anything else I say, |
| 12:36 | 9 | remember that when it comes to patients with atrial |
| 12:36 | 10 | fibrillation, the ROCKET study was the study that was used to |
| 12:36 | 11 | test those people.  It wasn't RECORD; it wasn't any of these |
| 12:36 | 12 | other studies.  And that's going to become important, I |
| 12:36 | 13 | suspect, in the trial. |
| 12:36 | 14 | Now, let's move on and let's talk about drug |
| 12:36 | 15 | labels.  There was some talk about that this morning too. |
| 12:36 | 16 | The drug label is the piece of information that |
| 12:36 | 17 | comes with the drug that is supposed to contain all of the |
| 12:36 | 18 | risks, benefits, how the drug was studied, how you can safely |
| 12:37 | 19 | use it.  It's supposed to provide a wealth of information to |
| 12:37 | 20 | doctors.  It's very scientifically detailed. |
| 12:37 | 21 | Now, what Dr. Kessler will explain to you, that |
| 12:37 | 22 | is -- the content of the label is the responsibility of the |
| 12:37 | 23 | drug company.  That is not the FDA's responsibility.  The FDA |
| 12:37 | 24 | has a role, but the ultimate conduct of the label -- the |
| 12:37 | 25 | content of the label is the drug company's responsibility. |

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 12:37 | 1 | They are the master of the label.  And that is the foundation |
| 12:37 | 2 | of the regulation of prescription drugs in this company -- in |
| 12:37 | 3 | this country, that the company who sells and study the drug is |
| 12:37 | 4 | responsible for the content of the label. |
| 12:37 | 5 | There could be sometimes in this trial where you |
| 12:37 | 6 | hear the defendants trying to blame the FDA and say, "The FDA |
| 12:37 | 7 | could have made us do this and didn't.  The FDA could have done |
| 12:38 | 8 | that."  The companies are responsible for the label. |
| 12:38 | 9 | And it goes further than that.  The company is |
| 12:38 | 10 | obligated to -- they have a continuing duty to maintain |
| 12:38 | 11 | knowledge about the state of the science of the drug and update |
| 12:38 | 12 | the label as information changes. |
| 12:38 | 13 | So once the label's approved, that's not the end |
| 12:38 | 14 | of the story.  Information continues to change.  And some of |
| 12:38 | 15 | the reason for that is once a drug goes on to the market, a lot |
| 12:38 | 16 | more people are taking it.  You get more information.  More |
| 12:38 | 17 | people are being exposed, and more information is coming in. |
| 12:38 | 18 | And also what happens is other entities, other companies, are |
| 12:38 | 19 | allowed to study the drug.  And they can study the drug and |
| 12:38 | 20 | release results.  And these companies have an obligation to |
| 12:38 | 21 | keep up with that and change the label if something changes. |
| 12:38 | 22 | And what you're going to hear here is that these |
| 12:39 | 23 | companies didn't even maintain their knowledge about their own |
| 12:39 | 24 | studies.  They ran studies that changed the state of the |
| 12:39 | 25 | knowledge and did not update the label.  That's going to be a |

OFFICIAL TRANSCRIPT

12:39  1    very important part of ROCKET.  ROCKET, you're going to hear,

12:39  2    is the study that proves that PT can predict bleed risk and

12:39  3    that PT can be used to identify people at high risk.

12:39  4         That was proven in their own study.  PT was used

12:39  5    in their own study.  But they don't tell doctors about it, and

12:39  6    they don't tell doctors that their own study proved that PT

12:39  7    predicts bleed risks, and they didn't update the label to

12:39  8    include that information.

12:39  9         So now I want to talk to you briefly about --

12:39 10    remember, I talked about the requirements for Xarelto that they

12:39 11    had in their business plan?  And one of those things was one

12:39 12    size fits all.  Well, first you're going to see one size does

12:40 13    not fit all.  People are different.  We all absorb the drug in

12:40 14    different ways.  We all absorb drugs in different ways.  Same

     15    dose, same size pill does not equal the same exposure.  It

     16    equals a different exposure.

12:40 17         This is a concept you're going to hear referred

12:40 18    to in trial as something called "variability."  It's

12:40 19    variability of the exposure.  There is high variability of

12:40 20    exposure with Xarelto from patient to patient, even with the

12:40 21    same size pill.  Now, this isn't so important for a headache

12:40 22    medicine, but for a drug designed to make the blood slow to

12:40 23    clot, that is critical, you will hear.

12:40 24         Now, I already talked to you about the need to

12:40 25    balance the protection from stroke with the risk of bleeding.

OFFICIAL TRANSCRIPT

<table>
<tr><td>12:40</td><td>1</td><td>But that balance is not about the size of the pill.  The</td></tr>
</table>

12:40   1   But that balance is not about the size of the pill.  The

12:41   2   balance, the crucial question, is how much of that pill is

12:41   3   absorbed into the blood?  What is -- what is the patient's

12:41   4   exposure?  People are not the same.  One size does not fit all.

12:41   5           And what you're going to see is that Xarelto has

12:41   6   significant variability from person to person.  We're going to

12:41   7   call it high variability.  The defendants are going to call it

12:41   8   moderate variability.  We both agree it's there.  We don't even

12:41   9   really argue over the size of it.  So how it is described is

12:41   10   not really that important.  What is important is that some

12:41   11   patients absorb significantly more Xarelto into the blood.  We

12:41   12   don't know why.  We just know it happens.  It was proven in

12:41   13   their studies.

12:41   14           And the people that absorb Xarelto in the blood

12:41   15   are at higher risk of bleeding -- and here's the important

12:42   16   part -- with no additional stroke protection.  The risk of

12:42   17   bleeding is going up as your blood gets thinner and thinner and

12:42   18   thinner, but your stroke protection is staying the same.  It's

12:42   19   not improving.  So how am I going to prove that?

12:42   20           Well, if you look here, I've got on the board an

12:42   21   analysis done by the FDA.  This is an analysis of defendant's

12:42   22   own study, ROCKET.  You can see it right there.  And that is on

12:42   23   rivaroxaban.  Hopefully, we don't refer to it as rivaroxaban a

12:42   24   lot during this trial.  Hopefully, we call it Xarelto.  But

12:42   25   that's the same thing, rivaroxaban and Xarelto.

OFFICIAL TRANSCRIPT

| | |
|---|---|
| 12:42 | 1 |
| 12:42 | 2 |
| 12:42 | 3 |
| 12:42 | 4 |
| 12:42 | 5 |
| 12:42 | 6 |
| 12:43 | 7 |

1    And what you can see here is the FDA's own

2 analysis of the defendant's study.  These are what's called

3 dose response curves.  You're probably going to see a lot of

4 these during the trial, so it's probably good to start getting

5 some familiarity with them.  But on the bottom you can see it's

6 measuring PT time.  And, remember, that's just how long does it

7 take the blood to clot?  That's all that's a measurement of.

8    And you can see, as you go down the scale, it's

9 getting longer and longer and longer for your blood to clot.

10 Your blood is getting thinner and thinner and thinner.  As

11 you're going down the scale, you're being exposed to more

12 Xarelto.  And what you can see on the left is, according to the

13 ROCKET study, as you absorb more and more and more Xarelto,

14 your blood gets thinner and thinner and thinner, your stroke

15 risk stays the same.

16    It's at about 2 percent on Xarelto.  It stays

17 the same.  But as your blood gets thinner and thinner and

18 thinner and you're exposed to more and more drug, your bleed

19 risk more than doubles.  So the people with the most exposure

20 are at significantly higher bleed risks than the people with

21 the lowest exposure.  But their stroke risk is the same.

22    That's the point of variability.  As PT gets

23 longer for bleeding, the risk of bleeding goes up more than

24 double.  And it's exposure that creates the risk, not dose.

25 According to the defendant's own data, there is tenfold

OFFICIAL TRANSCRIPT

12:44  1   variability in exposure, and that increase in exposure more

12:44  2   than doubles people's bleed risk.

12:44  3            Think about that.  100 people take the same size

12:44  4   pill.  Some of those people are absorbed -- are exposed to ten

12:44  5   times more Xarelto than others.  We just don't know who they

12:44  6   are.  Without a test, we have no way to identify those people.

12:44  7   And these defendants knew of a test and didn't tell anybody

12:44  8   about it.  That's the reason why the ability to test is so

12:44  9   important.

12:44  10           Now, none of this information is in the label,

12:44  11   not even charts like this that let doctors know there is

12:44  12   variability.  Doctors don't -- aren't told in the label that

12:45  13   there is a danger zone, much less how to test for it.

12:45  14           Now, next you'll see that it's not just one or

12:45  15   two people at risk we're talking about here, but as many as

12:45  16   25 percent of people studied in ROCKET were shown to be at

12:45  17   significantly higher bleed risk in the danger zone.

12:45  18           Now, the defense will tell you it's okay not to

12:45  19   run a test because we've proved in the ROCKET study that you

12:45  20   can take this drug safely without a blood test.  We're just as

12:45  21   good as warfarin.  That's what we proved in the ROCKET study

12:45  22   without the use of a blood test.

12:45  23           Now, our evidence will be that that is not

12:45  24   enough.  If you know that as many as 25 percent of the people

12:45  25   that take your drug are at significantly higher bleed risk than

OFFICIAL TRANSCRIPT

12:45  1    others and you know how to identify those people just by

12:45  2    telling doctors to run a test, then you have a responsibility

12:45  3    to get that information out and put it into the label.

12:46  4           You will see that all the defendants had to do

12:46  5    was tell doctors that PT predicts bleed risk and tell doctors

12:46  6    that as many as 25 percent of the people exposed to this drug

12:46  7    are at significantly higher bleed risk.  That would have made

12:46  8    instructions adequate.

12:46  9           **THE COURT:**  You've used half an hour, Counsel.

12:46  10          **MR. BARR:**  Okay.  But these companies did not provide

12:46  11   this information or recommend this simple test, because of

12:46  12   their business plan.

12:46  13          Now, I want to talk to you now about when basic

12:46  14   safety laboratory tests are required to be in a drug company.

12:46  15   You're going to hear that there's a regulation on this.

12:46  16   There's a lot of regulations.  We talked about that today.  But

12:46  17   there's a regulation on when you have to put helpful laboratory

12:46  18   tests into a drug label.

12:46  19          And I put it up on the board for you here.  And

12:46  20   what it says is that you must identify -- and when it says this

12:47  21   section, it's talking about in the warnings.  You must identify

12:47  22   any laboratory tests helpful in following the patient's

12:47  23   response or in identifying possible adverse reactions.

12:47  24          Well, major gastrointestinal bleeds are adverse

12:47  25   reactions.

12:47  1          So keep this regulation in our mind throughout

12:47  2   this trial.  And when you're looking at the evidence and you're

12:47  3   listening to witnesses and seeing the evidence, ask yourself,

12:47  4   would this information be helpful to doctors prescribing

12:47  5   Xarelto?  If the answer to that question is yes, then, as

12:47  6   Dr. Kessler will explain to you, that information must be in

12:47  7   the label.

12:47  8          Now, how are we going to show that evidence of

12:47  9   PT would be helpful to be in the label?

12:47  10          Well, first you're going to hear from

12:47  11  Dr. Kessler and Dr. Leissinger.  They're going to explain to

12:47  12  you that PT was proven to predict bleed risks in the

12:48  13  defendants' own study, ROCKET.  They're going to explain that

12:48  14  to you and why that that information would be helpful to be in

12:48  15  the label.

12:48  16          But you don't have to accept their word for it.

12:48  17  You're also going to hear that the FDA itself, reviewing

12:48  18  ROCKET, came to the conclusion that the risk for major bleeding

12:48  19  is dependent upon PT.

12:48  20          That was in August of 2011, three months before

12:48  21  this drug was approved for the use in atrial fibrillation.  It

12:48  22  had already been approved for a different use.  But for the use

12:48  23  of atrial fibrillation, August of 2011, the FDA says PT

12:48  24  predicts bleed risk.

12:48  25          And in November of 2011, when Xarelto was

OFFICIAL TRANSCRIPT

1    approved for people with atrial fibrillation, the FDA wrote

2    again that it is demonstrated in ROCKET that there is a

3    correlation between PT and the risk of bleeding.  So that's the

4    FDA.

5                But beyond our experts and the FDA, you're going

6    to hear testimony from Bayer witnesses.  Most of this is

7    probably going to come in through a deposition.  We're going to

8    play for you videos of depositions.  And if you've never

9    experienced a deposition, it's just a more informal setting

10   than this where we sit across the table from the witness,

11   they're sworn in, everything is under oath, and it's videotaped

12   with a court reporter sitting there taking down everything

13   we're saying.  We're going to play some of that for you.

14               And we talked to witnesses for Bayer.  And

15   you're going to hear from Dr. Scott Berkowitz.  Now,

16   Dr. Berkowitz is a scientist at Bayer.  He was the local

17   clinical leader at Bayer.  And there is probably not another

18   person at Bayer that knows more about this drug than

19   Dr. Berkowitz.  And Dr. Berkowitz testified, as PT goes up,

20   there's an increased risk of bleeding.  And he said that as PT

21   is predictive of bleeding, something we've talked about over

22   and over and over the last couple of hours.

23               And you're also going to hear from Dr. Spiro,

24   another scientist at Bayer.  And Dr. Spiro agreed that there's

25   a correlation between prothrombin time prolongation -- that's

OFFICIAL TRANSCRIPT

increased, longer for your blood to clot -- and exposure to Xarelto.

Dr. Spiro is even going to tell you that if he were treating -- a person was on Xarelto.  And they came to him and they had a high PT test, that it would be appropriate to take them off the drug.

Now, he knows that because he works for Bayer. But he had to agree that that is nowhere in the United States label.  Doctors in the United States aren't given that information.

Now, the defendants need for you to believe that the use of PT to identify people at high risk is controversial and not proven.  But you're going do hear that that's not true. It's the same test used by these defendants when they studied the drug.  It's the same test used -- that the FDA says is related to bleed risk.  It's the same test that these Bayer witnesses say can predict bleed risks.  Now, Bayer may take a different position inside this courtroom.  We'll have to hear what they have to say.

But according to their statements -- sworn statements of their witnesses, PT predicts bleed risk.  And it's really only Janssen that continues to argue that PT cannot predict bleed risk.  Our experts say it, the FDA says it, their own studies say it, Bayer's witnesses say it.  Janssen's standing alone.

12:51  1          And you will hear that this same safety test,

12:51  2  PT, had it been in the instructions for Xarelto, would have

12:52  3  prevented Mr. Boudreaux from being injured.

12:52  4          **THE COURT:**  Okay.  You have 20 minutes, counsel.

12:52  5          **MR. BIRCHFIELD:**  Thank you, Your Honor.

12:52  6          Good afternoon.  It's our privilege for those of

12:52  7  us who represent Mr. Johnny and Loretta Boudreaux.  And it's my

12:52  8  honor to be able to tell you a little bit about this wonderful

12:52  9  couple.

12:52  10          Johnny Boudreaux grew up and was raised in

12:52  11  Lockport, Louisiana.  And, in fact, he and his wife now live in

12:52  12  the same small house that he grew up in as a child.

12:52  13          He attended Lockport High School.  He went to

12:52  14  Nicholls State for a short while before he joined the United

12:52  15  States Army.  The night before -- the night before he was to go

12:53  16  to boot camp, he met Ms. Loretta for the very first time at a

12:53  17  local dance.  They danced for a few times.  And he asked for

12:53  18  and got permission to write her while he was away.  And the

12:53  19  next morning, he shipped off to boot camp.

12:53  20          While he was in the Army, he was stationed in El

12:53  21  Paso, Texas.  And his job -- his job with the Army was a

12:53  22  personnel and a supply person.  That was his role.  For those

12:53  23  of us old enough to remember the TV series *M*A*S*H*, that was a

12:53  24  field hospital.  And Mr. Boudreaux's role, his job with the

12:53  25  Army, was like Radar.  You know, it was his job to make sure

12:53   1   that personnel were in place and that they had the supplies

12:53   2   that they needed.

12:53   3      While he was with the Army, while he was there

12:53   4   in El Paso, the Cuban Missile Crisis took place.  And his unit

12:54   5   was placed on high alert.  And they were in the process of

12:54   6   packing everything up and deploying.  And, fortunately, right

12:54   7   before they shipped off, the crisis was resolved.  Well,

12:54   8   Mr. Boudreaux's responsibility -- in such a crisis situation,

12:54   9   the unit would depend on him to make sure that they had the

12:54   10   personnel where they needed to be and the supplies where they

12:54   11   needed to be when they needed it.

12:54   12      He was selected and trained for that position

12:54   13   because he is a highly responsible, highly organized man.  He

12:54   14   pays attention to details.  Now, while he was -- while he was

12:54   15   stationed in El Paso, he would write to Ms. Loretta, he would

12:54   16   write to her on a regular basis.  He would write to her about

12:54   17   what's going on in camp and bowling and golf.  And he stayed

12:54   18   connected.  And that was important, because when he came

12:54   19   back -- when he came back three years later, they would start

12:55   20   dating.  They had that foundation.

12:55   21      So Mr. Boudreaux, he served his three-year

12:55   22   commitment with the Army and then he returned to Lockport.  He

12:55   23   went back to Nicholls State.  Ms. Loretta was attending college

12:55   24   at Nicholls State, and they started dating.  Two years later,

12:55   25   they got married.  And Ms. Loretta, she finished at Nicholls

OFFICIAL TRANSCRIPT

State.  And she started teaching.  She taught one year of high school and then she taught 19 years at Lockport Junior High.

Now, Mr. Johnny, he didn't finish college.  He went to work at a shipyard.  And then he went to work for DuPont Wholesale, a distributor for Gulf Gas.  And he did that for five years before he got into the -- into the insurance business.  He became an agent for LaFourche Life.  And for 10 years, he was an agent for them.  And then, for 22 years, he was a supervisor.  He would still go out with the agents, but he was in that supervisory capacity.

He had a good career with the company.  And he was able to provide for his family.  He and Loretta together, they raised three boys.  And those three boys have given them three grandsons, three grandkids.

And after 32 years with LaFourche Life, at age 62, Mr. Boudreaux retired.  He and Loretta wanted to do some traveling, and that's what they did.

But retirement didn't last long.  And he went back to work at Bollinger Shipyard, this time as a security guard.  And now he works -- he works five days, five 12-hour days, and then he is off for ten days.  And he's been doing that job for 13 years now.

Johnny and Loretta Boudreaux are hard-working, salt-of-the-earth people.  That's a little bit about who they are.

1  Now, let me tell you about what brought us here,

2  what brought us here today.  And this started back in

3  January 2014, when Mr. Boudreaux was 71 years old.

4  On January the 7th of 2014, he was admitted to

5  Ochsner St. Anne and was diagnosed with a heart condition

6  called atrial fibrillation, AFib.  That's what we're here to

7  talk about.  That's where there's an irregular heartbeat that

8  can affect the blood flow from the heart.  And AFib is a

9  common, treatable condition, but a very serious condition.  And

10 one of the risks of AFib is the risk that a clot travels from

11 the heart to the head to the brain and causes a stroke.

12 So on January the 7th, he goes to the -- he goes

13 to the hospital, the ER, and he's seen by a cardiologist,

14 Dr. Kenneth Wong.  And Dr. Wong treated him in the hospital.

15 He determined that he needed to be on a blood thinner to reduce

16 the risk of stroke.  And so Dr. Wong prescribed Xarelto.  And

17 Mr. Boudreaux was given Xarelto for the very first time the

18 next morning in the hospital.

19 So the morning of January the 8th, he receives

20 his first Xarelto pill.  The next morning, still in the

21 hospital, he is given his second pill.  January the 9th, the

22 morning of January the 9th in the hospital, they give him --

23 they give him Xarelto for the second time.

24 And then later that afternoon, he's discharged

25 from the hospital.  And the hospital, while he's there at the

OFFICIAL TRANSCRIPT

| | |
|---|---|
| 12:58 | 1 |
| 12:58 | 2 |
| 12:58 | 3 |
| 12:59 | 4 |
| 12:59 | 5 |

1  hospital, they call in his prescription for Xarelto.  They call

2  in a 90-day prescription.  And this 90-day supply is to be

3  mailed to him to his home.  So Dr. Wong's nurse gives

4  Mr. Boudreaux a bag of samples for him to take until his

5  Xarelto prescription arrives at his house.

6        And so Mr. Boudreaux is discharged from the

7  hospital.  He goes home.  The next morning, he begins taking

8  his Xarelto.  He takes Xarelto every morning.  When he is

9  discharged from the hospital, he is told that he should follow

10  up with Dr. Wong the next day.  So he's discharged on January

11  the 9th.  On January the 10th, he's told that he's to be at

12  Dr. Wong's office.  And that's what he does.  He goes to

13  Dr. Wong's office.

14        And at that appointment, the staff there in

15  Dr. Wong's office, they take down information about his current

16  medications.  And there in the record it's listed that he's

17  taking Xarelto just as he's been instructed to do.  The records

18  indicate that.

19        On January the 10th, after that visit, he's told

20  to follow up with Dr. Wong again three days later.  So on

21  January 13th, he's to show up at Dr. Wong's office.  He shows

22  up at Dr. Wong's office.  And, again, they take notes, they put

23  in the records that he's taking Xarelto as directed.

24        And then he's told come back again on January

25  the 24th.  You know, check-up, follow-up tests, come back.  So,

OFFICIAL TRANSCRIPT

1    once again, they noted -- on January the 24th, they noted in

2    the records that he is taking Xarelto as prescribed.

3            And this is a little bit different because, on

4    this occasion, on January the 24th, Dr. Wong determines that he

5    should be scheduled for a cardioversion, a heart procedure.

6    And that's scheduled for February the 5th, so a couple of weeks

7    out.  And it's very important that if you're going to have

8    cardioversion that you be taking your blood thinner regularly.

9    So he's been taking it all along, and now he's scheduled for a

10   cardioversion on February the 5th.

11           The reason that I walked through each of these

12   appointments and these visits and the records that show that

13   he's taking Xarelto as directed, as prescribed, by Dr. Wong is

14   because the defendants have taken the position in this case so

15   far that Mr. Boudreaux was not taking his Xarelto.

16           **MS. WILKINSON:**  Objection, Your Honor.  I'm sorry.

17   Objection to representing our position.

18           **MR. BIRCHFIELD:**  That's the position you've taken all

19   along.

20           **THE COURT:**  Let's go on.

21           **MR. BIRCHFIELD:**  Okay.

22           So Mr. Boudreaux -- Mr. Boudreaux was taking his

23   medicine every day the way he was supposed to.  He showed up at

24   his doctor's appointments just as he was directed to do.  He

25   showed up for the tests, for the follow-up visits just the way

OFFICIAL TRANSCRIPT

that he was supposed to do.  To think that Mr. Boudreaux, who
was just diagnosed with this serious heart condition, who
clearly is taking this seriously because he's following all the
directions from his cardiologist, he has three follow-up visits
in a period of 15 days.  He was taking his medicine because he
knew that this was the medicine that the doctor was giving him
to reduce the risk of a stroke.

        The reason that this has become an issue is
based on one single note in the medical records about the
number of samples that was given to him.  So that -- all of the
questions come from that one single note.  And that note is
written by someone different than the person who actually gave
him the samples.  The evidence will show that Mr. Boudreaux was
taking Xarelto every day as he was instructed to do.  That's
what the medical records confirm.  Mr. Boudreaux listened to
his doctor, and he followed his doctor's orders.

        When he was told to go to Dr. Wong's office, he
went to his office.  When he was told to show up for a
follow-up test, that's what he did.  Mr. Boudreaux understood
the importance of taking his medicine as his doctor prescribed.

        I want to walk through the issue of the number
of pills because the math matters.  Mr. Boudreaux remembers
that he was given a bag of sample bottles.  He doesn't remember
how many bottles were in that bag.  He knows it was more than
two, but he didn't remember how many.  Dr. Wong testified in

01:03  1    his deposition that he could be given a 30-day supply or he

01:03  2    could be given a 10-day supply.

01:03  3              A 30-day supply makes perfect sense.  That would

01:03  4    mean that Mr. Boudreaux had a total of 125 pills, 30-day supply

01:03  5    of samples and a 90-day prescription.  So when he left the

01:04  6    hospital, he took his Xarelto every morning up until the day

01:04  7    that he had -- he shows up at the hospital with this serious GI

01:04  8    bleed.  That is a total of 24 pills.  Started with 120, takes

01:04  9    24, that leaves 96 pills.  That's the precise number of pills

01:04  10   that Mr. Boudreaux had left over.

01:04  11             All right.  Now, let's back up for just a

01:04  12   minute.  So after he's diagnosed with AFib, he's prescribed

01:04  13   Xarelto, he begins -- and he's taking if for about three weeks,

01:04  14   then he begins feeling some weak spells and he was constipated

01:04  15   and he had some black, tarry stools.  And on a couple of

01:04  16   occasions, he noticed that his stool was so dark it was almost

01:04  17   black.

01:04  18             Then on Saturday, February the 1st, he is at

01:04  19   work and he has a bad weak spell.  And his coworkers, his

01:05  20   friends there at work, are suggesting that he go home and maybe

01:05  21   even go to the hospital.  But he has an appointment for the

01:05  22   very next Monday with Dr. Wong.  So he goes home and rests over

01:05  23   the weekend.

01:05  24             He gets to feeling worse.  By Monday morning, he

01:05  25   was -- he was so weak that he couldn't get out of bed.  He

OFFICIAL TRANSCRIPT

1    was -- he was vomiting.  So Ms. Loretta calls Dr. Wong's office
2    and they're told to not take his medicines that morning, come
3    into Dr. Wong's office.  So the Boudreauxes go to Dr. Wong's
4    office.
5             Dr. Wong runs some blood tests that show that he
6    has a serious loss of blood.  And he is -- he's told don't take
7    any more Xarelto, go to the hospital.  He shows up at the ER at
8    Ochsner St. Anne.  They do some more blood tests, they start
9    blood transfusions right away.  And it's determined that he
10   needs to go to a bigger hospital.  He needs to go to
11   Ochsner-Kenner.  So he's taken by ambulance to Ochsner-Kenner.
12   And that night, there are more tests that are done.  They're
13   trying to see if they can identify the source of the bleed in
14   his GI tract.  And he went -- underwent tests throughout the
15   night.
16            And then the next morning, he's given another
17   blood transfusion.  His bleeding event was so serious that he
18   was given a total of four units of blood.  That's nearly half
19   of the volume of blood in the body.  Mr. Boudreaux continued to
20   undergo tests and treatment over the next five days while he
21   was in the hospital, three of those days in the intensive care
22   unit.
23            But his doctors weren't able to find any source
24   of bleeding.  There wasn't a problem like an ulcer or anything
25   that they could point to.  They did tests.  They did an

OFFICIAL TRANSCRIPT

01:06  1  endoscopy, they did a colonoscopy, these procedures where they

01:07  2  take a tiny camera and they go in and they look for a source of

01:07  3  bleeding, but they never found it.

01:07  4            The doctor that was overseeing Mr. Boudreaux's

01:07  5  care, Dr. Masri, he determined that his internal GI bleed was

01:07  6  related to Xarelto.  Throughout this trial, we will present

01:07  7  evidence and testimony from multiple medical doctors who will

01:07  8  agree with Dr. Masri's assessment that Mr. Boudreaux's internal

01:07  9  bleeding event was caused by Xarelto.

01:07  10           Based on the evidence we present to you, I think

01:07  11  it will become clear that that's the reasonable explanation for

01:07  12  his GI bleed.  The lawyers for Bayer and Janssen -- and they're

01:07  13  very good lawyers -- will try to convince you that Xarelto did

01:07  14  not cause his bleed.  They'll try to convince you that some

01:07  15  other medical condition or some other medicines are what caused

01:07  16  his bleed.  They'll offer any explanation that don't involve

01:07  17  Xarelto.

01:08  18           Here's what I ask you to remember:

01:08  19  Mr. Boudreaux has been living for over 75 years now.  That's

01:08  20  over 27,000 days.  The only GI bleed, the only major bleeding

01:08  21  event he has ever had is in the 26-day period while he was

01:08  22  taking Xarelto.  You'll hear about other medicines that he was

01:08  23  taking, that he was taking baby aspirin and baby aspirin can

01:08  24  cause bleeding.  He was taking baby aspirin for years before he

01:08  25  started taking Xarelto.

OFFICIAL TRANSCRIPT

01:08    1              He's taking other medicines and baby aspirin

01:08    2   now.  What he's not taking now is Xarelto.  He never had a

01:08    3   bleeding event before and he hasn't had a bleeding event after.

01:08    4   That's no coincidence, we think the evidence will show.

01:09    5              Throughout this trial, you will see that the

01:09    6   explanation for his serious GI bleed, his life-threatening

01:09    7   bleed was Xarelto.  We're thankful that Mr. Boudreaux is here

01:09    8   in the courtroom.  And that's in large part because of the very

01:09    9   good medical care that he received from some excellent doctors.

01:09   10              Mr. Boudreaux was discharged.  He was released

01:09   11   from the hospital on February the 8th of 2014.  So he spent

01:09   12   five days in the hospital, three in the intensive care unit.

01:09   13   But after stopping Xarelto, he underwent numerous medical tests

01:09   14   and procedures.  He received four units of blood.  But then he

01:09   15   was able to return home to his wife and his family, his work,

01:09   16   his life.  And we're thankful for that.

01:09   17              So why -- why are we here?  Why did

01:09   18   Mr. Boudreaux bring this lawsuit against Bayer and Janssen?

01:09   19   We're here because this was predictable, it was probable, and

01:10   20   it was preventable.  Mr. Boudreaux's internal bleeding could

01:10   21   have been predicted by the use of one simple blood test, the

01:10   22   blood test that Mr. Barr talked to you about.

01:10   23             This simple test that is available in hospitals

01:10   24   all around the country, this one simple test, could have made

01:10   25   all the difference for Mr. Boudreaux.  We'll prove to you

through the course of this trial that the defendants knew about
this test and even used it in their clinical trials, but they
deliberately chose not to tell doctors that it could be used
with Xarelto, that it could be used to identify patients like
Mr. Boudreaux who were in the danger zone.  Telling patients,
telling doctors about that test that could be used would impact
their business plan.

                    **THE COURT:**  You're out of time, Counselor.

                    **MR. BIRCHFIELD:**  Yes, Your Honor.  Can I just thank
the jury?

                    For -- that simple test would have made all the
difference.  And it's our privilege to present this evidence to
you.  And we thank you for accepting this serious
responsibility of serving on the jury in this case.

                    Thank you, and we look forward to presenting our
case to you.

                    **THE COURT:**  All right.  Now let's hear from the
defendant.

                    **MS. WILKINSON:**  May I have just a minute to set up
the board?  Thank you.

                    Good afternoon, again, ladies and gentlemen.

                    First of all, we want to thank you for your
service, because, as we heard this morning, many of you have
important things that you do in your life, important events
coming up.  And so we're going to do what we think you would

1  want us to do, which is try and give you the evidence that
2  you're going to need to make the decision that -- His Honor's
3  going to give you the verdict form -- the most important thing
4  in this case -- and give you the information you're going to
5  need to answer the questions.
6          And we're not going to spend -- we're going to
7  try not to waste your time on other issues that aren't
8  important in this case.
9          And I want to start with probably the most
10 important one, and that's Mr. and Mrs. Boudreaux.  No one here
11 blames them for anything.  Mr. Boudreaux served his country,
12 and we're grateful for that.  Mr. Boudreaux and Mrs. Boudreaux
13 have been hardworking folks their whole life.
14         Mr. Boudreaux has a complicated medical history,
15 and he had to deal with a lot of medications and including this
16 very frightening incident where he had atrial fibrillation and
17 had to have his blood thinned because he could have had a
18 stroke and died.  So nobody in this courtroom, especially from
19 this side, is ever going to blame Mr. Boudreaux for anything.
20 That's not why we're here.  We're not going to spend one moment
21 challenging his damages number, you know, the number that he
22 thinks he's entitled to.  We're not going to challenge that
23 either.
24         But what we are going to challenge is what you
25 just heard from plaintiffs, that there is actually a safety

OFFICIAL TRANSCRIPT

1  test that we knew about and we didn't tell anyone.

2          Well, I'm going to show you that -- I'm going to

3  write those words up here on the board here for you -- that is

4  untrue.  You heard Mr. Barr call it a safety test.  You will

5  not see a single document that calls the PT test for Xarelto a

6  safety test.

7          Now, this PT test is common.  We use it.  People

8  use it all the time.  It's mostly used with warfarin.  But it's

9  used for limited purposes when it comes to Xarelto.  No one

10  believes it's a safety test.

11          Why is that?

12          They don't believe it's a safety test because it

13  doesn't work with this particular drug.  And we're going to

14  explain to you why that is, the way this drug works and why it

15  doesn't work.

16          But it was no secret.  It was no secret.  And it

17  is no secret from doctors here in community and doctors across

18  the country.  It's no secret from the FDA.  It's no secret from

19  anyone that we used the PT test in our trials.  But that is not

20  a safety test that you can use to predict anything.

21          You're not going to have to take our word for

22  it, because we're going to bring you some of the best doctors

23  in this community.

24          You're going to hear from a woman named

25  Dr. Colleen Johnson.  She's the single mother of two children.

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 01:14 | 1 | She trained for ten years to become a specialist in cardiology. |
| 01:14 | 2 | She calls herself the electrician of the heart.  She has a |
| 01:15 | 3 | specialty that only a few doctors in this entire state share. |
| 01:15 | 4 | She spends her time at three different hospitals.  She comes |
| 01:15 | 5 | from a family of doctors.  Her parents were both trained here |
| 01:15 | 6 | at Charity.  And she, like her parents, puts the safety of her |
| 01:15 | 7 | patients above all else. |
| 01:15 | 8 | She's going to come into this courtroom for the |
| 01:15 | 9 | first time in her life.  She's never testified.  Why is she |
| 01:15 | 10 | coming in here?  To tell you that what they just told you, that |
| 01:15 | 11 | the PT test is a safety test, is false.  She treats these |
| 01:15 | 12 | people every day, and she says that PT test is nothing like |
| 01:15 | 13 | that.  It wouldn't tell her anything if she used it when she |
| 01:15 | 14 | puts someone on Xarelto or any of these other anticoagulants |
| 01:15 | 15 | that we'll talk about in a minute. |
| 01:15 | 16 | So I want to go through the evidence.  But when |
| 01:15 | 17 | I sat here and heard them tell you that we had a safety test |
| 01:15 | 18 | that we kept secret and that we didn't tell anyone about, I |
| 01:15 | 19 | wanted you to know that's not true. |
| 01:15 | 20 | Now, as we go through the evidence, you're going |
| 01:15 | 21 | to hear a lot of these terms, and I don't know about you, but |
| 01:16 | 22 | when I first started learning about this case, it was hard to |
| 01:16 | 23 | keep track of all these terms. |
| 01:16 | 24 | So I'm going to try to put a few up here, |
| 01:16 | 25 | because I think we're going to hear them over and over again. |

OFFICIAL TRANSCRIPT

1   And, as lawyers -- His Honor likes to make fun of us that we
2   like to talk and talk.  But we do know our job as trial lawyers
3   is to try and explain.  It's our job to make this information
4   that's complicated simple so that you can understand it.
5             So if we don't do that, that's our fault.  And
6   one way I think we can do that is to put some of these terms
7   up.  So the one that I think that we've already heard a lot
8   about is PT.  It is prothrombin time, but because I can't even
9   pronounce it properly and everybody is so used to it, we call
10  it PT.  Okay?  A PT test.  So we're going to talk about that a
11  lot.
12            We're going to talk about AFib.  And that,
13  again, is the abbreviation for atrial fibrillation.  We're
14  going to talk about Xarelto, which I think you'll see a lot.
15  But it has a -- I call it a medical name, right, the compound.
16  And I'm going to make sure -- rivaroxaban.  You're going to see
17  it in documents.  You won't hear us say it that much because
18  it's a mouthful.  But sometimes when you see that in the
19  document, you're going to know that's Xarelto.
20            So that's what the chemists and the people at
21  Bayer called it when they were inventing it, when they
22  discovered the drug.  But when you sell the drug -- and they
23  sold the drug -- it's Xarelto.  So if you see rivaroxaban in a
24  document, you know we're talking about Xarelto.
25            That's going to be important because there's

OFFICIAL TRANSCRIPT

1   other drugs like Xarelto that work in similar ways, and they're

2   going to have these scientific names and then they're going --

3   I think we heard someone talk about Pradaxa.  Remember this

4   morning during voir dire?  That's another drug that's similar

5   to this, and it has a fancy medical name as well.

6           All right.  And then you're going to hear

7   another drug common -- you heard it already, warfarin.  And

8   that has -- I don't know if it's a medical name, but it's also

9   called Coumadin.  Believe it or not, that's actually a rat

10  poison that was discovered long ago.  I know.  So that's why

11  they have to be very careful.  It works, but that's why they

12  have to monitor it all the time because it -- we'll talk about

13  it, but it does a lot of things and isn't very predictable of

14  how it works in the body.

15          What else?  You're going to hear about something

16  I use a lot, NOACs.  Again, abbreviation.  That means novel

17  oral anticoagulant.  "Novel" means these are the new ones that

18  came out after warfarin, because you'll hear that warfarin came

19  out in 1954, and there was no other choice for doctors until

20  these novel oral anticoagulants came on the market.  And what

21  it means is, they don't work the same way.  They're easier to

22  use.

23          And so we call them NOACs.  And "anticoagulant"

24  is just a fancy way, really, of saying thinning the blood,

25  stopping it from coagulating as much or at all.  So some folks

OFFICIAL TRANSCRIPT

1    call it blood thinners, but that's not literally how it works.

2    So we call them anticoagulants, and that's how you'll hear the

3    doctors refer to them.  But the family of these drugs that are

4    all alternatives, just options to warfarin, are called NOACs.

5              So let's start, if we could, with the facts of

6    the case, where the case started.

7              Mr. Boudreaux, on January 7th, 2014, felt like

8    his chest was pounding, he couldn't breathe, and he didn't know

9    what was going on.  And he went to his nurse practitioner.  She

10   immediately realized something was wrong.  She ordered an EKG.

11   She did an examination.  She realized there was something wrong

12   with his heart.  She called an ambulance and got him sent to

13   the hospital.  And that's where he met with the other doctors

14   there and eventually Dr. Wong, the cardiologist that you will

15   hear from today, who was brought in to help him.  And he

16   realized that, among other things, he had AFib, atrial

17   fibrillation.

18             Now, you didn't hear much about Dr. Wong from

19   plaintiffs, but the case really centers around him, because His

20   Honor will tell you the questions you have to answer deal with

21   whether we gave an adequate warning to the doctor.  And that

22   makes sense, right?  Because we all don't know the medicine.

23   The law says that we have to write a good warning so the doctor

24   can understand for prescription medicine and explain to you,

25   talk to you, about the risks and benefits.  And that's our

OFFICIAL TRANSCRIPT

1    responsibility, and we take it very seriously.

2                    All right.  Mr. -- you'll hear Mr. Boudreaux was

3    warned in this case and signed a document.  But that's really

4    not important.  It's good he knew.  But the question was, was

5    Dr. Wong adequately warned?  And the other question you're

6    going to have to answer is, would a different warning have made

7    a difference to Dr. Wong?

8                    And you're going to see, with all the facts of

9    this case, that, honestly, the case is pretty simple when it

10   comes down to those questions.  Because we are allowed to ask

11   under oath questions to all these witnesses before they come in

12   to you so we can focus the case, we were able to speak to

13   Dr. Wong.

14                   Now, here are the two questions.  Let me see if

15   I can get that up.  Well -- there we go.

16                   So these are the two questions we're going to

17   focus on throughout the trial.  Does Xarelto have an adequate

18   warning or instruction?  And would Mr. Boudreaux's doctor --

19   that's Dr. Wong -- would he have changed his prescribing

20   decision if he had been given a different warning or

21   instruction or would he still prescribe Xarelto?

22                   Well, here's what we know.  Dr. Wong told us,

23   after he heard about all the plaintiffs' allegation, after he

24   heard that they claim that a PT test is somehow a safety test,

25   he was asked, "Knowing what you know today, do you still

OFFICIAL TRANSCRIPT

believe that it was appropriate, medically appropriate, to
prescribe Xarelto to Mr. Boudreaux?"

And what does he say?  Yes, he does.  He's going
to come in and take that witness stand, and you'll hear him say
that.  He's going to tell you he still prescribes Xarelto
today, as well as the other NOACs.  He doesn't agree that it
needs the PT test or that the PT test, upon initiation of
Xarelto, would be able to provide any clinically meaningful
information that would help him treat a patient.

And, of course, that's what the doctor cares
about; right?  He cares about will he have information to make
it easier for him or better for him to figure out what's right
for you as the individual.

The other thing you should know that makes this
case pretty straightforward is the FDA has a role, just like we
do.  We are responsible for our label, but we can't put a drug
on the market and we can't put a label out there unless the FDA
approves it.  They approve the label and they approve the drug,
which includes is it safe and effective?

But just like we don't get to stop checking on
our drug and studying it, they don't either.  And they're asked
often to review it.  And just six months ago -- this is on
their website; this is what the data says -- "The FDA concludes
that Xarelto is a safe and effective alternative to warfarin in
atrial fibrillation."

OFFICIAL TRANSCRIPT

That's this case.  That's Mr. Boudreaux.  He had
atrial fibrillation.  And they're saying today it's no secret
about the PT test.  They didn't -- that wasn't kept secret from
them in 2016.  And they said in October of 2016 that, as the
drug is marketed, as it is today, with the label that contains
all kinds of warnings that you all will see -- it doesn't say
do this PT test -- that it is a safe and effective alternative
to warfarin.  And that's why you'll hear from Dr. Wong and
Dr. Johnson and others that they choose Xarelto when it's
appropriate for their patients and they choose other NOACs or
warfarin when that's appropriate.

What's not in dispute in this case is as
important, because we have all kinds of warnings that this drug
has a bleeding risk because of how it works; right?  It's
trying to stop you from clotting, and so that means you're more
likely to continue bleeding or not stop a bleed.  And
plaintiffs don't dispute that we do a good job with that
bleeding warning.  It's all over.  You're going to see.

They don't dispute that, because we chose
once-a-day dosing that you only have to take it once a day.
They don't have an expert that's going to come in and say
somehow that's, you know, not as safe and twice a day is safer.

In fact, just show you this board.  I'll use it
again.  This I use as another cheat sheet.  These are the drugs
that we're going to talk about during this trial.

1      This is warfarin that came out in 19 --

2      That may be a little low.  Can you all see that?

3      1954, warfarin came out, and it's a once-a-day

4  drug.

5      Pradaxa was the next one out on the market.  So

6  we -- I think I heard something -- maybe plaintiffs' lawyers

7  didn't mean to say this, but they suggested that people had no

8  other choice other than warfarin.  That's just not true.  The

9  folks that make Pradaxa came out before we did, in 2010.  And

10  they have a drug that goes twice a day, has no monitoring.

11      Xarelto, we came out in 2011 with once a day.

12      Eliquis, twice a day, in 2012.

13      And the most recent one is like ours, once a

14  day, and it's called Savaysa.

15      So these are the options that doctors have.

16  They don't just have can you take Xarelto or prescribe warfarin

17  for people that have atrial fibrillation.  They have all these

18  different choices.  And they decide -- not us; we're not in the

19  examination room with them.  Obviously, we want people to use

20  our drug because we think it's good, but we're not in the

21  examination room with them saying, "Pick us over these folks."

22  And you heard this morning the woman who had a mother who had a

23  problem; her doctor picked Pradaxa.  He didn't pick Xarelto and

24  didn't pick warfarin.

25      Now, perhaps the most troubling part of the

OFFICIAL TRANSCRIPT

01:26    1    allegation that plaintiffs make about this PT test, that it's a
01:26    2    safety test that we purposely didn't tell anyone about, it
01:26    3    suggests to you that it was hidden and that no one else studies
01:26    4    it.  That's just not true.
01:26    5                There are scientists all around the world,
01:26    6    because of the problem of AFib, because it's so common and
01:26    7    because these drugs are important for many other conditions as
01:26    8    well, they've been studied by people that have nothing to do
01:27    9    with us.  We've done our studying too by independent
01:27   10    scientists.  There's been articles in published literature.
01:27   11    And, in fact, even the issue of how to use the PT test has been
01:27   12    studied and published.
01:27   13                And there's folks -- this is another term.  We
01:27   14    often call medical associations and all the different kinds of
01:27   15    doctors the public health community.  So those are, you know,
01:27   16    groups of doctors -- let's say the people who are -- all the
01:27   17    doctors who belong to certain societies in their specialty or
01:27   18    the FDA, the CDC.  And the public health community looks at
01:27   19    this because they don't just trust the companies.  Right?  You
01:27   20    wouldn't want them to do.  You would want independent people to
01:27   21    look at this.
01:27   22                And just last year, in a journal that has
01:27   23    nothing to do with us, the *Journal of Thrombosis and Hemostatis*
01:27   24    wrote on this very subject.  Here's what they say.  It was in
01:27   25    2016.  "Consequently, the use of PT -- APTT is another test,

OFFICIAL TRANSCRIPT

but -- "PT in a clinical practice" -- meaning when you're
prescribing to patients -- "to evaluate NOACs" -- all the --
all of these including Xarelto -- "could cause dangerous
misinterpretations."

It certainly doesn't call it a safety test, does
it?  It says if you use it this way, the way plaintiffs want
you to use it, which is you put someone on Xarelto and then you
run this test right away, that you could misinterpret it
because you could see this number that they think shows you
and, you know, predicts exactly what will happen, and it
doesn't.  It doesn't.

So it's not us telling you that this is not the
right test to put in a label for doctors.  These are folks who
specialize in this area, and they say it's not the right test.

And if it was the right test, don't you think
plaintiffs' own experts would use it on their patients?  Right?
If they thought it was a safety test, these folks care about
their patients.  Outside this courtroom, you want to know -- I
agree with the plaintiffs' counsel.  What do people say outside
the courtroom?  I care more what they do.  And what do these
doctors do outside?

Dr. Leissinger, that they say is their doctor
that's going to come in and say this is great?  She's going to
tell you she doesn't use the test and she's never tested it
herself to see if it's even a reliable test.

01:29  1          (WHEREUPON, the video clip was played as follows:)

01:29  2          "Q.  Your opinions that PT is a readily available

01:29  3     test for identifying Xarelto-treated patients, have you

01:29  4     published that opinion?

01:29  5          "A.  I have not.

01:29  6          "Q.  Have you tested where it's reliable?

01:29  7          "A.  I have not."

01:29  8          **MS. WILKINSON:**  So if you thought there was a test

01:29  9     and you're a doctor who cares about your patients, which I'm

01:29  10    sure she does, if you thought that test would help you

01:30  11    determine -- and more importantly, help other doctors determine

01:30  12    whether someone could be injured on a medication, wouldn't you

01:30  13    be yelling about it from the rooftops?  Wouldn't you be

01:30  14    publishing it and going to doctor conventions and talking to

01:30  15    the folks who just wrote that other article and saying, "No,

01:30  16    you're wrong"?

01:30  17          Not only does she not publish it, not only has

01:30  18    she put it a peer-reviewed journal --

01:30  19          **MR. BARR:**  Your Honor, can we approach the bench?

01:30  20          **THE COURT:**  Okay.

01:30  21          (WHEREUPON, the following proceedings were held at

01:30  22    the bench.)

01:30  23          **MR. BARR:**  She can't publish it.  She's subject to a

01:30  24    confidentiality order.  If she would have published what she

01:30  25    knows about this case, they would say she was violating the

OFFICIAL TRANSCRIPT

01:30  1    order.

01:30  2            THE COURT:  Okay.  Yeah.  Next time we're not using

01:30  3    anything in our opening statement.  It's gotten out of hand.  I

01:30  4    asked you all to check with each other, and --

01:30  5            MS. WILKINSON:  We did, your Honor.

01:30  6            MR. BIRCHFIELD:  It's not the transcript; it's the

01:30  7    argument that she's making.  That she -- if she can she would

01:31  8    have published it.  She would have shouted it from the

01:31  9    rooftops.  She can't because her hands are tied by the

01:31  10   confidentiality --

01:31  11           THE COURT:  Yeah, and opening statement is not

01:31  12   argument.  You both are arguing your case.  It's not argument.

01:31  13   It's what the evidence is going to show, not what your argument

01:31  14   is.

01:31  15           MS. WILKINSON:  Your Honor, can we take up later this

01:31  16   idea because she talks about the PT test outside of this case.

01:31  17   So she's not forbidden from publishing about the PT test.  She

01:31  18   can't use the information in this case, but she can publish --

01:31  19           THE COURT:  That's argument.

01:31  20           MS. WILKINSON:  I won't go into it now, but . . .

01:31  21           THE COURT:  Okay.

01:31  22           MR. BARR:  Your Honor, at this point, she's rung the

01:31  23   bell.

01:31  24           MR. MEUNIER:  You're going to have --

01:31  25           THE COURT:  We'll just have to tell the jury to

OFFICIAL TRANSCRIPT

01:31    1    disregard that last statement regarding this witness, and watch

01:31    2    them during her testimony.  I mean, it's argument.  Let's not

01:31    3    get into -- you know, you say what it is, and now you're

01:31    4    arguing what -- why she didn't do it, and why she -- that's

01:31    5    argument.  That's what it is.

01:32    6         **MS. WILKINSON:**  Your Honor, I'll move on, but I

01:32    7    ask -- I didn't say anything improper, and if you suggest that

01:32    8    I did, that's all I'm worried about.

01:32    9         **THE COURT:**  Okay.

01:32    10         **MS. WILKINSON:**  Thank you.

01:32    11         **THE COURT:**  Thank you.

01:32    12         (WHEREUPON, the following proceedings were held in

01:32    13    open court.)

01:32    14         **THE COURT:**  Okay.  Members of the jury, opening

01:32    15    statement is what the evidence is to show, not what the

01:32    16    attorney thinks it's going to show or why things are not going

01:32    17    to show.  So the latter part of the observation is really

01:32    18    argument.  That may come in, but it may come in at another

01:32    19    stage in the case, in closing argument, not in opening

01:32    20    statement.

01:32    21         I'll ask counsel to continue on with that, and

01:32    22    I'll ask you to disregard that -- those comments by counsel.

01:32    23    Not improper.  It's just misplaced at this time.

01:32    24         **MS. WILKINSON:**  Thank you, Your Honor.

01:32    25         So Dr. Leissinger is going to tell you that she

1  doesn't criticize Dr. Wong for prescribing Xarelto.

2                 Why is that?  You're going to see that Dr. Wong

3  is a very qualified cardiologist.  He's a specialist in

4  internal medicine, nuclear cardiology, and adult

5  echocardiograph.

6                 He treats patients with atrial fibrillation, or

7  AFib, all the time.  And this is what AFib is.  And they'll --

8  the doctors will explain it to you better than I can.  But the

9  central way that I understand is in a normal heart, your

10  electrical system fires and it makes your heart pump.  And it

11  starts up at the top, and it pumps the blood through.

12                 With AFib, we don't know why it happens, but

13  your electrical system kind of goes haywire.  And that's why

14  people can feel -- feels off and they have a fast heartbeat.

15  So it doesn't make the heart pump at the right time regularly

16  and routinely, and blood pools up there normally at the top of

17  the heart.

18                 That is very dangerous, because when blood pools

19  and you don't have any medication that deals with this, when

20  blood pools, it clots.  Right?  Just like if you cut yourself,

21  you know eventually your blood clots when it sits there.

22                 With AFib the danger is not just that you have

23  an irregular heartbeat, but that these clots will travel from

24  the heart up to the head, cutting off blood flow to the brain,

25  and someone will have a debilitating stroke.  That's why

OFFICIAL TRANSCRIPT

1   Dr. Wong knew the first thing he had to do when he saw
2   Mr. Boudreaux was he had to deal with his risk of stroke.
3                  And you'll hear Dr. Johnson tell you that, when
4   you look at Mr. Boudreaux's numbers, because of all the other
5   conditions he had -- and we'll talk about that in a minute --
6   he had a 400 percent increased risk of stroke by just having
7   AFib.
8                  So that's why Dr. Wong, when he saw these
9   medical records, which we're going to take a look at, why he
10  knew he had to deal with that first.  He later had to deal with
11  the irregular heartbeat, but he had to make sure there wasn't
12  that clotting going on and he could protect and reduce the risk
13  that Mr. Boudreaux would have a stroke.
14                 So these are the records you're going it see.
15  The nurse practitioner said that he was having trouble
16  breathing.  They found an irregular rhythm.  And found out that
17  he had AFib, and they sent him to the hospital.
18                 At the same time Mr. Boudreaux was dealing with
19  many other medical conditions.  He had diabetes.  He had
20  hypertension or high blood pressure.  And he was taking
21  multiple medications.  All of those things get calculated in
22  when they figure out what kind of treatment.
23                 And, more importantly, Dr. Wong found out that
24  he had other issues.  Dr. Wong looked at him himself and said
25  he has atrial fibrillation, and he diagnosed for the first time

OFFICIAL TRANSCRIPT

1   that Mr. Boudreaux had congestive heart failure.  That's

2   another risk factor that doctors look at when they consider the

3   stroke risk.  He had hypertension, as we talked about, and

4   diabetes.  And all of these medications were medications that

5   Mr. Boudreaux was taking at that time.  So of course the

6   doctors would be worried about Mr. Boudreaux and treating his

7   condition as soon as they could.

8         But they also knew that if you put someone on

9   this medication, you do increase their risk of bleeding.

10   There's no dispute about that.  All of the doctors will tell

11   you they know that.

12         So we will ask Dr. Wong what he would say or

13   what he does say to his patients about that.  Why are you going

14   to increase my bleeding risk?  And he says, you know what?  We

15   can deal with almost all bleeds, like this gastrointestinal

16   bleed, but we can't deal with most strokes.

17         So that's why he and the other doctors will tell

18   you that they then choose to put patients on one of these

19   anticoagulants.  And Dr. Wong will tell you, and most of the

20   doctors will tell you, they choose among these depending on the

21   individual patient.

22         But they don't choose among them because of the

23   bleeding risk.  Every single one of these, in their own label,

24   warns of a bleeding risk.

25         So no matter which one of these drugs that

01:37  1  Dr. Wong picked or anyone picked for Mr. Boudreaux, he would
01:37  2  get the same warning because of the way the drug operates, as
01:37  3  we've discussed, because it's thinning your blood and making it
01:37  4  more difficult to coagulate.  So that's why every doctor will
01:37  5  tell you that.
01:37  6            But the difference, when you pick the drug, is
01:37  7  how does it work?  So let's start with warfarin.
01:37  8            Warfarin is very different because it comes into
01:37  9  the body and it affects vitamin K.  It kind of suppresses it,
01:37  10  and it does it in the liver.  But we don't -- and when it does
01:37  11  that, it tries to affect these -- they're called factors.  I
01:37  12  made these dominoes because when the -- called the bleeding
01:37  13  cascade, the clotting cascade, so it's like dominoes falling.
01:38  14  The liver produces these factors, the dominoes, and then, if
01:38  15  you have -- need a blood clot, they all start activating.
01:38  16            With warfarin, it actually changes some of these
01:38  17  factors.  See what we put in red?  But you don't always know
01:38  18  how that's going to work.  And the reason doctors don't know
01:38  19  how that's going to work, even if they give you the pill, is
01:38  20  all kinds of foods and alcohol and your individual differences
01:38  21  and drugs you take, you know, you have an interaction.
01:38  22            So you could take one dose one day and you eat a
01:38  23  lot of green vegetables and your vitamin K changes, and then
01:38  24  that warfarin may not be working for you.
01:38  25            So because of the way this particular drug

OFFICIAL TRANSCRIPT

01:38  1  operates, that it acts on the liver and it can interact with
01:38  2  all these other things, that's why they have regular monitoring
01:38  3  and those blood tests, because it changes depending upon what
01:38  4  you do.
01:38  5          The reason these are called novel is because
01:38  6  they don't have that problem.  They have a standard reaction, a
01:38  7  standard dose, and they don't affect any of the -- they don't
01:39  8  affect any of those factors.  They don't make less of them or
01:39  9  more.  They don't touch it.
01:39  10          What happens is when the factors start, the
01:39  11  bleeding or the -- excuse me -- clotting cascade starts, those
01:39  12  factors start to fall, and they affect -- Xarelto affects just
01:39  13  one factor.  It's called Xa, Factor Xa.  And you're going to
01:39  14  see it like this, the Roman numeral X.  The factor's called X,
01:39  15  but when it starts in the cascade, it becomes Xa.  And that's
01:39  16  when Xarelto steps in and stops it there.  Right there.
01:39  17          Xarelto operates on Xa, and so does some of
01:39  18  these others.  They only operate on that one factor when it's
01:39  19  in action.
01:39  20          So that's what makes it very different.  It's
01:39  21  not interacting with all those other things.  And that's why it
01:39  22  doesn't need routine monitoring.
01:39  23          So Dr. Wong decided that Xarelto was right for
01:39  24  Mr. Boudreaux.  He also tried to give him some medication to
01:39  25  help with that irregular heartbeat.  But he did do a test.  You

OFFICIAL TRANSCRIPT

heard there was no test.  That's not true.  Right in the label there is a test.  There's not one dose fits all.  There's two doses.  And there's a test that Mr. Boudreaux got on multiple occasions to say whether this was the right test.

So the test -- and you see it right there, atrial fibrillation, you measure something called creatinine clearance.  Remember, people were saying how much goes into your system and how your system processes it.  Some people's kidneys don't process it as fast, so it builds up.  So doctors test for that, because we put it in our label.  And it says if you have a score over 50, you take the 20 mg.

Can you all see that?

If your score is between 15 and 50, you only take 15 mg.  So there's not one size fits all.  And, if we want to go to the safety zone, it says if you are under 15, you should not take Xarelto.

So there is a safety test, and that's it.  And here's the results of Mr. Boudreaux's safety test.  On the day he was first diagnosed, he had a score of over 60.  That's how it's reported, which means it's certainly over 50, and 20 mg would be fine for him.  He was tested again the next day and had the same score.  And then he was tested five days later, and he still had a score over 50.  So 20 mg was the right test. He got very good care.  And the tests showed that that was the particular right dose for Mr. Boudreaux.

OFFICIAL TRANSCRIPT

01:41  1          Plaintiffs say that we don't talk about PT and
01:41  2     it's hidden.  I'm not sure why you didn't see this, but it is
01:41  3     in the label.  This is called the clinical pharmacology section
01:41  4     of the label.  And right there we talk about the PT test.  And
01:41  5     we say, in scientific language for the doctors, that the
01:42  6     dose-dependent -- it's dose-dependent inhibiting factor,
01:42  7     meaning, you know, the more you have, the more it's likely to
01:42  8     inhibit the clot.  And we tell doctors that right there.
01:42  9          What we don't say is that you should use this
01:42  10    test to predict whether someone's at increased risk because
01:42  11    there's no data to back that up.  So that information is in the
01:42  12    FDA-approved label.  They knew it was there; we knew it was
01:42  13    there.  And they approved us saying exactly that about PT.
01:42  14          Now, Dr. Johnson, we talked about.  This is
01:42  15    Dr. Johnson who practices at Tulane at the VA and the
01:42  16    University Medical Center.  She sees over 100 patients a week.
01:42  17    And half of them have AFib.  And she prescribes all of these
01:42  18    different anticoagulants depending on her patients.
01:42  19          And she says that the PT test would not be
01:43  20    predictive of an increased risk of bleeding in a particular
01:43  21    patient.  And she believes it would not help her at all in her
01:43  22    clinical practice.
01:43  23          Now, the label does talk about different kinds
01:43  24    of bleeds and gives warnings.  And one of the bleeds is the
01:43  25    type of bleed that Mr. Boudreaux had, the GI bleed.  That's in

OFFICIAL TRANSCRIPT

1    the label.  But it's not common.  And you'll see that

2    96.9 percent of the people, using the ROCKET study plaintiffs

3    were talking about, don't have a GI bleed.  It's a small risk,

4    but it is one.  And it's right here on the label.

5            See over there where it says Xarelto, and they

6    show up at the top is the ROCKET.  We're talking about the

7    ROCKET study.  And they tell the doctors that gastrointestinal

8    bleeding, that there's a 3.1 percent increase compared to

9    warfarin, 2.0 percent.  So it's clear in the label that there's

10   a higher risk for that.

11           So why would a doctor pick this drug if there's

12   a higher risk for that?  Well, because there's other

13   information in the label and there's information about fatal

14   bleedings.  And it's the reverse.  For fatal bleedings, those

15   bleeds that kill you, warfarin has a much higher risk than

16   Xarelto, 150 percent increased risk.

17           So doctors pick for different reasons when they

18   know the information which they do, and then they provide it to

19   their patients.  This is a form that Mr. Boudreaux signed

20   because Dr. Wong has an excellent nurse, Nurse Theriot, and she

21   spent 30 to 60 minutes with Mr. Boudreaux going over how to use

22   this drug and warning him about what could happen.  As you see

23   right there, signs of bleeding, instructions if bleeding should

24   occur.  And he signed it, and she signed it.

25           And he did what he was supposed to; right?  A

01:44 1   couple weeks later, he felt terrible.  He had a black stool.
01:44 2   And he followed those instructions, thankfully, and went to the
01:44 3   hospital and was treated.  And when he was in the hospital for
01:45 4   his bleed, he had a PT test.  So in this case, when we hear all
01:45 5   of this should there be a PT test, he did have a PT test
01:45 6   because it's a common test people run.  And when you come in
01:45 7   with a bleed, it doesn't matter if you're on any medication.
01:45 8   This is part of a battery of tests.  And the PT test right
01:45 9   there is 13.6, which, if you look on the medical record, it's a
01:45 10  little above the reference range.  So it says "high."
01:45 11          The doctors had this test.  And the doctors will
01:45 12  tell you it doesn't tell them anything.  They don't use that
01:45 13  test for determining whether he's on Xarelto and whether he has
01:45 14  a higher risk.  And Dr. Leissinger will tell you that his
01:45 15  particular number, Mr. Boudreaux's PT score, wouldn't tell you
01:45 16  anything.  It wouldn't be clinically significant.
01:45 17          Now, this drug was 14 years in development.  77
01:46 18  clinical studies before, and now there's been hundreds of
01:46 19  thousands of patients tested.  There's a much smaller number
01:46 20  before it comes to market, and then, as you heard, there's lots
01:46 21  of studies and observations of people once it's out on the
01:46 22  market.
01:46 23          And it has been a valuable medication for many,
01:46 24  many people in preventing strokes.  And Bayer and Janssen have
01:46 25  done many ongoing studies or studies today.  There's been

OFFICIAL TRANSCRIPT

01:46 1   studies before the drug came on the market, and there's

01:46 2   studies -- there were studies right after.  And there will

01:46 3   continue to be studies.  And that's one of the reasons that the

01:46 4   FDA continues to approve it and doctors continue to prescribe

01:46 5   it because it shows it works.  Xarelto works.  It prevents

01:46 6   strokes.

01:46 7          Now, you're going to hear this evidence about

01:46 8   the FDA because you're allowed to use it, not because it's the

01:46 9   final decision, but because you're allowed to use it to

01:47 10  consider was the label adequate.  And Dr. Kessler, who's going

01:47 11  to come in here as their first witness, I guess, he isn't a

01:47 12  cardiologist and he doesn't treat patients anymore, but he was

01:47 13  the head of the FDA.  And he will tell you that the FDA uses

01:47 14  the standard when they approve the label, that it was safe and

01:47 15  effective as described in the label.

01:47 16         So when the PT test is described the way it was,

01:47 17  as you saw, and the creatinine clearances in that label, they

01:47 18  are saying that entire label in that drug is approved as is.

01:47 19  That is the standard.

01:47 20         Dr. Wong knew all of this information, he'll

01:47 21  tell you.  He understood exactly how this drug worked because

01:47 22  he uses it every day.  And the reason in this case that he

01:47 23  picked Xarelto is he actually likes that you don't have to

01:47 24  monitor.  It makes it easier on the patients that they don't

01:47 25  have to come back and have routine blood tests.  So for him,

OFFICIAL TRANSCRIPT

1   this is a real benefit to using Xarelto and some of these other

2   anticoagulants.

3          He will tell you that the label is full of

4   warnings about the bleeding risk.  But, most importantly, he

5   will tell you -- and here's -- we tried to pull out all the

6   mentions of bleeding risk in the label for you -- most

7   importantly, he will tell you that he knows that he would still

8   prescribe this medication knowing what he knows now for

9   Mr. Boudreaux if he were back in 2014 with this information.

10          And when you hear all that information, ladies

11  and gentlemen, when you go back to consider your verdict, we

12  ask you to focus on the legal questions that the judge is going

13  to ask you.  What testimony did you hear that contradicts what

14  Dr. Wong says, that he was adequately warned by this label and

15  he wouldn't have made a different prescribing decision.

16          We will try -- and I know His Honor will make

17  sure we do -- to use your time effectively.  And we hope that

18  we can show you the evidence that I've talked about this

19  morning so that at the end of this case you will return a

20  verdict for Bayer and Janssen.

21          Thank you very much for your patience.

22       THE COURT:  Thank you, Counsel.  Let's do this:

23  Let's take a ten-minute break.  And we'll come back and start

24  with the witnesses.

25       THE DEPUTY CLERK:  All rise.

01:49  1          (WHEREUPON, the jury exited the courtroom.)

01:50  2          (WHEREUPON, the Court took a recess.)

02:02  3          **THE DEPUTY CLERK:**  All rise.

02:03  4          (WHEREUPON, the jury entered the courtroom.)

02:03  5          **THE COURT:**  Okay.  Be seated, please, ladies and

02:03  6  gentlemen.

02:03  7          You've heard opening statements.  As I

02:03  8  mentioned, that is not evidence; it's simply what the lawyers

02:03  9  expect the evidence to show.  We'll now hear the evidence.

02:03  10          Call your first witness, please.

02:03  11          **MR. BARR:**  Your Honor, the bailiff will now present

02:03  12  the videotaped testimony of Susan Geiger taken on April 25th,

02:04  13  2016 in Florham Park, New Jersey.  Ms. Geiger was a Janssen

02:04  14  group product director until October 2015 and is now a director

02:04  15  of marketing.  The deposition starts with questioning from

02:04  16  Mr. Boudreaux's lawyers, followed by questioning by Janssen's

02:04  17  lawyers, and ends with brief questioning from Mr. Boudreaux's

02:04  18  lawyers.

02:04  19          **THE COURT:**  Okay.  Let me say a word -- excuse me.

02:04  20  Let me say a word here about depositions.  This has sort of

02:04  21  been mentioned in opening.

02:04  22          When the parties are getting ready for trial,

02:04  23  they conduct what we call discovery.  They try to find out what

02:04  24  the witnesses are going to say what happened.  A way of doing

02:04  25  that is to take what's called depositions.  They subpoena a

OFFICIAL TRANSCRIPT

1    witness, each side is present, the witness is sworn, questions

2    are asked, cross-examination is had.

3              It's just as if the witness were in court.

4    Witnesses -- the subpoena power of the court is within the

5    jurisdiction of the state of Louisiana.  So some witnesses

6    either can't be -- are not within the jurisdiction or can't be

7    present with us in person, so they take the deposition.

8    Oftentimes, they take the deposition -- a video deposition.

9              The point is that the deposition, as it's

10   introduced into evidence, will be just as if the witness were

11   here.  And you'll make the same observations.  You'll make

12   credibility calls, whether or not you believe the witness or

13   what the witness has said.  All that is just as if the witness

14   were here today.

15             Also, nobody's made any motions for

16   sequestration.  Is there a motion for that, to sequester the

17   witnesses?  Are there any witnesses in the courtroom, expected

18   witnesses?

19             **MR. MEUNIER:**  I don't think we have a position on

20   that, Your Honor.  Sometimes expert witnesses can stay.

21             **THE COURT:**  The experts, I'm not as concerned about

22   as other witnesses.  Okay.  If there are -- if anybody wants a

23   sequestration of the witnesses.  Hearing none.  Okay.  Let's

24   proceed with the deposition.

25             (WHEREUPON, the videotaped deposition of **Susan Geiger**

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

02:06  1   was played as follows:)

02:06  2                          **EXAMINATION**

02:06  3   **BY MS. KRAFT:**

02:06  4   **Q.**   Could you please state your name?

02:06  5   **A.**   Susan Geiger.

02:06  6   **Q.**   Ms. Geiger, who do you work for?

02:06  7   **A.**   I work for Janssen.

02:06  8   **Q.**   And how long have you been employed by Janssen?"

02:06  9          **THE COURT:**  Can you hear that, members of the jury?

02:06  10          (WHEREUPON, the video deposition was resumed as

02:06  11   follows:)

02:06  12   **BY MS. KRAFT:**

02:06  13   **A.**   I've been working for Janssen for a little over 18 years.

02:06  14   **Q.**   Did you start with Janssen in 1998?

02:06  15   **A.**   I did.

02:06  16   **Q.**   Throughout your career at Janssen, have you held all sales

02:06  17   and marketing positions?

02:06  18   **A.**   Yes, with the exception of about a year I was in a

02:06  19   business development type of role, which really could be under

02:06  20   the marketing umbrella.  But it was a little more of business

02:06  21   development and a little bit different, but...

02:06  22   **Q.**   What is your current position with the company?

02:06  23   **A.**   I'm director of marketing for a -- the strategic customer

02:07  24   group, which is technically part of the healthcare systems

02:07  25   organization, but it's all Janssen.

SUSAN GEIGER - EXAMINATION

1  **Q.**   When did you take that role?

2  **A.**   In October of this past year.

3  **Q.**   Okay.  And in that role, do you have responsibilities

4  related to Xarelto?

5  **A.**   I'm responsible for all the products across the portfolio

6  in a secondary sort of position.  So I support them, but I

7  don't make decisions related to those individual products.

8  **Q.**   Okay.  So let me clarify when you took that role.  Was

9  that October of 2015?

10  **A.**   October of 2015, yes.

11  **Q.**   Okay.  All right.  And as I understand it, you first

12  became part of the Xarelto team in August 2008?

13  **A.**   That's correct.

14  **Q.**   And since that time, have you continuously worked in some

15  respect on the Xarelto brand?

16  **A.**   From August of 2008 until October of 2015, I had some

17  relation to Xarelto, although my direct work on Xarelto ceased

18  in May of 2013, where I was no longer responsible for the

19  marketing of the product.  After that point, I was in a sales

20  leadership role.  And there was a nine-month period from 2009,

21  pretty much for the whole -- from January to September, where I

22  was on medical leave and didn't have any, you know, role or

23  really contact with the organization.

24  **Q.**   Okay.  Even after May of 2013, you continued to work to

25  some degree on the Xarelto brand; correct?  That was in

SUSAN GEIGER - EXAMINATION

1    national sales?

2    A.   I was national -- so was a recipient of the brand's

3    direction, tools, strategies.  And I was responsible to ensure

4    that my team executed aligned with what the brand decided and

5    asked us to do.

6    Q.   Okay.  And so if you'll turn to the first page, does this

7    appear to be the PowerPoint presentation that you gave during

8    the course of your interview for Xarelto?

9    A.   Yes.  My -- anytime I interview for a job, I take my best

10   shot at, you know, trying to think what I might do if I was

11   given the role.  So yes.

12   Q.   All right.  So this PowerPoint represents -- this

13   PowerPoint presentation represents the research and evaluation

14   that you had conducted in connection with Xarelto; correct?

15   A.   Yes.

16   Q.   Okay.  Slide 6, does this represent the current marketing

17   messages that you had identified about Xarelto as of the time

18   you interviewed for the position in June of 2008?

19   A.   While the title says "current rivaroxaban messages," this

20   was the information available on an internal website.  There

21   were no marketers at the time.  It was maybe a global marketing

22   sort of role.  So I don't recall that this likely was picked up

23   from there.  So I wouldn't characterize them.  All it says here

24   is "messages" because they weren't available on the market.

25   This was all internal.  But, yes, this represents what I

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

1    learned in my research about rivaroxaban.

2    **Q.**    Messages is a marketing-related term; is that correct?

3    **A.**    Sure.

4    **Q.**    So I'm not talking about the messaging, then, outside the

5    organization, because at this point in time there's no Xarelto

6    product on the market?

7    **A.**    Uh-huh.

8    **Q.**    Okay.  Correct?

9    **A.**    That's correct, yes.

10   **Q.**    So this is the internal marketing messages, at least that

11   you understood had been identified about the Xarelto brand when

12   you interviewed for the position in 2008; correct?

13   **A.**    Yes.  This was the information that I gleaned from

14   materials out there and what I believed to be pertinent and

15   important information about this very early compound.

16   **Q.**    Okay.  One of the internal -- well, are you in agreement

17   with me referring to this as internal marketing messages?

18   **A.**    That's fine.  Sure.

19   **Q.**    Okay.  So one of the internal marketing messages that you

20   identified was the convenience of once-a-day dosing; correct?

21   **A.**    Yes.

22   **Q.**    And promoting Xarelto as a drug to be taken once a day was

23   a main component of the marketing campaign that ultimately

24   developed externally; correct?

25   **A.**    Not for all of our indications.  Certain indications --

SUSAN GEIGER - EXAMINATION

1   every indication had a different dosing regimen and a different

2   dose.  So, you know, the AFib indication, for example, had a

3   once-daily dosing.  That was what was studied in ROCKET and

4   what was ultimately approved.  So, yes, that was, you know,

5   part of the core messaging.

6   **Q.**   So just to define some terms that you've mentioned thus

7   far and to clarify your answer, the AFib indication that you

8   just mentioned, if we fast forward in time to November 2011,

9   the AFib indication was approved by the FDA?

10  **A.**   Yes, it was.

11  **Q.**   And AFib is a shorthand term for atrial fibrillation?

12  **A.**   Yes.  Technically the indication is for reduction of risk

13  of stroke in patients with atrial fibrillation.  So it doesn't

14  treat AFib; it reduces risk of stroke.

15  **Q.**   Going back to Exhibit 2, which are your slides.  An

16  additional internal marketing message that you identified in

17  2008 was that Xarelto eliminates the need for blood-clotting

18  monitoring and dose adjustments; correct?

19  **A.**   Is this page 6 that -- I'm not sure which...

20  **Q.**   Yes.  That's okay.  So you had already identified, before

21  you interviewed for the product director position, that a

22  marketing message that had been defined internally at the

23  company was that Xarelto did not have the need for

24  blood-clotting monitoring and dose adjustments; correct?

25  **A.**   Yes.

SUSAN GEIGER - EXAMINATION

02:13  1   **Q.**   Okay.  Blood -- the no blood-clotting monitoring

02:13  2   characteristic of Xarelto is another factor that distinguishes

02:13  3   Xarelto from other anticoagulant options; correct?

02:13  4   **A.**   Yes.  This terminology was prior to approval.  We wouldn't

02:13  5   have used that language after approve, but yes.

02:13  6   **Q.**   The idea of no monitoring or eliminating the need for

02:14  7   blood-clotting monitoring, though, is a trait that

02:14  8   distinguishes Xarelto from the standard of care at the time,

02:14  9   which was warfarin?

02:14  10   **A.**   Yes.  It eliminated the need for required INR monitoring,

02:14  11   which applies only to warfarin, yes.

02:14  12   **Q.**   And can you explain what that involves with respect to

02:14  13   warfarin?

02:14  14   **A.**   So -- and this is more of a layman's understanding of it;

02:14  15   right?  Warfarin is a product that fluctuates quite a bit.  So

02:14  16   they designed a test to check how much was in a patient's

02:14  17   system.  And that's known as INR monitoring.  There were a

02:14  18   variety of things, I'm sure, that goes into international

02:14  19   normalized ratio.  I don't really fully agree -- or understand

02:14  20   that, but Xarelto was a different compound and didn't require

02:14  21   that testing.  So that's the required monitoring.

02:14  22   **Q.**   And at this particular point in history, warfarin was the

02:15  23   standard of care used for individuals in need of

02:15  24   anticoagulation therapy; correct?

02:15  25   **A.**   Just what time in history?  2008 or 2012?

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

1   Q.   2008.

2   A.   Okay.  Yes.  Yes, that was the standard of care.

3   Q.   It was often referred to as the gold standard?

4   A.   I don't recall it being called the gold standard, but

5   standard of care and gold standard are often used

6   interchangeably.

7   Q.   And when a patient's INR level is between a certain range,

8   then the individual is considered to be in the therapeutic

9   range.

10   A.   Yes, when they're able to achieve the right balance of

11   drug and other considerations, yes.

12   Q.   In the research that you did in preparation for your

13   interview, did you learn that individuals who used warfarin had

14   low bleeding events in part because warfarin was able to be

15   monitored and a therapeutic range measured in patients?

16   A.   No, I learned quite the contrary.

17   Q.   When patients using warfarin are within the therapeutic

18   range of 2 to 3, that is the range that they are least likely

19   to have either bleeding events or strokes; correct?

20   A.   When patients are able to achieve that, yes.

21   Q.   Okay.  And Xarelto at this point in time had been

22   developed as an option that did not require monitoring?

23   A.   Yes.

24   Q.   After you interviewed for this position at some point

25   through the present day, have you learned that the decision of

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

02:16  1  no monitoring occurred as part of a collaboration agreement
02:16  2  between Bayer and Janssen?
02:17  3  A.   No, I didn't know that.
02:17  4  Q.   Let me hand you Exhibit 5, which is the collaboration
02:17  5  agreement between Bayer and Ortho-McNeil.
02:17  6       MS. NICKELL:  Record 7741.
02:17  7  BY MS. KRAFT:
02:17  8  Q.   And Exhibit 5 is the collaboration agreement between Bayer
02:17  9  and Janssen that's dated October 1st, 2005.
02:17  10  A.   Okay.  Yeah.
02:17  11  Q.   And I'm not going to ask you all about that agreement, but
02:17  12  simply direct your attention to the page that's tabbed there,
02:17  13  which is Exhibit E to the agreement.
02:17  14  A.   Okay.
02:17  15  Q.   That is the marketing plan that's attached to the
02:17  16  agreement that I just handed you; correct?
02:17  17  A.   Yes.
02:17  18  Q.   And this marketing plan is dated September 2005?
02:17  19  A.   Yes.
02:17  20  Q.   It's got Johnson & Johnson's name on the front page;
02:17  21  correct?
02:17  22  A.   It appears so, yes.
02:18  23  Q.   This agreement pertains to the U.S. commercial strategy
02:18  24  and initial marketing plan for Xarelto.  Are you in agreement
02:18  25  with that?

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

1   A.   That's what it says, yes.

2   Q.   That numerical designation of BAY 59-7939 references what

3   ultimately turned into the brand product Xarelto; correct?

4   A.   Yes.

5   Q.   All right.  And to put this in context, the second

6   paragraph of the first page here is talking about the

7   commercial overview of the product and references the

8   positioning of Xarelto to compete in the U.S. anticoagulation

9   antithrombotic market; correct?

10   A.   That's what it states.

11   Q.   Okay.  And it goes on to state that "we expect BAY" --

12   which is Xarelto -- "to be well positioned to compete in that

13   market"; correct?

14   A.   That's what it states, yes.

15   Q.   That was the plans -- that was part of the initial

16   marketing plan by Johnson & Johnson according to this document

17   as of 2005; correct?

18   A.   That appears to be so.

19   Q.   And, in fact, Xarelto has, over time, made a substantial

20   impact in that market.  It has -- which has resulted in

21   prescriptions -- a significant amount of prescriptions of

22   Xarelto; correct?

23   A.   Yes.  There's a large unmet need, and that has been

24   successful, yes.

25   Q.   And you've been an instrumental part in the marketing and

SUSAN GEIGER - EXAMINATION

02:19  1   positioning of Xarelto in that anticoagulation market
02:19  2   throughout your career; correct?
02:19  3   A.   Yes.  But I need to provide some context, because what --
02:19  4   this agreement and what I did, there's probably not a match
02:19  5   between marketing plans between the two.  This says marketing
02:20  6   plan.  I never saw this before, so -- but, yes, I was
02:20  7   instrumental.  I'm giving a context to this exhibit that you're
02:20  8   showing me and then asking a question.
02:20  9   Q.   This portion of Johnson & Johnson's initial marketing plan
02:20  10  for Xarelto in 2005 starts off by referencing their commercial
02:20  11  strategy.  Do you see that?
02:20  12  A.   Yes.
02:20  13  Q.   Commercial strategy refers to the strategy for selling
02:20  14  prescriptions of the drug; correct?
02:20  15  A.   Yes.  Yes.  For selling, sure.
02:20  16  Q.   This section of the marketing plan goes on to reference
02:20  17  another aspect of product positioning is without the need for
02:20  18  coagulation monitoring.  Do you see that?
02:20  19  A.   Yes, I do.
02:20  20  Q.   And that's another way of stating that Xarelto was being
02:21  21  developed without the need for blood-clotting monitoring that
02:21  22  we just discussed; correct?
02:21  23  A.   Yes.
02:21  24  Q.   So at the time Johnson & Johnson identified no coagulation
02:21  25  monitoring as a way to position Xarelto in the market, it was

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

02:21  1   unknown as to how Xarelto was going to do in any of the
02:21  2   clinical trials; correct?
02:21  3   A.   I can't necessarily agree with that.  It just needs a
02:21  4   little context.  I'm not a scientist, but before they get to
02:21  5   Phase III, they have a Phase II.  So there were some clinical
02:21  6   trials, just not Phase III trials.
02:21  7   Q.   Okay.  The Phase III clinical trials are the trials that
02:21  8   test the safety and efficacy of the product in a large
02:21  9   population; correct?
02:21  10  A.   Yes.  Yes, that's true.
02:21  11  Q.   All right.  So at this point in time when Johnson &
02:21  12  Johnson dated this initial marketing plan, it is correct, is it
02:22  13  not, that it is unknown as to how Xarelto is going to do in any
02:22  14  of the Phase III clinical trials involving a certain population
02:22  15  group?
02:22  16  A.   That's correct.
02:22  17  Q.   No monitoring has continued to be a key feature of
02:22  18  Xarelto's marketing campaign through the present date; correct?
02:22  19  A.   Yes, no required monitoring.
02:22  20  Q.   What was Janssen's definition of the unmet needs in the
02:22  21  anticoagulation market?
02:22  22  A.   There is a well-established standard of care in warfarin.
02:22  23  It was very effective, but it came with challenges.  And so we
02:22  24  were looking to understand what are those challenges so we can
02:22  25  figure out how to make Xarelto fit into the market.

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

02:22   1   **Q.**   Is it correct that the unmet needs as defined by Janssen
02:23   2   in the market were based on Xarelto's once-a-day dosing in the
02:23   3   AFib indication and no monitoring?  That's true, isn't it?
02:23   4   **A.**   I can't say I agree with those being the unmet needs in
02:23   5   the market.  Those were two features we had that met some of
02:23   6   the myriad of unmet needs.
02:23   7   **Q.**   And those two aspects about Xarelto were a key part of
02:23   8   your marketing messages about Xarelto even through the present
02:23   9   day; correct?
02:23   10  **A.**   They're important information about Xarelto, yes.
02:23   11  **Q.**   Let's take a look at Exhibit 14, Ms. Geiger.  Since
02:23   12  Xarelto has been approved, it has been a goal of marketing to
02:23   13  position Xarelto to be a first-choice anticoagulation product
02:24   14  in the anticoagulation market; correct?
02:24   15  **A.**   That's an aspiration, yes.
02:24   16  **Q.**   And the plan here was to deploy sales representatives of
02:24   17  the highest frequency to meet with physicians?
02:24   18  **A.**   Yes, we had special sales force and a primary care sales
02:24   19  force, so we're trying to --
02:24   20  **Q.**   And that --
02:24   21  **A.**   -- for Xarelto."
02:24   22          **MR. BARR:**  Just bear with us, one second, Your Honor.
02:25   23  **Q.**   Ms. Geiger, in -- since Xarelto has been approved, it has
02:25   24  been a goal of marketing to position Xarelto to be a
02:25   25  first-choice anticoagulation product in the anticoagulation

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

02:26  1    market; correct?

02:26  2    A.    That's an aspiration, yes.

02:26  3    Q.    And the plan here was to deploy sales representatives of

02:26  4    the highest frequency to meet with physicians?

02:26  5    A.    Yes.  We had a specialty sales force and a primary care

02:26  6    sales force.  So we tried to optimal frequency.  So, yes.

02:26  7    Q.    Okay.  So, yes.  All right.  And so that was also

02:26  8    implemented after the launch of Xarelto; correct?

02:26  9    A.    Yes.  We had a fully trained sales force.

02:26  10   Q.    Well, you deployed a sales force to meet with physicians

02:26  11   of the highest frequency; correct?  I mean, that continued to

02:26  12   be part of the marketing plan for Xarelto?

02:26  13   A.    Help me understand what you mean by "physicians of highest

02:26  14   frequency."  I don't know what you mean by that.

02:26  15   Q.    Well, this is your document that indicates a sales force

02:27  16   of the highest frequency; correct?

02:27  17   A.    Correct.  So our sales force would have called on

02:27  18   physicians with the highest frequency compared to the others.

02:27  19   So that's one of my nuances.  Physicians of highest frequency

02:27  20   could mean something different.

02:27  21   Q.    And part of the way to accomplish the objective of making

02:27  22   Xarelto a first-choice medication was to also ensure that there

02:27  23   was optimal sampling at the doctor's office?

02:27  24   A.    Yes.

02:27  25   Q.    And that refers to the free samples of Xarelto; correct?

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

| | | |
|---|---|---|
| 02:27 | 1 | **A.**   Yes. |
| 02:27 | 2 | **Q.**   Did the plan, both prelaunch and postlaunch, include |
| 02:27 | 3 | providing optimal free samples of Xarelto at physicians' |
| 02:27 | 4 | offices who were prescribers of anticoagulant medications? |
| 02:27 | 5 | **A.**   Yes.  That's an industry standard. |
| 02:27 | 6 | **EXAMINATION** |
| 02:27 | 7 | BY MR. WEINKOWITZ: |
| 02:27 | 8 | **Q.**   I think you testified yesterday that you were somewhat |
| 02:27 | 9 | involved in Xarelto brand planning? |
| 02:28 | 10 | **A.**   Yes. |
| 02:28 | 11 | **Q.**   For certain periods of time? |
| 02:28 | 12 | **A.**   Yes. |
| 02:28 | 13 | **Q.**   What I'd like to do is show you a PowerPoint that I |
| 02:28 | 14 | located in your custodial file.  And what I've done is on the |
| 02:28 | 15 | version that I've given you -- and that's yours.  In the |
| 02:28 | 16 | version I've given you, I've put a tab on the pages that I'm |
| 02:28 | 17 | going to in order to make it go a little quicker.  So those |
| 02:28 | 18 | tabs.  All right.  I'll give you an opportunity to just to |
| 02:28 | 19 | review this generally.  Although, I think I told you that I |
| 02:28 | 20 | located this in your custodial file. |
| 02:28 | 21 | **A.**   Okay. |
| 02:28 | 22 | **Q.**   Would this be something you would have been -- you would |
| 02:28 | 23 | have prepared or been involved in the preparation of or |
| 02:28 | 24 | reviewed as part of your job at Janssen? |
| 02:28 | 25 | **A.**   Yes.  I would have been responsible for a component or |

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

1    contributed to a component of it but not all of it.

2    **Q.**   And would you have, during the time you were at Janssen

3    and contributed to a component of it, would you have reviewed

4    the entire thing?

5    **A.**   To be honest, I probably wouldn't have reviewed it in

6    great detail, but I would have had a general sense of the

7    theme.

8    **Q.**   We're at page 12.  The executive summary.  You're there;

9    right?  The first bullet point of the executive summary, it

10   says, "Stroke prevention and atrial fibrillation, SPAF, is the

11   largest business opportunity and represents a growth driver for

12   Xarelto."

13            Do you see that?

14   **A.**   Yes, I do.

15   **Q.**   Did I read it correctly?

16   **A.**   You read it correctly, yes.

17   **Q.**   Is that accurate?

18   **A.**   Yes.  There's many -- a big unmet need here.

19   **Q.**   Okay.  We were talking about the first bullet point in the

20   executive summary.  Would you agree with me that largest

21   business opportunity is equivalent to an opportunity for sales?

22   **A.**   Yes.

23   **Q.**   And would you agree with me that growth driver equals an

24   opportunity for increased sales?

25   **A.**   It is an opportunity, yes.

SUSAN GEIGER - EXAMINATION

02:29  1   **Q.**   And the third bullet point says, "Xarelto faces fierce
02:29  2   competition in AFib."
02:29  3          Do you see that?
02:29  4   **A.**   Yes.
02:29  5   **Q.**   And "fierce," can you define what "fierce" means?
02:30  6   **A.**   Yes.  There were a lot of great products and options for
02:30  7   new products options for patients and big unmet need, so...
02:30  8   **Q.**   So that will be competition from Pradaxa and Eliquis
02:30  9   primarily?
02:30  10  **A.**   Yes.
02:30  11  **Q.**   Okay.  If we could talk about what's previously been
02:30  12  marked as Geiger 2, which -- I think I'll refer to those as
02:30  13  your interview slides.
02:30  14         Is that an acceptable phrase for that?
02:30  15  **A.**   Yes.  Before I got the job, yeah.
02:30  16  **Q.**   Before you got the job.  All right.  And it was based on
02:30  17  information that you had gleaned internally from a number of
02:30  18  sources that you testified to yesterday; correct?
02:30  19  **A.**   Yes.  Preclinical studies, whatever public -- whatever
02:30  20  newsletters they had.
02:30  21  **Q.**   Okay.  And if you would look at -- I think it's Slide 14.
02:31  22  It says "Xarelto launch."
02:31  23  **A.**   Okay.
02:31  24  **Q.**   All right.  And if you look at the second bullet point, in
02:31  25  fact, there you say, "Product has potential to be next

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

1  blockbuster for J&J, producing fiscal stability for pharma

2  sector."

3         Do you see that?

4  A.   Yes.

5  Q.   And, in fact, you were correct.  Xarelto has lived up to

6  that status.  It is -- it became a blockbuster drug; correct?

7  A.   Yes, it did.

8  Q.   Now, if you look at the same bullet point, you have

9  "Product has potential to be next blockbuster for J&J."

10        Right?  You didn't write Janssen; you wrote J&J

11  there; correct?

12  A.   Yes.

13  Q.   And "producing fiscal disability for pharma sector."

14        Do you see that?

15  A.   I do.

16  Q.   If you look at the first bullet point, it says, "J&J has

17  several key products going off-patent in 2008 to 2010."

18        Do you see that?

19  A.   Yes, I do.

20  Q.   Okay.  Let me hand you -- we're going to mark this exhibit

21  as Geiger 35.  It is 3017856, record number.

22        I've handed you an e-mail.  Do you see that this is

23  an e-mail from Mr. Shah -- if you look at the first e-mail to

24  yourself.  Or rather from you to Mr. Shah?

25  A.   Yes.

SUSAN GEIGER - EXAMINATION

02:32    1    **Q.**    And it's dated September 11th, 2008.
02:32    2           Do you see that?
02:32    3    **A.**    Yes.
02:32    4    **Q.**    And that was around the time that you first started
02:32    5    working on Xarelto; correct?
02:32    6    **A.**    Just about a month after, yes.
02:32    7    **Q.**    Month after.  And you say your -- your e-mail says, "Quick
02:32    8    question.  What is the patent expiration for riva?"
02:32    9           Do you see that?
02:32   10    **A.**    Yes, I do.
02:32   11    **Q.**    And riva is Xarelto; correct?
02:32   12    **A.**    Yes.
02:32   13    **Q.**    "I didn't have the info handy and I'm now curious."
02:33   14    Correct?
02:33   15    **A.**    Yes.
02:33   16    **Q.**    And Mr. Shah, who -- at that time he was your boss;
02:33   17    correct?
02:33   18    **A.**    He was.
02:33   19    **Q.**    And he says that the patent expiration for Xarelto is in
02:33   20    2023; correct?
02:33   21    **A.**    That's correct.
02:33   22    **Q.**    Now, a patent holder on a drug has an exclusive right to
02:33   23    sell that drug; correct?
02:33   24    **A.**    Yes.
02:33   25    **Q.**    And since Xarelto doesn't come off patent until about

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

1   2023, no other company other than Johnson & Johnson and Bayer

2   can sell or market Xarelto; correct?

3   A.   That's correct.

4   Q.   So you have the exclusive right to make money and to sell

5   Xarelto in the marketplace; correct?

6   A.   That's correct.

7   Q.   Before Xarelto was launched, you were personally aware of

8   how important it was within the context of the Johnson &

9   Johnson pipeline; correct?

10   A.   Yes.  It was a big opportunity, yes.

11   Q.   It had the potential to be the next blockbuster for

12   Johnson & Johnson?

13   A.   It absolutely did.

14   Q.   And Johnson & Johnson had several key products that were

15   coming off of patent, so they were going to be less profitable

16   for the company; correct?

17   A.   Yes.

18   Q.   Well, you engaged in writing some analysis here that

19   several key patent products were going off-patent in 2008;

20   correct?

21   A.   I picked it up from somewhere, trying to get a great

22   opportunity in a job, so yeah.

23   Q.   So let me hand you what I've marketed as Geiger 36.  If

24   you take a look, I've color-coded -- I've color-coded this for

25   you.  If you look, this is the 12-month report, and it reports

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

02:34   1   right here 2008 to 2009.

02:34   2   A.   Okay.

02:34   3   Q.   Do you see that?

02:34   4   A.   I do.

02:34   5   Q.   And if you go to Risperdal.  Do you see that?

02:34   6   A.   Yes, I do.

02:34   7   Q.   Do you know that the patent for Risperdal expired in or

02:34   8   around June of 2008?

02:34   9   A.   No, I didn't.

02:34   10   Q.   But that would fall within the time period that you were

02:34   11   noting in your PowerPoint of drugs coming off patent; right?

02:34   12   A.   Yes.

02:34   13   Q.   Okay.

02:34   14   A.   Okay.

02:34   15   Q.   So the patent -- if the patent was lost in or around

02:35   16   June 2008, do you see that that drug -- the drug sales for that

02:35   17   in the U.S. dropped 80.8 percent?

02:35   18   A.   Looks to be what's written here, yes.

02:35   19   Q.   And so that was one of the drugs that was coming off

02:35   20   patent that made Xarelto important in the J&J pipeline;

02:35   21   correct?

02:35   22   A.   If -- yeah.  I mean, this is the first I'm seeing this.

02:35   23   So that seems to be one of them, sure.

02:35   24   Q.   And another drug that was coming off patent during the

02:35   25   time period that you mentioned in your slide was a drug called

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

02:35   1   Topamax?

02:35   2   **A.**   Okay.

02:35   3   **Q.**   Do you see that's another J&J drug?

02:35   4   **A.**   I see it is, yes.

02:35   5   **Q.**   And do you know that it lost patent protection in March of

02:35   6   2009?

02:35   7   **A.**   I didn't know until you just told me, no.

02:35   8   **Q.**   Any reason to dispute that?

02:35   9   **A.**   No.  As you say, it's facts.

02:35   10   **Q.**   And that was -- and March of 2009 would made Topamax fall

02:35   11   within the time period for one of the drugs that you were

02:35   12   quoting in your slide?

02:35   13   **A.**   It would appear that that was probably one of the ones

02:35   14   that was in that time frame.

02:35   15   **Q.**   So that patent -- the loss of that patent caused a

02:36   16   reduction of sales of 67.5 percent; correct?

02:36   17   **A.**   That looks like what it says here, yes.

02:36   18   **Q.**   And your slide indicated that Xarelto was important

02:36   19   because the J&J pipeline was losing a number of drugs that were

02:36   20   coming off patent; correct?

02:36   21   **A.**   Yeah.  Whatever source I got that from was obviously

02:36   22   looking at this.

02:36   23   **Q.**   And do you know that one of the other drugs that was

02:36   24   coming off patent or in the time period 2008 and 2010 was a

02:36   25   drug called Levaquin?

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

1    A.    If you say, yeah.  I mean, I did not know that until you

2    just mentioned it, but okay.

3    Q.    Do you have any reason to dispute that Levaquin lost its

4    patent in and around June 20th of 2011?

5    A.    No, I have no reason to dispute it.

6    Q.    And if you take a look, I've highlighted in orange

7    Topamax.

8          Do you see that?

9    A.    Yes.

10   Q.    And so my question is, is that -- again, that's another

11   drug that's coming off patent.  It's losing sales, which is

12   making Xarelto a very important drug for Johnson & Johnson;

13   correct?

14   A.    It appears that that's the case, yeah.

15   Q.    As a matter of fact, you wrote that Xarelto was so

16   important that it was to provide fiscal stability for the J&J

17   pharmaceutical sector; correct?

18   A.    Yes.  As I mentioned, I likely picked that up from

19   something.  Clearly, you know, not my area of expertise.

20   Q.    But you felt confident enough to put it in a slide to go

21   into an interview on a job --

22   A.    Yeah.

23   Q.    -- and speak to other Johnson & Johnson and Janssen

24   colleagues; correct?

25   A.    Yeah.  Picked it up from a good source, I suppose.  And I

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

02:37  1  guess you've proven that.

02:37  2  **Q.**   If you go back to your interview slides.

02:37  3  **A.**   Sure.

02:37  4  **Q.**   Go to the same slide.  It says, on the fourth bullet --

02:37  5  I'm sorry -- the third bullet down, we're talking about the

02:37  6  Xarelto launch.  And you're giving background here?

02:37  7  **A.**   Yes.

02:37  8  **Q.**   And it says, "J&J senior leadership is watching this

02:37  9  product launch closely."

02:37  10          Did you write that?

02:37  11  **A.**   Yes, it appears I did.

02:37  12  **Q.**   So you were aware that Johnson & Johnson senior leadership

02:37  13  had its eye on how well the Xarelto launch was going to go?

02:38  14  **A.**   Yes.  There's a reason that that was important.

02:38  15  **Q.**   Who is Chris Poon?

02:38  16  **A.**   She was a member of the executive committee, I believe.

02:38  17  She was at J&J headquarters, so I don't --

02:38  18  **Q.**   Was she vice chairman, J&J worldwide chairman for

02:38  19  pharmaceuticals in about 2008?

02:38  20  **A.**   That sounds like a pretty detailed title.  So it sounds

02:38  21  like that must be factual.

02:38  22  **Q.**   Any reason to dispute that?

02:38  23  **A.**   No reason to dispute that.

02:38  24  **Q.**   And she reported directly to the Johnson & Johnson

02:38  25  chairman, Bill Weldon?

OFFICIAL TRANSCRIPT

SUSAN GEIGER – EXAMINATION

02:38   1   **A.**   Okay.

02:38   2   **Q.**   Did you know Bill Weldon was the Johnson & Johnson chair?

02:38   3   **A.**   Oh, yeah.

02:38   4   **Q.**   Ma'am, I'm handing you a document that I've marked as

02:38   5   Geiger 37.  For the record it is 3041264.

02:38   6   **A.**   Okay.

02:38   7   **Q.**   I'll give you an opportunity to review this quickly.

02:38   8   We're going to work through a lot of this e-mail.  I can

02:38   9   represent to you that that e-mail was located in your custodial

02:38   10   file.

02:38   11       Do you see that this is an e-mail from B-I-O

02:38   12   Communications?

02:38   13   **A.**   Yes I do.

02:39   14   **Q.**   I'm sorry.  I ran over you on that.

02:39   15       Do you know what B-I-O Communications is?

02:39   16   **A.**   I don't know what it stands for, but it appears to be

02:39   17   Chris Poon's platform.

02:39   18   **Q.**   So that she can reach a lot of people within the company;

02:39   19   is that right?

02:39   20   **A.**   All of her team or her organization, sure.

02:39   21   **Q.**   It's an important message from Chris Poon.

02:39   22       Do you see that?

02:39   23   **A.**   I do.  I see that.

02:39   24   **Q.**   And if this would have appeared in your custodial files,

02:39   25   it's something you would have received in the regular course of

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

02:39  1   your job at Janssen?

02:39  2   A.   It would have been something I received, yes.

02:39  3   Q.   Okay.  If you take a look at the first paragraph, it says,

02:39  4   "In my most recent business update, I announced steps being

02:39  5   taken in our pharmaceuticals business to redeploy resources."

02:39  6            Do you see that?

02:39  7   A.   I do.

02:39  8   Q.   All right.  And if you go down to the second paragraph,

02:39  9   she writes, "Over the next seven years, we will face loss of

02:39  10  exclusivity of key products."

02:39  11           Do you see that?

02:39  12  A.   I do.

02:39  13  Q.   And do you understand that a loss of exclusivity is a loss

02:39  14  of patent protection on key products?

02:40  15  A.   Yes, I do.

02:40  16  Q.   And Chris Poon is the head of the pharmaceutical sector;

02:40  17  correct?

02:40  18  A.   Yes, sir.

02:40  19  Q.   So she seems to be talking about losing patents on product

02:40  20  consistent with your notation in your slide; correct?

02:40  21  A.   Yes.  Makes sense.

02:40  22  Q.   It says, "We will continue to see price and cost pressures

02:40  23  from governments and other payers."

02:40  24           Do you see that?

02:40  25  A.   I do.

SUSAN GEIGER - EXAMINATION

02:40  1   **Q.**   And what do you understand that to mean?

02:40  2   **A.**   I don't recall what was happening at the time in the

02:40  3   health care environment, but, clearly, she's stating that the

02:40  4   government and other payers are going to want better value,

02:40  5   better price.

02:40  6   **Q.**   And then it says, "These challenges are compounded by the

02:40  7   continued contraction of" -- can you pronounce that word?

02:40  8   **A.**   Erythropoiesis.

02:40  9   **Q.**   -- "stimulating agents ESA class of drugs, including

02:40  10  Procrit."

02:40  11        Do you see that?

02:40  12  **A.**   I do, yes.

02:40  13  **Q.**   "Slower than expected adoption of Invega and a delay in

02:41  14  the approval of launch of Ionsys."

02:41  15        Is that right?  Ionsys?

02:41  16  **A.**   I'm not -- I think it might be Ionsys.

02:41  17  **Q.**   I-O-N-S-Y-S -- "in the U.S."; correct?

02:41  18  **A.**   That's what that says.

02:41  19  **Q.**   So in this paragraph, she's looking forward seven years

02:41  20  and she's saying there's going to be a lot of pressure on our

02:41  21  business because of all of these things that she's listing?

02:41  22  **A.**   Yes.

02:41  23  **Q.**   And the next paragraph she says, "The next seven years" --

02:41  24  that's what she's talking about -- "will be challenging for

02:41  25  us."

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

02:41   1              Do you see that?

02:41   2   A.    You read the next -- the paragraph --

02:41   3   Q.    The following paragraph.

02:41   4   A.    It didn't start with "next seven years."  So got it.

02:41   5   Q.    No, it did not start with "next seven years."  Do you see

02:41   6   that it starts with "This will be a challenging period for us"?

02:41   7   A.    Yes.

02:41   8   Q.    Okay.  And the paragraph above, she's talking about a

02:41   9   seven-year period in the future; correct?

02:41   10  A.    Okay.

02:41   11  Q.    And then she goes on to tell the company about "our new

02:41   12  products and our pipeline."

02:41   13             Do you see that?

02:41   14  A.    Yes, I do.

02:41   15  Q.    And go to the third paragraph down.  All right.  So the

02:42   16  chairman of the entire pharmaceutical sector is saying, "I am

02:42   17  also very excited about rivaroxaban."

02:42   18             And that's Xarelto; correct?

02:42   19  A.    Yes.

02:42   20  Q.    "A first-in-class oral direct Factor Xa inhibiter for the

02:42   21  treatment of thromboembolic disease that we are jointly

02:42   22  developing with Bayer HealthCare."

02:42   23             Correct?

02:42   24  A.    That's correct.

02:42   25  Q.    "The promise of rivaroxaban is the prevention of stroke

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

1   and heart attack."
2           Do you see that?
3   A.   Yes, I do.
4   Q.   "And we have the commercial rights in the U.S. while Bayer
5   retains rights in the rest of the world."
6           Do you see that?
7   A.   Yes.
8   Q.   So this is an e-mail to probably everybody in the
9   pharmaceutical sector from the chairman of the pharmaceutical
10  sector, looking ahead seven years, saying that there's going to
11  be a lot of pressures on our business and actually has an
12  entire paragraph about Xarelto and how important Xarelto is to
13  the company.
14          Do you see that?
15  A.   I do.
16  Q.   I'll mark as 38, Exhibit 38, Geiger 38, Document 3038234.
17          Just give me a heads-up when you're ready.
18          Do you see that this is an e-mail between you and
19  Margaret Quinn in and around January of 2010?
20  A.   Oh, okay.  And January of '10, yes.  I was looking at
21  December of '99.  I apologize.
22  Q.   Yes, I got it.  And at this point in time, Xarelto is not
23  on the market; correct?
24  A.   No, it wasn't.
25  Q.   Would you have sent and received this e-mail in the normal

SUSAN GEIGER - EXAMINATION

1    course of your business at Johnson & Johnson?

2    **A.**    Would I have sent and received it?  Yeah.  You know, it

3    was in my mailbox.

4    **Q.**    Okay.  Looking at your e-mail in response, you say,

5    "Margaret and GA" -- I'm sorry -- "CGAP team, thank you for

6    inviting me to provide an overview of Xarelto at your team

7    meeting.  I am glad I was able to provide a topline review as

8    this product is a critical component of J&J's pipeline."

9            Do you see that?

10   **A.**    Yes.

11   **Q.**    If anyone stood up in court and said Xarelto was not

12   critical to Johnson & Johnson's pipeline, that will not be

13   accurate; correct?

14   **A.**    It was one of several products coming at the time that was

15   critical.  But, yes, it was critical.  So your statement is

16   accurate.

17   **Q.**    Let's mark as Geiger 30 a document that is -- has a record

18   number of 3043971.  And I'll represent to you that this is a

19   document that was located in your custodial file.

20           Okay.  And I've also handed you, ma'am -- I don't

21   have it in front of me -- Geiger 40, which is Document 3043970.

22   And this is an e-mail that the plan that I presented you that

23   was Geiger 30 was attached to in your file.

24           Do you see that this is an e-mail dated 7/29/2008

25   from Mr. Shah to you?

SUSAN GEIGER - EXAMINATION

02:44  1    **A.**   Yes, sir.

02:44  2    **Q.**   All right.  Now, if we go to first page 4, at the very top

02:45  3    paragraph.

02:45  4    **A.**   Uh-huh.  Yes.

02:45  5    **Q.**   The sentence that starts with "due to."

02:45  6            Do you see that?

02:45  7    **A.**   Yes.

02:45  8    **Q.**   The second sentence?

02:45  9    **A.**   Okay.

02:45  10   **Q.**   "Due to a strong collaboration and timely strategic

02:45  11   decisions, Xarelto appreciates a first-market-mover advantage,

02:45  12   as well as once-daily administration differentiation in key

02:45  13   indications."

02:45  14           Do you see that?

02:45  15   **A.**   Yes.

02:45  16   **Q.**   And it says "appreciates a first-market-mover advantage."

02:45  17           Do you understand that that means that there is an

02:45  18   advantage to Xarelto getting to market first before any of its

02:45  19   competitors, including Pradaxa and Eliquis?  There would be an

02:45  20   advantage to that?

02:45  21   **A.**   Yes.  Brand-new class of product and kind of drug, sure.

02:45  22   **Q.**   The first one out is likely to be -- to have more success

02:45  23   in terms of prescriptions?

02:45  24   **A.**   Initially, yes.

02:45  25   **Q.**   Okay.

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

1   A.   We didn't see that happen with Pradaxa.

2   Q.   Well, we're going to get to that.

3        "Beyond the initial orthopedic indication, the

4   subsequent indications have a very narrow order of entry as

5   compared to the competitive agents, and each day of development

6   is critical."

7        Do you see that?

8   A.   Yes.

9   Q.   So that really is saying that it is very important for

10  Xarelto to get to the market first; correct?

11  A.   It looks like there's going to be a lot of people in the

12  field.  That's what I read from it.  There's a lot of people

13  coming in, a lot of indications.

14  Q.   So there's a lot of -- just so I understood what you said,

15  you said there's a lot of people in the field and there's a lot

16  of indications, meaning that there will be a lot of competitors

17  in the anticoagulant market; correct?

18  A.   Yes.  Sure.

19  Q.   And that includes Pradaxa and Eliquis; right?

20  A.   Yes.

21  Q.   And it's important in terms -- from a commercial

22  standpoint, because this is a commercial plan for Xarelto to

23  get into the market first; right?

24  A.   Yes.  I mean, that's reasonable.

25  Q.   Okay.  Do you see the last sentence of the first non-full

SUSAN GEIGER - EXAMINATION

02:46   1   paragraph?

02:46   2   A.   "It is critical"?  Or the second --

02:47   3   Q.   Starts with the word "finally."

02:47   4   A.   Okay.  Second to last.  Got it.

02:47   5   Q.   "Finally, and perhaps most importantly, to maintain" --

02:47   6   underline this in red -- "current financial projections,

02:47   7   Xarelto must be best in class and, where possible" -- and

02:47   8   underline this in red, please -- "first to market in future

02:47   9   indications."

02:47  10        "It is" -- and underline the next word -- "critical

02:47  11   that we stay ahead of the competition across all indications

02:47  12   for market leadership to be achieved initially and maintained

02:47  13   throughout the life of the brand."

02:47  14        Did I read it all correctly?

02:47  15   A.   It appears you did.

02:47  16   Q.   Okay.  So did you understand, when you reviewed this, that

02:47  17   it was absolutely critical for Xarelto not only to get to

02:47  18   market first but it stay ahead of its competitors in order to

02:48  19   meet the financial projections?

02:48  20   A.   As you read it to me here, that appears to be the key

02:48  21   point there.  This appears to have been one of many things I

02:48  22   received.  So I don't know how greatly I internalized this

02:48  23   particular paragraph, but I knew it was an important product.

02:48  24   We, you know, had the potential to be first to market.  So that

02:48  25   all seems logical and...

SUSAN GEIGER - EXAMINATION

02:48   1    **Q.**   All right.  This is a set of slides titled on the first
02:48   2    page "Xarelto 2010 Strategic Plan Brand Summary."  It's dated
02:48   3    April 26th, 2010.
02:48   4          Do you see that?
02:48   5    **A.**   Yes.
02:48   6    **Q.**   And it's an internal document; correct?
02:48   7    **A.**   Yes, this would have been internal.
02:48   8    **Q.**   But all those internal documents, they contain the thought
02:48   9    processes of the company employees as captured on a piece of
02:48   10   paper; correct?
02:48   11   **A.**   Yes.  They're not subject to some of the other
02:48   12   stipulations of things that leave the building.
02:48   13   **Q.**   Right.  So they're your free thought process of what's
02:48   14   going on in your head at that moment in time as captured on a
02:48   15   piece of paper; correct?
02:48   16   **A.**   That seems reasonable.
02:48   17   **Q.**   Okay.  Next bullet point.  "Competition and battle for
02:49   18   market share will be fierce and intense"; correct?
02:49   19   **A.**   Yes.
02:49   20   **Q.**   The next big bullet point, "Xarelto has lost
02:49   21   first-to-market among novel orals to Pradaxa (dabigatran)."  Do
02:49   22   you see that?
02:49   23   **A.**   Yes.
02:49   24   **Q.**   Now, it says, "Xarelto and apixaban in close race to be
02:49   25   first oral Factor Xa inhibitor, with Xarelto projected to be

SUSAN GEIGER - EXAMINATION

02:49  1  six months ahead."  Do you see that?

02:49  2  **A.**   Yes.

02:49  3  **Q.**   All right.  So what what's saying is that you're looking

02:49  4  ahead and you think Xarelto thinks its gate's going to open

02:49  5  before Eliquis and it's going to get out first, right, on the

02:49  6  race?

02:49  7  **A.**   Yes.

02:49  8  **Q.**   And it says, "Delay in ORS has negatively impacted access

02:49  9  levels at launch for future indications."  So that is -- and I

02:49  10  think you talked a little bit about this yesterday -- that was

02:49  11  the delay in the launch of the orthopedic -- strike that.

02:50  12       That is a reference to the delay in Xarelto --

02:50  13  Xarelto's indication in the orthopedic surgery arena; correct?

02:50  14  **A.**   Yes.

02:50  15  **Q.**   And that delay was due in part to the problems with the

02:50  16  RECORD trial; correct?

02:50  17  **A.**   Yeah, that's what you guys shared with me yesterday and

02:50  18  what I recall.

02:50  19  **Q.**   All right.  And we are now marking as Geiger 43, Document

02:50  20  3058417, which is, I'll represent to you, a PowerPoint slide

02:50  21  that was located in your custodial file.  I'm going to tag the

02:50  22  page I'm going to go to, so you're free to flip through and let

02:50  23  me know when you're ready to talk about the page.  Are you good

02:50  24  to go?

02:50  25  **A.**   Oh, I was waiting for you to give me my next instructions.

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

02:50  1  **Q.**   No, just take a look.  Okay.  This is a PowerPoint slide

02:51  2  that is entitled on the first page, "Xarelto, rivaroxaban,

02:51  3  forecast overview."  It's dated October 2, 2008.

02:51  4  **A.**   Yes.

02:51  5  **Q.**   The next page.

02:51  6  **A.**   Yep.

02:51  7  **Q.**   And this -- this is a file that was located in your

02:51  8  custodial file.  Would you have either reviewed or contributed

02:51  9  to this PowerPoint slide in the normal course of your business

02:51  10  at Janssen?

02:51  11  **A.**   Not necessarily.  Given the date and the topic, this would

02:51  12  have been squarely either adopted or done -- adopted from Scios

02:51  13  or something that Nauman was in charge of.  So October 2nd, I

02:51  14  was so new, I -- I wouldn't have been -- I may have reviewed it

02:51  15  or had exposure to it, but I wouldn't have contributed to it.

02:51  16  **Q.**   So if it was in your file, you would have likely reviewed

02:51  17  or read it, but you would not have actually contributed to it?

02:51  18  **A.**   Yeah, I might have scanned through it.  Like I said

02:51  19  before, I -- sometimes I save files that I've scanned or read

02:51  20  through.  It's hard to discern how much...

02:51  21  **Q.**   Okay.  If we could look at page 21 --

02:51  22  **A.**   Okay.

02:51  23  **Q.**   -- or Slide 21.  It looks like this is --

02:52  24  **A.**   Yep, got it.

02:52  25  **Q.**   It has "anticipated competitive U.S. launch dates, first

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

02:52  1   market indication" listed in red.  Do you see that?

02:52  2   A.   Yes.

02:52  3   Q.   And it has a timeline on there.  And the timeline has

02:52  4   Xarelto, Pradaxa, and apixaban, which became -- which is

02:52  5   Eliquis; correct?

02:52  6   A.   Yes.

02:52  7   Q.   So this is -- this is a slide that was found in your file.

02:52  8   It's Slide No. 21.  And what I'm going to read from are the

02:52  9   notes to the slide.  Okay?

02:52  10  A.   Okay.

02:52  11  Q.   It says, "this is a standing slide for most of our

02:52  12  presentation, which is becoming more enjoyable each time that

02:52  13  we create it.  The reason for that is the gap between the

02:52  14  magenta and red and blue diamonds is becoming larger."

02:52  15        Next paragraph.  "Specifically, Xarelto could enjoy

02:52  16  a two-year -- one- to two-year lead on our competitors

02:52  17  depending on a few things."

02:53  18        Do you see that?

02:53  19  A.   I do.

02:53  20  Q.   And it says "successful RECORD4 data."  Do you see that?

02:53  21  A.   I do.  I see that.

02:53  22  Q.   And you talked to Ms. Kraft yesterday about the delays in

02:53  23  the RECORD4 data because of the problems of the FDA finding

02:53  24  that RECORD4 was unreliable; correct?

02:53  25  A.   Yeah.  That's what you showed yesterday, yeah.

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

02:53  1   **Q.**   Right.  And that delayed Xarelto getting on the market

02:53  2   before it had anticipated; correct?

02:53  3   **A.**   Yes.

02:53  4   **Q.**   And it said "priority review."  Do you see that?

02:53  5   **A.**   I do.

02:53  6   **Q.**   Now, one of the things that you all did in order to get

02:53  7   Xarelto's gate open and Xarelto on that track competing first

02:53  8   was you filed for what's called priority review; correct?

02:53  9   **A.**   Yeah.  Our R&D folks would have been in charge of that.

02:53  10  **Q.**   Okay.  But you were -- you were aware of that at the time;

02:53  11  correct?

02:53  12  **A.**   Yeah, Nauman shared with me all the updates.

02:53  13  **Q.**   And it was important for you to be aware of that because

02:54  14  you needed to be aware of when Xarelto was going to launch

02:54  15  because you had responsibilities to meet certain deadlines

02:54  16  before the launch; correct?

02:54  17  **A.**   It was important to know, yeah, multiple, you know,

02:54  18  options for when it could be approved.

02:54  19  **Q.**   Okay.  And you knew that your company filed for priority

02:54  20  review for Xarelto?

02:54  21  **A.**   Yeah, I heard that.

02:54  22  **Q.**   Okay.  And you were maintaining and tracking when and

02:54  23  whether priority review would be granted versus standard

02:54  24  review?

02:54  25  **A.**   Yeah.  They -- the R&D folks were the experts there, so

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

02:54 1    they would just give us dates that we may anticipate.

02:54 2    Q.    And you have no idea, based on all that experience in the

02:54 3    pharmaceutical field, that priority review is for new drugs

02:54 4    that are effective therapies where none exist and provide a

02:54 5    significant improvement over other drugs?

02:54 6    A.    I hadn't had that detail before, but...

02:54 7    Q.    Does that surprise you?

02:54 8    A.    No, it sounds like a good reason to have a priority

02:54 9    review.

02:54 10   Q.    And do you know that priority review is not intended for

02:55 11   one competitor to catch up for another competitor, like

02:55 12   Pradaxa, that's out on the market first?

02:55 13   A.    I didn't know that, but what you read doesn't say anything

02:55 14   about that.  So...

02:55 15   Q.    Does it make sense --

02:55 16   A.    Sure.

02:55 17   Q.    -- that the FDA doesn't have priority review to allow drug

02:55 18   companies to compete in order to make more dollars?

02:55 19   A.    Right.

02:55 20   Q.    And do you know that priority review was denied?

02:55 21   A.    I found that out at some point because we didn't launch on

02:55 22   the priority review date.

02:55 23   Q.    Now, back in 2009, I think -- do you recall your

02:55 24   PowerPoint slide, your interview slides, where you said that

02:55 25   J&J's management was watching the Xarelto launch, something

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

1  like that?  If you go to Slide 14 of Exhibit Geiger 2 in your

2  background.

3  A.   Yes, there was -- the exact, you know, verbatim is what

4  I'm glancing for.  But, yes, in general, senior management was

5  watching.

6  Q.   Yeah, Johnson -- J&J's senior leadership was watching this

7  product launch closely; correct?

8  A.   Yes.

9  Q.   And at the time that you were working on Xarelto, you knew

10  that not only was Johnson & Johnson senior leadership watching

11  the launch of Xarelto, but financial analysts in the market

12  were watching to see how the launch was going to go and how

13  Xarelto was going to be introduced to the market; right?

14  A.   Well, yeah, I'm sure that was part of it.  But J&J is

15  monitored closely by the financials, so I wouldn't be

16  surprised.

17  Q.   And you were personally aware of that; correct?

18  A.   Was I personally aware of it?  Yeah.  J&J is always in the

19  financial community, anything they do.  So, yeah, it's

20  intuitive.

21  Q.   And J&J is watched by analysts in the financial community

22  because it's a publicly traded company; correct?

23  A.   Yes.

24  Q.   And I'm going to hand you what's marked as Geiger 58.  And

25  for the record, it's Document 3045666.

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

1   **A.**   Okay.

2   **Q.**   I've handed you an e-mail chain in which you appear.  It's

3   dated August 8th, 2009.  Do you see that?

4   **A.**   Yes.

5   **Q.**   If you go to the first e-mail, it sort of starts on the

6   bottom of the first page.  Do you see that?

7   **A.**   I do.

8   **Q.**   Who is Michael Weingarten?

9   **A.**   Michael Weingarten was one of our field-based leaders

10  who -- he was in charge of account directors who called on

11  payers and hospitals and so forth for the strategic business

12  group at the time.

13  **Q.**   And it is an e-mail from him to Ken Washburn.  Who is Ken

14  Washburn?

15  **A.**   It's actually from Ken Washburn to Michael Weingarten.

16  **Q.**   Okay.  I'm sorry.

17  **A.**   I believe that Ken Washburn was Michael's boss at the

18  time.

19  **Q.**   I want to make sure we're looking at this -- I'm looking

20  at the wrong e-mail; you're looking at the right e-mail.

21  **A.**   Okay.

22  **Q.**   So Ken was Michael's boss at the time.  And the subject of

23  the e-mail that was sent on August 28th, 2009, was "Pradaxa may

24  have major implications for Xarelto."  Do you see that?

25  **A.**   Yes.  It looks like a news release of some sort.

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

02:58  1   Q.   Okay.  And he's copied a news release into the e-mail, and
02:58  2   it's dated August 27th of 2009.  Do you see that?
02:58  3   A.   Yes.
02:58  4   Q.   And it's from a reporter or a financial analyst by the
02:58  5   name of Anna Bratulic.  Do you see that?
02:58  6   A.   Yes.
02:58  7   Q.   "Analysts say studies on Boehringer Ingelheim's Pradaxa
02:58  8   may have major implications for Xarelto report."
02:58  9        Do you see that?
02:58 10   A.   Yes.
02:58 11   Q.   Okay.  First paragraph of the news release says,
02:58 12   "According to Wells Fargo securities analyst Larry Biegelsen, a
02:58 13   study of Boehringer Ingelheim's Pradaxa, dabigatran etexilate,
02:58 14   in patients with atrial fibrillation which is to be presented
02:58 15   at a conference later this month, may have major implications
02:58 16   for Bayer and Johnson & Johnson's anticoagulant, Xarelto
02:59 17   (rivaroxaban), Bloomberg reported."
02:59 18        Did I read that correctly?
02:59 19   A.   Yes, it appears you did.
02:59 20   Q.   Okay.  So it appears that what's being reported here is
02:59 21   that Pradaxa is releasing some results.  And this financial
02:59 22   analyst is saying that those results will have -- may have an
02:59 23   impact or major implications on Johnson & Johnson, who you work
02:59 24   for, and Bayer; correct?
02:59 25   A.   Yes.

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

02:59   1   **Q.**   Okay.  "Shares in Bayer fell as much as 4.1 percent
02:59   2   Thursday on speculation that Boehringer Ingelheim's drug may
02:59   3   get positive reviews."  Do you see that?
02:59   4   **A.**   Yes.
02:59   5   **Q.**   Okay.  So would it be fair to say that when you received
02:59   6   this e-mail -- first of all, did you receive this e-mail in the
02:59   7   regular course of your business?
02:59   8   **A.**   Yeah, I'm sure I did.
02:59   9   **Q.**   And you actually, the next line up -- the next e-mail up,
02:59   10  you responded; correct?
02:59   11  **A.**   Yes, I responded.
02:59   12  **Q.**   And you say, "Hi, guys.  You both have more current
03:00   13  insights.  At first view, my response would be related to the
03:00   14  timing of study results, that analyst is responding from the
03:00   15  fact that they are presenting AFib data before us; therefore,
03:00   16  could get a head start on FDA submissions, etc.  Do we have
03:00   17  most recent estimates for later indication?"  Do you see that?
03:00   18  **A.**   Yes, I do.
03:00   19  **Q.**   So, basically, you're saying what's going on here is that
03:00   20  the analyst is responding that the major implications on your
03:00   21  company and on Bayer is the fact that Pradaxa is basically
03:00   22  releasing data and may get to market before you; correct?
03:00   23  **A.**   Yeah, I'm interpreting some sort of a press release and
03:00   24  trying to figure out what exactly -- interpret exactly what we
03:00   25  think they're saying.  The field people would be asking us

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

03:00  1   about it.

03:00  2   Q.    Okay.  And in that press release, one of the major

03:00  3   implications that it's talking about is Bayer -- Bayer shares

03:00  4   falling as much as 4.1 percent on speculation that Boehringer

03:01  5   Ingelheim's drug may get positive reviews, and that would be

03:01  6   Pradaxa; right?

03:01  7   A.    Yes.  My focus wasn't on Bayer's stock; it was more on

03:01  8   what are they asking here.

03:01  9   Q.    Okay.  And you -- in your reply, you copy Mr. Shah,

03:01 10   correct, your boss?

03:01 11   A.    Yes.

03:01 12   Q.    And he says to you, "It's a bit more complicated"; right?

03:01 13   A.    Yes.

03:01 14   Q.    He says, "If we had launched, we would be in good shape."

03:01 15         Do you see that?

03:01 16   A.    I do.  I see it.

03:01 17   Q.    And, in fact, at this point in time, you had not launched

03:01 18   and the launch of Xarelto was delayed because of problems with

03:01 19   the RECORD4 trial?

03:01 20   A.    Yes, he was referring to that indication.

03:01 21   Q.    Okay.  "But since we haven't, people now wonder if they

03:01 22   can now take away superiority position from us"; Correct?

03:01 23   A.    That's what he wrote.

03:01 24   Q.    All right.  So what we have in this e-mail is we have a

03:01 25   financial analyst talking about Pradaxa getting out ahead of

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

1    you guys, and the fact that there might be implications for
2    Bayer stock, and it's a discussion between you, these other
3    folks, and Nauman Shah.  And he says "If we had launched, we
4    would have been in good shape"; correct?
5    A.   Yeah, the discussion to me -- or at least my aspect of it
6    is more about timing of our study, when will it be available,
7    and -- but there is early on a reference to Bayer and their
8    stock.
9    Q.   And you -- so around this time, not only was J&J -- not
10   only was J&J's leadership -- not only did they have their eye
11   on the launch, but also a number of financial analysts had an
12   eye on when Xarelto would launch versus Pradaxa; correct?
13   A.   Yes.  It seems as though that was the case.
14   Q.   Pradaxa, when it was approved, had a -- had the ability to
15   market itself as having superior efficacy to warfarin; correct?
16   A.   That's true.
17   Q.   Eliquis, your other competition, when it was approved, had
18   the ability to market itself as having superior efficacy to
19   warfarin; correct?
20   A.   That's correct.
21   Q.   All right.  So on the one side, you have Pradaxa and
22   Eliquis who can market themselves as being better than warfarin
23   in terms of reducing stroke?
24   A.   That's right.
25   Q.   And on the other side, we have Xarelto who cannot; right?

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

1    A.    That's true.

2    Q.    So you've got two drugs, two of the new drugs, two of the

3    horses that are racing around the track.  They can say to the

4    public that they're superior to warfarin but Xarelto cannot;

5    correct?

6    A.    That's true, yes.

7    Q.    And so that --

8    A.    As of today; right?  Not --

9    Q.    Right.

10    A.    Today, this is all true, yes.

11    Q.    As of today and also as of the time that Eliquis first

12    launched; correct?

13    A.    Yes, that's true.

14    Q.    All right.  The entire time from the moment that Pradaxa

15    launched to Eliquis launched to today, both of these drugs

16    claimed superiority to warfarin and Xarelto could not; right?

17    A.    Yes.

18    Q.    So in terms of racing on that racetrack, they had that

19    advantage; correct?

20    A.    Yes, that's what they can claim.

21    Q.    And you did not have that advantage; correct?

22    A.    We couldn't claim that, no.

23    Q.    And Xarelto's primary -- one of the differences, one of

24    the primary differences versus Eliquis and Pradaxa was it was

25    once a day and they were twice a day; correct?

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

1    A.    That's correct.

2    Q.    And that was one of your key marketing messages that would

3    enable you to compete on that racetrack against both Pradaxa

4    and Eliquis; correct?

5    A.    Yes, but on that racetrack is also warfarin; right?

6    Q.    Right.   Right.

7    A.    Okay.   Yes.

8    Q.    But versus Pradaxa and Eliquis once-daily dosing,

9    once-a-day dosing was a very important message, was a very

10   important quality of the drug that enabled you to compete on

11   that racetrack with Eliquis and with Pradaxa; correct?

12   A.    Yes, it's an important fact.   Important to patients and

13   physicians.

14   Q.    And that was an important fact -- and the fact that --

15   strike that.

16          Both Pradaxa and Eliquis, they have -- they have no

17   blood monitoring; correct?   When you take Pradaxa and you take

18   Eliquis, you don't have to go and get routine blood testing;

19   correct?

20   A.    It's not required, yes.

21   Q.    And so similarly with Xarelto, there's no blood

22   monitoring; correct?

23   A.    That's correct.

24   Q.    So you've got two drugs -- Pradaxa and Eliquis -- that

25   have superiority to warfarin, and Xarelto that does not.   All

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

1   three drugs have no blood monitoring.  So it sounds like

2   once-a-day dosing was really a key message that allowed -- a

3   key quality that allowed Xarelto to compete on that track with

4   Pradaxa and Eliquis; correct?

5   **A.**   Yeah, there's multiple.  That's only two of multiple ways

6   to compare the drugs.  But, yes, those two that you chose

7   are -- what you said is factual.

8   **Q.**   The once-daily dosing, that's really important?

9   **A.**   Oh, that's one very important piece, yes.

10  **Q.**   And all three, you don't need to eat -- there's no dietary

11  restrictions; right?  There's no dietary restrictions with

12  Xarelto, there's no dietary restrictions with Pradaxa, and

13  there's no dietary restrictions with Eliquis; right?

14  **A.**   Not on the label.

15  **Q.**   Not on the label, right.  So, really, what it comes down

16  to is one of Xarelto's key advantages when it's racing around

17  that track against Pradaxa and Eliquis is the once-daily

18  dosing; right?

19  **A.**   That's an important feature, yes.

20  **Q.**   We're marking Geiger 66, Document 1356534.  Okay.  This is

21  an e-mail that is dated 2/22/2012 from field communications.

22  And it says "NAPharma."  Do you see that?

23  **A.**   I do.

24  **Q.**   Would this have been a document that you would have

25  received?  Would you have been part of that group?

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

A.   You know, I don't know if, as a marketer, we were included in the field communications or not.  It's possible.  I just don't know if the distribution list -- not all field communications -- I don't think that the marketing team is copied on.

Q.   So if this was in your custodial file, would you have -- if it was.  I'm not sure that it was -- would you have received this in the normal course or reviewed it in the normal course of business?

A.   If it was on my PC, I would have been a recipient of it in some way, shape, or form.

Q.   She lists, No. 1, "Xarelto core messages."  It says, "The core message for Xarelto is comprised of five key messages that we need to communicate to our customers so they understand the full clinical story."

        Do you see that?

A.   Yes.

Q.   And you were responsible for crafting and coming up with those key messages; correct?

A.   I was responsible for coming up with the externally used core messages.  Without reading this and looking at what was there, I don't know if she captured them correctly here, but the core message as it went out externally was my responsibility, yes.

Q.   All right.  Let's see if they captured them correctly.  It

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

03:07  1    says, "When conveying the story, the five key points that

03:07  2    support the messages are" -- and No. 1, underline this,

03:07  3    "once-daily Xarelto provides protection demonstrated in

03:07  4    patients at an increased risk of stroke, including those with

03:08  5    common comorbidities."  Is that -- did that -- did she

03:08  6    correctly capture the core message as you crafted it there?

03:08  7    A.    I think she's referring to the core message above, which

03:08  8    was "Start with a core message and convey the story," which is

03:08  9    the paragraph above here.  That is one message that she does in

03:08 10    five key points afterwards.  These are the support of that

03:08 11    message.  The core message is actually above that.

03:08 12    Q.    The core message is above it.  "Once-daily Xarelto

03:08 13    delivers proven protection with an effective reduction in

03:08 14    stroke combined with a demonstrated safety profile and the

03:08 15    benefit of proven tolerability and no routine coagulation

03:08 16    monitoring.  This is the winning combination that will help the

03:08 17    market differentiate Xarelto from current and future

03:08 18    competitors."  Correct?

03:08 19    A.    That is what's stated.  Again, I don't know if she

03:08 20    captured it correctly.  The first part appears to be the

03:08 21    appropriate sort of capturing of verbiage that was approved --

03:08 22    once-daily, Xarelto, you know, delivers -- but this aspect at

03:08 23    the bottom of "this is the winning combination," I'm not sure

03:08 24    that that was what the marketing team approved as a core

03:09 25    message to go externally.

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

**Q.**   But it appears that this is what she's communicating to the internal medicine sales force as being the correct core message; correct?

**A.**   As the national sales director, she didn't -- she wasn't mandated to check with me on this.  She could have gotten this approved in a different way.  I'm not sure.

**Q.**   Okay.  So you say you're not sure if it's the core message?

**A.**   The first half of it, to my recollection -- and I would have to look at what was communicated and approved at the time. Everything but that last sentence appears to be what I recall to be in general the core message.  This last sentence about "this is the winning combination," I don't believe that was part of our core message.

**Q.**   But that was what she was communicating?

**A.**   That's what she says here, yes.  I don't know if it's accurate.

**Q.**   Okay.  And the core message that you're referring to that generally contained your core message, it contains once-daily Xarelto; correct?

**A.**   Yes.

**Q.**   And that's your dosing message; correct?

**A.**   Yes.

**Q.**   That's the message that differentiates Xarelto from Pradaxa and Eliquis; correct?

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

03:10  1   **A.**   Yes.

03:10  2   **Q.**   And you also have "no routine coagulation" -- strike that.

03:10  3        She also writes "no routine coagulation monitoring";

03:10  4   correct?

03:10  5   **A.**   That's correct.

03:10  6   **Q.**   And that was one of your key messages?

03:10  7   **A.**   Yes, it was.

03:10  8                              **EXAMINATION**

03:10  9   **BY MR. COVEY:**

03:10  10  **Q.**   Ms. Geiger, how are you?

03:10  11  **A.**   Very well.  How are you?

03:10  12  **Q.**   Good.  So a little background information about yourself.

03:10  13  **A.**   Okay.

03:10  14  **Q.**   Where were you born?

03:10  15  **A.**   Buffalo, New York.

03:10  16  **Q.**   Did you grow up there?

03:10  17  **A.**   I did, until I was in college.

03:10  18  **Q.**   Can you tell the jury a little bit about yourself and your

03:10  19  family and your interests growing up?

03:10  20  **A.**   Sure.  I grew up the youngest of six kids.  My father was

03:10  21  a physician.  My grandfather was a physician.  And, you know,

03:10  22  we always were interested and steeped in health care.  You

03:10  23  know, family first.  Family was important and critical to us.

03:10  24  And when I went off to college, I went to the same college as

03:11  25  all the rest of my siblings and ended up in the health care

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

03:11   1   field, like many of them.

03:11   2   **Q.**   Where did you go do college?

03:11   3   **A.**   Boston College.

03:11   4   **Q.**   You were asked a bunch of questions about a leave you had

03:11   5   to take.  That was a maternity leave -- that was a pregnancy

03:11   6   leave; is that correct?

03:11   7   **A.**   Yes.  I was pregnant with twins, my first and only

03:11   8   children.  And I left a meeting in preparation for, at the

03:11   9   time, the orthopedic surgery launch.  I left for a standard

03:11  10   appointment and didn't come back for nine months.

03:11  11   **Q.**   Those twins were born and are fine and healthy?

03:11  12   **A.**   Yes, after four months of restricted bed rest.

03:11  13   **Q.**   Okay.  And you've worked for Johnson & Johnson-related

03:11  14   companies your entire professional career?

03:11  15   **A.**   I have.  I've been here 18 years.

03:11  16   **Q.**   Can you tell the jury in your own words what is meant by

03:11  17   the term "unmet need" with respect to Xarelto as or about the

03:11  18   time when the company was seeking approval of Xarelto for

03:12  19   A-fibrillation?

03:12  20   **A.**   Sure.  Atrial fibrillation is a disease that impacts

03:12  21   several million patients, new patients each year.  And the

03:12  22   unmet need is that not all of those patients -- while they may

03:12  23   be at risk for having a stroke, not all of those patients are

03:12  24   actively treated with anticoagulant therapy.

03:12  25          Some of them go untreated for a variety of reasons,

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

03:12  1   some of which being intolerance to what was available at the

03:12  2   time, warfarin.  Some of them are not treated because they had

03:12  3   been on warfarin and couldn't tolerate it or couldn't handle

03:12  4   some of the requirements of it.

03:12  5            And then there was an unmet need in the patients who

03:12  6   were currently managed on warfarin but found that it was a

03:12  7   struggle or difficult and would have been looking for options

03:12  8   that helped them relieve some of the requirements related to

03:12  9   diet or exercise or INR testing, what have you.

03:12  10  Q.   So the company employed sales representatives to

03:13  11  communicate with physicians about the products; is that

03:13  12  correct?

03:13  13  A.   Yes.

03:13  14  Q.   And how easy is it for sales reps to get in to see

03:13  15  physicians?

03:13  16  A.   It gets more and more difficult over time.  I think in the

03:13  17  last five years, it's exceptionally difficult compared to,

03:13  18  maybe, in the '90s or so.  Physicians have more patients they

03:13  19  need to see, less time with each patient, and they're not able,

03:13  20  willing, nor would we ask them to take time away from patients

03:13  21  for our representatives.

03:13  22            So the time our representative has, sometimes they

03:13  23  have to make multiple visits to get maybe five minutes with a

03:13  24  physician.  And when they have that time, they have to be able

03:13  25  to relay this critical and complex information in a way that

SUSAN GEIGER - EXAMINATION

03:13  1  the physicians can really take in mind as they -- as they care
03:13  2  for their patients on a daily basis.
03:13  3        So it's difficult.  There's limited time.
03:13  4  **Q.**   Do physicians have to meet with sales reps?
03:14  5  **A.**   No.  Many of them, actually, have chosen not to, and
03:14  6  there's restrictions in offices that they won't see sales reps.
03:14  7  Many hospitals have done so.
03:14  8  **Q.**   Do other companies, pharmaceutical companies, typically
03:14  9  employ sales reps to bring information about their medications
03:14 10  to physicians?
03:14 11  **A.**   Yes.  The sales rep-to-physician model is still very much
03:14 12  alive and well.  So offices are, you know, frequently flooded
03:14 13  with people waiting for that finite period to share information
03:14 14  with a physician.
03:14 15  **Q.**   Given the lack of physician time and the difficulties
03:14 16  you've just described, how did you try to craft messages for
03:14 17  your sales force with respect to Xarelto?
03:14 18  **A.**   So I think, as we've seen through the last few days, the
03:14 19  Xarelto label, as it relates to atrial fibrillation, is very
03:14 20  complex.  And so that was a significant challenge for us.  It
03:14 21  wasn't a simple one- or two-point message that we asked
03:15 22  representatives to share with physicians and to educate them.
03:15 23        There were specific nuances; there's black box
03:15 24  warnings; there's caveats to the indications.  So my job was to
03:15 25  include everything that the FDA required to ensure that

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

1  representatives only spoke on label, but to find a way to do so

2  in a less complex and convoluted way because they really didn't

3  have a lot of time.

4       So the goal would be to have a succinct and crisp

5  piece of information that would invite the physician to maybe

6  offer more time where they could talk through some of these

7  other aspects.

Q.  Were there differences in the patient population studied

in the Xarelto ROCKET studies as compared to those studies that

were done for Pradaxa and Eliquis?

A.  Yes.  So the study population for Xarelto skewed more to

the sicker and older population than the other trials.  So if

you look at the entire patient population for the Eliquis AFib

trials and the Pradaxa AFib trials, they had a broader spectrum

of patients from those who had a low stroke risk to those with

the highest stroke risk.

       Our study focused and enrolled patients that were a

CHADS score or a stroke risk score of 3 or above.  So you could

categorize that as moderate- to high-risk patients versus,

really, all comers:  low-, medium-, and high-risk stroke

patients.

       So patients who have a higher CHADS score have

diabetes, hypertension, maybe have had a prior stroke, are of

an advanced age, those are the stipulations that increase your

risk.

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

03:16  1          So a lower-risk patient might have just one thing,

03:16  2   like diabetes.  A moderate-risk patient might have diabetes and

03:16  3   hypertension.  And a high-risk patient maybe has a prior

03:16  4   stroke, diabetes, and hypertension.

03:16  5          So they're on a lot of other meds and dealing with a

03:16  6   lot of other comorbid conditions.  And they're, frankly, just a

03:17  7   more difficult patient population to manage.

03:17  8   **Q.**   Given the differences in the patient population between

03:17  9   the patients studied with Eliquis, for example, and the

03:17 10   patients studied with Xarelto, can you compare efficacy between

03:17 11   the two medications, Xarelto and Eliquis?

03:17 12   **A.**   No.  Everyone's label is based on their performance versus

03:17 13   warfarin, and they get whatever claims they have related to

03:17 14   that study versus warfarin.

03:17 15          It's standard practice in the medical community, as

03:17 16   well as it's just inappropriate to do what they call

03:17 17   cross-trial comparisons where you take the results of one study

03:17 18   and try to project them on the results of another study.  And

03:17 19   that was done here.

03:17 20          That's sort of why it would be inappropriate to

03:17 21   compare different claims for products against each other,

03:17 22   because they haven't been studied head-to-head.

03:17 23   **Q.**   Looking back at your time working with Xarelto as a

03:18 24   marketer, how do you assess your job performance?

03:18 25   **A.**   I worked extremely hard.  I learned a lot.  I made a

OFFICIAL TRANSCRIPT

SUSAN GEIGER - EXAMINATION

03:18   1    tremendous amount of personal sacrifices.  There were many
03:18   2    times when I had young kids at home, not sleeping through the
03:18   3    night, that my husband was on duty until 8:00, 9:00 at night
03:18   4    when I got home.
03:18   5            But I really think that all of that work and all of
03:18   6    that effort and all of that energy was for a positive result.
03:18   7    I saw personally how my aunt has benefited from having the
03:18   8    option outside of warfarin to help treat her AFib.  And for me,
03:18   9    the ability to have an option for patients with AFib or,
03:18   10   really, with any of these other diseases that gives them a
03:18   11   peace of mind that they can avoid a thromboembolic event and do
03:18   12   so without all these other burdens is really gratifying.
03:18   13           So I'm very proud of what we did.  I think this is a
03:18   14   really exciting product.  Like any pharmaceutical medication,
03:19   15   it has its risks and benefits.  And that's why having, you
03:19   16   know, physicians make the decision on who should get them --
03:19   17   they're truly the experts.  They've been trained in these
03:19   18   different diseases.
03:19   19           So I look back, and I'm very proud of what we did,
03:19   20   and I'm very proud of -- of the work.
03:19   21   Q.   Ms. Geiger, ultimately, it's up to a physician to
03:19   22   determine for each individual AFib patient whether to treat
03:19   23   with a medication and, if so, whether to prescribe Xarelto,
03:19   24   Eliquis, warfarin, Pradaxa, or another medication; is that
03:19   25   correct?

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - VOIR DIRE

03:19  1   **A.**   That's true.

03:19  2   **Q.**   And all of these medications remain approved by the FDA

03:19  3   for treatment of patients with nonvalvular A-fibrillation

03:19  4   today; is that correct?

03:19  5   **A.**   That's true.  They're all approved.

03:19  6   **Q.**   What was your job?

03:19  7   **A.**   My job was to create materials for our sales

03:19  8   representatives to educate physicians on the risks and benefits

03:19  9   of Xarelto and AFib per our indication."

03:20  10          **THE COURT:**  Okay.  Let's call your next witness.

03:20  11          **MR. BARR:**  Your Honor, the plaintiffs' next witness

03:20  12   will be Dr. Kessler.  He may be out in the hall.

03:20  13          **THE COURT:**  Let's get Dr. Kessler, please.

03:20  14              Come forward, please, sir.

03:20  15          (WHEREUPON, **DR. DAVID KESSLER**, having been duly

03:20  16   sworn, testified as follows**:)**

03:20  17          **THE DEPUTY CLERK:**  Please state your full name and

03:20  18   correct spelling for the record.

03:21  19          **THE WITNESS:**  David Kessler, D-A-V-I-D,

03:21  20   K-E-S-S-L-E-R.

03:21  21          **MS. JEFFCOTT:**  May it please the Court.

03:21  22          **THE COURT:**  Proceed.

03:21  23                          **VOIR DIRE**

03:21  24   BY MS. JEFFCOTT:

03:21  25   **Q.**   Good afternoon, Dr. Kessler.  Would you please state your

DR. DAVID KESSLER – VOIR DIRE

03:21   1    name for the jury.

03:21   2    **A.**    David Kessler.

03:21   3    **Q.**    And would you mind just introducing yourself a little bit

03:21   4    to this jury.

03:21   5    **A.**    Sure.  I guess a little while ago, I became the second

03:22   6    David in the family.  My daughter had a baby boy, so I've been

03:22   7    relegated to David 2.

03:22   8    **Q.**    So you're no longer the first in line?

03:22   9    **A.**    No.  I know my place.

03:22   10   **Q.**    And I also understand that you're married?

03:22   11   **A.**    I am.

03:22   12   **Q.**    And, professionally speaking, can you tell us what's been

03:22   13   the focus of your life's work?

03:22   14   **A.**    I'm a doc.  I'm a pediatrician.  I've spent over the last

03:22   15   35, 40 years studying the safety of our foods, our drugs, our

03:22   16   medically devices.  It's really public health, working obesity

03:22   17   over the last number of years, depression.  It's public health,

03:22   18   safety.

03:22   19   **Q.**    And so in dedicating your life to public health, your

03:23   20   career in public health, I understand that you held a very

03:23   21   honored position in the federal government.

03:23   22           Would you please tell the jury a little bit about

03:23   23   that.

03:23   24   **A.**    So I was appointed as commissioner of the FDA, the U.S.

03:23   25   Food and Drug Administration, headquartered in Washington.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - VOIR DIRE

1   Q.   And, Dr. Kessler, could you briefly explain what the FDA

2   is.

3   A.   So the FDA, for the last 100 years, has been responsible

4   for overseeing the safety of our foods, our drugs, our medical

5   devices, bloods, cosmetics.  One night I was watching

6   *60 Minutes*, and there was a piece on police radar guns and I

7   learned -- this is when I was commissioner -- that we had

8   jurisdiction over police radar guns because they emit certain

9   electromagnetic radiation.

10          So it's 25 cents on every consumer dollar.  It's a

11   vast part of the U.S. economy.

12   Q.   And is there more than one FDA commissioner?

13   A.   Well, over the history of the agency, the answer is yes.

14   But at any one time, there's only -- there's only one

15   commissioner.

16   Q.   And where does commissioner fit within the hierarchy of

17   the FDA?

18   A.   You know the expression "The buck stops here"?  I was the

19   one, you know, really on the top.  You're the one accountable.

20   You're the one who's held responsible.  It's a pretty major

21   responsibility.

22   Q.   So, essentially, you're top of the pyramid?

23   A.   Yeah.

24   Q.   Now, how does one go about becoming the FDA commissioner?

25   A.   So I was sitting -- well, you know, the judge probably

DR. DAVID KESSLER - VOIR DIRE

03:24  1   knows something about this.

03:24  2              I was sitting in my office one day in the Bronx.  I

03:25  3   was running a hospital.  It's the same process, similar for

03:25  4   judges and presidential appointees, commissioners of the Food

03:25  5   and Drug Administration.  The phone rings and someone on the

03:25  6   other end says, "I'm from the White House, White House

03:25  7   personnel."  The next sentence was, "The president intends to

03:25  8   nominate you to be FDA commissioner."

03:25  9              The person called back in two hours, and I was -- I

03:25  10  thought they were going it say they made a mistake, but they

03:25  11  said, "No, we're going to confirm you.  We're going to get you

03:25  12  confirmed in seven days."

03:25  13  **Q.**   And which president nominated you?

03:25  14  **A.**   President Bush, the father.

03:25  15  **Q.**   And did you end up going through that confirmation

03:25  16  process?

03:25  17  **A.**   I did.  I went through that.

03:25  18  **Q.**   And is it anything like what we hear about confirmation

03:25  19  processes today?

03:25  20  **A.**   Mine was a little different because I actually had worked

03:26  21  on the senate health committee for Senator Kennedy and Senator

03:26  22  Hatch, and they knew me.  And they actually voted me in and

03:26  23  then held my hearing after I was voted in.  So it's a nice way

03:26  24  to be -- if you're going to have to have a confirmation

03:26  25  hearing, it's nice to be voted in first.  That's -- that's not

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - VOIR DIRE

1   the rule.

2   **Q.**   And I take it, in voting you in and confirming you, that

3   they did a number of background checks, that kind of thing?

4   **A.**   Yeah.  It's the full field FBI.  The FBI goes around and

5   interviews all of your neighbors, talks to all of your

6   employers, those kinds of things, yes.  Not the most

7   comfortable process to go through, I've got to tell you.

8   **Q.**   I could imagine.

9           And, Doctor, based upon your experience at the FDA,

10  my plan is to ask you --

11  **A.**   Can I also -- Counsel, can I just one point?

12  **Q.**   Sure.

13  **A.**   It should be very -- it should be emphasized that I am not

14  here today speaking for FDA.

15  **Q.**   Okay.

16  **A.**   I just want to make sure that everyone -- I left the FDA

17  in 1997.  I'm happy to answer your questions, but I do not

18  speak for FDA.

19  **Q.**   And -- but here today I plan to ask you some questions

20  about FDA, and I would like you to draw upon your experiences

21  both before and after being appointed FDA commissioner.

22          Is that something you can do?

23  **A.**   Happy to try to help, yes.

24          **MS. JEFFCOTT:**  And, Carl, would you mind pull up for

25  Your Honor and Dr. Kessler and opposing counsel Plaintiff's

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - VOIR DIRE

03:27  1   Exhibit No. 5769069?

03:27  2   **BY MS. JEFFCOTT:**

03:27  3   **Q.**   Dr. Kessler, on the screen in front of you, I placed a

03:27  4   copy of your curriculum vitae.

03:28  5            Is that a current copy?

03:28  6   **A.**   That's the current copy.  I don't want to represent that

03:28  7   everything is in there.  When you get to my age, you sort of

03:28  8   stop putting things in.  But that's the most current copy.

03:28  9            **MS. JEFFCOTT:**  And, Your Honor, we would --

03:28  10           **THE COURT:**  Any objection to introducing that?

03:28  11           **MR. DUKES:**  Your Honor, no objection as a

03:28  12   demonstrative exhibit.

03:28  13           **MS. JEFFCOTT:**  That's fine.

03:28  14           **THE COURT:**  It will be introduced as a demonstrative.

03:28  15   **BY MS. JEFFCOTT:**

03:28  16   **Q.**   Now, Doctor, in looking at your CV, can you tell us where

03:28  17   you went to medical school?

03:28  18   **A.**   My education is on the top of that, and I went to Harvard,

03:28  19   Harvard Medical School.

03:28  20   **Q.**   And when did you graduate?

03:28  21   **A.**   1979.

03:28  22   **Q.**   Now, it looks like, based on your CV, that you attended

03:28  23   law school at the same time that you were in med school.

03:28  24            Do I have that right?

03:28  25   **A.**   It's a little complicated.  Do you want me to explain?

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - VOIR DIRE

Q.   Please.

A.   So I went to medical school.  I did the first two years of
medical school, basic science, went into the lab, did the
science.  Then got up and went to -- did two years of law
school.  And that was planned.  I took a leave of absence.  And
then I came back and did my third year of medical school and
third year of law school at the same time and then did my
fourth year of medical school.

        So that's why I graduated a year -- 1978 from law
school, 1979 from medical school.

Q.   I imagine the dual medical school/law school approach had
to be challenging?

A.   Especially the tuition checks.  I can tell you that.

Q.   And where did you end up going to law school?

A.   So I spent -- my degree is from the University of Chicago
Law School.  As you can see, I spent my last year at the
Harvard Law School because that's when I was doing med school
also.

Q.   It appears that you also have some business training?

A.   Yeah.  I ran the hospital, the FDA.  It's nice to have
some management training if you're going it run these large
organizations.  So I wanted to get some basic skills.  That's
all.

Q.   And after you graduated medical school, did you board in
some sort of residency or internship program?

DR. DAVID KESSLER - VOIR DIRE

03:30  1    **A.**    Yes.

03:30  2    **Q.**    And where was that?

03:30  3    **A.**    That was at the Johns Hopkins Hospital in pediatrics.  So

03:30  4    I did my internship and my residency there.

03:30  5    **Q.**    And are you licensed to practice medicine?

03:30  6    **A.**    Yes, I am.

03:30  7    **Q.**    And what states are you currently licensed?

03:30  8    **A.**    So I am licensed in California, where we currently live.

03:30  9    I've been licensed in other states.  When you move out, you

03:30  10   sort of become not active.  But the -- there's licenses, I

03:30  11   guess, in Maryland and New York and Connecticut, places that

03:30  12   I've worked.

03:30  13   **Q.**    Now, before we get to your role as FDA commissioner, can

03:31  14   you tell the jury a little bit about your career leading up to

03:31  15   that presidential appointment?

03:31  16   **A.**    So I went to med school, went to law school, did my

03:31  17   residency at Hopkins, and was interested in public policy.  So

03:31  18   I started when I did my residency in Baltimore.  I also worked

03:31  19   on the senate health committee.  I was the lowest staffer.  I

03:31  20   was somewhere between a volunteer -- I think at one point they

03:31  21   paid me $100 a month was my salary.  And I did that.

03:31  22         I did FDA issues when I was on the senate health

03:31  23   committee, among others.  And then continued to do that, but

03:31  24   then moved to the Bronx and ran a hospital -- learned to run a

03:31  25   hospital and actually ran a hospital.  I was medical director

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - VOIR DIRE

03:31  1   of that hospital.  So I spent about seven -- seven, eight, nine

03:32  2   years in the Bronx.

03:32  3   Q.   And so were you treating patients?

03:32  4   A.   Yes, very much.  Emergency room, city hospital.  That's

03:32  5   what I did.  Again, pediatrics.

03:32  6   Q.   And you previously mentioned that you were working at a

03:32  7   hospital when you were called with the appointment for FDA

03:32  8   commissioner.

03:32  9        Was that the same hospital?

03:32  10  A.   Yeah.  I still remember exactly the moment when that phone

03:32  11  call came in my office.

03:32  12  Q.   And what hospital was this?

03:32  13  A.   That was the hospital at Albert Einstein College of

03:32  14  Medicine.

03:32  15  Q.   Did you also teach there?

03:32  16  A.   Yes, I did.

03:32  17  Q.   And what did you teach, Dr. Kessler?

03:32  18  A.   So I taught pediatrics, I taught epidemiology to medical

03:32  19  students.

03:32  20  Q.   Would you kindly explain what epidemiology is, the study

03:32  21  of that is?

03:32  22  A.   Sure.  So as a doc, I take care of an individual patient.

03:33  23  Epidemiology is the study of diseases in groups -- in

03:33  24  populations.  So if there is an outbreak, it doesn't affect

03:33  25  just one of us, an infection; it affects a population.  So you

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - VOIR DIRE

03:33  1   decide how it affects populations.
03:33  2           And drugs.  Really, the core of how we evaluate drugs
03:33  3   is epidemiology.  How does the drug that I take or you take or
03:33  4   the jury takes, how does it affect all of us?  So you use
03:33  5   epidemiological methods in order to study your drug.
03:33  6   Q.    And did you teach anywhere else?
03:33  7   A.    Yes.  So while I was running the hospital in the Bronx, I
03:33  8   went down to Columbia Law School, and that's where I taught
03:33  9   that food and drug law for a number of years.
03:33  10  Q.    And was all this before or after you became FDA
03:33  11  commissioner?
03:33  12  A.    That was before, Counselor.
03:33  13  Q.    And you mentioned earlier that you were appointed by
03:34  14  George Bush Sr.  And I believe his presidency was from 1988 to
03:34  15  '92.
03:34  16          What year were you appointed?
03:34  17  A.    1990.
03:34  18  Q.    And did President Clinton keep you on --
03:34  19  A.    Yes.
03:34  20  Q.    -- following his election?
03:34  21  A.    Yeah.  That was -- he was very nice.  But I was sort of --
03:34  22  I don't think it was constitutionally reappointed, but he -- in
03:34  23  essence, he reappointed me.
03:34  24  Q.    I mean, is it typical for an FDA commissioner to stay on
03:34  25  for a new presidency?

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - VOIR DIRE

03:34   1   **A.**   No.   It does happen occasionally, but it's rare.   It's

03:34   2   even rarer when there's a president of different parties

03:34   3   doing -- but it gave us the opportunity to do things -- it's

03:34   4   very hard to get things done in two years.   You know, we took

03:34   5   on a lot of things.   So being there, I think, close to more

03:34   6   than six years was a real honor and an ability to get things

03:35   7   done.

03:35   8   **Q.**   So what did you do as FDA commissioner?

03:35   9   **A.**   So, you know, the -- I don't know if -- there's no

03:35  10   packaged food here.   But, you know, any food product, any box

03:35  11   of cereal or any beverage has a little box that's called

03:35  12   "Nutrition Facts," and it's the amount -- it's the calories and

03:35  13   the cholesterol and the sodium.   So we did that labeling.

03:35  14        We did the investigation and promulgated the

03:35  15   regulations into the tobacco industry.   We spent a lot of time

03:35  16   doing that.

03:35  17        Probably as important -- remember, this was 1990, and

03:35  18   there was an epidemic of HIV, of AIDS, at the time.   When I got

03:35  19   there, there was one drug.   It didn't work very well for HIV.

03:35  20   By the time we left, through a lot of work from a lot of

03:36  21   people, there were 17 drugs.   And that changed the course --

03:36  22   still a devastating illness, but at least an illness that's not

03:36  23   an automatic death sentence.

03:36  24        So those are the types of things that I'm proud of.

03:36  25   **Q.**   In talking about drugs, were you able to utilize your

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - VOIR DIRE

03:36  1   experience as a medical doctor and a professor while at FDA?
03:36  2   **A.**   That was the kind of job, you had to use everything you
03:36  3   got.  Those -- you know, the agency is a great agency, but they
03:36  4   save the hard ones for the commissioner.  And you really have
03:36  5   to use -- you know, all -- it sounds like a lot of school, but
03:36  6   I'll tell you, I had -- I couldn't have done that job without
03:36  7   that kind of training.
03:36  8   **Q.**   And when did you leave as FDA commissioner?
03:36  9   **A.**   1997.
03:36  10  **Q.**   And did you take some time off?
03:36  11  **A.**   Yes.  So I actually -- I took a couple of months off, and
03:36  12  I wrote my first book about investigations into the tobacco
03:37  13  industry and into smoking.
03:37  14  **Q.**   And where did you land next?
03:37  15  **A.**   So I went to become -- went to Yale Medical School, and I
03:37  16  was dean at the medical school and a professor of pediatrics,
03:37  17  internal medicine, and public health.
03:37  18  **Q.**   And did you also teach while at Yale?
03:37  19  **A.**   Sure.  I practiced medicine on the wards.  I also taught
03:37  20  public health, lectured to medical schools, taught about
03:37  21  epidemiology, drug regulation, how drugs, you know, are
03:37  22  evaluated, pharmacology, and those kind of things.
03:37  23  **Q.**   And as dean, what were the kinds of responsibilities that
03:37  24  you had?
03:37  25  **A.**   The dean is the person who runs the school.  So you're

03:38  1    responsible for the students.  You're responsible for all the
03:38  2    faculty.  And in this case, it was all the medical faculty.  So
03:38  3    it was surgeons, internists, cardiologists, and a lot of staff.
03:38  4    **Q.**   And where did you move to next?
03:38  5    **A.**   So then we moved -- we crossed the country, went to
03:38  6    San Francisco.  I was dean and vice chancellor at the
03:38  7    University of California, San Francisco, for a while and now a
03:38  8    professor of pediatrics, epidemiology, and biostatistics.
03:38  9    **Q.**   And, Doctor, I want to jump ahead a little bit in your CV.
03:38  10            **MS. JEFFCOTT:**   To page 19, Carl.
03:38  11   **BY MS. JEFFCOTT:**
03:38  12   **Q.**   It's a section titled "Publications."
03:38  13           Can you please just describe briefly some of your
03:38  14   publications?
03:38  15   **A.**   So I guess on the screen the two recent books, the one on
03:39  16   the bottom, *The End of Overeating* was a book on the foods and
03:39  17   obesity and how things have changed and why we have such a hard
03:39  18   time eating -- controlling our eating.  So I did that book,
03:39  19   again sort of in the same public health tradition.
03:39  20           And I more recently did a book, the top one, the
03:39  21   *Capture*.  It was about depression and anxiety.  So I did a
03:39  22   whole range of these kind of conditions that affect almost
03:39  23   every family.
03:39  24   **Q.**   And I understand these books are on the New York Times
03:39  25   Best Sellers?

DR. DAVID KESSLER - VOIR DIRE

03:39   1   **A.**    They were at points in times.  Thanks for the pitch,

03:39   2   Counselor.

03:39   3   **Q.**    And in addition to these books, it looks like you've also

03:39   4   been published --

03:39   5              **MS. JEFFCOTT:**  If you could zoom out, Carl.

03:40   6   **BY MS. JEFFCOTT:**

03:40   7   **Q.**    -- in a number of different peer-reviewed medical

03:40   8   journals.  Is that correct?

03:40   9   **A.**    So, again, the books were written for both the public and

03:40   10  my colleagues in the professions.  These are the types of

03:40   11  articles that -- about the regulation of drugs.

03:40   12             So maybe just highlight, for example, the first one.

03:40   13  It's "An Accelerated Pathway for Cancer Drugs."

03:40   14             If you go through the list, you go through the next

03:40   15  page, and you can just see, for example, the top one, "Approval

03:40   16  of New Drugs in the United States."

03:40   17             So you see -- and then you go down to *Scientific*

03:40   18  *America*, "Accelerating the Approval of Drugs" -- the bottom

03:40   19  one, Carl.  "Accelerating the Approval of Drugs for

03:40   20  Life-Threatening and Serious Diseases."

03:41   21             So I wrote at lot about, again, the federal

03:41   22  regulation of drug safety.

03:41   23  **Q.**    And I should have had you explain before, but what exactly

03:41   24  does it mean to be peer-reviewed?

03:41   25  **A.**    So peer-reviewed just means when you submit an article to

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - VOIR DIRE

03:41   1   a journal, they send that article out to other scientists

03:41   2   anonymously.  And their job -- I've served -- I've not only had

03:41   3   these articles peer-reviewed, but I've also served as a peer

03:41   4   reviewer where you criticize or you show the shortcomings and

03:41   5   you ask people to fix those things.  That's the peer-review

03:41   6   process.

03:41   7           THE COURT:  Are you going to tender him as an expert?

03:41   8           MS. JEFFCOTT:  Yes, Your Honor.

03:41   9           THE COURT:  Then let's get on with it.

03:41  10   BY MS. JEFFCOTT:

03:41  11   Q.   Very briefly, I understand that you've received numerous

03:41  12   honors.

03:41  13           If Carl could jump to page 3.

03:41  14           And, likewise, if you could briefly describe some of

03:42  15   those honors.

03:42  16   A.   You're forcing me to brag.

03:42  17           THE COURT:  Don't.

03:42  18           THE WITNESS:  So, you know, the National Academy of

03:42  19   Sciences, the Public Welfare Medal, the Institute of Medicine,

03:42  20   you know, I think the next page has the Franklin Delano

03:42  21   Roosevelt Award from the March of Dimes.  These are very nice

03:42  22   things.  Really, they're pretty meaningful.  American Cancer

03:42  23   Society Medal of Honor.  So those kinds of awards.  I've been

03:42  24   privileged.

       25

DR. DAVID KESSLER - VOIR DIRE

**BY MS. JEFFCOTT:**

**Q.**   Just a few more points, Dr. Kessler.  I understand that you also serve on the board of a number of companies; is that right?

**A.**   I do, pharmaceutical medical device companies.  This is -- I waited for about ten years after FDA commissioner so there were no conflicts or anything like that.  But on the boards and have been on the boards of several pharmaceutical and device companies.

**Q.**   And advisory council?

**A.**   And that's different from the boards of directors; right? So I've served on certain advisory boards too.  I think the Google one was there.  That's not in a fiduciary responsibility.

**Q.**   And could you just briefly describe how serving as a board member on an advisory council could be helpful in your testimony.

**A.**   Well, so, obviously, I understand the regulation of drugs as a regulator because I was, you know, a regulator at FDA. But when you're on the board of pharmaceutical companies, you also understand the inside.  So you understand the standards, you understand how a company acts, how a company should act, and what the standards are.

           **MS. JEFFCOTT:**  And just two more points, Your Honor.

DR. DAVID KESSLER - VOIR DIRE

03:43  1  **BY MS. JEFFCOTT:**

03:43  2  **Q.**   I also see on your CV a section titled "lectureships."

03:43  3  Could you briefly describe that.

03:43  4  **A.**   All that is is endowed lectures when you get invited to go

03:43  5  to another university and give talks.  So you get to meet the

03:44  6  students and the faculty.  It's like a visiting professorship.

03:44  7  And they're very nice honors.

03:44  8  **Q.**   Is that something similar to an honorary degree?

03:44  9  **A.**   No, that's actually different.  Honorary degrees are

03:44  10  separate.

03:44  11  **Q.**   And just briefly, what is an honorary degree?

03:44  12  **A.**   So an honorary degree, you get invited.  You got to put on

03:44  13  a robe -- no offense -- and a hat.  There's usually a hat.  And

03:44  14  they give you an honorary degree.  Usually, it's much easier

03:44  15  than giving a lecture, I will tell you.  So you show up.  It's

03:44  16  part of graduation commencement.  I have a number of honorary

03:44  17  degrees.

03:44  18        **MS. JEFFCOTT:**   And, Your Honor, with that, we tender

03:44  19  Dr. Kessler to testify in this case as an expert on FDA

03:44  20  regulations, standards, labeling of drugs, medical devices, as

03:44  21  well as a medical expert in epidemiology.

03:44  22            And just a point of distinction, Your Honor, we

03:45  23  will not be asking Dr. Kessler to render any case-specific

03:45  24  opinions regarding Mr. Boudreaux's treatment or injuries in

03:45  25  this matter.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER – DIRECT

03:45  1       **THE COURT:**  All right.

03:45  2             Any questions on his qualifications?

03:45  3       **MR. DUKES:**  No, Your Honor.

03:45  4       **THE COURT:**  All right.  Members of the jury, if a

03:45  5  witness is qualified by virtue of knowledge, skill, training,

03:45  6  education, he may testify as an expert, he may testify in the

03:45  7  form of an opinion.  That's the difference that you have to

03:45  8  understand.  The Court will accept him as an expert in the

03:45  9  designated field, but that means that he can testify and give

03:45 10  an opinion.

03:45 11             Other witnesses give facts.  They tell you what

03:45 12  they saw, what they heard, what they did.  An expert is able to

03:45 13  give an opinion.  But just like all other witnesses, it's you,

03:45 14  the jury, that determines credibility of the opinion and its

03:45 15  place and so forth.

03:46 16             You may proceed, Counselor.

03:46 17       **MS. JEFFCOTT:**  Thank you, Your Honor.

03:46 18                     **DIRECT EXAMINATION**

03:46 19  BY MS. JEFFCOTT:

03:46 20  **Q.**   So, Dr. Kessler, just starting out, what did we ask you to

03:46 21  do in this case?

03:46 22  **A.**   I was asked to look at the conduct of Janssen and Bayer

03:46 23  regarding the drug Xarelto and the duty to warn doctors and

03:46 24  patients.

03:46 25  **Q.**   And how did you go about doing this?

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

1  A.   So you study a lot of -- a lot of documents.  I don't know
2  where they are.  There should be boxes or piles of documents
3  somewhere.  I think those orange are filled with papers.  I got
4  a hard drive that's tens of thousands, if not hundreds of
5  thousands, of pages.
6          And you -- what I did was I looked at the company's
7  submissions to the FDA, including their drug labels.  I looked
8  at FDA regulations.  I looked at back-and-forth between the
9  company and the FDA.  I looked at FDA's rules and regulations.
10 I looked at -- depositions of -- there were -- done in this
11 case regarding this drug.  I looked at some of the
12 peer-reviewed literature that was relevant to the issues that I
13 was studying.
14 Q.   And by depositions -- I just want to be clear -- were they
15 depositions of employees of Bayer's and Janssen?
16 A.   Yes, yes.
17 Q.   And I'll just represent that those are the documents that
18 you relied on.  I had to carry them up here.  So...
19 A.   Yeah, there's also -- I think there's a hard drive in
20 there.
21 Q.   Well, after you --
22 A.   I also don't want to represent -- you know, there's
23 millions of pages.  I mean, the submissions, some of the stuff,
24 you search.  I don't want to represent I can look at every
25 single page.

DR. DAVID KESSLER - DIRECT

03:48  1   Q.   Thank you, Doctor.

03:48  2        After you reviewed, based on your searching and the

03:48  3   materials here, did you issue a report that you gave to Bayer

03:48  4   and Janssen so they could have an understanding of your

03:48  5   opinions in this case?

03:48  6   A.   Yeah.  Let me see.  I think I have it.  Let me just --

03:48  7   yes, I did.

03:48  8   Q.   And that's pretty thick.  About how many pages is that?

03:48  9   A.   300 pages or so.  It took a lot of time.

03:48  10  Q.   And you've been paid for your work?

03:48  11  A.   Yes, that's the way it works.

03:48  12  Q.   And how much do you -- how much do you charge an hour?

03:49  13  A.   $1,000 an hour.

03:49  14  Q.   And you've been working on this matter for how long?

03:49  15  A.   I was first approached about two years ago.  So it's been

03:49  16  a considerable amount of time, probably intensified over the

03:49  17  last year.

03:49  18  Q.   And I imagine you billed for your time?

03:49  19  A.   I did.

03:49  20  Q.   And you already stated you wrote a report.

03:49  21  A.   Yes, right here.

03:49  22  Q.   And did you give a deposition?

03:49  23  A.   Yes.

03:49  24  Q.   About how long was that deposition?

03:49  25  A.   Seven hours.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

03:49  1   **Q.**    You've obviously come here for trial?

03:49  2   **A.**    Thank you for having me.

03:49  3   **Q.**    Approximately how many hours have you billed so far?

03:49  4   **A.**    About 340 is my guess.

03:49  5   **Q.**    And have you served as an expert before?

03:49  6   **A.**    I have.

03:49  7   **Q.**    And just what other types of work do you do in addition to

03:49  8   serving as an expert like in this case?

03:50  9   **A.**    So I have my academic appointment.  I write books.  I get

03:50  10  book royalties.  I serve as a senior adviser to a large private

03:50  11  equity firm.  I'm on boards, as you raised.  I do consulting.

03:50  12  I do, certainly, litigation consulting.  So there's a lot of

03:50  13  different sort of streams of income.

03:50  14  **Q.**    I understand.  Now, I kind of want to move us to this case

03:50  15  and why you're here today.  Could you just begin by telling us,

03:50  16  what kinds of products does the FDA regulate?

03:50  17  **A.**    So FDA regulates everything we put on our dinner table,

03:50  18  except meat and poultry -- that's Department of Agriculture --

03:50  19  all drugs, prescription drugs, over-the-counter drugs,

03:50  20  everything we put on our skin, oil, cosmetics, blood,

03:51  21  biologics, 25 cents on every consumer dollar.  Like I said,

03:51  22  it's a very major responsibility.

03:51  23  **Q.**    And who is primarily responsible for the safety of drugs

03:51  24  sold in the United States?

03:51  25  **A.**    So we have a private system of drug development.  Many

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

03:51  1    people in Washington don't really understand.  The fact is FDA
03:51  2    doesn't really test drugs.  It doesn't do the testing.  It
03:51  3    doesn't do the data collection.  So the answer to your
03:51  4    question, it's the drug company that is responsible for
03:51  5    assuring the safety.  Certainly, FDA reviews that.  And you
03:51  6    can't go on the market with without FDA approval.  But we have
03:51  7    a private system of drug development, and it's done by drug
03:51  8    companies.
03:51  9    Q.    And in this case, who would that be?
03:51 10    A.    That would be Janssen and Bayer.
03:52 11    Q.    And can you explain, why is a drug company responsible for
03:52 12    the safety of a drug?
03:52 13    A.    Because a drug company has studied it.  I mean, they
03:52 14    develop it.  The drug -- it studied the drug, it collected the
03:52 15    data on the drug.  It gets -- monitors -- has to monitor all
03:52 16    the safety issues.  So it's living the drug on a day-to-day
03:52 17    basis.  And the FDA has drugs across the board, every drug
03:52 18    company, you know.  So there's a lot more drugs.  So the buck
03:52 19    really stops with the -- with the drug company.
03:52 20    Q.    In terms of who's in the best position, would that be the
03:52 21    drug companies?
03:52 22    A.    Yes, because they have the most information in most cases.
03:52 23    Q.    And in this case, again, who would that be?
03:53 24    A.    It's the people who sold the drug.  In this case, it's
03:53 25    Janssen and Bayer, and they did it together, which is not

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

1    unusual.

2    **Q.**   And did Bayer and Janssen conduct studies on Xarelto?

3    **A.**   Yes, I mean, as they're supposed to do.  And there's a lot

4    of different studies that go into drug development.  That's the

5    nature of the system.  That's how the system is set up.

6    **Q.**   And then were those studies and that analysis submitted to

7    the FDA?

8    **A.**   Yes.  So what a company does is it does the testing.

9    First, it does it in animals.  Then it does it in a small

10   number of patients.  It collects certain safety data initially.

11   And then it goes on to little bigger studies in humans.

12   They're called different phases of drug development until

13   there's a larger trial that really is what's called the pivotal

14   trial to determine safety and effectiveness.

15   **Q.**   And in terms of the later trials with -- are those -- were

16   those studied for different uses of Xarelto?

17   **A.**   Yeah, very important point.  FDA don't approve drugs in

18   this country.  FDA approves drugs for specific indications, for

19   specific diseases.  So, here, there were a number of different

20   indications for -- so -- and each time the company submits an

21   application for the drug for that specific indication.

22   **Q.**   Were each of these studies reviewed by the same people at

23   FDA?

24   **A.**   No.  As it turned out, I mean, the center for drugs under

25   the commissioner reviews drugs, obviously, with the

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

03:55  1    commissioner when there are questions.  But there are different
03:55  2    divisions by disease category.  So there was a hematology
03:55  3    division that did the initial review for one indication.  And
03:55  4    then the cardio-renal division did it for another indication.
03:55  5    Q.    Are there just two divisions at FDA?
03:55  6    A.    No, there are not.  I was just talking with regard to
03:55  7    this -- this application is over a dozen different disease
03:55  8    divisions, and they reviewed the application.
03:55  9    Q.    Now, with -- was a specific study submitted to the FDA
03:55 10    with regard to the use of Xarelto in patients with atrial
03:55 11    fibrillation?
03:55 12    A.    There was a -- yes.  It was called ROCKET.
03:55 13    Q.    And just very briefly, would you mind just explaining what
03:55 14    atrial fibrillation is.
03:55 15    A.    So atrial fibrillation is an arrhythmia, sort of an
03:56 16    electrical abnormality, very common as we get older.  The real
03:56 17    issue with atrial fibrillation is it increases the risk of
03:56 18    stroke.  So that's the great concern.  It's not really the
03:56 19    arrhythmia that's the problem, but it's the strokes that can
03:56 20    occur from arrhythmia.
03:56 21    Q.    And just so I'm clear, that was tested -- Xarelto was
03:56 22    tested in patients with atrial fibrillation?
03:56 23    A.    Yes.  And it was studied for both it's efficacy, reduction
03:56 24    of stroke or blood clots, as well as its safety, whether it
03:56 25    caused, for example, bleeding.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

03:56  1  **Q.**   And so how does a company provide information about its

03:56  2  drug to doctors and patients such as the information that a

03:56  3  company would glean from a study?

03:57  4  **A.**   The information to doctors and patients?

03:57  5  **Q.**   That's right.

03:57  6  **A.**   So when a drug is sold in the United States, it has what's

03:57  7  called a label.  I don't mean the little sticker on the pill

03:57  8  bottle itself.  But there's usually a -- there's a big

03:57  9  document.  And sometimes it could be one page, sometimes it

03:57  10  could be -- I think in the case of Xarelto, there's some 45

03:57  11  pages.  And that label is really the holy grail.  That label is

03:57  12  what -- I mean, its purpose is so that doctors and patients can

03:57  13  use the drug safely.

03:57  14         Now, there's a label for doctors, but I can tell you,

03:57  15  my mother reads all the doctor labels and calls me.  And

03:58  16  there's also -- one of the things we worked on at FDA was a

03:58  17  patient label, which was more an abbreviated.  So when you go

03:58  18  into the pharmacy, sometimes you get a piece of paper.  That's

03:58  19  called the medication guide.  And that's usually also attached

03:58  20  to the label.  But I think the -- when I'm using the term

03:58  21  "label" here, I'm using it as really the major full prescribing

03:58  22  information for doctors so they can inform patients.

03:58  23  **Q.**   And does the term "drug label" go by any other name?

03:58  24  **A.**   Yes.  It's been called package insert, prescribing

03:58  25  information, professional labeling, professional package

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

03:58  1   insert.

03:58  2   **Q.**   And who prepares that label?

03:58  3   **A.**   So it's prepared by the -- by the drug company.  They are

03:58  4   the ones who prepares it.  The FDA certainly reviews it, has to

03:58  5   approve it, but the drug companies are the master of the label.

03:59  6   **Q.**   And does the drug company have the ability to warn

03:59  7   patients in the label without FDA approval?

03:59  8   **A.**   Yes.  So this has been a long-standing policy.  It only

03:59  9   makes sense, if the drug company's aware of any safety issue,

03:59  10  you don't want anything to get in the way of them warning.  So

03:59  11  that's been the long-standing policy of FDA.

03:59  12  **Q.**   And what's the authority for the ability of a drug company

03:59  13  to be able to warn patients and doctors in their label?

03:59  14  **A.**   So the policy goes back, oh, decades.  My colleague

03:59  15  commissioner back in the 1970s, Don Kennedy, promulgated in the

03:59  16  Federal Register the general policy and set out that general

03:59  17  policy back several decades ago.  And there have been more

04:00  18  specific regulations that have been adopted since then that

04:00  19  implement that.

04:00  20  **Q.**   And, Doctor, would pulling language about policy from the

04:00  21  Federal Register be helpful in explaining your testimony today?

04:00  22  **A.**   Sure.  It would give you a sense of what, again, the

04:00  23  policy behind the drug company's ability to warn is and how FDA

04:00  24  has looked at it.  I don't mean it as a legal requirement, but

04:00  25  it's the general policy.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

04:00  1          MS. JEFFCOTT:  And, Your Honor, I would like to put
04:00  2  up just as a demonstrative language from 21 Federal Register,
04:00  3  parts 201 and 202.
04:00  4          THE COURT:  Any objection to that?
04:00  5          MR. DUKES:  Your Honor, I don't have any objection as
04:00  6  long as its representation is it was applicable during the time
04:00  7  period.  One demonstrative that I got was dated 1979 and has
04:00  8  been superseded.  So no objection if it was applicable.
04:01  9          MS. JEFFCOTT:  And this is the 1979 preamble, Your
04:01  10  Honor.  And we would also like to show the applicable
04:01  11  regulation at the time.  However, we are also showing the
04:01  12  current regulation as a comparative.
04:01  13          MR. DUKES:  I object.  It's confusing if we show the
04:01  14  jury something that's not applicable.
04:01  15          THE COURT:  What is the reason for 1979?
04:01  16          MS. JEFFCOTT:  To show the building block and also to
04:01  17  show the underlying policy, Your Honor.
04:01  18          THE COURT:  Why don't we show the one that's
04:01  19  applicable.  And stay a little closer to the microphone so
04:01  20  everybody can hear you.
04:01  21          MS. JEFFCOTT:  And I'll speak louder, Your Honor.
04:01  22          THE COURT:  Thank you.  Show him the applicable
04:01  23  policy, the language, if you would like.
04:01  24          MS. JEFFCOTT:  Your Honor, I think before we get to
04:01  25  that, I think it might also be a good time to introduce the

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

04:01  1   label, the Xarelto label, I understand --

04:01  2          MR. DUKES:  Yes.  The one that was provided to me,

04:01  3   which is Plaintiff's Exhibit 5768084, last night, I have no

04:02  4   objection to it.

04:02  5          THE COURT:  All right.  Let it be introduced and let

04:02  6   it be shown to the jury.

04:02  7          MS. JEFFCOTT:  Carl, could you put that up.

04:02  8          THE COURT:  What's the exhibit number?

04:02  9          MS. JEFFCOTT:  Your Honor, this would be Exhibit

04:02  10  No. 1.

04:02  11  BY MS. JEFFCOTT:

04:02  12  Q.   And, Dr. Kessler, before you, you have the label from

04:03  13  August 2013; is that correct?  On your screen?

04:03  14  A.   I do.

04:03  15  Q.   And --

04:03  16         MS. JEFFCOTT:  I understand, Your Honor, Dr. Kessler

04:03  17  has also brought with him a paper form of the copy pulled out

04:03  18  that he would like to refer to.

04:03  19         THE COURT:  It's the same document here?

04:03  20         THE WITNESS:  It's the one that's actually included

04:03  21  in the bottle.

04:03  22         THE COURT:  Sure.

04:03  23  BY MS. JEFFCOTT:

04:03  24  Q.   And can you go ahead and show the jury, Your Honor --

04:03  25  Dr. Kessler.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

04:03    1    **A.**    You may have seen these things.  Sorry.  So there's a
04:03    2    front and there's a back.  This actually -- this actually also
04:03    3    includes the patient medication guide.  I'm glad I brought my
04:03    4    glasses.
04:03    5    **Q.**    And, Doctor, could you just explain in looking at the
04:04    6    label, please provide us -- what is the real purpose of the
04:04    7    label?
04:04    8    **A.**    The purpose of the label is so that doctors and patients
04:04    9    can use a drug safely.  I think I said before, it's the holy
04:04   10    grail.  It should contain all the information that a doctor
04:04   11    needs in order to use and prescribe a drug safely for patients.
04:04   12    **Q.**    And as a doctor, what are the most important sections of
04:04   13    the label?
04:04   14    **A.**    So if you -- I think there's a -- an index.  I don't know
04:04   15    if Carl has it, the index to the label.  And it shows the
04:04   16    different sections of the label.
04:04   17            Do me a favor, Carl, just put the second one up in
04:04   18    front so people can see.
04:04   19            There are, like, 17 different parts to the label.
04:05   20    But, obviously, we work hard to make sure that the important
04:05   21    information goes up front.  So, here, for example, you know,
04:05   22    what does a doctor look at?  Right?  What does a doctor care
04:05   23    about?
04:05   24            So, obviously --
04:05   25            Carl, if you can just do me a favor and highlight

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

1    where it says "indications and use."

2           That's what the drug is used for.  Dosage, what's the

3    right dosage, if you can highlight that.

4           And then if you can highlight the section where it

5    says "warnings and precautions" and certainly the section

6    before, No. 4, that says "contraindications" and then that

7    warning on the top, in front of No. 1.

8           So, obviously, warnings and precautions -- there are

9    a lot of other sections of label that are also important, but

10   those are the ones that I think most doctors pay attention to.

11   Q.   And does the FDA issue a regulation that discusses where

12   information about laboratory tests should be in the label?

13          **THE COURT:**  Doctor, you have one right by you too if

14   you need it.

15          **THE WITNESS:**  Thank you very much, Your Honor.

16   **BY MS. JEFFCOTT:**

17   Q.   And my question was, Dr. Kessler, does the FDA issue any

18   sort of regulation that dictates where information about

19   laboratory tests should be in the label?

20   A.   Yes.  So there is a particular regulation.  Do you want me

21   to give you the number?

22   Q.   Sure.  And it's the 2006?

23   A.   It's in the CFR.  And it's certainly the most current

24   label, yeah, CFR.

25   Q.   Understood.  And what regulation is that?

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

04:07   1   **A.**    21 CFR 201.57(f)(3).

04:07   2           **MS. JEFFCOTT:**  Your Honor, we would like to show the

04:07   3   language from the 2006 version.

04:07   4           **THE WITNESS:**  Actually, I made an error.  If I can

04:07   5   correct that.  There was language, again, that was adopted.

04:07   6   This was first adopted, again, in 1979.  It was then very

04:07   7   slightly tweaked.  I have copies of both so you can see that if

04:07   8   you'd like.  So there was the 1979 language and then there's

04:07   9   the language that came in in about 2007.

04:07   10  **BY MS. JEFFCOTT:**

04:07   11  **Q.**   And is that language found at 21 CFR?

04:07   12  **A.**   201.57(f)(3), that was the '79 one.  And 21 CFR

04:08   13  201.57(c)(6)(iii).

04:08   14          **THE COURT:**  And what does that do, Doctor?

04:08   15          **THE WITNESS:**  So what that is, that sets out when and

04:08   16  where, Your Honor, information about laboratory tests that are

04:08   17  helpful in following a patient's response, that that

04:08   18  information should be put on the label and where it should go

04:08   19  in the label.

04:08   20          **THE COURT:**  Okay.  And the CFR, members of the

04:08   21  juries, is Code of Federal Regulations.  And that's -- what the

04:08   22  doctor says, that provides what needs to be included and where

04:08   23  it needs to be included in the label.

04:08   24          **MS. JEFFCOTT:**  Your Honor, it we could pull up the

04:08   25  2006 language.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

04:08  1              **MR. DUKES:**  Your Honor, I have no objection to that.
04:08  2  And I think it's Plaintiffs' Exhibit 5768308.
04:09  3              **THE COURT:**  Okay.  Thank you.
04:09  4              **MS. JEFFCOTT:**  Thank you.
04:09  5  BY MS. JEFFCOTT:
04:09  6  **Q.**   Is this the language you were referring to?
04:09  7  **A.**   Yes.  This was the language that was modified in 2006,
04:09  8  yes, Counselor.
04:09  9  **Q.**   And so this kind of language, essentially in the same
04:09  10  form, has been in existence for well over 30 years?
04:09  11  **A.**   Yes.
04:09  12  **Q.**   And, Doctor, forgive me, I think I may have already
04:09  13  covered this, but the FDA has in place general requirements
04:09  14  that manufacturers must provide adequate information and
04:09  15  instructions for safe use in their labels; correct?
04:09  16  **A.**   Yes.
04:09  17  **Q.**   And, Doctor, based on your review of all your materials
04:09  18  and analysis in this case, have you formed certain opinions?
04:09  19  **A.**   Yes.  I mean, it's important to understand the wording of
04:09  20  the regulation, if you want me to explain that.  And that's the
04:10  21  basis of my opinion.
04:10  22  **Q.**   Please do.
04:10  23              **THE COURT:**  Why don't you go ahead and explain that,
04:10  24  Doctor.
04:10  25              **THE WITNESS:**  So what the regulation says is that

OFFICIAL TRANSCRIPT

04:10  1    the -- it's right up there.

04:10  2                    Actually, that's the '79 one.  Could you go to

04:10  3    the 2006 one, please?  There's another one.

04:10  4                    I can do it off that if you want, Your Honor.

04:10  5                    That's the very, very similar language.  So it

04:10  6    says.  "Monitoring laboratory tests.  This section must

04:10  7    identify" -- and by "this section," they mean, in 2006, the

04:10  8    warning and precaution section of the label.  So it's Section 5

04:10  9    of the label.

04:10  10                    It says, "This section must -- must -- identify

04:10  11   any laboratory tests helpful in following the patient's

04:10  12   response or in identifying possible adverse reactions.  So any

04:11  13   laboratory tests that's helpful -- could be helpful in

04:11  14   following the patient's response or in identifying bad things

04:11  15   that could happen, adverse reactions, needs to be included

04:11  16   in -- in that warning and precaution sections so doctors and

04:11  17   patients could know that there's a test that could -- that's

04:11  18   available that will allow for the safer use of medicine.

04:11  19   BY MS. JEFFCOTT:

04:11  20   Q.   And this regulation has been in effect in some form since

04:11  21   the -- 1979?

04:11  22   A.   Yes.

04:11  23   Q.   And in talking about the FDA regulations that require

04:11  24   manufacturers to provide adequate instructions, would you

04:11  25   please share your opinion with respect to these regulations and

DR. DAVID KESSLER – DIRECT

04:11  1   how they impact this case?

04:11  2   **A.**   So the opinion is that --

04:11  3           **MR. DUKES:**  Your Honor, objection.  May I approach?

04:11  4           **THE COURT:**  Sure.

04:11  5           (WHEREUPON, the following proceedings were held at

04:11  6   the bench.)

04:12  7           **MR. DUKES:**  Your Honor, I want to try to do this as

04:12  8   efficiently as possible without being disruptive.

04:12  9           **THE COURT:**  Sure.

04:12  10          **MR. DUKES:**  I'm assuming these are going to be the

04:12  11  opinions that were disclosed in the demonstratives.

04:12  12          **MS. JEFFCOTT:**  Correct.

04:12  13          **MR. DUKES:**  And I will be efficient.  I would like to

04:12  14  renew our *Daubert* motions with regards to the opinions

04:12  15  incorporated.  And then I've got only a handful of objections

04:12  16  with regard to each opinion.  I'm glad to make them here at

04:12  17  sidebar.

04:12  18          **THE COURT:**  Either way.

04:12  19          **MR. DUKES:**  I'm happy to make them at sidebar.  With

04:12  20  regard to the first opinion, any laboratory test which is

04:12  21  helpful, which is about to come, I object to the extent it's a

04:12  22  legal conclusion, and Rule 702, not proper expert testimony.

04:13  23          **THE COURT:**  Okay.  I haven't heard the expert -- I

04:13  24  haven't heard the comment -- the testimony yet, but I looked

04:13  25  over the report and I think this is within the purview of the

04:13  1    scope, so I'll overrule the objection.

04:13  2            MR. DUKES:  With regard to the second opinion, which

04:13  3    is, serious bleeding is an adverse event associated with use of

04:13  4    Xarelto.  I have an objection on relevance grounds because

04:13  5    there's no claim for failure to warn of a bleeding risk.  And I

04:13  6    have a Rule 702 objection that this is outside the scope of

04:13  7    this witness' expertise.  He's a pediatrician, not a

04:13  8    hematologist.

04:13  9            THE COURT:  I understand that he's a doctor.  He was

04:13  10   chair of the FDA.  He writes books.  He teaches courses.  I

04:13  11   think it's within his realm to understand that.  With regard to

04:13  12   whether it's outside the scope, that's really in the eye of the

04:13  13   beholder.  I'll overrule that objection.

04:14  14           MR. DUKES:  Your Honor, with regard to the third

04:14  15   opinion.

04:14  16           THE COURT:  And also I might say that with regard to

04:14  17   the second opinion, I think that that's capable of the --

04:14  18   you're capable of testing that with cross-examination, and that

04:14  19   would be allowable to you to do that.

04:14  20                I'm sorry.  Go ahead.

04:14  21           MR. DUKES:  With regards to the third opinion, which

04:14  22   is, any laboratory test that could be helpful in identifying

04:14  23   patients at increased risk of bleeding from Xarelto use should

04:14  24   be identified in the warnings and precautions section of the

04:14  25   drug label.

DR. DAVID KESSLER - DIRECT

04:14  1                    I have an objection it's a legal opinion, and a

04:14  2    702 objection, it's not proper expert opinion.

04:14  3              THE COURT:  Okay.  The problem is that he's an

04:14  4    expert.  I'll overrule that objection.

04:14  5              MR. DUKES:  Your Honor, with regard to the fourth

04:14  6    opinion, which is, there is variability in drug plasma

04:14  7    concentration levels in patients taking Xarelto.  My objection

04:14  8    is Rule 702, beyond the scope of his medical expertise, which

04:15  9    is pediatrics.

04:15  10             THE COURT:  Again, I'll give you an opportunity to

04:15  11   cross-examine on that.

04:15  12             MR. DUKES:  Your Honor, with regard to the fifth

04:15  13   opinion, which is, there is a relationship between Xarelto

04:15  14   plasma concentration levels and the thrombin, I have the same

04:15  15   objection, Rule 702, beyond his scope of expertise as a

04:15  16   pediatrician, as well as based solely on knowledge developed

04:15  17   for the purpose of testifying.

04:15  18             THE COURT:  I'll let you go into cross-examination on

04:15  19   that, but I'll let him testify.

04:15  20             MR. DUKES:  Your Honor, with regard to the sixth

04:15  21   opinion, which is, there is a relationship between PT levels

04:15  22   and the risk of bleeding in Xarelto patients.  My objection is

04:15  23   Rule 702, unreliable opinion, and, again, beyond the scope of

04:15  24   his expertise, and an opinion developed solely for the purpose

04:15  25   of testifying.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

04:15  1          **THE COURT:**  You can take that under

04:15  2  cross-examination.  That's within his scope, in my opinion.

04:15  3  I'll allow him to testify.

04:15  4          **MR. DUKES:**  I understand.

04:15  5              With regard to the next to the last, the seventh

04:15  6  opinion, measuring a neoplastin PT level in a Xarelto treated

04:16  7  patient can be helpful in identifying patients at risk for

04:16  8  serious adverse events based upon a patient's response to

04:16  9  Xarelto.  I have an objection, 702, beyond the scope of his

04:16  10 expertise, not based on facts that experts in the field

04:16  11 reasonably rely upon, and an opinion developed solely for

04:16  12 litigation.

04:16  13         **THE COURT:**  Again, I'll let you go into that on

04:16  14 cross-examination.  It's within the scope.

04:16  15         **MR. DUKES:**  And, Your Honor, with regard to the last,

04:16  16 or the eighth opinion, while it doesn't allow for the

04:16  17 adjustment of dose, it does allow a physician and a patient to

04:16  18 decide whether the patient should continue Xarelto therapy.  I

04:16  19 had the 702 objection, beyond the scope of his expertise.  He

04:16  20 doesn't treat any patients with regard to Xarelto treatment or

04:16  21 therapy, as well as the objection to opinions developed solely

04:16  22 for purposes of litigation.

04:16  23         **THE COURT:**  The same thing.  I'll overrule that

04:16  24 objection.

04:17  25              While you all are up here, we've got a problem

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

04:17  1   with time.  So I'm going to have to ask him to come back.

04:17  2         MR. MEUNIER:  No.  He was prepared to come back,

04:17  3   Judge.

04:17  4         THE COURT:  If we get through this -- if you could

04:17  5   finish him today, it would be a good thing if we broke and you

04:17  6   take him in the morning.

04:17  7         MR. DUKES:  I'm fine to do whatever.

04:17  8         MR. MEUNIER:  Your Honor, I think that's going to be

04:17  9   difficult to finish him today.

04:17  10        THE COURT:  So you have a problem finishing him

04:17  11  today.  We get the jurors to come in at about 6:30, 7:00, so

04:17  12  they really have been here a long time, and I don't want them

04:17  13  to just be tuning out you all.  I understand.  So we're

04:17  14  probably going to break around 5:00.

04:17  15        MR. MEUNIER:  We'll just get to a breaking point in

04:17  16  the testimony and stop.

04:17  17        THE COURT:  Yes.  At 5:00 we're going to stop.  We've

04:17  18  got two jurors -- we've got three jurors.  One from 74 miles

04:17  19  away, one from 70 miles away, the other one from 5 miles away.

04:18  20  So we'll start about 9:00.  I'm just concerned about the fog

04:18  21  and this time of year.  It just starts clearing up around 8:00.

04:18  22  So I don't want anyone to run off a bridge or something.  But

04:18  23  we can go until 5:30 since it's daylight savings time.

04:18  24        (WHEREUPON, the following proceedings were held in

04:18  25  open court.)

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

04:18   1        **THE COURT:**  Ladies and gentlemen, we'll take a
04:19   2   10-minute recess.
04:19   3             Ladies and gentlemen of the jury, we'll go until
04:19   4   about 5:00 today.  We'll go until 5:00, but we'll take a break
04:19   5   right now.
04:19   6        **THE DEPUTY CLERK:**  All rise.
04:19   7        (WHEREUPON, the jury exited the courtroom.)
04:19   8        (WHEREUPON, the Court took a recess.)
04:28   9        **THE DEPUTY CLERK:**  All rise.
04:28   10       (WHEREUPON, the jury entered the courtroom.)
04:29   11       **THE COURT:**  Okay.  Be seated, please.  Ladies and
04:29   12  gentlemen, you'll notice at the bench, we have our conferences
04:29   13  sometimes.  The lawyers are very conscious of not overburdening
04:29   14  you with things that you have to do and also to take up your
04:29   15  time.  They're trying to do it as quickly as they can, so they
04:29   16  come to the bench.
04:29   17            The point is that we talk at the bench about
04:29   18  issues of law and rulings that I have to make, and we don't
04:29   19  want to burden you with it.  You've got enough to deal with.  I
04:29   20  deal with the evidence, and I deal with the law.  And they talk
04:29   21  to me about that.
04:29   22            The point that I make to you is neither the
04:29   23  lawyers nor I are trying to hide anything from you.  You're
04:29   24  going to see everything.  It's just the reason for the bench is
04:29   25  it's more efficient that way and we're able to handle it

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

04:29  1    quickly.  And they're very conscious of not taking up too much
04:30  2    of your time.  So that's why they do it.
04:30  3              Okay.  Continue.
04:30  4         MS. JEFFCOTT:  Thank you, Your Honor.
04:30  5    BY MS. JEFFCOTT:
04:30  6    Q.   Prior to recessing, we were talking about this language
04:30  7    from the 2006 regulation.
04:30  8              Dr. Kessler, I just want to you briefly explain how
04:30  9    this language is applicable to the drug label.
04:30  10   A.   So this is basically the rules that govern what gets put
04:30  11   in the drug label.  So this is sort of -- this tells a company,
04:30  12   right -- I mean, the FDA tells a company what should be in the
04:30  13   label.
04:30  14             So these are specific requirements.  I'm happy to
04:30  15   tell you my opinion of those requirements too.  But this is
04:31  16   specifically the requirements that for what goes in -- and
04:31  17   where it goes into the drug label.
04:31  18   Q.   In terms of where it goes in, where specifically would the
04:31  19   language about what laboratory testing go into the label?
04:31  20   A.   In the section called "Warnings and Precaution."  Do you
04:31  21   remember I showed on that index, I think it was Section 35.  So
04:31  22   it was the section called "Warnings and Precaution."  And this
04:31  23   is the type of information that's expected to be in that
04:31  24   warnings and precaution section.
04:31  25             MS. JEFFCOTT:  Carl, could you put up the label,

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

04:31    1    please.  That was Exhibit 1.

04:31    2                 Your Honor, I'd like to offer Exhibit 1 into

04:31    3    evidence, which was the 2013 Xarelto label to the extent that I

04:31    4    didn't do it earlier.

04:31    5                 MR. DUKES:  I didn't object.  I did not object.

04:31    6                 THE COURT:  All right.

04:31    7                 MR. DUKES:  It was -- just so we're clear, that was

04:31    8    PX5768084.

04:32    9                 THE COURT:  I admit that.

04:32   10    BY MS. JEFFCOTT:

04:32   11    Q.    Dr. Kessler, would you point out just on this label the

04:32   12    section that you were referring to?

04:32   13    A.    So, Carl, if you can kindly highlight No. 5, "Warnings and

04:32   14    Precautions."  That's the section that this requirement that

04:32   15    this rule where this kind of information would need to go, if

04:32   16    it met that rule.

04:32   17    Q.    And, Doctor, would you please state your opinion on the

04:32   18    applicability or impact of this regulation to this case.

04:32   19    A.    So my opinion is that any laboratory test that is helpful

04:32   20    in identifying patients at risk for serious adverse events,

04:32   21    reactions, based on a patient's response to a drug, that should

04:33   22    be disclosed in Section 5 in the warnings and precaution

04:33   23    section of the label.

04:33   24                 So anything that could be helpful in identifying

04:33   25    patients at risk of adverse reaction, any laboratory tests,

DR. DAVID KESSLER - DIRECT

04:33   1    should be in that section.

04:33   2    Q.    Understood.  Now, I want to talk specifically about

04:33   3    Xarelto.  And what is the most serious adverse event that's

04:33   4    associated with the use of Xarelto?

04:33   5    A.    Bleeding.  Bleeding.

04:33   6    Q.    And is it a specific kind of bleeding or --

04:33   7    A.    Well, so bleeding is when it's -- when the drug was

04:33   8    studied, the types of bleeding were -- they were given

04:33   9    classifications.  And, for example, there's a class that's

04:33   10   called major bleeding.  And there are specific definitions of

04:34   11   what's major bleeding, but those are the ones that are serious.

04:34   12   Those are major bleeds.

04:34   13   Q.    Why is Xarelto associated with major bleeding?

04:34   14   A.    So can I just step back for a second and just explain that

04:34   15   and explain a little how these drugs work?  So in a blood

04:34   16   vessel, there are cells.  And they include red cells and white

04:34   17   cells and platelets and what's called coagulation factors.

04:34   18         And when there's a tear in the blood vessel, we

04:34   19   bleed.  When there's a little hole or a little injury to that

04:34   20   blood vessel, we bleed.  To stop that bleed, the body forms a

04:34   21   clot.  Now, that's a good clot.  But you could also have bad

04:34   22   clots in the body, and those fill the entire blood vessel, and

04:35   23   they stop the blood flow.  And those are called strokes.

04:35   24         So maybe one- or two-minute, at most, video just to

04:35   25   show you the difference between good clots, clots we need in

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

1  order to survive, and bad clots that can cause us harm.  And
2  then we can talk about how these drugs work.
3        MS. JEFFCOTT:  Your Honor, we request to show a short
4  animation.
5        MR. DUKES:  Your Honor, my understanding is this is
6  Demonstrative No. 2, which was disclosed to me, and I have no
7  objection.
8        THE WITNESS:  So the first on the screen, if you show
9  it, you're going to see a blood vessel and you're inside that
10 blood vessel.  And here are the cells.  And you're going to see
11 a little tear, a little injury right there.  And the clot is
12 forming.  If that clot didn't form, blood would escape from
13 that tear.  But you have cells -- platelets, coagulation
14 factors -- and they basically create a layer to stop bleeding.
15 So those are good clots.  And if our blood didn't clot, we
16 would all die.
17        Here's a bad clot.  Here are all the cells
18 coming to fill the blood vessel.  And if that's in your brain,
19 blood can't get through that.  So you have a stroke.
20        So we are all at risk, right, for good clots and
21 bad clots.
22        Now, what do anticoagulants do?  They reduce
23 clotting.  But, generally and simply, they don't distinguish
24 between good clots and bad clots.  That's true for all the
25 drugs in this class.  So that's good.  Right?  I mean, they're

OFFICIAL TRANSCRIPT

1  going to reduce clotting; they're going to inhibit clotting.

2          So what is that good for?  That's going to

3  reduce the amount of strokes.  Right?  But you're asking why do

4  you bleed from these drugs?

5          But it also can result, if it's going to inhibit

6  the good form of clotting, you can be bleeding through that

7  tear.  So whenever you use an anticoagulant, you're sort of

8  walking a tightrope between preventing strokes but not

9  bleeding.

10  BY MS. JEFFCOTT:

11  Q.   So how frequent is major bleeding observed in Xarelto

12  patients?

13  A.   So you can look at the studies that the companies did.

14  And you look at this ROCKET study, and you just look at that

15  class of major bleeding.  And, again, that has a specific

16  definition.  You saw that the incidents was 3.6, 3.6 bleeds,

17  major bleeds, for every 100 patient-years.  A patient-year is

18  just simply a patient who takes the drug for a year.

19          So for every 100 patients in this study, 100

20  patient-years, you had 3.6 major bleeds.

21  Q.   And is this information in the label?

22  A.   Yes, it is.  Do you want to know where?

23  Q.   Please.

24          **MS. JEFFCOTT:**  And, Carl, if you could pull up --

25          **THE WITNESS:**  I think it's Table 1, Counselor, in the

DR. DAVID KESSLER - DIRECT

04:38   1    label.

04:38   2              MS. JEFFCOTT:  There you go.

04:38   3              THE WITNESS:  If you could highlight, if you please,

04:38   4    the title.  It's "Bleeding Events in ROCKET."  ROCKET is the

04:38   5    name of the study.  So it's studied thousands of patients.

04:38   6    Just highlight, if you would, where it says "Major bleeding."

04:38   7    Okay.

04:38   8              And the first two columns deal with the

04:38   9    incidents of major bleeding from Xarelto.  So you see the 3.6

04:39   10   per 100 patient-years really is in that second column.  So

04:39   11   that's event rate per 100 patient-years, 3.6 out of 100

04:39   12   patient-years.

04:39   13   BY MS. JEFFCOTT:

04:39   14   Q.   And, Doctor, do you have an opinion about Xarelto and the

04:39   15   risk of bleeding?

04:39   16   A.   Yes, I do.

04:39   17   Q.   And would you kindly share that opinion with us?

04:39   18   A.   Sure.  It's -- a serious bleeding is an adverse event

04:39   19   associated with use of Xarelto.

04:39   20   Q.   And, Doctor, just some of the basics about Xarelto.

04:39   21   Xarelto's taken orally with a pill; is that right?

04:39   22   A.   That's correct.

04:39   23   Q.   And then it's absorbed into the bloodstream; right?

04:39   24   A.   Yes, exactly.

04:39   25   Q.   And -- but do all patients who take the same pill have the

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

04:40  1    same amount of Xarelto in their bodies?

04:40  2    A.    In their blood?

04:40  3    Q.    In their blood.

04:40  4    A.    No.  And that's very important.  That's called

04:40  5    variability.  So if we all took the same amount in the tablet,

04:40  6    that's -- you know, that is going to be the same for all of us.

04:40  7    But then when we take it, obviously, it goes in our mouths, it

04:40  8    goes in our gastrointestinal system.  We absorb it differently;

04:40  9    we metabolize it differently.  So there is variability in how

04:40  10   much Xarelto is in the blood between patients.

04:40  11         So we would have differences in how much Xarelto is

04:40  12   actually in our bloodstream even though we took the same amount

04:40  13   of Xarelto to begin with.  There is variability.

04:40  14         MS. JEFFCOTT:  And, Your Honor, this might be a good

04:40  15   stopping point.  I'm about to head into some difficult

04:41  16   scientific concepts, so...

04:41  17         THE COURT:  Maybe so, but let's get through the

04:41  18   opinions.  I think the jury wants to hear what his opinion is

04:41  19   about Xarelto.

04:41  20         MS. JEFFCOTT:  Yes, Your Honor.

04:41  21   BY MS. JEFFCOTT:

04:41  22   Q.    Doctor, you were talking about variability.  Could you

04:41  23   explain just exactly how variability exists within Xarelto

04:41  24   patients?

04:41  25   A.    Well, there could be different amounts of Xarelto in each

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

04:41  1  patient's blood even if they take the same pill.  So there --
04:41  2  again, nothing wrong with variability, but it's something we
04:41  3  have to deal with and have to understand, and it can have
04:41  4  consequences.
04:41  5  Q.    Did the drug companies study variability?
04:41  6  A.    They did.
04:41  7  Q.    Can you briefly describe to the jury the variability that
04:42  8  was reported by the drug -- by Bayer and Janssen?
04:42  9  A.    So they did a number of different measurements, and let me
04:42  10  give you one.  But according to the data for one set of
04:42  11  measurements, there was approximately a tenfold difference in
04:42  12  exposure between those patients who were at the top 5 percent
04:42  13  of having it in their blood versus those at the bottom
04:42  14  5 percent.
04:42  15        So there was a range, and that range was about
04:42  16  tenfold between the bottom 5 percent and the top 5 percent.  So
04:42  17  you can have this variability.
04:42  18  Q.    And in evaluating the variability of Xarelto, did you,
04:42  19  Doctor, review and rely on any peer-reviewed articles?
04:42  20  A.    Yes, I did.  In fact, the company published the data for
04:42  21  the variability in the literature.
04:42  22        MS. JEFFCOTT:  And, Your Honor, I'd like to show an
04:43  23  article specifically that -- regarding -- that Dr. Kessler has
04:43  24  referred to.  And this is Plaintiff's Exhibit 3261578.  And
04:43  25  we're showing this for demonstrative purposes only.

DR. DAVID KESSLER - DIRECT

04:43  1        **THE COURT:**  Have you seen the article?  Any response?

04:43  2        **MR. DUKES:**  Your Honor, may I confer?

04:43  3              Your Honor, no objection.

04:43  4        **THE COURT:**  Okay.

04:43  5        **MR. DUKES:**  As a demonstrative.

04:43  6        **THE COURT:**  Okay.  Let it be shown.

04:43  7              Tell us what this is, Doctor, what you know

04:43  8  about it.

04:43  9        **THE WITNESS:**  Sure.  This is in the journal called

04:43  10  *Clinical Pharmacokinetics*.  It's a learned journal.  It is

04:43  11  written by employees of the drug company, and it's specifically

04:44  12  about certain blood measurements that are taken, and it has the

04:44  13  data of how much of the drug and what the variability is

04:44  14  between patients.  There's a number of different measurements.

04:44  15              And if you go to Table 3, if I may?

04:44  16  **BY MS. JEFFCOTT:**

04:44  17  **Q.**   Yes, Dr. Kessler.

04:44  18  **A.**   So let's go to Table 3, and let's do the title.  This is

04:44  19  plasma concentrations.  And for all intents and purposes,

04:44  20  plasma is blood.  It's just spun down in some of the cells, but

04:44  21  it's the top -- it's more yellow after you spin it down.  So

04:44  22  it's the plasma concentrations of rivaroxaban, or Xarelto, in

04:44  23  the patient population studied by the drug company.

04:44  24              And let's just go, for example, to the indication

04:44  25  that's relevant in this case.  It's stroke preventions in

DR. DAVID KESSLER - DIRECT

1   patients with atrial fibrillation, AF.

2   **Q.**   And so AF stands for atrial fibrillation?

3   **A.**   Exactly.  And that just is patients who have good kidney

4   function.

5           And if you go over -- let's just go -- let's just

6   look at 1, for example, the one blood measurement.  You see

7   a -- blood levels taken at a given time, something called

8   C trough.  I don't have to get into that unless you want me to.

9   The mean, you take the average number, the concentration is 44.

10  But when you take variability, what's the difference between

11  the bottom 5 percent, that's the 12.

12          You see the 12 next to it?  Maybe you can just blow

13  that up.  You see the 12 is the bottom 5 percent and the 137 is

14  the top 5 percent.

15          Let me do that again.  The bottom 5 percent have

16  levels below 12; the top 5 percent have levels above 137.  So

17  the difference -- I'm sorry.

18  **Q.**   No.  Just so I understand.  The 12 to 137, that range

19  doesn't represent all the patient population?

20  **A.**   Some are below -- 5 percent are below the 12; 5 percent

21  are above the 137.  Right?  But if you just look at the

22  difference -- remember when I said it was tenfold.  So 13 --

23  don't hold me to the tenfold.  It's a little more than the

24  tenfold.  But 137 is a little more than 10 times 12.

25          And, again, there are a number of different blood

DR. DAVID KESSLER - DIRECT

04:46  1  measurements here, but you get a sense that there is
04:46  2  variability.  And I don't think there's any controversy about
04:46  3  that.
04:46  4  Q.   So, essentially, one patient could have a reading of 137,
04:46  5  whereas a different patient could have a completely different
04:47  6  reading at a much lower level?
04:47  7  A.   Yes, exactly.
04:47  8  Q.   And, Doctor, do you have an opinion about Xarelto's
04:47  9  variability?
04:47  10  A.   Yes.  It's very simple.  There is variability in drug
04:47  11  plasma concentrations levels in patients taking Xarelto.
04:47  12        THE COURT:  Do you know why, Doctor?
04:47  13        THE WITNESS:  So, Your Honor, whether it's -- one day
04:47  14  we will know the full answer, and we'll know more about our
04:47  15  personal genetics.  But it's metabolism.  It could be diet.  It
04:47  16  could be a range of factors that are at play.
04:47  17              As we advance in biomedical knowledge and our
04:47  18  genetics, I mean, I am sure that there will be genes that will
04:47  19  be identified, just as there were genes identified with another
04:47  20  anticoagulant, warfarin, but that took 30, 40 years.  This, we
04:47  21  don't have the underlying genetics.
04:48  22  BY MS. JEFFCOTT:
04:48  23  Q.   And why should we care about variability?
04:48  24  A.   Well, so the issue is whether people who have more drug in
04:48  25  their bloods, they may be at higher risk for bleeding.  If you

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - DIRECT

04:48  1   have more drug in your blood, are you at a higher risk for
04:48  2   bleeding?  And that's the question.
04:48  3          So that's why you care about -- you care about the --
04:48  4   you care about the consequences of that variability.  I mean,
04:48  5   if there's more drug in my blood, does that put me at a higher
04:48  6   risk for bleeding?
04:48  7   Q.   And so going back to the language that we talked about in
04:48  8   the Xarelto label, the 3.6 percent, how does variability affect
04:48  9   that percentage?
04:48  10  A.   Well, so that was -- there was -- for -- on average,
04:49  11  right, that was in the label, the risk on average was 3.6
04:49  12  events per 100 patient-years.  But that doesn't tell me about
04:49  13  my risk.  My risk could be higher; it could be lower than that.
04:49  14  Q.   And that's because of the variability within the drug?
04:49  15  A.   Very much so.
04:49  16          MS. JEFFCOTT:  Your Honor, I've reached the
04:49  17  conclusion of that section.  I don't know if this would be a
04:49  18  good point for stopping for the day?
04:49  19          THE COURT:  Can we go into -- we have ten minutes.
04:49  20  Do you have anything in ten minutes, that you can finish in ten
04:49  21  minutes?
04:49  22          MS. JEFFCOTT:  Not really, Your Honor.  The next
04:49  23  section is fairly lengthy.
04:49  24          THE COURT:  All right.  Okay.
04:49  25          Members of the jury, we'll stop here, then,

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 04:49 | 1 | because I know you've been here early this morning.  You've |
| 04:50 | 2 | listened very attentively, and all of us appreciate that. |
| 04:50 | 3 | Ms. Jackson, I know you're from 74 miles away |
| 04:50 | 4 | and, Ms. Johnson, you're from 70 miles away, and Mr. Ripley is |
| 04:50 | 5 | from 55 miles away.  So we'll try to start at about 9:00 rather |
| 04:50 | 6 | than 8:30 so that you don't have to get up too, too early.  But |
| 04:50 | 7 | I'd appreciate it if you would be here maybe about a quarter to |
| 04:50 | 8 | 9:00 so we can start at 9:00.  We may have to go till about |
| 04:50 | 9 | 5:30 every day.  But we have daylight saving time, so you'll |
| 04:50 | 10 | have some time to get home.  We're conscious of that.  We won't |
| 04:50 | 11 | keep you away too long. |
| 04:50 | 12 | But, again, I appreciate your work today.  You |
| 04:50 | 13 | can leave your tablets in the jury room, and we'll secure them |
| 04:50 | 14 | for the night.  And I'll see you in the morning.  Please don't |
| 04:51 | 15 | talk to anybody about the case and don't look at anything or |
| 04:51 | 16 | hear anything about the case. |
| 04:51 | 17 | Thank you very much. |
| 04:51 | 18 | **THE DEPUTY CLERK:**  All rise. |
| 04:51 | 19 | (WHEREUPON, the jury exited the courtroom.) |
| 04:51 | 20 | **THE COURT:**  Okay.  Court will stand in recess.  Thank |
| 04:51 | 21 | you. |
| 04:51 | 22 | (WHEREUPON, the proceedings were concluded.) |
| | 23 | |
| | 24 | |
| | 25 | |

OFFICIAL TRANSCRIPT

1                              *****

2                          **CERTIFICATE**

3          I, Jodi Simcox, RMR, FCRR, Official Court Reporter

4   for the United States District Court, Eastern District of

5   Louisiana, do hereby certify that the foregoing is a true and

6   correct transcript, to the best of my ability and

7   understanding, from the record of the proceedings in the

8   above-entitled and numbered matter.

9

10

11                          *s/Jodi Simcox, RMR, FCRR*
                            Jodi Simcox, RMR, FCRR
12                          Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

                        OFFICIAL TRANSCRIPT

**1**

**MR. BARR: [8]** 81/24 99/9 127/18
127/22 128/21 141/10 154/21
200/10
**MR. BIRCHFIELD: [5]** 103/4
108/17 108/20 114/8 128/5
**MR. DUKES: [25]** 205/10 217/2
226/4 226/12 227/1 230/25 233/2
233/6 233/9 233/12 233/18 234/1
234/13 234/20 235/4 235/11 235/19
236/3 236/14 237/6 240/4 240/6
242/4 247/1 247/4
**MR. MEUNIER: [5]** 128/23 142/18
237/1 237/7 237/14
**MS. JEFFCOTT: [32]** 200/20
204/23 205/4 205/12 212/9 213/4
214/7 215/23 216/17 217/16 225/25
226/8 226/15 226/20 226/23 227/6
227/8 227/15 230/1 230/23 231/3
233/11 239/3 239/24 242/2 243/23
244/1 245/13 245/19 246/21 250/15
250/21
**MS. NICKELL: [1]** 150/5
**MS. WILKINSON: [9]** 108/15
114/18 127/7 128/4 128/14 128/19
129/5 129/19 129/23
**THE COURT: [71]** 81/7 81/10 99/8
103/3 108/19 114/7 114/16 127/19
128/1 128/10 128/18 128/20 128/24
129/8 129/10 129/13 140/21 141/4
141/18 142/20 143/8 200/9 200/12
200/21 205/9 205/13 214/6 214/8
214/16 216/25 217/3 226/3 226/14
226/17 226/21 227/4 227/7 227/18
227/21 229/12 230/13 230/19 231/2
231/22 233/3 233/8 233/17 233/22
234/8 234/15 235/2 235/9 235/17
235/25 236/12 236/22 237/3 237/9
237/16 237/25 238/10 240/5 240/8
245/16 246/25 247/3 247/5 249/11
250/18 250/23 251/19
**THE DEPUTY CLERK: [8]** 81/6
81/8 140/24 141/2 200/16 238/5
238/8 251/17
**THE WITNESS: [12]** 200/18
214/17 227/19 229/14 230/3 230/14
231/24 242/7 243/24 244/2 247/8
249/12

**$**

**$1,000 [1]** 219/13
**$100 [1]** 207/21

**'**

**'10 [1]** 170/20
**'79 [2]** 230/12 232/2
**'79 one [1]** 232/2
**'90s [1]** 195/18
**'92 [1]** 209/15
**'99 [1]** 170/21

**1**

**10 [2]** 105/7 248/24
**10-day [1]** 110/2
**10-minute [1]** 238/2
**100 [11]** 79/3 98/3 136/16 202/3
243/17 243/19 243/19 244/10
244/11 244/11 250/12
**10th [2]** 107/11 107/19
**1100 [1]** 78/24
**11th [1]** 160/1
**12 [8]** 157/8 248/11 248/12 248/13
248/16 248/18 248/20 248/24
**12-hour [1]** 105/20
**12-month [1]** 161/25
**120 [1]** 110/8
**125 [1]** 110/4
**13 [2]** 105/22 248/22
**13.6 [1]** 138/9
**1320 [1]** 79/14
**1356534 [1]** 189/20
**137 [6]** 248/13 248/16 248/18
248/21 248/24 249/4
**13th [1]** 107/21
**14 [4]** 138/17 154/11 158/21 181/1
**14-CV-2720 [1]** 78/9
**14-MD-2592 [1]** 78/7
**15 [3]** 109/5 135/13 135/15
**15 mg [1]** 135/14
**150 percent [1]** 137/16
**17 [2]** 210/21 228/19
**17th [1]** 79/13
**18 [2]** 143/13 194/15
**19 [3]** 105/2 124/1 212/10
**1900 [1]** 79/10
**1954 [3]** 87/21 119/19 124/3
**1970s [1]** 225/15
**1978 [1]** 206/9
**1979 [8]** 205/21 206/10 226/7 226/9
226/15 230/6 230/8 232/21
**1988 [1]** 209/14
**1990 [2]** 209/17 210/17
**1997 [3]** 92/3 204/17 211/9
**1998 [1]** 143/14
**1st [2]** 110/18 150/9

**2**

**2 percent [1]** 97/16
**2.0 percent [1]** 137/9
**2/22/2012 from [1]** 189/21
**20 [1]** 103/4
**20 mg [3]** 135/11 135/20 135/23
**20036 [1]** 79/10
**2005 [9]** 88/25 89/3 89/10 89/10
89/13 150/9 150/18 151/17 152/10
**2006 [7]** 229/22 230/3 230/25 231/7
232/3 232/7 239/7
**2007 [1]** 230/9
**2008 [17]** 144/12 144/16 145/18
146/12 147/17 148/25 149/1 159/17
160/1 161/19 162/1 162/8 162/16
163/24 165/19 171/24 177/3
**2009 [8]** 144/20 162/1 163/6 163/10

**180/23 182/3 182/23 183/2**
**201 [1]** 226/3
**201.57 [3]** 230/1 230/12 230/13
**2010 [6]** 124/9 159/17 163/24
170/19 175/2 175/3
**2011 [6]** 100/20 100/23 100/25
124/11 147/8 164/4
**2012 [2]** 124/12 148/25
**2013 [4]** 144/18 144/24 227/13
240/3
**2014 [5]** 106/3 106/4 113/11 120/7
140/9
**2015 [4]** 141/14 144/9 144/10
144/16
**2016 [4]** 123/4 123/4 125/25 141/13
**2017 [2]** 78/8 81/2
**202 [1]** 226/3
**2023 [2]** 160/20 161/1
**21 [7]** 177/21 177/23 178/8 226/2
230/1 230/11 230/12
**22 [1]** 105/8
**24 [4]** 78/8 81/2 110/8 110/9
**24-hour [1]** 87/9
**245-pound [1]** 87/5
**24th [4]** 79/18 107/25 108/1 108/4
**25 [2]** 202/10 220/21
**25 percent [3]** 98/16 98/24 99/6
**2592 [1]** 78/7
**25th [1]** 141/12
**26-day [1]** 112/21
**26th [1]** 175/3
**27,000 [1]** 112/20
**2720 [1]** 78/9
**2800 [1]** 78/23
**28th [1]** 182/23
**29201 [1]** 79/14
**2nd [1]** 177/13

**3**

**3.1 percent [1]** 137/8
**3.6 [6]** 243/16 243/16 243/20 244/9
244/11 250/11
**3.6 percent [1]** 250/8
**30 [5]** 137/21 171/17 171/23 231/10
249/20
**30-day [3]** 110/1 110/3 110/4
**300 [1]** 219/9
**3017856 [1]** 159/21
**3038234 [1]** 170/16
**3041264 [1]** 166/5
**3043970 [1]** 171/21
**3043971 [1]** 171/18
**3045666 [1]** 181/25
**3058417 [1]** 176/20
**316 [1]** 78/17
**32 [1]** 105/15
**32502 [1]** 78/17
**3261578 [1]** 246/24
**340 [1]** 220/4
**35 [3]** 159/21 201/15 239/21
**36 [1]** 161/23
**36103 [1]** 78/20
**37 [1]** 166/5

**38 [3]**  170/16 170/16 170/16

**4**

**4.1 percent [2]**  184/1 185/4
**40 [3]**  171/21 201/15 249/20
**400 percent [1]**  131/6
**406 [1]**  79/21
**4160 [1]**  78/20
**43 [1]**  176/19
**44 [1]**  248/9
**45 [1]**  224/10

**5**

**5 miles [1]**  237/19
**5 percent [1]**  246/14
**50 [4]**  135/11 135/13 135/20 135/23
**50-year-old [1]**  87/5
**500 [1]**  79/21
**504 [1]**  79/22
**55 miles [1]**  251/5
**5768084 [1]**  227/3
**5768308 [1]**  231/2
**5769069 [1]**  205/1
**58 [1]**  181/24
**589-7780 [1]**  79/22
**59-7939 [1]**  151/2
**5:00 [2]**  237/14 238/4
**5:00 today [1]**  238/4
**5:00 we're [1]**  237/17
**5:30 [2]**  237/23 251/9
**5th [2]**  108/6 108/10

**6**

**60 [2]**  135/19 137/21
**60 Minutes [1]**  202/6
**60 percent [1]**  87/24
**600 [1]**  78/17
**62 [1]**  105/16
**63102 [1]**  79/3
**66 [1]**  189/20
**67.5 percent [1]**  163/16
**6:30 [1]**  237/11

**7**

**7/29/2008 [1]**  171/24
**70 miles [2]**  237/19 251/4
**701 [1]**  79/6
**70112 [1]**  79/19
**70130 [2]**  79/6 79/22
**70163 [1]**  78/24
**702 [8]**  233/22 234/6 235/2 235/8
235/15 235/23 236/9 236/19
**71 [1]**  106/3
**74 [1]**  251/3
**74 miles [1]**  237/18
**75 [1]**  112/19
**77 [1]**  138/17
**7741 [1]**  150/6
**7780 [1]**  79/22
**7939 [1]**  151/2
**7:00 [1]**  237/11

**7 [2]**  106/12 120/7
**7th of [1]**  106/4

**8**

**80-year-old [1]**  87/4
**80.8 percent [1]**  162/17
**800 [1]**  79/10
**8:00 [2]**  199/3 237/21
**8:30 [1]**  251/6
**8th [2]**  106/19 182/3
**8th of [1]**  113/11

**9**

**90-day [3]**  107/2 107/2 110/5
**90-pound [1]**  87/4
**909 [1]**  79/18
**96 [1]**  110/9
**96.9 percent [1]**  137/2
**9:00 [2]**  237/20 251/8
**9:00 at [1]**  199/3
**9:00 rather [1]**  251/5
**9:00 so [1]**  251/8
**9th [2]**  106/21 107/11
**9th in [1]**  106/22

**A**

**A-fibrillation [2]**  194/19 200/3
**abbreviated [1]**  224/17
**abbreviation [2]**  118/13 119/16
**ability [9]**  98/8 186/14 186/18 199/9
210/6 225/6 225/12 225/23 252/6
**abnormality [1]**  223/16
**about [213]**
**above [11]**  117/7 138/10 169/8
191/7 191/9 191/11 191/12 197/18
248/16 248/21 252/8
**above-entitled [1]**  252/8
**absence [1]**  206/5
**absolutely [2]**  161/13 174/17
**absorb [6]**  95/13 95/14 96/11 96/14
97/13 245/8
**absorbed [3]**  96/3 98/4 244/23
**academic [1]**  220/9
**Academy [1]**  214/18
**Accelerated [1]**  213/13
**Accelerating [2]**  213/18 213/19
**accept [2]**  100/16 217/8
**acceptable [1]**  158/14
**accepting [1]**  114/13
**access [1]**  176/8
**accomplish [1]**  155/21
**according [6]**  86/7 97/12 97/25
102/20 151/16 183/12 246/10
**account [1]**  182/10
**accountable [1]**  202/19
**accurate [5]**  92/6 157/17 171/13
171/16 192/17
**achieve [2]**  149/10 149/20
**achieved [1]**  174/12

**across [5]**  101/19 116/17 144/5
174/11 229/17
**act [1]**  215/22
**action [1]**  134/19
**actions [1]**  82/11
**activating [1]**  133/15
**active [1]**  207/10
**actively [1]**  194/24
**acts [2]**  134/1 215/22
**actually [22]**  109/12 115/25 119/9
133/16 139/23 170/11 177/17
182/15 184/9 191/11 196/5 203/20
203/22 207/25 211/11 216/9 227/20
228/2 228/2 230/4 232/2 245/12
**addition [2]**  213/3 220/7
**additional [2]**  96/16 147/16
**adequate [6]**  99/8 120/21 121/17
139/10 231/14 232/24
**adequately [2]**  121/5 140/14
**adjust [1]**  88/11
**adjustment [2]**  90/13 236/17
**adjustments [2]**  147/18 147/24
**administration [4]**  91/20 172/12
201/25 203/5
**administrations [1]**  92/3
**admit [1]**  240/9
**admitted [1]**  106/4
**adopted [5]**  177/12 177/12 225/18
230/5 230/6
**adoption [1]**  168/13
**adult [1]**  130/4
**advance [1]**  249/17
**advanced [1]**  197/24
**advantage [6]**  172/11 172/16
172/18 172/20 187/19 187/21
**advantages [1]**  189/16
**adverse [10]**  99/23 99/24 232/12
232/15 234/3 236/8 240/20 240/25
241/3 244/18
**adviser [1]**  220/10
**advisory [3]**  215/10 215/12 215/16
**AF [2]**  248/1 248/2
**affect [9]**  106/8 133/11 134/7 134/8
134/12 208/24 209/4 212/22 250/8
**affects [4]**  133/9 134/12 208/25
209/1
**AFib [28]**  106/6 106/8 106/10
110/12 118/12 120/16 125/6 130/7
130/7 130/12 130/22 131/7 131/17
136/17 147/2 147/7 147/9 147/11
147/14 154/3 158/2 184/15 197/13
197/14 199/8 199/9 199/22 200/9
**after [25]**  105/15 107/19 110/12
113/3 113/13 119/18 121/23 121/23
139/2 144/19 144/24 148/5 149/24
155/8 160/6 160/7 194/12 203/23
204/21 206/24 209/10 215/6 218/21
219/2 247/21
**afternoon [7]**  78/11 81/3 82/1 103/6
106/24 114/21 200/25
**afterwards [1]**  191/10
**AG [1]**  79/9
**again [30]**  81/13 101/2 107/20

**again...** [27] 107/22 107/24 108/1
114/21 117/25 118/13 119/16
123/24 135/21 164/10 191/19 208/5
212/19 213/9 213/21 221/23 225/22
230/5 230/6 235/10 235/23 236/13
243/15 246/2 248/15 248/25 251/12
**against** [4] 113/18 188/3 189/17
198/21
**age** [3] 105/15 197/24 205/7
**agency** [3] 202/13 211/3 211/3
**agent** [2] 105/7 105/8
**agents** [3] 105/9 168/9 173/5
**ago** [5] 119/10 122/22 201/5 219/15
225/17
**agree** [10] 96/8 102/8 112/8 122/6
126/19 148/19 153/3 154/4 157/20
157/23
**agreed** [2] 89/15 101/24
**agreement** [10] 146/16 150/1 150/5
150/8 150/11 150/13 150/16 150/23
150/24 152/4
**Agriculture** [1] 220/18
**ahead** [10] 170/10 174/11 174/18
176/1 176/4 185/25 212/9 227/24
231/23 234/20
**AIDS** [1] 210/18
**al** [1] 78/9
**Alabama** [1] 78/20
**alarms** [2] 82/22 82/24
**Albert** [1] 208/13
**alcohol** [1] 133/20
**alert** [1] 104/5
**aligned** [1] 145/4
**alive** [1] 196/12
**all** [164] 81/7 81/9 82/25 83/1 84/8
85/17 87/3 87/5 87/17 89/19 90/20
90/21 90/22 93/7 93/17 95/12 95/13
95/13 95/14 96/4 97/7 99/4 108/9
108/18 109/3 109/10 110/11 113/24
113/25 114/11 114/17 114/22 116/8
117/7 117/23 119/6 119/12 119/25
120/4 120/22 121/2 121/8 121/11
121/23 123/6 123/6 123/13 123/18
124/2 124/17 125/5 125/14 125/16
126/2 126/3 128/4 129/8 130/7
131/4 131/21 132/4 132/10 132/15
133/15 133/20 134/2 134/21 135/2
135/12 135/14 136/17 136/21 138/4
139/20 140/5 140/10 140/25 141/3
142/13 143/16 143/25 144/5 144/11
145/12 145/23 145/25 146/25
150/11 151/5 153/11 155/7 156/18
157/1 158/16 158/24 166/20 167/8
168/21 169/15 172/2 174/11 174/14
174/25 175/1 175/8 176/3 176/19
179/6 179/12 180/2 184/6 185/24
186/21 187/10 187/14 188/25
189/10 190/3 190/25 193/25 194/22
194/23 197/20 199/5 199/5 199/6
199/12 200/2 200/5 204/5 204/5
206/23 209/4 209/10 211/5 212/1

212/2 216/4 217/1 217/4 217/13
220/19 221/15 224/15 227/5 228/10
231/17 236/25 237/13 238/6 238/9
240/6 242/16 242/17 242/20 242/24
244/25 245/5 245/6 247/19 248/19
250/24 251/2 251/18
**allegation** [2] 121/23 125/1
**Allen** [1] 78/19
**allow** [7] 82/14 83/24 180/17
232/18 236/3 236/16 236/17
**allowable** [1] 234/19
**allowed** [6] 94/19 121/10 139/8
139/9 189/2 189/3
**almost** [3] 110/16 132/15 212/22
**alone** [1] 102/25
**along** [2] 108/9 108/19
**already** [9] 83/18 87/13 95/24
100/22 118/7 119/7 147/20 219/20
231/12
**also** [46] 87/25 90/18 94/18 100/17
101/23 119/8 132/8 134/24 142/15
155/7 155/22 169/17 171/20 186/11
187/11 188/5 193/2 193/3 201/10
204/11 206/18 206/19 207/18
208/15 211/18 211/19 213/3 214/3
215/3 215/21 216/2 218/19 218/22
224/16 224/19 226/10 226/11
226/16 226/25 227/17 228/2 229/9
234/16 238/14 241/21 243/5
**alternative** [3] 87/16 122/24 123/7
**alternatives** [1] 120/4
**although** [2] 144/17 156/19
**always** [4] 92/20 133/17 181/18
193/22
**am** [8] 96/19 169/16 171/7 201/11
204/13 207/6 207/8 249/18
**ambulance** [2] 111/11 120/12
**America** [1] 213/18
**American** [1] 212/4
**among** [5] 120/16 132/20 132/22
175/21 207/23
**amount** [9] 85/18 151/21 199/1
210/12 219/16 243/3 245/1 245/5
245/12
**amounts** [1] 245/25
**analysis** [7] 92/23 96/21 96/21 97/2
161/18 222/6 231/18
**analyst** [6] 183/4 183/12 183/22
184/14 184/20 185/25
**analysts** [4] 181/11 181/21 183/7
186/11
**ANDY** [1] 78/19
**animals** [1] 222/9
**animation** [1] 242/4
**Anna** [1] 183/5
**Anne** [2] 106/5 111/8
**announced** [1] 167/4
**anonymously** [1] 214/2
**another** [23] 101/17 101/24 111/16
119/4 119/7 123/24 125/13 125/25
129/18 132/2 148/2 152/17 152/20
162/24 163/3 164/10 180/11 198/18
199/24 215/6 223/4 232/3 249/19

**answer** [9] 100/5 115/5 120/20
121/6 147/7 202/13 204/17 221/3
249/14
**anticipate** [1] 180/1
**anticipated** [2] 177/25 179/2
**anticoagulant** [11] 84/13 86/4
119/17 119/23 148/3 156/4 173/17
183/16 194/24 243/7 249/20
**anticoagulants** [10] 85/4 90/22
90/23 117/14 119/20 120/2 132/19
136/18 140/2 242/22
**anticoagulation** [8] 148/24 151/8
152/1 153/21 154/13 154/14 154/25
154/25
**antithrombotic** [1] 151/9
**anxiety** [1] 212/21
**any** [47] 88/1 88/5 88/15 93/11
99/22 111/7 111/23 112/16 117/14
122/8 130/19 134/7 134/8 138/7
142/15 142/17 144/22 153/1 153/13
163/8 164/3 165/22 172/18 199/10
199/14 202/14 205/10 210/10
210/10 210/11 216/23 217/2 224/23
225/9 226/4 226/5 229/17 232/11
232/12 233/20 234/22 236/20
240/12 240/25 246/19 247/1 249/2
**anybody** [4] 88/17 98/7 142/22
251/15
**anymore** [1] 139/12
**anyone** [7] 116/1 116/19 117/18
125/2 133/1 171/11 237/22
**anything** [20] 93/8 111/24 115/11
115/19 116/20 117/13 128/3 129/7
138/12 138/16 180/13 181/19
203/18 215/7 225/10 238/23 240/24
250/20 251/15 251/16
**anytime** [1] 145/9
**anywhere** [1] 209/6
**apixaban** [2] 175/24 178/4
**apologize** [1] 170/21
**appear** [3] 145/7 163/13 182/2
**APPEARANCES** [2] 78/14 79/1
**appeared** [1] 166/24
**appears** [14] 150/22 151/18 164/14
165/11 166/16 174/15 174/20
174/21 183/19 183/20 191/20 192/1
192/11 206/19
**applicability** [1] 240/18
**applicable** [7] 226/6 226/8 226/10
226/14 226/19 226/22 239/9
**application** [4] 85/24 222/21 223/7
223/8
**applies** [1] 148/11
**appointed** [5] 91/25 201/24 204/21
209/13 209/16
**appointees** [1] 203/4
**appointment** [7] 91/24 107/14
110/21 194/10 207/15 208/7 220/9
**appointments** [2] 108/12 108/24
**appreciate** [3] 251/2 251/7 251/12
**appreciates** [2] 172/11 172/16
**approach** [3] 127/19 206/11 233/3
**approached** [1] 219/15

**A**

**appropriate [6]** 102/5 122/1 122/1 123/10 123/11 191/21
**appropriately [1]** 88/11
**approval [10]** 91/14 92/5 148/4 168/14 194/18 213/15 213/18 213/19 221/6 225/7
**approve [7]** 122/18 122/18 139/4 139/14 148/5 222/17 225/5
**approved [21]** 92/11 94/13 100/21 100/22 101/1 136/12 136/13 139/18 147/4 147/9 154/12 154/23 179/18 186/14 186/17 191/21 191/24 192/6 192/10 200/2 200/5
**approves [2]** 122/18 222/18
**approximately [2]** 220/3 246/11
**April [4]** 78/8 81/2 141/12 175/3
**April 25th [1]** 141/12
**April 26th [1]** 175/3
**APTT [1]** 125/25
**are [151]** 82/10 82/19 82/24 83/8 83/10 84/14 85/4 87/2 87/4 88/2 88/23 89/14 89/19 90/3 90/4 90/10 91/15 94/1 94/8 94/16 94/17 94/18 95/13 96/4 96/7 96/15 97/2 97/20 98/4 98/4 98/6 98/25 99/7 99/14 99/24 100/8 105/23 105/25 110/20 111/12 111/12 112/15 113/17 115/24 119/17 120/3 120/4 121/10 121/14 121/16 122/16 123/24 124/15 125/5 125/7 125/15 125/16 126/13 128/9 128/12 129/16 131/14 132/13 134/5 135/15 139/18 141/22 141/24 142/2 142/6 142/17 142/22 146/16 147/15 149/5 149/17 149/18 149/20 150/24 153/7 153/24 168/4 168/6 169/21 176/19 176/23 178/8 180/4 184/15 185/8 187/3 189/7 191/2 191/10 193/10 193/11 194/11 194/23 195/2 196/12 197/23 197/24 207/5 207/7 210/24 211/21 212/24 213/10 214/7 214/21 215/23 216/9 218/2 218/3 218/17 222/15 223/1 223/1 223/5 223/6 225/3 225/5 226/11 228/12 228/19 229/8 229/9 229/10 230/16 233/10 236/25 238/13 238/23 239/14 241/10 241/11 241/11 241/12 241/16 241/23 242/10 242/15 242/17 242/20 247/12 248/20 248/20 248/21 248/25 249/16 250/1
**area [2]** 126/14 164/19
**aren't [3]** 98/12 102/9 115/7
**arena [1]** 176/13
**argue [2]** 96/9 102/22
**arguing [2]** 128/12 129/4
**argument [9]** 128/7 128/12 128/12 128/13 128/19 129/2 129/5 129/18 129/19
**Army [6]** 103/15 103/20 103/21 103/25 104/3 104/22
**around [18]** 82/17 83/7 86/18 88/20 113/24 120/19 125/5 160/4 162/8 162/15 164/4 170/19 186/9 187/3 189/16 204/4 237/14 237/21
**arrhythmia [3]** 223/15 223/19 223/20
**arrives [1]** 107/5
**article [5]** 127/15 213/25 214/1 246/23 247/1
**articles [4]** 125/10 213/11 214/3 246/19
**as [186]** 82/19 92/19 100/3 112/18 121/10 129/7 129/21 129/22 132/12 140/12 140/13 150/11 195/20 204/10 204/19 214/5 217/20 237/1
**asked [9]** 103/17 121/25 122/21 128/4 142/2 145/5 194/4 196/21 217/22
**asking [5]** 152/8 184/25 185/8 216/23 243/3
**aspect [3]** 152/17 186/5 191/22
**aspects [2]** 154/7 197/7
**aspiration [2]** 154/15 155/2
**aspirin [4]** 112/23 112/23 112/24 113/1
**assess [1]** 198/24
**assessment [1]** 112/8
**associated [4]** 234/3 241/4 241/13 244/19
**associations [1]** 125/14
**assuming [1]** 233/10
**assuring [1]** 221/5
**atrial [34]** 83/20 83/21 83/22 84/3 87/20 89/11 93/3 93/9 100/21 100/23 101/1 106/6 115/16 118/13 120/16 122/25 123/2 124/17 130/6 131/25 135/6 147/11 147/13 157/10 183/14 194/20 196/19 223/10 223/14 223/15 223/17 223/22 248/1 248/2
**attached [3]** 150/15 171/23 224/19
**attack [1]** 170/1
**attended [2]** 103/13 205/22
**attending [1]** 104/23
**attention [4]** 90/9 104/14 150/12 229/10
**attentively [1]** 251/2
**attorney [1]** 129/16
**August [8]** 100/20 100/23 144/12 144/16 182/3 182/23 183/2 227/13
**August 2008 [1]** 144/12
**August 2013 [1]** 227/13
**August 27th of [1]** 183/2
**August 28th [1]** 182/23
**August 8th [1]** 182/3
**aunt [1]** 199/7
**authority [1]** 225/12
**automatic [1]** 210/23
**available [8]** 86/13 113/23 127/2 145/20 145/24 186/6 195/1 232/18
**average [3]** 248/9 250/10 250/11
**avoid [3]** 82/21 83/13 199/11
**Award [1]** 214/21

**awards [1]** 214/23
**aware [8]** 96/17 165/12 179/10 179/13 179/14 181/17 181/18 225/9
**away [12]** 103/18 111/9 126/8 185/22 195/20 237/19 237/19 237/19 251/3 251/4 251/5 251/11

**B**

**B-I-O [2]** 166/11 166/15
**baby [5]** 112/23 112/23 112/24 113/1 201/6
**back [33]** 82/1 82/7 83/6 104/19 104/19 104/23 105/19 106/2 107/24 107/25 110/11 136/11 139/25 140/9 140/11 140/23 147/15 165/2 180/23 194/10 198/23 199/19 203/9 206/6 218/8 225/14 225/15 225/17 228/2 237/1 237/2 241/14 250/7
**back-and-forth [1]** 218/8
**background [4]** 165/6 181/2 193/12 204/3
**backup [1]** 82/24
**bad [7]** 110/19 232/14 241/21 242/1 242/17 242/21 242/24
**bag [1]** 107/4 109/23 109/24
**bailiff [1]** 141/11
**balance [9]** 84/14 84/15 84/19 88/11 88/11 95/25 96/1 96/2 149/10
**balancing [1]** 85/8
**Baltimore [1]** 207/18
**BARR [4]** 78/16 82/2 113/22 116/4
**Barrasso [1]** 79/17
**based [15]** 109/9 112/10 154/2 158/16 180/2 182/9 198/12 204/9 205/22 219/2 231/17 235/16 236/8 236/10 240/21
**basic [3]** 99/13 206/3 206/22
**basically [4]** 184/19 184/21 239/10 242/14
**basics [1]** 244/20
**basis [4]** 104/16 196/2 221/17 231/21
**battery [1]** 138/8
**battle [1]** 175/17
**BAY [2]** 151/2 151/11
**Bayer [42]** 79/8 79/9 82/11 83/17 88/23 88/24 88/25 89/7 101/6 101/14 101/16 101/17 101/18 101/24 102/7 102/16 102/17 112/12 113/18 118/21 138/24 140/20 150/2 150/5 150/8 161/1 169/22 170/4 183/16 183/24 184/1 184/21 185/3 185/3 186/2 186/7 217/22 219/3 221/10 221/25 222/2 246/8
**Bayer's [3]** 102/24 185/7 218/15
**Baylen [1]** 78/17
**be [186]**
**bear [1]** 154/22
**Beasley [1]** 78/19
**became [7]** 89/5 105/7 144/12 159/6 178/4 201/5 209/10
**because [91]** 83/3 85/5 87/16 88/15 88/19 89/23 90/25 91/8 91/24 92/11

**because...** [81] 98/19 99/11 102/7
104/13 104/18 108/3 108/14 109/3
109/5 109/22 113/8 113/19 114/23
115/17 116/12 116/22 117/25 118/8
118/17 118/25 119/12 119/18
120/19 120/22 121/10 123/13
123/14 123/19 124/20 125/6 125/6
125/7 125/19 126/9 128/9 128/16
130/18 131/4 132/22 133/2 133/3
133/8 133/12 133/25 134/3 134/5
135/10 136/10 137/12 137/20 138/6
139/5 139/8 139/8 139/9 139/21
145/24 146/5 149/14 152/3 163/19
168/21 173/22 178/23 179/13
179/15 180/21 181/22 185/18 195/2
197/2 198/22 202/8 203/20 206/17
215/19 221/13 221/22 234/4 250/14
251/1
**become** [6] 93/12 109/8 112/11
117/1 207/10 211/15
**becomes** [1] 134/15
**becoming** [3] 178/12 178/14
202/24
**bed** [2] 110/25 194/12
**been** [72] 85/21 86/23 87/20 89/12
91/4 100/22 103/2 105/21 107/17
108/9 112/19 113/21 115/13 121/20
125/8 125/10 125/11 138/18 138/23
138/25 141/21 143/8 143/13 146/11
147/22 149/21 151/23 151/25
154/12 154/12 154/23 154/24
156/22 156/23 156/25 158/11 167/2
174/21 175/7 177/12 177/14 179/9
186/4 189/24 189/25 190/10 194/15
195/3 195/7 198/22 199/17 200/15
201/6 201/12 202/3 207/9 213/4
214/23 215/8 219/10 219/14 219/15
224/24 225/8 225/11 225/17 225/18
226/8 231/10 232/20 237/12 251/1
**beeping** [1] 83/1
**before** [40] 78/12 91/8 91/10
100/20 103/14 103/15 103/15 104/7
105/6 112/24 113/3 121/11 124/9
138/18 138/20 139/1 147/20 152/6
153/4 158/15 158/16 161/7 172/18
176/5 177/19 179/2 179/16 180/6
184/15 184/22 204/21 207/13
209/10 209/12 213/23 220/5 226/24
227/12 228/9 229/6
**begin** [3] 81/23 220/15 245/13
**begins** [4] 81/16 107/7 110/13
110/14
**behind** [1] 225/23
**beholder** [1] 234/13
**being** [16] 83/4 87/16 94/17 97/11
103/3 149/4 152/20 154/4 167/4
183/20 186/22 192/2 195/1 204/21
210/5 233/8
**believe** [10] 86/12 102/11 116/12
119/9 122/1 142/12 165/16 182/17
192/13 209/14

**believed** [1] 146/14
**believes** [2] 116/10 136/21
**bell** [1] 128/23
**BELLWETHER** [1] 78/11
**belong** [1] 125/17
**below** [3] 248/16 248/20 248/20
**bench** [7] 127/19 127/22 233/6
238/12 238/16 238/17 238/24
**benefit** [3] 85/2 140/1 191/15
**benefited** [1] 199/7
**benefits** [4] 93/18 120/25 199/15
200/8
**Benjamin** [1] 78/22
**Berkowitz** [4] 101/15 101/16
101/19 101/19
**best** [6] 116/22 145/9 174/7 212/25
221/20 252/6
**BETH** [1] 79/9
**better** [8] 81/22 88/1 88/5 122/12
130/8 168/4 168/5 186/22
**between** [29] 84/14 84/24 88/12
101/3 101/25 135/13 149/7 150/2
150/5 150/8 152/5 152/5 170/18
178/13 186/2 198/8 198/10 207/20
218/8 235/13 235/21 241/25 242/24
243/8 245/10 246/12 246/16 247/14
248/10
**beverage** [1] 210/11
**beyond** [7] 101/5 173/3 235/8
235/15 235/23 236/9 236/19
**Biegelsen** [1] 183/12
**big** [5] 157/18 158/7 161/10 175/20
224/8
**bigger** [2] 111/10 222/11
**Bill** [2] 165/25 166/2
**billed** [2] 219/18 220/3
**biologics** [1] 220/21
**biomedical** [1] 249/17
**biostatistics** [1] 212/8
**BIRCHFIELD** [2] 78/19 82/6
**bit** [17] 82/6 82/8 90/2 91/9 91/11
103/8 105/24 108/3 143/21 148/15
176/10 185/12 193/18 201/3 201/22
207/14 212/9
**black** [4] 110/15 110/17 138/1
196/23
**blame** [2] 94/6 115/19
**blames** [1] 115/11
**bleed** [40] 85/1 87/10 87/11 90/22
90/23 95/2 95/7 97/18 97/20 98/2
98/17 98/25 99/5 99/7 100/12
100/24 102/16 102/17 102/21
102/23 110/8 111/13 112/5 112/12
112/14 112/16 112/20 113/6 113/7
123/16 132/16 136/25 136/25 137/3
138/4 138/7 241/19 241/20 241/20
243/4
**bleeding** [73] 84/11 84/15 85/2
85/7 85/10 85/15 85/5 88/12 90/19
90/21 91/2 91/5 95/25 96/15 96/17
97/23 97/23 100/18 101/3 101/20
101/21 111/17 111/24 112/3 112/9
112/20 112/24 113/3 113/3 113/20

123/14 123/16 123/18 132/9 132/14
132/23 132/24 133/12 134/11
136/20 137/8 137/23 137/23 140/4
140/6 149/14 149/19 223/25 234/3
234/5 234/23 235/22 241/5 241/5
241/6 241/7 241/8 241/10 241/11
241/13 242/14 243/6 243/9 243/11
243/15 244/4 244/6 244/9 244/15
244/18 249/25 250/2 250/6
**bleedings** [2] 137/14 137/14
**bleeds** [9] 99/24 132/15 136/24
136/24 137/15 241/12 243/16
243/17 243/20
**blindfolded** [1] 85/8
**block** [1] 226/16
**blockbuster** [4] 159/1 159/6 159/9
161/11
**blood** [91] 83/19 83/24 83/24 84/6
84/7 84/10 84/22 84/25 85/1 85/18
86/6 88/8 88/9 88/15 89/24 91/9
95/22 96/3 96/11 96/14 96/17 97/7
97/9 97/10 97/14 97/17 98/20 98/22
102/1 106/8 106/15 108/8 111/5
111/6 111/8 111/9 111/17 111/18
111/19 113/14 113/21 113/22
115/17 119/24 120/1 130/11 130/16
130/18 130/20 130/21 130/24
131/20 133/3 133/15 134/3 139/25
147/17 147/24 148/1 148/1 148/7
152/21 188/17 188/18 188/21 189/1
220/20 223/24 241/15 241/18
241/20 241/22 241/23 242/9 242/10
242/12 242/15 242/18 242/19 245/2
245/3 245/10 246/1 246/13 247/12
247/20 248/6 248/7 248/25 250/1
250/5
**blood-clotting** [5] 147/17 147/24
148/1 148/7 152/21
**bloods** [2] 202/5 249/25
**bloodstream** [2] 244/23 245/12
**Bloomberg** [1] 183/17
**blow** [1] 248/12
**blue** [1] 178/14
**board** [10] 96/20 99/19 114/20
116/3 123/23 206/24 215/3 215/15
215/20 221/17
**boards** [5] 215/7 215/8 215/11
215/12 220/11
**bodies** [1] 245/1
**body** [5] 111/19 119/14 133/9
241/20 241/22
**Boehringer** [4] 183/7 183/13 184/2
185/4
**Bogard** [1] 79/2
**Bollinger** [1] 105/19
**book** [5] 211/12 212/16 212/18
212/20 220/10
**books** [6] 212/15 212/24 213/3
213/9 220/9 234/10
**boot** [2] 103/16 103/19
**born** [2] 193/14 194/11
**boss** [4] 160/16 182/17 182/22
185/10

**B**

**Boston** [1] 194/3
**both** [13] 92/2 96/8 117/5 128/12 156/2 184/12 187/15 188/3 188/16 204/21 213/9 223/23 230/7
**bottle** [2] 224/8 227/21
**bottles** [2] 109/23 109/24
**bottom** [10] 97/5 182/6 191/23 212/16 213/18 246/13 246/16 248/11 248/13 248/15
**Boudreaux** [58] 78/8 82/4 83/15 84/3 89/11 91/4 93/3 103/3 103/7 103/10 104/21 105/16 105/23 106/3 106/17 107/4 107/6 108/15 108/22 108/22 109/1 109/13 109/15 109/19 109/22 110/4 110/10 111/19 112/19 113/7 113/10 113/18 113/25 114/5 115/10 115/11 115/12 115/12 115/14 115/19 120/7 121/2 122/2 123/1 131/2 131/13 131/18 132/1 132/5 132/6 133/1 134/24 135/3 135/25 136/25 137/19 137/21 140/9
**Boudreaux's** [12] 103/24 104/8 112/4 112/8 113/20 121/18 131/4 135/18 138/15 141/16 141/17 216/24
**Boudreauxes** [1] 111/3
**bowling** [1] 104/17
**box** [4] 78/20 196/23 210/10 210/11
**boxes** [1] 218/2
**boy** [1] 201/6
**boys** [2] 105/13 105/13
**brag** [1] 214/16
**brain** [4] 84/1 106/11 130/24 242/18
**brand** [9] 144/15 144/25 145/4 146/11 151/3 156/9 172/21 174/13 175/2
**brand's** [1] 145/2
**Brand-new** [1] 172/21
**Bratulic** [1] 183/5
**break** [3] 140/23 237/14 238/4
**breaking** [1] 237/15
**breathe** [1] 120/8
**breathing** [1] 131/16
**BRIAN** [2] 78/16 82/2
**bridge** [1] 237/22
**brief** [1] 141/17
**briefly** [11] 95/9 202/1 212/13 214/11 214/14 215/15 216/3 216/11 223/13 239/8 246/7
**bring** [4] 81/8 113/18 116/22 196/9
**broader** [1] 197/14
**broke** [1] 237/5
**Bronx** [4] 203/2 207/24 208/2 209/7
**brought** [5] 106/1 106/2 120/15 227/17 228/3
**buck** [2] 202/18 221/18
**Buffalo** [1] 193/15
**building** [2] 175/12 226/16
**builds** [1] 135/9
**bullet** [10] 157/9 157/19 158/1

158/24 159/8 159/16 165/4 165/5 175/17 175/20
**bunch** [1] 194/4
**burden** [1] 238/19
**burdens** [1] 199/12
**Bush** [5] 91/25 91/25 92/2 203/14 209/14
**business** [22] 82/17 86/18 86/18 88/21 95/11 99/12 105/7 114/7 143/19 143/20 157/11 157/21 167/4 167/5 168/21 170/11 171/1 177/9 182/11 184/7 190/9 206/19

**C**

**C trough** [1] 248/8
**calculated** [1] 131/21
**California** [2] 207/8 212/7
**call** [18] 96/7 96/7 96/24 107/1 107/1 116/4 118/9 118/15 119/23 120/1 120/2 125/14 126/5 141/10 141/23 198/16 200/10 208/11
**called** [47] 81/6 83/18 85/13 88/3 89/4 93/1 93/5 93/6 95/18 97/2 106/6 118/21 119/9 120/4 120/12 124/14 133/11 133/12 134/5 134/13 134/14 135/6 136/3 141/25 149/4 155/17 162/25 163/25 179/8 182/10 203/9 208/7 210/11 222/12 222/13 223/12 224/7 224/19 224/24 239/20 239/22 241/10 241/17 241/23 245/4 247/9 248/7
**calls** [5] 111/1 116/5 117/2 142/12 224/15
**calories** [1] 210/12
**came** [19] 86/18 86/24 92/13 100/18 102/4 104/18 104/19 119/18 119/18 119/20 124/1 124/3 124/9 124/11 139/1 153/23 206/6 208/11 230/9
**camera** [1] 112/2
**camp** [3] 103/16 103/19 104/17
**campaign** [2] 146/23 153/18
**can** [110] 81/22 83/24 83/25 84/1 85/12 86/9 86/11 87/3 87/5 88/11 92/19 92/19 92/20 93/18 94/19 95/2 95/3 96/22 97/1 97/5 97/8 97/12 98/20 102/17 106/8 111/13 112/23 114/9 116/20 118/4 118/6 120/24 121/12 121/15 124/2 124/16 127/19 128/7 128/15 128/18 130/8 130/14 132/15 134/1 135/12 140/18 142/20 143/9 148/12 153/24 158/5 161/2 166/8 166/18 168/7 185/22 186/22 187/3 187/20 193/18 194/16 196/1 198/10 199/11 201/12 204/11 204/11 204/22 205/16 206/13 206/16 207/13 212/13 213/15 217/9 218/24 221/11 223/19 224/12 224/14 224/22 226/20 227/24 228/9 228/18 228/25 229/3 229/4 230/4 230/7 232/4 236/1 236/7 237/23 238/15 240/13 241/14 242/1 242/2 243/5 243/6 243/13 246/3 246/7

246/17 248/12 250/19 250/20 251/8 251/13
**can't** [15] 82/25 85/9 118/8 122/16 122/17 127/23 128/9 128/18 132/16 142/6 142/6 153/3 154/4 221/6 242/19
**Cancer** [2] 213/13 214/22
**cannot** [6] 85/25 86/6 92/18 102/22 186/25 187/4
**capable** [2] 234/17 234/18
**capacity** [1] 105/10
**capture** [2] 191/6 212/21
**captured** [5] 175/9 175/14 190/22 190/25 191/20
**capturing** [1] 191/21
**cardio** [1] 223/4
**cardio-renal** [1] 223/4
**cardiologist** [5] 106/13 109/4 120/14 130/3 139/12
**cardiologists** [1] 212/3
**cardiology** [2] 117/1 130/4
**cardioversion** [3] 108/5 108/8 108/10
**care** [24] 111/21 112/5 113/9 113/12 126/17 126/20 135/24 148/8 148/23 149/2 149/5 153/22 154/18 155/5 168/3 193/22 193/25 196/1 208/22 228/22 249/23 250/3 250/4
**career** [6] 105/11 143/16 152/2 194/14 201/20 207/14
**careful** [1] 119/11
**cares** [3] 122/10 122/11 127/9
**Carl** [12] 204/24 212/10 213/5 213/19 214/13 227/7 228/15 228/17 228/25 239/25 240/13 243/24
**Carolina** [1] 79/14
**carry** [1] 218/18
**cascade** [4] 133/13 133/13 134/11 134/15
**case** [54] 78/9 81/22 84/2 85/11 85/14 90/3 90/5 90/19 92/15 92/21 108/14 114/14 114/16 115/4 115/8 117/22 120/6 120/6 120/19 121/3 121/9 121/9 121/12 122/15 123/1 123/12 127/25 128/12 128/16 128/18 129/19 138/4 139/22 140/19 164/14 186/13 212/2 216/19 216/23 217/21 218/11 219/5 220/8 220/14 221/9 221/23 221/24 224/10 231/18 233/1 240/18 247/25 251/16
**case-specific** [1] 216/23
**cases** [1] 221/22
**catch** [1] 180/11
**categorize** [1] 197/19
**category** [1] 223/2
**cause** [5] 84/1 112/14 112/24 126/3 242/1
**caused** [4] 112/9 112/15 163/15 223/25
**causes** [2] 83/23 106/11
**caveats** [1] 196/24
**CDC** [1] 125/18

**C**

ceased [1] 144/17
cells [7] 241/16 241/16 241/17 242/10 242/13 242/17 247/20
center [3] 84/21 136/16 222/24
centers [1] 120/19
central [1] 130/9
Centre [1] 78/23
cents [2] 202/10 220/21
cereal [1] 210/11
certain [13] 92/19 92/20 125/17 146/25 149/7 153/14 156/11 179/15 202/8 215/12 222/10 231/18 247/12
certainly [7] 126/5 135/20 220/12 221/5 225/4 229/5 229/23
CERTIFICATE [1] 252/2
certify [1] 252/5
CFR [6] 229/23 229/24 230/1 230/11 230/12 230/20
CGAP [1] 171/5
CHADS [2] 197/18 197/22
chain [1] 182/2
chair [3] 91/18 166/2 234/10
chairman [5] 165/18 165/18 165/25 169/16 170/9
chairs [1] 81/12
challenge [3] 115/22 115/24 196/20
challenges [3] 153/23 153/24 168/6
challenging [4] 115/21 168/24 169/6 206/12
chance [1] 82/3
chancellor [1] 212/6
change [2] 94/14 94/21
changed [4] 94/24 121/19 210/1 212/17
changes [5] 94/12 94/21 133/16 133/23 134/3
characteristic [1] 148/2
characterize [1] 145/23
charge [4] 177/13 179/9 182/10 219/12
Charity [1] 117/6
charts [1] 98/11
cheat [1] 123/24
check [4] 107/25 128/4 148/16 192/5
check-up [1] 107/25
checking [1] 122/20
checks [2] 204/3 206/13
chemists [1] 118/20
chest [1] 120/8
Chicago [1] 206/15
child [1] 103/12
children [2] 116/25 194/8
choice [7] 87/18 87/21 119/19 124/8 154/13 154/25 155/22
choices [1] 124/18
cholesterol [1] 210/13
choose [5] 123/9 123/10 132/18 132/20 132/22
chose [3] 114/3 123/19 189/6
chosen [1] 196/5

Chris [4] 165/15 166/17 166/21 167/16
Cindy [1] 84/17
city [1] 208/4
claim [4] 121/24 187/20 187/22 234/5
claimed [1] 187/16
claiming [2] 90/3 90/4
claims [2] 198/13 198/21
clarify [2] 144/8 147/7
class [7] 168/9 169/20 172/21 174/7 241/9 242/25 243/15
classifications [1] 241/9
clear [5] 112/11 137/9 218/14 223/21 240/7
clearance [1] 135/7
clearances [1] 139/17
clearing [1] 237/21
clearly [3] 109/3 164/19 168/3
clinical [12] 101/17 114/2 126/1 136/3 136/22 138/18 153/2 153/5 153/7 153/14 190/15 247/10
clinically [2] 122/8 138/16
Clinton [3] 92/2 92/3 209/18
clip [1] 127/1
close [2] 175/24 210/5
closely [3] 165/9 181/7 181/15
closer [1] 226/19
closing [1] 129/19
clot [18] 83/25 83/25 84/7 84/10 85/18 95/23 97/7 97/9 102/1 106/10 133/15 136/8 241/21 241/21 242/11 242/12 242/15 242/17
clots [13] 130/20 130/21 130/23 223/24 241/22 241/25 241/25 242/1 242/15 242/20 242/21 242/24 242/24
clotting [13] 123/15 131/12 133/13 134/11 147/17 147/24 148/1 148/7 152/21 242/23 243/1 243/1 243/6
coagulate [1] 133/4
coagulating [1] 119/25
coagulation [7] 152/18 152/24 191/15 193/2 193/3 241/17 242/13
Code [1] 230/21
coded [2] 161/24 161/24
coincidence [1] 113/4
collaboration [4] 150/1 150/4 150/8 172/10
colleague [1] 225/14
colleagues [2] 164/24 213/10
collected [1] 221/14
collection [1] 221/3
collects [1] 222/10
Colleen [1] 116/25
college [8] 104/23 105/3 193/17 193/24 193/24 194/2 194/3 208/13
colonoscopy [1] 112/1
color [2] 161/24 161/24
color-coded [2] 161/24 161/24
Columbia [2] 79/14 209/8
column [1] 244/10
columns [1] 244/8

combination [3] 191/16 191/23 192/13
combined [1] 191/14
come [28] 84/23 92/4 93/7 101/7 107/24 107/25 109/11 111/2 117/8 121/11 122/4 123/21 126/23 129/18 129/18 138/6 139/11 139/25 140/23 160/25 194/10 200/14 220/1 233/21 237/1 237/2 237/11 238/16
comers [1] 197/20
comes [8] 93/9 93/17 116/9 117/4 121/10 133/8 138/20 189/15
comfortable [1] 204/7
coming [15] 94/17 114/25 117/10 161/15 162/11 162/19 162/24 163/20 163/24 164/11 171/14 173/13 190/18 190/20 242/18
commencement [1] 216/16
comment [1] 233/24
comments [1] 129/22
commercial [7] 150/23 151/7 152/10 152/13 170/4 173/21 173/22
commissioner [19] 201/24 202/7 202/12 202/15 202/16 202/24 203/8 204/21 207/13 208/8 209/11 209/24 210/8 211/4 211/8 215/6 222/25 223/1 225/15
commissioners [1] 203/4
commitment [1] 104/2
committee [4] 165/16 203/21 207/19 207/23
common [8] 106/9 116/7 119/7 125/6 137/1 138/6 191/5 223/16
communicate [2] 190/14 195/11
communicated [1] 192/10
communicating [2] 192/1 192/15
communications [5] 166/12 166/15 189/21 190/2 190/4
community [7] 116/17 116/23 125/15 125/18 181/19 181/21 198/15
comorbid [1] 198/6
comorbidities [1] 191/5
companies [25] 86/14 89/13 91/15 92/16 92/16 92/23 94/8 94/18 94/20 94/23 99/10 125/19 180/18 194/14 196/8 196/8 215/3 215/5 215/9 215/20 221/8 221/21 225/5 243/13 246/5
company [43] 83/11 89/4 92/20 92/24 93/23 94/2 94/3 94/9 99/14 105/11 143/22 147/23 161/1 161/16 166/18 169/11 170/13 175/9 179/19 181/22 184/21 194/18 195/10 215/22 215/22 218/9 221/4 221/11 221/13 221/18 221/19 222/8 222/20 224/1 224/3 225/3 225/6 225/12 239/11 239/12 246/20 247/11 247/23
company's [4] 93/25 218/6 225/9 225/23
comparative [1] 226/12
compare [3] 189/6 198/10 198/21

Case 2:14-md-02592-EEF-MBN Document 1825 Filed 05/10/16 Page 184 of 211

**compared [5]** 137/8 155/18 173/5 195/17 197/9
**comparisons [1]** 198/17
**compete [6]** 151/8 151/12 180/18 188/3 188/10 189/3
**competing [1]** 179/7
**competition [5]** 158/2 158/8 174/11 175/17 186/17
**competitive [2]** 173/5 177/25
**competitor [2]** 180/11 180/11
**competitors [5]** 172/19 173/16 174/18 178/16 191/18
**completely [3]** 86/23 92/22 249/5
**complex [3]** 195/25 196/20 197/2
**complicated [4]** 115/14 118/4 185/12 205/25
**component [5]** 146/23 156/25 157/1 157/3 171/8
**components [2]** 86/25 87/2
**compound [3]** 118/15 146/15 148/20
**compounded [1]** 168/6
**comprised [1]** 190/13
**computer [1]** 79/25
**concede [1]** 86/22
**concentration [3]** 235/7 235/14 248/9
**concentrations [3]** 247/19 247/22 249/11
**concept [1]** 95/17
**concepts [1]** 245/16
**concern [1]** 223/18
**concerned [2]** 142/21 237/20
**concluded [1]** 251/22
**concludes [1]** 122/23
**conclusion [3]** 100/18 233/22 250/17
**conclusions [1]** 92/13
**condition [7]** 83/22 106/5 106/9 106/9 109/2 112/15 132/7
**conditions [5]** 125/7 131/5 131/19 198/6 212/22
**conduct [5]** 92/9 93/24 141/23 217/22 222/2
**conducted [1]** 145/14
**confer [1]** 247/2
**conference [1]** 183/15
**conferences [1]** 238/12
**confident [1]** 164/20
**confidentiality [2]** 127/24 128/10
**confirm [2]** 109/15 203/11
**confirmation [3]** 203/15 203/18 203/24
**confirmed [1]** 203/12
**confirming [1]** 204/2
**conflicts [1]** 215/7
**confused [1]** 90/15
**confusing [1]** 226/13
**congestive [1]** 132/1
**connected [1]** 104/18
**Connecticut [1]** 207/11

**connection [1]** 145/14
**conscious [3]** 238/13 239/1 251/10
**consequences [2]** 246/4 250/4
**Consequently [1]** 125/25
**consider [3]** 132/2 139/10 140/11
**considerable [1]** 219/16
**considerations [1]** 149/11
**considered [1]** 149/8
**consistent [1]** 167/20
**constipated [1]** 110/14
**constitutionally [1]** 209/22
**construction [1]** 82/25
**consulting [2]** 220/11 220/12
**consumer [2]** 202/10 220/21
**contact [1]** 144/23
**contain [3]** 93/17 175/8 228/10
**contained [1]** 192/19
**contains [2]** 123/5 192/19
**content [3]** 93/22 93/25 94/4
**context [5]** 151/5 152/3 152/7 153/4 161/8
**continue [1]** 123/16 129/21 139/3 139/4 167/22 236/18 239/3
**continued [7]** 92/1 111/19 144/24 153/17 155/11 168/7 207/23
**continues [3]** 94/14 102/22 139/4
**continuing [1]** 94/10
**continuously [1]** 144/14
**contract [4]** 89/4 89/7 89/9 89/13
**contraction [1]** 168/7
**contradicts [1]** 140/13
**contraindications [1]** 229/6
**contrary [1]** 149/16
**contributed [5]** 157/1 157/3 177/8 177/15 177/17
**controlling [1]** 212/18
**controversial [1]** 102/12
**controversy [1]** 249/2
**convenience [1]** 146/20
**conventions [1]** 127/14
**convey [1]** 191/8
**conveying [1]** 191/1
**convince [2]** 112/13 112/14
**convoluted [1]** 197/2
**copied [2]** 183/1 190/5
**copies [1]** 230/7
**copy [6]** 185/9 205/4 205/5 205/6 205/8 227/17
**core [18]** 147/5 190/12 190/13 190/21 190/23 191/6 191/7 191/8 191/11 191/12 191/24 192/2 192/7 192/12 192/14 192/18 192/19 209/2
**correct [132]** 144/13 144/25 145/14 146/2 146/8 146/9 146/12 146/20 146/24 147/18 147/24 148/3 148/24 149/19 150/16 150/21 151/3 151/9 151/13 151/17 151/22 152/2 152/14 152/22 153/2 153/9 153/12 153/16 153/18 154/1 154/9 154/14 155/1 155/8 155/11 155/16 155/17 155/25 158/18 159/5 159/6 159/11 160/5 160/11 160/14 160/17 160/20 160/21 160/23 161/2 161/3 161/5

161/6 161/9 161/16 161/20 162/21 164/24 167/17 167/20 168/17 169/7 169/18 169/23 169/24 170/23 171/13 173/10 173/17 175/6 175/10 175/15 175/18 176/13 176/16 178/5 178/24 179/2 179/8 179/11 179/16 181/7 181/17 181/22 183/24 184/10 184/22 185/10 185/22 186/4 186/12 186/15 186/19 186/20 187/5 187/12 187/19 187/21 187/25 188/1 188/4 188/11 188/17 188/19 188/22 188/23 189/4 190/19 191/18 192/2 192/3 192/20 192/22 192/25 193/4 193/5 194/6 195/12 199/25 200/4 200/18 213/8 227/13 230/5 231/15 233/12 244/22 252/6
**correctly [8]** 157/15 157/16 174/14 183/18 190/22 190/25 191/6 191/20
**correlation [2]** 101/3 101/25
**cosmetics [2]** 202/5 220/20
**cost [1]** 167/22
**could [74]** 86/20 89/25 91/1 91/6 93/5 93/6 94/5 94/7 94/7 110/1 110/2 111/5 113/20 113/24 114/3 114/4 114/6 115/17 120/5 126/3 126/8 126/9 127/12 131/12 132/7 133/22 137/22 143/4 143/19 155/20 158/11 177/21 178/15 179/18 184/16 187/16 192/5 197/6 197/18 202/1 204/8 213/5 214/13 214/14 215/15 215/16 216/3 219/4 220/15 224/9 224/10 227/7 228/5 230/24 232/2 232/13 232/15 232/17 232/17 234/22 237/4 239/25 240/24 241/21 243/24 244/3 245/22 245/25 249/4 249/5 249/15 249/16 250/13 250/13
**couldn't [7]** 88/16 110/25 120/8 187/22 195/5 195/3 211/6
**Coumadin [2]** 87/18 119/9
**council [2]** 215/10 215/16
**counsel [9]** 78/16 99/9 103/4 126/19 129/21 129/22 140/22 204/11 204/25
**Counselor [6]** 114/8 209/12 213/2 217/16 231/8 243/25
**counter [1]** 220/19
**country [6]** 94/3 113/24 115/11 116/18 212/5 222/18
**couple [6]** 101/22 103/9 108/6 110/15 138/1 211/11
**course [11]** 114/3 122/10 132/5 145/8 166/25 171/1 177/9 184/7 190/8 190/8 210/21
**courses [1]** 234/10
**court [18]** 78/1 79/20 81/6 81/25 101/12 129/13 141/2 142/3 142/4 171/11 200/21 217/8 237/25 238/8 251/20 252/3 252/4 252/12
**courtroom [13]** 81/10 102/18 113/8 115/18 117/8 126/18 126/20 141/1 141/4 142/17 238/7 238/10 251/19
**covered [1]** 231/13

**coworkers [1]** 110/19
**craft [1]** 196/16
**crafted [1]** 191/6
**crafting [1]** 190/18
**create [5]** 88/13 88/14 178/13 200/7 242/14
**created [3]** 83/3 83/6 88/24
**creates [1]** 97/24
**creatinine [2]** 135/6 139/17
**credibility [2]** 142/12 217/14
**crisis [3]** 104/4 104/7 104/8
**crisp [1]** 197/4
**critical [11]** 95/23 171/8 171/12 171/15 171/15 173/6 174/2 174/10 174/17 193/23 195/25
**criticize [2]** 130/1 214/4
**cross [7]** 142/2 198/17 234/18 235/11 235/18 236/2 236/14
**cross-examination [5]** 142/2 234/18 235/18 236/2 236/14
**cross-examine [1]** 235/11
**cross-trial [1]** 198/17
**crossed [1]** 212/5
**crucial [1]** 96/2
**Cuban [1]** 104/4
**curious [1]** 160/13
**current [12]** 107/15 143/22 145/16 145/19 174/6 184/12 191/17 205/5 205/6 205/8 226/12 229/23
**currently [3]** 195/6 207/7 207/8
**curriculum [1]** 205/4
**curves [1]** 97/3
**custodial [8]** 156/14 156/20 166/9 166/24 171/19 176/21 177/8 190/6
**customer [1]** 143/23
**customers [1]** 190/14
**cut [1]** 130/20
**cutting [1]** 130/24
**CV [5]** 78/9 205/16 205/22 212/9 216/2

**D**

**D-A-V-I-D [1]** 200/19
**dabigatran [2]** 175/21 183/13
**daily [10]** 147/3 172/12 188/8 189/8 189/17 191/3 191/12 191/22 192/19 196/2
**damages [1]** 115/21
**dance [1]** 103/17
**danced [1]** 103/17
**danger [11]** 82/22 83/4 83/5 83/8 85/21 90/1 90/7 98/13 98/17 114/5 130/22
**dangerous [2]** 126/3 130/18
**dangers [1]** 82/21
**dark [1]** 110/16
**data [13]** 97/25 122/23 136/11 178/20 178/23 184/15 184/22 221/3 221/15 222/10 246/10 246/20 247/13
**date [3]** 153/18 177/11 180/22

**dated [11]** 150/9 159/18 159/21 160/1 160/7 174/25 175/2 177/3 182/3 183/2 189/21 226/7
**dates [2]** 177/25 180/1
**dating [2]** 104/20 104/24
**Daubert [1]** 233/14
**daughter [1]** 201/6
**David [8]** 78/22 79/13 91/16 200/15 200/19 201/2 201/6 201/7
**day [44]** 87/7 87/8 87/11 107/2 107/2 107/10 108/23 109/14 110/1 110/2 110/3 110/4 110/5 110/6 112/21 117/12 123/20 123/20 123/22 124/3 124/10 124/11 124/12 124/14 133/22 135/18 135/21 139/22 146/20 146/22 149/25 154/2 154/9 173/5 187/25 187/25 188/9 189/2 203/2 221/16 221/16 249/13 250/18 251/9
**day-to-day [1]** 221/16
**daylight [2]** 237/23 251/9
**days [12]** 105/20 105/21 105/21 107/20 109/5 111/20 111/21 112/20 113/12 135/22 196/18 203/12
**DC [1]** 79/10
**deadlines [1]** 179/15
**deal [13]** 84/8 115/15 120/20 131/2 131/10 131/10 132/15 132/16 238/19 238/20 238/20 244/8 246/3
**dealing [2]** 131/18 198/5
**deals [1]** 130/19
**dean [4]** 211/16 211/23 211/25 212/6
**death [1]** 210/23
**debilitating [1]** 130/25
**decades [3]** 87/20 225/14 225/17
**December [1]** 170/21
**decide [3]** 124/18 209/1 236/18
**decided [2]** 134/23 145/4
**decision [6]** 115/2 121/20 139/9 140/15 149/25 199/16
**decisions [2]** 144/7 172/11
**dedicating [1]** 201/19
**defendant [3]** 79/8 81/17 114/18
**defendant's [3]** 96/21 97/2 97/25
**defendants [17]** 82/11 82/16 85/5 86/8 88/13 88/23 89/22 90/8 90/18 94/6 96/7 98/7 99/4 102/11 102/14 108/14 114/1
**defendants' [1]** 100/13
**defense [1]** 98/18
**define [2]** 147/6 158/5
**defined [2]** 147/22 154/1
**definition [2]** 153/20 243/16
**definitions [1]** 241/10
**degree [6]** 144/25 206/15 216/8 216/11 216/12 216/14
**degrees [2]** 216/9 216/17
**Delano [1]** 214/20
**delay [5]** 168/13 176/8 176/11 176/12 176/15
**delayed [2]** 179/1 185/18
**delays [1]** 178/22

**deliberately [1]** 114/3
**delivers [2]** 191/13 191/22
**demonstrated [3]** 101/2 191/3 191/14
**demonstrative [7]** 205/12 205/14 226/2 226/7 242/6 246/25 247/5
**demonstratives [1]** 233/11
**denied [1]** 180/20
**Denton [2]** 79/2 79/2
**Department [1]** 220/18
**depend [1]** 104/9
**dependent [5]** 92/22 92/24 100/19 136/6 136/6
**depending [4]** 132/20 134/3 136/18 178/17
**depends [1]** 92/15
**deploy [2]** 154/16 155/3
**deployed [1]** 155/10
**deploying [1]** 104/6
**deposition [13]** 101/7 101/9 110/1 141/15 142/7 142/8 142/8 142/9 142/24 142/25 143/10 219/22 219/24
**depositions [6]** 101/8 141/20 141/25 218/10 218/14 218/15
**depression [2]** 201/17 212/21
**describe [5]** 212/13 214/14 215/15 216/3 246/7
**described [4]** 96/9 139/15 139/16 196/16
**designated [1]** 217/9
**designation [1]** 151/2
**designed [11]** 82/17 82/20 82/22 83/20 84/6 84/12 85/19 86/18 88/20 95/22 148/16
**designing [1]** 82/16
**detail [1]** 157/6 180/6
**detailed [2]** 93/20 165/20
**details [1]** 104/14
**determine [5]** 86/19 127/11 127/11 199/22 222/14
**determined [3]** 106/15 111/9 112/5
**determines [2]** 108/4 217/14
**determining [1]** 138/13
**devastating [1]** 210/22
**develop [3]** 89/2 89/14 221/14
**developed [8]** 87/16 146/24 149/22 152/21 235/16 235/24 236/11 236/21
**developing [1]** 169/22
**development [10]** 78/9 79/17 138/17 143/19 143/21 173/5 220/25 221/7 222/4 222/12
**device [5]** 82/23 83/3 83/6 215/5 215/8
**devices [5]** 82/19 82/20 201/16 202/5 216/20
**diabetes [6]** 131/19 132/4 197/23 198/2 198/2 198/4
**diagnosed [6]** 84/3 106/5 109/2 110/12 131/25 135/19
**diagnosis [1]** 84/4
**diamonds [1]** 178/14

dictates [1] 229/18
did [107] 88/14 89/22 94/25 99/10
105/5 105/17 109/19 111/25 111/25
112/1 112/13 113/17 120/11 124/9
128/5 129/8 134/25 137/25 138/5
140/13 143/14 143/15 144/1 147/23
149/12 149/13 149/22 152/4 156/2
157/15 159/7 161/13 164/1 165/10
165/11 166/2 169/5 174/14 174/15
174/16 179/6 183/18 183/19 184/6
184/8 186/10 187/21 191/5 191/5
193/16 193/17 194/2 196/16 199/13
199/19 203/15 203/17 204/3 205/20
206/2 206/3 206/4 206/6 206/7
206/14 206/24 207/4 207/16 207/18
207/21 207/22 208/5 208/15 208/16
208/17 209/6 209/18 210/8 210/13
210/14 211/8 211/10 211/14 211/18
212/4 212/18 212/20 212/21 217/12
217/20 217/25 218/6 219/3 219/7
219/19 219/22 221/25 222/2 223/3
223/4 240/5 243/13 246/5 246/6
246/9 246/18 246/20
didn't [41] 82/2 83/5 86/14 94/7
94/23 95/7 98/7 105/3 105/18
109/25 116/1 117/18 120/8 120/18
123/3 124/7 124/23 124/24 125/2
129/4 129/7 136/2 144/22 148/20
150/3 159/10 160/13 162/9 163/7
169/4 173/1 180/13 180/21 192/4
194/10 197/2 210/19 240/4 240/5
242/12 242/15
die [1] 242/16
died [1] 115/18
diet [2] 195/9 249/15
dietary [4] 189/10 189/11 189/12
189/13
difference [10] 113/25 114/12
121/7 133/6 217/7 241/25 246/11
248/10 248/17 248/22
differences [6] 133/20 187/23
187/24 197/8 198/8 245/11
different [51] 83/10 89/19 91/22
91/23 95/13 95/14 95/14 95/16
100/22 102/18 108/3 109/12 117/4
121/6 121/20 124/18 125/14 133/8
134/20 136/18 136/23 137/17
140/15 143/21 147/1 147/1 148/20
155/20 192/6 198/21 199/18 203/20
210/2 213/17 215/11 216/9 220/13
222/4 222/12 222/16 222/19 223/1
223/7 228/16 228/19 245/25 246/9
247/14 248/25 249/5 249/5
differentiate [1] 191/17
differentiates [1] 192/24
differentiation [1] 172/12
differently [2] 245/8 245/9
difficult [9] 84/10 133/4 195/7
195/16 195/17 196/3 198/7 237/9
245/15
difficulties [1] 196/15

Dimes [1] 214/21
dinner [1] 220/17
dire [3] 91/12 119/4 200/23
direct [4] 144/17 150/12 169/20
217/18
directed [3] 107/23 108/13 108/24
direction [1] 145/3
directions [1] 109/4
directly [1] 165/24
director [6] 141/14 141/14 143/23
147/21 192/4 207/25
directors [2] 182/10 215/11
disability [1] 159/13
discern [1] 177/20
discharged [5] 106/24 107/6 107/9
107/10 113/10
disclosed [3] 233/11 240/22 242/6
discovered [2] 118/22 119/10
discovery [1] 141/23
discussed [2] 133/3 152/22
discusses [1] 229/11
discussion [2] 186/2 186/5
disease [4] 169/21 194/20 223/2
223/7
diseases [5] 199/19 199/18 208/23
213/20 222/19
dispute [9] 123/12 123/17 123/19
132/10 163/8 164/3 164/5 165/22
165/23
disregard [2] 129/1 129/22
disruptive [1] 233/8
distinction [1] 216/22
distinguish [2] 88/16 242/23
distinguishes [2] 148/2 148/8
distribution [1] 190/3
distributor [1] 105/5
DISTRICT [5] 78/1 78/2 78/12
252/4 252/4
division [2] 223/3 223/4
divisions [4] 91/22 223/2 223/5
223/8
do [187]
doc [2] 201/14 208/22
Docket [1] 78/7
doctor [45] 84/21 88/8 91/1 91/6
109/6 109/16 109/20 112/4 120/21
120/23 121/18 122/10 124/23
126/22 127/9 127/14 133/4 137/11
204/9 205/16 211/1 212/9 219/1
224/15 225/20 228/5 228/10 228/12
228/22 228/22 229/13 230/14
230/22 231/12 231/17 231/24 234/9
240/17 244/14 244/20 245/22
246/19 247/7 249/8 249/12
doctor's [3] 108/24 109/16 155/23
doctors [77] 82/12 83/14 83/14
84/13 85/6 85/7 85/19 85/23 85/25
86/2 86/4 86/8 86/9 86/15 87/19
88/10 88/14 89/24 90/21 90/22 91/6
92/7 93/20 95/5 95/6 98/11 98/12
99/2 99/5 99/5 100/4 102/9 111/23
112/7 113/9 114/3 114/6 116/17
116/17 116/22 117/3 117/5 119/19

129/3 120/13 124/15 125/10 125/16
125/17 126/13 126/21 127/11 130/8
132/2 132/6 132/10 132/17 132/20
133/18 135/9 136/5 136/8 137/7
137/17 138/11 138/11 139/4 217/23
224/2 224/4 224/12 224/14 224/22
225/13 228/8 229/10 232/16
document [19] 78/7 116/5 118/19
118/24 121/3 151/16 155/15 166/4
170/16 171/17 171/19 171/21 175/6
176/19 181/25 189/20 189/24 224/9
227/19
Document 3038234 [1] 170/16
Document 3043970 [1] 171/21
documents [5] 118/17 175/8 218/1
218/2 218/17
does [51] 84/22 88/6 91/12 92/9
92/15 95/12 95/15 96/4 97/6 107/12
119/13 121/17 122/3 122/3 126/5
127/10 127/17 132/13 133/7 133/10
133/10 134/17 136/23 145/6 145/16
180/7 180/15 188/25 191/9 202/16
202/24 209/3 209/4 210/1 213/24
220/16 222/8 222/8 222/9 222/9
224/1 224/23 225/6 228/22 228/22
229/11 229/17 230/14 236/17 250/5
250/8
doesn't [29] 88/1 88/5 109/23
116/13 116/15 122/6 123/6 126/5
126/11 126/11 126/24 130/1 130/15
134/22 138/7 138/12 139/12 147/13
160/25 180/13 180/17 208/24 221/2
221/2 221/3 236/16 236/20 248/19
250/12
doing [7] 85/17 105/21 141/24
206/17 210/3 210/16 217/25
dollar [2] 202/10 220/21
dollars [1] 180/18
dominoes [3] 133/12 133/13
133/14
Don [1] 225/15
don't [97] 81/13 83/14 85/9 86/9
86/11 90/15 93/8 95/5 95/6 96/8
96/12 96/23 98/5 98/12 100/16
111/6 112/16 116/12 117/21 118/5
119/8 119/21 120/22 122/20 122/21
123/17 123/19 123/21 124/16
125/19 126/15 130/12 130/19
132/22 133/10 133/17 133/18 134/6
134/7 134/7 134/8 134/9 135/9
136/1 136/9 137/3 138/12 139/23
139/24 142/19 144/7 145/22 148/19
149/4 155/14 165/17 166/16 168/2
171/20 174/22 188/18 189/10 190/1
190/3 190/4 190/22 191/19 192/13
192/16 205/6 209/22 210/9 214/17
218/1 218/22 218/24 221/1 222/17
224/7 225/10 225/24 226/5 226/18
228/14 231/23 237/12 237/22
238/18 242/23 248/8 248/23 249/2
249/21 250/17 251/6 251/14 251/15
done [16] 86/19 94/7 96/21 111/12
125/9 138/25 156/14 177/12 196/7

**D**

done... **[7]** 197/10 198/19 210/4
210/7 211/6 218/10 221/7
**dosage [2]** 229/2 229/3
**dose [16]** 87/3 88/11 90/13 95/15
97/3 97/24 133/22 134/7 135/2
135/25 136/6 136/6 147/2 147/18
147/24 236/17
**dose-dependent [2]** 136/6 136/6
**doses [1]** 135/3
**dosing [13]** 87/7 87/12 123/20
146/20 147/1 147/3 154/2 188/8
188/9 189/2 189/8 189/18 192/22
**double [1]** 97/24
**doubles [2]** 97/19 98/2
**down [13]** 97/8 97/11 101/12
107/15 121/10 165/5 167/8 169/15
189/15 209/8 213/17 247/20 247/21
**dozen [1]** 223/7
**Dr [4]** 101/24 106/14 200/15 247/17
**Dr. [85]** 84/17 84/19 91/16 91/19
92/4 92/8 93/21 100/6 100/11
100/11 101/15 101/16 101/19
101/19 101/23 102/3 106/14 106/16
107/3 107/10 107/12 107/13 107/15
107/20 107/21 107/22 108/4 108/13
109/17 109/25 110/22 111/1 111/3
111/3 111/5 112/5 112/8 116/25
120/14 120/18 121/5 121/7 121/13
121/19 121/22 123/8 123/9 126/22
129/25 130/1 130/2 131/1 131/3
131/8 131/23 131/24 132/12 132/19
133/1 134/23 136/14 136/15 137/20
138/14 139/10 139/20 140/14
200/12 200/13 200/25 202/1 204/25
205/3 208/17 215/2 216/19 216/23
217/20 227/12 227/16 227/25 239/8
229/17 239/8 240/11 246/23
**Dr. Berkowitz [3]** 101/16 101/19
101/19
**Dr. Cindy [1]** 84/17
**Dr. Colleen [1]** 116/25
**Dr. David [1]** 91/16
**Dr. Johnson [4]** 123/9 131/3
136/14 136/15
**Dr. Kenneth [1]** 106/14
**Dr. Kessler [25]** 91/19 92/4 92/8
93/21 100/6 100/11 139/10 200/12
200/13 200/25 202/1 204/25 205/3
208/17 215/2 216/19 216/23 217/20
227/12 227/16 227/25 229/17 239/8
240/11 246/23
**Dr. Leissinger [5]** 84/19 100/11
126/22 129/25 138/14
**Dr. Masri [1]** 112/5
**Dr. Masri's [1]** 112/8
**Dr. Scott [1]** 101/15
**Dr. Spiro [2]** 101/23 102/3
**Dr. Wong [29]** 106/16 107/10
107/20 108/4 108/13 109/25 110/22
111/5 120/14 120/18 121/5 121/7
121/13 121/19 121/22 123/8 130/1

130/2 131/1 131/8 131/23 131/24
132/12 132/19 133/1 134/23 137/20
139/20 140/14
**Dr. Wong's [10]** 107/3 107/12
107/13 107/15 107/21 107/22
109/17 111/1 111/3 111/3
**draw [1]** 204/20
**drive [2]** 218/4 218/19
**driver [2]** 157/11 157/23
**dropped [1]** 162/17
**drug [155]** 82/14 82/17 83/10 83/11
83/17 84/11 84/13 85/24 86/12
86/20 87/9 87/17 87/18 87/20 88/14
88/14 88/17 88/20 89/2 89/6 89/7
89/15 89/22 91/20 92/5 92/7 92/12
92/16 92/22 93/14 93/16 93/17
93/18 93/23 93/25 94/3 94/11 94/15
94/19 94/19 95/13 95/22 97/18
98/20 98/25 99/6 99/14 99/18
100/21 101/18 102/6 102/15 116/13
116/14 118/22 118/22 118/23 119/4
119/7 122/16 122/18 122/21 123/5
123/13 124/4 124/10 124/20 133/2
133/6 133/25 137/11 137/22 138/17
139/1 139/18 139/21 146/22 149/11
152/14 159/6 160/22 160/23 162/16
162/16 162/24 162/25 163/3 163/25
164/11 164/12 172/21 180/17 184/2
185/5 188/10 201/25 203/5 209/3
209/5 209/9 210/19 211/21 213/22
217/23 218/7 218/11 220/25 221/4
221/7 221/7 221/11 221/12 221/13
221/14 221/14 221/15 221/16
221/17 221/19 221/21 221/24 222/4
222/12 222/21 224/2 224/6 224/13
224/23 225/3 225/5 225/6 225/9
225/12 225/23 228/9 228/11 229/2
234/25 235/6 239/9 239/11 239/17
240/21 241/7 243/18 246/5 246/8
247/11 247/13 247/23 249/10
249/24 250/1 250/5 250/14
**drugs [52]** 83/10 94/2 95/14 119/1
120/3 123/24 125/7 132/25 133/21
162/11 162/19 163/11 163/19
163/23 168/9 180/3 180/5 187/2
187/2 187/15 188/24 189/1 189/6
201/15 202/4 209/2 209/2 210/21
210/25 211/21 213/11 213/13
213/16 213/18 213/19 215/18
216/20 220/19 220/19 220/19
220/23 221/2 221/17 221/18 222/17
222/18 222/24 222/25 241/15 242/2
242/25 243/4
**dual [1]** 206/11
**due [3]** 172/5 172/10 176/15
**DUKES [1]** 79/13
**duly [1]** 200/15
**DuPont [1]** 105/5
**during [14]** 83/9 87/1 87/11 93/1
93/4 96/24 97/4 119/4 123/25 129/2
145/7 157/2 162/24 226/6
**duty [3]** 94/10 199/3 217/23

**E**

e-mail **[25]** 159/22 159/23 159/23
160/7 166/8 166/9 166/11 170/8
170/18 170/25 171/4 171/22 171/24
182/2 182/5 182/13 182/20 182/20
182/23 183/1 184/6 184/6 184/9
185/24 189/21
**each [13]** 108/11 128/4 142/1 173/5
178/12 194/21 195/19 198/21
199/22 222/20 222/22 233/16
245/25
**earlier [2]** 209/13 240/4
**early [4]** 146/15 186/7 251/1 251/6
**earth [1]** 105/24
**easier [4]** 119/21 122/12 139/24
216/14
**EASTERN [2]** 78/2 252/4
**easy [1]** 195/14
**eat [2]** 133/22 189/10
**eating [2]** 212/18 212/18
**echocardiograph [1]** 130/5
**economy [1]** 202/11
**educate [2]** 196/22 200/8
**education [2]** 205/18 217/6
**effect [2]** 86/4 232/20
**effective [7]** 122/19 122/24 123/7
139/15 153/23 180/4 191/13
**effectively [1]** 140/17
**effectiveness [1]** 222/14
**efficacy [5]** 153/8 186/15 186/18
198/10 223/23
**efficient [2]** 233/13 238/25
**efficiently [1]** 233/8
**effort [1]** 199/6
**eight [1]** 208/1
**eighth [1]** 236/16
**EINSTEIN [2]** 93/6 208/13
**either [7]** 115/23 122/21 142/6
149/19 177/8 177/12 233/18
**EKG [1]** 120/10
**El [3]** 103/20 104/4 104/15
**ELDON [1]** 78/12
**election [1]** 209/20
**electrical [3]** 130/10 130/13 223/16
**electrician [1]** 117/2
**electromagnetic [1]** 202/9
**eliminated [1]** 148/10
**eliminates [1]** 147/17
**eliminating [1]** 148/6
**Eliquis [26]** 124/12 158/8 172/19
173/19 176/5 178/5 186/17 186/22
187/11 187/15 187/24 188/4 188/8
188/11 188/16 188/18 188/24 189/4
189/13 189/17 192/25 197/10
197/13 198/9 198/11 199/24
**else [5]** 93/8 117/7 119/15 125/3
209/6
**Emergency [1]** 208/4
**EMILY [1]** 79/5
**emit [1]** 202/8
**emphasized [1]** 204/13
**employ [1]** 196/9

**E**

**employed [2]** 143/8 195/10
**employees [3]** 175/9 218/15 247/11
**employers [1]** 204/6
**enable [1]** 188/3
**enabled [1]** 188/10
**end [6]** 94/13 140/19 203/6 203/15
206/14 212/16
**ended [1]** 193/25
**endoscopy [1]** 112/1
**endowed [1]** 216/4
**ends [1]** 141/17
**energy [2]** 78/23 199/6
**engaged [1]** 161/18
**enjoy [1]** 178/15
**enjoyable [1]** 178/12
**enough [6]** 84/25 87/9 98/24
103/23 164/20 238/19
**enrolled [1]** 197/17
**ensure [3]** 145/3 155/22 196/25
**entered [4]** 81/10 89/4 141/4
238/10
**entire [10]** 91/20 117/3 139/18
157/4 169/16 170/12 187/14 194/14
197/13 241/22
**entities [1]** 94/18
**entitled [3]** 115/22 177/2 252/8
**entry [1]** 173/4
**environment [1]** 168/3
**epidemic [1]** 210/18
**epidemiological [1]** 209/5
**epidemiology [7]** 208/18 208/20
208/23 209/3 211/21 212/8 216/21
**equal [1]** 95/15
**equals [2]** 95/16 157/23
**equity [1]** 220/11
**equivalent [1]** 157/21
**ER [2]** 106/13 111/7
**error [1]** 230/4
**Erythropoiesis [1]** 168/8
**ESA [1]** 168/9
**escape [1]** 242/12
**Eskovitz [1]** 79/9
**especially [2]** 115/18 206/13
**ESQ [8]** 78/16 78/19 78/23 79/2
79/5 79/9 79/13 79/18
**essence [1]** 209/23
**essentially [3]** 202/22 231/9 249/4
**established [1]** 153/22
**estimates [1]** 184/17
**et [1]** 78/9
**etc [1]** 184/16
**etexilate [1]** 183/13
**evaluate [2]** 126/2 209/2
**evaluated [1]** 211/22
**evaluating [1]** 246/18
**evaluation [1]** 145/13
**even [20]** 84/11 89/24 91/6 92/18
94/23 95/20 96/8 98/11 102/3
110/21 114/2 118/8 125/11 126/25
133/19 144/24 154/8 210/2 245/12
246/1

**event [10]** 111/17 112/9 112/21
113/3 113/3 199/11 234/3 241/3
244/11 244/18
**events [7]** 114/24 149/14 149/19
236/8 240/20 244/4 250/12
**eventually [2]** 120/14 130/21
**ever [5]** 89/12 90/24 90/25 112/21
115/19
**every [17]** 107/8 108/23 109/14
110/6 117/12 132/23 133/4 139/22
147/1 202/10 212/23 218/24 220/21
221/17 243/17 243/19 251/9
**everybody [4]** 87/3 118/9 170/8
226/20
**everyone [1]** 204/16
**Everyone's [1]** 198/12
**everything [10]** 101/11 101/12
104/6 192/11 196/25 205/7 211/2
220/17 220/20 238/24
**everywhere [1]** 82/20
**evidence [28]** 81/20 81/21 85/11
89/21 90/12 90/25 98/23 100/2
100/3 100/8 109/13 112/7 112/10
113/4 114/12 115/1 117/16 117/20
128/13 129/15 139/7 140/18 141/8
141/9 141/9 142/10 238/20 240/3
**exact [1]** 181/3
**exactly [11]** 126/10 136/13 139/21
184/24 184/24 208/10 213/23
244/24 245/23 248/3 249/7
**examination [12]** 120/11 124/19
124/21 142/2 143/2 156/6 193/8
217/18 234/18 235/18 236/2 236/14
**examine [1]** 235/11
**example [10]** 82/23 147/2 198/9
213/12 213/15 223/25 228/21 241/9
247/24 248/6
**exceeds [1]** 85/2
**excellent [2]** 113/9 137/20
**except [1]** 220/18
**exception [1]** 143/18
**exceptionally [1]** 195/17
**excited [1]** 169/17
**exciting [1]** 199/14
**exclusive [2]** 160/22 161/4
**exclusivity [2]** 167/10 167/13
**excuse [2]** 134/11 141/19
**executed [1]** 145/4
**executive [4]** 157/8 157/9 157/20
165/16
**exercise [1]** 195/9
**exhibit [18]** 147/15 150/4 150/8
150/13 152/7 154/11 159/20 170/16
181/1 205/1 205/12 227/3 227/8
227/9 231/2 240/1 240/2 246/24
**Exhibit 3261578 [1]** 246/24
**exist [1]** 180/4
**existence [1]** 231/10
**exists [2]** 86/12 245/23
**exited [3]** 141/1 238/7 251/19
**expect [3]** 81/21 141/9 151/11
**expected [3]** 142/17 168/13 239/23
**experience [3]** 180/2 204/9 211/1

**experienced [1]** 201/9
**experiences [1]** 204/20
**expert [14]** 123/21 142/20 214/7
216/19 216/21 217/6 217/8 217/12
220/5 220/8 233/22 233/23 235/2
235/4
**expertise [7]** 164/19 234/7 235/8
235/15 235/24 236/10 236/19
**experts [7]** 101/5 102/23 126/16
142/21 179/25 199/17 236/10
**expiration [2]** 160/8 160/19
**expired [1]** 162/7
**explain [26]** 82/15 84/18 84/24 90/2
92/8 93/21 100/6 100/11 100/13
116/14 118/3 120/24 130/8 148/12
202/1 205/25 208/20 213/23 221/11
228/5 231/20 231/23 239/8 241/14
241/15 245/23
**explaining [2]** 223/13 225/21
**explanation [3]** 112/11 112/16
113/6
**exposed [5]** 94/17 97/11 97/18 98/4
99/6
**exposure [13]** 95/15 95/16 95/19
95/20 96/4 97/19 97/21 97/24 98/1
98/1 102/1 177/15 246/12
**expression [1]** 202/18
**extent [2]** 233/21 240/3
**externally [4]** 146/24 190/20
190/23 191/25
**extremely [1]** 198/25
**eye [4]** 165/13 186/10 186/12
234/12

**F**

**face [1]** 167/9
**faces [1]** 158/1
**fact [16]** 103/11 123/23 125/11
151/19 158/25 159/5 164/15 184/15
184/21 185/17 186/1 188/12 188/14
188/14 221/1 246/20
**factor [8]** 132/2 134/13 134/13
134/18 136/6 148/2 169/20 175/25
**factor's [1]** 134/14
**factors [9]** 133/11 133/14 133/17
134/8 134/10 134/12 241/17 242/14
249/16
**facts [6]** 120/5 121/8 163/9 210/12
217/11 236/10
**factual [2]** 165/21 189/7
**faculty [3]** 212/2 212/2 216/6
**failed [1]** 82/12
**failure [2]** 132/1 234/5
**fair [1]** 184/5
**fairly [1]** 250/23
**fall [3]** 134/12 162/10 163/10
**falling [1]** 133/13 185/4
**FALLON [1]** 78/12
**false [1]** 117/11
**familiar [1]** 82/24
**familiarity [1]** 97/5
**family [9]** 105/12 113/15 117/5
120/3 193/19 193/23 193/23 201/6

**F**

family... [1] 212/23
fancy [3] 88/1 119/5 119/24
far [3] 108/15 147/7 220/3
Fargo [1] 183/12
fast [3] 130/14 135/9 147/8
fatal [3] 84/11 137/13 137/14
father [2] 193/20 203/14
fault [1] 118/5
favor [2] 228/17 228/25
FBI [2] 204/4 204/4
FCRR [4] 79/20 252/3 252/11 252/11
FDA [92] 91/11 91/12 91/14 91/21 92/1 92/3 92/5 92/9 92/11 92/12 92/15 92/18 92/22 93/23 94/6 94/6 94/7 96/21 100/17 100/23 101/1 101/4 101/5 102/15 102/23 116/18 122/15 122/17 122/23 125/18 136/12 139/4 139/8 139/13 139/13 147/9 178/23 180/17 184/16 196/25 200/2 201/24 202/1 202/3 202/12 202/17 202/24 203/8 204/9 204/14 204/16 204/18 204/20 204/21 206/20 207/13 207/22 208/7 209/10 209/24 210/8 211/1 211/8 215/6 215/19 216/19 218/7 218/8 218/9 220/16 220/17 221/1 221/5 221/6 221/7 222/7 222/17 222/18 222/23 223/5 223/9 224/16 225/4 225/7 225/11 225/23 229/11 229/17 231/13 232/23 234/10 239/12
FDA's [3] 93/23 97/1 218/9
FDA-approved [2] 92/11 136/12
feature [2] 153/17 189/19
features [1] 154/5
February [4] 108/6 108/10 110/18 113/11
federal [6] 201/21 213/21 225/16 225/21 226/2 230/21
feel [1] 130/14
feeling [2] 110/14 110/24
feels [1] 130/14
fell [1] 184/1
felt [3] 120/7 138/1 164/20
few [6] 103/17 117/3 117/24 178/17 196/18 215/2
fibrillation [36] 83/20 83/21 83/22 84/3 87/20 89/11 93/3 93/10 100/21 100/23 101/1 106/6 115/16 118/13 120/17 122/25 123/2 124/17 130/6 131/25 135/6 147/11 147/13 157/10 183/14 194/19 194/20 196/19 200/3 223/11 223/14 223/15 223/17 223/22 248/1 248/2
fiduciary [1] 215/13
field [13] 103/24 173/12 173/15 180/3 182/9 184/25 189/21 190/2 190/3 194/1 204/4 217/9 236/10
field-based [1] 182/9
fierce [4] 158/1 158/5 158/5 175/18
fifth [1] 235/12

figure [4] 122/12 131/22 153/25 184/24
file [11] 156/14 156/20 166/10 171/19 171/23 176/21 177/7 177/8 177/16 178/7 190/6
filed [2] 179/8 179/19
files [2] 166/24 177/19
fill [2] 241/22 242/18
filled [1] 218/3
final [1] 139/9
finally [2] 174/3 174/5
financial [9] 174/6 174/19 181/11 181/19 181/21 183/4 183/21 185/25 186/11
financials [1] 181/15
find [4] 89/1 111/23 141/23 197/1
finding [1] 178/23
fine [6] 84/24 135/21 146/18 194/11 205/13 237/7
finish [4] 105/3 237/5 237/9 250/20
finished [1] 104/25
finishing [1] 237/10
finite [1] 196/13
fires [1] 130/10
firm [2] 79/5 220/11
first [72] 86/19 91/7 91/25 92/10 95/12 100/10 103/16 106/17 106/20 114/22 117/9 117/22 131/1 131/10 131/25 135/19 139/11 141/10 144/11 145/6 151/6 154/13 154/25 155/22 157/9 157/19 159/16 159/23 160/4 162/22 167/3 169/20 172/2 172/11 172/16 172/18 172/22 173/10 173/23 173/25 174/8 174/18 174/24 175/1 175/21 175/25 176/5 177/2 177/25 179/7 180/12 182/5 182/6 183/11 184/6 184/13 187/11 191/20 192/9 193/23 194/7 201/8 203/25 206/2 211/12 213/12 219/15 222/9 230/6 233/20 242/8 244/8
first-choice [3] 154/13 154/25 155/22
first-in-class [1] 169/20
first-market-mover [2] 172/11 172/16
first-to-market [1] 175/21
fiscal [3] 159/1 159/13 164/16
fit [1] 95/13 96/4 153/25 202/16
fits [4] 87/2 95/12 135/2 135/14
five [11] 105/6 105/20 105/20 111/20 113/12 135/22 190/13 191/1 191/10 195/17 195/23
fix [1] 214/5
flip [1] 176/22
flooded [1] 196/12
Floor [2] 79/13 79/18
Florham [1] 141/13
Florida [1] 78/17
flow [3] 106/8 130/24 241/23
fluctuates [1] 148/15
focus [5] 121/12 121/17 140/12 185/7 201/13
focused [1] 197/17

fog [1] 237/20
folks [11] 115/13 119/25 124/9 124/21 125/13 126/13 126/17 127/15 179/9 179/25 186/3
follow [7] 81/22 107/9 107/20 107/25 108/25 109/4 109/19
follow-up [4] 107/25 108/25 109/4 109/19
followed [3] 109/16 138/2 141/16
following [12] 88/21 99/22 109/3 127/21 129/12 169/3 209/20 230/17 232/11 232/14 233/5 237/24
follows [4] 127/1 143/1 143/11 200/16
food [6] 91/20 201/25 203/4 209/9 210/10 210/10
foods [4] 133/20 201/15 202/4 212/16
forbidden [1] 128/17
force [10] 154/18 154/19 155/5 155/6 155/9 155/10 155/15 155/17 192/2 196/17
forcing [1] 214/16
forecast [1] 177/3
foregoing [1] 252/5
forgive [1] 231/12
form [9] 115/3 137/19 190/11 217/7 227/17 231/10 232/20 242/12 243/6
formed [1] 231/18
former [1] 91/19
forming [1] 242/12
forms [1] 241/20
forth [3] 182/11 217/15 218/8
fortunately [1] 104/6
forward [4] 114/15 147/8 168/19 200/14
found [8] 112/3 131/16 131/16 131/23 178/7 180/21 195/6 230/11
foundation [2] 94/1 104/20
four [3] 111/18 113/14 194/12
fourth [4] 79/3 165/4 206/8 235/5
frame [1] 163/14
Francisco [2] 212/6 212/7
Franklin [1] 214/20
frankly [1] 198/6
free [4] 155/25 156/3 175/13 176/22
Freeman [1] 79/17
frequency [8] 154/17 154/4 155/6 155/11 155/14 155/16 155/18 155/19
frequent [1] 243/11
frequently [1] 196/12
friends [1] 110/20
frightening [1] 115/16
front [7] 150/20 171/21 205/3 228/2 228/18 228/21 229/7
full [7] 140/3 173/25 190/15 200/17 204/4 224/21 249/14
fully [2] 148/19 155/9
fun [1] 118/1
function [1] 248/4
further [1] 94/9

**future [4]** 169/9 174/8 176/9 191/17

## G

**GA [1]** 171/5
**Gainsburg [1]** 78/22
**gap [1]** 178/13
**Gas [1]** 105/5
**gastrointestinal [4]** 99/24 132/15 137/7 245/8
**gate [1]** 179/7
**gate's [1]** 176/4
**gave [5]** 109/12 120/21 145/7 210/3 219/3
**Geiger [21]** 141/12 141/13 142/25 143/5 143/6 154/11 154/23 158/12 159/21 161/23 166/5 170/16 171/17 171/21 171/23 176/19 181/1 181/24 189/20 193/10 199/21
**Geiger 2 [1]** 181/1
**Geiger 36 [1]** 161/23
**general [7]** 157/6 181/4 192/12 225/16 225/16 225/25 231/13
**generally [3]** 156/19 192/19 242/23
**genes [2]** 249/18 249/19
**genetics [3]** 249/15 249/18 249/21
**gentlemen [6]** 114/21 140/11 141/6 238/1 238/3 238/12
**George [2]** 91/25 209/14
**GERALD [1]** 78/23
**get [61]** 81/13 82/2 82/7 83/15 84/15 88/9 88/10 90/8 90/15 91/8 91/10 94/16 99/3 110/25 121/15 122/20 129/3 131/21 133/2 153/4 161/21 173/2 173/10 173/23 174/17 176/5 179/6 184/3 184/16 184/22 185/5 188/18 195/14 195/23 198/13 199/16 200/13 203/11 205/7 206/22 207/13 210/4 210/6 214/9 216/4 216/5 216/12 220/9 223/16 224/18 225/10 226/24 237/4 237/11 237/15 242/19 245/17 248/8 249/1 251/6 251/10
**gets [8]** 96/17 97/14 97/17 97/22 110/24 195/16 221/15 239/10
**getting [8]** 85/2 97/4 97/9 97/10 141/22 172/19 179/1 185/25
**GI [8]** 110/7 111/14 112/5 112/12 112/20 113/6 136/25 137/3
**give [22]** 106/22 106/23 115/1 115/3 115/4 133/19 134/24 156/18 166/7 170/17 176/25 180/1 216/5 216/14 217/9 217/11 217/13 219/22 225/22 229/21 235/10 246/10
**given [21]** 81/21 83/19 102/9 105/13 106/17 106/21 109/10 109/23 110/1 110/2 111/16 111/18 121/20 145/11 156/15 156/16 177/11 196/15 198/8 241/8 248/7
**gives [3]** 107/3 136/24 199/10
**giving [4]** 109/6 152/7 165/6 216/15
**glad [3]** 171/7 228/3 233/16

**glancing [1]** 181/4
**glasses [1]** 228/4
**glean [1]** 224/3
**gleaned [2]** 146/13 158/17
**global [1]** 145/21
**go [70]** 84/1 88/8 89/1 97/8 103/15 105/9 108/20 109/17 110/20 110/21 111/3 111/7 111/10 111/10 112/2 117/16 117/20 121/15 128/20 165/2 165/4 165/13 167/8 169/15 172/2 176/22 176/24 181/1 181/12 182/5 188/18 191/25 194/2 194/25 202/24 204/7 213/14 213/14 213/17 216/4 217/25 221/6 222/4 224/17 224/23 227/24 230/18 231/23 232/2 234/20 235/18 236/13 237/23 238/3 238/4 239/19 240/15 244/2 247/15 247/18 247/24 248/5 248/5 250/19 251/8
**goal [3]** 154/12 154/24 197/4
**goes [25]** 94/9 94/15 97/23 101/19 106/12 106/12 107/7 107/12 110/22 124/10 130/13 135/7 148/18 151/11 152/16 169/11 204/4 222/11 225/14 228/21 239/16 239/17 239/18 245/7 245/8
**going [183]**
**gold [3]** 149/3 149/4 149/5
**golf [1]** 104/17
**good [35]** 82/1 82/17 82/23 97/4 98/21 103/6 105/11 112/13 113/9 114/21 120/23 121/4 123/17 124/20 135/24 164/25 176/23 180/8 185/14 186/4 193/12 200/25 226/25 237/5 241/21 241/25 242/15 242/20 242/24 242/25 243/2 243/6 245/14 248/3 250/18
**Google [1]** 215/13
**got [32]** 91/21 92/12 96/20 103/18 104/25 105/6 120/12 135/3 135/24 150/20 158/15 158/16 163/21 169/4 170/22 174/4 177/24 187/2 188/24 199/4 204/7 206/4 210/18 211/3 216/12 218/3 226/7 233/15 236/25 237/18 237/18 238/19
**gotten [2]** 128/3 192/5
**govern [1]** 239/10
**government [2]** 168/4 201/21
**governments [1]** 167/23
**graduate [1]** 205/20
**graduated [2]** 206/9 206/24
**graduation [1]** 216/16
**grail [2]** 224/11 228/10
**grandfather [1]** 193/21
**grandkids [1]** 105/14
**grandsons [1]** 105/14
**granted [1]** 179/23
**grateful [1]** 115/12
**gratifying [1]** 199/12
**great [6]** 126/23 157/6 158/6 161/21 211/3 223/18
**greatly [1]** 174/22

**green [4]** 133/23
**grew [3]** 103/10 103/12 193/20
**grounds [1]** 234/4
**group [5]** 141/14 143/24 153/15 182/12 189/25
**groups [2]** 125/16 208/23
**grow [1]** 193/16
**growing [1]** 193/19
**growth [2]** 157/11 157/23
**guard [1]** 105/20
**guess [7]** 85/14 139/11 165/1 201/5 207/11 212/15 220/4
**guide [2]** 224/19 228/3
**Gulf [1]** 105/5
**guns [2]** 202/6 202/8
**guys [3]** 176/17 184/12 186/1

## H

**had [105]** 84/4 87/20 89/6 89/12 91/7 95/11 99/4 100/22 102/5 102/8 103/2 104/1 104/9 104/20 105/11 110/4 110/7 110/10 110/15 112/21 113/2 113/3 115/15 115/16 115/17 115/17 117/17 120/16 121/20 123/1 124/7 124/22 124/22 131/1 131/2 131/5 131/6 131/10 131/10 131/11 131/17 131/19 131/19 131/24 132/1 132/3 135/19 135/22 135/23 136/25 138/1 138/4 138/11 142/2 144/16 145/14 145/17 146/11 147/1 147/2 147/20 147/22 149/13 149/21 154/5 154/18 155/5 155/9 157/6 158/17 158/20 161/11 161/14 165/13 174/24 177/15 179/2 179/15 180/6 185/14 185/17 186/3 186/11 186/14 186/14 186/17 187/18 194/4 195/2 197/14 197/15 197/23 199/2 201/6 202/7 203/20 206/11 211/2 211/6 211/24 213/23 214/2 218/18 236/19 243/20
**hadn't [1]** 180/6
**half [4]** 99/9 111/18 136/17 192/9
**hall [1]** 200/12
**hand [5]** 128/3 150/4 159/20 161/23 181/24
**handed [4]** 150/16 159/22 171/20 182/2
**handful [1]** 233/15
**handing [1]** 166/4
**handle [2]** 195/3 238/25
**hands [1]** 128/9
**handy [1]** 160/13
**happen [6]** 84/1 126/10 137/22 173/1 210/1 232/15
**happened [2]** 88/24 141/24
**happening [1]** 168/2
**happens [5]** 92/21 94/18 96/12 130/12 134/10
**happy [4]** 204/17 204/23 233/19 239/14
**hard [10]** 105/23 117/22 177/20 198/25 210/4 211/4 212/17 218/4 218/19 228/20

**hard-working [1]** 105/23
**harder [1]** 84/7
**hardworking [1]** 115/13
**harm [1]** 242/1
**Harvard [3]** 205/18 205/19 206/17
**has [73]** 85/24 89/12 93/24 96/5
109/4 109/8 110/19 110/21 111/6
112/19 112/21 115/14 117/2 118/15
119/5 119/8 122/15 123/14 124/10
125/11 125/22 127/17 131/25
137/15 137/20 138/13 138/23
141/20 142/13 151/19 151/20
151/20 151/23 153/17 154/12
154/12 154/23 154/23 158/25 159/5
159/9 159/16 160/22 170/11 171/17
175/20 176/8 177/25 178/3 178/3
195/22 198/3 199/7 199/15 202/3
210/11 214/20 221/13 221/15
221/17 224/6 225/4 225/8 225/24
226/7 227/17 228/15 231/10 231/13
232/20 243/15 246/23 247/12
**hasn't [1]** 113/3
**hat [2]** 216/13 216/13
**Hatch [1]** 203/22
**have [251]**
**haven't [4]** 185/21 198/22 233/23
233/24
**having [10]** 131/6 131/15 186/15
186/18 194/23 199/7 199/15 200/15
220/2 246/13
**haywire [1]** 130/13
**HB [1]** 79/21
**HB-406 [1]** 79/21
**he [249]**
**he'll [1]** 139/20
**he's [36]** 82/7 91/17 105/21 106/13
106/24 106/25 107/10 107/11
107/11 107/16 107/17 107/19
107/21 107/23 107/24 108/9 108/9
108/13 109/3 110/12 110/12 110/13
111/6 111/11 111/16 113/1 113/2
115/22 122/3 122/5 130/3 138/13
183/1 234/7 234/9 235/3
**head [11]** 91/19 92/1 106/11 130/24
139/13 167/16 175/14 184/16
198/22 198/22 245/15
**head-to-head [1]** 198/22
**headache [1]** 95/21
**headquartered [1]** 201/25
**headquarters [1]** 165/17
**heads [1]** 170/17
**heads-up [1]** 170/17
**health [15]** 125/15 125/18 168/3
193/22 193/25 201/16 201/17
201/19 201/20 203/21 207/19
207/22 211/17 211/20 212/19
**healthcare [3]** 79/8 143/24 169/22
**healthy [1]** 194/11
**hear [60]** 83/2 83/7 83/9 83/15 84/2
84/17 85/7 85/15 85/23 87/23 87/25
89/10 91/16 91/18 92/10 92/11

92/11 92/18 92/21 93/5 94/6 94/22
95/1 95/17 95/23 99/15 100/10
100/17 101/6 101/15 101/23 102/13
102/18 103/1 112/22 114/17 116/24
117/21 117/25 118/17 119/6 119/15
119/18 120/2 120/15 120/18 121/2
122/4 123/8 131/3 138/4 139/7
140/10 140/13 141/9 143/9 203/18
226/20 245/18 251/16
**heard [21]** 82/25 87/17 91/11
114/23 115/25 116/4 117/17 118/7
119/3 119/7 121/23 121/24 124/6
124/22 135/1 138/20 141/7 179/21
217/12 233/23 233/24
**hearing [3]** 142/23 203/23 203/25
**heart [18]** 83/23 83/23 83/24 83/25
106/5 106/8 106/11 108/5 109/2
117/2 120/12 130/9 130/10 130/15
130/17 130/24 132/1 170/1
**heartbeat [6]** 83/23 106/7 130/14
130/23 131/11 134/25
**held [8]** 127/21 129/12 143/16
201/20 202/20 203/23 233/5 237/24
**help [13]** 82/20 89/1 89/2 120/15
122/9 127/10 127/11 134/25 136/21
155/13 191/16 199/8 204/23
**helped [1]** 195/8
**helpful [16]** 99/17 99/22 100/4
100/9 100/14 215/16 225/21 230/17
232/11 232/13 232/13 233/21
234/22 236/7 240/19 240/24
**hematologist [3]** 84/19 84/21 234/8
**hematology [1]** 223/2
**Hemostatis [1]** 125/23
**her [18]** 103/18 104/16 104/16
117/4 117/5 117/6 117/6 117/9
117/13 124/23 128/9 129/2 136/18
136/21 136/21 166/20 166/20 199/8
**here [76]** 82/2 82/3 84/20 85/25
88/23 88/24 89/5 89/8 91/3 94/22
96/20 97/1 98/15 99/19 106/1 106/2
106/6 113/7 113/17 113/19 115/10
115/20 116/3 116/3 116/17 117/5
117/10 117/17 117/24 121/14 137/4
139/11 141/20 142/11 142/14
145/23 151/6 154/16 155/3 157/18
161/18 162/1 162/18 163/17 165/6
174/20 183/20 184/19 185/8 190/22
191/9 192/16 194/15 198/19 202/18
204/14 204/19 210/10 218/18 219/3
219/21 220/1 220/15 222/19 224/21
227/19 228/21 233/16 236/25
237/12 242/10 242/17 249/1 250/25
251/1 251/7
**here's [7]** 96/15 112/18 121/22
125/24 135/18 140/5 242/17
**hereby [1]** 252/5
**herself [2]** 117/2 126/25
**Hi [1]** 184/12
**hidden [2]** 125/3 136/2
**hide [1]** 238/23
**hierarchy [1]** 202/16
**high [25]** 85/1 85/7 85/16 85/12

86/16 86/23 87/10 87/11 89/25 91/2
91/5 95/3 95/19 96/7 102/5 102/12
103/13 104/5 105/1 105/2 131/20
138/10 197/19 197/20 198/3
**high-risk [3]** 197/19 197/20 198/3
**higher [15]** 83/12 96/15 97/20
98/17 98/25 99/7 137/10 137/12
137/15 138/14 197/22 249/25 250/1
250/5 250/13
**highest [8]** 154/17 155/4 155/11
155/13 155/16 155/18 155/19
197/16
**highlight [7]** 213/12 228/25 229/3
229/4 240/13 244/3 244/6
**highlighted [1]** 164/6
**highly [2]** 104/13 104/13
**him [35]** 102/4 104/9 106/14 106/22
106/23 107/3 107/4 109/6 109/10
109/13 120/12 120/15 120/19 122/4
122/9 122/12 122/12 131/17 131/24
134/24 135/21 137/22 139/25
182/13 214/7 217/8 226/22 227/17
235/19 236/3 237/1 237/5 237/6
237/9 237/10
**himself [1]** 131/24
**his [76]** 91/6 91/6 92/1 103/11
103/21 103/21 103/22 103/24
103/25 104/4 104/21 105/12 106/20
106/21 107/1 107/3 107/4 107/5
107/8 107/15 108/15 108/22 108/24
109/4 109/5 109/16 109/16 109/18
109/20 109/20 110/1 110/6 110/16
110/19 110/19 111/2 111/14 111/17
111/23 112/5 112/12 112/14 112/16
113/6 113/6 113/15 113/15 113/15
113/16 115/2 115/11 115/17 115/21
118/1 120/8 120/9 120/12 120/19
121/19 131/2 132/6 132/13 138/4
138/14 140/16 209/14 209/20 217/2
234/11 235/8 235/15 235/24 236/2
236/9 236/19 245/18
**history [4]** 115/14 148/22 148/25
202/13
**HIV [2]** 210/18 210/19
**hold [1]** 248/23
**holder [1]** 160/22
**hole [1]** 241/19
**holy [2]** 224/11 228/9
**home [8]** 107/3 107/7 110/20
110/22 113/15 199/2 199/4 251/10
**honest [1]** 157/5
**honestly [1]** 121/9
**honor [63]** 103/5 103/8 108/16
114/9 118/1 120/20 127/19 128/5
128/15 128/22 129/6 129/24 140/16
141/11 142/20 154/22 200/11
204/25 205/9 205/11 210/6 214/8
214/23 215/24 216/18 216/22 217/3
217/17 226/1 226/5 226/10 226/17
226/21 226/24 227/9 227/16 227/24
229/15 230/2 230/16 230/24 231/1
232/4 233/3 233/7 234/14 235/5
235/12 235/20 236/15 237/8 239/4

**honor... [11]** 240/2 242/3 242/5 245/14 245/20 246/22 247/2 247/3 249/13 250/16 250/22
**Honor's [1]** 115/2
**HONORABLE [1]** 78/12
**honorary [6]** 216/8 216/9 216/11 216/12 216/14 216/16
**honored [1]** 201/21
**honors [3]** 214/12 214/15 216/7
**hope [1]** 140/17
**Hopefully [2]** 96/23 96/24
**Hopkins [2]** 207/3 207/17
**horses [1]** 187/3
**hospital [36]** 103/24 106/13 106/14 106/18 106/21 106/22 106/25 106/25 107/1 107/7 107/9 110/6 110/7 110/21 111/7 111/10 111/21 113/11 113/12 120/13 131/17 138/3 138/3 203/3 206/20 207/3 207/24 207/25 207/25 208/1 208/4 208/7 208/9 208/12 208/13 209/7
**hospitals [4]** 113/23 117/4 182/11 196/7
**hour [5]** 87/9 99/9 105/20 219/12 219/13
**hours [4]** 101/22 203/9 219/25 220/3
**house [4]** 103/12 107/5 203/6 203/6
**how [81]** 82/11 82/16 83/13 84/11 84/18 86/4 86/5 86/20 89/14 93/18 93/18 96/2 96/9 96/19 97/6 98/13 99/1 100/8 109/24 109/25 119/14 120/1 120/2 123/14 125/11 133/7 133/18 133/19 135/7 135/8 135/19 137/21 139/21 143/8 148/16 153/1 153/13 153/25 161/8 165/13 170/12 174/22 177/20 181/12 181/12 193/10 193/11 195/14 196/16 198/24 199/7 202/24 209/1 209/2 209/3 209/4 211/21 212/17 215/15 215/22 215/22 217/25 219/8 219/12 219/12 219/14 219/24 220/3 222/5 224/1 225/23 233/1 239/8 241/15 242/2 243/11 245/9 245/11 245/23 247/13 250/8
**However [1]** 226/11
**huh [2]** 146/7 172/4
**humans [1]** 222/11
**hundreds [2]** 138/18 218/4
**husband [1]** 199/3
**hypertension [5]** 131/20 132/3 197/23 198/3 198/4

**I**

**I'd [4]** 156/13 240/2 246/22 251/7
**I'll [23]** 123/23 126/6 129/21 129/22 156/18 158/12 166/7 170/16 171/18 176/20 211/6 218/17 226/21 234/1 234/13 235/4 235/10 235/18 235/19 236/3 236/13 236/23 251/14
**I'm [67]** 82/3 82/5 82/9 82/15 91/8

91/13 108/16 116/2 146/2 117/24 118/16 127/9 129/8 136/2 142/21 143/23 144/5 146/4 147/19 148/18 150/11 152/7 153/4 156/16 160/13 162/22 165/5 166/4 166/14 168/16 171/5 176/21 176/22 178/8 181/4 181/14 181/24 182/16 182/19 184/8 184/23 190/7 191/23 192/6 199/13 199/19 199/20 201/14 201/14 203/6 204/17 210/24 220/11 223/21 224/20 224/21 228/3 233/10 233/16 233/19 234/20 237/1 237/7 237/20 239/14 245/15 248/17
**I've [29]** 96/20 140/18 143/13 156/14 156/15 156/16 156/16 159/22 161/23 161/24 161/24 164/6 166/4 171/20 177/19 182/2 194/15 201/6 201/14 204/7 207/9 207/12 214/2 214/2 214/3 214/23 215/12 233/15 250/16
**I-O-N-S-Y-S [1]** 168/17
**idea [4]** 91/7 128/16 148/6 180/2
**identified [10]** 91/4 145/17 146/11 146/20 147/16 147/20 152/24 234/24 249/19 249/19
**identify [20]** 83/12 85/6 85/12 85/21 86/10 86/15 86/23 89/25 90/6 91/2 95/3 98/6 99/1 99/20 99/21 102/12 111/13 114/4 232/7 232/10
**identifying [8]** 99/23 127/3 232/12 232/14 234/22 236/7 240/20 240/24
**II [1]** 153/5
**iii [5]** 153/5 153/6 153/7 153/14 230/13
**illness [2]** 210/22 210/22
**imagine [3]** 204/8 206/11 219/18
**immediately [2]** 83/7 120/10
**impact [5]** 114/6 151/20 183/23 233/1 240/18
**impacted [1]** 176/8
**impacts [1]** 194/20
**implement [1]** 225/19
**implemented [1]** 155/8
**implications [7]** 182/24 183/8 183/15 183/23 184/20 185/3 186/1
**importance [2]** 88/19 109/20
**important [56]** 86/22 87/14 87/15 87/15 88/17 89/16 90/16 93/12 95/1 95/21 96/10 96/10 96/15 98/9 104/18 108/7 114/24 114/24 115/3 115/8 115/10 118/25 121/4 123/13 125/7 146/15 154/10 161/8 162/20 163/18 164/12 164/16 165/14 166/21 170/12 173/9 173/21 174/23 179/13 179/17 188/9 188/10 188/12 188/12 188/14 189/8 189/9 189/19 193/23 210/17 222/17 228/12 228/20 229/9 231/19 245/4
**importantly [5]** 127/11 131/23 140/4 140/7 174/5
**improper [2]** 129/7 129/23
**improvement [1]** 180/5
**improving [1]** 96/19

**inappropriate [2]** 198/16 198/20
**inc [2]** 79/9 79/16
**incident [1]** 115/16
**incidents [2]** 243/16 244/9
**include [4]** 95/8 156/2 196/25 241/16
**included [5]** 190/1 227/20 230/22 230/23 232/15
**includes [3]** 122/19 173/19 228/3
**including [6]** 115/15 126/3 168/9 172/19 191/4 218/7
**income [1]** 220/13
**inconsistent [1]** 86/24
**incorporated [1]** 233/15
**increase [6]** 84/10 98/1 132/9 132/14 137/8 197/24
**increased [9]** 101/20 102/1 131/6 136/10 136/20 137/16 157/24 191/4 234/23
**increases [1]** 223/17
**independent [2]** 125/9 125/20
**index [3]** 228/14 228/15 239/21
**indicate [1]** 107/18
**indicated [1]** 163/18
**indicates [1]** 155/15
**indication [16]** 147/1 147/2 147/7 147/9 147/12 154/3 173/3 176/13 178/1 184/17 185/20 200/9 222/21 223/3 223/4 247/24
**indications [13]** 146/25 146/25 172/13 173/13 173/16 174/9 174/11 176/9 196/24 222/18 222/20 229/1
**individual [7]** 122/13 132/21 133/20 144/7 149/8 199/22 208/22
**individuals [2]** 148/23 149/13
**industry [3]** 156/5 210/15 211/13
**infection [1]** 208/25
**info [1]** 160/13
**inform [2]** 82/13 224/22
**informal [1]** 101/9
**information [55]** 91/7 92/6 93/16 93/19 94/12 94/14 94/16 94/17 95/8 98/10 99/3 99/11 100/4 100/6 100/14 102/10 107/15 115/4 118/3 122/9 122/11 128/18 136/11 137/13 137/13 137/18 139/20 140/9 140/10 145/20 146/13 146/15 154/10 158/17 193/12 195/25 196/9 196/13 197/5 221/22 224/1 224/2 224/4 224/22 224/25 228/10 228/21 229/12 229/18 230/16 230/18 231/14 239/23 240/15 243/21
**Ingelheim's [4]** 183/7 183/13 184/2 185/5
**inhibit [3]** 136/8 243/1 243/5
**inhibiter [1]** 169/20
**inhibiting [1]** 136/6
**inhibitor [1]** 175/25
**initial [6]** 150/24 151/15 152/9 153/12 173/3 223/3
**initially [3]** 172/24 174/12 222/10
**initiation [1]** 122/7

**I**

injured [4]  83/4 83/16 103/3 127/12
injuries [1]  216/24
injury [3]  83/13 241/19 242/11
INR [4]  148/10 148/17 149/7 195/9
insert [2]  224/24 225/1
inside [3]  102/18 215/21 242/9
insights [1]  184/13
Institute [1]  214/19
instruct [1]  82/12
instructed [2]  107/17 109/14
instruction [2]  121/18 121/21
instructions [7]  99/8 103/2 137/23
 138/2 176/25 231/15 232/24
instrumental [2]  151/25 152/7
insurance [1]  105/6
intended [1]  180/10
intends [1]  203/7
intense [1]  175/18
intensified [1]  219/16
intensive [2]  111/21 113/12
intents [1]  247/19
interact [1]  134/1
interacting [1]  134/21
interaction [1]  133/21
interchangeably [1]  149/6
interested [2]  193/22 207/17
interests [1]  193/19
internal [16]  112/5 112/8 113/20
 130/4 145/20 145/25 146/10 146/16
 146/17 146/19 147/16 175/6 175/7
 175/8 192/2 211/17
internalized [1]  174/22
internally [2]  147/22 158/17
international [1]  148/18
internists [1]  212/3
internship [2]  206/25 207/4
interpret [1]  184/24
interpreting [1]  184/23
interview [7]  145/8 145/9 149/13
 158/13 164/21 165/2 180/24
interviewed [4]  145/18 146/12
 147/21 149/24
interviews [1]  204/5
intolerance [1]  195/1
introduce [1]  226/25
introduced [4]  142/10 181/13
 205/14 227/5
introducing [2]  201/3 205/10
intuitive [1]  181/20
Invega [1]  168/13
invented [1]  88/25
inventing [1]  118/21
investigation [1]  210/14
investigations [1]  211/12
invite [1]  197/5
invited [2]  216/4 216/12
inviting [1]  171/6
involve [1]  112/16
involved [3]  81/13 156/9 156/23
involves [1]  148/12
involving [1]  153/14

**Ionsys [3]**  168/14 168/15 168/16
irregular [6]  83/23 106/7 130/23
 131/11 131/16 134/25
is [510]
isn't [4]  95/21 119/13 139/11 154/3
issue [9]  109/8 109/21 125/11
 219/3 223/17 225/9 229/11 229/17
 249/24
issues [6]  115/7 131/24 207/22
 218/12 221/16 238/18
it [500]
it's [208]
its [15]  92/9 92/12 92/13 92/15
 164/3 165/13 172/18 174/18 176/4
 199/15 217/14 223/24 224/1 224/12
 226/6
itself [5]  81/14 100/17 186/15
 186/18 224/8

**J**

J's [4]  171/8 180/25 181/6 186/10
Jackson [1]  251/3
Janssen [38]  78/8 79/16 79/16
 82/11 83/17 88/23 89/5 89/5 89/6
 89/8 102/22 112/12 113/18 138/24
 140/20 141/13 143/7 143/8 143/13
 143/14 143/16 143/25 150/2 150/9
 154/1 156/24 157/2 159/10 164/23
 167/1 177/10 217/22 218/15 219/4
 221/10 221/25 222/2 246/8
Janssen's [3]  102/24 141/16
 153/20
January [17]  106/3 106/4 106/12
 106/19 106/21 106/22 107/10
 107/11 107/19 107/21 107/24 108/1
 108/4 120/7 144/21 170/19 170/20
January 13th [1]  107/21
January 2014 [1]  106/3
January 7th [1]  120/7
JEFFCOTT [1]  79/5
Jersey [1]  141/13
job [22]  103/21 103/21 103/24
 103/25 105/22 118/2 118/3 123/17
 145/9 156/24 158/15 158/16 161/22
 164/21 167/1 196/24 198/24 200/6
 200/7 211/2 211/6 214/2
Jodi [4]  79/20 252/3 252/11 252/11
Johnny [4]  103/7 103/10 105/3
 105/23
Johnny Boudreaux [1]  103/10
Johns [1]  207/3
Johnson [43]  116/25 123/9 131/3
 136/14 136/15 150/20 151/16
 151/16 152/9 152/24 152/24 153/11
 153/12 161/1 161/1 161/8 161/9
 161/12 161/12 161/14 161/14
 164/12 164/12 164/23 164/23
 165/12 165/12 165/24 165/24 166/2
 166/2 171/1 171/1 171/12 181/6
 181/10 181/10 183/16 183/23
 183/23 194/13 194/13 251/4
Johnson's [4]  150/20 152/9 171/12
 183/16

**Ionsys-related [1]**  194/13
joined [1]  903/14
jointly [1]  169/21
Joseph [1]  78/8
journal [6]  125/22 125/23 127/18
 214/1 247/9 247/10
journals [1]  213/8
Jr [1]  78/8
judge [5]  78/12 83/18 140/12
 202/25 237/3
judges [1]  203/4
jump [2]  212/9 214/13
June [4]  145/18 162/8 162/16 164/4
June 2008 [1]  162/16
June 20th of [1]  164/4
Junior [1]  105/2
juries [1]  230/21
jurisdiction [3]  142/5 142/6 202/8
jurisdictions [1]  91/22
jurors [3]  237/11 237/18 237/18
jury [30]  78/11 81/10 81/12 114/10
 114/14 128/25 129/14 141/1 141/4
 143/9 193/18 194/16 201/1 201/4
 201/22 207/14 209/4 217/4 217/14
 226/14 227/6 227/24 238/3 238/7
 238/10 245/18 246/7 250/25 251/13
 251/19
just [114]  85/16 90/9 96/12 97/6
 98/5 98/14 98/20 99/1 101/9 107/17
 108/24 108/25 109/2 110/11 114/9
 114/19 115/25 117/10 119/24 120/4
 122/15 122/20 122/22 123/23 124/8
 124/12 125/4 125/19 125/22 127/15
 128/25 129/23 130/20 130/22 131/6
 134/12 142/3 142/10 142/13 147/6
 147/8 148/25 150/16 152/22 153/3
 153/6 154/22 156/18 160/6 163/7
 164/2 170/17 173/14 177/1 180/1
 190/2 196/16 198/1 198/6 198/16
 201/3 204/11 204/16 208/25 212/13
 213/12 213/15 213/25 215/2 215/15
 215/24 216/11 216/22 217/13
 217/20 218/14 218/17 219/6 220/7
 220/15 223/5 223/6 223/13 223/13
 223/21 226/2 228/5 228/17 228/25
 237/13 237/15 237/20 237/21
 238/24 239/8 240/7 240/11 241/14
 241/14 241/24 243/14 243/18 244/6
 244/20 245/23 247/20 247/24 248/3
 248/5 248/5 248/12 248/18 248/21
 249/19

**K**

K-E-S-S-L-E-R [1]  200/20
keep [6]  82/20 94/21 100/1 117/23
 209/18 251/11
Ken [5]  182/13 182/13 182/15
 182/17 182/22
Kennedy [2]  203/21 225/15
Kenner [2]  111/11 111/11
Kenneth [1]  106/14
kept [2]  117/18 123/3
Kessler [30]  91/16 91/19 92/4 92/8

## K

**Kessler... [26]** 93/21 100/6 100/11 139/10 200/12 200/13 200/15 200/19 200/25 201/2 202/1 204/25 205/3 208/17 215/2 216/19 216/23 217/20 227/12 227/16 227/25 229/17 239/8 240/11 246/23 247/17
**key [18]** 153/17 154/7 159/17 161/14 161/19 167/10 167/14 172/12 174/20 188/2 189/2 189/3 189/16 190/13 190/19 191/1 191/10 193/6
**kidney [1]** 248/3
**kidneys [1]** 135/9
**kids [2]** 193/20 199/2
**kill [1]** 137/15
**kind [13]** 130/13 131/22 133/9 172/21 204/3 211/2 211/7 211/22 212/22 220/14 231/9 240/15 241/6
**kindly [3]** 208/20 240/13 244/17
**kinds [9]** 123/6 123/13 125/14 133/20 136/23 204/6 211/23 214/23 220/16
**knew [15]** 98/7 109/6 114/1 116/1 121/4 131/1 131/10 132/8 136/12 136/12 139/20 174/23 179/19 181/9 203/22
**know [112]** 83/1 83/5 83/7 83/12 85/9 85/20 86/9 86/11 87/18 88/10 90/22 96/12 96/12 98/5 98/1 98/24 99/1 103/25 107/25 115/21 117/19 117/21 118/2 118/19 118/24 119/8 119/10 120/8 120/22 121/22 121/25 122/14 123/22 125/15 126/10 126/18 129/3 130/12 130/21 132/11 132/14 133/17 133/18 133/21 136/7 137/18 140/16 144/22 145/10 147/2 147/4 150/3 155/14 162/7 163/5 163/7 163/23 164/1 164/19 166/2 166/15 166/16 171/2 174/22 174/24 176/23 179/17 179/17 180/10 180/13 180/20 181/3 190/1 190/1 190/3 190/22 191/19 191/22 192/16 193/21 193/23 196/12 199/16 201/9 202/18 202/19 202/25 210/4 210/9 210/9 210/10 211/3 211/5 211/21 214/18 214/20 215/19 218/1 218/22 221/18 228/14 228/21 232/17 243/22 245/6 247/7 249/12 249/14 249/14 250/17 251/1 251/3
**knowing [2]** 121/25 140/8
**knowledge [6]** 94/11 94/23 94/25 217/5 235/16 249/17
**known [1]** 148/17
**knows [9]** 83/11 93/6 101/18 102/7 109/24 127/25 140/7 140/8 203/1
**Kraft [1]** 178/22
**Kupperman [1]** 79/17

## L

**lab [2]** 88/9 206/3
**label [95]** 86/3 90/20 93/16 93/22

93/24 93/25 94/1 94/4 94/8 94/12 94/21 94/25 95/7 98/10 98/12 99/3 99/18 100/7 100/9 100/15 102/9 122/16 122/17 122/18 123/5 126/13 132/23 135/1 136/3 136/4 136/12 136/23 137/1 137/4 137/9 137/13 139/10 139/14 139/15 139/17 139/18 140/3 140/6 140/14 189/14 189/15 196/19 197/1 198/12 224/7 224/11 224/11 224/14 224/17 224/20 224/21 224/23 225/2 225/5 225/7 225/13 227/1 227/1 227/12 228/6 228/7 228/8 228/13 228/15 228/16 228/19 229/9 229/12 229/19 229/24 230/18 230/19 230/23 232/8 232/9 234/25 239/9 239/11 239/13 239/17 239/19 239/25 240/3 240/11 240/23 243/21 244/1 250/8 250/11
**label's [1]** 94/13
**labeling [4]** 92/7 210/13 216/20 224/25
**labels [4]** 93/15 218/7 224/15 231/15
**laboratory [15]** 86/6 99/14 99/17 99/22 229/12 229/19 230/16 232/6 232/11 232/13 233/20 234/22 239/19 240/19 240/25
**lack [1]** 196/15
**ladies [6]** 114/21 140/10 141/5 238/1 238/3 238/11
**LaFourche [2]** 105/7 105/15
**Lambert [1]** 79/5
**land [1]** 211/14
**language [19]** 136/5 148/5 225/20 226/2 226/23 230/3 230/5 230/8 230/9 230/11 230/25 231/6 231/7 231/9 232/5 239/6 239/9 239/19 250/7
**large [5]** 113/8 151/23 153/8 206/21 220/10
**larger [2]** 178/14 222/13
**largest [2]** 157/11 157/20
**Larry [1]** 183/12
**last [18]** 101/22 105/18 125/22 129/1 173/25 174/4 192/11 192/12 195/17 196/18 201/14 201/17 202/3 206/16 219/17 227/3 236/5 236/15
**later [11]** 104/19 104/24 106/24 107/20 128/15 131/10 135/22 138/1 183/15 184/17 222/15
**latter [1]** 129/17
**launch [20]** 155/8 158/22 165/6 165/9 165/13 168/14 176/9 176/11 177/25 179/14 179/16 180/21 180/25 181/7 181/11 181/12 185/18 186/11 186/12 194/9
**launched [7]** 161/7 185/14 185/17 186/3 187/12 187/15 187/15
**law [14]** 120/23 205/23 206/4 206/7 206/9 206/11 206/14 206/16 206/17 207/16 209/8 209/9 238/18 238/20
**lawsuit [1]** 113/18
**lawyers [12]** 81/21 112/12 112/13

118/1 118/2 120/6 141/8 141/16 141/17 141/18 238/13 238/23
**layer [1]** 242/14
**layman's [1]** 148/14
**lead [1]** 178/16
**leader [1]** 101/17
**leaders [1]** 182/9
**leadership [7]** 144/20 165/8 165/12 174/12 181/6 181/10 186/10
**leading [1]** 207/14
**learn [1]** 149/13
**learned [7]** 146/1 149/16 149/25 198/25 202/7 207/24 247/10
**learning [1]** 117/22
**least [4]** 146/10 149/18 186/5 210/22
**leave [8]** 144/22 175/12 194/4 194/5 194/6 206/5 211/8 251/13
**leaves [1]** 110/9
**lecture [1]** 216/15
**lectured [1]** 211/20
**lectures [1]** 216/4
**lectureships [1]** 216/2
**left [7]** 97/12 110/5 110/10 194/8 194/9 204/16 210/20
**legal [4]** 140/12 225/24 233/22 235/1
**Leissinger [6]** 84/18 84/19 100/11 126/22 129/25 138/14
**lengthy [1]** 250/23
**less [5]** 98/13 134/8 161/15 195/19 197/2
**let [21]** 90/2 98/11 106/1 121/14 141/19 141/20 144/8 150/4 159/20 161/23 176/22 219/6 219/6 227/5 227/5 235/18 235/19 236/13 246/9 247/6 248/15
**let's [24]** 93/14 93/14 108/20 110/11 114/17 120/5 125/16 129/2 133/7 140/22 140/23 142/23 154/11 171/17 190/25 200/10 200/13 214/9 245/17 247/18 247/18 247/24 248/5 248/5
**Levaquin [2]** 163/25 164/3
**level [3]** 149/7 236/6 249/6
**levels [8]** 176/9 235/7 235/14 235/21 248/7 248/16 248/16 249/11
**Levin [2]** 78/16
**LIABILITY [1]** 78/6
**Liaison [1]** 78/16
**license [1]** 89/14
**licensed [4]** 207/5 207/7 207/8 207/9
**licenses [1]** 207/10
**life [11]** 84/9 105/7 105/15 113/6 113/16 114/24 115/13 117/9 174/13 201/19 213/20
**life's [1]** 201/13
**life-threatening [2]** 113/6 213/20
**lights [1]** 82/21
**like [58]** 83/15 84/6 84/8 88/19 89/11 90/5 93/3 98/11 103/25 111/24 114/4 117/6 117/12 118/2

**like...** [44] 119/1 120/7 122/15 122/20 124/13 130/20 132/15 133/13 134/14 156/13 163/17 165/20 165/21 173/11 177/18 177/23 180/8 180/11 181/1 182/25 189/1 194/1 198/2 199/14 203/18 204/20 205/22 211/5 213/3 215/7 216/6 217/13 220/8 220/21 226/1 226/10 226/23 227/18 228/19 230/2 230/8 233/13 240/2 246/22
**likely** [7] 123/16 136/7 145/22 149/18 164/18 172/22 177/16
**likes** [2] 118/1 139/23
**likewise** [2] 214/14
**limited** [2] 116/9 196/3
**line** [3] 84/24 184/9 201/8
**list** [2] 190/3 213/14
**listed** [2] 107/16 178/1
**listened** [2] 109/15 251/2
**listening** [1] 100/3
**listing** [1] 168/21
**lists** [1] 190/12
**literally** [1] 120/1
**literature** [3] 125/10 218/12 246/21
**litigation** [4] 78/6 220/12 236/12 236/22
**little** [36] 82/6 82/8 90/2 91/9 91/11 103/8 105/24 108/3 124/2 138/10 143/13 143/20 143/21 153/4 156/17 176/10 193/12 193/18 201/3 201/5 201/22 203/20 205/25 207/14 210/11 212/9 222/11 224/7 226/19 241/15 241/19 241/19 242/11 242/11 248/23 248/24
**live** [2] 103/11 207/8
**lived** [1] 159/5
**liver** [3] 133/10 133/14 134/1
**lives** [1] 82/20
**living** [2] 112/9 221/16
**LLC** [2] 79/17 79/17
**LLP** [3] 79/2 79/9 79/12
**local** [2] 101/16 103/17
**located** [6] 156/14 156/20 166/9 171/19 176/21 177/7
**Lockport** [4] 103/11 103/13 104/22 105/2
**logical** [1] 174/25
**long** [12] 85/21 97/6 105/18 119/10 143/8 219/14 219/24 225/8 225/11 226/6 237/12 251/11
**long-standing** [2] 225/8 225/11
**longer** [7] 97/9 97/9 97/9 97/23 102/1 144/18 201/8
**look** [34] 83/7 90/10 96/20 112/2 114/15 125/21 131/4 131/9 132/2 138/9 154/11 158/21 158/24 159/8 159/16 159/23 161/24 161/25 164/6 167/3 177/1 177/21 192/10 197/13 199/19 217/22 218/24 228/22 243/13 243/14 243/14 248/6 248/21 251/15

**looked** [9] 131/24 218/6 218/7 218/8 218/9 218/10 218/11 225/24 233/24
**looking** [17] 89/17 100/2 153/24 163/22 168/19 170/10 170/20 171/4 176/3 182/19 182/19 182/20 190/21 195/7 198/23 205/16 228/5
**looks** [8] 125/18 162/18 163/17 173/11 177/23 182/25 205/22 213/3
**Loretta** [9] 103/7 103/16 104/15 104/23 104/25 105/12 105/16 105/23 111/1
**lose** [1] 81/14
**losing** [3] 163/19 164/11 167/19
**loss** [5] 111/6 163/15 167/9 167/13 167/13
**lost** [4] 162/15 163/5 164/3 175/20
**lot** [46] 85/14 85/15 91/22 92/10 94/15 96/24 97/3 99/16 115/15 117/21 118/7 118/11 118/14 119/13 119/16 133/23 158/6 166/8 166/18 168/20 170/11 173/11 173/12 173/13 173/14 173/15 173/15 173/16 197/3 198/5 198/6 198/25 210/5 210/15 210/20 210/20 211/5 212/3 213/21 218/1 218/1 219/9 220/12 221/18 222/3 229/9
**lots** [1] 138/20
**louder** [1] 226/21
**Louis** [1] 79/3
**LOUISIANA** [9] 78/2 78/8 78/24 79/6 79/19 79/22 103/11 142/5 252/5
**low** [4] 124/2 149/14 197/15 197/20
**lower** [3] 198/1 249/6 250/13
**lower-risk** [1] 198/1
**lowest** [2] 97/21 207/19
**lunch** [1] 82/1

**M**
**ma'am** [2] 166/4 171/20
**made** [15] 89/7 94/7 99/7 113/24 114/11 121/6 133/12 140/15 142/15 151/19 162/20 163/10 198/25 203/10 230/4
**Magazine** [1] 79/6
**magenta** [1] 178/14
**mail** [25] 159/22 159/23 159/23 160/7 166/8 166/9 166/11 170/8 170/18 170/25 171/4 171/22 171/24 182/2 182/5 182/13 182/20 182/20 182/23 183/1 184/6 184/6 184/9 185/24 189/21
**mailbox** [1] 171/3
**mailed** [1] 107/3
**main** [2] 79/14 146/23
**maintain** [3] 94/10 94/23 174/5
**maintained** [1] 174/12
**maintaining** [1] 179/22
**major** [22] 99/24 100/18 112/20 182/24 183/8 183/15 183/23 184/20 185/2 202/20 220/22 224/21 241/10 241/11 241/12 241/13 243/11

**make** [34] 83/17 84/7 90/18 95/22 103/25 104/9 115/2 118/1 118/3 118/16 122/11 124/9 125/1 130/15 131/11 134/8 140/16 142/11 142/11 144/7 153/25 156/17 161/4 180/15 180/18 182/19 195/23 199/16 204/16 228/20 233/16 233/19 238/18 238/22
**makes** [9] 86/5 110/3 120/22 122/14 130/10 134/20 139/24 167/21 225/9
**making** [5] 84/9 128/7 133/3 155/21 164/12
**man** [2] 87/5 104/13
**manage** [1] 198/7
**managed** [1] 195/6
**management** [3] 180/25 181/4 206/21
**mandate** [1] 92/18
**mandated** [1] 192/5
**manufacturers** [2] 231/14 232/24
**many** [20] 98/15 98/24 99/6 109/24 109/25 114/23 125/7 131/19 138/23 138/24 138/25 157/18 174/21 194/1 196/5 196/7 199/1 219/8 220/3 220/25
**March** [3] 163/5 163/10 214/21
**Margaret** [2] 170/19 171/5
**mark** [3] 159/20 170/16 171/17
**marked** [3] 158/12 166/4 181/24
**market** [46] 89/2 94/15 119/20 122/17 124/5 138/20 138/22 139/1 145/24 146/6 151/9 151/13 151/20 152/1 152/25 153/21 153/25 154/2 154/5 154/14 155/1 161/2 170/23 172/11 172/16 172/18 173/10 173/17 173/23 174/8 174/12 174/18 174/24 175/18 175/21 178/1 179/1 180/12 181/11 181/13 184/22 186/15 186/18 186/22 191/17 221/6
**marketed** [2] 123/5 161/23
**marketer** [2] 190/1 198/24
**marketers** [1] 145/21
**marketing** [34] 86/24 91/14 141/15 143/17 143/20 143/23 144/19 145/16 145/21 146/2 146/10 146/17 146/19 146/23 147/16 147/22 150/15 150/18 150/24 151/16 151/25 152/5 152/5 152/9 152/16 153/12 153/18 154/8 154/12 154/24 155/12 188/2 190/4 191/24
**marketing-related** [1] 146/2
**marketplace** [2] 86/21 161/5
**marking** [2] 176/19 189/20
**married** [2] 104/25 201/10
**Maryland** [1] 207/11
**Masri** [1] 112/5
**Masri's** [1] 112/8
**massive** [1] 91/21
**master** [2] 94/1 225/5
**match** [1] 152/4
**materials** [4] 146/14 200/7 219/3

Case 2:14-md-02592-EEF-MBN Document 135/36 Filed 05/10/...

**materials...** [1] 231/17
**maternity** [1] 194/5
**math** [1] 109/22
**matter** [6] 132/25 138/7 164/15 216/25 219/14 252/8
**matters** [1] 109/22
**may** [37] 81/12 81/25 87/17 88/22 89/17 90/18 93/4 102/17 114/19 124/2 129/18 129/18 133/24 144/18 144/24 177/14 180/1 182/23 183/8 183/15 183/22 184/2 184/22 185/5 194/22 200/12 200/21 217/6 217/6 217/16 228/1 231/12 233/3 247/2 247/15 249/25 251/8
**maybe** [13] 110/20 124/6 145/21 195/18 195/23 197/5 197/23 198/3 213/12 241/24 245/17 248/12 251/7
**McNeil** [3] 89/4 89/5 150/5
**MD** [1] 78/7
**me** [52] 90/2 106/1 121/14 134/11 141/19 141/19 141/20 144/8 146/17 150/4 152/8 155/13 157/20 157/23 159/20 161/23 163/7 170/17 171/6 171/21 174/20 176/17 176/23 176/25 177/9 179/12 186/5 192/5 199/8 203/22 203/22 205/25 207/21 209/23 214/16 219/6 219/6 220/2 224/15 227/2 228/17 228/25 229/20 231/12 231/20 238/21 242/6 246/9 248/8 248/15 248/23 250/5 250/12
**me and** [1] 152/8
**mean** [29] 88/4 90/22 110/4 124/7 129/2 155/11 155/13 155/14 155/20 162/22 164/1 168/1 173/24 209/24 213/24 218/23 221/13 222/3 222/24 224/7 224/12 225/24 231/19 232/7 239/12 242/25 248/9 249/18 250/4
**meaning** [3] 126/1 136/7 173/16
**meaningful** [2] 122/8 214/22
**means** [11] 88/4 92/12 119/16 119/17 119/21 123/15 135/20 158/5 172/17 213/25 217/9
**meant** [1] 194/16
**measure** [1] 135/6
**measured** [1] 149/15
**measurement** [2] 97/7 248/6
**measurements** [5] 246/9 246/11 247/12 247/14 249/1
**measuring** [3] 85/17 97/6 236/6
**meat** [1] 220/18
**mechanical** [1] 79/24
**med** [3] 205/23 206/17 207/16
**Medal** [2] 214/19 214/23
**medical** [41] 84/21 85/20 109/9 109/15 112/7 112/15 113/9 113/13 115/14 118/15 119/5 119/8 125/14 131/9 131/19 136/16 138/9 144/22 198/15 202/4 205/17 205/19 206/2 206/3 206/6 206/8 206/10 206/11 206/24 207/25 208/18 211/1 211/15 211/16 211/20 212/2 213/7 215/5

**medically** [2] 122/1 201/16
**medication** [13] 127/12 130/19 132/9 134/24 138/7 138/23 140/8 155/22 199/14 199/23 199/24 224/19 228/3
**medications** [9] 107/16 115/15 131/21 132/4 132/4 132/4 156/4 196/9 198/11 200/2
**medicine** [15] 95/22 108/23 109/5 109/6 109/20 120/22 120/24 130/4 192/2 207/5 208/14 211/17 211/19 214/19 232/18
**medicines** [4] 111/2 112/15 112/22 113/1
**medium** [1] 197/20
**meds** [1] 198/5
**meet** [7] 154/17 155/4 155/10 174/19 179/15 196/4 216/5
**meeting** [2] 171/7 194/8
**member** [2] 165/16 215/16
**members** [6] 81/11 129/14 143/9 217/4 230/20 250/25
**mentioned** [11] 81/15 81/19 141/8 141/21 147/6 147/8 162/25 164/2 164/18 208/6 209/13
**mentions** [1] 140/6
**Meridian** [1] 79/13
**message** [24] 147/16 147/22 166/21 188/9 189/2 190/13 190/23 191/6 191/7 191/8 191/9 191/11 191/11 191/12 191/25 192/3 192/8 192/12 192/14 192/18 192/19 192/22 192/24 196/21
**messages** [16] 145/17 145/19 145/24 146/2 146/10 146/17 146/19 154/8 188/2 190/12 190/13 190/19 190/21 191/2 193/6 196/16
**messaging** [2] 146/4 147/5
**met** [4] 103/16 120/13 154/5 240/16
**metabolism** [1] 249/15
**metabolize** [1] 245/9
**methods** [1] 209/5
**Meunier** [2] 78/22 78/23
**mg** [4] 135/11 135/14 135/20 135/23
**Michael** [3] 182/8 182/9 182/15
**Michael's** [2] 182/17 182/22
**microphone** [1] 226/19
**might** [9] 145/10 168/16 177/18 186/1 198/1 198/2 226/25 234/16 245/14
**miles** [6] 237/18 237/19 237/19 251/3 251/4 251/5
**million** [1] 194/21
**millions** [1] 218/23
**mimic** [1] 83/1
**mind** [6] 100/1 196/1 199/11 201/3 204/24 223/13
**Mine** [1] 203/20
**minimize** [1] 82/14
**minute** [7] 110/12 114/19 117/15 131/5 140/23 238/2 241/24

**minutes** [7] 103/4 137/21 195/23 202/6 250/19 250/20 250/21
**misinterpret** [1] 126/8
**misinterpretations** [1] 126/4
**misplaced** [1] 129/23
**Missile** [1] 104/4
**Missouri** [1] 79/3
**mistake** [1] 203/10
**model** [1] 196/11
**moderate** [3] 96/8 197/19 198/2
**moderate-risk** [1] 198/2
**modified** [1] 231/7
**molecule** [1] 88/25
**moment** [4] 115/20 175/14 187/14 208/10
**Monday** [2] 110/22 110/24
**money** [1] 161/4
**monitor** [3] 119/12 139/24 221/15
**monitored** [3] 86/6 149/15 181/15
**monitoring** [33] 89/15 89/18 89/20 89/23 89/23 90/5 90/9 90/13 124/10 134/2 134/22 147/18 147/24 148/1 148/6 148/7 148/10 148/17 148/21 149/22 150/1 152/18 152/21 152/25 153/17 153/19 154/3 188/17 188/22 189/1 191/16 193/3 232/6
**monitors** [1] 221/15
**Montgomery** [1] 78/20
**month** [8] 88/8 88/9 144/20 160/6 160/7 161/25 183/15 207/21
**months** [6] 100/20 122/22 176/1 194/10 194/12 211/11
**more** [62] 82/8 84/9 94/16 94/16 94/16 94/17 96/11 97/11 97/13 97/13 97/13 97/18 97/18 97/19 97/23 98/1 98/5 101/9 101/18 109/24 111/7 111/8 111/12 123/15 126/20 127/11 131/23 133/4 134/9 136/7 136/7 143/20 148/14 172/22 178/12 180/18 184/12 185/7 185/12 186/6 195/16 195/16 195/18 197/6 197/11 198/7 202/12 210/5 212/20 215/2 215/24 221/18 224/17 225/17 238/25 247/21 248/23 248/24 249/14 249/24 250/1 250/5
**morning** [20] 82/3 93/15 103/19 106/18 106/19 106/20 106/22 107/7 107/8 110/6 110/24 111/2 111/16 114/23 119/4 124/22 140/19 237/6 251/1 251/14
**most** [28] 82/23 84/8 86/21 87/14 93/7 97/19 101/6 115/3 115/9 124/13 124/25 132/16 132/19 140/4 140/6 167/4 174/5 178/11 184/17 204/6 205/8 221/22 221/22 228/12 229/10 229/23 241/3 241/24
**mostly** [1] 116/8
**mother** [3] 116/25 124/22 224/15
**motion** [1] 142/16
**motions** [2] 142/15 233/14
**mouthful** [1] 118/18
**mouths** [1] 245/7
**move** [5] 93/14 129/6 207/9 212/4

**M**

move... [1] 220/14
moved [2] 207/24 212/5
mover [2] 172/11 172/16
Mr [1] 121/2
Mr. [76] 82/4 82/6 83/15 84/3 89/11
91/4 93/3 103/3 103/7 103/24 104/8
104/21 105/3 105/16 106/3 106/17
107/4 107/6 108/15 108/22 108/22
109/1 109/13 109/15 109/19 109/22
110/4 110/10 111/19 112/4 112/8
112/19 113/7 113/10 113/18 113/20
113/22 113/25 114/5 115/10 115/11
115/12 115/14 115/19 116/4 120/7
121/2 121/18 122/2 123/1 131/2
131/4 131/13 131/18 132/1 132/5
132/6 133/1 134/24 135/3 135/18
135/25 136/25 137/19 137/21
138/15 140/9 141/16 141/17 159/23
159/24 160/16 171/25 185/9 216/24
251/4
Mr. and [1] 115/10
Mr. Barr [2] 113/22 116/4
Mr. Birchfield [1] 82/6
Mr. Boudreaux [52] 82/4 83/15
84/3 89/11 91/4 93/3 103/3 104/21
105/16 106/3 106/17 107/4 107/6
108/15 108/22 108/22 109/1 109/13
109/15 109/19 109/22 110/4 110/10
111/19 112/19 113/7 113/10 113/18
113/25 114/5 115/11 115/12 115/14
115/19 120/7 121/2 122/2 123/1
131/2 131/13 131/18 132/1 132/5
132/6 133/1 134/24 135/3 135/25
136/25 137/19 137/21 140/9
Mr. Boudreaux's [12] 103/24 104/8
112/4 112/8 113/20 121/18 131/4
135/18 138/15 141/16 141/17
216/24
Mr. Johnny [2] 103/7 105/3
Mr. Ripley [1] 251/4
Mr. Shah [5] 159/23 159/24 160/16
171/25 185/9
Mrs. [2] 115/10 115/12
Mrs. Boudreaux [2] 115/10 115/12
Ms. [14] 103/16 104/15 104/23
104/25 111/1 141/13 143/6 154/11
154/23 178/22 193/10 199/21 251/3
251/4
Ms. Geiger [6] 141/13 143/6 154/11
154/23 193/10 199/21
Ms. Jackson [1] 251/3
Ms. Johnson [1] 251/4
Ms. Kraft [1] 178/22
Ms. Loretta [5] 103/16 104/15
104/23 104/25 111/1
much [29] 85/1 86/5 96/2 98/13
118/17 119/25 120/18 135/7 137/15
138/19 140/21 144/21 148/16
177/20 184/1 185/4 196/11 208/4
216/14 219/12 219/12 229/15 239/1
245/10 245/11 247/13 249/6 250/15

251/17
Mullins [1] 79/12
multiple [8] 91/22 112/7 131/21
135/3 179/17 189/5 189/5 195/23
must [9] 99/20 99/21 100/6 165/21
174/7 231/14 232/6 232/10 232/10
my [65] 82/2 82/9 103/7 132/14
144/17 145/4 145/9 145/9 146/1
155/19 164/10 164/19 167/4 171/3
176/25 184/13 185/7 186/5 190/10
190/23 192/9 193/20 193/21 193/25
194/7 196/24 199/3 199/7 200/7
201/6 201/9 203/2 203/23 204/10
205/7 205/18 206/6 206/7 206/15
206/16 207/4 207/4 207/16 207/18
207/21 208/11 211/12 213/10 220/4
220/9 224/15 225/14 228/3 229/17
231/21 235/7 235/22 236/2 239/15
240/19 242/5 250/5 250/13 250/13
252/6
myriad [1] 154/6

**N**

name [11] 82/2 118/15 119/5 119/8
143/4 150/20 183/5 200/17 201/1
224/23 244/5
named [1] 116/24
names [1] 119/2
NAPharma [1] 189/22
narrow [1] 173/4
national [4] 145/1 145/2 192/4
214/18
nature [1] 222/5
Nauman [3] 177/13 179/12 186/3
nearly [1] 111/18
necessarily [2] 153/3 177/11
need [27] 83/13 95/24 102/11 115/2
115/5 133/15 134/22 147/17 147/23
148/6 148/10 148/23 151/23 152/3
152/17 152/21 157/18 158/7 189/10
190/14 194/17 194/22 195/5 195/19
229/14 240/15 241/25
needed [11] 82/16 86/21 87/14
88/14 91/10 104/2 104/10 104/11
104/11 106/15 179/14
needs [13] 90/4 111/10 111/10
122/7 153/3 153/20 154/1 154/4
154/6 228/11 230/22 230/23 232/15
negatively [1] 176/8
neighbors [1] 204/5
neither [2] 238/22
Nelson [1] 79/12
neoplastin [1] 236/6
never [6] 101/8 112/3 113/2 117/9
126/24 152/6
new [21] 78/8 78/24 79/6 79/19
79/22 84/20 88/17 119/17 141/13
158/7 169/11 172/21 177/14 180/3
187/2 193/15 194/21 207/11 209/25
212/24 213/16
news [3] 182/25 183/1 183/11
newsletters [1] 158/20
next [39] 98/14 103/19 106/18

1/06/20 107/7 107/10 110/22 111/16
111/20 124/5 128/2 135/21 158/25
159/9 161/11 167/9 168/23 168/23
169/2 169/4 169/5 174/10 175/17
175/20 176/25 177/5 178/15 184/9
184/9 200/10 200/11 203/7 211/14
212/4 213/14 214/20 236/5 248/12
250/22
nice [6] 203/23 203/25 206/20
209/21 214/21 216/7
Nicholls [4] 103/14 104/23 104/24
104/25
night [9] 103/15 103/15 111/12
111/15 199/3 199/3 202/5 227/3
251/14
nine [3] 144/20 194/10 208/1
nine-month [1] 144/20
no [97] 78/7 78/9 83/10 86/2 86/7
86/12 87/14 88/5 90/25 91/7 92/20
96/16 96/8 113/4 115/10 116/9
116/16 116/16 116/17 116/18
116/18 119/19 123/2 124/7 124/10
125/3 127/15 132/10 132/25 135/1
136/11 144/18 145/21 146/5 148/1
148/6 149/16 150/1 150/3 152/24
153/17 153/19 154/3 161/1 162/9
163/7 163/9 164/5 164/5 165/23
169/5 170/24 177/1 178/8 180/2
180/8 187/22 188/16 188/21 189/1
189/10 189/11 189/12 189/13
190/12 191/2 191/15 193/2 193/3
196/5 198/12 201/8 201/9 203/11
205/1 205/11 210/1 210/9 215/7
216/9 216/13 217/3 222/24 223/6
226/8 227/3 229/6 229/7 231/1
234/5 237/2 240/13 242/6 242/6
245/4 247/3 248/18
No. [1] 227/10
No. 1 [1] 227/10
NOACs [6] 119/16 119/23 120/4
122/6 123/10 126/2
nobody [1] 115/18
nobody's [1] 142/15
noise [1] 83/1
nominate [1] 203/8
nominated [1] 203/13
non [1] 173/25
non-full [1] 173/25
none [4] 86/12 98/10 142/23 180/4
noninferior [2] 88/3 88/3
nonvalvular [1] 200/3
normal [6] 86/10 130/9 170/25
177/9 190/8 190/8
normalized [1] 148/19
normally [1] 130/16
not [97] 81/20 84/25 85/9 87/10
88/15 88/21 89/10 89/12 89/15
89/22 89/22 89/24 90/3 90/4 90/5
90/24 91/5 92/9 92/14 92/15 93/23
94/13 94/25 95/13 95/15 96/1 96/4
96/4 96/10 96/19 97/24 98/11 98/14
98/18 98/23 99/10 101/17 102/13
102/13 108/15 111/2 112/14 113/2

Case 2:14-md-02592-EEF-MBN Document 5436 Filed 05/10/17 Page 197 of 211

**N**

**not...** [126] 114/3 115/6 115/7 115/20 115/20 115/22 116/5 116/19 116/21 117/19 119/9 120/1 121/4 123/12 123/16 123/22 124/8 124/18 124/18 124/20 125/4 126/12 126/12 126/14 127/5 127/7 127/17 127/17 127/17 128/2 128/6 128/11 128/12 128/13 128/17 129/2 129/15 129/16 129/19 129/23 130/22 133/24 134/21 135/1 135/2 135/14 135/16 136/2 136/19 136/21 137/1 139/8 141/8 142/6 142/12 142/21 146/4 146/25 147/19 147/23 149/22 150/11 152/4 153/4 153/6 153/13 157/11 164/1 164/19 168/16 169/5 170/22 171/11 171/12 174/17 175/11 177/11 177/17 180/10 181/10 185/17 186/9 186/9 186/10 187/8 187/16 187/21 188/20 188/25 189/14 189/15 190/2 190/3 190/7 191/23 192/6 192/7 194/22 194/23 195/2 195/19 196/5 199/2 203/25 204/6 204/13 204/17 207/10 210/22 214/2 215/13 216/23 218/4 221/25 223/6 223/18 226/14 233/22 234/7 235/2 236/10 238/13 239/1 240/5 243/8 250/22

**notation** [1] 167/20
**note** [4] 81/14 109/9 109/11 109/11
**note-taking** [1] 81/14
**notebooks** [1] 81/12
**noted** [2] 108/1 108/1
**notes** [2] 107/22 178/9
**nothing** [4] 117/12 125/8 125/23 246/2
**notice** [1] 238/12
**noticed** [1] 110/16
**noting** [1] 162/11
**novel** [5] 119/16 119/17 119/20 134/5 175/21
**November** [2] 100/25 147/8
**November 2011** [1] 147/8
**now** [86] 82/19 83/7 83/17 83/22 84/6 84/17 84/21 85/11 86/14 87/15 87/25 88/22 89/17 90/18 91/8 91/16 92/4 92/8 92/9 92/25 93/14 93/21 95/9 95/21 95/24 98/10 98/14 98/18 98/23 99/13 99/13 100/8 101/15 102/7 102/11 102/17 103/11 104/14 105/3 105/20 105/22 106/1 108/9 110/11 112/19 113/2 113/2 114/17 116/7 117/20 120/18 121/14 124/25 128/20 129/3 136/14 136/23 138/17 138/18 139/7 140/8 141/9 141/11 141/14 159/8 160/13 160/22 172/2 175/24 176/19 176/9 180/23 185/21 185/22 202/24 205/16 205/22 207/13 212/7 220/14 223/9 224/14 238/5 241/2 241/21 242/22
**nowhere** [1] 102/8
**nuances** [2] 155/19 196/23

---

**nuclear** [1] 130/4
**number** [27] 109/10 109/21 110/9 115/21 115/21 126/9 138/15 138/19 158/17 159/21 163/19 171/18 186/11 201/17 204/3 209/9 213/7 215/3 216/16 222/10 222/19 227/8 229/21 246/9 247/14 248/9 248/25
**numbered** [1] 252/8
**numbers** [1] 131/4
**numeral** [1] 134/14
**numerical** [1] 151/2
**numerous** [2] 113/13 214/11
**nurse** [5] 107/3 120/9 131/15 137/20 137/20
**Nutrition** [1] 210/12
**NW** [1] 79/10

---

**O**

**oath** [2] 101/11 121/11
**obesity** [2] 201/16 212/17
**object** [4] 226/13 233/21 240/5 240/5
**objection** [26] 108/16 108/17 205/10 205/11 226/4 226/5 226/8 227/4 231/1 233/3 234/1 234/4 234/6 234/13 235/1 235/2 235/4 235/7 235/15 235/22 236/9 236/19 236/21 236/24 242/7 247/3
**objections** [1] 233/15
**objective** [1] 155/21
**obligated** [1] 94/10
**obligation** [1] 94/20
**observation** [1] 129/17
**observations** [2] 138/21 142/11
**observed** [1] 243/11
**obviously** [9] 124/19 163/21 215/18 220/1 222/25 228/20 228/24 229/8 245/7
**occasion** [1] 108/4
**occasionally** [1] 210/1
**occasions** [2] 110/16 135/4
**occur** [2] 137/24 223/20
**occurred** [1] 150/1
**Ochsner** [4] 106/5 111/8 111/11 111/11
**Ochsner-Kenner** [2] 111/11 111/11
**October** [10] 89/3 123/4 141/14 144/2 144/9 144/10 144/16 150/9 177/3 177/13
**October 1st** [1] 150/9
**October 2** [1] 177/3
**October 2015** [1] 141/14
**off** [25] 84/9 84/14 85/3 102/6 103/19 104/7 105/21 130/14 130/24 152/10 159/17 160/25 161/15 161/19 162/11 162/19 162/24 163/20 163/24 164/11 193/24 211/10 211/11 232/4 237/22
**off-patent** [2] 159/17 161/19
**offense** [1] 216/13
**offer** [3] 112/16 197/6 240/2
**office** [13] 107/12 107/13 107/15 107/21 107/22 109/17 109/18 111/1

---

/11/3 11/4 158/23 202/3 208/11 /11/3 129/11 128/3 203/2
**offices** [3] 156/4 196/6 196/12
**Official** [3] 79/20 252/3 252/12
**often** [4] 122/22 125/14 149/3 149/5
**Oftentimes** [1] 142/8
**oh** [5] 166/3 170/20 176/25 189/9 225/14
**oil** [1] 220/20
**okay** [98] 81/11 81/11 86/8 98/18 99/10 103/4 108/21 118/10 127/20 128/2 128/21 129/9 129/14 141/5 141/19 142/22 142/23 144/3 144/8 144/11 144/24 145/6 145/16 146/8 146/16 146/19 147/20 148/1 149/2 149/21 150/10 150/14 151/11 153/7 155/7 156/21 157/19 158/11 158/21 158/23 159/20 162/2 162/13 162/14 163/2 164/2 166/1 166/6 167/3 169/8 169/10 170/20 171/4 171/20 172/9 172/25 173/25 174/4 174/16 175/17 177/1 177/21 177/22 178/9 178/10 179/10 179/19 179/22 182/1 182/16 182/21 183/1 183/11 183/20 184/1 184/5 185/2 185/9 185/21 188/7 189/20 192/7 192/18 193/13 194/13 200/10 204/15 230/20 231/3 233/23 235/3 238/11 239/3 244/7 247/4 247/6 250/24 251/20
**old** [4] 87/4 87/5 103/23 106/3
**older** [2] 197/12 223/16
**once** [29] 87/7 87/8 87/11 88/8 88/8 94/13 94/15 108/1 123/20 123/20 124/3 124/11 124/13 138/21 146/20 146/22 147/3 154/2 172/12 187/25 188/8 188/9 189/2 189/8 189/17 191/3 191/12 191/22 192/19
**once-a-day** [8] 87/7 87/11 123/20 124/3 146/20 154/2 188/9 189/2
**once-a-month** [1] 88/8
**once-daily** [9] 147/3 172/12 188/8 189/8 189/17 191/3 191/12 191/22 192/19
**one** [110] 82/24 87/2 89/7 89/9 89/24 90/6 90/11 90/16 92/8 95/11 95/11 95/12 96/4 98/14 105/1 106/10 109/9 109/11 113/21 113/24 115/10 115/10 115/20 116/9 118/6 118/7 124/5 124/13 125/3 132/18 132/23 132/25 133/22 133/22 134/13 134/18 135/2 135/14 136/24 137/4 139/3 146/16 146/19 154/22 155/19 162/19 162/23 163/11 163/13 163/23 171/14 172/22 174/21 178/16 179/6 180/11 182/9 185/2 186/21 187/23 187/23 188/2 189/9 189/16 191/9 193/6 196/21 198/1 198/17 202/5 202/12 202/14 202/14 202/20 202/19 202/20 202/24 203/2 204/11 207/20 208/25 210/19 212/15 212/20 213/12 213/15 213/19 215/14 223/3 224/9 224/16 226/7 226/18 227/2 227/20

**Q**

one... [15] 228/17 229/13 230/12
232/2 232/3 232/3 237/18 237/19
237/19 241/24 246/10 246/10 248/6
249/4 249/13
one-time [4] 89/24 90/6 90/11
90/16
ones [6] 119/17 163/13 211/4 225/4
229/10 241/11
ongoing [1] 138/25
only [25] 89/22 102/22 112/20
112/20 117/3 123/20 127/17 127/17
134/18 135/13 148/11 174/17
181/10 186/9 186/10 186/10 189/5
194/7 197/1 202/14 202/14 214/2
225/8 233/15 246/25
open [4] 129/13 176/4 179/7 237/25
opening [11] 81/16 81/16 81/17
81/19 82/5 128/3 128/11 129/14
129/19 141/7 141/21
operate [1] 134/18
operates [3] 133/2 134/1 134/17
operation [1] 91/21
opinion [32] 127/4 217/7 217/10
217/13 217/14 231/21 232/25 233/2
233/16 233/20 234/2 234/15 234/17
234/21 235/1 235/2 235/6 235/13
235/21 235/23 235/24 236/2 236/6
236/11 236/16 239/15 240/17
240/19 244/14 244/17 245/18 249/8
opinions [8] 127/2 216/24 219/5
231/18 233/11 233/14 236/21
245/18
opportunity [11] 156/18 157/11
157/21 157/21 157/24 157/25
161/10 161/22 166/7 210/3 235/10
opposing [1] 204/25
optimal [3] 155/6 155/23 156/3
option [3] 149/22 199/8 199/9
options [7] 120/4 124/15 148/3
158/6 158/7 179/18 195/7
oral [4] 119/17 119/20 169/20
175/25
orally [1] 244/21
orals [1] 175/21
orange [2] 164/6 218/3
order [12] 81/6 88/13 127/24 128/1
156/17 173/4 174/18 179/6 180/18
209/5 228/11 242/1
ordered [1] 120/10
orders [1] 109/16
organization [5] 91/21 143/25
144/23 146/5 166/20
organizations [1] 206/22
organized [1] 104/13
Orleans [6] 78/8 78/24 79/6 79/19
79/22 84/20
ORS [1] 176/8
Ortho [3] 89/4 89/5 150/5
Ortho-McNeil [3] 89/4 89/5 150/5
orthopedic [4] 173/3 176/11 176/13
194/9

**other [64]** 87/7 93/4 93/12 94/18
94/18 102/15 112/15 112/22 115/7
115/7 117/14 119/1 119/19 120/13
120/16 121/5 122/6 122/14 123/10
124/8 124/8 125/7 127/11 127/15
128/4 131/4 131/19 131/24 132/17
134/2 134/21 137/12 140/1 142/22
148/3 149/11 161/1 161/1 163/23
164/23 167/23 168/4 175/11 180/5
186/2 186/17 186/25 196/8 197/7
197/12 198/5 198/6 198/21 199/10
199/12 203/6 207/9 214/1 217/11
217/15 220/7 224/23 229/9 237/19
others [7] 83/12 98/5 99/1 123/9
134/18 155/18 207/23
otherwise [1] 88/15
our [58] 82/5 82/20 98/23 100/1
101/5 102/23 103/6 108/17 114/12
114/15 116/19 116/21 118/2 118/3
118/5 120/25 122/16 122/21 124/20
125/9 128/3 135/10 146/25 155/17
167/5 168/20 169/11 169/12 170/11
178/11 178/16 179/9 182/9 186/6
190/14 192/14 195/21 195/22
197/17 200/7 200/9 201/15 201/15
201/15 202/4 202/4 202/4 212/18
220/17 220/20 233/14 238/12
242/15 245/7 245/8 245/12 249/14
249/17
ours [1] 124/13
out [42] 99/3 105/9 108/7 110/25
114/8 119/18 119/19 122/12 122/17
124/1 124/3 124/5 124/9 124/11
128/3 131/16 131/22 131/23 138/21
140/5 141/23 146/14 153/25 172/22
176/5 180/12 180/21 184/24 185/25
190/23 200/12 207/9 213/5 214/1
217/20 222/24 225/16 227/17
230/15 237/13 240/11 244/11
outbreak [1] 208/24
outside [8] 126/18 126/19 126/21
128/16 146/4 199/8 234/6 234/12
over [38] 83/6 91/22 96/9 101/21
101/22 101/22 110/10 110/22
111/20 112/19 112/20 117/25
117/25 123/18 124/21 135/11
135/19 135/20 135/23 136/16 137/5
137/21 143/13 151/19 166/14 167/9
180/5 195/16 201/14 201/17 202/8
202/13 219/16 220/19 223/7 231/10
233/25 248/5
over-the-counter [1] 220/19
overburdening [1] 238/13
Overeating [1] 212/16
overrule [4] 234/1 234/13 235/4
236/23
overseeing [2] 112/4 202/4
overview [3] 151/7 171/6 177/3
own [17] 92/9 92/12 92/13 92/15
92/23 94/23 95/4 95/5 95/6 96/22
97/1 97/25 100/13 102/24 126/16
132/23 194/16

**P**

P.O [1] 78/20
package [2] 224/24 224/25
packaged [1] 210/10
packing [1] 104/6
page [21] 80/2 145/6 147/19 150/12
150/20 151/6 157/8 172/2 175/2
176/22 176/23 177/2 177/5 177/21
182/6 212/10 213/15 214/13 214/20
218/25 224/9
pages [6] 156/16 218/5 218/23
219/8 219/9 224/11
paid [2] 207/21 219/10
Papantonio [1] 78/16
paper [4] 175/10 175/15 224/18
227/17
papers [1] 218/3
paragraph [16] 151/6 167/3 167/8
168/19 168/23 169/2 169/3 169/8
169/15 170/12 172/3 174/1 174/23
178/15 183/11 191/9
parents [2] 117/5 117/6
Park [1] 141/13
part [27] 87/7 87/13 87/14 95/1
96/16 113/8 124/25 129/17 138/8
143/24 144/12 147/5 149/14 150/1
151/15 151/25 154/7 155/12 155/21
156/24 176/15 181/14 189/25
191/20 192/14 202/11 216/16
particular [8] 116/13 133/25 135/25
136/20 138/15 148/22 174/23
229/20
parties [2] 141/22 210/2
partner [1] 89/1
parts [2] 226/3 228/19
Paso [3] 103/21 104/4 104/15
past [1] 144/2
patent [22] 159/17 160/8 160/19
160/22 160/25 161/15 161/19
161/19 162/7 162/11 162/15 162/15
162/20 162/24 163/5 163/15 163/15
163/20 163/24 164/4 164/11 167/14
patents [1] 167/19
Pathway [1] 213/13
patience [1] 140/21
patient [36] 84/16 85/9 89/11 89/12
95/20 95/20 122/9 132/21 136/21
195/19 197/8 197/13 198/1 198/2
198/3 198/7 198/8 199/22 208/22
224/17 228/3 236/7 236/17 236/18
243/17 243/17 243/18 243/20
244/10 244/11 244/12 247/23
248/19 249/4 249/5 250/12
patient's [10] 96/3 99/22 148/16
149/7 230/17 232/11 232/14 236/8
240/21 246/1
patient-year [1] 243/17
patient-years [6] 243/17 243/20
244/10 244/11 244/12 250/12
patients [79] 85/21 86/10 93/9
96/11 114/4 114/5 117/7 123/10
126/2 126/16 126/18 127/3 127/9

**patients...** [66] 130/6 132/13
132/18 136/16 136/18 137/19
138/19 139/12 139/24 147/13
149/15 149/17 149/20 158/7 183/14
188/12 191/4 194/21 194/21 194/22
194/23 195/5 195/18 195/20 196/2
197/15 197/17 197/19 197/21
197/22 198/9 198/10 199/9 200/3
208/3 217/24 222/10 223/10 223/22
224/2 224/4 224/12 224/22 225/7
225/13 228/8 228/11 232/17 234/23
235/7 235/22 236/7 236/20 240/20
240/25 243/12 243/19 244/5 244/25
245/10 245/24 246/12 247/14 248/1
248/3 249/11
**pay** [2] 90/9 229/10
**payers** [3] 167/23 168/4 182/11
**pays** [1] 104/14
**PC** [1] 190/10
**peace** [1] 199/11
**pediatrician** [3] 201/14 234/7
235/16
**pediatrics** [6] 207/3 208/5 208/18
211/16 212/8 235/9
**peer** [9] 127/18 213/7 213/24
213/25 214/3 214/3 214/5 218/12
246/19
**peer-review** [1] 214/5
**peer-reviewed** [7] 127/18 213/7
213/24 213/25 214/3 218/12 246/19
**Pensacola** [1] 78/17
**people** [77] 82/14 82/20 82/22
82/23 83/3 83/4 83/11 83/13 83/15
83/19 83/21 85/6 85/12 86/15 86/23
87/18 87/19 88/2 88/6 89/25 89/25
90/7 91/2 92/10 92/11 93/3 93/3
93/11 94/16 94/17 95/3 95/13 96/4
96/14 97/19 97/20 98/3 98/4 98/6
98/15 98/16 98/24 99/1 99/6 101/1
102/12 105/24 116/7 117/12 118/20
124/7 124/17 124/19 125/8 125/16
125/20 126/19 130/14 135/7 137/2
138/6 138/21 138/24 166/18 173/11
173/12 173/15 184/25 185/21
196/13 210/21 214/5 221/1 221/24
222/22 228/18 249/24
**people's** [2] 98/2 135/8
**per** [4] 200/9 244/10 244/11 250/12
**percent** [27] 84/4 87/24 97/16
98/16 98/24 99/6 131/6 137/2 137/8
137/9 137/16 162/17 163/16 184/1
185/4 246/12 246/14 246/16 246/16
248/11 248/13 248/14 248/15
248/16 248/20 248/20 250/8
**percentage** [1] 250/9
**perfect** [1] 110/3
**perform** [1] 85/8
**performance** [2] 198/12 198/24
**perhaps** [2] 124/25 174/5
**period** [13] 87/10 87/11 109/5
112/21 144/20 162/10 162/25

163/11 163/24 169/6 169/9 196/13
226/7
**periods** [1] 156/11
**permission** [1] 103/18
**person** [9] 96/6 96/6 101/18 102/4
103/22 109/12 142/7 203/9 211/25
**personal** [2] 199/1 249/15
**personally** [4] 161/7 181/17 181/18
199/7
**personnel** [4] 103/22 104/1 104/10
203/7
**pertains** [1] 150/23
**pertinent** [1] 146/14
**pharma** [3] 79/9 159/1 159/13
**pharmaceutical** [12] 92/16 164/17
167/16 169/16 170/9 170/9 180/3
196/8 199/14 215/5 215/8 215/20
**pharmaceuticals** [4] 79/8 79/16
165/19 167/5
**Pharmacokinetics** [1] 247/10
**pharmacology** [2] 136/3 211/22
**pharmacy** [1] 224/18
**Phase** [5] 153/5 153/5 153/6 153/7
153/14
**Phase II** [1] 153/5
**Phase III** [4] 153/5 153/6 153/7
153/14
**phases** [1] 222/12
**phone** [2] 203/5 208/10
**phrase** [1] 158/14
**physician** [9] 193/21 193/21 195/24
196/11 196/14 196/15 197/5 199/21
236/17
**physicians** [16] 154/17 155/4
155/10 155/13 155/18 155/19
188/13 195/11 195/15 195/18 196/1
196/4 196/10 196/22 199/16 200/8
**physicians'** [1] 156/3
**pick** [6] 124/21 124/23 124/24
133/6 137/11 137/17
**picked** [8] 124/23 133/1 133/1
139/23 145/22 161/21 164/18
164/25
**piece** [7] 93/16 175/9 175/15 189/9
197/5 202/6 224/18
**piles** [1] 218/2
**pill** [16] 87/3 87/4 87/6 87/8 95/15
95/21 96/1 96/2 98/4 106/20 106/21
133/19 224/7 244/21 244/25 246/1
**pills** [5] 109/22 110/4 110/8 110/9
110/9
**pipeline** [6] 161/9 162/20 163/19
169/12 171/8 171/12
**pitch** [1] 213/1
**pivotal** [1] 222/13
**place** [5] 104/1 104/4 201/9 217/15
231/13
**placed** [2] 104/5 205/3
**places** [1] 207/11
**plaintiff** [1] 81/16
**Plaintiff's** [3] 204/25 227/3 246/24
**plaintiffs** [9] 81/23 82/10 115/25
120/19 123/17 125/1 126/6 136/1

137/2
**plaintiffs'** [7] 78/15 121/23 124/6
126/16 126/19 200/11 231/2
**plan** [26] 82/17 86/18 86/18 86/24
87/7 88/21 95/11 99/12 114/7
150/15 150/18 150/24 151/16 152/6
152/9 152/16 153/12 154/16 155/3
155/12 156/2 171/22 173/22 175/2
204/10 204/19
**planned** [1] 206/5
**planning** [1] 156/9
**plans** [2] 151/15 152/5
**plasma** [6] 235/6 235/14 247/19
247/20 247/22 249/11
**platelets** [2] 241/17 242/13
**platform** [1] 166/17
**play** [3] 101/8 101/13 249/16
**played** [2] 127/1 143/1
**please** [26] 81/11 81/13 81/24
81/25 141/5 141/10 143/4 174/8
200/13 200/14 200/17 200/21
200/25 201/22 206/1 212/13 228/6
231/22 232/3 232/25 238/11 240/1
240/17 243/23 244/3 251/14
**point** [35] 81/15 84/4 97/22 111/25
128/22 142/9 144/19 146/5 148/22
149/21 149/24 153/11 157/9 157/19
158/1 158/24 159/8 159/16 170/22
174/21 175/17 175/20 180/21
185/17 196/21 204/11 207/20
216/22 222/17 237/15 238/17
238/22 240/1 245/15 250/18
**points** [5] 191/1 191/10 213/1
215/2 215/24
**poison** [1] 119/10
**police** [2] 202/6 202/8
**policy** [11] 207/17 225/8 225/11
225/14 225/16 225/17 225/20
225/23 225/25 226/17 226/23
**pool** [1] 83/24
**pools** [4] 83/25 130/16 130/18
130/20
**Poon** [3] 165/15 166/21 167/16
**Poon's** [1] 166/17
**population** [11] 153/9 153/14 197/8
197/11 197/12 197/13 198/7 198/8
208/25 247/23 248/19
**populations** [2] 208/24 209/1
**portfolio** [1] 144/5
**portion** [1] 152/9
**position** [18] 102/18 104/12 108/14
108/17 108/18 142/19 143/22 144/6
145/18 146/12 147/21 149/24
152/25 154/13 154/24 185/22
201/21 221/20
**positioned** [1] 151/12
**positioning** [3] 151/8 152/1 152/17
**positions** [1] 143/17
**positive** [3] 184/3 185/5 199/6
**possible** [5] 99/23 174/7 190/2
232/12 233/8
**postlaunch** [1] 156/2
**potential** [4] 158/25 159/9 161/11

Case 2:14-md-02592-EEF-MBN    Document 6436    Filed 05/10/17    Page 200 of 211

**potential... [1]** 174/24
**poultry [1]** 220/18
**pound [2]** 87/4 87/5
**pounding [1]** 120/8
**power [1]** 142/4
**PowerPoint [9]** 145/7 145/12
145/13 156/13 162/11 176/20 177/1
177/9 180/24
**Poydras [3]** 78/24 79/18 79/21
**practice [4]** 126/1 136/22 198/15
207/5
**practiced [1]** 211/19
**practices [3]** 84/20 85/20 136/15
**practitioner [2]** 120/9 131/15
**Pradaxa [36]** 119/3 124/5 124/9
124/23 158/8 172/19 173/1 173/19
175/21 178/4 180/12 182/23 183/7
183/13 183/21 184/21 185/6 185/25
186/12 186/14 186/21 187/14
187/24 188/3 188/8 188/11 188/16
188/17 188/24 189/4 189/12 189/17
192/25 197/10 197/14 199/24
**preamble [1]** 226/9
**precaution [6]** 232/8 232/16 239/20
239/22 239/24 240/22
**precautions [4]** 229/5 229/8 234/24
240/14
**precise [1]** 110/9
**Preclinical [1]** 158/19
**predict [6]** 95/2 100/12 102/17
102/23 116/20 136/10
**predictable [2]** 113/19 119/13
**predicted [1]** 113/21
**predictive [2]** 101/21 136/20
**predicts [5]** 95/7 99/5 100/24
102/21 126/10
**pregnancy [1]** 194/5
**pregnant [1]** 194/7
**prelaunch [1]** 156/2
**preparation [3]** 149/12 156/23
194/8
**prepared [3]** 156/23 225/3 237/2
**prepares [2]** 225/2 225/4
**prescribe [7]** 121/21 122/2 124/16
139/4 140/8 199/23 228/11
**prescribed [5]** 106/16 108/2 108/13
109/20 110/12
**prescribers [1]** 156/4
**prescribes [2]** 122/5 136/17
**prescribing [7]** 100/4 121/19 126/2
130/1 140/15 224/21 224/24
**prescription [8]** 83/10 94/2 107/1
107/2 107/5 110/5 120/24 220/19
**prescriptions [4]** 151/21 151/21
152/14 172/23
**present [9]** 112/6 112/10 114/12
141/11 142/1 142/7 149/25 153/18
154/8
**presentation [3]** 145/7 145/13
178/12
**presented [2]** 171/22 183/14

**presenting [2]** 114/15 184/15
**presidency [2]** 209/14 209/25
**president [8]** 91/25 91/25 92/2
203/7 203/13 203/14 209/14 210/2
**presidential [3]** 91/24 203/4 207/15
**press [2]** 184/23 185/2
**pressure [2]** 131/20 168/20
**pressures [2]** 167/22 170/11
**pretty [7]** 121/9 122/15 144/21
165/20 202/20 214/22 219/8
**preventable [1]** 113/20
**prevented [1]** 103/3
**preventing [2]** 138/24 243/8
**prevention [2]** 157/10 169/25
**preventions [1]** 247/25
**prevents [1]** 139/5
**previously [2]** 158/11 208/6
**price [2]** 167/22 168/5
**primarily [2]** 158/9 220/23
**primary [4]** 154/18 155/5 187/23
187/24
**prior [4]** 148/4 197/23 198/3 239/6
**priority [10]** 179/4 179/8 179/19
179/23 180/3 180/8 180/10 180/17
180/20 180/22
**private [3]** 220/10 220/25 221/7
**privilege [2]** 103/6 114/12
**privileged [1]** 214/24
**probable [1]** 113/19
**probably [16]** 82/25 90/19 91/17
97/3 97/4 101/7 101/17 115/9 152/4
157/5 163/13 170/8 202/25 210/17
219/16 237/14
**problem [8]** 111/24 124/23 125/6
134/6 223/19 235/3 236/25 237/10
**problems [3]** 176/15 178/23 185/18
**procedure [1]** 108/5
**procedures [2]** 112/1 113/14
**proceed [4]** 81/24 142/24 200/22
217/16
**proceedings [9]** 78/11 79/24 81/1
127/21 129/12 233/5 237/24 251/22
252/7
**proceeds [1]** 81/22
**process [8]** 92/5 104/5 135/9
175/13 203/3 203/16 204/7 214/6
**processes [3]** 135/8 175/9 203/19
**Procrit [1]** 168/10
**produced [1]** 79/25
**produces [1]** 133/14
**producing [2]** 159/1 159/13
**product [21]** 141/14 144/19 146/6
147/21 148/15 151/3 151/7 152/17
153/8 154/13 154/25 158/25 159/9
165/9 167/19 171/8 172/21 174/23
181/7 199/14 210/10
**products [16]** 78/5 91/23 144/5
144/7 158/6 158/7 159/17 161/14
161/19 167/10 167/14 169/12
171/14 195/11 198/21 220/16
**professional [3]** 194/14 224/25
224/25
**professionally [1]** 201/12

**professions [1]** 213/10
**professor [3]** 211/1 211/16 212/8
**professorship [1]** 216/6
**profile [1]** 191/14
**profitable [1]** 161/15
**program [2]** 81/20 206/25
**project [1]** 198/18
**projected [1]** 175/25
**projections [2]** 174/6 174/19
**prolongation [1]** 101/25
**promise [1]** 169/25
**promoting [1]** 146/22
**promulgated [2]** 210/14 225/15
**pronounce [2]** 119/8 168/7
**proper [2]** 233/22 235/2
**properly [1]** 118/9
**protect [1]** 131/12
**protecting [1]** 88/6
**protection [10]** 85/3 87/9 88/12
95/25 96/16 96/18 163/5 167/14
191/3 191/13
**prothrombin [4]** 85/13 85/16
101/25 118/8
**proud [6]** 82/2 82/3 199/13 199/19
199/20 210/24
**prove [3]** 82/10 96/19 113/25
**proved [3]** 95/6 98/19 98/21
**proven [7]** 95/4 96/12 100/12
102/13 165/1 191/13 191/15
**proves [1]** 95/2
**provide [18]** 87/8 87/9 92/6 92/17
93/19 99/10 105/12 122/8 137/18
152/3 164/16 171/6 171/7 180/4
224/1 228/6 231/14 232/24
**provided [1]** 227/2
**provides [2]** 191/3 230/22
**providing [1]** 156/3
**PT [60]** 85/14 85/15 85/16 85/19
85/24 85/25 86/10 91/1 91/6 95/2
95/3 95/4 95/6 97/6 97/22 99/5
100/9 100/12 100/19 100/23 101/3
101/19 101/20 102/5 102/12 102/21
102/22 103/2 116/5 116/7 116/19
117/11 117/12 118/8 118/10 118/10
121/24 122/7 122/7 123/3 123/7
125/1 125/11 125/25 126/1 127/2
128/16 128/17 136/1 136/4 136/13
136/19 138/4 138/5 138/8 138/8
138/15 139/16 235/21 236/6
**public [14]** 125/15 125/18 158/19
187/4 201/16 201/17 201/19 201/20
207/17 211/17 211/20 212/19 213/9
214/19
**publications [2]** 212/12 212/14
**publicly [1]** 181/22
**publish [3]** 127/17 127/23 128/18
**published [7]** 125/10 125/12 127/4
127/24 128/8 213/4 246/20
**publishing [2]** 127/14 128/17
**pull [4]** 140/5 204/24 230/24 243/24
**pulled [1]** 227/17
**pulling [1]** 225/20
**pump [2]** 130/10 130/15

**P**

pumps [1] 130/11
purpose [5] 224/12 228/6 228/8
235/17 235/24
purposely [1] 125/2
purposes [4] 116/9 236/22 246/25
247/19
purview [1] 233/25
pushed [1] 83/25
put [31] 81/12 85/1 87/10 99/3
99/17 99/19 107/22 117/24 118/6
122/16 122/17 126/7 126/13 127/18
132/8 132/18 133/17 135/10 151/5
156/16 164/20 216/12 220/17
220/20 226/1 227/7 228/17 230/18
239/10 239/25 250/5
puts [3] 83/11 117/6 117/14
putting [1] 205/8
PX5768084 [1] 240/8
pyramid [1] 202/22

**Q**

qualifications [1] 217/2
qualified [2] 130/3 217/5
quality [2] 188/10 189/3
quarter [1] 251/7
question [10] 96/2 100/5 121/4
121/5 152/18 160/8 164/10 221/4
229/17 250/2
questioning [3] 141/15 141/16
141/17
questions [14] 109/11 115/5
120/20 121/10 121/11 121/14
121/16 140/12 142/1 194/4 204/17
204/19 217/2 223/1
Quick [1] 160/7
quicker [1] 156/17
quickly [3] 166/7 238/15 239/1
Quinn [1] 170/19
quite [2] 148/15 149/16
quoting [1] 163/12

**R**

race [2] 175/24 176/6
racetrack [4] 187/18 188/3 188/5
188/11
racing [3] 187/3 187/18 189/16
radar [3] 103/25 202/6 202/8
radiation [1] 202/9
raised [3] 103/10 105/13 220/11
ran [8] 91/20 91/23 92/12 94/24
166/14 206/20 207/24 207/25
range [11] 138/10 149/7 149/9
149/15 149/18 149/18 212/22
246/15 246/15 248/18 249/16
rare [1] 210/1
rarer [1] 210/2
rat [1] 119/9
rate [1] 244/11
rather [3] 82/17 159/24 251/5
ratio [1] 148/19
RE [1] 78/5

reach [1] 166/18
reached [1] 250/16
reaction [2] 134/6 240/25
reactions [5] 99/23 99/25 232/12
232/15 240/21
read [11] 157/15 157/16 169/2
173/12 174/14 174/20 177/17
177/19 178/8 180/13 183/18
readily [1] 127/2
reading [3] 190/21 249/4 249/6
reads [1] 224/15
ready [3] 141/22 170/17 176/23
real [4] 140/1 210/6 223/16 228/6
realized [3] 120/10 120/11 120/16
really [38] 81/20 96/9 96/10 102/22
119/24 120/19 121/3 129/17 143/19
144/23 148/19 173/9 189/2 189/8
189/15 196/1 197/2 197/20 199/5
199/10 199/12 199/14 201/16
202/19 209/2 211/4 214/22 221/1
221/2 221/19 222/13 223/18 224/11
224/21 234/12 237/12 244/10
250/22
realm [1] 234/11
reappointed [2] 209/22 209/23
reason [17] 94/15 98/8 108/11
109/8 133/18 134/5 139/22 163/8
164/3 164/5 165/14 165/22 165/23
178/13 180/8 226/15 238/24
reasonable [3] 112/11 173/24
175/16
reasonably [1] 236/11
reasons [3] 137/17 139/3 194/25
recall [6] 145/22 149/4 168/2
176/18 180/23 192/11
receive [1] 184/6
received [11] 113/9 113/14 166/25
167/2 170/25 171/2 174/22 184/5
189/25 190/7 214/11
receives [1] 106/19
recent [4] 124/13 167/4 184/17
212/15
recently [1] 212/20
recess [4] 141/2 238/2 238/8
251/20
recessing [1] 239/6
recipient [2] 145/2 190/10
recollection [1] 192/9
recommend [1] 99/11
record [12] 93/5 93/11 107/16
138/9 150/6 159/21 166/5 171/17
176/16 181/25 200/18 252/7
RECORD4 [4] 178/20 178/23
178/24 185/19
RECORD4 data [2] 178/20 178/23
RECORD4 trial [1] 185/19
RECORD4 was [1] 178/24
recorded [1] 79/24
records [8] 107/17 107/23 108/2
108/12 109/9 109/15 131/9 131/14
red [6] 133/17 174/6 174/8 178/1
178/14 241/16
redeploy [1] 167/5

reduce [11] 83/20 84/8 84/25 87/19
87/22 106/15 109/7 131/12 242/22
243/1 243/3
reduces [3] 86/5 87/23 147/14
reducing [1] 186/23
reduction [4] 147/12 163/16 191/13
223/23
refer [5] 85/14 96/23 120/3 158/12
227/18
reference [4] 138/10 152/16 176/12
186/7
references [2] 151/2 151/7
referencing [1] 152/10
referred [3] 95/17 149/3 246/24
referring [6] 146/17 185/20 191/7
192/18 231/16 240/12
refers [2] 152/13 155/25
refused [1] 85/5
refusing [1] 82/13
regard [14] 223/6 223/10 233/16
233/20 234/2 234/11 234/14 234/16
235/5 235/12 235/20 236/5 236/15
236/20
regarding [5] 129/1 216/24 217/23
218/11 246/23
regards [2] 233/14 234/21
regimen [1] 147/1
Register [3] 225/16 225/21 226/2
regular [7] 88/7 90/4 90/12 104/16
134/2 166/25 184/7
regularly [2] 108/8 130/15
regulate [1] 220/16
regulates [1] 220/17
regulation [19] 94/2 99/15 99/17
100/1 211/21 213/11 213/22 215/18
226/11 226/12 229/11 229/18
229/20 229/25 231/20 231/25
232/20 239/20 240/18
regulations [9] 99/16 210/15
216/20 218/8 218/9 225/18 230/21
232/23 232/25
regulator [2] 215/19 215/19
related [9] 102/16 112/6 144/4
144/7 146/2 184/13 194/13 195/8
198/13
relates [2] 78/7 196/19
relation [1] 144/17
relationship [2] 235/13 235/21
relay [1] 195/25
release [6] 94/20 182/25 183/1
183/11 184/23 185/2
released [1] 113/10
releasing [2] 183/21 184/22
relegated [1] 201/7
relevance [1] 234/4
relevant [2] 218/12 247/25
reliable [2] 126/25 127/6
relied [1] 218/18
relieve [1] 195/8
rely [2] 236/11 246/19
remain [1] 200/2
remember [15] 90/16 93/8 93/9
95/10 97/6 103/23 109/23 109/25

**remember...** [7] 112/18 119/3 135/7 208/10 210/17 239/21 248/22
**remembers** [1] 109/22
**renal** [1] 223/4
**render** [1] 216/23
**renew** [1] 233/14
**rep** [1] 196/11
**rep-to-physician** [1] 196/11
**reply** [1] 185/9
**report** [5] 161/25 183/8 219/3 219/20 233/25
**reported** [5] 135/20 165/24 183/17 183/20 246/8
**reporter** [5] 79/20 101/12 183/4 252/3 252/12
**reports** [1] 161/25
**represent** [10] 103/7 145/16 166/9 171/18 176/20 205/6 218/17 218/22 218/24 248/19
**representation** [1] 226/6
**representative** [1] 195/22
**representatives** [7] 154/16 155/3 195/10 195/21 196/22 197/1 200/8
**representing** [2] 82/4 108/17
**represents** [4] 145/12 145/13 145/25 157/11
**reps** [4] 195/14 196/4 196/6 196/9
**request** [1] 242/3
**require** [5] 88/15 89/15 148/20 149/22 232/23
**required** [7] 89/22 99/14 148/10 148/21 153/19 188/20 196/25
**requirement** [2] 225/24 240/14
**requirements** [9] 86/20 86/21 95/10 195/4 195/8 231/13 239/14 239/15 239/16
**requires** [1] 88/7
**research** [5] 78/8 79/16 145/13 146/1 149/12
**residency** [4] 206/25 207/4 207/17 207/18
**resolved** [1] 104/7
**resources** [1] 167/5
**respect** [5] 144/15 148/12 194/17 196/17 232/25
**responded** [2] 184/10 184/11
**responding** [2] 184/14 184/20
**response** [10] 97/3 99/23 171/4 184/13 230/17 232/12 232/14 236/8 240/21 247/1
**responsibilities** [3] 144/3 179/15 211/23
**responsibility** [12] 92/6 93/22 93/23 93/25 99/2 104/8 114/14 121/1 190/24 202/21 215/14 220/22
**responsible** [17] 94/4 94/8 104/13 122/16 144/5 144/18 145/3 156/25 190/18 190/20 202/3 202/20 212/1 212/1 220/23 221/4 221/11
**rest** [3] 170/5 193/25 194/12
**restricted** [1] 194/12

**restrictions** [5] 189/11 189/11 189/12 189/13 196/6
**rests** [1] 110/22
**result** [4] 88/10 88/10 199/6 243/5
**resulted** [1] 151/20
**results** [7] 94/20 135/18 183/21 183/22 184/14 198/17 198/18
**resumed** [1] 143/10
**retains** [1] 170/5
**retired** [1] 105/16
**retirement** [1] 105/18
**return** [2] 113/15 140/19
**returned** [1] 104/22
**reverse** [1] 137/14
**review** [19] 122/22 156/19 166/7 171/7 179/4 179/8 179/20 179/23 179/24 180/3 180/9 180/10 180/17 180/20 180/22 214/5 223/3 231/17 246/19
**reviewed** [18] 127/18 156/24 157/3 157/5 174/16 177/8 177/14 177/16 190/8 213/7 213/24 215/25 214/3 218/12 219/2 222/22 223/8 246/19
**reviewer** [1] 214/4
**reviewing** [1] 100/17
**reviews** [5] 184/3 185/5 221/5 222/25 225/4
**rhythm** [1] 131/16
**RICHARD** [1] 79/18
**right** [111] 84/16 84/20 89/6 96/22 104/6 110/11 111/9 114/17 118/15 119/6 120/22 121/2 122/11 122/12 123/14 125/19 126/8 126/13 126/14 126/15 126/16 130/15 130/20 134/16 134/23 135/1 135/4 135/5 135/23 135/25 136/4 136/8 137/4 137/23 137/25 138/8 139/2 144/11 145/12 148/15 149/10 151/5 153/11 155/7 156/18 157/9 158/16 158/24 159/10 160/22 161/4 162/1 162/11 166/19 167/8 168/15 169/15 172/2 173/19 173/23 175/1 175/13 176/3 176/5 176/19 179/1 180/19 181/13 182/20 185/6 185/12 185/24 186/21 186/24 186/25 187/8 187/9 187/14 187/16 188/5 188/6 188/6 189/11 189/13 189/15 189/18 190/25 205/24 215/4 215/11 217/1 217/4 219/21 224/5 227/5 228/22 229/3 229/13 232/1 238/5 239/12 240/6 242/11 242/20 242/25 243/3 244/21 244/23 248/21 250/11 250/24
**rights** [2] 170/4 170/5
**Riley** [1] 79/12
**rings** [1] 203/5
**Ripley** [1] 251/4
**rise** [7] 81/7 81/9 140/25 141/3 238/6 238/9 251/18
**risk** [104] 83/12 83/20 84/4 84/8 84/10 84/14 84/15 84/25 85/1 85/2 85/7 85/10 85/13 86/5 86/16 86/23 87/10 87/11 87/19 87/22 87/23 88/12 89/20 90/19 90/21 90/22

99/23 91/2 91/5 95/2 95/3 95/25 96/15 96/16 97/15 97/19 97/21 97/23 97/24 98/2 98/15 98/17 98/25 99/5 99/7 100/18 100/24 101/3 101/20 102/12 102/16 102/21 102/23 106/10 106/16 109/7 123/14 131/2 131/6 131/12 132/2 132/3 132/9 132/14 132/23 132/24 136/10 136/20 137/3 137/10 137/12 137/15 137/16 138/14 140/4 140/6 147/12 147/14 191/4 194/23 197/15 197/16 197/18 197/19 197/20 197/25 198/1 198/2 198/3 223/17 234/5 234/23 235/22 236/7 240/20 240/25 242/20 244/15 249/25 250/1 250/6 250/11 250/13 250/13
**risks** [10] 82/14 93/18 95/7 97/20 100/12 102/17 106/10 120/25 199/15 200/8
**Risperdal** [2] 162/5 162/7
**riva** [2] 160/8 160/11
**rivaroxaban** [13] 78/5 96/23 96/23 96/25 118/16 118/23 145/19 146/1 169/17 169/25 177/2 183/17 247/22
**RMR** [4] 79/20 252/3 252/11 252/11
**robe** [1] 216/13
**ROCKET** [22] 93/1 93/2 93/10 95/1 95/1 96/22 97/13 98/16 98/19 98/21 100/13 100/18 101/2 137/2 137/6 137/7 147/3 197/9 223/12 243/14 244/4 244/4
**ROGER** [1] 79/2
**role** [18] 91/11 91/14 91/15 92/1 92/5 93/24 103/22 103/24 122/15 143/19 144/1 144/3 144/8 144/20 144/22 145/11 145/22 207/13
**Roman** [1] 134/14
**rooftops** [2] 127/13 128/9
**room** [5] 79/21 124/19 124/21 208/4 251/13
**Roosevelt** [1] 214/21
**routine** [9] 88/7 90/5 90/13 134/22 139/25 188/18 191/15 193/2 193/3
**routinely** [1] 130/16
**royalties** [1] 220/10
**rule** [8] 204/1 233/22 234/6 235/8 235/15 235/23 240/15 240/16
**rules** [2] 218/9 239/10
**rulings** [1] 238/18
**run** [14] 91/9 92/15 92/17 92/19 92/23 92/23 92/24 98/19 99/2 126/8 138/6 206/21 207/24 237/22
**rung** [1] 128/22
**running** [2] 203/3 209/7
**runs** [2] 111/5 211/25

**S**
**s/Jodi** [1] 252/11
**sacrifices** [1] 199/1
**safe** [8] 82/12 82/21 122/19 122/24 123/7 123/22 139/14 231/15
**safely** [5] 93/18 98/20 224/13 228/9 228/11

Case 2:14-md-02592-EEF-MBN Document 5436 Filed 05/10/17 Page 203 of 211

**S**

safer [2] 123/22 232/18
safety [38] 82/13 82/15 85/6 90/6
90/11 90/17 99/14 103/1 115/25
116/4 116/6 116/10 116/12 116/20
117/6 117/11 117/17 121/24 125/2
126/5 126/17 135/15 135/17 135/18
153/8 191/14 201/15 201/18 202/4
213/22 220/23 221/5 221/12 221/16
222/10 222/14 223/24 225/9
said [18] 87/13 88/19 101/20 123/4
131/15 131/24 142/13 171/11
173/14 173/15 177/18 179/4 180/24
189/7 203/11 220/21 228/9 248/22
salary [1] 207/21
sales [28] 143/16 144/19 145/1
154/16 154/18 154/18 155/3 155/5
155/6 155/9 155/10 155/15 155/17
157/21 157/24 162/16 163/16
164/11 192/2 192/4 195/10 195/14
196/4 196/6 196/9 196/11 196/17
200/7
salt [1] 105/24
salt-of-the-earth [1] 105/24
same [43] 87/3 87/3 87/5 95/14
95/15 95/15 95/21 96/4 96/18 96/25
97/15 97/17 97/21 98/3 102/14
102/15 102/16 103/1 103/12 119/21
131/18 133/2 135/22 142/11 159/8
165/4 193/24 203/3 205/23 206/7
208/9 212/19 222/22 227/19 231/9
235/14 236/23 244/25 245/1 245/5
245/6 245/12 246/1
sample [1] 109/23
samples [6] 107/4 109/10 109/13
110/5 155/25 156/3
sampling [1] 155/23
San [2] 212/6 212/7
San Francisco [1] 212/6
Sarver [2] 79/17 79/18
sat [1] 117/17
Saturday [1] 110/18
Savaysa [1] 124/14
save [2] 177/19 211/4
saving [1] 251/9
savings [1] 237/23
saw [7] 131/1 131/8 139/17 152/6
199/7 217/12 243/16
say [46] 92/20 93/8 94/6 102/17
102/19 102/23 102/24 102/24
118/17 122/3 122/4 123/6 123/21
124/7 125/16 125/24 126/14 126/19
126/22 126/23 127/25 129/3 129/7
132/12 132/13 135/4 136/1 136/5
136/9 141/19 141/20 141/24 154/4
158/25 160/7 163/9 164/1 171/4
180/13 183/7 184/5 184/12 187/3
192/7 203/10 234/16
saying [16] 101/13 119/24 123/2
124/21 127/15 135/7 136/13 139/18
168/20 169/16 170/10 173/9 176/3
183/22 184/19 184/25

says [56] 99/20 89/20 100/23
102/15 102/23 111/12 120/23
122/23 126/6 132/14 135/10 135/15
136/19 137/5 138/10 140/14 145/19
145/23 151/1 152/5 157/10 158/1
158/22 159/16 160/7 160/19 163/17
165/4 165/8 167/3 167/22 168/6
168/18 168/23 172/16 175/24 176/8
178/11 178/20 183/11 185/12
185/14 186/3 189/22 190/12 191/1
192/16 203/6 229/1 229/5 229/6
230/22 231/25 232/6 232/10 244/6
scale [2] 97/8 97/11
scanned [2] 177/18 177/19
Scarborough [1] 79/12
scheduled [3] 108/5 108/6 108/9
Schlichter [1] 79/2
school [28] 103/13 105/2 205/17
205/19 205/23 205/23 206/2 206/3
206/5 206/6 206/7 206/8 206/10
206/10 206/11 206/11 206/14
206/16 206/17 206/17 206/24
207/16 207/16 209/8 211/5 211/15
211/16 211/25
school/law [1] 206/11
schools [1] 211/20
science [4] 82/18 94/11 206/3
206/4
Sciences [1] 214/19
scientific [5] 88/21 119/2 136/5
213/17 245/16
scientifically [1] 93/20
scientist [3] 101/16 101/24 153/4
scientists [3] 125/5 125/10 214/1
Scios [1] 177/12
scope [10] 234/1 234/6 234/12
235/8 235/15 235/23 236/2 236/9
236/14 236/19
score [9] 135/11 135/13 135/19
135/22 135/23 138/15 197/18
197/18 197/22
Scott [1] 101/15
screen [4] 205/3 212/15 227/13
242/8
search [1] 218/24
searching [1] 219/2
seated [3] 81/11 141/5 238/11
second [15] 106/21 106/23 151/5
154/22 158/24 167/8 172/8 174/2
174/4 201/5 228/17 234/2 234/17
241/14 244/10
secondary [1] 144/6
secret [8] 116/16 116/16 116/17
116/18 116/18 117/18 123/2 123/3
section [25] 78/7 99/21 136/3
152/16 212/12 216/2 229/4 229/5
232/6 232/7 232/8 232/8 232/10
234/24 239/20 239/21 239/22
239/24 240/12 240/14 240/22
240/23 241/1 250/17 250/23
Section 5 [1] 240/22
sections [4] 228/12 228/16 229/9
232/16

sector [7] 159/2 159/13 164/17
167/16 169/16 170/9 170/10
secure [1] 251/13
securities [1] 183/12
security [1] 105/19
see [120] 83/8 86/3 86/17 88/20
89/3 89/18 89/21 90/10 95/12 96/5
96/22 97/1 97/3 97/5 97/8 97/12
98/14 99/4 111/13 113/5 116/5
118/14 118/16 118/18 118/23 121/8
121/14 123/6 123/18 124/2 126/9
126/25 130/2 131/14 133/17 134/14
135/5 135/12 136/2 137/1 137/5
137/22 152/11 152/18 157/13 158/3
159/3 159/14 159/18 159/22 160/2
160/9 162/3 162/5 162/16 163/3
163/4 164/8 166/11 166/22 166/23
167/6 167/11 167/22 167/24 168/11
169/1 169/5 169/13 170/2 170/6
170/14 170/18 171/9 171/24 172/6
172/14 173/1 173/7 173/25 175/4
175/22 176/1 178/1 178/18 178/20
178/21 179/4 181/12 182/3 182/6
182/24 183/2 183/5 183/9 184/3
184/17 185/15 185/16 189/22
190/16 190/25 195/14 195/19 196/6
206/16 213/15 213/17 216/2 219/6
228/18 230/7 238/24 242/9 242/10
244/9 248/6 248/12 248/13 251/14
seeing [2] 100/3 162/22
seeking [1] 194/18
seems [5] 162/23 167/19 174/25
175/16 186/13
seen [4] 106/13 196/18 228/1 247/1
sees [1] 136/16
selected [1] 104/12
sell [6] 83/21 89/6 118/22 160/23
161/2 161/4
Sellers [1] 212/25
selling [3] 92/16 152/13 152/15
sells [1] 94/3
senate [3] 203/21 207/19 207/22
Senator [2] 203/21 203/21
send [2] 88/9 214/1
senior [6] 165/8 165/12 181/4
181/6 181/10 220/10
sense [8] 110/3 120/22 157/6
167/21 180/15 225/9 225/22 249/1
sent [5] 120/12 131/17 170/25
171/2 182/23
sentence [7] 172/5 172/8 173/25
192/11 192/12 203/7 210/23
separate [1] 216/10
September [3] 144/21 150/18
160/1
September 11th [1] 160/1
September 2005 [1] 150/18
sequester [1] 142/16
sequestration [2] 142/16 142/23
series [1] 103/23
serious [14] 106/9 109/2 110/7
111/6 111/17 113/6 114/13 213/20
234/3 236/8 240/20 241/3 241/11

**S**

**serious... [1]** 244/18
**seriously [2]** 109/3 121/1
**serve [2]** 215/3 220/10
**served [6]** 104/21 115/11 214/2 214/3 215/12 220/5
**service [1]** 114/23
**serving [3]** 114/14 215/15 220/8
**SESSION [2]** 78/11 81/3
**set [5]** 114/19 175/1 222/5 225/16 246/10
**sets [1]** 230/15
**setting [1]** 101/9
**seven [11]** 167/9 168/19 168/23 169/4 169/5 169/9 170/10 203/12 208/1 208/1 219/25
**seven-year [1]** 169/9
**seventh [1]** 236/5
**several [7]** 159/17 161/14 161/19 171/14 194/21 215/8 225/17
**Shah [6]** 159/23 159/24 160/16 171/25 185/9 186/3
**shall [1]** 89/15
**shape [3]** 185/14 186/4 190/11
**share [6]** 117/3 175/18 196/13 196/22 232/25 244/17
**shared [2]** 176/17 179/12
**shares [2]** 184/1 185/3
**she [67]** 84/19 84/22 104/25 105/1 105/1 105/2 117/1 117/2 117/2 117/4 117/4 117/6 117/9 117/11 117/12 117/13 117/13 120/9 120/10 120/11 120/11 120/12 126/24 127/10 127/17 127/18 127/23 127/24 127/24 127/25 128/7 128/7 128/7 128/8 128/9 128/16 128/17 128/18 129/4 129/4 129/25 136/16 136/17 136/19 136/21 137/20 137/24 165/16 165/17 165/18 165/24 166/18 167/9 167/19 168/23 169/11 190/12 190/22 191/5 191/9 191/19 192/4 192/4 192/5 192/15 192/16 193/3
**she's [20]** 84/18 84/23 84/23 116/25 117/8 117/9 126/23 126/24 127/23 128/7 128/17 128/22 168/3 168/19 168/20 168/21 168/24 169/8 191/7 192/1
**sheet [1]** 123/24
**shipped [2]** 103/19 104/7
**shipyard [2]** 105/4 105/19
**short [3]** 85/16 103/14 242/3
**shortcomings [1]** 214/4
**shorthand [1]** 147/11
**shot [1]** 145/10
**should [24]** 107/9 108/5 122/14 135/16 136/9 137/23 138/5 199/16 204/13 204/13 213/23 215/22 218/2 228/10 229/12 229/19 230/18 230/18 234/23 236/18 239/12 240/21 241/1 249/23
**shouted [1]** 128/8

**show [35]** 81/21 90/20 90/24 91/23 100/8 107/21 108/12 109/13 109/16 111/5 113/4 116/2 123/23 128/13 129/15 129/16 129/17 137/6 140/18 141/9 156/13 214/4 216/15 226/10 226/13 226/16 226/17 226/18 226/22 227/24 230/2 241/25 242/3 242/8 246/22
**showed [5]** 108/23 108/25 135/24 178/25 239/21
**showing [4]** 90/9 152/8 226/11 246/25
**shown [3]** 98/16 227/6 247/6
**shows [6]** 107/21 110/7 111/7 126/9 139/5 228/15
**siblings [1]** 193/25
**sicker [1]** 197/12
**side [4]** 115/19 142/1 186/21 186/25
**sidebar [2]** 233/17 233/19
**signed [4]** 121/3 137/19 137/24 137/24
**significant [6]** 84/11 96/6 138/16 151/21 180/5 196/20
**significantly [6]** 83/11 96/11 97/20 98/17 98/25 99/7
**signs [1]** 137/23
**Simcox [4]** 79/20 252/3 252/11 252/11
**similar [5]** 119/1 119/4 203/3 216/8 232/5
**similarly [1]** 188/21
**simple [20]** 82/13 82/19 82/21 85/6 85/12 86/15 89/24 90/6 90/11 90/17 91/9 99/11 113/21 113/23 113/24 114/11 118/4 121/9 196/21 249/10
**simply [4]** 141/8 150/12 242/23 243/18
**since [9]** 87/21 144/14 154/11 154/23 160/25 185/21 225/18 232/20 237/23
**single [9]** 89/11 89/12 91/1 109/9 109/11 116/5 116/25 132/23 218/25
**sir [3]** 167/18 172/1 200/14
**sit [1]** 101/10
**sits [2]** 91/18 130/21
**sitting [3]** 101/12 202/25 203/2
**situation [1]** 104/8
**six [4]** 122/22 176/1 193/20 210/6
**sixth [1]** 235/20
**size [12]** 87/2 87/3 87/5 95/12 95/12 95/15 95/21 96/1 96/4 96/9 98/3 135/14
**skewed [1]** 197/11
**skill [1]** 217/5
**skills [1]** 206/22
**skin [1]** 220/20
**sleeping [1]** 199/2
**slide [18]** 145/16 158/21 162/25 163/12 163/18 164/20 165/4 167/20 176/20 177/1 177/9 177/23 178/7 178/8 178/9 178/11 180/24 181/1
**slides [5]** 147/15 158/13 165/2

**slightly [1]** 230/7
**slow [1]** 95/22
**Slower [1]** 168/13
**small [3]** 103/12 137/3 222/9
**smaller [1]** 138/19
**smoking [1]** 211/13
**so [394]**
**societies [1]** 125/17
**Society [1]** 214/23
**sodium [1]** 210/13
**sold [5]** 89/3 118/23 220/24 221/24 224/6
**solely [4]** 235/16 235/24 236/11 236/21
**some [69]** 83/11 87/1 87/17 88/22 89/17 91/11 91/13 92/21 93/15 94/14 96/10 97/5 98/4 101/13 105/16 110/14 110/15 111/5 111/8 112/14 112/15 113/9 116/22 118/6 119/25 133/16 134/17 134/24 135/8 140/1 142/5 144/14 144/16 144/25 147/6 149/24 152/3 153/5 154/5 161/18 175/11 180/21 182/25 183/21 184/23 190/11 194/25 195/1 195/2 195/4 195/8 197/6 204/19 206/19 206/21 206/22 206/25 211/10 212/13 214/14 218/11 218/23 224/10 232/20 244/20 245/15 247/20 248/20 251/10
**somebody [2]** 89/1 91/5
**somehow [2]** 121/24 123/22
**someone [9]** 85/1 109/12 117/14 119/3 126/7 127/12 130/25 132/8 203/5
**someone's [1]** 136/10
**something [22]** 94/21 95/18 101/21 119/15 120/10 120/11 124/6 135/6 155/20 156/22 164/19 166/25 167/2 177/13 180/25 203/1 204/22 216/8 226/14 237/22 246/2 248/7
**sometimes [9]** 94/5 118/18 142/20 177/19 195/22 224/9 224/9 224/18 238/13
**somewhat [1]** 156/8
**somewhere [3]** 161/21 207/20 218/3
**soon [1]** 132/7
**sorry [8]** 108/16 165/5 166/14 171/5 182/16 228/1 234/20 248/17
**sort [18]** 141/20 144/6 145/22 182/5 182/25 184/23 191/21 198/20 205/7 206/25 207/10 209/21 212/19 220/13 223/15 229/18 239/11 243/7
**sound [1]** 83/1
**sounds [5]** 165/20 165/20 180/8 189/1 211/5
**source [5]** 111/13 111/23 112/2 163/21 164/25
**sources [1]** 158/18
**South [3]** 78/17 79/3 79/14
**SPAF [1]** 157/10
**speak [4]** 121/12 164/23 204/18

**S**

**speak... [1]** 226/21
**speaking [2]** 201/12 204/14
**special [1]** 154/18
**specialist [2]** 117/1 130/3
**specialize [1]** 126/14
**specializes [1]** 84/21
**specialty [3]** 117/3 125/17 155/5
**specific [11]** 196/23 216/23 222/18
222/19 222/21 223/9 225/18 239/14
241/6 241/10 243/15
**specifically [6]** 178/15 239/16
239/18 241/2 246/23 247/11
**spectrum [1]** 197/14
**speculation [2]** 184/2 185/4
**spell [1]** 110/19
**spelling [1]** 200/18
**spells [1]** 110/14
**spend [5]** 82/9 87/1 91/13 115/6
115/20
**spends [1]** 117/4
**spent [7]** 113/11 137/21 201/14
206/15 206/16 208/1 210/15
**spin [1]** 247/21
**Spiro [3]** 101/23 101/24 102/3
**split [1]** 82/5
**spoke [1]** 197/1
**spun [1]** 247/20
**squarely [1]** 177/12
**Sr [1]** 209/14
**St [3]** 79/3 106/5 111/8
**stability [2]** 159/1 164/16
**staff [2]** 107/14 212/3
**staffer [1]** 207/19
**stage [1]** 129/19
**stand [2]** 122/4 251/20
**standard [17]** 86/6 134/6 134/7
139/14 139/19 148/8 148/23 149/2
149/3 149/4 149/5 149/5 153/22
156/5 179/23 194/9 198/15
**standards [3]** 215/21 215/23
216/20
**standing [4]** 102/25 178/11 225/8
225/11
**standpoint [1]** 173/22
**stands [2]** 166/16 248/2
**start [19]** 90/8 97/4 104/19 111/8
115/9 120/5 133/7 133/15 134/10
134/12 140/23 143/14 169/4 169/5
184/16 191/8 237/20 251/5 251/8
**started [9]** 104/24 105/1 106/2
110/8 112/25 117/22 120/6 160/4
207/18
**starting [1]** 217/20
**starts [10]** 130/11 134/11 134/15
141/15 152/10 169/6 172/5 174/3
182/5 237/21
**state [13]** 94/11 94/24 103/14
104/23 104/24 105/1 117/3 142/5
143/4 151/11 200/17 200/25 240/17
**stated [2]** 191/19 219/20
**statement [8]** 81/18 81/19 128/3

**statements [5]** 81/16 81/17 102/20
102/21 141/7
**states [17]** 78/1 78/12 89/6 89/8
91/1 91/20 102/8 102/9 103/15
151/10 151/14 207/7 207/9 213/16
220/24 224/6 252/4
**stating [2]** 152/20 168/3
**stationed [2]** 103/20 104/15
**status [1]** 159/6
**stay [5]** 142/20 174/11 174/18
209/24 226/19
**stayed [1]** 104/17
**staying [1]** 96/18
**stays [2]** 97/15 97/16
**steeped [1]** 193/22
**stenography [1]** 79/24
**step [1]** 241/14
**steps [2]** 134/16 167/4
**sticker [1]** 224/7
**stigma [1]** 89/23
**still [10]** 105/9 106/20 121/21
121/25 122/5 135/23 140/7 196/11
208/10 210/22
**stimulating [1]** 168/9
**stipulations [2]** 175/12 197/24
**stock [3]** 185/7 186/2 186/8
**stoke [1]** 87/22
**stood [1]** 171/11
**stool [2]** 110/16 138/1
**stools [1]** 110/15
**stop [10]** 122/20 123/15 123/16
205/8 237/16 237/17 241/20 241/23
242/14 250/25
**stopping [4]** 113/13 119/25 245/15
250/18
**stops [3]** 134/16 202/18 221/19
**story [4]** 94/14 190/15 191/1 191/8
**straightforward [1]** 122/15
**strategic [3]** 143/23 172/10 175/2
182/11
**strategies [1]** 145/3
**strategy [4]** 150/23 152/11 152/13
152/13
**streams [1]** 220/13
**Street [8]** 78/17 78/24 79/3 79/6
79/10 79/14 79/18 79/21
**strike [3]** 176/11 188/15 193/2
**stroke [44]** 83/21 84/1 84/5 84/8
84/14 84/25 85/3 87/9 87/19 87/24
88/6 88/12 95/25 96/16 96/18 97/14
97/21 106/11 106/16 109/7 115/18
130/25 131/2 131/6 131/13 132/3
147/13 147/14 157/10 169/25
186/23 191/4 191/14 194/23 197/15
197/16 197/18 197/20 197/23 198/4
223/18 223/24 242/19 247/25
**strokes [8]** 132/16 138/24 139/6
149/19 223/19 241/23 243/3 243/8
**strong [1]** 172/10
**struggle [1]** 195/7
**students [3]** 208/19 212/1 216/6
**studied [19]** 89/12 93/2 93/18

128/11 129/1 129/15 129/20 171/45
198/16 102/14 125/8 125/12 147/3
197/8 198/9 198/10 198/22 221/13
221/14 222/16 223/23 241/8 244/5
247/23
**studies [33]** 92/9 92/13 92/15 92/17
92/17 92/18 92/19 92/23 93/4 93/12
94/24 94/24 96/13 102/24 125/3
138/18 138/21 138/25 138/25 139/1
139/2 139/2 139/3 158/19 183/7
197/9 197/9 222/2 222/4 222/6
222/11 222/22 243/13
**study [42]** 88/21 92/24 92/25 93/1
93/2 93/5 93/6 93/10 93/10 94/3
94/19 94/19 95/2 95/4 95/5 95/6
96/22 97/2 97/13 98/19 98/21
100/13 137/2 137/7 183/13 184/14
186/6 197/11 197/17 198/14 198/17
198/18 208/20 208/23 209/5 218/1
223/9 224/3 243/14 243/19 244/5
246/5
**studying [4]** 122/21 125/9 201/15
218/13
**stuff [1]** 218/23
**subject [4]** 125/24 127/23 175/11
182/22
**submissions [3]** 184/16 218/7
218/23
**submit [1]** 213/25
**submits [1]** 222/20
**submitted [2]** 222/6 223/9
**subpoena [2]** 141/25 142/4
**subsequent [1]** 173/4
**substantial [1]** 151/19
**success [1]** 172/22
**successful [2]** 151/24 178/20
**succinct [1]** 197/4
**such [6]** 82/23 85/1 87/10 104/8
212/17 224/2
**suggest [1]** 129/7
**suggested [1]** 124/7
**suggesting [1]** 110/20
**suggests [1]** 125/3
**Suite [2]** 78/17 79/10
**summary [4]** 157/8 157/9 157/20
175/2
**superior [3]** 186/15 186/18 187/4
**superiority [3]** 185/22 187/16
188/25
**superseded [1]** 226/8
**supervisor [1]** 105/9
**supervisory [1]** 105/10
**supplies [2]** 104/1 104/10
**supply [6]** 103/22 107/2 110/1
110/2 110/3 110/4
**support [3]** 144/6 191/2 191/10
**suppose [1]** 164/25
**supposed [6]** 93/17 93/19 108/23
109/1 137/25 222/3
**suppresses [1]** 133/9
**sure [41]** 103/25 104/9 118/16
127/10 131/11 136/2 140/17 146/3
146/18 147/19 148/18 152/15
162/23 165/3 166/20 172/21 173/18

**S**

**sure...** [24] 180/16 181/14 182/19 184/8 190/7 191/23 192/6 192/7 193/20 194/20 201/5 204/12 204/16 208/22 211/19 225/22 227/22 228/20 229/22 233/4 233/9 244/18 247/9 249/18
**surgeons** [1] 212/3
**surgery** [2] 176/13 194/9
**surprise** [2] 92/10 180/7
**surprised** [1] 181/16
**survive** [1] 242/1
**Susan** [3] 141/12 142/25 143/5
**suspect** [1] 93/13
**sworn** [4] 101/11 102/20 142/1 200/16
**system** [10] 130/10 130/13 135/8 135/8 148/17 220/25 221/7 222/5 222/5 245/8
**systems** [1] 143/24

**T**

**tab** [1] 156/16
**tabbed** [1] 150/12
**table** [5] 101/10 220/17 243/25 247/15 247/18
**tablet** [1] 245/5
**tablets** [1] 251/13
**tabs** [1] 156/18
**tag** [1] 176/21
**take** [60] 87/3 87/5 87/8 97/7 98/3 98/20 98/25 102/6 102/17 107/4 107/15 107/22 111/2 111/6 112/2 116/21 121/1 122/4 123/20 124/16 128/15 131/9 133/21 133/22 135/11 135/14 135/16 140/23 141/25 142/7 142/8 144/1 145/9 154/11 161/24 164/6 167/3 177/1 185/22 188/17 188/17 194/5 195/20 196/1 198/17 204/2 208/22 209/3 209/3 211/10 236/1 237/6 238/1 238/4 238/14 244/25 245/7 246/1 248/9 248/10
**taken** [9] 108/14 108/18 111/11 141/12 146/22 167/5 244/21 247/12 248/7
**takes** [5] 85/18 107/8 110/8 209/4 243/18
**taking** [29] 81/14 94/16 101/12 107/7 107/17 107/23 108/2 108/8 108/9 108/13 108/15 108/22 109/3 109/5 109/14 109/20 110/13 112/22 112/23 112/23 112/24 112/25 113/1 113/2 131/20 132/5 235/7 239/1 249/11
**talk** [37] 82/3 82/6 82/7 88/2 90/20 91/10 92/4 93/4 93/5 93/6 93/14 93/15 95/9 99/13 106/7 117/15 118/2 118/2 118/10 118/12 118/14 119/3 119/12 120/25 123/25 131/5 136/1 136/4 136/23 158/11 176/23 197/6 236/17 238/20 241/2 242/2 251/15

**talked** [13] 83/18 95/10 95/24 99/16 101/14 101/21 113/22 132/3 136/14 140/18 176/10 178/22 250/7
**talking** [30] 82/9 85/3 87/1 89/19 90/10 90/12 90/12 90/16 91/13 92/25 98/15 99/21 118/24 127/14 137/3 137/6 146/4 151/6 157/19 165/5 167/19 168/24 169/8 185/3 185/25 210/25 223/6 232/23 239/6 245/22
**talks** [3] 128/16 204/5 216/5
**tarry** [1] 110/15
**taught** [7] 105/1 105/2 208/18 208/18 209/8 211/19 211/20
**teach** [4] 208/15 208/17 209/6 211/18
**teaches** [1] 234/10
**teaching** [1] 105/1
**team** [7] 144/12 145/4 166/20 171/5 171/6 190/4 191/24
**tear** [4] 241/18 242/11 242/13 243/7
**technically** [2] 143/24 147/12
**tell** [63] 82/22 83/13 83/14 83/14 85/5 86/8 86/14 89/24 91/6 95/5 95/6 98/7 98/18 99/5 99/5 102/3 103/8 106/1 114/3 116/1 117/10 117/13 117/17 117/18 120/20 122/5 125/2 126/24 128/25 129/25 131/3 132/10 132/17 132/19 132/20 133/5 136/8 137/7 138/12 138/12 138/14 138/15 139/13 139/21 140/3 140/5 140/7 169/11 193/18 194/16 201/12 201/22 204/7 205/16 206/13 207/14 211/6 216/15 217/11 224/14 239/15 247/7 250/12
**telling** [5] 99/2 114/5 114/6 126/12 220/15
**tells** [3] 86/4 239/11 239/12
**ten** [8] 98/4 105/21 117/1 140/23 215/6 250/19 250/20 250/20
**ten-minute** [1] 140/23
**tender** [2] 214/7 216/18
**tenfold** [6] 97/25 246/11 246/16 248/22 248/23 248/24
**tens** [1] 218/4
**term** [7] 92/11 125/13 146/2 147/11 194/17 224/20 224/23
**terminology** [1] 148/4
**terms** [13] 89/7 89/9 117/21 117/23 118/6 147/6 172/23 173/21 186/23 187/18 221/20 222/15 239/18
**terrible** [1] 138/1
**test** [112] 82/13 82/15 85/6 85/12 85/13 85/15 85/15 85/16 85/17 85/19 85/24 86/2 86/10 86/11 86/12 86/15 86/22 89/25 90/6 90/11 90/17 91/1 91/6 91/9 93/11 98/6 98/7 98/8 98/13 98/19 98/20 98/22 99/2 99/11 102/5 102/14 102/15 102/16 103/1 109/19 113/21 113/22 113/23 113/24 114/2 114/6 114/11 116/1 116/4 116/5 116/6 116/7 116/10

**S**
116/12 116/19 116/20 117/11 117/11 117/12 117/17 118/10 121/24 121/24 122/7 122/7 123/3 123/7 125/1 125/2 125/11 125/25 126/5 126/8 126/13 126/14 126/15 126/17 126/24 126/25 127/3 127/8 127/10 128/16 128/17 134/25 135/1 135/2 135/3 135/4 135/5 135/10 135/17 135/18 135/23 136/4 136/10 136/19 138/4 138/5 138/5 138/6 138/8 138/11 138/13 139/16 148/16 153/8 221/2 232/17 233/20 234/22 240/19
**tested** [9] 88/9 92/20 126/24 127/6 135/21 135/22 138/19 223/21 223/22
**testified** [6] 101/19 109/25 117/9 156/8 158/18 200/16
**testify** [8] 84/23 90/21 216/19 217/6 217/6 217/9 235/19 236/3
**testifying** [2] 235/17 235/25
**testimony** [11] 81/14 101/6 112/7 129/2 140/13 141/12 215/17 225/21 233/22 233/24 237/16
**testing** [12] 86/6 86/22 87/14 88/8 88/15 148/21 188/18 195/9 221/2 222/8 234/18 239/19
**tests** [23] 99/14 99/18 99/22 107/25 108/25 111/5 111/8 111/12 111/14 111/20 111/25 113/13 134/3 135/24 138/8 139/25 229/12 229/19 230/16 232/6 232/11 232/13 240/25
**Texas** [1] 103/21
**than** [29] 82/17 83/12 88/5 88/6 94/9 97/19 97/20 97/23 98/2 98/5 98/25 101/10 101/18 109/12 109/24 124/8 130/8 137/15 161/1 168/13 186/22 197/12 202/12 210/6 216/15 248/23 248/24 250/13 251/6
**thank** [22] 103/5 114/9 114/13 114/15 114/20 114/22 129/10 129/11 129/24 140/21 140/22 171/5 217/17 219/1 220/2 226/22 229/15 231/3 231/4 239/4 251/17 251/20
**thankful** [2] 113/7 113/16
**thankfully** [1] 138/2
**Thanks** [1] 213/1
**that** [1044]
**that's** [211]
**their** [51] 81/17 83/11 84/16 85/9 85/19 86/12 88/17 89/13 90/20 92/23 94/23 94/23 95/4 95/5 95/6 95/11 96/13 97/21 99/12 100/16 102/20 102/21 102/23 114/2 114/7 115/13 122/23 123/10 125/17 126/16 126/18 126/22 132/9 132/23 137/19 139/11 152/10 186/7 186/10 196/2 196/9 198/12 214/2 218/7 225/13 231/15 245/1 245/2 245/3 246/13 249/25
**them** [49] 81/8 82/13 82/25 83/6 83/13 88/18 89/1 89/2 92/17 97/5 106/2 105/8 105/13 115/11 117/17

**them...** [34] 117/25 119/23 120/2 120/3 123/4 124/19 124/21 125/20 129/2 132/22 134/8 136/17 138/12 144/6 145/23 162/23 190/22 190/25 194/1 194/25 195/2 195/8 195/20 196/5 196/22 198/18 199/10 199/16 218/18 225/10 233/16 233/19 237/12 251/13

**theme** [1] 157/7

**themselves** [3] 88/16 92/17 186/22

**then** [53] 81/17 82/6 99/2 100/5 104/22 105/2 105/4 105/8 105/21 106/24 107/24 110/14 110/18 111/16 113/14 119/2 119/6 126/7 132/18 133/14 133/23 135/22 137/18 138/20 146/4 149/8 152/8 168/6 169/11 195/5 203/23 206/4 206/6 206/7 207/23 207/24 212/5 213/17 214/9 222/6 222/9 222/11 223/4 225/18 229/4 229/6 230/6 230/8 233/15 242/2 244/23 245/7 250/25

**therapeutic** [3] 149/8 149/15 149/17

**therapies** [1] 180/4

**therapy** [4] 148/24 194/24 236/18 236/21

**there** [136] 82/19 85/12 86/2 86/7 86/19 86/19 89/19 90/21 93/4 93/6 93/15 94/5 95/19 96/8 96/22 97/25 98/11 98/13 101/2 101/12 101/17 104/3 106/25 107/14 107/16 110/20 111/12 111/24 115/25 119/19 120/11 120/14 121/15 122/17 125/5 127/8 130/16 130/21 131/11 134/16 134/16 135/1 135/2 135/5 135/17 136/4 136/8 136/12 136/13 137/5 137/23 138/5 138/9 139/2 139/2 142/16 142/17 142/22 144/20 145/20 145/23 146/14 148/17 150/12 153/5 153/22 155/22 157/8 158/6 158/25 159/11 172/17 172/19 173/16 174/21 178/3 179/25 181/3 186/1 186/7 190/22 191/6 193/16 195/5 196/23 197/8 199/1 202/6 202/12 205/7 207/4 208/15 208/24 210/5 210/18 210/19 210/19 210/21 215/6 215/13 218/2 218/10 218/20 222/19 223/1 223/1 223/2 223/5 223/6 223/12 225/17 228/19 229/8 229/20 230/5 230/8 232/1 235/6 235/13 235/21 241/10 241/16 242/11 244/2 245/9 245/13 245/25 246/1 246/11 246/15 248/25 249/1 249/10 249/18 249/19 250/10

**there's** [82] 84/9 84/24 88/1 90/25 99/15 99/16 99/17 101/20 101/24 106/7 118/25 125/10 125/13 132/10 135/2 135/2 135/3 135/14 136/11 137/8 137/9 137/11 137/12 137/13 138/18 138/19 138/20 138/25 139/1

146/5 151/23 152/4 157/18 165/14 168/20 170/10 173/7 175/12 173/14 173/15 173/15 188/21 189/5 189/10 189/11 189/12 189/13 196/3 196/6 196/23 196/24 202/14 202/14 207/10 210/2 210/9 216/13 218/19 218/19 218/22 220/12 221/18 222/3 222/13 224/8 224/8 224/10 224/14 224/16 228/1 228/2 228/14 230/8 232/3 232/17 234/5 241/9 241/18 241/19 247/14 249/2 250/5

**therefore** [1] 184/15

**Theriot** [1] 137/20

**these** [86] 82/11 82/16 82/24 85/4 85/5 86/8 86/14 87/1 88/13 88/22 89/13 89/21 93/11 94/20 94/22 97/2 97/4 98/7 99/10 102/14 102/16 108/11 108/12 112/1 117/11 117/14 117/21 117/23 118/6 119/2 119/17 119/20 120/3 121/11 121/16 123/24 124/15 124/17 124/21 125/7 126/3 126/13 126/17 126/20 130/23 131/8 131/14 132/4 132/18 132/20 132/22 132/25 133/11 133/12 133/14 133/16 134/2 134/5 134/18 136/17 140/1 168/6 168/21 186/2 187/15 191/10 197/6 199/10 199/12 199/17 200/2 206/21 212/22 212/24 213/3 213/10 214/3 214/21 222/22 228/1 232/25 233/10 239/14 241/15 242/2 243/4

**they** [240]

**they'll** [3] 112/14 112/16 130/7

**they're** [38] 82/22 84/15 85/24 86/10 90/19 90/24 92/24 100/11 100/13 101/11 111/2 111/12 112/12 119/1 119/2 119/21 122/21 123/2 133/11 149/10 154/10 175/11 175/13 184/25 187/4 195/19 198/5 198/6 199/17 200/5 214/22 216/7 222/3 222/12 238/15 239/1 242/25 243/1

**they've** [3] 85/20 125/8 199/17

**thick** [1] 219/8

**thin** [1] 86/5

**thing** [9] 96/25 115/3 122/14 131/1 157/4 198/1 204/3 236/23 237/5

**things** [34] 84/8 90/9 90/14 92/8 92/20 95/11 114/24 119/13 120/16 129/16 131/21 134/2 134/21 148/18 168/21 174/21 175/12 178/17 179/6 204/6 205/8 210/3 210/4 210/5 210/6 210/24 211/22 212/17 214/5 214/22 224/16 228/1 232/14 238/14

**think** [57] 92/12 98/3 109/1 112/10 113/4 114/25 117/25 118/6 118/7 118/14 119/3 124/6 124/20 126/9 126/15 142/19 145/10 156/8 156/19 158/12 158/21 168/16 176/4 176/10 180/23 184/25 190/4 191/7 195/16 196/18 199/5 199/13 207/20 209/22 210/5 214/20 215/12 218/3 218/19 219/6 224/10 224/20 226/24 226/25

228/9 228/14 229/10 231/2 231/12 233/25 239/1 234/17 237/8 239/21 243/25 245/18 249/2

**thinks** [3] 115/22 129/16 176/4

**thinned** [1] 115/17

**thinner** [16] 83/19 84/6 96/17 96/17 96/18 97/10 97/10 97/10 97/14 97/14 97/14 97/17 97/17 97/18 106/15 108/8

**thinners** [1] 120/1

**thinning** [4] 84/24 84/25 119/24 133/3

**third** [8] 87/13 158/1 165/5 169/15 206/6 206/7 234/14 234/21

**this** [339]

**those** [63] 83/13 85/12 90/13 93/11 95/11 98/4 98/6 99/1 103/6 103/22 105/13 111/21 116/3 121/10 125/15 129/22 131/21 134/3 134/8 134/11 134/21 137/14 138/2 144/7 153/24 154/4 154/5 154/7 156/17 158/12 175/8 183/22 189/6 190/19 191/4 194/1 194/22 194/23 197/9 197/15 197/15 197/24 204/6 210/24 211/3 211/22 214/5 214/15 214/23 218/3 218/17 222/6 222/15 222/16 229/10 239/15 241/11 241/12 241/22 241/23 242/15 246/12 246/13

**though** [3] 148/7 186/13 245/12

**thought** [6] 126/17 127/8 127/10 175/8 175/13 203/10

**thousands** [4] 138/19 218/4 218/5 244/5

**threatening** [2] 113/6 213/20

**three** [19] 86/21 86/25 87/2 100/20 104/19 104/21 105/13 105/13 105/14 105/14 107/20 109/4 110/13 111/21 113/12 117/4 189/1 189/10 237/18

**three-year** [1] 104/21

**thrombin** [1] 235/14

**thromboembolic** [2] 169/21 199/11

**Thrombosis** [1] 125/23

**through** [30] 83/4 91/9 92/3 101/7 108/11 109/21 114/1 117/16 117/20 130/11 149/25 153/18 154/8 166/8 176/22 177/18 177/20 196/18 197/6 199/2 203/15 203/17 204/7 210/20 213/14 213/14 237/4 242/19 243/6 245/17

**throughout** [8] 100/1 111/14 112/6 113/5 121/17 143/16 152/2 174/13

**Thursday** [1] 184/2

**thus** [1] 147/6

**tied** [1] 128/9

**tightrope** [1] 243/8

**till** [1] 251/8

**time** [104] 82/9 85/13 85/18 85/22 87/1 89/24 90/6 90/11 90/16 91/13 92/10 97/6 101/25 103/16 105/19 106/17 106/23 114/8 115/7 116/8 117/4 117/9 118/8 119/12 128/2 129/23 130/7 130/15 131/18 131/25

**T**

**time... [74]** 132/5 140/17 144/14
145/17 145/21 146/5 147/8 148/8
148/25 149/21 151/19 152/24
153/11 156/11 157/2 160/4 160/16
162/10 162/25 163/11 163/14
163/24 168/2 170/22 171/14 175/14
178/12 179/10 181/9 182/12 182/18
182/22 185/17 186/9 187/11 187/14
192/10 194/9 194/18 195/2 195/16
195/19 195/20 195/22 195/24 196/3
196/15 197/3 197/6 198/23 202/14
205/23 206/7 210/15 210/18 210/20
211/10 212/18 219/9 219/16 219/18
222/20 226/6 226/11 226/25 237/1
237/12 237/21 237/23 238/15 239/2
248/7 251/9 251/10
**timeline [2]** 178/3 178/3
**timely [1]** 172/10
**times [7]** 90/20 98/5 103/17 199/2
212/24 213/1 248/24
**timing [2]** 184/14 186/6
**tiny [1]** 112/2
**title [4]** 145/19 165/20 244/4 247/18
**titled [3]** 175/1 212/12 216/2
**tobacco [2]** 210/15 211/12
**today [28]** 82/5 82/9 83/19 85/20
99/16 106/2 120/15 121/25 122/6
123/2 123/5 138/25 142/14 187/8
187/10 187/11 187/15 200/4 203/19
204/14 204/19 220/15 225/21 237/5
237/9 237/11 238/4 251/12
**together [4]** 88/23 89/14 105/12
221/25
**told [17]** 85/24 85/25 86/2 90/25
98/12 107/9 107/11 107/19 107/24
109/17 109/18 111/2 111/6 117/10
121/22 156/19 163/7
**tolerability [1]** 191/15
**tolerate [1]** 195/3
**too [10]** 87/11 93/15 125/9 215/12
229/13 239/1 239/15 251/6 251/6
251/11
**took [12]** 104/4 110/6 141/2 144/8
206/5 210/4 211/11 219/9 238/8
245/5 245/12 249/20
**tools [1]** 145/3
**top [15]** 130/11 130/16 137/6 172/2
202/19 202/22 205/18 212/20
213/15 229/7 246/12 246/16 247/21
248/14 248/16
**Topamax [3]** 163/1 163/10 164/7
**topic [1]** 177/11
**topline [1]** 171/7
**total [3]** 110/4 110/8 111/18
**touch [1]** 134/9
**track [6]** 81/14 117/23 179/7 187/3
189/3 189/17
**tracking [1]** 179/22
**tract [1]** 111/14
**trade [3]** 84/9 84/14 85/3
**trade-off [3]** 84/9 84/14 85/3

**traded [1]** 181/22
**tradition [1]** 212/19
**trained [5]** 104/12 117/1 117/5
155/9 199/17
**training [4]** 206/19 206/21 211/7
217/5
**trait [1]** 148/7
**transcript [4]** 78/11 79/24 128/6
252/6
**transfusion [1]** 111/17
**transfusions [1]** 111/9
**travel [1]** 130/23
**traveling [1]** 105/17
**travels [1]** 106/10
**treat [6]** 122/9 139/12 147/14 199/8
199/22 236/20
**treatable [1]** 106/9
**treated [6]** 106/14 127/3 138/3
194/24 195/2 236/6
**treating [4]** 86/11 102/4 132/6
208/3
**treatment [6]** 111/20 131/22 169/21
200/3 216/24 236/20
**treats [2]** 117/11 130/6
**tremendous [1]** 199/1
**trial [28]** 78/11 83/10 84/18 85/15
87/1 91/17 93/1 93/2 93/5 93/13
94/5 95/18 96/24 97/4 100/2 112/6
113/5 114/1 118/2 121/17 123/25
141/22 176/16 185/19 198/17 220/1
222/13 222/14
**trials [12]** 114/2 116/19 153/2
153/6 153/6 153/7 153/7 153/14
197/12 197/14 197/14 222/15
**tried [3]** 134/24 140/5 155/6
**tries [1]** 133/11
**trouble [1]** 131/15
**troubling [1]** 124/25
**trough [1]** 248/8
**truck [1]** 83/5
**trucks [1]** 82/25
**true [16]** 102/13 117/19 124/8
125/4 135/1 153/10 154/3 186/16
187/1 187/6 187/10 187/13 200/1
200/5 242/24 252/5
**truly [1]** 199/17
**trust [1]** 125/19
**try [14]** 90/18 112/13 112/14 115/1
115/7 117/24 118/3 140/16 141/23
196/16 198/18 204/23 233/7 251/5
**trying [11]** 84/14 84/15 94/6 111/13
123/15 145/10 154/19 161/21
184/24 238/15 238/23
**tuition [1]** 206/13
**Tulane [2]** 84/20 136/15
**tuning [1]** 237/13
**turn [1]** 145/6
**turned [2]** 151/3 222/24
**TV [1]** 103/23
**tweaked [1]** 230/7
**twice [4]** 123/22 124/10 124/12
187/25
**twins [2]** 194/7 194/11

**two [32]** 88/23 98/15 104/24 109/25
116/25 129/14 121/16 135/2 152/5
154/5 154/7 178/16 178/16 187/2
187/2 187/2 188/24 189/5 189/6
196/21 198/11 203/9 206/2 206/4
210/4 212/15 215/24 219/15 223/5
237/18 241/24 244/8
**two-minute [1]** 241/24
**two-point [1]** 196/21
**two-year [2]** 178/16 178/16
**type [3]** 136/25 143/19 239/23
**types [6]** 89/19 90/13 210/24
213/10 220/7 241/8
**typical [1]** 209/24
**typically [1]** 196/8

**U**

**U.S [8]** 150/23 151/8 162/17 168/17
170/4 177/25 201/24 202/11
**Uh [2]** 146/7 172/4
**Uh-huh [2]** 146/7 172/4
**ulcer [1]** 111/24
**ultimate [1]** 93/24
**ultimately [4]** 146/23 147/4 151/3
199/21
**umbrella [1]** 143/20
**under [7]** 92/1 101/11 121/11
135/15 143/19 222/24 236/1
**undergo [1]** 111/20
**underline [4]** 174/6 174/8 174/10
191/2
**underlying [2]** 226/17 249/21
**understand [33]** 118/4 120/24
130/9 144/11 148/19 153/24 155/13
167/13 168/1 172/17 174/16 190/14
201/10 201/20 212/24 214/11 215/2
215/18 215/21 215/21 215/22 217/8
220/14 221/1 227/1 227/16 231/19
234/9 234/11 236/4 237/13 246/3
248/18
**understanding [4]** 148/14 219/4
242/5 252/7
**understood [6]** 109/19 139/21
146/11 173/14 229/25 241/2
**underwent [2]** 111/14 113/13
**unit [4]** 104/4 104/9 111/22 113/12
**UNITED [13]** 78/1 78/12 89/6 89/8
91/1 91/19 102/8 102/9 103/14
213/16 220/24 224/6 252/6
**units [2]** 111/18 113/14
**university [5]** 84/20 136/16 206/15
212/7 216/5
**unknown [2]** 153/1 153/13
**unless [2]** 122/17 248/8
**unmet [10]** 151/23 153/20 154/1
154/4 154/6 157/18 158/7 194/17
194/22 195/5
**unnecessary [1]** 82/21
**unreliable [2]** 178/24 235/23
**until [14]** 107/4 110/6 119/19
141/14 144/16 160/25 163/7 164/1
193/17 199/3 222/12 237/23 238/3
238/4

**U**

untreated [1] 194/25
untrue [1] 116/4
unusual [1] 222/1
up [80] 84/1 86/24 90/8 93/7 94/21
96/17 97/23 99/19 101/19 103/10
103/12 104/6 107/10 107/20 107/21
107/22 107/25 107/25 108/23
108/25 108/25 109/4 109/18 109/19
110/6 110/7 110/11 111/7 114/19
114/25 116/3 117/24 118/7 121/15
128/15 130/11 130/16 130/24 135/9
136/11 137/6 145/22 159/5 161/21
164/18 164/25 170/17 171/11
180/11 184/9 184/9 190/18 190/20
193/16 193/19 193/20 193/25
199/21 203/15 204/24 206/4 206/14
207/14 216/15 218/18 222/5 226/2
227/7 228/17 228/21 230/24 232/1
236/25 237/21 238/14 239/1 239/25
243/24 248/13 251/6
update [4] 94/11 94/25 95/7 167/4
updates [1] 179/12
upon [9] 92/15 92/24 100/19 122/7
134/3 204/9 204/20 236/8 236/11
us [39] 94/7 103/7 103/23 106/1
106/2 115/1 118/1 118/17 121/22
124/18 124/21 125/9 125/23 126/12
136/13 142/7 145/5 154/22 168/25
169/6 180/1 184/15 184/25 185/22
193/23 196/20 201/12 205/16
208/25 209/4 210/3 220/14 220/15
228/6 242/1 244/17 245/6 247/7
251/2
Usdin [1] 79/17
use [55] 81/12 82/12 84/13 85/8
86/9 86/11 86/15 87/19 88/14 88/17
91/1 93/2 93/19 98/22 100/21
100/22 100/22 102/12 113/21 116/7
116/8 116/20 119/16 119/22 123/23
123/24 124/19 125/11 125/25 126/6
126/7 126/16 126/24 128/18 136/9
137/21 138/12 139/8 139/9 140/17
209/4 211/2 211/5 223/10 224/13
228/9 228/11 229/1 231/15 232/18
234/3 234/23 241/4 243/7 244/19
used [26] 85/19 86/1 86/20 89/25
91/6 93/10 95/3 95/4 99/9 102/14
102/15 114/2 114/3 114/4 114/6
116/8 116/9 116/19 117/13 118/9
148/5 148/23 149/5 149/13 190/20
229/2
uses [3] 139/13 139/22 222/16
using [8] 85/21 85/25 128/2 137/2
140/1 149/17 224/20 224/21
usually [4] 216/13 216/14 224/8
224/19
utilize [1] 210/25

**V**

VA [1] 136/15
valuable [1] 138/23

value [1] 168/4
variability [30] 95/18 95/19 95/19
96/6 96/7 96/8 97/22 98/1 98/12
235/6 245/5 245/9 245/13 245/22
245/23 246/2 246/5 246/7 246/17
246/18 246/21 247/13 248/10 249/2
249/9 249/10 249/23 250/4 250/8
250/14
variety [2] 148/18 194/25
vast [1] 202/11
vegetables [1] 133/23
verbal [1] 81/20
verbatim [1] 181/3
verbiage [1] 191/21
verdict [3] 115/3 140/11 140/20
version [3] 156/15 156/16 230/3
versus [9] 91/15 179/23 186/12
187/24 188/8 197/19 198/12 198/14
246/13
very [65] 83/1 88/17 89/16 90/15
91/17 93/20 95/1 103/16 106/9
106/17 108/7 110/22 112/13 113/8
115/16 119/11 119/13 121/1 125/24
130/3 130/18 133/8 134/20 135/24
140/21 146/15 153/23 164/12
169/17 172/2 173/4 173/9 188/9
188/9 189/9 193/11 196/11 196/19
199/13 199/19 199/20 201/20
204/13 208/4 209/21 210/4 210/19
214/11 214/21 216/7 220/22 222/17
223/13 223/16 229/15 230/6 232/5
232/5 238/13 239/1 245/4 249/10
250/15 251/2 251/17
vessel [7] 241/16 241/18 241/20
241/22 242/9 242/10 242/18
vice [2] 165/18 212/6
video [4] 127/1 142/8 143/10
241/24
videos [1] 101/8
videotaped [3] 101/11 141/12
142/25
view [1] 184/13
violating [1] 127/25
virtue [1] 217/5
visit [1] 107/19
visiting [1] 216/6
visits [4] 108/12 108/25 109/4
195/23
vitae [1] 205/4
vitamin [2] 133/9 133/23
voir [3] 91/12 119/4 200/23
volume [2] 78/11 111/19
volunteer [1] 207/20
vomiting [1] 111/1
voted [3] 203/22 203/23 203/25
voting [1] 204/2

**W**

waited [1] 215/6
waiting [2] 176/25 196/13
walk [1] 109/21
walked [1] 108/11
walking [2] 83/4 243/8

Walsh [1] 79/9
want [38] 86/14 89/22 91/10 95/9
99/13 109/21 114/22 115/1 115/9
117/16 124/19 125/20 125/20 126/6
126/18 135/14 168/4 182/19 204/16
205/6 205/25 212/9 218/14 218/22
218/24 220/14 225/10 229/20
231/20 232/4 233/7 237/12 237/22
238/19 239/8 241/2 243/22 248/8
wanted [5] 88/25 89/1 105/16
117/19 206/22
wants [2] 142/22 245/18
wards [1] 211/19
warfarin [56] 87/17 87/17 87/18
87/22 87/23 88/3 88/5 88/6 88/7
88/16 89/23 90/5 98/21 116/8 119/7
119/18 119/18 120/4 122/24 123/8
123/11 124/1 124/3 124/8 124/16
124/24 133/7 133/8 133/16 133/24
137/9 137/15 148/9 148/11 148/13
148/15 148/22 149/13 149/14
149/17 153/22 186/15 186/19
186/22 187/4 187/16 188/5 188/25
195/2 195/3 195/6 198/13 198/14
199/8 199/24 249/20
warfarin-like [1] 90/5
warn [5] 217/23 225/6 225/13
225/23 234/5
warned [3] 121/3 121/5 140/14
warning [13] 82/21 120/21 120/23
121/6 121/18 121/20 123/18 133/2
137/22 225/10 229/7 232/8 232/16
warnings [15] 82/19 99/21 123/6
123/13 136/24 140/4 196/24 229/5
229/8 234/24 239/20 239/22 239/24
240/13 240/22
warns [1] 132/24
Warshauer [1] 78/22
was [412]
Washburn [4] 182/13 182/14
182/15 182/17
Washington [3] 79/10 201/25 221/1
wasn't [9] 93/11 93/11 111/24
123/3 131/11 170/24 185/7 192/4
196/21
waste [1] 115/7
watch [1] 129/1
watched [1] 181/21
watching [7] 165/8 180/25 181/5
181/6 181/10 181/12 202/5
way [29] 83/12 86/7 98/6 108/23
108/25 116/14 118/6 119/21 119/24
126/6 126/6 130/9 133/2 133/25
139/16 141/24 152/20 152/25
155/21 190/11 192/6 195/25 197/1
197/2 203/23 219/11 225/10 233/18
238/25
ways [5] 89/19 95/14 95/14 119/1
189/5
we [213]
we'll [19] 81/23 102/18 113/25
117/15 119/12 128/25 131/5 140/23
141/9 237/15 237/20 238/1 238/3

**we'll... [6]** 238/4 238/4 249/14 250/25 251/5 251/13

**we're [57]** 81/15 82/1 82/5 85/3 85/13 86/25 90/11 90/16 91/2 92/25 96/6 98/15 98/20 101/7 101/13 101/13 106/6 113/7 113/16 113/19 114/25 115/6 115/6 115/12 115/20 115/20 115/22 116/13 116/22 117/25 118/10 118/12 118/13 118/24 121/16 123/25 124/18 124/20 128/2 131/9 137/6 154/19 157/8 159/20 165/5 166/8 173/2 182/19 189/20 203/11 203/11 237/13 237/17 238/25 240/7 246/25 251/10

**we've [24]** 82/25 98/19 101/21 118/7 125/9 133/3 196/18 236/25 237/17 237/18

**weak [3]** 110/14 110/19 110/25

**wealth [1]** 93/19

**website [2]** 122/23 145/20

**week [1]** 136/16

**weekend [1]** 110/23

**weeks [3]** 108/6 110/13 138/1

**Weingarten [3]** 182/8 182/9 182/15

**Welcome [1]** 82/1

**Weldon [2]** 165/25 166/2

**Welfare [1]** 214/19

**well [49]** 83/1 83/9 84/7 86/17 87/2 87/22 88/4 88/13 88/24 92/14 95/12 96/20 99/24 100/10 104/7 116/2 119/5 121/15 121/22 122/6 125/8 137/12 146/16 151/12 153/22 155/10 155/15 161/18 165/13 172/12 173/2 181/14 193/11 196/12 198/16 202/13 202/25 210/19 215/18 216/21 218/21 223/24 231/10 235/16 236/21 241/7 245/25 249/24 250/10

**well-established [1]** 153/22

**Wells [1]** 183/12

**went [25]** 82/16 103/13 104/23 105/4 105/4 105/18 109/18 111/14 120/9 138/2 190/23 193/24 193/24 203/17 205/17 205/18 206/2 206/3 206/4 207/16 207/16 209/8 211/15 211/15 212/5

**were [97]** 83/3 83/4 83/5 85/25 86/2 86/25 98/16 102/4 104/1 104/5 109/24 114/5 117/5 118/21 121/12 127/21 129/12 132/4 135/7 137/3 139/2 140/9 142/3 142/10 142/14 145/21 148/17 153/5 153/24 154/2 154/5 154/7 156/4 156/8 157/2 157/19 158/6 159/5 161/7 161/14 161/15 161/19 162/10 163/11 163/19 165/12 179/10 179/10 179/22 179/25 181/9 181/12 181/17 187/25 190/1 190/18 193/14 193/22 194/4 194/11 195/6 196/23 197/8 197/10 197/17 199/1 203/10 205/23

208/3 208/6 208/7 209/13 209/16 210/21 210/25 211/23 215/1 213/9 215/7 218/10 218/14 222/6 222/15 222/19 222/22 231/6 233/5 233/11 237/24 239/6 240/12 241/8 241/8 245/22 246/12 249/19 251/22

**weren't [2]** 111/23 145/24

**what [213]**

**what's [25]** 88/4 90/10 97/2 104/17 122/12 123/12 141/25 158/11 162/18 175/13 176/3 179/8 181/24 183/20 184/19 191/19 201/12 222/13 224/6 225/12 227/8 229/2 241/11 241/17 248/10

**whatever [5]** 158/19 158/19 163/21 198/13 237/7

**when [108]** 83/2 83/7 90/8 93/9 99/13 99/17 99/20 100/2 100/25 102/14 104/11 104/18 104/19 106/3 107/8 109/17 109/18 110/5 116/9 117/13 117/16 117/22 118/18 118/21 118/21 118/22 121/9 123/9 123/11 126/1 130/18 130/19 130/21 131/1 131/3 131/8 131/22 132/2 133/6 133/10 133/12 134/10 134/15 134/16 134/18 137/17 138/3 138/4 138/6 139/14 139/16 140/10 140/11 141/22 144/1 144/8 146/11 149/7 149/10 149/17 149/20 153/11 170/17 174/16 176/23 179/14 179/18 179/22 184/5 186/6 186/12 186/14 186/17 188/17 189/16 191/1 193/24 194/18 195/24 199/2 199/4 202/7 205/7 205/20 206/17 207/9 207/18 207/22 208/7 208/10 210/2 210/18 211/8 213/25 215/20 216/4 223/1 224/6 224/17 224/20 230/15 241/7 241/7 241/18 241/19 245/7 248/10 248/22

**whenever [1]** 243/7

**where [45]** 84/5 90/20 94/5 101/10 104/10 104/10 106/7 112/1 115/16 120/6 120/13 127/6 137/5 144/18 144/21 174/7 180/4 180/24 193/14 194/2 197/6 198/17 202/16 205/16 206/14 207/2 207/8 209/8 211/14 212/4 214/4 218/2 229/1 229/4 229/11 229/18 230/16 230/18 230/22 239/17 239/18 239/18 240/15 243/22 244/6

**whereas [1]** 249/5

**WHEREUPON [17]** 81/10 127/1 127/21 129/12 141/1 141/2 141/4 142/25 143/10 200/15 233/5 237/24 238/7 238/8 238/10 251/19 251/22

**whether [17]** 85/9 87/4 120/21 127/12 135/4 136/10 138/13 138/13 142/12 179/23 199/22 199/23 223/24 234/12 236/18 249/13 249/24

**which [47]** 90/11 115/1 118/14 122/19 126/7 127/9 131/9 132/25 135/20 137/18 138/9 143/19 143/24

147/15 147/19 148/9 148/11 150/4 150/13 159/12 151/20 158/12 164/11 171/21 176/20 178/4 178/4 178/12 182/2 183/14 191/7 191/8 195/1 203/13 221/25 224/17 227/3 233/20 233/21 234/2 234/21 235/6 235/8 235/13 235/21 240/3 242/6

**while [20]** 103/14 103/18 103/20 104/3 104/3 104/14 104/14 106/25 111/20 112/21 145/19 170/4 194/22 201/5 209/7 211/1 211/18 212/7 236/16 236/25

**white [3]** 203/6 203/6 241/16

**who [48]** 85/8 93/6 94/3 98/5 103/7 105/24 109/1 109/2 109/12 112/7 114/5 120/15 124/22 124/22 125/16 125/17 126/13 127/9 127/15 136/15 143/6 149/13 156/4 160/16 165/15 182/8 182/10 182/10 182/13 183/23 186/22 186/25 195/5 197/15 197/22 199/16 211/25 220/23 221/9 221/23 221/24 225/2 225/4 243/18 244/25 246/12 248/3 249/24

**who's [3]** 139/10 202/20 221/20

**whole [4]** 91/23 115/13 144/21 212/22

**Wholesale [1]** 105/5

**whose [1]** 92/6

**why [54]** 82/15 83/6 86/14 87/15 88/16 88/22 89/5 91/2 91/8 91/9 96/12 98/8 100/14 113/17 113/17 113/17 115/20 116/11 116/14 116/14 117/9 119/10 119/11 123/8 129/4 129/4 129/16 130/2 130/12 130/13 130/25 131/8 131/9 132/13 132/17 133/4 134/2 134/21 136/2 137/11 198/20 199/15 206/9 212/17 220/15 221/11 226/18 231/23 239/2 241/13 243/3 249/12 249/23 250/3

**wife [2]** 103/11 113/15

**Wilkinson [2]** 79/9 79/9

**will [68]** 81/17 85/11 85/23 90/21 92/8 93/21 95/23 98/18 98/23 99/4 100/6 103/1 109/13 112/6 112/7 112/11 112/13 113/4 113/5 116/4 120/14 120/20 122/11 123/6 126/10 130/8 130/23 130/25 132/10 132/12 132/17 132/19 132/20 133/4 138/11 138/14 139/2 139/13 140/3 140/5 140/7 140/16 140/16 140/19 141/11 142/10 158/8 167/9 167/22 168/24 169/6 171/12 173/16 175/18 183/22 186/6 191/16 200/12 205/14 216/15 216/23 217/8 232/18 233/13 249/14 249/18 249/18 251/20

**willing [1]** 195/20

**winning [3]** 191/16 191/23 192/13

**wish [1]** 81/13

**within [14]** 142/4 142/6 149/17 161/8 162/10 163/11 166/18 202/16 233/25 234/11 236/2 236/14 245/23 250/14

**without [11]** 98/6 98/20 98/22

**W**

**without...** [8] 152/17 152/21 190/21 199/12 211/6 221/6 225/7 233/8
**witness** [16] 91/18 101/10 122/4 129/1 139/11 141/10 142/1 142/1 142/3 142/10 142/12 142/13 142/13 200/10 200/11 217/5
**witness'** [1] 234/7
**witnesses** [19] 100/3 101/6 101/14 102/17 102/21 102/24 121/11 140/24 141/24 142/4 142/5 142/17 142/17 142/18 142/20 142/22 142/23 217/11 217/13
**woman** [3] 87/4 116/24 124/22
**won't** [4] 118/17 128/20 196/6 251/10
**wonder** [1] 185/21
**wonderful** [1] 103/8
**wondering** [2] 88/22 89/18
**Wong** [31] 106/14 106/14 106/16 107/10 107/20 108/4 108/13 109/25 110/22 111/5 120/14 120/18 121/5 121/7 121/13 121/19 121/22 123/8 130/1 130/2 131/1 131/8 131/23 131/24 132/12 132/19 133/1 134/23 137/20 139/20 140/14
**Wong's** [10] 107/3 107/12 107/13 107/15 107/21 107/22 109/17 111/1 111/3 111/3
**word** [8] 88/1 100/16 116/21 141/19 141/20 168/7 174/3 174/10
**wording** [1] 231/19
**words** [2] 116/3 194/16
**work** [33] 84/12 86/19 92/3 105/4 105/4 105/19 110/19 110/20 113/15 116/13 116/15 119/1 119/21 133/7 133/18 133/19 143/6 143/7 144/17 144/24 166/8 183/23 199/5 199/20 201/13 210/19 210/20 219/10 220/7 228/20 241/5 242/2 251/12
**worked** [9] 92/2 139/21 144/14 194/13 198/25 203/20 207/12 207/18 224/16
**working** [9] 105/23 133/24 143/13 160/5 181/9 198/23 201/16 208/6 219/14
**works** [14] 84/7 84/19 87/22 102/7 105/20 105/20 116/14 119/11 119/14 120/1 123/14 139/5 139/5 219/11
**world** [2] 125/5 170/5
**worldwide** [1] 165/18
**worried** [2] 129/8 132/6
**worse** [2] 88/5 110/24
**would** [133] 82/13 83/6 85/6 85/14 86/22 86/23 88/14 88/16 89/24 91/4 91/5 99/7 100/4 100/9 100/14 102/5 103/2 104/9 104/15 104/15 104/16 104/19 105/9 110/3 114/6 114/11 114/25 121/6 121/18 121/19 121/21 122/8 122/9 125/20 126/16 127/10 127/24 127/25 128/7 128/8 131/13

132/6 132/12 133/1 135/21 136/19 136/21 137/11 140/7 155/17 156/22 156/22 156/22 156/25 157/2 157/3 157/6 157/20 157/23 158/21 162/10 163/10 163/13 166/24 166/25 167/2 170/25 171/2 172/19 175/7 177/8 177/11 177/16 177/17 179/9 179/23 180/1 184/5 184/13 184/25 185/5 185/14 186/4 186/12 188/2 189/24 189/24 189/25 190/6 190/7 190/10 192/9 195/7 195/20 197/4 197/5 198/20 200/25 201/3 201/22 204/20 204/24 205/9 208/20 221/9 221/10 221/20 221/23 223/13 224/3 225/20 225/22 226/1 226/10 226/23 227/9 227/18 230/2 232/24 233/13 234/19 237/5 239/18 240/11 240/15 240/17 242/12 242/16 244/6 244/17 245/11 250/17 251/7
**wouldn't** [13] 117/13 125/20 127/12 127/13 138/15 138/16 140/15 145/23 148/4 157/5 177/14 177/15 181/15
**write** [9] 103/18 104/15 104/16 104/16 116/3 120/23 159/10 165/10 220/9
**writes** [3] 167/9 193/3 234/10
**writing** [1] 161/18
**written** [4] 109/12 162/18 213/9 247/11
**wrong** [5] 120/10 120/11 127/16 182/20 246/2
**wrote** [9] 101/1 125/24 127/15 159/10 164/15 185/23 211/12 213/21 219/20

**X**

**Xa** [6] 134/13 134/13 134/15 134/17 169/20 175/25
**XARELTO** [256]
**Xarelto's** [8] 153/18 154/2 176/13 179/7 187/23 189/16 244/21 249/8
**Xarelto-treated** [1] 127/3

**Y**

**Yale** [2] 211/15 211/18
**yeah** [39] 128/2 128/11 150/10 158/15 161/22 162/22 163/21 164/1 164/14 164/22 164/25 166/3 171/2 176/17 177/18 178/25 178/25 179/9 179/12 179/17 179/21 179/25 181/6 181/14 181/18 181/19 184/8 184/23 186/5 189/5 202/23 204/4 206/20 208/10 209/21 218/19 219/6 222/17 229/24
**year** [21] 87/4 87/5 104/21 105/1 125/22 143/18 144/2 169/19 178/16 178/16 194/21 206/6 206/7 206/8 206/9 206/16 209/16 219/17 237/21 243/17 243/18
**years** [41] 104/19 104/24 105/2 105/6 105/8 105/8 105/15 105/22 106/3 112/19 112/24 117/1 138/17

143/15 167/9 168/19 168/23 169/4 169/5 170/10 194/15 195/17 201/15 201/17 202/3 206/2 206/4 208/2 209/9 210/4 210/6 215/6 219/15 231/10 243/17 243/20 244/10 244/11 244/12 249/20 250/12
**yelling** [1] 127/13
**yellow** [1] 247/21
**Yep** [2] 177/6 177/24
**yes** [215]
**yesterday** [6] 156/8 158/18 176/10 176/17 178/22 178/25
**yet** [1] 233/24
**York** [3] 193/15 207/11 212/24
**you** [776]
**you'd** [1] 230/8
**you'll** [17] 87/25 89/21 98/14 112/22 118/14 119/18 120/2 121/2 122/4 123/8 131/3 137/1 142/11 142/11 145/6 238/12 251/9
**you're** [99] 82/2 83/9 83/15 84/2 84/17 85/2 85/7 85/15 86/3 86/17 87/10 87/23 88/2 88/20 89/3 89/10 89/18 91/16 91/18 92/14 92/18 92/21 94/22 95/1 95/12 95/17 96/5 97/3 97/11 97/11 97/18 99/15 100/2 100/2 100/10 100/17 101/5 101/15 101/23 102/13 108/7 114/8 115/2 115/4 116/21 116/24 117/20 118/16 118/19 119/6 119/15 121/5 121/8 123/15 123/18 126/1 127/9 127/16 128/24 129/3 130/2 131/14 134/13 138/7 139/7 139/8 139/9 152/7 157/8 165/6 170/17 176/3 176/22 176/23 182/20 184/19 192/7 192/18 201/8 201/10 202/19 202/20 202/22 203/24 206/21 211/25 212/1 214/16 215/20 220/15 234/18 238/23 242/9 242/9 242/10 243/3 243/7 251/3 251/4
**you've** [19] 99/9 101/8 108/18 141/7 147/6 151/25 165/1 187/2 188/24 194/13 196/16 213/3 214/11 219/10 219/14 220/1 238/19 251/1 251/1
**young** [1] 199/2
**youngest** [1] 193/20
**your** [195]
**yours** [1] 156/15
**yourself** [6] 100/3 130/20 159/24 193/12 193/18 201/3

**Z**

**zone** [9] 82/22 83/4 83/5 90/1 90/7 98/13 98/17 114/5 135/15
**zones** [1] 85/21
**zoom** [1] 213/5