```
09:12:03
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*****************************************************************

IN RE:  XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION          Docket No. 14-MD-2592
                                       Section "L"
                                       New Orleans, Louisiana
THIS DOCUMENT RELATES TO:              Tuesday, April 25, 2017
Joseph J. Boudreaux, Jr.
v. Janssen Research &
Development, et. al.,
Case No. 14-CV-2720

*****************************************************************

TRANSCRIPT OF TRIAL PROCEEDINGS
HEARD BEFORE THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE
VOLUME II - MORNING SESSION


APPEARANCES:

FOR THE PLAINTIFFS'
LIAISON COUNSEL:              LEVIN PAPANTONIO
                              BRIAN H. BARR, ESQ.
                              316 Baylen Street, Suite 600
                              Pensacola, FL 32502

                              BEASLEY ALLEN
                              BY:  ANDY BIRCHFIELD, ESQ.
                              P.O. Box 4160
                              Montgomery, AL 36103

                              GAINSBURGH BENJAMIN DAVID
                              MEUNIER & WARSHAUER
                              BY:  GERALD E. MEUNIER, ESQ.
                              2800 Energy Centre
                              1100 Poydras Street
                              New Orleans, LA 70163

                              SCHLICHTER, BOGARD & DENTON
                              BY:  ROGER C. DENTON, ESQ.
                              100 South 4th Street
                              Saint Louis, MO 63102

```
 1                                    LAMBERT FIRM
                                      BY:  EMILY JEFFCOTT, ESQ.
 2                                    701 Magazine Street
                                      New Orleans, Louisiana 70130
 3

 4    FOR THE DEFENDANT BAYER
      HEALTHCARE PHARMACEUTICALS
 5    INC. and BAYER PHARMA AG:       WILKINSON WALSH & ESKOVITZ, LLP
                                      BY:  BETH A. WILKINSON, ESQ.
 6                                    1900 M Street NW, Suite 800
                                      Washington, DC 20036
 7
                                      NELSON MULLINS RILEY
 8                                    & SCARBOROUGH, LLP
                                      BY:  DAVID E. DUKES, ESQ.
 9                                    Meridian, 17th Floor
                                      1320 Main Street
10                                    Columbia, SC 29201

11                                    BRADLEY ARANT BOULT CUMMINGS
                                      BY:  KEVIN C. NEWSOM, ESQ.
12                                    One Federal Place
                                      1819 5th Avenue N
13                                    Birmingham, AL 35203

14    FOR JANSSEN PHARMACEUTICALS,
15    INC. AND JANSSEN RESEARCH &
      DEVELOPMENT, LLC:               BARRASSO USDIN KUPPERMAN FREEMAN
16                                    & SARVER, LLC
                                      BY:  RICHARD E. SARVER, ESQ.
17                                    909 Poydras Street, 24th Floor
                                      New Orleans, LA 70112
18

19
      Official Court Reporter:        Karen A. Ibos, CCR, RPR, CRR, RMR
20                                    500 Poydras Street, B-275
                                      New Orleans, Louisiana 70130
21                                    (504) 589-7776

22
        Proceedings recorded by mechanical stenography, transcript
23    produced by computer.

24

25
```

1

2                                    I N D E X

3

4

5   WITNESSES FOR THE PLAINTIFF:                         PAGE/LINE:

6

7   DR. DAVID KESSLER

8

9     Continued Direct Examination by Ms. Jeffcott      256/17

10

11    Cross-Examination by Mr. Dukes                     296/9

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>P R O C E E D I N G S</u>.

(TUESDAY, APRIL 25, 2017)

(MORNING SESSION)


(OPEN COURT.)

09:12:04    THE DEPUTY CLERK:  All rise for the jury, please.

09:12:07        (WHEREUPON, THE JURY ENTERED THE COURTROOM.)

09:12:44    THE COURT:  Be seated, please.  Good morning, ladies and

09:12:47  gentlemen.

09:12:49    Members of the jury, you'll recall that we're still on a

09:12:52  witness.  You're still under oath, sir.

09:12:54    THE WITNESS:  Yes, sir.

09:12:55    THE COURT:  You may proceed, Counsel.

09:12:57    MS. JEFFCOTT:  Thank you, your Honor.  Good morning.

09:12:58    THE JURY:  Good morning.

09:13:00            CONTINUED DIRECT EXAMINATION

09:13:01  BY MS. JEFFCOTT:

09:13:02  Q.  Good morning, Dr. Kessler.

09:13:03  A.  Good morning.

09:13:04  Q.  When we recessed yesterday we were about to explore your

09:13:06  opinions further.  But before I would like to do so, I would like

09:13:09  to spend just a few minutes recapping just what we went through

09:13:13  yesterday.

09:13:15    MS. JEFFCOTT:  And, your Honor, if I may, just write down

09:13:17  a few words in summary on the white board.

09:13:23  1          THE COURT:  I think everybody remembers.  Why don't we

09:13:25  2   just continue on with the case.

09:13:27  3          MS. JEFFCOTT:  Yes, your Honor.

09:13:30  4   BY MS. JEFFCOTT:

09:13:32  5   Q.  Yesterday, we briefly discussed variability in terms of

09:13:38  6   bleeding rates; is that right, Dr. Kessler?

09:13:39  7   A.  Yes.  Exact same pill, different amounts in the blood when you

09:13:45  8   go test for it.

09:13:48  9   Q.  And so if a lab test could assist doctors in evaluating a

09:13:55 10   patient's risk of bleeding on Xarelto, is that something that

09:13:59 11   should be in the label?

09:14:00 12   A.  Yes.

09:14:01 13   Q.  And are there generally accepted laboratory tests to identify

09:14:09 14   patients who may be at this higher bleeding risk?

09:14:13 15   A.  So there certainly are generally accepted laboratory tests to

09:14:20 16   measure bleeding risks.  When I was in medical school, ever since

09:14:24 17   I've been an intern, there are, for example, the prothrombin test,

09:14:33 18   sometimes called PT test, sometimes called clotting tests, there

09:14:37 19   are others.  That test is a, simply put, is a measure of bleeding

09:14:44 20   risk.

09:14:45 21   Q.  And did the company study whether using PT correlated with the

09:14:53 22   amount of Xarelto in the blood?

09:14:55 23   A.  Yes.

09:14:57 24   Q.  And did the company public -- publicate that correlation?

09:15:02 25   A.  Yes, they did publish that.  In fact, one of the same papers I

1   showed where variability -- remember that ten-fold variability and

2   that line that we saw yesterday, that paper by Dr. Mueck?  They

3   published in that paper, yes.

4   Q.  And if we could pull up that Mueck paper, the demonstrative we

5   showed from yesterday, which is PX No. 3261528.

6   A.  I believe it's the -- Figure 4, if I'm correct.  The graphs,

7   the relationship.

8   Q.  I can do it on the ELMO.

9   A.  I have a 3261528, it's Dr. Mueck's 2014 paper, and if you can

10   go to Figure 4B.

11   Q.  And before we do that real quick, can we go to Page 1?  We keep

12   referring to Dr. Mueck's paper, and I am not sure that we actually

13   talked about who Dr. Mueck is.  If you would, Dr. Kessler, just

14   explain who Dr. Mueck is.

15   A.  If you can do me favor, Carl, if you can below up right down

16   here, you can see Dr. Mueck is the first author.  And then if you

17   go to the bottom of the page, please, you can see his identifiers.

18   He is with the clinical pharma -- all of the authors with the

19   clinical pharmacology unit at Bayer.

20   Q.  And going back up to the title, Dr. Kessler, this title.  Would

21   you mind just kind of explaining a little bit about what this

22   means?

23   A.  Okay.  Sure.  Rivaroxaban, we all know that's Xarelto.

24   Pharmacokinetic is -- when we talk about the amount of Xarelto in

25   the blood, that's just another -- PK, pharmacokinetic is just

09:17:37  1   another fancy word for saying how much drug is in the blood.  So

09:17:42  2   you can measure -- they have tests that measure the actual drug

09:17:46  3   itself in the blood.  Drug in the tablet you take by mouth, exact

09:17:51  4   same amount, then you can do the pharmacokinetic measurement there.

09:17:56  5        Pharmacodynamic means the effect on the body.

09:18:01  6        So you asked me about whether there were tests for

09:18:03  7   bleeding, and I said one test is called prothrombin time or PT.

09:18:10  8   That is a measurement of pharmacodynamic, because if I have an

09:18:17  9   increased risk of bleeding, that's an affect on my bleeding.  So

09:18:19  10  this basically talks about, in essence, the effect -- the

09:18:23  11  concentration of the drug in the blood and what is its effect on

09:18:28  12  the body.  And now we're talking about bleed risk.

09:18:30  13  Q.  And that's what Dr. Mueck and the scientists there were looking

09:18:38  14  at?

09:18:38  15  A.  Yes, ma'am.

09:18:38  16  Q.  And I'm sorry to interrupt you, but going back to Figure 4B

09:18:41  17  which you directed us to.

09:18:52  18  A.  Would you like me to explain?

09:18:53  19  Q.  Yes.  This is the correlation you were discussing?

09:18:55  20  A.  Yes.  But actually, do me a favor, Carl.  Take off that heading

09:19:02  21  because that's -- that's -- actually, that's not a heading, that

09:19:06  22  refers to the prior slide and I just don't want to confuse people.

09:19:10  23  So if you can just cut it just Slide B.

09:19:14  24        So here are the two things that we want to know whether

09:19:17  25  they're related:  How much is in my blood.  And we know that can be

09:19:24  1    variable.  So how much is in the blood is on this bottom axis.

09:19:30  2    It's Xarelto plasma concentration.  And you see it can range all

09:19:36  3    the way down here from zero all the way up to about a little over

09:19:41  4    500, and that's the measurement of how -- of micrograms per liter.

09:19:48  5    So that's how much drug is in the blood.

09:19:55  6          Now, PT -- now, each one of these dots is a different

09:20:00  7    patient that's studied.  And for every patient that's studied

09:20:05  8    there's two measurements taken.  There's a measurement taken for

09:20:09  9    how much Xarelto is in the blood, and there's a measurement taken

09:20:13 10    for PT.  Now, PT, I said, is generally a measurement of bleeding

09:20:19 11    risk.  But these are how PTs are -- the PT -- the prothrombin

09:20:27 12    time -- sorry, I am abbreviating.  These are how PT is measured.

09:20:33 13    The PT test goes back to 1936.

09:20:35 14          And you see, the question was, and what Dr. Mueck was

09:20:43 15    looking at, was:  Is there a relationship?  What do I mean

09:20:46 16    between -- relationship between how much Xarelto is in the blood

09:20:48 17    and what the PT time is.  So what's the relationship?  The question

09:20:53 18    is:  When the amount of Xarelto is low in the blood, down here

09:21:00 19    (INDICATING), right, is prothrombin low?  And if the amount is

09:21:07 20    higher in the blood, is the prothrombin test higher?

09:21:12 21          And so they do this experimentally.  All of the patients

09:21:16 22    studied, two samples, measured at certain points in time that the

09:21:21 23    company decided and what they do is they graph, right?  And then

09:21:29 24    the statisticians come in and apply statistics.  But you can see,

09:21:35 25    you don't need a statistician to see that, in general, right, as

09:21:41 1  the higher the amount of drug in the blood, the higher the PT.

09:21:47 2         Now, the higher the PT, the higher the bleeding risk,

09:21:53 3  because prothrombin is a generally accepted test to look at

09:21:58 4  bleeding risk.  And Dr. Mueck found, in fact, there was a strong

09:22:04 5  correlation.  That's just a statistical term.  It's relationship;

09:22:10 6  more drug in my body, higher risk of bleeding.  Generally, that's

09:22:15 7  what that graph shows.

09:22:17 8  Q.  And you mentioned that these patients had to have a PT test

09:22:22 9  twice a day.  Is that involved, going into a lab?  How is a PT

09:22:30 10 taken?

09:22:30 11 A.  So I apologize.  I said each of these -- there were two

09:22:34 12 measurements.  I may have misspoken.  Each patient had their drug

09:22:38 13 concentration measured, and then had their PT measured.  And the

09:22:45 14 companies had certain rules of when the PT was taken and that was

09:22:49 15 set by protocol.

09:22:50 16        But if your question is:  How is a PT done?  Is that the

09:22:56 17 question?

09:22:56 18 Q.  Yes.

09:22:57 19 A.  Right.  So the way a PT -- and, again, I keep on abbreviating.

09:23:01 20 It's prothrombin time.  It's bleeding risk.  So you take a blood

09:23:06 21 sample, you spin it down in a centrifuge, you get the plasma.  You

09:23:11 22 know, the yellow stuff on top, the cells on the bottom.  You take

09:23:17 23 some of that plasma and then you add certain clotting factors to

09:23:27 24 it.  And then you -- the laboratory measures the time it takes for

09:23:35 25 blood to clot.  So the longer it takes for the blood to clot, the

09:23:40 1    higher the PT, generally, the higher the bleeding risk.

09:23:45 2    Q.  And so what this graph is depicting is that the more

09:23:50 3    concentration in the blood, the higher the PT?

09:23:52 4    A.  More concentration of what?

09:23:54 5    Q.  Of Xarelto.

09:23:55 6    A.  Of Xarelto in the blood, the higher the PT generally.  That's

09:24:03 7    the correlation.  That's the relationship.

09:24:05 8    Q.  And when the FDA -- and did the FDA, when it reviewed the

09:24:10 9    application for Xarelto, also conclude that there was a

09:24:14 10   correlation?

09:24:15 11   A.  Right.  Yes.  So fix this picture in your mind.  Just sort of

09:24:21 12   memorize -- no, I'm kidding.  But just get a sense of what this

09:24:25 13   looks like, right, with the line and that trajectory of that line.

09:24:31 14   And FDA did its own analysis, again, of the company's data, but

09:24:36 15   somewhat different analysis.  FDA looked and did its own analysis

09:24:42 16   of the data.

09:24:48 17             MS. JEFFCOTT:  And, your Honor, may I approach the

09:24:49 18   witness?

09:25:15 19   BY MS. JEFFCOTT:

09:25:15 20   Q.  And, Dr. Kessler, would you be so kind to read the title of

09:25:18 21   this document?

09:25:18 22   A.  So this title is called "FDA Draft Briefing Document For the

09:25:26 23   Cardiovascular and Renal Drugs Advisory Committee," and then it

09:25:32 24   abbreviates the name of that committee.

09:25:35 25   Q.  And what's the date of this document?

09:25:36 1   A.  This document is dated September 8th, 2011.

09:25:42 2        MS. JEFFCOTT:  And at this time we offer PX 5768754 into

09:25:42 3   evidence as Exhibit No. 2.

09:25:56 4        MR. DUKES:  We have no objection.

09:25:57 5        THE COURT:  I'll admit it into evidence.

09:26:00 6        MS. JEFFCOTT:  Thank you, your Honor.

09:26:03 7   BY MS. JEFFCOTT:

09:26:03 8   Q.  Dr. Kessler, would you briefly state the purpose of this

09:26:06 9   document?

09:26:06 10  A.  So there was an advisory committee.  FDA sometimes calls in

09:26:11 11  other docs in a public meeting, and FDA prepares documents for that

09:26:20 12  meeting, and that document is publicly available.  You can go

09:26:27 13  online and find it.

09:26:28 14        In that document, you will find the medical reviewers at

09:27:13 15  FDA.  This is for, remember, the AFib indication, because there are

09:27:13 16  other medical reviewers for other indications.  You'll see the

09:27:13 17  medical reviewer.  You will also see what's called the clinical

09:27:13 18  pharm review.  Those are different parts of the FDA, and you will

09:27:13 19  see their reports that get put in this draft.  FDA labels

09:28:34 20  everything "Draft."  It doesn't mean -- there's no final in this

09:28:34 21  case.  So you'll see the work of the FDA analysis.

09:28:34 22  Q.  And could you briefly describe the difference between the

09:28:34 23  medical review and the clinical pharm review?

09:28:34 24  A.  Medical reviewers are looking at the medical aspects, safety,

09:28:34 25  the efficacy, whether the drug works.  The clinical pharm looks at

09:28:34 1   the pharmacology, but it also looks at both whether the drug works

09:28:34 2   and its safety profile.  Some are trained as pharmacologists.  Some

09:28:34 3   are trained as MDs.

09:28:34 4   Q.  And in discussing the correlation, can you point to where in

09:28:34 5   this document you found the correlation?

09:28:34 6   A.  Certainly.  FDA -- if you turn to page -- I believe it is 38.

09:28:34 7   That is not the PDF, but that's -- is there a Bates?  I don't know

09:28:34 8   if there's a Bates.  My Page 38.  I guess it's PDF 39.

09:28:34 9   Q.  That's right.

09:28:34 10  A.  Thank you.

09:28:34 11  Q.  And, Doctor, do you mind explaining what's important on this

09:28:34 12  page in your opinion?

09:28:34 13  A.  So, Carl, if you can highlight, let's first -- before we go

09:28:35 14  even to the graph, let's just go to the text, and FDA's posing a

09:28:44 15  question, okay?  Whether prothrombin time can be used as a

09:28:50 16  measurement.  That's all "surrogate" means, is a measurement, as a

09:28:54 17  test, right, for blood concentration.  That was the question.  And

09:29:00 18  here it says, "The data from 161 ROCKET patients."  That's the big

09:29:06 19  study that was done for -- by AFib for Xarelto -- "confirms" --

09:29:15 20  just highlight this.  You don't need to do the title.  Just

09:29:18 21  highlight this so everyone sees.  "Confirms the linear

09:29:23 22  relationship," so that's a correlation.  The two things are

09:29:27 23  related.  "Between plasma concentration of Xarelto and the PT,"

09:29:34 24  perfect.  So it's a linear relationship between two things; between

09:29:37 25  the plasma concentration of the drug -- so, Carl, just highlight

09:29:44  1    "plasma concentration," and then kindly highlight -- and then "PT"

09:29:52  2    here (INDICATING).  Perfect.

09:29:55  3            So the FDA concludes that there is a linear relationship,

09:29:59  4    as shown in the figure.  So remember, I said keep that image of

09:30:06  5    that other figure?  Here is FDA's figure, right.  Just go down to

09:30:11  6    Figure 6 and now let's look at the graph that FDA concluded.

09:30:17  7            I think we can take off these -- that's perfect.  Thanks

09:30:21  8    an awful lot.  Thanks for highlighting this.

09:30:24  9            So this is FDA's analysis.  Not exactly the same, right,

09:30:28  10   but very similar.  And certainly, similar with regard to this line,

09:30:34  11   lower plasma concentration of drug, right, lower prothrombin time,

09:30:41  12   lower bleed -- you know, the bleeding risk test, higher plasma

09:30:47  13   concentration, higher prothrombin time -- again, not perfect.  No

09:30:54  14   science is ever perfect.  There are dots elsewhere, but generally

09:31:00  15   you see this line, and FDA concluded that there was a linear

09:31:02  16   correlation.

09:31:05  17   Q.  And based on your review and materials and documents, has the

09:31:10  18   FDA changed its position regarding the linear correlation between

09:31:17  19   PT and Xarelto plasma concentration?

09:31:20  20   A.  No, it is not.  I think it is generally accepted.

09:31:24  21   Q.  And do you have an opinion with respect to Xarelto in the blood

09:31:28  22   and PT?

09:31:29  23   A.  Yes.  There is a relationship between Xarelto plasma

09:31:35  24   concentration and PT.  Lower drug in the blood, lower PT, lower

09:31:43  25   bleed risk, according to that test, and higher amount of drug on

09:31:50  1   board, higher PT level.

09:31:57  2   Q.  And, Doctor, we discussed yesterday that Xarelto can cause

09:32:01  3   bleeding, correct?

09:32:04  4   A.  That's certainly major bleeding we talked about.  We talked

09:32:07  5   about the 3.6 per hundred yesterday.

09:32:11  6   Q.  And the amount of Xarelto in the blood is also variable?

09:32:17  7   A.  Yes.  We saw that.  We saw that one of the sets of numbers.  I

09:32:23  8   think there was a ten-fold -- a little more than a ten-fold

09:32:26  9   difference, yes.

09:32:27  10  Q.  And that variability, that ten-fold difference can -- also

09:32:33  11  pertains to the risk of bleeding?

09:32:36  12  A.  Yes.  So -- exactly.  So we have three different sort of things

09:32:46  13  we're looking at.  Well, actually four things, right.  Because

09:32:50  14  we -- we start off with the exact same amount of Xarelto because

09:32:54  15  that's in the tablet.  Then we have a variable amount of a drug in

09:33:03  16  the blood.

09:33:04  17          And the first thing, then, is that -- that amount in the

09:33:07  18  blood, is that correlated with that PT test for bleeding risk?  And

09:33:15  19  we saw that both FDA and the company concluded those things were

09:33:23  20  related.  And we know that PT, going back to 1935, was a measure of

09:33:31  21  bleeding risk.  So just from that alone, you conclude the amount of

09:33:35  22  drug in the blood is correlated with PT with bleeding risk.

09:33:41  23          But to be sure, right?  I mean, to -- actually to

09:33:47  24  validate, in fact, to make sure it's correct that PT predicts

09:33:52  25  bleeding risk, you should look at the data of PT values, and do

09:33:59  1   people actually bleed.  So it's sort of a check to make sure that

09:34:04  2   PT is really correlated with bleeding risk.

09:34:10  3   Q.  And that was what was essentially done through the ROCKET data?

09:34:15  4   A.  The ROCKET data did a number of things, but certainly there was

09:34:20  5   a very big report that was looked at, that looked at that question

09:34:30  6   of, again, does PT -- I always learned that PT was related to

09:34:36  7   bleeding risk.  But actually, when you look at patients who had

09:34:39  8   higher PTs on this drug, did they, in fact, have a higher bleed --

09:34:45  9   did they bleed -- did they have more major bleeds?

09:34:50 10   Q.  And this data, did you examine this data from the ROCKET study?

09:34:54 11   A.  Yes.

09:34:57 12           MS. JEFFCOTT:  And, your Honor, may I approach the

09:34:59 13   witness?  Your Honor, I am about to pass out a very heavy document.

09:35:09 14   Do you mind if I have some assistance?

09:35:11 15           THE COURT:  That's fine.

09:35:40 16           MS. JEFFCOTT:  And, your Honor, just for the convenience

09:35:42 17   of the Court, I also created an abbreviated one where we're only

09:35:46 18   going to reference the certain pages.

09:36:19 19           THE COURT:  Let's make sure, for the record, that we have

09:36:23 20   it designated properly.  This one is P2, as I understand it, the

09:36:27 21   draft?

09:36:28 22           MS. JEFFCOTT:  That's correct.

09:36:30 23           THE COURT:  Do you have that, Dean, P2?

09:36:33 24           THE DEPUTY CLERK:  Yes.

09:36:35 25   BY MS. JEFFCOTT:

09:36:36  1  Q.  And, Doctor, would you mind reading the title of that very

09:36:39  2  large document?

09:36:42  3  A.  There's a short title.  May I read that short title, or you

09:36:48  4  want the longer subtitle?

09:36:51  5  Q.  That short title is fine.

09:36:52  6  A.  *Pharmacodynamic Analysis*.

09:36:55  7  Q.  And would you also just read the date the report was issued?

09:36:58  8  A.  December 15th, 2010.

09:37:03  9           MS. JEFFCOTT:  Your Honor, at this time, I would like to

09:37:04  10  offer into evidence PX9785 as Plaintiff's Trial Exhibit No. 3.

09:37:12  11           THE COURT:  Any objection?

09:37:13  12           MR. DUKES:  I have no objection to that.  I am not sure

09:37:15  13  that the whole document includes Page 711, and as long as we're

09:37:19  14  able to use Page 711 if it's excluded, then I have no objection to

09:37:24  15  the entire document.

09:37:25  16           MS. JEFFCOTT:  And it does, and I'll also handed you the

09:37:29  17  excerpted portion, so you don't have to dig through all that.

09:37:30  18           And, your Honor, you've also been provided the excerpted

09:37:34  19  portion.

09:37:34  20           THE COURT:  Is it part of it or a different exhibit?

09:37:37  21           MS. JEFFCOTT:  It is part of it.

09:37:38  22           THE COURT:  Okay.  Admitted P3.

09:37:52  23  BY MS. JEFFCOTT:

09:37:53  24  Q.  Doctor, from your examination of the ROCKET data, what did you

09:37:57  25  find?

09:37:58  1    A.  So when you look for major bleeding and you look at the tables

09:38:05  2    that look at PT, you see, in fact, the higher the PT, the higher

09:38:16  3    the incidents of major bleeding.

09:38:21  4    Q.  And where did you find that in the data?

09:38:24  5    A.  So there are a number of tables that are relevant, but if you

09:38:28  6    turn to one, just for example, Table 583.  There are a number we

09:38:37  7    could turn to.

09:38:37  8    Q.  And that's on Page 711, which has also been -- the second page

09:38:42  9    of the short document.

09:38:44  10   A.  Yes.

09:38:45  11   Q.  And, Doctor, would you, please, just walk through this table?

09:38:51  12   A.  So let's just look at the title.  Again, this is about Xarelto,

09:38:57  13   pharmacokinetic.  Pharmacodynamic we know is PT.  And the important

09:39:03  14   thing is this is a coagulation analysis.  So a coagulation

09:39:07  15   analysis -- remember, PT, prothrombin time, is a test for bleeding

09:39:12  16   risk.  And bleeding -- another word for whether bleeding risk is

09:39:17  17   does it clot, does it coagulate, and coagulation analysis.

09:39:22  18           So what the company did here is it started off -- it

09:39:25  19   looked at certain subgroups, right.  And let's deal with the

09:39:30  20   subgroup that we've been talking about that's major bleed, the

09:39:33  21   serious bleeds.  So it took the patients -- actually, I should

09:39:37  22   probably come up here and just be exact here.  So these are

09:39:44  23   subjects who received Xarelto.

09:39:47  24           This was a test -- the company did PT measurements at

09:39:52  25   both Week 12 and Week 24.  These are the Week 24.  So just -- this

09:39:57  1    PT measurements, that's great.  Thanks, Carl.  Week 24, that's when

09:40:03  2    they drew the PT, and trough is exactly how long after their last

09:40:10  3    dose when they drew it.

09:40:12  4         So there are a number of different tables that we could

09:40:15  5    look at if you would like, Counselor.  That -- there's Week 12

09:40:19  6    tables.  There's trough.  There's post dose.  There's max, but this

09:40:25  7    is just an example.

09:40:26  8    Q.  You looked at those other tables?

09:40:28  9    A.  Yes, and I am happy to discuss them, if you would like.

09:40:32 10         So here is -- now, the important thing -- so they took

09:40:35 11    all patients who had major bleeds in the ROCKET study.  And what

09:40:43 12    they did is they, then, divided the patients who had major bleeds.

09:40:50 13    They took their PT numbers and they divided those PT numbers up

09:40:56 14    into buckets, quartiles.  So there was those who had PTs -- lower

09:41:04 15    PTs, that's Quartile 1.  Let's say, Bucket 1, right.  Bucket 4, is

09:41:12 16    those who had the highest bucket -- the highest PT, sorry.  So

09:41:19 17    Quartile 4 is the highest PT values.  Right?  So they just took the

09:41:26 18    patients, their PT values, and they analyzed them from lowest to

09:41:29 19    highest, and they did Group 1, Group 2, Group 3, Group 4.  Group 1,

09:41:37 20    the lowest.  Group 4, the highest.

09:41:38 21    Q.  And just so I understand the portion highlighted with the

09:41:42 22    different buckets.  In looking at the two numbers provided, 19.8

09:41:47 23    and 14.0, is that the range of PT?

09:41:50 24    A.  You got it right.  Good job.  And then, just do me a favor.

09:41:54 25    You can probably read better than I can.  Read the ranges.  That's

09:41:58  1    the range for Bucket 1 or Q1.  And you can see that's the lowest

09:42:05  2    level.

09:42:05  3           Now, Carl, do -- let's -- if you can read, Counselor, for

09:42:10  4    example, Bucket 2 or Q2, the range, I think, is greater than 14.0

09:42:17  5    to 16.  And Bucket 3 or Q3 is greater than 16 to 18.7.  And then

09:42:27  6    the highest -- these are PT values.  These are the PT tests, right.

09:42:32  7    And the highest one is greater than 18.7 to -- all the way up to

09:42:37  8    90, if I am reading that right.

09:42:39  9    Q.  So just thinking about the graphs that we displayed earlier,

09:42:43  10   that's what would be on the left axis, right?

09:42:45  11   A.  Yes.

09:42:46  12   Q.  On the vertical axis?

09:42:48  13   A.  Yes.

09:42:49  14   Q.  So then moving over to the next column of data --

09:42:52  15   A.  Right over here (INDICATING).

09:42:53  16   Q.  Right.  -- what does that represent?

09:42:55  17   A.  So this is what's the percentage of people in each who had, the

09:42:59  18   PTs in that bucket, what was the percentage who bled?  Who had

09:43:04  19   major bleeds, right?  So let me just focus on the percentage.

09:43:08  20   Happy to give you the raw numbers, but the numbers in the

09:43:15  21   parenthesis start -- you see they range from, in Bucket 1,

09:43:22  22   4 percent.  To be exact, 4.04, if I'm -- if my eyesight is --

09:43:27  23   Q.  You got that right.

09:43:29  24   A.  I have to go for my driving test soon and my eyesight.

09:43:33  25          Can you give me a note, Judge, that I can pass, right?

09:43:37 1          And here at the highest PT level, right?  Again, I always

09:43:45 2  knew that PT correlated with bleeding, or that's what I was taught

09:43:49 3  in medical school, but you want to be sure.  So you see that the

09:43:53 4  highest PT has 11.4 percent bleeds.  So again, you have this

09:44:02 5  increase; lowest risk -- lowest PT values, lower number of major

09:44:11 6  bleeds.  Now a percentage of major bleeds.  Higher PT, higher

09:44:17 7  percentage of major bleeds.

09:44:20 8  Q.  Now, to give context to all of these numbers, did you ask us to

09:44:24 9  create a graph kind of plotting out this information?

09:44:27 10  A.  Maybe -- yes, I asked you to do that just to -- just so people

09:44:32 11  could see.  There are a lot of numbers on that chart.  It may be

09:44:36 12  easier just to see the PT numbers with the percentages.

09:44:42 13          MS. JEFFCOTT:  And, Carl, would you put up the next

09:44:45 14  demonstrative, the demonstrative table 5A.

09:45:00 15          THE WITNESS:  Thanks.

09:45:01 16  BY MS. JEFFCOTT:

09:45:02 17  Q.  And is this the graph?

09:45:03 18  A.  Exact same data, just a different representation.  Again, the

09:45:10 19  risk of major bleeding by prothrombin time quartile, by the

09:45:17 20  different buckets.  So here is Bucket 1, Bucket 2, Bucket 3,

09:45:22 21  Bucket 4.  Lowest PT, highest PT (INDICATING).  And then, what the

09:45:31 22  risk of bleeding was.  And remember, we saw first bucket, lowest

09:45:37 23  level of PT, 4 percent, if I could round off; highest bucket,

09:45:44 24  11 percent.  These, again, are major bleeds.

09:45:50 25  Q.  And did the FDA also do an analysis of PT and bleeding risk

09:45:56  1   from ROCKET?

09:45:57  2   A.  Yes, they did.

09:45:58  3   Q.  Did they find a correlation?

09:46:00  4   A.  Yes, they did.

09:46:05  5          MS. JEFFCOTT:  Carl, could you please pull up PX 5767781.

09:46:37  6   Your Honor, may I approach?

09:46:38  7          THE COURT:  Yes.

09:47:23  8   BY MS. JEFFCOTT:

09:47:23  9   Q.  And, Doctor, would you turn to the second page.  And please

09:47:28  10  read the title of this document.  Actually, I think that's on the

09:47:31  11  first page.  I'm sorry.

09:47:33  12  A.  *Summary Review.*  I mean, it's titled *The Center For Drug*

09:47:39  13  *Evaluation Research.*  That's one of FDA's -- the center that does

09:47:45  14  drug evaluation.  There's a specific application, that's the AFib

09:47:51  15  application by Janssen and Bayer.  This is a summary review by the

09:47:59  16  FDA.  And if you turn -- I'm sorry.

09:48:03  17  Q.  And what's the date of this document?

09:48:05  18  A.  So if you turn to the next page, and you see this is

09:48:09  19  specifically the Deputy Division Director's Decisional Memo, right,

09:48:16  20  if you highlight the top.  But to your question, November 4th,

09:48:21  21  2011.

09:48:21  22         MS. JEFFCOTT:  And, your Honor, we offer PX5767781 into

09:48:26  23  evidence as Plaintiff's Trial Exhibit No. 4.

09:48:31  24         THE COURT:  Any objection?

09:48:31  25         MR. DUKES:  No objection, your Honor.

09:48:32  1            THE COURT:  Okay.  Let it be admitted.

09:48:36  2  BY MS. JEFFCOTT:

09:48:37  3  Q.  And, Dr. Kessler, would you mind explaining the purpose of this

09:48:39  4  document?

09:48:40  5  A.  So this is, again, as the NDA, the company's new drug

09:48:47  6  application is being reviewed.  These are the FDA medical doc --

09:48:55  7  these are the doctors who are reviewing the application and this

09:48:59  8  includes their findings.

09:49:01  9  Q.  So their conclusion?

09:49:03  10  A.  About a number of different issues, yes.

09:49:08  11  Q.  And, Doctor, in looking at this FDA document, can you please

09:49:13  12  point to the portion that you believe is relevant?

09:49:15  13  A.  So let's turn -- if I am correct.  Let me find it.  It's

09:49:21  14  Page 9.  PDF Page 10.

09:49:32  15  Q.  Is that the correct portion on the screen?

09:49:34  16  A.  Yes, exactly, Counselor.

09:49:40  17  Q.  And, Doctor, could you read the portion that is of interest to

09:49:45  18  you?

09:49:45  19  A.  Sure.  Probably should do the -- this is the heading so

09:49:54  20  everyone sees the context.  This is FDA.  This memo includes a lot

09:49:58  21  of different issues that are discussed.  It talks about the

09:50:02  22  desirability of monitoring for adjustment of Xarelto dose.  I am

09:50:09  23  happy to explain that at some point, but what's relevant -- Carl,

09:50:14  24  highlight that.  Let's highlight the first couple of sentences here

09:50:20  25  because that's really the data.

09:50:21  1          So it talks about the clinical pharmacology -- that's the

09:50:25  2  pharmacology review -- and clinical reviewers -- that's the medical

09:50:30  3  reviewers, that's the slang for medical reviewers -- demonstrated

09:50:34  4  that there is a linear correlation between Xarelto levels and PT.

09:50:43  5  We talked about that.  We showed that graph.  But this is what's

09:50:50  6  new.  They also demonstrated -- this is -- now, they, it's

09:50:58  7  interesting, is the clinical pharmacologists and clinical

09:51:03  8  reviewers.

09:51:04  9  Q.  So that's FDA?

09:51:05  10  A.  That's FDA saying they demonstrated this off of the company's

09:51:09  11  data, right.

09:51:11  12          They also demonstrated that there is a correlation

09:51:17  13  between PT, prothrombin time, this test for bleeding, and risk for

09:51:21  14  bleeding, which is what I just showed you, that data going from

09:51:28  15  that 4 percent to that 11 percent.  They showed as a correlation

09:51:34  16  between PT and bleeding.

09:51:36  17          FDA also said, "This applicant," the drug companies, "has

09:51:39  18  not chosen to utilize this information."  And again, it goes on for

09:51:44  19  other stuff if you want to be able to talk about that.

09:51:47  20  Q.  And, Dr. Kessler, are these statements important to your

09:51:53  21  opinions here today?

09:51:54  22  A.  Yes.

09:51:54  23  Q.  And can you please explain why?

09:51:56  24  A.  Well, so what are my opinions, right?  One, there's

09:52:01  25  variability.  We saw that.  That same dose, different

09:52:07   1    concentrations in the blood.  Different concentrations in the

09:52:12   2    blood, different PT levels.  Different PT levels, different risks

09:52:18   3    of bleeding.  That's basically what we've been talking about.

09:52:23   4    Q.  Now, did FDA also generate a graph based on their own analysis?

09:52:28   5    A.  Yes.  A little more complicated graph.

09:52:37   6             MS. JEFFCOTT:  And, Carl, can you go back to Plaintiff

09:52:40   7    Exhibit No. 2, which is Document No. 5768754.

09:52:49   8    BY MS. JEFFCOTT:

09:52:50   9    Q.  And, Dr. Kessler, did the graph that you were referring to come

09:52:55  10    from this document?

09:52:55  11    A.  It did.  I think it's Figure 4.  You can use -- there are two

09:53:00  12    different statistical analyses.  One's called "a logistic

09:53:05  13    regression."  One's called a Cox regression.  I think we can leave

09:53:09  14    that to the biostatisticians.  I'm sure they can talk for hours on

09:53:15  15    the difference.

09:53:15  16             But let's just go, for example, to Figure 4, Graph A --

09:53:19  17    Q.  To interrupt you.  Just I want to give a page number.

09:53:22  18    A.  I apologize.

09:53:23  19    Q.  Page 317.

09:53:24  20    A.  Yes.  Thank you very much.

09:53:28  21    Q.  And is this the graph on the screen in front of you, is that

09:53:31  22    the one you were referring to?

09:53:32  23    A.  Yes.

09:53:33  24    Q.  And looking at this graph, what does it show you about Xarelto

09:53:37  25    patients and risk of bleeding?

09:53:39  1    A.  So those things are related.  So a lot of fancy statistical

09:53:43  2    terms that even I shudder at.  If you're going to ask me to -- the

09:53:55  3    intricacies of logistic regression.  All it is, is whether there is

09:53:58  4    a relationship.  Are these things correlated?  All it is, is lower

09:54:03  5    PT values, lower risk of bleeding.  That's here (INDICATING).

09:54:07  6    Lower PT values down here, lower risk of bleeding.  Higher PT

09:54:13  7    values, higher risk of bleeding (INDICATING).  You don't need a

09:54:18  8    statistician to see that.  I mean, just the eye can see that.

09:54:25  9         I mean, the statistician did confidence intervals.  There

09:54:30 10    are errors bars.  You can see this is way down here and this

09:54:34 11    doesn't overlap with this.  This is the regression.  These are the

09:54:39 12    confidence intervals, the model fit.  That's all sort of just the

09:54:45 13    science that basically confirms, yeah, there's a relationship.

09:54:50 14    There's a correlation.

09:54:53 15         We always knew that prothrombin time, I was taught, was

09:54:55 16    related to bleeding.  But here this data show and FDA has said

09:55:01 17    definitively that prothrombin time, lower levels, lower incidents

09:55:07 18    of major bleeds.  Higher PT, higher major bleeds.

09:55:13 19    Q.  And just so I understand that.  On the right, that's talking

09:55:18 20    about higher PT and higher bleed risk?

09:55:20 21    A.  Yes.  I have a hard time with my -- I can do logistic

09:55:25 22    regressions.  It's my right and my left that I always get messed

09:55:30 23    up, right.

09:55:30 24         So this is the -- the right side here is the higher PT

09:55:37 25    values (INDICATING).  And you see the median there.  And these

09:55:42  1    are -- actually, you can tell they're quartiles here.  Again, those

09:55:47  2    are the buckets, but we don't have to get into that.  Just higher

09:55:51  3    on the right -- higher PT, higher major bleed on the right.

09:55:55  4    Q.  Understood.  And based on your analysis, the ROCKET data and

09:56:04  5    FDA's graph and the company's data, do you have an opinion --

09:56:09  6    A.  I just -- Counselor, just put a footnote there.  We should note

09:56:14  7    that this graph also came -- somewhat a different analysis, but it

09:56:20  8    was also based on the ROCKET data.

09:56:22  9         So I showed you that table of this large document, that

09:56:29 10    Page 711.  That was based on ROCKET.  This, too, is based on

09:56:34 11    ROCKET.  But the FDA clinical pharm and medical reviewers did a

09:56:39 12    different sort of view of the elephant.  They analyzed it

09:56:42 13    differently; same data but came up with the same conclusion.

09:56:45 14    Q.  And that would be the logistic regression?

09:56:47 15    A.  Yes, ma'am.

09:56:48 16    Q.  Gotcha.  And so based on your analysis, the FDA's analysis, do

09:56:53 17    you have an opinion with regard to PT and bleeding risk?

09:56:56 18    A.  Yes.

09:56:57 19    Q.  And what is that opinion?

09:56:59 20    A.  You could probably say it.  I mean, there's a relationship

09:57:05 21    between PT levels and the risk of bleeding in Xarelto patients.

09:57:10 22    Q.  And looking at this graph again, you have the left side and the

09:57:16 23    right side.  Which group would you rather be in?

09:57:19 24    A.  That's kind of -- I mean, that's kind of obvious, Counselor,

09:57:23 25    right?  I mean, nobody wants to be in the higher major bleeds,

09:57:30  1    right?  That one (INDICATING).  You want to be in the lower one.

09:57:35  2    But, you know, the question is sometimes -- you know, things

09:57:39  3    happen, you know, which group we're in.  I'd much rather be in the

09:57:47  4    lower risk obviously.

09:57:47  5    Q.  In terms of looking at the Xarelto label, we briefly discussed

09:57:53  6    yesterday the 2006 regulation about when -- information about

09:57:58  7    laboratory tests must be on the label and the warning section

09:58:01  8    label, right?

09:58:02  9    A.  Yes.

09:58:02 10    Q.  And does the Xarelto label have any information about

09:58:09 11    laboratory tests in the warning section?

09:58:12 12    A.  No.

09:58:14 13    Q.  Should this information be in the label?

09:58:17 14            MR. DUKES:  Your Honor -- go ahead and finish your

09:58:20 15    question.

09:58:20 16            MS. JEFFCOTT:  Should this information be on the label?

09:58:23 17            MR. DUKES:  Object as a legal conclusion.

09:58:25 18            THE COURT:  I don't see that as a legal conclusion.  I

09:58:27 19    see that just as a factual conclusion.  It's not a question of law,

09:58:31 20    it's from the standpoint of your opinion.  All right.  I'll allow

09:58:36 21    that.

09:58:37 22            THE WITNESS:  So the answer is yes.  May I explain?

09:58:42 23    BY MS. JEFFCOTT:

09:58:42 24    Q.  Absolutely.

09:58:43 25    A.  So no test is perfect.  And I want -- at some point I want to

09:58:49  1    talk about what brand of PT we're talking about, right.  No test is

09:58:55  2    perfect.  PT is not perfect.  But for the vast majority of people

09:59:01  3    there's a correlation.

09:59:02  4            The only way you can tell, Counselor -- you asked me the

09:59:06  5    question:  Which group would I rather be in, right?  Do I want to

09:59:11  6    be in this group or do I want to be in this group (INDICATING)?

09:59:14  7    It's not that I really have a choice, but the only way I am going

09:59:18  8    to know whether I'm going to fall into this group or that group is

09:59:22  9    by doing a PT level, right?  And the standard -- again, my opinion,

09:59:30 10    is it doesn't -- the test doesn't have to be perfect in all

09:59:35 11    instances.  It just -- as a doc, is it helpful?

09:59:39 12            So just -- you know, my goal when I was FDA commissioner,

09:59:43 13    my goal as a doc is give me information, right, that can help tell

09:59:50 14    which group -- so, you know -- the patient is entitled, you know.

09:59:56 15    Which group are you going to be in, right?  And I can -- I mean, am

10:00:01 16    I going to have -- again, these numbers, because they did it a

10:00:05 17    little different.  Here their percentage of bleeding is am I going

10:00:09 18    to have 7 percent bleeding risk or am I going to have a 3 percent

10:00:14 19    bleeding risk.  That may seem like a lot, but when you realize how

10:00:18 20    many people are taking drugs, I mean, that can be a real number.

10:00:23 21    And these are major bleeds.  So this is about giving information.

10:00:26 22            So you asked me, is -- can the information be helpful?

10:00:31 23    Sure.  Do a PT and, you know, give docs and patients that

10:00:37 24    information and then they can have a sense of what their bleeding

10:00:39 25    risk is.

10:00:40  1    Q.  And you mentioned a brand name.  What do you mean by that,

10:00:44  2    brand name PT?

10:00:46  3    A.  This is very important, okay.  Because if you look at the

10:00:53  4    science, not every PT is as reliable when it comes to these

10:01:05  5    numbers.

10:01:06  6            Now, the company did work.  They used a brand called, if

10:01:12  7    I am right, Neoplastin Plus.  And when you look at the data, the

10:01:19  8    data, certainly for Neoplastin Plus, that PT, that's what this data

10:01:25  9    is based on.  So don't use a different brand.  Not that those are

10:01:30 10    necessarily inferior, but all of these correlations were done on

10:01:35 11    Neoplastin Plus PT.  Just a specific type of PT test.  So that

10:01:40 12    would be important.

10:01:41 13            So you would want to tell doctors, if you were going to

10:01:44 14    tell them on a label, it says -- what would be helpful is not just

10:01:50 15    PT, but Neoplastin Plus PT.  It's not that I am plugging

10:01:56 16    Neoplastin, but that's what they used so that's what's reliable.

10:01:59 17    Q.  I am going to focus in on that language.  You say, "use."  Do

10:02:03 18    you mean what Bayer and Janssen used in their studies?

10:02:06 19    A.  Yes.  They used the Neoplastin Plus because that type of PT

10:02:14 20    measurement was the most sensitive and reliable.

10:02:18 21    Q.  Now, is this specific brand of PT test hard to come by?

10:02:23 22    A.  No.  I mean, hospital -- I think -- I don't know.  I don't want

10:02:29 23    to give a percentage, but, no, it's commercially available.

10:02:33 24    Hospital labs can order it if they need to.

10:02:36 25    Q.  So if hospitals know that they need to order it and they're

10:02:40  1   provided with that information, they can?

10:02:41  2   A.  Oh, absolutely.  I mean, in every hospital I had a director of

10:02:48  3   laboratories -- and there are doctors who specialize in laboratory

10:02:54  4   medicine.  They're the ones who run the clinical labs.  I've worked

10:02:58  5   with them.  I've overseen them.  They're the ones who will know

10:03:02  6   what PT -- what type of PT you need for these -- this kind of

10:03:09  7   testing.

10:03:10  8   Q.  They just need the information?

10:03:11  9   A.  Exactly.

10:03:12  10  Q.  And do you have an opinion on whether measuring PT using

10:03:19  11  Neoplastin Plus is helpful for patients taking Xarelto?

10:03:22  12  A.  Yes, I do have an opinion.

10:03:24  13  Q.  And what is that opinion?

10:03:25  14  A.  Measuring a Neoplastin PT level in a Xarelto treated patient

10:03:35  15  can be helpful in identifying patients who are at risk for serious

10:03:43  16  adverse events due to Xarelto.

10:03:48  17  Q.  I would like to use the ELMO for a moment.  And, Doctor, what I

10:03:56  18  am putting up is the 2000 regulation that we talked about

10:04:00  19  yesterday.  Zoom in.  Got a tutorial on how to use this this

10:04:10  20  morning.

10:04:10  21       So what I highlighted is the portion that we talked about

10:04:14  22  yesterday.  Do you remember that?

10:04:15  23  A.  Yes, ma'am.

10:04:15  24  Q.  And in brackets is the remaining part of the sentence.  Would

10:04:23  25  you explain what that sentence says?

10:04:24  1    A.  It's the remaining part of the paragraph, right?

10:04:28  2    Q.  That's correct.

10:04:28  3    A.  May I stand up just a little because the white board is just

10:04:35  4    blocking it for me -- but I can read it here.  Thanks.

10:04:40  5         So the portion that we didn't read yesterday -- let me

10:04:45  6    just put it in context so everyone understands what it's applying

10:04:49  7    to.  It says, "This section," this section of the labelling, the

10:04:53  8    warnings and precaution, "must identify any laboratory tests."

10:04:58  9    There were talking about PT Neoplastin.  "Helpful in following the

10:05:01  10   patient's response or in identifying possible adverse reactions."

10:05:06  11        Now, the new sentence you're asking me to read, it says,

10:05:09  12   "If appropriate," so it's not mandatory, but if appropriate.  The

10:05:15  13   other language is mandatory.  "Information must be provided on such

10:05:19  14   factors as the range of normal and abnormal values," you know,

10:05:28  15   expected.  So remember, we had different buckets.  So that higher

10:05:33  16   bucket, I think, if you look at that higher quartile was greater

10:05:36  17   than 20, so you could tell people that that fourth quartile, that

10:05:42  18   higher risk has a PT greater than 20.  That's the range of normal

10:05:47  19   and abnormal.  "Expected in the particular situation and the

10:05:52  20   recommended frequency with which tests should be performed during

10:06:01  21   and after therapy."

10:06:02  22   Q.  And you had mentioned that, for example, Neoplastin Plus that

10:06:07  23   that was used in the ROCKET data.  Could you make the same

10:06:13  24   connection between the frequency and timing of when -- so that

10:06:20  25   Neoplastin Plus PT test should be taken?

10:06:21   1   A.  Yes.  But can I just explain one thing?  I mean, it would be

10:06:26   2   very important.  Again, it wouldn't -- if you're going to inform

10:06:30   3   docs to stay with Neoplastin Plus test, right, so this is what I am

10:06:35   4   saying only applies -- because that's what the company tested.  So

10:06:39   5   they tested it in ROCKET, they used Neoplastin Plus.

10:06:43   6          Now, the company -- and there was analysis done by FDA,

10:06:50   7   the clinical pharmacologists, and they found those correlations,

10:06:56   8   right, that linear correlations were done at blood draws -- don't

10:07:03   9   hold me to exactly the hours -- but between ten and 16.  Just

10:07:07  10   replicate.  Do what the company did in ROCKET and give that

10:07:12  11   information.  Because that we know, you know, from analysis of the

10:07:17  12   data, that that there's a correlation.  So we can be sure if you do

10:07:22  13   it the way they did it in ROCKET, you're going to be able to have

10:07:26  14   that correlation.

10:07:27  15          Now, for -- it works for about 90 percent of the

10:07:35  16   patients.  Certain -- about 10 percent of the patients, if I can

10:07:38  17   just put a footnote here, had some intrapatient variability.

10:07:42  18   There'd you probably want to have a replicate test.  But FDA did

10:07:47  19   that analysis, too.

10:07:49  20   Q.  And just quickly --

10:07:50  21   A.  Sorry if I was confusing.

10:07:52  22   Q.  Intrapatient variability, what does that mean?  We've been

10:07:55  23   talking about variability among different patients, but now --

10:07:58  24   A.  So there's always going to be some variability and you have to

10:08:02  25   control that.  So there's variability between laboratory and

10:08:06  1   laboratory, and that they do by quality control measures, and we do

10:08:11  2   that in medicine all the time.

10:08:12  3          What you asked me about was intrapatient variability,

10:08:19  4   what was my variability at different times.  And FDA analyzed that

10:08:26  5   data and saw that it was very minimal when you drew it and was

10:08:33  6   consistent for 90 percent.  Again, no test is perfect, but 10

10:08:39  7   percent had a considerable intrapatient variability.  And for those

10:08:43  8   you would want to do -- you would just want to inform doctors you

10:08:46  9   may want to do it a second time, a second draw.

10:08:49 10   Q.  And how would the inclusion of PT test on the label be

10:08:54 11   consistent with this 2006 regulation?

10:08:58 12   A.  It's helpful --

10:08:59 13          MR. DUKES:  Your Honor -- excuse me.  Your Honor,

10:09:01 14   objection.  Legal conclusion.

10:09:02 15          THE COURT:  Okay.  Again, I see this as a factual issue,

10:09:07 16   not a legal one.  I'll overrule the objection.  Go ahead.

10:09:11 17          MR. DUKES:  Your Honor, if I could just ask for a

10:09:14 18   continuing objection.

10:09:14 19          THE COURT:  Make it continuing, and for the same reason,

10:09:17 20   I'll overrule it.

10:09:19 21          MR. DUKES:  Thank you, your Honor.

10:09:22 22   BY MS. JEFFCOTT:

10:09:23 23   Q.  Doctor, is it also your opinion that Neoplastin Plus is a test

10:09:28 24   used on a patient.  Would that be safe to change the dosage?

10:09:31 25   A.  No.

10:09:33 1   Q.   And why is that?

10:09:35 2   A.   Not enough data.  I mean, the answer is:  I don't know -- so

10:09:40 3   understand, the issue is -- what we know is about bleeding risk,

10:09:47 4   right?  That we've shown the correlations.

10:09:52 5           What the company did not do, and could have done, it may

10:09:58 6   want to do this, is to do more data that allows the PT level to be

10:10:05 7   used to adjust the dose.  But I don't have that data, so I can't

10:10:10 8   draw any conclusions.  I just don't know.

10:10:13 9   Q.   Okay.

10:10:14 10  A.   But I know I have not seen enough data to allow dosage

10:10:19 11  adjustment.

10:10:20 12  Q.   And so in your opinion, what would you use the Neoplastin PT

10:10:26 13  test for?

10:10:27 14  A.   You know, while it doesn't allow for the adjustment of dose, it

10:10:35 15  does allow a physician and a patient to decide whether the patient

10:10:40 16  should continue on Xarelto therapy or switch to a different therapy

10:10:46 17  to deal with their problem.

10:10:48 18  Q.   So another piece of information?

10:10:49 19  A.   Just information.  My view is it's helpful.

10:10:54 20  Q.   And did Bayer Janssen identify any laboratory tests that could

10:11:00 21  be used in evaluating a patient's bleeding risk?

10:11:02 22  A.   No -- I mean, on the label.

10:11:05 23  Q.   On the label.

10:11:05 24  A.   No.

10:11:06 25  Q.   And should they have?

10:11:07  1    A.  I think it's helpful.  I think it's helpful, so yes.

10:11:11  2    Q.  And what's the basis for your opinion on that?

10:11:17  3    A.  So I think it's -- I mean, if you look at what's the logic,

10:11:23  4    right?  I mean, you start off with the FDA regulations require that

10:11:28  5    a manufacturer must identify in the Warnings and Precautions

10:11:33  6    section any laboratory tests that are helpful, so that's sort of

10:11:39  7    one.  The serious bleeding is an adverse event associated with

10:11:46  8    Xarelto.  There's that variability.  Exact same dose.  Patient --

10:11:52  9    we all take -- we have a variability in the drug concentrations in

10:11:59 10    our blood.

10:12:00 11           There's a relationship between that drug concentration in

10:12:05 12    the blood and that PT test for bleeding risk.  That bleeding --

10:12:13 13    that PT test correlates with bleeding risks.  So there is a

10:12:21 14    laboratory measure to measure PT levels in Xarelto treated

10:12:27 15    patients.  It's another piece of information.

10:12:30 16           But bleeding risk, again -- I mean, prevention of

10:12:33 17    strokes, very good thing; prevention of bleeding, very good thing.

10:12:39 18    That's what we have to accomplish.

10:12:47 19           MS. JEFFCOTT:  Review my notes for a few seconds.  I

10:12:50 20    think that's all I have, Dr. Kessler.  That's all I have and I pass

10:13:00 21    the witness.

10:13:05 22           MR. DUKES:  Your Honor, can we have just a brief moment

10:13:08 23    to set up?

10:13:09 24           MR. MEUNIER:  Can we have a recess?

10:13:10 25           THE COURT:  Okay.  We'll take a break at this time, our

10:13:13  1   morning break, 15 minutes.  The Court will stand in recess for

10:13:16  2   15 minutes.

10:13:17  3              THE DEPUTY CLERK:  All rise.

10:13:42  4         (WHEREUPON, THE JURY EXITED THE COURTROOM.)

10:13:42  5              THE COURT:  Be seated, please.  The jury is outside of

10:13:45  6   the courtroom.  Any issues that I should focus on at this time?

10:13:52  7              MR. DUKES:  Your Honor, excuse me.  Just ask that the

10:13:54  8   witness be excused for this discussion.

10:13:56  9              THE COURT:  Okay.  Just step outside.

10:13:59 10              THE WITNESS:  Thank you.

10:14:00 11              THE COURT:  Thank you, Doctor.

10:14:03 12         (WHEREUPON, THE WITNESS EXITED THE COURTROOM.)

10:14:10 13              MR. MEUNIER:  May it please the Court, Jerry Meunier for

10:14:13 14   the plaintiffs, your Honor.

10:14:14 15              We rise to object to the anticipated showing to the jury

10:14:19 16   and/or offering to evidence of a document which will purport to be

10:14:24 17   an FDA label for Xarelto that was submitted and considered by the

10:14:31 18   FDA.  Not by the division of the FDA which was considering the use

10:14:37 19   what is indicated in this case, which is AFib, which is the

10:14:39 20   cardiorenal division, but rather something that was under review by

10:14:43 21   a different division of the FDA, the hematology division, where it

10:14:48 22   indicated use, which is not at issue; namely, DVT.  There could be

10:14:52 23   a case later in which DVT is an indicated use, which would make the

10:14:55 24   document relevant.  So we believe the document is irrelevant for

10:15:00 25   the issues that are being presented in this case.

10:15:03  1          And while it may be argued by defendants that showing it

10:15:07  2   to the jury or even admitting into evidence it would be something

10:15:10  3   to go the weight and not the admissibility, here is the problem.

10:15:14  4   To invite the jury to weigh this document as somehow relevant in

10:15:22  5   this case is, to us, nothing less than to invite the jury to

10:15:24  6   consider the effect of a preemption; namely, the defendants saying,

10:15:30  7   "We tried to put certain language in.  The regulators struck it

10:15:35  8   out.  What can we do?"

10:15:36  9          And that's the problem.  So that even if there were some

10:15:39 10   weight of the evidence argument, even if there was some way to get

10:15:43 11   over the relevance objection, that it's not the indicated use in

10:15:48 12   this bellwether trial.

10:15:49 13          Your Honor has talked about this being a laboratory, and

10:15:52 14   we think that this is a contaminant in that it will invite the jury

10:15:56 15   to consider what you have already ruled not to be at issue in this

10:16:01 16   case, which is, that the federal regulation and the federal

10:16:05 17   regulators' approval of this drug and the label for this drug is

10:16:09 18   somehow preempted.  So we think that to allow the consideration is

10:16:14 19   in violation of the appropriate balance under Rule 403; namely,

10:16:18 20   that any relevance of probative value of this label, this

10:16:21 21   strike-through language, is surely outweighed by the prejudice to

10:16:26 22   the plaintiff's case and will create confusion in the jury.

10:16:31 23          We think your Honor should be mindful of the fact that in

10:16:36 24   record Document 6196 you denied the defendant's motion for partial

10:16:41 25   summary judgment on preemption based on this very thing, that the

OFFICIAL TRANSCRIPT

10:16:46  1    FDA had approved a label without certain language in it that we

10:16:50  2    wanted.  And you cited why.  And you said that the requirement and

10:16:56  3    why it is that clear evidence be presented that the FDA would not

10:16:58  4    approve the change that the plaintiffs propose, and clear evidence

10:17:01  5    requires more than a prior refusal to add similar language.

10:17:05  6         You've also ruled in Record Doc. 6254 in granting the

10:17:10  7    plaintiff's motion in limine No. 14, that therein this case shall

10:17:15  8    be no argument by counsel, no suggestion by any witness that the

10:17:21  9    state law claims at issue here have been preempted.

10:17:25  10        Your Honor, if the document is shown to the jury or

10:17:30  11   admitted into evidence, what we are saying is that, in effect, it

10:17:35  12   will have been a preemption argument.  And if the Court decides in

10:17:39  13   this bellwether trial it is nonetheless important that the jury

10:17:43  14   either see this document or that it be received in evidence, we

10:17:46  15   have asked the Court to consider this limiting instruction:

10:17:51  16        "Ladies and gentlemen, in considering this document

10:17:54  17   appearing to reflect that certain language proposed by the

10:17:57  18   defendant Janssen was not included in the Xarelto label approved by

10:18:01  19   the FDA, you may give it whatever weight or significance you

10:18:04  20   believe it deserves, including none, as is true with all documents

10:18:09  21   admitted into evidence.

10:18:10  22        I further instruct you, however, that you are not to

10:18:13  23   consider this document as proof that the FDA either refused to

10:18:18  24   approve or would not have approved language for the Xarelto label

10:18:22  25   which the plaintiff's claim was needed to properly instruct

10:18:25  1    Mr. Boudreaux's prescribing physician about the dangers or safe use

10:18:29  2    of Xarelto."  And we cite the *Wyeth* case.

10:18:33  3            Thank you, Judge.

10:18:34  4            THE COURT:  Thank you.  Let me hear the other side.

10:18:47  5            MR. NEWSOM:  Good morning, your Honor.  Kevin Newsom.

10:18:50  6    Just very briefly on the preemption aspect of what Mr. Meunier

10:18:54  7    said.

10:18:56  8            Our position has long been, as your Honor knows, that

10:18:59  9    preemption is a question of law.  We argued that to you in the

10:19:02 10    summary judgment motions.  Your Honor's decision on the labeling

10:19:05 11    preemption motion suggested rather pointedly that, in fact, clear

10:19:10 12    evidence preemption was a question of fact.  We believe that that

10:19:15 13    was error and that, in fact, it is a question of law.

10:19:18 14            In your motion in limine rulings, you, then, suggested

10:19:22 15    that it was -- that preemption generally is a question of law, it

10:19:26 16    shouldn't be considered by the jury.  Mr. Dukes will explain to you

10:19:31 17    why this document is relevant in any event, whether preemption is

10:19:34 18    in the case or not.

10:19:36 19            At the conference on Tuesday last week, I believe that

10:19:39 20    the plaintiff's agreed that this is a question of law, so I think

10:19:42 21    the parties are in agreement that preemption is a question of law.

10:19:45 22    I think there is continuing confusion, perhaps, that being an

10:19:51 23    error, we submit, is being compounded by virtue of your Honor's

10:19:55 24    suggestion in the summary judgment decision that preemption is a

10:19:59 25    question of fact.  We, again, believe that it is a question of law

10:20:03  1   that shouldn't be submitted to the jury.

10:20:06  2         But this document, whether preemption is in this case or

10:20:09  3   not, is most certainly relevant to the issues that are validly

10:20:13  4   before the jury.  And if you have questions about the preemption

10:20:19  5   aspect of this, I would certainly be happy to answer them.

10:20:23  6   Mr. Dukes is undoubtedly in a better position than I am to explain

10:20:25  7   to you the relevance of this document setting preemption issues

10:20:28  8   aside.

10:20:30  9         THE COURT:  The issue with regard to preemption that I

10:20:33 10   felt was still involved, not a question of fact or law, but it's a

10:20:43 11   question that is both legal and factual.  That's the issue here.

10:20:50 12   And *Levine* takes the position that with named drugs as opposed to

10:20:59 13   the *Bartlett* case, which deals with generic drugs.

10:21:05 14         With regard to named drugs, the preemption is more

10:21:13 15   nuanced.  The Court held that state law claims against a brand name

10:21:19 16   drug manufacturer for inadequate warnings of a prescription

10:21:23 17   medication was not preempted by federal law.  That's the ruling of

10:21:27 18   the case.

10:21:28 19         So it's a question of -- it's a question of, well, when

10:21:36 20   is it?  And that brings me to the issue of facts that I think the

10:21:43 21   jury has to deal with.  That's the point that I was making.  So I

10:21:48 22   don't see it as a pure question of law.  I think it's, to a great

10:21:54 23   extent, pregnant with the facts; and when certain facts are

10:21:58 24   available, then it becomes a question of law.  But it's not just

10:22:02 25   strictly a question of law as is the generic drug.

10:22:07  1          Generic drugs, there are no facts.  It's a little more --
10:22:13  2     it's a little different.  It's less nuanced than the other drugs.
10:22:18  3     Generic drugs have to mimic and mirror what's on the label from the
10:22:26  4     non-generic drugs.  They can't change it.  That's the restriction
10:22:33  5     that they have in the federal statutes, federal laws.  In order for
10:22:38  6     you to be generic, you have to put on the label exactly what the
10:22:43  7     other -- what the other drug -- the non-generic named drug has on
10:22:50  8     the label.  And they can't deviate from it, even if it's different,
10:22:54  9     even if they know it should be different.  That's the generic form
10:22:58  10    of the drug.  But it's not so with non-generic drugs.  That's what
10:23:04  11    I meant on that.

10:23:05  12         Let me hear the relevance argument.

10:23:10  13         MR. DUKES:  May it please the Court, your Honor.  This
10:23:12  14    document is fundamentally relevant to the most significant issue in
10:23:17  15    the case, which is the duty to warn.  And it goes to the adequacy
10:23:20  16    of the Xarelto labeling.  It goes to the jury's ability to assess
10:23:24  17    the deference that FDA either did or did not pay to the information
10:23:29  18    that was submitted by the sponsors, the companies.  It was
10:23:34  19    discussed in Dr. Kessler's report.  It was discussed in
10:23:37  20    Dr. Parisian's report.

10:23:38  21         But probably the most compelling thing is in the last
10:23:40  22    five minutes of Dr. Kessler's testimony, he said -- this may not be
10:23:44  23    an exact quote, but it was the best I could take notes.  He was
10:23:48  24    asked, "Did Bayer Janssen identify any lab tests that could be
10:23:52  25    helpful?"  And his answer was, "Yes, no, not on the label."  So the

10:23:57  1   implication to the jury is the sponsors did not provide any

10:24:03  2   information about this entire PT testing issue that was raised in

10:24:07  3   the last five minutes of his direct.  It's fundamental to our

10:24:09  4   company's ability to defend ourselves with regard to the adequacy

10:24:15  5   of the warning.

10:24:15  6          THE COURT:  They say that the strike-through or that the

10:24:20  7   information -- the attempted or suggested change in the label was

10:24:25  8   given to another group.  What's that about?

10:24:29  9          MR. DUKES:  Your Honor, without having to disclose all of

10:24:32  10  my cross-examination strategy, it's very clear that it was

10:24:35  11  presented to a primary group.  And I have evidence that I'll go

10:24:38  12  through with this witness to back this up; that other groups within

10:24:41  13  the FDA were asked about warnings and actually had input into it.

10:24:47  14  And then, with regard to the AFib indication, Janssen was told to

10:24:53  15  use the VTE label.  So while that would be appropriate for

10:24:57  16  cross-examination is --

10:24:59  17         THE COURT:  What's your position on this suggested

10:25:03  18  instruction here?

10:25:04  19         MR. DUKES:  Your Honor, vigorously would object to it.  I

10:25:07  20  think it would be so prejudicial that the jury basically be told,

10:25:11  21  you know, "Don't be listening to what you just heard about what the

10:25:15  22  sponsor's interaction was with the FDA."  I think coming from the

10:25:18  23  Court, you know, during the cross-examination or prior to the

10:25:22  24  cross-examination, would be extremely prejudicial.

10:25:26  25             And all of the similar cases I've tried, many of which

10:25:29  1   have this same back and forth with the FDA, there's always the jury

10:25:33  2   instruction that lays out how the jury should consider the FDA's

10:25:38  3   role in the case with regard to adequate warning.  And I don't know

10:25:41  4   whether we have that worked out exactly yet, but I am sure that

10:25:44  5   will be part of our jury instructions.  And that would be the

10:25:47  6   appropriate way for the jury to understand how to assess the FDA

10:25:51  7   involvement.

10:25:52  8        THE COURT:  Okay.  All right.  I will allow it.  I am at

10:25:58  9   this point not certain about the instruction.  I may or may not

10:26:01 10   give it.  But if I do give it, then I will be overruling your

10:26:05 11   objection on that.

10:26:06 12        MR. DUKES:  One housekeeping thing.  As part of the

10:26:08 13   continuing negotiations we've had, Mr. Barr and I had an agreement,

10:26:12 14   I'll let him confirm it.  But with regard to this document, which

10:26:16 15   is Defendant Exhibit No. 5548, there will not be an authenticity or

10:26:21 16   foundation objection.  We would argue what we just argued which is

10:26:24 17   the relevancy objection.  That was in return for some negotiations

10:26:27 18   with regard to me not raising the foundation also.

10:26:29 19        THE COURT:  Okay.

10:26:31 20        MR. BARR:  And, your Honor, just so it's clear what the

10:26:34 21   agreement was.  That was for the purposes of this trial.  We are

10:26:37 22   not waiving that foundational objection going into the future, but

10:26:42 23   for purposes of this trial.

10:26:43 24        MR. DUKES:  Understood.

10:26:44 25        THE COURT:  Okay.  I will be back in a couple of minutes.

10:26:47  1    Court is in recess.

10:26:48  2         THE DEPUTY CLERK:  All rise.

10:26:50  3      (WHEREUPON, A RECESS WAS TAKEN.)

10:26:50  4      (OPEN COURT.)

10:38:20  5      (WHEREUPON, THE JURY ENTERED THE COURTROOM.)

10:38:20  6         THE COURT:  Be seated, please.

10:38:23  7         MR. DUKES:  May it please the Court.

10:38:24  8              CROSS-EXAMINATION

10:38:25  9    BY MR. DUKES:

10:38:26 10    Q.  Good morning, Dr. Kessler.

10:38:26 11    A.  Good morning, sir.

10:38:30 12         MR DUKES:  Good morning, ladies and gentlemen.

10:38:30 13         THE JURY:  Good morning.

10:38:30 14    BY MR. DUKES:

10:38:30 15    Q.  Dr. Kessler, I am David Dukes.  I am one of the lawyers

10:38:33 16    representing the defendants.  And I want to ask you some questions

10:38:36 17    this morning and probably this afternoon.  I want to start off with

10:38:38 18    some things I think we can agree to.  And let me start off with

10:38:41 19    those.

10:38:45 20         You served as FDA commissioner from the end of 1990

10:38:49 21    through February 1997, right?

10:38:51 22    A.  Through, you said, the end of 1997?

10:38:54 23    Q.  I'm sorry.  February 1997.

10:38:56 24    A.  Yes, exactly, sir.

10:38:58 25    Q.  And since 1997, you've not been employed by the FDA in any

10:39:00  1   capacity?

10:39:01  2   A.  Absolutely not, sir.

10:39:02  3   Q.  So you've not been a member of any FDA advisory committees

10:39:06  4   since 1997?

10:39:07  5   A.  I have deliberately tried not to go back.

10:39:10  6   Q.  And Xarelto was not a medicine that you reviewed or regulated

10:39:14  7   at the FDA when you were there, correct?

10:39:16  8   A.  Absolutely correct.

10:39:17  9   Q.  And you were not involved in any review or approval of Xarelto?

10:39:21 10   A.  It was the next decade.  Absolutely.  You're correct, sir.

10:39:24 11   Q.  And while you were at FDA, you were not involved in the review

10:39:27 12   or approval of any of the novel oral anticoagulants or NOACs as we

10:39:35 13   refer to them sometimes?

10:39:37 14   A.  No recollection.  We agree.

10:39:40 15   Q.  When you were on the FDA, you were not involved in the review

10:39:43 16   of warfarin because that had taken place in the '50s or '60s?

10:39:45 17   A.  Yeah, and I wasn't around back then, sir.

10:39:48 18   Q.  Now, you do have a license to practice medicine that's still

10:39:51 19   valid, right?

10:39:51 20   A.  Happy to show it to you.  It's in my wallet.

10:39:55 21   Q.  Nope.  Just a yes is fine.

10:39:57 22   A.  If you collapse, I'll take care of you.

10:39:59 23   Q.  I hope you feel that way when we finish talking.

10:40:02 24   A.  I'm sorry.

10:40:04 25   Q.  And I want you to.  Now, your medical training, you specialized

10:40:08  1    in pediatrics, correct?

10:40:10  2    A.  Exactly.

10:40:10  3    Q.  And when you were board certified, you were certified in

10:40:13  4    pediatrics?

10:40:14  5    A.  That's correct, sir.

10:40:14  6    Q.  And pediatrics generally deals with the treatment of babies,

10:40:20  7    children, adolescents?

10:40:22  8    A.  Yes.  Sometimes when they get into adulthood you continue to

10:40:25  9    follow, but you're correct.

10:40:26 10    Q.  And as I understand it, you no longer treat patients on a

10:40:30 11    regular basis; is that right?

10:40:31 12    A.  I think it's fair to say on a regular basis.  I treated

10:40:37 13    somebody yesterday morning, but not on a regular basis.

10:40:40 14    Q.  I won't invade the trial team discussion of who may be a

10:40:44 15    patient there, but you've not treated any patients on a regular

10:40:47 16    basis, right?

10:40:48 17    A.  I treated patients on a regular basis, but I don't regularly --

10:40:53 18    it's not what I do.  I do my research.  I study certain areas.  I

10:40:59 19    write.  I teach.  I lecture.  I take care of some patients, but

10:41:04 20    that's not the predominant aspect of my life.

10:41:07 21    Q.  I understand.

10:41:09 22    A.  I mean, it's important to me, I still identify as a doctor.

10:41:12 23    Q.  That was not one of my better questions.

10:41:15 24            Now, you are not an attending physician at any hospitals,

10:41:18 25    are you?

10:41:18  1    A.  No, I gave that up a couple of years ago.  Had been for

10:41:22  2    30 years.

10:41:22  3    Q.  And you're not currently board certified in any areas of

10:41:26  4    medicine, are you?

10:41:26  5    A.  No.  I was board certified in pediatrics for 30 years, and I

10:41:30  6    just didn't do the recertification.  I'll do that when I have time,

10:41:34  7    but since I don't practice.  But I was board certified for

10:41:37  8    30 years -- or 20 years, something like that.

10:41:39  9    Q.  I'm sorry.  Excuse me.  And you've never been board certified

10:41:43 10    in cardiology, have you?

10:41:44 11    A.  No, I have not been board certified in cardiology.

10:41:47 12    Q.  And cardiologists are generally the doctors who treat people

10:41:52 13    who have atrial fibrillation, correct?

10:41:54 14    A.  Yes, or internists, I assume.

10:42:00 15    Q.  And you do not have any experience treating patients with

10:42:03 16    atrial fibrillation, do you?

10:42:04 17    A.  I have some experience, but certainly on those questions, you

10:42:08 18    know, certainly on AFib, talk to the cardiologists.

10:42:11 19    Q.  And you've never prescribed a novel oral anticoagulant or a

10:42:16 20    NOACs, have you?

10:42:17 21    A.  I think that's correct.  I certainly have prescribed

10:42:21 22    anticoagulants when I was attending, but those are not drugs that I

10:42:26 23    currently prescribe.

10:42:27 24    Q.  And what you would have prescribed would have been warfarin or

10:42:32 25    perhaps heparin?

10:42:32  1   A.  Exactly, sir.

10:42:33  2   Q.  And you've never prescribed Xarelto to a patient, have you?

10:42:36  3   A.  I have no recollection of that.

10:42:39  4   Q.  And let's switch a little bit and talk about publications,

10:42:43  5   because I know you have published a lot of articles.  You've never

10:42:47  6   written an article or publication regarding anticoagulant

10:42:51  7   medications, have you?

10:42:52  8   A.  I've written articles about medicines, but not anticoagulants.

10:42:55  9   Exactly correct, sir.

10:42:56  10  Q.  And you've never given any medical presentations about

10:43:00  11  anticoagulants to a group of doctors or your peers, have you?

10:43:03  12  A.  No, just about the regulation of drugs in general, of which

10:43:06  13  Xarelto is one, but not specifically.  You're exactly right about

10:43:11  14  NOACs.

10:43:12  15  Q.  And I'll try not to cut you off.  I'm sorry.

10:43:14  16  A.  I'm sorry.

10:43:15  17  Q.  We'll get in a better rhythm.

10:43:17  18       You do give presentations to doctors about FDA

10:43:20  19  regulations, that's generally what your area is when you speak?

10:43:24  20  A.  Among others, yes.

10:43:25  21  Q.  And you've never written any articles or publications regarding

10:43:29  22  the treatment of atrial fibrillation, have you?

10:43:31  23  A.  No, not at all.

10:43:33  24  Q.  And you've never written any articles or publications regarding

10:43:38  25  stroke diagnosis or stroke management, have you?

10:43:40  1    A.  Not just on those issues.  I mean, certainly as a public health

10:43:46  2    issue I've dealt with that.  But not just -- I am not a

10:43:51  3    neurologist.  I certainly have neurology training.

10:43:53  4    Q.  And you've never written any articles specifically regarding

10:43:57  5    monitoring patients on warfarin or Coumadin, have you?

10:44:00  6    A.  No, I have not.  Just on the regulation of drugs.

10:44:03  7    Q.  And you've never published a peer-reviewed article on PT or

10:44:07  8    prothrombin time, have you?

10:44:08  9    A.  Not specifically on those.  I've written articles on the

10:44:12  10   regulation of medical devices and laboratory diagnostics, of which

10:44:17  11   that is one, but not specifically on that.  Exactly correct.

10:44:19  12   Q.  And you've never written any articles or publications regarding

10:44:24  13   novel oral anticoagulants, have you?

10:44:25  14   A.  No, just about drugs in general of which NOACs are one.

10:44:30  15   Q.  And independent of your work in this case, this litigation, you

10:44:35  16   have not conducted any research on Xarelto, have you?

10:44:37  17   A.  No.  All those thousands and thousands of pages sitting on that

10:44:43  18   desk were in this context.

10:44:45  19   Q.  And you have never published an article about Xarelto, have

10:44:48  20   you?

10:44:48  21   A.  No, just about drugs in general, again.

10:44:51  22   Q.  And you've never given a medical presentation to your peers

10:44:55  23   about Xarelto?

10:44:55  24   A.  We are in full agreement.  My expertise is on the regulatory

10:45:00  25   aspects.  And that applies to all drugs, of course, right, of which

10:45:04  1   Xarelto is one.  But I don't single out Xarelto.

10:45:06  2   Q.  And you may have already alluded to this, but just so we're

10:45:11  3   clear.  You did not develop any of the opinions that you testified

10:45:14  4   to yesterday afternoon and this morning about Xarelto and the FDA

10:45:19  5   until you were retained by plaintiff's counsel in this litigation,

10:45:22  6   correct?

10:45:23  7   A.  Well, I think, to be more exact, I didn't develop any opinions

10:45:27  8   until after -- what had nothing to do with the retainer.  It had to

10:45:33  9   do with after the study of all of that data.  That would be

10:45:37 10   improper to think, right, to do any opinions before you've studied

10:45:41 11   the data.  So after I've studied all of the data, that's when you

10:45:45 12   generate an opinion.

10:45:46 13   Q.  Okay.  So I think we're on the same page.  Let me ask a better

10:45:50 14   question.  So you did not develop any of the opinions that you

10:45:52 15   testified about to the jury until after you were retained by

10:45:56 16   plaintiff's counsel and you had an opportunity to review the things

10:45:58 17   that you wanted to review, correct?

10:45:59 18   A.  Yes, it was all based on what I had studied.  I didn't have

10:46:05 19   access to or I didn't have a reason for, no one asked me to look at

10:46:09 20   the data, or gave me the data, until I had those, you know, over

10:46:14 21   the last two-year.

10:46:15 22   Q.  Right.  Understood.

10:46:16 23        Now, I am going to change topics a little bit and talk

10:46:19 24   about the FDA.  When a drug is approved by the FDA, that does not

10:46:23 25   mean that the medication is safe and completely without risk, does

10:46:27  1   it?

10:46:28  2   A.  Boy, we could spend a couple of hours on that question, sort of

10:46:34  3   what I do.  You say when it's approved, it's not necessarily safe?

10:46:37  4   Is that your question?

10:46:38  5   Q.  Yes.  Let me phrase it a little more directly.  When a drug is

10:46:42  6   approved by FDA --

10:46:43  7   A.  Right.

10:46:43  8   Q.  -- that does not mean that the medication is without risk and

10:46:47  9   completely safe, does it?

10:46:49 10   A.  That's better.  Because, look, I mean, that's fair.  Safety,

10:46:59 11   you know -- we tend to think -- I mean, you can't get on the market

10:47:02 12   unless a drug is safe.  But that doesn't mean that you don't find

10:47:07 13   other safety problems, or doesn't mean the labelling can't be

10:47:11 14   better, or it doesn't mean that the risks have to be acceptable in

10:47:18 15   light of the benefits.  So again, technically, it has to be safe,

10:47:22 16   but you and I know that all medicines have risks.

10:47:25 17   Q.  Let me hand you Defense Exhibit 2445, and I'll represent to you

10:47:31 18   that this is a website entitled *Frequently Asked Questions About*

10:47:35 19   *CDER at the FDA.*

10:47:39 20           MR. DUKES:  May I approach, your Honor?

10:47:40 21           THE COURT:  Yes.

10:47:41 22           THE WITNESS:  Thank you, sir.

10:47:42 23           THE COURT:  Any objection to that?

10:47:49 24           MS. JEFFCOTT:  No objection, your Honor.  Just so long as

10:47:54 25   it's used as a demonstrative.

10:47:57  1              MR. DUKES:  Yes, that'll be fine.

10:48:00  2    BY MR. DUKES:

10:48:01  3    Q.  Dr. Kessler, I will be going through some documents.  You and I

10:48:04  4    have never met other than shaking hands last evening, so any time I

10:48:08  5    hand you a document, you take the time you need to read it.  If I

10:48:12  6    ask a question that's not clear, you just tell me, "I didn't

10:48:15  7    understand that question," because I want to make sure you

10:48:18  8    understand the examination.

10:48:19  9    A.  Many thanks, sir.

10:48:26 10    Q.  This is a web page from the FDA's website, correct?

10:48:31 11    A.  Yes, it looks that way.

10:48:33 12    Q.  And you're familiar with things like frequently asked questions

10:48:38 13    about CDER, aren't you?

10:48:40 14    A.  I certainly know CDER.  I was in charge of CDER.  We should

10:48:45 15    probably tell people what CDER is.

10:48:47 16    Q.  That was my next question.  Please.

10:48:49 17    A.  So when I was at FDA we had a number of different centers.

10:48:54 18    There are operating divisions.  There's a center for food.  There's

10:48:55 19    a center for veterinary medicine.  Center for CDER, Center For Drug

10:49:05 20    Evaluation and Research.  When I showed the jury the memos and

10:49:08 21    reports from FDA, they came from divisions within the Center For

10:49:14 22    Drug Evaluation and Research.

10:49:14 23              MR. DUKES:  Your Honor, I would offer this as a

10:49:16 24    demonstrative exhibit.

10:49:17 25              THE COURT:  Hearing no objection, I'll admit it as

10:49:21  1    demonstrative.

10:49:23  2              MR. DUKES:  If we could call up Defendant's Exhibit

10:49:23  3    2445.3.1, please.

10:49:28  4    BY MR. DUKES:

10:49:30  5    Q.  This is an FDA website.  It's one of the purposes is to allow

10:49:34  6    the public to have answers to questions, and these are the FDA's

10:49:37  7    answers, correct?

10:49:39  8    A.  This is probably some communications folks within CDER who have

10:49:47  9    done this.

10:49:47 10    Q.  Right.  And CDER is part of the FDA?

10:49:51 11    A.  Yes, sir.

10:49:51 12    Q.  So here the FDA is saying -- I think just confirms the

10:49:55 13    discussion you and I had.  Once FDA approves a drug, does this mean

10:49:59 14    that the product is perfectly safe?  That's the question.  And FDA

10:50:02 15    says, "No drug product is 'perfectly' safe.  Every single drug that

10:50:07 16    affects the body will have some side effects."  Correct?

10:50:10 17    A.  Yes.

10:50:11 18    Q.  And FDA goes on to say, "For every drug FDA approves, the

10:50:16 19    benefits are balanced against its risks."  Correct?

10:50:19 20    A.  Yes.  I mean, that's exactly correct.  And you try to make the

10:50:25 21    risks safer.  That's what medicine is about, right?  No drug is

10:50:30 22    perfectly safe, and how do you make that drug, in fact, safer?

10:50:34 23    Q.  And some of the risks with drugs are very serious risks,

10:50:39 24    correct?

10:50:40 25    A.  The greater the benefit, the greater the risks that could be

10:50:46  1   acceptable.  And again, you try to manage those risks.  There's a

10:50:53  2   big -- I'm sure it's in this, a risk management, risk mitigation,

10:50:58  3   so it's not just that there's risks and you accept those risks.

10:51:01  4   Obviously, you want to mitigate those risks.  We try our best,

10:51:05  5   right?

10:51:05  6   Q.  Right.  So safety in the context of FDA means that they're

10:51:10  7   determining that the benefits outweigh the risk; is that fair?

10:51:14  8   A.  It is a risk -- the risks are acceptable in light of the

10:51:19  9   benefits.

10:51:21 10   Q.  And that risk/benefit analysis for a drug is something that the

10:51:25 11   FDA does as it's making the approval decision about whether the

10:51:30 12   drug can go on the market, correct?

10:51:31 13   A.  Yes, but that's not the only time, right?

10:51:38 14   Q.  I understand.  I agree.  They can make that decision at other

10:51:42 15   times for various different reasons, correct?

10:51:46 16   A.  We have this notion just because FDA approves a drug at a point

10:51:50 17   in time, it's safe and effective at that point and forever more.

10:51:54 18   And obviously, it depends on what data FDA has, and what was given

10:51:57 19   to FDA, and when FDA learns about things, and also when the company

10:52:01 20   learns about things.  Science continues to evolve, that's what I am

10:52:08 21   saying.

10:52:09 22   Q.  Exactly.  And, in fact, as drugs are on the market, FDA has the

10:52:13 23   power if certain things change to say, "You need to remove that

10:52:16 24   drug from the market for safety reasons," correct?

10:52:19 25   A.  Complicated answer to that.  FDA can go through certain

10:52:26 1    processes to withdraw.  It just can't snap its fingers.  It's kind

10:52:32 2    of cumbersome.  It's easier to deny approval.

10:52:35 3    Q.  But I think we've all seen situations where some drug that's on

10:52:40 4    the market, it's been removed from the market.  And I guess

10:52:42 5    sometimes that's because FDA goes through the cumbersome process to

10:52:47 6    remove it.  Other times it's because FDA says to the drug company,

10:52:51 7    "We think you ought to remove this from the market" and the drug

10:52:54 8    company agrees, right?

10:52:55 9    A.  Or certainly, in my experience it's almost always the latter.

10:53:00 10   The company does it.  Does the FDA have discussions and urge the

10:53:07 11   manufacturer?  I have been on the phone with CEOs and strongly

10:53:12 12   suggested it, yes.

10:53:13 13   Q.  And I suspect in your experience when you were FDA

10:53:16 14   commissioner, when you're on the phone with a CEO of a drug company

10:53:23 15   who has other drugs that FDA is regulating, there's a good bit of

10:53:26 16   sort of implicit authority that you have when you have that

10:53:28 17   conversation, fair?

10:53:29 18   A.  Yeah.  I think that casts it in the wrong light.

10:53:33 19   Q.  I didn't intend to do that.  I'm sorry.

10:53:36 20   A.  I've been there and I've been there literally -- sorry, if I

10:53:41 21   can remember, at 4:00 A.M. in the morning when I was absolutely

10:53:46 22   convinced that the public was at significant risk.  And when you're

10:53:53 23   talking to a CEO, nothing matters -- I mean, that discussion is

10:54:00 24   just about saving lives, and that's what it's about.  I know enough

10:54:05 25   pharmaceutical CEOs, and at that moment, this is about how many

10:54:10  1   lives you can save.

10:54:13  2   Q.  I guess what I was intending to suggest was, even though you

10:54:18  3   might not have the legal authority without going through a process,

10:54:21  4   the way the world really works with a significant safety issue like

10:54:26  5   you described is, the FDA and the company generally come to a

10:54:30  6   conclusion to voluntarily take something off the market when it

10:54:34  7   ought to be off the market?

10:54:35  8   A.  We agree, sir.

10:54:37  9   Q.  Let's focus back on Xarelto.  With regard to Xarelto, and we

10:54:41  10  know from what we've seen and from your discussion of the FDA

10:54:45  11  approval process, that FDA determined that the benefits of Xarelto

10:54:49  12  outweighed the risk of Xarelto, correct?

10:54:51  13  A.  Sir, not exactly correct.  Can I explain?

10:54:56  14  Q.  Yes.

10:54:57  15  A.  So you used the word "FDA."  So you know well that the actual

10:55:05  16  medical reviewers when they review -- we're talking about for the

10:55:09  17  AFib indication.

10:55:11  18  Q.  Yes, that's fine.

10:55:12  19  A.  When the medical reviewers reviewed the application, they did

10:55:18  20  not -- I mean, if you considered them FDA, right?  They're

10:55:21  21  certainly part of FDA.

10:55:22  22  Q.  Right.

10:55:23  23  A.  They concluded that Xarelto was not safe and effective for

10:55:26  24  certain reasons.  If you want to talk about it, we can talk about

10:55:29  25  it.  They were overruled on Xarelto by -- and that's perfectly

10:55:35  1    appropriate.  And their directors, right, they concluded that it

10:55:40  2    was safe and effective, but the medical reviewers wrote that they

10:55:44  3    did not think it was safe and effective.  But the bosses got to

10:55:47  4    make the decision and that's the right -- that's the hierarchy.

10:55:52  5         But it would be improper to think that FDA just

10:55:55  6    collectively as an organization, everybody said, "This was safe and

10:55:58  7    effective."  Those medical reviewers would not have put it on the

10:56:03  8    market for AFib at that point in time.

10:56:05  9    Q.  Thank you.  Very good clarification and we'll talk about the

10:56:10  10   entire process and can cover those issues.

10:56:12  11        But I guess if someone was thinking that the FDA just

10:56:16  12   rubber stamps whatever drug companies provide to them as part of

10:56:21  13   the approval process, based on what we know about the Xarelto

10:56:24  14   approval, the conclusion would be, well, that's just not correct,

10:56:27  15   right?

10:56:28  16   A.  That's fair.  Absolutely, it's not a rubber stamp.  The one

10:56:36  17   sort of predicate that is -- FDA is only as good as the data that

10:56:41  18   the companies submit, because FDA doesn't do their own testing.

10:56:47  19   And, as we can see from these huge documents this morning, you

10:56:52  20   know, it's not that FDA can even go through the millions of pages

10:56:56  21   in every page.  So FDA is dependent, to some extent, but it's not a

10:57:02  22   rubber stamp.  You're right.

10:57:03  23   Q.  Now, let's talk about the role of FDA in a little bit more

10:57:07  24   detail.  FDA is the federal public health agency charged by our

10:57:11  25   Congress with the responsibility of protecting the public by

| | |
|---|---|
| 10:57:15 1 | assuring the safety and effectiveness of drugs, right? |
| 10:57:18 2 | A.  Well said. |
| 10:57:19 3 | Q.  So when we're talking about things, the CFRs, those kind of |
| 10:57:24 4 | regulations, that's because Congress has essentially said to Health |
| 10:57:29 5 | and Human Resources to promulgate certain regulations so that FDA |
| 10:57:33 6 | can ensure the safety and effectiveness of drugs in the United |
| 10:57:36 7 | States, correct? |
| 10:57:37 8 | A.  Well said.  There's a statute, Congress enacts it, and it |
| 10:57:41 9 | allows FDA to promulgate certain regulations.  And we saw some of |
| 10:57:46 10 | those regulations and even discussed some of those statutes earlier |
| 10:57:49 11 | on. |
| 10:57:49 12 | Q.  Let me hand you Defendant's Exhibit 2444. |
| 10:57:56 13 | MR. DUKES:  May I approach?  Your Honor, would you like |
| 10:57:58 14 | for me to request to approach every time? |
| 10:58:01 15 | THE COURT:  It doesn't matter.  You can do it. |
| 10:58:03 16 | MR. DUKES:  All right.  Thank you. |
| 10:58:09 17 | MS. JEFFCOTT:  And, your Honor, we have no objection to |
| 10:58:11 18 | this as long as it's used as a demonstrative. |
| 10:58:14 19 | MR. DUKES:  Just as a demonstrative. |
| 10:58:16 20 | THE COURT:  All right.  No objection.  I'll allow it. |
| 10:58:18 21 | Admitted.  What is it?  What is it? |
| 10:58:20 22 | MR. DUKES:  Your Honor, this is a portion of the FDA |
| 10:58:25 23 | website entitled *About the Center For Drug Evaluation and Research,* |
| 10:58:28 24 | which is the -- has been abbreviated in the context. |
| 10:58:32 25 | THE COURT:  Are you going to give it a number? |

10:58:34 1          MR. DUKES:  Your Honor, it's DX2444.  I am going to have

10:58:38 2 to go back and apply defense exhibit numbers to these, and I'll

10:58:42 3 provide the Court with a cross reference.

10:58:45 4          THE COURT:  All right.

10:58:46 5 BY MR. DUKES:

10:58:47 6 Q.  Dr. Kessler, you're familiar with this, generally?

10:58:51 7 A.  Generally.  I mean, it's sort of PR stuff, right?

10:58:55 8 Q.  I don't know.

10:58:56 9 A.  Yeah.

10:58:56 10 Q.  Let's take a look at DX2444.1.1.  And in this first paragraph,

10:59:05 11 it states, "The Center For Drug Evaluation and Research, CDER,"

10:59:11 12 which I think we referred to, "performs an essential public health

10:59:14 13 task by making sure that safe and effective drugs are available to

10:59:19 14 improve the health of people in the United States."  Correct?

10:59:20 15 A.  Yes.

10:59:21 16 Q.  And I've had an opportunity to review some your testimony from

10:59:27 17 prior cases, and I think you've actually said that FDA is the most

10:59:31 18 important consumer health agency in the world, correct?

10:59:34 19 A.  Consumer -- the most important consumer protection agency in

10:59:39 20 the world.  You are quoting me well.

10:59:41 21 Q.  In your experience, you agree that FDA hires qualified people,

10:59:47 22 correct?

10:59:47 23 A.  We certainly try.  Can I just -- they are some of the best, you

10:59:53 24 know, people who can earn, you know, 20, 100 times their salary.

11:00:02 25 They are my -- people there are my friends.  They're my colleagues,

11:00:06  1    you know.  We lived and worked -- I mean, when you're in FDA, it

11:00:11  2    can be like white heat, right, so I have enormous respect.

11:00:14  3          Be careful though, you know, as I've also testified, FDA

11:00:19  4    is not perfect.  When I was there it was 10,000 people.  It's now

11:00:24  5    about 16,000 people.  Does FDA mess up?  Absolutely.  Is everyone,

11:00:34  6    you know, a perfect, you know, scientist doc?  No.  It's like any

11:00:39  7    other organization.  So it has great people, enormous respect,

11:00:44  8    enormous love and affection for the agency, but it has its

11:00:48  9    clunkers.  I mean, we know that.

11:00:49 10    Q.  Understood.  FDA hires a lot of scientists and physicians in

11:00:55 11    various areas of expertise, correct?

11:00:57 12    A.  Yes, and I did that while I was there.  In fact, made sure that

11:01:00 13    the resources were there for that.

11:01:02 14    Q.  And you may have mentioned this, but because FDA reviews many,

11:01:07 15    many studies, FDA has statisticians and epidemiologist on staff,

11:01:12 16    correct?

11:01:12 17    A.  It has a range of professionals, yes, sir.

11:01:14 18    Q.  And FDA has clinical pharmacologists?

11:01:17 19    A.  Yes.

11:01:17 20    Q.  And toxicologists?

11:01:21 21    A.  Yes.  Mostly biologists in the clinical pharm divisions, yes.

11:01:26 22    Q.  And FDA has numerous medical doctors?

11:01:30 23    A.  Yes.

11:01:31 24    Q.  And the FDA has medical doctors who specialize in areas --

11:01:34 25    let's mention a couple that would be pertinent here -- like,

11:01:38  1  hematology and cardiology, correct?

11:01:39  2  A.  Two different divisions reviewing Xarelto applications for

11:01:43  3  different indications.

11:01:44  4  Q.  But you do know that Xarelto applications were reviewed by

11:01:49  5  different divisions within FDA, correct?

11:01:51  6  A.  Yes, of course.

11:01:52  7  Q.  Now, I think you said this, but you're familiar with the laws

11:01:58  8  governing the FDA's review of what's called a new drug application?

11:02:01  9  A.  Studying them for 30, 40 years.

11:02:04 10  Q.  And you probably said this, but I don't recall it specifically.

11:02:09 11  A new drug application, in general terms, is the application that

11:02:13 12  the sponsor or manufacturer of the drug submits to the FDA for

11:02:18 13  consideration for approval.  Is that roughly right?

11:02:20 14  A.  That's exactly right, sir.

11:02:24 15  Q.  Now, you know what FDA must do if it determines that a new drug

11:02:30 16  application is insufficient from a safety and efficacy standpoint,

11:02:34 17  don't you?

11:02:35 18  A.  There's a number of things -- depends on where you are in the

11:02:40 19  process, where that insufficiency arises.  Is it the initial

11:02:44 20  filing?  Is it a complete response?  There are a number of

11:02:48 21  different technicalities of what FDA can do.  But I am certainly

11:02:52 22  familiar with those.

11:02:53 23  Q.  Why don't you the tell the jury what some those are.  This is

11:02:56 24  kind of the hypothetical.  Sponsor submits a new drug application.

11:03:00 25  FDA takes a look at it and has some concerns with it.  What would

11:03:04  1   FDA's options be under those circumstances?

11:03:05  2   A.  It can refuse to file or can issue a complete response letter,

11:03:10  3   for example.

11:03:11  4   Q.  Does that end it or, under those circumstances, can the sponsor

11:03:17  5   make adjustments and resubmit something and continue the process?

11:03:20  6   A.  Exactly correct, sir.

11:03:23  7   Q.  Now, you are familiar with what the Congress told the FDA it

11:03:27  8   must do if it finds that a drug is not safe and effective, aren't

11:03:32  9   you?

11:03:33 10   A.  Do you want to pull up the actual statutory section?  We can

11:03:37 11   discuss it.

11:03:38 12   Q.  You must be reading my outline.  Let me hand you Defendant

11:03:43 13   Exhibit 526.

11:03:44 14   A.  I am not.  If you want to share it, I would be happy.  Thanks,

11:03:51 15   sir.

11:03:56 16           THE COURT:  Any objection to this?

11:03:58 17           MS. JEFFCOTT:  No objection as long as it's used as a

11:04:01 18   demonstrative.

11:04:02 19           MR. DUKES:  Yes, just as a demonstrative.

11:04:11 20   BY MR. DUKES:

11:04:12 21   Q.  While you're looking at that, I'll represent this is language

11:04:34 22   from 21, U.S.C., 355 about the new drug application.

11:04:34 23   A.  These are not regulations.  These are the statutes.

11:04:34 24   Q.  I'm sorry.  That's what Congress --

11:04:34 25   A.  That's exactly.  You didn't say anything wrong.  I was just

11:04:34   1    trying to make sure we were on the same page.

11:04:34   2    Q.  Thank you.  So this is what Congress passes that, then,

11:04:35   3    empowers the FDA to write regulations, right?

11:04:35   4    A.  Yes.  Yes.

11:04:49   5    Q.  Let me hand you DX551.

11:05:02   6    A.  Thank you, sir.  This is a regulation you just handed me.

11:05:10   7    Q.  Okay.  And this is regulation --

11:05:12   8           THE COURT:  Any objection to that?

11:05:14   9           MS. JEFFCOTT:  No objection, again, so long as it's used

11:05:16  10    as demonstrative.

11:05:17  11           MR. DUKES:  Yes, just as a demonstrative.

11:05:18  12    BY MR. DUKES:

11:05:19  13    Q.  Defendant Exhibit 551 is a regulation, it's 21 CFR 314.2,

11:05:25  14    right?

11:05:26  15    A.  Yes.

11:05:26  16    Q.  And this is a regulation that governs the applications for FDA

11:05:31  17    approval of new drugs in the United States?

11:05:33  18    A.  Yes.

11:05:33  19    Q.  And this particular regulation describes the purpose of the

11:05:37  20    application process, right?

11:05:38  21    A.  Yes.

11:05:39  22    Q.  Let's call up DX551.1.1.  So this regulation says, "The purpose

11:05:47  23    of this part" -- meaning the regulation -- "is to establish an

11:05:52  24    efficient and thorough drug review process in order to, (A),

11:05:56  25    facilitate the approval of drugs shown to be safe and effective;

316

11:06:00  1   and (B), ensure the disapproval of drugs not shown to be safe and

11:06:04  2   effective."  Correct?

11:06:05  3   A.  Yes.

11:06:06  4   Q.  And this language from United States Code tells the FDA that it

11:06:17  5   must refuse a new drug application --

11:06:21  6   A.  Just so, this is not U.S. Code.

11:06:23  7   Q.  I'm sorry.  Did I misspeak?

11:06:27  8   A.  Yes, this is CFR.

11:06:28  9   Q.  I'm sorry.  This language from the CFR tells the FDA that if

11:06:33 10   they find that a drug is not shown to be safe and effective, they

11:06:37 11   must disapprove or not approve that drug, correct?

11:06:40 12   A.  Right, exactly.  With -- but you also said earlier that no drug

11:06:46 13   is really safe, perfectly safe.

11:06:49 14   Q.  Right.

11:06:50 15   A.  So we have that sort of complexity.

11:06:53 16   Q.  Right.  So based on the guidance from Congress and its own

11:06:58 17   regulations, FDA is determining when it approves a drug, that it's

11:07:02 18   safe and effective within that risk/benefit decision making

11:07:07 19   process?

11:07:07 20   A.  Exactly.  And that's what the medical reviewers did and that's

11:07:09 21   what their superiors did, and they reached different decisions --

11:07:13 22   Q.  Right.

11:07:14 23   A.  -- with regard to Xarelto.

11:07:15 24   Q.  And ultimately, Xarelto was approved as safe and effective,

11:07:19 25   correct?

11:07:19  1    A.  It was approved -- let's do it -- it was approved period.  And

11:07:27  2    approval is based on safety and effectiveness.  I am comfortable

11:07:30  3    saying that.

11:07:30  4    Q.  Okay.  Let's pull up 526.6.1.  Now, this just goes on.  This is

11:07:53  5    grounds for refusing an application; approval of the application.

11:07:57  6    And it says, "If the Secretary" -- that's Secretary of Health and

11:08:01  7    Human Services?

11:08:02  8    A.  Who delegates to the FDA commissioner.  This is dated what

11:08:09  9    date?  The CFR?  What CFR is this from?

11:08:16 10    Q.  Let me see.  The dates are the dates that were applicable here.

11:08:19 11    A.  That's okay.  I just want to make sure.  I mean, I am just not

11:08:24 12    sure what date CFR this is.  That's okay.  I don't want to

11:08:28 13    interrupt you, sir.

11:08:34 14    Q.  And I've got everything up on the board, but what I am focused

11:08:38 15    on I tried to highlight.  So the secretary who delegates to the FDA

11:08:42 16    finds that the investigation, reports of which are required to be

11:08:45 17    submitted -- and this is the NDA process, right?

11:08:49 18    A.  Yes.

11:08:50 19    Q.  If they find that those -- "the NDA does not include adequate

11:08:56 20    tests by all methods reasonably applicable to show whether or not

11:09:01 21    such drug is safe for use under conditions prescribed, recommended,

11:09:06 22    or suggested, then the guidance" -- or, I guess, the demand is that

11:09:11 23    "the FDA shall issue an order refusing to approve the application."

11:09:14 24    Correct?

11:09:15 25    A.  That's what this statute says.  That's exactly the statute.

11:09:21  1    Happy to discuss it in the context of Xarelto because this wasn't

11:09:28  2    quite -- I mean -- let me let you ask your questions.  But that's

11:09:33  3    what the statute says.

11:09:34  4    Q.  Got it.  And I am going to -- I assure you, we will talk about

11:09:38  5    Xarelto a lot, so I am just trying to kind of set up a little bit

11:09:42  6    of the FDA process.

11:09:43  7            So here, one of the things that the FDA is being

11:09:46  8    instructed to consider is whether there have been adequate tests

11:09:50  9    performed to determine whether the drug is safe and effective,

11:09:53  10   right?

11:09:53  11   A.  Yes.  And you know well that FDA wanted certain tests done, and

11:10:00  12   they didn't feel they had the authority to do that.  So again, the

11:10:05  13   statute says one thing, but, in the case of Xarelto, they wanted

11:10:09  14   further testing done and didn't feel they had the authority.  So,

11:10:14  15   again, I don't want to get into the legal stuff, but you have --

11:10:18  16   that's the language and then you have the reality of what's going

11:10:21  17   back and forth between FDA and the companies.

11:10:24  18   Q.  And I can assure you, we're going to go in detail through the

11:10:28  19   exchange of information between FDA and Janssen.

11:10:33  20   A.  I look forward to it.

11:10:35  21   Q.  I do, too.

11:10:38  22           Let's take a look at DX526.6.2.  And it goes on to say,

11:10:48  23   "If the Secretary finds that the investigation, reports of which

11:10:52  24   are required to be submitted," and here again, kind of legal

11:10:55  25   language talks about the NDA.

11:10:56  1    A.  Yes, sir.

11:10:56  2    Q.  "That there is a lack of substantial evidence that the drug

11:11:00  3    will have the effect it purports or is represented to have under

11:11:03  4    the conditions of use prescribed, recommended, or suggested in the

11:11:08  5    proposed labelling, then he shall issue an order refusing to

11:11:12  6    approve the application."  Correct?

11:11:13  7    A.  Yes.  Now -- so it's important because you've just -- you

11:11:18  8    pulled up -- this section doesn't apply to safety.  This only

11:11:23  9    applies to efficacy and the substantial evidence test.  So if the

11:11:29 10    drug doesn't work, right, but there's also this other piece that

11:11:34 11    you and I've been talking about that's about safety.

11:11:37 12    Q.  And those are -- that's a very good point.  Those are really

11:11:40 13    the two primary components the FDA looks at for drugs.  It looks at

11:11:46 14    safety and efficacy or whether the drug works, right?

11:11:49 15    A.  Yes.  But safety also includes efficacy, because you said

11:11:53 16    safety includes risks have to be acceptable in light of benefits,

11:11:57 17    so safety includes both.  But this specific section has to do with

11:12:02 18    substantial evidence standard of adequate and well controlled

11:12:06 19    clinical trials that regard efficacy.

11:12:08 20    Q.  Perfect.  Now, FDA has approved two new drug applications for

11:12:14 21    Xarelto back in 2011, right?

11:12:16 22    A.  Yes.

11:12:17 23    Q.  And the FDA first approved a new drug application for Xarelto

11:12:23 24    to prevent deep vein thrombosis and pulmonary embolism in patients

11:12:28 25    that were undergoing either hip or knee replacement surgery, right?

11:12:32  1   A.   Exactly.   And I think that -- just remind me the dates.   Yes,

11:12:41  2   it was 2011.   I think it was around June or July, if I am right.

11:12:46  3   Q.   July and either October or November, but we will get to the

11:12:49  4   actual documents.

11:12:50  5   A.   Thanks an awful lot for the help there.

11:12:52  6   Q.   And deep vein thrombosis is a blood clot in a deep vein, right?

11:12:56  7   A.   Yes.   Commonly in my calf, in my leg, yes.

11:13:01  8   Q.   And that's what sometimes people think about when they hear

11:13:05  9   somebody's had an embolism in their lung, or blood clot go to the

11:13:11  10  lung.   Frequently, those go from big veins, right?

11:13:14  11  A.   Got it.

11:13:16  12  Q.   Now, let me hand you Defendant Exhibit 5357.

11:13:29  13  A.   Thank you, sir.

11:13:36  14          THE COURT:   What is that, Counsel?

11:13:41  15          MR. DUKES:   Your Honor, this is FDA's letter to Johnson &

11:13:46  16  Johnson dated July 1, 2011, approving Xarelto ten-milligram tablets

11:13:52  17  for deep vein thrombosis.

11:13:54  18          THE COURT:   And you're offering that into evidence?

11:13:57  19          MR. DUKES:   Yes, your Honor, it's DX5357 and I would

11:13:57  20  offer it into evidence.

11:14:01  21          THE COURT:   Any objection?

11:14:01  22          MS. JEFFCOTT:   We object to relevance.

11:14:03  23          THE COURT:   I'm sorry?

11:14:04  24          MS. JEFFCOTT:   Relevance.

11:14:04  25          THE COURT:   I'll overrule the objection and allow it.

11:14:08  1   BY MR. DUKES:

11:14:09  2   Q.  Dr. Kessler, you're familiar with this letter, aren't you?

11:14:11  3   A.  This is the approval letter for what we'll call the hip and

11:14:16  4   knee indications.  DVT prevention in hip and knee of which not

11:14:24  5   ROCKET was the basis, but RECORD was the basis for.  A number of

11:14:29  6   RECORDs trials for the basis, yes.

11:14:31  7   Q.  Fair enough.  If we could call up DX5357.2.1.

11:14:37  8   A.  Tell me what -- the first page?

11:14:39  9   Q.  First page.  If you go to the fifth paragraph down.

11:14:42  10  A.  Thanks, sir.

11:14:43  11  Q.  The letter states, "We have completed our review of this

11:14:45  12  application, as amended.  It is approved, effective on the date of

11:14:50  13  this letter, for use as recommended in the enclosed agreed-upon

11:14:54  14  labelling text."  So that's what the FDA said in this letter,

11:14:58  15  correct?

11:14:58  16  A.  Xarelto approved for that hip and knee indication --

11:15:00  17  Q.  Right.

11:15:01  18  A.  -- based on RECORD trials, yes.

11:15:03  19  Q.  And the approval indicates that FDA has concluded that Xarelto

11:15:08  20  is safe and effective when used in accordance with the agreed upon

11:15:12  21  labeling, correct?

11:15:14  22  A.  Just show me that sentence.  I'm sure it's here, but just show

11:15:21  23  me -- it was approved effective on the date.  Just show me the safe

11:15:25  24  and effective language.  That again --

11:15:34  25  Q.  Well, here it says it was "approved, effective on the date of

11:15:37 1  the letter for use as recommended in the enclosed agreed-upon

11:15:41 2  labeling."

11:15:41 3  A.  I just --

11:15:43 4  Q.  So maybe -- I'm sorry.  Go ahead.

11:15:45 5  A.  Go ahead.

11:15:45 6  Q.  The basis for approval has to be that it's safe and effective,

11:15:48 7  correct?

11:15:49 8  A.  Yeah.  Let me help you out.  If you go to the first paragraph

11:15:51 9  and you highlight 505(b) in that paragraph, you can infer that if

11:15:59 10  it's based on 505(b), that's how you get to your safety and

11:16:03 11  effectiveness.

11:16:05 12  Q.  Perfect.  Much better question.

11:16:07 13  A.  Thank you.

11:16:09 14  Q.  Now, if we call up DX5357.32.1, this letter was signed by

11:16:20 15  Richard Pazdur, the director of the office of oncology drug

11:16:23 16  products with the Center For Drug Evaluation and Research, CDER,

11:16:28 17  correct?

11:16:28 18  A.  Yes.

11:16:29 19  Q.  And in November of 2011 --

11:16:30 20  A.  One of the great oncologists.

11:16:33 21  Q.  In November 2011 -- now we're moving to the second approval --

11:16:37 22  the FDA approved a second new drug application for Xarelto,

11:16:41 23  correct?

11:16:41 24  A.  Yes, sir.

11:16:42 25  Q.  And this second new drug application for Xarelto was to reduce

11:16:46  1    the risk of stroke in patients with nonvalvular atrial

11:16:52  2    fibrillation, right?

11:16:52  3    A.  Stroke and symptomatic emboli in AFib, yes.

11:16:57  4    Q.  And I think we discussed it briefly, but AFib or atrial

11:17:01  5    fibrillation is a heart rhythm issue, where the heart rhythm is not

11:17:07  6    beating properly, right, sir?

11:17:08  7    A.  Exactly, sir.

11:17:09  8    Q.  And more than three million Americans have nonvalvular AFib,

11:17:14  9    roughly?

11:17:14 10    A.  Yes, sir.  Mostly as we get older.

11:17:16 11    Q.  Right.  Unfortunately.

11:17:19 12            Now, nonvalvular AFib can create clots in the heart that

11:17:24 13    can go to the brain and cause significant strokes, correct?

11:17:27 14    A.  Yes.  And I tried to show an animation of that stroke.

11:17:31 15    Q.  Yes, it was very helpful.

11:17:33 16            Let me hand you Defendant Exhibit No. 5233.

11:17:49 17            THE COURT:  What is that, Counsel?

11:17:51 18            MR. DUKES:  Your Honor --

11:17:52 19            MS. JEFFCOTT:  No objection -- I'm sorry.

11:17:54 20            MR. DUKES:  Without objection, this is FDA's letter to

11:17:58 21    Janssen Pharmaceuticals dated November 4, 2011, approving the use

11:18:03 22    for nonvalvular Afib.

11:18:05 23            THE COURT:  And you have a number on that?

11:18:07 24            MR. DUKES:  Yes, your Honor, that number is DX5233.

11:18:13 25            THE COURT:  I'll admit it.

11:18:15  1   BY MR. DUKES:

11:18:15  2   Q.  Are you familiar with this document, Dr. Kessler?

11:18:17  3   A.  Yes, sir.

11:18:17  4   Q.  If we could call up DX5233.2.1, and is the last paragraph on

11:18:23  5   the front page of the letter.  It states, "We have completed our

11:18:26  6   review of this application, as amended.  It is approved, effective

11:18:31  7   on the date of this letter for use as recommended in the enclosed

11:18:34  8   agreed-upon labelling text."  Correct?

11:18:36  9   A.  Exact same language as in the other letter.  Boiler plate.

11:18:39 10   Q.  And the answer would be the same, that it's being approved

11:18:43 11   based on the fact that it's been determined to be safe and

11:18:45 12   effective within the context of FDA regulation?

11:18:48 13   A.  Again, it's based on 505(b).

11:18:51 14   Q.  Exactly.

11:18:52 15   A.  Yes.

11:18:52 16   Q.  And if we call up DX5233.6.1, that shows this was signed by

11:19:00 17   Dr. Norman Stockbridge, who, I understand, at the time was the

11:19:04 18   director of the division of cardiovascular and renal products

11:19:06 19   within the Office of Drug Evaluation, Center For Drug Evaluation

11:19:10 20   and Research, correct?

11:19:11 21   A.  Nicknamed cardiorenal.

11:19:14 22   Q.  Yes.  And you know Dr. Stockbridge?  Never mind.  I'll withdraw

11:19:18 23   that question.

11:19:18 24   A.  I may, you know.  You're testing my memory.

11:19:22 25   Q.  I did not intend to do that.

11:19:25  1          The division of cardiovascular and renal products is a

11:19:28  2   different division within FDA than the one that approved the use of

11:19:33  3   Xarelto after knee and hip replacement surgery, correct?

11:19:36  4   A.  Yes, sir.

11:19:37  5   Q.  And so we know that these two new drug applications for Xarelto

11:19:43  6   were approved within FDA by two different divisions of CDER,

11:19:49  7   correct?

11:19:50  8   A.  Yes, sir.

11:19:54  9   Q.  Now, the FDA could have refused to approve Xarelto, couldn't

11:19:57 10   they?

11:19:57 11   A.  Yes.

11:19:57 12   Q.  But instead, FDA determined, based on everything it had access

11:20:03 13   to, that Xarelto was safe and effective for both these indications,

11:20:07 14   correct?

11:20:07 15   A.  Again, just to add a footnote, if you would be so kind,

11:20:13 16   recognizing that certainly the medical reviewers -- when you say,

11:20:16 17   "the FDA determined," that's really not right.  Because the medical

11:20:24 18   reviewers said it was not safe and effective for AFib.  They didn't

11:20:27 19   want it approved.  They're certainly part of FDA.  Their bosses,

11:20:35 20   Dr. Stockbridge and others, overruled the medical reviewers and

11:20:38 21   said it was safe and effective.

11:20:41 22          If you consider them FDA, I mean, they were the ones who

11:20:45 23   were right to make the decision, right.  But the reviewers didn't

11:20:49 24   want to approve it.  They wanted -- and they wanted certain other

11:20:53 25   studies done.

11:20:54  1           Again, so the only question is:  Who is FDA?  Just be a

11:20:58  2   little careful there.

11:20:59  3   Q.  That's fair.  And we'll talk in detail about the entire

11:21:02  4   approval process.  But at the end of the day, it's fair to say that

11:21:07  5   the United States Food & Drug Administration approved Xarelto for

11:21:11  6   two indications, right?

11:21:17  7   A.  Certain individuals acting -- who had the authority to act,

11:21:23  8   acted on behalf of FDA.  I just want to be clear that -- I mean,

11:21:29  9   because there are disputes within an agency, and we have to respect

11:21:33 10   that.  And we shouldn't -- there's nothing wrong if people have

11:21:39 11   different opinions.  Certain people get to make the decision and

11:21:42 12   that's right, and I would support the higher ups getting to.

11:21:47 13           But, you know, it's also important to allow people to

11:21:52 14   recognize that if you say, "the FDA," FDA is a lot of different

11:21:56 15   people, and FDA had different opinions on this.  Certainly, the

11:21:59 16   second application.

11:22:01 17   Q.  No, I think it's very important to understand that there was

11:22:04 18   vigorous debate within FDA and people who had different opinions,

11:22:07 19   but, ultimately, the FDA, as a body, approved Xarelto or it

11:22:13 20   wouldn't be on the market, fair?

11:22:14 21   A.  FDA as the people who have the authority.  It's not that there

11:22:21 22   was -- it's not like Congress is a body where there is a vote and a

11:22:26 23   majority.  Here, FDA is a hierarchy.  Bosses made the decision.

11:22:30 24   The rank and file didn't want to approve it at that point in time.

11:22:34 25   Q.  And, again, we will go through that to make sure we understand

11:22:40  1   that debate that took place within FDA and the people who were

11:22:42  2   involved in it, and, ultimately, how that process worked out.

11:22:46  3          You're not being critical of the FDA for its approval of

11:22:50  4   Xarelto, are you?

11:22:50  5   A.  I am not here -- I am not here to -- I mean, I haven't given

11:23:07  6   any opinions about FDA's conduct.  I didn't think that was what was

11:23:11  7   at issue.  You want me to go on or you want me -- I didn't think

11:23:16  8   FDA's conduct -- I mean, it's the manufacturer's conduct that I was

11:23:20  9   asked to look at.

11:23:23  10          If you want me to talk about FDA and what I think, I

11:23:27  11   would be happy to do that, but I am not here to criticize FDA.  You

11:23:33  12   know, we talked in my deposition who I agreed with, whether I

11:23:36  13   agreed with the rank and file or I agreed with the higher ups.  Did

11:23:40  14   I agree FDA didn't think it had the authority to require more

11:23:44  15   studies, that the FDA thought -- left it up to the manufacturer to

11:23:49  16   choose whether to use that information.

11:23:51  17          If you want, I would be happy to talk about FDA, but I

11:23:54  18   have not issued any opinions in my report because I didn't think

11:23:57  19   this matter had to do with FDA.  I thought it had to do with the

11:24:01  20   company.

11:24:01  21   Q.  Well, and that's fair.  Let's see if I can maybe sum it up a

11:24:06  22   little more simply, because there are enough things that you and I

11:24:10  23   are going to talk about.

11:24:11  24          At the end of the day, you don't dispute that Xarelto is

11:24:15  25   today, April the 25th, 2017, is approved -- on the market, approved

11:24:20  1    by FDA however you want to define FDA, do you?

11:24:23  2    A.  As the judge would say, that's a fact question and it's on the

11:24:26  3    market and it's approved and I agree.

11:24:28  4    Q.  Thank you.  All right.

11:24:34  5            We've talked about something called the label, and I

11:24:37  6    think yesterday you mentioned that sometimes it's called a package

11:24:39  7    insert, sometimes it may be called the prescription information or

11:24:43  8    prescribing information.  My question is, just to make sure we all

11:24:47  9    understand the process, when FDA approves a drug to go on the

11:24:50 10    market, it is also approving the labelling or the prescribing

11:24:54 11    information that goes with the drug, correct?

11:24:56 12    A.  So if you read the statute and you read the regs, and it's fair

11:25:03 13    to say FDA approves the application.  As part of that application

11:25:12 14    there is a label.  That label arises out of a negotiation -- FDA

11:25:16 15    has certain authorities.  After 2007 the law was changed.  But FDA,

11:25:22 16    technically it approves an application.  That application has a

11:25:26 17    label in it.

11:25:27 18    Q.  Okay.  So as a practical matter, when FDA's approving an

11:25:34 19    application, it's -- before the drug can be used on the market,

11:25:36 20    that label has to be approved by FDA, too, correct?

11:25:40 21    A.  Again, let's try one more time.  The application is what gets

11:25:45 22    approved, right.  That's what gets signed.  And there is

11:25:51 23    specific -- if you look at these letters, it talks about the

11:25:54 24    labelling that goes along with that.  I am just --

11:25:59 25            In essence, you're right, but just make sure you

11:26:02  1  understand the labelling is a back and forth.  I mean, it's the

11:26:06  2  company that copyrights the label.

11:26:09  3  Q.  No, I appreciate that clarification.  And when the initial

11:26:14  4  label is submitted, it's submitted by the sponsor of the drug or

11:26:18  5  the manufacturer to the FDA as part of the new drug application,

11:26:20  6  correct?

11:26:21  7  A.  Yes.

11:26:21  8  Q.  And then frequently, I think, as you said, there's a back and

11:26:25  9  forth between the FDA and the drug company about the language that

11:26:28 10  the FDA wants on the label, right?

11:26:30 11  A.  There's a negotiation.  There's a negotiation.

11:26:35 12  Q.  Well, fair enough.  And at the end of the day, if FDA doesn't

11:26:39 13  like what's in the label, they can say, "We are not approving this

11:26:42 14  drug based on what you have on the label," correct?

11:26:45 15  A.  Sort of.

11:26:50 16  Q.  I'm happy for you to explain because I am trying to get it

11:26:53 17  right.

11:26:53 18  A.  Well, in any negotiation you can only, you know, you have to

11:26:59 19  decide how far to push.  I mean, if the drug works, if there's

11:27:03 20  other benefits.  As you will see there are a number of things FDA

11:27:08 21  was pushing for and pushing the company to do or wanted the company

11:27:13 22  to do.  And, you know, when you're a regulator, there's only

11:27:18 23  certain things you can push for.  So you push harder for certain

11:27:22 24  things and don't push as hard for other things.  It's a

11:27:26 25  negotiation.

11:27:26  1   Q.  Well, would you agree that the FDA can refuse to approve a drug

11:27:29  2   if the proposed labelling is false or misleading in any way?

11:27:32  3   A.  It's certainly -- it certainly can conclude that a drug is

11:27:41  4   misbranded and probably at the approval stage not grant approval,

11:27:48  5   that would be correct.

11:27:49  6   Q.  So if FDA thinks that the proposed labelling is false or

11:27:55  7   mislabeling, it has the authority to not approve the label,

11:27:58  8   correct?

11:27:59  9   A.  It has the authority not to sign off on the drug I think is the

11:28:02  10  right way to say it.

11:28:03  11  Q.  Okay.  And if FDA doesn't like the labelling suggested by the

11:28:10  12  drug company, it can write back and say we propose that you put in

11:28:14  13  different or eliminate labeling, they can propose edits to labels,

11:28:20  14  right?

11:28:20  15  A.  It certainly can be -- and there is a back and forth, but it is

11:28:24  16  the drug company at the end of the day who is, the best way,

11:28:32  17  master, the owner of the label.  But, yes, there is definitely a

11:28:35  18  negotiation.

11:28:36  19  Q.  But ultimately FDA has to approve every word in that label,

11:28:41  20  correct?

11:28:42  21  A.  FDA has to in essence sign off on it.  It is -- but every word

11:28:48  22  is the result of a negotiation, and as we all know, you never get

11:28:53  23  what necessarily what -- everything you want.

11:28:55  24  Q.  Well, when you were FDA commissioner, if there was a

11:28:59  25  negotiation taking place about labelling and your FDA felt like a

11:29:02  1    drug was not safe, you wouldn't sign off on that, right?

11:29:07  2    A.  You're confusing two things.  You're confusing whether a drug

11:29:13  3    is safe, whether a drug -- the risks are acceptable in light of the

11:29:18  4    benefits and whether the labelling is false or misleading.

11:29:24  5         A drug can be safe because its benefits outweigh the

11:29:32  6    risks, but the labelling can still be misleading or omit certain

11:29:39  7    facts.  There are -- it's not unusual that a drug goes on the

11:29:43  8    market that's safe and effective, but the problem is there's not

11:29:47  9    adequate information or the labelling is misleading and needs to

11:29:55 10    be -- information wasn't given to FDA, right, during the approval

11:30:01 11    process the drug label goes on the market or new information

11:30:07 12    becomes available and then the label gets changed.  So there is

11:30:12 13    safety and then there is the label.

11:30:14 14    Q.  Sure.  And if new information comes on the market, the FDA has

11:30:17 15    the authority to tell the drug company to change the label?

11:30:20 16    A.  Or if there are cases where the company doesn't, you know,

11:30:25 17    highlight certain things or the company doesn't tell FDA about

11:30:30 18    certain things or FDA doesn't see certain things and then that only

11:30:35 19    comes to light later on.

11:30:36 20    Q.  I want to clarify something because I may have misunderstood

11:30:39 21    what you said.  You're not suggesting that if FDA knows that

11:30:42 22    something on the label is false and misleading that FDA would

11:30:46 23    approve that label, are you?

11:30:47 24    A.  No.  FDA certainly wants to be able to able if it knows and has

11:30:52 25    all of the data and it knows and feels strongly something is false

11:30:57  1   and misleading, FDA is going to push the manufacturer pretty hard.

11:31:01  2   Q.  And, in fact, in the labeling you showed different sections -

11:31:05  3   warnings and precautions, adverse reactions, others - FDA actually

11:31:09  4   mandates the order that those sections have to appear in the

11:31:12  5   labelling, doesn't it?

11:31:13  6   A.  FDA does, yeah, warnings and precautions have to be, laboratory

11:31:19  7   tests, for example, are supposed to be in Section 5, not supposed

11:31:24  8   to be in later sections.  So you're exactly right, that order --

11:31:32  9   and the industry agrees with that because they want Docs to have

11:31:36 10   some uniformity and be able to look at the label and know where to

11:31:40 11   go.

11:31:40 12   Q.  And that regulation by the FDA of the label, it even goes down

11:31:44 13   to the font size and the lettering, doesn't it?

11:31:47 14   A.  Again, the goal is to make it readable.  Some of that stuff was

11:31:54 15   so small that -- the FDA does encourage readability.

11:32:01 16   Q.  My question, and I may have misspoken, my question was FDA even

11:32:06 17   regulates the size of the font in the lettering in the label,

11:32:12 18   doesn't it?

11:32:13 19   A.  Again, there are a lot of different labels, the packing, the

11:32:16 20   thing I held up, there's the computer printout, things on the web.

11:32:20 21   I got to go back and -- I just don't know, sir, because we know

11:32:27 22   there's different printing, I am not sure in this modern age of

11:32:31 23   technology it's all regulated; but we can go take a look at the

11:32:35 24   regs, I just don't have it memorized.

11:32:37 25   Q.  But, you know, say the drug company decided I don't like the

11:32:41 1   black and white label, I want to have part of it in red and part of

11:32:45 2   it in purple, that's all regulated by the FDA, as to the font, the

11:32:49 3   presentation, and the location of information in that label, isn't

11:32:51 4   it?

11:32:52 5   A.  Yeah.  Again, we would have to look about color and things like

11:32:55 6   that.  But that's -- yes, I mean, over the decades, the industry

11:33:03 7   and the FDA have come to agreement through these regulations,

11:33:07 8   there's been notice and comments and lots of discussions, lots of

11:33:09 9   surveys, lots of discussions, and we have a general format for the

11:33:13 10  label that is specified in the regulations and what sections

11:33:16 11  exactly, sir.

11:33:17 12  Q.  Good.  All right.  Let's shift topics a little bit.  Again, you

11:33:20 13  left the FDA about 20 years ago, right?

11:33:23 14  A.  1997 exactly.

11:33:25 15  Q.  And you're not appearing here today speaking on behalf of the

11:33:28 16  FDA?

11:33:28 17  A.  No, absolutely.  I thought I made that clear in the prior set

11:33:33 18  of questions.

11:33:34 19  Q.  I think you did.  And I think you said you charge $1,000 an

11:33:38 20  hour for any time you spend in litigation consulting, correct?

11:33:42 21  A.  Yes.  Yes, sir.

11:33:42 22  Q.  And I guess that would include $1,000 an hour for reviewing the

11:33:46 23  documents that you had mentioned earlier?

11:33:48 24  A.  Absolutely.

11:33:49 25  Q.  And $1,000 an hour for reviewing scientific literature or some

11:33:53  1    of the studies that we've seen?

11:33:55  2    A.  Same rate, sir.

11:33:56  3    Q.  And $1,000 an hour when you meet with lawyers to prepare?

11:33:59  4    A.  Same rate.  It's across the board, yes, sir.

11:34:03  5    Q.  And because I know you want to be prepared, what's it take,

11:34:09  6    estimate ten hours of preparation translates into one hour of

11:34:13  7    testifying in court?  I mean, what would be a rough estimate of

11:34:17  8    that?  More than that?

11:34:19  9    A.  How much time do you take to prepare, I mean, for cross, right?

11:34:24 10    Q.  Lots.

11:34:28 11    A.  This is serious business, right.  You're asking question, I am

11:34:31 12    under oath, I have to get it right, I am trying to my best.  And

11:34:35 13    we're all pretty studious, is that the right word, you, me, I mean,

11:34:40 14    that's the nature of this business.  We are not winging it here

11:34:43 15    today; is that fair?

11:34:45 16    Q.  That's fair.  For folks who may not have seen this process, the

11:34:53 17    in fact that you're here testifying for an hour, there may be ten

11:34:56 18    hours or 20 hours preparation that go into that one hour of

11:34:59 19    testifying.

11:35:00 20    A.  A seven-hour deposition, to answer questions for seven hours by

11:35:05 21    counsel, you know, constant, it takes an enormous amount of

11:35:10 22    preparation.

11:35:10 23    Q.  Okay.  This is not your first rodeo, this is not your first

11:35:21 24    time testifying in a pharmaceutical trial, right?

11:35:23 25    A.  I testified in front of Congress hundreds of times, I've

11:35:26  1    testified, I don't know, don't hold me, if you're talking court,

11:35:34  2    half a dozen, maybe a little more in court, maybe 25 times in

11:35:38  3    depositions.  You have the list, we can count them up.

11:35:41  4    Q.  Right.  And over the course of your working with testifying for

11:35:47  5    plaintiffs lawyers, you've made millions of dollars, right?

11:35:49  6    A.  Yes, sir.  Now, that's actually just over the course of -- I

11:35:57  7    think that's probably the right answer.  You just used plaintiffs

11:36:00  8    lawyers in there and I was a little too quick to answer, because I

11:36:04  9    have testified for defense in a number of trials.  But you're

11:36:08  10   right, the way the system works once, you know, I testify the

11:36:13  11   majority of stuff have been for plaintiffs but some defense.  I

11:36:16  12   just wanted to make sure that was correct.

11:36:17  13   Q.  Understood.  And you testified at a trial in a case called

11:36:20  14   *Drake v. Allergan* in November of 2014, do you remember that?

11:36:25  15   A.  A kid got botulism.

11:36:27  16   Q.  Right.  Phil Beck cross-examined you?

11:36:30  17   A.  Yes, exactly.

11:36:31  18   Q.  And during that trial defense counsel added up your invoices

11:36:34  19   from some of the litigations you previously testified in, and came

11:36:38  20   up with about $1.8 million.  Do you remember that?

11:36:41  21   A.  He went through every single invoice and took the jury through

11:36:46  22   that for about an hour, yes, sir.

11:36:48  23   Q.  Right.  I've chosen not to do that, I've chosen just to say

11:36:52  24   during that the defense counsel add them up it was about 1.8

11:36:57  25   million you've been paid?

11:36:58  1  A.  Yes, sir.

11:36:58  2  Q.  And that does not include all of the litigation that you've

11:37:02  3  testified in, does it?

11:37:03  4  A.  No.  I mean, over the years, I gave Mr. Beck, I gave you a list

11:37:06  5  of litigation going back.  I had to do it for about eight years, so

11:37:14  6  it does not include everything, that's correct.

11:37:16  7  Q.  Do you know how many millions of dollars you've made testifying

11:37:19  8  in litigation?

11:37:19  9  A.  He added it up, I do not; but you're correct, it's in the

11:37:22 10  millions of dollars.

11:37:24 11  Q.  Okay.  And a significant portion of the cases in which you

11:37:27 12  testify are cases like this where you're testifying for the

11:37:31 13  plaintiff's lawyers, correct?

11:37:34 14  A.  Yes.  I mean, I think I just said that.  I mean, that's the way

11:37:37 15  the system works.  Again, to be very clear, I don't seek out doing

11:37:43 16  this.  I've never asked to do this, all right.  I can go -- if you

11:37:48 17  could let me go write my next book, I would be much happier.  And I

11:37:54 18  probably -- I don't know if I will -- what I would make, you know.

11:37:57 19  So I don't seek out, I only get called, all right.  So this is not

11:38:04 20  something -- I mean I do it, I try -- my goal is to try educate,

11:38:11 21  but I don't seek out plaintiff's lawyers.  I just get called by

11:38:16 22  people and asking can you do this.  And I make a decision on that.

11:38:22 23  But I've never sought this out.

11:38:25 24  Q.  I understand.  And in every case in which you've testified

11:38:28 25  about the adequacy of a pharmaceutical company's labelling, which

11:38:33  1    is the key issue in this case, you have testified for the

11:38:36  2    plaintiff's side of the case, correct?

11:38:40  3    A.  Ask the question again.

11:38:41  4    Q.  Yes.  In every case where you have testified about the adequacy

11:38:45  5    of a pharmaceutical company's label, you have testified for the

11:38:49  6    plaintiffs or plaintiff's counsel, haven't you?

11:38:52  7    A.  I think that's probably correct but I want to be careful.  I

11:38:56  8    think there was at least one case where my testimony was used by

11:39:01  9    defense for the label was adequate.  We would have to go through

11:39:10 10    the list.  I have testified for defense and companies,

11:39:16 11    pharmaceutical companies.

11:39:17 12    Q.  And I am happy to show you this.  If I represented to you that

11:39:20 13    I had taken that question directly from other testimony and your

11:39:25 14    answer was so I think the answer to that question was, yes, that's

11:39:29 15    who hired me in those cases, would that be fair?

11:39:31 16    A.  Again, I just want to make sure you understand I have been

11:39:34 17    hired by defense, I don't want to misspeak.  And we can look at

11:39:37 18    what my testimony and how it was used in those matters.

11:39:42 19          But you're right, the majority of cases that I have

11:39:45 20    testified in have been for the plaintiffs, you're exactly right.

11:39:51 21    Q.  And in these prior cases in which plaintiffs claim that the

11:39:56 22    drug company did not adequately warn, your testimony in every one

11:40:00 23    of those cases previously, and including today, has been that the

11:40:04 24    warning was inadequate, correct?

11:40:07 25    A.  So are you talking about at trial at the end of the day?

11:40:17  1    Q.  Yes.

11:40:17  2    A.  Yes.  At trial most of the -- I've testified in just a handful

11:40:24  3    of cases, three or four, and I believe I testified that the label

11:40:29  4    was inadequate in those.  The others may have been antitrust cases,

11:40:34  5    if my recollection serves me.  We would have to look at the list.

11:40:37  6    Q.  Okay.  So that we're on the same page.  And every time you've

11:40:41  7    testified in a trial involving the issue of adequacy to warn by a

11:40:46  8    pharmaceutical company, your opinion has been always that that drug

11:40:49  9    label is not adequate, correct?

11:40:52 10    A.  Sure.  Because if at trial, I mean, no plaintiff's lawyer is

11:40:59 11    going to put somebody called to the stand somebody -- so I mean,

11:41:03 12    that's the way the system works.  If you're testifying for the

11:41:07 13    plaintiffs and that's your opinion, right, and then you get called

11:41:11 14    to trial, I mean, you know, I've yet to see a side reverse or argue

11:41:18 15    the difference side.  You can explain it probably better than I can

11:41:21 16    how the system works and how experts work.

11:41:23 17    Q.  I am going to shift a little bit.  You talked a good bit about

11:41:27 18    your background yesterday.  And I can't remember whether you

11:41:32 19    mentioned, but before you began consulting in litigation you were

11:41:36 20    Dean of the School of Medicine and Vice Chancellor of Medical

11:41:39 21    Affairs at the University of California - San Francisco, correct?

11:41:43 22    A.  I was.

11:41:43 23    Q.  And you're not anymore?

11:41:46 24    A.  That's correct.  I am a professor --

11:41:47 25    Q.  But you're currently a professor at the medical school at the

| | |
|---|---|
| 11:41:51 | 1 | University of California at San Francisco? |

11:41:51  1   University of California at San Francisco?

11:41:53  2   A.  That's correct.

11:41:54  3   Q.  But you were terminated as Dean and Vice Chancellor in December

11:41:59  4   2007, correct?

11:42:00  5   A.  I was a whistle blower.  There were under -- I reported, not

11:42:05  6   mine, but I reported certain financial irregularities on the part

11:42:08  7   of the -- that the university was engaged in, and I was classified

11:42:15  8   as a whistle blower.  I mean, that led to that.

11:42:20  9   Q.  But you were terminated because Chancellor Dr. Bishop concluded

11:42:25  10  that you could no longer effectively lead the School of Medicine,

11:42:28  11  correct?

11:42:28  12  A.  I was a whistle blower, happy to discuss the matter if you

11:42:32  13  would like.  Sort of proud of it.

11:42:34  14  Q.  Let's take a look at DX11003.

11:42:47  15  A.  Thank you.

11:42:54  16          THE COURT:  What is that, Counsel?

11:42:55  17          MR. DUKES:  Your Honor, this is a court order that was

11:42:56  18  issued in the case of *David A. Kessler v. J. Michael Bishop*.  And

11:43:05  19  it's Defendant Exhibit 11003.

11:43:05  20  BY MR. DUKES:

11:43:07  21  Q.  And you're familiar with this, Dr. Kessler?

11:43:07  22          MR. MEUNIER:  Can we approach, your Honor?

11:43:09  23          THE COURT:  Sure.

11:43:20  24      (WHEREUPON, THE FOLLOWING BENCH CONFERENCE WAS HELD:)

11:43:26  25          THE COURT:  Okay.  What do you want to talk about?

11:43:31  1          MR. MEUNIER:  Is this a reported case decision?

11:43:33  2          MR. DUKES:  Yes, what happened, he's just put his

11:43:36  3    credibility at issue, what happened is he was fired, he filed a

11:43:40  4    grievance, that grievance he also filed a lawsuit.  This is the

11:43:44  5    actual decision saying that it was appropriate for him to be fired

11:43:48  6    and his lawsuit was dismissed, and he's basically saying it was a

11:43:51  7    whistle blower and I am going to put it in context from a

11:43:55  8    credibility standpoint.

11:43:57  9          THE COURT:  Do you have anything to say?

11:43:59 10          MR. MEUNIER:  Judge, I don't know that we ought to have

11:44:01 11    an exhibit that's the reported case law on it, I mean, it was

11:44:06 12    obviously arguments made by counsel that the jury is not going to

11:44:09 13    know about.

11:44:09 14          THE COURT:  This is not about law, it's about credibility

11:44:12 15    of this witness.  We're not talking about the law of what a whistle

11:44:17 16    blower is or is not, we're talking about this witness.  I overrule

11:44:22 17    the objection and allow it.

11:44:24 18          MS. JEFFCOTT:  This is for demonstrative purposes only?

11:44:28 19          THE COURT:  That's up to counsel.

11:44:30 20          MR. DUKES:  I have to try to lay foundation for it, and

11:44:33 21    if not, then I'll offer it as a demonstrative but we intend to

11:44:38 22    offer as a substantive exhibit.

11:44:39 23          MR. MEUNIER:  For the record, we object.  We don't think

11:44:42 24    it's necessary for the impeachment and it's a legal decision and

11:44:45 25    should not be made an exhibit in this case.

11:44:47  1            THE COURT:  I feel it is.  I overrule the objection.

11:45:03  2         (OPEN COURT.)

11:45:03  3   BY MR. DUKES:

11:45:04  4   Q.  Dr. Kessler, you are familiar with this order in your case?

11:45:06  5   A.  I am not sure I've -- you know, I was represented by the

11:45:12  6   Government Accountability Project, public interest lawyers.  I am

11:45:15  7   not sure I've looked at it in a long time.

11:45:21  8   Q.  You read it before, correct?

11:45:23  9   A.  I am not sure I studied it.  I studied the last sentence

11:45:28  10  because a lot of this -- the Court didn't reach the merits of the

11:45:33  11  case.  This was, what, the civil rights, 1983 charge, so I am not

11:45:39  12  sure I've studied this.  Government Accountability Project handled

11:45:43  13  this.

11:45:43  14  Q.  All right.  But you're not suggesting you didn't read an order

11:45:47  15  in a lawsuit that you had filed, are you?

11:45:49  16  A.  I didn't study this, this whole thing because the Court didn't

11:45:59  17  reach the merits, the government accountability order -- the

11:46:03  18  Government Accountability Project was representing their public

11:46:08  19  interest, they represent whistle blowers.  So again, if I read

11:46:14  20  this, I mean, it was back seven, eight years.  I am not sure I read

11:46:18  21  the whole thing.

11:46:19  22  Q.  Okay.  You did file a grievance with the University of

11:46:22  23  California - San Francisco which you claim was as a whistle blower,

11:46:27  24  correct?

11:46:27  25  A.  Not that I claimed it was a whistle blower, the university

11:46:29 1   found me to be a whistle blower and classified me as a whistle

11:46:35 2   blower, and those claims were because there was misrepresentations

11:46:45 3   and double counting in the university's books.

11:46:48 4   Q.  And because of that, you sued J. Michael Bishop who was the

11:46:52 5   person who fired you, right?

11:46:55 6   A.  So on behalf -- GAP, Government Accountability Project, was

11:46:59 7   they took the case, they thought it was in public interest, they

11:47:02 8   were the ones who did this, yes.

11:47:07 9               MR. DUKES:  Your Honor, I would offer this as an exhibit.

11:47:09 10              THE COURT:  I'll admit it as an exhibit.

11:47:12 11              MR. DUKES:  It's DX110 --

11:47:15 12              THE COURT:  I understand there is an objection to it.

11:47:16 13              MR. MEUNIER:  There is an objection, your Honor, that

11:47:17 14   there is nothing in here that in any way contradicts what the

11:47:21 15   witness has said under oath, it's not impeachment --

11:47:23 16              THE COURT:  Let's finish with it.

11:47:26 17              MR. DUKES:  Yes, thank you, your Honor.  Defense

11:47:29 18   Exhibit 11003.  If we call up DX 11003.1.2.

11:47:38 19              MR. MEUNIER:  Your Honor, we'd object to it being shown

11:47:41 20   to the jury.

11:47:42 21              THE COURT:  I understand.  I am admitting the document so

11:47:44 22   you can show it to the jury at this time, but let's finish your

11:47:47 23   questioning.

11:47:48 24   BY MR. DUKES:

11:47:48 25   Q.  Let's call up exhibit -- let's blow that up if you would.  So

11:47:54  1    in the background section, and this is a published court order, do

11:47:59  2    you understand?

11:48:00  3    A.   It is publish, yes.

11:48:03  4    Q.   In the background section it says, "This is a Section 1983

11:48:05  5    action that stems from an employment dispute, plaintiff David

11:48:08  6    Kessler (plaintiff) previously the Dean of the School of Medicine

11:48:11  7    and Vice Chancellor of Medical Affairs at the University of

11:48:14  8    California - San Francisco, alleges he was unlawfully retaliated

11:48:19  9    against by University of California officials as a result of

11:48:22 10    plaintiff's exercise of his First Amendment free speech rights."

11:48:25 11    That's what you mean by whistle blower, right?

11:48:28 12    A.   Yes.  Could you just explain to the jury, you'd probably do it

11:48:30 13    better than I would, Section 1938 as you just said?

11:48:34 14    Q.   Well, I would but I am not supposed to answer questions, so.

11:48:37 15    A.   Okay.

11:48:40 16    Q.   Now, let's pull up DX11003.3.1.  So it says, On January 8,

11:48:49 17    2008, Kessler filed a grievance with the University of California -

11:48:53 18    San Francisco, Academic Senate Committee on Privilege and Tenure,

11:48:57 19    correct?

11:48:57 20    A.   Yes.

11:48:57 21    Q.   And that's true, right?

11:48:58 22    A.   Yes.

11:48:59 23    Q.   And there was --

11:49:00 24    A.   For that grievance was after I filed information about

11:49:09 25    financial accounting practices that were very problematic at the

11:49:16  1   university.

11:49:17  2   Q.   And there was a formal hearing on your claims before a panel of

11:49:21  3   faculty members, correct?

11:49:24  4   A.   Yes.

11:49:27  5   Q.   Let's pull up DX11003.4.1.   And the hearing committee, this

11:49:32  6   is -- found that the reason for Dr. Bishop's -- that's who

11:49:36  7   terminated you, correct?

11:49:37  8   A.   Right.

11:49:38  9   Q.   -- decision in consultation with his superiors -- would be

11:49:41  10  Dr. Bishop's superiors, correct?

11:49:43  11  A.   I'm sorry, the --

11:49:45  12  Q.   I'm sorry.   It says, "The hearing committee found that the

11:49:49  13  reason for Dr. Bishop's decision," that's who terminated you,

11:49:53  14  correct?

11:49:53  15  A.   Yes.

11:49:54  16  Q.   "In consultation with his superiors to terminate Dr. Kessler

11:49:56  17  from his Deanship was not retaliation for Dr. Kessler having made

11:50:00  18  protected disclosures.   Rather, Dr. Bishop's decision reflected his

11:50:06  19  view that Dr. Kessler could no longer effectively lead the School

11:50:10  20  of Medicine."   Correct?

11:50:10  21  A.   That's exactly what it says, yes.

11:50:12  22  Q.   And the lawsuit, your lawsuit was actually dismissed, thrown

11:50:17  23  out of court by the Court, correct?

11:50:19  24  A.   Could you kindly read the last sentence of this order?

11:50:22  25  Q.   Certainly.

| | | |
|---|---|---|
| 11:50:29 | 1 | THE COURT:  Why don't you put that up on the board, the |
| 11:50:31 | 2 | last sentence. |
| 11:50:33 | 3 | MR. DUKES:  Yes, your Honor.  Let me just make sure -- |
| 11:50:36 | 4 | just let me know what sentence. |
| 11:50:38 | 5 | THE WITNESS:  Right before conclusion. |
| 11:50:45 | 6 | BY MR. DUKES: |
| 11:50:46 | 7 | Q.  Okay.  Let's pull up "having determined" and let's do that |
| 11:50:51 | 8 | whole paragraph.  Do you see where we are, right above conclusion |
| 11:50:55 | 9 | on the last page, that whole paragraph.  So the court found: |
| 11:51:05 | 10 | "Having determined that the university's administrative decision is |
| 11:51:08 | 11 | entitled to claim preclusive and issue preclusive effect, the Court |
| 11:51:13 | 12 | must defer to the Chancellor's final decision denying Kessler's |
| 11:51:17 | 13 | grievance.  Thus, the Court does not reach the merits of Kessler's |
| 11:51:21 | 14 | complaint."  Correct? |
| 11:51:22 | 15 | A.  Yes.  So the last sentence makes clear that the Court did not |
| 11:51:27 | 16 | hear the basis of the whistle blower and the prior sentence has to |
| 11:51:33 | 17 | do with certain legal reasons from the university.  So there was no |
| 11:51:41 | 18 | due process -- I mean, I don't want to get into it because the |
| 11:51:45 | 19 | Court never found -- reached any conclusions in this matter. |
| 11:51:49 | 20 | So I just don't want any inferences to be left because |
| 11:51:54 | 21 | you're attacking my credibility by this that the Court in showing |
| 11:51:59 | 22 | this order -- very proud to be a whistle blower -- and the Court |
| 11:52:03 | 23 | did not rule on the merits here.  So there's nothing in here that |
| 11:52:11 | 24 | deals with whether I was right or wrong in my complaint.  But we do |
| 11:52:19 | 25 | know I was officially adjudicated as a whistle blower. |

11:52:22  1   Q.  And I am not going to go through this in more detail, because

11:52:25  2   the issue was to understand that you had been terminated from your

11:52:29  3   Deanship, there was a dispute as to why that was and the grievance

11:52:32  4   process.

11:52:33  5   A.  And I was a whistle blower.

11:52:35  6   Q.  I understand if that's your perspective.  I am not debating

11:52:38  7   that with you.

11:52:39  8   A.  That's what 1983 -- that's the 1983 portion.  That's this --

11:52:50  9   Q.  As a result of being terminated as dean your income dropped

11:52:54  10  about 40 percent, right?

11:52:56  11  A.  So that -- a portion of my income dropped, right.  But I always

11:53:02  12  had other income.  So my salary dropped, but I've always -- you

11:53:09  13  know, I've written books, I've had other -- so the academic piece

11:53:13  14  dropped from, you know, some 500,000 to 325 or something like that.

11:53:19  15  But there was always -- that wasn't my total income.

11:53:23  16  Q.  I should have asked a more precise question, you got to the

11:53:26  17  answer; which was, your income from the University of California -

11:53:29  18  San Francisco dropped from 530,000 as Dean to 325,000 as professor?

11:53:36  19  A.  Yes, sir.

11:53:36  20  Q.  And about six months after you were terminated as Dean and your

11:53:43  21  income dropped in December of 2007 you issued your first reports in

11:53:48  22  litigation for plaintiffs counsel, correct?

11:53:50  23  A.  It was a 2008 opinion, I don't know when that started.  I

11:53:58  24  assumed, like this, may have started years before.  Again, I never

11:54:04  25  sought out doing this.  I didn't even -- in that first case, I

11:54:10  1   never reached out and asked to do that.  Someone called me and
11:54:16  2   asked me whether I would do that.
11:54:20  3   Q.  Maybe a better question would be, when you were Dean and
11:54:23  4   Chancellor, you were not consulting for plaintiffs counsel
11:54:25  5   litigation, it was after you got terminated, your income dropped a
11:54:29  6   couple of hundred thousand dollars, then you started working in
11:54:31  7   litigation, correct?
11:54:32  8   A.  You're connecting dots and doing certain inferences.  Let me
11:54:37  9   make it very clear.  I can go write my books -- I don't need to be
11:54:42 10   here.  I make millions of dollars from different streams of income.
11:54:45 11   I've written *New York Times* best sellers.  So you're making certain
11:54:52 12   inferences in your question that -- again, I have multiple streams.
11:54:57 13   I do not have to do this.
11:54:58 14   Q.  Okay.  And you've been making millions of dollars since 2008
11:55:03 15   testifying for plaintiffs in failure to warn lawsuits, right?
11:55:06 16   A.  And defendants.  And making millions of dollars from my books
11:55:12 17   and from my private equity and doing other things, yes.
11:55:15 18           THE COURT:  Let's get to a quitting point at this time.
11:55:19 19           MR. DUKES:  With that, your Honor, it's a perfect time.
11:55:21 20           THE COURT:  Okay.  We will take a break for an hour and
11:55:25 21   15 minutes, I'll see you back at 1:15.  The Court will stand in
11:55:29 22   recess until 1:15.
11:55:31 23           THE DEPUTY CLERK:  All rise.
         24       (WHEREUPON, THE JURY EXITED THE COURTROOM AND A LUNCH RECESS
         25       WAS TAKEN.)

```
 1

 2                         * * * * * *

 3

 4                     REPORTER'S CERTIFICATE

 5

 6         I, Karen A. Ibos, CCR, Official Court Reporter, United

 7    States District Court, Eastern District of Louisiana, do hereby

 8    certify that the foregoing is a true and correct transcript, to the

 9    best of my ability and understanding, from the record of the

10    proceedings in the above-entitled and numbered matter.

11

12

13                         /s/ Karen A. Ibos
                          _____

14                         Karen A. Ibos, CCR, RPR, CRR, RMR

15                         Official Court Reporter

16

17

18

19

20

21

22

23

24

25
```

OFFICIAL TRANSCRIPT

## $

**$1,000** [4] - 333:19, 333:22, 333:25, 334:3

## '

**'50s** [1] - 297:16
**'60s** [1] - 297:16
**'perfectly'** [1] - 305:15

## /

**/s** [1] - 348:13

## 1

**1** [9] - 258:11, 270:15, 270:19, 271:1, 271:21, 272:20, 320:16
**1.8** [2] - 335:20, 335:24
**10** [3] - 274:14, 284:16, 285:6
**10,000** [1] - 312:4
**100** [2] - 253:23, 311:24
**11** [2] - 272:24, 275:15
**11.4** [1] - 272:4
**1100** [1] - 253:21
**11003** [2] - 339:19, 342:18
**11003.1.2** [1] - 342:18
**12** [2] - 269:25, 270:5
**1320** [1] - 254:9
**14** [1] - 290:7
**14-CV-2720** [1] - 253:7
**14-MD-2592** [1] - 253:4
**14.0** [2] - 270:23, 271:4
**15** [3] - 288:1, 288:2, 347:21
**15th** [1] - 268:8
**16** [3] - 271:5, 284:9
**16,000** [1] - 312:5
**161** [1] - 264:18
**17th** [1] - 254:9
**18.7** [2] - 271:5, 271:7
**1819** [1] - 254:12
**19.8** [1] - 270:22

## 2

**2** [5] - 263:3, 270:19, 271:4, 272:20, 276:7
**20** [6] - 283:17, 283:18, 299:8, 311:24, 333:13, 334:18
**2000** [1] - 282:18
**20036** [1] - 254:6
**2006** [2] - 279:6, 285:11
**2007** [3] - 328:15, 339:4, 346:21
**2008** [3] - 343:17, 346:23, 347:14
**2010** [1] - 268:8
**2011** [8] - 263:1, 273:21, 319:21, 320:2, 320:16, 322:19, 322:21, 323:21
**2014** [2] - 258:9, 335:14
**2017** [3] - 253:5, 256:2, 327:25
**21** [2] - 314:22, 315:13
**24** [3] - 269:25, 270:1
**2444** [1] - 310:12
**2445** [1] - 303:17
**2445.3.1** [1] - 305:3
**24th** [1] - 254:17
**25** [3] - 253:5, 256:2, 335:2
**256/17** [1] - 255:9
**25th** [1] - 327:25
**2800** [1] - 253:20
**29201** [1] - 254:10
**296/9** [1] - 255:11

## 3

**3** [5] - 268:10, 270:19, 271:5,

272:20, 280:18
**3.6** [1] - 266:5
**30** [4] - 299:2, 299:5, 299:8, 313:9
**314.2** [1] - 315:13
**316** [1] - 253:15
**317** [1] - 276:19
**325** [1] - 346:14
**325,000** [1] - 346:18
**33502** [1] - 253:15
**3261528** [2] - 258:5, 258:9
**35203** [1] - 254:13
**355** [1] - 314:22
**36103** [1] - 253:18
**38** [2] - 264:6, 264:8
**39** [1] - 264:8

## 4

**4** [13] - 258:6, 270:15, 270:17, 270:19, 270:20, 271:22, 272:21, 272:23, 273:23, 275:15, 276:11, 276:16, 323:21
**4.04** [1] - 271:22
**40** [2] - 313:9, 346:10
**403** [1] - 289:19
**4160** [1] - 253:17
**4:00** [1] - 307:21
**4B** [2] - 258:10, 259:16
**4th** [2] - 253:23, 273:20

## 5

**5** [1] - 332:7
**500** [2] - 254:20, 260:4
**500,000** [1] - 346:14
**504** [1] - 254:21
**505(b** [2] - 322:9, 322:10
**505(b)** [1] - 324:13
**5233** [1] - 323:16
**526** [1] - 314:13
**526.6.1** [1] - 317:4
**530,000** [1] - 346:18
**5357** [1] - 320:12
**551** [1] - 315:13
**5548** [1] - 295:15
**5767781** [1] - 273:5
**5768754** [2] - 263:2, 276:7
**583** [1] - 269:6

**589-7776** [1] - 254:21
**5A** [1] - 272:14
**5th** [1] - 254:12

## 6

**6** [1] - 265:6
**600** [1] - 253:15
**6196** [1] - 289:24
**6254** [1] - 290:6
**63102** [1] - 253:24

## 7

**7** [1] - 280:18
**701** [1] - 254:2
**70112** [1] - 254:17
**70130** [2] - 254:2, 254:20
**70163** [1] - 253:21
**711** [3] - 268:13, 268:14, 269:8, 278:10

## 8

**8** [1] - 343:16
**800** [1] - 254:6
**8th** [1] - 263:1

## 9

**9** [1] - 274:14
**90** [3] - 271:8, 284:15, 285:6
**909** [1] - 254:17

## A

**A.M** [1] - 307:21
**abbreviated** [2] - 267:17, 310:24
**abbreviates** [1] - 262:24
**abbreviating** [2] - 260:12, 261:19
**ability** [2] - 293:16, 294:4, 348:9
**able** [6] - 268:14, 275:19, 284:13, 331:24, 332:10
**abnormal** [2] - 283:14, 283:19
**above** [2] - 345:8, 348:10
**above-entitled** [1] - 348:10

**absolutely** [10] - 279:24, 282:2, 297:2, 297:8, 297:10, 307:21, 309:16, 312:5, 333:17, 333:24
**Academic** [1] - 343:18
**academic** [1] - 346:13
**accept** [1] - 306:3
**acceptable** [5] - 303:14, 306:1, 306:8, 319:16, 331:3
**accepted** [4] - 257:13, 257:15, 261:3, 265:20
**access** [2] - 302:19, 325:12
**accomplish** [1] - 287:18
**accordance** [1] - 321:20
**according** [1] - 265:25
**accountability** [1] - 341:17
**Accountability** [4] - 341:6, 341:12, 341:18, 342:6
**accounting** [1] - 343:25
**across** [1] - 334:4
**act** [1] - 326:7
**acted** [1] - 326:8
**acting** [1] - 326:7
**action** [1] - 343:5
**actual** [5] - 259:2, 308:15, 314:10, 320:4, 340:5
**actually** [15] - 258:12, 259:20, 259:21, 266:13, 266:23, 267:1, 267:7, 269:21, 273:10, 278:1, 294:13, 311:17, 332:3, 335:6, 344:22
**add** [4] - 261:23, 290:5, 325:15, 335:24
**added** [2] - 335:18, 336:9
**adequacy** [5] - 293:15, 294:4, 336:25, 337:4, 338:7
**adequate** [7] - 295:3, 317:19, 318:8, 319:18, 331:9, 337:9, 338:9
**adequately** [1] - 337:22

**adjudicated** [1] - 345:25

**adjust** [1] - 286:7

**adjustment** [3] - 274:22, 286:11, 286:14

**adjustments** [1] - 314:5

**Administration** [1] - 326:5

**administrative** [1] - 345:10

**admissibility** [1] - 289:3

**admit** [4] - 263:5, 304:25, 323:25, 342:10

**admitted** [5] - 268:22, 274:1, 290:11, 290:21, 310:21

**admitting** [2] - 289:2, 342:21

**adolescents** [1] - 298:7

**adulthood** [1] - 298:8

**adverse** [4] - 282:16, 283:10, 287:7, 332:3

**Advisory** [1] - 262:23

**advisory** [2] - 263:10, 297:3

**Affairs** [2] - 338:21, 343:7

**affect** [1] - 259:9

**affection** [1] - 312:8

**affects** [1] - 305:16

**Afib** [14] - 263:15, 264:19, 273:14, 288:19, 294:14, 299:18, 308:17, 309:8, 323:3, 323:4, 323:8, 323:12, 323:22, 325:18

**after** [11] - 270:2, 283:21, 302:8, 302:9, 302:11, 302:15, 325:3, 328:15, 343:24, 346:20, 347:5

**afternoon** [2] - 296:17, 302:4

**AG** [1] - 254:5

**again** [43] - 261:19, 262:14, 265:13, 267:6, 269:12, 272:1, 272:4, 272:18, 272:24, 274:5, 275:18, 278:1, 278:22, 280:9, 280:16, 284:2, 285:6,

285:15, 287:16, 291:25, 301:21, 303:15, 306:1, 315:9, 318:12, 318:15, 318:24, 321:24, 324:13, 325:15, 326:1, 326:25, 328:21, 332:14, 332:19, 333:5, 333:12, 336:15, 337:3, 337:16, 341:19, 346:24, 347:12

**against** [3] - 292:15, 305:19, 343:9

**age** [1] - 332:22

**agency** [5] - 309:24, 311:18, 311:19, 312:8, 326:9

**ago** [2] - 299:1, 333:13

**agree** [8] - 296:18, 297:14, 306:14, 308:8, 311:21, 327:14, 328:3, 330:1

**agreed** [8] - 291:20, 321:13, 321:20, 322:1, 324:8, 327:12, 327:13

**agreed-upon** [3] - 321:13, 322:1, 324:8

**agreement** [5] - 291:21, 295:13, 295:21, 301:24, 333:7

**agrees** [2] - 307:8, 332:9

**ahead** [4] - 279:14, 285:16, 322:4, 322:5

**al** [1] - 253:7

**AL** [2] - 253:18, 254:13

**all** [52] - 256:6, 258:18, 258:23, 260:2, 260:3, 260:21, 264:16, 268:17, 270:11, 271:7, 272:8, 277:3, 277:4, 277:12, 279:20, 280:10, 281:10, 285:2, 287:9, 287:20, 288:3, 290:20, 294:9, 294:25, 295:8, 296:2, 300:23, 301:17, 301:25, 302:9, 302:11, 302:18, 303:16, 307:3, 310:16, 310:20, 311:4, 317:20, 328:4, 328:8, 330:22, 331:25, 332:23,

333:2, 333:12, 334:13, 336:2, 336:16, 336:19, 341:14, 347:23

**alleges** [1] - 343:8

**ALLEN** [1] - 253:16

**Allergan** [1] - 335:14

**allow** [11] - 279:20, 286:10, 286:14, 286:15, 289:18, 295:8, 305:5, 310:20, 320:25, 326:13, 340:17

**allows** [2] - 286:6, 310:9

**alluded** [1] - 302:2

**almost** [1] - 307:9

**alone** [1] - 266:21

**along** [1] - 328:24

**already** [2] - 289:15, 302:2

**also** [28] - 262:9, 263:17, 264:1, 266:6, 266:10, 267:17, 268:7, 268:16, 268:18, 269:8, 272:25, 275:6, 275:12, 275:17, 276:4, 278:7, 278:8, 285:23, 290:6, 295:18, 306:19, 312:3, 316:12, 319:10, 319:15, 326:13, 328:10, 340:4

**always** [11] - 267:6, 272:1, 277:15, 277:22, 284:24, 295:1, 307:9, 338:8, 346:11, 346:12, 346:15

**amended** [2] - 321:12, 324:6

**Amendment** [1] - 343:10

**Americans** [1] - 323:8

**among** [2] - 284:23, 300:20

**amount** [13] - 257:22, 258:24, 259:4, 260:18, 260:19, 261:1, 265:25, 266:6, 266:14, 266:15, 266:17, 266:21, 334:21

**amounts** [1] - 257:7

**analyses** [1] - 276:12

**analysis** [18] - 262:14, 262:15,

263:21, 265:9, 269:14, 269:15, 269:17, 272:25, 276:4, 278:4, 278:7, 278:16, 284:6, 284:11, 284:19, 306:10

**Analysis** [1] - 268:6

**analyzed** [3] - 270:18, 278:12, 285:4

**AND** [2] - 254:15, 347:24

**and/or** [1] - 288:16

**ANDY** [1] - 253:17

**animation** [1] - 323:14

**another** [6] - 258:25, 259:1, 269:16, 286:18, 287:15, 294:8

**answer** [13] - 279:22, 286:2, 292:5, 293:25, 306:25, 324:10, 334:20, 335:7, 335:8, 337:14, 343:14, 346:17

**answers** [2] - 305:6, 305:7

**anticipated** [1] - 288:15

**anticoagulant** [2] - 299:19, 300:6

**anticoagulants** [5] - 297:12, 299:22, 300:8, 300:11, 301:13

**antitrust** [1] - 338:4

**any** [45] - 268:11, 273:24, 279:10, 283:8, 286:8, 286:20, 287:6, 288:6, 289:20, 290:8, 291:17, 293:24, 294:1, 296:25, 297:3, 297:9, 297:12, 298:15, 298:24, 299:3, 299:15, 300:10, 300:21, 300:24, 301:4, 301:12, 301:16, 302:3, 302:7, 302:10, 302:14, 303:23, 304:4, 312:6, 314:16, 315:8, 320:21, 327:6, 327:18, 329:18, 330:2, 333:20, 342:14, 345:19, 345:20

**anymore** [1] - 338:23

**anything** [2] - 314:25, 340:9

**apologize** [2] -

261:11, 276:18

**appear** [1] - 332:4

**APPEARANCES** [1] - 253:12

**appearing** [2] - 290:17, 333:15

**applicable** [2] - 317:10, 317:20

**applicant** [1] - 275:17

**application** [31] - 262:9, 273:14, 273:15, 274:6, 274:7, 308:19, 313:8, 313:11, 313:16, 313:24, 314:22, 315:20, 316:5, 317:5, 317:23, 319:6, 319:23, 321:12, 322:22, 322:25, 324:6, 326:16, 328:13, 328:16, 328:19, 328:21, 329:5

**applications** [5] - 313:2, 313:4, 315:16, 319:20, 325:5

**applies** [3] - 284:4, 301:25, 319:9

**apply** [3] - 260:24, 311:2, 319:8

**applying** [1] - 283:6

**appreciate** [1] - 329:3

**approach** [7] - 262:17, 267:12, 273:6, 303:20, 310:13, 310:14, 339:22

**appropriate** [7] - 283:12, 289:19, 294:15, 295:6, 309:1, 340:5

**approval** [22] - 289:17, 297:9, 297:12, 306:11, 307:2, 308:11, 309:13, 309:14, 313:13, 315:17, 315:25, 317:2, 317:5, 321:3, 321:19, 322:6, 322:21, 326:4, 327:3, 330:4, 331:10

**approve** [12] - 290:4, 290:24, 316:11, 317:23, 319:6, 325:9, 325:24, 326:24, 330:1, 330:7, 330:19, 331:23

**approved** [28] - 290:1, 290:18,

290:24, 302:24,
303:3, 303:6, 316:24,
317:1, 319:20,
319:23, 321:12,
321:16, 321:23,
321:25, 322:22,
324:6, 324:10, 325:2,
325:6, 325:19, 326:5,
326:19, 327:25,
328:3, 328:20, 328:22
**approves** [7] -
305:13, 305:18,
306:16, 316:17,
328:9, 328:13, 328:16
**approving** [5] -
320:16, 323:21,
328:10, 328:18,
329:13
**April** [2] - 253:5,
327:25
**APRIL** [1] - 256:2
**ARANT** [1] - 254:11
**are** [102] - 257:13,
257:15, 257:17,
257:19, 259:24,
260:11, 260:12,
263:15, 263:18,
263:24, 264:2, 264:3,
264:22, 265:14,
269:5, 269:6, 269:22,
269:25, 270:4, 271:6,
272:11, 272:24,
274:6, 274:7, 274:21,
275:20, 275:24,
276:11, 277:1, 277:4,
277:10, 277:11,
278:1, 278:2, 280:15,
280:20, 280:21,
281:9, 282:3, 282:15,
287:6, 288:25,
290:11, 290:22,
291:21, 292:3,
292:23, 293:1,
295:21, 298:24,
298:25, 299:4,
299:12, 299:22,
301:14, 301:24,
304:18, 305:6,
305:19, 305:23,
306:8, 306:22,
310:25, 311:13,
311:20, 311:23,
311:25, 313:18,
313:20, 313:23,
314:7, 314:23,
317:10, 317:16,
318:24, 319:12,
324:2, 326:9, 327:4,
327:22, 327:23,
329:13, 329:20,

331:3, 331:7, 331:16,
331:23, 332:7,
332:19, 334:14,
336:12, 337:25,
341:4, 341:15, 345:8
**area** [1] - 300:19
**areas** [4] - 298:18,
299:3, 312:11, 312:24
**aren't** [3] - 304:13,
314:8, 321:2
**argue** [2] - 295:16,
338:14
**argued** [2] - 289:1,
291:9, 295:16
**argument** [4] -
289:10, 290:8,
290:12, 293:12
**arguments** [1] -
340:12
**arises** [2] - 313:19,
328:14
**around** [2] - 297:17,
320:2
**article** [3] - 300:6,
301:7, 301:19
**articles** [7] - 300:5,
300:8, 300:21,
300:24, 301:4, 301:9,
301:12
**aside** [1] - 292:8
**ask** [9] - 272:8,
277:2, 285:17, 288:7,
296:16, 302:13,
304:6, 318:2, 337:3
**Asked** [1] - 303:18
**asked** [15] - 259:6,
272:10, 280:4,
280:22, 285:3,
290:15, 293:24,
294:13, 302:19,
304:12, 327:9,
336:16, 346:16,
347:1, 347:2
**asking** [3] - 283:11,
334:11, 336:22
**aspect** [2] - 291:6,
292:5, 298:20
**aspects** [2] - 263:24,
301:25
**assess** [2] - 293:16,
295:6
**assist** [1] - 257:9
**assistance** [1] -
267:14
**associated** [1] -
287:7
**assume** [1] - 299:14
**assumed** [1] -
346:24
**assure** [2] - 318:4,

318:18
**assuring** [1] - 310:1
**at** [100] - 257:14,
258:19, 259:14,
260:15, 260:22,
261:3, 263:2, 263:14,
263:24, 263:25,
264:1, 265:6, 266:13,
266:25, 267:5, 267:7,
268:9, 269:1, 269:2,
269:12, 269:19,
269:24, 270:5, 270:8,
270:22, 272:1,
274:11, 274:23,
276:24, 277:2,
278:22, 279:5,
279:25, 281:3, 281:7,
282:15, 283:16,
284:8, 285:4, 287:3,
287:25, 288:6,
288:22, 289:15,
290:9, 291:19, 295:8,
297:7, 297:11,
298:24, 300:23,
302:19, 303:19,
304:17, 306:14,
306:16, 306:17,
307:21, 307:22,
307:25, 309:8,
311:10, 313:25,
314:21, 318:22,
319:13, 324:17,
326:4, 326:24, 327:7,
327:9, 327:24,
328:23, 329:12,
330:4, 330:16,
332:10, 332:23,
335:13, 337:8,
337:17, 337:25,
338:2, 338:5, 338:10,
338:21, 338:25,
339:1, 339:14, 340:3,
341:7, 342:22, 343:7,
343:25, 347:18,
347:21
**atrial** [5] - 299:13,
299:16, 300:22,
323:1, 323:4
**attacking** [1] -
345:21
**attempted** [1] - 294:7
**attending** [2] -
298:24, 299:22
**authenticity** [1] -
295:15
**author** [1] - 258:16
**authorities** [1] -
328:15
**authority** [10] -
307:16, 308:3,

318:12, 318:14,
326:7, 326:21,
327:14, 330:7, 330:9,
331:15
**authors** [1] - 258:18
**available** [5] -
263:12, 281:23,
292:24, 311:13,
331:12
**Avenue** [1] - 254:12
**awful** [2] - 265:8,
320:5
**axis** [3] - 260:1,
271:10, 271:12

# B

**B** [2] - 259:23, 316:1
**B-275** [1] - 254:20
**babies** [1] - 298:6
**back** [22] - 258:20,
259:16, 260:13,
266:20, 276:6,
294:12, 295:1,
295:25, 297:5,
297:17, 308:9, 311:2,
318:17, 319:21,
329:1, 329:8, 330:12,
330:15, 332:21,
336:5, 341:20, 347:21
**background** [3] -
338:18, 343:1, 343:4
**balance** [1] - 289:19
**balanced** [1] -
305:19
**Barr** [1] - 295:13
**BARR** [2] - 253:14,
295:20
**BARRASSO** [1] -
254:15
**bars** [1] - 277:10
**Bartlett** [1] - 292:13
**based** [19] - 265:17,
276:4, 278:4, 278:8,
278:10, 278:16,
281:9, 289:25,
302:18, 309:13,
316:16, 317:2,
321:18, 322:10,
324:11, 324:13,
325:12, 329:14
**basically** [5] -
259:10, 276:3,
277:13, 294:20, 340:6
**basis** [11] - 287:2,
298:11, 298:12,
298:13, 298:16,
298:17, 321:5, 321:6,
322:6, 345:16

**Bates** [2] - 264:7,
264:8
**BAYER** [2] - 254:4,
254:5
**Bayer** [5] - 258:19,
273:15, 281:18,
286:20, 293:24
**Baylen** [1] - 253:15
**be** [133] - 256:6,
257:11, 257:14,
259:25, 262:20,
264:15, 266:23,
269:22, 271:10,
271:22, 272:3,
272:11, 274:1,
275:19, 278:14,
278:23, 278:25,
279:1, 279:3, 279:7,
279:13, 279:16,
280:5, 280:6, 280:10,
280:15, 280:20,
280:22, 281:12,
281:14, 282:15,
283:13, 283:20,
283:25, 284:1,
284:12, 284:13,
284:24, 285:10,
285:24, 286:6,
286:21, 288:5, 288:8,
288:16, 288:22,
289:1, 289:2, 289:15,
289:23, 290:3, 290:8,
290:14, 291:16,
292:1, 292:5, 293:6,
293:9, 293:22,
293:24, 294:15,
294:20, 294:21,
294:24, 295:5,
295:10, 295:15,
295:25, 296:6,
298:14, 302:7, 302:9,
303:13, 303:14,
303:15, 304:1, 304:3,
305:25, 308:7, 309:5,
309:14, 312:2, 312:3,
312:25, 314:1,
314:12, 314:14,
315:25, 316:1,
316:10, 317:16,
318:24, 319:16,
322:6, 324:10,
324:11, 325:15,
326:1, 326:8, 326:20,
327:11, 327:17,
328:7, 328:19,
328:20, 330:5,
330:15, 331:5, 331:6,
331:10, 331:24,
332:6, 332:7, 332:8,
332:10, 334:5, 334:7,

334:17, 336:15, 336:17, 337:7, 337:15, 340:5, 340:25, 342:1, 344:9, 345:20, 345:22, 347:3, 347:9

**BEASLEY** [1] - 253:16

**beating** [1] - 323:6

**because** [46] - 259:8, 259:21, 261:3, 263:15, 266:13, 266:14, 274:25, 280:16, 281:3, 281:19, 283:3, 284:4, 284:11, 297:16, 300:5, 303:10, 304:7, 306:16, 307:5, 307:6, 309:18, 310:4, 312:14, 318:1, 319:7, 319:15, 325:17, 326:9, 327:18, 327:22, 329:16, 331:5, 331:20, 332:9, 332:21, 334:5, 335:8, 338:10, 339:9, 341:10, 341:16, 342:2, 342:4, 345:18, 345:20, 346:1

**Beck** [1] - 335:16

**beck** [1] - 336:4

**becomes** [2] - 292:24, 331:12

**been** [33] - 257:17, 268:18, 269:8, 269:20, 276:3, 284:22, 290:9, 290:12, 291:8, 296:25, 297:3, 299:1, 299:9, 299:11, 299:24, 307:4, 307:11, 307:20, 310:24, 318:8, 319:11, 324:11, 333:8, 335:11, 335:25, 337:16, 337:20, 337:23, 338:4, 338:8, 346:2, 347:14

**before** [11] - 256:21, 258:11, 264:13, 292:4, 302:10, 328:19, 338:19, 341:8, 344:2, 345:5, 346:24

**BEFORE** [1] - 253:10

**began** [1] - 338:19

**behalf** [3] - 326:8, 333:15, 342:6

**being** [10] - 274:6,

bled [1] - 271:18

**bleed** [9] - 259:12, 265:12, 265:25, 267:1, 267:8, 267:9, 269:20, 277:20, 278:3

**bleeding** [56] - 257:6, 257:10, 257:14, 257:16, 257:19, 259:7, 259:9, 260:10, 261:2, 261:4, 261:6, 261:20, 262:1, 265:12, 266:3, 266:4, 266:11, 266:18, 266:21, 266:22, 266:25, 267:2, 267:7, 269:1, 269:3, 269:15, 269:16, 272:2, 272:19, 272:22, 272:25, 275:13, 275:14, 275:16, 276:3, 276:25, 277:5, 277:6, 277:7, 277:16, 278:17, 278:21, 280:17, 280:18, 280:19, 280:24, 286:3, 286:21, 287:7, 287:12, 287:13, 287:16, 287:17

**bleeds** [14] - 267:9, 269:21, 270:11, 270:12, 271:19, 272:4, 272:6, 272:7, 272:24, 277:18, 278:25, 280:21

**blocking** [1] - 283:4

**blood** [33] - 257:7, 257:22, 258:25, 259:1, 259:3, 259:11, 259:25, 260:1, 260:5, 260:9, 260:16, 260:18, 260:20, 261:1, 261:20, 261:25, 262:3, 262:6, 264:17, 265:21, 265:24, 266:6, 266:16, 266:18, 266:22, 276:1, 276:2, 284:8, 287:10, 287:12, 320:6, 320:9

**blow** [1] - 342:25

**blower** [14] - 339:5, 339:8, 339:12, 340:7, 340:16, 341:23, 341:25, 342:1, 342:2, 343:11, 345:16, 345:22, 345:25, 346:5

**blowers** [1] - 341:19

**board** [12] - 256:25, 266:1, 283:3, 298:3, 299:3, 299:5, 299:7,

299:9, 299:11, 317:14, 334:4, 345:1

**body** [6] - 259:5, 259:12, 261:6, 305:16, 326:19, 326:22

**BOGARD** [1] - 253:22

**boiler** [1] - 324:9

**book** [1] - 336:17

**books** [4] - 342:3, 346:13, 347:9, 347:16

**bosses** [3] - 309:3, 325:19, 326:23

**both** [6] - 264:1, 266:19, 269:25, 292:11, 319:17, 325:13

**bottom** [3] - 258:17, 260:1, 261:22

**botulism** [1] - 335:15

**Boudreaux** [1] - 253:6

**Boudreaux's** [1] - 291:1

**BOULT** [1] - 254:11

**Box** [1] - 253:17

**boy** [1] - 303:2

**brackets** [1] - 282:24

**BRADLEY** [1] - 254:11

**brain** [1] - 323:13

**brand** [7] - 280:1, 281:1, 281:2, 281:6, 281:9, 281:21, 292:15

**break** [3] - 287:25, 288:1, 347:20

**BRIAN** [1] - 253:14

**brief** [1] - 287:22

**Briefing** [1] - 262:22

**briefly** [6] - 257:5, 263:8, 263:22, 279:5, 291:6, 323:4

**brings** [1] - 292:20

**Bucket** [4] - 270:15, 271:1, 271:4, 271:5, 271:21, 272:20, 272:21

**bucket** [6] - 270:15, 270:16, 271:18, 272:22, 272:23, 283:16

**buckets** [5] - 270:14, 270:22, 272:20, 278:2, 283:15

**business** [2] - 334:11, 334:14

**but** [137] - 256:21, 259:16, 259:20, 260:11, 260:24,

261:16, 262:12, 262:14, 264:1, 264:7, 265:10, 265:14, 266:23, 267:4, 267:7, 269:5, 270:6, 271:20, 272:3, 273:20, 274:23, 275:5, 276:16, 277:16, 278:2, 278:7, 278:11, 278:13, 279:2, 280:2, 280:7, 280:19, 281:10, 281:15, 281:16, 281:23, 283:4, 283:12, 284:1, 284:9, 284:18, 284:23, 285:6, 286:7, 286:10, 287:16, 288:20, 292:2, 292:10, 292:24, 293:10, 293:21, 293:23, 295:4, 295:10, 295:14, 295:22, 298:9, 298:13, 298:15, 298:17, 298:19, 299:7, 299:17, 299:22, 300:8, 300:13, 301:2, 301:11, 302:1, 302:2, 302:12, 303:16, 306:13, 307:3, 309:2, 309:3, 309:5, 309:11, 309:21, 312:8, 312:14, 313:4, 313:7, 313:10, 313:21, 316:12, 317:14, 318:2, 318:13, 318:15, 319:10, 319:15, 319:17, 320:3, 321:5, 321:22, 323:4, 325:12, 325:23, 326:4, 326:13, 326:19, 327:11, 327:17, 328:15, 328:25, 330:15, 330:17, 330:19, 330:21, 331:6, 331:8, 332:23, 332:25, 333:6, 335:9, 335:11, 336:9, 336:21, 336:23, 337:7, 337:19, 338:19, 338:25, 339:3, 339:6, 339:9, 340:21, 341:14, 342:22, 343:14, 345:24, 346:11, 346:12, 346:15

**BY** [33] - 253:17, 253:20, 253:23, 254:1, 254:5, 254:8,

288:25, 289:13, 291:22, 291:23, 318:7, 324:10, 327:3, 342:19, 346:9

**believe** [9] - 258:6, 264:6, 274:12, 288:24, 290:20, 291:12, 291:19, 291:25, 338:3

**bellwether** [2] - 289:12, 290:13

**below** [1] - 258:15

**BENCH** [1] - 339:24

**benefit** [1] - 305:25

**benefits** [9] - 303:15, 305:19, 306:7, 306:9, 308:11, 319:16, 329:20, 331:4, 331:5

**BENJAMIN** [1] - 253:19

**best** [7] - 293:23, 306:4, 311:23, 330:16, 334:12, 347:11, 348:9

**BETH** [1] - 254:5

**better** [11] - 270:25, 292:6, 298:23, 300:17, 302:13, 303:10, 303:14, 322:12, 338:15, 343:13, 347:3

**between** [19] - 260:16, 263:22, 264:23, 264:24, 265:18, 265:23, 275:4, 275:13, 275:16, 278:21, 283:24, 284:9, 284:25, 287:11, 318:17, 318:19, 329:9

**big** [4] - 264:18, 267:5, 306:2, 320:10

**biologists** [1] - 312:21

**biostatisticians** [1] - 276:14

**BIRCHFIELD** [1] - 253:17

**Birmingham** [1] - 254:13

**Bishop** [3] - 339:9, 339:18, 342:4

**bishop's** [1] - 344:6, 344:10, 344:18

**Bishop's** [1] - 344:13

**bit** [9] - 258:21, 300:4, 302:23, 307:15, 309:23, 318:5, 333:12, 338:17

**black** [1] - 333:1

5

254:11, 254:16,
256:17, 257:4,
262:19, 263:7,
267:25, 268:23,
272:16, 273:8, 274:2,
276:8, 279:23,
285:22, 296:9,
296:14, 304:2, 305:4,
311:5, 314:20,
315:12, 321:1, 324:1,
339:20, 341:3,
342:24, 345:6
**by** [61] - 254:22,
254:23, 255:9,
255:11, 258:2, 259:3,
261:15, 264:19,
272:19, 273:15,
280:9, 281:1, 281:21,
284:6, 285:1, 288:17,
288:18, 288:20,
289:1, 289:21, 290:8,
290:17, 290:18,
291:16, 291:23,
292:17, 293:18,
296:25, 302:5,
302:15, 302:24,
303:6, 308:25,
309:24, 309:25,
311:13, 313:4,
317:20, 322:14,
324:16, 325:6, 328:1,
328:20, 329:4,
330:11, 332:12,
333:2, 334:20,
336:21, 337:8,
337:17, 338:7,
340:12, 341:5, 343:9,
343:11, 344:23,
345:21

## C

**C** [3] - 253:23,
254:11, 256:1
**calf** [1] - 320:7
**California** [7] -
338:21, 339:1,
341:23, 343:8, 343:9,
343:17, 346:17
**call** [9] - 305:2,
315:22, 321:3, 321:7,
322:14, 324:4,
324:16, 342:18,
342:25
**called** [18] - 257:18,
259:7, 262:22,
263:17, 276:12,
276:13, 281:6, 313:8,
328:5, 328:6, 328:7,
335:13, 336:19,

336:21, 338:11,
338:13, 347:1
**calls** [1] - 263:10
**came** [4] - 278:7,
278:13, 304:21,
335:19
**can** [99] - 258:8,
258:9, 258:11,
258:15, 258:16,
258:17, 259:2, 259:4,
259:23, 259:25,
260:2, 260:24,
263:12, 264:4,
264:13, 264:15,
265:7, 266:2, 266:10,
270:25, 271:1, 271:3,
271:25, 274:11,
275:23, 276:6,
276:11, 276:13,
276:14, 277:8,
277:10, 277:21,
278:1, 280:4, 280:13,
280:15, 280:20,
280:22, 280:24,
281:24, 282:1,
282:15, 283:4, 284:1,
284:12, 284:16,
287:22, 287:24,
289:8, 296:18,
306:12, 306:14,
306:25, 307:21,
308:1, 308:13,
308:24, 309:10,
309:19, 309:20,
310:6, 310:15,
311:23, 311:24,
312:2, 313:21, 314:2,
314:4, 314:10,
318:18, 322:9,
323:12, 323:13,
327:21, 328:19,
329:13, 329:18,
329:23, 330:1, 330:3,
330:12, 330:13,
330:15, 331:5, 331:6,
332:23, 335:3,
336:16, 336:22,
337:17, 338:15,
339:22, 342:22, 347:9
**can't** [7] - 286:7,
293:4, 293:8, 303:11,
303:13, 307:1, 338:18
**capacity** [1] - 297:1
**cardiologists** [2] -
299:12, 299:18
**cardiology** [3] -
299:10, 299:11, 313:1
**cardiorenal** [2] -
288:20, 324:21
**cardiovascular** [2] -

324:18, 325:1
**Cardiovascular** [1] -
262:23
**care** [2] - 297:22,
298:19
**careful** [3] - 312:3,
326:2, 337:7
**Carl** [10] - 258:15,
259:20, 264:13,
264:25, 270:1, 271:3,
272:13, 273:5,
274:23, 276:6
**case** [32] - 257:2,
263:21, 288:19,
288:23, 288:25,
289:5, 289:16,
289:22, 290:7, 291:2,
291:18, 292:2,
292:13, 292:18,
293:15, 295:3,
301:15, 318:13,
335:13, 336:24,
337:1, 337:2, 337:4,
337:8, 339:18, 340:1,
340:11, 340:25,
341:4, 341:11, 342:7,
346:25
**Case** [1] - 253:7
**cases** [11] - 294:25,
311:17, 331:16,
336:11, 336:12,
337:15, 337:19,
337:21, 337:23,
338:3, 338:4
**casts** [1] - 307:18
**cause** [2] - 266:2,
323:13
**CCR** [3] - 254:19,
348:6, 348:14
**CDER** [11] - 303:19,
304:13, 304:14,
304:15, 304:19,
305:8, 305:10,
311:11, 322:16, 325:6
**cells** [1] - 261:22
**Center** [7] - 273:12,
304:19, 304:21,
310:23, 311:11,
322:16, 324:19
**center** [2] - 273:13,
304:18, 304:19
**centers** [1] - 304:17
**Centre** [1] - 253:20
**centrifuge** [1] -
261:21
**CEO** [2] - 307:14,
307:23
**CEOs** [2] - 307:11,
307:25
**certain** [32] - 260:22,

261:14, 261:23,
267:18, 269:19,
284:16, 289:7, 290:1,
290:17, 292:23,
295:9, 298:18,
306:23, 306:25,
308:24, 310:5, 310:9,
318:11, 325:24,
326:7, 326:11,
328:15, 329:23,
331:6, 331:17,
331:18, 339:6,
345:17, 347:8, 347:11
**certainly** [26] -
257:15, 264:6,
265:10, 266:4, 267:4,
281:8, 292:3, 292:5,
299:17, 299:18,
299:21, 301:1, 301:3,
304:14, 307:9,
308:21, 311:23,
313:21, 325:16,
325:19, 326:15,
330:3, 330:15,
331:24, 344:25
**CERTIFICATE** [1] -
348:4
**certified** [7] - 298:3,
299:3, 299:5, 299:7,
299:9, 299:11
**certify** [1] - 348:8
**CFR** [6] - 315:13,
316:8, 316:9, 317:9,
317:12
**CFRs** [1] - 310:3
**Chancellor** [5] -
338:20, 339:3, 339:9,
343:7, 347:4
**Chancellor's** [1] -
345:12
**change** [7] - 285:24,
290:4, 293:4, 294:7,
302:23, 306:23,
331:15
**changed** [3] -
265:18, 328:15,
331:12
**charge** [3] - 304:14,
333:19, 341:11
**charged** [1] - 309:24
**chart** [1] - 272:11
**check** [1] - 267:1
**children** [1] - 298:7
**choice** [1] - 280:7
**choose** [1] - 327:16
**chosen** [3] - 275:18,
335:23
**circumstances** [2] -
314:1, 314:4
**cite** [1] - 291:2

**cited** [1] - 290:2
**civil** [1] - 341:11
**claim** [4] - 290:25,
337:21, 341:23,
345:11
**claimed** [1] - 341:25
**claims** [4] - 290:9,
292:15, 342:2, 344:2
**clarification** [2] -
309:9, 329:3
**clarify** [1] - 331:20
**classified** [2] -
339:7, 342:1
**clear** [12] - 290:3,
290:4, 291:11,
294:10, 295:20,
302:3, 304:6, 326:8,
333:17, 336:15,
345:15, 347:9
**CLERK** [5] - 256:6,
267:24, 288:3, 296:2,
347:23
**clinical** [15] - 258:18,
258:19, 263:17,
263:23, 263:25,
275:1, 275:2, 275:7,
278:11, 282:4, 284:7,
312:18, 312:21,
319:19
**clot** [5] - 261:25,
269:17, 320:6, 320:9
**clots** [1] - 323:12
**clotting** [2] - 257:18,
261:23
**clunkers** [1] - 312:9
**coagulate** [1] -
269:17
**coagulation** [3] -
269:14, 269:17
**Code** [2] - 316:4,
316:6
**collapse** [1] - 297:22
**colleagues** [1] -
311:25
**collectively** [1] -
309:6
**color** [1] - 333:5
**Columbia** [1] -
254:10
**column** [1] - 271:14
**come** [6] - 260:24,
269:22, 276:9,
281:21, 308:5, 333:7
**comes** [3] - 281:4,
331:14, 331:19
**comfortable** [1] -
317:2
**coming** [1] - 294:22
**comments** [1] -
333:8

**commercially** [1] - 281:23

**commissioner** [5] - 280:12, 296:20, 307:14, 317:8, 330:24

**Committee** [2] - 262:23, 343:18

**committee** [4] - 262:24, 263:10, 344:5, 344:12

**committees** [1] - 297:3

**commonly** [1] - 320:7

**communications** [1] - 305:8

**companies** [8] - 261:14, 275:17, 293:18, 309:12, 309:18, 318:17, 337:10, 337:11

**company** [30] - 257:21, 257:24, 260:23, 266:19, 269:18, 269:24, 281:6, 284:4, 284:6, 284:10, 286:5, 306:19, 307:6, 307:8, 307:10, 307:14, 308:5, 327:20, 329:2, 329:9, 329:21, 330:12, 330:16, 331:15, 331:16, 331:17, 332:25, 337:22, 338:8

**company's** [7] - 262:14, 274:5, 275:10, 278:5, 294:4, 336:25, 337:5

**compelling** [1] - 293:21

**complaint** [2] - 345:14, 345:24

**complete** [2] - 313:20, 314:2

**completed** [2] - 321:11, 324:5

**completely** [2] - 302:25, 303:9

**complexity** [1] - 316:15

**complicated** [2] - 276:5, 306:25

**components** [1] - 319:13

**compounded** [1] - 291:23

**computer** [2] - 254:23, 332:20

**concentration** [14] -

259:11, 260:2, 261:13, 262:3, 262:4, 264:17, 264:23, 264:25, 265:1, 265:11, 265:13, 265:19, 265:24, 287:11

**concentrations** [3] - 276:1, 287:9

**concerns** [1] - 313:25

**conclude** [3] - 262:9, 266:21, 330:3

**concluded** [7] - 265:6, 265:15, 266:19, 308:23, 309:1, 321:19, 339:9

**concludes** [1] - 265:3

**conclusion** [10] - 274:9, 278:13, 279:17, 279:18, 279:19, 285:14, 308:6, 309:14, 345:5, 345:8

**conclusions** [2] - 286:8, 345:19

**conditions** [2] - 317:21, 319:4

**conduct** [3] - 327:6, 327:8

**conducted** [1] - 301:16

**CONFERENCE** [1] - 339:24

**conference** [1] - 291:19

**confidence** [2] - 277:9, 277:12

**confirm** [1] - 295:14

**confirms** [4] - 264:19, 264:21, 277:13, 305:12

**confuse** [1] - 259:22

**confusing** [3] - 284:21, 331:2

**confusion** [2] - 289:22, 291:22

**Congress** [9] - 309:25, 310:4, 310:8, 314:7, 314:24, 315:2, 316:16, 326:22, 334:25

**connecting** [1] - 347:8

**connection** [1] - 283:24

**consider** [7] - 289:6, 289:15, 290:15, 290:23, 295:2, 318:8,

325:22

**considerable** [1] - 285:7

**consideration** [2] - 289:18, 313:13

**considered** [3] - 288:17, 291:16, 308:20

**considering** [2] - 288:18, 290:16

**consistent** [2] - 285:6, 285:11

**constant** [1] - 334:21

**consultation** [2] - 344:9, 344:16

**consulting** [3] - 333:20, 338:19, 347:4

**consumer** [3] - 311:18, 311:19

**contaminant** [1] - 289:14

**context** [9] - 272:8, 274:20, 283:6, 301:18, 306:6, 310:24, 318:1, 324:12, 340:7

**continue** [4] - 257:2, 286:16, 298:8, 314:5

**Continued** [1] - 255:9

**CONTINUED** [1] - 256:16

**continues** [1] - 306:20

**continuing** [4] - 285:18, 285:19, 291:22, 295:13

**contradicts** [1] - 342:14

**control** [2] - 284:25, 285:1

**controlled** [1] - 319:18

**convenience** [1] - 267:16

**conversation** [1] - 307:17

**convinced** [1] - 307:22

**copyrights** [1] - 329:2

**correct** [90] - 258:6, 266:3, 266:24, 267:22, 274:13, 274:15, 283:2, 297:7, 297:8, 297:10, 298:1, 298:5, 298:9, 299:13, 299:21, 300:9, 301:11, 302:6, 302:17, 304:10,

305:7, 305:16, 305:19, 305:20, 305:24, 306:12, 306:15, 306:24, 308:12, 308:13, 309:14, 310:7, 311:14, 311:18, 311:22, 312:11, 312:16, 313:1, 313:5, 314:6, 316:2, 316:11, 316:25, 317:24, 319:6, 321:15, 321:21, 322:7, 322:17, 322:23, 323:13, 324:8, 324:20, 325:3, 325:7, 325:14, 328:11, 328:20, 329:6, 329:14, 330:5, 330:8, 330:20, 333:20, 335:12, 336:6, 336:9, 336:13, 337:2, 337:7, 337:24, 338:9, 338:21, 338:24, 339:2, 339:4, 339:11, 341:8, 341:24, 343:19, 344:3, 344:7, 344:10, 344:14, 344:20, 344:23, 345:14, 346:22, 347:7, 348:8

**correlated** [6] - 257:21, 266:18, 266:22, 267:2, 272:2, 277:4

**correlates** [1] - 287:13

**correlation** [18] - 257:24, 259:19, 261:5, 262:7, 262:10, 264:4, 264:5, 264:22, 265:16, 265:18, 273:3, 275:4, 275:12, 275:15, 277:14, 280:3, 284:12, 284:14

**correlations** [4] - 281:10, 284:7, 284:8, 286:4

**could** [29] - 257:9, 258:4, 263:22, 269:7, 270:4, 272:11, 272:23, 273:5, 274:17, 278:20, 283:17, 283:23, 285:17, 286:5, 286:20, 288:22, 293:23, 293:24, 303:2, 305:2, 305:25, 321:7, 324:4, 325:9, 336:17, 339:10,

343:12, 344:19, 344:24

**couldn't** [1] - 325:9

**Coumadin** [1] - 301:5

**COUNSEL** [1] - 253:14

**Counsel** [4] - 256:13, 320:14, 323:17, 339:16

**counsel** [11] - 290:8, 302:5, 302:16, 334:21, 335:18, 335:24, 337:6, 340:12, 340:19, 346:22, 347:4

**Counselor** [6] - 270:5, 271:3, 274:16, 278:6, 278:24, 280:4

**count** [1] - 335:3

**counting** [1] - 342:3

**couple** [6] - 274:24, 295:25, 299:1, 303:2, 312:25, 347:6

**course** [4] - 301:25, 313:6, 335:4, 335:6

**court** [8] - 296:1, 334:7, 335:1, 335:2, 339:17, 343:1, 344:23, 345:9

**Court** [24] - 254:19, 267:17, 288:1, 288:13, 290:12, 290:15, 292:15, 293:13, 294:23, 296:7, 311:3, 341:10, 341:16, 344:23, 345:11, 345:13, 345:15, 345:19, 345:21, 345:22, 347:21, 348:6, 348:7, 348:15

**COURT** [63] - 253:1, 256:5, 256:8, 256:13, 257:1, 263:5, 267:15, 267:19, 267:23, 268:11, 268:20, 268:22, 273:7, 273:24, 274:1, 279:18, 285:15, 285:19, 287:25, 288:5, 288:9, 288:11, 291:4, 292:9, 294:6, 294:17, 295:8, 295:19, 295:25, 296:4, 296:6, 303:21, 303:23, 304:25, 310:15, 310:20, 310:25, 311:4, 314:16, 315:8,

320:14, 320:18, 320:21, 320:23, 320:25, 323:17, 323:23, 323:25, 339:16, 339:23, 339:25, 340:9, 340:14, 340:19, 341:1, 341:2, 342:10, 342:12, 342:16, 342:21, 345:1, 347:18, 347:20

**COURTROOM** [5] - 256:7, 288:4, 288:12, 296:5, 347:24

**courtroom** [1] - 288:6

**cover** [1] - 309:10

**Cox** [1] - 276:13

**create** [3] - 272:9, 289:22, 323:12

**created** [1] - 267:17

**credibility** [4] - 340:3, 340:8, 340:14, 345:21

**critical** [1] - 327:3

**criticize** [1] - 327:11

**cross** [7] - 294:10, 294:16, 294:23, 294:24, 311:3, 334:9, 335:16

**Cross** [1] - 255:11

**CROSS** [1] - 296:8

**cross-examination** [4] - 294:10, 294:16, 294:23, 294:24

**Cross-Examination** [1] - 255:11

**CROSS-EXAMINATION** [1] - 296:8

**cross-examined** [1] - 335:16

**CRR** [2] - 254:19, 348:14

**cumbersome** [2] - 307:2, 307:5

**CUMMINGS** [1] - 254:11

**currently** [3] - 299:3, 299:23, 338:25

**cut** [2] - 259:23, 300:15

# D

**D** [2] - 255:2, 256:1

**dangers** [1] - 291:1

**data** [38] - 262:14, 262:16, 264:18,

266:25, 267:3, 267:4, 267:10, 268:24, 269:4, 271:14, 272:18, 274:25, 275:11, 275:14, 277:16, 278:4, 278:5, 278:8, 278:13, 281:7, 281:8, 283:23, 284:12, 285:5, 286:2, 286:6, 286:7, 286:10, 302:9, 302:11, 302:20, 306:18, 309:17, 331:25

**date** [9] - 262:25, 268:7, 273:17, 317:9, 317:12, 321:12, 321:23, 321:25, 324:7

**dated** [4] - 263:1, 317:8, 320:16, 323:21

**dates** [3] - 317:10, 320:1

**DAVID** [3] - 253:19, 254:8, 255:7

**David** [3] - 296:15, 339:18, 343:5

**day** [6] - 261:9, 326:4, 327:24, 329:12, 330:16, 337:25

**DC** [1] - 254:6

**deal** [3] - 269:19, 286:17, 292:21

**deals** [3] - 292:13, 298:6, 345:24

**dealt** [1] - 301:2

**dean** [1] - 346:9

**Dean** [7] - 267:23, 338:20, 339:3, 343:6, 346:18, 346:20, 347:3

**Deanship** [2] - 344:17, 346:3

**debate** [2] - 326:18, 327:1

**debating** [1] - 346:6

**decade** [1] - 297:10

**decades** [1] - 333:6

**December** [3] - 268:8, 339:3, 346:21

**decide** [2] - 286:15, 329:19

**decided** [2] - 260:23, 332:25

**decides** [1] - 290:12

**decision** [18] - 291:10, 291:24, 306:11, 306:14, 309:4, 316:18, 325:23, 326:11, 326:23, 336:22, 340:1, 340:5, 340:24,

344:9, 344:13, 344:18, 345:10, 345:12

**Decisional** [1] - 273:19

**decisions** [1] - 316:21

**deep** [4] - 319:24, 320:6, 320:17

**defend** [1] - 294:4

**defendant** [2] - 290:18, 315:13

**Defendant** [5] - 295:15, 314:12, 320:12, 323:16, 339:19

**DEFENDANT** [1] - 254:4

**defendant's** [1] - 289:24

**Defendant's** [2] - 305:2, 310:12

**defendants** [4] - 289:1, 289:6, 296:16, 347:16

**Defense** [1] - 303:17

**defense** [9] - 311:2, 335:9, 335:11, 335:18, 335:24, 337:9, 337:10, 337:17, 342:17

**defer** [1] - 345:12

**deference** [1] - 293:17

**define** [1] - 328:1

**definitely** [1] - 330:17

**definitively** [1] - 277:17

**delegates** [2] - 317:8, 317:15

**deliberately** [1] - 297:5

**demand** [1] - 317:22

**demonstrated** [4] - 275:3, 275:6, 275:10, 275:12

**demonstrative** [14] - 258:4, 272:14, 303:25, 304:24, 305:1, 310:18, 310:19, 314:18, 314:19, 315:10, 315:11, 340:18, 340:21

**denied** [1] - 289:24

**DENTON** [2] - 253:22, 253:23

**deny** [1] - 307:2

**denying** [1] - 345:12

**dependent** [1] - 309:21

**depends** [2] - 306:18, 313:18

**depicting** [1] - 262:2

**deposition** [2] - 327:12, 334:20

**depositions** [1] - 335:3

**DEPUTY** [5] - 256:6, 267:24, 288:3, 296:2, 347:23

**Deputy** [1] - 273:19

**describe** [1] - 263:22

**described** [1] - 308:5

**describes** [1] - 315:19

**deserves** [1] - 290:20

**designated** [1] - 267:20

**desirability** [1] - 274:22

**desk** [1] - 301:18

**detail** [4] - 309:24, 318:18, 326:3, 346:1

**determine** [1] - 318:9

**determined** [6] - 308:11, 324:11, 325:12, 325:17, 345:7, 345:10

**determines** [1] - 313:15

**determining** [2] - 306:7, 316:17

**develop** [3] - 302:3, 302:7, 302:14

**DEVELOPMENT** [1] - 254:15

**Development** [1] - 253:7

**deviate** [1] - 293:8

**devices** [1] - 301:10

**diagnosis** [1] - 300:25

**diagnostics** [1] - 301:10

**did** [53] - 257:21, 257:24, 257:25, 262:8, 262:14, 262:15, 267:4, 267:8, 267:9, 267:10, 268:24, 269:4, 269:18, 269:24, 270:12, 270:19, 272:8, 272:25, 273:2, 273:3, 273:4, 276:4, 276:9, 276:11, 277:9, 278:11, 280:16, 281:6, 284:10,

284:13, 284:18, 286:5, 286:20, 293:17, 294:1, 302:3, 302:14, 308:19, 309:3, 312:12, 316:7, 316:20, 316:21, 324:25, 327:13, 333:19, 337:22, 341:22, 342:8, 345:15, 345:23

**Did** [1] - 293:24

**didn't** [22] - 283:5, 299:6, 302:7, 302:18, 302:19, 304:6, 307:19, 314:25, 318:12, 318:14, 325:18, 325:23, 326:24, 327:6, 327:7, 327:14, 327:18, 341:10, 341:14, 341:16, 346:25

**difference** [5] - 263:22, 266:9, 266:10, 276:15, 338:15

**different** [48] - 257:7, 260:6, 262:15, 263:18, 266:12, 268:20, 270:4, 270:22, 272:18, 272:20, 274:10, 274:21, 275:25, 276:1, 276:2, 276:12, 278:7, 278:12, 280:17, 281:9, 283:15, 284:23, 285:4, 286:16, 288:21, 293:2, 293:8, 293:9, 304:17, 306:15, 313:2, 313:3, 313:5, 313:21, 316:21, 325:2, 325:6, 326:11, 326:14, 326:15, 326:18, 330:13, 332:2, 332:19, 332:22, 347:10

**differently** [1] - 278:13

**dig** [1] - 268:17

**Direct** [1] - 255:9

**direct** [1] - 294:3

**DIRECT** [1] - 256:16

**directed** [1] - 259:17

**directly** [2] - 303:5, 337:13

**director** [3] - 282:2, 322:15, 324:18

**Director's** [1] - 273:19

**directors** [1] - 309:1
**disapproval** [1] - 316:1
**disapprove** [1] - 316:11
**disclose** [1] - 294:9
**disclosures** [1] - 344:18
**discuss** [4] - 270:9, 314:11, 318:1, 339:12
**discussed** [8] - 257:5, 266:2, 274:21, 279:5, 293:19, 310:10, 323:4
**discussing** [2] - 259:19, 264:4
**discussion** [5] - 288:8, 298:14, 305:13, 307:23, 308:10
**discussions** [3] - 307:10, 333:8, 333:9
**dismissed** [2] - 340:6, 344:22
**displayed** [1] - 271:9
**dispute** [3] - 327:24, 343:5, 346:3
**disputes** [1] - 326:9
**District** [2] - 348:7
**DISTRICT** [3] - 253:1, 253:1, 253:10
**divided** [2] - 270:12, 270:13
**division** [7] - 288:18, 288:20, 288:21, 324:18, 325:1, 325:2
**Division** [1] - 273:19
**divisions** [6] - 304:18, 304:21, 312:21, 313:2, 313:5, 325:6
**Doc** [1] - 290:6
**doc** [4] - 274:6, 280:11, 280:13, 312:6
**Docket** [1] - 253:4
**Docs** [1] - 332:9
**docs** [3] - 263:11, 280:23, 284:3
**doctor** [3] - 268:24, 285:23, 298:22
**Doctor** [9] - 264:11, 266:2, 268:1, 269:11, 273:9, 274:11, 274:17, 282:17, 288:11
**doctors** [10] - 257:9, 274:7, 281:13, 282:3, 285:8, 299:12, 300:11, 300:18, 312:22, 312:24

**document** [34] - 262:21, 262:25, 263:1, 263:9, 263:12, 263:14, 264:5, 267:13, 268:2, 268:13, 268:15, 269:9, 273:10, 273:17, 274:4, 274:11, 276:10, 278:9, 288:16, 288:24, 289:4, 290:10, 290:14, 290:16, 290:23, 291:17, 292:2, 292:7, 293:14, 295:14, 304:5, 324:2, 342:21
**DOCUMENT** [1] - 253:5
**Document** [3] - 262:22, 276:7, 289:24
**documents** [7] - 263:11, 265:17, 290:20, 304:3, 309:19, 320:4, 333:23
**does** [27] - 267:6, 268:16, 269:17, 271:16, 273:13, 276:24, 279:10, 284:22, 286:15, 302:24, 302:25, 303:8, 303:9, 305:13, 306:11, 307:10, 312:5, 314:4, 317:19, 332:6, 332:15, 336:2, 336:3, 336:6, 345:13
**doesn't** [20] - 263:20, 277:11, 280:10, 286:14, 303:12, 303:13, 303:14, 309:18, 310:15, 319:8, 319:10, 329:12, 330:11, 331:17, 331:18, 332:5, 332:13, 332:18
**doing** [5] - 280:9, 336:15, 346:25, 347:8, 347:17
**dollars** [7] - 335:5, 336:7, 336:10, 347:6, 347:10, 347:14, 347:16
**Don't** [1] - 294:21
**don't** [47] - 257:1, 259:22, 260:25, 264:7, 264:20, 268:17, 277:7, 278:2, 279:18, 281:9, 281:22, 284:8, 286:2, 286:7, 286:8, 292:22,

295:3, 298:17, 299:7, 302:1, 303:12, 311:8, 313:10, 313:17, 313:23, 317:12, 318:15, 327:24, 329:24, 332:21, 332:24, 332:25, 335:1, 336:15, 336:18, 336:19, 336:21, 337:17, 340:10, 340:23, 345:1, 345:18, 345:20, 346:23, 347:9
**done** [11] - 261:16, 264:19, 267:3, 281:10, 284:6, 284:8, 286:5, 305:9, 318:11, 318:14, 325:25
**dosage** [2] - 285:24, 286:10
**dose** [7] - 270:3, 270:6, 274:22, 275:25, 286:7, 286:14, 287:8
**dots** [3] - 260:6, 265:14, 347:8
**double** [1] - 342:3
**down** [10] - 256:24, 258:15, 260:3, 260:18, 261:21, 265:5, 277:6, 277:10, 321:9, 332:12
**dozen** [1] - 335:2
**DR** [1] - 255:7
**Dr** [41] - 256:18, 257:6, 258:2, 258:9, 258:12, 258:13, 258:14, 258:16, 258:20, 259:13, 260:14, 261:4, 262:20, 263:8, 274:3, 275:20, 276:9, 287:20, 293:19, 293:20, 293:22, 296:10, 296:15, 304:3, 311:6, 321:2, 324:2, 324:17, 324:22, 325:20, 339:9, 339:21, 341:4, 344:6, 344:10, 344:13, 344:16, 344:17, 344:18, 344:19
**draft** [2] - 263:19, 267:21
**Draft** [2] - 262:22, 263:20
**Drake** [1] - 335:14
**draw** [2] - 285:9, 286:8

**draws** [1] - 284:8
**drew** [3] - 270:2, 270:3, 285:5
**driving** [1] - 271:24
**dropped** [7] - 346:9, 346:11, 346:12, 346:14, 346:18, 346:21, 347:5
**drug** [94] - 259:1, 259:2, 259:3, 259:11, 260:5, 261:1, 261:6, 261:12, 263:25, 264:1, 264:25, 265:11, 265:24, 265:25, 266:15, 266:22, 267:8, 273:14, 274:5, 275:17, 287:9, 287:11, 289:17, 292:16, 292:25, 293:7, 293:10, 302:24, 303:5, 303:12, 305:13, 305:15, 305:18, 305:21, 305:22, 306:10, 306:12, 306:16, 306:24, 307:3, 307:6, 307:7, 307:14, 309:12, 313:8, 313:11, 313:12, 313:15, 313:24, 314:8, 314:22, 315:24, 316:5, 316:10, 316:11, 316:12, 316:17, 317:21, 318:9, 319:2, 319:10, 319:14, 319:20, 319:23, 322:15, 322:22, 322:25, 325:5, 328:9, 328:11, 328:19, 329:4, 329:5, 329:9, 329:14, 329:19, 330:1, 330:3, 330:9, 330:12, 330:16, 331:1, 331:2, 331:3, 331:5, 331:7, 331:11, 331:15, 332:25, 337:22, 338:8
**Drug** [9] - 273:12, 304:19, 304:22, 310:23, 311:11, 322:16, 324:19, 326:5
**drugs** [25] - 280:20, 292:12, 292:13, 292:14, 293:1, 293:2, 293:3, 293:4, 293:10, 299:22, 300:12, 301:6, 301:14, 301:21, 301:25,

305:23, 306:22, 307:15, 310:1, 310:6, 311:13, 315:17, 315:25, 316:1, 319:13
**Drugs** [1] - 262:23
**due** [2] - 282:16, 345:18
**Dukes** [4] - 255:11, 291:16, 292:6, 296:15
**DUKES** [55] - 254:8, 263:4, 268:12, 273:25, 279:14, 279:17, 285:13, 285:17, 285:21, 287:22, 288:7, 293:13, 294:9, 294:19, 295:12, 295:24, 296:7, 296:9, 296:12, 296:14, 303:20, 304:1, 304:2, 304:23, 305:2, 305:4, 310:13, 310:16, 310:19, 310:22, 311:1, 311:5, 314:19, 314:20, 315:11, 315:12, 320:15, 320:19, 321:1, 323:18, 323:20, 323:24, 324:1, 339:17, 339:20, 340:2, 340:20, 341:3, 342:9, 342:11, 342:17, 342:24, 345:3, 345:6, 347:19
**during** [5] - 283:20, 294:23, 331:10, 335:18, 335:24
**duty** [1] - 293:15
**DVT** [3] - 288:22, 288:23, 321:4
**DX** [1] - 342:18
**DX110** [1] - 342:11
**DX11003** [1] - 339:14
**DX11003.3.1** [1] - 343:16
**DX11003.4.1** [1] - 344:5
**DX2444** [1] - 311:1
**DX2444.1.1** [1] - 311:10
**DX5233** [1] - 323:24
**DX5233.2.1** [1] - 324:4
**DX5233.6.1** [1] - 324:16
**DX526.6.2** [1] - 318:22
**DX5357** [1] - 320:19
**DX5357.2.1** [1] - 321:7

**DX5357.32.1** [1] - 322:14

**DX551** [1] - 315:5

**DX551.1.1** [1] - 315:22

## E

**E** [7] - 253:10, 253:20, 254:8, 254:16, 255:2, 256:1

**each** [4] - 260:6, 261:11, 261:12, 271:17

**earlier** [4] - 271:9, 310:10, 316:12, 333:23

**earn** [1] - 311:24

**easier** [2] - 272:12, 307:2

**EASTERN** [1] - 253:1

**Eastern** [1] - 348:7

**edits** [1] - 330:13

**educate** [1] - 336:20

**effect** [7] - 259:5, 259:10, 259:11, 289:6, 290:11, 319:3, 345:11

**effective** [25] - 306:17, 308:23, 309:2, 309:3, 309:7, 311:13, 314:8, 315:25, 316:2, 316:10, 316:18, 316:24, 318:9, 321:12, 321:20, 321:23, 321:24, 321:25, 322:6, 324:6, 324:12, 325:13, 325:18, 325:21, 331:8

**effectively** [2] - 339:10, 344:19

**effectiveness** [4] - 310:1, 310:6, 317:2, 322:11

**effects** [1] - 305:16

**efficacy** [6] - 263:25, 313:16, 319:9, 319:14, 319:15, 319:19

**efficient** [1] - 315:24

**eight** [2] - 336:5, 341:20

**either** [5] - 290:14, 290:23, 293:17, 319:25, 320:3

**ELDON** [1] - 253:10

**elephant** [1] - 278:12

**eliminate** [1] -

330:13

**ELMO** [2] - 258:8, 282:17

**elsewhere** [1] - 265:14

**emboli** [1] - 323:3

**embolism** [2] - 319:24, 320:9

**EMILY** [1] - 254:1

**employed** [1] - 296:25

**employment** [1] - 343:5

**empowers** [1] - 315:3

**enacts** [1] - 310:8

**enclosed** [3] - 321:13, 322:1, 324:7

**encourage** [1] - 332:15

**end** [8] - 296:20, 296:22, 314:4, 326:4, 327:24, 329:12, 330:16, 337:25

**Energy** [1] - 253:20

**engaged** [1] - 339:7

**enormous** [4] - 312:2, 312:7, 312:8, 334:21

**enough** [6] - 286:2, 286:10, 307:24, 321:7, 327:22, 329:12

**ensure** [2] - 310:6, 316:1

**ENTERED** [2] - 256:7, 296:5

**entire** [4] - 268:15, 294:2, 309:10, 326:3

**entitled** [5] - 280:14, 303:18, 310:23, 345:11, 348:10

**epidemiologist** [1] - 312:15

**equity** [1] - 347:17

**error** [2] - 291:13, 291:23

**errors** [1] - 277:10

**ESKOVITZ** [1] - 254:5

**ESQ** [9] - 253:14, 253:17, 253:20, 253:23, 254:1, 254:5, 254:8, 254:11, 254:16

**essence** [3] - 259:10, 328:25, 330:21

**essential** [1] - 311:12

**essentially** [2] - 267:3, 310:4

**establish** [1] -

315:23

**estimate** [2] - 334:6, 334:7

**et** [1] - 253:7

**evaluating** [2] - 257:9, 286:21

**Evaluation** [8] - 273:13, 304:20, 304:22, 310:23, 311:11, 322:16, 324:19

**evaluation** [1] - 273:14

**even** [13] - 264:14, 277:2, 289:2, 289:9, 289:10, 293:8, 293:9, 308:2, 309:20, 310:10, 332:12, 332:16, 346:25

**evening** [1] - 304:4

**event** [2] - 287:7, 291:17

**events** [1] - 282:16

**ever** [2] - 257:16, 265:14

**every** [14] - 260:7, 281:4, 282:2, 305:15, 305:18, 309:21, 310:14, 330:19, 330:21, 335:21, 336:24, 337:4, 337:22, 338:6

**everybody** [2] - 257:1, 309:6

**everyone** [4] - 264:21, 274:20, 283:6, 312:5

**everything** [5] - 263:20, 317:14, 325:12, 330:23, 336:6

**evidence** [19] - 263:3, 263:5, 268:10, 273:23, 288:16, 289:2, 289:10, 290:3, 290:4, 290:11, 290:14, 290:21, 291:12, 294:11, 319:2, 319:9, 319:18, 320:18, 320:20

**evolve** [1] - 306:20

**exact** [10] - 257:7, 259:3, 266:14, 269:22, 271:22, 272:18, 287:8, 293:23, 302:7, 324:9

**exactly** [32] - 265:9, 266:12, 270:2, 274:16, 282:9, 284:9, 293:6, 295:4, 296:24, 298:2, 300:1, 300:9,

300:13, 301:11, 305:20, 306:22, 308:13, 313:14, 314:6, 314:25, 316:12, 316:20, 317:25, 320:1, 323:7, 324:14, 332:8, 333:11, 333:14, 335:17, 337:20, 344:21

**examination** [6] - 268:24, 294:10, 294:16, 294:23, 294:24, 304:8

**Examination** [2] - 255:9, 255:11

**EXAMINATION** [2] - 256:16, 296:8

**examine** [1] - 267:10

**examined** [1] - 335:16

**example** [8] - 257:17, 269:6, 270:7, 271:4, 276:16, 283:22, 314:3, 332:7

**excerpted** [2] - 268:17, 268:18

**exchange** [1] - 318:19

**excluded** [1] - 268:14

**excuse** [3] - 285:13, 288:7, 299:9

**excused** [1] - 288:8

**exercise** [1] - 343:10

**Exhibit** [14] - 263:3, 268:10, 273:23, 276:7, 295:15, 303:17, 305:2, 310:12, 314:13, 315:13, 320:12, 323:16, 339:19, 342:18

**exhibit** [9] - 268:20, 304:24, 311:2, 340:11, 340:22, 340:25, 342:9, 342:10, 342:25

**EXITED** [3] - 288:4, 288:12, 347:24

**expected** [2] - 283:15, 283:19

**experience** [5] - 299:15, 299:17, 307:9, 307:13, 311:21

**experimentally** [1] - 260:21

**expertise** [2] - 301:24, 312:11

**experts** [1] - 338:16

**explain** [13] - 258:14, 259:18, 274:23, 275:23, 279:22, 282:25, 284:1, 291:16, 292:6, 308:13, 329:16, 338:15, 343:12

**explaining** [3] - 258:21, 264:11, 274:3

**explore** [1] - 256:20

**extent** [2] - 292:23, 309:21

**extremely** [1] - 294:24

**eye** [1] - 277:8

**eyesight** [2] - 271:22, 271:24

## F

**facilitate** [1] - 315:25

**fact** [18] - 257:25, 261:4, 266:24, 267:8, 269:2, 289:23, 291:11, 291:12, 291:13, 291:25, 292:10, 305:22, 306:22, 312:12, 324:11, 328:2, 332:2, 334:17

**factors** [2] - 261:23, 283:14

**facts** [5] - 292:20, 292:23, 293:1, 331:7

**factual** [3] - 279:19, 285:15, 292:11

**faculty** [1] - 344:3

**failure** [1] - 347:15

**fair** [15] - 298:12, 303:10, 306:7, 307:17, 309:16, 321:7, 326:3, 326:4, 326:20, 327:21, 328:12, 329:12, 334:15, 334:16, 337:15

**fall** [1] - 280:8

**FALLON** [1] - 253:10

**false** [5] - 330:2, 330:6, 331:4, 331:22, 331:25

**familiar** [9] - 304:12, 311:6, 313:7, 313:22, 314:7, 321:2, 324:2, 339:21, 341:4

**fancy** [2] - 259:1, 277:1

**far** [1] - 329:19

**favor** [3] - 258:15,

259:20, 270:24
**FDA** [194] - 262:8,
262:14, 262:15,
262:22, 263:10,
263:11, 263:15,
263:18, 263:19,
263:21, 264:6, 265:3,
265:6, 265:15,
265:18, 266:19,
272:25, 273:16,
274:6, 274:11,
274:20, 275:9,
275:10, 275:17,
276:4, 277:16,
278:11, 280:12,
284:6, 284:18, 285:4,
287:4, 288:17,
288:18, 288:21,
290:1, 290:3, 290:19,
290:23, 293:17,
294:13, 294:22,
295:1, 295:6, 296:20,
296:25, 297:3, 297:7,
297:11, 297:15,
300:18, 302:4,
302:24, 303:6,
303:19, 304:17,
304:21, 305:5,
305:10, 305:12,
305:13, 305:14,
305:18, 306:6,
306:11, 306:16,
306:18, 306:19,
306:22, 306:25,
307:5, 307:6, 307:10,
307:13, 307:15,
308:5, 308:10,
308:11, 308:15,
308:20, 308:21,
309:5, 309:11,
309:17, 309:18,
309:20, 309:21,
309:23, 309:24,
310:5, 310:9, 310:22,
311:17, 311:21,
312:1, 312:3, 312:5,
312:10, 312:14,
312:15, 312:18,
312:22, 312:24,
313:5, 313:12,
313:15, 313:21,
313:25, 314:7, 315:3,
315:16, 316:4, 316:9,
316:17, 317:8,
317:15, 317:23,
318:6, 318:7, 318:11,
318:17, 318:19,
319:13, 319:20,
319:23, 321:14,
321:19, 322:22,
324:12, 325:2, 325:6,

325:9, 325:12,
325:17, 325:19,
325:22, 326:1, 326:8,
326:14, 326:15,
326:18, 326:19,
326:21, 326:23,
327:1, 327:3, 327:10,
327:11, 327:14,
327:15, 327:17,
327:19, 328:1, 328:9,
328:13, 328:14,
328:15, 328:20,
329:5, 329:9, 329:10,
329:12, 329:20,
330:1, 330:6, 330:11,
330:19, 330:21,
330:24, 330:25,
331:10, 331:14,
331:17, 331:18,
331:21, 331:22,
331:24, 332:1, 332:3,
332:6, 332:12,
332:15, 332:16,
333:2, 333:7, 333:13,
333:16
   **FDA's** [16] - 264:14,
265:5, 265:9, 273:13,
278:5, 278:16, 295:2,
304:10, 305:6, 313:8,
314:1, 320:15,
323:20, 327:6, 327:8,
328:18
   **February** [2] -
296:21, 296:23
   **federal** [6] - 289:16,
292:17, 293:5, 309:24
   **Federal** [1] - 254:12
   **feel** [4] - 297:23,
318:12, 318:14, 341:1
   **feels** [1] - 331:25
   **felt** [2] - 292:10,
330:25
   **few** [3] - 256:22,
256:25, 287:19
   **fibrillation** [5] -
299:13, 299:16,
300:22, 323:2, 323:5
   **fifth** [1] - 321:9
   **figure** [3] - 265:4,
265:5
   **Figure** [6] - 258:6,
258:10, 259:16,
265:6, 276:11, 276:16
   **file** [4] - 314:2,
326:24, 327:13,
341:22
   **filed** [5] - 340:3,
340:4, 341:15,
343:17, 343:24
   **filing** [1] - 313:20

   **final** [2] - 263:20,
345:12
   **financial** [2] - 339:6,
343:25
   **find** [9] - 263:13,
263:14, 268:25,
269:4, 273:3, 274:13,
303:12, 316:10,
317:19
   **findings** [1] - 274:8
   **finds** [3] - 314:8,
317:16, 318:23
   **fine** [5] - 267:15,
268:5, 297:21, 304:1,
308:18
   **fingers** [1] - 307:1
   **finish** [4] - 279:14,
297:23, 342:16,
342:22
   **fired** [3] - 340:3,
340:5, 342:5
   **FIRM** [1] - 254:1
   **First** [1] - 343:10
   **first** [15] - 258:16,
264:13, 266:17,
272:22, 273:11,
274:24, 311:10,
319:23, 321:8, 321:9,
322:8, 334:23,
346:21, 346:25
   **fit** [1] - 277:12
   **five** [2] - 293:22,
294:3
   **fix** [1] - 262:11
   **FL** [1] - 253:15
   **Floor** [2] - 254:9,
254:17
   **focus** [4] - 271:19,
281:17, 288:6, 308:9
   **focused** [1] - 317:14
   **fold** [4] - 258:1,
266:8, 266:10
   **folks** [2] - 305:8,
334:16
   **follow** [1] - 298:9
   **FOLLOWING** [1] -
339:24
   **following** [1] - 283:9
   **font** [3] - 332:13,
332:17, 333:2
   **Food** [1] - 326:5
   **food** [1] - 304:18
   **footnote** [3] - 278:6,
284:17, 325:15
   **For** [9] - 262:22,
273:12, 304:19,
304:21, 305:18,
310:23, 311:11,
322:16, 324:19
   **FOR** [4] - 253:13,

254:4, 254:14, 255:5
   **for** [153] - 256:6,
257:8, 257:17, 259:1,
259:6, 260:7, 260:8,
260:10, 261:24,
261:25, 262:9,
263:11, 263:15,
263:16, 264:17,
264:19, 265:8,
266:18, 267:16,
267:19, 269:1, 269:6,
269:15, 269:16,
271:1, 271:3, 271:24,
274:22, 275:3,
275:13, 275:18,
276:14, 276:16,
280:2, 281:8, 282:6,
282:11, 282:15,
282:17, 283:4,
283:22, 284:15,
285:6, 285:7, 285:17,
285:19, 286:13,
286:14, 287:2,
287:12, 287:19,
288:1, 288:8, 288:13,
288:17, 288:24,
289:17, 289:24,
290:24, 292:16,
293:5, 294:15, 295:6,
295:17, 295:21,
295:23, 299:1, 299:5,
299:7, 302:19,
304:18, 304:19,
306:10, 306:15,
306:24, 308:8,
308:23, 309:8,
310:14, 312:8,
312:13, 313:2, 313:9,
313:12, 313:13,
314:3, 315:16, 317:5,
317:21, 319:13,
319:20, 319:23,
320:5, 320:17, 321:3,
321:5, 321:6, 321:13,
321:16, 322:1, 322:6,
322:22, 322:25,
323:22, 324:7, 325:5,
325:13, 325:18,
326:5, 327:3, 329:16,
329:21, 329:23,
329:24, 332:7, 333:9,
333:20, 333:22,
333:25, 334:9,
334:16, 334:17,
334:20, 335:4, 335:9,
335:11, 335:22,
336:5, 336:12, 337:1,
337:5, 337:9, 337:10,
337:20, 338:12,
340:5, 340:18,
340:20, 340:23,

340:24, 343:24,
344:6, 344:13,
344:17, 346:22,
347:4, 347:15, 347:20
   **foregoing** [1] - 348:8
   **forever** [1] - 306:17
   **form** [1] - 293:9
   **formal** [1] - 344:2
   **format** [1] - 333:9
   **forth** [5] - 295:1,
318:17, 329:1, 329:9,
330:15
   **forward** [1] - 318:20
   **found** [8] - 261:4,
264:5, 284:7, 342:1,
344:6, 344:12, 345:9,
345:19
   **foundation** [3] -
295:16, 295:18,
340:20
   **foundational** [1] -
295:22
   **four** [2] - 266:13,
338:3
   **fourth** [1] - 283:17
   **Francisco** [6] -
338:21, 339:1,
341:23, 343:8,
343:18, 346:18
   **free** [1] - 343:10
   **FREEMAN** [1] -
254:15
   **frequency** [2] -
283:20, 283:24
   **frequently** [3] -
304:12, 320:10, 329:8
   **Frequently** [1] -
303:18
   **friends** [1] - 311:25
   **from** [48] - 258:5,
260:3, 264:18,
266:21, 267:10,
268:24, 270:18,
271:21, 273:1,
275:14, 276:10,
279:20, 284:11,
293:3, 293:8, 294:22,
296:20, 304:10,
304:21, 306:24,
307:4, 307:7, 308:10,
309:19, 311:16,
313:16, 314:22,
316:4, 316:9, 316:16,
317:9, 320:10,
335:19, 337:13,
340:7, 343:5, 344:17,
345:17, 346:2,
346:14, 346:17,
346:18, 347:10,
347:16, 347:17, 348:9

**front** [3] - 276:21, 324:5, 334:25
**full** [1] - 301:24
**fundamental** [1] - 294:3
**fundamentally** [1] - 293:14
**further** [3] - 256:21, 290:22, 318:14
**future** [1] - 295:22

# G

**G** [1] - 256:1
**GAINSBURGH** [1] - 253:19
**GAP** [1] - 342:6
**gave** [4] - 299:1, 302:20, 336:4
**general** [6] - 260:25, 300:12, 301:14, 301:21, 313:11, 333:9
**generally** [16] - 257:13, 257:15, 260:10, 261:3, 261:6, 262:1, 262:6, 265:14, 265:20, 291:15, 298:6, 299:12, 300:19, 308:5, 311:6, 311:7
**generate** [2] - 276:4, 302:12
**generic** [9] - 292:13, 292:25, 293:1, 293:3, 293:4, 293:6, 293:7, 293:9, 293:10
**gentlemen** [3] - 256:9, 290:16, 296:12
**GERALD** [1] - 253:20
**get** [22] - 261:21, 262:12, 263:19, 277:22, 278:2, 289:10, 298:8, 300:17, 303:11, 318:15, 320:3, 322:10, 323:10, 326:11, 329:16, 330:22, 334:12, 336:19, 336:21, 338:13, 345:18, 347:18
**gets** [3] - 328:21, 328:22, 331:12
**getting** [1] - 326:12
**give** [13] - 271:20, 271:25, 272:8, 276:17, 280:13, 280:23, 281:23, 284:10, 290:19,

295:10, 300:18, 310:25
**given** [6] - 294:8, 300:10, 301:22, 306:18, 327:5, 331:10
**giving** [1] - 280:21
**go** [40] - 257:8, 258:10, 258:11, 258:17, 263:12, 264:13, 264:14, 265:5, 271:24, 276:6, 276:16, 279:14, 285:16, 289:3, 294:11, 297:5, 306:12, 306:25, 309:20, 311:2, 318:18, 320:9, 320:10, 321:9, 322:4, 322:5, 322:8, 323:13, 326:25, 327:7, 328:9, 332:11, 332:21, 332:23, 334:18, 336:16, 336:17, 337:9, 346:1, 347:9
**goal** [4] - 280:12, 280:13, 332:14, 336:20
**goes** [13] - 260:13, 275:18, 293:15, 293:16, 305:18, 307:5, 317:4, 318:22, 328:11, 328:24, 331:7, 331:11, 332:12
**going** [35] - 258:20, 259:16, 261:9, 266:20, 267:18, 275:14, 277:2, 280:7, 280:8, 280:15, 280:16, 280:17, 281:8, 281:13, 281:17, 284:2, 284:13, 284:24, 295:22, 302:23, 304:3, 308:3, 310:25, 311:1, 318:4, 318:16, 318:18, 327:23, 332:1, 336:5, 338:11, 338:17, 340:7, 340:12, 346:1
**good** [19] - 256:8, 256:14, 256:15, 256:18, 256:19, 270:24, 287:17, 291:5, 296:10, 296:11, 296:12, 296:13, 307:15, 309:9, 309:17, 319:12, 333:12, 338:17
**got** [11] - 270:24,

271:23, 282:19, 309:3, 317:14, 318:4, 320:11, 332:21, 335:15, 346:16, 347:5
**gotcha** [1] - 278:16
**governing** [1] - 313:8
**Government** [4] - 341:6, 341:12, 341:18, 342:6
**government** [1] - 341:17
**governs** [1] - 315:16
**grant** [1] - 330:4
**granting** [1] - 290:6
**graph** [16] - 260:23, 261:7, 262:2, 264:14, 265:6, 272:9, 272:17, 275:5, 276:4, 276:5, 276:9, 276:21, 276:24, 278:5, 278:7, 278:22
**Graph** [1] - 276:16
**graphs** [2] - 258:6, 271:9
**great** [4] - 270:1, 292:22, 312:7, 322:20
**greater** [7] - 271:4, 271:5, 271:7, 283:16, 283:18, 305:25
**grievance** [7] - 340:4, 341:22, 343:17, 343:24, 345:13, 346:3
**grounds** [1] - 317:5
**Group** [4] - 270:19
**group** [14] - 270:19, 270:20, 278:23, 279:3, 280:5, 280:6, 280:8, 280:14, 280:15, 294:8, 294:11, 300:11
**groups** [1] - 294:12
**guess** [6] - 264:8, 307:4, 308:2, 309:11, 317:22, 333:22
**guidance** [2] - 316:16, 317:22

# H

**H** [1] - 253:14
**had** [47] - 261:8, 261:12, 261:13, 261:14, 267:7, 270:11, 270:12, 270:14, 270:16, 271:17, 271:18, 282:2, 283:15,

283:22, 284:17, 285:7, 290:1, 294:13, 295:13, 297:16, 299:1, 302:8, 302:16, 302:18, 302:20, 304:17, 305:13, 311:16, 318:12, 318:14, 320:9, 325:12, 326:7, 326:15, 326:18, 327:14, 327:19, 333:23, 336:5, 337:13, 341:15, 346:2, 346:12, 346:13
**half** [1] - 335:2
**hand** [7] - 303:17, 304:5, 310:12, 314:12, 315:5, 320:12, 323:16
**handed** [2] - 268:16, 315:6
**handful** [1] - 338:2
**handled** [1] - 341:12
**hands** [1] - 304:4
**happen** [1] - 279:3
**happened** [2] - 340:2, 340:3
**happier** [1] - 336:17
**happy** [12] - 270:9, 271:20, 274:23, 292:5, 297:20, 314:14, 318:1, 327:11, 327:17, 329:16, 337:12, 339:12
**hard** [4] - 277:21, 281:21, 329:24, 332:1
**harder** [1] - 329:23
**has** [41] - 265:17, 269:8, 272:4, 275:17, 277:16, 283:18, 289:13, 291:8, 292:21, 293:7, 303:15, 306:18, 306:22, 307:15, 310:4, 310:24, 312:7, 312:8, 312:15, 312:17, 312:18, 312:22, 312:24, 313:25, 319:17, 319:20, 321:19, 322:6, 328:15, 328:16, 328:20, 330:7, 330:9, 330:19, 330:21, 331:14, 331:24, 337:23, 338:8, 342:15, 345:16
**have** [156] - 258:9, 259:2, 259:8, 261:8, 261:12, 263:4,

265:21, 266:12, 266:15, 267:8, 267:9, 267:14, 267:19, 267:23, 268:12, 268:14, 268:17, 271:24, 272:4, 277:21, 278:2, 278:5, 278:17, 278:22, 279:10, 280:7, 280:10, 280:16, 280:18, 280:24, 282:10, 282:12, 284:18, 284:24, 286:5, 286:7, 286:10, 286:25, 287:9, 287:18, 287:20, 287:22, 287:24, 289:15, 290:9, 290:12, 290:15, 290:24, 292:4, 293:3, 293:5, 293:6, 294:11, 295:1, 295:4, 297:5, 297:18, 299:6, 299:10, 299:11, 299:13, 299:15, 299:17, 299:20, 299:21, 299:24, 300:2, 300:3, 300:5, 300:7, 300:11, 300:22, 300:25, 301:3, 301:5, 301:6, 301:8, 301:13, 301:16, 301:19, 302:2, 302:18, 302:19, 303:14, 303:16, 304:4, 305:6, 305:8, 305:16, 306:16, 307:10, 307:11, 307:16, 308:3, 309:7, 310:17, 311:1, 312:2, 312:14, 316:15, 318:8, 318:15, 318:16, 319:3, 319:16, 321:11, 323:8, 323:23, 324:5, 325:9, 326:9, 326:10, 326:21, 327:18, 329:14, 329:18, 331:20, 332:4, 332:6, 332:9, 332:16, 332:24, 333:1, 333:5, 333:7, 333:9, 334:12, 334:16, 335:3, 335:9, 335:11, 337:1, 337:4, 337:5, 337:9, 337:10, 337:16, 337:19, 337:20, 338:4, 338:5, 340:9, 340:10, 340:20, 346:16, 346:24, 347:12,

347:13
**haven't** [2] - 327:5, 337:6
**having** [4] - 294:9, 344:17, 345:7, 345:10
**he's** [2] - 340:2, 340:6
**heading** [3] - 259:20, 259:21, 274:19
**health** [5] - 301:1, 309:24, 311:12, 311:14, 311:18
**Health** [2] - 310:4, 317:6
**HEALTHCARE** [1] - 254:4
**hear** [4] - 291:4, 293:12, 320:8, 345:16
**HEARD** [1] - 253:10
**heard** [1] - 294:21
**hearing** [4] - 304:25, 344:2, 344:5, 344:12
**heart** [2] - 323:5, 323:12
**heat** [1] - 312:2
**heavy** [1] - 267:13
**HELD** [1] - 339:24
**held** [2] - 292:15, 332:20
**help** [3] - 280:13, 320:5, 322:8
**helpful** [13] - 280:11, 280:22, 281:14, 282:11, 282:15, 283:9, 285:12, 286:19, 287:1, 287:6, 293:25, 323:15
**hematology** [2] - 288:21, 313:1
**heparin** [1] - 299:25
**here** [47] - 258:16, 259:24, 260:3, 260:18, 264:18, 265:2, 265:5, 269:18, 269:22, 270:10, 271:15, 272:1, 272:20, 274:24, 275:21, 277:5, 277:6, 277:10, 277:16, 277:24, 278:1, 280:17, 283:4, 284:17, 289:3, 290:9, 292:11, 294:18, 305:12, 312:25, 317:10, 318:7, 318:24, 321:22, 321:25, 326:23, 327:5, 327:11, 333:15, 334:14, 334:17, 342:14,

345:23, 347:10
**hereby** [1] - 348:7
**hierarchy** [2] - 309:4, 326:23
**higher** [38] - 257:14, 260:20, 261:1, 261:2, 261:6, 262:1, 262:3, 262:6, 265:12, 265:13, 265:25, 266:1, 267:8, 269:2, 272:6, 277:6, 277:7, 277:18, 277:20, 277:24, 278:2, 278:3, 278:25, 283:15, 283:16, 283:18, 326:12, 327:13
**highest** [11] - 270:16, 270:17, 270:19, 270:20, 271:6, 271:7, 272:1, 272:4, 272:21, 272:23
**highlight** [11] - 264:13, 264:20, 264:21, 264:25, 265:1, 273:20, 274:24, 317:15, 322:9, 331:17
**highlighted** [2] - 270:21, 282:21
**highlighting** [1] - 265:8
**him** [2] - 295:14, 340:5
**hip** [5] - 319:25, 321:3, 321:4, 321:16, 325:3
**hired** [2] - 337:15, 337:17
**hires** [2] - 311:21, 312:10
**his** [10] - 258:17, 293:25, 294:3, 340:2, 340:6, 343:10, 344:9, 344:16, 344:17, 344:18
**hold** [2] - 284:9, 335:1
**Honor** [49] - 256:14, 256:24, 257:3, 262:17, 263:6, 267:12, 267:13, 267:16, 268:9, 268:18, 273:6, 273:22, 273:25, 279:14, 285:13, 285:17, 285:21, 287:22, 288:7, 288:14, 289:13, 289:23, 290:10, 291:5, 291:8, 293:13,

294:9, 294:19, 295:20, 303:20, 303:24, 304:23, 310:13, 310:17, 310:22, 311:1, 320:15, 320:19, 323:18, 323:24, 339:17, 339:22, 342:9, 342:13, 342:17, 342:19, 345:3, 347:19
**Honor's** [2] - 291:10, 291:23
**HONORABLE** [1] - 253:10
**hope** [1] - 297:23
**hospital** [3] - 281:22, 281:24, 282:2
**hospitals** [2] - 281:25, 298:24
**hour** [10] - 333:20, 333:22, 333:25, 334:3, 334:6, 334:17, 334:18, 334:20, 335:22, 347:20
**hours** [7] - 276:14, 284:9, 303:2, 334:6, 334:18, 334:20
**housekeeping** [1] - 295:12
**however** [2] - 290:22, 328:1
**huge** [1] - 309:19
**Human** [2] - 310:5, 317:7
**hundred** [2] - 266:5, 347:6
**hundreds** [1] - 334:25
**hypothetical** [1] - 313:24

**I**

**I** [466] - 255:2, 256:1, 256:21, 256:24, 257:1, 257:16, 257:25, 258:6, 258:8, 258:9, 258:12, 259:7, 259:8, 259:22, 260:10, 260:12, 260:15, 261:11, 261:12, 261:19, 262:17, 264:6, 264:7, 264:8, 265:4, 265:7, 265:20, 266:7, 266:23, 267:6, 267:12, 267:13, 267:14, 267:17, 267:20, 268:3, 268:9,

268:12, 268:14, 269:21, 270:9, 270:21, 270:25, 271:4, 271:8, 271:24, 271:25, 272:1, 272:2, 272:10, 272:23, 273:6, 273:10, 273:12, 274:13, 274:22, 275:14, 276:11, 276:13, 276:17, 276:18, 277:2, 277:8, 277:9, 277:15, 277:19, 277:21, 277:22, 278:6, 278:9, 278:20, 278:24, 278:25, 279:18, 279:22, 279:25, 280:5, 280:6, 280:7, 280:12, 280:15, 280:16, 280:17, 280:18, 280:20, 281:7, 281:15, 281:17, 281:22, 282:2, 282:12, 282:17, 282:21, 283:3, 283:4, 283:16, 284:1, 284:3, 284:16, 284:21, 285:15, 285:17, 286:2, 286:7, 286:8, 286:10, 286:22, 287:1, 287:3, 287:4, 287:16, 287:19, 287:20, 288:6, 290:22, 291:19, 291:20, 291:22, 292:5, 292:6, 292:9, 292:20, 292:21, 292:22, 293:11, 293:23, 294:11, 294:19, 294:22, 295:3, 295:4, 295:8, 295:9, 295:10, 295:13, 295:25, 296:15, 296:16, 296:17, 296:18, 297:5, 297:17, 297:23, 297:25, 298:10, 298:12, 298:14, 298:17, 298:18, 298:19, 298:21, 298:22, 299:1, 299:5, 299:6, 299:7, 299:11, 299:14, 299:17, 299:21, 299:22, 300:3, 300:5, 301:1, 301:2, 301:3, 301:6, 302:1, 302:7, 302:13, 302:18, 302:19, 302:20, 302:23,

268:12, 268:14, 303:3, 303:10, 303:11, 303:16, 303:20, 304:3, 304:4, 304:5, 304:6, 304:7, 304:14, 304:17, 304:20, 304:23, 305:12, 305:13, 305:20, 306:14, 306:20, 307:3, 307:4, 307:11, 307:13, 307:18, 307:19, 307:20, 307:21, 307:23, 307:24, 308:2, 308:13, 308:20, 309:11, 310:13, 311:1, 311:7, 311:8, 311:12, 311:17, 311:23, 312:1, 312:2, 312:4, 312:9, 312:12, 313:7, 313:10, 313:21, 314:14, 314:25, 316:7, 317:2, 317:11, 317:12, 317:14, 317:15, 317:22, 318:2, 318:4, 318:5, 318:15, 318:18, 318:20, 318:21, 320:1, 320:2, 320:19, 322:3, 323:4, 323:14, 324:17, 324:24, 324:25, 325:22, 326:8, 326:12, 326:17, 327:5, 327:6, 327:7, 327:8, 327:10, 327:11, 327:12, 327:13, 327:14, 327:17, 327:18, 327:19, 327:21, 327:22, 328:3, 328:5, 328:24, 329:1, 329:3, 329:8, 329:16, 329:19, 330:9, 331:20, 332:16, 332:20, 332:21, 332:22, 332:24, 332:25, 333:1, 333:6, 333:17, 333:19, 333:22, 334:5, 334:7, 334:9, 334:11, 334:12, 334:13, 334:25, 335:1, 335:6, 335:8, 335:10, 335:11, 336:4, 336:5, 336:9, 336:14, 336:15, 336:16, 336:17, 336:18, 336:19, 336:20, 336:21, 336:22, 336:24, 337:7, 337:10, 337:12,

337:13, 337:14,
337:16, 337:17,
337:19, 338:3,
338:10, 338:11,
338:14, 338:15,
338:17, 338:18,
338:22, 338:24,
339:5, 339:6, 339:7,
339:8, 339:12, 340:7,
340:10, 340:11,
340:16, 340:20,
341:1, 341:5, 341:6,
341:9, 341:11,
341:16, 341:19,
341:20, 341:25,
342:9, 342:12,
342:21, 343:13,
343:14, 343:24,
345:18, 345:20,
345:24, 345:25,
346:1, 346:5, 346:6,
346:11, 346:16,
346:23, 346:24,
346:25, 347:2, 347:9,
347:10, 347:12,
347:13, 348:6
**I'd** [1] - 279:3
**I'll** [21] - 263:5,
268:16, 279:20,
285:16, 285:20,
294:11, 295:14,
297:22, 299:6,
300:15, 303:17,
304:25, 310:20,
311:2, 314:21,
320:25, 323:25,
324:22, 340:21,
342:10, 347:21
**I'm** [25] - 258:6,
259:16, 262:12,
271:22, 273:11,
273:16, 276:14,
280:8, 296:23,
297:24, 299:9,
300:15, 300:16,
306:2, 307:19,
314:24, 316:7, 316:9,
320:23, 321:22,
322:4, 323:19,
329:16, 344:11,
344:12
**I've** [28] - 257:17,
282:4, 282:5, 294:25,
300:8, 301:2, 301:9,
302:11, 307:20,
311:16, 312:3,
317:14, 319:11,
334:25, 335:23,
336:16, 336:23,
338:2, 338:14, 341:5,
341:7, 341:12,

346:12, 346:13,
347:11
**Ibos** [4] - 254:19,
348:6, 348:13, 348:14
**identifiers** [1] -
258:17
**identify** [6] - 257:13,
283:8, 286:20, 287:5,
293:24, 298:22
**identifying** [2] -
282:15, 283:10
**If** [3] - 283:12, 317:6,
318:23
**if** [108] - 256:24,
257:9, 258:4, 258:6,
258:9, 258:13,
258:15, 258:16,
259:8, 259:23,
260:19, 261:16,
264:6, 264:8, 264:13,
267:14, 268:14,
269:5, 270:5, 270:9,
271:3, 271:8, 271:22,
272:23, 273:16,
273:18, 273:20,
274:13, 275:19,
277:2, 281:3, 281:6,
281:13, 281:24,
281:25, 283:12,
283:16, 284:2,
284:12, 284:16,
284:21, 285:17,
287:3, 289:9, 289:10,
290:10, 290:12,
292:4, 293:8, 293:9,
295:10, 297:22,
304:5, 305:2, 306:23,
307:20, 308:20,
308:24, 309:11,
313:15, 314:8,
314:14, 316:9,
317:19, 319:9, 320:2,
321:7, 321:9, 322:8,
322:9, 322:14, 324:4,
324:16, 325:15,
325:22, 326:10,
326:14, 327:10,
327:17, 327:21,
328:12, 328:23,
329:12, 329:19,
330:2, 330:6, 330:11,
330:24, 331:14,
331:16, 331:21,
331:24, 335:1,
336:16, 336:18,
337:12, 338:5,
338:10, 338:12,
339:12, 340:21,
341:19, 342:18,
342:25, 346:6

**II** [1] - 253:11
**image** [1] - 265:4
**impeachment** [2] -
340:24, 342:15
**implication** [1] -
294:1
**implicit** [1] - 307:16
**important** [14] -
264:11, 269:13,
270:10, 275:20,
281:3, 281:12, 284:2,
290:13, 298:22,
311:18, 311:19,
319:7, 326:13, 326:17
**improper** [2] -
302:10, 309:5
**improve** [1] - 311:14
**IN** [1] - 253:3
**in** [306] - 256:25,
257:5, 257:7, 257:9,
257:11, 257:16,
257:22, 257:25,
258:3, 258:24, 259:1,
259:3, 259:10,
259:11, 259:25,
260:1, 260:5, 260:9,
260:16, 260:18,
260:20, 260:22,
260:24, 260:25,
261:1, 261:4, 261:6,
261:21, 262:3, 262:6,
262:11, 263:10,
263:11, 263:14,
263:19, 263:20,
264:4, 264:12, 265:4,
265:21, 265:24,
266:6, 266:15,
266:17, 266:22,
266:24, 267:8, 269:2,
269:4, 270:11,
270:22, 271:17,
271:18, 271:20,
271:21, 272:3,
274:11, 276:1,
276:21, 278:21,
278:23, 278:25,
279:1, 279:3, 279:5,
279:11, 279:13,
280:5, 280:6, 280:10,
280:15, 281:17,
281:18, 282:2, 282:3,
282:14, 282:15,
282:19, 282:24,
283:6, 283:9, 283:10,
283:19, 283:23,
284:5, 284:10,
284:13, 285:2,
286:12, 286:21,
287:5, 287:9, 287:11,
287:14, 288:1,

288:19, 288:23,
288:25, 289:4, 289:7,
289:11, 289:14,
289:15, 289:19,
289:22, 289:23,
290:1, 290:6, 290:7,
290:11, 290:12,
290:14, 290:16,
290:18, 291:9,
291:11, 291:13,
291:14, 291:17,
291:18, 291:21,
291:24, 292:2, 292:6,
293:5, 293:14,
293:19, 293:21,
294:2, 294:7, 295:3,
295:17, 295:25,
296:1, 296:25, 297:9,
297:11, 297:15,
297:16, 297:20,
298:1, 298:3, 299:3,
299:5, 299:10,
299:11, 300:12,
300:17, 301:14,
301:15, 301:18,
301:21, 301:24,
302:5, 303:14,
304:14, 305:22,
306:2, 306:6, 306:8,
306:17, 306:22,
307:9, 307:13,
307:18, 307:21,
309:8, 309:21,
309:23, 310:6,
310:24, 311:10,
311:14, 311:18,
311:19, 311:21,
312:1, 312:10,
312:12, 312:21,
312:24, 313:11,
313:18, 315:17,
315:24, 318:1,
318:13, 318:18,
319:4, 319:16,
319:21, 319:24,
320:6, 320:7, 320:9,
321:4, 321:13,
321:14, 321:20,
322:1, 322:9, 322:19,
322:21, 323:1, 323:3,
323:12, 324:7, 324:9,
326:3, 326:24, 327:2,
327:12, 327:18,
328:17, 328:25,
329:13, 329:18,
330:2, 330:12,
330:19, 330:21,
331:3, 332:2, 332:4,
332:7, 332:8, 332:17,
332:22, 333:1, 333:2,
333:3, 333:10,

333:17, 333:20,
334:7, 334:17,
334:24, 334:25,
335:2, 335:8, 335:9,
335:13, 335:14,
335:19, 336:3, 336:8,
336:9, 336:11,
336:24, 337:1, 337:4,
337:15, 337:18,
337:20, 337:21,
337:22, 338:2, 338:4,
338:7, 338:19, 339:3,
339:7, 339:18, 340:7,
340:25, 341:4, 341:7,
341:15, 342:3, 342:7,
342:14, 343:1, 343:4,
344:9, 344:16,
345:19, 345:21,
345:23, 345:24,
346:1, 346:21,
346:25, 347:6,
347:12, 347:15,
347:21, 348:10
**inadequate** [3] -
292:16, 337:24, 338:4
**INC** [2] - 254:5,
254:15
**incidents** [2] - 269:3,
277:17
**include** [4] - 317:19,
333:22, 336:2, 336:6
**included** [1] - 290:18
**includes** [6] -
268:13, 274:8,
274:20, 319:15,
319:16, 319:17
**including** [2] -
290:20, 337:23
**inclusion** [1] -
285:10
**income** [8] - 346:9,
346:11, 346:12,
346:15, 346:17,
346:21, 347:5, 347:10
**increase** [1] - 272:5
**increased** [1] - 259:9
**independent** [1] -
301:15
**indicated** [4] -
288:19, 288:22,
288:23, 289:11
**indicates** [1] -
321:19
**INDICATING** [2] -
260:19, 280:6
**INDICATING)** [7] -
265:2, 271:15,
272:21, 277:5, 277:7,
277:25, 279:1
**indication** [4] -

263:15, 294:14, 308:17, 321:16
**indications** [5] - 263:16, 313:3, 321:4, 325:13, 326:6
**individuals** [1] - 326:7
**industry** [2] - 332:9, 333:6
**infer** [1] - 322:9
**inferences** [3] - 345:20, 347:8, 347:12
**inferior** [1] - 281:10
**inform** [2] - 284:2, 285:8
**information** [31] - 272:9, 275:18, 279:6, 279:10, 279:13, 279:16, 280:13, 280:21, 280:22, 280:24, 282:1, 282:8, 283:13, 284:11, 286:18, 286:19, 287:15, 293:17, 294:2, 294:7, 318:19, 327:16, 328:7, 328:8, 328:11, 331:9, 331:10, 331:11, 331:14, 333:3, 343:24
**initial** [2] - 313:19, 329:3
**input** [1] - 294:13
**insert** [1] - 328:7
**instances** [1] - 280:11
**instead** [1] - 325:12
**instruct** [2] - 290:22, 290:25
**instructed** [1] - 318:8
**instruction** [4] - 290:15, 294:18, 295:2, 295:9
**instructions** [1] - 295:5
**insufficiency** [1] - 313:19
**insufficient** [1] - 313:16
**intend** [3] - 307:19, 324:25, 340:21
**intending** [1] - 308:2
**interaction** [1] - 294:22
**interest** [4] - 274:17, 341:6, 341:19, 342:7
**interesting** [1] - 275:7
**intern** [1] - 257:17
**internists** [1] -

299:14
**interrupt** [3] - 259:16, 276:17, 317:13
**intervals** [2] - 277:9, 277:12
**into** [20] - 261:9, 263:2, 263:5, 268:10, 270:14, 273:22, 278:2, 280:8, 289:2, 290:11, 290:21, 294:13, 295:22, 298:8, 318:15, 320:18, 320:20, 334:6, 334:18, 345:18
**intrapatient** [4] - 284:17, 284:22, 285:3, 285:7
**intricacies** [1] - 277:3
**invade** [1] - 298:14
**investigation** [2] - 317:16, 318:23
**invite** [3] - 289:4, 289:5, 289:14
**invoice** [1] - 335:21
**invoices** [1] - 335:18
**involved** [6] - 261:9, 292:10, 297:9, 297:11, 297:15, 327:2
**involvement** [1] - 295:7
**involving** [1] - 338:7
**irregularities** [1] - 339:6
**irrelevant** [1] - 288:24
**isn't** [1] - 333:3
**issue** [22] - 285:15, 286:3, 288:22, 289:15, 290:9, 292:9, 292:11, 292:20, 293:14, 294:2, 301:2, 308:4, 314:2, 317:23, 319:5, 323:5, 327:7, 337:1, 338:7, 340:3, 345:11, 346:2
**issued** [4] - 268:7, 327:18, 339:18, 346:21
**issues** [8] - 274:10, 274:21, 288:6, 288:25, 292:3, 292:7, 301:1, 309:10
**it** [272] - 257:8, 258:8, 259:23, 260:2, 261:21, 261:24, 261:25, 262:8, 262:23, 263:5, 263:13, 263:20,

264:1, 264:6, 264:18, 265:20, 267:20, 268:16, 268:20, 268:21, 269:17, 269:18, 269:21, 270:3, 270:24, 272:11, 274:1, 274:13, 274:21, 275:1, 275:18, 276:11, 276:24, 277:3, 277:4, 278:7, 278:12, 278:20, 280:10, 280:11, 280:16, 281:4, 281:14, 281:24, 281:25, 283:4, 283:6, 283:7, 283:11, 284:1, 284:2, 284:5, 284:13, 284:15, 285:5, 285:9, 285:19, 285:20, 285:23, 286:5, 286:14, 288:13, 288:21, 289:1, 289:2, 289:7, 289:14, 290:1, 290:3, 290:11, 290:13, 290:14, 290:19, 290:20, 291:13, 291:15, 291:25, 292:20, 292:22, 292:24, 293:4, 293:8, 293:9, 293:13, 293:15, 293:16, 293:18, 293:19, 293:23, 294:10, 294:13, 294:19, 294:20, 295:8, 295:10, 295:14, 296:7, 297:10, 297:20, 298:10, 302:8, 302:18, 303:1, 303:5, 303:9, 303:14, 303:15, 304:5, 304:11, 304:25, 306:8, 306:18, 307:1, 307:6, 307:10, 307:12, 307:18, 308:6, 308:24, 308:25, 309:1, 309:3, 309:5, 309:7, 310:8, 310:15, 310:20, 310:21, 310:25, 311:11, 312:1, 312:4, 312:7, 312:8, 312:17, 313:10, 313:15, 313:19, 313:20, 313:25, 314:2, 314:4, 314:7, 314:8, 314:11, 314:14, 316:4, 316:17, 317:1, 317:6, 318:1, 318:4, 318:20,

318:22, 319:3, 319:13, 320:2, 320:11, 320:20, 320:25, 321:12, 321:23, 321:25, 323:4, 323:15, 323:25, 324:5, 324:6, 325:12, 325:18, 325:19, 325:21, 325:24, 326:19, 326:24, 327:2, 327:14, 327:15, 327:19, 327:21, 328:7, 328:10, 328:16, 328:17, 328:23, 329:16, 330:3, 330:7, 330:9, 330:10, 330:12, 330:15, 330:21, 331:24, 331:25, 332:5, 332:12, 332:13, 332:14, 332:18, 332:24, 333:1, 333:2, 333:4, 334:5, 334:12, 334:14, 334:21, 335:24, 336:3, 336:5, 336:6, 336:9, 336:20, 337:18, 338:15, 339:13, 340:5, 340:6, 340:7, 340:11, 340:17, 340:20, 340:21, 341:1, 341:7, 341:8, 341:9, 341:20, 341:25, 342:7, 342:10, 342:12, 342:16, 342:19, 342:22, 343:3, 343:4, 343:12, 343:16, 344:12, 344:21, 345:18, 346:23, 347:5, 347:9
**it's** [108] - 258:6, 258:9, 260:2, 261:5, 261:20, 264:8, 264:24, 266:24, 267:1, 268:14, 273:12, 274:13, 275:6, 276:11, 277:22, 279:19, 279:20, 280:7, 281:15, 281:23, 283:1, 283:6, 283:12, 285:12, 286:19, 287:1, 287:3, 287:15, 289:11, 292:10, 292:19, 292:22, 292:24, 293:1, 293:2, 293:8, 293:10, 294:3, 294:10, 295:20, 297:20, 298:12,

298:18, 298:22, 303:3, 303:25, 305:5, 306:2, 306:3, 306:11, 306:17, 307:1, 307:2, 307:4, 307:6, 307:9, 307:24, 309:16, 309:20, 309:21, 310:18, 311:1, 311:7, 312:4, 312:6, 314:17, 315:9, 315:13, 316:17, 319:7, 320:19, 321:22, 322:6, 322:10, 324:10, 324:11, 324:13, 326:4, 326:13, 326:17, 326:21, 326:22, 327:8, 328:2, 328:3, 328:6, 328:12, 328:19, 329:1, 329:4, 329:24, 330:3, 331:7, 332:23, 334:4, 336:9, 339:19, 340:14, 340:24, 342:11, 342:15, 347:19
**its** [11] - 259:11, 262:14, 262:15, 264:2, 265:18, 305:19, 307:1, 312:8, 316:16, 327:3, 331:5
**itself** [1] - 259:3

## J

**J** [3] - 253:6, 339:18, 342:4
**JANSSEN** [2] - 254:14, 254:15
**Janssen** [9] - 253:6, 273:15, 281:18, 286:20, 290:18, 293:24, 294:14, 318:19, 323:21
**January** [1] - 343:16
**Jeffcott** [1] - 255:9
**JEFFCOTT** [39] - 254:1, 256:14, 256:17, 256:24, 257:3, 257:4, 262:17, 262:19, 263:2, 263:6, 263:7, 267:12, 267:16, 267:22, 267:25, 268:9, 268:16, 268:21, 268:23, 272:13, 272:16, 273:5, 273:8, 273:22, 274:2, 276:6, 276:8, 279:16, 279:23, 285:22, 287:19, 303:24,

310:17, 314:17, 315:9, 320:22, 320:24, 323:19, 340:18
**Jerry** [1] - 288:13
**job** [1] - 270:24
**Johnson** [2] - 320:15, 320:16
**Joseph** [1] - 253:6
**Jr** [1] - 253:6
**Judge** [3] - 271:25, 291:3, 340:10
**JUDGE** [1] - 253:10
**judge** [1] - 328:2
**judgment** [3] - 289:25, 291:10, 291:24
**July** [3] - 320:2, 320:3, 320:16
**June** [1] - 320:2
**jury** [29] - 256:6, 256:10, 288:5, 288:15, 289:2, 289:4, 289:5, 289:14, 289:22, 290:10, 290:13, 291:16, 292:1, 292:4, 292:21, 294:1, 294:20, 295:1, 295:2, 295:5, 295:6, 302:15, 304:20, 313:23, 335:21, 340:12, 342:20, 342:22, 343:12
**JURY** [6] - 256:7, 256:15, 288:4, 296:5, 296:13, 347:24
**jury's** [1] - 293:16
**just** [129] - 256:22, 256:24, 257:2, 258:13, 258:21, 258:25, 259:22, 259:23, 261:5, 262:11, 262:12, 264:14, 264:20, 264:25, 265:5, 266:21, 267:16, 268:7, 269:6, 269:11, 269:12, 269:22, 269:25, 270:7, 270:17, 270:21, 270:24, 271:9, 271:19, 272:10, 272:12, 272:18, 275:14, 276:16, 276:17, 277:8, 277:12, 277:19, 278:2, 278:6, 279:19, 280:11, 280:12, 281:11, 281:14, 282:8, 283:3, 283:6,

284:1, 284:9, 284:17, 284:20, 285:8, 285:17, 286:8, 286:19, 287:22, 288:7, 288:9, 291:6, 292:24, 294:21, 295:16, 295:20, 297:21, 299:6, 300:12, 301:1, 301:2, 301:6, 301:14, 301:21, 302:2, 303:24, 304:6, 305:12, 306:3, 306:16, 307:1, 307:24, 309:5, 309:11, 309:14, 310:19, 311:23, 314:19, 314:25, 315:6, 315:11, 316:6, 317:4, 317:11, 318:5, 319:7, 320:1, 321:22, 321:23, 322:3, 325:15, 326:1, 326:8, 328:8, 328:24, 328:25, 332:21, 332:24, 335:6, 335:7, 335:12, 335:23, 336:14, 336:21, 337:16, 338:2, 340:2, 343:12, 343:13, 345:3, 345:4, 345:20

# K

**Karen** [4] - 254:19, 348:6, 348:13, 348:14
**keep** [3] - 258:11, 261:19, 265:4
**KESSLER** [1] - 255:7
**Kessler** [24] - 256:18, 257:6, 258:13, 258:20, 262:20, 263:8, 274:3, 275:20, 276:9, 287:20, 296:10, 296:15, 304:3, 311:6, 321:2, 324:2, 339:18, 339:21, 341:4, 343:6, 343:17, 344:16, 344:17, 344:19
**Kessler's** [4] - 293:19, 293:22, 345:12, 345:13
**Kevin** [1] - 291:5
**KEVIN** [1] - 254:11
**key** [1] - 337:1
**kid** [1] - 335:15
**kidding** [1] - 262:12
**kind** [12] - 258:21, 262:20, 272:9,

278:24, 282:6, 307:1, 310:3, 313:24, 318:5, 318:24, 325:15
**kindly** [2] - 265:1, 344:24
**knee** [5] - 319:25, 321:4, 321:16, 325:3
**knew** [2] - 272:2, 277:15
**know** [82] - 258:23, 259:24, 259:25, 261:22, 264:7, 265:12, 266:20, 269:13, 279:2, 279:3, 280:8, 280:12, 280:14, 280:23, 281:22, 281:25, 282:5, 283:14, 284:11, 286:2, 286:3, 286:8, 286:10, 286:14, 293:9, 294:21, 294:23, 295:3, 299:18, 300:5, 302:20, 303:11, 303:16, 304:14, 307:24, 308:10, 308:15, 309:13, 309:20, 311:8, 311:24, 312:1, 312:3, 312:6, 312:9, 313:4, 313:15, 318:11, 324:22, 324:24, 325:5, 326:13, 327:12, 329:18, 329:22, 330:22, 331:16, 332:10, 332:21, 332:25, 334:5, 334:21, 335:1, 335:10, 336:7, 336:18, 338:14, 340:10, 340:13, 341:5, 345:4, 345:25, 346:13, 346:14, 346:23
**knows** [4] - 291:8, 331:21, 331:24, 331:25
**KUPPERMAN** [1] - 254:15

# L

**L** [1] - 253:4
**LA** [2] - 253:21, 254:17
**lab** [3] - 257:9, 261:9, 293:24
**label** [52] - 257:11, 279:5, 279:7, 279:8, 279:10, 279:13,

278:24, 282:6, 307:1, 310:3, 313:24, 318:5, 318:24, 325:15
279:16, 281:14, 285:10, 286:22, 286:23, 288:17, 289:17, 289:20, 290:1, 290:18, 290:24, 293:3, 293:6, 293:8, 293:25, 294:7, 294:15, 328:5, 328:14, 328:17, 328:20, 329:2, 329:4, 329:10, 329:13, 329:14, 330:7, 330:17, 330:19, 331:11, 331:12, 331:13, 331:15, 331:22, 331:23, 332:10, 332:12, 332:17, 333:1, 333:3, 333:10, 337:5, 337:9, 338:3, 338:9
**labeling** [6] - 291:10, 293:16, 321:21, 322:2, 330:13, 332:2
**labelling** [17] - 283:7, 303:13, 319:5, 321:14, 324:8, 328:10, 328:24, 329:1, 330:2, 330:6, 330:11, 330:25, 331:4, 331:6, 331:9, 332:5, 336:25
**labels** [3] - 263:19, 330:13, 332:19
**laboratories** [1] - 282:3
**laboratory** [15] - 257:13, 257:15, 261:24, 279:7, 279:11, 282:3, 283:8, 284:25, 285:1, 286:20, 287:6, 287:14, 289:13, 301:10, 332:6
**labs** [2] - 281:24, 282:4
**lack** [1] - 319:2
**ladies** [3] - 256:8, 290:16, 296:12
**LAMBERT** [1] - 254:1
**language** [16] - 281:17, 283:13, 289:7, 289:21, 290:1, 290:5, 290:17, 290:24, 314:21, 316:4, 316:9, 318:16, 318:25, 321:24, 324:9, 329:9
**large** [2] - 268:2, 278:9

279:16, 281:14, 285:10, 286:22, 286:23, 288:17, 289:17, 289:20, 290:1, 290:18, 290:24, 293:3, 293:6, 293:8, 293:25, 294:7, 294:15, 328:5, 328:14, 328:17, 328:20, 329:2, 329:4, 329:10, 329:13, 329:14, 330:7, 330:17, 330:19, 331:11, 331:12, 331:13, 331:15, 331:22, 331:23, 332:10, 332:12, 332:17, 333:1, 333:3, 333:10, 337:5, 337:9, 338:3, 338:9
**last** [12] - 270:2, 291:19, 293:21, 294:3, 302:21, 304:4, 324:4, 341:9, 344:24, 345:2, 345:9, 345:15
**later** [3] - 288:23, 331:19, 332:8
**latter** [1] - 307:9
**law** [18] - 279:19, 290:9, 291:9, 291:13, 291:15, 291:20, 291:21, 291:25, 292:10, 292:15, 292:17, 292:22, 292:24, 292:25, 328:15, 340:11, 340:14, 340:15
**laws** [2] - 293:5, 313:7
**lawsuit** [5] - 340:4, 340:6, 341:15, 344:22
**lawsuits** [1] - 347:15
**lawyer** [1] - 338:10
**lawyers** [7] - 296:15, 334:3, 335:5, 335:8, 336:13, 336:21, 341:6
**lay** [1] - 340:20
**lays** [1] - 295:2
**lead** [2] - 339:10, 344:19
**learned** [1] - 267:6
**learns** [2] - 306:19, 306:20
**least** [1] - 337:8
**leave** [1] - 276:13
**lecture** [1] - 298:19
**led** [1] - 339:8
**left** [6] - 271:10, 277:22, 278:22, 327:15, 333:13, 345:20
**leg** [1] - 320:7
**legal** [10] - 279:17, 279:18, 285:14, 285:16, 292:11, 308:3, 318:15, 318:24, 340:24, 345:17
**less** [2] - 289:5, 293:2
**let** [24] - 271:19, 274:1, 274:13, 283:5, 291:4, 293:12, 295:14, 296:18, 302:13, 303:5, 303:17, 310:12, 314:12, 315:5, 317:10, 318:2, 320:12, 322:8, 323:16, 336:17,

345:3, 345:4, 347:8
**let's** [33] - 264:13,
264:14, 265:6,
267:19, 269:12,
269:19, 270:15,
271:3, 274:13,
274:24, 276:16,
300:4, 308:9, 309:23,
311:10, 312:25,
315:22, 317:1, 317:4,
318:22, 327:21,
328:21, 333:12,
339:14, 342:16,
342:22, 342:25,
343:16, 344:5, 345:7,
347:18
**letter** [13] - 314:2,
320:15, 321:2, 321:3,
321:11, 321:13,
321:14, 322:1,
322:14, 323:20,
324:5, 324:7, 324:9
**lettering** [2] - 332:13,
332:17
**letters** [1] - 328:23
**level** [7] - 266:1,
271:2, 272:1, 272:23,
280:9, 282:14, 286:6
**levels** [6] - 275:4,
276:2, 277:17,
278:21, 287:14
**LEVIN** [1] - 253:14
**Levine** [1] - 292:12
**LIABILITY** [1] - 253:4
**LIAISON** [1] - 253:14
**license** [1] - 297:18
**life** [1] - 298:20
**light** [6] - 303:15,
306:8, 307:18,
319:16, 331:3, 331:19
**like** [26] - 256:21,
259:18, 262:13,
268:9, 270:5, 270:9,
280:19, 282:17,
299:8, 304:12, 308:4,
310:13, 312:2, 312:6,
312:25, 326:22,
329:13, 330:11,
330:25, 332:25,
333:5, 336:12,
339:13, 346:14,
346:24
**limine** [2] - 290:7,
291:14
**limiting** [1] - 290:15
**line** [5] - 258:2,
262:13, 265:10,
265:15
**linear** [7] - 264:21,
264:24, 265:3,

265:15, 265:18,
275:4, 284:8
**list** [4] - 335:3, 336:4,
337:10, 338:5
**listening** [1] - 294:21
**liter** [1] - 260:4
**literally** [1] - 307:20
**literature** [1] -
333:25
**litigation** [10] -
301:15, 302:5,
333:20, 336:2, 336:5,
336:8, 338:19,
346:22, 347:5, 347:7
**LITIGATION** [1] -
253:4
**litigations** [1] -
335:19
**little** [19] - 258:21,
260:3, 266:8, 276:5,
280:17, 283:3, 293:1,
293:2, 300:4, 302:23,
303:5, 309:23, 318:5,
326:2, 327:22,
333:12, 335:2, 335:8,
338:17
**lived** [1] - 312:1
**lives** [2] - 307:24,
308:1
**LLC** [2] - 254:15,
254:16
**LLP** [2] - 254:5,
254:8
**location** [1] - 333:3
**logic** [1] - 287:3
**logistic** [4] - 276:12,
277:3, 277:21, 278:14
**long** [8] - 268:13,
270:2, 291:8, 303:24,
310:18, 314:17,
315:9, 341:7
**longer** [5] - 261:25,
268:4, 298:10,
339:10, 344:19
**look** [27] - 261:3,
265:6, 266:25, 267:7,
269:1, 269:2, 269:12,
270:5, 281:3, 281:7,
283:16, 287:3,
302:19, 303:10,
311:10, 313:25,
318:20, 318:22,
327:9, 328:23,
332:10, 332:23,
333:5, 337:17, 338:5,
339:14
**looked** [6] - 262:15,
267:5, 269:19, 270:8,
341:7
**looking** [10] -

259:13, 260:15,
263:24, 266:13,
270:22, 274:11,
276:24, 278:22,
279:5, 314:21
**looks** [6] - 262:13,
263:25, 264:1,
304:11, 319:13
**lot** [12] - 265:8,
272:11, 274:20,
277:1, 280:19, 300:5,
312:10, 318:5, 320:5,
326:14, 332:19,
341:10
**lots** [4] - 333:8,
333:9, 334:10
**Louis** [1] - 253:24
**LOUISIANA** [1] -
253:1
**Louisiana** [4] -
253:5, 254:2, 254:20,
348:7
**love** [1] - 312:8
**low** [2] - 260:18,
260:19
**lower** [16] - 265:11,
265:12, 265:24,
270:14, 272:5, 277:4,
277:5, 277:6, 277:17,
279:1, 279:4
**lowest** [7] - 270:18,
270:20, 271:1, 272:5,
272:21, 272:22
**LUNCH** [1] - 347:24
**lung** [2] - 320:9,
320:10

# M

**M** [1] - 254:6
**ma'am** [3] - 259:15,
278:15, 282:23
**made** [8] - 312:12,
326:23, 333:17,
335:5, 336:7, 340:12,
340:25, 344:17
**Magazine** [1] - 254:2
**Main** [1] - 254:9
**major** [18] - 266:4,
267:9, 269:1, 269:3,
269:20, 270:11,
270:12, 271:19,
272:5, 272:6, 272:7,
272:19, 272:24,
277:18, 278:3,
278:25, 280:21
**majority** [4] - 280:2,
326:23, 335:11,
337:19

**make** [27] - 266:24,
267:1, 267:19,
283:23, 285:19,
288:23, 304:7,
305:20, 305:22,
306:14, 309:4, 314:5,
315:1, 317:11,
325:23, 326:11,
326:25, 328:8,
328:25, 332:14,
335:12, 336:18,
336:22, 337:16,
345:3, 347:9, 347:10
**makes** [1] - 345:15
**making** [7] - 292:21,
306:11, 311:13,
316:18, 347:11,
347:14, 347:16
**manage** [1] - 306:1
**management** [2] -
300:25, 306:2
**mandates** [1] - 332:4
**mandatory** [2] -
283:12, 283:13
**manufacturer** [7] -
287:5, 292:16,
307:11, 313:12,
327:15, 329:5, 332:1
**manufacturer's** [1] -
327:8
**many** [7] - 280:20,
294:25, 304:9,
307:25, 312:14,
312:15, 336:7
**market** [18] - 303:11,
306:12, 306:22,
306:24, 307:4, 307:7,
308:6, 308:7, 309:8,
326:20, 327:25,
328:3, 328:10,
328:19, 331:8,
331:11, 331:14
**master** [1] - 330:17
**materials** [1] -
265:17
**matter** [6] - 310:15,
327:19, 328:18,
339:12, 345:19,
348:10
**matters** [2] - 307:23,
337:18
**max** [1] - 270:6
**may** [35] - 256:13,
256:24, 257:14,
261:12, 262:17,
267:12, 268:3,
272:11, 273:6,
279:22, 280:19,
283:3, 285:9, 286:5,
288:13, 289:1,

290:19, 293:13,
293:22, 295:9, 296:7,
298:14, 302:2,
303:20, 310:13,
312:14, 324:24,
328:7, 331:20,
332:16, 334:16,
334:17, 338:4, 346:24
**maybe** [6] - 272:10,
322:4, 327:21, 335:2,
347:3
**MDs** [1] - 264:3
**me** [63] - 258:15,
259:6, 259:18,
259:20, 270:24,
271:19, 271:25,
274:13, 277:2, 280:4,
280:13, 280:22,
283:4, 283:5, 283:11,
284:9, 285:3, 285:13,
288:7, 291:4, 292:20,
293:12, 295:18,
296:18, 298:22,
299:9, 302:13,
302:19, 302:20,
303:5, 303:17, 304:6,
310:12, 310:14,
311:20, 314:12,
315:5, 315:6, 317:10,
318:2, 320:1, 320:12,
321:8, 321:22,
321:23, 322:8,
323:16, 327:7,
327:10, 334:13,
335:1, 336:17,
337:15, 338:5, 342:1,
345:3, 345:4, 347:1,
347:2, 347:8
**mean** [62] - 260:15,
263:20, 266:23,
273:12, 277:8, 277:9,
278:20, 278:24,
278:25, 280:15,
280:20, 281:1,
281:18, 281:22,
282:2, 284:1, 284:22,
286:2, 286:22, 287:3,
287:4, 287:16,
298:22, 301:1,
302:25, 303:8,
303:10, 303:11,
303:12, 303:13,
303:14, 305:13,
305:20, 307:23,
308:20, 311:7, 312:1,
312:9, 317:11, 318:2,
325:22, 326:8, 327:5,
327:8, 329:1, 329:19,
333:6, 334:7, 334:9,
334:13, 336:4,
336:14, 336:20,

338:10, 338:11,
338:14, 339:8,
340:11, 341:20,
343:11, 345:18
  **meaning** [1] - 315:23
  **means** [4] - 258:22,
259:5, 264:16, 306:6
  **meant** [1] - 293:11
  **measure** [7] -
257:16, 257:19,
259:2, 266:20, 287:14
  **measured** [4] -
260:12, 260:22,
261:13
  **measurement** [9] -
259:4, 259:8, 260:4,
260:8, 260:9, 260:10,
264:16, 281:20
  **measurements** [4] -
260:8, 261:12,
269:24, 270:1
  **measures** [2] -
261:24, 285:1
  **measuring** [2] -
282:10, 282:14
  **mechanical** [1] -
254:22
  **median** [1] - 277:25
  **Medical** [2] - 338:20,
343:7
  **medical** [27] -
257:16, 263:14,
263:16, 263:17,
263:23, 263:24,
272:3, 274:6, 275:2,
275:3, 278:11,
297:25, 300:10,
301:10, 301:22,
308:16, 308:19,
309:2, 309:7, 312:22,
312:24, 316:20,
325:16, 325:17,
325:20, 338:25
  **medication** [3] -
292:17, 302:25, 303:8
  **medications** [1] -
300:7
  **medicine** [7] - 282:4,
285:2, 297:6, 297:18,
299:4, 304:19, 305:21
  **Medicine** [4] -
338:20, 339:10,
343:6, 344:20
  **medicines** [2] -
300:8, 303:16
  **meet** [1] - 334:3
  **meeting** [2] - 263:11,
263:12
  **member** [1] - 297:3
  **members** [2] -

256:10, 344:3
  **Memo** [1] - 273:19
  **memo** [1] - 274:20
  **memorize** [1] -
262:12
  **memorized** [1] -
332:24
  **memory** [1] - 324:24
  **memos** [1] - 304:20
  **mention** [1] - 312:25
  **mentioned** [7] -
261:8, 281:1, 283:22,
312:14, 328:6,
333:23, 338:19
  **Meridian** [1] - 254:9
  **merits** [4] - 341:10,
341:17, 345:13,
345:23
  **mess** [1] - 312:5
  **messed** [1] - 277:22
  **met** [1] - 304:4
  **methods** [1] - 317:20
  **Meunier** [2] - 288:13,
291:6
  **MEUNIER** [10] -
253:19, 253:20,
287:24, 288:13,
339:22, 340:1,
340:10, 340:23,
342:13, 342:19
  **Michael** [2] - 339:18,
342:4
  **micrograms** [1] -
260:4
  **might** [1] - 308:3
  **milligram** [1] -
320:16
  **million** [3] - 323:8,
335:20, 335:25
  **millions** [7] - 309:20,
335:5, 336:7, 336:10,
347:10, 347:14,
347:16
  **mimic** [1] - 293:3
  **mind** [7] - 258:21,
262:11, 264:11,
267:14, 268:1, 274:3,
324:22
  **mindful** [1] - 289:23
  **mine** [1] - 339:6
  **minimal** [1] - 285:5
  **minutes** [7] - 256:22,
288:1, 288:2, 293:22,
294:3, 295:25, 347:21
  **mirror** [1] - 293:3
  **misbranded** [1] -
330:4
  **mislabeling** [1] -
330:7
  **misleading** [6] -

330:2, 331:4, 331:6,
331:9, 331:22, 332:1
  **misrepresentations**
[1] - 342:2
  **misspeak** [2] -
316:7, 337:17
  **misspoken** [2] -
261:12, 332:16
  **misunderstood** [1] -
331:20
  **mitigate** [1] - 306:4
  **mitigation** [1] - 306:2
  **MO** [1] - 253:24
  **model** [1] - 277:12
  **modern** [1] - 332:22
  **moment** [3] - 282:17,
287:22, 307:25
  **monitoring** [2] -
274:22, 301:5
  **Montgomery** [1] -
253:18
  **months** [1] - 346:20
  **more** [22] - 261:6,
262:2, 262:4, 266:8,
267:9, 276:5, 286:6,
290:5, 292:14, 293:1,
302:7, 303:5, 306:17,
309:23, 323:8,
327:14, 327:22,
328:21, 334:8, 335:2,
346:1, 346:16
  **morning** [17] - 256:8,
256:14, 256:15,
256:18, 256:19,
282:20, 288:1, 291:5,
296:10, 296:11,
296:12, 296:13,
296:17, 298:13,
302:4, 307:21, 309:19
  **MORNING** [2] -
253:11, 256:3
  **most** [7] - 281:20,
292:3, 293:14,
293:21, 311:17,
311:19, 338:2
  **mostly** [2] - 312:21,
323:10
  **motion** [4] - 289:24,
290:7, 291:11, 291:14
  **motions** [1] - 291:10
  **mouth** [1] - 259:3
  **moving** [2] - 271:14,
322:21
  **Mr** [7] - 255:11,
291:1, 291:6, 291:16,
292:6, 295:13, 336:4
  **MR** [64] - 263:4,
268:12, 273:25,
279:14, 279:17,
285:13, 285:17,

285:21, 287:22,
287:24, 288:7,
288:13, 291:5,
293:13, 294:9,
294:19, 295:12,
295:20, 295:24,
296:7, 296:9, 296:12,
296:14, 303:20,
304:1, 304:2, 304:23,
305:2, 305:4, 310:13,
310:16, 310:19,
310:22, 311:1, 311:5,
314:19, 314:20,
315:11, 315:12,
320:15, 320:19,
321:1, 323:18,
323:20, 323:24,
324:1, 339:17,
339:20, 339:22,
340:1, 340:2, 340:10,
340:20, 340:23,
341:3, 342:9, 342:11,
342:13, 342:17,
342:19, 342:24,
345:3, 345:6, 347:19
  **MS** [38] - 256:14,
256:17, 256:24,
257:3, 257:4, 262:17,
262:19, 263:2, 263:6,
263:7, 267:12,
267:16, 267:22,
267:25, 268:9,
268:16, 268:21,
268:23, 272:13,
272:16, 273:5, 273:8,
273:22, 274:2, 276:6,
276:8, 279:16,
279:23, 285:22,
287:19, 303:24,
310:17, 314:17,
315:9, 320:22,
320:24, 323:19,
340:18
  **Ms** [1] - 255:9
  **much** [11] - 259:1,
259:25, 260:1, 260:5,
260:9, 260:16,
276:20, 279:3,
322:12, 334:9, 336:17
  **Mueck** [8] - 258:2,
258:4, 258:13,
258:14, 258:16,
259:13, 260:14, 261:4
  **Mueck's** [2] - 258:9,
258:12
  **MULLINS** [1] - 254:7
  **multiple** [1] - 347:12
  **must** [10] - 279:7,
283:8, 283:13, 287:5,
313:15, 314:8,

314:12, 316:5,
316:11, 345:12
  **my** [52] - 259:9,
259:25, 261:6, 264:8,
271:22, 271:24,
275:24, 277:21,
277:22, 280:9,
280:12, 280:13,
285:4, 286:19,
287:19, 294:10,
297:20, 298:18,
298:20, 298:23,
301:24, 304:16,
307:9, 311:25,
314:12, 320:7,
324:24, 327:12,
327:18, 328:8,
332:16, 334:12,
336:17, 336:20,
337:8, 337:18, 338:5,
345:21, 345:24,
346:11, 346:12,
346:15, 347:9,
347:16, 347:17, 348:9

# N

  **N** [3] - 254:12, 255:2,
256:1
  **name** [4] - 262:24,
281:1, 281:2, 292:15
  **named** [3] - 292:12,
292:14, 293:7
  **namely** [3] - 288:22,
289:6, 289:19
  **nature** [1] - 338:14
  **NDA** [4] - 274:5,
317:17, 317:19,
318:25
  **necessarily** [3] -
281:10, 303:3, 330:23
  **necessary** [1] -
340:24
  **need** [10] - 260:25,
264:20, 277:7,
281:24, 281:25,
282:6, 282:8, 304:5,
306:23, 347:9
  **needed** [1] - 290:25
  **needs** [1] - 331:9
  **negotiation** [8] -
328:14, 329:11,
329:18, 329:25,
330:18, 330:22,
330:25
  **negotiations** [2] -
295:13, 295:17
  **NELSON** [1] - 254:7
  **Neoplastin** [15] -
281:7, 281:8, 281:11,

281:15, 281:16,
281:19, 282:11,
282:14, 283:9,
283:22, 283:25,
284:3, 284:5, 285:23,
286:12
**neurologist** [1] -
301:3
**neurology** [1] -
301:3
**never** [20] - 299:9,
299:19, 300:2, 300:5,
300:10, 300:21,
300:24, 301:4, 301:7,
301:12, 301:19,
301:22, 304:4,
324:22, 330:22,
336:16, 336:23,
345:19, 346:24, 347:1
**new** [18] - 274:5,
275:6, 283:11, 313:8,
313:11, 313:15,
313:24, 314:22,
315:17, 316:5,
319:20, 319:23,
322:22, 322:25,
325:5, 329:5, 331:11,
331:14
**New** [6] - 253:5,
253:21, 254:2,
254:17, 254:20,
347:11
**NEWSOM** [2] -
254:11, 291:5
**Newsom** [1] - 291:5
**next** [6] - 271:14,
272:13, 273:18,
297:10, 304:16,
336:17
**nicknamed** [1] -
324:21
**no** [53] - 262:12,
263:4, 263:20,
265:13, 265:20,
268:12, 268:14,
273:25, 279:12,
279:25, 280:1,
281:22, 281:23,
285:6, 285:25,
286:22, 286:24,
290:8, 293:1, 293:25,
297:14, 298:10,
299:1, 299:5, 299:11,
300:3, 300:12,
300:23, 301:6,
301:14, 301:17,
301:21, 302:19,
303:24, 304:25,
305:21, 310:17,
310:20, 312:6,

314:17, 315:9,
316:12, 323:19,
326:17, 329:3,
331:24, 333:17,
336:4, 338:10,
339:10, 344:19,
345:17
**No** [12] - 253:4,
253:7, 258:5, 263:3,
268:10, 273:23,
276:7, 290:7, 295:15,
305:15, 323:16
**NOACs** [4] - 297:12,
299:20, 300:14,
301:14
**nobody** [1] - 278:25
**non** [3] - 293:4,
293:7, 293:10
**non-generic** [3] -
293:4, 293:7, 293:10
**none** [1] - 290:20
**nonetheless** [1] -
290:13
**nonvalvular** [4] -
323:1, 323:8, 323:12,
323:22
**nope** [1] - 297:21
**normal** [2] - 283:14,
283:18
**Norman** [1] - 324:17
**not** [161] - 258:12,
259:21, 264:7, 265:9,
265:13, 265:20,
268:12, 275:18,
279:19, 280:2, 280:7,
281:4, 281:9, 281:14,
281:15, 283:12,
285:16, 286:2, 286:5,
286:10, 288:18,
288:22, 289:3,
289:11, 289:15,
290:3, 290:18,
290:22, 290:24,
291:18, 292:3,
292:10, 292:17,
292:24, 293:10,
293:17, 293:22,
293:25, 294:1, 295:9,
295:15, 295:18,
295:22, 296:25,
297:2, 297:3, 297:5,
297:6, 297:9, 297:11,
297:15, 298:13,
298:15, 298:18,
298:20, 298:23,
298:24, 299:3,
299:11, 299:15,
299:22, 300:8,
300:13, 300:15,
300:23, 301:1, 301:2,

301:6, 301:9, 301:11,
301:16, 302:3,
302:14, 302:24,
303:3, 303:8, 304:6,
306:3, 306:13, 308:3,
308:13, 308:20,
308:23, 309:3, 309:7,
309:14, 309:16,
309:20, 309:21,
312:4, 314:8, 314:14,
314:23, 316:1, 316:6,
316:10, 316:11,
317:11, 317:19,
317:20, 321:4, 323:5,
324:25, 325:17,
325:18, 326:21,
326:22, 327:3, 327:5,
327:11, 327:18,
329:13, 330:4, 330:7,
330:9, 331:1, 331:7,
331:8, 331:21, 332:7,
332:22, 333:15,
334:14, 334:16,
334:23, 335:23,
336:2, 336:6, 336:9,
336:19, 337:22,
338:9, 338:23, 339:5,
340:12, 340:14,
340:15, 340:16,
340:21, 340:25,
341:5, 341:7, 341:9,
341:11, 341:14,
341:20, 341:25,
342:15, 343:14,
344:17, 345:13,
345:15, 345:23,
346:1, 346:6, 347:4,
347:13
**note** [2] - 271:25,
278:6
**notes** [2] - 287:19,
293:23
**nothing** [6] - 289:5,
302:8, 307:23,
326:10, 342:14,
345:23
**notice** [1] - 333:8
**notion** [1] - 306:16
**novel** [3] - 297:12,
299:19, 301:13
**November** [6] -
273:20, 320:3,
322:19, 322:21,
323:21, 335:14
**now** [37] - 259:12,
260:6, 260:10, 261:2,
265:6, 270:10, 271:3,
272:6, 272:8, 275:6,
276:4, 281:6, 281:21,
283:11, 284:6,

284:15, 284:23,
297:18, 297:25,
298:24, 302:23,
309:23, 312:4, 313:7,
313:15, 314:7, 317:4,
319:7, 319:20,
320:12, 322:14,
322:21, 323:12,
325:9, 335:6, 343:16
**nuanced** [2] -
292:15, 293:2
**number** [17] - 267:4,
269:5, 269:6, 270:4,
272:5, 274:10,
276:17, 280:20,
304:17, 310:25,
313:18, 313:20,
321:5, 323:23,
323:24, 329:20, 335:9
**numbered** [1] -
348:10
**numbers** [12] -
266:7, 270:13,
270:22, 271:20,
272:8, 272:11,
272:12, 280:16,
281:5, 311:2
**numerous** [1] -
312:22
**NW** [1] - 254:6

## O

**O** [1] - 256:1
**oath** [3] - 256:11,
334:12, 342:15
**object** [6] - 279:17,
288:15, 294:19,
320:22, 340:23,
342:19
**objection** [31] -
263:4, 268:11,
268:12, 268:14,
273:24, 273:25,
285:14, 285:16,
285:18, 289:11,
295:11, 295:16,
295:17, 295:22,
303:23, 303:24,
304:25, 310:17,
310:20, 314:16,
314:17, 315:8, 315:9,
320:21, 320:25,
323:19, 323:20,
340:17, 341:1,
342:12, 342:13
**obvious** [1] - 278:24
**obviously** [4] -
279:4, 306:4, 306:18,
340:12

**October** [1] - 320:3
**OF** [2] - 253:1, 253:9
**of** [405] - 256:10,
257:5, 257:10,
257:19, 257:22,
257:25, 258:17,
258:18, 258:21,
258:24, 259:8, 259:9,
259:11, 260:4, 260:6,
260:10, 260:18,
260:21, 261:1, 261:6,
261:11, 261:14,
261:23, 262:4, 262:5,
262:6, 262:11,
262:12, 262:13,
262:14, 262:16,
262:20, 262:24,
262:25, 263:8,
263:18, 263:21,
264:23, 264:25,
265:4, 265:11,
265:25, 266:6, 266:7,
266:11, 266:12,
266:14, 266:15,
266:20, 266:21,
266:25, 267:1, 267:4,
267:6, 267:17, 268:1,
268:20, 268:21,
268:24, 269:3, 269:5,
269:9, 270:4, 270:23,
271:14, 271:17,
272:5, 272:6, 272:7,
272:8, 272:9, 272:11,
272:19, 272:22,
272:23, 272:25,
273:10, 273:13,
273:17, 274:3,
274:10, 274:17,
274:21, 274:22,
274:24, 275:10,
276:3, 276:21,
276:25, 277:1, 277:3,
277:5, 277:6, 277:7,
277:12, 277:18,
278:9, 278:12,
278:21, 278:24,
279:5, 279:19,
279:20, 280:1, 280:2,
280:17, 280:24,
281:10, 281:11,
281:19, 281:21,
282:2, 282:6, 282:24,
283:1, 283:7, 283:14,
283:18, 283:24,
284:11, 284:15,
284:16, 285:10,
286:14, 286:18,
287:6, 287:15,
287:16, 287:17,
288:5, 288:16,
288:18, 288:21,

289:6, 289:10,
289:17, 289:19,
289:20, 289:23,
291:2, 291:6, 291:9,
291:12, 291:13,
291:15, 291:20,
291:21, 291:23,
291:25, 292:5, 292:7,
292:10, 292:16,
292:17, 292:19,
292:20, 292:22,
292:24, 292:25,
293:10, 293:16,
293:22, 294:3, 294:5,
294:9, 294:25, 295:5,
295:12, 295:21,
295:23, 295:25,
296:15, 296:20,
296:22, 297:3, 297:9,
297:12, 297:16,
297:22, 298:6,
298:14, 298:19,
298:20, 298:23,
299:1, 299:3, 300:3,
300:5, 300:11,
300:12, 300:22,
301:6, 301:10,
301:14, 301:15,
301:17, 301:25,
302:3, 302:9, 302:11,
302:14, 303:2,
303:15, 304:14,
304:17, 305:5,
305:10, 305:23,
306:6, 306:8, 307:2,
307:14, 307:15,
307:16, 308:10,
308:11, 308:12,
308:21, 309:12,
309:17, 309:20,
309:23, 309:25,
310:1, 310:3, 310:6,
310:9, 310:10,
310:22, 311:7,
311:14, 311:23,
312:10, 312:11,
312:17, 313:6, 313:8,
313:12, 313:18,
313:20, 313:21,
313:24, 315:17,
315:19, 315:23,
315:25, 316:1,
316:15, 317:5, 317:6,
317:16, 318:1, 318:5,
318:6, 318:7, 318:13,
318:16, 318:19,
318:23, 318:24,
319:2, 319:4, 319:16,
319:18, 321:4, 321:5,
321:11, 321:12,
321:25, 322:15,

322:19, 322:20,
323:1, 323:14, 324:5,
324:6, 324:7, 324:12,
324:18, 324:19,
325:1, 325:2, 325:6,
325:19, 326:4, 326:8,
326:14, 327:3,
327:24, 328:13,
328:14, 329:4, 329:5,
329:12, 329:15,
329:20, 330:16,
330:17, 330:22,
331:3, 331:25,
332:12, 332:14,
332:17, 332:19,
332:22, 333:1, 333:3,
333:8, 333:9, 333:15,
333:18, 334:1, 334:6,
334:7, 334:14,
334:18, 334:21,
334:25, 335:4, 335:5,
335:6, 335:9, 335:11,
335:14, 335:19,
336:2, 336:5, 336:7,
336:10, 336:11,
336:25, 337:2, 337:5,
337:19, 337:23,
337:25, 338:2, 338:3,
338:7, 338:20,
338:21, 339:1, 339:7,
339:10, 339:13,
339:18, 340:15,
341:10, 341:22,
342:4, 343:6, 343:7,
343:9, 343:10,
343:17, 344:2,
344:20, 344:23,
344:24, 345:13,
345:16, 346:9,
346:11, 346:17,
346:21, 347:6,
347:10, 347:14,
347:16, 348:7, 348:9
   **off** [15] - 259:20,
265:7, 266:14,
269:18, 272:23,
275:10, 287:4,
296:17, 296:18,
300:15, 308:6, 308:7,
330:9, 330:21, 331:1
   **offer** [8] - 263:2,
268:10, 273:22,
304:23, 320:20,
340:21, 340:22, 342:9
   **offering** [2] - 288:16,
320:18
   **office** [1] - 322:15
   **Office** [1] - 324:19
   **Official** [3] - 254:19,
348:6, 348:15

   **officially** [1] - 345:25
   **officials** [1] - 343:9
   **oh** [1] - 282:2
   **okay** [28] - 258:23,
264:15, 268:22,
274:1, 281:3, 285:15,
286:9, 287:25, 288:9,
295:8, 295:19,
295:25, 302:13,
315:7, 317:4, 317:11,
317:12, 328:18,
330:11, 334:23,
336:11, 338:6,
339:25, 341:22,
343:15, 345:7,
347:14, 347:20
   **older** [1] - 323:10
   **omit** [1] - 331:6
   **on** [148] - 256:10,
256:25, 257:2,
257:10, 258:8, 259:5,
259:9, 259:11, 260:1,
261:19, 261:22,
264:11, 265:17,
265:25, 267:8, 269:8,
271:10, 271:12,
271:19, 272:11,
273:10, 274:15,
275:18, 276:4,
276:14, 276:21,
277:19, 278:3, 278:4,
278:8, 278:10,
278:16, 279:7,
279:16, 281:9,
281:10, 281:14,
281:17, 282:10,
282:19, 283:13,
285:10, 285:24,
286:16, 286:22,
286:23, 287:2, 288:6,
289:25, 291:6,
291:10, 291:19,
293:3, 293:6, 293:7,
293:11, 293:25,
294:17, 295:11,
297:15, 298:10,
298:12, 298:13,
298:15, 298:17,
299:17, 299:18,
301:1, 301:5, 301:6,
301:7, 301:9, 301:11,
301:16, 301:17,
301:24, 302:13,
302:18, 303:2,
303:11, 305:18,
306:12, 306:18,
306:22, 307:3,
307:11, 307:14,
308:9, 308:25, 309:7,
309:13, 310:11,

312:15, 313:18,
315:1, 316:16, 317:2,
317:4, 317:14,
317:15, 318:22,
321:12, 321:18,
321:23, 321:25,
322:10, 323:23,
324:4, 324:7, 324:11,
324:13, 325:12,
326:8, 326:15,
326:20, 327:7,
327:25, 328:2, 328:9,
328:19, 329:10,
329:14, 330:9,
330:21, 331:1, 331:7,
331:11, 331:14,
331:19, 331:22,
332:20, 333:15,
336:22, 338:6, 339:6,
340:11, 342:6,
343:18, 344:2, 345:1,
345:9, 345:23
   **On** [1] - 343:16
   **once** [2] - 305:13,
335:10
   **oncologists** [1] -
322:20
   **oncology** [1] -
322:15
   **one** [35] - 257:25,
259:7, 260:6, 266:7,
267:17, 267:20,
269:6, 271:7, 273:13,
275:24, 276:22,
279:1, 284:1, 285:16,
287:7, 295:12,
296:15, 298:23,
300:13, 301:11,
301:14, 302:1,
302:19, 305:5,
309:16, 318:7,
318:13, 322:20,
325:2, 328:21, 334:6,
334:18, 337:8, 337:22
   **One** [1] - 254:12
   **one's** [2] - 276:12,
276:13
   **ones** [4] - 282:4,
282:5, 325:22, 342:8
   **online** [1] - 263:13
   **only** [13] - 267:17,
280:4, 280:7, 284:4,
306:13, 309:17,
319:8, 326:1, 329:18,
329:22, 331:18,
336:19, 340:18
   **OPEN** [3] - 256:5,
296:4, 341:2
   **operating** [1] -
304:18

   **opinion** [17] -
264:12, 265:21,
278:5, 278:17,
278:19, 279:20,
280:9, 282:10,
282:12, 282:13,
285:23, 286:12,
287:2, 302:12, 338:8,
338:13, 346:23
   **opinions** [12] -
256:21, 275:21,
275:24, 302:3, 302:7,
302:10, 302:14,
326:11, 326:15,
326:18, 327:6, 327:18
   **opportunity** [2] -
302:16, 311:16
   **opposed** [1] - 292:12
   **options** [1] - 314:1
   **or** [89] - 259:7, 268:3,
268:20, 271:1, 271:4,
271:5, 272:2, 280:6,
280:8, 280:18,
283:10, 286:16,
289:2, 290:10,
290:14, 290:19,
290:24, 291:1,
291:18, 292:2,
292:10, 293:17,
294:6, 294:7, 294:23,
295:9, 295:15, 297:6,
297:9, 297:12,
297:16, 299:8,
299:14, 299:19,
299:24, 300:6,
300:11, 300:21,
300:24, 300:25,
301:5, 301:7, 301:12,
302:19, 302:20,
303:13, 303:14,
307:9, 313:12, 314:2,
314:4, 316:11,
317:20, 317:22,
319:3, 319:4, 319:14,
319:25, 320:2, 320:3,
320:9, 323:4, 326:19,
327:7, 327:13, 328:7,
328:10, 329:4,
329:21, 330:2, 330:6,
330:13, 331:4, 331:6,
331:9, 331:11,
331:16, 331:17,
331:18, 333:25,
334:18, 337:6, 338:3,
338:14, 340:16,
345:24, 346:14
   **oral** [3] - 297:12,
299:19, 301:13
   **order** [15] - 281:24,
281:25, 293:5,

315:24, 317:23,
319:5, 332:4, 332:8,
339:17, 341:4,
341:14, 341:17,
343:1, 344:24, 345:22
**organization** [2] -
309:6, 312:7
**Orleans** [5] - 253:5,
253:21, 254:2,
254:17, 254:20
**other** [27] - 263:11,
263:16, 265:5, 270:8,
275:19, 283:13,
291:4, 293:2, 293:7,
294:12, 303:13,
304:4, 306:14, 307:6,
307:15, 312:7,
319:10, 324:9,
325:24, 329:20,
329:24, 337:13,
346:12, 346:13,
347:17
**others** [5] - 257:19,
300:20, 325:20,
332:3, 338:4
**ought** [3] - 307:7,
308:7, 340:10
**our** [9] - 287:10,
287:25, 291:8, 294:3,
295:5, 306:4, 309:24,
321:11, 324:5
**ourselves** [1] - 294:4
**out** [16] - 267:13,
272:9, 289:8, 295:2,
295:4, 302:1, 322:8,
327:2, 328:14,
336:15, 336:19,
336:21, 336:23,
344:23, 346:25, 347:1
**outline** [1] - 314:12
**outside** [2] - 288:5,
288:9
**outweigh** [2] - 306:7,
331:5
**outweighed** [2] -
289:21, 308:12
**over** [9] - 260:3,
271:14, 271:15,
289:11, 302:20,
333:6, 335:4, 335:6,
336:4
**overlap** [1] - 277:11
**overrule** [5] - 285:16,
285:20, 320:25,
340:16, 341:1
**overruled** [2] -
308:25, 325:20
**overruling** [1] -
295:10
**overseen** [1] - 282:5

**own** [5] - 262:14,
262:15, 276:4,
309:18, 316:16
**owner** [1] - 330:17

## P

**P** [1] - 256:1
**P.O** [1] - 253:17
**P2** [2] - 267:20,
267:23
**P3** [1] - 268:22
**package** [1] - 328:6
**packing** [1] - 332:19
**Page** [8] - 258:11,
264:8, 268:13,
268:14, 269:8,
274:14, 278:10
**page** [18] - 258:17,
264:6, 264:12, 269:8,
273:9, 273:11,
273:18, 276:17,
276:19, 302:13,
304:10, 309:21,
315:1, 321:8, 321:9,
324:5, 338:6, 345:9
**PAGE/LINE** [1] -
255:5
**pages** [3] - 267:18,
301:17, 309:20
**paid** [1] - 335:25
**panel** [1] - 344:2
**PAPANTONIO** [1] -
253:14
**paper** [5] - 258:2,
258:3, 258:4, 258:9,
258:12
**papers** [1] - 257:25
**paragraph** [4] -
283:1, 311:10, 321:9,
322:8, 322:9, 324:4,
345:8, 345:9
**parenthesis** [1] -
271:21
**Parisian's** [1] -
293:20
**part** [16] - 268:20,
268:21, 282:24,
283:1, 295:5, 295:12,
305:10, 308:21,
309:12, 315:23,
325:19, 328:13,
329:5, 333:1, 339:6
**partial** [1] - 289:24
**particular** [2] -
283:19, 315:19
**parties** [1] - 291:21
**parts** [1] - 263:18
**pass** [3] - 267:13,

271:25, 287:20
**passes** [1] - 315:2
**patient** [11] - 260:7,
261:12, 280:14,
282:14, 285:24,
286:15, 287:8,
298:15, 300:2
**patient's** [3] -
257:10, 283:10,
286:21
**patients** [26] -
257:14, 260:21,
261:8, 264:18, 267:7,
269:21, 270:11,
270:12, 270:18,
276:25, 278:21,
280:23, 282:11,
282:15, 284:16,
284:23, 287:15,
298:10, 298:15,
298:17, 298:19,
299:15, 301:5,
319:24, 323:1
**pay** [1] - 293:17
**Pazdur** [1] - 322:15
**PDF** [3] - 264:7,
264:8, 274:14
**pediatrics** [4] -
298:1, 298:4, 298:6,
299:5
**peer** [1] - 301:7
**peer-reviewed** [1] -
301:7
**peers** [2] - 300:11,
301:22
**Pensacola** [1] -
253:15
**people** [25] - 259:22,
267:1, 271:17,
272:10, 280:2,
280:20, 283:17,
299:12, 304:15,
311:14, 311:21,
311:24, 311:25,
312:4, 312:5, 312:7,
320:8, 326:10,
326:11, 326:13,
326:15, 326:18,
326:21, 327:1, 336:22
**per** [2] - 260:4, 266:5
**percent** [13] -
271:22, 272:4,
272:23, 272:24,
275:15, 280:18,
284:15, 284:16,
285:6, 285:7, 346:10
**percentage** [7] -
271:17, 271:18,
271:19, 272:6, 272:7,
280:17, 281:23

**percentages** [1] -
272:12
**perfect** [15] - 264:24,
265:2, 265:7, 265:13,
265:14, 279:25,
280:2, 280:10, 285:6,
312:4, 312:6, 319:20,
322:12, 347:19
**perfectly** [4] -
305:14, 305:22,
308:25, 316:13
**performed** [2] -
283:20, 318:9
**performs** [1] -
311:12
**perhaps** [2] - 291:22,
299:25
**period** [1] - 317:1
**person** [1] - 342:5
**perspective** [1] -
346:6
**pertains** [1] - 266:11
**pertinent** [1] -
312:25
**pharm** [5] - 263:18,
263:23, 263:25,
278:11, 312:21
**pharma** [1] - 258:18
**PHARMA** [1] - 254:5
**pharmaceutical** [6] -
307:25, 334:24,
336:25, 337:5,
337:11, 338:8
**Pharmaceuticals** [1]
- 323:21
**PHARMACEUTICA
LS** [2] - 254:4, 254:14
**pharmacodynamic**
[3] - 259:5, 259:8,
269:13
**Pharmacodynamic**
[1] - 268:6
**pharmacokinetic** [1]
- 258:24, 258:25,
259:4, 269:13
**pharmacologists** [1]
- 264:2, 275:7, 284:7,
312:18
**pharmacology** [4] -
258:19, 264:1, 275:1,
275:2
**Phil** [1] - 335:16
**phone** [2] - 307:11,
307:14
**phrase** [1] - 303:5
**physician** [3] -
286:15, 291:1, 298:24
**physicians** [1] -
312:10
**picture** [1] - 262:11

**piece** [4] - 286:18,
287:15, 319:10,
346:13
**pill** [1] - 257:7
**PK** [1] - 258:25
**place** [3] - 297:16,
327:1, 330:25
**Place** [1] - 254:12
**Plaintiff** [1] - 276:6
**plaintiff** [2] - 343:5,
343:6
**PLAINTIFF** [1] -
255:5
**Plaintiff's** [2] -
268:10, 273:23
**plaintiff's** [12] -
289:22, 290:7,
290:25, 291:20,
302:5, 302:16,
336:13, 336:21,
337:2, 337:6, 338:10,
343:10
**plaintiffs** [12] -
288:14, 290:4, 335:5,
335:7, 335:11, 337:6,
337:20, 337:21,
338:13, 346:22,
347:4, 347:15
**PLAINTIFFS'** [1] -
253:13
**plasma** [10] - 260:2,
261:21, 261:23,
264:23, 264:25,
265:1, 265:11,
265:12, 265:19,
265:23
**plate** [1] - 324:9
**please** [15] - 256:6,
256:8, 258:17,
269:11, 273:5, 273:9,
274:11, 275:23,
288:5, 288:13,
293:13, 296:6, 296:7,
304:16, 305:3
**plotting** [1] - 272:9
**plugging** [1] - 281:15
**Plus** [11] - 281:7,
281:8, 281:11,
281:15, 281:19,
282:11, 283:22,
283:25, 284:3, 284:5,
285:23
**point** [12] - 264:4,
274:12, 274:23,
279:25, 292:21,
295:9, 306:16,
306:17, 309:8,
319:12, 326:24,
347:18
**pointedly** [1] -

291:11
**points** [1] - 260:22
**portion** [12] - 268:17, 268:19, 270:21, 274:12, 274:15, 274:17, 282:21, 283:5, 310:22, 336:11, 346:8, 346:11
**posing** [1] - 264:14
**position** [5] - 265:18, 291:8, 292:6, 292:12, 294:17
**possible** [1] - 283:10
**post** [1] - 270:6
**power** [1] - 306:23
**Poydras** [3] - 253:21, 254:17, 254:20
**PR** [1] - 311:7
**practical** [1] - 328:18
**practice** [2] - 297:18, 299:7
**practices** [1] - 343:25
**precaution** [1] - 283:8
**Precautions** [1] - 287:5
**precautions** [2] - 332:3, 332:6
**precise** [1] - 346:16
**preclusive** [2] - 345:11
**predicate** [1] - 309:17
**predicts** [1] - 266:24
**predominant** [1] - 298:20
**preempted** [5] - 289:18, 290:9, 292:17
**preemption** [16] - 289:6, 289:25, 290:12, 291:6, 291:9, 291:11, 291:12, 291:15, 291:17, 291:21, 291:24, 292:2, 292:4, 292:7, 292:9, 292:14
**pregnant** [1] - 292:23
**prejudice** [1] - 289:21
**prejudicial** [2] - 294:20, 294:24
**preparation** [3] - 334:6, 334:18, 334:22
**prepare** [2] - 334:3, 334:9
**prepared** [1] - 334:5
**prepares** [1] - 263:11
**prescribe** [1] -

299:23
**prescribed** [6] - 299:19, 299:21, 299:24, 300:2, 317:21, 319:4
**prescribing** [3] - 291:1, 328:8, 328:10
**prescription** [2] - 292:16, 328:7
**presentation** [2] - 301:22, 333:3
**presentations** [2] - 300:10, 300:18
**presented** [3] - 288:25, 290:3, 294:11
**pretty** [2] - 332:1, 334:13
**prevent** [1] - 319:24
**prevention** [3] - 287:16, 287:17, 321:4
**previously** [3] - 335:19, 337:23, 343:6
**primary** [2] - 294:11, 319:13
**printing** [1] - 332:22
**printout** [1] - 332:20
**prior** [7] - 259:22, 290:5, 294:23, 311:17, 333:17, 337:21, 345:16
**private** [1] - 347:17
**Privilege** [1] - 343:18
**probably** [16] - 269:22, 270:25, 274:19, 278:20, 284:18, 293:21, 296:17, 304:15, 305:8, 313:10, 330:4, 335:7, 336:18, 337:7, 338:15, 343:12
**probative** [1] - 289:20
**problem** [4] - 286:17, 289:3, 289:9, 331:8
**problematic** [1] - 343:25
**problems** [1] - 303:13
**proceed** [1] - 256:13
**Proceedings** [1] - 254:22
**PROCEEDINGS** [1] - 253:9
**proceedings** [1] - 348:10
**process** [19] - 307:5, 308:3, 308:11, 309:10, 309:13, 313:19, 314:5, 315:20, 315:24,

316:19, 317:17, 318:6, 326:4, 327:2, 328:9, 331:11, 334:16, 345:18, 346:4
**processes** [1] - 307:1
**produced** [1] - 254:23
**product** [2] - 305:14, 305:15
**products** [3] - 322:16, 324:18, 325:1
**PRODUCTS** [1] - 253:4
**professionals** [1] - 312:17
**professor** [3] - 338:24, 338:25, 346:18
**profile** [1] - 264:2
**Project** [4] - 341:6, 341:12, 341:18, 342:6
**promulgate** [2] - 310:5, 310:9
**proof** [1] - 290:23
**properly** [3] - 267:20, 290:25, 323:6
**propose** [3] - 290:4, 330:12, 330:13
**proposed** [4] - 290:17, 319:5, 330:2, 330:6
**protected** [1] - 344:18
**protecting** [1] - 309:25
**protection** [1] - 311:19
**prothrombin** [16] - 257:17, 259:7, 260:11, 260:19, 260:20, 261:3, 261:20, 264:15, 265:11, 265:13, 269:15, 272:19, 275:13, 277:17, 301:8
**protocol** [1] - 261:15
**proud** [2] - 339:13, 345:22
**provide** [3] - 294:1, 309:12, 311:3
**provided** [4] - 268:18, 270:22, 282:1, 283:13
**PT** [103] - 257:18, 257:21, 259:7, 260:6, 260:10, 260:11, 260:12, 260:13, 260:17, 261:1, 261:2,

261:8, 261:9, 261:13, 261:14, 261:16, 261:19, 262:1, 262:3, 262:6, 264:23, 265:1, 265:19, 265:22, 265:24, 266:1, 266:18, 266:20, 266:22, 266:24, 266:25, 267:2, 267:6, 269:2, 269:13, 269:15, 269:24, 270:1, 270:2, 270:13, 270:16, 270:17, 270:18, 270:23, 271:6, 272:1, 272:2, 272:4, 272:5, 272:6, 272:12, 272:21, 272:23, 272:25, 275:4, 275:13, 275:16, 276:2, 277:5, 277:6, 277:18, 277:20, 277:24, 278:3, 278:17, 278:21, 280:1, 280:2, 280:9, 280:23, 281:2, 281:4, 281:8, 281:11, 281:15, 281:19, 281:21, 282:6, 282:10, 282:14, 283:9, 283:18, 283:25, 285:10, 286:6, 286:12, 287:12, 287:13, 287:14, 294:2, 301:7
**PTs** [5] - 260:11, 267:8, 270:14, 270:15, 271:18
**public** [11] - 257:24, 263:11, 301:1, 305:6, 307:22, 309:24, 309:25, 311:12, 341:6, 341:18, 342:7
**publicate** [1] - 257:24
**publication** [1] - 300:6
**publications** [4] - 300:4, 300:21, 300:24, 301:12
**publicly** [1] - 263:12
**publish** [2] - 257:25, 343:3
**published** [5] - 258:3, 300:5, 301:7, 301:19, 343:1
**pull** [7] - 258:4, 273:5, 314:10, 317:4, 343:16, 344:5, 345:7
**pulled** [1] - 319:8
**pulmonary** [1] -

319:24
**pure** [1] - 292:22
**purple** [1] - 333:2
**purport** [1] - 288:16
**purports** [1] - 319:3
**purpose** [4] - 263:8, 274:3, 315:19, 315:22
**purposes** [4] - 295:21, 295:23, 305:5, 340:18
**push** [5] - 329:19, 329:23, 329:24, 332:1
**pushing** [1] - 329:21
**put** [14] - 257:19, 263:19, 272:13, 278:6, 283:6, 284:17, 289:7, 293:6, 309:7, 330:12, 338:11, 340:2, 340:7, 345:1
**putting** [1] - 282:18
**PX** [3] - 258:5, 263:2, 273:5
**PX5767781** [1] - 273:22
**PX9785** [1] - 268:10

## Q

**Q1** [1] - 271:1
**Q2** [1] - 271:4
**Q3** [1] - 271:5
**qualified** [1] - 311:21
**quality** [1] - 285:1
**quartile** [3] - 272:19, 283:16, 283:17
**Quartile** [2] - 270:15, 270:17
**quartiles** [2] - 270:14, 278:1
**question** [48] - 260:14, 260:17, 261:16, 261:17, 264:15, 264:17, 267:5, 273:20, 279:2, 279:15, 279:19, 280:5, 291:9, 291:12, 291:13, 291:15, 291:20, 291:21, 291:25, 292:10, 292:11, 292:19, 292:22, 292:24, 292:25, 302:14, 303:2, 303:4, 304:6, 304:7, 304:16, 305:14, 322:12, 324:23, 326:1, 328:2, 328:8, 332:16, 334:11, 337:3, 337:13, 337:14,

346:16, 347:3, 347:12
  **questioning** [1] -
342:23
  **Questions** [1] -
303:18
  **questions** [10] -
292:4, 296:16,
298:23, 299:17,
304:12, 305:6, 318:2,
333:18, 334:20,
343:14
  **quick** [2] - 258:11,
335:8
  **quickly** [1] - 284:20
  **quite** [1] - 318:2
  **quitting** [1] - 347:18
  **quote** [1] - 293:23
  **quoting** [1] - 311:20

## R

  **R** [1] - 256:1
  **raised** [1] - 294:2
  **raising** [1] - 295:18
  **range** [8] - 260:2,
270:23, 271:1, 271:4,
271:21, 283:14,
283:18, 312:17
  **ranges** [1] - 270:25
  **rank** [2] - 326:24,
327:13
  **rate** [2] - 334:2,
334:4
  **rates** [1] - 257:6
  **rather** [6] - 278:23,
279:3, 280:5, 288:20,
291:11, 344:18
  **raw** [1] - 271:20
  **RE** [1] - 253:3
  **reach** [3] - 341:10,
341:17, 345:13
  **reached** [3] - 316:21,
345:19, 347:1
  **reactions** [2] -
283:10, 332:3
  **read** [19] - 262:20,
268:3, 268:7, 270:25,
271:3, 273:10,
274:17, 283:4, 283:5,
283:11, 304:5,
328:12, 341:8,
341:14, 341:19,
341:20, 344:24
  **readability** [1] -
332:15
  **readable** [1] - 332:14
  **reading** [3] - 268:1,
271:8, 314:12
  **real** [2] - 258:11,

280:20
  **reality** [1] - 318:16
  **realize** [1] - 280:19
  **really** [7] - 267:2,
274:25, 280:7, 308:4,
316:13, 319:12,
325:17
  **reason** [4] - 285:19,
302:19, 344:6, 344:13
  **reasonably** [1] -
317:20
  **reasons** [4] - 306:15,
306:24, 308:24,
345:17
  **recall** [2] - 256:10,
313:10
  **recapping** [1] -
256:22
  **received** [2] -
269:23, 290:14
  **recertification** [1] -
299:6
  **RECESS** [2] - 296:3,
347:24
  **recess** [4] - 287:24,
288:1, 296:1, 347:22
  **recessed** [1] -
256:20
  **recognize** [1] -
326:14
  **recognizing** [1] -
325:16
  **recollection** [3] -
297:14, 300:3, 338:5
  **recommended** [6] -
283:20, 317:21,
319:4, 321:13, 322:1,
324:7
  **Record** [1] - 290:6
  **RECORD** [2] - 321:5,
321:18
  **record** [4] - 267:19,
289:24, 340:23, 348:9
  **recorded** [1] -
254:22
  **RECORDs** [1] -
321:6
  **red** [1] - 333:1
  **reduce** [1] - 322:25
  **refer** [1] - 297:13
  **reference** [2] -
267:18, 311:3
  **referred** [1] - 311:12
  **referring** [3] -
258:12, 276:9, 276:22
  **refers** [1] - 259:22
  **reflect** [1] - 290:17
  **reflected** [1] - 344:18
  **refusal** [1] - 290:5
  **refuse** [3] - 314:2,

316:5, 330:1
  **refused** [2] - 290:23,
325:9
  **refusing** [3] - 317:5,
317:23, 319:5
  **regard** [12] - 265:10,
278:17, 292:9,
292:14, 294:4,
294:14, 295:3,
295:14, 295:18,
308:9, 316:23, 319:19
  **regarding** [6] -
265:18, 300:6,
300:21, 300:24,
301:4, 301:12
  **regression** [5] -
276:13, 277:3,
277:11, 278:14
  **regressions** [1] -
277:22
  **regs** [2] - 328:12,
332:24
  **regular** [5] - 298:11,
298:12, 298:13,
298:15, 298:17
  **regularly** [1] - 298:17
  **regulated** [3] - 297:6,
332:23, 333:2
  **regulates** [1] -
332:17
  **regulating** [1] -
307:15
  **regulation** [16] -
279:6, 282:18,
285:11, 289:16,
300:12, 301:6,
301:10, 315:6, 315:7,
315:13, 315:16,
315:19, 315:22,
315:23, 324:12,
332:12
  **regulations** [11] -
287:4, 300:19, 310:4,
310:5, 310:9, 310:10,
314:23, 315:3,
316:17, 333:7, 333:10
  **regulator** [1] -
329:22
  **regulators** [1] -
289:7
  **regulators'** [1] -
289:17
  **regulatory** [1] -
301:24
  **related** [6] - 259:25,
264:23, 266:20,
267:6, 277:1, 277:16
  **RELATES** [1] - 253:5
  **relationship** [14] -
258:7, 260:15,

260:16, 260:17,
261:5, 262:7, 264:22,
264:24, 265:3,
265:23, 277:4,
277:13, 278:20,
287:11
  **relevance** [6] -
289:11, 289:20,
292:7, 293:12,
320:22, 320:24
  **relevancy** [1] -
295:17
  **relevant** [8] - 269:5,
274:12, 274:23,
288:24, 289:4,
291:17, 292:3, 293:14
  **reliable** [3] - 281:4,
281:16, 281:20
  **remaining** [2] -
282:24, 283:1
  **remember** [11] -
258:1, 263:15, 265:4,
269:15, 272:22,
282:22, 283:15,
307:21, 335:14,
335:20, 338:18
  **remembers** [1] -
257:1
  **remind** [1] - 320:1
  **remove** [1] - 306:23,
307:6, 307:7
  **removed** [1] - 307:4
  **Renal** [1] - 262:23
  **renal** [2] - 324:18,
325:1
  **replacement** [2] -
319:25, 325:3
  **replicate** [2] -
284:10, 284:18
  **report** [5] - 267:5,
268:7, 293:19,
293:20, 327:18
  **reported** [4] - 339:5,
339:6, 340:1, 340:11
  **Reporter** [3] -
254:19, 348:6, 348:15
  **REPORTER'S** [1] -
348:4
  **reports** [5] - 263:19,
304:21, 317:16,
318:23, 346:21
  **represent** [4] -
271:16, 303:17,
314:21, 341:19
  **representation** [1] -
272:18
  **represented** [3] -
319:3, 337:12, 341:5
  **representing** [2] -
296:16, 341:18

  **request** [1] - 310:14
  **require** [2] - 287:4,
327:14
  **required** [2] -
317:16, 318:24
  **requirement** [1] -
290:2
  **requires** [1] - 290:5
  **Research** [8] - 253:6,
273:13, 304:20,
304:22, 310:23,
311:11, 322:16,
324:20
  **research** [2] -
298:18, 301:16
  **RESEARCH** [1] -
254:15
  **resources** [1] -
312:13
  **Resources** [1] -
310:5
  **respect** [4] - 265:21,
312:2, 312:7, 326:9
  **response** [3] -
283:10, 313:20, 314:2
  **responsibility** [1] -
309:25
  **restriction** [1] -
293:4
  **resubmit** [1] - 314:5
  **result** [3] - 330:22,
343:9, 346:9
  **retained** [2] - 302:5,
302:15
  **retainer** [1] - 302:8
  **retaliated** [1] - 343:8
  **retaliation** [1] -
344:17
  **return** [1] - 295:17
  **reverse** [1] - 338:14
  **Review** [1] - 273:12
  **review** [19] - 263:18,
263:23, 265:17,
273:15, 275:2,
287:19, 288:20,
297:9, 297:11,
297:15, 302:16,
302:17, 308:16,
311:16, 313:8,
315:24, 321:11, 324:6
  **reviewed** [6] - 262:8,
274:6, 297:6, 301:7,
308:19, 313:4
  **reviewer** [1] - 263:17
  **reviewers** [17] -
263:14, 263:16,
263:24, 275:2, 275:3,
275:8, 278:11,
308:16, 308:19,
309:2, 309:7, 316:20,

325:16, 325:18,
325:20, 325:23
  **reviewing** [4] -
274:7, 313:2, 333:22,
333:25
  **reviews** [1] - 312:14
  **rhythm** [3] - 300:17,
323:5
  **Richard** [1] - 322:15
  **RICHARD** [1] -
254:16
  **right** [147] - 257:6,
258:15, 260:19,
260:23, 260:25,
261:19, 262:11,
262:13, 264:9,
264:17, 265:5, 265:9,
265:11, 266:13,
266:23, 269:19,
270:15, 270:17,
270:24, 271:6, 271:8,
271:10, 271:15,
271:16, 271:19,
271:23, 271:25,
272:1, 273:19,
275:11, 275:24,
277:19, 277:22,
277:23, 277:24,
278:3, 278:23,
278:25, 279:1, 279:8,
279:20, 280:1, 280:5,
280:9, 280:13,
280:15, 281:7, 283:1,
284:3, 284:8, 286:4,
287:4, 295:8, 296:21,
297:19, 298:11,
298:16, 300:13,
301:25, 302:10,
302:22, 303:7,
305:10, 305:21,
306:5, 306:6, 306:13,
307:8, 308:20,
308:22, 309:1, 309:4,
309:15, 309:22,
310:1, 310:16,
310:20, 311:4, 311:7,
312:2, 313:13,
313:14, 315:3,
315:14, 315:20,
316:12, 316:14,
316:16, 316:22,
317:17, 318:10,
319:10, 319:14,
319:21, 319:25,
320:2, 320:6, 320:10,
321:17, 323:2, 323:6,
323:11, 325:17,
325:23, 326:6,
326:12, 328:4,
328:22, 328:25,

329:10, 329:17,
330:10, 330:14,
331:1, 331:10, 332:8,
333:12, 333:13,
334:9, 334:11,
334:12, 334:13,
334:24, 335:4, 335:5,
335:7, 335:10,
335:16, 335:23,
336:16, 336:19,
337:19, 337:20,
338:13, 341:14,
342:5, 343:11,
343:21, 344:8, 345:5,
345:8, 345:24,
346:10, 346:11,
347:15
  **rights** [2] - 341:11,
343:10
  **RILEY** [1] - 254:7
  **rise** [5] - 256:6,
288:3, 288:15, 296:2,
347:23
  **risk** [53] - 257:10,
257:14, 257:20,
259:9, 259:12,
260:11, 261:2, 261:4,
261:6, 261:20, 262:1,
265:12, 265:25,
266:11, 266:18,
266:21, 266:22,
266:25, 267:2, 267:7,
269:16, 272:5,
272:19, 272:22,
272:25, 275:13,
276:25, 277:5, 277:6,
277:7, 277:20,
278:17, 278:21,
279:4, 280:18,
280:19, 280:25,
282:15, 283:18,
286:3, 286:21,
287:12, 287:16,
302:25, 303:8, 306:2,
306:7, 306:8, 307:22,
308:12, 323:1
  **risk/benefit** [2] -
306:10, 316:18
  **risks** [18] - 257:16,
276:2, 287:13,
303:14, 303:16,
305:19, 305:21,
305:23, 305:25,
306:1, 306:3, 306:4,
306:8, 319:16, 331:3,
331:6
  **RIVAROXABAN** [1] -
253:3
  **rivaroxaban** [1] -
258:23

  **RMR** [2] - 254:19,
348:14
  **ROCKET** [16] -
264:18, 267:3, 267:4,
267:10, 268:24,
270:11, 273:1, 278:4,
278:8, 278:10,
278:11, 283:23,
284:5, 284:10,
284:13, 321:5
  **rodeo** [1] - 334:23
  **ROGER** [1] - 253:23
  **role** [2] - 295:3,
309:23
  **rough** [1] - 334:7
  **roughly** [2] - 313:13,
323:9
  **round** [1] - 272:23
  **RPR** [2] - 254:19,
348:14
  **rubber** [1] - 309:12,
309:16, 309:22
  **Rule** [1] - 289:19
  **rule** [1] - 345:23
  **ruled** [2] - 289:15,
290:6
  **rules** [1] - 261:14
  **ruling** [1] - 292:17
  **rulings** [1] - 291:14
  **run** [1] - 282:4

---

## S

  **S** [1] - 256:1
  **safe** [37] - 285:24,
291:1, 302:25, 303:3,
303:9, 303:12,
303:15, 305:14,
305:15, 305:22,
306:17, 308:23,
309:2, 309:3, 309:6,
311:13, 314:8,
315:25, 316:1,
316:10, 316:13,
316:18, 316:24,
317:21, 318:9,
321:20, 321:23,
322:6, 324:11,
325:13, 325:18,
325:21, 331:1, 331:3,
331:5, 331:8
  **safer** [2] - 305:21,
305:22
  **safety** [19] - 263:24,
264:2, 303:10,
303:13, 306:6,
306:24, 308:4, 310:1,
310:6, 313:16, 317:2,
319:8, 319:11,

319:14, 319:15,
319:16, 319:17,
322:10, 331:13
  **said** [28] - 259:7,
260:10, 261:11,
265:4, 275:17,
277:16, 290:2, 291:7,
293:22, 296:22,
309:6, 310:2, 310:4,
310:8, 311:17, 313:7,
313:10, 316:12,
319:15, 321:14,
325:18, 325:21,
329:8, 331:21,
333:19, 336:14,
342:15, 343:13
  **Saint** [1] - 253:24
  **salary** [2] - 311:24,
346:12
  **same** [20] - 257:7,
257:25, 259:4, 265:9,
266:14, 272:18,
275:25, 278:13,
283:23, 285:19,
287:8, 295:1, 302:13,
315:1, 324:9, 324:10,
334:2, 334:4, 338:6
  **sample** [1] - 261:21
  **samples** [1] - 260:22
  **San** [6] - 338:21,
339:1, 341:23, 343:8,
343:18, 346:18
  **SARVER** [2] -
254:16, 254:16
  **save** [1] - 308:1
  **saving** [1] - 307:24
  **saw** [8] - 258:2,
266:7, 266:19,
272:22, 275:25,
285:5, 310:9
  **say** [21] - 270:15,
278:20, 281:17,
294:6, 298:12, 303:3,
305:18, 306:23,
314:25, 318:22,
325:16, 326:4,
326:14, 328:2,
328:13, 329:13,
330:10, 330:12,
332:25, 335:23, 340:9
  **saying** [10] - 259:1,
275:10, 284:4, 289:6,
290:11, 305:12,
306:21, 317:3, 340:5,
340:6
  **says** [17] - 264:18,
281:14, 282:25,
283:7, 283:11,
305:15, 307:6,
315:22, 317:6,

317:25, 318:3,
318:13, 321:25,
343:4, 343:16,
344:12, 344:21
  **SC** [1] - 254:10
  **SCARBOROUGH** [1]
- 254:8
  **SCHLICHTER** [1] -
253:22
  **school** [3] - 257:16,
272:3, 338:25
  **School** [4] - 338:20,
339:10, 343:6, 344:19
  **science** [4] - 265:14,
277:13, 281:4, 306:20
  **scientific** [1] -
333:25
  **scientist** [1] - 312:6
  **scientists** [2] -
259:13, 312:10
  **screen** [2] - 274:15,
276:21
  **seated** [3] - 256:8,
288:5, 296:6
  **second** [8] - 269:8,
273:9, 285:9, 322:21,
322:22, 322:25,
326:16
  **seconds** [1] - 287:19
  **Secretary** [3] - 317:6,
318:23
  **secretary** [1] -
317:15
  **section** [10] - 279:7,
279:11, 283:7, 287:6,
314:10, 319:8,
319:17, 343:1, 343:4
  **Section** [4] - 253:4,
332:7, 343:4, 343:13
  **sections** [4] - 332:2,
332:4, 332:8, 333:10
  **see** [35] - 258:16,
258:17, 260:2,
260:14, 260:24,
260:25, 263:16,
263:17, 263:19,
263:21, 265:15,
269:2, 271:1, 271:21,
272:3, 272:11,
272:12, 273:18,
277:8, 277:10,
277:25, 279:18,
279:19, 285:15,
290:14, 292:22,
309:19, 317:10,
327:21, 329:20,
331:18, 338:14,
345:8, 347:21
  **seek** [3] - 336:15,
336:19, 336:21

**seem** [1] - 280:19
**seen** [5] - 286:10, 307:3, 308:10, 334:1, 334:16
**sees** [2] - 264:21, 274:20
**sellers** [1] - 347:11
**Senate** [1] - 343:18
**sense** [2] - 262:12, 280:24
**sensitive** [1] - 281:20
**sentence** [10] - 282:24, 282:25, 283:11, 321:22, 341:9, 344:24, 345:2, 345:4, 345:15, 345:16
**sentences** [1] - 274:24
**September** [1] - 263:1
**serious** [5] - 269:21, 282:15, 287:7, 305:23, 334:11
**served** [1] - 296:20
**serves** [1] - 338:5
**Services** [1] - 317:7
**SESSION** [2] - 253:11, 256:3
**set** [4] - 261:15, 287:23, 318:5, 333:17
**sets** [1] - 266:7
**setting** [1] - 292:7
**seven** [3] - 334:20, 341:20
**seven-hour** [1] - 334:20
**shaking** [1] - 304:4
**shall** [3] - 290:7, 317:23, 319:5
**share** [1] - 314:14
**shift** [2] - 333:12, 338:17
**short** [4] - 268:3, 268:5, 269:9
**should** [18] - 257:11, 266:25, 269:21, 274:19, 278:6, 279:13, 279:16, 283:20, 283:25, 286:16, 286:25, 288:6, 289:23, 293:9, 295:2, 304:14, 340:25, 346:16
**shouldn't** [3] - 291:16, 292:1, 326:10
**show** [10] - 276:24, 277:16, 297:20, 317:20, 321:22, 321:23, 323:14,

337:12, 342:22
**showed** [8] - 258:1, 258:5, 275:5, 275:14, 275:15, 278:9, 304:20, 332:2
**showing** [3] - 288:15, 289:1, 345:21
**shown** [7] - 265:4, 286:4, 290:10, 315:25, 316:1, 316:10, 342:19
**shows** [2] - 261:7, 324:16
**shudder** [1] - 277:2
**side** [8] - 277:24, 278:22, 278:23, 291:4, 305:16, 337:2, 338:14, 338:15
**sign** [3] - 330:9, 330:21, 331:1
**signed** [3] - 322:14, 324:16, 328:22
**significance** [1] - 290:19
**significant** [5] - 293:14, 307:22, 308:4, 323:13, 336:11
**similar** [4] - 265:10, 290:5, 294:25
**simply** [2] - 257:19, 327:22
**since** [5] - 257:16, 296:25, 297:4, 299:7, 347:14
**single** [3] - 302:1, 305:15, 335:21
**sir** [40] - 256:11, 256:12, 296:11, 296:24, 297:2, 297:10, 297:17, 298:5, 300:1, 300:9, 303:22, 304:9, 305:11, 308:8, 308:13, 312:17, 313:14, 314:6, 314:15, 315:6, 317:13, 319:1, 320:13, 321:10, 322:24, 323:6, 323:7, 323:10, 324:3, 325:4, 325:8, 332:21, 333:11, 333:21, 334:2, 334:4, 335:6, 335:22, 336:1, 346:19
**sitting** [1] - 301:17
**situation** [1] - 283:19
**situations** [1] - 307:3
**six** [1] - 346:20
**size** [2] - 332:13, 332:17

**slang** [1] - 275:3
**slide** [1] - 259:22
**Slide** [1] - 259:22
**small** [1] - 332:15
**snap** [1] - 307:1
**some** [33] - 261:23, 264:2, 267:14, 274:23, 279:25, 284:17, 284:24, 289:9, 289:10, 295:17, 296:16, 296:18, 298:19, 299:17, 304:3, 305:8, 305:16, 305:23, 307:3, 309:21, 310:9, 310:10, 311:16, 311:23, 313:23, 313:25, 332:10, 332:14, 333:25, 335:11, 335:19, 346:14
**somebody** [3] - 298:13, 338:11
**somebody's** [1] - 320:9
**somehow** [2] - 289:4, 289:18
**someone** [2] - 309:11, 347:1
**something** [13] - 257:10, 288:20, 289:2, 299:8, 306:10, 308:6, 314:5, 328:5, 331:20, 331:22, 331:25, 336:20, 346:14
**sometimes** [10] - 257:18, 263:10, 279:2, 297:13, 298:8, 307:5, 320:8, 328:6, 328:7
**somewhat** [2] - 262:15, 278:7
**soon** [1] - 271:24
**sorry** [21] - 259:16, 260:12, 270:16, 273:11, 273:16, 284:21, 296:23, 297:24, 299:9, 300:15, 300:16, 307:19, 307:20, 314:24, 316:7, 316:9, 320:23, 322:4, 323:19, 344:11, 344:12
**sort** [13] - 262:11, 266:12, 267:1, 277:12, 278:12, 287:6, 303:2, 307:16, 309:17, 311:7,

316:15, 329:15, 339:13
**sought** [2] - 336:23, 346:25
**South** [1] - 253:23
**speak** [1] - 300:19
**speaking** [1] - 333:15
**specialize** [2] - 282:3, 312:24
**specialized** [1] - 297:25
**specific** [5] - 273:14, 281:11, 281:21, 319:17, 328:23
**specifically** [6] - 273:19, 300:13, 301:4, 301:9, 301:11, 313:10
**specified** [1] - 333:10
**speech** [1] - 343:10
**spend** [3] - 256:22, 303:2, 333:20
**spin** [1] - 261:21
**sponsor** [4] - 313:12, 313:24, 314:4, 329:4
**sponsor's** [1] - 294:22
**sponsors** [2] - 293:18, 294:1
**staff** [1] - 312:15
**stage** [1] - 303:4
**stamp** [2] - 309:16, 309:22
**stamps** [1] - 309:12
**stand** [4] - 283:3, 288:1, 338:11, 347:21
**standard** [2] - 280:9, 319:18
**standpoint** [3] - 279:20, 313:16, 340:8
**start** [5] - 266:14, 271:21, 287:4, 296:17, 296:18
**started** [4] - 269:18, 346:23, 346:24, 347:6
**state** [3] - 263:8, 290:9, 292:15
**statements** [1] - 275:20
**States** [6] - 310:7, 311:14, 315:17, 316:4, 326:5, 348:7
**states** [3] - 311:11, 321:11, 324:5
**STATES** [2] - 253:1, 253:10
**statistical** [3] - 261:5, 276:12, 277:1

**statistician** [3] - 260:25, 277:8, 277:9
**statisticians** [2] - 260:24, 312:15
**statistics** [1] - 260:24
**statute** [6] - 310:8, 317:25, 318:3, 318:13, 328:12
**statutes** [3] - 293:5, 310:10, 314:23
**statutory** [1] - 314:10
**stay** [1] - 284:3
**stems** [1] - 343:5
**stenography** [1] - 254:22
**step** [1] - 288:9
**still** [6] - 256:10, 256:11, 292:10, 297:18, 298:22, 331:6
**Stockbridge** [3] - 324:17, 324:22, 325:20
**strategy** [1] - 294:10
**streams** [2] - 347:10, 347:12
**Street** [8] - 253:15, 253:21, 253:23, 254:2, 254:6, 254:9, 254:17, 254:20
**strictly** [1] - 292:25
**strike** [2] - 289:21, 294:6
**strike-through** [2] - 289:21, 294:6
**stroke** [5] - 300:25, 323:1, 323:3, 323:14
**strokes** [2] - 287:17, 323:13
**strong** [1] - 261:4
**strongly** [2] - 307:11, 331:25
**struck** [1] - 289:7
**studied** [5] - 260:7, 260:22, 302:10, 302:11, 302:18, 341:9, 341:12
**studies** [5] - 281:18, 312:15, 325:25, 327:15, 334:1
**studious** [1] - 334:13
**study** [7] - 257:21, 264:19, 267:10, 270:11, 298:18, 302:9, 341:16
**studying** [1] - 313:9
**stuff** [6] - 261:22, 275:19, 311:7, 318:15, 332:14, 335:11

**subgroup** [1] - 269:20

**subgroups** [1] - 269:19

**subjects** [1] - 269:23

**submit** [2] - 291:23, 309:18

**submits** [2] - 313:12, 313:24

**submitted** [7] - 288:17, 292:1, 293:18, 317:17, 318:24, 329:4

**substantial** [3] - 319:2, 319:9, 319:18

**substantive** [1] - 340:22

**subtitle** [1] - 268:4

**such** [2] - 283:13, 317:21

**sued** [1] - 342:4

**suggest** [1] - 308:2

**suggested** [8] - 291:11, 291:14, 294:7, 294:17, 307:12, 317:22, 319:4, 330:11

**suggesting** [2] - 331:21, 341:14

**suggestion** [2] - 290:8, 291:24

**Suite** [2] - 253:15, 254:6

**sum** [1] - 327:21

**Summary** [1] - 273:12

**summary** [5] - 256:25, 273:15, 289:25, 291:10, 291:24

**superiors** [4] - 316:21, 344:9, 344:10, 344:16

**support** [1] - 326:12

**supposed** [3] - 332:7, 343:14

**sure** [36] - 258:12, 258:23, 266:23, 266:24, 267:1, 267:19, 268:12, 272:3, 274:19, 276:14, 280:23, 284:12, 295:4, 304:7, 306:2, 311:13, 312:12, 315:1, 317:11, 317:12, 321:22, 326:25, 328:8, 328:25, 331:14, 332:22, 335:12, 337:16,

338:10, 339:23, 341:5, 341:7, 341:9, 341:12, 341:20, 345:3

**surely** [1] - 289:21

**surgery** [2] - 319:25, 325:3

**surrogate** [1] - 264:16

**surveys** [1] - 333:9

**suspect** [1] - 307:13

**switch** [2] - 286:16, 300:4

**symptomatic** [1] - 323:3

**system** [4] - 335:10, 336:15, 338:12, 338:16

---

**T**

---

**Table** [1] - 269:6

**table** [3] - 269:11, 272:14, 278:9

**tables** [5] - 269:1, 269:5, 270:4, 270:6, 270:8

**tablet** [2] - 259:3, 266:15

**tablets** [1] - 320:16

**take** [19] - 259:3, 259:20, 261:20, 261:22, 265:7, 287:9, 287:25, 293:23, 297:22, 298:19, 304:5, 308:6, 311:10, 318:22, 332:23, 334:5, 334:9, 339:14, 347:20

**taken** [8] - 260:8, 260:9, 261:10, 261:14, 283:25, 297:16, 337:13

**TAKEN** [2] - 296:3, 347:25

**takes** [5] - 261:24, 261:25, 292:12, 313:25, 334:21

**taking** [3] - 280:20, 282:11, 330:25

**talk** [17] - 258:24, 275:19, 276:14, 280:1, 299:18, 300:4, 302:23, 308:24, 309:9, 309:23, 318:4, 326:3, 327:10, 327:17, 327:23, 339:25

**talked** [10] - 258:13, 266:4, 275:5, 282:18,

282:21, 289:13, 327:12, 328:5, 338:17

**talking** [16] - 259:12, 269:20, 276:3, 277:19, 280:1, 283:9, 284:23, 297:23, 307:23, 308:16, 310:3, 319:11, 335:1, 337:25, 340:15, 340:16

**talks** [5] - 259:10, 274:21, 275:1, 318:25, 328:23

**task** [1] - 311:13

**taught** [2] - 272:2, 277:15

**teach** [1] - 298:19

**team** [1] - 298:14

**technicalities** [1] - 313:21

**technically** [2] - 303:15, 328:16

**technology** [1] - 332:23

**tell** [12] - 278:1, 280:4, 280:13, 281:13, 281:14, 283:17, 304:6, 304:15, 313:23, 321:8, 331:15, 331:17

**tells** [2] - 316:4, 316:9

**ten** [8] - 258:1, 266:8, 266:10, 284:9, 320:16, 334:6, 334:17

**ten-fold** [4] - 258:1, 266:8, 266:10

**ten-milligram** [1] - 320:16

**tend** [1] - 303:11

**Tenure** [1] - 343:18

**term** [1] - 261:5

**terminate** [1] - 344:16

**terminated** [8] - 339:3, 339:9, 344:7, 344:13, 346:2, 346:9, 346:20, 347:5

**terms** [4] - 257:5, 277:2, 279:5, 313:11

**test** [33] - 257:8, 257:9, 257:17, 257:18, 257:19, 259:7, 260:13, 260:20, 261:3, 261:8, 264:17, 265:12, 265:25, 266:18, 269:15, 269:24, 271:24, 275:13, 279:25, 280:1,

280:10, 281:11, 281:21, 283:25, 284:3, 284:18, 285:6, 285:10, 285:23, 286:13, 287:12, 287:13, 319:9

**tested** [2] - 284:4, 284:5

**testified** [18] - 302:3, 302:15, 312:3, 334:25, 335:1, 335:9, 335:13, 335:19, 336:3, 336:24, 337:1, 337:4, 337:5, 337:10, 337:20, 338:2, 338:3, 338:7

**testify** [2] - 335:10, 336:12

**testifying** [9] - 334:7, 334:17, 334:19, 334:24, 335:4, 336:7, 336:12, 338:12, 347:15

**testimony** [6] - 293:22, 311:16, 337:8, 337:13, 337:18, 337:22

**testing** [5] - 282:7, 294:2, 309:18, 318:14, 324:24

**tests** [17] - 257:13, 257:15, 257:18, 259:2, 259:6, 271:6, 279:7, 279:11, 283:8, 283:20, 286:20, 287:6, 293:24, 317:20, 318:8, 318:11, 332:7

**text** [3] - 264:14, 321:14, 324:8

**than** [17] - 266:8, 270:25, 271:4, 271:5, 271:7, 283:17, 283:18, 289:5, 290:5, 292:6, 293:2, 304:4, 323:8, 325:2, 334:8, 338:15, 343:13

**thank** [19] - 256:14, 263:6, 264:10, 276:20, 285:21, 288:10, 288:11, 291:3, 291:4, 303:22, 309:9, 310:16, 315:2, 315:6, 320:13, 322:13, 328:4, 339:15, 342:17

**thanks** [9] - 265:7, 265:8, 270:1, 272:15, 283:4, 304:9, 314:14, 320:5, 321:10

**that** [523] - 256:10, 257:6, 257:10, 257:19, 257:24, 257:25, 258:1, 258:2, 258:3, 258:4, 258:11, 258:12, 259:2, 259:8, 259:20, 259:21, 259:24, 259:25, 260:22, 260:25, 261:7, 261:8, 261:9, 261:14, 261:16, 261:23, 262:2, 262:9, 262:13, 262:24, 263:11, 263:12, 263:14, 263:19, 264:7, 264:17, 264:19, 265:3, 265:4, 265:5, 265:6, 265:15, 265:25, 266:2, 266:7, 266:10, 266:17, 266:18, 266:19, 266:20, 266:21, 266:24, 267:1, 267:3, 267:5, 267:6, 267:19, 267:23, 268:1, 268:3, 268:5, 268:12, 268:13, 268:17, 269:2, 269:4, 269:5, 269:20, 270:4, 270:5, 270:23, 271:8, 271:9, 271:16, 271:18, 271:23, 271:25, 272:2, 272:3, 272:10, 272:11, 273:13, 274:12, 274:15, 274:17, 274:21, 274:23, 274:24, 275:4, 275:5, 275:12, 275:14, 275:15, 275:19, 275:25, 276:9, 276:14, 276:21, 277:2, 277:8, 277:13, 277:15, 277:17, 277:19, 277:22, 278:2, 278:7, 278:9, 278:10, 278:14, 278:19, 279:1, 279:18, 279:19, 279:21, 280:7, 280:8, 280:13, 280:19, 280:20, 280:23, 281:1, 281:8, 281:9, 281:11, 281:15, 281:17, 281:19, 281:25, 282:1, 282:13, 282:18, 282:21, 282:22, 282:25, 283:5, 283:15, 283:16, 283:17, 283:22, 283:23,

283:24, 284:8,
284:10, 284:11,
284:12, 284:14,
284:19, 284:22,
284:25, 285:1, 285:2,
285:4, 285:5, 285:23,
285:24, 286:1, 286:4,
286:6, 286:7, 286:20,
287:2, 287:4, 287:6,
287:8, 287:11,
287:12, 287:13,
288:6, 288:7, 288:17,
288:20, 288:25,
289:1, 289:9, 289:11,
289:14, 289:16,
289:18, 289:20,
289:23, 289:25,
290:1, 290:2, 290:3,
290:4, 290:7, 290:8,
290:11, 290:13,
290:14, 290:17,
290:22, 290:23,
291:8, 291:9, 291:11,
291:12, 291:13,
291:15, 291:19,
291:20, 291:21,
291:22, 291:24,
291:25, 292:1, 292:3,
292:9, 292:11,
292:12, 292:15,
292:20, 292:21,
293:5, 293:11,
293:17, 293:18,
293:24, 294:2, 294:6,
294:8, 294:10,
294:11, 294:12,
294:15, 294:20,
295:2, 295:4, 295:5,
295:11, 295:17,
295:21, 295:22,
297:6, 297:16,
297:23, 298:11,
298:23, 299:1, 299:6,
299:8, 299:22, 300:3,
301:2, 301:11,
301:17, 301:25,
302:3, 302:9, 302:14,
302:17, 302:24,
302:25, 303:2, 303:4,
303:8, 303:12,
303:14, 303:16,
303:18, 303:23,
304:7, 304:11,
304:16, 305:14,
305:15, 305:22,
305:25, 306:3, 306:6,
306:7, 306:10,
306:14, 306:17,
306:23, 306:25,
307:15, 307:16,
307:18, 307:19,

307:22, 307:23,
307:25, 308:11,
308:15, 308:23,
309:1, 309:2, 309:5,
309:8, 309:11,
309:17, 309:20,
310:5, 311:13,
311:17, 311:21,
312:9, 312:12,
312:13, 312:25,
313:4, 313:11,
313:13, 313:15,
313:19, 314:4, 314:8,
314:21, 315:2, 315:8,
315:16, 316:4, 316:9,
316:10, 316:11,
316:12, 316:15,
316:17, 316:18,
317:3, 317:10,
317:16, 317:19,
317:22, 318:7,
318:11, 318:12,
318:23, 319:2,
319:10, 319:19,
319:25, 320:1,
320:14, 320:18,
321:16, 321:19,
321:22, 321:24,
322:6, 322:9, 323:12,
323:14, 323:17,
323:23, 323:24,
324:10, 324:11,
324:14, 324:23,
324:25, 325:2, 325:5,
325:13, 325:16,
326:4, 326:8, 326:10,
326:14, 326:17,
326:21, 326:24,
326:25, 327:1, 327:2,
327:6, 327:8, 327:11,
327:15, 327:16,
327:22, 327:24,
328:6, 328:11,
328:13, 328:14,
328:16, 328:20,
328:24, 329:2, 329:3,
329:9, 330:1, 330:3,
330:5, 330:6, 330:12,
330:19, 331:1, 331:7,
331:18, 331:21,
331:22, 331:23,
332:4, 332:8, 332:9,
332:12, 332:14,
332:15, 333:3, 333:6,
333:10, 333:17,
333:22, 333:23,
334:1, 334:8, 334:13,
334:15, 334:17,
334:18, 335:12,
335:14, 335:18,
335:20, 335:22,

335:23, 335:24,
336:2, 336:14,
336:22, 337:12,
337:13, 337:14,
337:15, 337:19,
337:21, 337:23,
338:3, 338:6, 338:8,
339:7, 339:8, 339:10,
339:16, 339:17,
340:4, 340:5, 340:10,
340:12, 341:15,
341:25, 342:4,
342:13, 342:14,
342:25, 343:5,
343:24, 343:25,
344:6, 344:12,
344:19, 345:1, 345:7,
345:9, 345:10,
345:15, 345:21,
345:23, 346:2, 346:3,
346:7, 346:11,
346:14, 346:15,
346:23, 346:25,
347:1, 347:2, 347:12,
347:19, 348:8

**that'll** [1] - 304:1
**that's** [139] - 258:23,
258:25, 259:9,
259:13, 259:21,
260:4, 260:5, 260:7,
261:5, 261:6, 262:6,
262:7, 264:7, 264:9,
264:16, 264:18,
264:22, 265:7, 266:4,
266:15, 267:15,
267:22, 269:8,
269:20, 270:1,
270:15, 270:25,
271:1, 271:10, 272:2,
273:10, 273:13,
273:14, 274:25,
275:1, 275:2, 275:3,
275:9, 275:10, 276:3,
277:5, 277:12,
277:19, 278:24,
281:8, 281:16, 283:2,
283:18, 284:4, 287:6,
287:18, 287:20,
289:9, 292:11,
292:17, 292:21,
293:4, 293:9, 293:10,
297:18, 298:5,
298:20, 299:21,
300:19, 302:11,
303:10, 304:6,
305:14, 305:20,
305:21, 306:13,
306:20, 307:3, 307:5,
307:24, 308:18,
308:25, 309:4,
309:14, 309:16,

310:4, 313:14,
314:24, 314:25,
316:20, 317:6,
317:11, 317:12,
317:25, 318:2,
318:16, 319:11,
319:12, 320:8,
321:14, 322:10,
325:17, 326:3,
326:12, 327:21,
328:2, 328:22, 331:8,
333:2, 333:6, 334:14,
334:16, 335:6, 335:7,
336:6, 336:14, 337:7,
337:14, 338:12,
338:13, 338:24,
339:2, 340:11,
340:19, 343:11,
343:21, 344:6,
344:13, 344:21,
346:6, 346:8

**THE** [87] - 253:10,
253:13, 254:4, 255:5,
256:6, 256:7, 256:8,
256:12, 256:13,
256:15, 257:1, 263:5,
267:15, 267:19,
267:23, 267:24,
268:11, 268:20,
268:22, 272:15,
273:7, 273:24, 274:1,
279:18, 279:22,
285:15, 285:19,
287:25, 288:3, 288:4,
288:5, 288:9, 288:10,
288:11, 288:12,
291:4, 292:9, 294:6,
294:17, 295:8,
295:19, 295:25,
296:2, 296:5, 296:6,
296:13, 303:21,
303:22, 303:23,
304:25, 310:15,
310:20, 310:25,
311:4, 314:16, 315:8,
320:14, 320:18,
320:21, 320:23,
320:25, 323:17,
323:23, 323:25,
339:16, 339:23,
339:24, 339:25,
340:9, 340:14,
340:19, 341:1,
342:10, 342:12,
342:16, 342:21,
345:1, 345:5, 347:18,
347:20, 347:23,
347:24

**their** [20] - 261:12,
261:13, 263:19,
270:2, 270:13,

270:18, 274:8, 274:9,
276:4, 280:17,
280:24, 281:18,
286:17, 309:1,
309:18, 311:24,
316:21, 320:9,
325:19, 341:18

**therapy** [3] - 283:21,
286:16

**there'd** [1] - 284:18
**there's** [41] - 260:8,
260:9, 263:20, 264:8,
268:3, 270:5, 270:6,
273:14, 275:24,
277:13, 277:14,
278:20, 280:3,
284:12, 284:24,
284:25, 287:8,
287:11, 295:1,
304:18, 306:1, 306:3,
307:15, 310:8,
313:18, 319:10,
326:10, 329:8,
329:11, 329:19,
329:22, 331:8,
332:20, 332:22,
333:8, 345:23

**therein** [1] - 290:7
**these** [33] - 260:6,
260:11, 260:12,
261:8, 261:11, 265:7,
269:22, 269:25,
271:6, 272:8, 272:24,
274:6, 274:7, 275:20,
277:4, 277:11,
277:25, 280:16,
280:21, 281:4,
281:10, 282:6, 305:6,
309:19, 311:2,
314:23, 325:5,
325:13, 328:23,
333:7, 337:21

**they're** [9] - 259:25,
278:1, 281:25, 282:4,
282:5, 306:6, 308:20,
311:25, 325:19

**thing** [13] - 266:17,
269:14, 270:10,
284:1, 287:17,
289:25, 293:21,
295:12, 318:13,
332:20, 341:16,
341:21

**things** [31] - 259:24,
264:22, 264:24,
266:12, 266:13,
266:19, 267:4, 277:1,
277:4, 279:2, 296:18,
302:16, 304:12,
306:19, 306:20,

306:23, 310:3,
313:18, 318:7,
327:22, 329:20,
329:23, 329:24,
331:2, 331:17,
331:18, 332:20,
333:5, 347:17
**think** [60] - 257:1,
265:7, 265:20, 266:8,
271:4, 273:10,
276:11, 276:13,
281:22, 283:16,
287:1, 287:3, 287:20,
289:14, 289:18,
289:23, 291:20,
291:22, 292:20,
292:22, 294:20,
294:22, 296:18,
298:12, 299:21,
302:7, 302:10,
302:13, 303:11,
305:12, 307:3, 307:7,
307:18, 309:3, 309:5,
311:12, 311:17,
313:7, 320:1, 320:2,
320:8, 323:4, 326:17,
327:6, 327:7, 327:10,
327:14, 327:18,
328:6, 329:8, 330:9,
333:19, 335:7,
336:14, 337:7, 337:8,
337:14, 340:23
**thinking** [2] - 271:9,
309:11
**thinks** [1] - 330:6
**this** [242] - 257:14,
258:20, 258:21,
259:10, 259:19,
260:1, 260:21, 262:2,
262:11, 262:12,
262:21, 262:22,
262:25, 263:1, 263:2,
263:8, 263:15,
263:19, 263:20,
264:5, 264:11,
264:20, 264:21,
265:8, 265:9, 265:10,
265:15, 267:8,
267:10, 267:20,
268:9, 269:11,
269:12, 269:14,
269:24, 269:25,
270:6, 271:17, 272:4,
272:9, 272:17,
273:10, 273:15,
273:17, 273:18,
274:3, 274:5, 274:7,
274:11, 274:19,
274:20, 275:5, 275:6,
275:10, 275:13,
275:18, 276:10,

276:21, 276:24,
277:10, 277:11,
277:16, 277:24,
278:7, 278:9, 278:10,
278:22, 279:13,
279:16, 280:6, 280:8,
280:21, 281:3, 281:8,
281:21, 282:6,
282:19, 283:7, 284:3,
285:11, 285:15,
286:6, 287:25, 288:6,
288:8, 288:19,
288:25, 289:4, 289:5,
289:12, 289:13,
289:14, 289:15,
289:17, 289:20,
289:25, 290:7,
290:13, 290:14,
290:15, 290:16,
290:23, 291:17,
291:20, 292:2, 292:5,
292:7, 293:13,
293:22, 294:2,
294:12, 294:17,
295:1, 295:9, 295:14,
295:21, 295:23,
296:17, 301:15,
301:18, 302:2, 302:4,
302:5, 303:18,
304:10, 304:23,
305:5, 305:8, 305:9,
305:13, 306:2,
306:16, 307:7,
307:25, 309:19,
310:18, 310:22,
311:6, 311:10,
312:14, 313:7,
313:10, 313:23,
314:16, 314:21,
315:2, 315:6, 315:7,
315:16, 315:19,
315:22, 315:23,
316:4, 316:6, 316:8,
316:9, 317:4, 317:8,
317:9, 317:12,
317:17, 317:25,
318:1, 319:8, 319:10,
319:17, 320:15,
321:2, 321:3, 321:11,
321:13, 321:14,
322:14, 322:25,
323:20, 324:2, 324:6,
324:7, 324:16,
326:15, 327:19,
329:13, 332:22,
334:11, 334:14,
334:16, 334:23,
336:12, 336:16,
336:19, 336:22,
336:23, 337:1,
337:12, 339:17,

339:21, 340:1, 340:4,
340:14, 340:15,
340:16, 340:18,
340:25, 341:4,
341:10, 341:11,
341:12, 341:13,
341:16, 341:20,
342:8, 342:9, 342:22,
343:1, 344:5, 344:24,
345:19, 345:21,
345:22, 346:1, 346:8,
346:24, 346:25,
347:13, 347:18
**This** [4] - 275:17,
283:7, 309:6, 343:4
**THIS** [1] - 253:5
**thorough** [1] -
315:24
**those** [40] - 263:18,
266:19, 270:8,
270:13, 270:14,
270:16, 277:1, 278:1,
281:9, 284:7, 285:7,
296:19, 299:17,
299:22, 301:1, 301:9,
301:17, 302:20,
306:1, 306:3, 306:4,
309:7, 309:10, 310:3,
310:10, 313:22,
313:23, 314:1, 314:4,
317:19, 319:12,
320:10, 332:4,
337:15, 337:18,
337:23, 338:4, 342:2
**though** [2] - 308:2,
312:3
**thought** [4] - 327:15,
327:19, 333:17, 342:7
**thousand** [1] - 347:6
**thousands** [2] -
301:17
**three** [3] - 266:12,
323:8, 338:3
**thrombosis** [3] -
319:24, 320:6, 320:17
**through** [21] -
256:22, 267:3,
268:17, 269:11,
289:21, 294:6,
294:12, 296:21,
296:22, 304:3,
306:25, 307:5, 308:3,
309:20, 318:18,
326:25, 333:7,
335:21, 337:9, 346:1
**thrown** [1] - 344:22
**thus** [1] - 345:13
**time** [40] - 259:7,
260:12, 260:17,
260:22, 261:20,

261:24, 263:2,
264:15, 265:11,
265:13, 268:9,
269:15, 272:19,
275:13, 277:15,
277:17, 277:21,
285:2, 285:9, 287:25,
288:6, 299:6, 301:8,
304:4, 304:5, 306:13,
306:17, 309:8,
310:14, 324:17,
326:24, 328:21,
333:20, 334:9,
334:24, 338:6, 341:7,
342:22, 347:18,
347:19
**times** [6] - 285:4,
306:15, 307:6,
311:24, 334:25, 335:2
**Times** [1] - 347:11
**timing** [1] - 283:24
**title** [11] - 258:20,
262:20, 262:22,
264:20, 268:1, 268:3,
268:5, 269:12, 273:10
**titled** [1] - 273:12
**TO** [1] - 253:5
**today** [5] - 275:21,
327:25, 333:15,
334:15, 337:23
**told** [3] - 294:14,
294:20, 314:7
**too** [5] - 278:10,
284:19, 318:21,
328:20, 335:8
**took** [7] - 269:21,
270:10, 270:13,
270:17, 327:1,
335:21, 342:7
**top** [2] - 261:22,
273:20
**topics** [2] - 302:23,
333:12
**total** [1] - 346:15
**toxicologists** [1] -
312:20
**trained** [2] - 264:2,
264:3
**training** [2] - 297:25,
301:3
**trajectory** [1] -
262:13
**transcript** [2] -
254:22, 348:8
**TRANSCRIPT** [1] -
253:9
**translates** [1] - 334:6
**treat** [2] - 298:10,
299:12
**treated** [5] - 282:14,

287:14, 298:12,
298:15, 298:17
**treating** [1] - 299:15
**treatment** [2] -
298:6, 300:22
**trial** [13] - 289:12,
290:13, 295:21,
295:23, 298:14,
334:24, 335:13,
335:18, 337:25,
338:2, 338:7, 338:10,
338:14
**Trial** [2] - 268:10,
273:23
**TRIAL** [1] - 253:9
**trials** [4] - 319:19,
321:6, 321:18, 335:9
**tried** [5] - 289:7,
294:25, 297:5,
317:15, 323:14
**trough** [2] - 270:2,
270:6
**true** [3] - 290:20,
343:21, 348:8
**try** [9] - 300:15,
305:20, 306:1, 306:4,
311:23, 328:21,
336:20, 340:20
**trying** [4] - 315:1,
318:5, 329:16, 334:12
**TUESDAY** [1] - 256:2
**Tuesday** [2] - 253:5,
291:19
**turn** [7] - 264:6,
269:6, 269:7, 273:9,
273:16, 273:18,
274:13
**tutorial** [1] - 282:19
**twice** [1] - 261:9
**two** [16] - 259:24,
260:8, 260:22,
261:11, 264:22,
264:24, 270:22,
276:11, 302:21,
313:2, 319:13,
319:20, 325:5, 325:6,
326:6, 331:2
**two-year** [1] - 302:21
**type** [3] - 281:11,
281:19, 282:6

---

# U

**U.S** [1] - 316:6
**U.S.C** [1] - 314:22
**ultimately** [4] -
316:24, 326:19,
327:2, 330:19
**under** [10] - 256:11,

288:20, 289:19,
314:1, 314:4, 317:21,
319:3, 334:12, 339:5,
342:15

**undergoing** [1] -
319:25

**understand** [22] -
267:20, 270:21,
277:19, 286:3, 295:6,
298:10, 298:21,
304:7, 304:8, 306:14,
324:17, 326:17,
326:25, 328:9, 329:1,
336:24, 337:16,
342:12, 342:21,
343:2, 346:2, 346:6

**understanding** [1] -
348:9

**understands** [1] -
283:6

**understood** [5] -
278:4, 295:24,
302:22, 312:10,
335:13

**undoubtedly** [1] -
292:6

**unfortunately** [1] -
323:11

**uniformity** [1] -
332:10

**unit** [1] - 258:19

**United** [6] - 310:6,
311:14, 315:17,
316:4, 326:5, 348:6

**UNITED** [2] - 253:1,
253:10

**University** [7] -
338:21, 339:1,
341:22, 343:7, 343:9,
343:17, 346:17

**university** [4] -
339:7, 341:25, 344:1,
345:17

**university's** [2] -
342:3, 345:10

**unlawfully** [1] -
343:8

**unless** [1] - 303:12

**until** [5] - 302:5,
302:8, 302:15,
302:20, 347:22

**unusual** [1] - 331:7

**up** [44] - 258:4,
258:15, 258:20,
260:3, 269:22,
270:13, 271:7,
272:13, 273:5,
277:23, 278:13,
282:18, 283:3,
287:23, 294:12,

299:1, 305:2, 312:5,
314:10, 315:22,
317:4, 317:14, 318:5,
319:8, 321:7, 322:14,
324:4, 324:16,
327:15, 327:21,
332:20, 335:3,
335:18, 335:20,
335:24, 336:9,
340:19, 342:18,
342:25, 343:16,
344:5, 345:1, 345:7

**upon** [4] - 321:13,
321:20, 322:1, 324:8

**ups** [2] - 326:12,
327:13

**urge** [1] - 307:10

**us** [3] - 259:17,
272:8, 289:5

**USDIN** [1] - 254:15

**use** [21] - 268:14,
276:11, 281:9,
281:17, 282:17,
282:19, 286:12,
288:18, 288:22,
288:23, 289:11,
291:1, 294:15,
317:21, 319:4,
321:13, 322:1,
323:21, 324:7, 325:2,
327:16

**used** [20] - 264:15,
281:6, 281:16,
281:18, 281:19,
283:23, 284:5,
285:24, 286:7,
286:21, 303:25,
308:15, 310:18,
314:17, 315:9,
321:20, 328:19,
335:7, 337:8, 337:18

**using** [2] - 257:21,
282:10

**utilize** [1] - 275:18

## V

**v** [3] - 253:6, 335:14,
339:18

**valid** [1] - 297:19

**validate** [1] - 266:24

**validly** [1] - 292:3

**value** [1] - 289:20

**values** [10] - 266:25,
270:17, 270:18,
271:6, 272:5, 277:5,
277:6, 277:7, 277:25,
283:14

**variability** [15] -
257:5, 258:1, 266:10,

275:25, 284:17,
284:22, 284:23,
284:24, 284:25,
285:3, 285:4, 285:7,
287:8, 287:9

**variable** [3] - 260:1,
266:6, 266:15

**various** [2] - 306:15,
312:11

**vast** [1] - 280:2

**vein** [4] - 319:24,
320:6, 320:17

**veins** [1] - 320:10

**vertical** [1] - 271:12

**very** [22] - 265:10,
267:5, 267:13, 268:1,
276:20, 281:3, 284:2,
285:5, 287:17,
289:25, 291:6,
294:10, 305:23,
309:9, 319:12,
323:15, 326:17,
336:15, 343:25,
345:22, 347:9

**veterinary** [1] -
304:19

**Vice** [3] - 338:20,
339:3, 343:7

**view** [3] - 278:12,
286:19, 344:19

**vigorous** [1] - 326:18

**vigorously** [1] -
294:19

**violation** [1] - 289:19

**virtue** [1] - 291:23

**VOLUME** [1] -
253:11

**voluntarily** [1] -
308:6

**vote** [1] - 326:22

**VTE** [1] - 294:15

## W

**waiving** [1] - 295:22

**walk** [1] - 269:11

**wallet** [1] - 297:20

**WALSH** [1] - 254:5

**want** [49] - 259:22,
259:24, 268:4, 272:3,
275:19, 276:17,
279:1, 279:25, 280:5,
280:6, 281:13,
281:22, 284:18,
285:8, 285:9, 286:6,
296:16, 296:17,
297:25, 304:7, 306:4,
308:24, 314:10,
314:14, 317:11,

317:12, 318:15,
325:19, 325:24,
326:8, 326:24, 327:7,
327:10, 327:17,
328:1, 330:23,
331:20, 332:9, 333:1,
334:5, 337:7, 337:16,
337:17, 339:25,
345:18, 345:20

**wanted** [8] - 290:2,
302:17, 318:11,
318:13, 325:24,
329:21, 335:12

**wants** [3] - 278:25,
329:10, 331:24

**warfarin** [3] - 297:16,
299:24, 301:5

**warn** [4] - 293:15,
337:22, 338:7, 347:15

**warning** [5] - 279:7,
279:11, 294:5, 295:3,
337:24

**warnings** [5] - 283:8,
292:16, 294:13,
332:3, 332:6

**Warnings** [1] - 287:5

**WARSHAUER** [1] -
253:19

**WAS** [3] - 296:3,
339:24, 347:25

**Washington** [1] -
254:6

**wasn't** [4] - 297:17,
318:1, 331:10, 346:15

**way** [20] - 260:3,
261:19, 271:7,
277:10, 280:4, 280:7,
284:13, 289:10,
295:6, 297:23,
304:11, 308:4, 330:2,
330:10, 330:16,
335:10, 336:14,
338:12, 342:14

**we** [139] - 256:20,
256:22, 257:1, 257:5,
258:2, 258:4, 258:11,
258:12, 258:23,
258:24, 259:24,
259:25, 263:2, 263:4,
264:13, 265:7, 266:2,
266:4, 266:7, 266:12,
266:14, 266:15,
266:19, 266:20,
267:19, 269:6,
269:13, 270:4, 271:9,
272:22, 273:22,
275:5, 275:25,
276:13, 277:15,
278:2, 278:6, 279:5,
282:18, 282:21,

283:5, 283:15,
284:11, 284:12,
285:1, 286:3, 287:9,
287:18, 287:22,
287:24, 288:15,
288:24, 289:8,
289:14, 289:18,
289:23, 290:1,
290:11, 290:14,
291:2, 291:9, 291:12,
291:23, 291:25,
295:4, 295:16,
295:21, 296:18,
297:12, 297:14,
297:23, 301:24,
303:2, 303:11,
304:14, 304:17,
305:2, 306:4, 306:16,
308:8, 308:9, 308:24,
309:13, 309:19,
310:9, 310:17,
311:12, 311:23,
312:1, 312:9, 314:10,
315:1, 316:15, 318:4,
320:3, 320:22, 321:7,
322:14, 323:4,
323:10, 324:4,
324:16, 325:5, 326:9,
326:10, 326:25,
327:12, 328:8,
330:12, 330:22,
332:21, 332:23,
333:5, 333:9, 334:14,
335:3, 337:9, 337:17,
338:5, 339:22,
340:10, 340:21,
340:23, 342:18,
345:8, 345:24, 347:20

**We** [5] - 289:7,
307:7, 321:11, 324:5,
329:13

**we'd** [1] - 342:19

**we'll** [5] - 287:25,
300:17, 309:9, 321:3,
326:3

**we're** [17] - 256:10,
259:12, 266:13,
267:17, 268:13,
279:3, 280:1, 302:2,
302:13, 308:16,
310:3, 318:18,
322:21, 334:13,
338:6, 340:15, 340:16

**we've** [5] - 269:20,
276:3, 284:22, 286:4,
295:13, 307:3,
308:10, 328:5, 334:1

**web** [2] - 304:10,
332:20

**website** [4] - 303:18,

304:10, 305:5, 310:23
**Week** [4] - 269:25, 270:5
**week** [2] - 270:1, 291:19
**weigh** [1] - 289:4
**weight** [3] - 289:3, 289:10, 290:19
**well** [18] - 266:13, 275:24, 292:19, 302:7, 308:15, 309:14, 310:2, 310:8, 311:20, 318:11, 319:18, 321:25, 327:21, 329:12, 329:18, 330:1, 330:24, 343:14
**went** [2] - 256:22, 335:21
**what's** [18] - 260:17, 262:25, 263:17, 264:11, 271:17, 273:17, 274:23, 275:5, 281:16, 287:2, 287:3, 293:3, 294:8, 294:17, 313:8, 318:16, 329:13, 334:5
**whatever** [2] - 290:19, 309:12
**WHEREUPON** [7] - 256:7, 288:4, 288:12, 296:3, 296:5, 339:24, 347:24
**whether** [27] - 257:21, 259:6, 259:24, 263:25, 264:1, 264:15, 269:16, 277:3, 280:8, 282:10, 286:15, 291:17, 292:2, 295:4, 306:11, 317:20, 318:8, 318:9, 319:14, 327:12, 327:16, 331:2, 331:3, 331:4, 338:18, 345:24, 347:2
**which** [40] - 258:5, 259:17, 269:8, 275:14, 276:7, 278:23, 279:3, 280:5, 280:14, 280:15, 283:20, 288:16, 288:18, 288:19, 288:22, 288:23, 289:16, 290:25, 292:13, 293:15, 294:25, 295:14, 295:16, 300:12, 301:10, 301:14, 301:25, 310:24, 311:12, 317:16,

318:23, 321:4, 336:11, 336:24, 336:25, 337:21, 341:23, 346:17
**while** [6] - 286:14, 289:1, 294:15, 297:11, 312:12, 314:21
**whistle** [15] - 339:5, 339:8, 339:12, 340:7, 340:15, 341:19, 341:23, 341:25, 342:1, 343:11, 345:16, 345:22, 345:25, 346:5
**white** [4] - 256:25, 283:3, 312:2, 333:1
**whole** [5] - 268:13, 341:16, 341:21, 345:8, 345:9
**WILKINSON** [2] - 254:5, 254:5
**will** [25] - 263:14, 263:17, 263:18, 282:5, 288:1, 288:16, 289:14, 289:22, 290:12, 291:16, 295:5, 295:8, 295:10, 295:15, 295:25, 304:3, 305:16, 318:4, 319:3, 320:3, 326:25, 329:20, 336:18, 347:20, 347:21
**winging** [1] - 334:14
**with** [95] - 257:2, 257:21, 258:18, 262:13, 265:10, 265:21, 266:14, 266:18, 266:22, 267:2, 269:19, 270:21, 272:2, 272:12, 277:11, 277:21, 278:13, 278:17, 282:1, 282:5, 283:20, 284:3, 285:11, 286:17, 287:4, 287:7, 287:13, 290:20, 292:9, 292:12, 292:13, 292:14, 292:21, 292:23, 293:10, 294:4, 294:12, 294:14, 294:22, 295:1, 295:3, 295:14, 295:18, 296:17, 296:18, 298:6, 299:15, 301:2, 302:8, 302:9, 304:12, 305:23, 307:11, 307:14, 308:4, 308:9,

309:25, 311:3, 311:6, 313:7, 313:22, 313:25, 314:7, 316:12, 316:23, 319:17, 321:2, 321:20, 322:16, 323:1, 324:2, 327:12, 327:13, 327:19, 328:11, 328:24, 332:9, 334:3, 335:4, 335:20, 339:21, 341:4, 341:22, 342:16, 343:17, 344:9, 344:16, 345:17, 345:24, 346:7, 347:19
**withdraw** [2] - 307:1, 324:22
**within** [12] - 294:12, 304:21, 305:8, 313:5, 316:18, 324:12, 324:19, 325:2, 325:6, 326:9, 326:18, 327:1
**without** [6] - 290:1, 294:9, 302:25, 303:8, 308:3, 323:20
**WITNESS** [7] - 256:12, 272:15, 279:22, 288:10, 288:12, 303:22, 345:5
**witness** [10] - 256:11, 262:18, 267:13, 287:21, 288:8, 290:8, 294:12, 340:15, 340:16, 342:15
**WITNESSES** [1] - 255:5
**won't** [1] - 298:14
**word** [6] - 259:1, 269:16, 308:15, 330:19, 330:21, 334:13
**words** [1] - 256:25
**work** [5] - 263:21, 281:6, 301:15, 319:10, 338:16
**worked** [4] - 282:4, 295:4, 312:1, 327:2
**working** [2] - 335:4, 347:6
**works** [10] - 263:25, 264:1, 284:15, 308:4, 319:14, 329:19, 335:10, 336:15, 338:12, 338:16
**world** [3] - 308:4, 311:18, 311:20
**would** [79] - 256:21, 258:13, 258:20,

259:18, 262:20, 263:8, 268:1, 268:7, 268:9, 269:11, 270:5, 270:9, 271:10, 272:13, 273:9, 274:3, 278:14, 278:23, 280:5, 281:12, 281:13, 281:14, 282:17, 282:24, 284:1, 285:8, 285:10, 285:24, 286:12, 288:23, 289:2, 290:3, 290:24, 292:5, 294:15, 294:19, 294:20, 294:24, 295:5, 295:16, 299:24, 302:9, 304:23, 309:5, 309:7, 309:14, 310:13, 312:25, 313:25, 314:14, 320:19, 324:10, 325:15, 326:12, 327:11, 327:17, 328:2, 330:1, 330:5, 331:22, 333:5, 333:22, 334:7, 336:17, 336:18, 337:9, 337:15, 338:5, 339:13, 342:9, 342:25, 343:13, 343:14, 344:9, 347:2, 347:3
**wouldn't** [3] - 284:2, 326:20, 331:1
**write** [6] - 256:24, 298:19, 315:3, 330:12, 336:17, 347:9
**written** [9] - 300:6, 300:8, 300:21, 300:24, 301:4, 301:9, 301:12, 346:13, 347:11
**wrong** [4] - 307:18, 314:25, 326:10, 345:24
**wrote** [1] - 309:2
**Wyeth** [1] - 291:2

## X

**X** [1] - 255:2
**XARELTO** [1] - 253:3
**Xarelto** [77] - 257:10, 257:22, 258:23, 258:24, 260:2, 260:9, 260:16, 260:18, 262:5, 262:6, 262:9, 264:19, 264:23, 265:19, 265:21, 265:23, 266:2, 266:6,

266:14, 269:12, 269:23, 274:22, 275:4, 276:24, 278:21, 279:5, 279:10, 282:11, 282:14, 282:16, 286:16, 287:8, 287:14, 288:17, 290:18, 290:24, 291:2, 293:16, 297:6, 297:9, 300:2, 300:13, 301:16, 301:19, 301:23, 302:1, 302:4, 308:9, 308:11, 308:12, 308:23, 308:25, 309:13, 313:2, 313:4, 316:23, 316:24, 318:1, 318:5, 318:13, 319:21, 319:23, 320:16, 321:16, 321:19, 322:22, 322:25, 325:3, 325:5, 325:9, 325:13, 326:5, 326:19, 327:4, 327:24

## Y

**yeah** [7] - 277:13, 297:17, 307:18, 311:9, 322:8, 332:6, 333:5
**year** [1] - 302:21
**years** [1] - 299:1, 299:2, 299:5, 299:8, 313:9, 333:13, 336:4, 336:5, 341:20, 346:24
**yellow** [1] - 261:22
**yes** [130] - 256:12, 257:3, 257:7, 257:12, 257:23, 257:25, 258:3, 259:15, 259:19, 259:20, 261:18, 262:11, 265:23, 266:7, 266:9, 266:12, 267:11, 267:24, 269:10, 270:9, 271:11, 271:13, 272:10, 273:2, 273:4, 273:7, 274:10, 274:16, 275:22, 276:5, 276:20, 276:23, 277:21, 278:15, 278:18, 279:9, 279:22, 281:19, 282:12, 282:23, 284:1, 287:1, 296:24, 297:21, 298:8, 299:14, 300:20,

302:18, 303:5,
303:21, 304:1,
304:11, 305:11,
305:17, 305:20,
306:13, 307:12,
308:14, 308:18,
311:15, 312:12,
312:17, 312:19,
312:21, 312:23,
313:6, 314:19, 315:4,
315:11, 315:15,
315:18, 315:21,
316:3, 316:8, 317:18,
318:11, 319:1, 319:7,
319:15, 319:22,
320:1, 320:7, 320:19,
321:6, 321:18,
322:18, 322:24,
323:3, 323:10,
323:14, 323:15,
323:24, 324:3,
324:15, 324:22,
325:4, 325:8, 325:11,
329:7, 330:17, 333:6,
333:21, 334:4, 335:6,
335:17, 335:22,
336:1, 336:14, 337:4,
337:14, 338:1, 338:2,
340:2, 342:8, 342:17,
343:3, 343:12,
343:20, 343:22,
344:4, 344:15,
344:21, 345:3,
345:15, 346:19,
347:17

**Yes** [1] - 293:25
**yesterday** [15] -
256:20, 256:23,
257:5, 258:2, 258:5,
266:2, 266:5, 279:6,
282:19, 282:22,
283:5, 298:13, 302:4,
328:6, 338:18

**yet** [2] - 295:4,
338:14
**York** [1] - 347:11
**You** [1] - 306:23
**you** [455] - 256:11,
256:14, 257:7, 258:9,
258:13, 258:15,
258:16, 258:17,
258:21, 259:2, 259:3,
259:4, 259:6, 259:16,
259:17, 259:18,
259:19, 259:23,
260:2, 260:14,
260:24, 260:25,
261:8, 261:20,
261:21, 261:22,
261:23, 261:24,

262:20, 263:6, 263:8,
263:12, 263:14,
263:17, 263:18,
263:22, 264:4, 264:5,
264:6, 264:10,
264:11, 264:13,
264:20, 265:12,
265:15, 265:21,
266:21, 266:25,
267:7, 267:10,
267:14, 267:23,
268:1, 268:3, 268:7,
268:16, 268:17,
268:24, 269:1, 269:2,
269:4, 269:5, 269:11,
270:5, 270:8, 270:9,
270:24, 270:25,
271:1, 271:3, 271:20,
271:21, 271:23,
271:25, 272:3, 272:4,
272:8, 272:10,
272:13, 273:5, 273:9,
273:16, 273:18,
273:20, 274:3,
274:11, 274:12,
274:17, 274:18,
275:14, 275:19,
275:23, 276:6, 276:9,
276:11, 276:17,
276:20, 276:21,
276:22, 276:24,
277:7, 277:10,
277:25, 278:1, 278:5,
278:9, 278:17,
278:20, 278:22,
278:23, 279:1, 279:2,
279:3, 280:4, 280:12,
280:14, 280:15,
280:19, 280:22,
280:23, 281:1, 281:3,
281:7, 281:13,
281:17, 281:18,
282:6, 282:10,
282:22, 282:25,
283:14, 283:16,
283:17, 283:22,
283:23, 284:11,
284:12, 284:18,
284:24, 285:3, 285:5,
285:8, 285:21,
286:12, 286:14,
287:3, 287:4, 288:10,
288:11, 289:15,
289:24, 290:2,
290:19, 290:22,
291:3, 291:4, 291:9,
291:14, 291:16,
292:4, 292:7, 293:6,
294:21, 294:23,
296:16, 296:20,
296:22, 297:6, 297:7,

297:9, 297:11,
297:15, 297:18,
297:20, 297:22,
297:23, 297:25,
298:3, 298:8, 298:10,
298:24, 298:25,
299:4, 299:10,
299:15, 299:16,
299:17, 299:20,
299:24, 300:2, 300:5,
300:7, 300:11,
300:15, 300:18,
300:19, 300:22,
300:25, 301:5, 301:8,
301:13, 301:15,
301:16, 301:19,
301:20, 302:2, 302:3,
302:5, 302:11,
302:14, 302:15,
302:16, 302:17,
302:20, 303:3,
303:11, 303:12,
303:16, 303:17,
303:22, 304:3, 304:5,
304:6, 304:7, 304:13,
305:13, 305:20,
305:22, 306:1, 306:3,
306:4, 307:7, 307:13,
307:16, 308:1, 308:2,
308:5, 308:15,
308:20, 308:24,
309:9, 309:19,
310:12, 310:13,
310:15, 310:16,
310:25, 311:20,
311:21, 311:23,
311:24, 312:1, 312:3,
312:6, 312:14, 313:4,
313:7, 313:10,
313:15, 313:17,
313:18, 313:23,
314:7, 314:9, 314:10,
314:12, 314:14,
314:25, 315:2, 315:5,
315:6, 316:12,
317:13, 318:2, 318:4,
318:11, 318:15,
318:16, 318:18,
319:7, 319:11,
319:15, 320:12,
320:13, 321:2, 321:9,
322:8, 322:9, 322:10,
322:13, 323:16,
323:23, 324:2,
324:22, 324:24,
325:15, 325:16,
325:22, 326:13,
326:14, 327:4, 327:7,
327:10, 327:11,
327:17, 327:22,
327:24, 328:1, 328:4,

328:6, 328:12,
328:23, 328:25,
329:8, 329:14,
329:16, 329:18,
329:20, 329:22,
329:23, 330:1,
330:12, 330:22,
330:23, 330:24,
331:1, 331:16,
331:21, 331:23,
332:2, 332:25,
333:12, 333:19,
333:20, 333:23,
334:3, 334:5, 334:9,
334:13, 334:21,
335:3, 335:7, 335:10,
335:13, 335:14,
335:16, 335:19,
335:20, 336:4, 336:7,
336:11, 336:16,
336:18, 336:22,
337:1, 337:4, 337:5,
337:6, 337:12,
337:16, 337:25,
338:13, 338:14,
338:15, 338:17,
338:18, 338:19,
339:3, 339:9, 339:10,
339:12, 339:15,
339:25, 340:9, 341:4,
341:5, 341:8, 341:14,
341:15, 341:22,
341:23, 342:4, 342:5,
342:17, 342:22,
342:25, 343:2,
343:11, 343:12,
343:13, 344:7,
344:13, 344:24,
345:1, 345:8, 346:2,
346:7, 346:12,
346:14, 346:16,
346:20, 346:21,
347:3, 347:4, 347:5,
347:6, 347:21

**you'd** [1] - 343:12
**you'll** [3] - 256:10,
263:16, 263:21
**you're** [44] - 256:11,
277:2, 283:11, 284:2,
284:13, 297:10,
298:9, 299:3, 300:13,
304:12, 307:14,
307:22, 309:22,
311:6, 312:1, 313:7,
314:21, 320:18,
321:2, 324:24, 327:3,
328:25, 329:22,
331:2, 331:21, 332:8,
333:15, 334:11,
334:17, 335:1, 335:9,
336:9, 336:12,

337:19, 337:20,
338:12, 338:23,
338:25, 339:21,
341:14, 345:21,
347:8, 347:11

**you've** [26] - 268:18,
290:6, 296:25, 297:3,
298:15, 299:9,
299:19, 300:2, 300:5,
300:10, 300:21,
300:24, 301:4, 301:7,
301:12, 301:22,
302:10, 311:17,
319:7, 335:5, 335:25,
336:2, 336:7, 336:24,
338:6, 347:14

**your** [103] - 256:14,
256:20, 256:24,
257:3, 261:16,
262:11, 262:17,
263:6, 264:12,
265:17, 267:12,
267:13, 267:16,
268:9, 268:18,
268:24, 273:6,
273:20, 273:22,
273:25, 275:20,
278:4, 278:16,
279:14, 279:20,
285:13, 285:17,
285:21, 285:23,
286:12, 287:2,
287:22, 288:7,
288:14, 289:13,
289:23, 290:10,
291:5, 291:8, 291:10,
291:14, 291:23,
293:13, 294:9,
294:17, 294:19,
295:10, 295:20,
297:25, 300:11,
300:19, 301:15,
301:22, 303:4,
303:20, 303:24,
304:23, 307:13,
308:10, 310:13,
310:17, 310:22,
311:1, 311:16,
311:21, 318:2,
320:15, 320:19,
322:10, 323:18,
323:24, 330:25,
334:23, 335:4,
335:18, 337:13,
337:22, 338:8,
338:13, 338:18,
339:17, 339:22,
341:4, 342:9, 342:13,
342:17, 342:19,
342:22, 344:2,
344:22, 345:3, 346:2,

346:6, 346:9, 346:17,
346:20, 346:21,
347:5, 347:12, 347:19

## Z

**zero** [1] - 260:3
**zoom** [1] - 282:19