1                 UNITED STATES DISTRICT COURT

2                 EASTERN DISTRICT OF LOUISIANA

3

4

5   IN RE:  XARELTO              *
    (RIVAROXABAN) PRODUCTS       *
6   LIABILITY LITIGATION         *

7   THIS DOCUMENT RELATES TO:    *   Docket No.: 14-MD-2592
                                 *   Section "L"
8   Joseph J. Boudreaux, Jr.     *   New Orleans, Louisiana
    v. Janssen Research &        *   April 25, 2017
9   Development, et. al.,        *
    Case No.: 14-CV-2720         *
10  * * * * * * * * * * * * * * * * *

11              VOLUME II - AFTERNOON SESSION
         TRANSCRIPT OF BELLWETHER JURY TRIAL PROCEEDINGS
12          BEFORE THE HONORABLE ELDON E. FALLON
               UNITED STATES DISTRICT JUDGE

13

14  APPEARANCES:

15

    For the Plaintiffs':
16  Liaison Counsel:             Levin Papantonio
                                 BY:  BRIAN H. BARR, ESQ.
17                               316 South Baylen Street, Suite 600
                                 Pensacola, Florida  32502

18

19                               Beasley Allen
                                 BY:  ANDY BIRCHFIELD, ESQ.
20                               P.O. Box 4160
                                 Montgomery, Alabama 36103

21

22                               Gainsburg Benjamin David
                                   Meunier & Warshauer
23                               BY:  GERALD E. MEUNIER, ESQ.
                                 2800 Energy Centre
24                               1100 Poydras Street
                                 New Orleans, Louisiana 70163

25

                      OFFICIAL TRANSCRIPT

1   APPEARANCES:

2                                Schlichter Bogard & Denton, LLP
                                 BY:  ROGER DENTON, ESQ.
3                                100 South Fourth Street
                                 St. Louis, Missouri 63102
4

5                                The Lambert Firm
                                 BY:  EMILY JEFFCOTT, ESQ.
6                                701 Magazine Street
                                 New Orleans, Louisiana 70130
7

8   For the Defendant Bayer
    HealthCare Pharmaceuticals
9   Inc. and Bayer Pharma AG:    Wilkinson Walsh & Eskovitz, LLP
                                 BY:  BETH A. WILKINSON, ESQ.
10                               1900 M Street NW, Suite 800
                                 Washington, DC 20036
11

12                               Nelson Mullins Riley &
                                   Scarborough, LLP
13                               BY:  DAVID E. DUKES, ESQ.
                                 Meridian, 17th Floor
14                               1320 Main Street
                                 Columbia, South Carolina 29201
15

16  For Janssen Pharmaceuticals,
    Inc. and Janssen Research &
17  Development, LLC:            Barrasso Usdin Kupperman Freeman &
                                   Sarver, LLC
18                               BY:  RICHARD E. SARVER, ESQ.
                                 909 Poydras Street, 24th Floor
19                               New Orleans, Louisiana 70112

20
    Official Court Reporter:     Jodi Simcox, RMR, FCRR
21                               500 Poydras Street
                                 Room HB-406
22                               New Orleans, Louisiana 70130
                                 (504) 589-7780
23

24  Proceedings recorded by mechanical stenography, transcript

25  produced by computer.

OFFICIAL TRANSCRIPT

1                              <u>I N D E X</u>

2                                                          <u>Page</u>

3
    DR. DAVID KESSLER
4        Cross-Examination By Mr. Dukes:              353
         Direct Examination By Ms. Jeffcott:         510
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

<u>**PROCEEDINGS**</u>

**(April 25, 2017)**

**(AFTERNOON SESSION)**

**\*\*\*\*\*\***

(COURT CALLED TO ORDER)

THE DEPUTY CLERK:  All rise.

THE COURT:  Hold the jury, Marshal.  The jury's out of the room.  I understand you have an issue that you want to talk to me about.

MR. MEUNIER:  Just very briefly, Your Honor.  In connection with the earlier discussion we had with the Court about the label and the strike-through language.  I know you ruled on the admissibility and deferred for now on the limiting instruction.

But just for the completeness of the record, since this may come up in the next segment --

THE COURT:  Sure.

MR. MEUNIER:  -- we'd like to proffer for the record as Plaintiff Proffer 1 the proposed jury charge.

THE COURT:  Okay.  Just make it Proffer 1.

Is that it?

MR. MEUNIER:  Yes.  Thank you.

THE COURT:  Okay.  Let's bring the jury in, please.

THE DEPUTY CLERK:  All rise.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

13:15 | 1    (WHEREUPON, the jury entered the courtroom.)

13:15 | 2    **THE COURT:**  Okay.  Be seated, please.  Okay.  Ladies

13:15 | 3    and gentlemen, we're now still on Dr. Kessler.  I know after

13:15 | 4    lunch, it sometimes gets difficult.  I hope you all are

13:15 | 5    comfortable.  If you need hotter or colder, you let me know and

13:15 | 6    we'll deal with it.  We have to call somebody in Oklahoma, I

13:16 | 7    think, that controls it.  You know how the government is.

13:16 | 8        Okay.  You may proceed, counsel.

13:16 | 9        (WHEREUPON, **DR. DAVID KESSLER**, having been previously

13:16 | 10   duly sworn, testified as follows.)

13:16 | 11                **CROSS-EXAMINATION**

13:16 | 12   BY MR. DUKES:

13:16 | 13   **Q.**   Good afternoon, Dr. Kessler.

13:16 | 14   **A.**   Good afternoon, sir.

13:16 | 15       **MR. DUKES:**  Good afternoon, ladies and gentlemen.

13:16 | 16   BY MR. DUKES:

13:16 | 17   **Q.**   Dr. Kessler, you have been underreporting to your

13:16 | 18   employer, the University of Southern California -- let me start

13:16 | 19   over.  That must have a long lunch.

13:16 | 20       You've been underreporting to your employer,

13:16 | 21   University of California, how much time you've spent as an

13:16 | 22   expert witness in litigation; correct?

13:16 | 23       **MS. JEFFCOTT:**  Can we approach?

13:16 | 24       **THE WITNESS:**  No.

13:16 | 25       **THE COURT:**  Overrule the objection.  I said I've

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

13:16 1  overruled the objection.  You're objecting.  It goes to

13:16 2  credibility.

13:16 3  **BY MR. DUKES:**

13:16 4  **Q.**   You're currently a professor at the University of

13:16 5  California, San Francisco, Medical School; right?

13:16 6  **A.**   I am.

13:16 7  **Q.**   And you've held that position since 2003?

13:16 8  **A.**   Yes, exactly.

13:16 9  **Q.**   And it's a full-time position, isn't it?

13:16 10  **A.**   It is.

13:16 11  **Q.**   And as a faculty member at the University of California,

13:17 12  there are certain things you're required to report to the

13:17 13  university, aren't there?

13:17 14  **A.**   Yes.  But there's -- I'm also exempted from certain

13:17 15  things.  So it's not a straightforward answer.  I'm happy to

13:17 16  explain it if you'd like.

13:17 17  **Q.**   Let me keep moving, but I think you'll have the

13:17 18  opportunity to explain it.

13:17 19  **A.**   Okay.  Happy to do that.

13:17 20  **Q.**   And one of the things you must report is how much time you

13:17 21  spend working for plaintiffs' attorneys in litigation; correct?

13:17 22  **A.**   Not exactly.  That's not what it said.  And, again, I'm

13:17 23  exempted.  So it's sort of irrelevant.

13:17 24  **Q.**   Okay.  One of the things you have to report is how many

13:17 25  hours you spend on certain professional activities that don't

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

| 13:17 | 1 | directly relate to teaching at med school; correct? |
| 13:17 | 2 | **A.**   Again, I'm exempted from that.  I fill out these forms. |
| 13:17 | 3 | But I'm exempted from that, as you know. |
| 13:17 | 4 | **Q.**   Well, I -- let's just keep working.  You've not accurately |
| 13:17 | 5 | reported to your employer, the University of California, how |
| 13:17 | 6 | much time you spend working for plaintiffs' attorneys in |
| 13:17 | 7 | litigation, have you? |
| 13:17 | 8 | **A.**   No, I don't think that's correct. |
| 13:18 | 9 | **Q.**   All right.  You do agree the University of California has |
| 13:18 | 10 | a policy on conflict of commitment and outside activities for |
| 13:18 | 11 | faculty members; right? |
| 13:18 | 12 | **A.**   Yes.  And you also know that's part of the compensation |
| 13:18 | 13 | plan, and I have exemptions from that. |
| 13:18 | 14 | **Q.**   Okay.  I don't know that you have exemptions. |
| 13:18 | 15 | **A.**   Well, happy to say that I'm exempt from the compensation |
| 13:18 | 16 | plan of the University of California, San Francisco.  I mean, |
| 13:18 | 17 | again, there's evidence of that.  I'll leave it to lawyers to |
| 13:18 | 18 | do that, but I am exempt from that. |
| 13:18 | 19 | **Q.**   Okay.  Do you have a letter to that effect? |
| 13:18 | 20 | **A.**   The letter is -- I don't have it on my possession here, |
| 13:18 | 21 | but there is a letter.  It is marked "strictly confidential," |
| 13:18 | 22 | and it exempts me from that.  It is unequivocal. |
| 13:18 | 23 | **Q.**   Okay.  Well, I would ask you, if you're going to rely on |
| 13:18 | 24 | that letter in front of the jury to, please, either you or your |
| 13:18 | 25 | lawyer -- |

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

| | | |
|---|---|---|
| 13:18 | 1 | **THE COURT:**  Dean.  Dean, give me this. |
| 13:19 | 2 | **MS. JEFFCOTT:**  Your Honor -- |
| 13:19 | 3 | **THE COURT:**  Okay.  All right.  Ladies and gentlemen, |
| 13:19 | 4 | this happened during the deposition apparently, and the doctor |
| 13:19 | 5 | indicated that he had a letter from the director of senior |
| 13:19 | 6 | management, compensation and benefits.  He indicated that he |
| 13:19 | 7 | had such a letter.  He was reluctant to have that letter |
| 13:19 | 8 | exposed to the public because of some concern that he had that |
| 13:19 | 9 | other people may not have the letter and this may cause |
| 13:19 | 10 | confusion in their situation.  So I required that the letter be |
| 13:19 | 11 | given to me so I could look at it. |
| 13:19 | 12 | I've looked at it, and the letter does say that |
| 13:19 | 13 | this letter is advise you that President Dynes has approved an |
| 13:19 | 14 | exemption to the health science compensation for David A. |
| 13:20 | 15 | Kessler. |
| 13:20 | 16 | So he produced the letter.  I have the letter, |
| 13:20 | 17 | and it's in the record under seal. |
| 13:20 | 18 | **MR. DUKES:**  Thank you, Your Honor.  May I proceed? |
| 13:20 | 19 | **THE COURT:**  Yes. |
| 13:20 | 20 | BY MR. DUKES: |
| 13:20 | 21 | Q.   Under the university's policy, there are limitations on |
| 13:20 | 22 | how many hours faculty can spend on outside activities; |
| 13:20 | 23 | correct? |
| 13:20 | 24 | A.   There is.  And, again, that's part of the compensation |
| 13:20 | 25 | plan.  And, as the judge just indicated, there's an exemption |

DR. DAVID KESSLER - CROSS

13:20  1    that allows me to earn and retain income.  And that's in that

13:20  2    letter that's under seal.

13:20  3            So I'm allowed to do that, yes.

13:20  4    **Q.**   So there are two things that generally folks have to

13:20  5    report.  One is how many outside hours they work, and one is

13:20  6    the compensation.

13:20  7            And your point is that you get to keep the

13:20  8    compensation; correct?

13:20  9    **A.**   No.  It's that I can earn and retain -- if you look at the

13:20  10   letter, it gives me both.  I'm permitted to do both, to earn

13:21  11   and retain.  Right.  So I'm allowed to do both.

13:21  12   **Q.**   To earn compensation for outside activities in addition to

13:21  13   being a professor and retain the income; right?

13:21  14   **A.**   Right.  I am allowed to do this.  I am exempt from that

13:21  15   compensation plan.

13:21  16   **Q.**   Okay.

13:21  17           **THE COURT:**  All right.  Let me just -- I'm going to

13:21  18   take the opportunity to declassify the letter and give it to

13:21  19   counsel.  He can take a look at it.

13:21  20           **MR. DUKES:**  Thank you, Your Honor.  May I approach?

13:21  21           **THE COURT:**  Yes.

13:21  22           **MR. DUKES:**  Your Honor, I would like to publish this

13:21  23   to the jury so I can examine the witness.

13:21  24           **MR. MEUNIER:**  Your Honor, may we see the letter?

13:21  25           **THE COURT:**  Yes.

13:22   1          **MR. DUKES:**  Certainly.

13:22   2          **MR. MEUNIER:**  Your Honor, we'll object to it being

13:22   3   admitted into evidence.  He can use it in connection with the

13:22   4   witness's testimony.

13:22   5          **THE COURT:**  I'll let him use it.  Put it up.  I will

13:22   6   put it under seal in the evidence portion out of respect for

13:22   7   his colleagues and his concern about his colleagues.

13:22   8   **BY MR. DUKES:**

13:22   9   **Q.**   So, Dr. Kessler, this is the letter you were talking to me

13:22   10  about before I had a chance to see it; correct?

13:22   11  **A.**   Yes.  It's the reason I've been a little reluctant --

13:22   12  again, this isn't to me.  This is to the -- this is in the

13:22   13  university, and it's labeled in strict confidence.

13:22   14  **Q.**   Okay.  And it's dated April 6th, 2004; right?

13:22   15  **A.**   Yes, sir.

13:22   16  **Q.**   And it's from Susan Mathews, director, senior management,

13:23   17  compensation and benefits; is that right?

13:23   18  **A.**   Yes.

13:23   19  **Q.**   And it's to Chancellor Bishop; correct?

13:23   20  **A.**   Yes.

13:23   21  **Q.**   Now, is that who terminated you?

13:23   22  **A.**   Yes.

13:23   23  **Q.**   Okay.  The letter says, "This letter is to advise you that

13:23   24  President Dynes" --

13:23   25          Who's president Dynes?

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

13:23  1  **A.**   He was president of the University of California at the
13:23  2  time.
13:23  3  **Q.**   -- "has approved an exemption to the health sciences
13:23  4  compensation plan for David A. Kessler, dean School of Medicine
13:23  5  and vice chancellor for medical affairs, to allow him to earn
13:23  6  and retain annual outside professional earnings beyond that
13:23  7  allowed by the health sciences compensation plan."  Correct?
13:23  8  **A.**   Yes.
13:23  9  **Q.**   And it goes on to say, "This exception is based on the
13:23  10  fact that, prior to his appointment at UC San Francisco,
13:23  11  Dr. Kessler was told that he would be able to continue to
13:23  12  engage in outside activities, retaining all compensation from
13:23  13  those activities and to participate in the health sciences
13:24  14  compensation plan."  Correct?
13:24  15  **A.**   Yes.  So it allows me to continue to engage.  That's what
13:24  16  I was told.  There was no limitation there in that letter.
13:24  17  **Q.**   And then it has a telephone number if there are any
13:24  18  questions; right?
13:24  19  **A.**   Sure.  You probably should redact that for her purposes.
13:24  20  **Q.**   I have no objection to that.
13:24  21       Now, this letter does not say anything about you
13:24  22  being exempted from providing the number of hours that you work
13:24  23  on outside professional activities, does it?
13:24  24  **A.**   I'm allowed to continue to engage in outside activities.
13:24  25  You know, again, you're asking me for a legal opinion.  Happy

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

13:24 1    to give you --

13:24 2    **Q.**    No.  I'm just asking you if this letter exempts you -- if

13:24 3    it says anywhere in this letter that it exempts you from the

13:24 4    filing requirement of reporting to University of California the

13:24 5    number of hours that you work on outside activities.

13:24 6    **A.**    It allows me to continue to engage in outside activities

13:24 7    without limitations, as I read that.

13:24 8    **Q.**    Fair enough.  But it does not exempt you from the

13:25 9    reporting obligation to disclose to your employer the number of

13:25 10   hours that you're working on those activities; right?

13:25 11   **A.**    The letter does what exactly the letter allows, and it

13:25 12   allows me to basically -- what's the exact wording of this?

13:25 13             It's an exception to the health science compensation

13:25 14   plan.  I take that as an exemption from the health science

13:25 15   compensation plan.

13:25 16   **Q.**    Even though the exemption is limited, it says, "to allow

13:25 17   him to earn and retain annual outside professional earnings

13:25 18   beyond that allowed by the health sciences compensation plan"?

13:25 19             **MR. MEUNIER:**  Your Honor, this is --

13:25 20             **THE COURT:**  It's asked and answered.  Come on.

13:25 21             **MR. DUKES:**  Moving on.  I'm already onto the next

13:25 22   one.

13:25 23   **BY MR. DUKES:**

13:25 24   **Q.**    Now, one of the requirements in the health sciences plan

13:25 25   was that faculty has to file annual reports on how many hours

DR. DAVID KESSLER - CROSS

13:25  1   they work outside their professional activities; right?

13:25  2   A.   But this is -- I have an exception to the health sciences

13:25  3   compensation plan.

13:25  4   Q.   And you filed reports, didn't you?

13:25  5   A.   I certainly filed reports when it was asked, just wanting

13:25  6   to do full disclosure.  But I am exempt.  There's an exception

13:26  7   to that health science compensation plan that is in effect.

13:26  8        So the issue, first of all, as I'm concerned, is moot

13:26  9   because there's an exception in place.

13:26  10  Q.   Okay.  But you did actually file reports subject to the

13:26  11  health sciences compensation plan at times; correct?

13:26  12  A.   When it was asked for, I just -- you know, absolutely over

13:26  13  the years, full disclosure.  Everyone -- my life's a public

13:26  14  book.

13:26  15  Q.   No.  I'm just asking if you filed reports with the

13:26  16  University of California about the hours you worked on other

13:26  17  things, including expert litigation.

13:26  18       MR. MEUNIER:  Your Honor, this has been asked and

13:26  19  answered.  And I think we're just -- it's unnecessarily taking

13:26  20  up time with this.

13:26  21       THE COURT:  I know.  He's asked and answered.  You

13:26  22  know, you don't like the answer, but it's up to the jury

13:26  23  whether or not they like the answer.  He's answered it.

13:26  24       MR. DUKES:  Let me pick a year.

       25

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

13:26   1   BY MR. DUKES:
13:26   2   Q.   Let's look -- let's look at between July 2014 and
13:27   3   June 2015.  Okay.
13:27   4          Do you recall filing a report then?
13:27   5   A.   Yes.  And I think you -- you started digging into my
13:27   6   personnel files.  As I understand it, you started requesting
13:27   7   documents in my personnel file.
13:27   8   Q.   I thought you just said your whole life is an open book.
13:27   9   A.   It is an open book.
13:27   10  Q.   Now, you recall that, in that filing -- I'm going to show
13:27   11  it to you --
13:27   12  A.   Sure.
13:27   13  Q.   -- for July 2014 to June 2015, that you certified that you
13:27   14  only spent 8 to 12 hours working as an expert witness?
13:27   15  A.   No, sir.  That's not correct.  Pull up the document.
13:27   16  Q.   Okay.  So if you said that, that would not be accurate?
13:27   17  A.   No.  The document says -- if you read the document -- I
13:27   18  mean, because I know you started filing information requests on
13:27   19  me at the university.
13:27   20         The -- I mean, I think for the dates, if you read
13:27   21  that form, it says from -- the dates that I was engaged in --
13:28   22  and I gave the entire year.  I gave from 6 -- I forget -- 7/1
13:28   23  to 6/31.  And then it says "hours/days."
13:28   24         So, again, I mean, I put how much I worked, how many
13:28   25  hours, that number is -- how many hours I'm going to be here

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

13:28   1    today working today?  I don't know.  I started probably working

13:28   2    at around, I don't know, 6:00 a.m.  Probably woke up around, I

13:28   3    don't know, 5:00 a.m.  Started preparing.  Probably don't get

13:28   4    home until late, probably somewhere between, I don't know, 14,

13:28   5    15 hours.

13:28   6                What did I list on that form?

13:28   7    Q.   Let's take a look at it.

13:28   8    A.   Sure.

13:28   9    Q.   Let me hand you Defendants' Exhibit 11006.

13:28   10   A.   Thank you.

13:29   11   Q.   Now, do you recognize Defendants' Exhibit 11006?

13:29   12   A.   So let's read the title.  Can we do that?

13:29   13   Q.   Yes.  The title is "Annual Health Sciences Compensation

13:29   14   Plan (HSCP Disclosure Form)."

13:29   15   A.   Let's stop there.

13:29   16   Q.   Okay.

13:29   17   A.   Right.  I'm exempt from the health sciences compensation

13:29   18   plan.

13:29   19   Q.   But you did file a report?

13:29   20   A.   Just, again, in the spirit of, you know, disclosure.  But

13:29   21   I'm exempt from it, so this is sort of immaterial.  But go

13:29   22   ahead.  Certainly.

13:29   23   Q.   And it's for the fiscal year ending June 30th, 2015;

13:29   24   correct?

13:29   25   A.   Yes.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

13:29  1   **Q.**   It says "David Kessler."

13:29  2        That's your name; right?

13:29  3   **A.**   Exactly.

13:29  4   **Q.**   "Professor."

13:29  5        That's you?

13:29  6   **A.**   Yes.

13:29  7   **Q.**   "Pursuant of appointment, 100 percent."  Correct?

13:30  8   **A.**   Right.

13:30  9   **Q.**   And that's your signature in the lower left, and you dated

13:30  10  it 12/12/15; right?

13:30  11  **A.**   Yes.

13:30  12       **MR. DUKES:**  Your Honor, I would offer Defendants'

13:30  13  Exhibit 11006 into evidence.

13:30  14       **THE COURT:**  Okay.  I'll admit it.

13:30  15  **BY MR. DUKES:**

13:30  16  **Q.**   Now, let's take a look at DX 11006.1.1.

13:30  17       And that's your signature we're just talking about;

13:30  18  right?

13:30  19  **A.**   Yes.

13:30  20  **Q.**   All right.  Let's go up to where it says, "FDA expert time

13:30  21  spent."  Let's take a look at that.

13:30  22  **A.**   Right.

13:30  23  **Q.**   All right.  So that says 7/14 to 6/15.

13:30  24       So that's July of 2014 to June of 2015; correct?

13:30  25  **A.**   That's several years ago, yes.  There hasn't been a form,

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

13:30  1  I think, since.

13:30  2  Q.   Right.  I'm just asking you if that's your handwriting

13:30  3  saying July 2014 to June 2015.

13:30  4  A.   Those are the dates -- those are the dates served.

13:31  5  Q.   Right.

13:31  6  A.   And, again, I just put down those dates.  So it overstates

13:31  7  the dates, but it makes it clear that it could be any date

13:31  8  through that period of time.  Right.  So that covers many days.

13:31  9       Keep on going -- I mean --

13:31  10 Q.   Yeah, well, this -- I mean, the document says for the

13:31  11 fiscal year ending June 30th, 2015.  So you're filing a report

13:31  12 with your employer, University of California, for that period

13:31  13 saying this is how much time I worked an expert witness; right?

13:31  14 A.   I'm filling out a form that I don't have to fill out,

13:31  15 because I'm exempt, and the dates that are worked, right.  And

13:31  16 I'm overstating the dates.  So I'm not underreporting; I'm

13:31  17 overstating the dates.

13:31  18      And just like today, I'm going to be here 8 to 12

13:31  19 hours.  I put 8 to 12 hours.  Sometimes it's less.  Sometimes

13:31  20 it's more.  So, I mean, if anything, I'm overstating the time

13:31  21 here.

13:31  22 Q.   Let me make sure I understand this.  So you're telling the

13:32  23 jury that on the form you filled out for an entire year ending

13:32  24 June 30, 2015, where you said from July 2014 to June 2015, when

13:32  25 you put 8 to 12 hours as an FDA expert, what you really meant

OFFICIAL TRANSCRIPT

13:32  1   was, "I just worked one day"?

13:32  2   **A.**   No.  Go take a look.  That's not the dates that I say I'm

13:32  3   working.  I'm saying I'm working throughout the year.

13:32  4   **Q.**   Right.

13:32  5   **A.**   And look at the column.  It says "hours/days."  Tell me

13:32  6   how you'd like me to fill it out.

13:32  7   **Q.**   No.  I'm just asking you how you filled it out.

13:32  8   **A.**   I am telling you again, because I'm voluntarily filling it

13:32  9   out even though I'm exempt, right -- no good deed goes

13:32  10  unpunished, I guess; right?

13:32  11         So I am saying the dates that I worked.  Dates of

13:32  12  service, right, I'm overstating, because they don't give you a

13:32  13  lot of room here, right.  I put yesterday -- I mean, yesterday

13:32  14  I was on.  Today I was on.  It's different amounts.  I'm going

13:33  15  to be on 8 to 12 hours.  So I'm giving you a sense that there's

13:33  16  a lot of time spent, right.  The whole day here and the dates

13:33  17  of service, there's a range.

13:33  18  **Q.**   Let's make sure I understand.

13:33  19         So what is this period here?

13:33  20  **A.**   That's basically July -- it is exactly what it is.  I

13:33  21  mean, it's a range of dates when this occurred.

13:33  22  **Q.**   And the range is July of '14 to June of '15?

13:33  23  **A.**   Yes.

13:33  24  **Q.**   Okay.  So a fiscal year; right?

13:33  25  **A.**   No.  It's the dates of service.  So I just put down --

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

| | | |
|---|---|---|
| 13:33 | 1 | because I didn't have a record of exactly which days that I |
| 13:33 | 2 | worked on which.  So I overstated the dates that I worked.  So |
| 13:33 | 3 | no one should be under any -- I didn't just put down one day. |
| 13:33 | 4 | I mean, it could be many days in that period.  And I put how |
| 13:33 | 5 | many hours per day I worked. |
| 13:33 | 6 | Q.  So what -- this is 8 to 12 hours; right? |
| 13:33 | 7 | A.  I think that's -- if I could read my handwriting, yes. |
| 13:34 | 8 | Q.  Do you want me to blow it up? |
| 13:34 | 9 | A.  No.  Pretty good. |
| 13:34 | 10 | Q.  All right.  And this says "FDA expert."  Right? |
| 13:34 | 11 | A.  Yes. |
| 13:34 | 12 | Q.  Okay.  So you don't know what this 8 to 12 hours means. |
| 13:34 | 13 | Is that what you're telling us? |
| 13:34 | 14 | A.  I'm going to be here 8 to 12 hours.  I mean, I don't know |
| 13:34 | 15 | how -- how long are you going to keep me? |
| 13:34 | 16 | Q.  Well, you weren't disclosing this form on -- in 2015, in |
| 13:34 | 17 | anticipation that you and I would be having this conversation? |
| 13:34 | 18 | A.  No.  But I've been in other situations like this, and when |
| 13:34 | 19 | I work -- again, I'm doing my best.  You know, I can tell you |
| 13:34 | 20 | I'm here all day.  I'm going to be working 8 to 12 hours today, |
| 13:34 | 21 | and I put the range of dates that I work. |
| 13:34 | 22 | Q.  Well, in fairness, let's read the bottom where you signed |
| 13:34 | 23 | it.  Let's understand it. |
| 13:34 | 24 | A.  Okay.  Well -- |
| 13:34 | 25 | Q.  Wait. |

DR. DAVID KESSLER - CROSS

13:34  1   A.   Well, actually, read the first instructions too because it

13:34  2   applies to all members who are of the health science

13:35  3   compensation plan, and there's an exemption in place.

13:35  4   Q.   Well, that's why I was raising the issue about the

13:35  5   exception because your letter only references income.  It

13:35  6   doesn't reference hours.  And what we now know is you've been

13:35  7   filing reports with hours on it.

13:35  8   A.   Trying to make -- you know, again, trying it make everyone

13:35  9   happy here and comply.

13:35  10  Q.   All right.  So here's what it says, "List in temporal

13:35  11  sequence."

13:35  12       "Temporal sequence," what's that mean to you?

13:35  13  A.   In order.

13:35  14  Q.   Okay.  "All" is underlined, isn't it?

13:35  15  A.   Yes.

13:35  16  Q.   "Compensated outside professional activities including

13:35  17  teaching undertaken for university extension or as part of an

13:35  18  approved continuing health education program.  Failure to

13:35  19  disclose and remit income due to the plan could lead to

13:35  20  financial penalties and/or academic disciplinary action."

13:35  21       Now, your letter says you're exempt from the aspect

13:35  22  of income, keeping the income; right?

13:35  23  A.   No.  I take that letter to be very clearly that I'm exempt

13:36  24  from the health science compensation plan.  That's what the

13:36  25  letter says.  It says "exception."  Okay.  And that's what I'm

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

13:36  1    taking.  So...

13:36  2    Q.    And you typed or somebody typed "waiver granted by

13:36  3    President Robert Dynes, UCOP Health Sciences Compensation

13:36  4    Plan."

13:36  5          That's referring to the letter we looked at?

13:36  6    A.    Yes.

13:36  7    Q.    And you've got an asterisk that says, "Does not include

13:36  8    nights, weekends, and phone calls."  Right?

13:36  9    A.    Right.  Because this is what I'm spending during the day.

13:36  10   Q.    And you say, "I certify" -- "I certify that I have

13:36  11   complied with the provisions of the University of California

13:36  12   health sciences compensation plan, the school of medicine, HSCP

13:36  13   implementation procedures, and my department's guidelines for

13:36  14   the plan in regard to limitations on the retention of earnings

13:36  15   and time spent in outside professional activities.  Signed

13:36  16   David Kessler.  Dated December 12, 2015."

13:37  17   A.    All of which I am exempt from.

13:37  18   Q.    And is it your testimony that your certification of 8 to

13:37  19   12 hours as an FDA expert during the time period July 2014 to

13:37  20   June 2015 is an accurate statement?

13:37  21   A.    Per day, absolutely.  I mean, again, I made it clear there

13:37  22   may be -- it may vary; it may be less than 8 to 12.  But on

13:37  23   average, we're here 8 to 12.  I put the dates of service,

13:37  24   right, when this was applicable.

13:37  25         But the important thing is -- look, I -- you know --

DR. DAVID KESSLER - CROSS

13:37   1    it would be great to talk about substance, Counselor.

13:37   2    **Q.**   I think the jury will determine substance.

13:37   3          Is -- your testimony is that, in this form that calls

13:37   4    for disclosures over a year's period, that what you disclosed

13:37   5    to your employer is, "Hey, one day I worked 8 to 12 hours"?

13:38   6          **MR. MEUNIER:**  Your Honor, asked and answered.  I

13:38   7    really think he's now arguing with the witness.

13:38   8          **THE COURT:**  I understand.  He has him under cross.

13:38   9    He has the right to go into it.

13:38   10          Doctor, let's get through this.  Just answer

13:38   11    what you can, and let's move on.

13:38   12          **THE WITNESS:**  What I did was -- it says "hours/days."

13:38   13    So the way I interpret it -- and, you know, again, this is a

13:38   14    form.  Everybody's used to filling out forms and -- you know, I

13:38   15    actually asked people -- all right.  I've asked people how to

13:38   16    fill this form out.  And people interpret the hours per day as

13:38   17    how many hours per day I'm working, and that's 8 to 12.  So I

13:38   18    tried to fill this form out well, even though I didn't have to.

13:38   19    **BY MR. DUKES:**

13:38   20    **Q.**   All right.  Let's scroll up a little bit and look at some

13:38   21    of the other hours.  Let's take a look at that second one,

13:38   22    eight hours.

13:38   23          So that's just eight hours one day; is that right?

13:38   24    **A.**   That's when I'm -- when engaged in that activity, yes.

13:39   25    **Q.**   So the intent of this from your employer is to understand

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

13:39  1  what --

13:39  2           THE COURT:  Well, now, wait.  That's the wrong

13:39  3  question.  We don't know the intent.

13:39  4           MR. DUKES:  I understand.

13:39  5  BY MR. DUKES:

13:39  6  Q.   So where it says "time spent, hours/days," for an entire

13:39  7  year period, if you're just disclosing 8 to 12 hours and saying

13:39  8  that's one day, don't you think that that's not really shooting

13:39  9  straight with your employer?

13:39  10 A.   No.  I'm shooting over straight.  Because what am I

13:39  11 saying?  I'm saying -- this is making it very clear.  This is

13:39  12 from 7/14 to 6/15.  So I'm overstating my hours.

13:39  13 Q.   Okay.  Let's move on.

13:39  14          MR. DUKES:  Let's call up Slide 7, please.  So --

13:40  15 let's take that down for a second and provide a copy of the

13:40  16 slide to counsel.

13:41  17          THE COURT:  Okay.  We have to move on, Counsel.

13:41  18 Let's -- if you're going to object, make your objection.  If

13:41  19 you're not, let's move on.

13:41  20          MR. MEUNIER:  Your Honor, we just wanted to see them

13:41  21 before he proceeds, but we'll make objections if we have them.

13:41  22          THE COURT:  Okay.

13:41  23          MR. DUKES:  Let's pull up Slide 7, please.

13:41  24 BY MR. DUKES:

13:41  25 Q.   All right.  So based on the 8 to 12 hours that you wrote

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

13:42   1   on this document, at $1,000 an hour, that would be $8,000 to

13:42   2   $12,000; right?

13:42   3   A.   No, sir.  Because you put the dates of service in and

13:42   4   multiply that by 8 to 12.  So you're interpreting this form

13:42   5   completely wrong.

13:42   6   Q.   So what would the dates of service be?

13:42   7   A.   The dates of service that are listed that I overstated

13:42   8   probably is 7/14 to 6/15.

13:42   9   Q.   So what you're saying is 11 months at 8 to 12 hours a day

13:42  10   as an expert witness?

13:42  11   A.   It could be as much as that, yes.

13:42  12   Q.   Well, if it was as much as that, when you did you teach?

13:42  13   A.   I said it could be as much as that.  It's not as much.

13:42  14   I'm overstating.  This is -- that's the way this form is set

13:42  15   up.

13:42  16   Q.   Do you generally certify documents to your employer that

13:42  17   you just really don't know that they say?

13:42  18   A.   I'm filling out the form the best I can fill out the form.

13:42  19   I know exactly what the form says.  And not only that, I'm

13:42  20   exempt from this compensation plan.

13:43  21   Q.   Well, let's keep going.

13:43  22        Do you know how many hours you actually worked as an

13:43  23   expert witness between July 1, 2014, and June 30?

13:43  24   A.   I have no idea, sir.

13:43  25   Q.   Okay.  So you wrote 8 to 12 hours.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

**A.**    Per day.

**Q.**    Okay.  So per day.  And then you told us that that could be as much from July 1 to June 30th.  I guess that's 12 months.

So that could be as much as 12 months at 8 to 12 hours a day?

**A.**    I could -- that's the way the form is -- that's exactly what's said in the form.

**Q.**    And that's what you were thinking when you signed that report?

**A.**    So I actually asked -- I've asked people how to fill out this form.  We can spend -- you know, I look forward to keep on talking about this.

I've asked people how to fill out this form.  This says "hours per day, dates of service."  I can only fill out the form -- again, I should probably take -- probably take a pen and just cross out the form and tear it up because it's not applicable.

**Q.**    Okay.  But you don't know how many hours you worked as an expert witness from July 1 to June 30th, 2015?

**A.**    Never calculated it, sir, all the time.

**Q.**    How many different litigations were you working on between July 2014 and June 2015?

**A.**    No way I could guesstimate that sitting here.  I have no idea.

**Q.**    Let me hand you defendants' DX 11014.  Take a look at

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

13:44 1  this.

13:44 2  **A.**   This is one of your colleague's -- the invoice and in one

13:44 3  of your colleague's cases.

13:44 4  **Q.**   This is an invoice that you sent to plaintiffs' attorney.

13:44 5  He retained you; correct?

13:44 6  **A.**   Yes.  My wife actually does the billing.

13:44 7  **Q.**   Your wife sent an invoice on your behalf to the

13:44 8  plaintiffs' lawyers who retained you; right?

13:45 9  **A.**   Right.

13:45 10  **Q.**   You're familiar with this invoice; correct?

13:45 11  **A.**   Am I familiar with it?  I haven't seen it.  This was sent

13:45 12  back -- I haven't seen it probably in several years.

13:45 13  **Q.**   You don't have any reason to dispute the authenticity of

13:45 14  an invoice that your wife sent to --

13:45 15  **A.**   I would never dispute my wife.

13:45 16          **MR. DUKES:**  Your Honor, I would offer Defendants'

13:45 17  Exhibit 11014 into evidence.

13:45 18          **THE COURT:**  Any objection to that?

13:45 19          **MR. LONGER:**  I don't know what the relevance is,

13:45 20  Judge.

13:45 21          **THE COURT:**  It goes to contribute.  I'll admit it.

13:45 22          What's the number?

13:45 23          **MR. DUKES:**  10014 -- no.  I'm sorry.  11014, Your

13:45 24  Honor.

13:45 25          **THE COURT:**  It's admitted.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

| | | |
|---|---|---|
| 13:45 | 1 | **BY MR. DUKES:** |
| 13:45 | 2 | **Q.**   Let's pull this up, this DX 11014.1.1. |
| 13:45 | 3 |        All right.  So this is for the period July 1, 2014, |
| 13:45 | 4 | through July 7th, 2015; right? |
| 13:45 | 5 | **A.**   Yes. |
| 13:45 | 6 | **Q.**   So really it's -- it's seven days longer than what your |
| 13:45 | 7 | disclosure form was for; right? |
| 13:46 | 8 | **A.**   Yes. |
| 13:46 | 9 | **Q.**   And that seven days happens to be 4th of July weekend; |
| 13:46 | 10 | right? |
| 13:46 | 11 | **A.**   Sure. |
| 13:46 | 12 | **Q.**   And here, the amount of fees was 113.5 hours at $1,000 an |
| 13:46 | 13 | hour, so $113,500; right? |
| 13:46 | 14 | **A.**   Absolutely. |
| 13:46 | 15 | **Q.**   So one thing we know is that in this period, at least it |
| 13:46 | 16 | goes, you know, one week past your reporting period, that you |
| 13:46 | 17 | billed 113 hours; right? |
| 13:46 | 18 | **A.**   Absolutely. |
| 13:46 | 19 | **Q.**   And you probably didn't work -- if we go back to your 88 |
| 13:46 | 20 | to 12 hours in that other form -- |
| 13:46 | 21 | **A.**   8 to 12 hours a day. |
| 13:46 | 22 | **Q.**   But you don't have any days, right, other than it might be |
| 13:46 | 23 | 12 months? |
| 13:46 | 24 | **A.**   I have no idea the number of days here, but I know |
| 13:46 | 25 | approximately -- I guess my day of deposition was 8 to 12 hours |

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

1    or so.

2    Q.    Now, let's take a look at Slide 7 again.  Let's call up

3    Slide 8.

4         So if we interpret your certification the way it's

5    actually written, in 2015 it was 12 hours?

6    A.    No, sir.  That's your interpretation of it.  But, again, I

7    don't know what hours per day means to you, but hours per day

8    means to me how many hours per day.

9    Q.    All right.  Let me -- let me hand you Defendants'

10   Exhibit 11008.  I'm sorry.  I misspoke.  Let me hand you

11   Defendants' Exhibit 11007.

12   A.    All right.

13   Q.    All right.  Defendants' Exhibit DX 11007.  That's your

14   signature; correct?

15   A.    Exactly.

16        MR. DUKES:  I would offer Defendants' Exhibit 11007

17   into evidence.

18        THE COURT:  I'll admit it.

19        MR. MEUNIER:  No objection.

20        MR. DUKES:  Call up DX 11007.1.2.

21   BY MR. DUKES:

22   Q.    So this report is for the year ending June 30th, 2011;

23   right?

24   A.    Yes, sir.

25   Q.    Same report.  That's your signature, dated September 8th,

DR. DAVID KESSLER - CROSS

13:48  1  2011?

13:48  2  **A.**   I'm not sure it's exactly the same.  I'd have to take a

13:49  3  look.  It may be the same.  It's a little different on the

13:49  4  bottom, I think.

13:49  5  **Q.**   All right.  Now, here --

13:49  6  **A.**   And, again, there's a waiver also in effect, I think.

13:49  7  **Q.**   I hear you.  So for here, you're reporting from July of

13:49  8  2010 to June of 2011; right?

13:49  9  **A.**   Exactly.

13:49  10  **Q.**   And here you -- you contend this is hours?  This was 42

13:49  11  hours in one day?

13:49  12  **A.**   No.  So what happened was, when I -- this is about six

13:49  13  years ago, this form.  Okay?  I filled this out.  And,

13:49  14  actually, when I talked to people then, I put the number of

13:49  15  days there, approximately.  I think it says "approximately,"

13:49  16  but it doesn't include nights, weekends, other things.  All

13:49  17  right?  It says approximately.

13:49  18          But then when I went a number of years later, when I

13:49  19  read the form, that's not what the form says.  I didn't do that

13:49  20  right, because it says "hours/days."

13:49  21          So when I asked, they said, "No, you've got to do

13:50  22  hours per days."

13:50  23          So it's -- the form is confusing.  And, again, I

13:50  24  filled it out the best that I could, not having to fill it out

13:50  25  at all.

DR. DAVID KESSLER - CROSS

13:50  1   **Q.**   Let's scroll up and take a look at this column here.
13:50  2   Start at the top one.  Let's blow them up.
13:50  3         Time spent here, what's that say?  Is that ten days
13:50  4   or ten hours?
13:50  5   **A.**   Again, I wish I had my -- I think that's a total of ten
13:50  6   hours.
13:50  7   **Q.**   All right.  How about this next one?  Is that three hours?
13:50  8   Three days?
13:50  9   **A.**   That's probably three days.
13:50  10  **Q.**   Okay.  Next one is five what?
13:50  11  **A.**   It doesn't say specifically.  It's probably five days.
13:50  12  I'm guessing what was in my mind in 2011 -- at 2011.
13:50  13  **Q.**   That's six what?
13:50  14  **A.**   Probably six hours, if I'm reading my handwriting right.
13:50  15  That's total that I would spend on those kinds of things.
13:50  16  **Q.**   And how about this?
13:50  17  **A.**   Probably eight hours.
13:50  18  **Q.**   And this is 42 what?
13:50  19  **A.**   That was probably days at the time, if my memory serves me
13:50  20  right, back about five, six --
13:51  21  **Q.**   And 116 what?
13:51  22  **A.**   That's probably -- no, that's probably 11 hours, if my --
13:51  23  I can't be sure.  I have to go back and look.
13:51  24  **Q.**   So didn't you just tell me, that when you asked people
13:51  25  about how to fill out this report, they told you to fill it out

OFFICIAL TRANSCRIPT

13:51  1  in days?

13:51  2  **A.**   No, you didn't ask me -- so when I filled this out --

13:51  3  originally, I filled this out with days.  When I went back in

13:51  4  2014, 2015, I saw it said hours --

13:51  5  **Q.**   I'm sorry.  I'm not there.

13:51  6  **A.**   No, no, no.  And that's when I asked, you know, how do I

13:51  7  fill this out?  And it was hours per day.  So, again, that --

13:51  8  tell me how you want me to fill it out.

13:51  9  **Q.**   No, no, no.  I just want to understand how you certified

13:51  10  you filled it out?

13:51  11  **A.**   So my intent there, I was focusing on either total days or

13:51  12  hours.  And when I went back in 2015, I looked at this, and I

13:51  13  asked -- and I asked -- it says, no, hours per day.

13:52  14  **Q.**   All right.  Let's take a look at DX 11008.

13:52  15        Are you familiar with this document?

13:52  16  **A.**   I saw it because you requested it from my personnel file.

13:52  17  **Q.**   No.  We simply filed a request for information from your

13:52  18  employer to get this information because you were withholding

13:52  19  the letter that you claim was an exemption.

13:52  20        **MR. MEUNIER:**  Your Honor, I object.

13:52  21        **THE COURT:**  I sustain the objection.

13:52  22        Please, don't make any comments.  You have a

13:52  23  right to make argument at the end of case, but not before.

13:52  24        **MR. DUKES:**  Thank you, Your Honor.

25

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

13:52  1   **BY MR. DUKES:**

13:52  2   **Q.**   So this document, DX 11008, is the same form we've been

13:52  3   discussing; right?

13:52  4   **A.**   Yes.  Health science -- it's titled "Annual Health Science

13:53  5   Compensation Plan Disclosure Form," from which I am exempt.

13:53  6           **MR. DUKES:**  Okay.  Your Honor, I would offer DX 11008

13:53  7   into evidence.

13:53  8           **THE COURT:**  I'll admit it.

13:53  9           **MR. MEUNIER:**  No objection.

13:53  10  **BY MR. DUKES:**

13:53  11  **Q.**   Let's pull that up.  This is your signature again?

13:53  12  **A.**   Right.

13:53  13  **Q.**   This is for the time period ending -- fiscal year ending

13:53  14  June 30th, 2012; right?

13:53  15  **A.**   Yes.

13:53  16  **Q.**   Let's just take a look at all these hours or days or

13:53  17  whatever they are here.  What's this first one, time spent?

13:53  18  **A.**   That's an advisory board that I'm on.

13:53  19  **Q.**   But what's the number?

13:53  20  **A.**   I'm sorry.  Which one are you doing?

13:53  21  **Q.**   This first one.

13:53  22  **A.**   Probably two hours total.

13:53  23  **Q.**   Okay.  So that's hours.  What's this next one?

13:53  24  **A.**   No.  That's actually -- that was total time period.  It

13:53  25  was two hours that I spent on that, probably that entire

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

13:53    1   period.

13:53    2   Q.   Okay.  Well, that says two hours; right?

13:53    3   A.   Yes.

13:53    4   Q.   And what's the next one?

13:54    5   A.   Three days.

13:54    6   Q.   And the next one is?

13:54    7   A.   Six days.

13:54    8   Q.   And the next one is?

13:54    9   A.   Three hours.

13:54   10   Q.   Next one is?

13:54   11   A.   Don't hold me to it.  I can't quite -- it's probably 12

13:54   12   hours.

13:54   13   Q.   And how about the one -- the next one is?

13:54   14   A.   Probably 41 days.

13:54   15   Q.   Okay.  So 41 days as FDA expert; right?

13:54   16   A.   Probably, yes.

13:54   17   Q.   And the next one is what?

13:54   18   A.   Probably 13 hours.

13:54   19   Q.   And the next one is?

13:54   20   A.   Four hours.

13:54   21   Q.   Okay.  So, of these, which ones did you disclose in days,

13:54   22   that you claim you disclosed in days?

13:54   23   A.   Well, hours are marked.  So there's 41 days.  There's

13:54   24   probably 6 and 3.  Those are in days, not hours.  But, again,

13:54   25   it's hours/days, so that's what the form is calling for.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

1   **Q.**   Okay.  Let me hand you -- I'm sorry.  Let me hand you

2   DX 11009.

3           Is that your signature?

4   **A.**   Yes, it is.

5   **Q.**   Okay.  And this is the same certification disclosure

6   document for the University of California for the fiscal year

7   ending June 30th, 2013; right?

8   **A.**   Yes.

9           **MR. DUKES:**  Your Honor, I would move to admit

10  DX 11009.

11          **THE COURT:**  Admitted.

12          **MR. DUKES:**  Let's call up DX 11009.1.1.

13  BY MR. DUKES:

14  **Q.**   So, for here, in this annual period, what are you

15  representing as far as your work as an FDA expert?

16  **A.**   If I read it, it says 40.

17  **Q.**   Do you know if that's hours or days?

18  **A.**   Days, probably.

19  **Q.**   But you don't know, do you?

20  **A.**   Probably days was in my head.

21  **Q.**   Now, did you file a report for the year ending 2014?

22  **A.**   University didn't request it.  There's no request for it.

23  **Q.**   So you file these when you're requested to file them?

24  **A.**   You get sent -- I got sent these, and, you know, the

25  university hasn't sent one out for that year.  They didn't send

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

13:56   1   one out, I think, for the last year either.

13:56   2          And, again, I've sort of learned my lesson.  I should

13:56   3   just put a line through this and just say "exempt."

13:56   4   Q.   Let's take a look -- let me hand you DX 11015.  And you're

13:57   5   familiar with this invoice dated July 1, 2014?

13:57   6   A.   I'm just taking a look at it.

13:57   7          Yes.  Again, this is one of your colleagues in the

13:57   8   deposition.  He brought up -- or yes.

13:57   9   Q.   All right.  And it indicates --

13:57   10         MR. DUKES:  Your Honor, I would offer DX 11015 into

13:57   11  evidence.

13:57   12         THE COURT:  Admitted.

13:57   13  BY MR. DUKES:

13:57   14  Q.   This indicates --

13:57   15         MR. DUKES:  I'll tell you what.  Pull up DX 11015.

13:57   16  BY MR. DUKES:

13:57   17  Q.   So this indicates you spent on this one case, through the

13:58   18  year June 30th, 2014, 205 hours; right?

13:58   19  A.   Yes, sir.  Perfectly entitled to do that under the

13:58   20  compensation plan.  All agreed to.

13:58   21  Q.   Now, if we go back to the testimony this morning --

13:58   22  remember I was talking to you about when Mr. Beck was asking

13:58   23  you about your litigation in 2014?

13:58   24  A.   You asked me, I think, through 2010 through 2014 how much

13:58   25  I made.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

13:58  1   **Q.**   All right.  So 2010 through --
13:58  2   **A.**   Right.  It's probably 2008 through 2014.  I don't know
13:58  3   what the time period.  We'd have to go back and look.
13:58  4   **Q.**   So 2006 -- I mean, 2008 through 2014, you admitted that
13:58  5   you made $1.85 million testifying as an expert witness; right?
13:58  6   **A.**   That was with Mr. Beck and I don't dispute those numbers
13:58  7   over that six-year period.
13:59  8   **Q.**   But there's no way you could reconcile that with your
13:59  9   certifications about your expert witness testimony?
13:59  10  **A.**   Sure, I can.
13:59  11  **Q.**   All right.  Let's change subjects for a little while.
13:59  12         Before FDA approves Xarelto as safe and effective,
13:59  13  doctors and scientists look closely at whether there was a
13:59  14  relationship at FDA between PT and plasma concentration
13:59  15  Xarelto; right?
13:59  16  **A.**   What time period are you discussing?
13:59  17  **Q.**   From the time the NDA was filed until Xarelto approved it.
13:59  18  **A.**   Which NDA are you talking about?
13:59  19  **Q.**   The first one.
13:59  20  **A.**   RECORD?
13:59  21  **Q.**   No.  I'm talking about the new drug application.
14:00  22  **A.**   So, in fact, if you look at the NDA for hip and knee,
14:00  23  which was the first one, and you look at what the doctors did,
14:00  24  they -- at FDA, they simply copied and pasted what the company
14:00  25  represented in the first application.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:00 1          So they did not -- they looked at the association,

14:00 2   said there was no association because FDA copied and pasted

14:00 3   much of -- not exactly -- what your companies submitted.

14:00 4          What your companies didn't highlight was that, in

14:00 5   fact, there was an association between PT and bleeding risk

14:00 6   and, that was -- and that was in the data.  But no -- you never

14:01 7   said that to FDA, and FDA didn't pick that up until August --

14:01 8   November 2011 --

14:01 9   Q.   Dr. Kessler, I'm sorry to interrupt you.

14:01 10  A.   Sure.

14:01 11  Q.   I move to strike.

14:01 12          Do you remember what my question was?

14:01 13  A.   You asked me whether doctors and physicians looked at

14:01 14  correlations in the first NDA.

14:01 15  Q.   Let me ask it again.

14:01 16  A.   Sure.

14:01 17  Q.   Before FDA approved Xarelto, anytime before they approved

14:01 18  it as safe and effective, you know that doctors and scientists

14:01 19  at FDA looked at the relationship between PT and plasma

14:01 20  concentration with Xarelto, don't you?

14:01 21  A.   PT and plasma concentrations, yes.

14:01 22  Q.   Okay.  That was my question.

14:01 23  A.   They looked at that.  Yes, they looked at that.

14:01 24  Q.   All right.  Let me hand you Defendants' Exhibit 5130.

14:02 25  A.   So this is not the first application; right?  This is the

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:02  1   second --

14:02  2   Q.    I'm going to ask you what this is.

14:02  3   A.    Okay.

14:02  4   Q.    So you're familiar DX 5130; correct?

14:02  5   A.    This is -- this is not a complete document; right?

14:02  6   Q.    No, it's not.

14:02  7   A.    So this is the medical review -- this is excerpts from the

14:02  8   medical review for the second application, which was based on

14:02  9   ROCKET.

14:02  10  Q.    And the second application is nonvalvular atrial

14:02  11  fibrillation that's involved in this lawsuit; right?

14:02  12  A.    Yes, sir.

14:02  13  Q.    And you're familiar with the document?

14:02  14  A.    I'm certainly familiar with the medical review, yes.

14:02  15  Q.    All right.

14:02  16       MR. DUKES:  Your Honor, to the extent not admitted --

14:03  17  and I can't remember if the plaintiffs admitted it or not, but

14:03  18  I would offer DX 5130.

14:03  19       THE COURT:  I thought it was already admitted.

14:03  20       MR. DUKES:  I did too.

14:03  21       MR. MEUNIER:  It's an incomplete document.

14:03  22       THE COURT:  Is this admitted in another -- in a whole

14:03  23  thing here.

14:03  24       THE WITNESS:  Can I just help here?

14:03  25       THE COURT:  Yes.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:03  1    **THE WITNESS:**  I think what was admitted, if I'm

14:03  2  correct, was the FDA briefing document that included the

14:03  3  medical review.  This is a different document.  This is the

14:03  4  medical review, if I'm correct.  But I don't want to play --

14:03  5    **THE COURT:**  Is that it?

14:03  6    **MR. DUKES:**  Your Honor, I think it would be safe that

14:03  7  I would just admit DX 5130.

14:03  8    **THE COURT:**  All right.

14:03  9  **BY MR. DUKES:**

14:03 10  **Q.**  Now, the medical review was complete as of August 2011;

14:03 11  right?

14:03 12  **A.**  That's when it -- let me make sure.  That's when it was

14:03 13  signed, yes.

14:03 14  **Q.**  And FDA did not approve the use of Xarelto for patients

14:03 15  with atrial fibrillation until November 4th, 2011; correct?

14:03 16  **A.**  Exactly.

14:04 17  **Q.**  So this medical review was prepared several months before

14:04 18  FDA approved Xarelto; right?

14:04 19  **A.**  That's correct.

14:04 20  **Q.**  Let's call up DX 5130.39.1.

14:04 21    And I direct your attention to page 38 of the medical

14:04 22  review.

14:04 23  **A.**  I believe I showed that earlier.

14:04 24  **Q.**  Okay.  So the medical reviewer stated, "The PK data from

14:04 25  161 ROCKET patients confirms the linear relationship between

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:04   1    the plasma concentration of rivaroxaban" -- Xarelto -- "and the

14:04   2    PT as demonstrated in Figure 6 below."  Right?

14:04   3    A.    Yes.

14:04   4    Q.    So as of August 2011, the FDA medical reviewers saw a

14:04   5    linear relationship between PT, or prothrombin time, and plasma

14:04   6    concentration; right?

14:04   7    A.    Exactly.

14:04   8    Q.    And this was months before they approved -- approved

14:04   9    Xarelto; right?

14:04  10    A.    August 10th, 2011.

14:04  11    Q.    Okay.  So it was several months before they approved

14:05  12    Xarelto as safe and effective for atrial fibrillation; right?

14:05  13    A.    Yes.

14:05  14    Q.    Now, in ROCKET, FDA determined that PT was not predictive

14:05  15    of fatal bleeding risk or critical organ bleeding risk;

14:05  16    correct?

14:05  17    A.    So what you're doing is --

14:05  18    Q.    No.  Let me read my question again.

14:05  19    A.    Okay.

14:05  20    Q.    I would ask you to answer my question.

14:05  21          In ROCKET, FDA determined that PT was not predictive

14:05  22    of fatal bleeding risk or critical organ bleeding risk, didn't

14:05  23    it?

14:05  24    A.    FDA analysis took major bleeds and broke it up into four

14:05  25    categories.  Those were subgroups.  Right?  You mentioned two

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:05   1  subgroups.  There were two other subgroups.  My memory serves
14:05   2  me that, if you look to subgroup analysis -- we can talk about
14:05   3  that -- your statement is correct.  Those are subgroups of
14:06   4  major bleeding.
14:06   5  Q.   My question was, in ROCKET, FDA determined that PT was not
14:06   6  predictive of fatal bleeding risk or critical organ bleeding.
14:06   7  A.   So give me the sentence exactly -- or let's turn to the
14:06   8  data so we can see that, because I'm not sure exactly the
14:06   9  sentence.  I remember the data.  That's true if you do a
14:06  10  subgroup analysis.
14:06  11  Q.   So let me ask you again.  I just want your answer.
14:06  12       In ROCKET, FDA determined that PT was not predictive
14:06  13  of bleeding risk or critical organ bleeding risk.
14:06  14       Do you know the answer to that question?
14:06  15  A.   Do me a favor.  Just give me the full -- if you give me
14:06  16  the full document, we can look specifically how -- I just want
14:06  17  to be very exact what FDA is saying.  I don't want to just
14:06  18  paraphrase it.
14:06  19       If you give me pages 38 through 49 of this document,
14:06  20  we can look -- I can look exactly and be precise in answering
14:07  21  if I can just see the whole document.
14:07  22  Q.   Okay.  Let me get back to that so I don't slow things down
14:07  23  with the jury.  But without that document, you don't know the
14:07  24  answer to that question; correct?
14:07  25  A.   I don't know -- I don't remember the exact quote, sir.  I

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

| | | |
|---|---|---|
| 14:07 | 1 | remember if you do a subgroup analysis, which has limitations, |
| 14:07 | 2 | that in those subgroups, if you cherry-pick those subgroups, |
| 14:07 | 3 | those were not statistically significant.  But I don't remember |
| 14:07 | 4 | FDA's exact quote, and I don't want to misspeak. |
| 14:07 | 5 | THE COURT:  Do you want to show him? |
| 14:07 | 6 | MS. JEFFCOTT:  Your Honor, the full document was |
| 14:07 | 7 | admitted as Plaintiffs' Exhibit 2. |
| 14:07 | 8 | MR. DUKES:  I'm happy for him to look at that.  I'm |
| 14:07 | 9 | about to pull up some language that I think may clarify this |
| 14:07 | 10 | for me.  You're happy to look at that. |
| 14:07 | 11 | THE COURT:  All right.  Let's look at it then.  What |
| 14:07 | 12 | is it?  Do you want to get it for him? |
| 14:07 | 13 | MS. JEFFCOTT:  Plaintiffs' Exhibit 2. |
| 14:08 | 14 | THE WITNESS:  I'm drowning in paper.  I'm sorry. |
| 14:08 | 15 | THE COURT:  Here it is, here. |
| 14:08 | 16 | THE WITNESS:  That's not -- |
| 14:08 | 17 | THE COURT:  What's the page? |
| 14:08 | 18 | THE WITNESS:  So if you turn to page 41 of this |
| 14:08 | 19 | document. |
| 14:08 | 20 | BY MR. DUKES: |
| 14:08 | 21 | Q.   All right.  Let's -- let's do that.  Let's look at |
| 14:08 | 22 | DX 5130.42.1. |
| 14:08 | 23 | A.   Actually -- |
| 14:08 | 24 | Q.   Okay.  This is top of the page 41; right? |
| 14:08 | 25 | A.   Yeah.  So what you have, just to put this in context, this |

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

| | | |
|---|---|---|
| 14:08 | 1 | is one section, Section 3.  And just so everybody -- so I can |
| 14:08 | 2 | understand, Section 3 says there is a correlation.  Right?  It |
| 14:08 | 3 | basically says demonstrates that the risk of bleeding increases |
| 14:08 | 4 | with PT, regardless of how you define -- define "major |
| 14:09 | 5 | bleeding."  So that's the heading of that section. |
| 14:09 | 6 | Then what happens is if you -- what I was referring |
| 14:09 | 7 | to is that Table 6, behind what you've highlighted, you can see |
| 14:09 | 8 | that major bleeding is divided -- it's subgroup analysis, it's |
| 14:09 | 9 | called -- into four subsections.  One is a hemoglobin drop; one |
| 14:09 | 10 | is a two-unit blood transfusion; when there's a critical organ |
| 14:09 | 11 | bleed; when the bleed results in death. |
| 14:09 | 12 | I think, if I'm correct, you asked me about -- if you |
| 14:09 | 13 | can just highlight that -- |
| 14:09 | 14 | Q.   Let me ask the question, because I think we've gotten off |
| 14:09 | 15 | track. |
| 14:09 | 16 | A.   Sure. |
| 14:09 | 17 | Q.   You agree that on page 41, what you were looking at, what |
| 14:09 | 18 | FDA said, based on this data, is, "It is reassuring that, for |
| 14:10 | 19 | the overall population, there does not appear to be a shift |
| 14:10 | 20 | from lesser severities of ISTH major bleeding (i.e., hemoglobin |
| 14:10 | 21 | drops in transfusions) to the more severe forms (i.e., critical |
| | 22 | organ bleeding and fatal bleeding) as a function of PT |
| | 23 | prolongation with rivaroxaban, as can be seen in the FDA |
| | 24 | analysis in Table 6." |
| 14:10 | 25 | So this is FDA's conclusion based on looking at |

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:10  1   Table 6; right?

14:10  2   A.   That's exactly correct.  But you asked me -- you gave me a

14:10  3   quote.  You said that FDA said there was no association with --

14:10  4   Q.   I never used word "association."

14:10  5   A.   Well --

14:10  6          THE COURT:  Correlation, I think he meant.

14:10  7          THE WITNESS:  There was no correlation.  In fact, if

14:10  8   you look -- I'm happy to discuss this.  If you look at critical

14:10  9   organ bleed or take bleeding resulting in death, if you just

14:11  10  highlight that --

14:11  11  BY MR. DUKES:

14:11  12  Q.   May I read it -- because I've got it typed up.  May I read

14:11  13  the question I asked that started this?

14:11  14  A.   Sure.

14:11  15  Q.   That's what we're going to do.

14:11  16          In ROCKET, FDA determined that PT was not predictive

14:11  17  of fatal bleeding risk or critical organ bleeding, didn't it?

14:11  18          So what's the answer to that question?

14:11  19  A.   So show me where FDA says that here.

14:11  20  Q.   When they say, "It's reassuring that, for the overall

14:11  21  population, there does not appear to be a shift from lesser

14:11  22  severities of ISTH major bleeding to the more severe forms

14:11  23  (critical organ bleeding and fatal bleeding) as a function of

14:11  24  PT prolongation as can be seen it Table 6."

14:11  25  A.   No, that's not what you said.  You said there was no

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:11  1  correlation.  And the reason I hesitated --

14:11  2  **Q.**  May I stop you?  I just read you the language.  I've never

14:11  3  used the word "correlation."  It's not written here, and I've

14:11  4  been reading the sentence.

14:11  5  **A.**  You said there was no association in these two subgroups.

14:11  6  **Q.**  I never used the word "association."  It's typed up here.

14:11  7  **A.**  I apologize.  I'm sorry.

14:12  8  **Q.**  Let me read it again.

14:12  9  **A.**  Just read what the assertion, what that FDA said.

14:12 10  **Q.**  Okay.  What FDA said --

14:12 11  **A.**  No, no, no.  The first thing that you said FDA said.  You

14:12 12  made an assertion to me that FDA said --

14:12 13  **Q.**  This is what I was leading to.  I'll move on.

14:12 14  **A.**  You can move on, but it's not true that FDA said what you

14:12 15  said because you can't find it here unless you can find it

14:12 16  here.

14:12 17  **Q.**  Here's what I am pointing to with FDA on the screen.

14:12 18  Okay.

14:12 19       You agree that FDA said this?

14:12 20  **A.**  Of course.  That's from here, not what you -- you said

14:12 21  that there wasn't an association or correlation.

14:12 22       Sorry.  I don't have a transcript in front of me of

14:12 23  your words.

14:12 24       But that's not -- that's not what FDA said.  FDA said

14:12 25  this, and I'd be happy to explain this.

DR. DAVID KESSLER - CROSS

14:12    1    **Q.**    Well, you agree that FDA said it is reassuring that for

14:12    2    the overall population.

14:12    3            You agree with that; right?

14:12    4    **A.**    That's exactly what they said.  And they said this after

14:12    5    they say that the data demonstrate that the risk of major

14:12    6    bleeding increases with PT regardless of whether major bleeding

14:13    7    is defined as ISTH major bleeding, per the ROCKET protocol or

14:13    8    per -- to mean major bleeding.

14:13    9            So they say this.  And if you want to show the data

14:13   10    behind this --

14:13   11    **Q.**    You're looking at my outline again.  Let's take a look at

14:13   12    DX 5130.42.2, moving to Table 6.  Okay.

14:13   13    **A.**    Great.

14:13   14    **Q.**    So let's look at the column for "Bleeding Resulting in

14:13   15    Death."  All right.  Do you see that column?

14:13   16    **A.**    This is a subgroup analysis; correct?

14:13   17    **Q.**    I just said look at the column "Bleed Result in Death."

14:13   18    **A.**    That's a subgroup of major bleeds.

14:13   19    **Q.**    My question was, can you see -- can you see the column

14:13   20    that says "Bleed Result in Death" in this Table 6 that you've

14:13   21    been trying to get me to pull up for the last 15 minutes?

14:13   22    **A.**    Great.

14:13   23    **Q.**    All right.  Do you see it?

14:13   24    **A.**    Yes, sir.

14:13   25    **Q.**    Okay.  Now, as you discussed with the jury, the quartile

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

1    data means the ROCKET data was broken down into four different

2    groups; right?

3    A.   Yeah.  And you got an error there.  Hopefully, you and I

4    can agree to this.  Q3 is not really Q3.  Q3 should be Q4.

5            We can agree on that?

6    Q.   There is an error in the actual FDA document.  I agree

7    with you.

8    A.   Great.  We're on board.

9    Q.   That's right.  That's exactly right.

10           All right.  So patients with the highest level of PT

11   were put in what we know as the fourth quartile?

12   A.   Exactly, sir.

13   Q.   And that's the group that their blood took the longest

14   time to clot; right?

15   A.   Yes, sir.

16   Q.   And that was based on PT testing?

17   A.   Yes, sir.

18   Q.   The folks with the lowest level of PT or the shortest time

19   to clot were in quartile 1; right?

20   A.   Those were the lowest PT values, exactly, sir.

21   Q.   Okay.  Now, what we know from looking at the column

22   involving death, "Bleed from Death," is that bleeds from death

23   did not increase as PT increased, did they?

24   A.   Again, you're talking about one form of major bleed,

25   right.  We can agree there's four columns here.

DR. DAVID KESSLER - CROSS

14:15  1   Q.   Whoa, whoa, whoa.  I don't think I asked how many columns
14:15  2   there were.
14:15  3   A.   Well, but we need to understand that's a type of major
14:15  4   bleeding.  You and I can agree on that?
14:15  5   Q.   What I would ask -- because I know the jury and everyone
14:15  6   else, you know, wants the trial to move along.
14:15  7        My question was, from looking at this document,
14:15  8   "Bleeding Resulting in Death," it's clear that the fourth
14:15  9   quartile, the one with the highest PT, did not have the highest
14:15  10  bleed resulting in death percentage, did it?
14:15  11  A.   That's correct.
14:15  12  Q.   All right.
14:15  13  A.   But when you also look at this fourth quartile -- and I've
14:15  14  discussed this with statisticians.  Because, overall, this is
14:15  15  statistically significant.  Certainly, look at -- first of all,
14:16  16  you're dealing with small numbers.  But leave that aside.
14:16  17        You're dealing with subgroup analysis, and you're
14:16  18  cherry-picking which subgroup you want.
14:16  19        But just take Q1.  Right.  Q1, you have one death.
14:16  20  Q4, you have seven deaths.  So it's not true.  We just don't
14:16  21  know because of the small numbers in this subgroup.
14:16  22  Q.   What question do you think's pending?
14:16  23  A.   You're saying that, in the bleed resulting in death,
14:16  24  right, you picked Quartile 2.  So you cherry-picked that
14:16  25  quartile.  And it's important for the jury, I think, to see all

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:16  1  the entire data and, furthermore, see the context of this.

14:16  2          So you are correct that Q2 is not greater than Q4.

14:16  3  But, certainly there's more deaths.  There's seven compared to

14:16  4  one in Q1.  Again, this is all subgroup analysis.

14:17  5          The important thing is -- well, let me let you ask

14:17  6  your question.

14:17  7  Q.   Do you remember what it was?

14:17  8  A.   Yes.  You talked about bleed resulting in death, and you

14:17  9  said there was no correlation.

14:17  10  Q.   All right.  Let's take a look at another column.  Let's

14:17  11  pull up DX 05130.42.3.  All right.  So we'll talk about another

14:17  12  column.

14:17  13          This is the "Critical Organ Bleed."  Right?

14:17  14  A.   Yes, sir.

14:17  15  Q.   And these are broken down into quartiles; correct?

14:17  16  A.   Yes, sir.

14:17  17  Q.   And critical organ bleeding includes bleeding in the

14:17  18  brain, bleeding in the spine, and other critical locations;

14:17  19  right?

14:17  20  A.   One of four different types of major bleeding.  Again, a

14:17  21  subgroup analysis, yes.

14:17  22  Q.   And what we know from this is that the fourth quartile,

14:17  23  the ones with the highest PT, did not have the greatest number

14:18  24  of critical organ bleeds; correct?

14:18  25  A.   No -- that's correct if you look at Q4 versus Q2 and Q3.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:18   1   But, again, with this subgroup, certainly Q4 is greater than Q1
14:18   2   here.
14:18   3   Q.   All right.  You wanted me to look at Table 6.  And now is
14:18   4   there a problem that we looked at Table 6 because it has
14:18   5   subgroups on it?
14:18   6   A.   Sure, it has subgroups on it.  Those are each subgroups of
14:18   7   major bleeding.  You can see it says "Major Bleeding Subset."
14:18   8   Q.   All right.
14:18   9   A.   Okay.  So it's subset, subgroups.  Those are four
14:18   10  different -- go through -- I mean, if you want --
14:18   11  Q.   No.  Let me ask you a question.
14:18   12  A.   Sure.
14:18   13  Q.   Looking at this data, you cannot come to the conclusion
14:18   14  that the highest PT can be used to predict critical organ
14:18   15  bleeds, can you?
14:18   16  A.   If I only look -- if I cover my eyes, right, and I only
14:18   17  look at that column -- and, again, I think it would be only
14:19   18  right if you could kindly show the table below that table on
14:19   19  this page, because that's the overall result.
14:19   20       All right.  So if you only look at that, you're
14:19   21  correct; you can't make that conclusion.
14:19   22       When you look at the data in totality, if you look at
14:19   23  the chart right below, the association is so striking.  If you
14:19   24  break it up into small subgroups, there -- every statistician
14:19   25  is going to tell you you're not going to see the right picture.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:19  1          Let's put -- if you kindly put the table under this,
14:19  2    that's the overall table.
14:19  3  Q.   Let me ask you a question that may cut through all this.
14:19  4  A.   Sure.
14:19  5  Q.   What we know is that FDA looked at this table and the
14:19  6    table below and the table on the pages behind it and the tables
14:19  7    on the pages in the front of it.
14:19  8          And based on that, FDA approved Xarelto as safe and
14:20  9    effective; correct?
14:20 10  A.   And saw that there was -- that the risk of major bleed
14:20 11    increases with PT.  They find that conclusion and make that
14:20 12    conclusion and also approve the -- their higher-ups --
14:20 13    remember, the people who wrote this --
14:20 14  Q.   We're going to get through all --
14:20 15  A.   The people who wrote this did not want to approve the
14:20 16    drug.
14:20 17  Q.   You're going to have a chance to talk about that.  We're
14:20 18    going to talk about everybody who approved it, how many doctors
14:20 19    were involved, how many scientists were involved.
14:20 20          But you're not sitting here telling this jury that
14:20 21    the FDA did not approve Xarelto, are you?
14:20 22  A.   No.  The FDA if approve Xarelto.  But the people who wrote
14:20 23    this document, the medical reviewers -- if you read the
14:20 24    document in entirety -- recommended against approval.  Their
14:20 25    higher-ups decided to overrule them and they approved it.  And

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:20  1   that's fine.

14:20  2   Q.    And you know there were advisory committees of independent

14:20  3   doctors and scientists and lots of other input that went into

14:21  4   the process where the FDA, as a group, approved it as safe and

14:21  5   effective; right?

14:21  6   A.    Boy, you know who the FDA is.  I was at FDA.  And, you

14:21  7   know, there are a lot of people at FDA.

14:21  8           So just be careful.  If you're going to show this

14:21  9   document by the medical reviewers, know what the medical

14:21  10  reviewers are saying.  They said there was a correlation.  They

14:21  11  said that they weren't going to approve this drug, right, for

14:21  12  certain reasons.  Their higher-ups decided to approve it, and

14:21  13  that's fine.

14:21  14  Q.    We'll work through that and show the jury exactly what

14:21  15  that process was.

14:21  16  A.    Of course.

14:21  17  Q.    Now, Xarelto's been on the market since July and November

14:21  18  of 2011; right?

14:21  19  A.    For what?

14:21  20  Q.    For the two different indications we're talking about.

14:21  21  A.    No, sir.

14:21  22  Q.    Okay.  Well, I may have -- maybe I misstated the dates.

14:21  23          In the time period that Xarelto has been on the

14:21  24  market, you're not suggesting that the FDA hasn't been

14:21  25  continuing to determine whether it's safe and effective, are

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:22  1  you?

14:22  2  A.   You know, I'm not sure that's -- would be a fair

14:22  3  assertion.  Obviously, there's been a lot of data that has been

14:22  4  submitted.  There's been a lot of comments continuing over a

14:22  5  long period of time.

14:22  6        Most of the review, you and I know, takes place

14:22  7  before approval.  Post-marketing, there's some continued

14:22  8  review.  But it would faulty if we gave the impression that

14:22  9  they're doing the kind of continuing analysis just on Xarelto.

14:22  10       There's been certain discussions since it's been

14:22  11  approved since then but not at this kind of level.

14:22  12  Q.   Right.  And like we talked about this morning, if the FDA,

14:22  13  in the five years since they approved Xarelto, thought that it

14:22  14  was not safe and effective, they could either pull it off the

14:22  15  market or they could go to Janssen and Bayer and say, "Look, we

14:22  16  think this is not safe and effective.  How about voluntarily

14:23  17  pull it out of the market?"  Right?

14:23  18  A.   They could certainly do that, yes.

14:23  19  Q.   And they haven't done that, have they?

14:23  20  A.   They have not done that.

14:23  21  Q.   All right.  Let's shift gears.

14:23  22  A.   There's certain individuals, I mean, at FDA, I mean,

14:23  23  who've suggested certain things about monitoring and have made

14:23  24  certain statements at public meetings.  But no one suggested to

14:23  25  pull the drug.

DR. DAVID KESSLER - CROSS

14:23 1  Q.   Okay.  Let's pull up DX 5130.42.4.  All right.  Continuing
14:23 2  on here with the medical reviewers' document, they say, "The
14:23 3  relationship between PT prolongation and major bleeding is
14:23 4  exacerbated in patients taking concomant ASA at least
14:23 5  50 percent of the time and attenuated in patients not taking
14:23 6  ASA."  Correct?
14:23 7  A.   Exactly.  Same as in the case of warfarin.
14:23 8  Q.   Okay.  Did I ask something about warfarin?
14:23 9  A.   No, no.  But please -- sorry.
14:23 10 Q.   And ASA is aspirin; right?
14:24 11 A.   Yes.
14:24 12 Q.   And "exacerbated" means made worse; right?
14:24 13 A.   Yes.
14:24 14 Q.   So what the medical reviewers are saying here is that the
14:24 15 relationship between PT and major bleeding is worse in patients
14:24 16 taking aspirin and Xarelto; right?
14:24 17 A.   Right.  And then read the next paragraph, if you please.
14:24 18 Q.   Let me ask the questions so we get out of here.
14:24 19 A.   Sure.
14:24 20 Q.   And they are saying the relationship between PT and major
14:24 21 bleeding is weak in patients taking Xarelto alone; right?
14:24 22 A.   It is what?
14:24 23 Q.   Weak, attenuated.
14:24 24 A.   No.  It says it's attenuating in patients not taking ASA.
14:24 25 It doesn't say "weak."  It says -- I mean, it makes sense.  We

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:24  1   all know, if we take aspirin, it's going to make our bleeding

14:24  2   times worse.

14:24  3   Q.   Right.

14:24  4   A.   So we stop them, right.

14:24  5   Q.   Right.

14:24  6   A.   Same here as in warfarin.  They're saying that aspirin, if

14:24  7   you take it on top, is going to make it worse.

14:24  8   Q.   Right.  What's "attenuated" mean to you?

14:24  9   A.   To lessen.

14:24  10  Q.   Okay.  Lessen, weak.  Weaker correlation, lessen; right?

14:25  11  Do we agree?

14:25  12  A.   Yes.  What aspirin does is it amplifies the bleeding risk.

14:25  13  Q.   Right.

14:25  14  A.   That's what we can agree on; right?

14:25  15  Q.   Right.

14:25  16  A.   Good.

14:25  17  Q.   All right.  Let's call up DX 5130.42.5.  And we're looking

14:25  18  at page 10 here.  And on this graph, the lower line, the dotted

14:25  19  line represents nonaspirin users; right?

14:25  20  A.   Yeah.  I'm actually very glad you showed this, because

14:25  21  this is what I was asking you to show last time.

14:25  22  Q.   What was my question?

14:25  23  A.   You asked me about the bottom dotted line.

14:25  24  Q.   Okay.  And what's it represent?

14:25  25  A.   So if you look at -- with aspirin, you get the solid line.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:25  1  And if you take out aspirin, you get the dotted line.

14:25  2  **Q.**   So --

14:25  3  **A.**   I mean, again -- I'm doing this by memory.  I just hope

14:26  4  I'm -- I can't quite read the -- you maybe might want to make

14:26  5  the legend a little bigger.

14:26  6  **Q.**   Okay.  All right.  Let's make this bigger.

14:26  7         There's a dotted line for nonaspirin user; right?

14:26  8  **A.**   Yes.

14:26  9  **Q.**   Okay.  All right.  Nonaspirin user, dotted line; aspirin

14:26  10  user, solid line.  Right?

14:26  11  **A.**   Yes, sir.

14:26  12  **Q.**   And the dotted line for the patients who are only taking

14:26  13  Xarelto and not aspirin is shallower than the solid line for

14:26  14  patients taking Xarelto and aspirin; right?

14:26  15  **A.**   Yes.

14:26  16  **Q.**   And, again, this analysis created -- FDA saw it months

14:26  17  before they approved Xarelto; right?

14:26  18  **A.**   Yes.  And also the chart next to it?  Okay?  The table

14:26  19  next to it.

14:26  20  **Q.**   And we can agree that FDA saw all this; right?

14:26  21  **A.**   Again, yes.  This is part of the medical reviews.

14:26  22  **Q.**   And I think we've agreed multiple times that, based on

14:27  23  seeing all this, FDA found Xarelto to be safe and effective;

14:27  24  right?

14:27  25  **A.**   Just put a footnote there.  Who's FDA?

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:27  1  **Q.**   FDA -- who's the Supreme Court?  If there's a ruling

14:27  2  that's seven to two, then the Supreme Court decided positively;

14:27  3  right?

14:27  4  **A.**   Sure.

14:27  5  **Q.**   So I hear you.  I mean, you --

14:27  6  **A.**   The folks writing this --

14:27  7  **Q.**   Two people thought it should not be approved, and we're

14:27  8  going to go through all that.

14:27  9  **A.**   Okay.

14:27  10 **Q.**   There's advisory committees, the independent people, the

14:27  11 more senior people, the two different divisions that looked at

14:27  12 it.  I promise you, I'm going to get to all that.  Okay?

14:27  13 **A.**   Okay.

14:27  14 **Q.**   Now, this analysis was created months before FDA approved

14:27  15 Xarelto; right?

14:27  16 **A.**   I think we determined -- this is written August 10th, or

14:27  17 something like that, 2011.

14:27  18 **Q.**   Right.

14:27  19 **A.**   But, again, you have -- that's actually not exactly

14:28  20 correct, your statement because -- let's just make sure you

14:28  21 have the dates right.

14:28  22        So this is dated August 10th, correct, 2011?  I'm not

14:28  23 sure I have a date on this page, but I -- you didn't give me --

14:28  24 but this is written August 10th, 2011.

14:28  25        Xarelto was actually approved for its first

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:28  1   indication, just to be clear, on July 13th.  So Xarelto was
14:28  2   approved before this for the other indication.  And then in
14:28  3   this indication, it was already on the market before this was
14:28  4   written.
14:28  5   Q.   All right.  So the simple question would be, FDA had this
14:28  6   before they approved Xarelto for atrial fibrillation, the issue
14:28  7   in this lawsuit?
14:28  8   A.   We're on the same page.
14:28  9   Q.   All right.  Let me hand you Defendants' Exhibit 5792.
14:29  10  A.   Thanks.
14:29  11  Q.   Defendants' Exhibit 5792 is the clinical pharmacology
14:29  12  review; correct?
14:29  13  A.   Yes.
14:29  14  Q.   You're familiar with that document, aren't you?
14:29  15  A.   I am.
14:29  16          MR. DUKES:  Your Honor, I'll offer Defendants'
14:29  17  Exhibit 5792 into evidence.
14:29  18          THE COURT:  Let it be admitted.
14:29  19              Any objection?
14:29  20          MR. MEUNIER:  No objection.
14:29  21          THE COURT:  Let it be admitted.
14:29  22          MR. DUKES:  Let's call up DX 5792.53.1.
14:29  23  BY MR. DUKES:
14:29  24  Q.   All right.  So we're looking at the last page of this
14:29  25  review.

DR. DAVID KESSLER - CROSS

14:29  1         And it's signed by Dr. Sabarinath; correct?

14:30  2  A.   Yes, sir.

14:30  3  Q.   Dr. McDowell; correct?

14:30  4  A.   Yes.

14:30  5  Q.   Dr. Jadhav; correct?

14:30  6  A.   Yes.

14:30  7  Q.   And then Dr. Madabushi; correct?

14:30  8  A.   Yes.

14:30  9  Q.   And the first three folks, were they the reviewers?

14:30  10  A.   I'd have to go back and check.

14:30  11  Q.   So what's it mean to you when you it says "concur with

14:30  12  reviewers' findings and interpretation"?

14:30  13  A.   I'd have to go back and actually understand what

14:30  14  Dr. Madabushi's position was.

14:30  15  Q.   Okay.  It wasn't something you focused on in your

14:30  16  assessment of the case here?

14:30  17  A.   I just don't remember specifically.

14:30  18  Q.   Let's take a look at DX 5793.3.1.  And I'm moving to

14:30  19  page 3 of this document under the section "Recommendations," if

14:30  20  you want to follow along.

14:30  21         And here the FDA reviewers say, "From a clinical

14:30  22  pharmacology perspective, the submission is acceptable and can

14:31  23  be approved, provided the applicant and the agency come to a

14:31  24  mutually satisfactory agreement regarding language in the

14:31  25  package insert."

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:31　1    That's what they said; correct?

14:31　2  A.    Right.  So, again, that emphasizes the negotiation aspect,

14:31　3  right, of the label.

14:31　4  Q.    And let's take a look at 5792.4.1.  And the next page, the

14:31　5  FDA folks say, "The concurrent use of aspirin is a major risk

14:31　6  factor for bleeding.  This increase in bleeding risk is similar

14:31　7  between rivaroxaban and warfarin.  However, concomitant aspirin

14:31　8  use does not seem to provide an additional benefit for the

14:31　9  stroke prevention.  Patients should be advised about the

14:31　10  increased bleeding risk with concomitant aspirin use while on

14:31　11  rivaroxaban therapy."  Correct?

14:31　12  A.    Yes, sir.

14:31　13  Q.    And the FDA-approved label for Xarelto warned about the

14:31　14  increased bleeding risk with aspirin, didn't it?

14:31　15  A.    I believe so.

14:31　16  Q.    Now, an FDA advisory committee is a committee of outside

14:32　17  experts that FDA sometimes asks to come together and provide

14:32　18  their expertise; right?

14:32　19  A.    Sure.

14:32　20  Q.    And --

14:32　21  A.    Not binding on the FDA.

14:32　22  Q.    Right.  Just for providing input.

14:32　23    And the Cardiovascular and Renal Drugs Advisory

14:32　24  Committee of the FDA met on September 8th, 2011, to discuss the

14:32　25  new drug application for Xarelto for patients with atrial

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:32   1   fibrillation, didn't they?

14:32   2   A.   I believe so, yes.

14:32   3   Q.   And the FDA advisory committee received a briefing

14:32   4   document that included the medical review and the clinical

14:32   5   pharmacology reviews that we just looked at; right?

14:32   6   A.   Discussed it this morning.

14:32   7   Q.   Yeah.  Let me hand you Defendants' Exhibit 5613-A.

14:33   8   A.   Thank you.

14:33   9   Q.   Now, these are the summary minutes for the September 8th,

14:33   10  2011, meeting of the Cardiovascular and Renal Drugs Advisory

14:33   11  Committee of FDA; right?

14:33   12  A.   Yes.

14:33   13  Q.   And you're familiar with these?

14:33   14  A.   I'd have to go back.  I've looked at these, I think, a

14:33   15  while ago, yes.

14:33   16         MR. DUKES:  Your Honor, I'd offer Defendants' Exhibit

14:33   17  5613-A into evidence.

14:33   18         MR. MEUNIER:  No objection, Your Honor.

14:33   19         THE COURT:  Let it be admitted.

14:33   20         MR. DUKES:  Let's call up DX 5613-A.2.1.

14:33   21  BY MR. DUKES:

14:33   22  Q.   So there were four members of the Cardiovascular and Renal

14:33   23  Drugs Advisory Committee present at this meeting, and they're

14:33   24  identified here; correct?

14:33   25  A.   Yes, sir.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:33  1  **Q.**  All scientists or doctors; right?

14:33  2  **A.**  No.

14:33  3  **Q.**  Did I miss one?

14:33  4  **A.**  There's a pharmacologist.  I know Allan Coukell well.  I

14:33  5  mean, he's at the Pew Foundation.  He's a pharmacist.

14:33  6       You can call him a scientist.  He'd be -- he'd be

14:34  7  honored, sir.

14:34  8  **Q.**  Okay.  Let's take a look at 5613-A.2.2.  And there are

14:34  9  also -- I counted six special government employee consultants

14:34  10  who were voting members; right?

14:34  11  **A.**  Brought in just for this occasion, yes.

14:34  12  **Q.**  Okay.  And take a look at 5613-A.2.3.

14:34  13       There were two regular government employee

14:34  14  consultants who were voting members also; right?

14:34  15  **A.**  Yes, sir.

14:34  16  **Q.**  And both MDs; correct?

14:34  17  **A.**  Those were, yes.

14:34  18  **Q.**  And Dr. Andrei Kindzelski is with the National Institutes

14:34  19  of Health; right?

14:34  20  **A.**  I believe so.  I'll take your representation on that.

14:34  21  **Q.**  Okay.  Now, let's call up DX 5613-A.2.4.

14:34  22       There are also two nonvoting participants from FDA,

14:34  23  Robert Temple -- Dr. Robert Temple and Dr. Norman Stockbridge?

14:34  24  **A.**  Yep.  Part of CDER.

14:34  25  **Q.**  Okay.  So they're actually part of the CDER organization

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:34  1   within FDA that's responsible for approving drugs; right?

14:34  2   **A.**   Yes.  Dr. Temple is a national resource.

14:35  3   **Q.**   Okay.

14:35  4   **A.**   He doesn't always get everything right, but he's a

14:35  5   national resource.

14:35  6   **Q.**   Understood.  Now let's take a look at DX 5613-A.2.5.

14:35  7        It says, "The committee discussed new drug

14:35  8   application, rivaroxaban, for the prevention of stroke and

14:35  9   systemic embolism."

14:35  10       So that's what the topic of this meeting was; right?

14:35  11  **A.**   It's the NDA that was the topic, yes.

14:35  12  **Q.**   Right.  And let's take a look at 5613-A.2.5.

14:35  13       All right.  The support for the atrial fibrillation

14:35  14  indication in patients was the ROCKET AF study; right?

14:35  15  **A.**   Yes, sir.

14:35  16  **Q.**   And the ROCKET AF was a study of over 1,400 patients.  Is

14:35  17  that your recollection?

14:35  18  **A.**   Yes, divided equally between two arms.

14:36  19  **Q.**   Right.  Half received Xarelto and half received warfarin;

14:36  20  correct?

14:36  21  **A.**   Exactly, sir.

14:36  22  **Q.**   And this study then compared the patients using warfarin

14:36  23  and the patients using Xarelto, didn't it?

14:36  24  **A.**   Yes.

14:36  25  **Q.**   And during this advisory committee meeting, there were

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:36  1   presentations by Janssen and two doctors from Duke University
14:36  2   Medical Center.
14:36  3          Do you recall that?
14:36  4   A.   Yes.  I'm sure that was the case.
14:36  5   Q.   And the Duke Clinical Research Institute had actually
14:36  6   coordinated the ROCKET study; right?
14:36  7   A.   They ran it.
14:36  8   Q.   Right.  And there were also presentations to this advisory
14:36  9   committee by Dr. Preston Dunnmon and Dr. Martin Rose with FDA,
14:36  10  weren't there?
14:36  11  A.   I believe so.
14:36  12  Q.   And do you recall that -- well, those are the two medical
14:36  13  reviewers that you keep mentioning to the jury recommended not
14:36  14  approving Xarelto; right?
14:36  15  A.   That was their concern, yes.
14:36  16  Q.   Okay.  And Dr. -- so they were at this advisory committee
14:36  17  meeting; right?
14:36  18  A.   You have a transcript.  You should have a transcript of
14:37  19  everything that was said.  This is just the sort of summary
14:37  20  minutes.  There's a transcript of the entire thing.
14:37  21  Q.   Right.  Dr. Dunnmon gave a presentation about dose
14:37  22  selection.
14:37  23          Do you recall that?
14:37  24  A.   I'd have to go back and pull it up.
14:37  25  Q.   And Dr. Rose gave a presentation about the issues

OFFICIAL TRANSCRIPT

14:37  1   affecting the interpretation of the efficacy data.

14:37  2            Do you remember that?

14:37  3   A.   Again, I'd have to pull it up.  I don't remember -- I

14:37  4   don't have the visual image of it right now, but I have no

14:37  5   reason to dispute you, sir.

14:37  6   Q.   But you do remember, as you've mentioned many times, that

14:37  7   Dr. Dunnmon and Dr. Rose's presentation did not favor approving

14:37  8   Xarelto, did they?

14:37  9   A.   You can look at the language of medical reviewer, and it's

14:37  10  very explicit that they specifically say that in the document

14:37  11  to the committee.

14:37  12  Q.   And they presented to this committee on what they saw was

14:37  13  the issues and the concerns with Xarelto, didn't they?

14:37  14  A.   Yes.

14:37  15  Q.   And the members of the advisory committee would actually

14:37  16  ask them questions about their presentations, wouldn't they?

14:38  17  A.   Absolutely.

14:38  18  Q.   Let's take a look at DX 5613-A.9.1.

14:38  19            Now, this is the actual vote that was taken by the

14:38  20  voting members of the advisory committee; right?

14:38  21  A.   Sure.

14:38  22  Q.   And they were asked this question after hearing the

14:38  23  presentations, including the presentations from the two people

14:38  24  you keep mentioning who were opposed to approving Xarelto at

14:38  25  the time.

DR. DAVID KESSLER - CROSS

14:38    1             And it was, question:  Should rivaroxaban be approved

14:38    2    for the reduction of stroke and non-CNS systemic embolism in

14:38    3    patients with nonvalvular atrial fibrillation?

14:38    4             That was what they were asked to do; right?

14:38    5    A.    That's correct.

14:38    6    Q.    And the vote was nine voting members said yes?

14:38    7    A.    Yes.

14:38    8    Q.    Two said no?

14:38    9    A.    Right.

14:38   10    Q.    That's the two you keep mentioning; right?

14:38   11    A.    I've got to go back and check who the two were.  I've just

14:38   12    got to go back and got to double-check.

14:38   13    Q.    And one abstained?

14:38   14    A.    Right.

14:38   15    Q.    So after all the presentations, including from two people

14:38   16    who said they had concerns about the approval and presented

14:39   17    their concerns to this group of scientists and medical doctors,

14:39   18    the vote was 9 to 2?

14:39   19    A.    Yes, sir.  And then FDA did approve -- the senior

14:39   20    officials did approve it.

14:39   21    Q.    Based on this vote; right?

14:39   22    A.    No, I don't think that's -- it's not -- maybe better

14:39   23    safe -- you know, based in part.  This is advisory.  It's based

14:39   24    on the application.

14:39   25    Q.    True.  Based on everything?

DR. DAVID KESSLER - CROSS

14:39  1   A.    Yeah.  That would be better, sir.

14:39  2   Q.    Now, November 4, 2011, when FDA approved Xarelto, it was

14:39  3   aware of potential relationship between PT bleeds, plasma

14:39  4   concentrations of Xarelto, and the risk of bleeding, wasn't it?

14:39  5   A.    All three.

14:39  6   Q.    It was aware of all three, wasn't it?

14:39  7   A.    Yes.

14:39  8   Q.    And the approval indicates that FDA concluded that Xarelto

14:39  9   is safe and effective when used in accordance with the

14:39  10  labeling; correct?

14:39  11  A.    There was a conclusion to approve this drug.  That was the

14:40  12  conclusion based on 505 data.

14:40  13  Q.    Which, we talked about this morning, requires them to find

14:40  14  safe and effective?

14:40  15  A.    It's safe and effective.  Exactly, sir.

14:40  16  Q.    Now, in your opinion, the Xarelto label should include

14:40  17  language that PT can be helpful in assessing the risk of

14:40  18  bleeding in patients on Xarelto; right?

14:40  19  A.    You just cited the '79 standard.  I think that my opinion,

14:40  20  FDA looked -- FDA doesn't really see much a difference, if you

14:40  21  read the comments, between "can be helpful" and "helpful."

14:40  22  It's basically helpful; right?

14:40  23  Q.    Right.

14:40  24  A.    I think that -- no doubt that it's helpful if it

14:40  25  correlates.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:40  1    **Q.**   So one of the things you think the label should

14:40  2    specifically state is that there's a linear relationship

14:40  3    between exposure to Xarelto and PT; right?

14:40  4    **A.**   Between exposure -- that's part.

14:40  5    **Q.**   Well, I understand.  I said one of the things.

14:40  6    **A.**   Sure.

14:40  7    **Q.**   And you're not of the opinion that patients on Xarelto

14:40  8    should undergo regular blood monitoring like they do with

14:41  9    warfarin, are you?

14:41  10   **A.**   We don't -- to adjust dose -- you and I may just want to

14:41  11   make sure we're defining "monitoring" the same way, because I

14:41  12   testified earlier there's not enough -- your client didn't do

14:41  13   enough study to able to determine whether you could adjust dose

14:41  14   so we don't have enough data.  But there is enough data to

14:41  15   know, if you do a PT, whether you're at a high risk of

14:41  16   bleeding.

14:41  17   **Q.**   My question was you're not of the opinion that patients on

14:41  18   Xarelto should undergo regular monitoring like patients with

14:41  19   warfarin?

14:41  20   **A.**   You just changed the question.  And the way you just said

14:41  21   it, I'm very happy with.  Thanks.

14:41  22   **Q.**   I thought I read in the same way both times, but perhaps

14:41  23   not.

14:41  24   **A.**   Okay.

14:41  25   **Q.**   My wife says sometimes my questions are not what I think

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

1    they are.

2         Your opinion is that it seems reasonable that

3    patients have a baseline PT measurement before they start

4    Xarelto and then some follow-up PT measurement; is that right?

5    A.   Well, there should be at least -- I think that you can

6    talk -- you're going to hear from hematologists who are going

7    to testify in this trial, but -- and they can give you -- but

8    my opinion would be to, in essence, follow what was done in

9    ROCKET and just do the same thing, because that's where we know

10   there would be a correlation.

11        So I'm not sure about baseline, always do a baseline,

12   and then you should follow what was done in ROCKET.

13   Q.   All right.  So what exactly is your opinion about how a PT

14   test should be used?

15   A.   So I have not issued -- and, again, the hematologists can

16   talk.  I've not issued -- if you read my report, I say -- and

17   are giving information about that correlation and that there is

18   an increased risk with PT.

19        Exactly, I'd be happy to tell you, the frequency

20   would be to do a PT, just as it was done in ROCKET, some 10 to

21   16 hours after -- after taking the drug, and certainly getting

22   one measurement on-drug.  If you want to increase reliability

23   get another, because we know that the correlation is good for

24   90 percent.  There's 10 percent who may -- it anyway not

25   correlate with on one -- just one test.  It's always good to

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:43  1  get it at least duplicated.

14:43  2          But, again, I've not issued a formal opinion in this

14:43  3  case, but you asked me.  So my answer on frequency and timing

14:43  4  is do it the way your client did it in ROCKET.  And that data

14:43  5  we know is useful data.

14:43  6  Q.   So the way that the companies did it in ROCKET is a way

14:43  7  that you agree was a thoughtful scientific and medical way to

14:43  8  do it; right?

14:43  9  A.   To do PT.  And when -- and certainly it's a thoughtful way

14:43  10  of when to collect it.  They collected it 10 to 16 hours after

14:44  11  drug, approximately.  Most people take it the night before, you

14:44  12  know, the evening meal, not everybody.  And then you take PT in

14:44  13  the office the next day.

14:44  14  Q.   And what we also can agree to is that that information

14:44  15  from ROCKET, performed with methods involving PT that you agree

14:44  16  were reasonable, was provided to FDA before Xarelto was

14:44  17  approved; right?

14:44  18  A.   So no.  In fact, what your company told FDA, the exact

14:44  19  quote -- the big piles of data were --

14:44  20  Q.   My question simply is did FDA have access to ROCKET before

14:44  21  Xarelto was approved?

14:44  22  A.   To the actual data, yes.  But if you look at what your

14:44  23  client said --

14:44  24  Q.   I think you've answered my question.

14:44  25          MR. MEUNIER:  Your Honor, he's entitled to explain

DR. DAVID KESSLER - CROSS

14:44  1    his answer.

14:44  2              THE COURT:  If you're trying to explain it, you can

14:45  3    do so.  If it's anticipating another question, you can't do so.

14:45  4              THE WITNESS:  So just -- if we can be clear, there

14:45  5    are statements that are made by your client -- because,

14:45  6    obviously, there's millions of pages.

14:45  7    BY MR. DUKES:

14:45  8    Q.    Right.

14:45  9    A.    Right?  And your client has always taken the position --

14:45  10   correct me if I'm wrong -- that PT doesn't correlate with

14:45  11   bleeding risk.  That's what it's been basically saying to FDA,

14:45  12   both in record -- the first NDA and the second.

14:45  13             So what -- the words that your clients are using,

14:45  14   saying it doesn't correlate, in essence -- so I can get the

14:45  15   exact quotes, right? -- but the data shows something else.

14:45  16   Q.    So maybe I didn't ask a precise question.

14:45  17             You agree that the companies provided the ROCKET

14:45  18   study and data to the FDA; FDA had it before they approved

14:46  19   Xarelto.  Right?

14:46  20   A.    And the FDA found it, yes.  It's like a needle in a

14:46  21   haystack.  Your company has denied -- your companies have

14:46  22   denied PT correlates with bleeding risk on patients taking

14:46  23   Xarelto.

14:46  24   Q.    We'll get there.  You also agree that when FDA approved

14:46  25   Xarelto, it did not require or request a PT test; right?

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

| | | |
|---|---|---|
| 14:46 | 1 | **A.**   That's correct.  Because the words, as you saw, that FDA |
| 14:46 | 2 | said something, the sponsors chose not to use it. |
| 14:46 | 3 | **Q.**   You know it was discussed and there was a dialogue back |
| 14:46 | 4 | and forth about that language; right? |
| 14:46 | 5 | **A.**   About which language? |
| 14:46 | 6 | **Q.**   About whether a PT test should be included. |
| 14:46 | 7 | **A.**   Which NDA are you talking about? |
| 14:46 | 8 | **Q.**   If you don't know, that's fine. |
| 14:46 | 9 | **A.**   No.  So, again, I don't see language, certainly, in the |
| 14:46 | 10 | NDA with regard to ROCKET.  Your company basically were making |
| 14:47 | 11 | statements that were misleading about PT and bleed risk. |
| 14:47 | 12 |        **MR. DUKES:**  Move to strike, Your Honor.  That's |
| 14:47 | 13 | nonresponsive. |
| 14:47 | 14 |        **THE COURT:**  I agree.  I'll strike it. |
| 14:47 | 15 | **BY MR. DUKES:** |
| 14:47 | 16 | **Q.**   PT can be affected by many factors, can't it?  I'll give |
| 14:47 | 17 | you an example.  That may be out of context.  That's not a |
| 14:47 | 18 | great question. |
| 14:47 | 19 |        For example, how old the blood sample is can impact |
| 14:47 | 20 | the PT test; right? |
| 14:47 | 21 | **A.**   Probably not that -- FDA looked at that and probably |
| 14:47 | 22 | wasn't that significant.  So, like any laboratory tests, |
| 14:47 | 23 | there's some variability.  But FDA analyzed this and concluded |
| 14:47 | 24 | that, certainly, time was not a significant factor. |
| 14:47 | 25 | **Q.**   Is how old the blood sample is, does that potentially |

DR. DAVID KESSLER - CROSS

14:47  1    affect a prothrombin time test?

14:47  2    **A.**    Again, I'd be happy to have you talk to the hematologists.

14:47  3    There's always some marginal variability that can be -- but

14:48  4    that's why you do proficiency testing and quality control.

14:48  5    **Q.**    Do you recall you answered that question "yes" before?

14:48  6    **A.**    Yeah.  I mean, again, you could always have -- I mean,

14:48  7    every test has some variability, but you try to quality-control

14:48  8    how long it sits around in the lab.  And there's proficiency

14:48  9    testing and rules, and that doesn't mean you don't use the

14:48  10   test.  So there is -- there is some variability.

14:48  11   **Q.**    The reason that you have quality control, not let the

14:48  12   blood sample sit around the lab, is because it impacts the PT

14:48  13   test; right?  That's kind of a simple question.

14:48  14   **A.**    It impacts every test.

14:48  15   **Q.**    Including the PT test?

14:48  16   **A.**    Sure.  It could impact -- it could impact, absolutely.

14:48  17   **Q.**    Now, in doing a PT test, I think you talked about a

14:48  18   reagent is added to the blood; right?

14:48  19   **A.**    Yes.

14:48  20   **Q.**    And PT measurements can vary depending on what reagent is

14:48  21   used, can't they?

14:49  22   **A.**    Absolutely.

14:49  23   **Q.**    And PT measurements can also vary between one laboratory

14:49  24   and another laboratory; right?

14:49  25   **A.**    Interpatient laboratories, certainly.  But that all can be

OFFICIAL TRANSCRIPT

14:49  1    standardized.

14:49  2    Q.    And one reason it can vary is because different labs use

14:49  3    different equipment; right?

14:49  4    A.    Don't have to.  They can standardize if they want, the

14:49  5    equipment and the reagents.  So different labs do but doesn't

14:49  6    have to be if you want to standardize.

14:49  7    Q.    So every lab in the United States of America could

14:49  8    standardize the same equipment and that's --

14:49  9    A.    You could certainly -- again, what's key in PT is to

14:49  10   standardize the reagents.  Right?  And I certainly feel -- you

14:49  11   know, again, there is, if you look, Neoplastin PT, again, was

14:49  12   used in ROCKET.  Just give patients the same opportunity that

14:49  13   patients in ROCKET had to use that test.  And that test works

14:49  14   perfectly fine.  If you're not going to use that test, of

14:50  15   course there's going to be variability.

14:50  16            MR. DUKES:  Now, let's shift subjects, Your Honor.

14:50  17   If I can keep going.

14:50  18   BY MR. DUKES:

14:50  19   Q.    In July of 2008, Janssen submitted a new drug application

14:50  20   to the FDA for Xarelto for the prevention of deep vein

14:50  21   thrombosis and pulmonary embolism in patients undergoing hip or

14:50  22   knee replacement surgery; right?

14:50  23   A.    Application 1, can we call it?  Yes.  So that was the

14:50  24   first application.  That was different than the AF application.

14:50  25   Q.    As part of the NDA, Janssen proposed language at

DR. DAVID KESSLER - CROSS

14:50  1   Section 12.2 of the label about PT or prothrombin time, didn't

14:50  2   it?

14:50  3   **A.**    In the clinical pharmacology section in 12.2, they did

14:50  4   exactly do that in the hip and knee application.

14:50  5   **Q.**    Right.  The one I just mentioned in my preceding question;

14:50  6   right?

14:50  7   **A.**    Application 1, yes.

14:50  8   **Q.**    All right.  Let me hand you Defendants' Exhibit 5926 and

14:51  9   5379.

14:51  10          **THE COURT:**  Give counsel a copy.

14:51  11  BY MR. DUKES:

14:51  12  **Q.**    Now, this is a cover letter submitting to NDA and a copy

14:51  13  of the label that Janssen submitted on July 22nd, 2008, as part

14:51  14  of this hip or knee submission; correct?

14:51  15  **A.**    Yes, sir.

14:51  16  **Q.**    And the cover letter is Defendants' Exhibit 5926.

14:51  17          **MR. DUKES:**  Your Honor, I would offer that into

14:51  18  evidence.

14:51  19          **MR. MEUNIER:**  Your Honor, we earlier discussed it.

14:51  20  And I refer to our earlier position, made known to the Court.

14:51  21          **THE COURT:**  Okay.  I'll -- as I say, I'm overruling

14:52  22  that objection.

14:52  23          **MR. DUKES:**  Your Honor, I would offer Defendants'

14:52  24  Exhibit 5379, which is the actual proposed label.

14:52  25          **THE COURT:**  Okay.

DR. DAVID KESSLER - CROSS

1    **MR. MEUNIER:**  Same position for the plaintiffs, Your

2    Honor.

3    **BY MR. DUKES:**

4    **Q.**   Now, you're familiar with these documents; correct?

5    **A.**   Let me just check one -- this is dated -- just want to

6    make sure.  This is July 2008; correct?  Let me make sure I've

7    got the right dates.

8        Yeah.  July 22nd, 2008.  And I assume -- do I see the

9    labeling dated -- I don't see the second document dated, but

10   I'll take your word for it, if you want.

11   **Q.**   Okay.  And you reviewed these as part of preparing to give

12   deposition to testify; right?

13   **A.**   No.  Actually, some of these were put in defendants'

14   interrogatories.  I mean, I took those, I mean, as your

15   chronology.  Some of these, I may have looked at.

16       Again, this doesn't deal with the NDA; this deals

17   with RECORD that we're talking about in atrial fibrillation.

18   This is a different NDA.  But I'm sure I probably have seen

19   this.

20   **Q.**   So you're pretty sure you looked at this; right?

21   **A.**   Again, I can't be absolutely certain.  I know about this,

22   but I'm trying to figure out -- I think I know about this from

23   your interrogatories.

24       **THE COURT:**  Which one are we talking about?  5379 or

25   5926?

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:53  1        **MR. DUKES:**  Actually, 5379.  My questions will be
14:53  2  directed to that.  I just have 5926 to put it in context of the
14:53  3  submission.  So the actual label document.
14:53  4  **BY MR. DUKES:**
14:53  5  Q.   So let's take a look at DX 5379.17.2.
14:54  6  A.   Yes.
14:54  7  Q.   All right.  So we're looking at Section 12.2, which is
14:54  8  Pharmacodynamics; right?
14:54  9  A.   Right.  So this is not Section 5 that I've opined on.
14:54  10  This is further down seven sections.  And this -- I guess,
14:54  11  today it's part of the clinical pharmacology section.
14:54  12  Q.   My question was, we're looking at Section 12.2,
14:54  13  Pharmacodynamics; right?
14:54  14  A.   Exactly.  And I'm just explaining where that section is in
14:54  15  the label.
14:54  16  Q.   All right.  Now, in this proposal -- again, this is a
14:54  17  proposal from Janssen to the FDA about proposed labeling;
14:54  18  right?
14:54  19  A.   Yes.
14:54  20  Q.   And in this proposal, Janssen proposed that "Routine
14:54  21  monitoring of coagulant parameters is not required with Xarelto
14:54  22  use."  Right?
14:54  23  A.   That's correct.
14:54  24  Q.   And let's take a look at DX 5379.17.3.  Janssen also
14:54  25  proposed that "Dose-dependent inhibition of Factor Xa activity

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:55    1    was observed in humans and the prothrombin time, PT, activated
14:55    2    partial thromboplastin time, aPTT, and HepTest are prolonged
14:55    3    dose-dependently."  Correct?
14:55    4    A.    Yes.
14:55    5    Q.    They went to say, "The relationship between PT and
14:55    6    rivaroxaban plasma concentration is linear and closely
14:55    7    correlated."  Correct?
14:55    8    A.    Yes.  No comments about bleeding risk.
14:55    9    Q.    I'm just asking you, is this what they proposed?
14:55   10    A.    Yes.  And there's further language.  And they say there's
14:55   11    a correlation between PT -- between drug plasma concentration
14:55   12    and PT back in 2008 before FDA figured out the data.
14:55   13    Q.    Let's pull out DX 5379.17.5.  And then let's go to --
14:56   14    well -- FDA knew about all this information before they
14:56   15    approved Xarelto; right?
14:56   16    A.    No, sir.  What happened is, as part of this labeling, you
14:56   17    submitted a PD -- your company -- sorry -- your client
14:56   18    submitted an exploratory analysis for RECORD that shows
14:56   19    statistically significant changes between Q4 and Q1 in bleed
14:56   20    risk, but you didn't tell FDA back in 2008.
14:56   21          Again, this is a different study.  This is in RECORD.
14:56   22    If you look at, I think, Table 14.4 --
14:56   23    Q.    I must have asked a bad question.
14:56   24    A.    Okay.
14:56   25    Q.    My question was FDA knew about this information that's up

14:56  1   on the screen that's in the proposed label from Janssen before

14:56  2   it approved Xarelto; right?

14:57  3   **A.**   What information are you talking about?

14:57  4   **Q.**   On the screen.

14:57  5   **A.**   So the -- what was told FDA by your client was that there

14:57  6   was not a correlation, in essence, with bleed risk as part of

14:57  7   RECORD, even though when you look at the data, it's there.

14:57  8   **Q.**   FDA knew -- I'm going to try and ask it very simply.

14:57  9           FDA knew about the information that I have on the

14:57  10  screen, that you have in this document in front of you, before

14:57  11  they approved Xarelto; correct?  Yes or no.

14:57  12  **A.**   Okay.  So you are correct, okay, that FDA knew that the

14:57  13  companies were saying that there was a correlation between

14:57  14  plasma concentration and PT.

14:58  15          What the companies also said and what FDA believed at

14:58  16  the time -- and I'll read it -- is that "It appears that there

14:58  17  is no significant difference" --

14:58  18          **MR. DUKES:**  I move to strike.

14:58  19          **THE WITNESS:**  -- "in bleeding risk."

14:58  20  BY MR. DUKES:

14:58  21  **Q.**   That's -- my question is very simple.

14:58  22          **THE COURT:**  Yeah, but he's explaining it.  He's

14:58  23  saying what he's saying.

14:58  24          **MR. MEUNIER:**  I would appreciate him not interrupting

14:58  25  the witness.

DR. DAVID KESSLER - CROSS

14:58  1    **THE COURT:**  I understand.  Wait.

14:58  2                Why don't you finish your answer.  Go ahead.

14:58  3    **THE WITNESS:**  So let me just read you back in 2000

14:58  4    and -- from the clinical review at this time, you know, around

14:58  5    this time of labeling.  It says -- what FDA is saying back at

14:58  6    this time, "It appears that there is no significant difference

14:58  7    in PT values in subjects experiencing bleeding events compared

14:58  8    with subjects who are not experiencing bleeding events."

14:58  9                And FDA, basically -- I'm not very proud of

14:58  10   this, just personally -- copied and pasted what the company was

14:59  11   saying.

14:59  12               So FDA believed, back at this time, based on

14:59  13   what the company was saying, no association between PT and

14:59  14   bleeding risk.  They knew about this, but that was the state of

14:59  15   knowledge back in 2008.  It wasn't until late 2011 that FDA

14:59  16   figured out the correlation between PT and bleeding risk.

14:59  17               So that's when FDA knew about that.  It didn't

14:59  18   know about bleeding risk back then.

14:59  19   **BY MR. DUKES:**

14:59  20   **Q.**   Did I ask anything about bleeding risk in my question --

14:59  21   **A.**   You're asking me what the company knew.

14:59  22   **Q.**   No.  I asked did -- because we're going to go through the

14:59  23   whole timeline.  I mean, I'll get there.

14:59  24               Did FDA know about what's on the screen?

14:59  25   **A.**   Well, it was submitted to -- this was submitted to FDA,

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

14:59  1   and FDA knew about this.  It did not know about the correlation

15:00  2   with bleeding risk.

15:00  3   Q.   Right.  Because that's not in this particular document;

15:00  4   right?

15:00  5   A.   That's correct, because your company wasn't proposing

15:00  6   anything about telling people about bleeding risk.

15:00  7           THE COURT:  Let's get to a quitting spot.  Let's get

15:00  8   to a spot where we can take a break.  The jury needs to take a

15:00  9   break.

15:00  10          MR. DUKES:  Now is fine, Your Honor.

15:00  11          THE COURT:  All right.  Let's take a 15-minute break.

15:00  12  Court will stand in recess.

15:00  13          THE DEPUTY CLERK:  All rise.

15:00  14          (WHEREUPON, the jury exited the courtroom.)

15:00  15          (WHEREUPON, the Court took a recess.)

15:16  16          THE DEPUTY CLERK:  All rise.

15:16  17          (WHEREUPON, the jury entered the courtroom.)

15:16  18          THE COURT:  Be seated, ladies and gentlemen of the

15:16  19  jury.

15:16  20          MR. DUKES:  May it please the Court.

15:16  21  BY MR. DUKES:

15:16  22  Q.   Dr. Kessler, let's call up Slide 42, please.

15:16  23          All right.  This is the timeline, and I've just put

15:16  24  up there the document that we've just discussed.  And now I

15:16  25  want to go to December 27th, 2010.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

15:16  1          Do you recall that Janssen submitted revised proposed
15:16  2  labeling to the FDA in response to a letter that Janssen had
15:16  3  received?
15:17  4  **A.**   So tell me.  2010 -- what's the --
15:17  5  **Q.**   Let me hand it to you.  Defendants' Exhibit 5389.
15:17  6  **A.**   Let me get my other schedule.  Just a second.
15:17  7          Yeah December 27th of a repeat of certain language.
15:17  8  **Q.**   All right.  I've handed you Defendants' Exhibit 5389.
15:17  9          You're familiar with this document; right?
15:17  10  **A.**   Let me just take -- December 27th.  I have this, yes.
15:17  11          **MR. DUKES:**  Your Honor, I would offer DX 5389 into
15:17  12  evidence.
15:17  13          **MR. MEUNIER:**  Our position on that has previously
15:17  14  been made.
15:17  15          **THE COURT:**  Who wrote it?  Why don't give me who
15:17  16  wrote it and that sort of thing.
15:17  17          **MR. DUKES:**  Yes, Your Honor.  It's the document from
15:17  18  Johnson & Johnson.  It includes revised proposed labeling.
15:17  19  It's December 27th, 2010.  It's to Ann Farrell, director,
15:18  20  division of hematology, office of oncology, drug products at
15:18  21  FDA.
15:18  22          **THE COURT:**  It's addressed to the FDA?
15:18  23          **MR. DUKES:**  Yes, Your Honor.
15:18  24          **THE COURT:**  Okay.  I'll admit it.
15:18  25          **MR. DUKES:**  Now, let's call up DX 5389.2.1.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

15:18  1    BY MR. DUKES:
15:18  2    Q.   Is this is a letter from Johnson & Johnson or Janssen to
15:18  3    the FDA dated December 2nd, 2010, with regard to the ongoing
15:18  4    labeling discussion; correct?
15:18  5    A.   Yes.
15:18  6    Q.   And this related to Xarelto and the deep vein thrombosis
15:18  7    indication; right?
15:18  8    A.   Application 1.
15:18  9    Q.   Now, let's call up DX 5389.5.1.
15:18  10            And this letter states, "The sponsor" -- that's
15:18  11   Johnson & Johnson -- "has revised the package insert
15:18  12   extensively, and the revised version is supplied in
15:18  13   Module 1.14.1."  Right?
15:19  14   A.   Yes.
15:19  15   Q.   And a package insert, I think you said, that's another
15:19  16   phrase for the label; correct?
15:19  17   A.   Exactly, sir.
15:19  18   Q.   Let me hand you DX 5390.  And this is a copy of the label
15:19  19   that accompanied the letter.
15:19  20            You're familiar with that; correct?
15:19  21            MR. MEUNIER:  And, Your Honor, our objection to the
15:19  22   DVT material will be deemed continuing in nature?
15:19  23            THE COURT:  Yes.
15:19  24            MR. MEUNIER:  Thank you.
15:19  25            THE COURT:  I'll make it continuing.

OFFICIAL TRANSCRIPT

15:19    1          THE WITNESS:  This is labeled for -- that's not the
15:19    2    AFib label.  This is for the DVT, Application 1, the DVT.
15:19    3          MR. DUKES:  Your Honor, I would offer Defendants'
15:19    4    Exhibit 5390 into evidence.
15:19    5          THE COURT:  I'll admit it.
15:19    6    BY MR. DUKES:
15:19    7    Q.   Now, let's call up DX 5390.13.1.
15:20    8          Here we're looking at 12.2, that same paragraph that
15:20    9    we went over a few minutes ago before the break.  It's got the
15:20   10    same language about PT that we just discussed; correct?
15:20   11    A.   So by PT, just make sure we're clear, it's PT and plasma
15:20   12    concentration, nothing about bleeding risk.  Correct.
15:20   13    Q.   And the last couple of sentences about the RECORD program
15:20   14    that was revised a little to include average PT measurement of
15:20   15    18; right?  Do you see that?
15:20   16    A.   Again, talking about Neoplastin PT, right.  And, again,
15:20   17    nothing about bleeding risk.  Yes.
15:20   18    Q.   Now, let's pull up Slide 43.
15:20   19    A.   Again, that's Section 12.2; right?
15:20   20    Q.   Right.  Correct.  That was 12.2.
15:20   21          So I'm adding the timeline of December 27th, 2010,
15:21   22    proposed labeling.
15:21   23    A.   I don't get to add other things in between that, do I?
15:21   24    Q.   No.  You'll have an opportunity when your counsel has a
15:21   25    chance.

DR. DAVID KESSLER - CROSS

15:21  1   **A.**   Great.  Thanks.

15:21  2   **Q.**   Now, on January 4, 2011, Janssen submitted its new drug

15:21  3   application for use in patients with atrial fibrillation;

15:21  4   right?

15:21  5   **A.**   Yes.

15:21  6   **Q.**   And that application for atrial fibrillation was submitted

15:21  7   to the division of cardiovascular and renal drug products;

15:21  8   right?

15:21  9   **A.**   Exactly.

15:21  10   **Q.**   And when Janssen submitted this NDA to the division of

15:21  11   cardiovascular and renal drug products in January 2011, it

15:21  12   included a proposed label, didn't it?

15:21  13   **A.**   Yes.  Again, to Section 12.2.

15:21  14   **Q.**   Let me hand you Defendants' Exhibit 5913 and 5251.

15:22  15   **A.**   Thank you, sir.

15:22  16   **Q.**   All right.  This is cover letter submitting the NDA to the

15:22  17   FDA on January 4, 2011 -- that's DX 5913 -- and the label that

15:22  18   accompanied that, which is DX 5251.

15:22  19        You're familiar with those documents?

15:22  20   **A.**   Yes.

15:22  21        **MR. DUKES:**  Your Honor, I would offer Defendants'

15:22  22   Exhibit 5913, which is the cover letter, and Defendants'

15:22  23   Exhibit 5251, which is the proposed labeling, into evidence.

15:22  24        **THE COURT:**  Admitted.

15:22  25

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

15:22  1   BY MR. DUKES:

15:22  2   Q.   Let's call up DX 5251.11.1.

15:22  3        All right.  In this label Janssen proposed in 2011,

15:23  4   it includes information about PT, doesn't it?

15:23  5   A.   And Neoplastin.  Let's just make sure we get right about

15:23  6   what it's saying.

15:23  7        Do you want me to do it?

15:23  8   Q.   No.  I'm just -- my question is simply that this label

15:23  9   included information about PT; correct?

15:23  10  A.   Be careful.  It's not about PT and bleeding risk.  This

15:23  11  is -- this talks about plasma concentration and PT.

15:23  12  Q.   Correct.  And, like the label submitted in 2008, 2010,

15:23  13  Section 12.2 reads, "Routine monitoring of coagulation

15:23  14  parameters is not required with Xarelto use."

15:23  15       Correct?

15:23  16  A.   Correct.

15:23  17  Q.   Let's call up 5251.11.2.

15:23  18       And this draft label goes on to say, "Dose-dependent

15:23  19  inhibition of Factor Xa activity was observed in humans and

15:23  20  prothrombin time, PT, activated partial thromboplastin time,

15:24  21  aPTT, and HepTest are prolonged dose-dependently; correct?

15:24  22  A.   Yes.

15:24  23  Q.   And let's look at 5251.11.3.  It goes on to state, "The

15:24  24  relationship between PT and rivaroxaban plasma concentration is

15:24  25  linear and closely correlated."  Right?

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

15:24  1   A.   Right.

15:24  2   Q.   And look at 5251.11.4.  It also says, "If assessment of

15:24  3   the pharmacodynamic effect of rivaroxaban is considered

15:24  4   necessary in individual cases, PT (measured in seconds) is

15:24  5   recommended."  Right?

15:24  6   A.   Yes.  The company is recognizing here the value of PT,

15:24  7   Neoplastin PT, yes.

15:24  8          MR. DUKES:  Your Honor, I'd move to strike that last

15:24  9   comment.

15:24  10          THE COURT:  He's just explaining what he said.

15:24  11          MR. DUKES:  Okay.

15:24  12          THE COURT:  I'll deny that.

15:24  13   BY MR. DUKES:

15:24  14   Q.   All right.  Then this section is revised to discuss the

15:24  15   measuring of PT in the ROCKET AF study; right?

15:24  16   A.   Yes, sir.

15:24  17   Q.   And that's the study that was used to support the AFib

15:25  18   indication?

15:25  19   A.   It's explaining part of the data in ROCKET, not the other

15:25  20   part of the data in ROCKET.

15:25  21   Q.   And all this information was included in the draft label

15:25  22   provided the FDA in January of 2011, all this information up

15:25  23   here in 12.2; right?

15:25  24   A.   All that information, not the information about bleeding

15:25  25   risk.  Yes, all that information.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

15:25  1   **Q.**   Let's call up slide 44.  On this timeline, I've added this
15:25  2   January 4th, 2011, letter from Janssen to FDA.  Now, let me
15:25  3   hand you Defendants' Exhibit 6000.
15:26  4          Now, this is a letter from FDA to Janssen about the
15:26  5   new drug application that FDA sent to Janssen in March of 2011;
15:26  6   correct?
15:26  7   **A.**   Yes.
15:26  8   **Q.**   And that's the -- first, the application for AFib; right?
15:26  9   **A.**   Yes.
15:26  10  **Q.**   And you're familiar with this document?
15:26  11  **A.**   I have to go back and refresh any memory, but I take
15:26  12  your -- you know, I assume I've seen it.
15:26  13         **MR. DUKES:**  Okay.  Your Honor, I would offer
15:26  14  Defendants' Exhibit 6000 into evidence.
15:26  15         **THE COURT:**  Admitted.
15:26  16  **BY MR. DUKES:**
15:26  17  **Q.**   Now, this letter is electronically signed by Stephen Grant
15:26  18  on March 17th, 2011; right?
15:26  19  **A.**   Right.  And Cardio-Renal, yes.
15:26  20  **Q.**   Okay.  So that's in the Cardio-Renal division of the FDA;
15:26  21  right?
15:26  22  **A.**   As opposed to the hema division in the earlier one, yes.
15:26  23  **Q.**   Correct.  And let's call up Defendants' 6000.3.1.  I'm
15:26  24  turning to page 2 in the letter.
15:26  25         So the FDA raised some potential review issues;

OFFICIAL TRANSCRIPT

15:26   1   right?

15:26   2   A.   Yes.

15:26   3   Q.   And if we look at No. 5 on the list, one of the issues FDA

15:27   4   raised is you -- referring to Janssen, "You did not recommend

15:27   5   routine monitoring of coagulation parameters in your proposed

15:27   6   package insert (PI).  We plan to review whether the

15:27   7   benefit/risk of rivaroxaban could be substantially improved by

15:27   8   routine measurement of coagulation parameters."

15:27   9        So that's what FDA wrote back to Janssen; correct?

15:27   10  A.   That's exactly what FDA wrote back.

15:27   11  Q.   Now, in order to write that back, we know that FDA had

15:27   12  looked at Section 12.2 with the PT information in it; correct?

15:27   13  A.   Tell me now you know that.

15:27   14  Q.   Just in context.

15:27   15  A.   No, I mean -- I don't think that's the only explanation

15:27   16  for that.  I don't see a reference to that earlier document

15:27   17  here.

15:27   18       Understand, the company -- everyone knew the company

15:27   19  was developing these drugs so very much that they not be used

15:28   20  for regular monitoring.  So that was clearly known to everyone.

15:28   21  I'm not sure it's in the context of 12.2 unless you can show me

15:28   22  how it --

15:28   23  Q.   So you're just not sure one way or the other; right?

15:28   24  A.   Well, you made a statement that this was done with -- in

15:28   25  context of that proposed label.  I don't see any evidence of

DR. DAVID KESSLER - CROSS

15:28  1   that.

15:28  2   Q.   Okay.  Let's pull up Slide 45.  So to keep us moving

15:28  3   along, I've just added to the timeline the March 17th letter

15:28  4   that we just looked at.

15:28  5        Now, you know that Janssen submitted a proposed

15:28  6   letter to FDA for atrial fibrillation indication that included

15:28  7   PT information two more times.

15:28  8        Are you familiar with that?

15:28  9   A.   I believe so, yes.

15:28  10  Q.   Let me hand you Defendants' Exhibit 5280 and 5281.

15:29  11  A.   Which application are you talking about?  Thank you, sir.

15:29  12  Q.   All right.  This is a letter and a copy of a label Janssen

15:29  13  submitted on April 1st, 2011, in response to the labeling

15:29  14  format issues that had just been raised by FDA; correct?

15:29  15  A.   Again, which -- just make sure we understand, which

15:29  16  application?

15:29  17  Q.   NDA 202439.

15:29  18  A.   So that is with regard to AFib.

15:29  19  Q.   Correct.

15:29  20  A.   Thanks.

15:29  21  Q.   Right.  And you've seen it before; right?

15:29  22  A.   Right.

15:29  23       MR. DUKES:  Your Honor, I'd offer the cover letter,

15:30  24  which 5280, and the underlying proposed labeling, which is

15:30  25  5281, into evidence.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

15:30  1      **THE COURT:**  Admitted.

15:30  2  **BY MR. DUKES:**

15:30  3  **Q.**   Let's call up DX 5280.2.1, first paragraph.  So in this

15:30  4  letter going now back from Janssen and Johnson & Johnson to

15:30  5  FDA, it says, "Reference is made to the original NDA for

15:30  6  Xarelto immediate-release tablets for the prevention of stroke

15:30  7  and systemic embolism in patients with nonvalvular atrial

15:30  8  fibrillation."  Right?

15:30  9  **A.**   That's correct, sir.

15:30  10  **Q.**   Okay.  Let's take a look at 5281.10.1, going back to

15:30  11  Section 12.2 that we've been looking at for a good while.

15:30  12      And it includes the same information about PT that

15:30  13  was submitted in January of 2011, doesn't it?

15:30  14  **A.**   Yes.  Again, just make sure when you say "information," so

15:30  15  we're both on the same wave, it's about PT and rivaroxaban

15:30  16  plasma concentration is linear and closely correlated, no

15:30  17  information about bleeding risk here.

15:31  18  **Q.**   All right.  Let me hand you Defendants' Exhibit 5285 and

15:31  19  5286.

15:31  20  **A.**   Thank you.

15:31  21  **Q.**   Now, this is the second letter that Janssen submitted in

15:31  22  response to the labeling format issues identified by FDA, and

15:31  23  it includes another copy of the label; right?  So this is

15:31  24  May 2011.

15:31  25  **A.**   Yeah.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

15:31 1   **Q.**   May 4th, 2011, to be precise; right?

15:31 2   **A.**   Yes.

15:31 3   **Q.**   And you're familiar with these documents, aren't you?

15:31 4   **A.**   I'd have to go back and check.  I'm not sure this was

15:32 5   listed in your interrogatory answers, but I'd have to go back

15:32 6   and double-check.

15:32 7   **Q.**   You don't have any reason to dispute --

15:32 8   **A.**   No, sir.

15:32 9   **Q.**   Okay.

15:32 10   **A.**   No, not at all.  Sorry.

15:32 11        **MR. DUKES:**  Your Honor, I'd offer Defendants'

15:32 12   Exhibit 5285 and 5286.

15:32 13        **THE COURT:**  Admitted.

15:32 14   BY MR. DUKES:

15:32 15   **Q.**   Now, let's call up DX 5285.2.1, first paragraph.  All

15:32 16   right.

15:32 17        In this letter from Johnson & Johnson and Janssen

15:32 18   back to FDA, it says, "Reference is made to the original NDA

15:32 19   for prevention of stroke and systemic embolism in patients with

15:32 20   nonvalvular atrial fibrillation."

15:32 21        So that's the indication we're talking about; right?

15:32 22   **A.**   Yes, sir.

15:32 23   **Q.**   Let's look at 5286.10.1 back to 12.2.

15:32 24        And it includes the same information about PT that

15:32 25   was submitted in January of 2011, doesn't it?

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

15:32  1  **A.**   Exact same information, information about concentration of

15:32  2  PT, no information about bleeding risk.

15:32  3  **Q.**   Call up Slide 46, and we'll add this letter to the

15:32  4  timeline or the ongoing discussion.

15:33  5         Now, in June of 2011, FDA concluded that no

15:33  6  laboratory test, including a PT test, was a reliable predictor

15:33  7  of the effects of Xarelto; correct?

15:33  8  **A.**   Show me that quote, please.

15:33  9  **Q.**   Okay.  Let me show you Defendants' Exhibit 5373-A.

15:33  10        Now, this is an FDA document entitled "Maternal

15:33  11 Health Team Review."  Correct?

15:33  12 **A.**   This is in the pregnancy section, yes.

15:33  13 **Q.**   And this FDA document is dated June 7th, 2011; right?

15:33  14 **A.**   Yes.

15:33  15 **Q.**   And are you familiar with this document?

15:34  16 **A.**   I'd have to go back and double-check, but I have no reason

15:34  17 to dispute it.

15:34  18        **MR. DUKES:**  Okay.  Your Honor, I would offer

15:34  19 Defendants' Exhibit 5373-A into evidence.

15:34  20        **THE COURT:**  Admitted.

15:34  21        **MR. DUKES:**  Now, call up please 5373-A.1.1, Jim.

15:34  22 BY MR. DUKES:

15:34  23 **Q.**   So this is the maternal health team review dated June 7th,

15:34  24 2011, if you look over at the date to the left.

15:34  25 **A.**   Right.

DR. DAVID KESSLER - CROSS

15:34  1   **Q.**   And this is from Dr. Bhatnagar, a medical officer on the
15:34  2   maternal health team, isn't it?
15:34  3   **A.**   Yes.
15:34  4   **Q.**   All right.  The maternal health team is a team that
15:34  5   considers labeling for pregnant women and nursing mothers;
15:34  6   right?
15:34  7   **A.**   Yes.
15:34  8   **Q.**   And pregnant women generally have a higher risk of blood
15:34  9   clots in blood vessels when they're pregnant; right?
15:34  10   **A.**   There can be, certainly, yes.
15:34  11   **Q.**   And vaginal bleeding occurs in approximately 37 percent of
15:34  12   pregnancies?
15:34  13   **A.**   Yes.
15:34  14   **Q.**   So pregnant women --
15:34  15   **A.**   Don't hold me to the percentage, but yes.
15:34  16   **Q.**   Just roughly?
15:34  17   **A.**   Yes.
15:34  18   **Q.**   So pregnant women is a group that FDA would want to
15:35  19   consider evaluating when looking at anticoagulants; right?
15:35  20   **A.**   It's certainly a group that you pay attention to, yes.
15:35  21   **Q.**   Let's pull up DX 5373-A.6.4.  And I'm turning to the sixth
15:35  22   page of the document if you follow along.
15:35  23        So here the FDA says, "The predictive value of
15:35  24   laboratory tests to monitor the therapeutic effect of Xarelto
15:35  25   has not been adequately studied.  Xarelto prolongs blood

OFFICIAL TRANSCRIPT

15:35  1  prothrombin time, PT, and activated partial prothrombin time.

15:35  2  Although monitoring of these tests is not proposed with

15:35  3  Xarelto, prolongation of the prothrombin time, PT, had a linear

15:35  4  relationship with Xarelto plasma concentration." Correct?

15:35  5  **A.**   Again, yes, that's exactly what it says but no reference

15:35  6  there to bleeding risk and the fact that ROCKET did have -- the

15:35  7  data did show that correlation.  So that is incorrect.

15:36  8  **Q.**   Let's call up DX 5373-A.6.1.

15:36  9       They go on to say -- the FDA does -- "Xarelto

15:36  10  prolongs blood prothrombin time, PT, and activated partial

15:36  11  prothrombin time.  Although monitoring of these tests is not

15:36  12  proposed with Xarelto, prolongation of the prothrombin time,

15:36  13  PT, had a linear relationship with Xarelto plasma

15:36  14  concentration." Right?

15:36  15  **A.**   Everyone's acting clueless with regard to bleeding risk in

15:36  16  these documents.

15:36  17  **Q.**   Let's take a look at DX 5373-A.6.2.  We're moving down to

15:36  18  the reviewer comments.

15:36  19  **A.**   Yes.

15:36  20  **Q.**   And in the reviewer comments, they go on to say, "In a

15:36  21  personal communication with Joseph Grillo, PharmD, of clinical

15:36  22  pharmacology, he indicated that, although the PT has a linear

15:37  23  relationship with Xarelto plasma concentration, data from the

15:37  24  Phase III trials indicate that this is not always a predictable

15:37  25  relationship."

DR. DAVID KESSLER - CROSS

15:37  1        That's what he said; correct?

15:37  2  A.   That's exactly what we said, and you know this is

15:37  3  obviously dated about five months ahead of the clinical pharm

15:37  4  review where they say there is a correlation.

15:37  5  Q.   So Dr. Bhatnagar actually talked to Dr. Grillo.  They were

15:37  6  in different divisions, but they talked to each other about

15:37  7  this PT issue; correct?

15:37  8  A.   I don't know where Grillo is.  I apologize.

15:37  9  Q.   Okay.

15:37  10 A.   I mean, you're assuming -- he may be -- you may know that

15:37  11 he's in a different division.  I don't know that.

15:37  12 Q.   I'm just asking a question.  It's okay.

15:37  13        Let's take a look at DX 5373-A.6.3.

15:37  14        She goes on to say, "Therefore, no laboratory test is

15:37  15 well correlated with therapeutic effect of Xarelto."

15:38  16        Did I read that correctly?

15:38  17 A.   That's exactly what that says and -- that's what that

15:38  18 says.  I don't know what that means.

15:38  19 Q.   Okay.

15:38  20 A.   Therapeutic effect, laboratory test, well correlated

15:38  21 with -- is that the effect on bleeding?  That's not a clear

15:38  22 sentence to me.

15:38  23 Q.   All right.  Let's take a look at DX 5373-A.8.1.

15:38  24        So the FDA maternal health team made some labeling

15:38  25 recommendations, and the first recommendation was "Because the

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

15:38   1    concerns regarding Xarelto use in the setting of obstetric
15:38   2    hemorrhage remain, additional language has been added to the
15:38   3    warnings and precautions section of the labeling.  See 5.3."
15:38   4           That's what they said?
15:39   5    A.   That's exactly what that says, again, not about bleeding
15:39   6    risk and PT.
15:39   7    Q.   Let's take a look at 5373-A.9.1.
15:39   8           So the maternal health team recommended that the
15:39   9    anticoagulant effect of Xarelto can neither be monitored with
15:39  10    standard laboratory testing nor readily reversed; correct?
15:39  11    A.   That's what it says.  And that's showing you that, at this
15:39  12    point in time, right -- it's not until later that FDA figures
15:39  13    it out.  They're clueless here.
15:39  14    Q.   All right.  Let's take a look at DX 5373-A.9.2.  And the
15:39  15    maternal health team also recommended adding to the label "The
15:39  16    anticoagulant effect of Xarelto cannot be reliably monitored
15:39  17    with laboratory testing."
15:39  18           That's what they said; right?
15:39  19    A.   That's exactly what they say.  What's interesting is
15:40  20    there's no citation to their correlation.  It's absolutely
15:40  21    absent from this.  So how this is even said, it just shows that
15:40  22    that -- all that -- those findings come in later after this.
15:40  23    This is earlier on.
15:40  24    Q.   All right.  Let's pull up Slide 47, and I've added here
15:40  25    the June 7th, 2011, letter that we just covered where they

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

15:40  1  said, "The anticoagulant effect of Xarelto cannot be reliably

15:40  2  monitored with laboratory testing" in the VTE label.

15:40  3         Now, on June 13th, 2011, the FDA sent Janssen a

15:40  4  revised label for the VTE indication that removed the proposed

15:40  5  PT language, didn't it?

15:40  6  A.   So we're now jumping back, if I'm correct -- well,

15:40  7  actually -- you actually -- this is not the application for

15:40  8  AFib you're talking about.  This is the application for DVT;

15:40  9  right?

15:40  10  Q.   Right.  I just said that in my question.

15:41  11  A.   Got it.

15:41  12         THE COURT:  Just so the jury follows, AFib is a

15:41  13  different disease than DVT.

15:41  14  BY MR. DUKES:

15:41  15  Q.   So this is an e-mail from FDA, D 5547 is, to Janssen on

15:41  16  June 13th, 2011, along with a redlined version of the label

15:41  17  which is DX 5548; correct?

15:41  18  A.   Yes.

15:41  19  Q.   And you're familiar with these documents, aren't you?

15:41  20  A.   I've -- there are a number of versions of this, I believe.

15:41  21  So I want to be careful.  I'm not sure which version this is

15:42  22  you're showing me, but there are a number of cross-out versions

15:42  23  that I have seen.

15:42  24  Q.   Okay.  So you've definitely seen the back-and-forth

15:42  25  between Janssen and the FDA where FDA actually redlined out

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

15:42  1   language in the labeling?

15:42  2   A.   So just be careful, Counselor.  I have seen documents that

15:42  3   have had redlined versions, right.  I have taken your -- in

15:42  4   interrogatories, you've stated who's done what.

15:42  5          I've got to be very careful reading these.  I don't

15:42  6   want to -- I wasn't there.  So I just don't want to be the one

15:42  7   who's saying who did what.  I mean, others can testify to that.

15:42  8          This is like -- this is like walking into a

15:42  9   track-changes document done by X number of people and trying to

15:42 10   figure out who made what comments.  Sometimes you can guess --

15:42 11   sometimes you know because of their initials.  You've just got

15:43 12   to be a little careful.  So I just don't want to be the one

15:43 13   representing who struck what.

15:43 14   Q.   Okay.

15:43 15   A.   I leave that to others, but I have seen these documents.

15:43 16   Q.   All right.

15:43 17          MR. DUKES:  Your Honor, I'll offer DX 5547, which is

15:43 18   a cover letter, and DX 5548, which is the redline labeling.

15:43 19          THE COURT:  Admitted.

15:43 20   BY MR. DUKES:

15:43 21   Q.   Let's call up DX 5547.2.

15:43 22          All right.  So this is a cover e-mail from Judy

15:43 23   Kinaszczuk to Andrea Kollath; right?

15:43 24   A.   Yes.

15:43 25   Q.   It's entitled "NDA 22406 label comments," and it's dated

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

15:43  1  June 13, 2011 at 3:25 p.m. in the afternoon; right?

15:43  2  A.   Well, isn't there a -- that's a forward, I would assume,

15:43  3  of an earlier e-mail; correct?

15:43  4  Q.   Right.

15:43  5  A.   So the actual -- the -- again, I leave it to you who's

15:44  6  doing what and who's sending what.  I don't want to --

15:44  7  Q.   Sorry.

15:44  8  A.   You can represent that.

15:44  9  Q.   Right.  So let's go down where from it's from Andrea

15:44  10  Kollath to tyree.newman@fda.hhs.gov.

15:44  11          Do you see that?

15:44  12  A.   I do see that.

15:44  13  Q.   It says, "Good morning, Andrea.  Please see the attached

15:44  14  redlined version of the label regarding NDA 22406 for your

15:44  15  review and comments.  Please accept changes you agree to.  And

15:44  16  for changes you do not, keep in track changes.  From Tyree

15:44  17  Newman, regulatory project manager, Food and Drug

15:44  18  Administration, Division of Hematology Products, Office of

15:44  19  Oncology Drug Products."  Right?

15:44  20  A.   That's what that says.

15:44  21  Q.   Okay.  Now let's call up DX 5548.30.1.  Now we're back to

15:44  22  Section 12.2 that we've been discussing this afternoon; right?

15:44  23  A.   Right.  So this is the clinical pharm section --

15:45  24  Q.   Right.  And this is the --

15:45  25  A.   -- of the label.

DR. DAVID KESSLER - CROSS

15:45  1  **Q.**   I'm sorry.  Excuse me?

15:45  2  **A.**   It's Section 12 of the label.

15:45  3  **Q.**   Right.  And this is the redline label from FDA.  And under

15:45  4  Section 12.2, the FDA struck the language "routine monitoring

15:45  5  of coagulation parameters is not required with Xarelto," didn't

15:45  6  it?

15:45  7  **A.**   So, again, let's just be clear.  I have no problems with

15:45  8  you saying who struck what and redlined.  But let others

15:45  9  testify to that.  I see the redline.

15:45  10  **Q.**   Okay.  And you saw the cover memo from FDA saying that it

15:45  11  was including --

15:45  12  **A.**   Redlined versions.  But there's a lot of back-and-forths.

15:45  13  And, again, I just am trying to be careful.  I wasn't there --

15:45  14  I mean, this is really "Who struck John?" right, I mean, in

15:45  15  trying to figure those things out.

15:45  16  **Q.**   All right.  Let's pull up DX 5548.30.2.  And FDA struck

15:45  17  "the relationship between PT and rivaroxaban plasma

15:45  18  concentration is linear and closely related."  Right?

15:46  19       **MR. MEUNIER:**  Your Honor, there's no evidence that

15:46  20  the FDA --

15:46  21       **THE COURT:**  There's no evidence that the FDA --

15:46  22  that's the point that he's making.  You said FDA; he disagrees

15:46  23  with that.  He doesn't know that.

15:46  24       **MR. DUKES:**  I got it now.  I understand.

15:46  25       **THE WITNESS:**  Your Honor, just -- I just don't know.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

15:46  1        **THE COURT:**  I understand.

15:46  2        **THE WITNESS:**  He could be right.

15:46  3        **THE COURT:**  You said you don't know.

15:46  4        **THE WITNESS:**  Thanks.

15:46  5        **THE COURT:**  Yeah.

15:46  6  BY MR. DUKES:

15:46  7  Q.    In this redline version, you see that the language of "the

15:46  8  relationship between PT and rivaroxaban plasma concentration is

15:46  9  linear and closely correlated" was stricken; right?

15:46  10  A.    Yes, exactly.

15:46  11  Q.    And the language was also stricken "If assessment of the

15:46  12  pharmacodynamic effect of rivaroxaban is considered necessary

15:46  13  in individual cases, PT measured in seconds is recommended."

15:46  14        That was stricken; correct?

15:46  15  A.    Yes.

15:46  16  Q.    And also stricken was the information about the Neoplastin

15:46  17  PT assay in record, wasn't it?

15:46  18  A.    Yes.

15:46  19  Q.    Now let's call up DX 5548.6.1.  Now, if we move over to

15:47  20  Section 5.3, the risk of pregnancy including hemorrhage, in the

15:47  21  warnings and the precautions section, what was added by FDA was

15:47  22  "The anticoagulant effect" --

15:47  23        **MR. MEUNIER:**  Your Honor, there's no evidence that

15:47  24  the FDA --

15:47  25        **THE COURT:**  I sustain the objection.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

15:47   1            **MR. DUKES:**  Another question, Your Honor.

15:47   2            **THE COURT:**  Members of the jury, do you understand

15:47   3    that?  We have this, but we don't know who did it.  So

15:47   4    counsel's saying one thing, and the witness can't answer one

15:47   5    way or the other because he didn't see it.  Okay.

15:47   6    **BY MR. DUKES:**

15:47   7    **Q.**   Let me ask a more precise question.  Meanwhile, if we look

15:47   8    at Section 5.3 in the warnings and precautions section, what is

15:47   9    added is "The anticoagulant effect of Xarelto cannot be

15:47   10   monitored with standard laboratory testing nor readily

15:47   11   reversed."  Correct?

15:47   12   **A.**   That is -- I see that language, yes.

15:47   13   **Q.**   And if we call up DX 5548.23.1, looking at Section 8.1,

15:47   14   under "Pregnancy," it says -- they added two paragraphs.  I

15:47   15   understand your position; you don't know one way or the other.

15:47   16   **A.**   I just don't want to testify to that.

15:48   17   **Q.**   All right.

15:48   18   **A.**   It would be improper.

15:48   19   **Q.**   Right.  But you did see the cover letter that included

15:48   20   what we're going through from --

15:48   21            **THE COURT:**  That's argument, Counsel.

15:48   22            **MR. DUKES:**  Sorry.

15:48   23   **BY MR. DUKES:**

15:48   24   **Q.**   There were two paragraphs added including "The

15:48   25   anticoagulant effect of Xarelto cannot be reliably monitored

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

15:48  1  with standard laboratory tests."  Correct?

15:48  2  A.  I see that, yes.

15:48  3  Q.  All right.  Let's call up Slide 48.  Add it to the

15:48  4  timeline.

15:48  5      MR. MEUNIER:  Your Honor, I now object to the

15:48  6  timeline.  That's not supported by the evidence.  The FDA did

15:48  7  not strike --

15:48  8      THE COURT:  I sustain your objection.

15:48  9      MR. DUKES:  All right.  And we'll clarify that

15:48  10  timeline aspect there, Your Honor.

15:48  11      MR. MEUNIER:  In fact, Your Honor, just to note, the

15:48  12  entire heading of that PowerPoint that says "FDA rejects"

15:48  13  language, we object to that.

15:48  14      THE COURT:  Okay.  I sustain that objection.  At

15:48  15  least I don't see any here.

15:48  16  BY MR. DUKES:

15:48  17  Q.  All right.  On June 16th, 2011, Janssen responds to FDA's

15:48  18  label changes; right?

15:48  19      Let me show you DX 5342 and DX 5344.

15:48  20  A.  Yes.  Thank you.

15:49  21  Q.  DX 5342 is a cover memo e-mail from Janssen to FDA dated

15:49  22  June 16th, 2011.  And the second attachment e-mail is Janssen's

15:49  23  response to FDA's label comments.

15:49  24      Are you familiar with these documents?

15:49  25  A.  This is June 16th; is that correct?

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

1   **Q.**   Yes, 2011.

2   **A.**   Yes.  I've seen this June 16th document.

3          **MR. DUKES:**  Your Honor --

4          **THE WITNESS:**  And let's just make sure we're keeping

5   track.  This is not AFib; this is hip and knee; correct?

6   **BY MR. DUKES:**

7   **Q.**   Correct.

8   **A.**   Okay.  So --

9          **MR. DUKES:**  Your Honor, I would offer Defendants'

10  Exhibit 5342 and 5344 into evidence.

11         **THE COURT:**  Admitted.

12  **BY MR. DUKES:**

13  **Q.**   All right.  Let's call up DX 5344.2.

14         Now, this is the redlined label, isn't it?

15  **A.**   That, I can agree with.

16  **Q.**   Okay.  And do you understand that this was provided by

17  Janssen to FDA based on the cover e-mail?

18  **A.**   This was sent in, yes.

19  **Q.**   Let's pull up DX 5344.36.1.

20         So if you go down to Section 12.2, we can see that

21  Janssen accepted most of the FDA's revisions of this section;

22  correct?

23         **MR. MEUNIER:**  Your Honor, there's no basis for this

24  in evidence.  He's asking the witness to establish what can't

25  be established through his testimony.

OFFICIAL TRANSCRIPT

15:51 1      **THE COURT:**  Do you understand the question?

15:51 2      **THE WITNESS:**  If it could be read back, Your Honor,

15:51 3  that would be --

15:51 4      **THE COURT:**  Okay.  Would you read the question back.

15:51 5      (WHEREUPON, the requested portion of the record was

15:51 6  read by the court reporter.)

15:51 7      **THE COURT:**  And there's an objection that there's no

15:51 8  evidence that the FDA did it.

15:51 9      **THE WITNESS:**  I think it's probably best that others

15:51 10 testify on who crossed out what and what was -- yeah, I just

15:51 11 don't want to be the one who testifies to exactly the

15:51 12 cross-outs and the -- the document is what the document says.

15:51 13 Is that okay?

15:51 14 **BY MR. DUKES:**

15:51 15 **Q.**   Well, can you tell from looking at the document that this

15:52 16 is what Janssen proposed back to FDA?

15:52 17 **A.**   This is in hip and knee.  You know, I don't -- I -- hold

15:52 18 on one second.  Because I have my June -- this is June 16th.

15:52 19      I have -- I have actually the proposal on June 16th

15:52 20 where Janssen, I thought, said -- and help me with this,

15:52 21 Counselor -- said -- proposed back, right, the predictive value

15:52 22 of these coagulation parameters for bleeding risk or efficacy

15:52 23 has not been established.

15:52 24 **Q.**   Correct.  Let me put up a slide, and that may --

15:52 25 **A.**   Because that's -- so this not what -- so I'm confused --

DR. DAVID KESSLER - CROSS

15:52  1   I'm not confused, but that's not what Janssen proposed back;
15:53  2   right?
15:53  3   Q.   It is.  But let me go to the next slide just to help you
15:53  4   from you a clarification standpoint.
15:53  5   A.   Thank you.
15:53  6        MR. MEUNIER:  Your Honor, counsel's saying it does
15:53  7   not constitute evidence or establish it.
15:53  8        THE COURT:  Yes.  Members of the jury, it's really up
15:53  9   to you to determine the value of this language.  You're the
15:53  10  jury.  You've heard everything.  It's up to you to decide the
15:53  11  significance of this language.
15:53  12  BY MR. DUKES:
15:53  13  Q.   So let's pull up DX 5344.36.2.
15:53  14       And this is what you're familiar with; correct?  This
15:53  15  is where Janssen wanted to keep in information about the
15:53  16  International Normalized Ratio, INR, not being used to measure
15:53  17  Xarelto?
15:53  18  A.   Do me a favor.  Now you've lost me.  So just show me.
15:53  19  What page am I on?  Because I thought they had language where
15:54  20  they said has not been established.
15:54  21  Q.   Let's go to 12.2.
15:54  22  A.   So I'm just not sure how you've cut and pasted that.
15:54  23  Q.   Let's look at the original document, 12.2.
15:54  24  A.   Thanks.
15:54  25  Q.   Right.  Do you see the last sentence, "The predictive

OFFICIAL TRANSCRIPT

15:54  1    values of these anticoagulation parameters for bleeding risk or

15:54  2    efficacy has not been adequately studied"?

15:54  3    A.   Right.  So you didn't show me that initially.  That was

15:54  4    what was -- that was Janssen's proposal back as opposed to the

15:54  5    prior one.

15:54  6    Q.   Right.

15:54  7    A.   Got it.  Because that was left off.  Thanks.  I see that.

15:54  8    Now I see that.  And, again, that matches -- just so you

15:54  9    know -- your interrogatory answers that I used in my report.

15:54  10             Again, I don't want to take responsibility for who

15:54  11   said what.  Now I see the -- what I thought was what was said

15:55  12   in those interrogatories, that what the company in those

15:55  13   interrogatories say is the company said they did not -- it's

15:55  14   not been established.

15:55  15             And if you're right, Counselor -- right? -- someone

15:55  16   else is saying it's not been studied.  Right?  So there's a

15:55  17   disagreement there.

15:55  18   Q.   Have you -- did you notice in your review -- and this is

15:55  19   just a question; if you don't know the answer, I understand

15:55  20   it -- that FDA advisory had actually suggested it had not been

15:55  21   studied and then Janssen proposed back that it had not been

15:55  22   established?

15:55  23   A.   I've seen both of those statements.  And I think we saw

15:55  24   earlier documents that would be consistent with FDA saying,

15:55  25   hey, this has not been adequately studied -- the company has

DR. DAVID KESSLER - CROSS

1   not adequately studied this.

2        Again, you know my position.  If you went and looked

3   in ROCKET and RECORD, you would have found it.  But no one did

4   at the time.

5   Q.   Does -- having looked at 12.2 that you just looked at,

6   does that refresh your recollection that this labeling is a

7   proposal from Janssen back to FDA?

8   A.   Well, we certainly know -- I'm not going to disagree.  You

9   have a cover letter, and that cover letter speaks.  And I had

10  no reason to believe these two documents, you know -- I'll

11  take -- don't ask me to testify to the exact, you know, who

12  said what.  Okay.  I -- I'm sorry.

13  Q.   Now, do you recall that FDA responded to Janssen on

14  June 23, 2011?  And let me show you Defendants' Exhibit 5350

15  and 5351.

16       All right.  DX 5350 is an e-mail from FDA to Janssen

17  sent on June 23, 2011.  Do you see that?

18  A.   I do, sir.

19  Q.   And it actually enclosed the latest label with FDA's

20  comments.  Do you see that?

21  A.   I do.

22  Q.   All right.  And that would be Defendants' Exhibit 5351.

23       MR. DUKES:   Your Honor, I would offer 5350 and 5351

24  into evidence.

25       THE COURT:   Admitted.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

15:57  1   BY MR. DUKES:

15:57  2   Q.   Now, you're familiar with these documents; right?

15:57  3   A.   I have seen these documents, yes.

15:57  4   Q.   Let's call up DX 5351.36.1.  Again, going back to 12.2 of

15:58  5   the redline label.

15:58  6        Do you see where FDA disagreed with Janssen about the

15:58  7   use of the International Normalized Ratio to measure Xarelto's

15:58  8   pharmacodynamic effects?

15:58  9   A.   I don't -- you know, I see a comment -- let me just --

15:58  10  what I see is "FDA response:  We disagree."

15:58  11       So that's at least clear who's making that comment.

15:58  12  Right?  I mean, that's what that comment says.

15:58  13  Q.   So you interpret Comment 859 to be from FDA; correct?

15:58  14  A.   Well, I'm not sure who the strikeout is from.  With the

15:58  15  strikeout now, it's impossible to tell.  I mean, the -- again,

15:59  16  someone wrote "FDA response:  We disagree."  That's all I know.

15:59  17  Q.   So you're not sure?

15:59  18  A.   Well, I'm sure that's what it says.  I think -- again,

15:59  19  this is very tricky going back and reconstructing these kind of

15:59  20  track changes.  I leave it to you and others to establish this.

15:59  21       It does reinforce the thing that I -- this is a

15:59  22  negotiation.  I think this clearly shows this is a negotiation

15:59  23  back and forth between the company and FDA.

15:59  24  Q.   Now, let me hand you Defendants' Exhibit 5353 and 5354.

15:59  25  A.   Can I just see that for a second again?  I just want to

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

15:59  1  see -- what you just took off the screen.

15:59  2          MR. DUKES:  Yes.  Can you put back up the last one.

16:00  3          THE WITNESS:  I just want to see that last thing.

16:00  4              Thank you.

16:00  5          THE COURT:  Would you put it back on the screen.  Go

16:00  6  ahead.

16:00  7          THE WITNESS:  Thanks for letting me see that.

16:00  8  BY MR. DUKES:

16:00  9  Q.   Yes.  Certainly.

16:00  10  A.   And, again, you have here also, for those of you who want

16:00  11  to puzzle this together, it says "Sponsor response."  Right?

16:00  12  So, again, you have FDA response and sponsor response.  Those

16:00  13  things seem to suggest who those are.  But the redline, again,

16:00  14  remains confusing.

16:00  15              I just wanted to see that sponsor response.  Thanks.

16:00  16  Q.   What we know at the end of the day is that the final

16:00  17  labeling that was approved with Xarelto was approved by the

16:00  18  FDA; right?  I mean, if we jump forward and we look at what we

16:00  19  end up with, we know that was approved by FDA?

16:00  20  A.   The application was approved and the labeling was part of

16:00  21  it, yes, as a result of this negotiation and this

16:00  22  back-and-forth.

16:00  23  Q.   All right.  Defendants' Exhibit 5353 is an e-mail from

16:01  24  Janssen to FDA dated June 28th, 2011, and it encloses a redline

16:01  25  copy of the label.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:01  1          Are you familiar with that?  The redline copy would
16:01  2  be Defendants' Exhibit 5354.
16:01  3  A.   Another redline version.
16:01  4  Q.   Right.
16:01  5  A.   Right.
16:01  6  Q.   Have you seen these before?
16:01  7  A.   What's the date of this one?
16:01  8  Q.   Let's see.  The cover e-mail is June 28, 2011.
16:01  9  A.   Okay.  Again, nothing to do with the AFib application.
16:01  10  This back-and-forth only has to do with DVT.  Right?  A
16:01  11  different application.
16:01  12  Q.   But you've -- in reviewing to prepare for the case, you've
16:01  13  seen both of these documents?
16:01  14  A.   I've seen the June -- I'm not sure I've seen both.  I've
16:01  15  seen -- I've seen the June 28th.  I think I've seen the
16:01  16  second -- or at least it was referenced in those
16:01  17  interrogatories, sir.
16:02  18          MR. DUKES:  Okay.  Your Honor, I would offer DX 5353
16:02  19  and Defendants' Exhibit 5354 into evidence.
16:02  20          THE COURT:  Admitted.
16:02  21  BY MR. DUKES:
16:02  22  Q.   Let's pull up DX 5354.16.1, and we're back to Section 12.2
16:02  23  of the label.  And this is what Janssen has sent back to FDA.
16:02  24  And Janssen added some new language in Comment A19.
16:02  25          Let's pull up the next slide to look at A19,

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:02  1  Defendants' Exhibit 5354.16.1.

16:02  2          So it says here "Comment A19."  It says "Sponsor

16:02  3  comment" -- so that would be Janssen; right?

16:02  4  A.   Yes.

16:02  5  Q.   "Sponsor comment:  With regard to FDA removing the

16:02  6  statement 'The International Normalized Ratio, INR, should not

16:02  7  be used for measuring rivaroxaban pharmacodynamic effect.'"

16:02  8          It goes on to say, "For any specific level of

16:02  9  warfarin anticoagulation, different commercially available PT

16:02  10  assays will show varying prolongations measured in seconds."

16:03  11  It says, "The conversion of PT results to seconds to INR values

16:03  12  was developed to normalize these differences so that the INR

16:03  13  value is the same regardless of PT assay.  The INR conversion

16:03  14  is specific for warfarin and other vitamin K antagonists" --

16:03  15          That's what VKA is; right?

16:03  16  A.   Yes?

16:03  17  Q.   -- "and, if applied to rivaroxaban, actually increases

16:03  18  variability rather than reducing it."

16:03  19          That's what this document said; correct?

16:03  20  A.   Well, this basically says you can't use INR.  I don't

16:03  21  disagree with that.  INR is an algorithm that was developed

16:03  22  just for warfarin, so it has no relevance to Xarelto.

16:03  23  Q.   And let's take a look at DX 5354.16.2.

16:03  24          And in the comment, this is where Janssen explains

16:03  25  that different assays -- or PT assays are going to show

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:04  1  different prolongations with regard to Xarelto; correct?

16:04  2  **A.**   Say that again, sir.

16:04  3  **Q.**   Janssen explains -- well, I'm sorry.  Bad question.

16:04  4        For any specific level of warfarin anticoagulation,

16:04  5  different PT assays will show varying prolongations in seconds?

16:04  6  **A.**   Show me that language.

16:04  7  **Q.**   Okay.

16:04  8  **A.**   I'm just not seeing that.  Where is that?

16:04  9  **Q.**   Right here.

16:04  10  **A.**   I'm sorry.  This is about warfarin.

16:04  11  **Q.**   Yes.

16:04  12  **A.**   Not about rivaroxaban.

16:04  13  **Q.**   Yes, I think I had a bad question.

16:04  14  **A.**   So this is not -- this is -- this is just about a

16:04  15  different drug entirely.

16:04  16  **Q.**   Right.

16:04  17  **A.**   Got it.

16:04  18  **Q.**   Now, Janssen goes on to explain, as you just, I think,

16:04  19  mentioned, that the INR -- International Normalized Ratio --

16:04  20  was developed to normalize ratios for warfarin; correct?

16:04  21  **A.**   Yes.

16:04  22  **Q.**   And you agree that, as of today, the INR adjustment does

16:05  23  not work properly for Xarelto and has not been validated for

16:05  24  Xarelto or any other NOAC; correct?

16:05  25  **A.**   That's correct.  The INR was done specifically for

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:05  1   warfarin.  Your company could do an equivalent if it wanted to,
16:05  2   like INR for NOAC.  But INR is just to do with warfarin.  None
16:05  3   of that negates the correlation that we've been talking about.
16:05  4   Q.   Let's call up DX 5354.25.1.
16:05  5        And this is -- Janssen writes, "Therefore, it is
16:05  6   important to warn the prescriber that the International
16:05  7   Normalized Ratio should not be used for measuring rivaroxaban
16:05  8   pharmacodynamic effect."
16:05  9        Correct?
16:05 10   A.   Yes.  It doesn't say anything about PT or underlying.  It
16:05 11   just says don't apply something for warfarin to Xarelto.
16:06 12   Q.   All right.  Now, let's look at 5354.25.2.  This is
16:06 13   Janssen's, again, proposal.
16:06 14        It says, "The sponsor" -- which is Janssen --
16:06 15   "proposes to add the statement that 'prothrombin time could be
16:06 16   used for estimating rivaroxaban pharmacodynamic effect
16:06 17   (although the sponsor" -- and that's Janssen -- "does not
16:06 18   recommend it due to the short half-life and the fact that the
16:06 19   effect varies with various available thromboplastin/tissue
16:06 20   factor reagents)."
16:06 21        Correct?
16:06 22   A.   That's correct.  And what's not said with this, what the
16:06 23   sponsor leaves out, is there's a correlation with bleeding
16:06 24   risk.  That's in the ROCKET and RECORD data.
16:06 25   Q.   I understand that's your argument.  But my question was

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:06  1  just in this particular document, you agree with what I

16:07  2  suggested it said; right?

16:07  3  A.   I agree that that's exactly what was said.  And your

16:07  4  client, Janssen and Bayer, is telling part of the story here

16:07  5  and not the other part.

16:07  6  Q.   Now, the FDA approved Xarelto for the prevention of deep

16:07  7  vein thrombosis and pulmonary embolism in patients undergoing

16:07  8  knee and hip replacement surgery, on July 1, 2011; correct?

16:07  9  A.   I thought it was July 13th, but I will be happy to yield

16:07  10  to you if you're right.

16:07  11  Q.   All right.  And part of that approval, FDA approved the

16:07  12  Xarelto label as you and I discussed before; right?

16:07  13  A.   Approved the drug labeling part of that.

16:07  14  Q.   Let me hand you Defendants' Exhibit 5357.

16:08  15       MR. DUKES:  Your Honor, I seem to only have three

16:08  16  copies of this one instead of five.

16:08  17  BY MR. DUKES:

16:08  18  Q.   All right.  Are you familiar with this, the July -- let's

16:08  19  get the date right.  It's stamped received July 13th.

16:08  20  A.   That's what I was taking.  Sorry.

16:08  21  Q.   But July 1, 2011, approval letter that we discussed

16:08  22  earlier, you're familiar with this?

16:08  23  A.   Yes.

16:08  24       MR. DUKES:  Your Honor, I would offer Defense

16:08  25  Exhibit 5357 into evidence.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:08  1          **THE COURT:**  Admitted.

16:08  2   BY MR. DUKES:

16:08  3   Q.   Now, the FDA-approved label is attached to this letter;

16:08  4   correct?

16:08  5   A.   The labeling that was agreed to, yes.

16:08  6   Q.   And actually approved by FDA?

16:08  7   A.   Let's see -- they may use that word.  I'd have to

16:09  8   double-check.  This is certainly what came out of the

16:09  9   back-and-forth, the application is approved.  I'd have to go

16:09  10  check and see whether they're using that language.

16:09  11  Technically, the application gets approved.

16:09  12  Q.   Well, let me get you to take a look at -- do you see right

16:09  13  above, content of labeling?  Do you see it is approved

16:09  14  effective on the date of this letter for use as recommended and

16:09  15  the enclosed agreed-upon labeling?

16:09  16  A.   Yeah.  So that's exactly what I was saying, Counselor.

16:09  17  The application is approved; the labeling is agreed upon.

16:09  18  You're using the word the labeling was approved.  Again, I'm --

16:10  19  you know, these are subtle differences.

16:10  20  Q.   If the FDA didn't approve the labeling, then the sponsor

16:10  21  could not actually sell the drug without the FDA taking

16:10  22  position it was misbranded; correct?

16:10  23  A.   That's a legal opinion about misbranding.  I'm happy to

16:10  24  give it if you want.

16:10  25  Q.   Let's take a look at 55 -- 5357.22.1.  And we're going to

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

| | | |
|---|---|---|
| 16:10 | 1 | go back to Section 12.2 that we keep looking at. |
| 16:10 | 2 | And if we look at this section in the approved label, |
| 16:10 | 3 | it does not include a recommendation to use PT to measure the |
| 16:10 | 4 | pharmacodynamic effect of Xarelto, does it? |
| 16:10 | 5 | A.   This is the label of -- for hip and knee? |
| 16:11 | 6 | Q.   Yes. |
| 16:11 | 7 | A.   Yes. |
| 16:11 | 8 | Q.   So, yes it does not include a recommendation to use PT to |
| 16:11 | 9 | measure the pharmacodynamic effects of Xarelto; right? |
| 16:11 | 10 | A.   It's -- it's not in here. |
| 16:11 | 11 | Q.   Okay.  Now, the cardiovascular and renal drug products -- |
| 16:11 | 12 | A.   I think we should probably -- this may clear maybe that |
| 16:11 | 13 | that's not a cross-out.  That may look like a cross-out to the |
| 16:11 | 14 | jury.  That's not a cross-out.  That's just a lousy Xerox copy. |
| 16:11 | 15 | Can we agree? |
| 16:11 | 16 | Q.   Yes, we can.  That's a very good clarification. |
| 16:11 | 17 | A.   It's hard enough when there's cross-outs.  Right? |
| 16:11 | 18 | Q.   Right.  The cardiovascular renal drug products division, |
| 16:11 | 19 | which as reviewing the application for AFib, was involved in |
| 16:11 | 20 | reviewing this label also, weren't they? |
| 16:12 | 21 | A.   So, now, which label are we talking about?  Let's be |
| 16:12 | 22 | clear. |
| 16:12 | 23 | Q.   The hip and knee. |
| 16:12 | 24 | A.   And the hip and knee was done by hematology. |
| 16:12 | 25 | Q.   Right.  And my question was the cardiovascular and renal |

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:12  1  drug products division, which we know was reviewing the

16:12  2  application for AFib, was also involved in reviewing this label

16:12  3  we just looked at?

16:12  4  A.   Show me that.  I know that on July 12th, with regard to

16:12  5  the AFib label, FDA told Janssen that the label should be --

16:12  6  that the hematology label should be used for all, you know,

16:12  7  noncardiac sections, in essence.  Right?

16:12  8  Q.   Let me hand you the document.

16:12  9  A.   Thanks.

16:12  10 Q.   Let's look at DX 5352.

16:13  11 A.   Thanks.

16:13  12 Q.   So this is DX 5352.  And this is an e-mail from Tyree

16:13  13 Newman at FDA to Janssen that was sent on July 24, 2011; is

16:13  14 that correct?

16:13  15 A.   That's when the e-mail was sent, yes.

16:13  16 Q.   And this e-mail is summarizing a teleconference between

16:13  17 FDA and Janssen about the label; is that correct?

16:13  18 A.   Just make sure the jury understands.  Which label are we

16:13  19 talking about?

16:13  20 Q.   NDA 22406.

16:13  21 A.   So this is not AFib?

16:13  22 Q.   Correct.

16:13  23 A.   Right?  Got it.

16:14  24 Q.   Okay.  And you're familiar with this document; correct?

16:14  25 A.   I'd have to go back and double-check.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:14  1   **Q.**   But you don't have any reason to dispute that it's an

16:14  2   e-mail from FDA to Janssen?

16:14  3   **A.**   Clearly it is an e-mail.

16:14  4           **MR. DUKES:**  Your Honor, I would offer Defendants'

16:14  5   Exhibit 5352 into evidence.

16:14  6           **THE COURT:**  All right.  Admitted.

16:14  7   BY MR. DUKES:

16:14  8   **Q.**   Now, this was about one week before the Xarelto label was

16:14  9   approved on July 1, 2011, for hip and replacement (verbatim)

16:14  10  surgery; right?

16:14  11  **A.**   Correct.

16:14  12  **Q.**   Let's call up DX 5352.2.1.

16:14  13          So in this e-mail, Tyree Newman at FDA states, "Per

16:14  14  our teleconference" -- "Andrea, per our teleconference

16:14  15  yesterday regarding the clinical pharmacology section of the

16:14  16  label for NDA 22406, I have summarized the meeting as follows."

16:15  17          Correct?

16:15  18  **A.**   Yes.

16:15  19  **Q.**   Let's take a look at 5352.3.1.

16:15  20          On the next page under the first bullet point, FDA

16:15  21  says, "The sponsor" -- which is Janssen -- "was concerned that

16:15  22  there may be changes as they are working with Cardio-Renal

16:15  23  division on the label.  The division confirmed that

16:15  24  Cardio-Renal has been involved in the current labeling review."

16:15  25          Correct?

OFFICIAL TRANSCRIPT

16:15  1   **A.**   Yes.  But be careful what they've been involved with.
16:15  2   Right?  Because we know that Cardio-Renal relied on hematology.
16:15  3   We have -- I assume you have that e-mail also that you'll show
16:15  4   on July 12th.
16:15  5          So, again, my guess is they were involved in those
16:15  6   that were cardiac-related.  We just don't know.
16:15  7   **Q.**   And my question was, based on this e-mail from FDA, you
16:15  8   agree that FDA says the sponsor, being Janssen, was concerned
16:15  9   that there may be changes as Janssen was working with
16:16  10  Cardio-Renal division on the label.  The division, which means
16:16  11  FDA confirmed that Cardio-Renal had been involved in the
16:16  12  current labeling review?
16:16  13  **A.**   Be a little careful what this -- what they're saying,
16:16  14  because, understand, there's two NDAs at this time and there
16:16  15  are two labels.  Right?  So they eventually get merged into
16:16  16  one, and I don't want to represent that Cardio-Renal is
16:16  17  necessarily working on the hip and knee label.
16:16  18          This may -- again, people can interpret this -- I
16:16  19  don't know.  This could be that Cardio-Renal is working on the
16:16  20  Cardio-Renal label.  So it's -- the -- it says what it says.
16:17  21  **Q.**   Do you recall in paragraph 55 of your report saying that
16:17  22  FDA rejected Janssen's PT label language?
16:17  23  **A.**   Let's just pull it -- let me pull it up.
16:17  24  **Q.**   All right.
16:17  25  **A.**   I believe I cite, if I'm correct in 55 -- I believe that's

DR. DAVID KESSLER - CROSS

16:17  1   in quotes.  Is that fair?  Let's get my report.

16:17  2          So -- yeah.  So 55 is a quote.  And all I'm doing

16:17  3   there, sir, is quoting your interrogatory.  So that was all I

16:17  4   had at the time.  So it's in quotes.

16:17  5          I wanted to be complete.  I was giving you the full

16:17  6   benefit of any doubt.  Don't take it from me.  The source is

16:17  7   your interrogatory.  But I just wanted to acknowledge that I

16:18  8   had seen that.

16:18  9          So I can't substantiate what FDA did at that time

16:18 10   other than saying what you said FDA did because that's what I

16:18 11   had.  So 55 is entirely in quotes.

16:18 12   Q.   Let me hand you DX 5224.

16:19 13   A.   Thanks.

16:19 14   Q.   All right.  This is Defendants' Exhibit 5224.  This is a

16:19 15   record of contact prepared by Alla Rhoge regarding a call

16:19 16   between FDA and Janssen that occurred on July 12, 2011, isn't

16:19 17   it?

16:19 18   A.   That's what it says, yes.

16:19 19   Q.   And you've seen it document before?

16:19 20   A.   I have no recollection that I've seen this before.  I may

16:19 21   have.  I have no recollection sitting here right now.

16:19 22   Q.   Does it appear to be a Johnson & Johnson document that's a

16:19 23   record of content with FDA?

16:19 24   A.   That's exactly what it says.

16:19 25   Q.   And the date on it would be July 12, 2011?

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:19   1   **A.**    Yes.

16:19   2        **MR. DUKES:**  Your Honor, I would offer that into

16:19   3   evidence.

16:20   4        **THE COURT:**  Admitted.

16:20   5        **MR. MEUNIER:**  Your Honor, the witness testified he's

16:20   6   not seen this before.

16:20   7        **THE WITNESS:**  Let me just make sure.  I need to --

16:20   8   give me one second, I will tell you.  I should be able to tell

16:20   9   you.  It's a lot of documents.  I just want to be accurate.

16:20   10       Yes.  So, again, what I have -- and let me just

16:20   11  double-check.  I have this in quotes in my report.

16:20   12       May I stand up, Your Honor?

16:20   13       **THE COURT:**  Yes.

16:20   14       **THE WITNESS:**  I just want to --

16:21   15       **THE COURT:**  I'll deal with the objection.  Counsel's

16:21   16  objecting to it.

16:21   17       The way I see it is that the authenticity of it

16:21   18  has been proved.  It's 901.  It's under cross-examination.  So

16:21   19  I'll allow it to be used.

16:21   20       **THE WITNESS:**  So I do have a copy of this -- this

16:21   21  document.  Again, I can't authenticate it or anything like

16:21   22  that, but I do have a copy of it.

16:21   23       **THE COURT:**  In addition, 602 is available.

16:21   24       Go ahead.

25

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:21  1   **BY MR. DUKES:**

16:21  2   **Q.**   And let's pull up DX 5224.2.1.

16:21  3          So according to this summary, there's a call with

16:21  4   Alison Blaus, FDA project manager; right?

16:21  5   **A.**   Yes.

16:21  6   **Q.**   And that call was to obtain feedback from the FDA internal

16:21  7   meeting held on July 12, 2011?

16:21  8   **A.**   Yes.

16:21  9   **Q.**   And Ms. Blaus, with FDA, provided feedback about the label

16:22  10  for the atrial fibrillation indication; correct?

16:22  11  **A.**   Yes.

16:22  12  **Q.**   And Ms. Blaus asked when Janssen was submitting an updated

16:22  13  label, given the approval for the label for patients undergoing

16:22  14  hip and knee replacement surgery; correct?

16:22  15  **A.**   Yes.

16:22  16  **Q.**   And Ms. Blaus also mentioned that NDA 22406, which was the

16:22  17  label for hip-knee replacement, one that I think you referred

16:22  18  to as No. 1.

16:22  19  **A.**   Right.

16:22  20  **Q.**   Should be used as the basis for the updated label and the

16:22  21  AFib-specific information added to that; correct?

16:22  22  **A.**   Right.  So they're using that portion of -- they're using

16:22  23  that as the template, unless there was something specific.  I

16:22  24  mean -- and if you -- if you look at this, nothing -- the

16:22  25  companies are not pushing to get the bleeding risk language in

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:22  1   here.
16:22  2   Q.   I understand that's your argument.
16:22  3        MR. MEUNIER:  That's his testimony, Your Honor, not
16:22  4   his argument.
16:22  5        MR. DUKES:  I understand.
16:23  6        THE COURT:  He's answering the question.  It's not an
16:23  7   argument.
16:23  8   BY MR. DUKES:
16:23  9   Q.   If we call up DX 5357.22.1.
16:23 10        So we're looking back at Section 12.2 again, and I
16:23 11   think, as you pointed out, that line's not a strikeout but a
16:23 12   copier issue.
16:23 13        It does not include a recommendation to use PT to
16:23 14   measure the pharmacodynamics effect of Xarelto on the label,
16:23 15   does it?
16:23 16   A.   Doesn't recommend -- doesn't recommended use of PT for
16:23 17   concentration or for bleeding risk.  It's absent here.
16:23 18   Q.   Right.  There's no recommendation to use a PT test in this
16:23 19   label; correct?
16:23 20   A.   Right.
16:23 21   Q.   And in July of 2011, FDA approved Xarelto?
16:23 22   A.   But just -- it does contain -- the date of this, again, is
16:23 23   what?  Just help me.
16:23 24   Q.   July 2011.
16:23 25   A.   Right.  And so on this date, just so -- when you fix your

OFFICIAL TRANSCRIPT

16:24  1    timeline, it should be clear that this date is before the
16:24  2    August 10th date or the November 4th date, when FDA -- because
16:24  3    you see that last sentence here, "The particular value of these
16:24  4    anticoagulation parameters for bleeding risk or efficacy" --
16:24  5    let's stay with bleeding risk -- "has not been established."
16:24  6          Again, my sort of position, if you want.  If you go
16:24  7    look at the ROCKET data, it's all there.  FDA didn't figure it
16:24  8    out until the next month after that because that's why that is
16:24  9    in there.
16:24  10   Q.   But you agree that FDA at this time, in July of 2011,
16:24  11   said, "The predictive value of these anticoagulation parameters
16:25  12   for bleeding risk or efficacy has not been established."
16:25  13   Correct?
16:25  14   A.   No, sir.  Remember -- and, again, I don't want to be the
16:25  15   one testifying.  But I think you at one point said that FDA had
16:25  16   said this had not been adequately studied.  I think then you
16:25  17   also said and showed documents where you said Janssen came back
16:25  18   and said it's not been established.
16:25  19         FDA was saying it's not been studied; Janssen is
16:25  20   saying it's not been established.  This is Janssen's label.
16:25  21   You can't say this is FDA.  Clearly, those words are likely to
16:25  22   be are those -- you know, their -- this is Janssen's label.
16:25  23   Q.   Label approved by FDA.
16:25  24   A.   Agreed-upon, I think, is the language you showed me in
16:25  25   that -- it was an approved drug with the agreed-upon language

DR. DAVID KESSLER - CROSS

1    was the -- what you showed me.

2            And FDA at this point in time believes it's not been

3    adequately studied.  Right?  It didn't figure it out until

4    we -- until we see the next month where they say there's a

5    correlation.  And this language, that last sentence, is removed

6    from the AFib application, if my memory serves me correctly.

7    Q.   Well, let's keep moving into that, because we have

8    obviously covered a lot of important documents.

9            But you're not telling this jury -- you're not

10   suggesting to this jury that FDA would have approved a label

11   for Xarelto unless all the folks in these divisions at FDA have

12   looked at it and didn't think it was appropriate, safe, and

13   effective label?

14   A.   Based -- I would agree with that statement, but underscore

15   the fact that FDA's only going to be as good as what the

16   company gives it and what the company says.

17           This is the company's labeling.  If the company's not

18   pushing about bleeding risk, it's not getting in here.  FDA

19   found it later, after this label, struck that last sentence.

20   The company's responsibility on the label.

21           FDA is only as good -- I do believe FDA did its best

22   here.  No one pointed out the bleeding risk to FDA until FDA

23   found it.

24   Q.   In July of 2011, you know that FDA approved Xarelto

25   without any recommendation to use PT for patients undergoing

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:27  1    hip or knee replacement surgeries, did they?

16:27  2    A.   Yes.

16:27  3    Q.   Okay.

16:27  4    A.   Because they had not found the correlation until the next

16:27  5    month.

16:27  6    Q.   Okay.  Well, let's move ahead.  In November of 2011, FDA

16:27  7    approved Xarelto without any recommendation to use PT for

16:28  8    patients with atrial fibrillation; correct?

16:28  9    A.   It doesn't say that.  Janssen and Bayer don't put anything

16:28  10   about bleeding risk into the label.

16:28  11   Q.   And the FDA had access to all the drafts of the labels

16:28  12   we've looked to, all the studies, Xarelto was being studied,

16:28  13   and Cardio-Renal and renal was being studied in maternal areas,

16:28  14   various aspects in FDA.

16:28  15        And there was no requirement for PT in the label;

16:28  16   correct?

16:28  17   A.   There was no requirement for PT in the label.  And

16:28  18   recognize that, you know, the -- you showed a document that

16:28  19   said Cardio-Renal said use the hematology label.  And we know

16:28  20   hematology was absolutely clueless with regard to the medical

16:29  21   reviewers.

16:29  22        Hematology was absolutely clueless with regard to the

16:29  23   risk of bleeding, and that was the hematology division.

16:29  24   Cardio-Renal said, "Go use the hematology label."  So don't --

16:29  25   be careful what FDA knew and what happened eventually because

DR. DAVID KESSLER - CROSS

16:29  1   they just said, "Use that old template."

16:29  2   **Q.**   So your testimony to this jury is that hematology -- which

16:29  3   is the folks who study blood, right?  The blood division was

16:29  4   clueless about bleeding?

16:29  5   **A.**   So I can tell you, if you look at the medical reviewer and

16:29  6   if you look at Min Lu's clinical review, she says it -- and,

16:29  7   again, she's basing this on what the company gave her, right.

16:29  8   So it's -- she writes, "It appears there's no significant

16:30  9   difference in PT values in subjects experiencing bleeding

16:30  10  events compared with subjects who are not experiencing bleeding

16:30  11  events."

16:30  12       She says nothing about the correlation in RECORD.

16:30  13  She says nothing about the correlation in ROCKET.  Your company

16:30  14  didn't tell her that.

16:30  15       Your company was, in fact, saying to her, right,

16:30  16  that -- I mean, I can read the statements.  But the company's

16:30  17  statements both to the advisory board and its ISS obscured the

16:30  18  fact that there was this link with bleeding risk.  Hematology

16:30  19  was absolutely clueless when you read the record.

16:30  20  **Q.**   You understand that -- you don't contend that any bleeding

16:30  21  risk actually translates to anything that would be helpful to a

16:30  22  doctor in evaluating patients on Xarelto, do you?

16:30  23  **A.**   Excuse me?

16:31  24  **Q.**   I mean, you understand that -- you understand the studies

16:31  25  and the scientific literature all the way up to today that

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:31  1   suggest that, whether there's any bleeding risk or not, that PT
16:31  2   is not a useful test for doctors to use for their patients?
16:31  3   Have you read that literature?
16:31  4   A.   I have literature.  Happy to go through the literature.
16:31  5   But you're not representing the literature correctly.  I mean,
16:31  6   I can put up paper after paper.
16:31  7         What you're missing and what your misrepresenting,
16:31  8   right, is -- let me just be clear, okay, to see -- if you --
16:31  9   there is no doubt that Neoplastin -- your statements may be
16:31  10  correct, right, saying the way you said it.
16:31  11  Q.   Well, when --
16:31  12  A.   If you said it, Neoplastin PT plus, that is predictive.
16:31  13  And I'll tell you the reason I'm here is, if you can get a risk
16:32  14  from 11 percent bleed down even to 8 percent, that saves a lot
16:32  15  of lives.  So you can't -- no one can say that a doc won't care
16:32  16  about bleeding risk, right.
16:32  17        Any doc who says, "I don't want to lower the risk
16:32  18  from 11 percent, right, down to 8 or 6 or whatever I can get it
16:32  19  down," right -- I can't believe a doc who knows the data, who
16:32  20  knows -- not confused, right, not obfuscated, but show the data
16:32  21  that Neoplastin PT is correlated and that that predicts
16:32  22  bleeding risk -- doc doesn't care about bleeding risk?  You're
16:32  23  kidding me.
16:32  24  Q.   You would defer to people who really treat patients and
16:32  25  all that, wouldn't you?

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:32   1   **A.**   Not on that statement, sir.  I am absolutely -- I looked
16:32   2   at all that data, right.  I have looked at all that data, and
16:33   3   your company -- your clients used Neoplastin PT.  It is a
16:33   4   reliable measure.  If you say, "Use any brand," you're
16:33   5   obscuring it, right.
16:33   6   **Q.**   You know from what you've read that the use of PT does not
16:33   7   provide doctors who treat patients with any useful information
16:33   8   with regard to Xarelto; and, in fact, the science suggests that
16:33   9   it can be harmful to patients?  You're aware of that, aren't
16:33  10   you?
16:33  11   **A.**   You're quoting out of a study, right, that was done in
16:33  12   Italy at four sites.  When you look at those sites, only one of
16:33  13   those sites used the Neoplastin PT test.
16:33  14          So what your company can do that would be very
16:33  15   helpful is to put in the label -- right, because you are the
16:33  16   master of the label, your companies are -- that Neoplastin PT
16:34  17   correlates with bleeding risk.  That can reduce -- that can be
16:34  18   very helpful in reducing the risk of bleeding.
16:34  19   **Q.**   And, sir --
16:34  20          **THE COURT:**  Counsel, you're arguing at this point.
16:34  21   We're going over and over the same point.  We've got to move
16:34  22   on.  You know what he says, and you know what you say.
16:34  23          **MR. DUKES:**  Yes, Your Honor.  I'll move on.
16:34  24          **THE COURT:**  Yes.
       25

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:34  1   **BY MR. DUKES:**

16:34  2   **Q.**   Let me hand you Defendants' Exhibit 5680.

16:34  3   **A.**   Thank you, sir.

16:34  4   **Q.**   Now, take a look at that.

16:34  5           This is a collection of reviews by the FDA, isn't it?

16:34  6   **A.**   It is.

16:34  7   **Q.**   And these reviews relate to the new drug application for

16:35  8   Xarelto for the use in atrial fibrillation patients; right?

16:35  9   **A.**   It's ending in 439, so that would be correct.

16:35  10  **Q.**   Right.  And you're familiar with these reviews?

16:35  11  **A.**   I'm not sure I've seen this format in this version.  This

16:35  12  is the project manager review.  I've not -- this is not the

16:35  13  medical review.  These are ancillary reviews.  This is not the

16:35  14  clinical pharm or the medical.  So I'd have to go back and take

16:35  15  a look at it.

16:35  16  **Q.**   Okay.  It says, "Regulatory Project Review, Division of

16:35  17  Cardiovascular and Renal Products."  Right?

16:35  18  **A.**   Yes, this is the project manager.

16:35  19  **Q.**   Okay.

16:35  20  **A.**   Not very key here.

16:35  21  **Q.**   And you don't deny that this is the FDA project manager's

16:35  22  documents for Xarelto, do you?

16:35  23  **A.**   No, I understand.  But in my world, it's the medical

16:35  24  reviewers, the clinical pharm.  Those are the key -- this makes

16:35  25  reference to those reviews.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:35  1   **Q.**   Right.

16:35  2          **MR. DUKES:**  Your Honor, I'd offer DX 5680 into

16:36  3   evidence.

16:36  4          **THE COURT:**  Okay.  I'll admit it.  It's authentic.

16:36  5   BY MR. DUKES:

16:36  6   **Q.**   Let's take a look at DX 5680.2.

16:36  7          And the first review is the regulatory project

16:36  8   manager; correct?

16:36  9   **A.**   Yes.

16:36  10  **Q.**   And this generally provides an overview of FDA's review

16:36  11  team and a discussion of the various reviews that were

16:36  12  conducted, doesn't it?

16:36  13  **A.**   It's the project manager, the person who tries to

16:36  14  coordinate the reviews.

16:36  15  **Q.**   In other words, this person relies and pulls together

16:36  16  reviews from various other divisions and aspects at FDA?

16:36  17  **A.**   As opposed to a scientific review, it's more

16:36  18  administrative.

16:36  19  **Q.**   Okay.  Now let's take a look at DX 5680.4.1.  So in this

16:36  20  section, the project manager said, "Labeling discussions began

16:36  21  in late September with an internal labeling planning meeting.

16:36  22  At that meeting, we agreed we would work with the study end

16:36  23  points and labeling divisions" -- got the acronym -- "to ensure

16:37  24  that our sections of the label would comply with the Code of

16:37  25  Federal Regulations, 21 CFR 201.56 and .57 and selected

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:37  1   requirements for prescribing information."  Correct?

16:37  2   A.   Yes.

16:37  3   Q.   Now, let's turn to page 7.  Take a look.  It goes on to

16:37  4   say, "Dr. Harlow had the following labeling recommendations

16:37  5   that were also included in the label approved by the Division

16:37  6   of Hematology Products on 1 July 2011."

16:37  7        Do you see that?

16:37  8   A.   Yes.

16:37  9   Q.   So here the project manager is actually referring to

16:37  10  Dr. Harlow, who's a scientist?

16:37  11  A.   Who's in the pharmacology division, yes.

16:37  12  Q.   Okay.  And his recommendation under Section 8.1 in the

16:37  13  label is "The anticoagulant effect of Xarelto cannot be

16:37  14  reliably monitored with standard laboratory testing."  Correct?

16:38  15  A.   That's exactly what that says.

16:38  16  Q.   All right.  Now, let's look at Defendants' Exhibit 2.

16:38  17  A.   And, again, we need to, you know, again, be careful of

16:38  18  what -- people are using "monitoring" in very different ways.

16:38  19        Thanks.

16:38  20  Q.   All right.  Defendants' Exhibit 2 may already be in

16:38  21  evidence.  It should be admitted.

16:38  22        This is a November 2011 approved label for the AFib

16:38  23  indication; correct?

16:38  24  A.   Is it just AFib or is DVT also in here?  So this is not

16:38  25  just for the AFib.  This is for both.  So...

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:39  1   **Q.**   Okay.  So the -- November 2011 approved label for both
16:39  2   indications; correct?
16:39  3   **A.**   Yes.
16:39  4           **MR. DUKES:**  Your Honor, I think it's in evidence.
16:39  5           **THE COURT:**  Is it admitted already?
16:39  6           **MR. DUKES:**  Well, I'll offer it Defendants'
16:39  7   Exhibit 2.
16:39  8           **THE DEPUTY CLERK:**  Not Defendant 2.
16:39  9           **THE COURT:**  All right.  I'll accept it as
16:39  10  Defendants' 2.
16:39  11  **BY MR. DUKES:**
16:39  12  **Q.**   Let's call up DX 2.18.1, an approved label again,
16:39  13  Section 12.2.  Approved label.  It says, "Dose-dependent
16:39  14  inhibition of Factor Xa activity was observed in humans and the
16:39  15  Neoplastin PT, activated partial thromboplastin time (aPTT) and
16:39  16  HepTest are prolonged dose-dependently.  Anti-factor Xa
16:39  17  activity is also influenced by rivaroxaban."  Correct?
16:40  18  **A.**   Same language.  Nothing about bleeding risk.
16:40  19  **Q.**   It says that there was an observed relationship between
16:40  20  Neoplastin PT time and the dose of Xarelto; correct?
16:40  21  **A.**   It says there's a dose-dependent inhibition of Factor Xa
16:40  22  with PT.  That's what's in the label.
16:40  23  **Q.**   Now today, April 25th, 2017, the FDA does not recommend
16:40  24  patients undergo PT testing for Xarelto, does it?
16:40  25  **A.**   There's nothing in the label, you're correct.  You know

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:40   1   that there are comments on the record from Bob Temple at FDA.
16:40   2   So we can talk about those comments, but there's nothing in the
16:40   3   label today.
16:40   4   Q.   The approved label that was considered not just by
16:40   5   Dr. Temple --
16:40   6   A.   Agreed-upon label.
16:41   7   Q.   The label that was approved, it came with the approved
16:41   8   fact that Xarelto has to be sold in the United States of
16:41   9   America.  Not only Dr. Temple looked at it.  But many other
16:41   10  scientists, doctors, pharmacologists, epidemiologies in
16:41   11  different areas at FDA looked at it.  And today, with
16:41   12  everything FDA knows, including presumably the things you know,
16:41   13  there's no recommendation that patients undergo PT testing with
16:41   14  Xarelto, is there?
16:41   15  A.   That's exactly correct.  There's no doubt that the label
16:41   16  does not state that again.  And your client can put that into
16:41   17  the label.  Your client -- once there's a correlation -- this
16:41   18  isn't about FDA; this is about your client.
16:41   19        Your client's chosen not to do it.  Your client's the
16:42   20  master of the label.
16:42   21  Q.   You saw all the dialogue between Janssen and the FDA and
16:42   22  the different divisions at the FDA about PT that occurred
16:42   23  before FDA approved Xarelto to go on the market with an
16:42   24  approved label; right?
16:42   25  A.   Yes.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:42  1   **Q.**   All right.  Let me hand you Defendants' Exhibit 1400,
16:42  2   1-4-0-0.
16:42  3   **A.**   My pile is -- I'm almost at a mountain here.
16:42  4   **Q.**   All right.  This is a printout from the FDA's website
16:42  5   titled "Have atrial fibrillation?  Blood thinners can prevent
16:42  6   strokes, save lives," isn't it?
16:42  7   **A.**   Yes, that's what this says.
16:42  8   **Q.**   And I'll represent to you that, when we last checked,
16:43  9   which was very recently, this was currently on FDA's website,
16:43  10  part of their PR magazine, "FDA Consumer."
16:43  11  **A.**   Okay.
16:43  12  **Q.**   Looking at the bottom of this article, it's dated
16:43  13  October 2015.
16:43  14          Do you see that?
16:43  15  **A.**   I do see that, sir.
16:43  16          **MR. DUKES:**  Your Honor, I'd offer Defendants'
16:43  17  Exhibit 1400 into evidence.
16:43  18          **MR. MEUNIER:**  Your Honor, I don't know that this
16:43  19  witness can lay the foundation for a website printout from that
16:43  20  date.
16:43  21          **MR. DUKES:**  I'll offer it as a demonstrative.
16:43  22          **MR. MEUNIER:**  Even if it's being shown to the jury,
16:43  23  if there's no foundation for this witness, perhaps there's
16:43  24  another witness who can testify about it.
16:43  25          **THE COURT:**  It's technical, but he's right.  I mean,

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:43  1    if this witness hasn't seen it, you say it is, somebody's got

16:43  2    to say, "Yeah, that's the website."

16:43  3              MR. DUKES:  I'll ask a few more questions.

16:43  4    BY MR. DUKES:

16:43  5    Q.   Does the FDA have a website?

16:43  6    A.   Yes, FDA has a URL, fda.gov, yes.

16:44  7    Q.   And it periodically publishes things like -- you just

16:44  8    referred to this particular document; right?

16:44  9    A.   FDA, I know, has a publication.  When I was there, we had

16:44  10   a publication.  I don't know if it's changed names or whatever.

16:44  11   Q.   And this has the heading "FDA Consumer Health Information"

16:44  12   at the top; right?

16:44  13   A.   I see exactly what it says.

16:44  14   Q.   And it says, "FDA Consumer Health Information, U.S. Food

16:44  15   and Drug Administration."  Correct?

16:44  16   A.   It says exactly what you're reading.

16:44  17   Q.   All right.  Let's take a look at the second page.  In a

16:44  18   box, it says, "Find this and other consumer updates at

16:44  19   www.fda.gov/ForConsumers/ConsumerUpdates."

16:44  20              Do you recognize that or have any reason to believe

16:44  21   that's not an FDA consumer website?

16:44  22   A.   I see it.  I have -- I certainly -- I know the website,

16:44  23   fda.gov.  Once you get into the backslashes, I'm lost.

16:45  24              THE COURT:  I'll admit it under 901.  It looks like

16:45  25   it -- you know, if it looks like a goose and it quacks like a

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

1    goose, it must be a goose.

2              MR. MEUNIER:  Your Honor, just for the record, we

3    object to something off the Internet without any proper

4    verification.

5              THE COURT:  I understand.

6    BY MR. DUKES:

7    Q.   All right.  Let's call up DX 1400.1.1.

8              So under the section titled "New Blood Thinners

9    Available," FDA states that it has approved four blood thinners

10   in recent years, including Xarelto; correct?

11   A.   Yes.

12   Q.   And all of these are what we've been calling the novel

13   oral anticoagulants or NOACs; correct?

14   A.   Yes.

15   Q.   Now, let's look at DX 1400.2.1.

16             FDA goes on to say, "There's some important

17   differences among these drugs.  Warfarin interacts with certain

18   drugs and foods that make it less effective or more likely to

19   cause bleeding, and so its effects must be monitored with

20   periodic blood tests.  The new drugs have fewer interactions

21   and don't require blood monitoring."  Correct?

22   A.   Very consistent with the label, yes.

23   Q.   So FDA does not recommend in the label or on this website

24   for consumers the use of any blood tests like PT, does it?

25   A.   No.  And your company didn't put it in.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:46  1   **Q.**   And FDA does not recommend the use of any blood tests like

16:46  2   PT for any of the novel oral anticoagulants, does it?

16:46  3   **A.**   Not correct.

16:46  4          **THE WITNESS:**  I don't know whether you want, Your

16:46  5   Honor, me to go to other labels and show you other PT-type

16:46  6   tests.  I leave it to you.

16:46  7   **BY MR. DUKES:**

16:46  8   **Q.**   Let me ask a more narrow question because I know folks are

16:46  9   perhaps weary of your and my dialogue.

16:46  10         In referring to the other NOACs in this FDA

16:46  11  communication, as of 2015, the FDA says that the new drugs have

16:47  12  few interactions, don't require monitoring.

16:47  13         And you would agree that this document does not

16:47  14  suggest PT test with any of the NOACs; right?

16:47  15  **A.**   If you pull up -- if you pull up the label for one of the

16:47  16  other NOACs, it talks about PTT, which is very similar.

16:47  17  There's PT and PTT.  I don't know.  May I --

16:47  18         **THE COURT:**  Well, he asked the question, I guess you

16:47  19  can answer it.

16:47  20         **THE WITNESS:**  So if you look at another company --

16:47  21  okay.  Let me just get it so I can -- I'm looking at the

16:47  22  11/2015 label for another NOAC, and it says the -- this is

16:47  23  under 12.2, right.  The aPTT test provides an approximation of

16:47  24  another NOACs' anticoagulant effect and goes on about PTT.

16:48  25         So there certainly is information about using

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:48  1   PTT.  That manufacturer chose to use information about PTT.

16:48  2   **BY MR. DUKES:**

16:48  3   **Q.**   So FDA knows about that label; right?

16:48  4   **A.**   FDA worked on that label.

16:48  5   **Q.**   Sure.  So if FDA thought that that language made sense in

16:48  6   the Xarelto label, obviously they would put that --

16:48  7   **A.**   You got it backwards, sir.

16:48  8         **THE COURT:**  Okay.  Now, that's argument, Counsel.

16:48  9   Let's ask a question.  It's getting late, and I know the jury

16:48  10  is anxious to go home.  Let's see if we can end this.

16:48  11  **BY MR. DUKES:**

16:48  12  **Q.**   No medical associations in the United States recommends

16:48  13  that people taking Xarelto undergo PT testing to predict the

16:48  14  potential risk of future bleed, do they?

16:48  15        **MR. MEUNIER:**  Your Honor, there was a motion in

16:48  16  limine on citing other medical associations.

16:49  17        **THE COURT:**  Yes.  I sustain that objection.  That's

16:49  18  just too far afield.

16:49  19  **BY MR. DUKES:**

16:49  20  **Q.**   Let's talk about interpatient variability, which you

16:49  21  addressed --

16:49  22  **A.**   Inter or intra?

16:49  23  **Q.**   Inter.  Inter.

16:49  24  **A.**   Between patients?

16:49  25  **Q.**   Yes, between patients.

DR. DAVID KESSLER - CROSS

16:49  1    **A.**    Thanks.  We're going back to -- we're going to

16:49  2    variability.

16:49  3    **Q.**    Yes.

16:49  4    **A.**    My favorite subject, especially at ten to 5:00.  All

16:49  5    right.

16:49  6    **Q.**    You agree that all drugs have some interpatient

16:49  7    variability; correct?

16:49  8    **A.**    Oh, please don't make me do this.  Don't ask -- I'm sorry.

16:49  9    I'm not going to answer a question that is so general -- I

16:49  10   mean, we'd have to go through Goodman and Gilman.  And, you

16:49  11   know, I have not -- I'm going to be careful.  I'm not going

16:49  12   to -- there is variability.

16:49  13          What's important is when variability has consequences

16:49  14   such as bleeding risks.  That's what's important.  I just can't

16:50  15   answer your question.  I'm not -- I did not come here to talk

16:50  16   about oral drugs and variability.

16:50  17   **Q.**    You testified earlier there's an approximate tenfold

16:50  18   difference in drug exposure between those patients who are at

16:50  19   the 5 percent and the 95 percent trough levels, correct, and

16:50  20   you based that on Table 3 from Dr. Mueck's 2014 article?  Do

16:50  21   you remember that?

16:50  22   **A.**    Straight out of your company's data, yes.  Everybody saw

16:50  23   that.  I think it was 12 and 137, you know, the math of --

16:50  24   divide that, it's more than 10.  Right.

16:50  25   **Q.**    And my question was, that's what you testified to earlier;

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:50  1    right?  It was a simple question.

16:50  2    A.    That's what the data showed.  That's what I testified.

16:50  3    That's what I explained to the jury.

16:50  4    Q.    "Trough" means the lowest level of medicine in a patient's

16:50  5    blood between doses; right?

16:50  6    A.    Ctrough.  It usually has a definition, not -- "trough"

16:50  7    means low, but it's usually defined as a period of time.  So, I

16:51  8    mean, it's the bottom part of the curve.

16:51  9    Q.    All right.  Let me hand you Defendants' Exhibit 1902.  And

16:51  10   that's the 2014 Mueck article, already been admitted as --

16:51  11   under 803.18, but I figured I'd put it at least at the top of

16:51  12   your stack so we could move quickly.

16:51  13   A.    Right.  Thanks.

16:51  14   Q.    This is an article titled "Clinical Pharmacokinetic and

16:51  15   Pharmacodynamic Profile with Rivaroxaban."  Right?

16:51  16   A.    We've seen it; right?

16:51  17   Q.    Yes.

16:51  18   A.    Thank you.

16:51  19   Q.    I mean, that's one you've talked to the jury about; right?

16:51  20   A.    Yes.

16:51  21   Q.    Okay.  And let's call up Defendants' Exhibit 1902.7.1.

16:51  22         So everybody sees that's the same article that you

16:52  23   were talking about on direct examination.

16:52  24         Now, when a patient takes Xarelto, the amount of

16:52  25   Xarelto in the blood increases to a peak level after two to

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:52  1    four hours.  Do you agree?

16:52  2    **A.**    Cmax.

16:52  3    **Q.**    So you agree?

16:52  4    **A.**    Yeah.

16:52  5    **Q.**    Okay.

16:52  6    **A.**    Cmax.

16:52  7    **Q.**    After the peak, the concentration of Xarelto in the blood

16:52  8    goes down over the course of day, doesn't it?

16:52  9    **A.**    I'm going to get my graph if you want to go into this.  I

16:52  10   have all the measurements if you want.

16:52  11   **Q.**    No.  I'd just ask you to just answer --

16:52  12   **A.**    Sure.

16:52  13   **Q.**    -- the question.

16:52  14           The trough is the lowest concentration of Xarelto in

16:52  15   a patient's blood throughout the day; right?

16:52  16   **A.**    It's the lower part of curve, yes.

16:52  17   **Q.**    So patients are not at a higher risk of bleeding at their

16:52  18   lowest concentration of Xarelto during the day, are they?

16:52  19           I'm sorry.  Let me state that again.

16:52  20           Patients are not at a higher risk of bleeding at

16:52  21   their lowest concentration of Xarelto during the day, are they?

16:53  22   **A.**    Say that question again, and I want to be precise.

16:53  23   **Q.**    Okay.  Patients are not at a higher risk of bleeding at

16:53  24   their lowest concentration of Xarelto during the day?

16:53  25   **A.**    We can look -- in order to answer that, we'd have to

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

16:53  1  pull -- go pull ROCKET.  And we could pull -- the data exists,
16:53  2  and you'd probably have to pull up Tables 583, 584, or 585
16:53  3  because you have the various Ctrough, Cmax, and you can see the
16:53  4  types of bleeds and the incidence of bleeds.
16:53  5        So, again, trough, again, has specific definitions.
16:53  6  But if you -- the answer to your question is buried in your
16:53  7  company's data.  Happy to pull that out if you'd like.
16:53  8  **Q.**   No.  What I'd like you to do is go to Table 3 in this
16:54  9  article that you discussed earlier, and it shows the data on
16:54  10  the maximum concentration level is called Cmax.
16:54  11       You with me?
16:54  12  **A.**   Table 3, yes, sir.
16:54  13  **Q.**   All right.  And that shows that the average Cmax was 249
16:54  14  and the 5 percent to 95 percent range was 184 to 343; right?
16:54  15  **A.**   Yes, sir.
16:54  16  **Q.**   So that means that the patient at the lowest 5 percent had
16:54  17  a maximum Xarelto concentration in their blood of 184; right?
16:54  18  **A.**   Yes, sir.
16:54  19  **Q.**   And it also means the patients at the high end, at the
16:54  20  95 percent level, had a maximum Xarelto concentration in their
16:54  21  blood of 343; correct?
16:54  22  **A.**   Yes, sir.
16:54  23  **Q.**   And 343 divided by 184 equals 1.86.
16:54  24       Sound right?
16:54  25  **A.**   That's on this Cmax?

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

| | | |
|---|---|---|
| 16:54 | 1 | **Q.**   Right. |
| 16:54 | 2 | **A.**   Yes, there's a whole bunch of these different numbers -- |
| 16:54 | 3 | **Q.**   Right. |
| 16:54 | 4 | **A.**   -- that you can see with regard to variability. |
| 16:54 | 5 | **Q.**   So there's less than a twofold difference between the |
| 16:54 | 6 | patients in the 95 percent concentration level and those in the |
| 16:55 | 7 | 5 percent concentration level based on that table; correct? |
| 16:55 | 8 | **A.**   Yes, that's exactly correct. |
| 16:55 | 9 | **Q.**   So when you told the jury there was a tenfold difference |
| 16:55 | 10 | in the concentration level for patients taking 20 milligrams of |
| 16:55 | 11 | Xarelto this morning, you did not tell them that the data |
| 16:55 | 12 | showed less than a twofold difference in maximum concentration |
| 16:55 | 13 | levels; right? |
| 16:55 | 14 | **A.**   No.  I was very clear.  You can pick -- I mean, look at -- |
| 16:55 | 15 | look at the data, show the data so you can see all the |
| 16:55 | 16 | different-fold variabilities, right.  There is no disagreement |
| 16:55 | 17 | that this has a coefficient of variability of 30, 40 percent. |
| 16:55 | 18 | **Q.**   But my question is, when you were explaining this concept |
| 16:55 | 19 | to the jury this morning, you chose to use a chart to express |
| 16:56 | 20 | the opinion that there was a tenfold difference. |
| 16:56 | 21 |         But you would agree that, at least based on this |
| 16:56 | 22 | data, there can also be a less than twofold difference; |
| 16:56 | 23 | correct? |
| 16:56 | 24 | **A.**   What I said was there are a number of different samples |
| 16:56 | 25 | that Dr. Mueck pulled, right.  You can see there's a 38-fold |

DR. DAVID KESSLER - CROSS

16:56    1    difference also that I didn't point out, 1 to 38.
16:56    2             There are -- you can do a lot of different
16:56    3    calculations.  There is no doubt that this is -- Dr. Mueck says
16:56    4    the coefficient variation is 30 to 40 percent, right.  And it
16:56    5    certainly is a tenfold variable in that case.
16:56    6    Q.   And, also, within that same --
16:56    7    A.   I mean, here is actually the variability, if you want to
16:56    8    see it.
16:56    9    Q.   Also within the same article you discussed, you would
16:56   10    agree that there's data that suggests only a less than twofold
16:57   11    variability; correct?
16:57   12    A.   That particular point, right, for Cmax.  But here is,
16:57   13    right, again, Cmax, and there's considerable variability.
16:57   14             So, yes, the jury should see all that data.
16:57   15    Highlight all that data for the jury to see.
16:57   16    Q.   Now, you agree that Xarelto meets the standard textbook
16:57   17    definition of moderate variability, don't you?
16:57   18    A.   That's what Dr. Mueck concluded.  And as far as the
16:57   19    textbook version, I have no -- I don't object to that.
16:57   20    Q.   Okay.  And --
16:57   21    A.   There's one other thing that should be pointed out in
16:57   22    Dr. Mueck's article that is, I think, probably as important as
16:58   23    this.  If you have Dr. Mueck's article up...
16:58   24    Q.   I do.  And your counsel will have opportunities to -- I'm
16:58   25    trying to get through -- you know, I'm asking you these

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

| | | |
|---|---|---|
| 16:58 | 1 | questions so we can make sure the jury has heard some other |
| 16:58 | 2 | things. |
| 16:58 | 3 | A.   I guess I'm here until tomorrow. |
| 16:58 | 4 | Q.   Now, if we go -- if we go -- take a look at the first page |
| 16:58 | 5 | of the Mueck article, right-hand column, last paragraph that |
| 16:58 | 6 | you got.  And we'll call it DX 1902.1.2. |
| 16:58 | 7 | Do you see where the authors say, "Unlike the" -- |
| 16:58 | 8 | these are the vitamin K antagonists, like warfarin. |
| 16:58 | 9 | A.   Right. |
| 16:58 | 10 | Q.   "These direct oral anticoagulants have been shown to have |
| 16:58 | 11 | predictable pharmacokinetics and pharmacodynamics, a low |
| 16:58 | 12 | potential for drug-to-drug interactions, and are given at fixed |
| 16:58 | 13 | doses without the need for routine coagulation monitoring." |
| 16:58 | 14 | Correct? |
| 16:59 | 15 | A.   Yes.  I mean, that's exactly what it says.  That's a -- |
| 16:59 | 16 | that's the company's position.  It's also the position there's |
| 16:59 | 17 | no correlation in this paper in 2014 even though FDA said |
| 16:59 | 18 | there's a correlation.  I mean, that is -- I mean, that's |
| 16:59 | 19 | Dr. Mueck's -- he can certainly testify why he believes that. |
| 16:59 | 20 | Q.   So you rely on Dr. Mueck if you like his data and you |
| 16:59 | 21 | don't rely on him if you don't like what he says? |
| 16:59 | 22 | A.   Show me what the data is for that.  That's not fair, |
| 16:59 | 23 | Counselor.  I put up the data that Mueck put in here.  I'm not |
| 16:59 | 24 | putting up the text or the conclusions.  Mueck got it wrong |
| 16:59 | 25 | here.  Mueck says there's no correlation still in 2014.  He's |

DR. DAVID KESSLER - CROSS

16:59  1    misleading doctors.

16:59  2  Q.   Let's take a look at DX 1902.13.1.

17:00  3       This article goes on to say, "In all patient

17:00  4    populations studied, the pharmacokinetic properties of

17:00  5    rivaroxaban were similar to those found in healthy subjects.

17:00  6    The influence of demographic factors on the pharmacokinetics of

17:00  7    rivaroxaban was moderate as anticipated and on average within

17:00  8    the variability of the overall patient population."

17:00  9       That's what these authors published; correct?

17:00  10  A.   That's correct.  And there's no doubt that variability,

17:00  11   right -- I mean, that variability affects variations in PT that

17:00  12   affects variations in bleeding risks.  So even if it's twofold

17:00  13   on Cmax or tenfold on Ctrough, FDA's conclusion, because they

17:00  14   looked -- FDA looked at a period of 10 to 16 hours.  They

17:00  15   looked at all -- I mean, the data that they could, and they saw

17:00  16   that there was a correlation.

17:01  17       That's why variability is not the be-all and end-all.

17:01  18   Who cares if a drug is variability?  The only reason you care

17:01  19   about a drug being variability is whether I'm going to bleed

17:01  20   because of that variability or I have a higher risk of

17:01  21   bleeding.

17:01  22  Q.   So I think what I understood you to say is all this

17:01  23   testimony about variability that you had FDA was familiar with

17:01  24   that when they approved Xarelto; correct?

17:01  25  A.   FDA was aware, okay, when it approved Xarelto for AFib.

DR. DAVID KESSLER - CROSS

17:01  1   Let's be careful.  Right?  Not when it approved Xarelto for
17:01  2   DVT, and FDA took the DVT language.
17:01  3        The problem is Mueck is still saying that there is --
17:02  4   you know, maybe this is technically true, but it's certainly
17:02  5   misleading -- that, you know, there are currently no data
17:02  6   showing a direct correlation between bleeding events and
17:02  7   rivaroxaban plasma levels in patients receiving therapeutic
17:02  8   doses of rivaroxaban.  That's what the companies are still
17:02  9   telling doctors and the world.
17:02 10        And maybe this is technically true because this says
17:02 11   direct correlation -- or this says correlation between plasma
17:02 12   concentration and bleeding risk.  But once FDA has shown
17:02 13   bleeding risk -- I mean -- concentration correlates with PT, PT
17:02 14   with bleeding risk, you would expect to see it in this paper,
17:02 15   and it's not here.
17:02 16   Q.   You're familiar with Dr. Robert Gosselin, aren't you?
17:02 17   A.   You got -- I apologize.  It's late.
17:03 18   Q.   You rely on him in your report.
17:03 19   A.   Show me the paragraph.
17:03 20   Q.   Take a look at DX 266 under articles you rely on.
17:03 21   A.   What paragraph?
17:03 22   Q.   I'll move forward so you can refresh your recollection
17:03 23   rather than find the paragraph.
17:03 24        If there's somebody cited in your report as somebody
17:03 25   you rely on, even though I know you cited a lot of folks and

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

17:03   1   it's late in the day, that's somebody that you would respect;

17:03   2   correct?

17:03   3   A.    You just have to -- just give me the context, if you

17:03   4   would.

17:03   5   Q.    Well, I'll do it.

17:03   6         Let's call up DX 266.118.1.  This is your report

17:03   7   dated October 26th, 2015.

17:03   8   A.    Right.

17:03   9   Q.    Correct?

17:03   10  A.    This is a reliance list.  This is a considered list, if

17:03   11  I'm correct.  I don't -- again, tell me whether I actually

17:04   12  relied on it.  I tried to put in this everything I've looked

17:04   13  at.

17:04   14        MR. MEUNIER:  Your Honor, you've ruled reports so far

17:04   15  not in evidence.  But if we're going to unpack this report,

17:04   16  we're going to move it into evidence.

17:04   17        MR. DUKES:  Your Honor, he simply asked that I

17:04   18  refresh his recollection about where it was cited.

17:04   19        THE COURT:  Let's take it down then.  What he said is

17:04   20  what he just said.

17:04   21  BY MR. DUKES:

17:04   22  Q.    So you understand that you cited to Dr. Gosselin?

17:04   23  A.    No.  What you just showed was not citations in my report.

17:04   24  You showed my considered list.  So what I tried to do is

17:04   25  anything that I looked at, right, I try to put on the

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

17:04  1   considered list.

17:04  2        So I may have gone online and seen a PowerPoint here

17:04  3   or there.  I don't see a reference, a paragraph in my report

17:04  4   that relied on Gosselin.  But because I looked at it, I wanted

17:04  5   to be fair and make sure I disclosed everything that, you know,

17:05  6   is flashing up in front of the screen.

17:05  7   Q.   Fine.  You read something by Dr. Gosselin in your --

17:05  8   A.   Fair point.  That's probably accurate, unless you can

17:05  9   refresh my recollection better.

17:05  10  Q.   Okay.  Let me hand you Defendants' Exhibit 1470.

17:05  11       All right.  This is an article by Dr. Robert Gosselin

17:05  12  and others.  You see he's the lead author.  It's entitled

17:05  13  "Heparin-Calibrated Chromogenic Anti-Xa Activity Measurements

17:05  14  in Patients Receiving Rivaroxaban."

17:05  15       Can this test be used to quantify drug level?

17:05  16  A.   Yes.  So this is not about PT; right?

17:05  17  Q.   Could you -- have you seen this article before?

17:05  18  A.   This is not the PowerPoint.  You said there was a

17:05  19  PowerPoint that I cited.

17:06  20  Q.   Well, your report said there was a PowerPoint by

17:06  21  Dr. Gosselin that you cited.  This is not the PowerPoint.  I

17:06  22  was just trying to understand that you either knew, relied, or

17:06  23  read something by Dr. Gosselin.  We now understand your

17:06  24  testimony there.

17:06  25       I'm now handing you an article in which Dr. Gosselin

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

1   was the lead author.

**A.**   Sure.

**Q.**   Okay.

MR. MEUNIER:  There's no foundation for him to talk about an article he's never looked at before or relied on.

THE COURT:  I agree with that.  It's got to be more than that.  I mean, if he knows it, if he's relied on it, if he's even seen it before, I can understand.  But if you give him something and he's never seen it before and -- this is not self-authenticating or it's not -- it doesn't satisfy the learned treatise --

MR. DUKES:  Your Honor, may I --

THE COURT:  -- or anything.

MR. DUKES:  For purposes of cross-examination, he's reviewed lots of articles.  This is an article published recently, actually by a doctor who works with plaintiffs as an expert in the litigation --

MR. MEUNIER:  Judge, that's not in evidence.

MR. DUKES:  If, for cross-examination, the fact that he may not have reviewed something that relates to this issue is just as important as what he chose to review.

MR. MEUNIER:  Your Honor, it has -- as the Court has suggested, there has to be some basis for this witness to give meaningful testimony about the material.  He's never seen it.  He didn't rely on it.  And it's not fair to ask this witness

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

17:07  1    about it.

17:07  2            THE COURT:  Well, that's not the issue, though.  The

17:07  3    issue is whether or not it can be used in cross-examination.

17:07  4            But it has to be admitted in some form or

17:07  5    fashion.  And he can't introduce it under a learned -- I mean,

17:07  6    learned treatise doctrine.  Just the fact that it's a paper

17:07  7    doesn't get it in.  I don't know how it gets in at this point.

17:07  8            MR. DUKES:  Your Honor, I don't think there will be

17:07  9    an objection on the foundation based on 803.18, at least that's

17:08  10   my understanding from --

17:08  11           THE COURT:  Well, foundation.  It's a document.  I

17:08  12   mean, it's written.  But I don't know how it gets in from the

17:08  13   standpoint of admissibility unless you know about it, unless

17:08  14   you've read it, unless you understand it, unless you've cited

17:08  15   it.

17:08  16           MR. DUKES:  Your Honor, it's simply being used to

17:08  17   cross-examine the witness as something that someone who had

17:08  18   thoroughly reviewed this area would have reviewed an article

17:08  19   and to question whether he's familiar with it.  I think the

17:08  20   witness has something to say.

17:08  21           THE COURT:  You see, the rules of evidence says you

17:08  22   can use certain things to cross-examine or examine learned

17:08  23   treatises are admissible, but it's not a learned treatise.

17:08  24   It's an issue as to whether or not it can be admitted into

17:08  25   evidence.

DR. DAVID KESSLER - CROSS

17:09  1          **MR. DUKES:**  Your Honor, perhaps if I ask the

17:09  2    witness --

17:09  3          **MR. MEUNIER:**  May we approach the bench, Your Honor?

17:09  4          **THE COURT:**  Sure.

17:09  5          (WHEREUPON, the following proceedings were held at

17:09  6    the bench.)

17:09  7          **MR. MEUNIER:**  I think we need to make clear, we have

17:09  8    an agreement with counsel --

17:09  9          **MS. WILKINSON:**  We have an agreement.

17:09  10         **MR. MEUNIER:**  -- and I think we need to make that

17:09  11   clear, and make clear what my objection is, which is not

17:09  12   inconsistent with the agreement that we made with counsel.

17:09  13         So we're not objecting based upon a lack of

17:09  14   foundation for a learned treatise article that's going to be

17:09  15   referred to.  I think there's been previously an understanding

17:09  16   that that could be done as long as the article is from a

17:09  17   peer-reviewed publication.

17:09  18         My objection, Your Honor, is more to the fact

17:09  19   that this witness didn't rely on it, has never seen it before,

17:09  20   and it's just not appropriate to question him unless he's given

17:09  21   a chance to read the article and put it in some context even

17:10  22   though it is cross-examination.  It's just something he's never

17:10  23   really looked at before.  And it's 10 after 5:00, and counsel

17:10  24   is going to be picking out some passages from the article and

17:10  25   questioning the witness about it, and I thought that was unfair

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

17:10  1  and that's why I objected.

17:10  2          MR. DUKES:  Your Honor, I think -- I appreciate

17:10  3  counsel acknowledging the agreement we've had not to object to

17:10  4  foundation of a learned treatise.  I think on

17:10  5  cross-examination, it's just as important what literature is

17:10  6  out there that an expert may not have considered that

17:10  7  contradicts his opinion.  And my position is that this article

17:10  8  does contradict his opinion and what it says about laboratory

17:10  9  tests and the application to novel oral anticoagulants.

17:10  10         THE COURT:  Okay.  If you tell me that the 803(18) is

17:10  11  not applicable, but even when it is not applicable, with regard

17:10  12  to statements in learned treatises, periodicals, or pamphlets,

17:10  13  if admitted, the statement may be read into evidence, but not

17:10  14  received as an exhibit.

17:11  15         MR. DUKES:  Oh, I agree.

17:11  16         THE COURT:  So it's not part of the exhibit.

17:11  17         MR. MEUNIER:  Judge, we didn't have an agreement on

17:11  18  admission; we just had an agreement on being used consistent

17:11  19  with what you've just said.

17:11  20         MR. DUKES:  I agree.

17:11  21         MR. MEUNIER:  It's not admitted into evidence.  He

17:11  22  can read into evidence certain sections.

17:11  23         THE COURT:  Okay.

17:11  24         MR. BARR:  I don't think it's appropriate that he

17:11  25  refer to him as a plaintiffs' expert.  One, he's not a doctor.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

17:11  1      **MR. DUKES:**  Okay.  I won't do that.

17:11  2      **THE COURT:**  All right.  Then I'll let you do that.

17:11  3  It wouldn't pass 803(18).  You need to know that.  I want you

17:11  4  to know that.  Periodicals pass the learned treatise

17:11  5  ordinarily.  But if you all have stipulated it can be used and

17:11  6  it's not a question of authenticity, it's a question of use,

17:11  7  it's not going to be admitted into evidence; it's going to be

17:11  8  read to the person.  But you've got to -- you're going to have

17:11  9  to cross him on that.  I don't know where that comes in.

17:11  10     **MR. MEUNIER:**  And our agreement didn't say you could

17:11  11 read an article from *Sports Illustrated*.  I mean, we have to

17:11  12 have some understanding.  It's a learned treatise, and that's

17:12  13 fine.

17:12  14     **MR. DUKES:**  Well, this --

17:12  15     **THE COURT:**  We've got to end this thing.  I mean, I'm

17:12  16 going to have to put time limits on you to get out of here.

17:12  17     **MR. DUKES:**  This is by far the longest examination.

17:12  18 This has covered lots of things that we intend to cover in the

17:12  19 case.

17:12  20     **THE COURT:**  You all have lost the jury.  The jury has

17:12  21 tuned you out.  We've been here -- the whole purpose of a

17:12  22 deposition that's eight hours is so that your testimony can be

17:12  23 three hours.  You can't take testimony longer than a

17:12  24 deposition.

17:12  25     **MR. DUKES:**  I understand.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

17:12　1　　　　　**THE COURT:**  I mean, it's just -- this jury is...

17:12　2　let's finish.  We're going to finish.

17:12　3　　　　　Okay.  We have to take a break and let them go

17:12　4　to the bathroom.  We have to come back.  But you have to finish

17:12　5　in about 15 minutes.  I hope you all don't have much redirect.

17:12　6　　　　　**MR. MEUNIER:**  We do have some redirect, Your Honor.

17:12　7　　　　　**THE COURT:**  We'll have to stay here until it's

17:12　8　finished.

17:12　9　　　　　**MR. MEUNIER:**  You want to finish this witness

17:12　10　tonight?

17:12　11　　　　　**THE COURT:**  Yes.  The jury's going to be --

17:13　12　　　　　**MS. WILKINSON:**  They're going to be mad.  They're

17:13　13　going to be mad.

17:13　14　　　　　**THE COURT:**  I'm going to try to keep them from

17:13　15　walking out of court, but it's going to be difficult.

17:13　16　　　　　(WHEREUPON, the following proceedings were held in

17:13　17　open court.)

17:13　18　　　　　**THE COURT:**  We'll take a 10-minute break, members of

17:13　19　the jury.

17:13　20　　　　　**THE DEPUTY CLERK:**  All rise.

17:13　21　　　　　(WHEREUPON, the jury exited the courtroom.)

17:13　22　　　　　(WHEREUPON, the Court took a recess.)

17:21　23　　　　　**THE DEPUTY CLERK:**  All rise.

17:21　24　　　　　**THE COURT:**  Okay.  Be seated, please.  Bring them in,

17:21　25　Marshal.

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

17:21  1          **THE DEPUTY CLERK:**  All rise.

17:21  2          (WHEREUPON, the jury entered the courtroom.)

17:21  3          **THE COURT:**  Okay.  Be seated, please.  Sorry we're

17:21  4    going so long, members of the jury.  I'm trying to finish this

17:21  5    witness.  Hopefully, I'll have the cooperation of both counsel

17:21  6    and we'll finish him soon.

17:21  7    BY MR. DUKES:

17:21  8    Q.   Wrapping it up, Dr. Kessler.  Just a couple of simple

17:22  9    questions.

17:22  10          You mentioned the Pradaxa label, and you pulled it

17:22  11   out and said there was a test in there.  But you understand

17:22  12   that Pradaxa is not a Factor Xa inhibitor like Xarelto, don't

17:22  13   you?

17:22  14   A.   That's exactly -- that's why I was talking about aPTT.

17:22  15   It's a different coagulation of factors.  We're in agreement on

17:22  16   that.

17:22  17   Q.   Let's take a look at Defendants' Exhibit 1470, which is

17:22  18   the article, lead author is Dr. Robert Gosselin.

17:22  19   A.   Right.

17:22  20          **MR. DUKES:**  What I'd like you to do is let's turn to

17:22  21   the second page in the top left corner and see if we can pull

17:22  22   up that readout or cull-out.

17:22  23          And let's expand it a little bit so we can look

17:22  24   at the whole thing.  Let's just take it down.  Let's take it

17:23  25   down to where it ends with "anticoagulant effect."

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

17:23    1              Let's highlight "approaches for quantifying
17:23    2    NOACs are limited."  And take it down about to "the absence of
17:23    3    anticoagulant effect."
17:23    4    BY MR. DUKES:
17:23    5    Q.   So, Dr. Kessler, these authors who were studying the novel
17:23    6    oral anticoagulants concluded that the approaches for
17:23    7    quantifying NOACs are limited.  Screening assays, such as
17:23    8    prothrombin time -- that's the PT time we've been talking
17:23    9    about; right?
17:23   10    A.   No.  Because that's the key here.  But let me let you
17:23   11    finish, because you know I'm talking about Neoplastin PT, and I
17:23   12    actually found another article by Dr. Gosselin that I do have
17:23   13    when -- this is -- he's talking generally there -- I can just
17:24   14    help you -- that prothrombin time generally, we know -- I've
17:24   15    said -- please don't use.  That's what he's saying, that the
17:24   16    sensitivity of PT reagents to drug concentration depends on the
17:24   17    particular NOAC in question.  So -- and he goes on to talk
17:24   18    about Neoplastin Plus.
17:24   19              So of course that statement's true.  What's not said
17:24   20    there but in another Gosselin article is if you want -- you
17:24   21    know, you want to do PT, just use Neoplastin Plus.  That's the
17:24   22    issue.
17:24   23    Q.   Well, let's see what he says here.  Here he says,
17:24   24    "Screening assays, such as prothrombin" -- and you agree that's
17:24   25    PT?

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - CROSS

17:24    1    A.    That's not -- no.  Of course, that's PT.

17:24    2    Q.    Right.

17:24    3    A.    But we -- if we're going to -- we can't tell doctors --

17:24    4    and this is very key -- just to use PT.  Your companies tell

17:24    5    doctors to use Neoplastin PT.

17:24    6    Q.    Let me ask you a simple question?

17:25    7    A.    Sure.

17:25    8    Q.    Dr. Gosselin says, "Screening assays, such as prothrombin

17:25    9    time and activated partial thromboplastin time, have varying

17:25   10    degrees of sensitivity to rivaroxaban, Xarelto, which are

17:25   11    reagent-dependent.  Thus, screening assays are not suitable or

17:25   12    recommended for quantifying rivaroxaban nor should they be used

17:25   13    to ensure the absence of an anticoagulant effect."

17:25   14          That's what he said; right?

17:25   15    A.    That's exactly what he says.  And he says they're

17:25   16    reagent-dependent.  Right?  The issue, if you look at his other

17:25   17    papers, right, he also talks about Neoplastin Plus.

17:25   18          This is -- no doubt, rivaroxaban, you've got to use

17:25   19    with Neoplastin PT.  Please don't use it with PTs in general.

17:25   20    He's right there.

17:25   21    Q.    And you agree that, to this day, that the FDA, after all

17:25   22    the research, after everybody looking at it, does not require a

17:25   23    PT test with regards to Xarelto; correct?

17:26   24    A.    Everybody looking at it?  Certainly, you could have pulled

17:26   25    up many other articles where people said to use PT.  So it's

OFFICIAL TRANSCRIPT

DR. DAVID KESSLER - REDIRECT

17:26   1   not an incorrect statement, but many other people looking at it

17:26   2   conclude the way you conclude.  There's a correlation.

17:26   3           MR. DUKES:  Thank you.  I have no further questions.

17:26   4           THE COURT:  Okay.  Any redirect?  Hopefully small.

17:26   5           MS. JEFFCOTT:  Just two or three hours.

17:26   6           THE COURT:  You're going to be beat up by the jury.

17:26   7           MS. JEFFCOTT:  I know we're all tired.  I just have

17:26   8   two questions.

17:26   9                   **REDIRECT EXAMINATION**

17:26  10   BY MS. JEFFCOTT:

17:26  11   **Q.**   Dr. Kessler, did Janssen ever ask the FDA to include

17:26  12   language in its label that Neoplastin PT could be used to

17:26  13   evaluate bleeding risk?

17:26  14   **A.**   No, ma'am.

17:26  15   **Q.**   And who is responsible for labeling?

17:26  16   **A.**   The company is the master of the label.

17:26  17           MS. JEFFCOTT:  That's all I have.

17:26  18           THE COURT:  Okay.  We'll stop here, members of the

17:26  19   jury, and we'll start tomorrow.  I'd asked you to be here at a

17:27  20   quarter to 9:00, if you could, and we'll start early on.  All

17:27  21   of us appreciate the attention that you've been giving to this.

17:27  22   We're going to have to give you a medical degree after this.

17:27  23           Thank you very much.  Court will stand in

17:27  24   recess.

17:27  25           THE DEPUTY CLERK:  All rise.

OFFICIAL TRANSCRIPT

1      (WHEREUPON, the jury exited the courtroom.)

2      **UNIDENTIFIED SPEAKER:**  Judge, if I may, if you're

3  considering the instructions, we have a mercifully short bench

4  brief for you.

5      **THE COURT:**  Okay.

6      **MR. MEUNIER:**  You said 8:30 tomorrow, Judge?

7      **THE COURT:**  I'd like to see the lawyers at 8:30.

8  We'll start at a quarter to 9:00.

9      (WHEREUPON, the proceedings were concluded.)

10                    **\*\*\*\*\***

11                    **CERTIFICATE**

12      I, Jodi Simcox, RMR, FCRR, Official Court Reporter

13  for the United States District Court, Eastern District of

14  Louisiana, do hereby certify that the foregoing is a true and

15  correct transcript, to the best of my ability and

16  understanding, from the record of the proceedings in the

17  above-entitled and numbered matter.

18

19

20                    _s/Jodi Simcox, RMR, FCRR_
                      Jodi Simcox, RMR, FCRR
21                    Official Court Reporter

22

23

24

25

OFFICIAL TRANSCRIPT

**MR. BARR: [1]**
504/23
**MR. DUKES: [88]**
353/14 356/17
357/19 357/21
357/25 360/20
361/23 364/11
371/3 371/13
371/19 374/15
374/22 376/15
376/19 379/23
380/5 382/8 382/11
383/9 383/14
386/15 386/19
387/5 390/7 406/15
406/21 409/15
409/19 420/11
422/15 423/16
423/22 424/25
427/17 429/9
429/19 430/10
430/16 430/22
430/24 432/2
433/20 435/7
435/10 436/12
438/22 440/10
441/17 441/20
447/16 449/23
450/25 451/21
452/8 453/2 453/8
457/22 459/1
460/17 464/14
464/23 468/3 471/1
473/4 479/22 481/1
483/3 483/5 485/15
485/20 486/2
499/16 501/11
501/13 501/18
502/7 502/15
502/25 504/1
504/14 504/19
504/25 505/13
505/16 505/24
507/19 510/2

**MR. LONGER: [1]**
374/18
**MR. MEUNIER: [47]**
352/10 352/18
352/22 357/23
358/1 360/18
361/17 370/5
371/19 376/18
379/19 380/8
386/20 406/19
409/17 418/24
423/18 423/25
427/23 430/12
431/20 431/23
449/18 450/22
452/4 452/10
453/22 455/5 471/4
473/2 485/17
485/21 487/1
489/14 499/13
501/3 501/17
501/21 503/2 503/6
503/9 504/16
504/20 505/9 506/5
506/8 511/5
**MS. JEFFCOTT: [7]**
353/22 356/1 390/5
390/12 510/4 510/6
510/16
**MS. WILKINSON: [2]**
503/8 506/11
**THE COURT: [127]**
352/7 352/17
352/20 352/23
353/1 353/24
355/25 356/2
356/18 357/16
357/20 357/24
358/4 360/19
361/20 364/13
370/7 371/1 371/16
371/21 374/17
374/20 374/24
376/17 379/20
380/7 382/10
383/11 386/18

386/21 386/24
387/4 387/7 390/4
390/10 390/14
390/16 392/5
406/17 406/20
409/18 419/1
420/13 423/9
423/20 423/24
424/23 427/21
427/25 429/6
429/10 429/17
430/14 430/21
430/23 431/22
431/24 432/4
433/23 435/9
435/11 436/14
438/25 440/12
441/19 446/11
447/18 449/20
449/25 450/2 450/4
450/24 451/1
451/20 452/7
452/13 453/10
453/25 454/3 454/6
455/7 457/24 459/4
460/19 464/25
468/5 471/3 471/12
471/14 471/22
473/5 479/19
479/23 481/3 483/4
483/8 485/24
486/23 487/4
488/17 489/7
489/16 499/18
501/5 501/12 502/1
502/10 502/20
503/3 504/9 504/15
504/22 505/1
505/14 505/19
505/25 506/6
506/10 506/13
506/17 506/23
507/2 510/3 510/5
510/17 511/4 511/6
**THE DEPUTY CLERK:**
**[9]** 352/6 352/24

**THE DEPUTY
CLERK:... [7]**
429/12 429/15
483/7 506/19
506/22 506/25
510/24
**THE WITNESS: [25]**
353/23 370/11
386/23 386/25
390/13 390/15
390/17 392/6 419/3
427/18 428/2
431/25 449/24
450/1 450/3 453/3
454/1 454/8 459/2
459/6 471/6 471/13
471/19 488/3
488/19
**UNIDENTIFIED
SPEAKER: [1]**
511/1

**$**

**$1,000 [2]**   372/1
375/12
**$1.85 [1]**   384/5
**$1.85 million [1]**
384/5
**$113,500 [1]**
375/13
**$12,000 [1]**   372/2
**$8,000 [1]**   372/1

**'**

**'14 [1]**   366/22
**'15 [1]**   366/22
**'79 [1]**   415/19
**'79 standard [1]**
415/19
**'prothrombin [1]**
463/15
**'The [1]**   461/6

**.**

**.57 [1]**   481/25

**05130.42.3 [1]**
397/11

**1**

**1,400 [1]**   411/16
**1-4-0-0 [1]**   485/2
**1.14.1 [1]**   431/13
**1.86 [1]**   493/23
**10 [6]**   403/18
417/20 418/10
490/24 497/14
503/23
**10 percent [1]**
417/24
**10-minute [1]**
506/18
**100 [1]**   350/3
**100 percent [1]**
364/7
**10014 [1]**   374/23
**10th [4]**   388/10
405/16 405/22
405/24
**11 [2]**   372/9
378/22
**11 percent [2]**
478/14 478/18
**11/2015 [1]**   488/22
**1100 [1]**   349/24
**11006 [3]**   363/9
363/11 364/13
**11006.1.1 [1]**
364/16
**11007 [3]**   376/11
376/13 376/16
**11007.1.2 [1]**
376/20
**11008 [4]**   376/10
379/14 380/2 380/6
**11009 [2]**   382/2
382/10
**11009.1.1 [1]**
382/12
**11014 [3]**   373/25
374/17 374/23

**11015 [3]**   383/4
383/10 383/15
**113 [1]**   375/17
**113.5 [1]**   375/12
**116 [1]**   378/21
**12 [34]**   362/14
365/18 365/19
365/25 366/15
367/6 367/12
367/14 367/20
369/16 369/19
369/22 369/23
370/5 370/17 371/7
371/25 372/4 372/9
372/25 373/3 373/4
373/4 375/20
375/21 375/23
375/25 376/5
381/11 449/2
470/16 470/25
472/7 490/23
**12.2 [26]**   423/1
423/3 425/7 425/12
432/8 432/19
432/20 433/13
434/13 435/23
437/12 437/21
439/11 440/23
448/22 449/4
453/20 455/21
455/23 457/5 458/4
460/22 466/1
473/10 483/13
488/23
**12/12/15 [1]**
364/10
**12th [2]**   467/4
469/4
**13 [2]**   381/18
448/1
**1320 [1]**   350/14
**137 [1]**   490/23
**13th [5]**   406/1
446/3 446/16 464/9

**13th... [1]** 464/19
**14 [4]** 363/4
364/23 371/12
372/8
**14-CV-2720 [1]**
349/9
**14-MD-2592 [1]**
349/7
**14.4 [1]** 426/22
**1400 [2]** 485/1
485/17
**1400.1.1 [1]** 487/7
**1400.2.1 [1]**
487/15
**1470 [2]** 500/10
507/17
**15 [7]** 363/5
364/10 364/23
371/12 372/8
394/21 506/5
**15-minute [1]**
429/11
**16 [3]** 417/21
418/10 497/14
**161 [1]** 387/25
**16th [6]** 452/17
452/22 452/25
453/2 454/18
454/19
**17th [3]** 350/13
436/18 438/3
**18 [3]** 432/15
504/10 505/3
**184 [3]** 493/14
493/17 493/23
**1900 [1]** 350/10
**1902 [1]** 491/9
**1902.1.2 [1]** 496/6
**1902.13.1 [1]**
497/2
**1902.7.1 [1]**
491/21
**1st [1]** 438/13

**2.18.1 [1]** 483/12
**20 [1]** 494/10
**2000 [1]** 428/3
**2003 [1]** 354/7
**20036 [1]** 350/10
**2004 [1]** 358/14
**2006 [1]** 384/4
**2008 [10]** 384/2
384/4 422/19
423/13 424/6 424/8
426/12 426/20
428/15 434/12
**201.56 [1]** 481/25
**2010 [9]** 377/8
383/24 384/1
429/25 430/4
430/19 431/3
432/21 434/12
**2011 [60]** 376/22
377/1 377/8 378/12
378/12 385/8
387/10 387/15
388/4 388/10
400/18 405/17
405/22 405/24
408/24 409/10
415/2 428/15 433/2
433/11 433/17
434/3 435/22 436/2
436/5 436/18
438/13 439/13
439/24 440/1
440/25 441/5
441/13 441/24
445/25 446/3
446/16 448/1
452/17 452/22
453/1 457/14
457/17 459/24
460/8 464/8 464/21
467/13 468/9
470/16 470/25
472/7 473/21
473/24 474/10

482/22 483/1
**2012 [1]** 380/14
**2013 [1]** 382/7
**2014 [21]** 362/2
362/13 364/24
365/3 365/24
369/19 372/23
373/22 375/3 379/4
382/21 383/5
383/18 383/23
383/24 384/2 384/4
490/20 491/10
496/17 496/25
**2015 [21]** 362/3
362/13 363/23
364/24 365/3
365/11 365/24
365/24 367/16
369/16 369/20
373/19 373/22
375/4 376/5 379/4
379/12 485/13
488/11 488/22
499/7
**2017 [3]** 349/8
352/2 483/23
**202439 [1]** 438/17
**205 [1]** 383/18
**21 [1]** 481/25
**22406 [5]** 447/25
448/14 467/20
468/16 472/16
**22nd [2]** 423/13
424/8
**23 [2]** 457/14
457/17
**24 [1]** 467/13
**249 [1]** 493/13
**24th [1]** 350/18
**25 [2]** 349/8 352/2
**2592 [1]** 349/7
**25th [1]** 483/23
**266 [1]** 498/20
**266.118.1 [1]**
499/6

**26th [1]**   499/7
**2720 [1]**   349/9
**27th [4]**   429/25
430/10 430/19
432/21
**27th of [1]**   430/7
**28 [1]**   460/8
**2800 [1]**   349/23
**28th [2]**   459/24
460/15
**29201 [1]**   350/14
**2nd [1]**   431/3

**3**

**30 [4]**   365/24
372/23 494/17
495/4
**30th [8]**   363/23
365/11 373/3
373/19 376/22
380/14 382/7
383/18
**31 [1]**   362/23
**316 [1]**   349/17
**32502 [1]**   349/17
**343 [3]**   493/14
493/21 493/23
**36103 [1]**   349/20
**37 percent [1]**
442/11
**38 [3]**   387/21
389/19 495/1
**38-fold [1]**   494/25
**3:25 [1]**   448/1

**4**

**40 [1]**   382/16
**40 percent [2]**
494/17 495/4
**406 [1]**   350/21
**41 [6]**   381/14
381/15 381/23
390/18 390/24
391/17
**4160 [1]**   349/20

**378/18 429/22**
**43 [1]**   432/18
**439 [1]**   480/9
**44 [1]**   436/1
**45 [1]**   438/2
**46 [1]**   441/3
**47 [1]**   445/24
**48 [1]**   452/3
**49 [1]**   389/19
**4th [3]**   387/15
436/2 440/1
**4th of [1]**   375/9

**5**

**5 percent [2]**
493/14 494/7
**5.3 [3]**   445/3
450/20 451/8
**50 percent [1]**
402/5
**500 [1]**   350/21
**504 [1]**   350/22
**505 [1]**   415/12
**5130 [4]**   385/24
386/4 386/18 387/7
**5130.39.1 [1]**
387/20
**5130.42.1 [1]**
390/22
**5130.42.2 [1]**
394/12
**5130.42.4 [1]**
402/1
**5130.42.5 [1]**
403/17
**5224 [2]**   470/12
470/14
**5224.2.1 [1]**   472/2
**5251 [3]**   433/14
433/18 433/23
**5251.11.1 [1]**
434/2
**5251.11.2 [1]**
434/17
**5251.11.3 [1]**

**5251.11.4 [1]**
435/2
**5280 [2]**   438/10
438/24
**5280.2.1 [1]**   439/3
**5281 [2]**   438/10
438/25
**5281.10.1 [1]**
439/10
**5285 [2]**   439/18
440/12
**5285.2.1 [1]**
440/15
**5286 [2]**   439/19
440/12
**5286.10.1 [1]**
440/23
**5342 [3]**   452/19
452/21 453/10
**5344 [2]**   452/19
453/10
**5344.2 [1]**   453/13
**5344.36.1 [1]**
453/19
**5344.36.2 [1]**
455/13
**5350 [3]**   457/14
457/16 457/23
**5351 [3]**   457/15
457/22 457/23
**5351.36.1 [1]**
458/4
**5352 [3]**   467/10
467/12 468/5
**5352.2.1 [1]**
468/12
**5352.3.1 [1]**
468/19
**5353 [3]**   458/24
459/23 460/18
**5354 [3]**   458/24
460/2 460/19
**5354.16.1 [2]**
460/22 461/1
**5354.16.2 [1]**

Case 2:14-md-02592-EEF-MBN Document 6438 Filed 05/10/17 Page 168 of 243

**5354.16.2... [1]**
 461/23
**5354.25.1 [1]**
 463/4
**5354.25.2 [1]**
 463/12
**5357 [2]** 464/14
 464/25
**5357.22.1 [2]**
 465/25 473/9
**5373-A [2]** 441/9
 441/19
**5373-A.1.1 [1]**
 441/21
**5373-A.6.1 [1]**
 443/8
**5373-A.6.4 [1]**
 442/21
**5373-A.9.1 [1]**
 445/7
**5379 [4]** 423/9
 423/24 424/24
 425/1
**5379.17.2 [1]**
 425/5
**5379.17.3 [1]**
 425/24
**5379.17.5 [1]**
 426/13
**5389 [3]** 430/5
 430/8 430/11
**5389.2.1 [1]**
 430/25
**5389.5.1 [1]** 431/9
**5390 [2]** 431/18
 432/4
**5390.13.1 [1]**
 432/7
**55 [5]** 465/25
 469/21 469/25
 470/2 470/11
**5547 [2]** 446/15
 447/17
**5547.2 [1]** 447/21

**5548 [2]** 446/17
 447/18
**5548.23.1 [1]**
 451/13
**5548.30.1 [1]**
 448/21
**5548.30.2 [1]**
 449/16
**5548.6.1 [1]**
 450/19
**5613-A [2]** 409/7
 409/17
**5613-A.2.2 [1]**
 410/8
**5613-A.2.3 [1]**
 410/12
**5613-A.2.5 [1]**
 411/12
**5680 [2]** 480/2
 481/2
**5680.2 [1]** 481/6
**5680.4.1 [1]**
 481/19
**5792 [3]** 406/9
 406/11 406/17
**5792.4.1 [1]** 408/4
**5792.53.1 [1]**
 406/22
**5793.3.1 [1]**
 407/18
**583 [1]** 493/2
**584 [1]** 493/2
**585 [1]** 493/2
**589-7780 [1]**
 350/22
**5913 [3]** 433/14
 433/17 433/22
**5926 [4]** 423/8
 423/16 424/25
 425/2
**5:00 [2]** 490/4
 503/23
**5:00 a.m [1]** 363/3

**6**

**6/15 [3]** 364/23

**371/12 372/8**
**6/31 [1]** 362/23
**600 [1]** 349/17
**6000 [2]** 436/3
 436/14
**6000.3.1 [1]**
 436/23
**602 [1]** 471/23
**63102 [1]** 350/3
**6:00 a.m [1]** 363/2
**6th [1]** 358/14

**7**

**7/1 [1]** 362/22
**7/14 [3]** 364/23
 371/12 372/8
**701 [1]** 350/6
**70112 [1]** 350/19
**70130 [2]** 350/6
 350/22
**70163 [1]** 349/24
**7780 [1]** 350/22
**7th [4]** 375/4
 441/13 441/23
 445/25

**8**

**8 percent [1]**
 478/14
**8.1 [2]** 451/13
 482/12
**800 [1]** 350/10
**803 [2]** 504/10
 505/3
**803.18 [2]** 491/11
 502/9
**859 [1]** 458/13
**88 [1]** 375/19
**8:30 [2]** 511/6
 511/7
**8th [3]** 376/25
 408/24 409/9

**9**

**90 percent [1]**
 417/24
**901 [2]** 471/18

Case 2:14-md-02592-EEF-MBN Document 6438-12 Filed 05/10/17 Page 169 of 243

**901... [1]**   486/24
**909 [1]**   350/18
**95 percent [4]**
 490/19 493/14
 493/20 494/6
**9:00 [2]**   510/20
 511/8

**A**

**A.1.1 [1]**   441/21
**A.2.1 [1]**   409/20
**A.2.2 [1]**   410/8
**A.2.3 [1]**   410/12
**A.2.4 [1]**   410/21
**A.2.5 [2]**   411/6
 411/12
**A.6.1 [1]**   443/8
**A.6.2 [1]**   443/17
**A.6.3 [1]**   444/13
**A.6.4 [1]**   442/21
**A.8.1 [1]**   444/23
**A.9.1 [2]**   413/18
 445/7
**A.9.2 [1]**   445/14
**a.m [2]**   363/2
 363/3
**A19 [3]**   460/24
 460/25 461/2
**ability [1]**   511/15
**able [3]**   359/11
 416/13 471/8
**about [148]**   352/10
 352/13 358/7
 358/10 359/21
 361/16 364/17
 368/4 370/1 373/12
 377/12 378/7
 378/16 378/20
 378/25 381/13
 383/22 383/23
 384/9 384/18
 384/21 389/2 390/9
 391/12 395/24
 397/8 397/11
 399/17 399/18

401/16 401/23
402/8 403/23 408/9
408/13 412/21
412/25 413/16
414/16 415/13
417/11 417/13
417/17 420/4 420/5
420/6 420/7 420/11
421/17 423/1
424/17 424/21
424/22 424/24
425/17 426/8
426/14 426/25
427/3 427/9 428/14
428/17 428/18
428/20 428/24
429/1 429/1 429/6
429/6 432/10
432/12 432/13
432/16 432/17
434/4 434/5 434/9
434/10 434/11
435/24 436/4
438/11 439/12
439/15 439/17
440/21 440/24
441/1 441/2 444/3
444/6 445/5 446/8
450/16 455/15
458/6 462/10
462/12 462/14
463/3 463/10
465/23 466/21
467/17 467/19
468/8 472/9 475/18
476/10 477/4
477/12 477/13
478/16 478/22
483/18 484/2
484/18 484/18
484/22 485/24
488/16 488/24
488/25 489/1 489/3
489/20 490/16
491/19 491/23

499/18 500/16
501/5 501/24 502/1
502/13 503/25
504/8 506/5 507/14
508/2 508/9 508/11
508/18 509/17
**above [2]**   465/13
 511/17
**above-entitled [1]**
 511/17
**absence [2]**   508/2
 509/13
**absent [2]**   445/21
 473/17
**absolutely [13]**
 361/12 369/21
 375/14 375/18
 413/17 421/16
 421/22 424/21
 445/20 476/20
 476/22 477/19
 479/1
**abstained [1]**
 414/13
**academic [1]**
 368/20
**accept [2]**   448/15
 483/9
**acceptable [1]**
 407/22
**accepted [1]**
 453/21
**access [2]**   418/20
 476/11
**accompanied [2]**
 431/19 433/18
**accordance [1]**
 415/9
**according [1]**
 472/3
**accurate [4]**
 362/16 369/20
 471/9 500/8
**accurately [1]**
 355/4

**acknowledge [1]**
470/7
**acknowledging [1]**
504/3
**acronym [1]** 481/23
**acting [1]** 443/15
**action [1]** 368/20
**activated [6]**
426/1 434/20 443/1
443/10 483/15
509/9
**activities [14]**
354/25 355/10
356/22 357/12
359/12 359/13
359/23 359/24
360/5 360/6 360/10
361/1 368/16
369/15
**activity [6]**
370/24 425/25
434/19 483/14
483/17 500/13
**actual [6]** 395/6
413/19 418/22
423/24 425/3 448/5
**actually [35]**
361/10 368/1
370/15 372/22
373/10 374/6 376/5
377/14 380/24
390/23 403/20
405/19 405/25
407/13 410/25
412/5 413/15
424/13 425/1 444/5
446/7 446/7 446/25
454/19 456/20
457/19 461/17
465/6 465/21
477/21 482/9 495/7
499/11 501/16
508/12
**add [4]** 432/23

**added [11]** 421/18
436/1 438/3 445/2
445/24 450/21
451/9 451/14
451/24 460/24
472/21
**adding [2]** 432/21
445/15
**addition [2]**
357/12 471/23
**additional [2]**
408/8 445/2
**addressed [2]**
430/22 489/21
**adequately [6]**
442/25 456/2
456/25 457/1
474/16 475/3
**adjust [2]** 416/10
416/13
**adjustment [1]**
462/22
**Administration [2]**
448/18 486/15
**administrative [1]**
481/18
**admissibility [2]**
352/14 502/13
**admissible [1]**
502/23
**admission [1]**
504/18
**admit [10]** 364/14
374/21 376/18
380/8 382/9 387/7
430/24 432/5 481/4
486/24
**admitted [34]**
358/3 374/25
382/11 383/12
384/4 386/16
386/17 386/19
386/22 387/1 390/7
406/18 406/21
409/19 433/24

440/13 441/20
447/19 453/11
457/25 460/20
465/1 468/6 471/4
482/21 483/5
491/10 502/4
502/24 504/13
504/21 505/7
**advise [2]** 356/13
358/23
**advised [1]** 408/9
**advisory [16]**
380/18 400/2
405/10 408/16
408/23 409/3
409/10 409/23
411/25 412/8
412/16 413/15
413/20 414/23
456/20 477/17
**AF [4]** 411/14
411/16 422/24
435/15
**affairs [1]** 359/5
**affect [1]** 421/1
**affected [1]**
420/16
**affecting [1]**
413/1
**affects [2]** 497/11
497/12
**AFib [18]** 432/2
435/17 436/8
438/18 446/8
446/12 453/5 460/9
466/19 467/2 467/5
467/21 472/21
475/6 482/22
482/24 482/25
497/25
**AFib-specific [1]**
472/21
**afield [1]** 489/18
**after [17]** 353/3
394/4 413/22

**after... [14]**
414/15 417/21
417/21 418/10
445/22 474/8
475/19 478/6
491/25 492/7
503/23 509/21
509/22 510/22
**afternoon [7]**
349/11 352/3
353/13 353/14
353/15 448/1
448/22
**AG [1]** 350/9
**again [97]** 354/22
355/2 355/17
356/24 358/12
359/25 362/24
363/20 365/6 366/8
367/19 368/8
369/21 370/13
373/15 376/2 376/6
377/6 377/23 378/5
379/7 380/11
381/24 383/2 383/7
385/15 388/18
389/11 393/8
394/11 395/24
397/4 397/20 398/1
398/17 404/3
404/16 404/21
405/19 408/2 413/3
417/21 418/2 420/9
421/2 421/6 422/9
422/11 422/11
424/16 424/21
425/16 426/21
432/16 432/16
432/19 433/13
438/15 439/14
443/5 445/5 448/5
449/7 449/13 456/8
456/10 457/2 458/4
458/15 458/18

459/12 459/13
460/9 462/2 463/13
465/18 469/5
469/18 471/10
471/21 473/10
473/22 474/6
474/14 477/7
482/17 482/17
483/12 484/16
492/19 492/22
493/5 493/5 495/13
499/11
**against [1]** 399/24
**agency [1]** 407/23
**ago [4]** 364/25
377/13 409/15
432/9
**agree [40]** 355/9
391/17 393/19
394/1 394/3 395/4
395/5 395/6 395/25
396/4 403/11
403/14 404/20
418/7 418/14
418/15 419/17
419/24 420/14
448/15 453/15
462/22 464/1 464/3
466/15 469/8
474/10 475/14
488/13 490/6 492/1
492/3 494/21
495/10 495/16
501/6 504/15
504/20 508/24
509/21
**agreed [9]** 383/20
404/22 465/5
465/15 465/17
474/24 474/25
481/22 484/6
**agreed-upon [4]**
465/15 474/24
474/25 484/6
**agreement [9]**

503/12 504/3
504/17 504/18
505/10 507/15
**ahead [6]** 363/22
428/2 444/3 459/6
471/24 476/6
**al [1]** 349/9
**Alabama [1]** 349/20
**algorithm [1]**
461/21
**Alison [1]** 472/4
**all [162]** 352/7
352/25 353/4 355/9
356/3 357/17
359/12 361/8
364/20 364/23
367/10 367/20
368/2 368/10
368/14 369/17
370/15 370/20
371/25 373/20
375/3 376/9 376/12
376/13 377/5
377/16 377/25
378/7 379/14
380/16 383/9
383/20 384/1
384/11 385/24
386/15 387/8
390/11 390/21
394/15 394/23
395/10 396/12
396/15 396/25
397/4 397/10
397/11 398/3 398/8
398/20 399/3
399/14 401/21
402/1 403/1 403/17
404/6 404/9 404/20
404/23 405/8
405/12 406/5 406/9
406/24 410/1
411/13 414/15
415/5 415/6 417/13
421/25 423/8 425/7

**all... [87]** 425/16
426/14 429/11
429/13 429/16
429/23 430/8
433/16 434/3
435/14 435/21
435/22 435/24
435/25 438/12
439/18 440/10
440/15 442/4
444/23 445/14
445/22 445/24
447/16 447/22
449/16 451/17
452/3 452/9 452/17
453/13 457/16
457/22 458/16
459/23 463/12
464/11 464/18
467/6 468/6 469/24
470/2 470/3 470/14
474/7 475/11
476/11 476/12
477/25 478/25
479/2 479/2 482/16
482/20 483/9
484/21 485/1 485/4
486/17 487/7
487/12 490/4 490/6
491/9 492/10
493/13 494/15
495/14 495/15
497/3 497/15
497/17 497/17
497/22 500/11
505/2 505/5 505/20
506/5 506/20
506/23 507/1
509/21 510/7
510/17 510/20
510/25
**Alla [1]** 470/15
**Allan [1]** 410/4
**Allen [1]** 349/19

**allow [3]** 359/5
360/16 471/19
**allowed [6]** 357/3
357/11 357/14
359/7 359/24
360/18
**allows [5]** 357/1
359/15 360/6
360/11 360/12
**almost [1]** 485/3
**alone [1]** 402/21
**along [5]** 396/6
407/20 438/3
442/22 446/16
**already [6]** 360/21
386/19 406/3
482/20 483/5
491/10
**also [35]** 354/14
355/12 377/6
396/13 399/12
404/18 410/9
410/14 410/22
412/8 418/14
419/24 421/23
425/24 427/15
435/2 445/15
450/11 450/16
459/10 466/20
467/2 469/3 472/16
474/17 482/5
482/24 483/17
493/19 494/22
495/1 495/6 495/9
496/16 509/17
**although [4]** 443/2
443/11 443/22
463/17
**always [7]** 411/4
417/11 417/25
419/9 421/3 421/6
443/24
**always good [1]**
417/25
**am [16]** 354/6
355/18 357/14

**am... [3]** 359/6
357/14 361/6
366/11 369/17
371/10 374/11
380/5 393/17
406/15 449/13
455/19 479/1
**America [2]** 422/7
484/9
**among [1]** 487/17
**amount [2]** 375/12
491/24
**amounts [1]** 366/14
**amplifies [1]**
403/12
**analysis [14]**
388/24 389/2
389/10 390/1 391/8
391/24 394/16
396/17 397/4
397/21 401/9
404/16 405/14
426/18
**analyzed [1]**
420/23
**ancillary [1]**
480/13
**and/or [1]** 368/20
**Andrea [4]** 447/23
448/9 448/13
468/14
**Andrei [1]** 410/18
**ANDY [1]** 349/19
**Ann [1]** 430/19
**annual [6]** 359/6
360/17 360/25
363/13 380/4
382/14
**another [16]**
386/22 397/10
397/11 417/23
419/3 421/24
431/15 439/23
451/1 460/3 485/24
488/20 488/22
488/24 508/12
508/20

Case 2:14-md-02592-EEF-MBN Document 1638 Filed 10/10/17 Page 173 of 243

**answer [20]**    354/15
 361/22  361/23
 370/10  388/20
 389/11  389/14
 389/24  392/18
 418/3  419/1  428/2
 451/4  456/19
 488/19  490/9
 490/15  492/11
 492/25  493/6
**answered [7]**
 360/20  361/19
 361/21  361/23
 370/6  418/24  421/5
**answering [2]**
 389/20  473/6
**answers [2]**    440/5
 456/9
**antagonists [2]**
 461/14  496/8
**Anti [2]**    483/16
 500/13
**Anti-factor [1]**
 483/16
**Anti-Xa [1]**    500/13
**anticipated [1]**
 497/7
**anticipating [1]**
 419/3
**anticipation [1]**
 367/17
**anticoagulant [11]**
 445/9  445/16  446/1
 450/22  451/9
 451/25  482/13
 488/24  507/25
 508/3  509/13
**anticoagulants [6]**
 442/19  487/13
 488/2  496/10  504/9
 508/6
**anticoagulation [5]**
 456/1  461/9  462/4
 474/4  474/11

**anxious [1]**    489/10
**any [32]**    359/17
 365/7  367/3  374/13
 374/18  375/22
 379/22  406/19
 420/22  436/11
 437/25  440/7
 452/15  461/8  462/4
 462/24  468/1  470/6
 475/25  476/7
 477/20  478/1
 478/17  479/4  479/7
 486/20  487/3
 487/24  488/1  488/2
 488/14  510/4
**anything [10]**
 359/21  365/20
 428/20  429/6
 463/10  471/21
 476/9  477/21
 499/25  501/13
**anytime [1]**    385/17
**anyway [1]**    417/24
**anywhere [1]**    360/3
**apologize [3]**
 393/7  444/8  498/17
**apparently [1]**
 356/4
**appear [3]**    391/19
 392/21  470/22
**APPEARANCES [2]**
 349/14  350/1
**appears [3]**    427/16
 428/6  477/8
**applicable [4]**
 369/24  373/17
 504/11  504/11
**applicant [1]**
 407/23
**application [35]**
 384/21  384/25
 385/25  386/8
 386/10  408/25
 411/8  414/24
 422/19  422/23
 422/24  422/24

 423/4  423/7  431/8
 432/2  433/3  433/6
 436/5  436/8  438/11
 438/16  446/7  446/8
 459/20  460/9
 460/11  465/9
 465/11  465/17
 466/19  467/2  475/6
 480/7  504/9
**Application 1 [3]**
 423/7  431/8  432/2
**applied [1]**    461/17
**applies [1]**    368/2
**apply [1]**    463/11
**appointment [2]**
 359/10  364/7
**appreciate [3]**
 427/24  504/2
 510/21
**approach [3]**
 353/23  357/20
 503/3
**approaches [2]**
 508/1  508/6
**appropriate [3]**
 475/12  503/20
 504/24
**approval [7]**
 399/24  401/7
 414/16  415/8
 464/11  464/21
 472/13
**approve [11]**
 387/14  399/12
 399/15  399/21
 399/22  400/11
 400/12  414/19
 414/20  415/11
 465/20
**approved [69]**
 356/13  359/3
 368/18  384/17
 385/17  385/17
 387/18  388/8  388/8
 388/11  399/8
 399/18  399/25

**approved... [56]**
400/4 401/11
401/13 404/17
405/7 405/14
405/25 406/2 406/6
407/23 408/13
414/1 415/2 418/17
418/21 419/18
419/24 426/15
427/2 427/11
459/17 459/17
459/19 459/20
464/6 464/11
464/13 465/3 465/6
465/9 465/11
465/13 465/17
465/18 466/2 468/9
473/21 474/23
474/25 475/10
475/24 476/7 482/5
482/22 483/1
483/12 483/13
484/4 484/7 484/7
484/23 484/24
487/9 497/24
497/25 498/1
**approves [1]**
384/12
**approving [4]**
411/1 412/14 413/7
413/24
**approximate [1]**
490/17
**approximately [6]**
375/25 377/15
377/15 377/17
418/11 442/11
**approximation [1]**
488/23
**April [5]** 349/8
352/2 358/14
438/13 483/23
**April 1st [1]**
438/13

483/23
**April 6th [1]**
358/14
**aPTT [5]** 426/2
434/21 483/15
488/23 507/14
**are [95]** 353/4
354/12 356/21
357/4 359/17 365/4
365/4 365/15
367/15 368/2 372/7
379/15 380/17
380/23 381/23
381/24 382/14
384/16 384/18
389/3 397/2 397/15
398/6 398/9 399/21
400/7 400/10
400/25 402/14
402/20 404/12
409/9 410/8 410/22
412/12 416/9
416/25 417/1 417/6
417/17 419/5 419/5
419/13 420/7
424/24 426/2 427/3
427/12 428/8
434/21 438/8
438/11 441/15
446/20 446/22
452/24 459/13
460/1 461/25
464/18 465/19
466/21 467/18
468/22 469/15
472/25 474/21
474/22 477/10
479/15 479/16
480/13 480/24
482/18 483/16
484/1 487/12 488/8
490/18 492/17
492/18 492/20
492/21 492/23
494/24 495/2 496/8

496/12 498/5 498/8
502/23 508/2 508/7
509/10 509/11
**area [1]** 502/18
**areas [2]** 476/13
484/11
**aren't [6]** 354/13
406/14 440/3
446/19 479/9
498/16
**arguing [2]** 370/7
479/20
**argument [7]**
379/23 451/21
463/25 473/2 473/4
473/7 489/8
**arms [1]** 411/18
**around [5]** 363/2
363/2 421/8 421/12
428/4
**article [26]**
485/12 490/20
491/10 491/14
491/22 493/9 495/9
495/22 495/23
496/5 497/3 500/11
500/17 500/25
501/5 501/15
502/18 503/14
503/16 503/21
503/24 504/7
505/11 507/18
508/12 508/20
**articles [3]**
498/20 501/15
509/25
**as [108]** 352/20
353/10 353/21
354/11 355/3
356/25 360/7
360/14 361/8 362/6
362/14 365/25
368/17 369/19
370/16 372/10
372/11 372/11
372/12 372/12

Case 2:14-md-02592-EEF-MBN Document 6438 Filed 05/10/17 Page 175 of 243

**as... [88]**   372/13
 372/13 372/13
 372/22 373/3 373/4
 373/4 373/18
 381/15 382/15
 382/15 382/15
 384/5 384/12
 385/18 387/10
 388/2 388/4 388/12
 390/7 391/22
 391/23 392/23
 392/24 394/7
 394/25 395/11
 395/23 399/8 400/4
 400/4 402/7 403/6
 413/6 417/20 420/1
 422/25 423/13
 423/21 424/11
 424/14 426/16
 427/6 436/22 456/4
 459/21 462/18
 462/22 464/12
 465/14 466/19
 468/16 468/22
 469/9 472/18
 472/20 472/23
 473/11 475/15
 475/15 475/21
 481/17 483/9
 485/21 488/11
 490/14 491/7
 491/10 495/18
 495/18 495/22
 495/22 497/7
 498/24 501/16
 501/21 501/21
 501/22 502/17
 502/24 503/16
 503/16 504/5
 504/14 504/25
 508/7 508/24 509/8
**ASA [4]**   402/4
 402/6 402/10
 402/24

**aside [1]**   396/16
**ask [28]**   355/23
 379/2 385/15 386/2
 388/20 389/11
 391/14 396/5 397/5
 398/11 399/3 402/8
 402/18 413/16
 419/16 427/8
 428/20 451/7
 457/11 486/3 488/8
 489/9 490/8 492/11
 501/25 503/1 509/6
 510/11
**asked [32]**   360/20
 361/5 361/12
 361/18 361/21
 370/6 370/15
 370/15 373/10
 373/10 373/13
 377/21 378/24
 379/6 379/13
 379/13 383/24
 385/13 391/12
 392/2 392/13 396/1
 403/23 413/22
 414/4 418/3 426/23
 428/22 472/12
 488/18 499/17
 510/19
**asking [12]**   359/25
 360/2 361/15 365/2
 366/7 383/22
 403/21 426/9
 428/21 444/12
 453/24 495/25
**asks [1]**   408/17
**aspect [3]**   368/21
 408/2 452/10
**aspects [2]**   476/14
 481/16
**aspirin [14]**
 402/10 402/16
 403/1 403/6 403/12
 403/25 404/1 404/9
 404/13 404/14
 408/5 408/7 408/10

**assay [2]**   450/17
 461/13
**assays [8]**   461/10
 461/25 461/25
 462/5 508/7 508/24
 509/8 509/11
**assertion [3]**
 393/9 393/12 401/3
**assessing [1]**
 415/17
**assessment [3]**
 407/16 435/2
 450/11
**association [10]**
 385/1 385/2 385/5
 392/3 392/4 393/5
 393/6 393/21
 398/23 428/13
**associations [2]**
 489/12 489/16
**assume [4]**   424/8
 436/12 448/2 469/3
**assuming [1]**
 444/10
**asterisk [1]**   369/7
**atrial [17]**   386/10
 387/15 388/12
 406/8 408/25
 411/13 414/3
 424/17 433/3 433/6
 438/6 439/7 440/20
 472/10 476/8 480/8
 485/5
**attached [2]**
 448/13 465/3
**attachment [1]**
 452/22
**attention [3]**
 387/21 442/20
 510/21
**attenuated [3]**
 402/5 402/23 403/8
**attenuating [1]**
 402/24
**attorney [1]**   374/4

**A**

**attorneys [2]**
354/21 355/6
**August [8]** 385/7
387/10 388/4
388/10 405/16
405/22 405/24
474/2
**August 10th [4]**
388/10 405/16
405/22 405/24
**August 10th date**
**[1]** 474/2
**August 2011 [2]**
387/10 388/4
**authentic [1]**
481/4
**authenticate [1]**
471/21
**authenticating [1]**
501/10
**authenticity [3]**
374/13 471/17
505/6
**author [3]** 500/12
501/1 507/18
**authors [3]** 496/7
497/9 508/5
**available [4]**
461/9 463/19
471/23 487/9
**average [4]** 369/23
432/14 493/13
497/7
**aware [4]** 415/3
415/6 479/9 497/25

**B**

**back [63]** 374/12
375/19 378/20
378/23 379/3
379/12 383/21
384/3 389/22
407/10 407/13
409/14 412/24
414/11 414/12

420/3 426/13
426/20 428/3 428/5
428/12 428/15
428/18 436/11
437/9 437/10
437/11 439/4
439/10 440/4 440/5
440/18 440/23
441/16 446/6
446/24 448/21
449/12 454/2 454/4
454/16 454/21
455/1 456/4 456/21
457/7 458/4 458/19
458/23 459/2 459/5
459/22 460/10
460/22 460/23
465/9 466/1 467/25
473/10 474/17
480/14 490/1 506/4
**back-and-forth [4]**
446/24 459/22
460/10 465/9
**back-and-forths [1]**
449/12
**backslashes [1]**
486/23
**backwards [1]**
489/7
**bad [3]** 426/23
462/3 462/13
**BARR [1]** 349/16
**Barrasso [1]**
350/17
**based [22]** 359/9
371/25 386/8
391/18 391/25
395/16 399/8
404/22 414/21
414/23 414/23
414/25 415/12
428/12 453/17
469/7 475/14
490/20 494/7
494/21 502/9
503/13

**baseline [3]** 417/3
417/11 417/11
**basically [8]**
360/12 366/20
391/3 415/22
419/11 420/10
428/9 461/20
**basing [1]** 477/7
**basis [3]** 453/23
472/20 501/23
**bathroom [1]** 506/4
**Bayer [5]** 350/8
350/9 401/15 464/4
476/9
**Baylen [1]** 349/17
**be [174]**
**be-all [1]** 497/17
**Beasley [1]** 349/19
**beat [1]** 510/6
**because [62]** 356/8
361/9 362/18
365/15 366/8
366/12 367/1 368/1
368/5 369/9 371/10
372/3 373/16
377/20 379/16
379/18 385/2 389/8
391/14 392/12
393/15 396/5
396/14 396/21
398/4 398/19
403/20 405/20
416/11 417/9
417/23 419/5 420/1
421/12 422/2
428/22 429/3 429/5
444/25 447/11
451/5 454/18
454/25 455/19
456/7 469/2 469/14
470/10 474/2 474/8
475/7 476/4 476/25
479/15 488/8 493/3
497/13 497/20
498/10 500/4
508/10 508/11

**Beck [2]** 383/22
384/6
**been [54]** 353/9
353/17 353/20
358/11 361/18
364/25 367/18
368/6 380/2 393/4
394/21 400/17
400/23 400/24
401/3 401/3 401/4
401/10 401/10
419/11 430/14
438/14 439/11
442/25 445/2
448/22 454/23
455/20 456/2
456/14 456/16
456/20 456/21
456/25 462/23
463/3 468/24 469/1
469/11 471/18
474/5 474/12
474/16 474/18
474/19 474/20
475/2 487/12
491/10 496/10
503/15 505/21
508/8 510/21
**before [42]** 349/12
358/10 371/21
379/23 384/12
385/17 385/17
387/17 388/8
388/11 401/7
404/17 405/14
406/2 406/3 406/6
417/3 418/11
418/16 418/20
419/18 421/5
426/12 426/14
427/1 427/10 432/9
438/21 460/6
464/12 468/8
470/19 470/20

500/17 501/5 501/8
501/9 503/19
503/23
**began [1]** 481/20
**behalf [1]** 374/7
**behind [3]** 391/7
394/10 399/6
**being [11]** 357/13
358/2 359/22
455/16 469/8
476/12 476/13
485/22 497/19
502/16 504/18
**believe [13]**
387/23 408/15
409/2 410/20
412/11 438/9
446/20 457/10
469/25 469/25
475/21 478/19
486/20
**believed [2]**
427/15 428/12
**believes [2]** 475/2
496/19
**BELLWETHER [1]**
349/11
**below [4]** 388/2
398/18 398/23
399/6
**bench [3]** 503/3
503/6 511/3
**benefit [3]** 408/8
437/7 470/6
**benefit/risk [1]**
437/7
**benefits [2]** 356/6
358/17
**Benjamin [1]**
349/22
**best [6]** 367/19
372/18 377/24
454/9 475/21
511/15
**BETH [1]** 350/9

415/1 500/9
**between [43]** 362/2
363/4 372/23
373/21 384/14
385/5 385/19
387/25 388/5 402/3
402/15 402/20
408/7 411/18 415/3
415/21 416/3 416/4
421/23 426/5
426/11 426/11
426/19 427/13
428/13 428/16
432/23 434/24
446/25 449/17
450/8 458/23
467/16 470/16
483/19 484/21
489/24 489/25
490/18 491/5 494/5
498/6 498/11
**beyond [2]** 359/6
360/18
**Bhatnagar [2]**
442/1 444/5
**big [1]** 418/19
**bigger [2]** 404/5
404/6
**billed [1]** 375/17
**billing [1]** 374/6
**binding [1]** 408/21
**BIRCHFIELD [1]**
349/19
**Bishop [1]** 358/19
**bit [2]** 370/20
507/23
**Blaus [4]** 472/4
472/9 472/12
472/16
**bleed [18]** 391/11
391/11 392/9
394/17 394/20
395/22 395/24
396/10 396/23
397/8 397/13

**bleed... [7]**
399/10 420/11
426/19 427/6
478/14 489/14
497/19
**bleeding [106]**
385/5 388/15
388/15 388/22
388/22 389/4 389/6
389/6 389/13
389/13 391/3 391/5
391/8 391/20
391/22 391/22
392/9 392/17
392/17 392/22
392/23 392/23
394/6 394/6 394/7
394/8 394/14 396/4
396/8 397/17
397/17 397/18
397/20 398/7 398/7
402/3 402/15
402/21 403/1
403/12 408/6 408/6
408/10 408/14
415/4 415/18
416/16 419/11
419/22 426/8
427/19 428/7 428/8
428/14 428/16
428/18 428/20
429/2 429/6 432/12
432/17 434/10
435/24 439/17
441/2 442/11 443/6
443/15 444/21
445/5 454/22 456/1
463/23 472/25
473/17 474/4 474/5
474/12 475/18
475/22 476/10
476/23 477/4 477/9
477/10 477/18
477/20 478/1

478/22 479/17
479/18 483/18
487/19 490/14
492/17 492/20
492/23 497/12
497/21 498/6
498/12 498/13
498/14 510/13
**bleeds [8]** 388/24
394/18 395/22
397/24 398/15
415/3 493/4 493/4
**blood [26]** 391/10
395/13 416/8
420/19 420/25
421/12 421/18
442/8 442/9 442/25
443/10 477/3 477/3
485/5 487/8 487/9
487/20 487/21
487/24 488/1 491/5
491/25 492/7
492/15 493/17
493/21
**blow [2]** 367/8
378/2
**board [3]** 380/18
395/8 477/17
**Bob [1]** 484/1
**Bogard [1]** 350/2
**book [3]** 361/14
362/8 362/9
**both [14]** 357/10
357/10 357/11
410/16 416/22
419/12 439/15
456/23 460/13
460/14 477/17
482/25 483/1 507/5
**bottom [5]** 367/22
377/4 403/23
485/12 491/8
**Boudreaux [1]**
349/8
**box [2]** 349/20

**Boy [1]** 400/6
**brain [1]** 397/18
**brand [1]** 479/4
**break [7]** 398/24
429/8 429/9 429/11
432/9 506/3 506/18
**BRIAN [1]** 349/16
**brief [1]** 511/4
**briefing [2]** 387/2
409/3
**briefly [1]** 352/11
**bring [2]** 352/24
506/24
**broke [1]** 388/24
**broken [2]** 395/1
397/15
**brought [2]** 383/8
410/11
**bullet [1]** 468/20
**bunch [1]** 494/2
**buried [1]** 493/6

**C**

**calculated [1]**
373/20
**calculations [1]**
495/3
**Calibrated [1]**
500/13
**California [13]**
353/18 353/21
354/5 354/11 355/5
355/9 355/16 359/1
360/4 361/16
365/12 369/11
382/6
**call [43]** 353/6
371/14 376/2
376/20 382/12
387/20 403/17
406/22 409/20
410/6 410/21
422/23 429/22
430/25 431/9 432/7
434/2 434/17 436/1

**call... [24]**
436/23 439/3
440/15 441/3
441/21 443/8
447/21 448/21
450/19 451/13
452/3 453/13 458/4
463/4 468/12
470/15 472/3 472/6
473/9 483/12 487/7
491/21 496/6 499/6
**called [3]**   352/6
391/9 493/10
**calling [2]**   381/25
487/12
**calls [2]**   369/8
370/3
**came [3]**   465/8
474/17 484/7
**can [116]**   353/23
356/22 357/9
357/19 357/23
358/3 363/12
367/19 370/11
372/18 373/11
373/14 384/10
386/24 389/2 389/8
389/16 389/20
389/20 389/21
391/1 391/7 391/13
391/23 392/24
393/14 393/15
394/19 394/19
395/4 395/5 395/25
396/4 398/7 398/14
398/15 403/14
404/20 407/22
410/6 413/9 415/17
415/21 417/5 417/7
417/15 418/14
419/2 419/4 419/14
420/16 420/19
421/3 421/20
421/23 421/25

422/2 422/4 422/17
422/23 429/8
437/21 442/10
445/9 447/7 447/10
448/8 453/15
453/20 454/15
458/25 459/2
466/15 466/16
469/18 477/5
477/16 478/6
478/13 478/15
478/18 479/9
479/14 479/17
479/17 484/2
484/16 485/5
485/19 485/24
488/19 488/21
489/10 492/25
493/3 494/4 494/14
494/15 494/22
494/25 495/2 496/1
496/19 498/22
500/8 500/15 501/8
502/3 502/22
502/24 504/22
505/5 505/22
507/21 507/23
508/13
**can't [22]**   378/23
381/11 386/17
393/15 398/21
404/4 419/3 420/16
421/21 424/21
451/4 453/24
461/20 470/9
471/21 474/21
478/15 478/19
490/14 502/5
505/23 509/3
**cannot [6]**   398/13
445/16 446/1 451/9
451/25 482/13
**cardiac [1]**   469/6
**cardiac-related [1]**
469/6
**Cardio [13]**   436/19

468/24 469/2
469/10 469/11
469/16 469/19
469/20 476/13
476/19 476/24
**Cardio-Renal [13]**
436/19 436/20
468/22 468/24
469/2 469/10
469/11 469/16
469/19 469/20
476/13 476/19
476/24
**cardiovascular [9]**
408/23 409/10
409/22 433/7
433/11 466/11
466/18 466/25
480/17
**care [3]**   478/15
478/22 497/18
**careful [13]**   400/8
434/10 446/21
447/2 447/5 447/12
449/13 469/1
469/13 476/25
482/17 490/11
498/1
**cares [1]**   497/18
**Carolina [1]**
350/14
**case [10]**   349/9
379/23 383/17
402/7 407/16 412/4
418/3 460/12 495/5
505/19
**cases [3]**   374/3
435/4 450/13
**categories [1]**
388/25
**cause [2]**   356/9
487/19
**CDER [2]**   410/24
410/25
**Center [1]**   412/2

**Centre [1]** 349/23
**certain [13]**
354/12 354/14
354/25 400/12
401/10 401/22
401/23 401/24
424/21 430/7
487/17 502/22
504/22
**certainly [26]**
358/1 361/5 363/22
386/14 396/15
397/3 398/1 401/18
417/21 418/9 420/9
420/24 421/25
422/9 422/10
442/10 442/20
457/8 459/9 465/8
486/22 488/25
495/5 496/19 498/4
509/24
**CERTIFICATE [1]**
511/11
**certification [3]**
369/18 376/4 382/5
**certifications [1]**
384/9
**certified [2]**
362/13 379/9
**certify [4]** 369/10
369/10 372/16
511/14
**CFR [1]** 481/25
**chance [4]** 358/10
399/17 432/25
503/21
**chancellor [2]**
358/19 359/5
**change [1]** 384/11
**changed [2]** 416/20
486/10
**changes [9]** 426/19
447/9 448/15
448/16 448/16

452/18 458/20
468/22 469/9
**charge [1]** 352/20
**chart [3]** 398/23
404/18 494/19
**check [11]** 407/10
414/11 414/12
424/5 440/4 440/6
441/16 465/8
465/10 467/25
471/11
**checked [1]** 485/8
**cherry [3]** 390/2
396/18 396/24
**cherry-pick [1]**
390/2
**cherry-picked [1]**
396/24
**cherry-picking [1]**
396/18
**chose [4]** 420/2
489/1 494/19
501/21
**chosen [1]** 484/19
**Chromogenic [1]**
500/13
**chronology [1]**
424/15
**citation [1]**
445/20
**citations [1]**
499/23
**cite [1]** 469/25
**cited [8]** 415/19
498/24 498/25
499/18 499/22
500/19 500/21
502/14
**citing [1]** 489/16
**claim [2]** 379/19
381/22
**clarification [2]**
455/4 466/16
**clarify [2]** 390/9
452/9
**clear [18]** 365/7

369/21 371/11
396/8 406/1 419/4
432/11 444/21
449/7 458/11
466/12 466/22
474/1 478/8 494/14
503/7 503/11
503/11
**clearly [5]** 368/23
437/20 458/22
468/3 474/21
**client [11]** 416/12
418/4 418/23 419/5
419/9 426/17 427/5
464/4 484/16
484/17 484/18
**client's [2]**
484/19 484/19
**clients [2]** 419/13
479/3
**clinical [15]**
406/1 407/21
409/4 412/5 423/3
425/11 428/4
443/21 444/3
448/23 468/15
477/6 480/14
480/24 491/14
**closely [6]** 384/13
426/6 434/25
439/16 449/18
450/9
**clot [2]** 395/14
395/19
**clots [1]** 442/9
**clueless [6]**
443/15 445/13
476/20 476/22
477/4 477/19
**Cmax [9]** 492/2
492/6 493/3 493/10
493/13 493/25
495/12 495/13
497/13
**CNS [1]** 414/2
**coagulant [1]**

415/21 426/8 397/3

coagulant... [1]
 425/21
coagulation [7]
 434/13 437/5 437/8
 449/5 454/22
 496/13 507/15
Code [1]   481/24
coefficient [2]
 494/17 495/4
colder [1]   353/5
colleague's [2]
 374/2 374/3
colleagues [3]
 358/7 358/7 383/7
collect [1]   418/10
collected [1]
 418/10
collection [1]
 480/5
Columbia [1]
 350/14
column [11]   366/5
 378/1 394/14
 394/15 394/17
 394/19 395/21
 397/10 397/12
 398/17 496/5
columns [2]   395/25
 396/1
come [8]   352/17
 360/20 398/13
 407/23 408/17
 445/22 490/15
 506/4
comes [1]   505/9
comfortable [1]
 353/5
comment [10]   435/9
 458/9 458/11
 458/12 458/13
 460/24 461/2 461/3
 461/5 461/24
comments [13]
 379/22 401/4

443/18 443/20
447/10 447/25
448/15 452/23
457/20 484/1 484/2
commercially [1]
 461/9
commitment [1]
 355/10
committee [14]
 408/16 408/16
 408/24 409/3
 409/11 409/23
 411/7 411/25 412/9
 412/16 413/11
 413/12 413/15
 413/20
committees [2]
 400/2 405/10
communication [2]
 443/21 488/11
companies [11]
 385/3 385/4 418/6
 419/17 419/21
 427/13 427/15
 472/25 479/16
 498/8 509/4
company [27]
 384/24 418/18
 419/21 420/10
 426/17 428/10
 428/13 428/21
 429/5 435/6 437/18
 437/18 456/12
 456/13 456/25
 458/23 463/1
 475/16 475/16
 477/7 477/13
 477/15 479/3
 479/14 487/25
 488/20 510/16
company's [7]
 475/17 475/17
 475/20 477/16
 490/22 493/7
 496/16

compared [4]
 411/22 428/7
 477/10
Compensated [1]
 368/16
compensation [29]
 355/12 355/15
 356/6 356/14
 356/24 357/6 357/8
 357/12 357/15
 358/17 359/4 359/7
 359/12 359/14
 360/13 360/15
 360/18 361/3 361/7
 361/11 363/13
 363/17 368/3
 368/24 369/3
 369/12 372/20
 380/5 383/20
complete [3]   386/5
 387/10 470/5
completely [1]
 372/5
completeness [1]
 352/16
complied [1]
 369/11
comply [2]   368/9
 481/24
computer [1]
 350/25
concentration [33]
 384/14 385/20
 388/1 388/6 426/6
 426/11 427/14
 432/12 434/11
 434/24 439/16
 441/1 443/4 443/14
 443/23 449/18
 450/8 473/17 492/7
 492/14 492/18
 492/21 492/24
 493/10 493/17
 493/20 494/6 494/7
 494/10 494/12
 498/12 498/13

concentration...
 **[1]**   508/16
**concentrations [2]**
 385/21 415/4
**concept [1]**   494/18
**concern [3]**   356/8
 358/7 412/15
**concerned [3]**
 361/8 468/21 469/8
**concerns [4]**
 413/13 414/16
 414/17 445/1
**conclude [2]**   510/2
 510/2
**concluded [6]**
 415/8 420/23 441/5
 495/18 508/6 511/9
**conclusion [8]**
 391/25 398/13
 398/21 399/11
 399/12 415/11
 415/12 497/13
**conclusions [1]**
 496/24
**concomitant [3]**
 402/4 408/7 408/10
**concur [1]**   407/11
**concurrent [1]**
 408/5
**conducted [1]**
 481/12
**confidence [1]**
 358/13
**confidential [1]**
 355/21
**confirmed [2]**
 468/23 469/11
**confirms [1]**
 387/25
**conflict [1]**
 355/10
**confused [3]**
 454/25 455/1
 478/20

 377/23 459/14
**confusion [1]**
 356/10
**connection [2]**
 352/12 358/3
**consequences [1]**
 490/13
**consider [1]**
 442/19
**considerable [1]**
 495/13
**considered [7]**
 435/3 450/12 484/4
 499/10 499/24
 500/1 504/6
**considering [1]**
 511/3
**considers [1]**
 442/5
**consistent [3]**
 456/24 487/22
 504/18
**constitute [1]**
 455/7
**consultants [2]**
 410/9 410/14
**consumer [5]**
 485/10 486/11
 486/14 486/18
 486/21
**consumers [1]**
 487/24
**ConsumerUpdates [1]**
  486/19
**contact [1]**   470/15
**contain [1]**   473/22
**contend [2]**   377/10
 477/20
**content [2]**   465/13
 470/23
**context [9]**   390/25
 397/1 420/17 425/2
 437/14 437/21
 437/25 499/3
 503/21

 359/11 359/15
 359/24 360/6
**continued [1]**
 401/7
**continuing [7]**
 368/18 400/25
 401/4 401/9 402/1
 431/22 431/25
**contradict [1]**
 504/8
**contradicts [1]**
 504/7
**contribute [1]**
 374/21
**control [3]**   421/4
 421/7 421/11
**controls [1]**   353/7
**conversation [1]**
 367/17
**conversion [2]**
 461/11 461/13
**cooperation [1]**
 507/5
**coordinate [1]**
 481/14
**coordinated [1]**
 412/6
**copied [3]**   384/24
 385/2 428/10
**copier [1]**   473/12
**copies [1]**   464/16
**copy [11]**   371/15
 423/10 423/12
 431/18 438/12
 439/23 459/25
 460/1 466/14
 471/20 471/22
**corner [1]**   507/21
**correct [157]**
 353/22 354/21
 355/1 355/8 356/23
 357/8 358/10
 358/19 359/7
 359/14 361/11
 362/15 363/24

**correct... [144]**
364/7 364/24 374/5
374/10 376/14
386/4 387/2 387/4
387/15 387/19
388/16 389/3
389/24 391/12
392/2 394/16
396/11 397/2
397/15 397/24
397/25 398/21
399/9 402/6 405/20
405/22 406/12
407/1 407/3 407/5
407/7 408/1 408/11
409/24 410/16
411/20 414/5
415/10 419/10
420/1 423/14 424/4
424/6 425/23 426/3
426/7 427/11
427/12 429/5 431/4
431/16 431/20
432/10 432/12
432/20 434/9
434/12 434/15
434/16 434/21
436/6 436/23 437/9
437/12 438/14
438/19 439/9 441/7
441/11 443/4 444/1
444/7 445/10 446/6
446/17 448/3
450/14 451/11
452/1 452/25 453/5
453/7 453/22
454/24 455/14
458/13 461/19
462/1 462/20
462/24 462/25
463/9 463/21
463/22 464/8 465/4
465/22 467/14
467/17 467/22

467/24 468/11
468/17 468/25
469/25 472/10
472/14 472/21
473/19 474/13
476/8 476/16
478/10 480/9 481/8
482/1 482/14
482/23 483/2
483/17 483/20
483/25 484/15
486/15 487/10
487/13 487/21
488/3 490/7 490/19
493/21 494/7 494/8
494/23 495/11
496/14 497/9
497/10 497/24
499/2 499/9 499/11
509/23 511/15
**correctly [3]**
444/16 475/6 478/5
**correlate [3]**
417/25 419/10
419/14
**correlated [7]**
426/7 434/25
439/16 444/15
444/20 450/9
478/21
**correlates [4]**
415/25 419/22
479/17 498/13
**correlation [35]**
391/2 392/6 392/7
393/1 393/3 393/21
397/9 400/10
403/10 417/10
417/17 417/23
426/11 427/6
427/13 428/16
429/1 443/7 444/4
445/20 463/3
463/23 475/5 476/4
477/12 477/13
484/17 496/17

496/18 496/25
497/16 498/6
498/11 498/11
510/2
**correlations [1]**
385/14
**Coukell [1]** 410/4
**could [39]** 356/11
365/7 367/4 367/7
368/19 372/11
372/13 373/2 373/4
373/6 373/23
377/24 384/8
398/18 401/14
401/15 401/18
416/13 421/6
421/16 421/16
422/7 422/9 437/7
450/2 454/2 463/1
463/15 465/21
469/19 491/12
493/1 497/15
500/17 503/16
505/10 509/24
510/12 510/20
**counsel [16]**
349/16 353/8
357/19 371/16
371/17 423/10
432/24 451/21
479/20 489/8
495/24 503/8
503/12 503/23
504/3 507/5
**counsel's [3]**
451/4 455/6 471/15
**Counselor [6]**
370/1 447/2 454/21
456/15 465/16
496/23
**counted [1]** 410/9
**couple [2]** 432/13
507/8
**course [6]** 393/20
400/16 422/15
492/8 508/19 509/1

**court [19]**   349/1
350/20 352/6
352/12 405/1 405/2
423/20 429/12
429/15 429/20
454/6 501/22
506/15 506/17
506/22 510/23
511/12 511/13
511/21
**courtroom [6]**
353/1 429/14
429/17 506/21
507/2 511/1
**cover [16]**   398/16
423/12 423/16
433/16 433/22
438/23 447/18
447/22 449/10
451/19 452/21
453/17 457/9 457/9
460/8 505/18
**covered [3]**   445/25
475/8 505/18
**covers [1]**   365/8
**created [2]**   404/16
405/14
**credibility [1]**
354/2
**critical [14]**
388/15 388/22
389/6 389/13
391/10 391/21
392/8 392/17
392/23 397/13
397/17 397/18
397/24 398/14
**cross [18]**   353/11
370/8 373/16
446/22 454/12
466/13 466/13
466/14 466/17
471/18 501/14
501/19 502/3

502/17 502/22
503/22 504/5 505/9
**cross-examination**
**[7]**   353/11 471/18
501/14 501/19
502/3 503/22 504/5
**cross-examine [2]**
502/17 502/22
**cross-out [4]**
446/22 466/13
466/13 466/14
**cross-outs [2]**
454/12 466/17
**crossed [1]**   454/10
**Ctrough [3]**   491/6
493/3 497/13
**cull [1]**   507/22
**cull-out [1]**
507/22
**current [2]**   468/24
469/12
**currently [3]**
354/4 485/9 498/5
**curve [2]**   491/8
492/16
**cut [2]**   399/3
455/22
**CV [1]**   349/9

**D**

**data [52]**   385/6
387/24 389/8 389/9
391/18 394/5 394/9
395/1 395/1 397/1
398/13 398/22
401/3 413/1 415/12
416/14 416/14
418/4 418/5 418/19
418/22 419/15
419/18 426/12
427/7 435/19
435/20 443/7
443/23 463/24
474/7 478/19
478/20 479/2 479/2
490/22 491/2 493/1

494/15 494/15
494/22 495/10
495/14 495/15
496/20 496/22
496/23 497/15
498/5
**date [13]**   365/7
405/23 441/24
460/7 464/19
465/14 470/25
473/22 473/25
474/1 474/2 474/2
485/20
**dated [18]**   358/14
364/9 369/16
376/25 383/5
405/22 424/5 424/9
424/9 431/3 441/13
441/23 444/3
447/25 452/21
459/24 485/12
499/7
**dates [25]**   362/20
362/21 365/4 365/4
365/6 365/7 365/15
365/16 365/17
366/2 366/11
366/11 366/16
366/21 366/25
367/2 367/21
369/23 372/3 372/6
372/7 373/14
400/22 405/21
424/7
**David [7]**   349/22
350/13 353/9
356/14 359/4 364/1
369/16
**day [34]**   366/1
366/16 367/3 367/5
367/20 369/9
369/21 370/5
370/16 370/17
370/23 371/8 372/9
373/1 373/2 373/5

**day... [18]** 373/14
375/21 375/25
376/7 376/7 376/8
377/11 379/7
379/13 418/13
459/16 492/8
492/15 492/18
492/21 492/24
499/1 509/21
**days [35]** 362/23
365/8 366/5 367/1
367/4 370/12 371/6
375/6 375/9 375/22
375/24 377/15
377/20 377/22
378/3 378/8 378/9
378/11 378/19
379/1 379/3 379/11
380/16 381/5 381/7
381/14 381/15
381/21 381/22
381/23 381/24
381/25 382/17
382/18 382/20
**DC [1]** 350/10
**deal [3]** 353/6
424/16 471/15
**dealing [2]** 396/16
396/17
**deals [1]** 424/16
**dean [3]** 356/1
356/1 359/4
**death [13]** 391/11
392/9 394/15
394/17 394/20
395/22 395/22
395/22 396/8
396/10 396/19
396/23 397/8
**deaths [2]** 396/20
397/3
**December [7]**
369/16 429/25
430/7 430/10

432/21
**December 12 [1]**
369/16
**December 27th [3]**
430/10 430/19
432/21
**December 2nd [1]**
431/3
**decide [1]** 455/10
**decided [3]** 399/25
400/12 405/2
**declassify [1]**
357/18
**deed [1]** 366/9
**deemed [1]** 431/22
**deep [3]** 422/20
431/6 464/6
**Defendant [2]**
350/8 483/8
**defendants' [55]**
363/9 363/11
364/12 373/25
374/16 376/9
376/11 376/13
376/16 385/24
406/9 406/11
406/16 409/7
409/16 423/8
423/16 423/23
424/13 430/5 430/8
432/3 433/14
433/21 433/22
436/3 436/14
436/23 438/10
439/18 440/11
441/9 441/19 453/9
457/14 457/22
458/24 459/23
460/2 460/19 461/1
464/14 468/4
470/14 480/2
482/16 482/20
483/6 483/10 485/1
485/16 491/9
491/21 500/10

**Defendants' 2 [1]**
483/10
**Defense [1]** 464/24
**defer [1]** 478/24
**deferred [1]**
352/14
**define [2]** 391/4
391/4
**defined [2]** 394/7
491/7
**defining [1]**
416/11
**definitely [1]**
446/24
**definition [2]**
491/6 495/17
**definitions [1]**
493/5
**degree [1]** 510/22
**degrees [1]** 509/10
**demographic [1]**
497/6
**demonstrate [1]**
394/5
**demonstrated [1]**
388/2
**demonstrates [1]**
391/3
**demonstrative [1]**
485/21
**denied [2]** 419/21
419/22
**Denton [2]** 350/2
350/2
**deny [2]** 435/12
480/21
**department's [1]**
369/13
**dependent [6]**
425/25 434/18
483/13 483/21
509/11 509/16
**dependently [3]**
426/3 434/21
483/16

**depending [1]**
421/20
**depends [1]** 508/16
**deposition [6]**
356/4 375/25 383/8
424/12 505/22
505/24
**determine [4]**
370/2 400/25
416/13 455/9
**determined [6]**
388/14 388/21
389/5 389/12
392/16 405/16
**developed [3]**
461/12 461/21
462/20
**developing [1]**
437/19
**Development [2]**
349/9 350/17
**dialogue [3]** 420/3
484/21 488/9
**did [52]** 361/10
363/6 363/19
370/12 372/12
381/21 382/21
384/23 385/1
386/20 387/14
395/23 395/23
396/9 396/10
397/23 399/15
399/21 402/8 410/3
413/7 413/8 414/19
414/20 418/4 418/6
418/20 419/25
423/3 428/20
428/22 428/24
429/1 437/4 443/6
443/7 444/16 447/7
451/3 451/19 452/6
454/8 456/13
456/18 457/3 470/9
470/10 475/21

494/11 510/11
**didn't [40]** 361/4
367/1 367/3 370/18
375/19 377/19
378/24 379/2
382/22 382/25
385/4 385/7 388/22
392/17 405/23
408/14 409/1
411/23 413/13
416/12 419/16
423/1 426/20
428/17 433/12
446/5 449/5 451/5
456/3 465/20 474/7
475/3 475/12
477/14 487/25
495/1 501/25
503/19 504/17
505/10
**difference [11]**
415/20 427/17
428/6 477/9 490/18
494/5 494/9 494/12
494/20 494/22
495/1
**differences [3]**
461/12 465/19
487/17
**different [32]**
366/14 373/21
377/3 387/3 395/1
397/20 398/10
400/20 405/11
422/2 422/3 422/5
422/24 424/18
426/21 444/6
444/11 446/13
460/11 461/9
461/25 462/1 462/5
462/15 482/18
484/11 484/22
494/2 494/16
494/24 495/2
507/15

494/16
**difficult [2]**
353/4 506/15
**digging [1]** 362/5
**direct [5]** 387/21
491/23 496/10
498/6 498/11
**directed [1]** 425/2
**directly [1]** 355/1
**director [3]** 356/5
358/16 430/19
**disagree [4]** 457/8
458/10 458/16
461/21
**disagreed [1]**
458/6
**disagreement [2]**
456/17 494/16
**disagrees [1]**
449/22
**disciplinary [1]**
368/20
**disclose [3]** 360/9
368/19 381/21
**disclosed [3]**
370/4 381/22 500/5
**disclosing [2]**
367/16 371/7
**disclosure [7]**
361/6 361/13
363/14 363/20
375/7 380/5 382/5
**disclosures [1]**
370/4
**discuss [3]** 392/8
408/24 435/14
**discussed [12]**
394/25 396/14
409/6 411/7 420/3
423/19 429/24
432/10 464/12
464/21 493/9 495/9
**discussing [3]**
380/3 384/16
448/22

**discussion [4]**
352/12 431/4 441/4
481/11
**discussions [2]**
401/10 481/20
**disease [1]** 446/13
**dispute [7]** 374/13
374/15 384/6 413/5
440/7 441/17 468/1
**DISTRICT [5]** 349/1
349/2 349/12
511/13 511/13
**divide [1]** 490/24
**divided [3]** 391/8
411/18 493/23
**division [18]**
430/20 433/7
433/10 436/20
436/22 444/11
448/18 466/18
467/1 468/23
468/23 469/10
469/10 476/23
477/3 480/16 482/5
482/11
**divisions [6]**
405/11 444/6
475/11 481/16
481/23 484/22
**do [112]** 354/19
355/9 355/18
355/19 357/3
357/10 357/11
357/14 361/6 362/4
363/11 363/12
367/8 372/16
372/22 377/19
377/21 379/6
382/17 382/19
383/19 385/12
389/9 389/14
389/15 390/1 390/5
390/12 390/21
392/15 394/15

394/23 396/22
397/7 401/18
403/11 412/3
412/12 412/23
413/2 413/6 414/4
416/8 416/12
416/15 417/9
417/11 417/20
418/4 418/8 418/9
419/3 419/3 421/4
421/5 422/5 423/4
424/8 430/1 432/15
432/23 434/7 434/7
448/11 448/12
448/16 451/2
453/16 454/1
455/18 455/25
457/13 457/17
457/18 457/20
457/21 458/6 460/9
460/10 463/1 463/2
465/12 465/13
469/21 471/20
471/22 475/21
477/22 479/14
480/22 482/7
484/19 485/14
485/15 486/20
489/14 490/8
490/20 492/1 493/8
495/2 495/24 496/7
499/5 499/24 505/1
505/2 506/6 507/20
508/12 508/21
511/14
**doc [4]** 478/15
478/17 478/19
478/22
**Docket [1]** 349/7
**doctor [5]** 356/4
370/10 477/22
501/16 504/25
**doctors [16]**
384/13 384/23
385/13 385/18
399/18 400/3 410/1

412/14 412/24 478/2
479/7 484/10 497/1
498/9 509/3 509/5
**doctrine [1]** 502/6
**document [60]**
349/7 362/15
362/17 362/17
365/10 372/1
379/15 380/2 382/6
386/5 386/13
386/21 387/2 387/3
389/16 389/19
389/21 389/23
390/6 390/19 395/6
396/7 399/23
399/24 400/9 402/2
406/14 407/19
409/4 413/10 424/9
425/3 427/10 429/3
429/24 430/9
430/17 436/10
437/16 441/10
441/13 441/15
442/22 447/9 453/2
454/12 454/12
454/15 455/23
461/19 464/1 467/8
467/24 470/19
470/22 471/21
476/18 486/8
488/13 502/11
**documents [19]**
362/7 372/16 424/4
433/19 440/3
443/16 446/19
447/2 447/15
452/24 456/24
457/10 458/2 458/3
460/13 471/9
474/17 475/8
480/22
**does [38]** 356/12
359/21 359/23
360/8 360/11 369/7
374/6 391/19
392/21 403/12

**does...** **[28]** 408/8
 420/25 443/9 455/6
 457/5 457/6 458/21
 462/22 463/17
 466/3 466/4 466/8
 470/22 473/13
 473/15 473/22
 479/6 483/23
 483/24 484/16
 486/5 487/23
 487/24 488/1 488/2
 488/13 504/8
 509/22
**doesn't** **[24]** 368/6
 377/16 378/11
 402/25 411/4
 415/10 419/10
 419/14 421/9 422/5
 424/16 434/4
 439/13 440/25
 449/23 463/10
 473/16 473/16
 476/9 478/22
 481/12 492/8
 501/10 502/7
**doing** **[8]** 367/19
 380/20 388/17
 401/9 404/3 421/17
 448/6 470/2
**don't** **[113]** 354/25
 355/8 355/14
 355/20 361/22
 363/1 363/2 363/3
 363/3 363/4 365/14
 366/12 367/12
 367/14 371/3 371/8
 372/17 373/18
 374/13 374/19
 375/22 376/7
 379/22 381/11
 382/19 384/2 384/6
 385/20 387/4
 389/17 389/22
 389/23 389/25

 389/25 390/3
 393/22 396/1
 396/20 407/17
 413/3 413/4 414/22
 416/10 416/14
 420/8 420/9 421/9
 422/4 424/9 428/2
 430/15 432/23
 437/15 437/16
 437/25 440/7
 442/15 444/8
 444/11 444/18
 447/5 447/6 447/12
 448/6 449/25 450/3
 451/3 451/15
 451/16 452/15
 454/11 454/17
 456/10 456/19
 457/11 458/9
 461/20 463/11
 468/1 469/6 469/16
 469/19 470/6
 474/14 476/9
 476/24 477/20
 478/17 480/21
 485/18 486/10
 487/21 488/4
 488/12 488/17
 490/8 490/8 495/17
 495/19 496/21
 496/21 499/11
 500/3 502/7 502/8
 502/12 504/24
 505/9 506/5 507/12
 508/15 509/19
**done** **[12]** 401/19
 401/20 417/8
 417/12 417/20
 437/24 447/4 447/9
 462/25 466/24
 479/11 503/16
**dose** **[11]** 412/21
 416/10 416/13
 425/25 426/3
 434/18 434/21
 483/13 483/16

**dose-dependent** **[4]**
 425/25 434/18
 483/13 483/21
**dose-dependently**
 **[3]** 426/3 434/21
 483/16
**doses** **[3]** 491/5
 496/13 498/8
**dotted** **[6]** 403/18
 403/23 404/1 404/7
 404/9 404/12
**double** **[6]** 414/12
 440/6 441/16 465/8
 467/25 471/11
**double-check** **[6]**
 414/12 440/6
 441/16 465/8
 467/25 471/11
**doubt** **[7]** 415/24
 470/6 478/9 484/15
 495/3 497/10
 509/18
**down** **[19]** 365/6
 366/25 367/3
 371/15 389/22
 395/1 397/15
 425/10 443/17
 448/9 453/20
 478/14 478/18
 478/19 492/8
 499/19 507/24
 507/25 508/2
**DR** **[3]** 353/9
 412/16 444/5
**Dr.** **[49]** 353/3
 353/13 353/17
 358/9 359/11 385/9
 407/1 407/3 407/5
 407/7 407/14
 410/18 410/23
 410/23 411/2 412/9
 412/9 412/21
 412/25 413/7 413/7
 429/22 442/1 444/5
 482/4 482/10 484/5

Dr. Mueck's 2 [4]

**Dr.... [22]** 484/9
 490/20 494/25
 495/3 495/18
 495/22 495/23
 496/19 496/20
 498/16 499/22
 500/7 500/11
 500/21 500/23
 500/25 507/8
 507/18 508/5
 508/12 509/8
 510/11
**Dr. Andrei [1]**
 410/18
**Dr. Bhatnagar [2]**
 442/1 444/5
**Dr. Dunnmon [2]**
 412/21 413/7
**Dr. Gosselin [7]**
 499/22 500/7
 500/21 500/23
 500/25 508/12
 509/8
**Dr. Harlow [2]**
 482/4 482/10
**Dr. Jadhav [1]**
 407/5
**Dr. Kessler [10]**
 353/3 353/13
 353/17 358/9
 359/11 385/9
 429/22 507/8 508/5
 510/11
**Dr. Madabushi [1]**
 407/7
**Dr. Madabushi's [1]**
  407/14
**Dr. Martin [1]**
 412/9
**Dr. McDowell [1]**
 407/3
**Dr. Mueck [4]**
 494/25 495/3
 495/18 496/20

 490/20 495/22
 495/23 496/19
**Dr. Norman [1]**
 410/23
**Dr. Preston [1]**
 412/9
**Dr. Robert [4]**
 410/23 498/16
 500/11 507/18
**Dr. Rose [1]**
 412/25
**Dr. Rose's [1]**
 413/7
**Dr. Sabarinath [1]**
 407/1
**Dr. Temple [3]**
 411/2 484/5 484/9
**draft [2]** 434/18
 435/21
**drafts [1]** 476/11
**drop [1]** 391/9
**drops [1]** 391/21
**drowning [1]**
 390/14
**drug [35]** 384/21
 399/16 400/11
 401/25 408/25
 411/7 415/11
 417/21 417/22
 418/11 422/19
 426/11 430/20
 433/2 433/7 433/11
 436/5 448/17
 448/19 462/15
 464/13 465/21
 466/11 466/18
 467/1 474/25 480/7
 486/15 490/18
 496/12 496/12
 497/18 497/19
 500/15 508/16
**drug-to-drug [1]**
 496/12
**drugs [11]** 408/23
 409/10 409/23

 487/17 487/18
 487/20 488/11
 490/6 490/16
**due [2]** 368/19
 463/18
**Duke [2]** 412/1
 412/5
**DUKES [1]** 350/13
**duly [1]** 353/10
**Dunnmon [3]** 412/9
 412/21 413/7
**duplicated [1]**
 418/1
**during [7]** 356/4
 369/9 369/19
 411/25 492/18
 492/21 492/24
**DVT [9]** 431/22
 432/2 432/2 446/8
 446/13 460/10
 482/24 498/2 498/2
**DX [84]** 364/16
 373/25 375/2
 376/13 376/20
 379/14 380/2 380/6
 382/2 382/10
 382/12 383/4
 383/10 383/15
 386/4 386/18 387/7
 387/20 390/22
 394/12 397/11
 402/1 403/17
 406/22 407/18
 409/20 410/21
 411/6 413/18 425/5
 425/24 426/13
 430/11 430/25
 431/9 431/18 432/7
 433/17 433/18
 434/2 439/3 440/15
 442/21 443/8
 443/17 444/13
 444/23 445/14
 446/17 447/17
 447/18 447/21

DX... [32]   448/21
  449/16 450/19
  451/13 452/19
  452/19 452/21
  453/13 453/19
  455/13 457/16
  458/4 460/18
  460/22 461/23
  463/4 467/10
  467/12 468/12
  470/12 472/2 473/9
  481/2 481/6 481/19
  483/12 487/7
  487/15 496/6 497/2
  498/20 499/6
DX 05130.42.3 [1]
  397/11
DX 11009 [2]   382/2
  382/10
DX 11009.1.1 [1]
  382/12
DX 11015 [3]   383/4
  383/10 383/15
DX 1400.1.1 [1]
  487/7
DX 1400.2.1 [1]
  487/15
DX 1902.1.2 [1]
  496/6
DX 2.18.1 [1]
  483/12
DX 266 [1]   498/20
DX 266.118.1 [1]
  499/6
DX 5130 [3]   386/4
  386/18 387/7
DX 5130.39.1 [1]
  387/20
DX 5130.42.1 [1]
  390/22
DX 5130.42.2 [1]
  394/12
DX 5130.42.4 [1]
  402/1

  403/17
DX 5224 [1]   470/12
DX 5224.2.1 [1]
  472/2
DX 5251 [1]   433/18
DX 5251.11.1 [1]
  434/2
DX 5285.2.1 [1]
  440/15
DX 5342 [2]   452/19
  452/21
DX 5344 [1]   452/19
DX 5344.2 [1]
  453/13
DX 5344.36.1 [1]
  453/19
DX 5344.36.2 [1]
  455/13
DX 5350 [1]   457/16
DX 5351.36.1 [1]
  458/4
DX 5352 [2]   467/10
  467/12
DX 5353 [1]   460/18
DX 5354.16.1 [1]
  460/22
DX 5354.16.2 [1]
  461/23
DX 5354.25.1 [1]
  463/4
DX 5357.22.1 [1]
  473/9
DX 5373-A.6.2 [1]
  443/17
DX 5373-A.6.3 [1]
  444/13
DX 5373-A.8.1 [1]
  444/23
DX 5373-A.9.2 [1]
  445/14
DX 5379.17.2 [1]
  425/5
DX 5379.17.3 [1]
  425/24
DX 5379.17.5 [1]

DX 5389 [1]   430/11
DX 5389.2.1 [1]
  430/25
DX 5389.5.1 [1]
  431/9
DX 5390.13.1 [1]
  432/7
DX 5547 [1]   447/17
DX 5547.2 [1]
  447/21
DX 5548 [2]   446/17
  447/18
DX 5548.23.1 [1]
  451/13
DX 5548.30.1 [1]
  448/21
DX 5548.30.2 [1]
  449/16
DX 5548.6.1 [1]
  450/19
DX 5613-A.2.1 [1]
  409/20
DX 5613-A.2.4 [1]
  410/21
DX 5613-A.2.5 [1]
  411/6
DX 5613-A.9.1 [1]
  413/18
DX 5680 [1]   481/2
DX 5680.2 [1]
  481/6
DX 5680.4.1 [1]
  481/19
DX 5792.53.1 [1]
  406/22
DX 5793.3.1 [1]
  407/18
DX 5913 [1]   433/17
Dynes [4]   356/13
  358/24 358/25
  369/3

E

e-mail [17]   446/15
  447/22 448/3

**E**

**e-mail... [14]**
452/21 452/22
453/17 457/16
459/23 460/8
467/12 467/15
467/16 468/2 468/3
468/13 469/3 469/7
**each [2]** 398/6
444/6
**earlier [14]**
352/12 387/23
416/12 423/19
423/20 436/22
437/16 445/23
448/3 456/24
464/22 490/17
490/25 493/9
**early [1]** 510/20
**earn [6]** 357/1
357/9 357/10
357/12 359/5
360/17
**earnings [3]** 359/6
360/17 369/14
**EASTERN [2]** 349/2
511/13
**education [1]**
368/18
**effect [25]** 355/19
361/7 377/6 435/3
442/24 444/15
444/20 444/21
445/9 445/16 446/1
450/12 450/22
451/9 451/25 463/8
463/16 463/19
466/4 473/14
482/13 488/24
507/25 508/3
509/13
**effect.' [1]** 461/7
**effective [15]**
384/12 385/18
388/12 399/9 400/5

400/25 401/14
401/16 404/23
415/9 415/14
415/15 465/14
475/13 487/18
**effects [4]** 441/7
458/8 466/9 487/19
**efficacy [5]** 413/1
454/22 456/2 474/4
474/12
**eight [4]** 370/22
370/23 378/17
505/22
**either [5]** 355/24
379/11 383/1
401/14 500/22
**ELDON [1]** 349/12
**electronically [1]**
436/17
**else [3]** 396/6
419/15 456/16
**embolism [6]** 411/9
414/2 422/21 439/7
440/19 464/7
**EMILY [1]** 350/5
**emphasizes [1]**
408/2
**employee [2]** 410/9
410/13
**employer [10]**
353/18 353/20
355/5 360/9 365/12
370/5 370/25 371/9
372/16 379/18
**enclosed [2]**
457/19 465/15
**encloses [1]**
459/24
**end [8]** 379/23
459/16 459/19
481/22 489/10
493/19 497/17
505/15
**end-all [1]** 497/17
**ending [9]** 363/23
365/11 365/23

376/22 380/13
380/13 382/7
382/21 480/9
**ends [1]** 507/25
**Energy [1]** 349/23
**engage [4]** 359/12
359/15 359/24
360/6
**engaged [2]** 362/21
370/24
**enough [6]** 360/8
416/12 416/13
416/14 416/14
466/17
**ensure [2]** 481/23
509/13
**entered [3]** 353/1
429/17 507/2
**entire [7]** 362/22
365/23 371/6
380/25 397/1
412/20 452/12
**entirely [2]**
462/15 470/11
**entirety [1]**
399/24
**entitled [6]**
383/19 418/25
441/10 447/25
500/12 511/17
**epidemiologies [1]**
484/10
**equally [1]** 411/18
**equals [1]** 493/23
**equipment [3]**
422/3 422/5 422/8
**equivalent [1]**
463/1
**error [2]** 395/3
395/6
**Eskovitz [1]** 350/9
**especially [1]**
490/4
**ESQ [8]** 349/16
349/19 349/23
350/2 350/5 350/9

ESQ... [2]   350/13
 350/18
essence [4]   417/8
 419/14 427/6 467/7
establish [3]
 453/24 455/7
 458/20
established [9]
 453/25 454/23
 455/20 456/14
 456/22 474/5
 474/12 474/18
 474/20
estimating [1]
 463/16
et [1]   349/9
evaluate [1]
 510/13
evaluating [2]
 442/19 477/22
even [13]   360/16
 366/9 370/18 427/7
 445/21 478/14
 485/22 496/17
 497/12 498/25
 501/8 503/21
 504/11
evening [1]   418/12
events [5]   428/7
 428/8 477/10
 477/11 498/6
eventually [2]
 469/15 476/25
ever [1]   510/11
every [4]   398/24
 421/7 421/14 422/7
everybody [7]
 391/1 399/18
 418/12 490/22
 491/22 509/22
 509/24
Everybody's [1]
 370/14
everyone [5]

 437/18 437/20
Everyone's [1]
 443/15
everything [7]
 411/4 412/19
 414/25 455/10
 484/12 499/12
 500/5
evidence [44]
 355/17 358/3 358/6
 364/13 374/17
 376/17 380/7
 383/11 406/17
 409/17 423/18
 430/12 432/4
 433/23 436/14
 437/25 438/25
 441/19 449/19
 449/21 450/23
 452/6 453/10
 453/24 454/8 455/7
 457/24 460/19
 464/25 468/5 471/3
 481/3 482/21 483/4
 485/17 499/15
 499/16 501/18
 502/21 502/25
 504/13 504/21
 504/22 505/7
exacerbated [2]
 402/4 402/12
exact [8]   360/12
 389/17 389/25
 390/4 418/18
 419/15 441/1
 457/11
exactly [52]   354/8
 354/22 360/11
 364/3 366/20 367/1
 372/19 373/6
 376/15 377/2 377/9
 385/3 387/16 388/7
 389/7 389/8 389/20
 392/2 394/4 395/9
 395/12 395/20

 405/19 411/21
 415/15 417/13
 417/19 423/4
 425/14 431/17
 433/9 437/10 443/5
 444/2 444/17 445/5
 445/19 450/10
 454/11 464/3
 465/16 470/24
 482/15 484/15
 486/13 486/16
 494/8 496/15
 507/14 509/15
examination [10]
 353/11 471/18
 491/23 501/14
 501/19 502/3
 503/22 504/5
 505/17 510/9
examine [4]   357/23
 502/17 502/22
 502/22
example [2]   420/17
 420/19
exception [7]
 359/9 360/13 361/2
 361/6 361/9 368/5
 368/25
excerpts [1]   386/7
Excuse [2]   449/1
 477/23
exempt [15]   355/15
 355/18 357/14
 360/8 361/6 363/17
 363/21 365/15
 366/9 368/21
 368/23 369/17
 372/20 380/5 383/3
exempted [5]
 354/14 354/23
 355/2 355/3 359/22
exemption [7]
 356/14 356/25
 359/3 360/14
 360/16 368/3

exemption... [1]
379/19
exemptions [2]
355/13 355/14
exempts [3]    355/22
360/2 360/3
exhibit [56]    363/9
363/11 364/13
374/17 376/10
376/11 376/13
376/16 385/24
390/7 390/13 406/9
406/11 406/17
409/7 409/16 423/8
423/16 423/24
430/5 430/8 432/4
433/14 433/22
433/23 436/3
436/14 438/10
439/18 440/12
441/9 441/19
453/10 457/14
457/22 458/24
459/23 460/2
460/19 461/1
464/14 464/25
468/5 470/14 480/2
482/16 482/20
483/7 485/1 485/17
491/9 491/21
500/10 504/14
504/16 507/17
Exhibit 11008 [1]
376/10
Exhibit 1400 [1]
485/17
Exhibit 2 [1]
483/7
Exhibit 5285 [1]
440/12
Exhibit 5357 [1]
464/25
exists [1]    493/1
exited [3]    429/14

expand [1]    507/23
expect [1]    498/14
experiencing [4]
428/7 428/8 477/9
477/10
expert [18]    353/22
361/17 362/14
364/20 365/13
365/25 367/10
369/19 372/10
372/23 373/19
381/15 382/15
384/5 384/9 501/17
504/6 504/25
expertise [1]
408/18
experts [1]    408/17
explain [6]    354/16
354/18 393/25
418/25 419/2
462/18
explained [1]
491/3
explaining [5]
425/14 427/22
435/10 435/19
494/18
explains [2]
461/24 462/3
explanation [1]
437/15
explicit [1]
413/10
exploratory [1]
426/18
exposed [1]    356/8
exposure [3]    416/3
416/4 490/18
express [1]    494/19
extension [1]
368/17
extensively [1]
431/12
extent [1]    386/16
eyes [1]    398/16

fact [16]    359/10
384/22 385/5 392/7
418/18 443/6
452/11 463/18
475/15 477/15
477/18 479/8 484/8
501/19 502/6
503/18
factor [9]    408/6
420/24 425/25
434/19 463/20
483/14 483/16
483/21 507/12
factors [3]    420/16
497/6 507/15
faculty [4]    354/11
355/11 356/22
360/25
Failure [1]    368/18
fair [7]    360/8
401/2 470/1 496/22
500/5 500/8 501/25
fairness [1]
367/22
FALLON [1]    349/12
familiar [29]
374/10 374/11
379/15 383/5 386/4
386/13 386/14
406/14 409/13
424/4 430/9 431/20
433/19 436/10
438/8 440/3 441/15
446/19 452/24
455/14 458/2 460/1
464/18 464/22
467/24 480/10
497/23 498/16
502/19
far [5]    382/15
489/18 495/18
499/14 505/17
Farrell [1]    430/19
fashion [1]    502/5

**fatal [6]**   388/15
 388/22  389/6
 391/22  392/17
 392/23
**faulty [1]**   401/8
**favor [3]**   389/15
 413/7  455/18
**favorite [1]**   490/4
**FCRR [4]**   350/20
 511/12  511/20
 511/20
**FDA [247]**
**FDA's [11]**   390/4
 391/25  452/17
 452/23  453/21
 457/19  475/15
 481/10  485/4  485/9
 497/13
**FDA-approved [2]**
 408/13  465/3
**fda.gov [2]**   486/6
 486/23
**fda.hhs.gov [1]**
 448/10
**Federal [1]**   481/25
**feedback [2]**   472/6
 472/9
**feel [1]**   422/10
**fees [1]**   375/12
**few [3]**   432/9
 486/3  488/12
**fewer [1]**   487/20
**fibrillation [17]**
 386/11  387/15
 388/12  406/6  409/1
 411/13  414/3
 424/17  433/3  433/6
 438/6  439/8  440/20
 472/10  476/8  480/8
 485/5
**figure [6]**   388/2
 424/22  447/10
 449/15  474/7  475/3
**figured [3]**   426/12

**figures [1]**   445/12
**file [8]**   360/25
 361/10  362/7
 363/19  379/16
 382/21  382/23
 382/23
**filed [5]**   361/4
 361/5  361/15
 379/17  384/17
**files [1]**   362/6
**filing [6]**   360/4
 362/4  362/10
 362/18  365/11
 368/7
**fill [14]**   355/2
 365/14  366/6
 370/16  370/18
 372/18  373/10
 373/13  373/14
 377/24  378/25
 378/25  379/7  379/8
**filled [7]**   365/23
 366/7  377/13
 377/24  379/2  379/3
 379/10
**filling [4]**   365/14
 366/8  370/14
 372/18
**final [1]**   459/16
**financial [1]**
 368/20
**find [6]**   393/15
 393/15  399/11
 415/13  486/18
 498/23
**findings [2]**
 407/14  445/22
**fine [7]**   400/1
 400/13  420/8
 422/14  429/10
 500/7  505/13
**finish [8]**   428/2
 506/2  506/2  506/4
 506/9  507/4  507/6
 508/11

**finished [1]**   506/8
**Firm [1]**   350/5
**first [22]**   361/8
 368/1  380/17
 380/21  384/19
 384/23  384/25
 385/14  385/25
 393/11  396/15
 405/25  407/9
 419/12  422/24
 436/8  439/3  440/15
 444/25  468/20
 481/7  496/4
**fiscal [5]**   363/23
 365/11  366/24
 380/13  382/6
**five [6]**   378/10
 378/11  378/20
 401/13  444/3
 464/16
**fix [1]**   473/25
**fixed [1]**   496/12
**flashing [1]**   500/6
**Floor [2]**   350/13
 350/18
**Florida [1]**   349/17
**focused [1]**   407/15
**focusing [1]**
 379/11
**fold [2]**   494/16
 494/25
**folks [9]**   357/4
 395/18  405/6  407/9
 408/5  475/11  477/3
 488/8  498/25
**follow [5]**   407/20
 417/4  417/8  417/12
 442/22
**follow-up [1]**
 417/4
**following [3]**
 482/4  503/5  506/16
**follows [3]**   353/10
 446/12  468/16
**Food [2]**   448/17
 486/14

**foods [1]**   487/18
**footnote [1]**
 404/25
**ForConsumers [1]**
 486/19
**foregoing [1]**
 511/14
**forget [1]**   362/22
**form [33]**   362/21
 363/6 363/14
 364/25 365/14
 365/23 367/16
 370/3 370/14
 370/16 370/18
 372/4 372/14
 372/18 372/18
 372/19 373/6 373/7
 373/11 373/13
 373/15 373/16
 375/7 375/20
 377/13 377/19
 377/19 377/23
 380/2 380/5 381/25
 395/24 502/4
**formal [1]**   418/2
**format [3]**   438/14
 439/22 480/11
**forms [4]**   355/2
 370/14 391/21
 392/22
**forth [6]**   420/4
 446/24 458/23
 459/22 460/10
 465/9
**forths [1]**   449/12
**forward [4]**   373/11
 448/2 459/18
 498/22
**found [8]**   404/23
 419/20 457/3
 475/19 475/23
 476/4 497/5 508/12
**foundation [8]**
 410/5 485/19

485/23 501/4
502/11 503/14
504/4
**four [11]**   381/20
 388/24 391/9 395/1
 395/25 397/20
 398/9 409/22
 479/12 487/9 492/1
**fourth [5]**   350/3
 395/11 396/8
 396/13 397/22
**Francisco [3]**
 354/5 355/16
 359/10
**Freeman [1]**   350/17
**frequency [2]**
 417/19 418/3
**front [5]**   355/24
 393/22 399/7
 427/10 500/6
**full [7]**   354/9
 361/6 361/13
 389/15 389/16
 390/6 470/5
**full-time [1]**
 354/9
**function [2]**
 391/22 392/23
**further [3]**   425/10
 426/10 510/3
**furthermore [1]**
 397/1
**future [1]**   489/14

# G

**Gainsburg [1]**
 349/22
**gave [7]**   362/22
 362/22 392/2 401/8
 412/21 412/25
 477/7
**gears [1]**   401/21
**general [2]**   490/9
 509/19
**generally [6]**
 357/4 372/16 442/8

508/14
**gentlemen [4]**
 353/3 353/15 356/3
 429/18
**GERALD [1]**   349/23
**get [37]**   357/7
 363/3 370/10
 379/18 382/24
 389/22 390/12
 394/21 399/14
 402/18 403/25
 404/1 405/12 411/4
 417/23 418/1
 419/14 419/24
 428/23 429/7 429/7
 430/6 432/23 434/5
 464/19 465/12
 469/15 470/1
 472/25 478/13
 478/18 486/23
 488/21 492/9
 495/25 502/7
 505/16
**gets [4]**   353/4
 465/11 502/7
 502/12
**getting [3]**   417/21
 475/18 489/9
**Gilman [1]**   490/10
**give [21]**   356/1
 357/18 360/1
 366/12 389/7
 389/15 389/15
 389/19 405/23
 417/7 420/16
 422/12 423/10
 424/11 430/15
 465/24 471/8 499/3
 501/8 501/23
 510/22
**given [4]**   356/11
 472/13 496/12
 503/20
**gives [2]**   357/10
 475/16

**giving [4]** 366/15
417/17 470/5
510/21
**glad [1]** 403/20
**go [50]** 363/21
364/20 366/2 370/9
375/19 378/23
383/21 384/3
398/10 401/15
405/8 407/10
407/13 409/14
412/24 414/11
414/12 426/13
428/2 428/22
429/25 436/11
440/4 440/5 441/16
443/9 443/20 448/9
453/20 455/3
455/21 459/5 465/9
466/1 467/25
471/24 474/6
476/24 478/4
480/14 484/23
488/5 489/10
490/10 492/9 493/1
493/8 496/4 496/4
506/3
**goes [16]** 354/1
359/9 366/9 374/21
375/16 434/18
434/23 444/14
461/8 462/18 482/3
487/16 488/24
492/8 497/3 508/17
**going [67]** 355/23
357/17 362/10
362/25 365/9
365/18 366/14
367/14 367/15
367/20 371/18
372/21 386/2
392/15 398/25
398/25 399/14
399/17 399/18

400/8 400/11 403/5
403/7 405/8 405/12
417/6 417/6 422/14
422/15 422/17
427/8 428/22 439/4
439/10 451/20
457/8 458/4 458/19
461/25 465/25
475/15 479/21
490/1 490/1 490/9
490/11 490/11
492/9 497/19
499/15 499/16
503/14 503/24
505/7 505/7 505/8
505/16 506/2
506/11 506/12
506/13 506/14
506/15 507/4 509/3
510/6 510/22
**gone [1]** 500/2
**good [13]** 353/13
353/14 353/15
366/9 367/9 403/16
417/23 417/25
439/11 448/13
466/16 475/15
475/21
**Goodman [1]** 490/10
**goose [3]** 486/25
487/1 487/1
**Gosselin [12]**
498/16 499/22
500/4 500/7 500/11
500/21 500/23
500/25 507/18
508/12 508/20
509/8
**got [28]** 369/7
377/21 382/24
392/12 395/3
414/11 414/12
414/12 424/7 432/9
446/11 447/5
447/11 449/24
456/7 462/17

467/23 479/21
481/23 486/1 489/7
496/6 496/24
498/17 501/6 505/8
505/15 509/18
**gotten [1]** 391/14
**government [3]**
353/7 410/9 410/13
**Grant [1]** 436/17
**granted [1]** 369/2
**graph [2]** 403/18
492/9
**great [6]** 370/1
394/13 394/22
395/8 420/18 433/1
**greater [2]** 397/2
398/1
**greatest [1]**
397/23
**Grillo [3]** 443/21
444/5 444/8
**group [5]** 395/13
400/4 414/17
442/18 442/20
**groups [1]** 395/2
**guess [8]** 366/10
373/3 375/25
425/10 447/10
469/5 488/18 496/3
**guessing [1]**
378/12
**guesstimate [1]**
373/23
**guidelines [1]**
369/13

## H

**had [39]** 352/12
356/5 356/7 356/8
358/10 378/5 406/5
412/5 414/16
419/18 422/13
430/2 437/11
438/14 443/3
443/13 447/3
455/19 456/20

harmful [1] 470/9

**had... [20]** 456/20
456/21 457/9
462/13 469/11
470/4 470/8 470/11
474/15 474/16
476/4 476/11 482/4
486/9 493/16
493/20 497/23
502/17 504/3
504/18
**half [3]** 411/19
411/19 463/18
**half-life [1]**
463/18
**hand [26]** 363/9
373/25 376/9
376/10 382/1 382/1
383/4 385/24 406/9
409/7 423/8 430/5
431/18 433/14
436/3 438/10
439/18 458/24
464/14 467/8
470/12 480/2 485/1
491/9 496/5 500/10
**handed [1]** 430/8
**handing [1]** 500/25
**handwriting [3]**
365/2 367/7 378/14
**happened [4]** 356/4
377/12 426/16
476/25
**happens [2]** 375/9
391/6
**happy [16]** 354/15
354/19 355/15
359/25 368/9 390/8
390/10 392/8
393/25 416/21
417/19 421/2 464/9
465/23 478/4 493/7
**hard [1]** 466/17
**Harlow [2]** 482/4
482/10

**has [54]** 355/9
356/13 359/3
359/17 360/25
361/18 370/8 370/9
390/1 398/4 398/6
400/23 401/3 419/9
419/21 421/7
430/13 431/11
432/24 442/25
443/22 445/2
454/23 455/20
456/2 456/25
456/25 460/10
460/23 461/22
462/23 468/24
471/18 474/5
474/12 484/8 486/6
486/9 486/11 487/9
490/13 491/6 493/5
494/17 496/1
498/12 501/22
501/22 501/23
502/4 502/20
503/19 505/18
505/20
**hasn't [4]** 364/25
382/25 400/24
486/1
**have [169]**
**haven't [3]** 374/11
374/12 401/19
**having [4]** 353/9
367/17 377/24
457/5
**haystack [1]**
419/21
**HB [1]** 350/21
**HB-406 [1]** 350/21
**he [47]** 356/5
356/6 356/6 356/7
356/8 356/16
357/19 358/3 359/1
359/11 370/8 370/9
371/21 374/5 383/8
392/6 411/4 435/10

444/10 449/22
449/23 450/2 451/5
479/22 488/18
496/19 496/19
496/21 499/17
499/19 499/20
501/7 501/20
501/21 501/25
502/5 504/21
504/24 508/17
508/23 508/23
509/14 509/15
509/15 509/17
**he'd [2]** 410/6
410/6
**he's [32]** 361/21
361/23 370/7 410/5
410/5 411/4 418/25
427/22 427/22
427/23 435/10
444/11 449/22
453/24 471/5 473/6
485/25 496/25
500/12 501/5 501/7
501/8 501/9 501/14
501/24 502/19
503/20 503/22
504/25 508/13
508/15 509/20
**head [1]** 382/20
**heading [3]** 391/5
452/12 486/11
**health [30]** 356/14
359/3 359/7 359/13
360/13 360/14
360/18 360/24
361/2 361/7 361/11
363/13 363/17
368/2 368/18
368/24 369/3
369/12 380/4 380/4
410/19 441/11
441/23 442/2 442/4
444/24 445/8
445/15 486/11

**health... [1]**
 486/14
**HealthCare [1]**
 350/8
**healthy [1]** 497/5
**hear [3]** 377/7
 405/5 417/6
**heard [2]** 455/10
 496/1
**hearing [1]** 413/22
**held [4]** 354/7
 472/7 503/5 506/16
**help [5]** 386/24
 454/20 455/3
 473/23 508/14
**helpful [8]** 415/17
 415/21 415/21
 415/22 415/24
 477/21 479/15
 479/18
**hema [1]** 436/22
**hematologists [3]**
 417/6 417/15 421/2
**hematology [13]**
 430/20 448/18
 466/24 467/6 469/2
 476/19 476/20
 476/22 476/23
 476/24 477/2
 477/18 482/6
**hemoglobin [2]**
 391/9 391/20
**hemorrhage [2]**
 445/2 450/20
**Heparin [1]** 500/13
**Heparin-Calibrated
 [1]** 500/13
**HepTest [3]** 426/2
 434/21 483/16
**her [4]** 359/19
 477/7 477/14
 477/15
**here [83]** 355/20
 362/25 365/18

365/21 366/13
366/16 366/19
367/14 367/20
368/9 369/23
373/23 375/12
375/24 377/5 377/7
377/10 378/1 378/3
380/17 382/14
386/23 386/24
390/15 390/15
392/19 393/3 393/6
393/15 393/16
393/20 395/25
398/2 399/20 402/2
402/14 402/18
403/6 403/18
407/16 407/21
409/24 432/8 435/6
435/23 437/17
439/17 442/23
445/13 445/24
452/15 459/10
461/2 462/9 464/4
466/10 470/21
473/1 473/17 474/3
475/18 475/22
478/13 480/20
482/9 482/24 485/3
490/15 495/7
495/12 496/3
496/23 496/25
498/15 500/2
505/16 505/21
506/7 508/10
508/23 508/23
510/18 510/19
**here's [2]** 368/10
 393/17
**hereby [1]** 511/14
**hesitated [1]**
 393/1
**hey [2]** 370/5
 456/25
**high [2]** 416/15
 493/19
**higher [8]** 399/12

399/25 400/13
442/8 492/17
492/20 492/23
497/20
**higher-ups [3]**
 399/12 399/25
 400/12
**highest [5]** 395/10
 396/9 396/9 397/23
 398/14
**highlight [5]**
 385/4 391/13
 392/10 495/15
 508/1
**highlighted [1]**
 391/7
**him [17]** 358/5
 359/5 360/17 370/8
 390/5 390/8 390/12
 410/6 427/24
 496/21 498/18
 501/4 501/9 503/20
 504/25 505/9 507/6
**hip [15]** 384/22
 422/21 423/4
 423/14 453/5
 454/17 464/8 466/5
 466/23 466/24
 468/9 469/17
 472/14 472/17
 476/1
**hip-knee [1]**
 472/17
**his [14]** 358/7
 358/7 358/7 359/10
 419/1 453/25 473/3
 473/4 482/12
 496/20 499/18
 504/7 504/8 509/16
**hold [4]** 352/8
 381/11 442/15
 454/17
**home [2]** 363/4
 489/10
**Honor [85]** 352/11
 356/2 356/18

**Honor... [82]**
 357/20 357/22
 357/24 358/2
 360/19 361/18
 364/12 370/6
 371/20 374/16
 374/24 379/20
 379/24 380/6 382/9
 383/10 386/16
 387/6 390/6 406/16
 409/16 409/18
 418/25 420/12
 422/16 423/17
 423/19 423/23
 424/2 429/10
 430/11 430/17
 430/23 431/21
 432/3 433/21 435/8
 436/13 438/23
 440/11 441/18
 447/17 449/19
 449/25 450/23
 451/1 452/5 452/10
 452/11 453/3 453/9
 453/23 454/2 455/6
 457/23 460/18
 464/15 464/24
 468/4 471/2 471/5
 471/12 473/3
 479/23 481/2 483/4
 485/16 485/18
 487/2 488/5 489/15
 499/14 499/17
 501/12 501/22
 502/8 502/16 503/1
 503/3 503/18 504/2
 506/6
**HONORABLE [1]**
 349/12
**honored [1]** 410/7
**hope [3]** 353/4
 404/3 506/5
**Hopefully [3]**
 395/3 507/5 510/4

**hotter [1]** 353/5
**hour [2]** 372/1
 375/13
**hours [87]** 354/25
 356/22 357/5
 359/22 360/5
 360/10 360/25
 361/16 362/14
 362/23 362/25
 362/25 363/5
 365/19 365/19
 365/25 366/5
 366/15 367/5 367/6
 367/12 367/14
 367/20 368/6 368/7
 369/19 370/5
 370/12 370/16
 370/17 370/21
 370/22 370/23
 371/6 371/7 371/12
 371/25 372/9
 372/22 372/25
 373/5 373/14
 373/18 375/12
 375/17 375/20
 375/21 375/25
 376/5 376/7 376/7
 376/8 377/10
 377/11 377/20
 377/22 378/4 378/6
 378/7 378/14
 378/17 378/22
 379/4 379/7 379/12
 379/13 380/16
 380/22 380/23
 380/25 381/2 381/9
 381/12 381/18
 381/20 381/23
 381/24 381/25
 382/17 383/18
 417/21 418/10
 492/1 497/14
 505/22 505/23
 510/5
**hours/days [6]**
 362/23 366/5

 370/12 371/6
 377/20 381/25
**how [48]** 353/7
 353/21 354/20
 354/24 355/5
 356/22 357/5
 360/25 362/24
 362/24 362/25
 365/13 366/6 366/7
 367/4 367/15
 367/15 370/15
 370/17 372/22
 373/10 373/13
 373/18 373/21
 376/8 378/7 378/16
 378/25 379/6 379/8
 379/9 381/13
 383/24 389/16
 391/4 396/1 399/18
 399/19 401/16
 417/13 420/19
 420/25 421/8
 437/22 445/21
 455/22 502/7
 502/12
**However [1]** 408/7
**HSCP [2]** 363/14
 369/12
**humans [3]** 426/1
 434/19 483/14

**I**

**I'd [28]** 377/2
 393/25 407/10
 407/13 409/14
 409/16 412/24
 413/3 417/19 421/2
 435/8 438/23 440/4
 440/5 440/11
 441/16 465/7 465/9
 467/25 480/14
 481/2 485/16
 491/11 492/11
 493/8 507/20
 510/19 511/7
**I'll [37]** 355/17

**I'll... [36]** 358/5
364/14 374/21
376/18 380/8
383/15 393/13
406/16 410/20
420/14 420/16
423/21 424/10
427/16 428/23
430/24 431/25
432/5 435/12
447/17 457/10
471/15 471/19
478/13 479/23
481/4 483/6 483/9
485/8 485/21 486/3
486/24 498/22
499/5 505/2 507/5
**I'm [142]** 354/14
354/15 354/22
355/2 355/3 355/15
357/3 357/10
357/11 357/17
359/24 360/2
360/21 361/8
361/15 362/10
362/25 363/17
363/21 365/2
365/14 365/15
365/16 365/16
365/16 365/18
365/20 366/2 366/3
366/3 366/7 366/8
366/9 366/12
366/14 366/15
367/14 367/19
367/20 367/20
368/23 368/25
369/9 370/17
370/24 371/10
371/11 371/12
372/14 372/18
372/19 374/23
376/10 377/2
378/12 378/14

380/20 382/1 383/6
384/21 385/9 386/2
386/14 387/1 387/4
389/8 390/8 390/8
390/14 390/14
391/12 392/8 393/7
401/2 403/20 404/3
404/4 405/12
405/22 407/18
412/4 416/21
417/11 419/10
423/21 424/18
424/22 425/14
426/9 427/8 428/9
432/21 434/8
436/23 437/21
440/4 442/21
444/12 446/6
446/21 449/1
454/25 455/1
455/22 457/8
457/12 458/14
458/18 460/14
462/3 462/8 462/10
465/18 465/23
469/25 470/2
478/13 480/11
485/3 486/23
488/21 490/8 490/9
490/11 490/11
490/15 492/9
492/19 495/24
495/25 496/3
496/23 497/19
499/11 500/25
505/15 506/14
507/4 508/11
**I've [39]** 353/25
356/12 358/11
367/18 370/15
373/10 373/13
383/2 392/12 393/2
393/3 396/13
409/14 414/11
414/11 417/16

429/23 430/8 436/1
436/12 438/3
445/24 446/20
447/5 453/2 456/23
460/14 460/14
460/14 460/15
460/15 470/20
480/11 480/12
499/12 508/14
**i.e [2]** 391/20
391/21
**idea [3]** 372/24
373/24 375/24
**identified [2]**
409/24 439/22
**II [1]** 349/11
**III [1]** 443/24
**Illustrated [1]**
505/11
**image [1]** 413/4
**immaterial [1]**
363/21
**immediate [1]**
439/6
**immediate-release
[1]** 439/6
**impact [3]** 420/19
421/16 421/16
**impacts [2]** 421/12
421/14
**implementation [1]**
369/13
**important [11]**
369/25 396/25
397/5 463/6 475/8
487/16 490/13
490/14 495/22
501/21 504/5
**impossible [1]**
458/15
**impression [1]**
401/8
**improper [1]**
451/18
**improved [1]** 437/7

Inc [2]   350/9
 350/16
incidence [1]
 493/4
include [8]   369/7
 377/16 415/16
 432/14 466/3 466/8
 473/13 510/11
included [9]   387/2
 409/4 420/6 433/12
 434/9 435/21 438/6
 451/19 482/5
includes [6]
 397/17 430/18
 434/4 439/12
 439/23 440/24
including [11]
 361/17 368/16
 413/23 414/15
 421/15 441/6
 449/11 450/20
 451/24 484/12
 487/10
income [6]   357/1
 357/13 368/5
 368/19 368/22
 368/22
incomplete [1]
 386/21
inconsistent [1]
 503/12
incorrect [2]
 443/7 510/1
increase [3]
 395/23 408/6
 417/22
increased [4]
 395/23 408/10
 408/14 417/18
increases [5]
 391/3 394/6 399/11
 461/17 491/25
independent [2]
 400/2 405/10

indicate [1]
 443/24
indicated [4]
 356/5 356/6 356/25
 443/22
indicates [4]
 383/9 383/14
 383/17 415/8
indication [11]
 406/1 406/2 406/3
 411/14 431/7
 435/18 438/6
 440/21 446/4
 472/10 482/23
indications [2]
 400/20 483/2
individual [2]
 435/4 450/13
individuals [1]
 401/22
influence [1]
 497/6
influenced [1]
 483/17
information [34]
 362/18 379/17
 379/18 417/17
 418/14 426/14
 426/25 427/3 427/9
 434/4 434/9 435/21
 435/22 435/24
 435/24 435/25
 437/12 438/7
 439/12 439/14
 439/17 440/24
 441/1 441/1 441/2
 450/16 455/15
 472/21 479/7 482/1
 486/11 486/14
 488/25 489/1
inhibition [4]
 425/25 434/19
 483/14 483/21
inhibitor [1]
 507/12
initially [1]

initials [1]
 447/11
input [2]   400/3
 408/22
INR [12]   455/16
 461/6 461/11
 461/12 461/13
 461/20 461/21
 462/19 462/22
 462/25 463/2 463/2
insert [4]   407/25
 431/11 431/15
 437/6
instead [1]   464/16
Institute [1]
 412/5
Institutes [1]
 410/18
instruction [1]
 352/15
instructions [2]
 368/1 511/3
intend [1]   505/18
intent [3]   370/25
 371/3 379/11
Inter [3]   489/22
 489/23 489/23
interactions [3]
 487/20 488/12
 496/12
interacts [1]
 487/17
interesting [1]
 445/19
internal [2]   472/6
 481/21
International [5]
 455/16 458/7 461/6
 462/19 463/6
Internet [1]   487/3
interpatient [3]
 421/25 489/20
 490/6
interpret [5]
 370/13 370/16

**interpret... [3]**
376/4 458/13
469/18
**interpretation [3]**
376/6 407/12 413/1
**interpreting [1]**
372/4
**interrogatories [6]**
424/14 424/23
447/4 456/12
456/13 460/17
**interrogatory [4]**
440/5 456/9 470/3
470/7
**interrupt [1]**
385/9
**interrupting [1]**
427/24
**intra [1]** 489/22
**introduce [1]**
502/5
**invoice [6]** 374/2
374/4 374/7 374/10
374/14 383/5
**involved [9]**
386/11 399/19
399/19 466/19
467/2 468/24 469/1
469/5 469/11
**involving [2]**
395/22 418/15
**irrelevant [1]**
354/23
**is [463]**
**isn't [10]** 354/9
358/12 368/14
442/2 448/2 453/14
470/16 480/5
484/18 485/6
**ISS [1]** 477/17
**issue [12]** 352/9
361/8 368/4 406/6
444/7 473/12
501/20 502/2 502/3

502/24 508/22
509/16
**issued [3]** 417/15
417/16 418/2
**issues [6]** 412/25
413/13 436/25
437/3 438/14
439/22
**ISTH [3]** 391/20
392/22 394/7
**it [487]**
**it's [157]** 354/9
354/15 354/23
356/17 357/9
358/11 358/13
358/14 358/16
358/19 360/13
360/20 361/19
361/22 363/23
365/19 365/20
366/14 366/21
366/25 372/13
373/16 374/25
375/6 375/6 376/4
377/2 377/3 377/23
378/11 380/4
381/11 381/25
384/2 386/6 386/21
391/8 391/8 392/20
393/3 393/6 393/14
396/8 396/20
396/25 398/9
400/25 401/10
402/24 403/1 407/1
411/11 413/9
414/22 414/23
415/15 415/22
415/24 417/25
418/9 419/3 419/11
419/20 425/11
427/7 430/17
430/19 430/19
430/22 432/9
432/11 434/6
434/10 435/19
437/21 439/15

445/12 445/20
447/25 447/25
448/9 449/2 454/9
455/8 455/10
456/13 456/16
458/15 464/19
466/10 466/10
466/17 468/1
469/20 470/4 471/9
471/18 471/18
473/6 473/17 474/7
474/18 474/19
474/20 475/2
475/18 477/8 480/9
480/23 481/4
481/13 481/17
483/4 485/12
485/22 485/25
486/10 489/9
490/24 491/7 491/8
492/16 496/16
497/12 498/4
498/15 498/17
499/1 500/12 501/6
501/10 501/25
502/6 502/11
502/12 502/16
502/23 502/24
503/20 503/22
503/23 504/5
504/16 504/21
504/24 505/6 505/6
505/7 505/7 505/12
506/1 506/7 506/15
507/15 509/25
**Italy [1]** 479/12
**its [6]** 405/25
433/2 475/21
477/17 487/19
510/12

**J**

**Jadhav [1]** 407/5
**Janssen [69]** 349/8
350/16 350/16

**Janssen... [66]**
401/15 412/1
422/19 422/25
423/13 425/17
425/20 425/24
427/1 430/1 430/2
431/2 433/2 433/10
434/3 436/2 436/4
436/5 437/4 437/9
438/5 438/12 439/4
439/21 440/17
446/3 446/15
446/25 452/17
452/21 453/17
453/21 454/16
454/20 455/1
455/15 456/21
457/7 457/13
457/16 458/6
459/24 460/23
460/24 461/3
461/24 462/3
462/18 463/5
463/14 463/17
464/4 467/5 467/13
467/17 468/2
468/21 469/8 469/9
470/16 472/12
474/17 474/19
476/9 484/21
510/11
**Janssen's [6]**
452/22 456/4
463/13 469/22
474/20 474/22
**January [7]** 433/2
433/11 433/17
435/22 436/2
439/13 440/25
**January 4 [2]**
433/2 433/17
**January 4th [1]**
436/2
**JEFFCOTT [1]** 350/5

**Jodi [4]** 350/20
511/12 511/20
511/20
**John [1]** 449/14
**Johnson [12]**
430/18 430/18
431/2 431/2 431/11
431/11 439/4 439/4
440/17 440/17
470/22 470/22
**Joseph [2]** 349/8
443/21
**Jr [1]** 349/8
**judge [7]** 349/12
356/25 374/20
501/18 504/17
511/2 511/6
**Judy [1]** 447/22
**July [40]** 362/2
362/13 364/24
365/3 365/24
366/20 366/22
369/19 372/23
373/3 373/19
373/22 375/3 375/4
375/9 377/7 383/5
400/17 406/1
422/19 423/13
424/6 424/8 464/8
464/9 464/18
464/19 464/21
467/4 467/13 468/9
469/4 470/16
470/25 472/7
473/21 473/24
474/10 475/24
482/6
**July 1 [8]** 372/23
373/3 373/19 375/3
383/5 464/8 464/21
468/9
**July 12 [2]** 470/25
472/7
**July 12th [2]**
467/4 469/4

406/1 464/9 464/19
**July 2008 [1]**
424/6
**July 2011 [2]**
473/24 482/6
**July 2014 [6]**
362/2 362/13 365/3
365/24 369/19
373/22
**July 22nd [2]**
423/13 424/8
**July 24 [1]** 467/13
**July 7th [1]** 375/4
**jump [1]** 459/18
**jumping [1]** 446/6
**June [39]** 362/3
362/13 363/23
364/24 365/3
365/11 365/24
365/24 366/22
369/20 372/23
373/3 373/19
373/22 376/22
377/8 380/14 382/7
383/18 441/5
441/13 441/23
445/25 446/3
446/16 448/1
452/17 452/22
452/25 453/2
454/18 454/18
454/19 457/14
457/17 459/24
460/8 460/14
460/15
**June 13th [2]**
446/3 446/16
**June 16th [6]**
452/17 452/22
452/25 453/2
454/18 454/19
**June 2015 [6]**
362/3 362/13 365/3
365/24 369/20
373/22

**June 23 [2]**   457/14
 457/17
**June 28 [1]**   460/8
**June 28th [2]**
 459/24 460/15
**June 30 [2]**   365/24
 372/23
**June 30th [8]**
 363/23 365/11
 373/3 373/19
 376/22 380/14
 382/7 383/18
**June 7th [3]**
 441/13 441/23
 445/25
**jury [49]**   349/11
 352/8 352/20
 352/24 353/1
 355/24 357/23
 361/22 365/23
 370/2 389/23
 394/25 396/5
 396/25 399/20
 400/14 412/13
 429/8 429/14
 429/17 429/19
 446/12 451/2 455/8
 455/10 466/14
 467/18 475/9
 475/10 477/2
 485/22 489/9 491/3
 491/19 494/9
 494/14 495/14
 495/15 496/1
 505/20 505/20
 506/1 506/19
 506/21 507/2 507/4
 510/6 510/19 511/1
**jury's [2]**   352/8
 506/11
**just [176]**

# K

**keep [17]**   354/17
 355/4 357/7 365/9

367/15 372/21
373/11 412/13
413/24 414/10
422/17 438/2
448/16 455/15
466/1 475/7 506/14
**keeping [2]**   368/22
 453/4
**Kessler [15]**   353/3
 353/9 353/13
 353/17 356/15
 358/9 359/4 359/11
 364/1 369/16 385/9
 429/22 507/8 508/5
 510/11
**key [5]**   422/9
 480/20 480/24
 508/10 509/4
**kidding [1]**   478/23
**Kinaszczuk [1]**
 447/23
**kind [4]**   401/9
 401/11 421/13
 458/19
**kindly [2]**   398/18
 399/1
**kinds [1]**   378/15
**Kindzelski [1]**
 410/18
**knee [14]**   384/22
 422/22 423/4
 423/14 453/5
 454/17 464/8 466/5
 466/23 466/24
 469/17 472/14
 472/17 476/1
**knew [12]**   426/14
 426/25 427/8 427/9
 427/12 428/14
 428/17 428/21
 429/1 437/18
 476/25 500/22
**know [144]**   352/13
 353/3 353/5 353/7
 355/3 355/12
 355/14 359/25

361/22 362/18
363/1 363/2 363/3
363/4 363/20
367/12 367/14
367/19 368/6 368/8
369/25 370/13
370/14 371/3
372/17 372/19
372/22 373/11
373/18 374/19
375/15 375/16
375/24 376/7 379/6
382/17 382/19
382/24 384/2
385/18 389/14
389/23 389/25
395/11 395/21
396/5 396/6 396/21
397/22 399/5 400/2
400/6 400/7 400/9
401/2 401/6 403/1
410/4 414/23
416/15 417/9
417/23 418/5
418/12 420/3 420/8
422/11 424/21
424/22 428/4
428/18 428/24
429/1 436/12
437/11 437/13
438/5 444/2 444/8
444/10 444/11
444/18 447/11
449/23 449/25
450/3 451/3 451/15
454/17 456/9
456/19 457/2 457/8
457/10 457/11
458/9 458/16
459/16 459/19
465/19 467/1 467/4
467/6 469/2 469/6
469/19 474/22
475/24 476/18
476/19 479/6

**know... [31]**
479/22 479/22
482/17 483/25
484/12 485/18
486/9 486/10
486/22 486/25
488/4 488/8 488/17
489/9 490/11
490/23 495/25
498/4 498/5 498/25
500/5 502/7 502/12
502/13 505/3 505/4
505/9 508/11
508/14 508/21
510/7
**knowledge [1]**
428/15
**known [2]** 423/20
437/20
**knows [5]** 478/19
478/20 484/12
489/3 501/7
**Kollath [2]** 447/23
448/10
**Kupperman [1]**
350/17

**L**

**lab [3]** 421/8
421/12 422/7
**label [107]** 352/13
408/3 408/13
415/16 416/1 423/1
423/13 423/24
425/3 425/15 427/1
431/16 431/18
432/2 433/12
433/17 434/3 434/8
434/12 434/18
435/21 437/25
438/12 439/23
445/15 446/2 446/4
446/16 447/25
448/14 448/25
449/2 449/3 452/18

452/23 453/14
457/19 458/5
459/25 460/23
464/12 465/3 466/2
466/5 466/20
466/21 467/2 467/5
467/5 467/6 467/17
467/18 468/8
468/16 468/23
469/10 469/17
469/20 469/22
472/9 472/13
472/13 472/17
472/20 473/14
473/19 474/20
474/22 474/23
475/10 475/13
475/19 475/20
476/10 476/15
476/17 476/19
476/24 479/15
479/16 481/24
482/5 482/13
482/22 483/1
483/12 483/13
483/22 483/25
484/3 484/4 484/6
484/7 484/15
484/17 484/20
484/24 487/22
487/23 488/15
488/22 489/3 489/4
489/6 507/10
510/12 510/16
**labeled [2]** 358/13
432/1
**labeling [36]**
415/10 424/9
425/17 426/16
428/5 430/2 430/18
431/4 432/22
433/23 438/13
438/24 439/22
442/5 444/24 445/3
447/1 447/18 457/6
459/17 459/20

465/13 465/15
465/17 465/18
465/20 468/24
469/12 475/17
481/20 481/21
481/23 482/4
510/15
**labels [3]** 469/15
476/11 488/5
**laboratories [1]**
421/25
**laboratory [14]**
420/22 421/23
421/24 441/6
442/24 444/14
444/20 445/10
445/17 446/2
451/10 452/1
482/14 504/8
**labs [2]** 422/2
422/5
**lack [1]** 503/13
**ladies [4]** 353/2
353/15 356/3
429/18
**Lambert [1]** 350/5
**language [36]**
352/13 390/9 393/2
407/24 413/9
415/17 420/4 420/5
420/9 422/25
426/10 430/7
432/10 445/2 446/5
447/1 449/4 450/7
450/11 451/12
452/13 455/9
455/11 455/19
460/24 462/6
465/10 469/22
472/25 474/24
474/25 475/5
483/18 489/5 498/2
510/12
**last [14]** 383/1
394/21 403/21

**last... [11]**
406/24 432/13
435/8 455/25 459/2
459/3 474/3 475/5
475/19 485/8 496/5
**late [6]** 363/4
428/15 481/21
489/9 498/17 499/1
**later [4]** 377/18
445/12 445/22
475/19
**latest [1]** 457/19
**lawsuit [2]** 386/11
406/7
**lawyer [1]** 355/25
**lawyers [3]** 355/17
374/8 511/7
**lay [1]** 485/19
**lead [4]** 368/19
500/12 501/1
507/18
**leading [1]** 393/13
**learned [11]** 383/2
501/11 502/5 502/6
502/22 502/23
503/14 504/4
504/12 505/4
505/12
**least [10]** 375/15
402/4 417/5 418/1
452/15 458/11
460/16 491/11
494/21 502/9
**leave [6]** 355/17
396/16 447/15
448/5 458/20 488/6
**leaves [1]** 463/23
**left [4]** 364/9
441/24 456/7
507/21
**legal [2]** 359/25
465/23
**legend [1]** 404/5
**less [7]** 365/19

494/5 494/12
494/22 495/10
**lessen [3]** 403/9
403/10 403/10
**lesser [2]** 391/20
392/21
**lesson [1]** 383/2
**let [75]** 353/5
353/18 354/17
357/17 358/5
361/24 363/9
365/22 373/25
376/9 376/9 376/10
382/1 382/1 383/4
385/15 385/24
387/12 388/18
389/11 389/22
391/14 393/8 397/5
397/5 398/11 399/3
402/18 406/9
406/18 406/21
409/7 409/19
421/11 423/8 424/5
424/6 428/3 430/5
430/6 430/10
431/18 433/14
436/2 438/10
439/18 441/9 449/8
451/7 452/19
454/24 455/3
457/14 458/9
458/24 464/14
465/12 467/8
469/23 470/12
471/7 471/10 478/8
480/2 485/1 488/8
488/21 491/9
492/19 500/10
505/2 506/3 508/10
508/10 509/6
**let's [149]** 352/24
355/4 362/2 362/2
363/7 363/12
363/15 364/16
364/20 364/21

367/23 370/10
370/11 370/20
370/21 371/13
371/14 371/15
371/18 371/19
371/23 372/21
375/2 376/2 376/2
378/1 378/2 379/14
380/11 380/16
382/12 383/4
384/11 387/20
389/7 390/11
390/21 390/21
390/21 394/11
394/14 397/10
397/10 399/1
401/21 402/1
403/17 404/6
405/20 406/22
407/18 408/4
409/20 410/8
410/21 411/6
411/12 413/18
422/16 425/5
425/24 426/13
426/13 429/7 429/7
429/11 429/22
430/25 431/9 432/7
432/18 434/2 434/5
434/17 434/23
436/1 436/23 438/2
439/3 439/10
440/15 440/23
442/21 443/8
443/17 444/13
444/23 445/7
445/14 445/24
447/21 448/9
448/21 449/7
449/16 450/19
452/3 453/4 453/13
453/19 455/13
455/21 455/23
458/4 460/8 460/22
460/25 461/23

457/9 457/9 464/21 limits [1] 505/16
465/3 465/14

let's... [39]
463/4 463/12
464/18 465/7
465/25 466/21
467/10 468/12
468/19 469/23
470/1 472/2 474/5
475/7 476/6 481/6
481/19 482/3
482/16 483/12
486/17 487/7
487/15 489/9
489/10 489/20
491/21 497/2 498/1
499/6 499/19 506/2
507/17 507/20
507/23 507/24
507/24 508/1
508/23
letter [60] 355/19
355/20 355/21
355/24 356/5 356/7
356/7 356/9 356/10
356/12 356/13
356/16 356/16
357/2 357/10
357/18 357/24
358/9 358/23
358/23 359/16
359/21 360/2 360/3
360/11 360/11
368/5 368/21
368/23 368/25
369/5 379/19
423/12 423/16
430/2 431/2 431/10
431/19 433/16
433/22 436/2 436/4
436/17 436/24
438/3 438/6 438/12
438/23 439/4
439/21 440/17
441/3 445/25
447/18 451/19

letting [1] 459/7
level [13] 395/10
395/18 401/11
461/8 462/4 491/4
491/25 493/10
493/20 494/6 494/7
494/10 500/15
levels [3] 490/19
494/13 498/7
Levin [1] 349/16
LIABILITY [1]
349/6
Liaison [1] 349/16
life [2] 362/8
463/18
life's [1] 361/13
like [34] 352/19
354/16 357/22
361/22 361/23
365/18 366/6
367/18 401/12
405/17 416/8
416/18 419/20
420/22 434/12
447/8 447/8 463/2
466/13 471/21
486/7 486/24
486/25 486/25
487/24 488/1 493/7
493/8 496/8 496/20
496/21 507/12
507/20 511/7
likely [2] 474/21
487/18
limine [1] 489/16
limitation [1]
359/16
limitations [4]
356/21 360/7
369/14 390/1
limited [3] 360/16
508/2 508/7
limiting [1]
352/14

line [11] 383/3
403/18 403/19
403/23 403/25
404/1 404/7 404/9
404/10 404/12
404/13
line's [1] 473/11
linear [11] 387/25
388/5 416/2 426/6
434/25 439/16
443/3 443/13
443/22 449/18
450/9
link [1] 477/18
list [7] 363/6
368/10 437/3
499/10 499/10
499/24 500/1
listed [2] 372/7
440/5
literature [6]
477/25 478/3 478/4
478/4 478/5 504/5
litigation [7]
349/6 353/22
354/21 355/7
361/17 383/23
501/17
litigations [1]
373/21
little [9] 358/11
370/20 377/3
384/11 404/5
432/14 447/12
469/13 507/23
lives [2] 478/15
485/6
LLC [2] 350/17
350/17
LLP [3] 350/2
350/9 350/12
locations [1]
397/18
long [6] 353/19
367/15 401/5 421/8

**long... [2]** 503/16
507/4
**longer [2]** 375/6
505/23
**longest [2]** 395/13
505/17
**look [112]** 356/11
357/9 357/19 362/2
362/2 363/7 364/16
364/21 366/2 366/5
369/25 370/20
370/21 373/11
373/25 376/2 377/3
378/1 378/23
379/14 380/16
383/4 383/6 384/3
384/13 384/22
384/23 389/2
389/16 389/20
389/20 390/8
390/10 390/11
390/21 392/8 392/8
394/11 394/14
394/17 396/13
396/15 397/10
397/25 398/3
398/16 398/17
398/20 398/22
398/22 401/15
403/25 407/18
408/4 410/8 410/12
411/6 411/12 413/9
413/18 418/22
422/11 425/5
425/24 426/22
427/7 434/23 435/2
437/3 439/10
440/23 441/24
443/17 444/13
444/23 445/7
445/14 451/7
455/23 459/18
460/25 461/23
463/12 465/12

465/25 466/2
466/13 467/10
468/19 472/24
474/7 477/5 477/6
479/12 480/4
480/15 481/6
481/19 482/3
482/16 486/17
487/15 488/20
492/25 494/14
494/15 496/4 497/2
498/20 507/17
507/23 509/16
**looked [37]** 356/12
369/5 379/12 385/1
385/13 385/19
385/23 385/23
398/4 399/5 405/11
409/5 409/14
415/20 420/21
424/15 424/20
437/12 438/4 457/2
457/5 457/5 467/3
475/12 476/12
479/1 479/2 484/9
484/11 497/14
497/14 497/15
499/12 499/25
500/4 501/5 503/23
**looking [22]**
391/17 391/25
394/11 395/21
396/7 398/13
403/17 406/24
425/7 425/12 432/8
439/11 442/19
451/13 454/15
466/1 473/10
485/12 488/21
509/22 509/24
510/1
**looks [2]** 486/24
486/25
**lost [3]** 455/18
486/23 505/20
**lot [11]** 366/13

366/16 400/24 401/3
401/4 449/12 471/9
475/8 478/14 495/2
498/25
**lots [3]** 400/3
501/15 505/18
**Louis [1]** 350/3
**LOUISIANA [7]**
349/2 349/8 349/24
350/6 350/19
350/22 511/14
**lousy [1]** 466/14
**low [2]** 491/7
496/11
**lower [4]** 364/9
403/18 478/17
492/16
**lowest [8]** 395/18
395/20 491/4
492/14 492/18
492/21 492/24
493/16
**Lu's [1]** 477/6
**lunch [2]** 353/4
353/19

**M**

**ma'am [1]** 510/14
**mad [2]** 506/12
506/13
**Madabushi [1]**
407/7
**Madabushi's [1]**
407/14
**made [16]** 369/21
383/25 384/5
393/12 401/23
402/12 419/5
423/20 430/14
437/24 439/5
440/18 444/24
447/10 489/5
503/12
**magazine [2]** 350/6
485/10
**mail [17]** 446/15

**M**

**mail... [16]**
447/22 448/3
452/21 452/22
453/17 457/16
459/23 460/8
467/12 467/15
467/16 468/2 468/3
468/13 469/3 469/7
**Main [1]** 350/14
**major [21]** 388/24
389/4 391/4 391/8
391/20 392/22
394/5 394/6 394/7
394/8 394/18
395/24 396/3
397/20 398/7 398/7
399/10 402/3
402/15 402/20
408/5
**make [35]** 352/21
365/22 366/18
368/8 368/8 371/18
371/21 379/22
379/23 387/12
398/21 399/11
403/1 403/7 404/4
404/6 405/20
416/11 424/6 424/6
431/25 432/11
434/5 438/15
439/14 453/4
467/18 471/7
487/18 490/8 496/1
500/5 503/7 503/10
503/11
**makes [3]** 365/7
402/25 480/24
**making [4]** 371/11
420/10 449/22
458/11
**management [2]**
356/6 358/16
**manager [8]** 448/17
472/4 480/12

**mail... [16]** 480/18 481/8
481/13 481/20
482/9
**manager's [1]**
480/21
**manufacturer [1]**
489/1
**many [22]** 354/24
356/22 357/5
360/25 362/24
362/25 365/8 367/4
367/5 370/17
372/22 373/18
373/21 376/8 396/1
399/18 399/19
413/6 420/16 484/9
509/25 510/1
**March [3]** 436/5
436/18 438/3
**March 17th [2]**
436/18 438/3
**marginal [1]** 421/3
**marked [2]** 355/21
381/23
**market [6]** 400/17
400/24 401/15
401/17 406/3
484/23
**marketing [1]**
401/7
**Marshal [2]** 352/8
506/25
**Martin [1]** 412/9
**master [3]** 479/16
484/20 510/16
**matches [1]** 456/8
**material [2]**
431/22 501/24
**maternal [8]**
441/10 441/23
442/2 442/4 444/24
445/8 445/15
476/13
**math [1]** 490/23
**Mathews [1]** 358/16
**matter [1]** 511/17

**maximum [1]** 493/10
493/17 493/20
494/12
**may [45]** 352/17
353/8 356/9 356/9
356/18 357/20
357/24 369/22
369/22 369/22
377/3 390/9 392/12
392/12 393/2 399/3
400/22 416/10
417/24 420/17
424/15 429/20
439/24 440/1
444/10 444/10
454/24 465/7
466/12 466/13
468/22 469/9
469/18 470/20
471/12 478/9
482/20 488/17
500/2 501/12
501/20 503/3 504/6
504/13 511/2
**May 2011 [1]**
439/24
**May 4th [1]** 440/1
**maybe [7]** 400/22
404/4 414/22
419/16 466/12
498/4 498/10
**McDowell [1]** 407/3
**MD [1]** 349/7
**MDs [1]** 410/16
**me [146]** 352/10
353/5 353/18
354/17 355/22
356/1 356/11 357/1
357/10 357/17
358/9 358/12
359/15 359/25
360/6 360/12
361/24 362/19
363/9 365/22 366/5
366/6 367/8 367/15
373/25 376/8 376/9

**me... [119]** 376/9
376/10 378/19
378/24 379/2 379/8
379/8 381/11 382/1
382/1 383/4 383/24
385/13 385/15
385/24 387/12
388/18 389/2 389/7
389/11 389/15
389/15 389/15
389/19 389/22
390/10 391/12
391/14 392/2 392/2
392/19 393/8
393/12 393/22
394/21 397/5 398/3
398/11 399/3
402/18 403/23
405/23 406/9 409/7
418/3 419/10 423/8
424/5 424/6 428/3
428/21 430/4 430/5
430/6 430/10
430/15 431/18
433/14 434/7 436/2
437/13 437/21
438/10 439/18
441/8 441/9 442/15
444/22 446/22
449/1 451/7 452/19
454/20 454/24
455/3 455/18
455/18 455/18
456/3 457/11
457/14 458/9
458/24 459/7 462/6
464/14 465/12
467/4 467/8 469/23
470/6 470/12 471/7
471/8 471/10
473/23 474/24
475/1 475/6 477/23
478/8 478/23 480/2
485/1 488/5 488/8

488/21 490/8 491/8
492/19 493/11
496/22 498/19
499/3 499/11
500/10 504/10
508/10 509/6
**meal [1]** 418/12
**mean [60]** 355/16
362/18 362/20
362/24 365/9
365/10 365/20
366/13 366/21
367/4 367/14
368/12 369/21
384/4 394/8 398/10
401/22 401/22
402/25 403/8 404/3
405/5 407/11 410/5
421/6 421/6 421/9
424/14 424/14
428/23 437/15
444/10 447/7
449/14 449/14
458/12 458/15
459/18 472/24
477/16 477/24
478/5 485/25
490/10 491/8
491/19 494/14
495/7 496/15
496/18 496/18
497/11 497/15
498/13 501/7 502/5
502/12 505/11
505/15 506/1
**meaningful [1]**
501/24
**means [11]** 367/12
376/7 376/8 395/1
402/12 444/18
469/10 491/4 491/7
493/16 493/19
**meant [2]** 365/25
392/6
**Meanwhile [1]**
451/7

**measure [16]** 355/16
458/7 466/3 466/9
473/14 479/4
**measured [3]** 435/4
450/13 461/10
**measurement [5]**
417/3 417/17 417/22
432/14 437/8
**measurements [4]**
421/20 421/23
492/10 500/13
**measuring [3]**
435/15 461/7 463/7
**mechanical [1]**
350/24
**med [1]** 355/1
**medical [33]** 354/5
359/5 386/7 386/8
386/14 387/3 387/4
387/10 387/17
387/21 387/24
388/4 399/23 400/9
400/9 402/2 402/14
404/21 409/4 412/2
412/12 413/9
414/17 418/7 442/1
476/20 477/5
480/13 480/14
480/23 489/12
489/16 510/22
**medicine [3]** 359/4
369/12 491/4
**meeting [9]** 409/10
409/23 411/10
411/25 412/17
468/16 472/7
481/21 481/22
**meetings [1]**
401/24
**meets [1]** 495/16
**member [1]** 354/11
**members [13]**
355/11 368/2
409/22 410/10
410/14 413/15
413/20 414/6 451/2

**members... [4]**
455/8 506/18 507/4
510/18
**memo [2]** 449/10
452/21
**memory [5]** 378/19
389/1 404/3 436/11
475/6
**mentioned [6]**
388/25 413/6 423/5
462/19 472/16
507/10
**mentioning [3]**
412/13 413/24
414/10
**mercifully [1]**
511/3
**merged [1]** 469/15
**Meridian [1]**
350/13
**met [1]** 408/24
**methods [1]** 418/15
**Meunier [2]** 349/22
349/23
**might [2]** 375/22
404/4
**milligrams [1]**
494/10
**million [1]** 384/5
**millions [1]** 419/6
**Min [1]** 477/6
**mind [1]** 378/12
**minute [2]** 429/11
506/18
**minutes [5]** 394/21
409/9 412/20 432/9
506/5
**misbranded [1]**
465/22
**misbranding [1]**
465/23
**misleading [3]**
420/11 497/1 498/5
**misrepresenting [1]**
478/7

**miss [1]** 494/13
**missing [1]** 478/7
**Missouri [1]** 350/3
**misspeak [1]** 390/4
**misspoke [1]**
376/10
**misstated [1]**
400/22
**moderate [2]**
495/17 497/7
**Module [1]** 431/13
**Module 1.14.1 [1]**
431/13
**monitor [1]** 442/24
**monitored [7]**
445/9 445/16 446/2
451/10 451/25
482/14 487/19
**monitoring [15]**
401/23 416/8
416/11 416/18
425/21 434/13
437/5 437/20 443/2
443/11 449/4
482/18 487/21
488/12 496/13
**Montgomery [1]**
349/20
**month [3]** 474/8
475/4 476/5
**months [10]** 372/9
373/3 373/4 375/23
387/17 388/8
388/11 404/16
405/14 444/3
**moot [1]** 361/8
**more [14]** 365/20
391/21 392/22
397/3 405/11 438/7
451/7 481/17 486/3
487/18 488/8
490/24 501/6
503/18
**morning [7]** 383/21
401/12 409/6
415/13 448/13

**most [3]** 401/6
418/11 453/21
**mothers [1]** 442/5
**motion [1]** 489/15
**mountain [1]** 485/3
**move [19]** 370/11
371/13 371/17
371/19 382/9
385/11 393/13
393/14 396/6
420/12 427/18
435/8 450/19 476/6
479/21 479/23
491/12 498/22
499/16
**moving [7]** 354/17
360/21 394/12
407/18 438/2
443/17 475/7
**Mr. [2]** 383/22
384/6
**Mr. Beck [2]**
383/22 384/6
**Ms. [3]** 472/9
472/12 472/16
**Ms. Blaus [3]**
472/9 472/12
472/16
**much [17]** 353/21
354/20 355/6
362/24 365/13
372/11 372/12
372/13 372/13
373/3 373/4 383/24
385/3 415/20
437/19 506/5
510/23
**Mueck [10]** 491/10
494/25 495/3
495/18 496/5
496/20 496/23
496/24 496/25
498/3
**Mueck's [4]** 490/20
495/22 495/23

Mueck's... **[1]**
 496/19
**Mullins [1]**   350/12
**multiple [1]**
 404/22
**multiply [1]**   372/4
**must [5]**   353/19
 354/20 426/23
 487/1 487/19
**mutually [1]**
 407/24
**my [76]**   355/20
 361/13 362/5 362/7
 367/7 367/19
 369/13 371/12
 374/6 374/15
 375/25 378/5
 378/12 378/14
 378/19 378/22
 379/11 379/16
 382/20 383/2
 385/12 385/22
 388/18 388/20
 389/1 389/5 394/11
 394/19 396/7
 398/16 403/22
 415/19 416/17
 416/25 416/25
 417/8 417/16 418/3
 418/20 418/24
 423/5 425/1 425/12
 426/25 427/21
 428/20 430/6 434/8
 446/10 454/18
 456/9 457/2 463/25
 466/25 469/5 469/7
 470/1 471/11 474/6
 475/6 480/23 485/3
 488/9 490/4 490/25
 492/9 494/18
 499/23 499/24
 500/3 500/9 502/10
 503/11 503/18
 504/7 511/15

**name [1]**   364/2
**names [1]**   486/10
**narrow [1]**   488/8
**national [3]**
 410/18 411/2 411/5
**nature [1]**   431/22
**NDA [22]**   384/17
 384/18 384/22
 385/14 411/11
 419/12 420/7
 420/10 422/25
 423/12 424/16
 424/18 433/10
 433/16 438/17
 439/5 440/18
 447/25 448/14
 467/20 468/16
 472/16
**NDAs [1]**   469/14
**necessarily [1]**
 469/17
**necessary [2]**
 435/4 450/12
**need [8]**   353/5
 396/3 471/7 482/17
 496/13 503/7
 503/10 505/3
**needle [1]**   419/20
**needs [1]**   429/8
**negates [1]**   463/3
**negotiation [4]**
 408/2 458/22
 458/22 459/21
**neither [1]**   445/9
**Nelson [1]**   350/12
**Neoplastin [20]**
 422/11 432/16
 434/5 435/7 450/16
 478/9 478/12
 478/21 479/3
 479/13 479/16
 483/15 483/20
 508/11 508/18
 508/21 509/5

 509/17 509/19
 510/12
**never [11]**   373/20
 374/15 385/6 392/4
 393/2 393/6 501/5
 501/9 501/24
 503/19 503/22
**new [16]**   349/8
 349/24 350/6
 350/19 350/22
 384/21 408/25
 411/7 422/19 433/2
 436/5 460/24 480/7
 487/8 487/20
 488/11
**Newman [3]**   448/17
 467/13 468/13
**next [23]**   352/17
 360/21 378/7
 378/10 380/23
 381/4 381/6 381/8
 381/10 381/13
 381/17 381/19
 402/17 404/18
 404/19 408/4
 418/13 455/3
 460/25 468/20
 474/8 475/4 476/4
**night [1]**   418/11
**nights [2]**   369/8
 377/16
**nine [1]**   414/6
**no [138]**   349/7
 349/9 353/24 355/8
 357/9 359/16
 359/20 360/2
 361/15 362/15
 362/17 366/2 366/7
 366/9 366/25 367/3
 367/9 367/18
 368/23 371/10
 372/3 372/24
 373/23 373/23
 374/23 375/24
 376/6 376/19
 377/12 377/21

**no... [108]** 378/22
379/2 379/6 379/6
379/6 379/9 379/9
379/9 379/13
379/17 380/9
380/24 382/22
384/8 384/21 385/2
385/6 386/6 388/18
392/3 392/7 392/25
392/25 393/5
393/11 393/11
393/11 397/9
397/25 398/11
399/22 400/21
401/24 402/9 402/9
402/24 406/20
409/18 410/2 413/4
414/8 414/22
415/24 418/18
420/9 424/13 426/8
426/16 427/11
427/17 428/6
428/13 428/22
432/24 434/8 437/3
437/15 439/16
440/8 440/10 441/2
441/5 441/16 443/5
444/14 445/20
449/7 449/19
449/21 450/23
453/23 454/7 457/3
457/10 461/22
470/20 470/21
473/18 474/14
475/22 476/15
476/17 477/8 478/9
478/15 480/23
484/13 484/15
485/23 487/25
489/12 492/11
493/8 494/14
494/16 495/3
495/19 496/17
496/25 497/10

508/10 509/1
509/18 510/3
510/14
**No. [1]** 472/18
**No. 1 [1]** 472/18
**NOAC [4]** 462/24
463/2 488/22
508/17
**NOACs [6]** 487/13
488/10 488/14
488/16 508/2 508/7
**NOACs' [1]** 488/24
**non [1]** 414/2
**non-CNS [1]** 414/2
**nonaspirin [3]**
403/19 404/7 404/9
**noncardiac [1]**
467/7
**None [1]** 463/2
**nonresponsive [1]**
420/13
**nonvalvular [4]**
386/10 414/3 439/7
440/20
**nonvoting [1]**
410/22
**normalize [2]**
461/12 462/20
**Normalized [5]**
455/16 458/7 461/6
462/19 463/7
**Norman [1]** 410/23
**not [254]**
**note [1]** 452/11
**nothing [9]** 432/12
432/17 460/9
472/24 477/12
477/13 483/18
483/25 484/2
**notice [1]** 456/18
**novel [4]** 487/12
488/2 504/9 508/5
**November [8]** 385/8
387/15 400/17
415/2 474/2 476/6

**November 2011 [3]**
385/8 482/22 483/1
**November 4 [1]**
415/2
**November 4th [1]**
387/15
**November 4th date**
**[1]** 474/2
**now [91]** 352/14
353/3 358/21
359/21 360/24
362/10 363/11
364/16 368/6
368/21 370/7 371/2
376/2 377/5 382/21
383/21 387/10
388/14 394/25
395/21 398/3
400/17 405/14
408/16 409/9
410/21 411/6 413/4
413/19 415/2
415/16 421/17
422/16 423/12
424/4 425/16
429/10 429/24
430/25 431/9 432/7
432/18 433/2 436/2
436/4 436/17
437/11 437/13
438/5 439/4 439/21
440/15 441/5
441/10 441/21
446/3 446/6 448/21
448/21 449/24
450/19 450/19
452/5 453/14
455/18 456/8
456/11 457/13
458/2 458/15
458/24 462/18
463/12 464/6 465/3
466/11 466/21
468/8 470/21 480/4
481/19 482/3

371/21 430/20 448/18

**now... [9]** 482/16
483/23 487/15
489/8 491/24
495/16 496/4
500/23 500/25
**number [15]** 359/17
359/22 360/5 360/9
362/25 374/22
375/24 377/14
377/18 380/19
397/23 446/20
446/22 447/9
494/24
**numbered [1]**
511/17
**numbers [4]** 384/6
396/16 396/21
494/2
**nursing [1]** 442/5
**NW [1]** 350/10

**O**

**obfuscated [1]**
478/20
**object [8]** 358/2
371/18 379/20
452/5 452/13 487/3
495/19 504/3
**objected [1]** 504/1
**objecting [3]**
354/1 471/16
503/13
**objection [22]**
353/25 354/1
359/20 371/18
374/18 376/19
379/21 380/9
406/19 406/20
409/16 423/22
431/21 450/25
452/8 452/14 454/7
471/15 489/17
502/9 503/11
503/18
**objections [1]**

**obligation [1]**
360/9
**obscured [1]**
477/17
**obscuring [1]**
479/5
**observed [4]** 426/1
434/19 483/14
483/19
**obstetric [1]**
445/1
**obtain [1]** 472/6
**obviously [5]**
401/3 419/6 444/3
475/8 489/6
**occasion [1]**
410/11
**occurred [3]**
366/21 470/16
484/22
**occurs [1]** 442/11
**October [2]** 485/13
499/7
**October 2015 [1]**
485/13
**October 26th [1]**
499/7
**off [5]** 391/14
401/14 456/7 459/1
487/3
**offer [28]** 364/12
374/16 376/16
380/6 383/10
386/18 406/16
409/16 423/17
423/23 430/11
432/3 433/21
436/13 438/23
440/11 441/18
447/17 453/9
457/23 460/18
464/24 468/4 471/2
481/2 483/6 485/16
485/21
**office [3]** 418/13

**officer [1]** 442/1
**Official [3]**
350/20 511/12
511/21
**officials [1]**
414/20
**Oh [2]** 490/8
504/15
**okay [133]** 352/21
352/24 353/2 353/2
353/8 354/19
354/24 355/14
355/19 355/23
356/3 357/16
358/14 358/23
361/10 362/3
362/16 363/16
364/14 366/24
367/12 367/24
368/14 368/25
371/13 371/17
371/22 372/25
373/2 373/18
377/13 378/10
380/6 380/23 381/2
381/15 381/21
382/1 382/5 385/22
386/3 387/24
388/11 388/19
389/22 390/24
393/10 393/18
394/12 394/25
395/21 398/9
400/22 402/1 402/8
403/10 403/24
404/6 404/9 404/18
405/9 405/12
405/13 407/15
410/8 410/12
410/21 410/25
411/3 412/16
416/24 423/21
423/25 424/11
426/24 427/12
427/12 430/24

**okay... [55]**
435/11 436/13
436/20 438/2
439/10 440/9 441/9
441/18 444/9
444/12 444/19
446/24 447/14
448/21 449/10
451/5 452/14 453/8
453/16 454/4
454/13 457/12
460/9 460/18 462/7
466/11 467/24
476/3 476/6 478/8
480/16 480/19
481/4 481/19
482/12 483/1
485/11 488/21
489/8 491/21 492/5
492/23 495/20
497/25 500/10
501/3 504/10
504/23 505/1 506/3
506/24 507/3 510/4
510/18 511/5
**Oklahoma [1]** 353/6
**old [3]** 420/19
420/25 477/1
**on-drug [1]** 417/22
**once [3]** 484/17
486/23 498/12
**oncology [2]**
430/20 448/19
**one [88]** 354/20
354/24 357/5 357/5
360/22 360/24
366/1 367/3 367/3
370/5 370/21
370/23 371/8 374/2
374/2 375/15
375/16 377/11
378/2 378/7 378/10
380/17 380/20
380/21 380/23

381/4 381/6 381/8
381/10 381/13
381/13 381/17
381/19 382/25
383/1 383/7 383/17
384/19 384/23
391/1 391/9 391/9
395/24 396/9
396/19 397/4
397/20 401/24
410/3 414/13 416/1
416/5 417/22
417/25 417/25
421/23 422/2 423/5
424/5 424/24
436/22 437/3
437/23 447/6
447/12 451/4 451/4
451/15 454/11
454/18 456/5 457/3
459/2 460/7 464/16
468/8 469/16 471/8
472/17 474/15
474/15 475/22
478/15 479/12
488/15 491/19
495/21 504/25
**ones [2]** 381/21
397/23
**ongoing [2]** 431/3
441/4
**online [1]** 500/2
**only [18]** 362/14
368/5 372/19
373/14 398/16
398/16 398/17
398/20 404/12
437/15 460/10
464/15 475/15
475/21 479/12
484/9 495/10
497/18
**open [3]** 362/8
362/9 506/17
**opined [1]** 425/9
**opinion [13]**

415/19 416/7
416/17 417/2 417/8
417/13 418/2
465/23 494/20
504/7 504/8
**opportunities [1]**
495/24
**opportunity [4]**
354/18 357/18
422/12 432/24
**opposed [4]** 413/24
436/22 456/4
481/17
**oral [6]** 487/13
488/2 490/16
496/10 504/9 508/6
**order [4]** 352/6
368/13 437/11
492/25
**ordinarily [1]**
505/5
**organ [13]** 388/15
388/22 389/6
389/13 391/10
391/22 392/9
392/17 392/23
397/13 397/17
397/24 398/14
**organization [1]**
410/25
**original [3]** 439/5
440/18 455/23
**originally [1]**
379/3
**Orleans [5]** 349/8
349/24 350/6
350/19 350/22
**other [36]** 356/9
361/16 367/18
370/21 375/20
375/22 377/16
389/1 397/18 400/3
406/2 430/6 432/23
435/19 437/23
444/6 451/5 451/15

O

**other... [18]** 461/14 462/24 464/5 470/10 481/15 481/16 484/9 486/18 488/5 488/5 488/10 488/16 489/16 495/21 496/1 509/16 509/25 510/1
**others [6]** 447/7 447/15 449/8 454/9 458/20 500/12
**our [8]** 403/1 423/20 430/13 431/21 468/14 468/14 481/24 505/10
**out [65]** 352/8 355/2 358/6 365/14 365/14 365/23 366/6 366/7 366/9 370/14 370/16 370/18 372/18 372/18 373/10 373/13 373/14 373/16 377/13 377/24 377/24 378/25 378/25 379/2 379/3 379/7 379/8 379/10 382/25 383/1 401/17 402/18 404/1 420/17 424/22 426/12 426/13 428/16 445/13 446/22 446/25 447/10 449/15 454/10 463/23 465/8 466/13 466/13 466/14 473/11 474/8 475/3 475/22 479/11 490/22 493/7 495/1 495/21 503/24 504/6 505/16 505/21 506/15 507/11 507/22
**outline [1]** 394/11
**outs [2]** 454/12 466/17
**outside [15]** 355/10 356/22 357/5 357/12 359/6 359/12 359/23 359/24 360/5 360/6 360/17 361/1 368/16 369/15 408/16
**over [13]** 353/19 361/12 370/4 371/10 384/7 401/4 411/16 432/9 441/24 450/19 479/21 479/21 492/8
**overall [7]** 391/19 392/20 394/2 396/14 398/19 399/2 497/8
**overrule [2]** 353/25 399/25
**overruled [1]** 354/1
**overruling [1]** 423/21
**overstated [2]** 367/2 372/7
**overstates [1]** 365/6
**overstating [6]** 365/16 365/17 365/20 366/12 371/12 372/14
**overview [1]** 481/10

P

**p.m [1]** 448/1
**P.O [1]** 349/20
**package [4]** 407/25 431/11 431/15 437/6
**page [21]** 351/2 387/21 390/17 390/18 390/24 391/17 398/19 403/18 405/23 406/8 406/24 407/19 408/4 436/24 442/22 455/19 468/20 482/3 486/17 496/4 507/21
**page 3 [1]** 407/19
**pages [4]** 389/19 399/6 399/7 419/6
**pamphlets [1]** 504/12
**Papantonio [1]** 349/16
**paper [6]** 390/14 478/6 478/6 496/17 498/14 502/6
**papers [1]** 509/17
**paragraph [10]** 402/17 432/8 439/3 440/15 469/21 496/5 498/19 498/21 498/23 500/3
**paragraphs [2]** 451/14 451/24
**parameters [9]** 425/21 434/14 437/5 437/8 449/5 454/22 456/1 474/4 474/11
**paraphrase [1]** 389/18
**part [25]** 355/12 356/24 368/17 404/21 410/24 410/25 414/23 416/4 422/25

part... [16] 423/13 424/11 425/11 426/16 427/6 435/19 435/20 459/20 464/4 464/5 464/11 464/13 485/10 491/8 492/16 504/16

partial [6] 426/2 434/20 443/1 443/10 483/15 509/9

participants [1] 410/22

participate [1] 359/13

particular [6] 429/3 464/1 474/3 486/8 495/12 508/17

pass [2] 505/3 505/4

passages [1] 503/24

past [1] 375/16

pasted [4] 384/24 385/2 428/10 455/22

patient [4] 491/24 493/16 497/3 497/8

patient's [2] 491/4 492/15

patients [52] 387/14 387/25 395/10 402/4 402/5 402/15 402/21 402/24 404/12 404/14 408/9 408/25 411/14 411/16 411/22 411/23 414/3 415/18 416/7 416/17 416/18

417/3 419/22 422/12 422/13 422/21 433/3 439/7 440/19 464/7 472/13 475/25 476/8 477/22 478/2 478/24 479/7 479/9 480/8 483/24 484/13 489/24 489/25 490/18 492/17 492/20 492/23 493/19 494/6 494/10 498/7 500/14

pay [1] 442/20

PD [1] 426/17

peak [2] 491/25 492/7

peer [1] 503/17

peer-reviewed [1] 503/17

pen [1] 373/16

penalties [1] 368/20

pending [1] 396/22

Pensacola [1] 349/17

people [26] 356/9 370/15 370/15 370/16 373/10 373/13 377/14 378/24 399/13 399/15 399/22 400/7 405/7 405/10 405/11 413/23 414/15 418/11 429/6 447/9 469/18 478/24 482/18 489/13 509/25 510/1

per [17] 367/5 369/21 370/16 370/17 373/1 373/2 373/14 376/7 376/7 376/8 377/22 379/7 379/13 394/7 394/8

percent [18] 364/7 402/5 417/24 417/24 442/11 478/14 478/14 478/18 490/19 490/19 493/14 493/14 493/16 493/20 494/6 494/7 494/17 495/4

percentage [2] 396/10 442/15

perfectly [2] 383/19 422/14

performed [1] 418/15

perhaps [4] 416/22 485/23 488/9 503/1

period [21] 365/8 365/12 366/19 367/4 369/19 370/4 371/7 375/3 375/15 375/16 380/13 380/24 381/1 382/14 384/3 384/7 384/16 400/23 401/5 491/7 497/14

periodic [1] 487/20

periodically [1] 486/7

periodicals [2] 504/12 505/4

permitted [1] 357/10

person [3] 481/13 481/15 505/8

personal [1] 443/21

personally [1] 428/10

personnel [3] 362/6 362/7 379/16

perspective [1] 407/22

Pew [1] 410/5

**pharm [4]** 444/3
 448/23 480/14
 480/24
**Pharma [1]** 350/9
**Pharmaceuticals [2]**
 350/8 350/16
**pharmacist [1]**
 410/5
**pharmacodynamic [9]**
 435/3 450/12
 458/8 461/7 463/8
 463/16 466/4 466/9
 491/15
**pharmacodynamics
 [4]** 425/8 425/13
 473/14 496/11
**pharmacokinetic [2]**
 491/14 497/4
**pharmacokinetics
 [2]** 496/11 497/6
**pharmacologist [1]**
 410/4
**pharmacologists [1]**
 484/10
**pharmacology [8]**
 406/11 407/22
 409/5 423/3 425/11
 443/22 468/15
 482/11
**PharmD [1]** 443/21
**Phase [1]** 443/24
**Phase III [1]**
 443/24
**phone [1]** 369/8
**phrase [1]** 431/16
**physicians [1]**
 385/13
**PI [1]** 437/6
**pick [4]** 361/24
 385/7 390/2 494/14
**picked [2]** 396/24
 396/24
**picking [2]** 396/18
 503/24

**picture [1]** 398/25
**pile [1]** 485/3
**piles [1]** 418/19
**PK [1]** 387/24
**place [3]** 361/9
 368/3 401/6
**Plaintiff [1]**
 352/20
**plaintiffs [3]**
 386/17 424/1
 501/16
**plaintiffs' [8]**
 349/15 354/21
 355/6 374/4 374/8
 390/7 390/13
 504/25
**plan [26]** 355/13
 355/16 356/25
 357/15 359/4 359/7
 359/14 360/14
 360/15 360/18
 360/24 361/3 361/7
 361/11 363/14
 363/18 368/3
 368/19 368/24
 369/4 369/12
 369/14 372/20
 380/5 383/20 437/6
**planning [1]**
 481/21
**plasma [20]** 384/14
 385/19 385/21
 388/1 388/5 415/3
 426/6 426/11
 427/14 432/11
 434/11 434/24
 439/16 443/4
 443/13 443/23
 449/17 450/8 498/7
 498/11
**play [1]** 387/4
**please [19]** 352/24
 353/2 355/24
 371/14 371/23
 379/22 402/9
 402/17 429/20

 429/22 441/8
 441/21 448/13
 448/15 490/8
 506/24 507/3
 508/15 509/19
**plus [4]** 478/12
 508/18 508/21
 509/17
**point [12]** 357/7
 445/12 449/22
 468/20 474/15
 475/2 479/20
 479/21 495/1
 495/12 500/8 502/7
**pointed [3]** 473/11
 475/22 495/21
**pointing [1]**
 393/17
**points [1]** 481/23
**policy [2]** 355/10
 356/21
**population [4]**
 391/19 392/21
 394/2 497/8
**populations [1]**
 497/4
**portion [3]** 358/6
 454/5 472/22
**position [14]**
 354/7 354/9 407/14
 419/9 423/20 424/1
 430/13 451/15
 457/2 465/22 474/6
 496/16 496/16
 504/7
**positively [1]**
 405/2
**possession [1]**
 355/20
**Post [1]** 401/7
**Post-marketing [1]**
 401/7
**potential [4]**
 415/3 436/25
 489/14 496/12
**potentially [1]**

P

**potentially... [1]**
420/25
**PowerPoint [6]**
452/12 500/2
500/18 500/19
500/20 500/21
**Poydras [3]** 349/24
350/18 350/21
**PR [1]** 485/10
**Pradaxa [2]** 507/10
507/12
**precautions [3]**
445/3 450/21 451/8
**preceding [1]**
423/5
**precise [5]** 389/20
419/16 440/1 451/7
492/22
**predict [2]** 398/14
489/13
**predictable [2]**
443/24 496/11
**predictive [10]**
388/14 388/21
389/6 389/12
392/16 442/23
454/21 455/25
474/11 478/12
**predictor [1]**
441/6
**predicts [1]**
478/21
**pregnancies [1]**
442/12
**pregnancy [3]**
441/12 450/20
451/14
**pregnant [5]** 442/5
442/8 442/9 442/14
442/18
**prepare [1]** 460/12
**prepared [2]**
387/17 470/15
**preparing [2]**

**prescriber [1]**
463/6
**prescribing [1]**
482/1
**present [1]** 409/23
**presentation [3]**
412/21 412/25
413/7
**presentations [6]**
412/1 412/8 413/16
413/23 413/23
414/15
**presented [2]**
413/12 414/16
**president [5]**
356/13 358/24
358/25 359/1 369/3
**Preston [1]** 412/9
**presumably [1]**
484/12
**pretty [2]** 367/9
424/20
**prevent [1]** 485/5
**prevention [6]**
408/9 411/8 422/20
439/6 440/19 464/6
**previously [3]**
353/9 430/13
503/15
**printout [2]** 485/4
485/19
**prior [2]** 359/10
456/5
**probably [35]**
359/19 363/1 363/2
363/3 363/4 372/8
373/15 373/15
374/12 375/19
378/9 378/11
378/14 378/17
378/19 378/22
378/22 380/22
380/25 381/11
381/14 381/16
381/18 381/24

384/2 420/21
420/21 424/18
454/9 466/12 493/2
495/22 500/8
**problem [2]** 398/4
498/3
**problems [1]** 449/7
**procedures [1]**
369/13
**proceed [2]** 353/8
356/18
**proceedings [7]**
349/11 350/24
352/1 503/5 506/16
511/9 511/16
**proceeds [1]**
371/21
**process [2]** 400/4
400/15
**produced [2]**
350/25 356/16
**products [11]**
349/5 430/20 433/7
433/11 448/18
448/19 466/11
466/18 467/1
480/17 482/6
**professional [7]**
354/25 359/6
359/23 360/17
361/1 368/16
369/15
**professor [3]**
354/4 357/13 364/4
**proffer [3]** 352/19
352/20 352/21
**proficiency [2]**
421/4 421/8
**Profile [1]** 491/15
**program [2]** 368/18
432/13
**project [10]**
448/17 472/4
480/12 480/16
480/18 480/21

P

**project... [4]**
481/7 481/13
481/20 482/9
**prolongation [5]**
391/23 392/24
402/3 443/3 443/12
**prolongations [3]**
461/10 462/1 462/5
**prolonged [3]**
426/2 434/21
483/16
**prolongs [2]**
442/25 443/10
**promise [1]** 405/12
**proper [1]** 487/3
**properly [1]**
462/23
**properties [1]**
497/4
**proposal [7]**
425/16 425/17
425/20 454/19
456/4 457/7 463/13
**proposed [25]**
352/20 422/25
423/24 425/17
425/20 425/25
426/9 427/1 430/1
430/18 432/22
433/12 433/23
434/3 437/5 437/25
438/5 438/24 443/2
443/12 446/4
454/16 454/21
455/1 456/21
**proposes [1]**
463/15
**proposing [1]**
429/5
**prothrombin [15]**
388/5 421/1 423/1
426/1 434/20 443/1
443/1 443/3 443/10
443/11 443/12

508/24 509/8
**protocol [1]** 394/7
**proud [1]** 428/9
**proved [1]** 471/18
**provide [4]** 371/15
408/8 408/17 479/7
**provided [6]**
407/23 418/16
419/17 435/22
453/16 472/9
**provides [2]**
481/10 488/23
**providing [2]**
359/22 408/22
**provisions [1]**
369/11
**PT [148]** 384/14
385/5 385/19
385/21 388/2 388/5
388/14 388/21
389/5 389/12 391/4
391/22 392/16
392/24 394/6
395/10 395/16
395/18 395/20
395/23 396/9
397/23 398/14
399/11 402/3
402/15 402/20
415/3 415/17 416/3
416/15 417/3 417/4
417/13 417/18
417/20 418/9
418/12 418/15
419/10 419/22
419/25 420/6
420/11 420/16
420/20 421/12
421/15 421/17
421/20 421/23
422/9 422/11 423/1
426/1 426/5 426/11
426/12 427/14
428/7 428/13
428/16 432/10

432/14 432/16
434/4 434/9 434/10
434/11 434/20
434/24 435/4 435/6
435/7 435/15
437/12 438/7
439/12 439/15
440/24 441/2 441/6
443/1 443/3 443/10
443/13 443/22
444/7 445/6 446/5
449/17 450/8
450/13 450/17
461/9 461/11
461/13 461/25
462/5 463/10 466/3
466/8 469/22
473/13 473/16
473/18 475/25
476/7 476/15
476/17 477/9 478/1
478/12 478/21
479/3 479/6 479/13
479/16 483/15
483/20 483/22
483/24 484/13
484/22 487/24
488/2 488/5 488/14
488/17 489/13
497/11 498/13
498/13 500/16
508/8 508/11
508/16 508/21
508/25 509/1 509/4
509/5 509/19
509/23 509/25
510/12
**PT-type [1]** 488/5
**PTs [1]** 509/19
**PTT [5]** 488/16
488/17 488/24
489/1 489/1
**public [3]** 356/8
361/13 401/24
**publication [3]**

**P**

**publication... [3]**
486/9 486/10
503/17
**publish [1]** 357/22
**published [2]**
497/9 501/15
**publishes [1]**
486/7
**pull [35]** 362/15
371/23 375/2
380/11 383/15
390/9 394/21
397/11 401/14
401/17 401/25
402/1 412/24 413/3
426/13 432/18
438/2 442/21
445/24 449/16
453/19 455/13
460/22 460/25
469/23 469/23
472/2 488/15
488/15 493/1 493/1
493/1 493/2 493/7
507/21
**pulled [3]** 494/25
507/10 509/24
**pulls [1]** 481/15
**pulmonary [2]**
422/21 464/7
**purpose [1]** 505/21
**purposes [2]**
359/19 501/14
**Pursuant [1]** 364/7
**pushing [2]** 472/25
475/18
**put [39]** 358/5
358/6 362/24 365/6
365/19 365/25
366/13 366/25
367/3 367/4 367/21
369/23 372/3
377/14 383/3
390/25 395/11

399/1 399/18 404/25
424/13 425/2
429/23 454/24
459/2 459/5 476/9
478/6 479/15
484/16 487/25
489/6 491/11
496/23 496/23
499/12 499/25
503/21 505/16
**putting [1]** 496/24
**puzzle [1]** 459/11

**Q**

**Q1 [5]** 396/19
396/19 397/4 398/1
426/19
**Q2 [2]** 397/2
397/25
**Q3 [4]** 395/4 395/4
395/4 397/25
**Q4 [6]** 395/4
396/20 397/2
397/25 398/1
426/19
**quacks [1]** 486/25
**quality [3]** 421/4
421/7 421/11
**quality-control [1]**
421/7
**quantify [1]**
500/15
**quantifying [3]**
508/1 508/7 509/12
**quarter [2]** 510/20
511/8
**quartile [8]**
394/25 395/11
395/19 396/9
396/13 396/24
396/25 397/22
**quartiles [1]**
397/15
**question [67]**
371/3 385/12
385/22 388/18

388/20 389/5
389/14 389/24
391/14 392/13
392/18 394/19
396/7 396/22 397/6
398/11 399/3
403/22 406/5
413/22 414/1
416/17 416/20
418/20 418/24
419/3 419/16
420/18 421/5
421/13 423/5
425/12 426/23
426/25 427/21
428/20 434/8
444/12 446/10
451/1 451/7 454/1
454/4 456/19 462/3
462/13 463/25
466/25 469/7 473/6
488/8 488/18 489/9
490/9 490/15
490/25 491/1
492/13 492/22
493/6 494/18
502/19 503/20
505/6 505/6 508/17
509/6
**questioning [1]**
503/25
**questions [10]**
359/18 402/18
413/16 416/25
425/1 486/3 496/1
507/9 510/3 510/8
**quickly [1]** 491/12
**quite [2]** 381/11
404/4
**quitting [1]** 429/7
**quote [6]** 389/25
390/4 392/3 418/19
441/8 470/2
**quotes [5]** 419/15
470/1 470/4 470/11
471/11

**quoting [2]**   470/3
 479/11

**R**

**raised [3]**   436/25
 437/4 438/14
**raising [1]**   368/4
**ran [1]**   412/7
**range [5]**   366/17
 366/21 366/22
 367/21 493/14
**rather [2]**   461/18
 498/23
**Ratio [5]**   455/16
 458/7 461/6 462/19
 463/7
**ratios [1]**   462/20
**RE [1]**   349/5
**read [39]**   360/7
 362/17 362/20
 363/12 367/7
 367/22 368/1
 377/19 382/16
 388/18 392/12
 392/12 393/2 393/8
 393/9 399/23
 402/17 404/4
 415/21 416/22
 417/16 427/16
 428/3 444/16 454/2
 454/4 454/6 477/16
 477/19 478/3 479/6
 500/7 500/23
 502/14 503/21
 504/13 504/22
 505/8 505/11
**readily [2]**   445/10
 451/10
**reading [4]**   378/14
 393/4 447/5 486/16
**readout [1]**   507/22
**reads [1]**   434/13
**reagent [4]**   421/18
 421/20 509/11
 509/16

**reagent-dependent
 [2]**   509/11 509/16
**reagents [4]**   422/5
 422/10 463/20
 508/16
**really [11]**   365/25
 370/7 371/8 372/17
 375/6 395/4 415/20
 449/14 455/8
 478/24 503/23
**reason [13]**   358/11
 374/13 393/1 413/5
 421/11 422/2 440/7
 441/16 457/10
 468/1 478/13
 486/20 497/18
**reasonable [2]**
 417/2 418/16
**reasons [1]**   400/12
**reassuring [3]**
 391/18 392/20
 394/1
**recall [9]**   362/4
 362/10 412/3
 412/12 412/23
 421/5 430/1 457/13
 469/21
**received [6]**   409/3
 411/19 411/19
 430/3 464/19
 504/14
**receiving [2]**
 498/7 500/14
**recent [1]**   487/10
**recently [2]**   485/9
 501/16
**recess [4]**   429/12
 429/15 506/22
 510/24
**recognize [3]**
 363/11 476/18
 486/20
**recognizing [1]**
 435/6
**recollection [7]**
 411/17 457/6

 498/22 499/18
 500/9
**recommend [6]**
 437/4 463/18
 473/16 483/23
 487/23 488/1
**recommendation [9]**
 444/25 466/3 466/8
 473/13 473/18
 475/25 476/7
 482/12 484/13
**recommendations [3]**
 407/19 444/25
 482/4
**recommended [9]**
 399/24 412/13
 435/5 445/8 445/15
 450/13 465/14
 473/16 509/12
**recommends [1]**
 489/12
**reconcile [1]**
 384/8
**reconstructing [1]**
 458/19
**record [22]**   352/16
 352/19 356/17
 367/1 384/20
 419/12 424/17
 426/18 426/21
 427/7 432/13
 450/17 454/5 457/3
 463/24 470/15
 470/23 477/12
 477/19 484/1 487/2
 511/16
**recorded [1]**
 350/24
**redact [1]**   359/19
**redirect [4]**   506/5
 506/6 510/4 510/9
**redline [9]**   447/18
 449/3 449/9 450/7
 458/5 459/13
 459/24 460/1 460/3

Case 2:14-md-02592-EEF-MBN Document 1638-11 Filed 05/10/17 Page 223 of 243

**redlined [7]**
446/16 446/25
447/3 448/14 449/8
449/12 453/14
**reduce [1]**   479/17
**reducing [2]**
461/18 479/18
**reduction [1]**
414/2
**refer [2]**   423/20
504/25
**reference [7]**
368/6 437/16 439/5
440/18 443/5
480/25 500/3
**referenced [1]**
460/16
**references [1]**
368/5
**referred [3]**
472/17 486/8
503/15
**referring [5]**
369/5 391/6 437/4
482/9 488/10
**refresh [5]**   436/11
457/6 498/22
499/18 500/9
**regard [13]**   369/14
420/10 431/3
438/18 443/15
461/5 462/1 467/4
476/20 476/22
479/8 494/4 504/11
**regarding [5]**
407/24 445/1
448/14 468/15
470/15
**regardless [3]**
391/4 394/6 461/13
**regards [1]**   509/23
**regular [4]**   410/13
416/8 416/18
437/20

481/25
**regulatory [3]**
448/17 480/16
481/7
**reinforce [1]**
458/21
**rejected [1]**
469/22
**rejects [1]**   452/12
**relate [2]**   355/1
480/7
**related [3]**   431/6
449/18 469/6
**relates [2]**   349/7
501/20
**relationship [18]**
384/14 385/19
387/25 388/5 402/3
402/15 402/20
415/3 416/2 426/5
434/24 443/4
443/13 443/23
443/25 449/17
450/8 483/19
**release [1]**   439/6
**relevance [2]**
374/19 461/22
**reliability [1]**
417/22
**reliable [2]**   441/6
479/4
**reliably [4]**
445/16 446/1
451/25 482/14
**reliance [1]**
499/10
**relied [6]**   469/2
499/12 500/4
500/22 501/5 501/7
**relies [1]**   481/15
**reluctant [2]**
356/7 358/11
**rely [8]**   355/23
496/20 496/21
498/18 498/20

503/19
**remain [1]**   445/2
**remains [1]**   459/14
**remember [15]**
383/22 385/12
386/17 389/9
389/25 390/1 390/3
397/7 399/13
407/17 413/2 413/3
413/6 474/14
490/21
**remit [1]**   368/19
**removed [2]**   446/4
475/5
**removing [1]**   461/5
**renal [23]**   408/23
409/10 409/22
433/7 433/11
436/19 436/20
466/11 466/18
466/25 468/22
468/24 469/2
469/10 469/11
469/16 469/19
469/20 476/13
476/13 476/19
476/24 480/17
**repeat [1]**   430/7
**replacement [6]**
422/22 464/8 468/9
472/14 472/17
476/1
**report [24]**   354/12
354/20 354/24
357/5 362/4 363/19
365/11 373/9
376/22 376/25
378/25 382/21
417/16 456/9
469/21 470/1
471/11 498/18
498/24 499/6
499/15 499/23
500/3 500/20
**reported [1]**   355/5

**reporter [4]**
350/20 454/6
511/12 511/21
**reporting [4]**
360/4 360/9 375/16
377/7
**reports [7]** 360/25
361/4 361/5 361/10
361/15 368/7
499/14
**represent [4]**
403/24 448/8
469/16 485/8
**representation [1]**
410/20
**represented [1]**
384/25
**representing [3]**
382/15 447/13
478/5
**represents [1]**
403/19
**request [4]** 379/17
382/22 382/22
419/25
**requested [3]**
379/16 382/23
454/5
**requesting [1]**
362/6
**requests [1]**
362/18
**require [4]** 419/25
487/21 488/12
509/22
**required [5]**
354/12 356/10
425/21 434/14
449/5
**requirement [3]**
360/4 476/15
476/17
**requirements [2]**
360/24 482/1

**requires [1]**
415/13
**research [4]** 349/8
350/16 412/5
509/22
**resource [2]** 411/2
411/5
**respect [2]** 358/6
499/1
**responded [1]**
457/13
**responds [1]**
452/17
**response [10]**
430/2 438/13
439/22 452/23
458/10 458/16
459/11 459/12
459/12 459/15
**responsibility [2]**
456/10 475/20
**responsible [2]**
411/1 510/15
**result [4]** 394/17
394/20 398/19
459/21
**resulting [6]**
392/9 394/14 396/8
396/10 396/23
397/8
**results [2]** 391/11
461/11
**retain [6]** 357/1
357/9 357/11
357/13 359/6
360/17
**retained [2]** 374/5
374/8
**retaining [1]**
359/12
**retention [1]**
369/14
**reversed [2]**
445/10 451/11
**review [31]** 386/7
386/8 386/14 387/3

387/4 387/10
387/17 387/22
401/6 401/8 406/12
406/25 409/4 428/4
436/25 437/6
441/11 441/23
444/4 448/15
456/18 468/24
469/12 477/6
480/12 480/13
480/16 481/7
481/10 481/17
501/21
**reviewed [6]**
424/11 501/15
501/20 502/18
502/18 503/17
**reviewer [5]**
387/24 413/9
443/18 443/20
477/5
**reviewers [10]**
388/4 399/23 400/9
400/10 402/14
407/9 407/21
412/13 476/21
480/24
**reviewers' [2]**
402/2 407/12
**reviewing [5]**
460/12 466/19
466/20 467/1 467/2
**reviews [10]**
404/21 409/5 480/5
480/7 480/10
480/13 480/25
481/11 481/14
481/16
**revised [7]** 430/1
430/18 431/11
431/12 432/14
435/14 446/4
**revisions [1]**
453/21
**Rhoge [1]** 470/15
**RICHARD [1]** 350/18

# R

**right [422]**
**right-hand [1]**
 496/5
**Riley [1]** 350/12
**rise [8]** 352/7
 352/25 429/13
 429/16 506/20
 506/23 507/1
 510/25
**risk [78]** 385/5
 388/15 388/15
 388/22 388/22
 389/6 389/13
 389/13 391/3
 392/17 394/5
 399/10 403/12
 408/5 408/6 408/10
 408/14 415/4
 415/17 416/15
 417/18 419/11
 419/22 420/11
 426/8 426/20 427/6
 427/19 428/14
 428/16 428/18
 428/20 429/2 429/6
 432/12 432/17
 434/10 435/25
 437/7 439/17 441/2
 442/8 443/6 443/15
 445/6 450/20
 454/22 456/1
 463/24 472/25
 473/17 474/4 474/5
 474/12 475/18
 475/22 476/10
 476/23 477/18
 477/21 478/1
 478/13 478/16
 478/17 478/22
 478/22 479/17
 479/18 483/18
 489/14 492/17
 492/20 492/23
 497/20 498/12

498/13 498/14
 510/13
**risks [2]** 490/14
 497/12
**rivaroxaban [30]**
 349/5 388/1 391/23
 408/7 408/11 411/8
 414/1 426/6 434/24
 435/3 437/7 439/15
 449/17 450/8
 450/12 461/7
 461/17 462/12
 463/7 463/16
 483/17 491/15
 497/5 497/7 498/7
 498/8 500/14
 509/10 509/12
 509/18
**RMR [4]** 350/20
 511/12 511/20
 511/20
**Robert [6]** 369/3
 410/23 410/23
 498/16 500/11
 507/18
**ROCKET [32]** 386/9
 387/25 388/14
 388/21 389/5
 389/12 392/16
 394/7 395/1 411/14
 411/16 412/6 417/9
 417/12 417/20
 418/4 418/6 418/15
 418/20 419/17
 420/10 422/12
 422/13 435/15
 435/19 435/20
 443/6 457/3 463/24
 474/7 477/13 493/1
**ROGER [1]** 350/2
**room [3]** 350/21
 352/9 366/13
**Rose [2]** 412/9
 412/25
**Rose's [1]** 413/7
**roughly [1]** 442/16

routine [6] 425/20
 434/13 437/5 437/8
 449/4 496/13
**ruled [2]** 352/14
 499/14
**rules [2]** 421/9
 502/21
**ruling [1]** 405/1

# S

**s/Jodi [1]** 511/20
**Sabarinath [1]**
 407/1
**safe [15]** 384/12
 385/18 387/6
 388/12 399/8 400/4
 400/25 401/14
 401/16 404/23
 414/23 415/9
 415/14 415/15
 475/12
**said [94]** 353/25
 354/22 362/8
 362/16 365/24
 372/13 373/7
 377/21 379/4 385/2
 385/7 391/18 392/3
 392/3 392/25
 392/25 393/5 393/9
 393/10 393/11
 393/11 393/12
 393/14 393/15
 393/19 393/20
 393/24 393/24
 394/1 394/4 394/4
 394/17 397/9
 400/10 400/11
 408/1 412/19 414/6
 414/8 414/16 416/5
 416/20 418/23
 420/2 427/15
 431/15 435/10
 444/1 444/2 445/4
 445/18 445/21
 446/1 446/10
 449/22 450/3

said... **[38]**
454/20 454/21
455/20 456/11
456/11 456/13
457/12 461/19
463/22 464/2 464/3
470/10 474/11
474/15 474/16
474/17 474/17
474/18 476/19
476/19 476/24
477/1 478/10
478/12 481/20
494/24 496/17
499/19 499/20
500/18 500/20
504/19 507/11
508/15 508/19
509/14 509/25
511/6

**same [26]** 376/25
377/2 377/3 380/2
382/5 402/7 403/6
406/8 416/11
416/22 417/9 422/8
422/12 424/1 432/8
432/10 439/12
439/15 440/24
441/1 461/13
479/21 483/18
491/22 495/6 495/9

**sample [3]** 420/19
420/25 421/12

**samples [1]** 494/24

**San [3]** 354/5
355/16 359/10

**Sarver [2]** 350/17
350/18

**satisfactory [1]**
407/24

**satisfy [1]** 501/10

**save [1]** 485/6

**saves [1]** 478/14

**saw [13]** 379/4

379/16 388/4
399/10 404/16
404/20 413/12
420/1 449/10
456/23 484/21
490/22 497/15

**say [50]** 355/15
356/12 359/9
359/21 366/2
369/10 372/17
378/3 378/11 383/3
392/20 394/5 394/9
401/15 402/2
402/25 407/21
408/5 413/10
417/16 423/21
426/5 426/10
434/18 439/14
443/9 443/20 444/4
444/14 445/19
456/13 461/8 462/2
463/10 474/21
475/4 476/9 478/15
479/4 479/22 482/4
486/1 486/2 487/16
492/22 496/7 497/3
497/22 502/20
505/10

**saying [40]** 365/3
365/13 366/3
366/11 371/7
371/11 371/11
372/9 389/17
396/23 400/10
402/14 402/20
403/6 419/11
419/14 427/13
427/23 427/23
428/5 428/11
428/13 434/6 447/7
449/8 449/10 451/4
455/6 456/16
456/24 465/16
469/13 469/21
470/10 474/19
474/20 477/15

478/10 498/3
508/15

**says [99]** 358/23
360/3 360/16
362/17 362/21
362/23 364/1
364/20 364/23
365/10 366/5
367/10 368/10
368/21 368/25
368/25 369/7
370/12 371/6
372/19 373/14
377/15 377/17
377/19 377/20
379/13 381/2
382/16 391/2 391/3
392/19 394/20
398/7 402/24
402/25 407/11
411/7 416/25 428/5
435/2 439/5 440/18
442/23 443/5
444/17 444/18
445/5 445/11
448/13 448/20
451/14 452/12
454/12 458/12
458/18 459/11
461/2 461/2 461/11
461/20 463/11
463/14 468/21
469/8 469/20
469/20 470/18
470/24 475/16
477/6 477/12
477/13 478/17
479/22 480/16
482/15 483/13
483/19 483/21
485/7 486/13
486/14 486/16
486/18 488/11
488/22 495/3
496/15 496/21
496/25 498/10

**says... [8]** 498/11 502/21 504/8 508/23 508/23 509/8 509/15 509/15

**Scarborough [1]** 350/12

**schedule [1]** 430/6

**Schlichter [1]** 350/2

**school [4]** 354/5 355/1 359/4 369/12

**science [9]** 356/14 360/13 360/14 361/7 368/2 368/24 380/4 380/4 479/8

**sciences [11]** 359/3 359/7 359/13 360/18 360/24 361/2 361/11 363/13 363/17 369/3 369/12

**scientific [3]** 418/7 477/25 481/17

**scientist [2]** 410/6 482/10

**scientists [7]** 384/13 385/18 399/19 400/3 410/1 414/17 484/10

**screen [8]** 393/17 427/1 427/4 427/10 428/24 459/1 459/5 500/6

**screening [4]** 508/7 508/24 509/8 509/11

**scroll [2]** 370/20 378/1

**seal [3]** 356/17 357/2 358/6

**seated [4]** 353/2 429/18 506/24

**second [16]** 370/21 371/15 386/1 386/8 386/10 419/12 424/9 430/6 439/21 452/22 454/18 458/25 460/16 471/8 486/17 507/21

**seconds [5]** 435/4 450/13 461/10 461/11 462/5

**section [41]** 349/7 391/1 391/1 391/2 391/5 407/19 423/1 423/3 425/7 425/9 425/11 425/12 425/14 432/19 433/13 434/13 435/14 437/12 439/11 441/12 445/3 448/22 448/23 449/2 449/4 450/20 450/21 451/8 451/8 451/13 453/20 453/21 460/22 466/1 466/2 468/15 473/10 481/20 482/12 483/13 487/8

**Section 12.2 [12]** 423/1 425/7 425/12 432/19 433/13 434/13 437/12 439/11 453/20 466/1 473/10 483/13

**Section 3 [2]** 391/1 391/2

**Section 5 [1]** 425/9

**sections [4]** 425/10 467/7 481/24 504/22

**see [77]** 357/24 358/10 371/20

389/8 389/21 391/7 394/15 394/19 394/19 394/23 396/25 397/1 398/7 398/25 415/20 420/9 424/8 424/9 432/15 437/16 437/25 445/3 448/11 448/12 448/13 449/9 450/7 451/5 451/12 451/19 452/2 452/15 453/20 455/25 456/7 456/8 456/11 457/17 457/20 458/6 458/9 458/10 458/25 459/1 459/3 459/7 459/15 460/8 465/7 465/10 465/12 465/13 471/17 474/3 475/4 478/8 482/7 485/14 485/15 486/13 486/22 489/10 493/3 494/4 494/15 494/25 495/8 495/14 495/15 496/7 498/14 500/3 500/12 502/21 507/21 508/23 511/7

**seeing [2]** 404/23 462/8

**seem [3]** 408/8 459/13 464/15

**seems [1]** 417/2

**seen [34]** 374/11 374/12 391/23 392/24 424/18 436/12 438/21 446/23 446/24 447/2 447/15 453/2 456/23 458/3 460/6 460/13 460/14 460/14 460/15

**seen... [15]**
460/15 460/15
470/8 470/19
470/20 471/6
480/11 486/1
491/16 500/2
500/17 501/8 501/9
501/24 503/19
**sees [1]** 491/22
**segment [1]** 352/17
**selected [1]**
481/25
**selection [1]**
412/22
**self [1]** 501/10
**self-authenticating**
**[1]** 501/10
**sell [1]** 465/21
**send [1]** 382/25
**sending [1]** 448/6
**senior [4]** 356/5
358/16 405/11
414/19
**sense [3]** 366/15
402/25 489/5
**sensitivity [2]**
508/16 509/10
**sent [14]** 374/4
374/7 374/11
374/14 382/24
382/24 382/25
436/5 446/3 453/18
457/17 460/23
467/13 467/15
**sentence [8]** 389/7
389/9 393/4 444/22
455/25 474/3 475/5
475/19
**sentences [1]**
432/13
**September [4]**
376/25 408/24
409/9 481/21
**September 8th [3]**
409/9
**sequence [2]**
368/11 368/12
**served [1]** 365/4
**serves [3]** 378/19
389/1 475/6
**service [8]** 366/12
366/17 366/25
369/23 372/3 372/6
372/7 373/14
**SESSION [2]** 349/11
352/3
**set [1]** 372/14
**setting [1]** 445/1
**seven [6]** 375/6
375/9 396/20 397/3
405/2 425/10
**several [4]** 364/25
374/12 387/17
388/11
**severe [2]** 391/21
392/22
**severities [2]**
391/20 392/22
**shallower [1]**
404/13
**she [5]** 444/14
477/6 477/8 477/12
477/13
**she's [1]** 477/7
**shift [4]** 391/19
392/21 401/21
422/16
**shooting [2]** 371/8
371/10
**short [2]** 463/18
511/3
**shortest [1]**
395/18
**should [29]** 359/19
367/3 373/15 383/2
395/4 405/7 408/9
412/18 414/1
415/16 416/1 416/8
416/18 417/5
420/6 461/6 463/7
466/12 467/5 467/6
471/8 472/20 474/1
482/21 495/14
495/21 509/12
**show [27]** 362/10
390/5 392/19 394/9
398/18 400/8
400/14 403/21
437/21 441/8 441/9
443/7 452/19
455/18 456/3
457/14 461/10
461/25 462/5 462/6
467/4 469/3 478/20
488/5 494/15
496/22 498/19
**showed [10]** 387/23
403/20 474/17
474/24 475/1
476/18 491/2
494/12 499/23
499/24
**showing [3]** 445/11
446/22 498/6
**shown [3]** 485/22
496/10 498/12
**shows [6]** 419/15
426/18 445/21
458/22 493/9
493/13
**signature [6]**
364/9 364/17
376/14 376/25
380/11 382/3
**signed [6]** 367/22
369/15 373/8
387/13 407/1
436/17
**significance [1]**
455/11
**significant [8]**
390/3 396/15
420/22 420/24
426/19 427/17

**significant...** **[2]**
428/6 477/8
**Simcox** **[4]** 350/20
511/12 511/20
511/20
**similar** **[3]** 408/6
488/16 497/5
**simple** **[6]** 406/5
421/13 427/21
491/1 507/8 509/6
**simply** **[7]** 379/17
384/24 418/20
427/8 434/8 499/17
502/16
**since** **[7]** 352/17
354/7 365/1 400/17
401/10 401/11
401/13
**sir** **[54]** 353/14
358/15 362/15
372/3 372/24
373/20 376/6
376/24 383/19
386/12 389/25
394/24 395/12
395/15 395/17
395/20 397/14
397/16 400/21
404/11 407/2
408/12 409/25
410/7 410/15
411/15 411/21
413/5 414/19 415/1
415/15 423/15
426/16 431/17
433/15 435/16
438/11 439/9 440/8
440/22 457/18
460/17 462/2 470/3
474/14 479/1
479/19 480/3
485/15 489/7
493/12 493/15
493/18 493/22

**sit** **[1]** 421/8
**sites** **[3]** 479/12
479/12 479/13
**sits** **[1]** 421/8
**sitting** **[3]** 373/23
399/20 470/21
**situation** **[1]**
356/10
**situations** **[1]**
367/18
**six** **[7]** 377/12
378/13 378/14
378/20 381/7 384/7
410/9
**six-year** **[1]** 384/7
**sixth** **[1]** 442/21
**slide** **[15]** 371/14
371/16 371/23
376/2 376/3 429/22
432/18 436/1 438/2
441/3 445/24 452/3
454/24 455/3
460/25
**Slide 42** **[1]**
429/22
**Slide 43** **[1]**
432/18
**Slide 7** **[1]** 376/2
**Slide 8** **[1]** 376/3
**slow** **[1]** 389/22
**small** **[4]** 396/16
396/21 398/24
510/4
**so** **[294]**
**sold** **[1]** 484/8
**solid** **[3]** 403/25
404/10 404/13
**some** **[24]** 356/8
370/20 390/9 401/7
417/4 417/20
420/23 421/3 421/7
421/10 424/13
424/15 436/25
444/24 460/24
487/16 490/6 496/1
501/23 502/4

505/12 506/6
**somebody** **[5]** 353/6
369/2 498/24
498/24 499/1
**somebody's** **[1]**
486/1
**someone** **[3]** 456/15
458/16 502/17
**something** **[15]**
402/8 405/17
407/15 419/15
420/2 463/11
472/13 487/3 500/7
500/23 501/9
501/20 502/17
502/20 503/22
**sometimes** **[7]**
353/4 365/19
365/19 408/17
416/25 447/10
447/11
**somewhere** **[1]**
363/4
**soon** **[1]** 507/6
**sorry** **[22]** 374/23
376/10 379/5
380/20 382/1 385/9
390/14 393/7
393/22 402/9
426/17 440/10
448/7 449/1 451/22
457/12 462/3
462/10 464/20
490/8 492/19 507/3
**sort** **[6]** 354/23
363/21 383/2
412/19 430/16
474/6
**Sound** **[1]** 493/24
**source** **[1]** 470/6
**South** **[3]** 349/17
350/3 350/14
**Southern** **[1]**
353/18
**speaks** **[1]** 457/9

standardized [1] 496/25 498/3 498/8

special [1] 410/9
specific [6] 461/8
 461/14 462/4
 472/21 472/23
 493/5
specifically [6]
 378/11 389/16
 407/17 413/10
 416/2 462/25
spend [6] 354/21
 354/25 355/6
 356/22 373/11
 378/15
spending [1] 369/9
spent [10] 353/21
 362/14 364/21
 366/16 369/15
 371/6 378/3 380/17
 380/25 383/17
spine [1] 397/18
spirit [1] 363/20
sponsor [12]
 431/10 459/11
 459/12 459/15
 461/2 461/5 463/14
 463/17 463/23
 465/20 468/21
 469/8
sponsors [1] 420/2
Sports [1] 505/11
spot [2] 429/7
 429/8
St [1] 350/3
stack [1] 491/12
stamped [1] 464/19
stand [3] 429/12
 471/12 510/23
standard [6]
 415/19 445/10
 451/10 452/1
 482/14 495/16
standardize [4]
 422/4 422/6 422/8
 422/10

standardized [1]
 422/1
standpoint [2]
 455/4 502/13
start [6] 353/18
 378/2 417/3 510/19
 510/20 511/8
started [6] 362/5
 362/6 362/18 363/1
 363/3 392/13
state [5] 416/2
 428/14 434/23
 484/16 492/19
stated [2] 387/24
 447/4
statement [10]
 369/20 389/3
 405/20 437/24
 461/6 463/15
 475/14 479/1
 504/13 510/1
statement's [1]
 508/19
statements [8]
 401/24 419/5
 420/11 456/23
 477/16 477/17
 478/9 504/12
states [9] 349/1
 349/12 422/7
 431/10 468/13
 484/8 487/9 489/12
 511/13
statistically [3]
 390/3 396/15
 426/19
statistician [1]
 398/24
statisticians [1]
 396/14
stay [2] 474/5
 506/7
stenography [1]
 350/24
Stephen [1] 436/17
still [4] 353/3

stipulated [1]
 505/5
Stockbridge [1]
 410/23
stop [4] 363/15
 393/2 403/4 510/18
story [1] 464/4
straight [3] 371/9
 371/10 490/22
straightforward [1]
 354/15
Street [8] 349/17
 349/24 350/3 350/6
 350/10 350/14
 350/18 350/21
stricken [4] 450/9
 450/11 450/14
 450/16
strict [1] 358/13
strictly [1]
 355/21
strike [7] 352/13
 385/11 420/12
 420/14 427/18
 435/8 452/7
strike-through [1]
 352/13
strikeout [3]
 458/14 458/15
 473/11
striking [1]
 398/23
stroke [5] 408/9
 411/8 414/2 439/6
 440/19
strokes [1] 485/6
struck [6] 447/13
 449/4 449/8 449/14
 449/16 475/19
studied [12]
 442/25 456/2
 456/16 456/21
 456/25 457/1
 474/16 474/19
 475/3 476/12

**studied... [2]**
476/13 497/4
**studies [2]** 476/12
477/24
**study [12]** 411/14
411/16 411/22
412/6 416/13
419/18 426/21
435/15 435/17
477/3 479/11
481/22
**studying [1]** 508/5
**subgroup [12]**
389/2 389/10 390/1
391/8 394/16
394/18 396/17
396/18 396/21
397/4 397/21 398/1
**subgroups [12]**
388/25 389/1 389/1
389/3 390/2 390/2
393/5 398/5 398/6
398/6 398/9 398/24
**subject [2]** 361/10
490/4
**subjects [7]**
384/11 422/16
428/7 428/8 477/9
477/10 497/5
**submission [3]**
407/22 423/14
425/3
**submitted [18]**
385/3 401/4 422/19
423/13 426/17
426/18 428/25
428/25 430/1 433/2
433/6 433/10
434/12 438/5
438/13 439/13
439/21 440/25
**submitting [3]**
423/12 433/16
472/12

**subsections [1]**
391/9
**subset [2]** 398/7
398/9
**substance [2]**
370/1 370/2
**substantially [1]**
437/7
**substantiate [1]**
470/9
**subtle [1]** 465/19
**such [5]** 356/7
490/14 508/7
508/24 509/8
**suggest [3]** 459/13
478/1 488/14
**suggested [5]**
401/23 401/24
456/20 464/2
501/23
**suggesting [2]**
400/24 475/10
**suggests [2]** 479/8
495/10
**suitable [1]**
509/11
**Suite [2]** 349/17
350/10
**summarized [1]**
468/16
**summarizing [1]**
467/16
**summary [3]** 409/9
412/19 472/3
**supplied [1]**
431/12
**support [2]** 411/13
435/17
**supported [1]**
452/6
**Supreme [2]** 405/1
405/2
**sure [59]** 352/18
359/19 362/12
363/8 365/22
366/18 375/11

377/2 378/23
384/10 385/10
385/16 387/12
389/8 391/16
392/14 398/6
398/12 399/4 401/2
402/19 405/4
405/20 405/23
408/19 412/4
413/21 416/6
416/11 417/11
421/16 424/6 424/6
424/18 424/20
432/11 434/5
437/21 437/23
438/15 439/14
440/4 446/21 453/4
455/22 458/14
458/17 458/18
460/14 467/18
471/7 480/11 489/5
492/12 496/1 500/5
501/2 503/4 509/7
**surgeries [1]**
476/1
**surgery [4]** 422/22
464/8 468/10
472/14
**Susan [1]** 358/16
**sustain [5]** 379/21
450/25 452/8
452/14 489/17
**sworn [1]** 353/10
**systemic [4]** 411/9
414/2 439/7 440/19

**T**
**table [21]** 391/7
391/24 392/1
392/24 394/12
394/20 398/3 398/4
398/18 398/18
399/1 399/2 399/5
399/6 399/6 404/18
426/22 490/20
493/8 493/12 494/7

**Table 6 [7]** 391/7
391/24 392/1
392/24 394/12
398/3 398/4
**tables [2]** 399/6
493/2
**tablets [1]** 439/6
**take [74]** 357/18
357/19 360/14
363/7 364/16
364/21 366/2
368/23 370/21
371/15 373/15
373/15 373/25
376/2 377/2 378/1
379/14 380/16
383/4 392/9 394/11
396/19 397/10
403/1 403/7 404/1
407/18 408/4 410/8
410/12 410/20
411/6 411/12
413/18 418/11
418/12 424/10
425/5 425/24 429/8
429/8 429/11
430/10 436/11
439/10 443/17
444/13 444/23
445/7 445/14
456/10 457/11
461/23 465/12
465/25 468/19
470/6 480/4 480/14
481/6 481/19 482/3
486/17 496/4 497/2
498/20 499/19
505/23 506/3
506/18 507/17
507/24 507/24
508/2
**taken [3]** 413/19
419/9 447/3
**takes [2]** 401/6

**taking [16]** 361/19
369/1 383/6 402/4
402/5 402/16
402/21 402/24
404/12 404/14
417/21 419/22
464/20 465/21
489/13 494/10
**talk [14]** 352/10
370/1 389/2 397/11
399/17 399/18
417/6 417/16 421/2
484/2 489/20
490/15 501/4
508/17
**talked [8]** 377/14
397/8 401/12
415/13 421/17
444/5 444/6 491/19
**talking [24]** 358/9
364/17 373/12
383/22 384/18
384/21 395/24
400/20 420/7
424/17 424/24
427/3 432/16
438/11 440/21
446/8 463/3 466/21
467/19 491/23
507/14 508/8
508/11 508/13
**talks [3]** 434/11
488/16 509/17
**teach [1]** 372/12
**teaching [2]** 355/1
368/17
**team [9]** 441/11
441/23 442/2 442/4
442/4 444/24 445/8
445/15 481/11
**tear [1]** 373/16
**technical [1]**
485/25
**technically [3]**
465/11 498/4

**teleconference [3]**
467/16 468/14
468/14
**telephone [1]**
359/17
**tell [22]** 366/5
367/19 378/24
379/8 383/15
398/25 417/19
426/20 430/4
437/13 454/15
458/15 471/8 471/8
477/5 477/14
478/13 494/11
499/11 504/10
509/3 509/4
**telling [8]** 365/22
366/8 367/13
399/20 429/6 464/4
475/9 498/9
**template [2]**
472/23 477/1
**Temple [6]** 410/23
410/23 411/2 484/1
484/5 484/9
**temporal [2]**
368/10 368/12
**ten [4]** 378/3
378/4 378/5 490/4
**tenfold [5]** 490/17
494/9 494/20 495/5
497/13
**terminated [1]**
358/21
**test [27]** 417/14
417/25 419/25
420/6 420/20 421/1
421/7 421/10
421/13 421/14
421/15 421/17
422/13 422/13
422/14 441/6 441/6
444/14 444/20
473/18 478/2
479/13 488/14

**test... [4]** 488/23
500/15 507/11
509/23
**testified [6]**
353/10 416/12
471/5 490/17
490/25 491/2
**testifies [1]**
454/11
**testify [9]** 417/7
424/12 447/7 449/9
451/16 454/10
457/11 485/24
496/19
**testifying [2]**
384/5 474/15
**testimony [13]**
358/4 369/18 370/3
383/21 384/9
453/25 473/3 477/2
497/23 500/24
501/24 505/22
505/23
**testing [11]**
395/16 421/4 421/9
445/10 445/17
446/2 451/10
482/14 483/24
484/13 489/13
**tests [10]** 420/22
442/24 443/2
443/11 452/1
487/20 487/24
488/1 488/6 504/9
**text [1]** 496/24
**textbook [2]**
495/16 495/19
**than [18]** 369/22
375/6 375/22 397/2
398/1 404/13
422/24 446/13
461/18 470/10
490/24 494/5
494/12 494/22

495/10 498/23
501/7 505/23
**Thank [17]** 352/23
356/18 357/20
363/10 379/24
409/8 431/24
433/15 438/11
439/20 452/20
455/5 459/4 480/3
491/18 510/3
510/23
**Thanks [15]** 406/10
416/21 433/1
438/20 450/4
455/24 456/7 459/7
459/15 467/9
467/11 470/13
482/19 490/1
491/13
**that [731]**
**that's [210]**
**their [20]** 356/10
361/1 395/13
399/12 399/24
400/12 408/18
412/15 413/16
414/17 445/20
447/11 474/22
478/2 485/10
492/17 492/21
492/24 493/17
493/20
**them [12]** 371/20
371/21 378/2
382/23 399/25
403/4 413/16
415/13 494/11
506/3 506/14
506/24
**then [26]** 359/17
362/4 362/23 373/2
377/14 377/18
390/11 391/6
401/11 402/17
405/2 406/2 407/7
411/22 414/19

417/4 417/12
418/12 426/13
428/18 435/14
456/21 465/20
474/16 499/19
505/2
**therapeutic [4]**
442/24 444/15
444/20 498/7
**therapy [1]** 408/11
**there [114]** 354/12
354/13 355/21
356/21 356/24
357/4 359/16
359/16 359/17
363/15 364/25
369/21 377/15
379/5 379/11
384/13 385/2 385/5
389/1 391/2 391/19
392/3 392/7 392/21
392/25 393/5
393/21 395/3 395/6
396/2 397/9 398/4
398/24 399/10
400/2 400/7 400/10
404/25 409/22
410/8 410/13
410/22 411/25
412/8 412/10
415/11 416/14
417/5 417/10
417/17 419/4
419/24 420/3
421/10 421/10
422/11 427/5 427/7
427/13 427/16
428/6 428/23
429/24 442/10
443/6 444/4 446/20
446/22 447/6 448/2
449/13 451/24
452/10 456/17
468/22 469/9
469/14 470/3
472/23 474/7 474/9

**there... [33]**
476/15 476/17
477/18 478/9
483/19 484/1
484/14 486/9
488/25 489/15
490/12 494/9
494/16 494/20
494/22 494/24
495/2 495/3 497/16
498/3 498/5 500/3
500/18 500/20
500/24 501/23
502/8 504/6 507/11
507/11 508/13
508/20 509/20

**there's [79]**
354/14 355/17
356/25 361/6 361/9
366/15 366/17
368/3 377/6 381/23
381/23 382/22
384/8 391/10
395/25 397/3 397/3
401/3 401/4 401/7
401/10 401/22
404/7 405/1 405/10
410/4 412/20 416/2
416/12 417/24
419/6 420/23 421/3
421/8 422/15
426/10 426/10
445/20 449/12
449/19 449/21
450/23 453/23
454/7 454/7 456/16
463/23 466/17
469/14 472/3
473/18 475/4 477/8
478/1 483/21
483/25 484/2
484/13 484/15
484/17 485/23
485/23 487/16

488/17 490/17
494/2 494/5 494/25
495/10 495/13
495/21 496/16
496/18 496/25
497/10 498/24
501/4 503/15 510/2

**Therefore [2]**
444/14 463/5

**these [47]** 355/2
380/16 381/21
382/23 382/24
393/5 397/15 409/9
409/13 409/14
424/4 424/11
424/13 424/15
437/19 440/3 443/2
443/11 443/16
446/19 447/5
447/15 452/24
454/22 456/1
457/10 458/2 458/3
458/19 460/6
460/13 461/12
465/19 474/3
474/11 475/11
480/7 480/10
480/13 487/12
487/17 494/2
495/25 496/8
496/10 497/9 508/5

**they [103]** 357/5
361/1 361/23
366/12 372/17
377/21 378/25
380/17 382/25
384/24 384/24
385/1 385/1 385/17
385/23 385/23
388/8 388/11
392/20 394/4 394/4
394/5 394/9 395/23
399/11 399/25
400/10 400/10
400/11 401/13
401/14 401/15

401/19 401/20
402/2 402/20
404/17 406/6 407/9
408/1 409/1 412/7
412/16 413/8
413/10 413/12
413/12 413/13
413/16 413/22
414/4 414/16 416/8
417/1 417/3 417/7
418/10 419/18
421/21 422/4 422/4
423/3 426/5 426/9
426/10 426/14
427/11 428/14
437/19 443/9
443/20 444/4 444/5
444/6 445/4 445/18
445/19 445/25
451/14 455/19
455/20 456/13
465/7 466/20
468/22 469/5
469/15 475/4 476/1
476/4 477/1 489/6
489/14 492/18
492/21 497/13
497/14 497/15
497/15 497/24
509/12

**they're [13]** 401/9
403/6 409/23
410/25 442/9
445/13 465/10
469/13 472/22
472/22 506/12
506/12 509/15

**they've [1]** 469/1
**thing [14]** 369/25
375/15 386/23
393/11 397/5
412/20 417/9
430/16 451/4
458/21 459/3
495/21 505/15

Case 2:14-md-02592-EEF-MBN Document 6438 Filed 05/10/17 Page 235 of 243

**thing... [1]**
507/24
**things [20]** 354/12
354/15 354/20
354/24 357/4
361/17 377/16
378/15 389/22
401/23 416/1 416/5
432/23 449/15
459/13 484/12
486/7 496/2 502/22
505/18
**think [68]** 353/7
354/17 355/8
361/19 362/5
362/20 365/1 367/7
370/2 370/7 371/8
377/4 377/6 377/15
378/5 383/1 383/24
387/1 387/6 390/9
391/12 391/14
392/6 396/1 396/25
398/17 401/16
404/22 405/16
409/14 414/22
415/19 415/24
416/1 416/25 417/5
418/24 421/17
424/22 426/22
431/15 437/15
454/9 456/23
458/18 458/22
460/15 462/13
462/18 466/12
472/17 473/11
474/15 474/16
474/24 475/12
483/4 490/23
495/22 497/22
502/8 502/19 503/7
503/10 503/15
504/2 504/4 504/24
**think's [1]** 396/22
**thinking [1]** 373/8

**thinners [3]** 485/5
487/8 487/9
**this [469]**
**thoroughly [1]**
502/18
**those [40]** 359/13
360/10 365/4 365/4
365/6 378/15
381/24 384/6
388/25 389/3 390/2
390/2 390/3 395/20
398/6 398/9 410/17
412/12 424/14
433/19 445/22
449/15 456/12
456/12 456/23
459/10 459/12
459/13 460/16
469/5 474/21
474/22 479/12
479/13 480/24
480/25 484/2
490/18 494/6 497/5
**though [8]** 360/16
366/9 370/18 427/7
496/17 498/25
502/2 503/22
**thought [11]** 362/8
386/19 401/13
405/7 416/22
454/20 455/19
456/11 464/9 489/5
503/25
**thoughtful [2]**
418/7 418/9
**three [11]** 378/7
378/8 378/9 381/5
381/9 407/9 415/5
415/6 464/15
505/23 510/5
**thromboplastin [5]**
426/2 434/20
463/19 483/15
509/9
**thromboplastin/tiss
ue [1]** 463/19

**thrombosis [3]**
422/21 431/6 464/7
**through [23]**
352/13 365/8
370/10 375/4 383/3
383/17 383/24
383/24 384/1 384/2
384/4 389/19
398/10 399/3
399/14 400/14
405/8 428/22
451/20 453/25
478/4 490/10
495/25
**throughout [2]**
366/3 492/15
**Thus [1]** 509/11
**time [66]** 353/21
354/9 354/20 355/6
359/2 361/20
364/20 365/8
365/13 365/20
366/16 369/15
369/19 371/6
373/20 378/3
378/19 380/13
380/17 380/24
384/3 384/16
384/17 388/5
395/14 395/18
400/23 401/5 402/5
403/21 413/25
420/24 421/1 423/1
426/1 426/2 427/16
428/4 428/5 428/6
428/12 434/20
434/20 443/1 443/1
443/3 443/10
443/11 443/12
445/12 457/4
463/15 469/14
470/4 470/9 474/10
475/2 483/15
483/20 491/7
505/16 508/8 508/8
508/14 509/9 509/9

**timeline [10]**
428/23 429/23
432/21 436/1 438/3
441/4 452/4 452/6
452/10 474/1
**times [6]** 361/11
403/2 404/22 413/6
416/22 438/7
**timing [1]** 418/3
**tired [1]** 510/7
**tissue [1]** 463/19
**title [2]** 363/12
363/13
**titled [4]** 380/4
485/5 487/8 491/14
**today [11]** 363/1
363/1 365/18
366/14 367/20
425/11 462/22
477/25 483/23
484/3 484/11
**together [3]**
408/17 459/11
481/15
**told [8]** 359/11
359/16 373/2
378/25 418/18
427/5 467/5 494/9
**tomorrow [3]** 496/3
510/19 511/6
**tonight [1]** 506/10
**too [3]** 368/1
386/20 489/18
**took [7]** 388/24
395/13 424/14
429/15 459/1 498/2
506/22
**top [6]** 378/2
390/24 403/7
486/12 491/11
507/21
**topic [2]** 411/10
411/11
**total [5]** 378/5

378/15 379/11
380/22 380/24
**totality [1]**
398/22
**track [5]** 391/15
447/9 448/16 453/5
458/20
**track-changes [1]**
447/9
**transcript [7]**
349/11 350/24
393/22 412/18
412/18 412/20
511/15
**transfusion [1]**
391/10
**transfusions [1]**
391/21
**translates [1]**
477/21
**treat [2]** 478/24
479/7
**treatise [7]**
501/11 502/6
502/23 503/14
504/4 505/4 505/12
**treatises [2]**
502/23 504/12
**trial [3]** 349/11
396/6 417/7
**trials [1]** 443/24
**tricky [1]** 458/19
**tried [3]** 370/18
499/12 499/24
**tries [1]** 481/13
**trough [5]** 490/19
491/4 491/6 492/14
493/5
**true [8]** 389/9
393/14 396/20
414/25 498/4
498/10 508/19
511/14
**try [4]** 421/7
427/8 499/25
506/14

**trying [11]** 368/8
368/8 394/21 419/2
424/22 447/9
449/13 449/15
495/25 500/22
507/4
**tuned [1]** 505/21
**turn [4]** 389/7
390/18 482/3
507/20
**turning [2]** 436/24
442/21
**two [31]** 357/4
380/22 380/25
381/2 388/25 389/1
391/10 393/5
400/20 405/2 405/7
405/11 410/13
410/22 411/18
412/1 412/12
413/23 414/8
414/10 414/11
414/15 438/7
451/14 451/24
457/10 469/14
469/15 491/25
510/5 510/8
**two-unit [1]**
391/10
**twofold [5]** 494/5
494/12 494/22
495/10 497/12
**type [2]** 396/3
488/5
**typed [4]** 369/2
369/2 392/12 393/6
**types [2]** 397/20
493/4
**Tyree [3]** 448/16
467/12 468/13
**tyree.newman [1]**
448/10

**U**

**U.S [1]** 486/14
**UC [1]** 359/10

**UCOP [1]** 369/3

**under [20]** 356/17
356/21 357/2 358/6
367/3 370/8 383/19
399/1 407/19 449/3
451/14 468/20
471/18 482/12
486/24 487/8
488/23 491/11
498/20 502/5

**undergo [5]** 416/8
416/18 483/24
484/13 489/13

**undergoing [4]**
422/21 464/7
472/13 475/25

**underlined [1]**
368/14

**underlying [2]**
438/24 463/10

**underreporting [3]**
353/17 353/20
365/16

**underscore [1]**
475/14

**understand [39]**
352/9 362/6 365/22
366/18 367/23
370/8 370/25 371/4
379/9 391/2 396/3
407/13 416/5 428/1
437/18 438/15
449/24 450/1 451/2
451/15 453/16
454/1 456/19
463/25 469/14
473/2 473/5 477/20
477/24 477/24
480/23 487/5
499/22 500/22
500/23 501/8
502/14 505/25
507/11

**understanding [4]**

505/12 511/16

**understands [1]**
467/18

**understood [2]**
411/6 497/22

**undertaken [1]**
368/17

**unequivocal [1]**
355/22

**unfair [1]** 503/25

**unit [1]** 391/10

**UNITED [6]** 349/1
349/12 422/7 484/8
489/12 511/13

**university [20]**
353/18 353/21
354/4 354/11
354/13 355/5 355/9
355/16 358/13
359/1 360/4 361/16
362/19 365/12
368/17 369/11
382/6 382/22
382/25 412/1

**university's [1]**
356/21

**unless [10]** 393/15
437/21 472/23
475/11 500/8
502/13 502/13
502/14 502/14
503/20

**Unlike [1]** 496/7

**unnecessarily [1]**
361/19

**unpack [1]** 499/15

**unpunished [1]**
366/10

**until [13]** 363/4
384/17 385/7
387/15 428/15
445/12 474/8 475/3
475/4 475/22 476/4
496/3 506/7

**up [99]** 352/17

361/22 362/15
363/2 364/20 367/8
370/20 371/14
371/23 372/15
373/16 375/2 376/2
376/20 378/1 378/2
380/11 382/12
383/8 383/15 385/7
387/20 388/24
390/9 392/12 393/6
394/21 397/11
398/24 402/1
403/17 406/22
409/20 410/21
412/24 413/3 417/4
426/25 429/22
429/24 430/25
431/9 432/7 432/18
434/2 434/17
435/22 436/1
436/23 438/2 439/3
440/15 441/3
441/21 442/21
443/8 445/24
447/21 448/21
449/16 450/19
451/13 452/3
453/13 453/19
454/24 455/8
455/10 455/13
458/4 459/2 459/19
460/22 460/25
463/4 468/12
469/23 471/12
472/2 473/9 477/25
478/6 483/12 487/7
488/15 488/15
491/21 493/2
495/23 496/23
496/24 499/6 500/6
507/8 507/22
509/25 510/6

**updated [2]** 472/12
472/20

**updates [1]** 486/18

**upon [6]** 465/15
465/17 474/24
474/25 484/6
503/13
**ups [3]** 399/12
399/25 400/12
**URL [1]** 486/6
**us [4]** 367/13
373/2 438/2 510/21
**Usdin [1]** 350/17
**use [46]** 358/3
358/5 387/14 408/5
408/8 408/10 420/2
421/9 422/2 422/13
422/14 425/22
433/3 434/14 445/1
458/7 461/20 465/7
465/14 466/3 466/8
473/13 473/16
473/18 475/25
476/7 476/19
476/24 477/1 478/2
479/4 479/6 480/8
487/24 488/1 489/1
494/19 502/22
505/6 508/15
508/21 509/4 509/5
509/18 509/19
509/25
**used [28]** 370/14
392/4 393/3 393/6
398/14 415/9
417/14 421/21
422/12 435/17
437/19 455/16
456/9 461/7 463/7
463/16 467/6
471/19 472/20
479/3 479/13
500/15 502/3
502/16 504/18
505/5 509/12
510/12
**useful [3]** 418/5

**user [3]** 404/7
404/9 404/10
**users [1]** 403/19
**using [9]** 411/22
411/23 419/13
465/10 465/18
472/22 472/22
482/18 488/25
**usually [2]** 491/6
491/7

**V**

**vaginal [1]** 442/11
**validated [1]**
462/23
**value [7]** 435/6
442/23 454/21
455/9 461/13 474/3
474/11
**values [5]** 395/20
428/7 456/1 461/11
477/9
**variabilities [1]**
494/16
**variability [26]**
420/23 421/3 421/7
421/10 422/15
461/18 489/20
490/2 490/7 490/12
490/13 490/16
494/4 494/17 495/7
495/11 495/13
495/17 497/8
497/10 497/11
497/17 497/18
497/19 497/20
497/23
**variable [1]** 495/5
**variation [1]**
495/4
**variations [2]**
497/11 497/12
**varies [1]** 463/19
**various [5]** 463/19
476/14 481/11

**vary [4]** 369/22
421/20 421/23
422/2
**varying [3]** 461/10
462/5 509/9
**vein [3]** 422/20
431/6 464/7
**verbatim [1]** 468/9
**verification [1]**
487/4
**version [8]** 431/12
446/16 446/21
448/14 450/7 460/3
480/11 495/19
**versions [4]**
446/20 446/22
447/3 449/12
**versus [1]** 397/25
**very [24]** 352/11
368/23 371/11
389/17 403/20
413/10 416/21
427/8 427/21 428/9
437/19 447/5
458/19 466/16
479/14 479/18
480/20 482/18
485/9 487/22
488/16 494/14
509/4 510/23
**vessels [1]** 442/9
**vice [1]** 359/5
**visual [1]** 413/4
**vitamin [2]** 461/14
496/8
**VKA [1]** 461/15
**VOLUME [1]** 349/11
**voluntarily [2]**
366/8 401/16
**vote [4]** 413/19
414/6 414/18
414/21
**voting [4]** 410/10
410/14 413/20
414/6

**VTE [2]** 446/2
446/4

**W**

**wait [3]** 367/25
371/2 428/1
**waiver [2]** 369/2
377/6
**walking [2]** 447/8
506/15
**Walsh [1]** 350/9
**want [53]** 352/9
367/8 379/8 379/9
387/4 389/11
389/16 389/17
390/4 390/5 390/12
394/9 396/18
398/10 399/15
404/4 407/20
416/10 417/22
422/4 422/6 424/5
424/10 429/25
434/7 442/18
446/21 447/6 447/6
447/12 448/6
451/16 454/11
456/10 458/25
459/3 459/10
465/24 469/16
471/9 471/14 474/6
474/14 478/17
488/4 492/9 492/10
492/22 495/7 505/3
506/9 508/20
508/21
**wanted [8]** 371/20
398/3 455/15
459/15 463/1 470/5
470/7 500/4
**wanting [1]** 361/5
**wants [1]** 396/6
**warfarin [19]**
402/7 402/8 403/6
408/7 411/19
411/22 416/9

461/14 461/22
462/4 462/10
462/20 463/1 463/2
463/11 487/17
496/8
**warn [1]** 463/6
**warned [1]** 408/13
**warnings [3]** 445/3
450/21 451/8
**Warshauer [1]**
349/22
**was [242]**
**Washington [1]**
350/10
**wasn't [10]** 393/21
407/15 415/4 415/6
420/22 428/15
429/5 447/6 449/13
450/17
**wave [1]** 439/15
**way [21]** 370/13
372/14 373/6
373/23 376/4 384/8
416/11 416/20
416/22 418/4 418/6
418/6 418/7 418/9
437/23 451/5
451/15 471/17
477/25 478/10
510/2
**ways [1]** 482/18
**we [132]** 352/12
353/6 353/23
357/24 363/12
368/6 369/5 371/3
371/17 371/20
371/21 373/11
375/15 375/19
376/4 379/17
383/21 389/2 389/8
389/16 389/20
395/5 395/11
395/21 395/25
396/3 396/20
397/22 398/4 399/5

401/15 402/18
402/25 403/1 403/4
403/11 403/14
404/20 405/16
409/15 415/13
416/10 416/14
417/9 417/23 418/5
418/14 419/4
422/23 423/19
424/24 429/8 432/9
432/10 434/5 437/3
437/6 437/11 438/4
438/15 444/2
445/25 450/19
451/3 451/3 451/7
451/13 452/13
453/20 456/23
457/8 458/10
458/16 459/16
459/18 459/18
459/18 459/19
464/21 466/1 466/2
466/12 466/15
466/16 466/21
467/1 467/3 467/18
469/2 469/3 469/6
473/9 475/4 475/4
475/7 476/19
481/22 481/22
482/17 484/2 485/8
486/9 487/2 489/10
491/12 492/25
493/1 496/1 496/4
496/4 500/23 503/3
503/7 503/7 503/9
503/10 503/12
504/17 504/18
505/11 505/18
506/3 506/4 506/6
507/21 507/23
508/14 509/3 509/3
511/3
**we'd [4]** 352/19
384/3 490/10
492/25

W

**we'll [16]** 353/6
358/2 371/21
397/11 400/14
419/24 441/3 452/9
496/6 506/7 506/18
507/6 510/18
510/19 510/20
511/8
**we're [42]** 353/3
361/19 364/17
369/23 392/15
395/8 399/14
399/17 400/20
403/17 405/7 406/8
406/24 416/11
424/17 425/7
425/12 428/22
432/8 432/11
439/15 440/21
443/17 446/6
448/21 451/20
453/4 460/22
465/25 473/10
479/21 490/1 490/1
499/15 499/16
503/13 506/2 507/3
507/15 509/3 510/7
510/22
**we've [15]** 380/2
391/14 404/22
429/24 439/11
448/22 463/3
476/12 479/21
487/12 491/16
504/3 505/15
505/21 508/8
**weak [4]** 402/21
402/23 402/25
403/10
**Weaker [1]** 403/10
**weary [1]** 488/9
**website [8]** 485/4
485/9 485/19 486/2
486/5 486/21

**week [2]** 375/16
468/8
**weekend [1]** 375/9
**weekends [2]** 369/8
377/16
**well [49]** 355/4
355/15 355/23
365/10 367/16
367/22 367/24
368/1 368/4 370/18
371/2 372/12
372/21 381/2
381/23 392/5 394/1
396/3 397/5 400/22
410/4 412/12 416/5
417/5 426/14
428/25 437/24
444/15 444/20
446/6 448/2 454/15
457/8 458/14
458/18 461/20
462/3 465/12 475/7
476/6 478/11 483/6
488/18 499/5
500/20 502/2
502/11 505/14
508/23
**went [7]** 377/18
379/3 379/12 400/3
426/5 432/9 457/2
**were [47]** 358/9
373/8 373/21
379/18 388/25
389/1 390/3 391/17
395/11 395/19
395/20 396/2
399/19 399/19
400/2 407/9 409/22
410/10 410/13
410/14 410/17
411/25 412/8
412/16 413/22
413/24 414/4
414/11 418/16
418/19 420/10

427/13 444/5
451/24 469/5 469/6
481/11 482/5
491/23 494/18
497/5 503/5 506/16
508/5 511/9
**weren't [4]** 367/16
400/11 412/10
466/20
**what [222]**
**what's [24]** 360/12
368/12 373/7
374/22 378/3
380/17 380/19
380/23 381/4
390/17 392/18
403/8 403/24
407/11 422/9
428/24 430/4
445/19 460/7
463/22 483/22
490/13 490/14
508/19
**whatever [3]**
380/17 478/18
486/10
**when [61]** 361/5
361/12 365/24
366/21 367/18
369/24 370/24
370/24 372/12
373/8 377/12
377/14 377/18
377/18 377/21
378/24 379/2 379/3
379/6 379/12
382/23 383/22
387/12 387/12
391/10 391/11
392/20 396/13
398/22 407/11
415/2 415/9 418/9
418/10 419/24
427/7 428/17
432/24 433/10

**when... [22]**
 439/14 442/9
 442/19 466/17
 467/15 472/12
 473/25 474/2
 477/19 478/11
 479/12 485/8 486/9
 490/13 491/24
 494/9 494/18
 497/24 497/25
 498/1 504/11
 508/13
**where [27]** 364/20
 365/24 367/22
 371/6 392/19 400/4
 417/9 425/14 429/8
 444/4 444/8 445/25
 446/25 448/9
 454/20 455/15
 455/19 458/6
 461/24 462/8
 474/17 475/4 496/7
 499/18 505/9
 507/25 509/25
**WHEREUPON [13]**
 353/1 353/9 429/14
 429/15 429/17
 454/5 503/5 506/16
 506/21 506/22
 507/2 511/1 511/9
**whether [17]**
 361/23 384/13
 385/13 394/6
 400/25 416/13
 416/15 420/6 437/6
 465/10 478/1 488/4
 497/19 499/11
 502/24
**which [45]** 367/1
 367/2 369/17 380/5
 380/20 381/21
 384/18 384/23
 386/8 390/1 396/18

 423/24 424/24
 425/7 433/18
 433/22 433/23
 438/11 438/15
 438/15 438/24
 438/24 446/17
 446/21 447/17
 447/18 463/14
 466/19 466/21
 467/1 467/18
 468/21 469/10
 472/16 477/2 485/9
 488/16 489/20
 500/25 503/11
 507/17 509/10
**while [4]** 384/11
 408/10 409/15
 439/11
**who [47]** 358/21
 368/2 374/8 399/13
 399/15 399/18
 399/22 400/6
 404/12 410/10
 410/14 413/24
 414/11 414/16
 417/6 417/24 428/8
 430/15 430/15
 447/7 447/10
 447/13 449/8
 449/14 451/3
 454/10 454/11
 456/10 457/11
 458/14 459/10
 459/13 477/3
 477/10 478/17
 478/19 478/19
 478/24 479/7
 481/13 485/24
 490/18 497/18
 501/16 502/17
 508/5 510/15
**who's [10]** 358/25
 404/25 405/1 447/4
 447/7 448/5 448/6
 458/11 482/10

**who've [1]** 401/23
**whoa [3]** 396/1
 396/1 396/1
**whole [8]** 362/8
 366/16 386/22
 389/21 428/23
 494/2 505/21
 507/24
**why [9]** 368/4
 421/4 428/2 430/15
 474/8 496/19
 497/17 504/1
 507/14
**wife [5]** 374/6
 374/7 374/14
 374/15 416/25
**Wilkinson [2]**
 350/9 350/9
**will [12]** 358/5
 370/2 425/1 429/12
 431/22 461/10
 462/5 464/9 471/8
 495/24 502/8
 510/23
**wish [1]** 378/5
**withholding [1]**
 379/18
**within [4]** 411/1
 495/6 495/9 497/7
**without [7]** 360/7
 389/23 465/21
 475/25 476/7 487/3
 496/13
**witness [27]**
 353/22 357/23
 362/14 365/13
 370/7 372/10
 372/23 373/19
 384/5 384/9 427/25
 451/4 453/24 471/5
 485/19 485/23
 485/24 486/1
 501/23 501/25
 502/17 502/20
 503/2 503/19

**witness... [3]**
 503/25 506/9 507/5
**witness's [1]**
 358/4
**woke [1]** 363/2
**women [4]** 442/5
 442/8 442/14
 442/18
**won't [2]** 478/15
 505/1
**word [6]** 392/4
 393/3 393/6 424/10
 465/7 465/18
**wording [1]** 360/12
**words [5]** 393/23
 419/13 420/1
 474/21 481/15
**work [11]** 357/5
 359/22 360/5 361/1
 367/19 367/21
 375/19 382/15
 400/14 462/23
 481/22
**worked [13]** 361/16
 362/24 365/13
 365/15 366/1
 366/11 367/2 367/2
 367/5 370/5 372/22
 373/18 489/4
**working [16]**
 354/21 355/4 355/6
 360/10 362/14
 363/1 363/1 366/3
 366/3 367/20
 370/17 373/21
 468/22 469/9
 469/17 469/19
**works [2]** 422/13
 501/16
**world [2]** 480/23
 498/9
**worse [4]** 402/12
 402/15 403/2 403/7
**would [72]** 355/23

362/16 364/12
367/17 370/1 372/1
372/6 374/15
374/16 376/16
378/15 380/6 382/9
383/10 386/18
387/6 387/7 388/20
396/5 398/17 401/2
401/8 406/5 413/15
415/1 417/8 417/10
417/20 423/17
423/23 427/24
430/11 432/3
433/21 436/13
441/18 442/18
448/2 451/18 453/9
454/3 454/4 456/24
457/3 457/22
457/23 459/5 460/1
460/18 461/3
464/24 468/4
470/25 471/2
475/10 475/14
477/21 478/24
479/14 480/9
481/22 481/24
488/13 489/6
494/21 495/9
498/14 499/1 499/4
502/18
**wouldn't [3]**
 413/16 478/25
 505/3
**Wrapping [1]** 507/8
**write [1]** 437/11
**writes [2]** 463/5
 477/8
**writing [1]** 405/6
**written [6]** 376/5
 393/3 405/16
 405/24 406/4
 502/12
**wrong [4]** 371/2
 372/5 419/10
 496/24

**wrote [10]**
372/25 399/13
399/15 399/22
430/15 430/16
437/9 437/10
458/16
**www.fda.gov [1]**
 486/19
**www.fda.gov/ForCons**
**umers/ConsumerUpdat**
**es [1]** 486/19

## X

**Xa [7]** 425/25
 434/19 483/14
 483/16 483/21
 500/13 507/12
**XARELTO [122]**
 349/5 384/12
 384/15 384/17
 385/17 385/20
 387/14 387/18
 388/1 388/9 388/12
 399/8 399/21
 399/22 400/23
 401/9 401/13
 402/16 402/21
 404/13 404/14
 404/17 404/23
 405/15 405/25
 406/1 406/6 408/13
 408/25 411/19
 411/23 412/14
 413/8 413/13
 413/24 415/2 415/4
 415/8 415/16
 415/18 416/3 416/7
 416/18 417/4
 418/16 418/21
 419/19 419/23
 419/25 422/20
 425/21 426/15
 427/2 427/11 431/6
 434/14 439/6 441/7
 442/24 442/25
 443/3 443/4 443/9

**XARELTO... [59]**
 443/12 443/13
 443/23 444/15
 445/1 445/9 445/16
 446/1 449/5 451/9
 451/25 455/17
 459/17 461/22
 462/1 462/23
 462/24 463/11
 464/6 464/12 466/4
 466/9 468/8 473/14
 473/21 475/11
 475/24 476/7
 476/12 477/22
 479/8 480/8 480/22
 482/13 483/20
 483/24 484/8
 484/14 484/23
 487/10 489/6
 489/13 491/24
 491/25 492/7
 492/14 492/18
 492/21 492/24
 493/17 493/20
 494/11 495/16
 497/24 497/25
 498/1 507/12
 509/10 509/23
**Xarelto's [2]**
 400/17 458/7
**Xerox [1]**   466/14

**Y**

**yeah [17]**   365/10
 390/25 395/3
 403/20 409/7 415/1
 421/6 424/8 427/22
 430/7 439/25 450/5
 454/10 465/16
 470/2 486/2 492/4
**year [16]**   361/24
 362/22 363/23
 365/11 365/23
 366/3 366/24 371/7
 376/22 380/13

 382/6 382/21
 382/25 383/1
 383/18 384/7
**year's [1]**   370/4
**years [7]**   361/13
 364/25 374/12
 377/13 377/18
 401/13 487/10
**Yep [1]**   410/24
**yes [211]**
**yesterday [3]**
 366/13 366/13
 468/15
**yield [1]**   464/9
**you [678]**
**you'd [4]**   354/16
 366/6 493/2 493/7
**you'll [3]**   354/17
 432/24 469/3
**you're [81]**   354/1
 354/4 354/12
 355/23 359/25
 360/10 365/11
 365/22 367/13
 368/21 371/7
 371/18 371/19
 372/4 372/9 374/10
 377/7 382/23 383/4
 386/4 386/13
 388/17 390/10
 394/11 395/24
 396/16 396/17
 396/17 396/23
 398/20 398/25
 399/17 399/20
 400/8 400/24
 406/14 409/13
 416/7 416/15
 416/17 417/6 419/2
 422/14 424/4
 424/20 428/21
 430/9 431/20
 433/19 436/10
 437/23 440/3
 444/10 446/8
 446/19 446/22

 456/15 458/2
 458/17 464/10
 464/22 465/18
 467/24 475/9 475/9
 478/5 478/7 478/22
 479/4 479/9 479/11
 479/20 480/10
 483/25 486/16
 498/16 505/8 510/6
 511/2
**you've [30]**   353/20
 353/21 354/7 355/4
 368/6 369/7 377/21
 391/7 394/20 413/6
 418/24 438/21
 446/24 447/4
 447/11 455/10
 455/18 455/22
 460/12 460/12
 470/19 479/6
 491/19 499/14
 502/14 502/14
 504/19 505/8
 509/18 510/21
**your [209]**