1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4

5   IN RE:  XARELTO              *
    (RIVAROXABAN) PRODUCTS       *
6   LIABILITY LITIGATION         *

7   THIS DOCUMENT RELATES TO:    *    Docket No.: 14-MD-2592
                                 *    Section "L"
8   Joseph J. Boudreaux, Jr.     *    New Orleans, Louisiana
    v. Janssen Research &        *    April 26, 2017
9   Development, et. al.,         *
    Case No.: 14-CV-2720         *
10  * * * * * * * * * * * * * * * *

11          VOLUME III – AFTERNOON SESSION
        TRANSCRIPT OF BELLWETHER JURY TRIAL PROCEEDINGS
12        BEFORE THE HONORABLE ELDON E. FALLON
             UNITED STATES DISTRICT JUDGE

13

14  APPEARANCES:

15
    For the Plaintiffs':
16  Liaison Counsel:              Levin Papantonio
                                  BY:  BRIAN H. BARR, ESQ.
17                                316 South Baylen Street, Suite 600
                                  Pensacola, Florida  32502
18

19                                Beasley Allen
                                  BY:  ANDY BIRCHFIELD, ESQ.
20                                P.O. Box 4160
                                  Montgomery, Alabama 36103
21

22                                Gainsburg Benjamin David
                                    Meunier & Warshauer
23                                BY:  GERALD E. MEUNIER, ESQ.
                                  2800 Energy Centre
24                                1100 Poydras Street
                                  New Orleans, Louisiana 70163
25

OFFICIAL TRANSCRIPT

```
 1   APPEARANCES:

 2                             Schlichter Bogard & Denton, LLP
                              BY:  ROGER DENTON, ESQ.
 3                             100 South Fourth Street
                              St. Louis, Missouri 63102
 4

 5                             The Lambert Firm
                              BY:  EMILY JEFFCOTT, ESQ.
 6                             701 Magazine Street
                              New Orleans, Louisiana 70130
 7

 8   For the Defendant Bayer
     HealthCare Pharmaceuticals
 9   Inc. and Bayer Pharma AG:   Wilkinson Walsh & Eskovitz, LLP
                              BY:  BETH A. WILKINSON, ESQ.
10                             1900 M Street NW, Suite 800
                              Washington, DC 20036
11

12                             Nelson Mullins Riley &
                                 Scarborough, LLP
13                             BY:  DAVID E. DUKES, ESQ.
                              Meridian, 17th Floor
14                             1320 Main Street
                              Columbia, South Carolina 29201
15

16   For Janssen Pharmaceuticals,
     Inc. and Janssen Research &
17   Development, LLC:          Barrasso Usdin Kupperman Freeman &
                                 Sarver, LLC
18                             BY:  RICHARD E. SARVER, ESQ.
                              909 Poydras Street, 24th Floor
19                             New Orleans, Louisiana 70112

20
     Official Court Reporter:   Jodi Simcox, RMR, FCRR
21                             500 Poydras Street
                              Room HB-406
22                             New Orleans, Louisiana 70130
                              (504) 589-7780
23

24   Proceedings recorded by mechanical stenography, transcript

25   produced by computer.
```

OFFICIAL TRANSCRIPT

1                                I N D E X

2                                                              Page

3

SCOTT D. BERKOWITZ BY VIDEOTAPED DEPOSITION
4          Examination By Mr. Barr:                           635
           Examination By Mr. Horowitz:                       638
5          Examination By Mr. Barr:                           667
           Examination By Mr. Horowitz:                       670
6
DR. CINDY LEISSINGER
7          Voir Dire By Mr. Denton:                           673
           Direct Examination By Mr. Denton:                  680
8          Cross-Examination By Ms. Wilkinson:                744
           Redirect Examination By Mr. Denton:                809

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ – EXAMINATION

| | | |
|---|---|---|
| 12:58 | 1 | **<u>PROCEEDINGS</u>** |
| 12:58 | 2 | **(April 26, 2017)** |
| 12:58 | 3 | **(AFTERNOON SESSION)** |
| 12:58 | 4 | **\*\*\*\*\*\*** |
| 12:58 | 5 | |
| 12:58 | 6 | (COURT CALLED TO ORDER) |
| 13:18 | 7 | **THE DEPUTY CLERK:**  All rise. |
| 13:18 | 8 | (WHEREUPON, the jury entered the courtroom.) |
| 13:20 | 9 | **THE COURT:**  Okay.  Be seated, please.  Okay.  Members |
| 13:20 | 10 | of the jury, as you recall, you were watching television |
| 13:20 | 11 | before.  So we'll have it in a little bit.  And I'll issue an |
| 13:20 | 12 | order on those costs.  So I'll take care of that for you. |
| 13:20 | 13 | **MR. BARR:**  Your Honor, there's about 40 minutes of |
| 13:20 | 14 | the tape left. |
| 13:20 | 15 | **THE COURT:**  Yes. |
| 13:20 | 16 | (WHEREUPON, the videotaped deposition of **Scott D.** |
| 13:20 | 17 | **Berkowitz** was played.) |
| 13:20 | 18 | **EXAMINATION** |
| 13:20 | 19 | BY MR. BARR: |
| 13:20 | 20 | **Q.**  I want to get back to this idea of PT being predictive of |
| 13:20 | 21 | bleeding risks.  Okay?  And I want to show you what I'm marking |
| 13:20 | 22 | as Exhibit 55, and this is Plaintiffs' 1094903. |
| 13:21 | 23 | Do you recognize Exhibit 55 as your notes that are |
| 13:21 | 24 | taken in the ordinary course of business? |
| 13:21 | 25 | **A.**  They look like notes that I would take. |

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

13:21  1   **Q.**   You don't have anything that would suggest these are not

13:21  2   your notes; correct?

13:21  3   **A.**   Correct.

13:21  4   **Q.**   And so these are your notes from a consolidation call on

13:21  5   the Xarelto PK/PD statement, July 31, 2014; right?

13:21  6   **A.**   Correct.

13:21  7   **Q.**   And do you recall this consolidation call or what that

13:21  8   would have been about?

13:21  9   **A.**   Not exactly.

13:21  10  **Q.**   So you don't have any memory of a call on this, who was on

13:21  11  the call, anything like that?

13:21  12  **A.**   No.

13:21  13  **Q.**   You take a few notes here.  And I want to point -- you

13:21  14  note that bleeding tend to higher values; correct?

13:21  15  **A.**   It says "bleeding tend to higher values."  As I look

13:22  16  through these, though, it seems like I'm taking different notes

13:22  17  of what people might be saying.

13:22  18  **Q.**   When you take notes like this, do you write if you

13:22  19  disagree with something?

13:22  20  **A.**   No.  As a matter of fact, usually it would have

13:22  21  corrections of spelling if they were, like, my final notes or

13:22  22  ones that I was using.  If they're just something -- if I'm at

13:22  23  a meeting and I want to take down some concepts so I can use

13:22  24  them while I'm at the telecon, it would look like this, rather

13:22  25  rough.

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

13:22  1   **Q.**   And another one of your notes is "PT is predictive of
13:22  2   bleeding, so cannot say that."
13:22  3        Did I read that right?
13:22  4   **A.**   Yes, you read that right.  I'm not exactly sure what that
13:22  5   means.  Say what?  I'm not sure.  As you said -- it says, "PT
13:22  6   is predictive of bleeding so cannot say that."  So I don't know
13:22  7   what --
13:22  8   **Q.**   Yeah.  I mean, the notes aren't written in a way that we
13:22  9   can understand what it is you're noting that cannot be said.
13:22 10   But they do establish your note that PT is predictive of
13:22 11   bleeding; right?
13:22 12   **A.**   Yeah.  I mean, this is saying that PT is predictive of
13:22 13   bleeding, which is something we've said over and over for the
13:22 14   last couple of hours.
13:23 15   **Q.**   Would you agree with me that Bayer itself has concluded
13:23 16   that bleed risk increases with PT?
13:23 17   **A.**   I believe stated all morning that there's seen a
13:23 18   relationship into the risk of bleeding when you isolate it as
13:23 19   in looking at PK samples, PT samples and the like.
13:23 20   **Q.**   You understand that the FDA also believes that increased
13:23 21   PT leads to increased bleeding risk; correct?
13:23 22   **A.**   I would assume that that's the -- I mean, we had agreement
13:23 23   on that at the preparation of AdCom and for going forward, so I
13:23 24   would assume that's -- that's still their position.
      25

SCOTT D. BERKOWITZ – EXAMINATION

|       |    |                                                               |
|-------|----|---------------------------------------------------------------|
| 13:23 | 1  | **EXAMINATION** |
| 13:23 | 2  | **BY MR. HOROWITZ:** |
| 13:23 | 3  | **Q.**   Dr. Berkowitz, as you know, I'm Jeff Horowitz.  I |
| 13:23 | 4  | represent Bayer, and I'm going to ask you some questions now |
| 13:23 | 5  | both in follow-up to some of the things you were asked by |
| 13:23 | 6  | plaintiff's counsel and maybe give you a chance to explain some |
| 13:23 | 7  | things.  Okay? |
| 13:23 | 8  | **A.**   Okay. |
| 13:23 | 9  | **Q.**   I understand you're a medical doctor? |
| 13:23 | 10 | **A.**   I am. |
| 13:23 | 11 | **Q.**   Are you board-certified in a particular area? |
| 13:23 | 12 | **A.**   Internal medicine. |
| 13:23 | 13 | **Q.**   And are you actually licensed to practice medicine? |
| 13:24 | 14 | **A.**   Yes, I am. |
| 13:24 | 15 | **Q.**   Currently, what states are you licensed? |
| 13:24 | 16 | **A.**   Pennsylvania and North Carolina, although I've had |
| 13:24 | 17 | licenses in other states.  But as I'm not in those areas, I've |
| 13:24 | 18 | released them. |
| 13:24 | 19 | **Q.**   You said you currently work at Bayer? |
| 13:24 | 20 | **A.**   I currently work at Bayer. |
| 13:24 | 21 | **Q.**   How long have you worked at Bayer? |
| 13:24 | 22 | **A.**   Just over ten years now, almost ten and a half. |
| 13:24 | 23 | **Q.**   Since April 2006? |
| 13:24 | 24 | **A.**   April 2006. |
| 13:24 | 25 | **Q.**   What's your current role at Bayer? |

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

13:24 1  A.    I'm a vice president and head of the thrombosis group in
13:24 2  clinical development.
13:24 3  Q.    And explain for the jury, if you would, please, what your
13:24 4  personal work primarily focuses on as the head of thrombosis
13:24 5  group, the global head, and with an eye towards clinical
13:24 6  development at Bayer.
13:24 7  A.    So my job is to oversee our antithrombotics portfolio.
13:24 8  Those are drugs that are trying to address the conditions of
13:24 9  blood clotting.  So stroke, deep vein thrombosis, leg clots,
13:25 10 pulmonary emboli, which are clots that can cause shortness of
13:25 11 breath and patients to die, these kinds of conditions.  So we
13:25 12 work to develop drugs to prevent these.
13:25 13 Q.    There was a fair amount of talk with counsel for the
13:25 14 plaintiffs about the risk side of the equation with respect to
13:25 15 Xarelto and anticoagulants and antithrombotics.  The benefit
13:25 16 side, what is the benefit side and how does it relate to what
13:25 17 you were just describing to us?
13:25 18 A.    Well, the benefits side is that we can identify, in many
13:25 19 patients, risk factors that lead them to clot.  And then on
13:25 20 the -- so that would be preventative type of preventing these
13:25 21 blood vessels -- I'm sorry -- these blood clots.
13:25 22       It's important to remember that the hemostatic system
13:25 23 is a balance and certain clots can be good.  If you have a
13:25 24 break in a blood vessel or peptic ulcer, you develop a clot to
13:25 25 close that down.  That's physiologic.  The body is doing that

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

1    on purpose.  But it becomes pathologic when it goes beyond the

2    usual need when some disease state occurs or you have certain

3    risk factors.  And so we inhibit those clots.

4          And then there's another group where you have a clot

5    and we treat that clot.  So there's the preventative or

6    prophylaxis, like we talk about in SPAF, and then there's the

7    treatment kind.  Once you get it, what do you do.

8    Q.   Just to make that a bit more understandable for folks like

9    myself, do blood clots cause strokes?

10   A.   Yes.  That's the cause of most of the strokes, is a blood

11   clot.

12   Q.   And do people die who have blood clots?

13   A.   People do die.  First of all, about 60 percent of the

14   clots that you get in SPAF, these blood clots are debilitating

15   strokes.  They're not little ones.

16   Q.   So when we're talking about the efficacy side of the

17   equation, these medications that you work on, are we talking

18   about medications that are designed to basically prevent these

19   types of things from occurring?

20   A.   The goal of developing these drugs is to take care of

21   these major unmet needs where people have a high risk of

22   clotting.  And these are -- these are among the top two or

23   three causes of death in the world.

24   Q.   To save people's lives?

25   A.   That's the whole point.

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

13:27   1   **Q.**   Are there different phases of clinical trials?

13:27   2   **A.**   Yes.

13:27   3   **Q.**   Could you just briefly describe for us the different

13:27   4   phases and then explain to the jury where you fit into the

13:27   5   picture?

13:27   6   **A.**   Yes.  So once drugs get into humans -- because there's a

13:27   7   phase of discovery of a compound; there's what we call

13:27   8   preclinical, where they're tested in animal models that might

13:27   9   be related to human disease; then there are the three or four

13:27  10   phases of clinical trials.

13:27  11           So there's the Phase I trials, which is when we're

13:27  12   often first in humans and we're looking at the PK and PD,

13:27  13   getting a fix -- excuse me -- on how the drug is handled by the

13:27  14   body and what the drug does to the body -- to the drug -- I'm

13:27  15   sorry -- what the body does to the drug.  So it's a

13:27  16   back-and-forth.

13:28  17           There's a second phase we call Phase II.  This is

13:28  18   usually where we do the dose-ranging, where we'll look at a

13:28  19   wide range of doses.  We'll do more of the pharmacokinetic work

13:28  20   and the pharmacodynamic work.

13:28  21           And then we have Phase III, where we'll do the

13:28  22   clinical trials, where we have a certain indication, a medical

13:28  23   need or area to treat, whether it's preventing stroke after

13:28  24   atrial fibrillation, whether it's treating blood clots, as we

13:28  25   had mentioned that are in the leg and go to the lungs, whether

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

13:28  1    it's embolic stroke of undetermined source or acute coronary

13:28  2    syndrome.

13:28  3            All those things would have their own clinical

13:28  4    trials.

13:28  5    Q.   The focus of your work is largely which phase?

13:28  6    A.   So I work primarily in Phase III.

13:28  7    Q.   And those are the larger trials to try to provide

13:28  8    substantial evidence on safety and efficacy or benefit-risk?

13:28  9    A.   Most of my work has been the pivotal Phase III trials, the

13:29  10   trials that come to the regulatory authorities for the

13:29  11   indication.  So they're very large, often 1, 2, 3,000 up to

13:29  12   currently 27,000 patients that we evaluate the therapies for

13:29  13   their safety and their efficacy.

13:29  14   Q.   And how many doctors or clinical trial folks report to you

13:29  15   now?

13:29  16   A.   I have seven physicians reporting to me at this time.

13:29  17   Q.   And they all work on various clinical trials?

13:29  18   A.   Different aspects of their clinical trials.  We have a

13:29  19   very large program with Xarelto.  The company has invested

13:29  20   in -- in this over a long period of time in many different

13:29  21   areas of unmet need, which is a very exciting part to me as

13:29  22   I've spent my life developing antithrombotic drugs.

13:29  23           So we're having the opportunity to look at other

13:29  24   areas of unmet need that often go ignored, and then doctors are

13:29  25   left with not having information.

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

| | | |
|---|---|---|
| 13:29 | 1 | **Q.**   When you use the phase "unmet need," what do you mean? |
| 13:29 | 2 | **A.**   Well, these are areas where we don't think the current |
| 13:29 | 3 | standard of care is sufficient or there may not be any good |
| 13:30 | 4 | therapy at the time. |
| 13:30 | 5 |         So our goal is to -- we focus first.  That's how we |
| 13:30 | 6 | make our decision as to where to go.  It's where there isn't |
| 13:30 | 7 | the most important need, but where we think a particular |
| 13:30 | 8 | molecule and a particular class will be effective. |
| 13:30 | 9 | **Q.**   Is it fair to say, when you chose to come to Bayer in |
| 13:30 | 10 | 2006, that you had spent virtually your entire professional |
| 13:30 | 11 | career working in the area of antithrombosis? |
| 13:30 | 12 | **A.**   In essence, it's been 26 years just in the |
| 13:30 | 13 | antithrombotics, another 5 years in coagulation in general.  So |
| 13:30 | 14 | I've spent my whole career there. |
| 13:30 | 15 | **Q.**   Your entire career? |
| 13:30 | 16 | **A.**   Yeah. |
| 13:30 | 17 | **Q.**   Let me ask you about OD versus BID and that decision we're |
| 13:30 | 18 | talking about.  What do you mean that that was a |
| 13:30 | 19 | follow-the-science type of decision? |
| 13:30 | 20 | **A.**   Well, you know, the initial part -- and I think Mr. Barr |
| 13:30 | 21 | and I discussed this.  When one first looks at drugs in |
| 13:30 | 22 | general, we often look at the half-life, and it gives us some |
| 13:30 | 23 | sense of what a drug might be.  If it's oral, is it once a day? |
| 13:31 | 24 | twice a day? three times a day?  That's a first step. |
| 13:31 | 25 |         But coagulation is a little bit different.  And |

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

13:31  1  initially Xarelto was the same way.  It was looked at first
13:31  2  from the half-life, and it started off in twice-a-day dosing,
13:31  3  and several trials were done.  There were three orthopedic
13:31  4  trials done that way.
13:31  5          But while that was going on, then some more
13:31  6  sophisticated coagulation testing was done.  First they do the
13:31  7  usual -- PT, PTT, the things that we have available in hospital
13:31  8  labs.  But there was another test being developed back in that
13:31  9  time, which is used now, although not -- not so easy to do as a
13:31  10  PT, PTT, and that's called the thrombin generation time.
13:31  11          The bottom line is that it's just a measure of how a
13:31  12  molecule might affect thrombin.  And thrombin, as we said, is
13:31  13  an important molecule in coagulation.
13:31  14          So what we learned in those studies -- and, actually,
13:31  15  I should say what they learned because I wasn't there at the
13:31  16  company -- was that the molecule inhibited thrombin for over 24
13:31  17  hours.  The PT, you know, there's a shorter period of time.
13:32  18  The half-life, shorter period.  But our goal with coagulation
13:32  19  is affecting the clotting in the patient, not in the test tube,
13:32  20  not in the PT test or PTT test or any of those tests, but in
13:32  21  the patient.  And so they started adding OD, once a day, in the
13:32  22  testing.
13:32  23          Well, that's following the science.  It cost us, I
13:32  24  think, nine months or a year.  We added another program.  Could
13:32  25  have gone to market if things were successful a year earlier,

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

13:32  1  but that wasn't the way they developed that molecule.  There's

13:32  2  four orthopedic dosing studies, two DVD/PE studies, a full

13:32  3  range in ACS.  That's the kind of thing that a scientist really

13:32  4  appreciates inside a company.

13:32  5  Q.   Let me back up a little bit.  When you get to Bayer and

13:32  6  you're working on Xarelto, what was the problem and what was

13:32  7  the unmet medical need, if you will, that you and the

13:32  8  scientists and doctors at Bayer were trying to solve in

13:33  9  developing a drug like Xarelto?

13:33  10  A.   Well, there were several indications that still need --

13:33  11  that needed, and there's some that need and aren't yet attacked

13:33  12  at that time.

13:33  13        But -- so the prophylaxis or prevention of blood

13:33  14  clots after total hip and total knee surgery is a really

13:33  15  important area.  These patients -- if a knee patient does not

13:33  16  have any prophylaxis, they have 50 to 60 percent rate of having

13:33  17  a blood clot in their leg.  And if it's a hip, then it's on the

13:33  18  order of 40 to 50 percent.  So something needs to be done.

13:33  19        But what did we have?  We had aspirin, which some

13:33  20  doctors still use.  We had warfarin, which takes days and up to

13:33  21  two weeks to be in steady state, and by then the risk is almost

13:33  22  over.  We had heparin, which means that patients had to inject

13:33  23  themselves.  So there was an area where an oral drug could be

13:33  24  of benefit.

13:33  25        There was the treatment of deep vein thrombosis and

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

13:33  1   pulmonary embolism.  Again, what did we have?  Unfractionated
13:33  2   heparin, low-molecular-weight heparin, warfarin.  And then we
13:34  3   had SPAF.
13:34  4        So we had -- and there are others after that.  So
13:34  5   those were what we were looking at.
13:34  6   Q.   And those are the particular indications when you were
13:34  7   looking at; correct?
13:34  8   A.   Yes.
13:34  9   Q.   What about in comparison to warfarin, low-molecular-weight
13:34  10  heparin, and heparin?  What was the issue with those drugs that
13:34  11  you were trying to solve by developing Xarelto?
13:34  12  A.   Well, the goal was to try to be able to give the
13:34  13  medication without worry about food, that -- whatever food that
13:34  14  the patient took or whatever drugs that they took.  So the goal
13:34  15  was to try to find a drug that had predictable pharmacokinetics
13:34  16  and pharmacodynamics.
13:34  17       What do I mean?  I mean that we know what range the
13:34  18  patient will be in for their -- their concentration maximum and
13:34  19  when the drug would be eliminated and when you could give the
13:34  20  drug again and you could do that day in and day out.
13:34  21  Q.   And do you consider Xarelto to be improvement over
13:34  22  warfarin and heparin and low-molecular-weight heparin?
13:35  23  A.   I certainly do not discount the value of warfarin and its
13:35  24  effectiveness, but it is so hard to use that many patients
13:35  25  don't want to be on, can't be on it, the doctors can't manage

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

| | |
|---|---|
| 13:35 | 1 |
| 13:35 | 2 |
| 13:35 | 3 |
| 13:35 | 4 |

it.  And I certainly consider Xarelto to be a major

achievement.

        If we think about what happens to a patient today

versus when we're talking 15 years ago who has deep vein

thrombosis with risk of pulmonary embolism, what happens today?

They go to the doctor's office or the emergency department.

And what would happen 15 years ago is they would be admitted to

the hospital and they would be started on unfractionated

heparin.  And today they go to the doctor's office or an

emergency room.  They get oral Xarelto.  In two hours the

doctor knows that it's effective, and they can go home.

        I would say that's a major advance for patients and

doctors in the health care system.

Q.   I've heard the phrase "fixed dosing without the need for

routine anticoagulation monitoring" with respect to Xarelto.

        Are you familiar with that phrase?

A.   I've heard that before, yes.

Q.   Okay.  What does "fixed dosing" mean?

A.   Fixed dosing just means that we've studied a range of

doses to get us into Phase III.  We choose a dose.  We test it.

And if it's effective and safe that the patients can get that

dose, then it sticks at that dose.

        Now, some adjustments might be needed.  For example,

in SPAF we know that patients with moderate renal failure need

some dose adjustment.  We tested for that, so you could think

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

13:36  1   of us giving two doses in the SPAF ROCKET AF program.  But we
13:36  2   fixed it at that dose after doing some study.
13:36  3   Q.   Does every indication for Xarelto have the same dose?
13:36  4   A.   Well, that's something unique to the program.  We studied
13:36  5   Xarelto indication by indication.  That's time-consuming,
13:36  6   resource-consuming, but each patient population is different
13:36  7   and needs to be tested according to the patient population.  So
13:37  8   this is why we have, in many cases, different doses for the
13:37  9   different indications.
13:37  10  Q.   For example, what are the two doses for SPAF -- or atrial
13:37  11  fibrillation that you just mentioned?
13:37  12  A.   So we use 20 milligrams once a day for patients unless
13:37  13  their creatinine clearance, which is a measure of kidney
13:37  14  function, is in the range of 40 milliliters per minute down to
13:37  15  39 milliliters per minute.  If it's lower than that, then we
13:37  16  recommend not to be using Xarelto.
13:37  17  Q.   I want to talk about a topic now that we talked a lot
13:37  18  about over the last day and a half with counsel for plaintiffs,
13:37  19  this idea of therapeutic drug monitoring.
13:37  20       Are you with me?
13:37  21  A.   Yes.
13:37  22  Q.   First of all, do patients taking Xarelto for any of these
13:37  23  indications we just went through need to have routine
13:37  24  anticoagulation therapeutic drug monitoring done?
13:37  25  A.   It's our position that routine drug monitoring is not

SCOTT D. BERKOWITZ - EXAMINATION

13:37  1   needed for Xarelto after the large clinical Phase III programs
13:38  2   and indications that we've studied and the PK/PD work that's
13:38  3   been done in Phase II.
13:38  4   Q.    Do patients taking Xarelto for any of these indications
13:38  5   need to have their blood monitored to make sure they're getting
13:38  6   the proper dose?
13:38  7   A.    No.  We do not believe that they need to be done, and
13:38  8   that's not just because we want to say that but because we have
13:38  9   the trial proof to show that and the pharmacokinetic and
13:38  10  pharmacodynamic information.
13:38  11  Q.    And what is it about the pharmaco and the
13:38  12  pharmacodynamic -- pharmacodynamic or the PK/PD profile of
13:38  13  Xarelto that makes it so you don't need to do this type of
13:38  14  monitoring?
13:38  15  A.    Well, we see that the -- when the Cmax comes in for
13:38  16  patients and when the drug is eliminated.  We know that we can
13:38  17  give it once a day.  It does not accumulate.  So you can give
13:38  18  the next day the next dose, and there won't be this buildup of
13:38  19  drug because it's metabolized.
13:38  20         We understand its metabolism very well.  We know that
13:39  21  it has several routes of elimination.  So it's not primarily
13:39  22  renal.  It's partly renal and partly liver.  Actually, a third
13:39  23  goes out the kidney unchanged.  One third is metabolized by the
13:39  24  kidneys, and one third is metabolized by the liver.  So it has
13:39  25  a nice spread.

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

13:39 1          We know that food doesn't affect it.  We know that
13:39 2   food improves absorption.  But it's important to understand
13:39 3   that Xarelto is not, at high doses, well absorbed.  It works
13:39 4   very well under doses of, say, 60 milligrams, which is higher
13:39 5   than we often use -- or that we ever use, actually.  But as you
13:39 6   increase it, there's less and less absorption of the drug.
13:39 7   It's not that soluble.
13:39 8          So these are characteristics that are important to
13:39 9   managing that part about not needing routine coagulation
13:39 10  monitoring.
13:39 11  Q.   And when we talk about routine anticoagulation monitoring
13:39 12  with respect to anticoagulants -- just to be clear, again,
13:40 13  define that for us.  What is it you're talking about?
13:40 14  A.   I'm sorry.  Routine anticoagulation?
13:40 15  Q.   Yeah, routine anticoagulation monitoring or
13:40 16  anticoagulation monitoring.
13:40 17  A.   Oh, just meaning a requirement that we have to check
13:40 18  periodically to make sure that the drug is in a certain level.
13:40 19  That's not necessary.
13:40 20  Q.   And is that one of the problems that Xarelto was developed
13:40 21  to solve, the need for that with a drug like warfarin?
13:40 22  A.   It is my opinion that that's the major importance.  I'm
13:40 23  not really understanding why one would want to develop a drug
13:40 24  that needs monitoring if we could put our efforts -- we're only
13:40 25  going to get to do in this world a few kinds of projects.  And

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

13:40  1  I would think that's where the development should be, in drugs
13:40  2  that don't need to be monitored.
13:40  3  Q.   Okay.  And to be clear, does the absence of the need for
13:40  4  routine anticoagulation monitoring recommendation mean that
13:40  5  doctors don't need to bring the patients in for visits to check
13:40  6  on them or keep an eye on them?
13:40  7  A.   No.  I think this is a misunderstanding.  What's happened
13:41  8  over the years is people have become -- with warfarin we're
13:41  9  focusing on the INR visit, the visit where they come at least
13:41  10 once a month to see the doctor to check the blood test.
13:41  11      But anticoagulants, whatever they are, are potent
13:41  12 medicines.  It's not candy.  These patients have to be watched
13:41  13 carefully.  You have to know your patient.  You have to watch
13:41  14 them and ask them the questions every month or few weeks or
13:41  15 whatever you choose.  But you have to find the time to talk
13:41  16 with the patient about how they're doing on their medicine and
13:41  17 their thrombotic disease.  This requires physicians to watch
13:41  18 their patients.
13:41  19 Q.   Let's take a look at Exhibit 12, if you will.  This is a
13:41  20 slide presentation that counsel for plaintiffs marked as an
13:41  21 exhibit and asked you questions about.
13:41  22      Do you recall that?
13:41  23 A.   I do.
13:41  24 Q.   And have there been kind of ongoing discussions in the
13:41  25 medical and scientific community about monitoring with respect

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

13:42  1    to the new or novel oral anticoagulants?

13:42  2    A.    Yes.  It's understandably uncomfortable when doctors have

13:42  3    been monitoring drugs like warfarin or adjusting PTTs and

13:42  4    monitoring unfractionated heparin, that when you have

13:42  5    medications that don't need that, it seems a little

13:42  6    uncomfortable.

13:42  7    Q.    And remind us -- give us some context for this slide.

13:42  8    First of all, did you prepare Exhibit 12, the slides?

13:42  9    A.    I did.

13:42  10   Q.    What's the context of this presentation?

13:42  11   A.    Well, I was asked to give a presentation in a

13:42  12   point/counterpoint kind of debate at this Cardiac Safety

13:42  13   Research Consortium Symposium on December 3rd, 2015.

13:42  14   Q.    Did you, in fact, give this presentation?

13:42  15   A.    I did.

13:42  16   Q.    Let's take a look at Slide 3.  I want to walk through some

13:42  17   of these slides.  Take us through Slide 3.  It's the -- at the

13:42  18   top it says "Initial PK/PD measurement.  Should we do it?"

13:43  19          Is this the first section that you just described for

13:43  20   us, how you broke down your presentation?

13:43  21   A.    Yes.  So it was first to discuss that, and here we talk

13:43  22   about clinical value of performing such a measurement for

13:43  23   NOACs.  And there were a couple other points on slides

13:43  24   afterwards, but this was the main one here about whether

13:43  25   NOAC -- whether there's clinical value for making one of these

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

13:43  1  PK/PD measurements for NOACs.

13:43  2  **Q.**   And what's the point that you make about clinical value.

13:43  3  **A.**   Well, it's important, when you're going to measure, that

13:43  4  there has to be an appropriateness of the measure.  In other

13:43  5  words, that the measure that you choose has to be appropriate

13:43  6  and it has to be the right time to measure.

13:43  7        It's very easy to measure for warfarin because

13:43  8  warfarin is a long-acting medication.  It takes two weeks for

13:43  9  the patients to be stably anticoagulated.  It takes days for

13:43  10  them to come off the medication.  So you can sample at any

13:43  11  time, and that's -- that's easy to do.

13:43  12        But these drugs, having a short half-life and having

13:44  13  a short peak and then the elimination and the trough, it's very

13:44  14  difficult to determine the best time to do that.

13:44  15        And then what proof is there of clinical worth of

13:44  16  even taking the measurement?  And that is not available at this

13:44  17  time.

13:44  18  **Q.**   When you say "initial measurement," what do you mean by

13:44  19  that?

13:44  20  **A.**   Initial measurement.  I didn't remember if I had said that

13:44  21  about an initial measurement.

13:44  22  **Q.**   In other words, at the beginning of the therapy?

13:44  23  **A.**   Oh, that's what someone would mean about initial

13:44  24  measurement, yes.

13:44  25  **Q.**   Okay.  And what was your view with respect to the need --

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

13:44    1    the need to do that for Xarelto?

13:44    2    A.   Well, we don't find the need to make -- to take a

13:44    3    measurement in the routine situations.  So when patients have

13:44    4    whatever condition, you put them on medication, we don't

13:44    5    normally routinely need to check level.

13:44    6    Q.   Why is that?

13:44    7    A.   Again, because the PK and PD are predictive.  When you

13:44    8    give the dose, you know what you're getting, assuming that you

13:44    9    follow the rules of the labeling.

13:45   10         So if they're on CYP3A4 inhibitors, you don't use the

13:45   11    medication and these things.

13:45   12    Q.   Okay.  Let's just get through a few of these bullet

13:45   13    points.

13:45   14         The first bullet point says "Appropriateness of the

13:45   15    measure."

13:45   16         Do you see that?

13:45   17    A.   Yes.

13:45   18    Q.   I know you mentioned that, but what does that mean?

13:45   19    A.   Simply that the routine coagulant tests that we have in

13:45   20    the laboratory are not designed to measure any of the drugs,

13:45   21    with the exception of the PTT and the PT.

13:45   22         Now, as I had mentioned, both of those tests actually

13:45   23    were developed to detect factor deficiencies back in the 1960s.

13:45   24    Over time it was found that they could be useful if modified to

13:45   25    monitor heparin with the PTT or with warfarin the PT test.

OFFICIAL TRANSCRIPT

13:45   1         So the routine tests that doctors order from the
13:45   2   coagulation lab are not useful in use in the novel
13:46   3   anticoagulants.
13:46   4   Q.   It says under there, "Not originally designed for this
13:46   5   purpose."
13:46   6         What does that mean with respect to PT in warfarin --
13:46   7   in Xarelto?
13:46   8   A.   Well, as I had mentioned, that the test was not originally
13:46   9   designed for any monitoring purpose.  But what happens now is
13:46   10  there are a number of commercial companies that make the
13:46   11  thromboplastin reagent.  That's the reagent that's needed to
13:46   12  perform the PT test.  They are made to be sensitive -- they're
13:46   13  made two ways, either to be sensitive to warfarin or to be
13:46   14  sensitive to pick up a lupus anticoagulant.  This is a rare
13:46   15  condition that some patients can have.
13:46   16        But basically the companies focus, you know, sort of
13:46   17  specialty focusing on these two areas for the PT test.  They're
13:46   18  not developed, though, for rivaroxaban, dabigatran, Eliquis, or
13:46   19  edoxaban.
13:46   20  Q.   You were asked a lot of questions even about a specific
13:47   21  assay about a PT test called the Neoplastin assay that was
13:47   22  actually used to measure in clinical trials of Xarelto.
13:47   23        Do you recall those questions?
13:47   24  A.   Yes.
13:47   25  Q.   And plaintiffs' counsel suggested in his questions to you

13:47  1    that Bayer should tell doctors to do a PT test with the
13:47  2    Neoplastin PT assay at the initiation or beginning of therapy.
13:47  3          Do you recall those questions?
13:47  4    A.   I remember that.
13:47  5    Q.   Do you agree with that suggestion by counsel for
13:47  6    plaintiffs that Bayer should be telling doctors to do a PT test
13:47  7    with the Neoplastin PT assay at the beginning of therapy to
13:47  8    make decisions about whether to give a patient Xarelto or what
13:47  9    dose to give the patient?
13:47  10   A.   No.   Sorry.   I can't agree with that for a number of
13:47  11   reasons.   The PT test, as I mentioned, is not developed for
13:47  12   this.   The Neoplastin reagent, of the few that were tested, but
13:48  13   there are a number worldwide, was the most sensitive.   But it's
13:48  14   not the best test for this.
13:48  15         And doctors most of the time, if not all of the time,
13:48  16   don't have control over what reagent is used in their hospital.
13:48  17   That's determined by the pathology department that runs the lab
13:48  18   and the procurement department that obtains the reagent in bulk
13:48  19   supply.   So they get what they can get, and they get what they
13:48  20   can afford.   And if they have a strong desire to have one,
13:48  21   that's fine, but it may not work for other situations.
13:48  22         So to have doctors do that without any proof that
13:48  23   there's any benefit to it, and the fact that the test is not
13:48  24   good means that they could do something with the dose that
13:48  25   would be -- not have been shown in clinical trials.   So that's

SCOTT D. BERKOWITZ - EXAMINATION

1 dangerous.

2          Now we're talking about instead of thinking about,
3 oh, well, maybe we could prevent bleeding, then we're talking
4 about not preventing stroke and pulmonary embolism.

5 Q.   And to be clear, if a doctor makes an adjustment of dose
6 and the dose is too low, what's the potential issue for the
7 patient?

8 A.   The potential problem is of course that you wouldn't have
9 efficacy.  If you had a patient on 15 milligrams and -- because
10 they have renal failure and you decided to put them on 10 based
11 on a PT level and not based on the clinical characteristics of
12 the patient, that's not evidence-based medicine and that's not
13 what we do.

14          That, in my mind, is treating the patient -- sorry --
15 treating the physician, making them feel better.  And I
16 understand why they might, but it's not evidence-based, so it's
17 not treating the patient; it's just making the doctor feel
18 better.

19 Q.   Let's go to the next bullet point on Slide 3, "Appropriate
20 time to measure."  What did you mean by that?

21 A.   Well, again, the NOACs have a shorter half-life.  So the
22 timing of the sample is much more critical than it is with an
23 INR, which you can check almost at any time.  And you have to
24 decide, well, which are we going to look at?  Should we look at
25 peak?  Do we look at trough?  Do we look at the midrange?

SCOTT D. BERKOWITZ - EXAMINATION

13:49  1    And then you're also dependent on when to take the
13:49  2  sample according to when the patient says they last took the
13:50  3  medication.
13:50  4    Look, we're all human.  And sometimes we don't
13:50  5  remember yesterday when we took our Xarelto pill or any other
13:50  6  pill.  And that timing is important in trying to dose the
13:50  7  medication.  I'm sorry.  I didn't mean "dose;" I meant in
13:50  8  testing the medication.
13:50  9  Q.  Let's look at the next bullet point, "Proof of the
13:50  10  clinical worth of taking the measurement."  I think you've
13:50  11  probably explained this, but give it to us in a short,
13:50  12  understandable way.
13:50  13  A.  Right.  When you take a value, whatever measurement that
13:50  14  you take, the value of the concentration level -- or of the PT
13:50  15  is fleeting because the concentration level in the blood is
13:50  16  changing.  That's not like how it is with warfarin, where it's
13:50  17  fairly constant during the day.
13:50  18    So there's very -- a -- little lasting information
13:50  19  beyond the moment of testing.  And so you're trying to kind of
13:50  20  play catch-up.  Remember, you know, the sample won't come to
13:50  21  you with a result the next minute.  It probably will take an
13:51  22  hour or so to get it back.  And you have to sort of judge,
13:51  23  okay, where might the patient be on the curve?
13:51  24    And despite the work that's been done so far, there
13:51  25  hasn't been any direct association made with that having a

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

13:51  1  benefit.  So where we are right now is that it's just not
13:51  2  proven to be of clinical benefit.  The clinical trial data and
13:51  3  the patient characteristics are what are important.
13:51  4  **Q.**   All right.  Let's go to Slide 5.  And you may have just
13:51  5  covered the first bullet point, "Value added for the patient by
13:51  6  taking measurement not clear."  Can you explain that to us, or
13:51  7  do you have anything you want to add here?
13:51  8  **A.**   Yeah.  Well, this is another important point, I think,
13:51  9  about coagulation.  But when we see a patient who has a blood
13:51  10  clot or we see a patient that comes in with a bleeding event,
13:51  11  that -- what -- the value, whether -- what the value is of a
13:51  12  NOAC at that time is not when the event occurred.  You don't
13:51  13  know that.  That could happen minutes before, it could be hours
13:51  14  before, it could be days before.  Clots in the leg start in the
13:52  15  valves and tiny vessels, and then they grow and grow and grow.
13:52  16  By the time you're symptomatic to you and me, there can be
13:52  17  hours and days that have gone by.
13:52  18       So the measurement is not value in that situation.
13:52  19  So that's the point of that bullet.
13:52  20  **Q.**   Let me ask you, plaintiffs' counsel in his questions to
13:52  21  you asked you about the correlation between blood plasma
13:52  22  concentration of rivaroxaban and bleeding risk.
13:52  23       Do you recall that?
13:52  24  **A.**   Right.
13:52  25  **Q.**   And he asked you questions about whether it would be

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

13:52  1  misleading to say that there's no correlation between Xarelto
13:52  2  blood plasma concentration and bleeding risk.
13:52  3            Do you recall that conversation?
13:52  4  A.   Yes.  It was a little bit confusing because there was some
13:52  5  mix-up with concentrations and PTs, and I was not clear on some
13:52  6  of the questions.
13:53  7  Q.   Okay.  In what phase of the clinical trials did the
13:53  8  company primarily look at the PK/PD parameters of plasma blood
13:53  9  concentration and bleeding risk?
13:53 10  A.   So all that work was done in the Phase III -- sorry -- the
13:53 11  Phase II studies, the dosing studies, so the orthopedic for
13:53 12  Phase II studies, the VTE treatment Phase II studies.  We also
13:53 13  had ACS studies.
13:53 14  Q.   And how would you characterize the range of doses that
13:53 15  were looked at in Phase II?
13:53 16  A.   Well, there, we went to a range from 1.25 mg, I believe,
13:53 17  all the way up to 80 milligrams.  These are 80 milligrams, of
13:53 18  course.  And above 20 milligrams, as you know, we don't use.
13:53 19  But we did a wide range in those studies.  That's the purpose
13:53 20  of them.
13:53 21  Q.   And what did you see -- in the Phase II, when you looked
13:53 22  at this broad or wide range of doses, what did you see with
13:53 23  respect to concentration increases at those higher doses and
13:54 24  the correlation to bleeding risk?
13:54 25  A.   Well, I think this is where the confusion came in.  So I

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

13:54   1   was thinking about our work in Phase II.  And when you get up

13:54   2   into that range, into 60 and 80 milligrams, then you certainly

13:54   3   can see some increase and relationship to bleeding risk.  But

13:54   4   it's not in the phase -- in the indication doses that we use,

13:54   5   like, 20 milligrams or 10 milligrams in the different

13:54   6   indications we have approval for.

13:54   7   Q.   Do you see a correlation between bleeding risk and blood

13:54   8   plasma concentration within the therapeutic doses?

13:54   9   A.   I don't believe that's been shown.  I don't think we saw

13:54   10  that.  We just saw it in those -- in our Phase II studies,

13:54   11  where we really looked at those carefully at the high ranges.

13:54   12  Q.   The high range of doses?

13:54   13  A.   High range of doses.  That's part of that whole program,

13:54   14  looking for -- we didn't know where it was going to come in,

13:54   15  but that's where it came in, at doses that are not used or

13:55   16  approved.

13:55   17  Q.   Let's go back to the slide deck.  Let's turn to Slide 9.

13:55   18  I think we're up to B now.

13:55   19  A.   Yes.

13:55   20  Q.   "Is there a rationale for monitoring?"

13:55   21  A.   So there's a middle section of the talk.

13:55   22  Q.   Okay.  And what are you conveying with respect to your

13:55   23  first bullet point "When is it valuable to monitor routinely?"

13:55   24  A.   So this is just a general discussion of monitoring.  And,

13:55   25  here, we're talking about monitoring in a routine way of labs.

SCOTT D. BERKOWITZ - EXAMINATION

13:55  1    And the question is just when is it valuable to monitor
13:55  2    routinely.  So what situations would you consider.
13:55  3            So if you have a test that's -- accurately and
13:55  4    precisely measures the drug levels, if you have a target window
13:55  5    that's validated and maintained, if the test actually predicts
13:56  6    clinical outcome, and if modifying the treatment on the basis
13:56  7    of the test result is shown to improve outcome, these would be
13:56  8    situations where that could make a difference and you might
13:56  9    want to monitor routinely.
13:56  10   Q.   Has that ever been shown for Xarelto?
13:56  11   A.   That's not shown for Xarelto.
13:56  12   Q.   Let's take a look at the next slide, page 10.
13:56  13           Now, this is titled "When is it not valuable to
13:56  14   monitor or measure?"  Is there a difference between monitor and
13:56  15   measure, in your mind?
13:56  16   A.   Yes.  And we have to be careful about the words that we
13:56  17   use, and we want to be clear with each other when we use them.
13:56  18           So in this context we've been using "monitor" to mean
13:56  19   checking periodically and being required to do that, a
13:56  20   laboratory test.  That's as opposed to not being able to
13:56  21   measure, something that the company has worked on for years and
13:57  22   has achieved with other commercial companies.  We do have a
13:57  23   laboratory test that can be used to measure.  It's not yet
13:57  24   approved to the U.S., but it's something we've worked hard with
13:57  25   the companies to allow.

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

13:57  1  **Q.**   What test is that?

13:57  2  **A.**   Well, this is a test that's not based on the PT test,

13:57  3  because that -- although research was done on that, it's just

13:57  4  not reliable as a base for the test.

13:57  5  **Q.**   Let me pause you there.  When you say "research was done

13:57  6  on that," who did that research?

13:57  7  **A.**   Well, the way we worked for this is we weren't trying to

13:57  8  have a commercial test of our own from Bayer.  So the company

13:57  9  worked with actually five companies that are diagnostics

13:57  10  companies.  And we gave intellectual support along with

13:57  11  academic leaders and provided substance to use to do the

13:57  12  testing.  So it was done independently, but we talked with the

13:57  13  thought leaders on that.

13:57  14  **Q.**   Did you also provide Dr. Ted Spiro to work on that?

13:57  15  **A.**   Yes, Dr. Ted Spiro was actually a pathologist initially

13:57  16  but worked in antithrombotics for many years.  And he reports

13:58  17  to me.  He had expertise in that area.  So he's been working on

13:58  18  that.

13:58  19  **Q.**   What was -- what was -- why was the company looking at PT

13:58  20  in terms of developing a test that could measure prothrombin

13:58  21  time in the context of the Xarelto development program?

13:58  22  **A.**   Well, they were looking at it not that the PT itself would

13:58  23  be but that you could use it as the base to develop a test.

13:58  24  And it's simpler, so -- and doctors would have something more

13:58  25  familiar.  The lab, it would be a little bit easier.  So that's

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

the start.  I mean, if you could, you would.  But doing that
work, it turned out that the anti-Factor Xa assay, which is a
little bit more complicated, was a better base, a more reliable
base, to develop the entire test on.

Q.   Okay.  So as between the PT test even when using
Neoplastin assay and anti-Factor Xa for measuring rivaroxaban,
it turned out that anti-Factor Xa was the better way to go?

A.   Yeah, because the PT test was just not sensitive,
especially at the lower levels.

Q.   Let's go back to your slide deck, page 12.  The title is
"What we should do rather than monitor/measure a level."  And
the first bullet point is "Monitor the patient."  What do you
mean by that?

A.   Yes.  I get a little vehement about this point because I
care so much about patients.

     But, you know, despite spending my career in
developing antithrombotic medications, it was never about not
being able to see the patient, in other words, be free of
seeing them for six months.  As I said, anticoagulants are very
potent medicines, but they have a very important purpose.

     But we have to watch the patient.  It's always about
the patient.  So we need to understand them.  As they age, they
get new patient characteristics to worry about.  They get
different medications.

     And we must see them periodically and ask them the

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

13:59  1  litany of questions about, for example, do they have some
14:00  2  bleeding around the gums.  Maybe they forgot when they brushed
14:00  3  their teeth two weeks ago and you remind them of that when you
14:00  4  ask it, or do they have blood on the toilet tissue.  You ask
14:00  5  them about the kinds of things that might hint that there could
14:00  6  be a problem in the future, and then you act.
14:00  7         So you don't -- it's not just about checking an INR,
14:00  8  which is convenient and in some ways just easy to do and not
14:00  9  even talk to the patient.  I checked the INR every four weeks,
14:00 10  everything was fine.  It's much more than just doing a lab
14:00 11  test.
14:00 12  Q.   What do you mean by the second-to-the-last bullet point,
14:00 13  "Measure for the right reasons"?  Explain that to us.
14:00 14  A.   I think you have to have some understanding of what -- of
14:00 15  what you're measuring for.  You have to have a reason to do it.
14:00 16  If a patient said to you, you know, that I'm having frequent
14:00 17  episodes of bleeding but maybe they're more minor, maybe it is
14:00 18  gum bleeding or maybe it is on the toilet tissue, that could be
14:00 19  an indication where you might want to check it and see if maybe
14:00 20  it is on -- at some level.
14:01 21         But it's more than just checking the drug; it's
14:01 22  checking creatinine clearance, it's checking hemoglobin, it's
14:01 23  measuring certain things that will provide you value.  You have
14:01 24  to be able to interpret the result when you get it; otherwise,
14:01 25  you increase the risk of errors in patient care.

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

14:01  1  **Q.**   The last bullet point, "Treat the patient, not a level,"
14:01  2  what does that mean?
14:01  3  **A.**   Well, you know, oftentimes we'll get a PT value.  Let's
14:01  4  say it's an INR of 3.2.  That's high.  Yeah, what do you do?
14:01  5  Do you change them?  Do you change their dose?  They've been
14:01  6  stable for months.  You get a 3.2 or a 3.5.  That's not what
14:01  7  most physicians should do.  They should go over the questions
14:01  8  with the patient.  Did their diet change?  Did they get new
14:01  9  medications?  Has something changed in their life?  Did they
14:01  10  have an infection?  And if all that seems to be pretty stable,
14:01  11  you're more likely to bring them back in a few days and recheck
14:01  12  them and see if it still is high.  If it's high then, then you
14:01  13  might make a change.
14:01  14        But you don't just, you know, get a list of INRs on
14:02  15  your patient that day and just start adjusting doses without
14:02  16  talking with the patient.  You treat and monitor the patient,
14:02  17  not the level.
14:02  18  **Q.**   That said, does the U.S. label for Xarelto provide
14:02  19  information that doctors need, in your view, to make
14:02  20  appropriate decisions about how to best treat their patients?
14:02  21  **A.**   I think it does.
14:02  22  **Q.**   Why don't we take a look at a few.  Why don't we look at,
14:02  23  example, Section 5, the warnings and precautions section.
14:02  24  **A.**   Right.
14:02  25  **Q.**   What is Section 5.2 headed?

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

14:02  1           What, if anything, does it say with regard to

14:02  2   evaluation of patients?

14:02  3   A.   Well, as we had discussed about how we care for patients,

14:02  4   promptly evaluate any signs or symptoms of blood loss and

14:02  5   consider the need for blood replacement.  So, clearly, that's

14:02  6   evidence that you have to watch patients on anticoagulants.

14:02  7   Q.   And what about, for example, Section 5.4, "Use in patients

14:02  8   with renal impairment"?  What does it say with respect to

14:02  9   patients and what type of information is provided to doctors

14:03  10  about patients with nonvalvular atrial fibrillation?

14:03  11  A.   In that particular situation, it says periodically assess

14:03  12  renal function as clinically indicated; that is, more

14:03  13  frequently in situations in which renal function may decline.

14:03  14  And adjust therapy accordingly to the dosage and administration

14:03  15  section of 2.4, where we provide that information.

14:03  16                          EXAMINATION

14:03  17  BY MR. BARR:

14:03  18  Q.   And one of the things you spent some time talking about

14:03  19  was the language about PT in the United States product insert.

14:03  20           Do you remember that?

14:03  21  A.   Yes.

14:03  22  Q.   And you said there was language about PT that was proposed

14:03  23  by Janssen, I believe, that the regulatory authority would not

14:03  24  allow into the label; is that correct?

14:03  25  A.   What I said was that we have standard language in our

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

14:03  1  CCDS, our core data sheet.  And we include it in the SPC.  I
14:03  2  know that we use it for all the labels and that it was
14:03  3  initially there, and then during the interchange back and
14:04  4  forth, it's not.  And they -- they struck it.  They have their
14:04  5  reasons for why they do different things, but that's what I
14:04  6  know.
14:04  7  Q.   Okay.  You were not involved in label negotiations between
14:04  8  Janssen and the FDA for the United States product insert, were
14:04  9  you?
14:04  10  A.   No, that's not correct.  I am.  I'm not deeply involved in
14:04  11  it.  They keep us in communication.  We may comment on the
14:04  12  label that they go back and forth.  So there's some
14:04  13  interaction, but they're responsible.
14:04  14  Q.   You were not yourself directly involved in the
14:04  15  negotiations negotiating the label with the FDA; correct?
14:04  16  A.   No, that's part of the regulatory positions at J&J.
14:04  17  Q.   And as I believe you testified, you don't know why the FDA
14:04  18  struck that language, do you?
14:04  19  A.   I don't remember why that was.
14:04  20  Q.   Let me show you what I'm going to mark as Exhibit 58.  And
14:04  21  this will be Plaintiffs' 2905274.  Exhibit 58 is a document
14:05  22  entitled "Xarelto USPI Label Contingency Document," from LRC,
14:05  23  April 23, 2009; correct?
14:05  24  A.   Yes.
14:05  25  Q.   And if you look, you see there's a statement in the middle

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

14:05  1    of the box that says, "Will we need to add a new 5.4 laboratory
14:05  2    section like Lovenox?"
14:05  3            Do you see that?
14:05  4    A.    I do.
14:05  5    Q.    You understand that Section 5 is the warning section of
14:05  6    the United States product insert; right?
14:05  7    A.    Yes.
14:05  8    Q.    Okay.  It says, "Only if section is requested, consider
14:05  9    modifying significantly without stool occult blood test and PT
14:05  10   is not insensitive."
14:05  11           Do you see that?
14:05  12   A.    Yeah.
14:05  13   Q.    Okay.  And what it says is -- then it lists the language
14:05  14   from the Canadian label.
14:05  15           Do you see that?
14:05  16   A.    I do.
14:05  17   Q.    And so the instruction is only give this if the section is
14:05  18   requested; right?
14:05  19   A.    Well, it says, "Only if section is requested, consider
14:06  20   modifying significantly without stool occult blood test and PT
14:06  21   is not insensitive."
14:06  22   Q.    Right.  So if you go over to the third box down on the
14:06  23   bottom, it just has, in bold, "Number 1, defend not having any
14:06  24   laboratory monitoring statement in the warning section,"
14:06  25   doesn't it?

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

14:06  1   **A.**   I'm sorry.  Where are you?

14:06  2   **Q.**   This box right here.

14:06  3   **A.**   Okay.  Thank you.

14:06  4   **Q.**   It says, "Defend not having any laboratory monitoring

14:06  5   statement," doesn't it?

14:06  6   **A.**   Yes.

14:06  7   **Q.**   Okay.  And this is in the warning section; correct?

14:06  8   **A.**   Yes.

14:06  9   **Q.**   Okay.  And it strikes out "if needed," all this language

14:06  10  about PT; correct?

14:06  11  **A.**   I'm not sure exactly -- if this is all the language about

14:06  12  PT or not; I just see a Section 2.  It says "if needed," and

14:06  13  then everything is struck from there.

14:06  14  **Q.**   Okay.  Are you aware of at any point Janssen requesting

14:06  15  the FDA to include -- include language about PT in the warning

14:07  16  section of the label?

14:07  17  **A.**   I'm not aware of the detailed discussions and

14:07  18  negotiations.  As I had said, I know that in our core data

14:07  19  sheet and in our other labels we include data about PT.  And

14:07  20  that's what I said before, and that's what I can say now.

14:07  21                      **EXAMINATION**

14:07  22  **BY MR. HOROWITZ:**

14:07  23  **Q.**   Doctor, I just -- once again, Jeff Horowitz on behalf of

14:07  24  Bayer.  I just want to follow up very quickly on one document

14:07  25  that plaintiffs' counsel has asked you about a couple times

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

14:07    1    now.  And it's Exhibit 54.
14:07    2         Do you have that in front of you?
14:07    3    A.    I do.
14:07    4    Q.    And if you recall, you were asked questions, really, twice
14:07    5    now about the e-mail from Claudia Henn on September 18th and
14:07    6    some of the comments that she provided in response to, frankly,
14:07    7    the comments that are set forth in the e-mail.
14:07    8         Do you recall that?
14:07    9    A.    Yes.
14:07   10    Q.    And, in particular, there's some comments that were made
14:07   11    at the end -- after paragraph 4 at the end, at the very bottom
14:08   12    of Bates page 482.  You were asked a lot of questions about
14:08   13    that particular paragraph.
14:08   14         Do you recall that?
14:08   15    A.    I do.
14:08   16    Q.    Okay.  Were you shown by counsel for plaintiff -- the very
14:08   17    first e-mail in the chain at the top, if you go to the first
14:08   18    page, was this covered with you in questioning by plaintiffs'
14:08   19    counsel?
14:08   20    A.    No, this wasn't.
14:08   21    Q.    Okay.  And is this an e-mail that you wrote on April 18th,
14:08   22    2015, that added additional comment?
14:08   23    A.    Yes.  It says "Correction of Document 1A version."  So
14:08   24    that's the subject.
14:08   25    Q.    And what's the comment that you said that you forgot to

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

14:08  1   add?  Could you tell us what that was?

14:08  2   **A.**   It looked like I had a follow-up later in the afternoon of

14:08  3   that day.  It says, "Dear all:  I forgot to add one comment,

14:08  4   which is now in the attached version."

14:08  5   **Q.**   And what did you say?

14:08  6   **A.**   Here I say, "Attempting to incorporate post hoc dose

14:08  7   adjustments for a drug that does not have a narrow therapeutic

14:08  8   range, marked pharmacokinetic variability, or a compliance

14:09  9   issue after clinical trial outcomes" -- sorry -- "clinical

14:09  10  outcomes trials have proven its efficacy and safety, and

14:09  11  postmarketing surveillance has consistently shown a positive

14:09  12  benefit/risk balance is scientifically inappropriate.  Altering

14:09  13  the current dose regimens in such a way could lead to loss of

14:09  14  efficacy with no certainty of improvement in safety."

14:09  15  **Q.**   Doctor, I have no further questions.  Thank you.

14:09  16  **A.**   Thank you.

14:09  17          **THE COURT:**  Is that it?

14:09  18          All right.  Let's call your next witness,

14:09  19  please.

14:09  20          **MR. DENTON:**  Thank you, Your Honor.

14:10  21          Your Honor, ladies and gentlemen of the jury,

14:10  22  we'd like to introduce Dr. Cindy Leissinger as our next

14:10  23  witness.

14:10  24          (WHEREUPON, **DR. CINDY LEISSINGER**, having been duly

14:10  25  sworn, testified as follows**:)**

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER – VOIR DIRE

| | | |
|---|---|---|
| 14:10 | 1 | **THE DEPUTY CLERK:**  Please state your full name and |
| 14:10 | 2 | correct spelling for the record. |
| 14:10 | 3 | **THE WITNESS:**  My name is Cindy Leissinger, C-I-N-D-Y, |
| 14:10 | 4 | L-E-I-S-S-I-N-G-E-R. |
| 14:10 | 5 | **MR. DENTON:**  May I proceed, Your Honor? |
| 14:10 | 6 | **THE COURT:**  Yes. |
| 14:10 | 7 | **MR. DENTON:**  Thank you. |
| 14:10 | 8 | **VOIR DIRE** |
| 14:10 | 9 | **BY MR. DENTON:** |
| 14:10 | 10 | **Q.**  For the record, Dr. Leissinger, would you introduce |
| 14:10 | 11 | yourself to the jury, please. |
| 14:10 | 12 | **A.**  As I said, my name is Cindy Leissinger.  I'm a physician. |
| 14:11 | 13 | I'm a hematologist, which is a doctor that takes care of |
| 14:11 | 14 | patients who have blood disorders.  I currently work at Tulane |
| 14:11 | 15 | University.  I've been there right about 30 years. |
| 14:11 | 16 | **Q.**  And, Dr. Leissinger, we have your CV that we'd like to go |
| 14:11 | 17 | over with you. |
| 14:11 | 18 | **MR. DENTON:**  And, Your Honor, do we have any |
| 14:11 | 19 | objection to using the CV? |
| 14:11 | 20 | **MS. WILKINSON:**  Not for demonstrative purposes.  No |
| 14:11 | 21 | objection, Your Honor. |
| 14:11 | 22 | **THE COURT:**  Okay. |
| 14:11 | 23 | **BY MR. DENTON:** |
| 14:11 | 24 | **Q.**  Dr. Leissinger, I know you have a long CV.  And we |
| 14:11 | 25 | certainly won't spend all of our time through there, but could |

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - VOIR DIRE

1   we briefly go through some of it.

2           Where did you go to college and where did you go to

3   medical school?

4   A.   I grew up in New Orleans.  I went to college at Newcomb

5   College, Tulane University, and went to medical school also at

6   Tulane.

7   Q.   So how long have you been in New Orleans?

8   A.   A long time.

9   Q.   Sorry?

10  A.   Pretty much since birth.

11  Q.   Okay.  And when did you graduate from medical school?

12  A.   1979.

13  Q.   Okay.  And after graduation from medical school, did you

14  have some residencies and trainings and fellowships?  Could you

15  share that, please.

16  A.   Sure.  Following medical school, I trained in internal

17  medicine.  I did part of that training here at Tulane

18  University and Charity Hospital in New Orleans.

19          Following that, I did a research fellowship, which is

20  additional training, in hematology at the National Institutes

21  of Health, which is in Bethesda, Maryland.

22          Following that additional training, I eventually came

23  back to New Orleans and did an additional fellowship training

24  program taking care of patients with hematology -- training in

25  hematology and medical oncology.  And I did that at Tulane as

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - VOIR DIRE

14:12  1   well.

14:12  2   **Q.**   And, Dr. Leissinger, are you board-certified?

14:12  3   **A.**   Yes, sir, I'm board-certified in internal medicine as well

14:12  4   as in hematology.

14:13  5   **Q.**   And briefly explain to the jury, as I don't think they've

14:13  6   heard yet, what does one have to do to become board-certified?

14:13  7   **A.**   Board certification is an indication of the training that

14:13  8   you've had in your specialty, the training programs that, you

14:13  9   know, are operated out of our -- like our medical schools here,

14:13  10  LSU and Tulane, are certified training programs.  They have to

14:13  11  meet certain criteria, certain -- certain levels of training

14:13  12  that you have to have.  And for hematology/oncology it's a

14:13  13  three-year training program.

14:13  14          At the end of that time, if you have completed all of

14:13  15  the necessary components of that training, then you are allowed

14:13  16  to, what they say, sit for board examination so that you can

14:13  17  become board-certified in that specialty.

14:13  18  **Q.**   And you have two specialties?

14:13  19  **A.**   I trained in both hematology/oncology.  And I

14:13  20  board-certified in both specialties.  Because my practice is

14:13  21  almost exclusively hematology, I no longer maintain my oncology

14:14  22  boards, but I do maintain my hematology boards.

14:14  23  **Q.**   Thank you.  And do you have any professional academic

14:14  24  appointments over your career?

14:14  25  **A.**   Since 1990, since finishing my training, I've been on the

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - VOIR DIRE

| | | |
|---|---|---|
| 14:14 | 1 | faculty of the Tulane Medical School. |
| 14:14 | 2 | **Q.**   And so how many years total?  I think -- when did that |
| 14:14 | 3 | first start? |
| 14:14 | 4 | **A.**   1990, I started as an assistant professor.  And currently |
| 14:14 | 5 | I'm a full professor of medicine at Tulane. |
| 14:14 | 6 | **Q.**   So that's -- my math is right, about -- |
| 14:14 | 7 | **A.**   28 years. |
| 14:14 | 8 | **Q.**   28 years. |
| 14:14 | 9 | **A.**   Yeah. |
| 14:14 | 10 | **Q.**   Okay.  Do you enjoy that work? |
| 14:14 | 11 | **A.**   I very much enjoy my work. |
| 14:14 | 12 | **Q.**   And do you enjoy teaching medical students and residency |
| 14:14 | 13 | fellows? |
| 14:14 | 14 | **A.**   I do, very much. |
| 14:14 | 15 | **Q.**   I noticed on your résumé down here -- and I'll maybe point |
| 14:14 | 16 | to that.  It says you are presently the chief section of |
| 14:14 | 17 | hematology and oncology at Tulane University School of |
| 14:14 | 18 | Medicine. |
| 14:14 | 19 |         Could you -- that's your current position there? |
| 14:15 | 20 | **A.**   That is. |
| 14:15 | 21 | **Q.**   Could you tell us a little bit about that, please. |
| 14:15 | 22 | **A.**   The section of hematology-oncology is a -- it's a division |
| 14:15 | 23 | within the whole department of internal medicine, and in the |
| 14:15 | 24 | hematology division that -- where I'm the chief, we have |
| 14:15 | 25 | approximately 15 faculty members other than myself and a |

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - VOIR DIRE

14:15  1   variety of other nurses, researchers, research assistants,

14:15  2   et cetera, within that section.  But we're all focused on

14:15  3   either hematology or oncology.

14:15  4   **Q.**   And you've held that chief position for about eight years?

14:15  5   **A.**   That's correct.

14:15  6   **Q.**   You also have -- it looks like you've taught some

14:15  7   postdoctorate trainees.  Tell us briefly what that's about.

14:15  8   **A.**   So these would be trainees who have completed their

14:15  9   doctorate degree, either a Ph.D. or an MD, and these are folks

14:15  10  who are interested it doing additional training in research.

14:15  11          So, primarily, these are young people who are

14:16  12  interested in furthering their education and becoming,

14:16  13  basically, researchers or people who want to go into,

14:16  14  ultimately, academic medicine, you know, someone who wants to

14:16  15  become a faculty member at a medical university.

14:16  16  **Q.**   And we'll move forward a little bit.  You also are members

14:16  17  of certain medical societies; is that true?

14:16  18  **A.**   Yes, I am.

14:16  19  **Q.**   Could you share with us some of those, please.

14:16  20  **A.**   The American Society of Hematology is our big society for

14:16  21  hematologists.  More specifically, because of my interest in

14:16  22  coagulation and bleeding and clotting problems, I'm also a

14:16  23  member of the International Society on Thrombosis and

14:16  24  Haemostasis, as well as the Hemostasis and Thrombosis Research

14:16  25  Society here in the U.S.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - VOIR DIRE

14:16  1   **Q.**   Dr. Leissinger, I've got your CV.  It's quite lengthy, and
14:16  2   we're not, obviously, going to go through all of it.  But could
14:17  3   you tell us what a peer-reviewed publication is?
14:17  4   **A.**   When we do research or studies and, of course, at the end
14:17  5   of that, we want to disseminate that information by publishing
14:17  6   it in medical journals, those articles that we submit, in order
14:17  7   to be published, they have to go through what's called peer
14:17  8   review, where a group of experts in that field would review
14:17  9   your work, your article, before they would allow it to be
14:17  10  published.  So that's peer review.
14:17  11  **Q.**   And I had an opportunity to count up on your résumé.  You
14:17  12  have currently 105 peer-reviewed published journal articles.
14:17  13          Is that accurate?
14:17  14  **A.**   Yes, sir.
14:17  15  **Q.**   And also I note that, on your résumé, PDF page 6, that you
14:17  16  actually serve as a scientific journal reviewer for a number of
14:17  17  journals; correct?
14:17  18  **A.**   Yes, sir.
14:17  19  **Q.**   And what does a reviewer do?
14:18  20  **A.**   Provide that sort of peer review that we were just talking
14:18  21  about.  So reading and analyzing and thinking about work that's
14:18  22  submitted to be published and whether it meets the standard of
14:18  23  that particular journal.
14:18  24  **Q.**   Whether it's good science, whether it's accurately done,
14:18  25  that type of thing?

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - VOIR DIRE

14:18  1   **A.**   Absolutely.

14:18  2   **Q.**   So when you look at medical literature, you look at it

14:18  3   with a critical eye towards the data?

14:18  4   **A.**   I certainly try to.

14:18  5   **Q.**   All right.  In your clinical practice, Dr. Leissinger, at

14:18  6   Tulane, can you briefly tell us the types of patients you

14:18  7   treat?

14:18  8   **A.**   So in my practice at the medical school, my practice is

14:18  9   primarily limited, limited to patients who have disorders of

14:18  10  either the bleeding system or the clotting system.

14:18  11       So typically I would see patients who have like --

14:19  12  bleeding disorders would be things like hemophilia, patients

14:19  13  who are sometimes called free bleeders.  On the flip side, I

14:19  14  also see patients who have clotting disorders, who have blood

14:19  15  clots, and who have predisposing problems that lead to them

14:19  16  having too many blood clots or too much blood clotting.

14:19  17  **Q.**   And how many years have you been doing that?

14:19  18  **A.**   28 years, give or -- actually a little longer.  About 30

14:19  19  years.

14:19  20  **Q.**   Okay.  Thank you, Doctor.

14:19  21       **MR. DENTON:**  We would tender, Your Honor,

14:19  22  Dr. Leissinger as an expert in hematology, coagulation systems,

14:19  23  and anticoagulant therapy.

14:19  24       **THE COURT:**  Any objection?

14:19  25       **MS. WILKINSON:**  No objection, Your Honor.

DR. CINDY LEISSINGER - DIRECT

14:19  1           **THE COURT:**  The Court will accept the doctor as an
14:19  2   expert in the designated field.
14:19  3                     **DIRECT EXAMINATION**
14:19  4   BY MR. DENTON:
14:19  5   **Q.**   So, Dr. Leissinger, I, along with my colleagues, asked you
14:19  6   so many number of months ago to review some information about
14:19  7   Xarelto; is that right?
14:19  8   **A.**   That's correct.
14:19  9   **Q.**   And we asked you if you were willing to serve as a
14:19  10  consultant; correct?
14:20  11  **A.**   That's correct.
14:20  12  **Q.**   And to consider, if you felt comfortable with the review
14:20  13  of the materials, to offer an expert report; correct?
14:20  14  **A.**   That is correct.
14:20  15  **Q.**   And then to provide a deposition or two -- and actually it
14:20  16  was two -- to the defendants; correct?
14:20  17  **A.**   Yes.
14:20  18  **Q.**   And then to testify here today?
14:20  19  **A.**   Yes.
14:20  20  **Q.**   And this is the first time you've ever been in the
14:20  21  courtroom -- well, to testify.
14:20  22  **A.**   It's the first time that I have ever served in the
14:20  23  capacity as an expert witness.
14:20  24  **Q.**   Right.  So this is a new experience for you?
14:20  25  **A.**   It is.

DR. CINDY LEISSINGER - DIRECT

14:20 1  **Q.**   All right.  So let's talk briefly about what it is you
14:20 2  did.  We provided you with some materials; correct?
14:20 3  **A.**   Yes, sir.
14:20 4  **Q.**   And some of those materials included internal company
14:20 5  documents from Janssen and from Bayer; correct?
14:20 6  **A.**   That's correct.
14:20 7  **Q.**   We also provided you with some FDA documents; correct?
14:20 8  **A.**   That's correct.
14:20 9  **Q.**   And you also did your own literature search to see if
14:20 10 there were relevant articles in your field that you thought
14:21 11 were important to consider?
14:21 12 **A.**   Yes, I did.
14:21 13 **Q.**   And do you believe you did a thorough review of the
14:21 14 materials and are prepared to offer your opinions here today?
14:21 15 **A.**   Yes, I am.
14:21 16 **Q.**   And could you give us an approximation, from the time you
14:21 17 started reviewing the materials until we brought you in here
14:21 18 today, a rough number of the total hours you have spent either
14:21 19 reviewing materials, preparing your report, and coming in here
14:21 20 to be prepared to answer questions?
14:21 21 **A.**   About 110 to 120 hours.
14:21 22 **Q.**   All right.  Let's talk about what I call hematology 101.
14:21 23 You taught me, because I didn't know, but can you help us
14:21 24 explain what the field of hematology is?  Maybe the jurors
14:21 25 know; maybe they don't know all of it.  Like you're talking to

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

14:22  1  your patients, like you're talking to folks on the street, tell

14:22  2  us, what is hematology?

14:22  3  A.   So hematology is the study of blood and the diseases of

14:22  4  blood.  So it's pretty much that simple.

14:22  5       The kinds of diseases that a hematologist would

14:22  6  ordinarily see, I may have mentioned, but would include not

14:22  7  just things like bleeding and clotting problems, which is what

14:22  8  I particularly take care of, but other things like anemia; low

14:22  9  platelets; low white cells, which can predispose to infection;

14:22  10  bone marrow problems, like leukemias.  Those would typically be

14:22  11  taken care of by a hematologist.  Anemias -- there are many

14:22  12  types of anemic disorders, sickle cell anemia is one that I

14:22  13  also deal with, in addition to the other things that I treat.

14:22  14  Q.   And tell us, Dr. Leissinger, a little bit about the

14:22  15  coagulation system, the system we all have within our body.  We

14:23  16  all know we have blood in our body.  We all know if we cut

14:23  17  ourselves, it bleeds.  Most of us heal with a little clot and a

14:23  18  scab.

14:23  19       Tell us how that works from a medical scientific

14:23  20  point of view.

14:23  21  A.   Would I be able to demonstrate?

14:23  22  Q.   Sure.  Sure.

14:23  23       MR. DENTON:  Is that okay, Your Honor?

14:23  24       THE COURT:  Yes.

14:23  25       MR. DENTON:  Thank you.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

**BY MR. DENTON:**

**Q.**   I think Dean here is going to want you to use the microphone so folks in the courtroom can hear it, and our court reporter right here, Dr. Leissinger, she's a very important person who's working harder than any of us.  So make sure you keep your voice up because she has to hear everything.

**A.**   Okay.

**Q.**   So tell us about hematology and coagulation, please.

**A.**   So when I was asked to maybe describe a little bit about how blood clots, because today -- I guess, you know, through the trial, you'll be hearing a lot about blood clots and what makes a blood clot.

It's just sort of important to remember that clotting is actually -- there are good clots.  I mean, if we didn't clot when we cut ourselves, we would bleed and we wouldn't stop.  And it's really important.  And we have a very complex system of things in our blood that help our blood to clot when it needs to and then to stop clotting when you won't want it to keep clotting, because if it kept on going --

And so one of the things that I kind of do as a little illustration -- and if you just bear with me; I'm not an artist, for sure.  But I'm going to draw three little blood vessels here as an example.

So if you think of this one at the top as being a blood vessel.  And then within the blood vessel, that's where

DR. CINDY LEISSINGER - DIRECT

14:25  1    our blood flows.  So, you know, we have blood kind of flowing
14:25  2    through here, which will just be kind of a red line.  And then
14:25  3    within the blood, we also have things we call factors, clotting
14:25  4    factors, which are like molecules or proteins.  And I'm going
14:25  5    to just illustrate that with, like, little round dots here.
14:25  6        But free flowing in our blood at all times, we have
14:25  7    these little tiny clotting factors.  And when our blood is
14:25  8    flowing smoothly and where we don't have any cuts or breaks in
14:25  9    the blood vessels, those little clotting factors are just
14:25  10   moving on along.
14:25  11       What we also have -- and I'm just going to illustrate
14:25  12   that with maybe a different color.  We have some other little
14:25  13   factors in the blood that we call anticlotting factors.  So
14:25  14   these are the things -- I'm going to show you how this works.
14:26  15       But at steady state, like all of us -- none of us are
14:26  16   bleeding -- we basically have all of this just flowing through
14:26  17   our blood in an even state, no clots are happening.
14:26  18       But let's say we cut ourselves.  And I'm sorry.  This
14:26  19   is my representation here.  Let's say this is a cut in the
14:26  20   blood vessel.
14:26  21       So what happens when we cut ourselves is, of course,
14:26  22   you know, you have blood flowing, but all of a sudden the blood
14:26  23   starts to drip out.  And so you have bleeding coming from that
14:26  24   cut in the blood vessel.
14:26  25       And what happens when that -- when the disruption

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

14:26  1  occurs there in the blood vessel itself, these little blue
14:26  2  clotting proteins that we talked about, the little clotting
14:26  3  factor, they all start to coalesce and to come together.  And
14:26  4  this is just what happens at the very end.
14:26  5        In the very beginning you kind of see them heading
14:26  6  towards that way.  But in the end, to stop the bleeding, they
14:26  7  all form a blood clot.  So we all know what that is.  But,
14:27  8  basically they form that little blood clot.
14:27  9        But in the meantime, again, as we talked about, in
14:27 10  order to keep this blood clot from just growing and growing,
14:27 11  these little anticlotting factors have to come along here, and
14:27 12  now they shut it down.  So now you're back to having a normal
14:27 13  blood vessel with the blood flowing through.
14:27 14        So does that -- that makes sense.
14:27 15        But this is whether you have the clotting factors.
14:27 16  They do their job.  Then the controllers or the regulators with
14:27 17  the little Xs come along, shut it down, you got a nice clot,
14:27 18  you stop bleeding and you stop clotting, and you go about your
14:27 19  business.
14:27 20        So that's basically, you know, the kind of blood
14:27 21  clotting sort of 101.
14:27 22        The next thing.  I'm sorry --
14:27 23  Q.   Go ahead.  Tell us about that coagulation balance.
14:27 24  A.   Yeah.  So I thought it was important, you know, once we
14:27 25  understand that, we can then understand that in us, in a normal

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

14:27  1    system, in a normal blood system, we have to maintain a balance
14:28  2    then.  Right?  So this is like a seesaw.
14:28  3          So in that seesaw, in that balance, we should have --
14:28  4    if we're normal, we're not bleeding and we're not clotting, we
14:28  5    should have clotting factors and we should have anticlotting
14:28  6    factors.  And basically they're going to be balanced.  So if
14:28  7    we're normal and healthy, we have this.  And this is what keeps
14:28  8    our system functioning normally, like we just described.
14:28  9          Now, there are conditions that we're going to talk
14:28  10   about for just a minute that will predispose people -- you
14:28  11   know, we mentioned earlier there are bleeding disorders and
14:28  12   clotting disorders.  So there are conditions that will
14:28  13   predispose you to having a clot.
14:28  14         And one of those conditions is if you have way too
14:28  15   many clotting factors compared to the anticlotting factors.  So
14:29  16   maybe you just have a little bit of those but a lot of clotting
14:29  17   factors.  Well, what's going to happen, you're going to be more
14:29  18   likely to develop a blood clot in this instance.
14:29  19         And then the converse is true too.  Let's say the
14:29  20   seesaw gets out of whack.  If you have not enough clotting
14:29  21   factors over here, you know, just a couple over here and it's
14:29  22   not -- and you have more of the anticlotting factors, so you're
14:29  23   lacking clotting factors.  And this would be somebody who has
14:29  24   hemophilia, a free bleeder.  They don't have enough of these.
14:29  25   So they're going to tend to bleed.

14:29  1      So these people bleed, and these people clot because
14:29  2  they have too many.
14:29  3      But these are disorders.  These are clotting and
14:29  4  bleeding disorders.  Just to give you that balance for the
14:29  5  clotting factors and the anticlotting factors.
14:29  6  **Q.**   And then, Dr. Leissinger, are there certain other medical
14:29  7  conditions that can cause blood to clot --
14:29  8  **A.**   Right.  So --
14:30  9  **Q.**   -- in addition to the clotting factors?
14:30  10 **A.**   Yeah.  This would just -- this would really just pertain
14:30  11 to who have -- often these are inherited disorders where you're
14:30  12 lacking clotting -- you're lacking one of the clotting factors,
14:30  13 like a hemophilia patient, and you're going to bleed or you're
14:30  14 lacking an inhibitor or an anticlotting factor.  We have people
14:30  15 who are born like that, and they have a tendency to clot.
14:30  16      But, in general, there are two major reasons why
14:30  17 people will form a blood clot.  And I'll just go ahead and put
14:30  18 them up here.
14:30  19      The first is if you get sluggish flow in the blood
14:30  20 vessel.  So -- and the way that I explain that to our students,
14:30  21 or, you know, whoever's trying to understand this, if you think
14:30  22 about a pipe with water or liquid flowing through it, you know,
14:30  23 like -- and that's what a blood vessel is, basically.  If the
14:30  24 flow shows down an awful lot -- you know, let's say you just
14:30  25 got really slow flow going through that pipe and you got a lot

DR. CINDY LEISSINGER - DIRECT

14:31  1   of particulate matter in the water, you know, like a lot of
14:31  2   rust or who knows what, and if it goes slow enough, all of
14:31  3   those particulates start to glump together and clog, and
14:31  4   they'll basically kind of clog the pipe.
14:31  5          So the same thing happens with blood.  If you have
       6   flow, it just shows down.  It's not just smooth and rapid flow
       7   through the blood vessels.  The same thing will happen, that
       8   those clotting factors -- not that they're abnormal; it's just
       9   that they're going so slow, they can't really move through.  So
      10   that will basically start to form a clot, and that clot will
      11   expand.
14:31 12          And then the other reason why people clot, a separate
14:31 13   reason from that, is what we just talked about, which is when
14:31 14   you have an imbalance in the clotting system.  So we'll just
14:31 15   say imbalance in clotting factors.  And we already mentioned,
14:31 16   you know, that will be like hemophilia or somebody born with a
14:32 17   condition where they clot too easily.
14:32 18          But these are basically the two reasons why people
14:32 19   form blood clots.  So I'll end there.
14:32 20   Q.   Okay.  Thanks, Doctor.  I appreciate that.  Thank you very
14:32 21   much.
14:32 22          So, Dr. Leissinger, you mentioned sluggish flow as
14:32 23   one of the things that can lead to a blood clot.
14:32 24          Is AFib, atrial fibrillation, one of those types of
14:32 25   medical conditions?

DR. CINDY LEISSINGER - DIRECT

14:32  1    **A.**    Yes, sir.

14:32  2    **Q.**    And could you briefly explain how that works.

14:32  3    **A.**    So in atrial fibrillation -- as you know, the heart is the

14:32  4    pump.  So that's what, you know, keeps the blood flowing, as we

14:33  5    said, you know, rapidly and smoothly.

14:33  6          In the condition of atrial fibrillation, the rhythm

14:33  7    of the heart is disturbed so that the heart is not having that

14:33  8    nice, good pumping motion that, you know, we're used to, that a

14:33  9    normal heart has.  And instead -- instead of getting those

14:33  10   impulses, the heart impulses that are very regular, you have a

14:33  11   very irregular kind of -- and sometimes it can be even a

14:33  12   minimal sort of pumping action.

14:33  13         So what happens is basically that the flow,

14:33  14   particularly through the chambers of the heart, really slows

14:33  15   down.  So the blood just kind of slows down and moves very

14:33  16   sluggishly through the heart and the heart chambers.

14:33  17         And when that happens -- as we said, because sluggish

14:33  18   flow is one of the things that can cause blood clots.  So

14:33  19   that's why patients with atrial fibrillation have this high

14:33  20   risk of having blood clots form in the heart.  And then, of

14:33  21   course, the more concerning thing is, even more than a clot in

14:33  22   the heart, would be that those clots can then break off and go

14:33  23   to the brain as they leave the heart.

14:34  24   **Q.**    Okay.  And so, as part of the therapy for that condition,

14:34  25   do physicians frequently prescribe anticoagulants?

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

14:34  1   A.    Yes.  Yes, we do.

14:34  2   Q.    And so can you tell us, in your experience, the various

14:34  3   anticoagulants?  Have you been using warfarin, for example?

14:34  4   A.    Sure.  We have a very long experience of using an oral

14:34  5   drug called warfarin that goes -- the more common name in this

14:34  6   country is Coumadin.  That's a drug that's been around since

14:34  7   the 1950s.  And for many, many years, in fact, it was the only

14:34  8   drug that we could take by mouth that would be a blood

14:34  9   thinner -- we call it a blood thinner or anticoagulant -- was

14:34  10  warfarin.

14:34  11        More recently, of course, in the last six years or

14:34  12  so, we've had the development and the release and approval in

14:34  13  this country of the newer oral anticoagulants, and so those are

14:35  14  being more commonly used now.

14:35  15  Q.    And Xarelto is one of those newer agents?

14:35  16  A.    Yes.

14:35  17  Q.    So I'm interested in the sluggish flow and the imbalance

14:35  18  of clotting factors.  So what does the anticoagulant do?

14:35  19        Well, let me back up.

14:35  20        You can have a sluggish flow if you have AFib but

14:35  21  have nothing imbalanced in your clotting cascade or factors;

14:35  22  true?

14:35  23  A.    That is true.  And, in fact, most people who develop AFib

14:35  24  are like you and me and have a normal -- they have a normal

14:35  25  clotting system.  They have a normal balance of those clotting

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

14:35  1    factors in their blood.

14:35  2    **Q.**   And so what does an anticoagulant, regardless of the

14:35  3    specific one, do to the imbalance or the balance of the

14:35  4    clotting factors, those seesaws that you showed us?

14:35  5    **A.**   Yeah.  I mean, that's the way that anticoagulant -- the

14:35  6    way that anticoagulants work is they basically dysregulate that

14:35  7    balance.  So whereas, you know, we generally want an even

14:36  8    balance, but in a condition where you have atrial fibrillation

14:36  9    and you're prone or at risk for this blood clots due to the

14:36  10   sluggish flow, to compensate for that, we kind of create one

14:36  11   problem to deal with the other problem.

14:36  12          So what we do is we give anticoagulation that

14:36  13   basically dysregulates that seesaw.  And what it does is it

14:36  14   neutralizes the clotting factors notice blood so that now that

14:36  15   seesaw goes, you know, to the place where you're going to be

14:36  16   more likely to bleed.

14:36  17          So that's why patients on anticoagulants have an

14:36  18   increased risk or a tendency for bleeding because that's what

14:36  19   we're doing when we give anticoagulants.

14:36  20   **Q.**   So is it true, Doctor, with all anticoagulants, that the

14:36  21   so-called therapeutic effect, trying to reduce the clotting,

14:36  22   also is the same therapeutic effect that increases the risk of

14:36  23   bleeding?

14:37  24   **A.**   Right.  Those really cannot be uncoupled.

14:37  25   **Q.**   Right.  And then, as a hematologist and a physician that

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

14:37  1   practices in this specialty, is it important to you to

14:37  2   understand what the effect of any anticoagulant may be on your

14:37  3   patient?

14:37  4   **A.**   It is critically important to understand that.

14:37  5   **Q.**   And explain why, please.

14:37  6   **A.**   Because, as we talked about, when we do dysregulate or

14:37  7   put -- we put out of balance that system, the checks and

14:37  8   balances of the system, the complication or the side effect --

14:37  9   yes, indeed, it does help to prevent clots; but on the other

14:37  10  end, if we don't regulate it carefully, the patient will be at

14:37  11  increased risk for bleeding.

14:37  12       And so the consequences, I would say, are very great

14:37  13  with anticoagulation.  Not that -- you know, all medicines we

14:37  14  have to be very careful with because of that -- you know, we

14:37  15  want to keep them not too much, not too little.  But I would

14:38  16  say that this is a medication -- the anticoagulation is a

14:38  17  medication where the consequences are so severe if we get it

14:38  18  wrong, if we don't have, you know, the proper dose.

14:38  19  **Q.**   All right.  I don't know if you heard this.  We had

14:38  20  Dr. Berkowitz by videotape.  He's a hematologist.  You were out

14:38  21  in the hallway.  But he mentioned in his testimony that Xarelto

14:38  22  is a potent drug.

14:38  23       Would you comment on that, please?

14:38  24  **A.**   I would agree that it's a potent drug, as I think

14:38  25  anticoagulants are.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

14:38  1  **Q.**   All of them?

14:38  2  **A.**   Yes.

14:38  3  **Q.**   Because if we get too far out of balance, one way or the

14:38  4  other, the patient has a risk of serious bleeding or perhaps

14:38  5  serious thrombosis or blood clot?

14:38  6  **A.**   Bad things happen.

14:38  7  **Q.**   Right.  So let's talk specifically about Xarelto.  You --

14:39  8  and particularly as it relates to treating patients with AFib.

14:39  9         You have reviewed, have you not, the published data

14:39  10  that the company published about the ROCKET study?

14:39  11  **A.**   I have.

14:39  12  **Q.**   I'll let you get some water.

14:39  13         And that was published in a peer-reviewed literature.

14:39  14  I think it was actually *The New England Journal of Medicine.*

14:39  15  Is that right?

14:39  16  **A.**   That is correct.

14:39  17  **Q.**   And you've reviewed that along with the appendices; right?

14:39  18  **A.**   Yes, sir.

14:39  19         **MR. DENTON:**  Could we put that up as a demonstrative,

14:39  20  please.

14:39  21         **MS. WILKINSON:**  No objection.

14:39  22  **BY MR. DENTON:**

14:39  23  **Q.**   So let's go through this a little bit.  This is a

14:39  24  peer-reviewed publication in the medical field journals; right?

14:39  25  **A.**   Yes.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

14:39  1   Q.   And they're reporting the results of the ROCKET trial to
14:39  2   the medical community in this publication; right?
14:39  3   A.   Yes.
14:39  4   Q.   That's commonplace when there's clinical research done,
14:39  5   particularly with a new drug?
14:40  6   A.   Right.
14:40  7   Q.   And so this is -- the ROCKET study was a comparison of
14:40  8   rivaroxaban, which is Xarelto, versus warfarin in patients with
14:40  9   nonvalvular atrial fibrillation; right?
14:40  10  A.   Correct.
14:40  11  Q.   I have trouble with the "fibrillation," so I say AFib.
14:40  12  A.   Yes.
14:40  13  Q.   And so you've read this a number of times; true?
14:40  14  A.   Yes, sir.
14:40  15  Q.   And I want to just -- and I think the jury's heard some
14:40  16  about it; it may hear more.  But I want to briefly talk about
14:40  17  it.
14:40  18         It's a comparison between Xarelto and warfarin;
14:40  19  right?
14:40  20  A.   Correct.
14:40  21  Q.   And, as I understand it -- and correct me if I'm wrong;
14:40  22  I'm sure it's much more detailed than this.  But basically a
14:40  23  large group of patients around the world.  About half were put
14:40  24  on warfarin; about half were put on Xarelto.  Right?
14:40  25  A.   That's correct.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

14:40  1  **Q.**   And they all had AFib, nonvalvular AFib; right?

14:40  2  **A.**   Right.

14:41  3  **Q.**   And then they followed them; right?

14:41  4  **A.**   Right.

14:41  5  **Q.**   And then they reported adverse events on warfarin or

14:41  6  adverse events on the Xarelto arm; right?

14:41  7  **A.**   Right.

14:41  8  **Q.**   And they also looked at the safety end point, which did

14:41  9  either one of those agents, those drugs, reduce the risk of

14:41  10  stroke in those patients?  Right?

14:41  11  **A.**   Right.

14:41  12  **Q.**   So basically a comparator of two drugs.  Fair enough?

14:41  13  **A.**   Fair enough.

14:41  14  **Q.**   Probably more simplistic than it was, but that's the basic

14:41  15  concept of what was going on.  Fair enough?

14:41  16  **A.**   Yes.

14:41  17  **Q.**   Now, one of the things I want to look at in this is

14:41  18  Table 3.  Can we put that up?  Let's blow that up.

14:41  19       And Table 3, Doctor, it's labeled "Rates of bleeding

14:41  20  events."

14:41  21       Do you see that?

14:41  22  **A.**   Yes.

14:42  23  **Q.**   And it looks like we have the rivaroxaban group of about

14:42  24  7,111 patients; right?

14:42  25  **A.**   Yes.

DR. CINDY LEISSINGER - DIRECT

14:42 1    **Q.**    And the warfarin group about 7,125; right?

14:42 2    **A.**    Correct.

14:42 3    **Q.**    And then they talk about various safety end points; true?

14:42 4    **A.**    Yes.

14:42 5    **Q.**    And there's major bleeding.  And then they break it down

14:42 6    into different categories; correct?

14:42 7    **A.**    Correct.

14:42 8    **Q.**    And so one of the things I want to try to do is explain

14:42 9    what it means, this event rate, number per 100 patient-years.

14:42 10            Do you see that table?

14:42 11   **A.**    Yes, I do.

14:42 12   **Q.**    And could you explain to the jury the concept of event

14:42 13   rate, the number of events in 100 patient-year?  Can you

14:42 14   explain what that means to us?

14:42 15   **A.**    I think the -- perhaps a simple way to say it is it's

14:43 16   similar to taking a percent, but it's a little different.  What

14:43 17   it's looking at is, for every 100 years that patients would be

14:43 18   on this drug -- a large number of patients would be on this

14:43 19   drug -- that number represents the number of those patients

14:43 20   that would experience a major bleeding event.

14:43 21   **Q.**    And said another way, if you had 100 patients that all

14:43 22   took the drug for 100 years --

14:43 23   **A.**    Excuse me.  I thought it was off.

14:43 24   **Q.**    Oh, your phone.  I'm sorry.

14:43 25   **A.**    I'm sorry.

DR. CINDY LEISSINGER - DIRECT

14:43  1  **Q.**   That's fine.

14:43  2          Let me repeat that last question.  Another way to say

14:43  3  the event rate is if you had 100 people taking Xarelto for one

14:43  4  year?

14:43  5  **A.**   That would be another way to say it.

14:43  6  **Q.**   Right.  Now, these are actually patients in ROCKET that

14:43  7  had bleeding events; correct?

14:43  8  **A.**   Correct.

14:43  9  **Q.**   And so the event rate is 3.6 for any major bleeding; true?

14:44 10  **A.**   Correct.

14:44 11  **Q.**   And so 395 patients in the Xarelto arm of ROCKET had a

14:44 12  major bleeding event?

14:44 13  **A.**   Correct.

14:44 14  **Q.**   Now, there's also a fatal bleeding event.  Do you see

14:44 15  that?  I think it's .02 for the Xarelto arm.

14:44 16  **A.**   Correct.  Uh-huh.

14:44 17  **Q.**   And it's reported that 27 patients actually died, had a

14:44 18  fatal bleeding event, while taking Xarelto in this trial.

14:44 19  **A.**   That's correct.

14:44 20  **Q.**   Okay.  So I'm trying to put this in perspective as far as

14:44 21  what this means to a population.  This was a group of 7,000

14:44 22  patients, give or take a few hundred more.  But let's talk

14:44 23  about the population as a whole in the United States.  There's

14:44 24  million of folks that can take Xarelto; true?

14:45 25  **A.**   That's true.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

1  **Q.**   So, for example, are you a football fan?

2  **A.**   I am.

3  **Q.**   A Saints fan?

4  **A.**   Yes, sir.

5  **Q.**   So I looked up and I checked the Superdome out.  And

6  according to Wikipedia, if that's accurate, there's about

7  76,000 folks that can sit at a Saints game.  Okay?  Am I right

8  about that?

9       So -- but what I want to do is kind of put that in

10  perspective.  If we had 76,000 folks sitting in the Superdome,

11  however many people that is, and they all took a Xarelto tablet

12  for a year, every day for a year, how many of those folks

13  would, based on these statistics, have a major bleeding event?

14  **A.**   It would be in excess of 2,000.

15  **Q.**   Okay.  And how would we do the math?  Would we take

16  3.6 percent of 76,000?

17  **A.**   Yes, we would.

18  **Q.**   And if we did .2 percent of that 76,000 folks, that would

19  be how many hundred folks would die?

20  **A.**   It would be about 150.

21  **Q.**   All right.  So these are serious drugs; they can cause a

22  serious outcome?

23  **A.**   Yes.

24  **Q.**   And this is the frequency at which this occurs; is that

25  right?

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

14:46  1    A.    Correct.

14:46  2    Q.    According to the study data published by --

14:46  3    A.    Correct.

14:46  4    Q.    -- the drug companies in their ROCKET data; correct?

14:46  5    A.    Correct.

14:46  6    Q.    And what is a major bleed?  And tell us practically, you

14:46  7    know, what it means to the patient.  You know, what kind of

14:46  8    treatment are they going to need and how does that affect their

14:46  9    life?

14:46  10   A.    Yeah, the way that major bleeding was defined in the study

14:46  11   is a significant bleeding event.  And it's one that would

14:46  12   require -- so all of this is overt bleeding, so someone who's

14:46  13   obviously bleeding.  And, as you can see, they have sort of

14:46  14   definitions of it.

14:46  15         But it means that they become anemic, so that's the

14:47  16   decrease in hemoglobin of less -- of more than 2 grams.  That

14:47  17   just means that you have an anemia.  You require blood

14:47  18   transfusions, at least 2 units of blood.  Or you're critically

14:47  19   bleeding into a major organ system, like bleeding into your

14:47  20   brain or bleeding into your kidneys or one of the other major

14:47  21   organs.

14:47  22         And then, of course, there's also the fatal bleeding.

14:47  23   That's included with major bleeding.

14:47  24         So that's -- I would say considerably major bleeding

14:47  25   that was looked at under the major bleeding category.

DR. CINDY LEISSINGER - DIRECT

14:47  1    **Q.**   And, Doctor, from a hematology point of view, and as a
14:47  2    physician and dealing with patients, can you explain to us the
14:47  3    types of concerns or side effects one can experience by having
14:47  4    blood transfusions?
14:47  5    **A.**   So blood transfusions are not without risk themselves.
14:48  6    So, you know, there are risks of allergic reactions or
14:48  7    transfusion reactions.  So we're very careful when we give
14:48  8    blood.  We give blood only in the most significant or severe
14:48  9    circumstances where a patient needs blood.
14:48  10   **Q.**   Let's talk about your practice a bit.  You do prescribe
14:48  11   anticoagulants to your patients; is that true?
14:48  12   **A.**   Yes, I do.
14:48  13   **Q.**   And what anticoagulant do you typically use or more
14:48  14   frequently use?
14:48  15   **A.**   Well, there are a variety of anticoagulants, not just the
14:48  16   ones you take by mouth.  There are also some that you inject.
14:48  17   So I use all types of the anticoagulants, both the kinds that
14:48  18   you inject and the kinds you take by mouth.
14:48  19           For the kinds that you take by mouth, most of my
14:48  20   patients are on warfarin, or Coumadin.  Some patients come to
14:48  21   me on one of the newer agents.  If they're doing well on them,
14:49  22   I may leave them on that unless they're having problems.
14:49  23   **Q.**   And why do you prefer warfarin, Dr. Leissinger?
14:49  24   **A.**   I prefer warfarin for a couple of reasons.  One is that I
14:49  25   am able to monitor it.  I'm able to do a blood test and see

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

| | | |
|---|---|---|
| 14:49 | 1 | exactly how anticoagulated my patients are, so, in other words, |
| 14:49 | 2 | how thin or not thin their blood is.  And I can make the |
| 14:49 | 3 | adjustments.  We know how to do that with warfarin.  I mean, |
| 14:49 | 4 | that's very well described.  We've known how to do that for |
| 14:49 | 5 | decades with warfarin. |
| 14:49 | 6 | The other thing that's important also is that |
| 14:49 | 7 | warfarin has a reversal agent, meaning that if a patient comes |
| 14:49 | 8 | in bleeding or having a major hemorrhage, we can immediately |
| 14:49 | 9 | reverse warfarin if we need to.  That's not possible with the |
| 14:49 | 10 | newer oral anticoagulants. |
| 14:49 | 11 | Q.   All right.  So there's no reversal agent that you're aware |
| 14:49 | 12 | of -- |
| 14:49 | 13 | A.   That's correct. |
| 14:49 | 14 | Q.   -- for Xarelto? |
| 14:49 | 15 | A.   There is no reversal agent. |
| 14:49 | 16 | Q.   And there's been some discussion about the monitoring or |
| 14:50 | 17 | testing of patients on warfarin.  Do you have home |
| 14:50 | 18 | point-of-care devices that are used by your patients? |
| 14:50 | 19 | A.   In my practice, we do. |
| 14:50 | 20 | Q.   Explain that, please. |
| 14:50 | 21 | A.   Yeah.  So, of course, monitoring if -- I know many people |
| 14:50 | 22 | are on Coumadin or warfarin and have to go in regularly to a |
| 14:50 | 23 | lab to get their blood drawn to be tested so that we can |
| 14:50 | 24 | monitor and adjust their doses to keep them safe and to keep |
| 14:50 | 25 | them adequately anticoagulated. |

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

14:50  1           In recent years, we've had the ability to have -- let
14:50  2   patients have what's called a home monitor, kind of similar to
14:50  3   what you'd see in a glucometer for people who have diabetes.
14:50  4   You know how they have their little instrument they keep at
14:50  5   home, they do a finger stick.  It's really very much the same
14:50  6   principle.  It's a small monitor.  Patients do a finger stick.
14:50  7   They can do it at home.  They can get their INR measurement,
14:51  8   which is what we look at for people on Coumadin.  So I have
14:51  9   quite a few of my patient population is using a home monitoring
14:51  10  system.
14:51  11  **Q.**   And those patients find that acceptable?
14:51  12  **A.**   They're acceptable.  It's convenient.  They're very
14:51  13  accurate.  And it saves them from having to go to a laboratory
14:51  14  somewhere and have that done.
14:51  15  **Q.**   Let's move forward a bit on to some other topics.
14:51  16           As part of your training in medical school and in
14:51  17  your professional practice, do you use the principles of
14:51  18  pharmacology when treating patients and prescribing various
14:51  19  medications?
14:51  20  **A.**   Yes, we do.  That's very much a part of the training we
14:51  21  start with in medical school is pharmacology.  But it's
14:51  22  basically the study of -- or understanding drugs and how
14:51  23  they're absorbed, how they circulate in your body and then how
14:51  24  your body excretes them or gets rid of them.  And it's
14:51  25  important for any drugs we use to have a good idea about how

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

14:52  1  that happens so that we can make proper adjustments.
14:52  2  Q.    And do you use the principles of pharmacology on a
14:52  3  regular, if not daily, basis in your practice when you
14:52  4  prescribe medicines?
14:52  5  A.    Every time we prescribe medicines.
14:52  6  Q.    Let's talk about the concept of interpatient variability,
14:52  7  or between-patient variability, as it relates to drug exposure.
14:52  8  Could you explain that briefly.
14:52  9  A.    Yeah.  So some drugs are more -- give greater variability
14:52  10 than others.  But the variability that we're talking about is
14:52  11 where the same dose of medicine for one person will lead to
14:52  12 high levels of that drug in their body.  And that same drug,
14:52  13 the same amount of that drug, in another person will lead to
14:52  14 low levels in their body.
14:52  15         And so there's a wide spread.  The ideal drug would
14:52  16 be one where we all take the same dose and we all get exactly
14:53  17 the same amount of it in our blood.  That would be rare with
14:53  18 any drug.  But some drugs are, we would say, more variable than
14:53  19 others.
14:53  20 Q.    And with respect to anticoagulants, what is the concern
14:53  21 with variability?
14:53  22 A.    Well, with anticoagulants, the variability is very
14:53  23 concerning because of the consequences.  You know, because this
14:53  24 is a drug that does carry significant consequences.  If you
14:53  25 have too much of it or if you have too little of it -- I mean,

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

14:53  1   you may clot on one side and you may bleed if you have too much

14:53  2   of it on the other side.

14:53  3   Q.   And, for example, an aspirin or maybe a Tylenol, that drug

14:53  4   has variability as well?

14:53  5   A.   It would -- sure, it would have variability.

14:53  6   Q.   But if I don't get enough, it may not take care of my

14:53  7   headache?

14:53  8   A.   In the instance where you might be using something for a

14:53  9   headache, right, you might take an additional pill and not much

14:53 10   bad consequence would come of that.

14:53 11   Q.   Right.  And if I get a little too much of my Tylenol or

14:53 12   aspirin, it probably -- is there much of an effect?

14:54 13   A.   As long as it's not too much.  Obviously, anything taken

14:54 14   in great quantity would be a concern.

14:54 15   Q.   And so as part of your work here in this litigation to

14:54 16   look at Xarelto, did you think looking at the pharmacology to

14:54 17   be important?

14:54 18   A.   Yes.  Yes, I do.

14:54 19   Q.   And have you looked at some of the published literature,

14:54 20   in fact, literature published by Bayer scientists that worked

14:54 21   on Xarelto?

14:54 22   A.   Yes, I have.

14:54 23        MR. DENTON:  Let's call up Exhibit Record

14:54 24   No. 3261528, which is Mueck 2014, which we had also used as a

14:54 25   demonstrative.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

14:54  1          **MS. WILKINSON:**  No objection, Your Honor.

14:54  2          **THE COURT:**  Admitted.

14:54  3  BY MR. DENTON:

14:54  4  **Q.**    And so, Dr. Leissinger, you have -- you've looked at this

14:54  5  article; correct?

14:54  6  **A.**    Yes, I have.

14:54  7  **Q.**    And let's just kind of work through it.  I think the

14:54  8  jury's heard about this, some of it.  But this is a clinical

14:55  9  pharmacokinetic and pharmacodynamic profile of rivaroxaban,

14:55  10  Xarelto; right?

14:55  11  **A.**    Correct.

14:55  12  **Q.**    And it's published by Drs. Mueck and Stampfuss, Kubitza

14:55  13  and Becka.

14:55  14          And I think if we go down to the bottom of page 1, we

14:55  15  see that they're all with Bayer.

14:55  16          Let's go off just a little bit, if we could.  They're

14:55  17  all there with Bayer Pharma AG.

14:55  18          So these were some of the German pharmacokineticists

14:55  19  and clinical pharmacologists that did some work early on in

14:55  20  development of Xarelto; connect?

14:55  21  **A.**    Correct.

14:55  22  **Q.**    Let's talk about a Phase II trial as compared to a

14:55  23  Phase III trial.  You're familiar with that; right?

14:55  24  **A.**    Yes.

14:55  25  **Q.**    And tell us about that, please.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

14:55   1    A.   So when drugs are being developed for use in humans -- I

14:55   2    mean, first, usually they're tested in animals.  And then the

14:56   3    initial testing in humans is usually called Phase I, where

14:56   4    there may be even -- normal, healthy people would be given

14:56   5    small doses of the drug to kind of assess what the drug effect

14:56   6    is in a human.

14:56   7            And then the Phase II study would be kind of like the

14:56   8    next step to take, where you're testing it out in people who

14:56   9    have a disease that you want to treat, but it's not designed to

14:56   10   be a very, very large trial.  Like we just saw the ROCKET

14:56   11   trial, that was a Phase III trial.  That's the next step, where

14:56   12   you're trying to prove its worth against a standard treatment

14:56   13   and compare them.

14:56   14           The Phase II is somewhere in between.  It's where you

14:56   15   take the drug and you look at it in a group of patients where

14:56   16   you're just trying to understand, does it look -- you know,

14:56   17   you're going to measure the levels of the drug.  That's the

14:56   18   pharmacokinetics.  And you're just going to see is it -- does

14:56   19   it look like it's going to be helpful in that group?  If it

14:56   20   looks like it's going to be helpful, then you go on to the

14:56   21   large Phase III randomized -- what we call randomized

14:56   22   prospective clinical trials.

14:56   23   Q.   Okay.  And this Mueck article, this 2014 Mueck, this

14:57   24   pharmacokinetic and pharmacodynamic article, is this a Phase II

14:57   25   study report that was published?

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

14:57  1   A.    As I recall, it's taking a lot of data from Phase II
14:57  2   studies that were done.
14:57  3   Q.    And you've read this article, haven't you?
14:57  4   A.    Yes, I have.
14:57  5   Q.    And you reviewed that as part of your work here in this
14:57  6   litigation?
14:57  7   A.    Yes, I did.
14:57  8   Q.    Let's turn to PDF page 7, which is Table 3, please.  Right
14:57  9   up here.  And, Dr. Leissinger, you can interpret this
14:57  10  information that's being provided here; correct?
14:57  11  A.    Yes, I can.
14:57  12  Q.    So what they're reporting, the Bayer scientists are
14:57  13  reporting, concentrations of Xarelto in patient populations
14:57  14  that were studied; correct?
14:57  15  A.    Yes.
14:57  16  Q.    And over here they're talking about different indications.
14:58  17  There's the VTE/DVT; correct?  And then we get to the stroke
14:58  18  prevention in patients with AF.  That's AFib; right?
14:58  19  A.    Correct.
14:58  20  Q.    And 20-milligram dose?
14:58  21  A.    Correct.
14:58  22  Q.    And that is the dose -- and you've also looked at
14:58  23  Mr. Boudreaux's medical records -- and we'll get to those
14:58  24  later -- correct?
14:58  25  A.    Yes, I have.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

14:58  1    Q.    And at this point, it's simply that this was the dose and
14:58  2    the indication, the 20-milligram dose once a day, that he was
14:58  3    prescribed by Dr. Wong for his AFib condition; correct?
14:58  4    A.    Correct.
14:58  5    Q.    So let's look at this data here.  So we have the dose.
14:58  6    It's a 20-milligram OD.  That means once a day?
14:58  7    A.    Once a day.
14:58  8    Q.    And so we have three different pharmacokinetic parameters
14:58  9    set forth here; right?  We've got area under the curve.
14:58  10   A.    Right.
14:58  11   Q.    We have trough and we have Cmax; right?
14:58  12   A.    Right.
14:58  13   Q.    So basically can you just tell the jury what these
14:58  14   different parameters -- explain what they're measuring.
14:59  15   A.    Sure.  And just to maybe be complete, what they did in
14:59  16   this article was looked at the information that came from
14:59  17   several different clinical trials.  So you can see that there
14:59  18   was information from -- this is the prevention of clots after a
14:59  19   hip replacement trial, and this is treating DVTs.
14:59  20         But the ROCKET information is on this line.  So
14:59  21   stroke prevention in patients with atrial fib, all of this
14:59  22   information comes specifically from the ROCKET trial.  And I
14:59  23   know that's what we're primarily talking about today.  And, as
14:59  24   you can see, all the patients on rivaroxaban took that
14:59  25   once-daily dose of 20 milligrams.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

14:59  1        The area under the curve is -- in pharmacological

14:59  2   terms, it's really representing sort of the amount of drug

14:59  3   that's in your system for the whole day.  You know, you get a

14:59  4   drug, it's absorbed into your blood, it kind of peaks, and then

15:00  5   it gradually disappears over the course of the day.  And this

15:00  6   idea of area under the curve is just trying to take into

15:00  7   account all of that drug throughout the day.  So that's one way

15:00  8   that we look at it.

15:00  9        The Ctrough is the concentration in the blood.  So

15:00  10  that's the blood level.  And the trough means that's the blood

15:00  11  level at its very lowest point, like right before you're due to

15:00  12  take the next pill.  So the trough would be -- it's a

15:00  13  once-a-day pill, so you take it whatever time of day you take

15:00  14  it.  And then 24 hours later, that's what the trough level

15:00  15  means.  So this number here is looking at the average trough --

15:00  16  the average level of Xarelto in the patient's blood on this

15:00  17  study.  And, as you can see here, it's listed as -- given in

15:00  18  this certain amount, this 44 is the average trough level.

15:00  19        And then, of course, what you can also see is this is

15:00  20  called the 5th to the 95th percentile.  And all that means is

15:01  21  they're excluding the patients -- the 5 percent of patients who

15:01  22  had the very highest levels and the 5 percent who had the very

15:01  23  lowest levels.

15:01  24        So what you're looking at there is the -- like the 90

15:01  25  percent of people at the bottom, the lowest of that 90 percent

DR. CINDY LEISSINGER - DIRECT

15:01  1   would have a level as low as 12.  And it could be -- and the
15:01  2   highest in that group of 90 percent would be 137.  But
15:01  3   remembering that 5 percent were even lower than 12 and
15:01  4   5 percent up at the top were even higher than 137.  So there's
15:01  5   a big spread, almost a tenfold spread just looking at that 90
15:01  6   percent of the group.
15:01  7   Q.   And then there's another 5 percent on the bottom?
15:01  8   A.   Below that.
15:01  9   Q.   And on the high end, even more --
15:01  10  A.   Another 5 percent of patients are even higher than that.
15:01  11  Q.   Okay.  And so from a -- as a hematologist, when you see
15:01  12  something like this, this type of variability where you have
15:01  13  some of your patients with high concentrations and some with
15:02  14  low at trough, what is the clinical significance?  What's your
15:02  15  concern, if any, as a physician about your patients that might
15:02  16  be taking this medicine?
15:02  17  A.   The concern really has to do with the individual patient.
15:02  18  I mean, we're always looking at -- this is the average, the
15:02  19  whole group, you know, the whole however many hundreds of
15:02  20  people that is.  But what's important is when we're treating a
15:02  21  patient, it would be very useful, of course, to know if that
15:02  22  patient is one of the ones way up here, too high a level, or
15:02  23  even if they are someone who has too low a level because they
15:02  24  would be at risk, that person would be at risk.
15:02  25       Whereas if they were kind of in the middle somewhere,

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

15:02  1   they're probably going to do okay because they match the kind

15:02  2   of average, where we know those in the average, the patients

15:02  3   did okay on the study.  So if they're in that average range,

15:02  4   they're probably going to do okay.  Our concern is the ones

15:02  5   that we would say lie outside of that sort of average.

15:03  6   Q.   And you said it would useful as a hematologist to be able

15:03  7   to identify those patients?

15:03  8   A.   Yes.

15:03  9          MR. DENTON:  Your Honor, it would be a good time.

15:03  10         THE COURT:  Let's take a break, a 15-minute break at

15:03  11  this time.  Court will stand in recess.

15:03  12         THE DEPUTY CLERK:  All rise.

15:03  13         (WHEREUPON, the jury exited the courtroom.)

15:03  14         (WHEREUPON, the Court took a recess.)

15:19  15         THE DEPUTY CLERK:  All rise.

15:19  16         (WHEREUPON, the jury entered the courtroom.)

15:20  17         THE COURT:  Okay.  Be seated, please.  You're still

15:20  18  under oath, Doctor.

15:20  19          You may proceed.

15:20  20  BY MR. DENTON:

15:20  21  Q.   So we were talking about PT.  And I want to show you

15:20  22  another article that you looked at.  It's the Kubitza 2005

15:20  23  article, which is Plaintiffs' Record No. 5767718.

15:20  24          If we could put that up as a demonstrative, please.

15:20  25          And, again, let's talk through this.  Doctor, this is

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

15:20  1   another article you read.  And these were some of the other
15:20  2   Bayer scientists.  Dr. Kubitza reporting early information
15:20  3   about pharmacodynamics and pharmacokinetics.  And this was
15:21  4   BAY 59-7939, which ultimately became Xarelto.  So this is an
15:21  5   early study; correct?
15:21  6   A.   Correct.
15:21  7   Q.   And the date of the study is -- is 2005.  So this is
15:21  8   another study you reviewed and looked at?
15:21  9   A.   Yes, I did.
15:21  10  Q.   And I'm going to call your attention, to move things
15:21  11  along, to --
15:21  12       It's actually PDF page 7, Corey.  It starts at the
15:21  13  bottom down here.  Can we highlight that, this sentence.  Blow
15:21  14  that up.
15:21  15       And, Doctor, the article reports about the
15:21  16  pharmacodynamic and pharmacokinetic parameters are closely
15:21  17  correlated.  Do you see that?
15:22  18  A.   Yes, I do.
15:22  19  Q.   And then it goes on to say "there is a direct linear
15:22  20  relationship" -- it starts to the next page and continues here
15:22  21  -- "between Xarelto concentration and PT."
15:22  22       Now, what does that mean to you when you review an
15:22  23  article like this, Doctor?
15:22  24  A.   So what was done -- and, again, this is in some of the
15:22  25  early work.  And I think this in particular study is reporting

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

| | |
|---|---|
| 15:22 | 1 |
| 15:22 | 2 |
| 15:22 | 3 |

from healthy subjects that were given -- you know, as we said,
like a Phase I, where a healthy subject is given Xarelto and
then followed.

          This really gets us into another measurement of the
blood.  And we've talked about the levels of drug in the blood.
And what was done in these early studies is not only did they
look at and measure the level of drug concentration in the
blood, but they also used an additional blood test called a
prothrombin time, or a PT.  And I think -- and I know you've
been hearing about the PT.  But in this particular -- in this
particular early study, they looked at the PT using a very
specific brand of reagent that -- so PT, if I could just talk
about PT.

**Q.**   Sure.  Go ahead and explain that.

**A.**   So the PT test is a very commonly used test.  Every
laboratory essentially does a prothrombin time.  And we use
them for a variety of ways.  That's the test we use to monitor
warfarin too, is the PT test.

          But, having said that, there are many -- hospital
labs purchase reagents to run these labs -- I mean, to run
these tests.  And there are many different companies who make
the reagents to run a prothrombin time, or a PT test.  And so
some hospitals purchase one reagent, some another reagent.
They do deals.  They try to get the least expensive one, et
cetera, et cetera.

15:24   1    So there's a wide variety of the reagents that can be
15:24   2  used in doing this test.  But what was found starting very
15:24   3  early on and here published in 2005 -- a pretty long time
15:24   4  ago -- was that the PT using a very -- a specific reagent
15:24   5  called Neoplastin Plus -- it's just one of the brands.  But
15:24   6  that using that reagent and doing the PT, they were able to
15:24   7  show that the PT level correlated very closely with the level
15:24   8  of drug in the blood.  So that as the level of drug went up in
15:24   9  the blood, so the PT test went up also.
15:24  10    And so that's, I think, essentially what this
15:24  11  statement is referring to here.
15:24  12  Q.  And Bayer knew this or at least published about this as
15:24  13  early as 2005?
15:24  14  A.  Yes, this was 2005.
15:24  15  Q.  And this would have been -- the jury's heard this -- six
15:25  16  years or more before Xarelto actually was approved for AFib
15:25  17  here in the United States?
15:25  18  A.  That's correct.
15:25  19  Q.  And then let's go on and see what else is reported here.
15:25  20    MR. DENTON:  Corey, can you underline the next
15:25  21  sentence here.  Starts with "this suggests the PT."
15:25  22  BY MR. DENTON:
15:25  23  Q.  The article by the Bayer scientists back in 2005 provides
15:25  24  that -- it suggests that "PT, a routinely used coagulation
15:25  25  test" -- as you just explained -- "could be used to clinically

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

15:25 1    monitor the anticoagulation effect of Xarelto if necessary."

15:25 2                What does that mean to you as a scientist and a

15:25 3    hematologist and a physician looking at that way back, 2005, 12

15:25 4    years ago?

15:25 5    A.   Well, it certainly would be very encouraging where we'd

15:26 6    see something like that.  Because we know -- you know, it would

15:26 7    be one thing if we could measure the level of drug in the

15:26 8    blood.  But that's very, very hard to do.  You know, that's not

15:26 9    something you can do in a routine lab.  But a PT is something

15:26 10   that any routine lab is capable of doing.

15:26 11               Now, of course, again, you have to use the right

15:26 12   reagent in order for this to work and for it to be correlated

15:26 13   with the degree -- with the level of -- the level of drug in

15:26 14   the blood.  But it suggests -- and early on it was suggested

15:26 15   even here -- that that PT test using the right reagent could be

15:26 16   used as a surrogate marker, you know, as a way -- you know,

15:26 17   since we can't measure the drug itself, but we could use the PT

15:26 18   to get an idea of how high that level of drug was or how low

15:26 19   the level of drug was in the blood.

15:26 20   Q.   And as a hematologist, if you had a PT with the

15:26 21   appropriate reagent, in this case, Neoplastin Plus, would that

15:26 22   be useful and helpful to you in taking care of your patients if

15:26 23   they were on Xarelto?

15:27 24   A.   It absolutely would be helpful.

15:27 25   Q.   And why?

DR. CINDY LEISSINGER - DIRECT

**A.**   For the very reason we talked about earlier, this variability, you know, that some people are going to have high levels and some low levels.  And unless I have a test that I can do with the blood to tell me which one is high and low, I don't know who those patients are when they come to see me. But that would be very useful.

So in the example that someone would have a very high level of Xarelto and it could be reflected by doing the PT with the right reagent and we see a high PT level, then I would know that this patient was at least at increased risk of having a bleed.

**Q.**   And would that inform you in your clinical decision-making as to that individual patient?

**A.**   Yes, it would.

**Q.**   All right.  So I want to move a little forward.  You've reviewed a number of the FDA documents that -- in your evaluation of Xarelto; is that correct?

**A.**   That's correct.

**Q.**   And the jury heard lengthy testimony about that yesterday from Dr. Kessler.  So I'm going to just move to a couple of things to discuss with you.

**MR. DENTON:**   If we could go to Plaintiff's Exhibit 2 already in evidence, Your Honor, which is Record Document 5768754.  And I'd like to go to PDF 41 first, which is the Figure 8.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

15:28  1  BY MR. DENTON:

15:28  2  Q.   So if we could blow up Figure 8, Doctor.  Can you explain

15:28  3  to the jury what this table is reporting.  It says, "ROCKET

15:28  4  ISTH, Major Bleeds."

15:28  5       What's being reported here, Doctor?

15:28  6  A.   So if I could take just a minute maybe to describe the

15:28  7  graph itself.  So this is all information that came from the

15:28  8  ROCKET trial of Xarelto in patients with AFib.  And with this

15:28  9  analysis, what the FDA looked at was it looked at those PT

15:29  10  measurements, because PT measurements were done on every

15:29  11  patient that was on Xarelto in the ROCKET trial.  So that

15:29  12  information was all there, the PT measurements that were

15:29  13  actually done twice.  So each patient should have had a PT done

15:29  14  once at, I think it was, three months and then once at six

15:29  15  months.  They came in and had their PT done.

15:29  16       So what the FDA wanted to look at was -- I mean, we

15:29  17  already know that -- that the PT correlates very closely with

15:29  18  the Xarelto level of the blood.  I mean, that's been shown for

15:29  19  years.

15:29  20       But what they wanted to know was did the PT level, as

15:29  21  it went up, did it correlate with actually having bleeds?

15:29  22  Because that's the bottom line.  It's, yeah, we know it

15:29  23  correlates with high levels, but does it correlate with having

15:29  24  bleeds?

15:29  25       So the way that their scientists analyzed this -- and

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

15:29  1   I'll try to explain it -- it's what they call quartiles.  So
15:30  2   what they did was take the 25 percent of all the patients on
15:30  3   Xarelto on the ROCKET study, they looked at the 25 percent that
15:30  4   had the highest PT measurements.
15:30  5        And then they looked at -- that would have been --
15:30  6   just for example, that's going to be this number.  And I'll
15:30  7   take you through what it means.  But that little diamond is the
15:30  8   25 percent of patients that had the highest PT, then the next
15:30  9   25 percent with the next highest PT, and so on.  And this would
15:30  10  be the 25 percent with the lowest PT measurement.
15:30  11       So what -- so now to describe what those diamonds
15:30  12  mean, if you look at this group here, the 25 percent of
15:30  13  patients who had the lowest PT measurement, their average PT
15:30  14  measurement was around 13 seconds.  The group -- the 25 percent
15:30  15  with the highest PT measurement, their average PT measurement
15:30  16  was around 23 seconds.  So you can see a pretty big difference
15:30  17  between the PT -- the average PT in that top group and the
15:31  18  average PT in the lower group.
15:31  19       And then what they did was look at these different
15:31  20  groups, these four groups, and go back and look and see what
15:31  21  percentage of these patients actually had a major bleed.  And
15:31  22  so with -- the group with the lowest PT, about 3 percent had a
15:31  23  major bleed.
15:31  24       But if you look at the group with the highest PT,
15:31  25  much more, over double, more than twice as many of those

DR. CINDY LEISSINGER - DIRECT

15:31  1    patients, maybe up to almost 7 percent, had a major bleed, not
15:31  2    just any insignificant bleed, but these were the really big
15:31  3    bleeds.
15:31  4          So there was quite a bit of difference and, in
15:31  5    essence, really established that the higher -- the high PT
15:31  6    levels do correlate, not just with rivaroxaban or Xarelto
15:31  7    levels, but it actually correlates with bleeding in patients.
15:31  8          And so that was what this graph really illustrates.
15:31  9    Q.   And, Doctor, I know this is a graph and it has these
15:32 10    numbers, but these are actually actual patients, representing
15:32 11    patients.  I think there was 392 major bleeding events.
15:32 12    A.   Correct.
15:32 13    Q.   So this representing patients on Xarelto that had a major
15:32 14    bleed.
15:32 15    A.   Correct.  Yes.  Absolutely.
15:32 16    Q.   I want to go back to the previous page, which is PDF 40 of
15:32 17    the same document.  Let's look at this, Doctor.  This is a
15:32 18    slightly different graph.
15:32 19          Can you interpret this for us, please?
15:32 20    A.   So the question now is, as we saw with the graph we just
15:32 21    looked at, what we can tell is that the group that had the
15:32 22    highest PT also had the highest bleeding risk, and the group
15:32 23    with the lowest PT, the low bleeding risk.
15:32 24          Then the question comes, well, maybe if you had the
15:32 25    higher PT, you would be more protected against getting a

OFFICIAL TRANSCRIPT

15:32  1  stroke.  Right?  So maybe, then, we have to kind of balance it
15:32  2  all out.
15:32  3          So this analysis was doing the same thing.  They
15:32  4  still have the same four groups, each diamond, this diamond
15:33  5  being the group with the highest PT, where their average PT is
15:33  6  way up here above 20 seconds, and this being the lowest
15:33  7  quartile or the low -- the 25 percent with the lowest PT, down
15:33  8  here around 13 seconds.
15:33  9          And then you ask the question, how many of the
15:33  10 patients in each these groups got a stroke?
15:33  11         And what you can see is there's really no difference.
15:33  12 So that it's not a trade-off.  It's not like, as your bleeding
15:33  13 risk goes up -- because we know the bleeding risk goes up in
15:33  14 this group -- does the stroke risk go down?  It doesn't.  So
15:33  15 even those patients who had the lower prothrombin times were
15:33  16 just as protected against a stroke as this group.
15:33  17         So it's not like -- again, as I said, it's not like
15:33  18 you're seeing a benefit in the prevention of stroke with the
15:33  19 high PT.  All you're seeing is an increased risk of bleeding
15:33  20 with no additional benefit in preventing a stroke.
15:33  21 Q.   So if I understood you, Doctor, you could have a PT -- a
15:34  22 lower PT here the first quartile, and you still have,
15:34  23 essentially, the same stroke prevention as the higher PT?
15:34  24 A.   That's what that information showed there.
15:34  25 Q.   And is that significant to you as a clinical hematologist?

DR. CINDY LEISSINGER - DIRECT

15:34  1   A.   Yes, it is.  Again --

15:34  2   Q.   Could you explain why?

15:34  3   A.   I'm sorry.  As it related particularly to the bleed risk.

15:34  4   But it does.

15:34  5   Q.   Would there be any good reason, then, that -- to

15:34  6   anticoagulate someone with Xarelto to get beyond this PT in

15:34  7   that lower quartile?

15:34  8   A.   Certainly, this information that came from the trial, it

15:34  9   would not indicate that there would be a benefit to getting the

15:34  10  PT higher.

15:34  11  Q.   It just increases major bleeding risks?

15:34  12  A.   It increases the risk of bleeding.

15:34  13  Q.   All right.  So let's move on, and let's discuss how this

15:34  14  information that you have reviewed applies to Mr. Boudreaux.

15:34  15       You have been asked to review his medical records;

15:35  16  true?

15:35  17  A.   Yes, I have.

15:35  18  Q.   And you have done so; right?

15:35  19  A.   Yes, I have.

15:35  20  Q.   And the jury heard from him, and so I'll try to move this

15:35  21  along.  But you know that he was diagnosed in January, I think,

15:35  22  January 7th, 2014, with new-onset AFib; correct?

15:35  23  A.   Correct.

15:35  24  Q.   And you've looked at those records; correct?

15:35  25  A.   I have.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

15:35  1  **Q.**   And I want to look at one record that I don't think the
15:35  2  jurors have seen yet.  When he arrived at the emergency room at
15:35  3  St. Anne general, when he was early diagnosed with AFib, there
15:35  4  were some laboratory studies done; correct?
15:35  5  **A.**   That's correct.
15:35  6         **MR. DENTON:**  And this will be Record No. 5768301.30,
15:35  7  which is -- will be marked as Trial Exhibit 13.
15:36  8         **MS. WILKINSON:**  No objection, Your Honor.
15:36  9         **THE COURT:**  Okay.
15:36  10 BY MR. DENTON:
15:36  11 **Q.**   So let's look at this, Doctor.  And I'm sure you've read
15:36  12 many medical records; true?
15:36  13 **A.**   Yes, I have.
15:36  14 **Q.**   Let's go to page 2.  And I just want to focus in on a
15:36  15 couple of things.
15:36  16        This is Mr. Boudreaux's medical records, and this is
15:36  17 some lab work that was done on January 7th, 2002; true?  Or 14.
15:36  18 Excuse me.  Right?
15:36  19 **A.**   Yes.
15:36  20 **Q.**   And I want to go down towards the bottom.  There's some
15:36  21 information here about prothrombin time.  Maybe we can
15:36  22 highlight that.
15:36  23        Do you see that -- that, Doctor?
15:36  24 **A.**   Yes, I do.
15:36  25 **Q.**   Could you just interpret this for us and explain to us

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

15:36  1    what that means to you as a physician.  This is before he's
15:36  2    ever put on Xarelto; correct?
15:36  3    A.   Sure.  The prothrombin time is also used, amongst other
15:36  4    things, as a screening test for bleeding disorders.  We talked
15:37  5    earlier about how some people are lacking clotting factors and
15:37  6    they are easy bleeders or free bleeders.  So we have these
15:37  7    tests.  This is really -- these are tests of clotting in the
15:37  8    blood.
15:37  9          So the prothrombin time and also the one above it,
15:37  10   the -- it's called APTT or the activated partial
15:37  11   thromboprophylaxis -- these are the two screening activities we
15:37  12   typically do just to screen someone to make sure that they
15:37  13   don't have a hemophilia or a bleeding disorder of some kind.
15:37  14         So that's what these two tests would have been for
15:37  15   him at this point for him coming into the emergency room.  In
15:37  16   anticipation of him starting a blood thinner, his doctors
15:37  17   rightly wanted to make sure he didn't have some other
15:37  18   underlying bleeding condition.
15:37  19         So that's very likely why those would have been done.
15:37  20   Q.   So it's hard to see.  But if we could highlight the
15:37  21   reference range for PT, this column here.
15:38  22         What's the reference range, Doctor?
15:38  23   A.   So that's the range that normal people would fall in in
15:38  24   this test in this lab.  So, you know, any of us who don't have
15:38  25   a bleeding disorder, we'd have our prothrombin time done, and

DR. CINDY LEISSINGER - DIRECT

15:38  1   it would be somewhere generally in that range between 9 and
15:38  2   12 1/2 seconds.  And, as you can see, his was 11.4 seconds.  So
15:38  3   it was normal.  It was within the normal range.
15:38  4   Q.   And this other coagulation screening test, APTT, there's a
15:38  5   reference range of 21 to 32?
15:38  6   A.   Also very normal.  His fell well within the range.
15:38  7   Q.   As a hematologist, what's that tell you about his
15:38  8   coagulation system before he was ever put on Xarelto?
15:38  9   A.   As I said, it's really just a screening test and tells us
15:38  10  that he very likely didn't have any kind of bleeding disorder.
15:38  11  There are very rare bleeding disorders that you can't pick up
15:38  12  with a PT and PTT.  But, again, he had no history of bleeding.
15:38  13  These would be the common screening tests that we would
15:39  14  ordinarily do.
15:39  15  Q.   And I'll move forward quickly, but we know in that
15:39  16  hospitalization -- Mr. Boudreaux has testified, and we'll hear
15:39  17  from Dr. Wong as well -- that he was diagnosed with AFib and
15:39  18  put on Xarelto?
15:39  19  A.   That's correct.
15:39  20  Q.   And I think he was in the hospital two days -- two doses,
15:39  21  and then he was given Xarelto on discharge?
15:39  22  A.   Yes.
15:39  23  Q.   Okay.  So let's -- let's move up to some visits, follow-up
15:39  24  visits after his first hospitalization.  AFib's been diagnosed.
15:39  25  He's put on Xarelto, and he follows up with Dr. Wong in his

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

15:39   1   office, I think three visits before his GI bleed; is it true?
15:39   2   A.   That's my recollection.
15:39   3         MR. DENTON:  Can we put up -- I think this is a new
15:39   4   exhibit -- Record No. 5678290.129, which is the first visit to
15:39   5   Dr. Wong on January 10th, 2014.  And I'll mark this as No. 14.
15:40   6         MS. WILKINSON:  I have no objection, Your Honor.
15:40   7   BY MR. DENTON:
15:40   8   Q.   Let's put that up on the screen.  This is -- just briefly,
15:40   9   page 2, please.  I just want to identify the date.  It's
15:40   10  January 10th.  I think it's a day or two after his discharge,
15:40   11  and it shows him taking Xarelto; correct?
15:40   12  A.   Correct.
15:40   13        MR. DENTON:  Can we highlight that, please.
15:40   14  BY MR. DENTON:
15:40   15  Q.   And if we go down to the bottom, I think we can see that
15:40   16  this is Dr. Wong's chart.
15:40   17        MR. DENTON:  Can we highlight that, please.
15:40   18  BY MR. DENTON:
15:40   19  Q.   Correct?
15:40   20  A.   Yes.
15:40   21  Q.   Then three days later, he's back in Dr. Wong's office.
15:40   22  That's Exhibit 5768290.117.
15:41   23        MR. BIRCHFIELD:  She said there's no objection, Your
15:41   24  Honor.  We'd offer it.
15:41   25        THE COURT:  It will be admitted.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

15:41  1         **MR. DENTON:**  And the previous document too, Your
15:41  2   Honor.  I think I forgot to ask --
15:41  3         **THE COURT:**  I did that one.
15:41  4         **MR. DENTON:**  Okay.  Thank you, sir.
15:41  5   BY MR. DENTON:
15:41  6   **Q.**   This is the January 13th, page 2, follow-up with Dr. Wong.
15:41  7         You see that?
15:41  8   **A.**   Yes.
15:41  9   **Q.**   And it shows him -- go down here -- shows him on Xarelto.
15:41  10  But in addition to visiting with him, there were laboratory
15:41  11  studies done that day; true?
15:41  12  **A.**   Yes.
15:41  13  **Q.**   And if we could go to PDF page 6 of this Exhibit 15, can
15:41  14  you explain what these laboratory studies are, just basically?
15:41  15  **A.**   These are blood chemistries often done to look at what we
15:41  16  call electrolytes.  Blood sugar.  I think his glucose was done.
15:42  17  Check kidney function with the blood urea nitrogen and
15:42  18  creatinine.  Those are tests that, you know, would typically be
15:42  19  done for those reasons.
15:42  20  **Q.**   And, in looking at this, there was no PT test done, was
15:42  21  there?
15:42  22  **A.**   No.
15:42  23  **Q.**   Now, the PT test -- when Dr. Wong is actually taking blood
15:42  24  from Mr. Boudreaux on January 13th, 2014, we know he's on
15:42  25  Xarelto and been on it for five or six days.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

15:42  1  **A.**   Correct.

15:42  2  **Q.**   If Dr. Wong would have known that PT would have been

15:42  3  helpful in measuring the effect, it could have been done right

15:42  4  then, couldn't it?

15:42  5          **MS. WILKINSON:**   Objection to what Dr. Wong could have

15:42  6  done.

15:42  7          **THE COURT:**   He's really asking whether or not it

15:42  8  could have been done.

15:42  9          **MR. DENTON:**   Yes.

15:42  10          **MS. WILKINSON:**   Then I don't have an objection.

15:42  11  BY MR. DENTON:

15:42  12  **Q.**   Could that have been done?

15:42  13  **A.**   It could have been done.

15:42  14  **Q.**   Could it have been done with the very same blood sample?

15:42  15  **A.**   Yes.

15:42  16  **Q.**   And then there was another visit with Dr. Wong on

15:43  17  January 24th, which is 5768290.110.  This is No. 16, which is

15:43  18  the third visit to Dr. Wong.

15:43  19          **MR. DENTON:**   There's no objection.  We'd offer 16,

15:43  20  Your Honor.

15:43  21  BY MR. DENTON:

15:43  22  **Q.**   But I just want to point out, he's still reported taking

15:43  23  Xarelto; correct?

15:43  24  **A.**   Yes.

15:43  25  **Q.**   So then let's move forward a few days.  From medical

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

15:43  1  records you have reviewed, you do know that Mr. Boudreaux went
15:43  2  to Dr. Wong's office, ended up being sent to the emergency room
15:43  3  for a GI bleed?
15:43  4  A.   Yes.
15:43  5  Q.   But before we get there -- and Johnny testified about it,
15:43  6  Mr. Johnny did -- I do want to go over a bit of those records
15:44  7  with you.
15:44  8       First of all, let's look at the lab work, which is
15:44  9  Exhibit 5768290.96.  Oh, excuse me.  This is the call note.
15:44  10  I'm sorry.  It's already --
15:44  11       MR. DENTON:  I offer 17, Your Honor.  It may be a
15:44  12  duplicate, but I apologize.
15:44  13       THE COURT:  Admitted.
15:44  14       MR. DENTON:  Just to move this along.
15:44  15  BY MR. DENTON:
15:44  16  Q.   Have you seen this --
15:44  17       MR. DENTON:  Let's put that up on the screen, please.
15:44  18  BY MR. DENTON:
15:44  19  Q.   You've seen this, haven't you, Doctor?
15:44  20  A.   I have.
15:44  21  Q.   Okay.  And this is where Ms. Loretta called the doctor
15:44  22  early that Monday morning, Monday, February 3rd, 2014?
15:44  23  A.   Yes, sir.
15:44  24  Q.   And do you see where it indicates that he was told not to
15:45  25  take his meds that morning?

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

1   A.   Correct.

2   Q.   And so you weren't in here when Mr. Boudreaux testified,

3   were you?

4   A.   I was not.

5   Q.   Well, the jury heard from him that the last Xarelto tablet

6   he took was the day before, which was Sunday morning.  All

7   right?

8   A.   Okay.

9   Q.   Then let's -- let's look at some of the -- the one lab

10   record that was taken -- I think it was the stat labs that

11   Dr. Wong ordered on that Monday.

12         MR. DENTON:  Do we have those, please?  This would be

13   Exhibit 18, which is Record No. 5768290.

14         MS. WILKINSON:  No objection.

15         MR. DENTON:  Move to admit this, Your Honor.

16         THE COURT:  Admitted.

17         MR. DENTON:  Let's put up page 2, quickly, please.

18   BY MR. DENTON:

19   Q.   And, Doctor, from a hematology point of view, let's look

20   at this.  And there's some entries marked here.

21         Could you just quickly interpret this and tell us,

22   from a hematologist, what's significant here or of concern?

23   A.   These are also blood chemistries showing that he has a

24   high BUN, which is one of those kidney markers that we talked

25   about in the last chemistry exam.  His creatinine is 1.4, which

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

15:46  1  is getting towards borderline, but his BUN is elevated.

15:46  2          His kidney function is a little bit decreased, and

15:46  3  that's the box that says 50 where it should be over 60.  Again

15:46  4  dealing with -- this is primarily dealing with kidney function.

15:46  5  Q.  All right.  So let's go to the next page, which is the

15:47  6  hematology or the CBC.  And this is the type of lab work you

15:47  7  use to interpret probably almost daily in your practice; is

15:47  8  that right?

15:47  9  A.  Yes, that's right.

15:47  10  Q.  Tell us the significance of anything you see here.

15:47  11  A.  He was very anemic.  The hemoglobin measurement, which is

15:47  12  the HGB up at the top, is 6.7.  Normal range is around 14 to

15:47  13  18.

15:47  14          The other things that are low, the hematocrit is

15:47  15  just -- it's another way of looking at anemia, as is the RBC.

15:47  16  The RBC means the red blood cell count.

15:47  17          So all three of those have to do with anemia, and

15:47  18  they're all markedly low.

15:47  19  Q.  And we may know, but tell us what anemia means in the

15:47  20  layperson's terms.  If you were talking to a patient, what

15:47  21  would you tell them when they had anemia?

15:47  22  A.  So our blood is composed of a liquid portion, and we kind

15:47  23  of looked at the clotting factors are in that liquid portion.

15:47  24  But also of particulate matter, like cells.  So there are red

15:48  25  blood cells and white blood cells and platelets.  And the red

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

15:48  1  blood cells are what carries oxygen.  So they're very
15:48  2  important.
15:48  3       And that's -- when we talk about anemia, it's someone
15:48  4  who doesn't have enough red blood cells, that they've either --
15:48  5  through bleeding they've lost too many or their bone marrow is
15:48  6  not making enough.  We make our blood cells in our blood
15:48  7  marrow.
15:48  8       So either they're not making enough or they're losing
15:48  9  it, but it would refer specifically to the red blood cells.
15:48  10  And that's why the RBC count is actually the red blood cell
15:48  11  count.  And you can see it's quite low.  It's 2-something, and
15:48  12  it should be above 4.
15:48  13       The hemoglobin and the hematocrit are just other
15:48  14  measures of those red blood cells.  The hemoglobin is an
15:48  15  important thing in red blood cells.  It's a molecule in red
15:48  16  blood cells that actually carries oxygen.
15:48  17       So, as a hematologist, I look a lot at the
15:48  18  hemoglobin.  That's the first thing I look at, because that's
15:48  19  the real business in the molecule.  I mean, that's what red
15:48  20  blood cells are supposed to do, is carry oxygen.  So if the
15:48  21  hemoglobin is low, they're not able to carry as much oxygen.
15:48  22       And that's his situation, was it's quite low.
15:49  23  Q.   And, in your opinion, Doctor, what interpretation can you
15:49  24  make as to whether or not he's having active bleeding?
15:49  25  A.   With the history of dark tarry stools or blood noted in

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

15:49  1  passing stools and a low hemoglobin, particularly when we know
15:49  2  a month earlier his hemoglobin and hematocrit levels were
15:49  3  unremarkable and here maybe less than a month later, he's down
15:49  4  from the normal range down all the way to 6 or 7, that he's
15:49  5  lost half of his -- essentially half of his blood volume.
15:49  6       And given the fact that he's having active bleeding,
15:49  7  he sees blood, there would not be too much doubt that this was
15:49  8  active bleeding as opposed to some other reason to be anemic.
15:49  9  Q.   From a hematology point of view, is this a serious medical
15:49 10  condition?
15:49 11  A.   Anytime your hemoglobin and hematocrit and red count drop
15:49 12  to this degree, it's very serious.  And certainly in older
15:50 13  individuals who may have a little bit of heart failure, as he
15:50 14  did, he needs that oxygen-carrying capacity.
15:50 15       So someone -- you know, it's going to be tolerated
15:50 16  more poorly in someone who's older and has a heart condition.
15:50 17  The anemia is much more serious than, say, a young individual
15:50 18  who bleeds.
15:50 19       But it's serious in anyone.  And in anytime you lose
15:50 20  almost half of your blood volume, of your red blood cells, that
15:50 21  would be very serious.
15:50 22  Q.   There were also some laboratory studies done when he went
15:50 23  to the emergency room for the gastrointestinal bleed; is that
15:50 24  true?
15:50 25  A.   Yes.

DR. CINDY LEISSINGER - DIRECT

15:50  1        **MR. DENTON:**  I would like to put up Record

15:50  2   No. 5768301.275, which will be Plaintiff's Exhibit 19, Your

15:50  3   Honor.

15:50  4        **MS. WILKINSON:**  No objection.

15:50  5        **THE COURT:**  Admitted.

15:50  6        **MR. DENTON:**  We'd move to admit it.  Thank you.

15:50  7   BY MR. DENTON:

15:50  8   **Q.**   So let's look at this page 2, Doctor.  And I want to focus

15:50  9   in on a couple of labs.  Again, this is the type of lab work

15:50  10  you interpret in your office.  I think you talked about some

15:51  11  earlier labs, similar information; correct?

15:51  12  **A.**   Correct.  Again -- yes, the PTT and the PT, which are the

15:51  13  ways of screening or looking at blood to see if there is a

15:51  14  coagulation balance.

15:51  15  **Q.**   Okay.  So let's look at the prothrombin time.  Do you see

15:51  16  that?

15:51  17  **A.**   I do.

15:51  18  **Q.**   And the value is 13.6?

15:51  19  **A.**   It is slightly prolonged.

15:51  20  **Q.**   And the reference -- and how do you know that is

15:51  21  prolonged, slightly prolonged?

15:51  22  **A.**   It's outside of the reference range.  So 12.5 being the

15:51  23  upper limit, and it's 13.6.

15:51  24  **Q.**   And can we tell -- I think we can -- the time that this

15:51  25  blood was collected?

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

15:51  1   A.    5:30 in the evening.

15:51  2   Q.    So 1736 would be 5:36 p.m. on that Monday evening,

15:51  3   February 3rd, 2014; right?

15:51  4   A.    Correct.

15:52  5   Q.    Okay.  So Mr. Boudreaux testified that the last dose of

15:52  6   Xarelto was the previous Sunday morning?

15:52  7   A.    Yes.

15:52  8   Q.    Because he was so sick Monday, he couldn't --

15:52  9   A.    Yes.

15:52  10  Q.    -- get out of bed, and the doctor told him to hold the

15:52  11  medicine?

15:52  12  A.    Yes.

15:52  13  Q.    So how much time took place from the last Xarelto pill he

15:52  14  took Sunday morning until 5:36 when this blood was collected?

15:52  15  A.    Probably nearly 36 hours.

15:52  16  Q.    All right.  And what significance is this to you, Doctor,

15:52  17  that he has a PT still out of the reference range 36 hours

15:52  18  after his last Xarelto pill?

15:52  19  A.    Well, this is a gentleman that had -- we know before he

15:52  20  started blood thinners or started Xarelto his prothrombin time,

15:52  21  or his PT, was normal.  It was documented as normal.

15:53  22        So now he comes in 36 hours after his last dose of

15:53  23  Xarelto.  His prothrombin time is slightly elevated, which,

15:53  24  again, is a change from when he was seen a month earlier.

15:53  25        It would tell me -- certainly, if my patient were to

OFFICIAL TRANSCRIPT

15:53   1   present in this way, it would tell me that I'm still dealing
15:53   2   with someone who has Xarelto still -- or a blood thinner still
15:53   3   circulating in their blood.
15:53   4   **Q.**   And what is in a pharmacology term of half-life?  Could
15:53   5   you explain that to the jury?
15:53   6   **A.**   Sure.  So when we talk about any drug that we take, we
15:53   7   take it by mouth, we absorb it, and it gets into our blood
15:53   8   system.  And it's kind of at its highest level, you know, right
15:53   9   after we take it and absorb it.  And then if we don't take
15:53   10   another pill, over time it gradually diminishes.
15:54   11         So for -- in a pharmacokinetic sense, what we want to
15:54   12   know is how rapidly does that drug diminish in the blood?  And
15:54   13   for Xarelto, for healthy individuals, that information is given
15:54   14   to us by the company, and that -- the drug has what we call a
15:54   15   half-life of six to eight hours in a healthy individual.  In an
15:54   16   older individual, the half-life could be prolonged.  It might
15:54   17   be 10 to 12 hours.
15:54   18         But what that means is whatever that half-life is,
15:54   19   let's say you take a dose of Xarelto, you absorb it, and it's
15:54   20   circulating, right after you take it, the highest level.  If
15:54   21   the half-life in that particular patient is, let's say, 12
15:54   22   hours, then that means 12 hours later, half of that drug will
15:54   23   be done, and then in another 12 hours, another half of that
15:54   24   amount will be gone, and then in another 12 hours, a half of
15:54   25   that will be gone.

DR. CINDY LEISSINGER - DIRECT

15:55  1          So specifically regarding this, I would say, even if
15:55  2   we said he had one of those longer half -- the typical
15:55  3   half-life is shorter than 12 hours.  But let's just say he had
15:55  4   a 12-hour half-life, that by 36 hours, that's what we call
15:55  5   three half-lives.  So you would go -- the level in the blood
15:55  6   would be expected to be considerably lower, very low, compared
15:55  7   to the peak when you first took it.
15:55  8   Q.   And, Dr. Leissinger, if we apply those principles of
15:55  9   half-life, the reported half-life of this drug, how much more
15:55  10  concentration levels would he have had, let's say, 12 hours
15:55  11  after he took the last pill on Sunday morning?
15:55  12  A.   So this is at 36 hours, give or take.  So 12 hours would
15:55  13  be 24 hours earlier.  And that's two half -- let's say 12
15:55  14  hours, two half-lives, which would be about four times the
15:55  15  amount in his blood.  So let's say -- you know, he has some
15:56  16  amount in his blood at this point in time.  If you back up a
15:56  17  day, he would have had about four times as much as what he had
15:56  18  at this time in his blood.
15:56  19          If the half-life were shorter, he would have
15:56  20  even more.  So we don't know what his particular half-life is,
15:56  21  each patient being different.  That's that individual
15:56  22  variability we talked about.  But the best-case scenario, it
15:56  23  would have been about four times higher.
15:56  24  Q.   The concentration level --
15:56  25  A.   The concentration of the drug in the blood.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

15:56  1    **Q.**   So you were asked about the 13.6 PT in your deposition and

15:56  2    whether or not that was significant to you with regard to

15:56  3    Mr. Boudreaux.

15:56  4            Do you remember that?

15:56  5    **A.**   I do.

15:56  6    **Q.**   And when you gave that testimony, what was your

15:56  7    understanding or assumption when he had taken his last Xarelto

15:56  8    dose?

15:56  9    **A.**   I understood that he had very likely -- or we thought he

15:56  10   had his dose that morning, so 12 hours earlier.  So my

15:57  11   understanding was that, when we were looking at this, it would

15:57  12   have been about 12 hours, give or take, after the last dose.

15:57  13   **Q.**   Now understanding that the testimony and evidence in this

15:57  14   case that it was 36 hours, how does that affect your opinion as

15:57  15   to whether or not Mr. Boudreaux, if he would have been tested

15:57  16   with a Neoplastin PT at, you know, the 12 hours after last

15:57  17   dose, where he would have fallen on this curve of the PT values

15:57  18   that we saw in the ROCKET data?

15:57  19   **A.**   Yeah, I mean, I think it's important to remember -- I

15:57  20   mean, in the ROCKET data those PT levels that we went over and

15:57  21   showed how they related to bleed risks, those levels were drawn

15:57  22   around 12 to 15 hours after taking their dose.  So that's what

15:57  23   we kind of have to relate that to.  That's what that

15:57  24   information told us.

15:57  25           So if we -- you know, if we backtrack and think about

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

15:57  1    what his levels may have been at that 12-hour point, it would
15:58  2    be four times higher -- at least four times higher than what it
15:58  3    was now, I believe that he would have had high levels of
15:58  4    Xarelto in his blood at that point.
15:58  5    Q.    And is that your opinion within a reasonable degree of
15:58  6    medical certainty?
15:58  7    A.    Yes, it is.
15:58  8    Q.    Let's -- you also looked at his chart, his medical
15:58  9    records, to evaluate whether or not you thought Xarelto was a
15:58  10   contributing factor to his GI bleed; is that correct?
15:58  11   A.    I did.
15:58  12   Q.    And we provided all the medical treatment records to you
15:58  13   to review; is that correct?
15:58  14   A.    That's correct.
15:58  15   Q.    I think a lot of that stuff is stacked up behind you; is
15:58  16   that true?
15:58  17   A.    Yes.
15:59  18   Q.    Do you have an opinion, Doctor -- well, first of all, how
15:59  19   did you go about making a decision as to what the substantial
15:59  20   contributing factor was of his GI bleed?  What did you do?
15:59  21   A.    Just as with any patient that we evaluate for a problem, a
15:59  22   serious problem, whatever it is, you know, we have to consider
15:59  23   all the different possibilities.  We call that a differential
15:59  24   diagnosis.  We kind of go through what would be possible.  So I
15:59  25   think it's just that same sort of reasoning that we would apply

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

15:59 1    when I review records.

15:59 2    Q.    You reviewed the records as you would if Mr. Boudreaux

15:59 3    were your patient?

15:59 4    A.    Yes, I did.

15:59 5    Q.    And if you would have had Mr. Boudreaux as a patient, he

15:59 6    came to you after his GI admission, and he said,

15:59 7    Dr. Leissinger, what caused my GI bleed, what would you have

15:59 8    told him?

15:59 9    A.    Well, I feel very strongly that Xarelto was a very major

15:59 10   contributing factor to the bleed that he had.

16:00 11   Q.    And is that your opinion within a reasonable degree of

16:00 12   medical certainty?

16:00 13   A.    Yes, it is.

16:00 14   Q.    We know that he was on aspirin.  He had been on aspirin

16:00 15   for quite some time?

16:00 16   A.    Yes.

16:00 17   Q.    A number of years before Xarelto; is that true?

16:00 18   A.    That's true.

16:00 19   Q.    And he was on aspirin, I believe, at the time he was on

16:00 20   Xarelto for those three or four weeks; right?

16:00 21   A.    That's correct.

16:00 22   Q.    And as I -- well, what effect does aspirin have in this

16:00 23   situation and related if at all to a gastrointestinal bleed?

16:00 24   A.    Aspirin also can affect the clotting system in that

16:00 25   aspirin will neutralize platelet function.  So platelets are

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

16:00  1   also a contributing feature to being able to form blood clots.

16:00  2   But aspirin does not have the same degree of anticoagulation

16:01  3   effect that an anticoagulant drug does.  It has a lesser

16:01  4   effect.

16:01  5        Mr. Boudreaux in particular was on aspirin for a very

16:01  6   long time prior to starting Xarelto.  My understanding is he

16:01  7   has been on aspirin ever since he had his GI bleed.  He did not

16:01  8   have GI bleeding symptoms either before or after the -- the

16:01  9   period of time he was taking Xarelto.

16:01  10       So the aspirin, while it, you know, may have

16:01  11  contributed to a small degree to the bleed, could not be

16:01  12  considered the major contributing factor to his bleed.

16:01  13  **Q.**   And we -- your experience, Doctor, with patients with

16:01  14  AFib -- it's a heart condition -- is it frequent to see those

16:01  15  patients on comedication of low-dose aspirin?

16:01  16  **A.**   It's very frequent.  Most patients who develop AFib have

16:02  17  other cardiac problems.  And so I think, certainly even in

16:02  18  real-world practice, many of those patients would be treated

16:02  19  concurrently with aspirin.

16:02  20  **Q.**   All right.  We're going to move forward just to a couple

16:02  21  more records, and then I'll sit down.

16:02  22       Let's move to exhibit -- excuse me -- Record

16:02  23  No. 5768222.17, which is marked as Trial Exhibit Plaintiffs'

16:02  24  20, which are some more medical records.

16:02  25       **MS. WILKINSON:**  No objection.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

16:02   1          **MR. DENTON:**  We'd offer it, Judge.

16:02   2          **THE COURT:**  Admitted.

16:02   3   BY MR. DENTON:

16:02   4   **Q.**   Let's go to PDF 2.  These are some -- tell us what these

16:02   5   are, Doctor.

16:02   6   **A.**   So this is -- I'm sorry.  This is a progress note by one

16:02   7   of his physicians during his hospitalization.  He is writing

16:03   8   down his impression and what he thinks is happening or what he

16:03   9   thinks the diagnosis is in Mr. Boudreaux.

16:03   10  **Q.**   And this is Dr. Masri?

16:03   11  **A.**   Dr. Masri.

16:03   12  **Q.**   Internal medicine.  And this is on February 4th in the

16:03   13  morning; correct?

16:03   14  **A.**   Correct.

16:03   15  **Q.**   And what is the first thing he provides?

16:03   16  **A.**   "GI bleed related to recent Xarelto initiation."

16:03   17  **Q.**   And, as you interpret this medical record, tell us what

16:03   18  Dr. Masri is saying.

16:03   19  **A.**   I think pretty much what I was just also saying, is that

16:03   20  in the instance where, several weeks after initiating an

16:03   21  anticoagulant, there is a major bleed of this type, we would

16:03   22  certainly feel that that bleed was related to the initiation

16:03   23  and continued use of an anticoagulant.

16:03   24  **Q.**   Okay.  Let's go to PDF 7 of the same document.  It's

16:04   25  another note by Dr. Masri.  I'll get the date down at the

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

16:04  1   bottom.  This is a day later.  I think it's the next morning.
16:04  2   It looks like he was visiting him in the morning in the
16:04  3   hospital; correct?
16:04  4   A.   Correct.
16:04  5   Q.   And let's see what additional information he reports.  "GI
16:04  6   bleed."  Why don't you tell us what that means.
16:04  7   A.   So, again, a gastrointestinal bleed.  Mr. Boudreaux had
16:04  8   already undergone by this time the upper endoscopy procedure,
16:04  9   where they went down with the light and looked at his stomach.
16:04  10  And he just is reporting that that EGD, or endoscopy, showed no
16:04  11  obvious bleeding.  He was scheduled to receive a colonoscopy
16:04  12  the next day, I believe.  And then, again, he relates the GI
16:04  13  bleeding to the recent Xarelto initiation.
16:04  14  Q.   And to move this along, because I don't think it's
16:04  15  disputed, you did review the records, the various GI work-up of
16:05  16  him?
16:05  17  A.   I did.
16:05  18  Q.   And you're not a GI doctor?
16:05  19  A.   I am not.
16:05  20  Q.   But you did look at the records and you can interpret and
16:05  21  understand those records?
16:05  22  A.   I can.
16:05  23  Q.   And tell us what the various tests were.  We saw the
16:05  24  endoscopy, the one from the throat down; right?
16:05  25  A.   Right.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - DIRECT

16:05  1   **Q.**   He was scheduled for a colonoscopy.  We all know what that
16:05  2   is.  That's from the bottom up?
16:05  3   **A.**   Bottom up.
16:05  4   **Q.**   Okay.  And what were the results?
16:05  5   **A.**   There was no evidence of bleeding or any lesion identified
16:05  6   on the colonoscopy.  Sometime later -- I think it was a couple
16:05  7   weeks later -- he underwent a capsule endoscopy, where he
16:05  8   swallowed the little capsule that has the camera.  That allows
16:05  9   the docs to look at the small intestine.
16:05  10          So the upper GI looks from kind of up top to the
16:05  11  bottom of the stomach.  The colonoscopy looks at the colon.
16:05  12  But then we have the small intestine in between.  And the only
16:06  13  way you can really get to that is with this little capsule that
16:06  14  you swallow and they look through a camera.
16:06  15  **Q.**   So he had the top of his GI tract, the middle, and the
16:06  16  lower all examined?
16:06  17  **A.**   That's correct.
16:06  18  **Q.**   And no significant -- or any pathology was identified?
16:06  19  **A.**   No pathology was identified.
16:06  20          **MR. DENTON:**  One second.
16:06  21          I'll pass the witness, Judge, in the interest of
16:06  22  time to move this along.
16:06  23          **THE COURT:**  All right.
16:06  24          Any cross?
16:06  25          **MS. WILKINSON:**  Thank you, Your Honor.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

**CROSS-EXAMINATION**

**BY MS. WILKINSON:**

**Q.**   Good afternoon, Dr. Leissinger.

**A.**   Good afternoon.

**Q.**   We just met during the break; isn't that right?

**A.**   That's correct.

**Q.**   It was very helpful when you were explaining some of the basics of hematology 101.  Could we ask you a few more questions to explain a few more things about that to help us.

**A.**   Sure.

**Q.**   I'm going to move this down here, and I'll write while you talk if that's okay.

**A.**   Okay.

**Q.**   So maybe I can start with one of your diagrams that you already did where you were showing us what was in the blood; right?  Right here you were giving us the factors and everything?

**A.**   Yes.

**Q.**   And you talked a little bit about anticoagulants, but can you tell us, for the oral anticoagulants, there's warfarin; right?

**A.**   Correct.

**Q.**   And then do you remember the first novel oral anticoagulant that came on the market, what that was called?

**A.**   Dabigatran.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:08  1    **Q.**    And what's the commercial name for that?

16:08  2    **A.**    Pradaxa.

16:08  3    **Q.**    Pradaxa.  And then you have Xarelto; right?

16:08  4    **A.**    Correct.

16:08  5    **Q.**    And Eliquis?

16:08  6    **A.**    Correct.

16:08  7    **Q.**    And the most recent one is Savaysa; is that right?

16:08  8    **A.**    Uh-huh.

16:08  9    **Q.**    So I want you to help us understand how they work, because

16:08  10   they work differently, don't they?

16:08  11   **A.**    The Pradaxa works differently than the other three.  The

16:08  12   other three work very similarly.

16:08  13   **Q.**    Okay.  Then we'll come back to that.  And then warfarin

16:08  14   works very different from all of them --

16:08  15   **A.**    It does.

16:08  16   **Q.**    -- in the body; right?

16:08  17   **A.**    That's correct.

16:08  18   **Q.**    So let's start with that, if we could, just to understand.

16:08  19          So we have Xarelto --

16:08  20   **A.**    I'm sorry.  I left it open.

16:08  21   **Q.**    That's okay.  My handwriting is not as good as yours, but

16:08  22   here we go.

16:08  23          So we have Xarelto, Eliquis; right?

16:09  24   **A.**    Correct.

16:09  25   **Q.**    And I don't know how to spell Savaysa.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:09  1   **A.**    S-A-V-A-Y-S-A.

16:09  2   **Q.**    Okay.  So these are the three.  And they're what's called

16:09  3   Xa; right?

16:09  4   **A.**    Xa inhibitors.

16:09  5   **Q.**    And you guys use the X as the ten; right?

16:09  6   **A.**    We use the Roman numeral ten.

16:09  7   **Q.**    And a.  And you call it an inhibitor; right?

16:09  8   **A.**    Correct.

16:09  9   **Q.**    And that X is one of the factors that you showed us;

16:09  10  right?

16:09  11  **A.**    That's correct.

16:09  12  **Q.**    And so these drugs -- and we'll focus on Xarelto right

16:09  13  now, but the other two work similarly -- when the Factor X is

16:09  14  getting ready to work in the cascade, right, to do a clot, it

16:09  15  becomes Xa -- that's "a" for activated; is that right?

16:09  16  **A.**    That's correct.

16:09  17  **Q.**    And then Xarelto would go in and inhibit that process,

16:09  18  stop that clotting process?

16:09  19  **A.**    It would bind to that and inhibit it or stop it.

16:09  20  **Q.**    So that's when it goes into action; right?  When the

16:09  21  clotting cascade starts?

16:09  22  **A.**    That's correct.

16:09  23  **Q.**    It doesn't do its work before that?

16:09  24  **A.**    That's correct.  And that's why we would call it a direct

16:10  25  anticoagulant.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:10 1   **Q.**   And we'll talk about this more in a little bit, but
16:10 2   Eliquis and Savaysa work the same way in that they both operate
16:10 3   on Factor Xa?
16:10 4   **A.**   They do.
16:10 5   **Q.**   And that's the only factor they operate on; right?
16:10 6   **A.**   That's correct.
16:10 7   **Q.**   Now, let's compare that.  Warfarin -- yeah, you did.  I'll
16:10 8   put it in black.  W-A-R-F-A-R-I-N; right?
16:10 9   **A.**   Yes.
16:10 10  **Q.**   Now, warfarin works very differently in that, when it goes
16:10 11  in, it actually goes into your liver and affects the vitamin K
16:10 12  process of making those factors; right?
16:10 13  **A.**   That's correct.
16:10 14  **Q.**   And it works on a couple factors?
16:10 15  **A.**   Four.
16:10 16  **Q.**   Four factors.  And can you tell us those factors.
16:10 17  **A.**   II, VII, IX, and X.
16:10 18  **Q.**   And am I supposed to go II like that?
16:10 19  **A.**   Correct.  You have to remember your Roman numerals.
16:11 20  **Q.**   Yeah, I know.  You're testing me.  II, VII --
16:11 21  **A.**   IX --
16:11 22  **Q.**   And X; right?
16:11 23  **A.**   Correct.
16:11 24  **Q.**   So the difference here is when warfarin goes into the
16:11 25  body, the liver's making these factors.  And it's interfering

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:11   1   with vitamin K that interferes then with the production of
16:11   2   these; is that --
16:11   3   A.    That's correct.  Vitamin K is necessary to -- to sort of
16:11   4   finish off those factors.  The liver makes the factors, but
16:11   5   then your body requires vitamin K to kind of finesse these
16:11   6   factors and finish them off.
16:11   7           So if you block vitamin K or you don't have enough
16:11   8   vitamin K or if you block it, which is what warfarin does, then
16:11   9   the vitamin K cannot kind of create those final effective
16:11   10  factors.  So the factors are essentially nonuseful.  They're
16:11   11  nonfunctional.
16:11   12  Q.    Whereas up here the factors are created, and they're not
16:11   13  bothering them until the clotting process is about to start?
16:12   14  A.    The drug goes in and basically neutralizes the Factor X.
16:12   15  It keeps it from doing its downstream work.
16:12   16  Q.    And warfarin is sometimes called a vitamin K --
16:12   17  A.    Antagonist.
16:12   18  Q.    Antagonist.  So a VKA, is that what we might see --
16:12   19  A.    Yes.  Uh-huh.
16:12   20  Q.    -- if we looked in some of the literature we're going to
16:12   21  look at; right?  They'll call it a VKA?
16:12   22  A.    Yes.
16:12   23  Q.    Now, when someone takes warfarin, because it has this
16:12   24  impact on all of these factors, there's other things in your
16:12   25  body that also affect vitamin K; right?

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:12   1   **A.**   Correct.

16:12   2   **Q.**   You can eat a lot of greens?

16:12   3   **A.**   Sure.

16:12   4   **Q.**   You can take medications?

16:12   5   **A.**   That can happen, sure.

16:12   6   **Q.**   You can drink alcohol.  Some people might do that?

16:12   7   **A.**   They might.

16:12   8   **Q.**   And so when you give someone a dose -- and this is one

16:12   9   pill a day generally for warfarin; right?

16:12   10  **A.**   Correct.

16:12   11  **Q.**   When you give someone a dose, you don't really know how

16:12   12  it's going to affect their particular factors and then all the

16:12   13  other things that are either coming into their body or their

16:12   14  unique characteristics; right?

16:13   15  **A.**   Well, as with any medicine, you can never know how it

16:13   16  affects unless you can measure it, unless you can measure the

16:13   17  drug in the blood or measure the effect of the drug in the

16:13   18  blood.

16:13   19        And with warfarin, we are able to do that.  So we are

16:13   20  able to tell how its affecting the clotting system.

16:13   21  **Q.**   But there's many medications you take where you don't have

16:13   22  to go have your blood tested regularly; right?

16:13   23  **A.**   That's correct.

16:13   24  **Q.**   But this one, because of the way it operates, there was

16:13   25  this test developed so you could regularly test the blood to

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:13  1    make sure the balance was right, if we go back to your
16:13  2    drawings; right?
16:13  3    A.    Right.  Well, it's not balanced, because, remember, we
16:13  4    create --
16:13  5    Q.    You put it out of balance?
16:13  6    A.    You put on out of balance.  But what we're trying to do is
16:13  7    control -- we're trying to fine-tune how much out of balance
16:13  8    we're going.  And that's what we try to do with any
16:13  9    anticoagulant.  We want to fine-tune that so that you don't get
16:13  10   blood too thin or blood not thin enough.
16:13  11   Q.    Okay.  And when the novel oral anticoagulants, the other
16:14  12   ones we've been talking about, when they were developed, one of
16:14  13   the benefits was supposed to be that you wouldn't have to have
16:14  14   this -- what they call routine monitoring; right?
16:14  15   A.    That was always considered to be a benefit -- a
16:14  16   convenience, I would say, more than a benefit; right?  This is
16:14  17   a convenience factor for patients having to go to the lab and
16:14  18   have their blood drawn.  As a physician, it's useful for me to
16:14  19   know what drug levels are, as we talked about.  But for a
16:14  20   patient, it's a convenience factor.
16:14  21   Q.    It's useful to know if you really -- if it's accurate.
16:14  22   You don't want to be misled by the measurement and think --
16:14  23   A.    That's correct.
16:14  24   Q.    -- something's not in their blood, especially something
16:14  25   like this, and it is?

DR. CINDY LEISSINGER - CROSS

16:14  1  **A.**   Correct.

16:14  2  **Q.**   So can you just explain to the jury -- or can I ask you

16:14  3  and make sure I have it right, I guess.

16:14  4       If somebody has some anticoagulant in their blood,

16:14  5  but there was some measurement and it didn't show you that it

16:14  6  was there and you went in and, let's say, did a surgery or you

16:14  7  did something, that could be dangerous for that person, right,

16:15  8  because you don't know that they're having more difficulty

16:15  9  clotting; right?

16:15  10  **A.**   I'm sorry.  Bleeding or clotting?

16:15  11  **Q.**   Clotting; right?  If they have enough in there that it

16:15  12  would reduce their clotting, but you can't read it, your test

16:15  13  doesn't know it --

16:15  14  **A.**   Right.

16:15  15  **Q.**   -- that could be dangerous for them; right?  Because you

16:15  16  could do a surgery or something where you thought their blood

16:15  17  clotted the normal amount --

16:15  18  **A.**   And they didn't.

16:15  19  **Q.**   -- and it didn't?

16:15  20  **A.**   That is true.

16:15  21       We would not want to be misled by a test that was a

16:15  22  false negative.  That's called a false negative.

16:15  23  **Q.**   Right.  And so doctors tell us a lot if we're going into

16:15  24  surgery, we're not supposed to be on anticoagulants; right?

16:15  25  **A.**   Correct.

DR. CINDY LEISSINGER - CROSS

16:15  1  **Q.**   So, before surgery, you would want someone to go off it.
16:15  2  You -- certainly, if you -- let's say the person was
16:15  3  unconscious, you would want to look, if you could, to make sure
16:15  4  they're not on an anticoagulant before you did the surgery if
16:15  5  you could find that out; right?
16:15  6  **A.**   If you could find that out.
16:15  7  **Q.**   And it's important to know that?
16:15  8  **A.**   Yes.
16:15  9  **Q.**   And that's why the measurements have to be predictable and
16:15  10  tested, right, and reliable?
16:16  11  **A.**   That's correct.
16:16  12  **Q.**   And warfarin, when you measure warfarin, you use the PT
16:16  13  test; right?
16:16  14  **A.**   We do.
16:16  15  **Q.**   With something called an INR?
16:16  16  **A.**   Right.
16:16  17  **Q.**   And that's been tested a lot; right?
16:16  18  **A.**   Right.
16:16  19  **Q.**   But that was developed over 30 years?
16:16  20  **A.**   The PT test has been around a very long time.  The PT test
16:16  21  itself has been around a very long time, starting back in the
16:16  22  1960s, even earlier a little bit.
16:16  23  **Q.**   But it took a long time to figure out how to use it with
16:16  24  warfarin, right, with the INR, how to convert it and make sure
16:16  25  that you could compare it and understand how much --

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:16  1    A.    I think, certainly, over the years, the degree of
16:16  2    experience that everyone has had with it has helped us to
16:16  3    understand what the safe ranges are, yes.
16:16  4    Q.    And, to this day, when someone's on warfarin, they have to
16:16  5    have that regular routine monitoring; right?
16:16  6    A.    They do.
16:16  7    Q.    And when we looked at the study -- let me pull up, if I
16:16  8    could, one of the studies.  Maybe I could use the ELMO.
16:16  9          One of the studies you looked at, I believe, was the
16:17  10   New England Journal of Medicine; right?
16:17  11   A.    I'm sorry.  What study are we referring to?
16:17  12   Q.    *The New England Journal of Medicine* study where you were
16:17  13   talking to counsel, I think, about the bleeds on Xarelto.
16:17  14   A.    Are we talking about the ROCKET trial, the results of the
16:17  15   ROCKET trial?
16:17  16   Q.    Yes.  From September 8th, 2011.
16:17  17   A.    Yes.  Okay.
16:17  18   Q.    So, first of all, this article shows that Bayer published
16:17  19   this article right at the time the drug was coming out on the
16:17  20   market; right?
16:17  21   A.    Correct.
16:17  22   Q.    So they didn't hide any of this information from anyone,
16:17  23   did they?
16:17  24   A.    What's in the article?  Certainly not.
16:17  25   Q.    And they laid out, as you said, in here the comparison

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:17  1   between the bleed events between Xarelto and warfarin; right?

16:17  2   A.   Correct.

16:17  3   Q.   All right.  So I'm going to show you first, if I can do it

16:17  4   right.

16:17  5          That's the article we've been talking about; right?

16:17  6   A.   Correct.

16:17  7   Q.   We're going to go here to the -- we're going to go here to

16:18  8   the chart.  Let's see if I can do it right.  It says

16:18  9   autofocus -- there it is.  Much better.  Yes.  Thank you.

16:18  10         So in this ROCKET test, they weren't just looking

16:18  11  at -- they weren't just looking at Xarelto; they were comparing

16:18  12  it specifically to warfarin.  Right?

16:18  13  A.   That's correct.

16:18  14  Q.   And the reason they'd do that is because warfarin was

16:18  15  working, and you don't want to put a drug on the market as an

16:18  16  option that doesn't work as well as the drug that's already

16:18  17  there; right?

16:18  18  A.   Right.  And we could go so far as to say it was the

16:18  19  standard of care.

16:18  20  Q.   So when these new NOACs came on, they had to be compared

16:19  21  to warfarin to make sure they were at least as good; right?

16:19  22  A.   Right.

16:19  23  Q.   They had other options, but they were at least as good?

16:19  24  A.   Correct.

16:19  25  Q.   So in this comparison, I think you all were just talking

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:19  1  about the major bleeds; right?  That's where you said 3.6 and

16:19  2  3.4; right?

16:19  3  A.   Correct.  Any major bleeding, 3.6, compared to 3.4 with

16:19  4  warfarin.

16:19  5  Q.   And you -- you've read Dr. Wong's testimony in this case,

16:19  6  the deposition; right?

16:19  7  A.   Yes.

16:19  8  Q.   And you understand that he was well aware of the risks

16:19  9  associated with Xarelto, the bleeding risks?

16:19 10  A.   I'm sure he was.

16:19 11  Q.   You were aware before you started working on this case;

16:19 12  right?

16:19 13  A.   Sure.

16:19 14  Q.   And do you understand that Dr. Wong was -- is more

16:19 15  concerned about the critical and the fatal bleeding and the

16:19 16  intracranial hemorrhages?

16:19 17  A.   Well, I can't speak to what Dr. Wong was worried or not

16:19 18  worried about, but certainly I'm sure he's familiar with the

16:19 19  data and I'm sure he was aware of the information that's there.

16:19 20  Q.   Do you remember him saying that in his deposition, that he

16:20 21  was more concerned about the fatal -- the bleeds that caused

16:20 22  death?

16:20 23       MR. DENTON:  Your Honor, I object to counsel

16:20 24  testifying about a deposition or testimony not in evidence.

16:20 25       THE COURT:  Well --

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:20  1   BY MS. WILKINSON:

16:20  2   Q.   Do you recall it?

16:20  3          THE COURT:  She doesn't recall it, yeah.

16:20  4          THE WITNESS:  You know, it's been a while since I've

16:20  5   read his deposition.  I don't dispute it; I don't really

16:20  6   remember specifically.

16:20  7   BY MS. WILKINSON:

16:20  8   Q.   Okay.  So let's start over here, if we could, at critical

16:20  9   bleeding.  Right there; right?  This is rivaroxaban, which is

16:20  10  Xarelto; right?

16:20  11  A.   Correct.

16:20  12  Q.   And it's .8?

16:20  13  A.   Correct.

16:20  14  Q.   And if you go over to warfarin, it's 1.2; correct?

16:20  15  A.   That's correct.

16:20  16  Q.   And what percentage increase is that, Doctor?

16:20  17  A.   So it's, according to that, about a 50 percent increase.

16:20  18  Q.   So 50 percent more people, depending on how you discuss

16:20  19  the numbers, had a critical bleed on warfarin than they did on

16:20  20  Xarelto; right?

16:20  21  A.   In the study, that's true.

16:21  22  Q.   And then if we look at fatal bleeding, we can see that, on

16:21  23  Xarelto, it was .2, right, events a year?

16:21  24  A.   Correct.

16:21  25  Q.   And it was .5 on warfarin; right?

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:21  1    **A.**   Uh-huh.

16:21  2    **Q.**   What percentage increase is that?

16:21  3    **A.**   It's about 100 percent.

16:21  4          I would like to comment on that if I may.

16:21  5          **MS. WILKINSON:**  Your Honor.

16:21  6          **THE COURT:**  Well, do you want to explain it?

16:21  7          **THE WITNESS:**  I would like to explain how I view it.

16:21  8    I think you're asking my opinion -- are you asking my opinion

16:21  9    about this?

16:21  10   **BY MS. WILKINSON:**

16:21  11   **Q.**   Not at the time moment.  I'm just trying to get the

16:21  12   numbers because you were only talking about the numbers with

16:21  13   Xarelto, and I just want to make it clear that there was a

16:21  14   comparison.

16:21  15   **A.**   Okay.

16:21  16   **Q.**   And we'll get to this in a minute.

16:21  17          And the intracranial hemorrhage.  First of all,

16:21  18   hemorrhage means bleeding?

16:21  19   **A.**   Yes.

16:21  20   **Q.**   And this shows that on Xarelto it was .5, and on warfarin

16:21  21   it was .7; right?

16:21  22   **A.**   It does.

16:21  23   **Q.**   You have reviewed a lot of the literature in getting ready

16:21  24   for your testimony and doing your report in this case; right?

16:22  25   **A.**   Yes.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:22  1   **Q.**   And you know that there's been a lot of literature
16:22  2   studying these novel oral anticoagulants; right?
16:22  3   **A.**   Yes.
16:22  4   **Q.**   And in study after study after study, they say that
16:22  5   Xarelto and the other Factor Xa inhibitors work as well as
16:22  6   warfarin without any monitoring; right?
16:22  7   **A.**   Mostly, yes.
16:22  8   **Q.**   So let's just make that clear.  There's monitoring that's
16:22  9   required as the standard of care for warfarin; right?  I'm just
16:22  10  going to put a little M here.  There's no monitoring required
16:22  11  as the standard of care for Xarelto; right?  Or with Xarelto?
16:22  12  **A.**   According to the product label, that's correct.
16:22  13  **Q.**   Same with Eliquis.  The product label does not require any
16:22  14  monitoring, does it?
16:22  15  **A.**   No.
16:22  16  **Q.**   Nor does it with Savaysa?
16:22  17  **A.**   Correct.
16:22  18  **Q.**   And if you read these articles, which we'll look at, all
16:22  19  of them say that without monitoring, just like that ROCKET
16:22  20  study showed you, that it worked just as well without any
16:23  21  monitoring as warfarin does when you have to monitor it?
16:23  22  **A.**   That's not true in my practice.
16:23  23  **Q.**   No, but I didn't ask about -- we can get to your practice.
16:23  24  But in the literature, that's what the literature shows; right?
16:23  25  **A.**   That is what is stated in many articles in the literature.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:23  1   **Q.**   And it's important for a doctor to be familiar with the
16:23  2   literature and then also your clinical professional experience;
16:23  3   right?
16:23  4   **A.**   That's correct.
16:23  5   **Q.**   And sometimes your professional experience doesn't always
16:23  6   match up with the studies; right?
16:23  7   **A.**   That's true.
16:23  8   **Q.**   But as doctors you rely on these studies because they look
16:23  9   at big groups of people normally; right?
16:23  10  **A.**   They do.
16:23  11  **Q.**   And they are, in fact, what informs the companies and the
16:23  12  FDA about what should go in labels; right?
16:23  13  **A.**   That is true.
16:23  14  **Q.**   And you read these studies to make sure that they're
16:23  15  conducted properly; right?
16:23  16  **A.**   Correct.
16:23  17  **Q.**   And comparisons are done properly?
16:23  18  **A.**   Correct.
16:23  19  **Q.**   So are you -- you're not disputing, are you, that the
16:23  20  literature has shown over and over again that these drugs work
16:24  21  just as well, that the Factor Xa inhibitors without monitoring,
16:24  22  as warfarin does in monitoring in the studies?
16:24  23  **A.**   In the studies that are published, that's true.
16:24  24  **Q.**   Now, in studies, there's lots of folks who have studied
16:24  25  these drugs, and we'll get to the PT test -- who have studied

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:24  1    these drugs that don't have any relationship to the companies

16:24  2    that make the drugs; right?

16:24  3    A.    Yes.

16:24  4    Q.    So -- but there's also studies that have been done that

16:24  5    have been funded by the companies that make the drugs?

16:24  6    A.    That's correct.

16:24  7    Q.    And it's appropriate, I believe, in your opinion, that you

16:24  8    have studies that are both independent and the responsibility

16:24  9    of the companies.  Is that fair?

16:24  10   A.    That's fair.

16:24  11   Q.    You like to see the science from both viewpoints?

16:24  12   A.    Sure.

16:24  13   Q.    And you don't have any problem with the science that was

16:24  14   done in the ROCKET science.  You haven't been critical of the

16:24  15   company or the way they did that study; correct?

16:24  16   A.    Oh, yes, I do have criticisms with the way the ROCKET

16:25  17   study was done.  And therein is the critical portion about this

16:25  18   as we talk about comparing Xarelto to warfarin in the way that

16:25  19   warfarin was managed in the ROCKET trial.  Very grave concerns

16:25  20   about that.

16:25  21   Q.    Right.  And there's articles that talk about that that say

16:25  22   that people have -- people have looked at that and said those

16:25  23   warfarin patients were managed the way they are in the real

16:25  24   world, and some people think that's not correct and other

16:25  25   people say that is correct; right?

OFFICIAL TRANSCRIPT

16:25  1   A.   What is very clear is that, in different parts of the

16:25  2   world even, the warfarin was managed very differently and that

16:25  3   the time that patients spent in the correct range on

16:25  4   warfarin -- because in monitoring we have to have patients in

16:25  5   that correct safe range.  And on the ROCKET trial, unlike the

16:25  6   trials of other drugs, the time that patients spent in range

16:25  7   was very low, meaning that the warfarin was very poorly

16:26  8   administered or poorly controlled in that study.  And that is a

16:26  9   major concern when we're trying to compare to warfarin.

16:26  10         You're not comparing to warfarin as used in the best

16:26  11  way or the ideal way or even the way that we use it in the U.S.

16:26  12  And there have been subsequent analyses of ROCKET that have

16:26  13  shown that, when you break apart the U.S. data, these things

16:26  14  that you just pointed out are not -- do not hold true, that in

16:26  15  the U.S., there was a greater difference between the Xarelto

16:26  16  and the warfarin.  And it's a big concern.

16:26  17  Q.   And there's been lots of what we call postmarketing

16:26  18  studies of ROCKET -- I mean, not of ROCKET -- of Xarelto

16:26  19  focused on U.S. patients; right?

16:26  20  A.   There have been some.

16:26  21  Q.   And you've seen those?  You've read those?

16:26  22  A.   I have seen some.

16:26  23  Q.   And those show that Xarelto does work as well as it was

16:26  24  shown that it worked in ROCKET; correct?

16:27  25  A.   Again, it may or may not.  I mean, there are papers --

DR. CINDY LEISSINGER - CROSS

16:27  1    there's debate about it, and there are people who feel that it

16:27  2    does and people who feel that it does not.  I think we have to

16:27  3    still contend with the fact -- and it is a fact -- that the

16:27  4    time of therapeutic range on the ROCKET trial was very low

16:27  5    compared even to the studies that were done with Savaysa or

16:27  6    apixaban or -- but anyway, so in the ROCKET trial the time of

16:27  7    therapeutic range was quite low.

16:27  8    Q.    But that's why it's important to continue the studies and

16:27  9    not just do the big study before the drug comes out on the

16:27  10   market like ROCKET did, but to continue to study when you have

16:27  11   many more patients who took the drug and you can verify whether

16:27  12   people are still doing well on those drugs or not; right?

16:27  13   A.    That's true.  And real-world studies have been done that

16:27  14   do bear out that there are some problems with rivaroxaban,

16:27  15   Xarelto, compared to warfarin or to its -- it's sort of sister

16:28  16   compounds, Eliquis and Savaysa.

16:28  17   Q.    Now, you understand that, in the label for Xarelto, there

16:28  18   are multiple warnings about the bleeding risk; right?

16:28  19   Associated with the drug?

16:28  20   A.    The one thing that I'm most aware of with the Xarelto

16:28  21   label is that, unlike the label for warfarin or Coumadin, which

16:28  22   has what's called a black box warning that comes on the label

16:28  23   with Coumadin that says, "A patient that takes this drug is at

16:28  24   risk of serious bleeding or death from bleeding."

16:28  25          No such warning exists to the label for Xarelto,

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:28 1   which is very surprising to me, even if we take just the face
16:28 2   value of the ROCKET trial where they say there's no difference;
16:28 3   it's the same.  That's what the ROCKET trial says:  No
16:28 4   difference in side effects or bleeding -- of major bleeds
16:28 5   between Xarelto and warfarin.  And yet the Xarelto label
16:29 6   doesn't contain the black box warning that Coumadin does.
16:29 7   **Q.**   Neither does the -- excuse me.  I don't want to cut you
16:29 8   off.
16:29 9   **A.**   Go ahead.
16:29 10  **Q.**   Do you understand that the plaintiffs in this case aren't
16:29 11  claiming that a black box warning should be on the label?
16:29 12          **MR. DENTON:**  I object, Your Honor, as to what we're
16:29 13  alleging.
16:29 14          **MS. WILKINSON:**  That is -- it was said it wasn't at
16:29 15  issue, Your Honor.
16:29 16          **MR. DENTON:**  Can we approach?  It's a warnings case.
16:29 17          **THE COURT:**  Come up.
16:29 18          (WHEREUPON, the following proceedings were held at
16:29 19  the bench.)
16:29 20          **MR. MEUNIER:**  Your Honor, it's an inadequate warning
16:29 21  and instructions case, and I think the jury can take into
16:29 22  account whatever facts are relevant to it.  I don't think it's
16:29 23  proper to try to limit with an expert witness what the
16:29 24  plaintiffs' arguments are.
16:29 25          **MS. WILKINSON:**  Your Honor, we have had

OFFICIAL TRANSCRIPT

16:29  1  representations to the Court about what the case was about and
16:29  2  it was not about a black box warning.
16:30  3          THE COURT:  Yeah.  I didn't hear anything about a
16:30  4  black box warning; I heard warning and instructions.
16:30  5          MR. MEUNIER:  But that doesn't necessarily make this
16:30  6  irrelevant, Judge.
16:30  7          MS. WILKINSON:  There no expert reports on that.
16:30  8          MR. DENTON:  You asked her the question about the
16:30  9  labeling, about bleeding risk --
16:30 10          MS. WILKINSON:  And that she answered.
16:30 11          MR. DENTON:  -- and she answered it.
16:30 12          MS. WILKINSON:  She can say that, but I think it's
16:30 13  fair for me to say that's not an issue in this case.  That's a
16:30 14  different --
16:30 15          MR. MEUNIER:  That's her personal opinion.
16:30 16          MS. WILKINSON:  -- claim.  That's fine.  But that's
16:30 17  what's presented, and you've all said that.  You've said it in
16:30 18  your papers.
16:30 19          MR. MEUNIER:  Judge, if the case is about the failure
16:30 20  of the manufacturer to use care in the warning and instructions
16:30 21  it gives, I don't understand why the jury can't take that into
16:30 22  account.
16:30 23          THE COURT:  I'll let you do that on redirect, but
16:30 24  I'll overrule the objection and allow it.
16:30 25          MS. WILKINSON:  Thank you.

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 16:30 | 1 | (WHEREUPON, the following proceedings were held in |
| 16:30 | 2 | open court.) |
| 16:31 | 3 | BY MS. WILKINSON: |
| 16:31 | 4 | Q.   Dr. Leissinger, are you aware that in this case the |
| 16:31 | 5 | plaintiffs are not claiming that a black box warning should be |
| 16:31 | 6 | on Xarelto? |
| 16:31 | 7 | A.   I guess.  I mean, I -- |
| 16:31 | 8 | Q.   Let's talk about the warnings that are on the packages, if |
| 16:31 | 9 | we could.  All right?  Let's start with the Xarelto warning.  I |
| 16:31 | 10 | think I asked you, you know that there is -- there are many |
| 16:31 | 11 | warnings with the bleeding risk on the Xarelto labeling; |
| 16:31 | 12 | correct? |
| 16:31 | 13 | A.   Can you specifically -- I don't have it here in front of |
| 16:31 | 14 | me. |
| 16:31 | 15 | Q.   Sure.  We'll give you one, if we could. |
| 16:31 | 16 | THE COURT:  Why don't you put on up on the screen. |
| 16:31 | 17 | MS. WILKINSON:  Should I do that? |
| 16:32 | 18 | BY MS. WILKINSON: |
| 16:32 | 19 | Q.   Now, this is the first page of warning; is that right? |
| 16:32 | 20 | A.   Yes. |
| 16:32 | 21 | Q.   Of Xarelto?  And it says right there, doesn't it, "Risk of |
| 16:32 | 22 | bleeding.  Xarelto can cause serious and fatal bleeding." |
| 16:32 | 23 | A.   Yes. |
| 16:32 | 24 | Q.   All right.  It doesn't get any more serious than that; |
| 16:32 | 25 | right? |

DR. CINDY LEISSINGER - CROSS

16:32   1   **A.**    That's serious.

16:32   2   **Q.**    You said that a GI bleed in this case is a serious bleed;

16:32   3   right?

16:32   4   **A.**    It is.

16:32   5   **Q.**    So that qualifies under that warning?

16:32   6   **A.**    Yes.

16:32   7   **Q.**    And that's clearly warning about those types of bleeds;

16:32   8   right?

16:32   9   **A.**    Yes, it is.

16:32   10  **Q.**    And about fatal bleeds?

16:32   11  **A.**    Yes, it is.

16:32   12  **Q.**    And it says the most common adverse reaction is bleeding;

16:32   13  right?

16:32   14  **A.**    It does.

16:32   15  **Q.**    Now, this -- well -- that is talking about the

16:32   16  discontinuation of using Xarelto because of the bleeding risk

16:32   17  when you're having surgery; right?

16:32   18  **A.**    Yes.

16:32   19  **Q.**    And that's what we were talking about earlier?

16:33   20  **A.**    Yes.

16:33   21  **Q.**    And that's clearly in the label?

16:33   22  **A.**    That's clearly in the label.  Of course, it is a concern

16:33   23  because sometimes people need emergency surgery, and so one

16:33   24  cannot stop in advance and have no warning, somebody comes in

16:33   25  with an appendicitis or whatever.

OFFICIAL TRANSCRIPT

16:33  1        So it is, obviously, concern that -- yes, if we have

16:33  2   advanced warning and we know it's an elective surgery, we can

16:33  3   stop appropriately, let the drug clear out of the system, and

16:33  4   then do surgery.  But that's not always possible.

16:33  5   Q.   Right.  Of course.

16:33  6        And this section talks about the contraindications;

16:33  7   right?  You're not supposed to take it if you have active

16:33  8   pathological bleeding; right?

16:33  9   A.   That's correct.

16:33 10   Q.   And then it talks down here about the risk of bleeding.

16:33 11   That says "Xarelto increases the risk of bleeding and can cause

16:33 12   serious or fatal bleeding."  Right?

16:33 13   A.   Correct.

16:33 14   Q.   And "In deciding whether to prescribe Xarelto" -- so this

16:33 15   is talking to the doctors; right?  "In deciding whether to

16:34 16   prescribe Xarelto to patients at increased risk of bleeding,

16:34 17   the risk of thrombotic events should be weighed against the

16:34 18   risk of bleeding."

16:34 19   A.   Of course.

16:34 20   Q.   The label also includes the actual ROCKET data in Table 1;

16:34 21   isn't that right?  Do you see that where it says Table 1,

16:34 22   "Bleeding Events in ROCKET"?

16:34 23   A.   Yes.

16:34 24   Q.   And it talks about major bleeding; right?

16:34 25   A.   Yes, on the top line.

DR. CINDY LEISSINGER - CROSS

16:34  1   **Q.**   And it shows Xarelto versus warfarin; right?

16:34  2   **A.**   Correct.

16:34  3   **Q.**   So a doctor reading this label doesn't just get the

16:34  4   conclusion; you can actually see the -- the table with some of

16:34  5   the data; right?

16:34  6   **A.**   Correct.

16:34  7   **Q.**   And that's not uncommon in labels when there's been a

16:34  8   major study?

16:34  9   **A.**   I agree.

16:34  10  **Q.**   And so I've highlighted there.  It talks under "Major

16:34  11  Bleeding" about bleeding in a critical organ and fatal

16:35  12  bleeding.  And it even talks specifically about

16:35  13  gastrointestinal bleed, doesn't it?

16:35  14  **A.**   It does.

16:35  15  **Q.**   And shows you that in this case for Xarelto, unlike the

16:35  16  other bleeds, that gastrointestinal bleeding is actually a

16:35  17  higher risk in Xarelto than in warfarin; right?

16:35  18  **A.**   That is correct.

16:35  19  **Q.**   So a doctor reading that can see that the data shows from

16:35  20  this study that you're at a higher risk of a GI bleed on this

16:35  21  particular drug under these study conditions than you would be

16:35  22  under warfarin?

16:35  23  **A.**   Yes.

16:35  24  **Q.**   Now, let's make sure I've shown you all the major ones

16:35  25  attached.

OFFICIAL TRANSCRIPT

16:35  1        And I believe you raised the issue that you said that

16:36  2   in the ROCKET study you were a little concerned -- a lot

16:36  3   concerned -- I don't want to put words in your mouth -- about

16:36  4   the management of the warfarin patients; right?  Whether they

16:36  5   were well managed or not; right?

16:36  6   A.    Yes.

16:36  7   Q.    And you know that the companies put even that information

16:36  8   in their label, didn't they?  They said, "There's insufficient

16:36  9   experience to determine how Xarelto and warfarin compare when

16:36  10  warfarin therapy is well controlled."  Right?

16:36  11  A.    Yes.

16:36  12  Q.    So that they made that clear to doctors even.  Your

16:36  13  concern is noted there; right?

16:36  14  A.    It is.

16:36  15  Q.    Now, if I -- well, you have looked.  If we look at the

16:36  16  other labels for other anticoagulants, they all warn of

16:36  17  bleeding risk, don't they?

16:36  18        MR. DENTON:  Your Honor, we object to the relevancy

16:36  19  of other labels that aren't at issue.

16:36  20        MS. WILKINSON:  Starting with Coumadin.  I mean,

16:36  21  we're talking about the increased risks.

16:36  22        THE COURT:  We haven't talked about the other things.

16:37  23  I'm a little concerned that we get off on irrelevant matters at

16:37  24  this point.

16:37  25        MS. WILKINSON:  Can I ask about warfarin?

DR. CINDY LEISSINGER - CROSS

16:37    1          **THE COURT:**  Yes, just warfarin.

16:37    2          **MS. WILKINSON:**  Let's stick with warfarin.

16:37    3    BY MS. WILKINSON:

16:37    4    **Q.**    Warfarin has a warning that says, "Coumadin can cause

16:37    5    major or fatal bleeding."  Right?

16:37    6    **A.**    That's its black box warning.

16:37    7    **Q.**    As I understood your explanation earlier to plaintiffs'

16:37    8    counsel, it's part of the benefit and the risk of the drug

16:37    9    because of the way it works on the body.  There's no way to get

16:37   10    the benefit of reducing the clotting, which is to help reduce

16:37   11    the risk of stroke, without increasing the risk of bleeding; is

16:37   12    that right?

16:37   13    **A.**    For any anticoagulant, that is true.

16:37   14    **Q.**    So the ones we were talking about earlier -- Savaysa,

16:37   15    Eliquis -- they all have that risk?

16:37   16    **A.**    Of course.

16:37   17    **Q.**    And you're familiar with the risks -- the serious risk of

16:37   18    stroke; right?

16:38   19    **A.**    I am.

16:38   20    **Q.**    And you don't normally treat patients who have AFib, do

16:38   21    you?

16:38   22    **A.**    I do not ordinarily treat patients with AFib unless they

16:38   23    also happen to have another hematologic disorder or a bleeding

16:38   24    or clotting disorder, in which case I would be consulted to

16:38   25    deal with those.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:38  1   **Q.**   Have you ever been asked to consult with Colleen Johnson,

16:38  2   a cardiologist here in town?

16:38  3   **A.**   No.

16:38  4   **Q.**   When you said that your patients sometimes have home

16:38  5   monitors, is that because some of you use specialized -- on

16:38  6   some of the people who have some of the most difficult bleeding

16:38  7   disorders that we know of, like hemophilia?

16:38  8   **A.**   That's not specifically the reason they have home

16:38  9   monitors.  I do take care of very complicated -- patients who

16:38  10  have very complicated disorders of coagulation.  But home

16:38  11  monitors are not restricted to that group.  I mean, obviously,

16:39  12  home monitors are valuable for any patient who's going to be on

16:39  13  long-term warfarin.

16:39  14  **Q.**   And the home monitors, do you use a PT test with that as

16:39  15  well?

16:39  16  **A.**   They do use a PT test.

16:39  17  **Q.**   And I want to make sure I understand your -- one of your

16:39  18  opinions in this case.

16:39  19        You think that there could be a PT test -- or that

16:39  20  there is one -- that could be used with Xarelto; right?

16:39  21  **A.**   I do think that.

16:39  22  **Q.**   To predict the highest bleeding risk; is that right?

16:39  23  **A.**   I do think that.

16:39  24  **Q.**   And you think, though, to do that, you have to use a

16:39  25  certain reagent; right?

DR. CINDY LEISSINGER - CROSS

16:39  1    **A.**    We know that you do.  And we know that it can predict high

16:39  2    levels.

16:39  3    **Q.**    What's the name of that reagent?

16:39  4    **A.**    Neoplastin Plus.

16:39  5    **Q.**    Neoplastin Plus.  Now, there's lots of different reagents;

16:39  6    right?

16:39  7    **A.**    That's correct.

16:39  8    **Q.**    And the data that you saw with the FDA review of the

16:39  9    ROCKET data, that's based on Neoplastin being the reagent for

16:39  10   PT; right?

16:39  11   **A.**    That's correct.

16:39  12   **Q.**    So another reagent is not going to have the same

16:40  13   predictive value; right?

16:40  14   **A.**    That's right.

16:40  15   **Q.**    So if we were looking at studies and they showed PT tests

16:40  16   that didn't have Neoplastin, you don't know -- not just you,

16:40  17   but there's not science out there to show us whether that's

16:40  18   predictive; right?

16:40  19   **A.**    Well, that's not entirely correct.  We have a very good

16:40  20   study that was published years ago that very carefully looked

16:40  21   at, I believe, five or six of the different reagents and

16:40  22   compared it to the -- a spiked concentration of Xarelto in an

16:40  23   in vitro sample and demonstrated how Neoplastin compared to

16:40  24   other reagents.

16:40  25   **Q.**    So I'm glad you brought that up, because yesterday it was

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

| | | |
|---|---|---|
| 16:40 | 1 | suggested that the idea that this PT test could be done was |
| 16:40 | 2 | hidden or buried at the FDA. |
| 16:40 | 3 | That's not true, is it? |
| 16:40 | 4 | A.   I'm sorry.  I wasn't here yesterday.  I don't know what |
| 16:40 | 5 | you're referring to. |
| 16:40 | 6 | Q.   Let me ask you.  You have seen that this PT test and the |
| 16:41 | 7 | idea of this PT test with Neoplastin is in literature that's |
| 16:41 | 8 | been published since, as you said, 2005 when Bayer published it |
| 16:41 | 9 | before the drug was even on the market, didn't it? |
| 16:41 | 10 | A.   It was.  However, what was not done in the literature and |
| 16:41 | 11 | was part of the information that would have been the most |
| 16:41 | 12 | useful is how it correlated with bleeding events.  And so that |
| 16:41 | 13 | information, you know, only the company has and, to my |
| 16:41 | 14 | knowledge, other than what's in FDA reports, has not been |
| 16:41 | 15 | published. |
| 16:41 | 16 | What I'm specifically referring to is the PT, using |
| 16:41 | 17 | the Neoplastin -- how that PT levels using Neoplastin compare |
| 16:41 | 18 | to bleeding events in patients who are on Xarelto. |
| 16:41 | 19 | Q.   So, Doctor, I'm sure, before you came to court and before |
| 16:41 | 20 | you did your report, you tried to review all the literature |
| 16:41 | 21 | that's available on this subject; right? |
| 16:41 | 22 | A.   I reviewed a lot of literature. |
| 16:41 | 23 | Q.   And is it your position that there's no literature out |
| 16:41 | 24 | there talking about the bleeding risk associated using the PT |
| 16:42 | 25 | test, that correlation and Xarelto? |

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:42  1   **A.**   I'm not aware of it if there is.

16:42  2   **Q.**   All right.  Well, let's take a look at that, then.

16:42  3        First of all, you know that the FDA did its own

16:42  4   analysis; right?

16:42  5   **A.**   That's correct?

16:42  6   **Q.**   You were talking about.

16:42  7   **A.**   Yes.

16:42  8   **Q.**   You know that was put on the website for the public and

16:42  9   for the scientists right after the drug came out?

16:42  10  **A.**   You mean on the FDA website?

16:42  11  **Q.**   Yes, the public website.

16:42  12  **A.**   I'm sure that the FDA does make public some information.

16:42  13  I know that it's very rare for busy physicians to go into it

16:42  14  and, you know, do an Internet search on FDA and what the FDA

16:42  15  may or may not -- the FDA report, as I recall, was well -- just

16:42  16  the final report was well over 350 pages.

16:42  17        So there's a lot of information that exists that is

16:42  18  there but not necessarily -- I would say accessible or readily

16:43  19  accessible to doctors who need this information.

16:43  20  **Q.**   Okay.  I understand that's your position.

16:43  21        So does that mean you haven't seen articles where

16:43  22  scientists have actually cited the FDA reports on this exact

16:43  23  topic?

16:43  24  **A.**   Well, they may well have cited it, but the data itself was

16:43  25  done by the FDA.  I mean, I personally -- if there is a

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

1    publication, I'd like to see it.

2    Q.   Okay.  We will.  Let's start, first of all, are you

3    familiar -- maybe you haven't seen it, so if you haven't --

4    with the specific page on the FDA website that provides all the

5    different documents that were part of the review, including the

6    summary review that you were looking at?

7    A.   I'm sorry.  I'd have to --

8    Q.   Sure.

9            MS. WILKINSON:  Your Honor, may I approach?

10           THE WITNESS:  I can't right offhand recall it.  So

11   this is -- I see two pages of a list.  Okay.

12   BY MS. WILKINSON:

13   Q.   And right.  And it lists there the approval letters;

14   right?

15   A.   Yes.

16   Q.   The summary review?

17   A.   Yes.

18   Q.   Go down the medical review, the chemistry review, the

19   pharmacology review; right?

20   A.   And these are all on the FDA website.

21   Q.   And go down to the bottom, even it says "ROCKET AF

22   Reanalysis," doesn't it?

23   A.   It does.

24   Q.   So all of these are available on the website if someone

25   wants to look at them; right?

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

1   **A.**   I'm sure they are.

2   **Q.**   Right.  And academics and people who are interested and

3   write about the subject, people who write for journals like

4   journals that you've been scientific -- a scientific review of

5   them go take that data and try and look at it, don't they, and

6   try and see if there is some usable test for clinicians that

7   would help them prescribing these drugs?

8   **A.**   Certainly, it's of interest.

9   **Q.**   Let's start with the first article.  I'm going to hand

10  up -- it's a plaintiffs' exhibit, so I -- it came from your

11  counsel, but I'm going to give you my defense copy because I

12  don't know if they gave you.

13          It's Plaintiffs' Exhibit 5767930, and we've marked it

14  as Defense Exhibit 2213.

15  **A.**   Okay.

16  **Q.**   Okay.  This is written by a bunch of folks?

17          **MS. WILKINSON:**  Your Honor, may I put this up as a

18  demonstrative?

19          **THE COURT:**  Yes.

20  BY MS. WILKINSON:

21  **Q.**   And the first author there is Maureen Smythe; is that

22  right?

23  **A.**   Yes.

24  **Q.**   And this is talking about rivaroxaban, which is Xarelto;

25  right?

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:45  1   **A.**   Yes.

16:45  2   **Q.**   And it's talking about the result of the predictable

16:45  3   pharmacokinetics and -- I'm sorry -- pharmacodynamics; right?

16:46  4   **A.**   I'm sorry.  Let me --

16:46  5   **Q.**   On the first page.

16:46  6   **A.**   On the first page.  Are you talking about the abstract

16:46  7   here?  And it is in the middle --

16:46  8   **Q.**   I've put it up on the screen.

16:46  9            THE COURT:  She's marked it on the screen for you.

16:46  10           THE WITNESS:  I see.

16:46  11   BY MS. WILKINSON:

16:46  12   **Q.**   See that?  I'm sorry.

16:46  13   **A.**   Yes.  All right.  Well, if I might just comment.  Can you

16:46  14   just move that up a little bit so I can read it?

16:46  15   **Q.**   Of course.

16:46  16   **A.**   Up, up.

16:46  17   **Q.**   Oh, sorry.

16:46  18   **A.**   So I mean, I might just --

16:46  19   **Q.**   Let me just start with the basics, because I'm --

16:46  20           THE COURT:  Are you finished?  What were you saying?

16:46  21           THE WITNESS:  Well, I was just going to comment that

16:46  22   these authors that wrote this paper -- that's an opinion.  I

16:46  23   mean, that's not reference.  This is their opinion that there's

16:46  24   predictable pharmacokinetic and pharmacodynamics, and,

16:46  25   therefore, a fixed dose is administered without routine

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

1   coagulation testing.  I mean, that's their opinion.

2   **BY MS. WILKINSON:**

3   **Q.**   And they published it in a peer review journal so that

4   other scientists and doctors can read it; right?

5   **A.**   It is published, but it's not -- it's not scientific data.

6   This is an opinion piece.

7   **Q.**   All right.  Well, let's keep going.

8         Have you ever read it before?

9   **A.**   I have not.

10   **Q.**   All right.  So let's -- they actually look at the

11   different NOACs, don't they?  Pradaxa, Xarelto -- and I get

12   these two confused, but one is Eliquis and one is Savaysa;

13   right?

14   **A.**   Right.

15   **Q.**   And they're looking at different tests; right?

16   Specifically Table 2, they're looking at data from clinical

17   tests, right, of Xarelto?

18   **A.**   I'm sorry.  I --

19   **Q.**   I'm sorry.

20   **A.**   What are you pointing out to me?  "Tests," I'm not sure.

21   What do you mean, "tests"?

22   **Q.**   I just mean data.  Sorry if I'm not getting the words

23   right.

24         All I'm saying is this says "dosages studied."  Do

25   you see that?

DR. CINDY LEISSINGER - CROSS

16:48  1    A.    Okay.  So they're just reviewing the dosages that were

16:48  2    used in the different trials.

16:48  3    Q.    Okay.

16:48  4    A.    I see.

16:48  5    Q.    And then let's go to the next page.  And here we go.

16:48  6    Right there it says "in ROCKET AF" -- that's the FDA study;

16:48  7    right?

16:48  8    A.    Uh-huh.

16:48  9    Q.    That's our data, and they studied it.  It says it's an

16:48  10   evaluation of PT data from 7,008 patients; right?

16:48  11   A.    Uh-huh.

16:48  12   Q.    That's accurate, isn't it?

16:48  13   A.    Okay.  Yes.

16:48  14   Q.    "Demonstrated a relationship between increase in PT and an

16:48  15   increased risk of major bleeding."

16:48  16   A.    And the Reference 29 is the FDA data that they're

16:48  17   referencing?

16:48  18   Q.    Let's go look.  29, correct.  That's what I was just

16:48  19   asking you; right?

16:48  20   A.    Yes.

16:48  21   Q.    Did people get access to the data and publish it?

16:49  22   A.    Yes.

16:49  23   Q.    It was not a secret, was it?

16:49  24   A.    No one said it was a secret.  But, no, it's not a secret.

16:49  25   Q.    Well, they did yesterday.  They did say it was a secret.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

| | | |
|---|---|---|
| 16:49 | 1 | **MR. DENTON:**  Your Honor -- |
| 16:49 | 2 | **THE COURT:**  No.  I'll sustain the objection. |
| 16:49 | 3 | BY MS. WILKINSON: |
| 16:49 | 4 | Q.   So this is in a published document citing to the FDA data |
| 16:49 | 5 | you were discussing in your -- |
| 16:49 | 6 | A.   Correct.  Yes, it is. |
| 16:49 | 7 | Q.   -- direct testimony; right? |
| 16:49 | 8 | A.   Yes, it is. |
| 16:49 | 9 | Q.   And this article was published -- |
| 16:49 | 10 | A.   2013. |
| 16:49 | 11 | Q.   -- 2013.  So that was four years ago; right? |
| 16:49 | 12 | A.   Give or take. |
| 16:49 | 13 | Q.   Give or take.  And have you looked to see if there are any |
| 16:49 | 14 | other studies that talk about the ROCKET data and this idea |
| 16:49 | 15 | of -- excuse me -- of the -- using the PT test to see if |
| 16:49 | 16 | there's a connection or -- |
| 16:49 | 17 | A.   I've looked at many, many articles.  Specifically as to |
| 16:49 | 18 | that, but -- I was not familiar with this particular one, and |
| 16:49 | 19 | there may be others.  But, no, I have not seen others. |
| 16:49 | 20 | Q.   Okay.  Have you heard of an article that just came out |
| 16:49 | 21 | from Eikelboom that was -- |
| 16:50 | 22 | A.   Yes. |
| 16:50 | 23 | Q.   You have that up there with you, don't you? |
| 16:50 | 24 | A.   Yes, I do. |
| 16:50 | 25 | Q.   So you've used this document yourself; right?  It was |

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:50  1   added to your reliance materials?

16:50  2   A.   Right.

16:50  3   Q.   And if we look at that document, this document that you

16:50  4   have not only cites the FDA data, but it shows charts from the

16:50  5   FDA, doesn't it?

16:50  6   A.   Yes, it does.

16:50  7        MR. DENTON:  Can I have a copy of that, please,

16:50  8   Counsel.

16:50  9        MS. WILKINSON:  Sure.

16:50  10  BY MS. WILKINSON:

16:50  11  Q.   So this document has quite a bit of information.  In fact,

16:50  12  if you don't mind, I numbered it so I could keep track myself

16:50  13  of the things I wanted to show you.

16:50  14  A.   Okay.

16:50  15  Q.   First of all, tell the jury, if you could, what it's

16:50  16  titled.

16:50  17  A.   "Laboratory monitoring of nonvitamin K antagonist oral

16:50  18  anticoagulant use in patients with atrial fibrillation."  And

16:50  19  it was published just very recently this year, so within the

16:50  20  last couple of months.

16:50  21  Q.   So this would be some of the most recent --

16:51  22  A.   Yes.

16:51  23  Q.   -- published science about this very topic that we're

16:51  24  talking about; right?

16:51  25  A.   Right.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:51  1    Q.   And when they say the nonvitamin K, they're talking about

16:51  2    non-warfarin; correct?

16:51  3    A.   Right.

16:51  4    Q.   And up front they kind of have a summary of what they're

16:51  5    talking about; right?  You go through observations,

16:51  6    conclusions, but that's just a summary; correct?

16:51  7    A.   That's a summary or an abstract, right.

16:51  8    Q.   So we can go back to that, but let's start with the

16:51  9    basics.  And they too start talking right up front about our

16:51  10   ROCKET trial, don't they, and other trials?  They say,

16:51  11   "Randomized controlled trials that include more than 71,000

16:51  12   patients have demonstrated that fixed-dose" -- that means a

16:51  13   regular dose; right?

16:51  14   A.   Yes.

16:51  15   Q.   -- "unmonitored therapy" -- right?

16:51  16   A.   Yes.

16:51  17   Q.   -- "with these agents is at least as effective as

16:51  18   dose-adjusted warfarin for stroke prevention and is associated

16:51  19   with less serious bleeding, particularly decreased intracranial

16:51  20   hemorrhage"; right?

16:52  21   A.   Yes.  And this -- right.  Taken on average, that's true.

16:52  22   Q.   And this is a very well-regarded journal, isn't it, *JAMA*

16:52  23   *Cardiology*?

16:52  24   A.   It is.

16:52  25   Q.   So would you say that this is just the opinion of these

OFFICIAL TRANSCRIPT

16:52   1    authors, or are they making their conclusions based on the data

16:52   2    that they looked at?

16:52   3    A.   I think this is their review of the literature, the

16:52   4    studies, and, you know, a general consensus amongst the

16:52   5    authors.

16:52   6    Q.   Okay.

16:52   7    A.   This is, by the way, a review.  It's not a -- it's not

16:52   8    original research, but it is a good review article on the

16:52   9    subject.

16:52   10   Q.   And they're looking at all the different studies, right,

16:52   11   so they can see what's out there?

16:52   12   A.   Sure.  I'm sure they are.

16:52   13   Q.   And then let's turn this -- sorry about that -- over.  And

16:52   14   I've written that on my page just for my own cheat sheet.  So

16:53   15   ignore that.  But over here, Figure 1.  Do you see that?

16:53   16   A.   Yes.

16:53   17   Q.   And do you know what Figure 1 refers to?

16:53   18   A.   It's looking at information very similar to what we showed

16:53   19   earlier, when we were talking about the quartiles of patients

16:53   20   on the ROCKET study and showing the risk of bleeding compared

16:53   21   to the -- in the case of the Xarelto compared to the PT done

16:53   22   with the Neoplastin reagent.

16:53   23        For each of these -- now, this is looking at all four

16:53   24   of the new oral anticoagulants.  So we have Pradaxa, Xarelto,

16:53   25   apixaban, and edoxaban.  And they're looking at all four and

DR. CINDY LEISSINGER - CROSS

16:53   1   showing that, again -- well, one of the things, though, that I
16:53   2   find really interesting about this is that, with the exception
16:54   3   of Xarelto, the three other NOACs that are represented in this
16:54   4   have actually done drug levels and compared the drug levels to
16:54   5   the bleeding risk.  Only Xarelto is the -- and the company that
16:54   6   developed Xarelto is the only one that did not do that.  And
16:54   7   that, again, I mean, I think would have been helpful from the
16:54   8   get-go, is to look at actual drug levels.
16:54   9          In the meantime, we have a PT using a specific
16:54  10   reagent that allows us to do that with some good correlation.
16:54  11   Q.   Whereas those other drugs don't have any tests that you're
16:54  12   aware of?
16:54  13   A.   Oh, no, I didn't say that.  What I said is, when you look
16:54  14   at these graphs, what it shows is that each of the other drugs,
16:54  15   they're actually looking at the drug level itself in the blood.
16:54  16   Only the line of graphs, which is that second -- that B -- I'm
16:54  17   sorry -- I think it's C and D which is referring to Xarelto,
16:54  18   all the other -- so the top two graphs are Pradaxa, the third
16:54  19   set of graphs refers to apixaban, and the fourth set of graphs
16:55  20   refers to edoxaban.  All of those are looking at actual drug
16:55  21   concentration.  So they actually looked at drug concentration
16:55  22   compared to bleeding risk.
16:55  23          That was not done with Xarelto.  However, the PT was
16:55  24   done.  And previous work showed that PT correlated.
16:55  25   Q.   And you know that this analysis that was done by the FDA

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:55   1    on Xarelto was also done by the FDA on these other drugs,
16:55   2    wasn't it?
16:55   3    **A.**   Correct.
16:55   4    **Q.**   So this is an issue the FDA is very well aware of, isn't
16:55   5    it, whether there's a connection --
16:55   6    **A.**   Correct.
16:55   7    **Q.**   -- for bleeding risk?
16:55   8           **MR. DENTON:**  Your Honor, there's no foundation that
16:55   9    she knows anything about the FDA.  She's certainly not a
16:55  10    regulatory expert.
16:55  11           **MS. WILKINSON:**  Your Honor, I believe she said yes.
16:55  12           **THE COURT:**  Well, it is what it is.
16:55  13    BY MS. WILKINSON:
16:55  14    **Q.**   So this says right here -- this is your article and it
16:55  15    says this data is based on analyses by the FDA; right?
16:55  16    **A.**   It does.
16:55  17    **Q.**   And these analyses, again, were done on not just Xarelto
16:56  18    but on the other NOACs; correct?
16:56  19    **A.**   Yes.
16:56  20    **Q.**   And all this information, again, came from the FDA.  If we
16:56  21    look at the actual cite there -- sorry -- if you look here,
16:56  22    down to where I put No. 8.  Excuse me.  Do you see that?
16:56  23           "Secondary analyses of trials demonstrating an
16:56  24    association between NOAC blood levels and clinical outcomes."
16:56  25           And 2 through 9 tells you where they got that from;

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:56  1   right?  That's the footnote?

16:56  2   A.   That's what they've referenced, yes.

16:56  3   Q.   And if we go to the footnote, we see that the FDA studies

16:56  4   are cited, aren't they?  2 says FDA, 3 says FDA, 4, 5, 6;

16:56  5   right?

16:56  6   A.   Can you give me just a minute to look.

16:57  7   Q.   Yes.  I'm sorry.

16:57  8   A.   Because I wanted to read the whole sentence.

16:57  9        So what they're saying in this paragraph -- what the

16:57  10   authors are saying in this paragraph is that the secondary

16:57  11   analyses done by the FDA does demonstrate an association

16:57  12   between the blood levels of the anticoagulants and the clinical

16:57  13   outcomes, just as they showed in those graphs.  As the

16:57  14   concentration goes up, the bleeds go up.

16:57  15        And it has prompted suggestions that the dose of each

16:57  16   of the drugs should be adjusted based on the results of routine

16:57  17   laboratory monitoring of their anticoagulant effects.

16:57  18        So I think, again, it is pointing out that, because

16:57  19   you do see this association with as drug goes up, bleeding goes

16:57  20   up, then, gosh, wouldn't it be great to be able to look and see

16:57  21   who's got high levels and is at risk of bleeding.

16:57  22   Q.   And I think, as you just read it, they're saying all of

16:58  23   the NOACs have that feature, right, or that --

16:58  24   A.   Well, they all have the need for it.  I mean, this is not

16:58  25   unique to Xarelto; but, right, each of these would be better

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:58   1   used, I think, and more safely used in our patients if we were
16:58   2   able to at least do a measurement.  I don't know that
16:58   3   monitoring is really where we're -- the point we're trying to
16:58   4   make here, but to at least be able to do a blood test to tell
16:58   5   if our patient is overly anticoagulated.
16:58   6   Q.   As I understood, you were saying you thought there should
16:58   7   be routine monitoring with these NOACs.  Now you don't take
16:58   8   that position?
16:58   9   A.   I think more to the point -- and what we have data for now
16:58   10  as opposed to -- would I like to see some ability to monitor
16:58   11  and adjust dosing?  Yeah, that would be ideal.  But that's not
16:58   12  what we're talking about now.  What we have now, the
16:58   13  information we have now, would suggest that we could at least
16:58   14  do a lab test to see who has the highest levels in their blood
16:59   15  and who is at greatest risk for bleeding.
16:59   16  Q.   All right.  Well, let's take a look at the conclusion.
16:59   17  Because after these authors looked at all this data, they made
16:59   18  a recommendation; right?  And they start with their conclusion
16:59   19  up there.  Do you see that at the top?
16:59   20  A.   Yes.
16:59   21  Q.   "Robust evidence from patients with AFib randomized to
16:59   22  NOACs or warfarin demonstrate that unmonitored NOAC therapy is
16:59   23  at least as effective and safer than warfarin, with lower rates
16:59   24  of intracranial hemorrhage and reduced mortality."  Right?
16:59   25  A.   That is what they said.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

16:59  1   Q.   And then if you go down, it says, "Although it is possible
16:59  2   to accurately measure the NOAC drug levels" -- as you were
16:59  3   mentioning -- they say, "information is lacking on the optimal
16:59  4   level in each particular patient group"; right?
16:59  5   A.   That's what -- that is what they're saying.
16:59  6   Q.   And they're saying that for all the drugs, not just
16:59  7   Xarelto; right?
16:59  8   A.   Right.  And they go on to say in that same sentence, "The
16:59  9   appropriate dose adjustment to achieve expected levels."
17:00  10          So this is -- you know, this is the issue; right?  So
17:00  11  if you monitor -- and I'm not suggesting monitoring, because
17:00  12  monitoring tells us -- like we do with Coumadin, we monitor and
17:00  13  we adjust the dose.  We don't know how to do that with these
17:00  14  new drugs.  There's no dose adjustment that we can make.
17:00  15          Right now what we need to do is simply identify
17:00  16  patients who have high levels of these drugs in their system
17:00  17  and who are at the greatest risk of bleeding so that we can
17:00  18  either take precautions so they don't bleed or potentially even
17:00  19  switch them to another drug.
17:00  20          But we certainly don't have enough information for me
17:00  21  to say, well, I'm going to break your Xarelto in half and take
17:00  22  half.  We would never do that because we have no information on
17:00  23  that.
17:00  24  Q.   No one would do that, though; right?
17:00  25  A.   It would be great if we did, but we don't.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

17:00  1   Q.   And we don't need that for the drug right now, even if it

17:00  2   could be developed at some point for the drug to be approved

17:00  3   and on the market as safe and effective; right?

17:00  4   A.   The drug is approved and on the market.  Could it be made

17:01  5   safer?  Absolutely made safer with the ability to monitor --

17:01  6   I'm sorry -- with the ability to measure.

17:01  7   Q.   And that's true of most drugs; right?  They can develop

17:01  8   and hopefully you're always trying to make them safer?

17:01  9   A.   We're always trying to make them safer.  Unfortunately, we

17:01  10  can go back and look at publications that go back five, six,

17:01  11  seven years, before even it was released on the market, where

17:01  12  the publication ends with the author saying "we are hard at

17:01  13  work to develop testing for this drug so we will be able to

17:01  14  measure it and take appropriate precautions."

17:01  15         And here we are, you know, seven years later, eight

17:01  16  years later, and we still don't have that.

17:01  17  Q.   And this is the most recent article that's out today;

17:01  18  right?

17:01  19  A.   Yes, the most recent that I'm aware of.

17:01  20  Q.   And they've looked at all the data.  And they don't

17:01  21  recommend using a PT test for Xarelto; right?  They say, "In

17:01  22  the absence of data demonstrating a net benefit for patients

17:01  23  with routine laboratory monitoring, we suggest that clinicians

17:02  24  continue to prescribe NOACs in fixed doses without monitoring."

17:02  25  Is that what they say for --

DR. CINDY LEISSINGER - CROSS

17:02  1    **A.**   That is what they say.  And I would actually agree with

17:02  2    the whole monitoring point.  We're not able to monitor.  But I

17:02  3    think if you go back and you look on page E6, which would have

17:02  4    been maybe the page before this, it is titled "Circumstances

17:02  5    where measurement of NOAC coagulant effects may be useful."

17:02  6          So, again, this is not monitoring but being able to

17:02  7    do a specific measurement.  And I think, you know, in this --

17:02  8    at the bottom of that page, it -- you know, it gives the

17:02  9    circumstances; right?  We have circumstances we deal with in

17:02  10   our -- in our real-world patients.

17:02  11         Patients come in, they need an emergency surgery.  We

17:02  12   already talked about that.  Or they're in an accident and

17:02  13   they've got head trauma.  And we need to know, how much

17:02  14   anticoagulated are they?  What can we do to keep them from

17:02  15   bleeding?  Or patients who may come in bleeding or come in with

17:03  16   a clot.  We need to test and see where we are on the spectrum

17:03  17   with the drug.

17:03  18         And so I think in the same paper, right at the

17:03  19   beginning, they talk about that.  And there are circumstances

17:03  20   where measurement is going to be useful and where we

17:03  21   probably -- and certainly for Xarelto -- have data that would

17:03  22   help if we had, you know, enough, I think, information that was

17:03  23   put in -- let's just say -- let's talk about the label.

17:03  24         If there was something in the label that said this

17:03  25   drug could be -- you know, the safety of this drug could be

OFFICIAL TRANSCRIPT

17:03  1   enhanced by a single measurement or multiple measurements or

17:03  2   whatever, then I think we would be able to see that happen in

17:03  3   our laboratories.

17:03  4        As we talked about, laboratories are not buying

17:03  5   specific reagents that would be needed.  But I think if this

17:03  6   carried the weight of the recommendation in a label, then we

17:04  7   would be able to see that happen.  And, right now, it doesn't

17:04  8   happen.

17:04  9   Q.   Doctor, you agree that these people have access to this

17:04  10  data with ROCKET.  And they are not saying in their article --

17:04  11  they don't agree with you.  They're not saying we should use a

17:04  12  PT test with a Neoplastin reagent to test people on Xarelto.

17:04  13  They don't make that recommendation, do they?

17:04  14  A.   They make -- specifically what they say is they do not

17:04  15  recommend monitoring.  They do not say we should not develop a

17:04  16  way to measure Xarelto in the blood.

17:04  17  Q.   So it's important for doctors and scientists and the

17:04  18  people at the company that there's a medical or scientific

17:04  19  consensus on things; right?

17:04  20  A.   Correct.

17:04  21  Q.   And you have not been able to point to one peer-reviewed

17:04  22  published article of all the articles you've looked at where

17:04  23  anyone recommends what you recommend, that a PT test using

17:04  24  Neoplastin is used when people start prescribing Xarelto?

17:05  25  A.   I don't think I agree.  I'll have to kind of listen to

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

17:05  1    what you said.  But I don't think I agree with what you said.

17:05  2         I mean, we do have -- my society -- the International

17:05  3    Society on Thrombosis and Haemostasis has a recommendation

17:05  4    about using a PT to measure for levels of a drug that may be

17:05  5    too high.

17:05  6         So, again, there are literally dozens and dozens, if

17:05  7    not hundreds, of articles that deal with this.  There are

17:05  8    discussions and pros and cons that go along with this.  But the

17:05  9    fact remains, at the end of the day, I need to be able to

17:05  10   identify my patient who's at highest risk of having a bleed,

17:05  11   whether they're taking warfarin or Xarelto or whatever.  In the

17:05  12   case of Xarelto, we have very good evidence that there is a

17:05  13   test that would allow us to do that.

17:05  14   Q.   Doctor, other people have looked at that evidence and come

17:05  15   up with a different conclusion.  So let's start with a journal

17:06  16   that you yourself are an editor.  All right?  You're familiar

17:06  17   with the *Journal of Thrombosis* --

17:06  18   A.   Just to be clear, I'm not an editor.

17:06  19   Q.   A scientific reviewer.

17:06  20   A.   I am.  *Thrombosis and Haemostasis* or *Journal of Thrombosis*

17:06  21   *and Haemostasis*.

17:06  22   Q.   And are you familiar with the article that just came out

17:06  23   last year talking about -- or entitled "Poor comparability of

17:06  24   coagulation screen testing with specific measurements in

17:06  25   patients receiving direct oral anticoagulants:  results from

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

17:06  1   multicenter/multiplatform study"?
17:06  2   **A.**   Can you tell me --
17:06  3   **Q.**   Doctor, are you familiar --
17:06  4   **A.**   Can you me who the first author is, please.
17:06  5   **Q.**   Sure.  I'll give you a copy.  Testa.  I believe you may
17:06  6   have it up there.  If you don't...
17:06  7   **A.**   I believe I do.  If you give me a minute, I can...
17:07  8   **Q.**   And --
17:07  9   **A.**   Yes, I do have it.
17:07  10  **Q.**   And that is the journal that you were a scientific editor
17:07  11  for; right?
17:07  12  **A.**   I'm not an editor, but a reviewer.
17:07  13  **Q.**   Reviewer.  I apologize.  It's a little bit late.  And
17:07  14  we're going to try and wrap this up.  So if you could answer my
17:07  15  questions, I would really appreciate it.
17:07  16          This article says at the end, doesn't it, that
17:07  17  "Consequently, after looking at their study, that the use of PT
17:07  18  in clinical practice to evaluate NOAC anticoagulant activity
17:07  19  could cause dangerous misinterpretations," doesn't it?
17:07  20  **A.**   It does.  And that is a global statement.  If you go back
17:07  21  to page 219 under the discussion, they also say that "even
17:07  22  though some reagents show acceptable responsiveness to a
17:07  23  specific drug, for example, Neoplastin for rivaroxaban" -- for
17:07  24  Xarelto.
17:07  25          So I think that there are -- in the broad

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

17:08  1   brushstroke, what they're saying is that for all of these four

17:08  2   new drugs, there's no one test.  We don't recommend that you

17:08  3   run off and start doing a bunch of testing for all of these

17:08  4   drugs.  But they themselves make an exception for Xarelto that

17:08  5   is measured by Neoplastin reagent.

17:08  6          So, again, I think we have to separate and sort out

17:08  7   the general broad brushstroke of the category of drugs.  We're

17:08  8   talking today specifically about Xarelto and the PT using the

17:08  9   Neoplastin.

17:08  10  Q.   Doctor, I'm just going to put up this.  I blew up this

17:08  11  quote from that article.  This quote is at the end of this

17:08  12  article, isn't it?  Yes or no?

17:08  13  A.   Yes, it is.

17:08  14  Q.   And that's not the only article that talks about making

17:08  15  sure there's a net benefit and not doing any harm, is it?

17:08  16  A.   But you didn't put up the quote that I quoted from the

17:08  17  article that is dealing specifically with Xarelto and the PT

17:08  18  using Neoplastin.  That -- what they're referring to there if

17:09  19  one reads -- you know, and, indeed cherry-picking pieces from

17:09  20  an article is not always the best way to get the whole gestalt.

17:09  21          But what they're talking about there, I agree with.

17:09  22  We cannot -- we cannot start doing PTs on everybody on one of

17:09  23  these drugs and think we're going to do a benefit to these

17:09  24  patients.  We don't have that kind of information.  But we do

17:09  25  have it for Xarelto.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

17:09   1   **Q.**   And your counsel has a chance to answer questions -- ask
17:09   2   you questions too; I'm just trying to use our time effectively.
17:09   3           **THE COURT:**  But she has a right to explain her
17:09   4   answer, so let's let her explain it, whatever she feels.
17:09   5           **MS. WILKINSON:**  Thank you, Your Honor.
17:09   6   **BY MS. WILKINSON:**
17:09   7   **Q.**   There is another article that says, when using in patients
17:09   8   that have high drug levels that remain elevated on repeated
17:09   9   testing -- and that's what you're concerned about; right,
17:09  10   people who would have a high level of testing?
17:09  11   **A.**   Yes, of course.  Can you tell me what paper you're
17:09  12   referring to.
17:09  13   **Q.**   The same one we were talking about earlier, the paper that
17:09  14   you brought with you, the Eikelboom paper that's the most
17:10  15   recent paper.  Take a look.  I'll put it back on the screen
17:10  16   here.
17:10  17   **A.**   Okay.  Okay.
17:10  18   **Q.**   And it says right there, where they're talking about the
17:10  19   people you would be concerned about, "people who have a high
17:10  20   blood level on repeated tests" -- right?  No. 10.  Do you see
17:10  21   that?
17:10  22           Look on my screen for a minute.  No. 10.  In patients
17:10  23   who have high drug levels that remained elevated on repeated
17:10  24   testing, you'd be concerned about those folks; right?
17:10  25   **A.**   Yes.  Again, given the specific tests that we talk about,

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

17:10  1   yes.

17:10  2   Q.    -- "consideration might be given to lowering the dosage or

17:10  3   switching to an alternative NOAC or using warfarin"; right?

17:10  4   They're saying if you knew something, you might want to make

17:10  5   one of those choices; right?

17:10  6   A.    Well, we certainly wouldn't lower the dose.  There's

17:10  7   absolutely no data on lowering the dose.  So whatever -- you

17:10  8   know, that conclusion that he's saying we could lower the dose,

17:10  9   we couldn't do that.  We wouldn't do that.  But might we switch

17:10 10   to warfarin?  We might.

17:11 11   Q.    Right.  And so it includes all those.  It says you could

17:11 12   switch to another NOAC, you might consider using that or

17:11 13   warfarin --

17:11 14   A.    Yeah.

17:11 15   Q.    But this article says, "However, this approach is of

17:11 16   unproven benefit and may result in net harm"; right?

17:11 17   A.    It certainly may result in net harm if we try to start

17:11 18   adjusting doses and we don't know how to do it, which we don't

17:11 19   know how to do it with the NOACs.  But I would certainly

17:11 20   disagree that -- well-controlled warfarin, certainly in the

17:11 21   hands of those of us who deal with it all the time, is safe and

17:11 22   effective as much as any other anticoagulant, and possibly

17:11 23   greater than most.

17:11 24   Q.    All right.  Let's -- are you done?  I'm sorry.  I didn't

17:11 25   mean to --

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

17:11  1   **A.**   I am.

17:11  2   **Q.**   Let's just talk about two other topics, if we could.

17:11  3          Warfarin uses the Neoplastin PT; right?  When you

17:11  4   test -- I'm sorry -- I didn't say that properly.

17:11  5          You use a PT test when someone's on warfarin.  And

17:11  6   there's a label for that Neoplastin --

17:11  7   **A.**   Well, for the reagent.

17:12  8   **Q.**   -- for the reagent that we're talking about; right?

17:12  9   **A.**   The PT test that's done for warfarin can be done with many

17:12  10  different reagents.

17:12  11  **Q.**   But let's focus on the one here that you say we could use

17:12  12  with Xarelto; right?  The PT test with Neoplastin?

17:12  13  **A.**   Yes.

17:12  14  **Q.**   And there is an approved FDA label for that; right?

17:12  15  **A.**   I'm sorry.  I lost the question.

17:12  16  **Q.**   There is an FDA-approved label for the Neoplastin PT;

17:12  17  right?

17:12  18  **A.**   In respect -- in regard to monitoring or measuring

17:12  19  warfarin or measuring what?

17:12  20  **Q.**   Just saying how you can use Neoplastin.

17:12  21  **A.**   It has been approved as a reagent to do a PT with, yes.

17:12  22  Is that what you mean?

17:12  23  **Q.**   Yes.

17:12  24  **A.**   Yes.

17:12  25  **Q.**   Maybe I didn't say it right.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

17:12  1        So there is an actual FDA-approved label that tells
17:12  2   you how to use Neoplastin as a reagent when you're doing a PT
17:13  3   test; is that fair?
17:13  4   A.   I'm sure there is.  With every reagent that's used in
17:13  5   hospital labs, there would be.
17:13  6   Q.   Have you ever taken a look at it?
17:13  7   A.   No, I have not.
17:13  8   Q.   Okay.  Let's take a look at it, if we could, just briefly.
17:13  9   That's DX 49.
17:13  10  A.   (Witness reviews document.)
17:14  11        THE COURT:  And what's the question?
17:14  12  BY MS. WILKINSON:
17:14  13  Q.   Are you ready?
17:14  14  A.   Yes, ma'am.
17:14  15  Q.   Then in the label, it specifically says that it's to be
17:14  16  used so that it measures the activity of coagulation
17:14  17  Factors II, V, VII, X -- and does that say I?
17:14  18  A.   I'm sorry.  Can you show me specifically what you're
17:14  19  referring to?
17:14  20  Q.   Sure.  It's in Section 2.  I've blown it up here, "Summary
17:14  21  and Explanation."  You see the first bullet point?  You can
17:14  22  read it and just tell us what that means.
17:14  23  A.   So we talked initially that there are two screening tests
17:15  24  we use of the clotting system.  We talked about the PT, and
17:15  25  then there's a PTT.  So the PT is sensitive or it picks up on

DR. CINDY LEISSINGER - CROSS

17:15 1   deficiencies of clotting Factors II, VII, IX, X, as well as

17:15 2   fibrinogen, which is Factor I.  So that's what you have on that

17:15 3   first bullet point.

17:15 4   Q.   So that's these?

17:15 5   A.   That's that.

17:15 6   Q.   And then were you talking -- I think you told us earlier,

17:15 7   prolonged PT are looking at these factors, which are the ones

17:15 8   you told us are associated with the warfarin; right?

17:15 9   A.   So you also included V here.  So IX is not included in

17:15 10  what the PT picked up.  IX is picked up on a PTT, so Factor IX.

17:15 11  But II, VII, and X are picked up on the PTT.  But it also picks

17:15 12  up Factor V and Factor I.

17:15 13  Q.   And it says here you're supposed to use this with

17:15 14  treatments of vitamin K antagonists?

17:15 15  A.   That's certainly -- they've been useful for that, yes.

17:15 16  Q.   And the vitamin K antagonist is warfarin?

17:15 17  A.   Yes.

17:15 18  Q.   Xarelto is not a vitamin K antagonist?

17:16 19  A.   No.  That's correct.

17:16 20  Q.   And it says -- in fact in the bullet point, it says the PT

17:16 21  is commonly used for monitoring by vitamin K antagonist therapy

17:16 22  because of its sensitivity to variations in the concentration

17:16 23  of vitamin K-dependent Factors II, VII, and X; right?

17:16 24  A.   Yes.  And it is.  And, of course, remember that the way

17:16 25  that Xarelto and the other drugs work is that they inactivate

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

17:16   1   X.   And that's why the PT -- that's why the PT can be used and
17:16   2   can be useful, again, given reagent specificity, et cetera, why
17:16   3   it's helpful, because X is one of the factors that's picked up
17:16   4   when it's deficient or not working or it's not functional,
17:16   5   that's what you pick up with the PT exam or PT test.
17:16   6   Q.   All of these three drugs we've talked about -- Xarelto,
17:16   7   Eliquis, and Savaysa -- are all Xa --
17:16   8   A.   Right.
17:16   9   Q.   And in the Neoplastin label, it doesn't mention anywhere
17:16   10  that you can use this test with any of these drugs; right?
17:16   11  A.   It doesn't say you can't.
17:16   12  Q.   But it doesn't say you can; right?
17:17   13  A.   No.  Again, because -- this is why we're asking for more
17:17   14  support and more evidence, I think, whether it's from the
17:17   15  company or the FDA, to help us get these tests put in place in
17:17   16  hospital laboratories where we can access them.
17:17   17  Q.   You know that the FDA approves drugs and tests for
17:17   18  specific indications; right?
17:17   19  A.   It does.
17:17   20  Q.   And so companies can't go out and just market -- this
17:17   21  company -- doesn't have anything to do with our clients.  But
17:17   22  this company can't go out and market their test as useful
17:17   23  with -- for some other indication unless it's been approved by
17:17   24  the FDA; right?
17:17   25  A.   Correct.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

17:17  1    Q.   And it has not been approved by the FDA for Neoplastin PT

17:17  2    to be used with any of the Factor Xa inhibitors; correct?

17:17  3         MR. DENTON:  Your Honor, may we --

17:17  4    BY MS. WILKINSON:

17:17  5    Q.   If you know, if you know.

17:17  6    A.   I mean, I'm reading this as you are.

17:17  7         MR. MEUNIER:  May we approach, Your Honor?

17:17  8         THE COURT:  Sure.

16:29  9         (WHEREUPON, the following proceedings were held at

16:29  10   the bench.)

17:18  11        MR. MEUNIER:  Your Honor, I think we have the issue

17:18  12   of implied preemption again.  The idea being floated to the

17:18  13   jury that because the FDA has not approved a certain thing,

17:18  14   then, therefore, it can't happen.  We've had motion practice on

17:18  15   it.  We've asked for limiting instructions on it.

17:18  16             I'd ask the Court to be mindful of that being

17:18  17   communicated in this line of questioning to the jury that

17:18  18   because Neoplastin hasn't been approved, the plaintiffs' whole

17:18  19   case falls because we can't suggest that Neoplastin is usable

17:18  20   for Xarelto.  It's a preemption argument.

17:18  21        MS. WILKINSON:  Your Honor, as I recall, she

17:18  22   volunteered that because she said just because it's not on

17:18  23   there to be used doesn't mean it can't be, and that's what

17:18  24   invited my question about the FDA.  She brought it up by

17:18  25   implying.  I didn't quite --

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

17:18  1          THE COURT:  Yeah, I heard that.  I don't see that as

17:18  2  a problem with that.

17:18  3              Let's go.  How much longer do you have?

17:19  4          MS. WILKINSON:  I think I have 15 minutes, that's it.

17:19  5          THE DEPUTY CLERK:  Judge, sorry --

17:19  6          MS. WILKINSON:  They need a break?

17:19  7          THE DEPUTY CLERK:  Yes, they need a break.

17:19  8          (WHEREUPON, the following proceedings were held at

17:19  9  the bench.)

17:19  10          THE COURT:  Okay.  Let's take a quick break, and

17:19  11  we'll come back.  We're almost finished with this witness.

17:19  12  We'll take a break for ten minutes.

17:19  13          THE DEPUTY CLERK:  All rise.

17:19  14          (WHEREUPON, the jury exited the courtroom.)

17:26  15          THE DEPUTY CLERK:  All rise.

17:26  16          (WHEREUPON, the jury entered the courtroom.)

17:27  17          THE COURT:  Be seated, please.

17:27  18          MS. WILKINSON:  Thank you, Your Honor.

17:27  19  BY MS. WILKINSON:

17:27  20  Q.  Hi, Doctor.  I'm going it try and wrap this up.  I know

17:27  21  you've been here all afternoon and these folks have been here

17:27  22  all day.  We've been talking about a lot of science.

17:27  23              So can we switch to Mr. Boudreaux, the real reason

17:27  24  we're here?

17:27  25  A.  Sure.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

17:27  1   **Q.**   You do not criticize Dr. Wong for prescribing

17:27  2   20 milligrams of Xarelto to Mr. Boudreaux -- or for

17:27  3   Mr. Boudreaux, do you?

17:27  4   **A.**   No, I don't.

17:27  5   **Q.**   And you, I think, told your counsel or the counsel, when

17:27  6   you were talking about Mr. Boudreaux, that he had had this

17:27  7   test, the PT test, of -- when we came in with the GI bleed that

17:27  8   was 13.6; right?

17:27  9   **A.**   Yes, it was.

17:27  10  **Q.**   And I blew that up.  If we can take a look at it.  This is

17:28  11  already admitted.  Just so it's easy for us to see.

17:28  12         You were pointing to that test; right?

17:28  13  **A.**   Yes.

17:28  14  **Q.**   And you said, because of the testimony that was heard

17:28  15  today before you came in, that Mr. Boudreaux took his medicine

17:28  16  the night before, that this troubled you even more because it

17:28  17  means he had four times as much in his blood system the day

17:28  18  before?

17:28  19         **MR. DENTON:**  I object, Your Honor.  The testimony is

17:28  20  the morning before, not the evening before.

17:28  21  **BY MS. WILKINSON:**

17:28  22  **Q.**   I'm sorry.  The morning before.

17:28  23  **A.**   Correct.  Which would have been a full -- 36 hours,

17:28  24  because this is at night.  This is Monday night.  The last dose

17:28  25  of medicine would have been taken Sunday morning.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

17:28  1  **Q.**   And you believe you can do that because, with this PT

17:28  2  test, you believe it predicts how much is in the blood, that

17:28  3  there's this relationship with the concentration; right?

17:28  4  **A.**   Well, what we know is that, depending on the reagent

17:28  5  that's used in the PT test, that some reagents are sensitive to

17:29  6  it, like Neoplastin is, the one that we keep talking about,

17:29  7  because that one has been shown to correlate very well.  Other

17:29  8  reagents are not as sensitive.  My understanding is that this

17:29  9  PT was done with a reagent that was not -- not very sensitive

17:29  10  to the drug.

17:29  11  **Q.**   So, Doctor, when you were testifying on your direct

17:29  12  examination and you suggested that the PT test enabled you to

17:29  13  tell how much was in his system the day before because --

17:29  14  **A.**   I did -- I'm sorry.  To clarify, I did not say I could

17:29  15  tell how much was in his system the day before.

17:29  16  **Q.**   Well, you said -- you used the ROCKET quartile and said he

17:29  17  was up at the top of that; right?

17:29  18  **A.**   What I said specifically was that we know that -- so we

17:29  19  know what the half-life of Xarelto is.  So at its longest, it's

17:29  20  12 hours.  It could be much shorter.  It could have been six

17:29  21  hours.  But let's just say that Mr. Boudreaux had the longest

17:30  22  half-life of 12 hours.

17:30  23  If that's the case, then by 36 hours, you've gone

17:30  24  through three half-lives.  And if you back up 24 hours and

17:30  25  would have done a PT using the sensitive Neoplastin reagent at

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

17:30  1    12 hours after he took the dose, you would have gone back two
17:30  2    half-lives.  And that means that you would have had four times
17:30  3    as much of drug in his system 24 hours earlier than he had at
17:30  4    this point in time.
17:30  5              At this point in time, he had some drug in his
17:30  6    system, which is indicated by the slight prolongation of the
17:30  7    PT.  Had a Neoplastin PT been used, compared to the Innovin PT
17:30  8    that was used, it likely would have been even higher at this
17:30  9    time, the prothrombin time.
17:30  10             So, again, this is inference, but we do know about
17:30  11   half-life.  And that's very clear.
17:30  12   Q.   But, Doctor, let's go back to what you told the jury.  You
17:31  13   told them that, if you looked at -- the quartile analysis,
17:31  14   right, that you showed us that went up like this?
17:31  15   A.   For the quartile analysis, yes.
17:31  16   Q.   You said Mr. Boudreaux, based on your analysis, would have
17:31  17   been up here.  That's what you just told the jury on direct,
17:31  18   didn't you?
17:31  19   A.   I told -- what I said was that, in my opinion, given what
17:31  20   we've just described, understanding the half-life of the drug,
17:31  21   that it is extremely likely, in my opinion, that his PT, using
17:31  22   a sensitive reagent, would have been in the higher range.  I
17:31  23   certainly can't say it's going to be this many seconds.  But
17:31  24   what I can say -- what I can -- my opinion is that it would,
17:31  25   more likely than not, be in the high range, yes.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

17:31   1   **Q.**   We have your testimony under oath.

17:31   2   **A.**   Yes.

17:31   3   **Q.**   But if you said that it was based on the ROCKET AF, it

17:31   4   would be in this -- one of the highest quartiles; right?

17:31   5   **A.**   Yes.

17:31   6   **Q.**   That would be only because it was based on the PT done

17:31   7   with the Neoplastin reagent; right?  That's what this ROCKET

17:32   8   analysis is --

17:32   9   **A.**   Correct.

17:32   10  **Q.**   -- and the FDA --

17:32   11  **A.**   Correct.

17:32   12  **Q.**   -- analysis --

17:32   13  **A.**   Correct.

17:32   14  **Q.**   Can I finish.

17:32   15         The FDA analysis is based only on PT-measured using

17:32   16  the Neoplastin reagent; right?

17:32   17  **A.**   Correct.

17:32   18  **Q.**   And you knew before you got on the witness stand that the

17:32   19  13.6 was not tested with Neoplastin because you put it in your

17:32   20  report, didn't you?

17:32   21  **A.**   That's correct.

17:32   22  **Q.**   And in your report you said that it was your understanding

17:32   23  that the PT reagent used was Innovin?

17:32   24  **A.**   Correct.

17:32   25  **Q.**   And this chart cannot be -- has never been replicated when

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

1  the reagent Innovin has been used; correct?

2  **A.**  That's correct.  And that's very important because the

3  Innovin reagent is not sensitive to the Neoplastin.  Now, we

4  can -- we know that Innovin does -- the PT using Innovin does

5  go up just as the Neoplastin does.  And I think we can even

6  show that -- show that data.

7       So the very fact that using an insensitive reagent at

8  36 hours, a reagent that's not very sensitive, still is

9  prolonged, meaning that it's picking up drug -- if a Neoplastin

10  reagent had been used here, that value would have been higher

11  even at 36 hours.

12       When you ask me back it up and do the PT at the time

13  that those analyses that you're showing on ROCKET was done,

14  which was approximately 12 to 15 hours after the dose of

15  Xarelto, so when we back that up and you go two half-lives

16  back, then, yes, I do think -- because, as I said, using

17  Neoplastin, this value would have been higher.  You go back 24

18  hours, it would have been -- the drug itself concentration

19  would have been four times higher than what it was here.

20       So, yes, I do think that at that 12-hour time point,

21  after taking the drug, that using Neoplastin, you would have

22  seen a considerably higher PT, and likely -- in my opinion,

23  more likely than not would have been in the high range.

24  **Q.**  Doctor, you're not aware of anyone in this case, including

25  Dr. Wong, who says that that 13.6 PT time, based on Innovin

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - CROSS

17:34   1   reagent, is predictive of anything about Mr. Boudreaux's

17:34   2   Xarelto use; isn't that right?

17:34   3   A.   I'm really not familiar with what other people have -- I

17:34   4   don't know if you've asked that.  I mean, I don't know what

17:34   5   other people have said.

17:34   6   Q.   And you have never conducted any test of using PT with

17:34   7   Innovin to see if it can predict concentration levels or

17:34   8   bleeding risk for Xarelto users?

17:34   9   A.   No.  I don't control the laboratory where that could be

17:34  10   done.

17:34  11   Q.   And you never even tested the PT test with Neoplastin;

17:34  12   right?

17:34  13   A.   No, but we have good data.

17:34  14   Q.   And you don't use it with your own patients who take

17:34  15   Xarelto?

17:34  16   A.   I can't because my patients -- they go to laboratories all

17:35  17   over the region.  I have no control over what reagents are

17:35  18   being used in those laboratories.  Neoplastin is just one of

17:35  19   many, many reagents.

17:35  20         So, I mean, I certainly agree that I can't -- I'm not

17:35  21   going to look at a PT when I don't know that it's been -- that

17:35  22   it's done in the proper way and with the proper reagent

17:35  23   invalidated in that laboratory.  So, no, I cannot use any

17:35  24   laboratory PT.

17:35  25         **MS. WILKINSON:**  Thank you, Doctor.

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - REDIRECT

17:35  1          THE WITNESS:  Thank you.

17:35  2          THE COURT:  Is that it?  Any redirect?

17:35  3          MR. DENTON:  Thank you, Your Honor.

17:35  4                  REDIRECT EXAMINATION

17:35  5  BY MR. DENTON:

17:35  6  Q.   Dr. Leissinger, I'm sure you're tired.  I'll try to be

17:35  7  very brief.  I'm sure the jurors are tired.

17:35  8          Counsel handed you the Xarelto label and pointed out

17:35  9  information on risk of bleeding; correct?

17:35  10 A.   Yes.  She projected it.

17:36  11 Q.   Is there one mention in this Xarelto label even today that

17:36  12 PT Neoplastin Plus can indicate and predict the risk of

17:36  13 bleeding in patients taking Xarelto?

17:36  14 A.   No.

17:36  15 Q.   And is that something you need as a hematologist?

17:36  16 A.   Yes.

17:36  17 Q.   You were given an article from Testa by counsel for the

17:36  18 companies.

17:36  19 A.   Yes.

17:36  20 Q.   The article is dated August 2016; correct?

17:36  21 A.   Correct.

17:36  22 Q.   So some two years -- two and a half years after Dr. Wong

17:36  23 prescribed Xarelto to Mr. Boudreaux; correct?

17:36  24 A.   Correct.

17:36  25 Q.   You wanted to refer to a sentence, but counsel cut you

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - REDIRECT

17:36  1    off.  Let me see if this is the sentence.

17:36  2               MR. DENTON:  Can you turn this on?

17:36  3               THE COURT:  Just a moment.  Got it.

17:37  4    BY MR. DENTON:

17:37  5    Q.    This is the Testa article, isn't it, Doctor?

17:37  6    A.    It is.

17:37  7    Q.    Is this the sentence you wanted to refer to?

17:37  8    A.    Yes.  Because it makes a specific exception to the use of

17:37  9    the Neoplastin reagent in doing a PT with Xarelto.

17:37  10   Q.    And it specifically points out that Neoplastin, in fact,

17:37  11   works for Xarelto; correct?

17:37  12   A.    It does -- it absolutely says some reagents showed

17:37  13   acceptable responsiveness to a specific drug, for example,

17:37  14   Neoplastin for Xarelto.

17:37  15   Q.    All right.  The suggestion that Neoplastin can't be used

17:37  16   with Xarelto, Bayer started using Neoplastin PT as early as

17:37  17   2005.  We saw that in the Kubitza article, didn't we?

17:37  18   A.    Yes.

17:37  19   Q.    In fact, the Kubitza article we talked about, the Bayer

17:37  20   scientist said that Neoplastin PT could be used to test the

17:37  21   effect --

17:37  22   A.    Yes.

17:37  23   Q.    -- of patients with Xarelto; correct?

17:38  24   A.    Correct.

17:38  25   Q.    That's not in the label, is it?

OFFICIAL TRANSCRIPT

DR. CINDY LEISSINGER - REDIRECT

17:38  1    **A.**   No.

17:38  2    **Q.**   Labels are important for prescribing physicians?

17:38  3    **A.**   It is.

17:38  4    **Q.**   The article from Eikelboom that counsel put in front of

17:38  5    you, what is the date of that article?

17:38  6    **A.**   It's 2017.

17:38  7    **Q.**   March.  March 29th, 2017.  That didn't do Dr. Wong any

17:38  8    good when he made the decision for Mr. Boudreaux?

17:38  9    **A.**   No.

17:38  10   **Q.**   But let's look at what was not pointed out.  Counsel did

17:38  11   not point out this sentence, talking about all four agents,

17:39  12   that PT predicts bleeding risk; right?

17:39  13   **A.**   Yes.

17:39  14   **Q.**   That's not in the label even today, is it?

17:39  15   **A.**   No.

17:39  16   **Q.**   Bayer used and Janssen used Neoplastin PT in their

17:39  17   Phase II studies; correct?

17:39  18   **A.**   Correct.

17:39  19   **Q.**   And they used it in their Phase III ROCKET study; correct?

17:39  20   **A.**   Correct.

17:39  21   **Q.**   And that's how they got the drug approved, was by using

17:39  22   Neoplastin PT and submitting that to the FDA?

17:39  23   **A.**   They certainly submitted that data to the FDA.

17:39  24         **MR. DENTON:**  That's all we have, Your Honor.

17:39  25         **THE COURT:**  Okay.  We'll stop here.

OFFICIAL TRANSCRIPT

17:39  1        You're excused.  Thank you very much.

17:39  2        Okay.  Members of the jury, we'll try to come

17:39  3  back tomorrow at a quarter to 9:00.  We'll start at quarter to

17:39  4  9:00.  I'll see counsel at 8:30.

17:40  5        THE DEPUTY CLERK:  All rise.

17:40  6        (WHEREUPON, the jury exited the courtroom.)

17:40  7        (WHEREUPON, the proceedings were concluded.)

8                              *****

9                           **CERTIFICATE**

10        I, Jodi Simcox, RMR, FCRR, Official Court Reporter

11  for the United States District Court, Eastern District of

12  Louisiana, do hereby certify that the foregoing is a true and

13  correct transcript, to the best of my ability and

14  understanding, from the record of the proceedings in the

15  above-entitled and numbered matter.

16

17

18                    s/*Jodi Simcox, RMR, FCRR*
                      Jodi Simcox, RMR, FCRR
19                    Official Court Reporter

20

21

22

23

24

25

OFFICIAL TRANSCRIPT