MINUTE ENTRY
FALLON, J.
APRIL 19, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      MDL NO. 2592
      PRODUCTS LIABILITY LITIGATION

                           SECTION: L

THIS DOCUMENT RELATES TO:      JUDGE FALLON
Various Cases                      MAGISTRATE JUDGE NORTH

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances:  Sindhu Daniel, Esq. for Plaintiffs
              Chanda Miller, Esq. for Defendants
              Leonard Davis, Esq., for certain Plaintiffs
              Donald Green, Esq. by phone, for certain Plaintiffs
              Chris Quinn, Esq., by phone, for certain Plaintiffs
              Daniel Carr, Esq., by phone for certain Plaintiffs
              Galen Hair, Esq., for Plaintiff Johnnie Mae Reynolds

**Show Cause Hearing:**

A Show Cause hearing was held this date and there were appearances by multiple counsel, in person and by phone.

The Court issued its rulings as stated on the record.  Counsel for the parties will submit an order to the court regarding the Court's rulings on said matters.

JS10:   1:47