UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| Joseph Orr, Jr., et al. v. Janssen et al. Case No. 2:15-cv-03708 | * * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' EXPEDITED MOTION IN LIMINE NO. 11 TO PRECLUDE TESTIMONY AND ARGUMENT ABOUT THE PERSONAL USE OF ANTICOAGULANTS INCLUDING XARELTO BY DEFENDANTS' EXPERTS, EMPLOYEES AND/OR FAMILY MEMBERS OR, IN THE ALTERNATIVE, IF SUCH TESTIMONY IS ALLOWED, TO COMPEL THE PRODUCTION OF RELEVANT MEDICAL RECORDS AND/OR MEDICAL AUTHORIZATIONS AND DEPOSITIONS**

Plaintiffs move to prohibit all witnesses and counsel from commenting on, referring to, attempting to introduce testimony or evidence about, or introducing testimony or evidence about, the personal use of anticoagulants including Xarelto by any party's family members, employees, experts, or witnesses, or in the alternative, if such testimony is allowed, to compel the production of relevant medical records and/or medical authorizations and depositions, for the reasons stated in the accompanying memorandum of law.

Dated:  May 10, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone:  (504) 581-4892
Facsimile:  (504) 561-6024
Email:  ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
***G*AINSBURGH *B*ENJAMIN *D*AVID *M*EUNIER
*& W*ARSHAUER**, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
Telephone:  (504) 522-2304
Facsimile: (504) 528-9973
Email:  gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 10, 2017 the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**
