UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Joseph Orr, Jr., et al. v. Janssen et al.* *Case No. 2:15-cv-03708* | * * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT "B" TO
PLAINTIFFS' EXPEDITED MOTION IN LIMINE NO. 11
REGARDING PERSONAL USE OF ANTIOAGULANTS INCLUDING XARELTO**

# FILED UNDER SEAL