**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| *Joseph Orr, Jr., et al. v. Janssen et al.* | * | MAG. JUDGE NORTH |
| *Case No. 2:15-cv-03708* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**ORDER RE: PLAINTIFFS' MOTION IN LIMINE NO. 11**</u>

Before the Court is Plaintiffs' Expedited Motion in Limine No. 11 Regarding Personal Use of Anticoagulants Including Xarelto. Having reviewed the parties' briefs and the applicable law, **IT IS ORDERED** that Plaintiffs' Motion in Limine No. 11 is **GRANTED**. All witnesses and counsel are prohibited from commenting on, referring to, attempting to introduce testimony or evidence about, or introducing testimony or evidence about, the personal use of anticoagulants including Xarelto by any party's family members, employees, experts, or witnesses.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**