## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| *Joseph Orr, Jr., et al. v. Janssen et al.* Case No. 2:15-cv-03708 | * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# O R D E R

Considering the Motion for Expedited Hearing filed by Plaintiffs;

IT IS ORDERED BY THE COURT that the motion is GRANTED and a hearing on Plaintiffs' Expedited Motion in Limine No. 11 to Preclude Testimony and Argument About the Personal Use of Anticoagulants Including Xarelto By Defendants' Experts, Employees and/or Family Members or, In the Alternative, If Such Testimony is Allowed, to Compel the Production of Relevant Medical Records and/or Medical Authorizations and Depositions [Rec. Doc. 6445] is set on an expedited basis for the ___ day of _____, 2017, at ___ o'clock .m.

IT IS FURTHR ORDERED BY THE COURT that all responses to the motion be filed on or before the ____ day of _____, 2017.

New Orleans, Louisiana, this ___ day of _____, 2017.

                                                                                                                    _____
                                                                                                                     Eldon E. Fallon
                                                                                                                     United States District Court Judge