UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| *Joseph Orr, Jr., et al. v. Janssen et al.* Case No. 2:15-cv-03708 | * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO FILE UNREDACTED VERSION OF MEMORANDUM IN SUPPORT OF MOTION AND EXHIBITS UNDER SEAL

NOW COME Plaintiffs who submit that on May 10, 2017, Plaintiffs' Expedited Motion in Limine No. 11 to Preclude Testimony and Argument About the Personal Use of Anticoagulants Including Xarelto By Defendants' Experts, Employees and/or Family Members or, In the Alternative, If Such Testimony is Allowed, to Compel the Production of Relevant Medical Records and/or Medical Authorizations and Depositions [Rec. Doc. 6445] ("Personal Use Motion") was filed into the record.  Portions of the Memorandum in Support contain redactions due to information designated confidential.  Exhibits A, B, C and E attached to the Personal Use Motion refer to or contain information that has been designated confidential.  Accordingly, movers request that an unredacted version of the Memorandum in Support, as well as Exhibits A, B, C and E attached to the Personal Use Motion be filed UNDER SEAL.

WHEREFORE, movers pray that is motion be GRANTED and that an unredacted version of the Memorandum in Support of Plaintiffs' Expedited Motion in Limine No. 11 to Preclude Testimony and Argument About the Personal Use of Anticoagulants Including Xarelto By Defendants' Experts, Employees and/or Family Members or, In the Alternative, If Such

Testimony is Allowed, to Compel the Production of Relevant Medical Records and/or Medical Authorizations and Depositions [Rec. Doc. 6445], as well as Exhibits A, B, C and E be filed UNDER SEAL.

Dated:  May 10, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone:  (504) 581-4892
Facsimile:  (504) 561-6024
Email:  ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
Telephone:  (504) 522-2304
Facsimile: (504) 528-9973
Email:  gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 10, 2017 the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**