UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| *Joseph Orr, Jr., et al. v. Janssen et al.* Case No. 2:15-cv-03708 | * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to File Unredacted Version of Memorandum in Support of Motion and Exhibits Under Seal filed by Plaintiffs;

IT IS ORDERED BY THE COURT that the motion is GRANTED and an unredacted version of the Memorandum in Support of Plaintiffs' Expedited Motion in Limine No. 11 to Preclude Testimony and Argument About the Personal Use of Anticoagulants Including Xarelto By Defendants' Experts, Employees and/or Family Members or, In the Alternative, If Such Testimony is Allowed, to Compel the Production of Relevant Medical Records and/or Medical Authorizations and Depositions [Rec. Doc. 6445], as well as Exhibits A, B, C and E be and they are hereby filed UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge