1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF LOUISIANA

3
     ****************************************************************

4

     IN RE:  XARELTO

5    (RIVAROXABAN) PRODUCTS
     LIABILITY LITIGATION

6
                              CIVIL ACTION NO. 14-MD-2592

7                             SECTION "L"
                              NEW ORLEANS, LOUISIANA

8                             MONDAY, MAY 1, 2017

9    THIS DOCUMENT RELATES TO:
     *Joseph J. Boudreaux, Jr.*

10   *V. Janssen Research &*
     *Development, et. al.,*

11   Case No.:  14-CV-2720

12   ****************************************************************

13

                      VOLUME VI - AFTERNOON SESSION

14          TRANSCRIPT OF BELLWETHER JURY TRIAL PROCEEDINGS
              HEARD BEFORE THE HONORABLE ELDON E. FALLON

15                  UNITED STATES DISTRICT JUDGE

16

     APPEARANCES:

17

18   FOR THE PLAINTIFFS'
     LIAISON COUNSEL:            LEVIN PAPANTONIO THOMAS MITCHELL

19                               RAFFERTY & PROCTOR
                                 BY:  BRIAN H. BARR, ESQ.

20                               316 SOUTH BAYLEN STREET, SUITE 600
                                 PENSACOLA, FLORIDA 32502

21

22                               BEASLEY ALLEN CROW METHVIN

23                               PORTIS & MILES
                                 BY:  ANTHONY BIRCHFIELD JR., ESQ.

24                               POST OFFICE BOX 4160
                                 MONTGOMERY, ALABAMA  36103

25

                      *OFFICIAL TRANSCRIPT*

1   APPEARANCES CONTINUED:

2

3                               GAINSBURGH BENJAMIN DAVID
                                MEUNIER AND WARSHAUER
4                               BY:  GERALD E. MEUNIER, ESQ.
                                2800 ENERGY CENTRE
5                               1100 POYDRAS STREET, SUITE 2800
                                NEW ORLEANS, LOUISIANA  70163
6

7
                                SCHLICHTER BOGARD & DENTON
8                               BY:  ROGER DENTON, ESQ.
                                100 S. 4TH STREET, SUITE 1200
9                               ST. LOUIS, MISSOURI  63102

10

11                              LAMBERT FIRM
                                BY:  EMILY JEFFCOTT, ESQ.
12                              701 MAGAZINE STREET
                                NEW ORLEANS, LOUISIANA  70130
13

14
    FOR THE DEFENDANT BAYER
15  HEALTHCARE PHARMACEUTICALS
    INC. And BAYER PHARMA AG:   WILKINSON WALSH & ESKOVITZ, LLP
16                              BY:  BETH A. WILKINSON, ESQ.
                                1900 M STREET NW, SUITE 800
17                              WASHINGTON, DC  20036

18

19                              NELSON MULLINS RILEY
                                & SCARBOROUGH, LLP
20                              BY:  DAVID E. DUKES, ESQ.
                                MERIDIAN, 17TH FLOOR
21                              1320 MAIN STREET
                                COLUMBIA, SOUTH CAROLINA  29201
22

23

24

25

*OFFICIAL TRANSCRIPT*

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR JANSSEN PHARMACEUTICALS,
      INC. AND JANSSEN RESEARCH &
 4    DEVELOPMENT, LLC:            BARRASSO USDIN KUPPERMAN FREEMAN
                                   & SARVER, LLC
 5                                 BY:  RICHARD E. SARVER, ESQ.
                                   909 POYDRAS STREET, 24TH FLOOR
 6                                 NEW ORLEANS, LOUISIANA  70112

 7

 8

 9    OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                   CERTIFIED REALTIME REPORTER
10                                 REGISTERED MERIT REPORTER
                                   500 POYDRAS STREET, ROOM HB-275
11                                 NEW ORLEANS, LOUISIANA  70130
                                   (504) 589-7779
12                                 Cathy_Pepper@laed.uscourts.gov

13

14    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
      PRODUCED BY COMPUTER.

15

16

17

18

19

20

21

22

23

24

25
```

*OFFICIAL TRANSCRIPT*

1    **I N D E X**

2

3                                                                    <u>PAGE</u>

4

5    **COLLEEN JOHNSON, M.D.**................................ 1270

6    CROSS-EXAMINATION BY MR. DENTON...................... 1270

7    REDIRECT EXAMINATION BY MS. WILKINSON................ 1330

8    **STEVEN SCOTT BONIOL, M.D.**........................... 1338

9    DIRECT EXAMINATION BY MR. SARVER..................... 1338

10   CROSS-EXAMINATION BY MR. BARR........................ 1401

11   REDIRECT EXAMINATION  BY MR. SARVER.................. 1456

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*OFFICIAL TRANSCRIPT*

1                    **P-R-O-C-E-E-D-I-N-G-S**

2                    MONDAY, MAY 1, 2017

3              A F T E R N O O N   S E S S I O N

4                    (COURT CALLED TO ORDER)

5

6

01:15:29  7          THE DEPUTY CLERK:  All rise.

01:15:43  8          (WHEREUPON, at 1:15 p.m., the jury panel enters the

01:15:52  9   courtroom.)

01:15:52 10          THE COURT:  Be seated, please.

01:15:54 11              Good afternoon, ladies and gentlemen.

01:15:56 12          VOICES:  Good afternoon.

01:15:56 13                    **COLLEEN JOHNSON, M.D.,**

01:15:56 14   was called as a witness and, after being previously duly sworn

01:15:56 15   by the Clerk, continued to be examined and testified on her

01:15:56 16   oath as follows:

01:15:56 17          THE COURT:  You may cross-examine, Counsel.

01:15:58 18              You're still under oath, Doctor.

01:16:03 19          MR. DENTON:  Thank you, Your Honor.

01:16:03 20                    CROSS-EXAMINATION

01:16:05 21   BY MR. DENTON:

01:16:05 22   Q.   Dr. Johnson, my name is Roger Denton.  Pleasure to meet

01:16:09 23   you.

01:16:09 24   A.   Pleasure to meet you, too.

01:16:10 25   Q.   I'm from St. Louis.

                    *OFFICIAL TRANSCRIPT*

01:16:13  1    A.    Nice to meet you.

01:16:15  2    Q.    I'm a Cardinals fan.

01:16:16  3    A.    That's okay.  I'm a Red Sox fan.

01:16:16  4    Q.    Well, we did battle in the World Series.

01:16:20  5          All right.  So other than those pleasantries, Doctor,

01:16:23  6    I want to bring this in.  This is a serious, serious matter.

01:16:27  7    You understand that?

01:16:27  8    A.    Yes, I do.

01:16:31  9    Q.    You've never met Johnny or Loretta Boudreaux, have you?

01:16:35 10    A.    I have not.

01:16:35 11    Q.    You've never examined him?

01:16:40 12    A.    I have never examined Mr. Boudreaux.

01:16:43 13    Q.    You know Dr. Wong?

01:16:47 14    A.    I have never met in person Dr. Wong.

01:16:50 15    Q.    You know Dr. Frank Smart?

01:16:52 16    A.    I do know Dr. Smart.

01:16:55 17    Q.    He's the head of cardiology at LSU, right here in town,

01:16:59 18    isn't he?

01:16:59 19    A.    Yes, he is.

01:17:00 20    Q.    You've read his report, as well, haven't you?

01:17:01 21    A.    Yes, I have.

01:17:02 22    Q.    So, before -- I just want to avoid any confusion with the

01:17:09 23    jury, and clearly let you all know, and for them to be

01:17:16 24    reminded, what our case is about.

01:17:18 25          We're not suggesting that Xarelto needs routine

*OFFICIAL TRANSCRIPT*

01:17:24 1   coagulation monitoring and dose adjustment like warfarin.  You

01:17:30 2   understand that?

01:17:30 3   A.   Yes, sir.

01:17:30 4   Q.   You understand we're not -- this case isn't about whether

01:17:34 5   or not the risk of bleeding is in the Xarelto label, just like

01:17:39 6   all other coagulant labels; you understand that?

01:17:42 7   A.   Yes, sir.

01:17:51 8   Q.   This case is about whether or not PT Neoplastin could be

01:17:55 9   useful in identifying a Xarelto patient who may be at a higher

01:18:00 10   risk of bleed.  Do you understand that?

01:18:01 11   A.   I do.

01:18:02 12   Q.   As I understand your testimony, you do not believe PT

01:18:12 13   predicts bleed risk in Xarelto patients, correct?

01:18:15 14   A.   I do not.

01:18:16 15   Q.   You do not believe there is a correlation with plasma

01:18:21 16   concentrations and bleeding risks in Xarelto patients, correct?

01:18:25 17   A.   So plasma concentrations are different than prothrombin

01:18:29 18   time.

01:18:29 19   Q.   I understand that.

01:18:30 20   A.   So plasma concentrations of Xarelto and bleeding have

01:18:35 21   also, just like PT, been associated as a relationship.

01:18:38 22   Q.   So as the concentration of Xarelto goes up, so does the

01:18:43 23   risk of bleeding?

01:18:43 24   A.   So in patients, on average, just like was shown with that

01:18:48 25   prothrombin test -- so not in one particular patient, but on

*OFFICIAL TRANSCRIPT*

01:18:53 1    average -- as you see a higher concentration, we know that,

01:18:56 2    again, there is that on average relationship, not causative,

01:19:02 3    not something that causes, but relationship between those two

01:19:05 4    things.

01:19:05 5    Q.   Doctor, my question was simply this:  Do you agree that,

01:19:09 6    as the concentration of Xarelto goes up in a patient like

01:19:13 7    Johnny Boudreaux's, his risk of bleeding goes up, yes or no?

01:19:18 8    A.   No.

01:19:18 9    Q.   So you disagree with -- so you believe that there is no

01:19:22 10   correlation as the plasma concentration goes up and the risk of

01:19:27 11   bleeding in a Xarelto patient like Johnny; is that your

01:19:31 12   testimony?

01:19:31 13   A.   So --

01:19:31 14   Q.   Is that your testimony?

01:19:32 15       MS. WILKINSON:  Objection, Your Honor.  Let her answer.

01:19:34 16       THE COURT:  Well, if she can explain it, but she can

01:19:36 17   answer the question, if you can.

01:19:38 18       THE WITNESS:  Of course.  So what I'm saying is there

01:19:41 19   is a difference between taking an individual patient, as we

01:19:46 20   talked about, and measuring that PT without looking -- or

01:19:50 21   measuring anything without looking at the other risk factors of

01:19:53 22   why people bleed, and taking that alone and saying, that alone

01:19:57 23   will tell me whether that individual person, Mr. Boudreaux or

01:20:02 24   another patient, will bleed.  It does not give you that

01:20:07 25   information.

**OFFICIAL TRANSCRIPT**

EXAMINATION BY MR. DENTON:

Q.   Perhaps my question wasn't clear.  Let me try it again.

A.   Okay.

Q.   So you believe that there is no correlation -- as the concentration of Xarelto goes up in one's body or blood, that there is no correlation with the increased bleeding risk; that's your testimony?

A.   So my testimony is that, in an individual person, that has not been shown.

        What has been shown, as a population average, that there is, just like we showed, a relationship between concentration, just like there was with the PT.  There is a relationship, but that there are other factors that help us tell your risk as well, and it cannot in one individual tell me whether or not that individual will bleed or not.

Q.   So knowing the concentration level of a single individual is worthless in your view as a physician?

A.   No.  I didn't say that.

Q.   Okay.  Do you believe PT, PT even with Neoplastin, PT Neoplastin of a Xarelto patient is worthless; is that right?

A.   I didn't say that either.  What I said was that I do not use it as a way of either giving me an idea whether someone is at risk of bleeding, or giving any information about dosing; that if you want to draw a PT on a patient who is bleeding -- as was done for Mr. Boudreaux -- I would recommend that.  You

*OFFICIAL TRANSCRIPT*

01:21:33 1    don't know what other factors come into play.

01:21:36 2           But what I am getting at is it does not help me

01:21:40 3    predict bleeding, nor even your outcome from those bleeds.

01:21:44 4    Q.   There is a lot of literature out there that disagrees with

01:21:48 5    you, right, Doctor?

01:21:49 6    A.   I actually don't feel there is a lot of literature out

01:21:51 7    there that disagrees with me.

01:21:52 8    Q.   Well, how about the very literature your counsel showed

01:21:56 9    you, the Eikelboom article.

01:21:59 10          This is the article that your lawyer just put in

01:22:12 11   front of you, right?

01:22:14 12   A.   Yes, it is.

01:22:14 13   Q.   It says right on here, in the ROCKET-AF trial -- that's

01:22:17 14   what we're here about -- the PT was linearly correlated with

01:22:23 15   Rivaroxaban levels.  Do you see that?

01:22:25 16   A.   I do see that.

01:22:25 17   Q.   With all agents -- talking about the various NOACs,

01:22:29 18   including Xarelto -- the plasma levels of PT predicted bleeding

01:22:34 19   risks?

01:22:34 20   A.   On an average population, it does.  In a single

01:22:37 21   individual, it does not.

01:22:38 22   Q.   Just like INR and warfarin, we have to look at the

01:22:43 23   statistics in the population.  You've got to keep your warfarin

01:22:47 24   control within two to three, right?

01:22:48 25   A.   So, unfortunately, it doesn't work that way with warfarin.

*OFFICIAL TRANSCRIPT*

1276

01:22:51  1   With warfarin, for an individual -- remember, I told you we

01:22:54  2   have to adjust that dose per individual -- the way warfarin was

01:23:00  3   tested in the original trials was that we took all individuals

01:23:03  4   in those trials.  We didn't say, this is your warfarin dose.

01:23:07  5   That's not what we said -- or not we -- but what the medical

01:23:11  6   community said in those trials.

01:23:13  7         What they said is, we're going to dose you with

01:23:17  8   whatever dose of warfarin you need to hit this lab value.  Then

01:23:21  9   we looked at outcomes, both strokes and bleeding.

01:23:27 10         With both Xarelto, Eliquis, Pradaxa and Savaysa, what

01:23:34 11   we said, based off of evidence -- what the scientist

01:23:39 12   researchers said was we are going to give everyone a set dose,

01:23:42 13   no measurements needed.  Then we will look at your outcomes.

01:23:46 14         So the two things compared was Xarelto given at a

01:23:50 15   single dose per your kidney function, your filtering function,

01:23:55 16   and then warfarin that was adjusted.  We compared just those

01:24:00 17   two things.

01:24:01 18         When we compared those two things that way, with no

01:24:05 19   measurement, changing anything with PT, looking at anything

01:24:10 20   with PT, or any other test, we saw that this drug was as good

01:24:14 21   as Coumadin at preventing strokes, and was as good, if not

01:24:20 22   better, than Coumadin when it came to bleeding in certain

01:24:24 23   categories.

01:24:24 24   Q.   Do you remember my question?

01:24:28 25   A.   You could read it back to me if you'd like to, sir.

*OFFICIAL TRANSCRIPT*

01:24:29  1    Q.    I asked you, when you look at warfarin, you try to keep

01:24:32  2    the patients between two to three INR, right?

01:24:32  3    A.    Yes.

01:24:35  4    Q.    The INR is based off a PT test, right?

01:24:39  5    A.    Yes.

01:24:40  6    Q.    The reason you do that, because, as a population of

01:24:42  7    patients, to get above three, the risk of bleeding goes up,

01:24:47  8    right?  Is that right?

01:24:49  9    A.    So actually, why we do that is because in the original

01:24:53 10    trials -- and there was about six original trials -- look at

01:24:56 11    them, actually not all of them kept the PT between two and

01:25:00 12    three.  There were some of the original trials looking at

01:25:06 13    atrial fibrillation and stroke, and they actually did the INR

01:25:08 14    from the 2.5 to 3.5.

01:25:11 15          So we took all of the original trial data together,

01:25:13 16    and then came up with knowing that two to three was the best

01:25:17 17    dose for patients when dosing Coumadin.

01:25:21 18    Q.    The best dose for patient means that's the best balance of

01:25:25 19    the risk and safety for a patient taking warfarin, right?

01:25:28 20    A.    It does.

01:25:28 21    Q.    So that's not one individual patient; that's just the

01:25:31 22    guidelines, correct?

01:25:31 23    A.    No, that is in each individual patient.  It's not dose,

01:25:37 24    because one patient may be on one milligram and be from an INR

01:25:41 25    of two to three, and another patient may be on 15 milligrams

*OFFICIAL TRANSCRIPT*

01:25:45 1    and have an INR two to three.

01:25:47 2          So that's why Coumadin is different from the others.

01:25:51 3    You must adjust the dose to get the outcome effect.  With the

01:25:55 4    other medications, no dose adjustment done at all, and yet we

01:26:01 5    got the same, if not better, effect.

01:26:02 6    Q.    Okay.  Doctor, when you looked at the literature on

01:26:10 7    Xarelto --

01:26:10 8    A.    Yes.

01:26:10 9    Q.    -- did you do a thorough research of that?

01:26:15 10   A.    Yes, sir.

01:26:15 11   Q.    Did you do that?

01:26:17 12   A.    Yes, sir.

01:26:17 13   Q.    You provided that information on your list to us, correct?

01:26:24 14   A.    Yes, sir.

01:26:24 15   Q.    You didn't try to cherry-pick literature, did you, that

01:26:28 16   just helped your opinion?

01:26:29 17   A.    No, sir.

01:26:29 18   Q.    So you -- so when you do that, you want to tell the whole

01:26:33 19   story, or it would be misleading, wouldn't it, Doctor?

01:26:35 20   A.    Yes, sir.

01:26:35 21   Q.    You provided us, with your report, a list of materials

01:26:50 22   considered, right?

01:26:51 23   A.    Yes, sir.

01:26:51 24   Q.    On one of them, you mentioned the Kubitza 2016 article.

01:27:00 25   Do you remember that?

**OFFICIAL TRANSCRIPT**

01:27:01 1    A.    Yes, sir.

01:27:01 2    Q.    All right.  But you didn't -- you didn't find in your

01:27:05 3    research the very same Bayer author who worked on Xarelto.  You

01:27:12 4    for some reason didn't find or report in your report Kubitza

01:27:20 5    2005, did you?

01:27:20 6    A.    I actually did review also the Kubitza 2005 article.

01:27:24 7    Q.    So you have it up there?

01:27:25 8    A.    No.  I don't have it up here.  I'm sorry, sir.

01:27:28 9    Q.    Let's have this called out on the screen.

01:27:34 10         It's Record Number 5767878.

01:27:39 11        MS. WILKINSON:  Your Honor, could we have a copy and a

01:27:42 12   copy for the witness?

01:27:42 13        MR. DENTON:  Yes, we sure will.  I apologize.

01:27:42 14   EXAMINATION BY MR. DENTON:

01:27:42 15   Q.    So let's look at this.  Let's just start.  This is a 2005.

01:28:21 16   This is a Bayer scientist who worked on this drug.  Do you see

01:28:26 17   that?

01:28:26 18   A.    Yes, I do.

01:28:27 19   Q.    It's actually -- if you go down here at the bottom, down

01:28:33 20   at the bottom of the page, you'll see that these folks worked

01:28:43 21   for Bayer AG in Germany, correct?

01:28:46 22   A.    Yes, sir.

01:28:46 23   Q.    Now you cited the 2'13 -- 2013 Kubitza, but let's look

01:28:56 24   what this says.  Let's go to the bottom of page 7.

01:28:59 25         Have you read this article?

**OFFICIAL TRANSCRIPT**

01:29:00 1    A.   Yes, sir.

01:29:02 2    Q.   How come it wasn't on your list in your report?

01:29:05 3    A.   I do not know, sir.

01:29:06 4    Q.   You didn't talk about this here today in front of the

01:29:12 5    jury, did you?

01:29:12 6    A.   We're talking about it now.

01:29:14 7    Q.   I know, but with your counsel?

01:29:17 8    A.   Oh, I'm sorry.  No, we did not.

01:29:18 9    Q.   Because the reason I did is you said you read

01:29:21 10   Dr. Leissinger's testimony here in trial.

01:29:23 11   A.   I did read Dr. Leissinger's testimony.

01:29:25 12   Q.   She talked about this article, correct?

01:29:28 13   A.   Yes.

01:29:28 14   Q.   Let's look down here, the very last paragraph.

01:29:32 15   A.   What page are you on, sir?

01:29:33 16   Q.   Page 7, down at the bottom.  PDF 7.

01:29:33 17   A.   Yes.

01:29:48 18   Q.   They are talking about the pharmacodynamic and

01:29:53 19   pharmacokinetic parameters are correlated closely.

01:29:54 20        Let's highlight this, please.

01:29:56 21        "There was a direct linear relationship," and it

01:30:01 22   continues over to page 8, "between BAY 59-7930" -- and that's

01:30:01 23   Xarelto --

01:30:01 24   A.   That is.

01:30:15 25   Q.   -- before it was on the market -- so it was a direct

*OFFICIAL TRANSCRIPT*

01:30:18  1    linear correlation between plasma concentration and PT,

01:30:24  2    correct?

01:30:24  3    A.    Yes.

01:30:24  4    Q.    They were measuring PT and the effects it had in patients

01:30:30  5    as early as 2005, correct?

01:30:32  6    A.    No.  So they were measuring -- actually, this is one of

01:30:37  7    those early trials I talked about.  They were measuring Xarelto

01:30:41  8    in healthy patients.  So these are not people that have atrial

01:30:47  9    fibrillation or another disease; these are healthy, male-only

01:30:52 10    subjects.

01:30:52 11    Q.    That's exactly what I said.  They tested this in patients,

01:30:56 12    correct?

01:30:56 13    A.    Well, "patients" implies that they have the medical

01:30:59 14    condition that you're --

01:30:59 15    Q.    All right.  People.  How about they tested it in people?

01:31:02 16    A.    In healthy people, yes -- healthy men, because no women

01:31:04 17    were included.

01:31:05 18    Q.    All right.  I don't know why they chose to do that in

01:31:08 19    Germany, do you?

01:31:09 20    A.    No.

01:31:09 21    Q.    This suggested that PT, a routinely used coagulation test,

01:31:16 22    could be used clinically to monitor the anticoagulant effect of

01:31:24 23    Xarelto, if necessary.

01:31:24 24    A.    Yes.

01:31:24 25    Q.    So Bayer knew that way back then in 2005, right?  They

*OFFICIAL TRANSCRIPT*

01:31:27  1   published it?

01:31:27  2   A.    Yes.  If necessary.

01:31:29  3   Q.    Right.

01:31:35  4          Then, if we maybe go down just a little bit in that

01:31:37  5   paragraph, it goes on to say:  "This would suggest that PT

01:31:48  6   would be a viable monitoring test of the anticoagulation effect

01:31:58  7   of Xarelto"?

01:31:58  8   A.    If such monitoring were necessary --

01:31:58  9   Q.    Correct.

01:32:00 10   A.    -- in individual patients, yes.

01:32:00 11   Q.    Right.  And PT predicts bleed risks, doesn't it?

01:32:03 12   A.    So there -- it does not predict an individual's risk of

01:32:06 13   bleeding -- I know that seems like a hard topic to get -- but

01:32:10 14   it does correlate, as I showed you, you know, with a line that

01:32:15 15   just raises one percent from the highest level to the lowest

01:32:19 16   level, when other of those attributes that leads to bleeding is

01:32:25 17   corrected for.

01:32:25 18   Q.    Actually, the FDA has said that PT predicts the bleed

01:32:30 19   risks in Xarelto patients?

01:32:32 20   A.    That is exactly what I said.  It shows that there was a

01:32:35 21   one percent between the lowest and the highest group when you

01:32:37 22   looked at PT, taking out those other factors.

01:32:40 23   Q.    So if PT predicts bleed risks in a population, wouldn't it

01:32:45 24   be important to know which patients are at the highest risk of

01:32:48 25   bleeding?  Wouldn't that be something you would want to know,

**OFFICIAL TRANSCRIPT**

01:32:51 1     Doctor, if you had a patient like Johnny Boudreaux?

01:32:51 2     A.    Right, and so --

01:32:56 3     Q.    Wouldn't you want to know that?

01:32:56 4     A.    So for Mr. Boudreaux, as I explained earlier, for all my

01:33:00 5     patients, and even what was shown with ROCKET-AF, it was

01:33:04 6     actually more important for me to know his age, his weight,

01:33:07 7     whether he was on aspirin, and whether or not he was on that

01:33:10 8     medicine that controls for ulcers; that actually had more an

01:33:15 9     effect on letting me know who is at a higher risk for bleeding

01:33:19 10    than the PT did.

01:33:20 11    Q.    He didn't have an ulcer?

01:33:21 12    A.    On imaging, he did not.

01:33:23 13    Q.    In fact, they checked his lower GI, his upper GI, and

01:33:29 14    then, a few weeks later, his -- was it middle GI or small

01:33:35 15    intestine?

01:33:35 16    A.    Small bowel.  Small bowel.

01:33:36 17    Q.    There was no pathology found, correct?

01:33:37 18    A.    Yeah, and I'm sure the gastroenterologist will let you

01:33:42 19    know that's pretty common for us.

01:33:43 20    Q.    Actually, none was found, and the gastroenterologist that

01:33:50 21    took care of him testified in his deposition, as you read --

01:33:50 22    A.    Oh, I didn't read the GI physician's.

01:33:54 23    Q.    -- that Xarelto was a significant contributing factor to

01:33:57 24    his bleed.  That's what they said at the time he went to the

01:34:00 25    hospital, right?

*OFFICIAL TRANSCRIPT*

01:34:01  1   A.    So, as I stated before -- and I want to make it clear --

01:34:06  2   anticoagulants make you -- if you have pathology, they make you

01:34:11  3   bleed.  I never want to make people think that you don't bleed

01:34:13  4   when you're on an anticoagulant.  That is how they work, and

01:34:18  5   that is their biggest risk.

01:34:21  6   Q.    Every physician that saw Johnny Boudreaux at the time of

01:34:25  7   his bleed concluded that Xarelto was the significant factor in

01:34:29  8   bringing about his bleed, every single one of them.

01:34:33  9         Dr. Masri, correct?

01:34:35 10   A.    Is that a question?

01:34:37 11   Q.    Yes.

01:34:37 12   A.    I felt like when I read through his medical -- all the

01:34:40 13   medical records, that the physicians said, very appropriately,

01:34:44 14   that the Xarelto contributed to his bleeds.  It did.  I am not

01:34:49 15   disputing that at all.

01:34:50 16   Q.    So you agree --

01:34:51 17         MR. DENTON:  Let's up put up Slide 4, Demonstrative

01:34:59 18   Slide 4.

01:34:59 19   EXAMINATION BY MR. DENTON:

01:35:00 20   Q.    You read Dr. Masri's deposition?

01:35:00 21   A.    Yes, I did.

01:35:00 22   Q.    You saw his medical records, correct?

01:35:04 23         THE COURT:  Wait, wait, wait.  Just a moment.

01:35:04 24         MS. WILKINSON:  Your Honor, I'm going to object to

01:35:06 25   this, if this is -- I don't even know what it is --

*OFFICIAL TRANSCRIPT*

01:35:08 1    impeachment.  I didn't know we'd put up deposition testimony of

01:35:11 2    a witness who has not been introduced in the case.  It's not in

01:35:14 3    evidence.

01:35:16 4            THE COURT:  What's the --

01:35:18 5            MR. DENTON:  She's read all these records, and she's

01:35:21 6    read the deposition and relied upon it.

01:35:24 7            MS. WILKINSON:  Well, if there is something

01:35:25 8    inconsistent, then my understanding is you can impeach --

01:35:29 9            THE COURT:  Well, he's not impeaching with what she

01:35:33 10   said.  He's asking her about his opinions, which you can do

01:35:36 11   either orally, like he did, or digitally, like he's doing.

01:35:36 12           MR. DENTON:  Right.

01:35:40 13           THE COURT:  So I overrule the objection.

01:35:41 14               What's the question?

01:35:41 15   EXAMINATION BY MR. DENTON:

01:35:43 16   Q.   The question is is Dr. Masri, in his medical record, said

01:35:50 17   Mr. Boudreaux, Johnny Boudreaux's GI bleed was related to

01:35:52 18   recent Xarelto initiation, correct?

01:35:52 19   A.   Absolutely.

01:35:53 20   Q.   Xarelto substantially contributed to his GI bleed,

01:35:53 21   correct?

01:35:59 22   A.   So related and contribute, not cause.

01:35:59 23   Q.   Substantially --

01:36:02 24   A.   Related and -- I agree with that, related and contribute,

01:36:05 25   that they --

*OFFICIAL TRANSCRIPT*

01:36:06  1    Q.    There is no dispute that if he wasn't on Xarelto, he
01:36:10  2    wouldn't have had that GI bleed, right?
01:36:11  3    A.    No, that's not what I said, sir.  I'm sorry.
01:36:13  4    Q.    Well, then, let's see what you said in your deposition.
01:36:32  5    Page 87.  Page 87 on the January 16th deposition.
01:36:42  6          This was your testimony under oath, right?
01:36:45  7    Colleen Johnson, M.D., January 16, 2017.
01:36:54  8    A.    Yes.
01:36:54  9    Q.    The question was:  "Do you agree with that diagnosis?"
01:36:59 10          Your answer was:  "That the patient had a GI bleed?
01:36:59 11    Yes."
01:37:01 12          "Question:  Do you dispute that it was related to the
01:37:04 13    recent Xarelto initiation?"
01:37:05 14          Your answer was:  "Related to?"
01:37:07 15          The question was:  "Yes."
01:37:07 16          And you said:  "Yes."
01:37:07 17          MS. WILKINSON:  I object on --
01:37:08 18          MR. DENTON:  Is that still your testimony today?
01:37:11 19          THE COURT:  Wait just a minute.
01:37:11 20          MS. WILKINSON:  I object.  It's not proper impeachment.
01:37:14 21    Again, it shouldn't be shown to the jury.  It's to be asked --
01:37:17 22    if the jury does think --
01:37:20 23          THE COURT:  It is her prior testimony?
01:37:22 24          MR. DENTON:  Yes, it's her testimony, Your Honor.
01:37:24 25          THE COURT:  So what's the --

                                    *OFFICIAL TRANSCRIPT*

01:37:27   1          MR. DENTON:  I'm just trying to see if she's fighting

01:37:29   2   me on causation.

01:37:31   3          THE COURT:  Do you agree with that?

01:37:33   4          THE WITNESS:  I do, Your Honor.

01:37:35   5          THE COURT:  She agrees.

01:37:35   6          MR. DENTON:  Good.  Then we can move on from that.

01:37:38   7   EXAMINATION BY MR. DENTON:

01:37:45   8   Q.   So let's talk about your literature search about Xarelto.

01:37:50   9   Tell us what you did.

01:37:51  10   A.   So when I was tasked with looking into this, I went myself

01:38:00  11   and performed a literature search.  So we have search engines

01:38:04  12   that we as physicians commonly use.  The most common one is

01:38:10  13   called PubMed, and it's by the National Heart, Lung and

01:38:14  14   Bleeding Institute.  It's a government research -- a big

01:38:16  15   research for medicine.  And they have a way of searching the

01:38:20  16   medical literature in order for us to find studies and even

01:38:26  17   reviews, commentaries, anything on a certain topic.

01:38:30  18   Q.   Okay.  And that's what you did here?

01:38:32  19   A.   That is, and used, of course, things that I had read just

01:38:35  20   in my normal day-to-day practice of medicine.

01:38:37  21   Q.   You went out and did a medical literature search?

01:38:44  22   A.   I did, sir.

01:38:44  23   Q.   You said you've never done this before.  So how is it that

01:38:48  24   the lawyers for these companies found you?

01:38:54  25   A.   Well, like any -- I would say like most practicing

**OFFICIAL TRANSCRIPT**

01:38:56 1    physicians, I had received some calls from lawyers asking to

01:39:01 2    meet with me, and I ignored those calls because I enjoy the

01:39:06 3    practice of medicine, not law.  And it wasn't until the general

01:39:10 4    counsel of Tulane called me, so that's like the head lawyer for

01:39:14 5    Tulane University, called me and asked me to meet with these

01:39:17 6    lawyers that I did, because I don't typically prefer -- I

01:39:21 7    prefer to take care of patients.

01:39:22 8    Q.    And the lawyers that the general counsel at Tulane asked

01:39:29 9    you to work with were the lawyers representing Bayer and

01:39:33 10   Janssen in this case?

01:39:33 11   A.    They just asked me to meet with them.  That's all they

01:39:37 12   asked me to do.

01:39:37 13   Q.    But then you found out that those lawyers represented the

01:39:40 14   drug companies?

01:39:41 15   A.    Well, I didn't know even then.  I met with the lawyers and

01:39:43 16   they asked me a lot of questions about my clinical practice,

01:39:47 17   which I answered, and then it was after that when they

01:39:50 18   contacted me again to say they would like to talk with me more

01:39:55 19   that they explained what they were doing and who they were

01:39:57 20   representing.

01:39:57 21   Q.    Okay.  So -- but the general counsel of the university

01:40:01 22   told you to meet with the company lawyers -- the drug company

01:40:05 23   lawyers and you did that?  That's how this all started?

01:40:08 24   A.    She asked me to give them a call back, to respond to their

01:40:11 25   phone calls.

*OFFICIAL TRANSCRIPT*

01:40:11  1   Q.   How many of the Bayer lawyers have you met and Janssen
01:40:17  2   lawyers have you met?
01:40:19  3   A.   I don't know, sir.
01:40:20  4   Q.   Well, there was three or four at your first deposition,
01:40:26  5   correct?
01:40:27  6   A.   It was in November.  I don't remember how many were there.
01:40:29  7   I'm sorry.
01:40:29  8   Q.   Okay.  But it was more than one or two.
01:40:32  9   A.   Okay.
01:40:33 10   Q.   And then in your January deposition about Mr. Boudreaux,
01:40:36 11   there was more than that, right?
01:40:37 12   A.   Again, I don't remember.  I'm sorry.
01:40:40 13   Q.   Don't be sorry.  I'm just trying to get the facts.
01:40:42 14        So let's go back to your literature search.  I want
01:40:45 15   to show you an article, record 5767884.  I'll provide you a
01:40:53 16   copy.
01:41:14 17   A.   Thank you, sir.
01:41:15 18   Q.   You're welcome.
01:41:16 19        I'm interested about this article based on your last
01:41:19 20   answer.  Let's go to page 7.
01:41:20 21        Can we call that up, please?
01:41:29 22        Down here at the bottom, it's talking about *Recent*
01:41:36 23   *guidelines and recommendations for laboratory assessment of*
01:41:41 24   *DOACs*, right?  That would include Xarelto.
01:41:42 25   A.   Yes, sir.

***OFFICIAL TRANSCRIPT***

01:41:43  1    Q.    And what they report in this article:

01:41:45  2            "To provide a comprehensive picture of national and

01:41:48  3    international guidelines on...routine measurement of DOACs, we

01:41:53  4    performed a systematic search using...three mostly accessed

01:41:58  5    scientific databases, MEDLINE, Scopus, and Web of Science...."

01:42:03  6            Right?

01:42:03  7    A.    Yes, sir.

01:42:04  8    Q.    That's what you did?

01:42:05  9    A.    Yes, sir.

01:42:05 10    Q.    Something like that, right?

01:42:06 11    A.    Yeah.  I mostly used MEDLINE, which is the PubMed.

01:42:08 12    Q.    Okay.  So you used MEDLINE, right?

01:42:09 13    A.    Uh-huh (affirmative response).

01:42:10 14    Q.    Let's go to the next page.  And they even tell us some key

01:42:16 15    words they used, for *guidelines*, *recommendations*, etcetera.

01:42:18 16    It's kind of like a Google search, right, only it's in medical

01:42:21 17    literature?

01:42:22 18    A.    Yes.

01:42:22 19    Q.    All right.  And then they go on to say they retrieved

01:42:30 20    *125...total number of the 135* were excluded for a lot of

01:42:35 21    different reasons, and they finally selected what they thought

01:42:39 22    was representative in Table 3, correct?

01:42:41 23    A.    Correct.

01:42:41 24    Q.    And let's go down to Table 3.  It says, *Summary of*

01:42:51 25    *national and international recommendations regarding urgent and*

**OFFICIAL TRANSCRIPT**

01:42:57   1    *routine assessment of DOACs*.  Do you see that?

01:43:01   2    A.    I do.

01:43:01   3    Q.    And, first of all, there's *Screening*, right?

01:43:01   4    A.    Uh-huh (affirmative response).

01:43:04   5    Q.    That's what we're talking about in this case, screening

01:43:06   6    out the high-risk patients, right?

01:43:08   7    A.    I would have to look at what their definition of screening

01:43:11   8    was again.

01:43:11   9    Q.    And we're talking about anti-Factor Xa drugs.  That would

01:43:17  10    include Xarelto, right?

01:43:18  11    A.    Yes, it would.

01:43:19  12    Q.    And what the national and international recommendation for

01:43:25  13    screening for Factor Xa drugs was PT.  Do you see that?

01:43:29  14    A.    Well, some are non -- some are not applicable, some are

01:43:36  15    PT.

01:43:36  16    Q.    Right.  And let's go back up to the text.  Let's go back

01:43:38  17    to the main article.  Let's go to this text, "Regarding

01:43:45  18    Factor Xa inhibitors, the PT was proposed as a reliable

01:43:50  19    screening test" --

01:43:51  20           Could you please underline *screening test*?

01:43:54  21           -- "in patients taking these drugs in six out of

01:44:00  22    seven guidelines...."

01:44:01  23           These are the international and national guidelines,

01:44:04  24    correct?  That's what this article says.

01:44:04  25    A.    Those are mostly international guidelines, so mostly

*OFFICIAL TRANSCRIPT*

01:44:13  1    guidelines outside of the United States.

01:44:13  2    Q.    So -- but my point is, did you look at this literature?

01:44:20  3    A.    Did I look at this study?  I would have to review and see

01:44:23  4    if I looked at this -- at this opinion paper.

01:44:26  5    Q.    Right.  Because I didn't see it on your list.

01:44:28  6    A.    It may not have been.  I'm happy to look at it now, if you

01:44:31  7    would like me to.

01:44:33  8    Q.    Okay.  Let's look at some of these organizations that are

01:44:35  9    in Table 3.  That's go back to Table 3.

01:44:39 10          ISTH, you know what that is, don't you?

01:44:45 11    International -- do you know what it is?

01:44:49 12    A.    The ISTH, it's another international society.

01:44:49 13    Q.    On thrombosis and haemostasis.

01:44:54 14          MS. WILKINSON:  Your Honor, I'm going to object to

01:44:55 15    relevance in discussing the international.  I thought we were

01:44:58 16    focused on the United States.  This is irrelevant.

01:45:01 17          MR. DENTON:  Why is this irrelevant?

01:45:01 18    EXAMINATION BY MR. DENTON:

01:45:04 19    Q.    Is Xarelto different in Europe than it is here?

01:45:08 20    A.    There are --

01:45:09 21          MS. WILKINSON:  Your Honor, can we go sidebar because

01:45:12 22    the answer is --

01:45:13 23          THE COURT:  Let me see both of you all.

01:45:13 24          (WHEREUPON, at this point in the proceedings, there was

01:45:28 25    a conference held at the bench.)

                              *OFFICIAL TRANSCRIPT*

01:45:28  1      MS. WILKINSON:  Your Honor, we have not had -- you had

01:45:34  2  ruled generally that the international labels and foreign

01:45:36  3  labels were not admissible subject to some change in the

01:45:38  4  evidence.

01:45:39  5      The problem with introducing international

01:45:42  6  standards is, internationally some countries, their regulatory

01:45:46  7  agents have approved of anti-FXa assays that tend to -- those

01:45:52  8  are not approved here in the United States.  So suggesting that

01:45:54  9  there is a different standard and there is approval would be

01:45:59 10  misleading and prejudicial to the jury.

01:46:01 11      MR. DENTON:  Your Honor, this isn't about labelings.

01:46:04 12  This is about the various societies that Dr. Leissinger

01:46:08 13  testified about, and a lot of the articles that they even cite.

01:46:12 14  They cited foreign articles, too, for the science.  We're

01:46:16 15  talking about the science.  We're not talking about labels.

01:46:18 16      These are professional organizations that have

01:46:23 17  looked at the literature and provided that PT is a reasonable

01:46:27 18  recommendation.  There is also national standards here.  It's

01:46:30 19  just not international.

01:46:34 20      THE COURT:  If it has anything to do with labeling,

01:46:36 21  then it's not going to be admissible because we're talking

01:46:39 22  about labeling in the United States and it's different

01:46:43 23  standards.

01:46:43 24      Now, I don't know, this is the first time I'm

01:46:45 25  seeing this article, but if that is what we're talking about,

**OFFICIAL TRANSCRIPT**

01:46:49  1    let's go to something else.

01:46:49  2         MS. WILKINSON:  Your Honor, it does call out on the

01:46:53  3    same page, page 8 of the document, all these international

01:46:56  4    societies, so they would have different standards.

01:46:58  5              As you can see, it talks about, for example, the

01:47:02  6    Australian Society of Thrombosis and Hemostasis, the British

01:47:07  7    Committee, the Italian Committee for Standardization of

01:47:10  8    Hematological and Laboratory Methods.  All those standards

01:47:13  9    would relate to what the regulatory rules are, and that's why

01:47:16 10    it would be confusing and misleading.

01:47:18 11         THE COURT:  I think this would be confusing.  It's a

01:47:20 12    403, not a 401.

01:47:22 13         MR. DENTON:  I'll move on, Your Honor.

01:47:25 14         THE COURT:  Let's move on to something else.

01:47:25 15         (WHEREUPON, at this point in the proceedings, the bench

01:47:38 16    conference concluded.)

01:47:38 17    EXAMINATION BY MR. DENTON:

01:47:50 18    Q.    Doctor, I forgot to ask, how much are you charging here

01:47:58 19    today for you testimony?

01:48:00 20    A.    I charge about a thousand dollars an hour to be here

01:48:02 21    because I'm missing work.

01:48:04 22    Q.    Okay.  In the materials you reviewed, as I understand it,

01:48:19 23    you have looked at no internal company documents from the drug

01:48:24 24    companies?

01:48:24 25    A.    No, I did not.

*OFFICIAL TRANSCRIPT*

01:48:25 1    Q.    Did you read any of the testimony of the depositions taken

01:48:28 2    in this case by the scientists who actually worked this trial?

01:48:35 3    A.    I have not.  On the scientists that worked on the drug?

01:48:35 4    Q.    Yes.

01:48:38 5    A.    I didn't hear testimony from -- or read testimony from

01:48:40 6    them.

01:48:40 7    Q.    Okay.  How about the scientists from the companies who

01:48:47 8    actually testified by videotape here in this courtroom?  You

01:48:51 9    said you read trial testimony.  Were you provided that?

01:48:54 10   A.    I was not.

01:48:55 11   Q.    So you have no idea what the internal company documents

01:49:04 12   show with respect to PT Neoplastin and bleed risk in Xarelto

01:49:11 13   patients, right?

01:49:12 14         You don't know anything about what the internal

01:49:16 15   company documents say about increased PT is an indication of

01:49:22 16   increased bleeding risk.  You've never seen any of that stuff?

01:49:25 17   A.    No.  I don't read the internal company documents for my

01:49:28 18   opinions.

01:49:28 19   Q.    But what about their testimony here in the courtroom?  You

01:49:31 20   mentioned Dr. Leissinger's testimony.  Would you like to know

01:49:34 21   what they had to say?

01:49:35 22   A.    Well, I read Dr. Leissinger's testimony.  She's a

01:49:39 23   hematologist that works at Tulane, and so I wanted to read her

01:49:43 24   opinions and know what she thought.

01:49:44 25   Q.    What about the company doctors -- or the company

*OFFICIAL TRANSCRIPT*

01:49:48 1    physicians and doctors that worked on the drug?  They know more

01:49:50 2    about that drug than probably anybody, right?

01:49:52 3    A.    I actually -- my personal opinion is that likely

01:49:56 4    physicians that work for the company -- I don't know them.  I

01:50:00 5    don't know what research they are looking at.  I can look at

01:50:02 6    their published research and their published results to make my

01:50:06 7    own opinions rather than listening to someone else's opinions

01:50:09 8    as to how this works.  And that's what I did.

01:50:12 9    Q.    Okay.  But if the internal communication is different than

01:50:17 10   the public communication, that would be troubling, wouldn't it?

01:50:21 11   A.    I haven't read any of the internal communication.

01:50:24 12   Q.    I understand that, but that wasn't my question.  Would you

01:50:28 13   find it troubling if the internal communications were different

01:50:31 14   than the external communications about this trial?

01:50:34 15   A.    Again, I would have to know the basis and the whole text

01:50:40 16   of what's happening in the communications.  But, again,

01:50:43 17   someone's opinion that I don't know, I don't know their

01:50:46 18   qualifications, don't mean as much to me as what I have read

01:50:50 19   and come up with or other physicians have published as well.

01:50:53 20   Q.    Well, how about Dr. Berkowitz, vice-president of Bayer,

01:50:58 21   who's worked on this drug since about 2007, he certainly knows

01:51:03 22   more about it than you do, doesn't he?

01:51:05 23   A.    I don't know Dr. Berkowitz.  I would assume he knows quite

01:51:09 24   a bit about the medication.

01:51:11 25   Q.    He's a hematologist, right?  I mean, I'm telling you that.

*OFFICIAL TRANSCRIPT*

01:51:14  1    I'm sorry.

01:51:14  2    A.    I don't know, but okay.

01:51:15  3    Q.    I just want to make sure, you're saying there is no

01:51:18  4    correlation with bleeding risks in blood plasma concentrations

01:51:25  5    in Xarelto, is that your testimony?

01:51:26  6    A.    No, sir.

01:51:26  7    Q.    I'm just -- I'm confused.  Would you agree with me that as

01:51:31  8    the risk -- that as concentration goes up, the risk of bleeding

01:51:37  9    goes up?

01:51:38 10    A.    So what I --

01:51:39 11    Q.    Do you agree with that?

01:51:40 12    A.    I'm sorry.  Say that one more time, sir.

01:51:42 13    Q.    It's very simple, I thought.  At least I'm trying to be.

01:51:46 14    That there is, in fact, a correlation between bleeding events

01:51:50 15    and blood plasma concentrations of Xarelto?

01:51:56 16    A.    So on an average, as you take the population, if you have

01:51:58 17    a higher concentration of the drug in your system, then that

01:52:04 18    means you have a higher amount of drug working on your

01:52:06 19    clotting, right, stop -- holding back your clotting.  So what

01:52:10 20    that would mean to you is, is that if you started bleeding,

01:52:13 21    that drug is working on you at a higher concentration, so --

01:52:17 22    but you have to have the bleeding first.  You have to have the

01:52:22 23    reason, the cause of the bleeding first.

01:52:24 24          So if you took a hundred people that all had the same

01:52:29 25    PT, no matter what it is, I can't use that PT to say, oh, wait,

*OFFICIAL TRANSCRIPT*

01:52:34  1   it's going to be you out of the hundred, you're the one that's

01:52:37  2   going to bleed.

01:52:37  3        The PT doesn't tell you that.  No test tells you

01:52:41  4   that.  What helps us actually know that better is, like I said,

01:52:44  5   other patient characteristics.

01:52:46  6   Q.   Well, let's go to Slide 10, because I'm going to show you

01:52:53  7   what Dr. Berkowitz has already testified to in this case.  The

01:52:56  8   jury saw this in court.  This is the vice-president of

01:53:03  9   hematology.  This is what has been in evidence.

01:53:06 10        Would you agree with me that Bayer itself has

01:53:08 11   concluded that bleed risk increases with PT.  Do you see that?

01:53:11 12   A.   Yes.

01:53:11 13   Q.   Do you agree with that?

01:53:13 14   A.   As I just said, yes.  I showed you the correlation between

01:53:19 15   the two.  There is a relationship between the two.  It's just

01:53:23 16   not a very strong relationship, and with that -- trouble with

01:53:27 17   that measurement, I don't use that relationship to help me let

01:53:30 18   my patients know who I think is at risk of higher bleeding.

01:53:35 19   Q.   So you do agree, then, as PT goes up, bleeding risk goes

01:53:43 20   up for Xarelto patients?

01:53:43 21   A.   On a population basis, as we showed, that 1 percent

01:53:47 22   increase when you take out the other risk factors, yes.

01:53:49 23   Q.   Did you ever look at the FDA review of this -- of this

01:53:58 24   drug?

01:54:00 25   A.   I looked at many different FDA reviews of the medication.

**OFFICIAL TRANSCRIPT**

01:54:03  1    Q.    All right.  So let's go to one of the charts that are in

01:54:10  2    there.

01:54:22  3                    Excuse me just a second.

01:54:22  4    A.    Of course.

01:54:27  5    Q.    I'm skipping around and I messed up my plan here.

01:55:20  6                    I apologize.

01:55:21  7              THE COURT:  Let's go on then.

01:55:21  8    EXAMINATION BY MR. DENTON:

01:55:22  9    Q.    Let me go to something else --

01:55:22  10   A.    Okay, sir.

01:55:23  11   Q.    -- while we're looking for that.

01:55:32  12                   Let's go back to Eikelboom, one other thing I want to

01:55:37  13   point out that wasn't pointed out in Eikelboom.  Because -- I

01:55:53  14   think this captures the same question.

01:56:01  15                   And this is 5769104.  If we can go to page 2.

01:56:24  16                   This is the Eikelboom article that just came out, I

01:56:29  17   think, on March 29th of 2017, just a few weeks ago?

01:56:29  18   A.    Yes, sir.

01:56:32  19   Q.    And if we would go down to the second set of charts of

01:56:36  20   blue lines and orange lines.  Do you see that?  This actually

01:56:45  21   came from the FDA review of Xarelto, correct?

01:56:49  22   A.    Yes.  The right chart is the one that I showed you

01:56:52  23   earlier.

01:56:52  24   Q.    Right.  It sure is.

01:56:54  25                   And this is the first time, just a month ago, that

**OFFICIAL TRANSCRIPT**

01:56:58  1   this data has actually appeared in published literature,

01:56:58  2   correct?

01:57:02  3   A.    No.  I read it in the pharmacodynamic review published by

01:57:06  4   the FDA first.

01:57:08  5   Q.    I understand that, but that's not in the published

01:57:10  6   peer-reviewed literature.  That's on the FDA website.

01:57:13  7   A.    Well, it's a public website.  Anyone could go to that

01:57:16  8   website and pull up the FDA review, right?

01:57:21  9   Q.    I didn't say it wasn't public.  I said published

01:57:24 10   literature.  That's not peer-reviewed literature.

01:57:26 11   A.    It's not in a peer-review journal.  It's on the FDA

01:57:31 12   website, yeah.

01:57:31 13   Q.    All right.  Well, besides that.  But let's just look at

01:57:34 14   that and make sure we understand this.

01:57:35 15         So this is the major bleeding, right, on rivaroxaban

01:57:40 16   and they're plotting Neoplastin PT, correct?

01:57:44 17   A.    Yes, sir.

01:57:44 18   Q.    And so what we have here, as PT goes up, the risk of

01:57:49 19   bleeding goes up.

01:57:51 20   A.    Exactly.  As I showed before -- it's the same chart I

01:57:55 21   showed.  And importantly, as it says, even before this one --

01:57:59 22   it didn't in the chart I showed.  This one is kind of nicer --

01:58:01 23   it even tells you it's unadjusted regression analysis.

01:58:05 24   Q.    And that's what's published in this article that you

01:58:07 25   cited?

**OFFICIAL TRANSCRIPT**

01:58:07  1    A.    Yes, sir, it is.

01:58:08  2    Q.    Right.  So, if you -- if you were a patient on Xarelto,

01:58:14  3    why would you want to be way up here when down here, at the

01:58:18  4    lowest quartile, gives you all the stroke protection you need?

01:58:22  5    A.    Because for patients -- as I stated before, if you

01:58:26  6    actually take a patient who has a PT of, let's say, 13, but,

01:58:33  7    again, they are older, they are on aspirin, they are heavier,

01:58:37  8    they are not taking a proton-pump inhibitor and there's been

01:58:43  9    other data to show there's even other factors that play into

01:58:45 10    bleeding risks, that person with the lower PT will be at a

01:58:50 11    higher risk actually than the person who's 50, has a higher PT

01:58:55 12    but doesn't take aspirin, is not overweight, and is using a

01:59:01 13    proton-pump inhibitor.  So that's why it's so important to

01:59:05 14    understand when something is unadjusted versus adjusted.

01:59:09 15    Q.    But all those types of people you just described were part

01:59:12 16    of this ROCKET analysis.  There are patients like that in

01:59:18 17    ROCKET?

01:59:18 18    A.    Yes, sir.

01:59:18 19    Q.    And what we know across all those ROCKET patients, as PT

01:59:22 20    went up, the rate of bleeding risk went up for those patients;

01:59:28 21    is that right?  Is that what this chart shows?

01:59:30 22    A.    As I showed -- even when I showed the chart.  It goes back

01:59:33 23    to that kind of gardening analogy.  Sure enough plants don't

01:59:38 24    grow in Louisiana.  Oh, but wait, it's because I planted the

01:59:42 25    plant in the shade.  So you have to adjust.  You have to look

*OFFICIAL TRANSCRIPT*

01:59:45  1    at other factors.

01:59:46  2            And so the authors actually even put in here, and I

01:59:50  3    could find it for you if you want, that you shouldn't look at

01:59:53  4    these charts or compare these charts because some are

01:59:55  5    unadjusted and some are adjusted, so the authors even make note

01:59:59  6    of the fact that some of these charts are unadjusted charts.

02:00:02  7    Q.    I'm only interested in rivaroxaban.  The article talks

02:00:05  8    about Eliquis.  It talks about Pradaxa.  This case is only

02:00:09  9    about Xarelto, right?

02:00:10 10    A.    Yes, sir.

02:00:10 11    Q.    All right.  And this -- so this chart shows -- just so

02:00:14 12    we're clear, this chart shows on stroke protection it doesn't

02:00:20 13    matter really what quartile you're in, you have protection?

02:00:23 14    A.    Again, on an unadjusted regression analysis, yes.

02:00:26 15    Q.    All right.  And that's what was just published in the

02:00:28 16    literature that you cited, just two weeks ago, right?

02:00:30 17    A.    Yes, sir.  Yes.

02:00:30 18    Q.    Your Cox proportional regression isn't anywhere in this

02:00:35 19    literature, is it?

02:00:35 20    A.    It's in the pharmacodynamic review by the FDA.

02:00:38 21    Q.    It's not in this published literature, is it?

02:00:41 22    A.    It's not in this one paper.

02:00:43 23    Q.    It's not in any paper?

02:00:45 24    A.    It's in the FDA review of the literature.

02:00:48 25    Q.    Right.  And, by the way, that was -- all this discussion

*OFFICIAL TRANSCRIPT*

02:00:52  1   about the FDA Ad Com brief and the Cox regression analysis,

02:00:57  2   none of that was in your report, was it?

02:01:01  3   A.   I do not recall.  No, I did talk about the adjusted under

02:01:06  4   the portion where I talk about ROCKET-AF and -- I'm sorry, I

02:01:09  5   don't have my report in front of me -- I talked about the fact

02:01:12  6   that patients in ROCKET-AF, especially in the American group,

02:01:16  7   had a higher of those comorbidities, those things that also

02:01:23  8   play into bleeding, than other groups, subgroups, meaning other

02:01:26  9   smaller picked-out populations from the ROCKET-AF, so I did

02:01:30 10   talk about that and about how there are other factors that play

02:01:34 11   into bleeding.

02:01:35 12   Q.   You didn't discuss one sentence about the Cox proportional

02:01:41 13   hazard that you brought in front of the jury today in your

02:01:43 14   report, did you?

02:01:44 15   A.   I did not put that chart in my report, sir.  I did not.

02:01:46 16   Q.   Or discuss it in any way?

02:01:48 17   A.   I did not put that chart nor did I put that chart, either

02:01:52 18   of those, in my report, in my original report.

02:01:54 19   Q.   That's right.  But you knew that that was an issue in this

02:01:58 20   case because you had reviewed other expert reports, correct?

02:02:04 21   A.   I actually -- in my report as well, I talked about the use

02:02:08 22   of prothrombin testing in order to see if it could help you

02:02:13 23   with patients and did a review, and, again, supported

02:02:18 24   everything that I said today, which is that I don't find that

02:02:21 25   it to be useful.

*OFFICIAL TRANSCRIPT*

02:02:21 1    Q.    So you find that the PT test not to be useful?

02:02:26 2    A.    That is correct, sir.

02:02:27 3    Q.    And you disagree with Dr. Leissinger, the chief of

02:02:32 4    hematology, at Tulane University?

02:02:33 5    A.    I do, sir.

02:02:34 6    Q.    How many years have you been practicing here in town?

02:02:35 7    A.    I've been practicing at Tulane here for about six, seven

02:02:38 8    years.

02:02:38 9    Q.    And she's been there 32 years.

02:02:40 10   A.    Yes, she has.

02:02:41 11        THE COURT:  Counsel, let's not argue with the witness.

02:02:44 12   EXAMINATION BY MR. DENTON:

02:02:44 13   Q.    All right.  Now, let me ask you a little bit -- there was

02:03:10 14   some discussion about the FDA.  Let's go to the summary review.

02:03:49 15   It's already in evidence as Trial Exhibit 4.

02:03:53 16        Doctor.

02:04:07 17   A.    Thank you.

02:04:07 18        MR. DENTON:  Judge, you've already got a copy.

02:04:07 19        THE COURT:  I have it.

02:04:10 20        THE WITNESS:  Oh, I have two, if you need this.

02:04:15 21   EXAMINATION BY MR. DENTON:

02:04:23 22   Q.    This is a document that you weren't asked about, correct?

02:04:27 23   A.    Say that one more.  I didn't hear.

02:04:28 24   Q.    This is a document you weren't asked about this morning,

02:04:28 25   correct?

*OFFICIAL TRANSCRIPT*

02:04:31   1   A.   No, I don't think we have been asked about this yet.

02:04:34   2   Q.   Okay. And so let's go to page 2.

02:04:34   3   A.   Okay.

02:04:38   4   Q.   And this is the summary review from the FDA on November 4,

02:04:44   5   2001, correct?

02:04:44   6   A.   Yes. Wait, I'm sorry. 2011. It's not 2001.

02:04:50   7   Q.   I'm sorry. 2011. You're right.

02:04:51   8         So let's go to page 3. This is the summary of the

02:04:54   9   FDA when it's trying to figure out what to do about Xarelto,

02:04:54   10   correct?

02:05:01   11   A.   Yes, sir.

02:05:01   12   Q.   Let's go through this, if we could, please. So they are

02:05:09   13   talking about whether to approve it. And it says right here,

02:05:12   14   "Dr. Thompson recommends approval -- Dr. Thompson recommends

02:05:19   15   approval" --

02:05:25   16         Do you see where I'm reading from?

02:05:30   17   A.   Yes, sir.

02:05:30   18   Q.   -- "but the primary clinical reviewers, Drs. Rose and

02:05:37   19   Dunnmon, do not." Do you see that?

02:05:38   20   A.   Yes, sir.

02:05:38   21   Q.   Then it goes down to the next paragraph to explain why.

02:05:48   22         Can we go to the next paragraph, please?

02:05:51   23         It says, "The primary clinical reviewers" -- those

02:05:53   24   are the people that actually looked at this data, correct?

02:05:59   25   A.   All of the reviewers looked at the data.

***OFFICIAL TRANSCRIPT***

02:06:01  1    Q.    Okay.  But certainly these medical reviewers did, right?

02:06:03  2    A.    Yes, sir.

02:06:04  3    Q.    In fact, they're the primary clinical reviewers.  And they

02:06:10  4    are explaining the reasons why, in their opinion, this drug

02:06:14  5    should not be approved.  Do you see that?

02:06:16  6    A.    I do, sir.

02:06:16  7    Q.    And they talk about one of the reasons is, is that there

02:06:23  8    was a low TTR of only 55 percent in ROCKET.  Do you see that?

02:06:28  9    A.    I do, sir.

02:06:30 10    Q.    And TTR is a way to measure how well the warfarin folks

02:06:34 11    were staying in the therapeutic range?

02:06:37 12    A.    That is correct.

02:06:39 13    Q.    Because if the warfarin patients aren't in the therapeutic

02:06:46 14    range, warfarin doesn't do as well in reducing strokes or not

02:06:51 15    causing bleeds, right?

02:06:52 16    A.    That's correct, sir.

02:06:52 17    Q.    Let's go on to the next page.

02:07:01 18          "There is no rational basis for the applicant's

02:07:05 19    choice of the dose tested in ROCKET at 20 milligrams a day."

02:07:13 20          Have you ever read that before?

02:07:13 21    A.    I have, sir.

02:07:15 22    Q.    And you reviewed that in preparing your report here?

02:07:15 23    A.    Yes, I did.

02:07:18 24    Q.    "The pharmacodynamic properties of rivaroxaban suggest the

02:07:24 25    drug should be administered twice a day," right?

*OFFICIAL TRANSCRIPT*

02:07:28 1          THE COURT:  What's the question?

02:07:28 2  EXAMINATION BY MR. DENTON:

02:07:30 3  Q.   Are you following along with me?  Did you know that when

02:07:33 4  you --

02:07:33 5  A.   Yes, sir.

02:07:34 6  Q.   All right.  Okay.  Let's go to -- let's go to page 9 -- or

02:07:57 7  it's page -- it's actually page 9 of the document, PDF page 10,

02:08:05 8  additional issues.

02:08:11 9          The clinical pharmacology reviewers demonstrated a

02:08:11 10 linear correlation for rivaroxaban levels in PT.  That's what

02:08:11 11 we just saw on that graft --

02:08:11 12         THE REPORTER:  Mr. Denton, I can't understand you.

02:08:23 13 EXAMINATION BY MR. DENTON:

02:08:23 14 Q.   That the clinical reviewers demonstrated that there was a

02:08:29 15 linear correlation between rivaroxaban levels and PT, correct?

02:08:34 16 A.   Yes.

02:08:35 17 Q.   That's the same chart we saw in Eikelboom; that's what

02:08:38 18 they're referring to?

02:08:39 19 A.   Same thing that I've shown, yes.

02:08:43 20 Q.   Then it goes on to say -- did you know this -- that they

02:08:48 21 also demonstrated that there is a correlation between PT and

02:08:51 22 risk of bleeding?  Did you know they said that when you

02:08:54 23 reviewed this?

02:08:55 24 A.   Yes.

02:08:55 25 Q.   Are you saying the same thing?

                            *OFFICIAL TRANSCRIPT*

02:08:57 1    A.    Absolutely.  As I said, there was a risk.  It raised,

02:09:02 2    after you adjusted, just about a percent between the highest

02:09:04 3    and the lowest.

02:09:05 4    Q.    Then in the last sentence -- I want to ask you about this

02:09:09 5    because you said you wouldn't use PT in your practice -- they

02:09:13 6    say:  "However, infrequent monitoring, at initiation and yearly

02:09:21 7    thereafter, to assure appropriate dosing of the drugs to

02:09:25 8    prevent stroke and cause bleeding may improve outcomes and be

02:09:30 9    acceptable to patients."

02:09:31 10          So the FDA is suggesting that this could be useful?

02:09:35 11   A.    It's suggesting that it may improve outcomes, and there

02:09:38 12   has not been one piece of scientific literature to show that it

02:09:44 13   has improved outcomes.

02:09:44 14   Q.    Wouldn't you want to try to improve outcomes with your

02:09:47 15   patients?

02:09:48 16   A.    Definitely, sir.

02:09:48 17   Q.    All right.  But what it also goes on to say is that the

02:09:51 18   applicant, Janssen, has chosen not to utilize the information.

02:09:55 19          Did you know that when you reviewed this?

02:09:57 20   A.    Yes.

02:09:57 21   Q.    Do you think Janssen should utilize that information?

02:10:01 22   A.    I think that anyone can utilize that information.  So that

02:10:06 23   study is open to be done by any researchers as needed.

02:10:10 24          What was shown in the Eikelboom paper, which I

02:10:14 25   thought was really nicely, was that they actually talked about

*OFFICIAL TRANSCRIPT*

02:10:17 1   what you'd need to do in order to do that, in order to show

02:10:20 2   whether or not this was a benefit.

02:10:23 3          So one of the things that they showed, which was

02:10:25 4   on -- if I can find it -- on page E6 of that, is they said, in

02:10:35 5   order to do this, we estimate that such a study would need to

02:10:39 6   enroll at least 10,000 patients, assuming an annual rate of

02:10:42 7   stroke and major bleeding of 5 percent, to have a 90 percent

02:10:45 8   power to detect a 20 percent relative risk reduction in

02:10:49 9   bleeding, with laboratory monitoring, compared to the standard

02:10:53 10  care.

02:10:54 11         An even larger study would be required to demonstrate

02:10:57 12  noninferiority of monitored therapy for stroke intervention.

02:11:00 13  Because of study feasibility, the difficulty in evaluating the

02:11:03 14  most appropriate population, and the cost, such a study for

02:11:08 15  each NOAC is unlikely to be performed.

02:11:10 16         So, simply stated, that is a study that would be

02:11:15 17  extremely -- according to these authors, not be performed and

02:11:23 18  not be done.  So you cannot say that using PT monitoring,

02:11:29 19  infrequent monitoring, does improve outcomes.  It's a may.

02:11:33 20  Q.    But isn't a may a good thing for Johnny Boudreaux?

02:11:37 21  A.    Maybe not.  As I showed before in the Testa article, one

02:11:40 22  of the things they said is that if we overinterpret those PT

02:11:45 23  measurements -- if you remember, we do a PT measurement, we

02:11:48 24  assume you're here (indicating), when actually you're here

02:11:50 25  (indicating), right?  That would actually endanger a patient.

*OFFICIAL TRANSCRIPT*

02:11:55 1   That would put a patient in danger.

02:11:56 2        So we don't make assumptions in medicine.  It has to
02:12:01 3   be proven for us.

02:12:01 4   Q.   Actually, the FDA proved it.  The FDA proved that PT
02:12:06 5   predicts bleed risk.

02:12:07 6   A.   They did not prove that it changes outcomes.  In fact,
02:12:11 7   there is this great post-marketing -- I mean, post-marketing
02:12:16 8   trial.  I don't want to say it's great or not.  What the trial
02:12:18 9   showed was it showed people that bled on rivaroxaban.

02:12:21 10        It took two of those patients, in looking at two of
02:12:24 11  them.  One of them came in, and they had a PT way up here
02:12:27 12  (indicating).  Another one came in, and their PT was down here
02:12:31 13  (indicating).

02:12:31 14        So when looking at that, right, if I just go off that
02:12:36 15  information, which patient am I more worried about?  Well, of
02:12:39 16  course, the patient whose PT is up here (indicating).  But,
02:12:42 17  actually, the person who did worse was the person with the PT
02:12:45 18  down there (indicating).

02:12:46 19        That's the problem with the test.  It could give you
02:12:49 20  incorrect clinical information, and then I'm paying attention
02:12:51 21  to a patient who is not going to have a worse outcome, when
02:12:55 22  really who I need to be paying attention to is another patient,
02:12:59 23  because it's not the PT that tells me what your clinical
02:13:02 24  outcome is, it's more likely things like age and other factors
02:13:06 25  that say how overall healthy you are.

                        *OFFICIAL TRANSCRIPT*

02:13:09 1    Q.    So there is -- let me understand then -- no, let me move

02:13:15 2    on a second.

02:13:16 3            Did you look at Dr. Kessler's testimony, trial

02:13:22 4    testimony?

02:13:22 5    A.    No, I did not.

02:13:24 6    Q.    Former commissioner of the FDA that testified here?

02:13:27 7    A.    I did not.

02:13:28 8    Q.    So it's your view that PT Neoplastin shouldn't be in the

02:13:28 9    Xarelto label; is that your view?

02:13:50 10           Let me withdraw that.

02:13:50 11           THE COURT:  Counsel, we've talked about it.  You're

02:13:53 12   saying the same thing at this point.  I don't know where we're

02:13:57 13   going with it.

02:13:58 14           MR. DENTON:  I'll move on to a different topic,

02:14:01 15   Your Honor.

02:14:01 16   EXAMINATION BY MR. DENTON:

02:14:01 17   Q.    So let's talk about Johnny Boudreaux.  Hopefully, there

02:14:12 18   are a few things we can agree on here.

02:14:18 19           Would you agree with me, Dr. Johnson, that Johnny

02:14:34 20   never bled -- had a GI bleed in his life for his first 70

02:14:38 21   years?

02:14:40 22   A.    On the review of my data, no, Mr. Boudreaux had not had a

02:14:45 23   GI bleed prior.

02:14:45 24   Q.    Can we agree that he was on Xarelto for about

02:14:47 25   three weeks --

                                *OFFICIAL TRANSCRIPT*

02:14:47  1    A.    Yes, sir.

02:14:48  2    Q.    -- and had a GI bleed?

02:14:49  3    A.    Yes, sir.

02:14:49  4    Q.    He's been off Xarelto since, for about two or three years,

02:14:54  5    and he's never had a GI bleed since, correct?

02:14:56  6    A.    Yes, sir.

02:14:57  7    Q.    The only time he bled was when he was on Xarelto?

02:15:00  8    A.    Yes, sir.

02:15:01  9    Q.    Can we agree that he had been on aspirin for many, many,

02:15:05 10    many years before he started Xarelto?

02:15:07 11    A.    Yes, sir -- well, I didn't know how many years, but, yes,

02:15:10 12    he was already on aspirin before he went on Xarelto.

02:15:13 13    Q.    All right.  We know that he's still on aspirin today?

02:15:17 14    A.    Yes, sir.

02:15:18 15    Q.    He's never had a GI bleed being on aspirin, correct?

02:15:22 16    A.    Well, he was on aspirin at the time of --

02:15:22 17    Q.    At the time of the bleed.

02:15:25 18    A.    -- his bleed, when he was on Xarelto, as well.

02:15:27 19    Q.    Right.

02:15:28 20              So can we agree that he had significant loss of blood

02:15:35 21    as a result of his GI bleed?

02:15:37 22    A.    So, he had a decrease in his blood level that was

02:15:41 23    significant, yes.

02:15:42 24    Q.    It was a very serious medical condition?

02:15:45 25    A.    GI bleeding is a serious medical condition.

                              *OFFICIAL TRANSCRIPT*

02:15:47  1   Q.    He was in the ICU for three days?

02:15:52  2   A.    I don't remember the time, but, yes, he was admitted to

02:15:54  3   the hospital in the ICU.

02:15:56  4   Q.    Four units of blood transfusion?

02:15:59  5   A.    Yes, sir.

02:16:00  6   Q.    There is dangers with that, right?

02:16:02  7   A.    There is dangers with every blood transfusion, of course.

02:16:05  8   Q.    He was sent, actually, from Dr. Wong's office, emergently,

02:16:11  9   to the ER, as a result of his GI bleed, correct?

02:16:14 10   A.    Yes, sir.  Just as he had been sent emergently for his

02:16:18 11   chest pain and atrial fibrillation to the ER.

02:16:25 12   Q.    Let's talk about some other medical records of

02:16:32 13   Mr. Boudreaux that I'm not sure we've talked about today.

02:16:34 14         Trial Exhibit 13, which is Record Number 5768301.30.

02:16:47 15         THE COURT:  Is that in evidence?

02:16:50 16         MR. DENTON:  Yes, sir, it's Exhibit 13.

02:16:52 17              Can we look at this.  Can we put this up on the

02:16:55 18   board.  Page 2.

02:16:55 19   EXAMINATION BY MR. DENTON:

02:16:57 20   Q.    This is a prothrombin time test that was done in his

02:17:05 21   admission for AFib before he was ever put on Xarelto, correct?

02:17:09 22   A.    Yes, sir.

02:17:10 23   Q.    If we can go down here at the bottom.  Prothrombin time,

02:17:16 24   11.4.  He's in the reference range, at 9.0 to 12.5 seconds,

02:17:24 25   correct?

*OFFICIAL TRANSCRIPT*

02:17:24 1    A.   Yes, sir.

02:17:24 2    Q.   So before ever any Xarelto, he has a normal PT?

02:17:28 3    A.   Yes, sir.

02:17:28 4    Q.   All right.  Then let's look at Exhibit DXJB217.  I'm not

02:17:42 5    sure if that's in evidence or not.

02:17:42 6         MR. DENTON:  It's his medical records.

02:17:42 7         MS. WILKINSON:  No objection.

02:17:42 8         MR. DENTON:  Can we get a copy for the witness.

02:18:04 9         THE WITNESS:  Thank you.

02:18:05 10   EXAMINATION BY MR. DENTON:

02:18:05 11   Q.   I want to direct your attention to -- it's actually the

02:18:16 12   second from the last page, which would be page 9 of 10.  There

02:18:24 13   is a PT value there.

02:18:26 14        Can we blow that up there, please, Brad.

02:18:38 15        You see that?  That's in May of 2005 -- 2015, right?

02:18:45 16   A.   Yes.

02:18:45 17   Q.   That's more than a year and a half -- a year and three

02:18:49 18   months after his GI bleed?

02:18:51 19   A.   Yes, sir.

02:18:51 20   Q.   He's not on Xarelto then?

02:18:53 21   A.   No, sir.

02:18:54 22   Q.   He had another prothrombin time taken, do you see that?

02:19:01 23   He was in the reference range?

02:19:02 24   A.   Right.  Interestingly, it also shows you that reference

02:19:07 25   ranges changes, right?  Because at the other hospital, it

*OFFICIAL TRANSCRIPT*

02:19:09  1    was -- I don't know if you noticed -- the top number of normal

02:19:12  2    was 12.5, and here it's 14.

02:19:12  3           So that's showing you, again, those different

02:19:19  4    reagents and how different, you know, laboratories and

02:19:19  5    different hospitals get different numbers.

02:19:21  6           So the 13.2, if you compared it to the St. Anne and

02:19:24  7    what their reference range was, you would think it was

02:19:27  8    abnormal, but it's not because it's a different reagent.

02:19:30  9           So you have always have to look at that reference

02:19:34  10   range.

02:19:34  11   Q.    Well, sure.  That's what we do here, right?

02:19:34  12   A.    Absolutely.

02:19:35  13   Q.    My point is simply, when he's not on Xarelto, he has a

02:19:38  14   normal PT after -- before and after Xarelto, right?

02:19:41  15   A.    Yes, sir.

02:19:42  16   Q.    The only time he had an abnormal PT was when he was on

02:19:47  17   Xarelto?

02:19:47  18   A.    Yes, sir.

02:19:48  19   Q.    All right.  I have a demonstrative here of these records.

02:20:05  20   It's my Slide Number 2.  I just want to make sure you agree the

02:20:08  21   records match this, Doctor.

02:20:10  22           I'm going to put this up on the screen.  Slide 2,

02:20:13  23   please.

02:20:15  24           Your counsel asked you about this PT.  So before -- I

02:20:18  25   just want you to confirm that this demonstrative is consistent

*OFFICIAL TRANSCRIPT*

02:20:21 1   with the medical records.

02:20:22 2   A.   Yes, sir.

02:20:23 3   Q.   Before he's on Xarelto, he has a PT in the reference

02:20:28 4   range, correct?

02:20:28 5   A.   Yes, sir.

02:20:29 6   Q.   After, he has a PT in the reference range, correct?

02:20:33 7   A.   Yes, sir.

02:20:33 8   Q.   At the time of his bleed, post-dose 36 hours from the last

02:20:39 9   Xarelto pill, he still has what is flagged as a high PT,

02:20:44 10  correct?

02:20:44 11  A.   So around 36 hours, yes.

02:20:54 12  Q.   Now you mentioned Dr. Leissinger's testimony.  Did you

02:20:59 13  look at her testimony about the half-life of Xarelto?

02:21:02 14  A.   I did.

02:21:03 15  Q.   What is half-life of Xarelto?

02:21:06 16  A.   So the half-life varies according to how well your kidney

02:21:11 17  filters the Xarelto.

02:21:12 18  Q.   But what is the actual measurement of the half-life in

02:21:16 19  Xarelto?

02:21:16 20  A.   So, the half-life varies between about 9 to 15 hours --

02:21:21 21  it's hours.  Then longer, sorry, if you're -- that's normal

02:21:31 22  kidneys.

02:21:31 23  Q.   Are you sure about that?

02:21:34 24  A.   I may have the numbers one hour off or so, but I'm close.

02:21:38 25  Q.   Did you see Dr. Leissinger's testimony that every

*OFFICIAL TRANSCRIPT*

02:21:43 1  half-life, the concentration reduces by half; that's what the

02:21:49 2  definition is?

02:21:49 3  A.    Yes, sir.

02:21:50 4  Q.    So if you go backwards, whatever the half-life is, you're

02:21:52 5  multiplying by two?

02:21:54 6  A.    If you know the half-life for that individual, that is

02:21:57 7  correct.

02:21:57 8  Q.    But if you -- if the half-life is 12, and you do it two

02:22:05 9  half-lives back, that means it's doubled at 12 hours before the

02:22:11 10  36 hours, right?

02:22:12 11  A.    Again, it depends on what the individual's half-life is --

02:22:12 12  Q.    I understand.

02:22:16 13  A.    -- and so how well the individual gets rid of the drug.

02:22:19 14  Q.    Right, I understand that.  But am I right about it would

02:22:22 15  double it for one half-life, going back, the concentration?

02:22:26 16  A.    But for the hours, only if you knew their half-life.  So

02:22:29 17  you have to know how well that person's kidneys work in order

02:22:32 18  to backtrack.

02:22:33 19       So you have to know that individual person's, not

02:22:35 20  only kidneys, but how well in other ways they are getting rid

02:22:39 21  of the Xarelto, because it doesn't just go out through the

02:22:43 22  kidneys.  It's about 50 percent.

02:22:45 23  Q.    There is no evidence that Mr. Boudreaux had anything wrong

02:22:47 24  with his kidneys?

02:22:49 25  A.    Sir, he had one measurement that was in the 50s, but,

**OFFICIAL TRANSCRIPT**

02:22:51 1    other than that, all of his kidney measurements were in the

02:22:54 2    60s.

02:22:54 3    Q.   All right.  So, with a patient with healthy kidney

02:23:00 4    function, the half-life is 12 hours or less; that's what's

02:23:03 5    reported in the studies, right?

02:23:04 6    A.   So I think when he came in with his bleeding, his

02:23:07 7    creatinine clearance was 54, so that's actually a little bit

02:23:13 8    below normal.  Normal is 60 and above.  So yes.

02:23:15 9    Q.   All right.  Let me try a different question.  Take it away

02:23:19 10   from Mr. Boudreaux.  Every half-life cuts the concentration in

02:23:25 11   half.  That's the definition?

02:23:26 12   A.   Right, yes.

02:23:26 13   Q.   So if we start at hour 36, when this PT was taken out that

02:23:31 14   was still out of the reference range, and go back 12 hours,

02:23:34 15   we're doubling the concentration, correct?

02:23:35 16   A.   I'm just saying it might not be 12 hours.  It depends on

02:23:37 17   how --

02:23:37 18   Q.   Nine to 14?

02:23:40 19   A.   Pardon?

02:23:40 20   Q.   Nine to 14?

02:23:41 21   A.   With a normal creatinine, yes.

02:23:43 22   Q.   All right.  But then go back another half-life, to about

02:23:47 23   24 hours before, it would be another doubling?

02:23:48 24   A.   Yes.

02:23:50 25   Q.   So if this PT would have been taken on Mr. Boudreaux

*OFFICIAL TRANSCRIPT*

02:23:55  1  12 hours after he took his Xarelto pill, his concentration,

02:24:01  2  assuming those half-lives are accurate, would be four times

02:24:06  3  higher?

02:24:06  4  A.    How long after did you say?  I didn't hear you.

02:24:07  5  Q.    We've got a 36-hour period from when we last took the

02:24:12  6  pill --

02:24:12  7  A.    Yes.

02:24:13  8  Q.    -- to when we have a PT.

02:24:13  9  A.    Yes.

02:24:14 10  Q.    You got that right?

02:24:15 11  A.    Around that, yeah.

02:24:16 12  Q.    So if we go to just 12 hours after he took the pills, so

02:24:21 13  24 hours before they did the measurement -- right?

02:24:24 14  A.    Yes.

02:24:24 15  Q.    -- his concentration would be four times higher?

02:24:30 16  A.    If you know that his half-life is what you're saying, yes.

02:24:32 17  Q.    That means the PT in the emergency room, even still

02:24:42 18  elevated, didn't show what his true concentration was, what his

02:24:46 19  PT would be closer in time to when he took the tablet, right?

02:24:49 20  A.    No, because, remember, it goes up to a peak --

02:24:49 21  Q.    Right.

02:24:52 22  A.    -- and then down to a trough.  So we either have to know,

02:24:55 23  are you at trough, or are you at peak.

02:24:58 24  Q.    Right.  That's my point.  So the PT after his last dose

02:25:03 25  was still much higher than 13.6?

*OFFICIAL TRANSCRIPT*

02:25:09  1    A.    Oh, sure, yes.

02:25:10  2    Q.    Much higher, right?

02:25:10  3    A.    Oh, I can't tell you how much higher.

02:25:12  4    Q.    But certainly higher?

02:25:13  5    A.    Right.

02:25:13  6    Q.    The concentration was four times higher?

02:25:15  7    A.    I can't tell you that either accurately.

02:25:16  8    Q.    Well, that's what the literature would show is an average,

02:25:19  9    right?

02:25:19 10    A.    No.  What the literature shows is that, for an individual,

02:25:23 11    every single curve is different.  So I don't know his curve, so

02:25:26 12    I can't give you an accurate measurement of that.  But it would

02:25:29 13    have been higher.  I just don't want to give accuracy where I

02:25:32 14    can't.

02:25:32 15    Q.    So let's talk about some other chronology.

02:25:40 16          We know, if we go back to Dr. Wong's records, he

02:25:46 17    diagnoses AFib.  He's in the hospital a couple days.  He's on

02:25:50 18    Xarelto, correct?

02:25:50 19    A.    Correct.

02:25:51 20    Q.    He sees Dr. Wong the next day, right?

02:25:54 21    A.    Yes.

02:25:54 22    Q.    About ten days later, he sees Dr. Wong again?

02:25:58 23    A.    Yes.

02:25:59 24    Q.    Blood work is done then, right?

02:26:04 25    A.    Yes.  Actually, I think he went back to the office sooner

*OFFICIAL TRANSCRIPT*

02:26:07 1    than ten days right after, but yes, I mean, he saw Dr. Wong

02:26:10 2    within a week.

02:26:10 3    Q.    Blood work was done at that time?

02:26:12 4    A.    Yes, sir.

02:26:12 5    Q.    PT could have been done at that time if Dr. Wong would

02:26:16 6    have known he could do that on a Xarelto patient, correct?

02:26:18 7    A.    If he felt like it was necessary, he could have done a PT

02:26:22 8    at that time.

02:26:22 9    Q.    Right.  Then he saw him again and scheduled a

02:26:26 10   cardioversion, right?

02:26:27 11   A.    Yes, sir.

02:26:28 12   Q.    That cardioversion was scheduled for February 5th, I

02:26:34 13   think, 2014?

02:26:35 14   A.    If I remember right, it was February 5th.

02:26:39 15   Q.    But that never happened, did it --

02:26:39 16   A.    It did not.

02:26:41 17   Q.    -- at that time?

02:26:42 18   A.    At that time.

02:26:43 19   Q.    Because of his significant serious GI bleed, right?

02:26:46 20   A.    No, it didn't happen at that time because, at the time --

02:26:50 21   whenever anyone is bleeding, we stop any medicine that can

02:26:54 22   cause you to continue bleeding.

02:26:56 23        So we stop your aspirin.  We would stop an

02:27:00 24   anticoagulant.  We would stop any of those -- we would stop

02:27:05 25   nonsteroidals, like ibuprofen, Aleve.  We stop everything that

*OFFICIAL TRANSCRIPT*

02:27:08 1   could increase your risk of continuing to bleed at that time.

02:27:09 2          Then, we have to wait, let you recover from that,

02:27:13 3   before we decide if we're going to put those medications back

02:27:16 4   on.

02:27:16 5          You cannot do a cardioversion without being able to

02:27:20 6   either anticoagulate the person after the cardioversion or

02:27:25 7   having something like a left atrial appendage closure.

02:27:32 8   Q.   The cardioversion was originally scheduled for

02:27:37 9   February 5th?

02:27:37 10  A.   That's correct, sir.

02:27:38 11  Q.   He had a significant GI bleed and admitted to the

02:27:42 12  emergency room on February 3rd?

02:27:43 13  A.   Yes, sir.

02:27:43 14  Q.   So he couldn't have his cardioversion, he was in intensive

02:27:50 15  care, correct?

02:27:51 16  A.   Yes, he was not on anticoagulation, so he could not have

02:27:55 17  his cardioversion.

02:27:56 18  Q.   He was on blood transfusions, correct?

02:27:58 19  A.   He received blood transfusions, that's correct.

02:28:02 20  Q.   So then he was followed by various physicians.  We'll move

02:28:07 21  along.  He saw Dr. Timothy, a cardiologist, for a number of

02:28:10 22  years, correct?

02:28:11 23  A.   Yes, sir.

02:28:12 24  Q.   Dr. Timothy made the clinical judgment for Johnny not to

02:28:16 25  put him back on Xarelto, correct?

*OFFICIAL TRANSCRIPT*

02:28:17  1    A.    I believe, when I read Dr. Fail -- oh, Timothy, yes, he

02:28:20  2    decided not to rechallenge Mr. Boudreaux.  Rechallenge means to

02:28:24  3    try a blood thinner again.

02:28:26  4    Q.    You weren't critical of that?

02:28:28  5    A.    That is an individual discussion between a patient and a

02:28:33  6    physician.  I do rechallenge many of my patients, but other

02:28:37  7    physicians don't.  It's an individual discussion.

02:28:38  8    Q.    You're not critical of that?

02:28:41  9    A.    I am not critical of that.

02:28:42 10    Q.    Then, eventually, he was referred to Dr. Fail for the

02:28:45 11    LARIAT procedure?

02:28:46 12    A.    Correct.

02:28:47 13    Q.    Dr. Fail was here and described that, correct?

02:28:50 14    A.    Correct.

02:28:50 15    Q.    So all these months, I think it was 15, from when he was

02:28:53 16    discharged from the GI bleed until the LARIAT, he had 15 months

02:28:59 17    with no stroke protection, anticoagulation stroke protection,

02:29:07 18    right?

02:29:07 19    A.    Well, he was on aspirin, which doesn't really -- I agree

02:29:09 20    with you, does not really provide that great of stroke

02:29:13 21    protection, especially when your CHAD -- remember that score --

02:29:15 22    is higher than two.  We don't recommend aspirin alone, but it

02:29:20 23    does provide some protection, but not much.

02:29:22 24    Q.    You testified earlier that the concern your patients have

02:29:25 25    of this devastating stroke, when they know they have AFib and

*OFFICIAL TRANSCRIPT*

02:29:29 1   they are not on an anticoagulant, that's what Johnny and

02:29:33 2   Loretta had to live through for 15 months, right?

02:29:36 3   A.   Yeah.  I mean, I think, for me -- as I said before, it's

02:29:38 4   an individual discussion with you and your patient.  I mean,

02:29:40 5   that's the relationship you have.  I often rechallenge my

02:29:44 6   patients or send them for other therapies, you know, right

02:29:48 7   away, as soon as they are healthy to undergo that.  So that's

02:29:51 8   why it's an individual, you know, treatment plan.

02:29:53 9   Q.   Okay.  And then after the LARIAT, he had a complication

02:29:56 10  from that surgery?

02:29:56 11  A.   Yes.  He did.

02:29:58 12  Q.   He had to go back -- he was in the hospital, I think, two

02:30:02 13  days for the LARIAT, then he was back in for the pericardial

02:30:06 14  infusion?

02:30:07 15  A.   Pericardiocentesis.

02:30:09 16  Q.   Well, that was the procedure, but the diagnosis was

02:30:15 17  pericardial effusion, right?

02:30:16 18  A.   That's correct.

02:30:16 19  Q.   I'm not a cardiologist, but I'm trying.

02:30:18 20  A.   That's okay.  Yes, the pericardial effusion is that

02:30:22 21  collection of fluid.

02:30:23 22        So your heart's contained within a bag, okay.  There

02:30:27 23  is typically nothing in between the bag and the heart, so it

02:30:30 24  moves smoothly in there.

02:30:32 25        But if you start to have fluid expressed outside of

*OFFICIAL TRANSCRIPT*

02:30:36 1   the heart, it can collect in that bag.  The bag can only -- and

02:30:41 2   that is a pericardial effusion.

02:30:44 3   Q.    So they had to take a pretty good size needle to suction

02:30:47 4   out the fluid.  That's what -- what is this procedure?

02:30:49 5   A.    It's called a pericardiocentesis.

02:30:52 6   Q.    That's basically a very large -- at least long needle that

02:30:56 7   goes into the sac and pulls the fluids out?

02:30:59 8   A.    Yes, that's getting that fluid out from around your heart.

02:31:02 9   It's actually the most common complication of the LARIAT

02:31:05 10  procedure.

02:31:05 11  Q.    Then he went a number of months additionally before then

02:31:12 12  Dr. Fail would consider the cardioversion, right?

02:31:14 13  A.    Then they did the cardioversion after that, yes.

02:31:16 14  Q.    The LARIAT, as you said, was kind of the equivalent of

02:31:22 15  efficacy from stroke, prevention of stroke, is Coumadin, right?

02:31:27 16  A.    So it's only been used, and in the studies it was for

02:31:29 17  people -- they compared it just to Coumadin, not to any of the

02:31:33 18  other anticoagulants.

02:31:37 19  Q.    So as we went forward -- it was June 7, 2016, that

02:31:45 20  Dr. Fail did the cardioversion?

02:31:47 21  A.    Yes.

02:31:47 22  Q.    As I understand it, basically -- I'm sure it's more

02:31:53 23  complicated than technical, but for us lay people, you shock

02:31:56 24  the heart back into normal rhythm is the idea, right?

02:31:59 25  A.    Yeah.  You place a sticker pad on one side of the chest

*OFFICIAL TRANSCRIPT*

02:32:02  1    and a sticker pad on the back side of your chest.  Then we

02:32:06  2    send -- I know it sounds funny, but we send a shock through

02:32:10  3    that, an electrical signal through that, that resets all of the

02:32:14  4    electrical channels in the heart, to get you back into that

02:32:18  5    normal sinus rhythm.

02:32:21  6    Q.    That was successful?

02:32:22  7    A.    Yes.

02:32:22  8          We put you to sleep for that.  So you're asleep.

02:32:25  9    Q.    Right.  Right.  Right.  So ever since that cardioversion,

02:32:29 10    the records would indicate and the testimony from Dr. Fail has

02:32:33 11    been that Johnny has been in normal sinus rhythm?

02:32:40 12    A.    With amiodarone.

02:32:42 13    Q.    Yes, with amiodarone to help.

02:32:42 14    A.    Yes.  Yes.  Well, the amiodarone, remember, it keeps you

02:32:45 15    in that normal -- that's its job is to try to -- once the

02:32:48 16    cardioversion is done, to keep you in that regular rhythm.

02:32:51 17    Q.    Right.  So the cardioversion way back when, when Dr. Wong

02:32:56 18    had it scheduled but was interrupted due to the GI bleed, there

02:32:59 19    is no reason to believe that cardioversion wouldn't have been

02:33:02 20    successful in Johnny Boudreaux, is there?

02:33:05 21    A.    Nope.

02:33:06 22    Q.    So, because of his GI bleed, his cardioversion was delayed

02:33:14 23    two years and four months, right?

02:33:17 24    A.    So, because of all the timing of the way the doctors and

02:33:23 25    Mr. Boudreaux's care -- plan of care went, that's the timing of

*OFFICIAL TRANSCRIPT*

02:33:27 1    how it occurred.

02:33:28 2    Q.    He ended up with a heart surgery, a LARIAT procedure?

02:33:35 3    A.    We don't consider it surgery.  I know, it's -- I have a

02:33:39 4    friend that is a surgeon.  She would get insulted if I said I

02:33:43 5    was a surgeon, so -- and I'm not.  So we don't cut.  We don't

02:33:46 6    open the chest.  We don't do anything.  It's a procedure.

02:33:49 7    Q.    It's an invasive procedure?

02:33:51 8    A.    Yes, through IV's in the leg and another IV in your chest

02:33:54 9    here.  So a tube, a little tube.

02:33:55 10   Q.    Then a follow-up hospitalization.

02:33:58 11          My point is this:  If he didn't have his GI bleed, he

02:34:01 12   would have been in normal sinus rhythm February 5, 2014, right?

02:34:05 13   A.    So -- well, yes and no.  So we can't say, but there is no

02:34:13 14   reason to say -- there is some data that has shown that

02:34:16 15   actually by getting rid of the left atrial appendage, you could

02:34:22 16   actually improve people's chances of staying in normal sinus

02:34:25 17   rhythm.

02:34:25 18          It's new data.  It hasn't been -- you know, but it's

02:34:26 19   been shown in some studies.  So actually getting rid of his

02:34:29 20   left atrial appendage may have helped him to stay in sinus

02:34:34 21   rhythm.

02:34:34 22   Q.    But there is no reason to believe that cardioversion

02:34:37 23   wouldn't have been successful, as you just testified, in

02:34:40 24   February 2014, correct?

02:34:41 25   A.    That is correct.

**OFFICIAL TRANSCRIPT**

02:34:42   1    Q.   I want to go back to a slide that counsel for the drug

02:34:57   2    companies put up here.

02:34:59   3              Can we put the Elmo on and look at that.

02:35:12   4              I want to ask you a little bit more about this.

02:35:14   5    You've got that chart in front of you?  Or can you see it on

02:35:16   6    the screen?

02:35:17   7    A.   Yes, sir.

02:35:17   8    Q.   I want to talk to you about this event rate per hundred

02:35:20   9    patient years; do you see that?

02:35:20  10    A.   I do, sir.

02:35:21  11    Q.   Major bleeding, that's one of the -- I mean, Johnny had

02:35:24  12    major bleeding?

02:35:25  13    A.   Yes, he did.

02:35:26  14    Q.   I want to talk to you about this event rate, this 3.6/100

02:35:30  15    patient-years, correct?

02:35:31  16    A.   Yes, sir.

02:35:31  17    Q.   So if we had a hundred patients that took Xarelto for one

02:35:37  18    year, this would be the reported event rate for major bleeding

02:35:41  19    from the ROCKET study, right?

02:35:43  20    A.   Yes, sir.

02:35:43  21    Q.   If we had, let's say, a million patients taking Xarelto

02:35:53  22    for 5 years, we would have 5 million patient-years, right?

02:35:57  23    A.   A million patients taking it for five years, yes.

02:36:01  24    Q.   So 5 million times 36 percent, that would be --

02:36:08  25    A.   3.6 point percent.

*OFFICIAL TRANSCRIPT*

02:36:11 1    Q.    Yes, 3.6 percent.

02:36:12 2    A.    Yes.

02:36:12 3    Q.    That's hundreds of thousands of people?

02:36:16 4    A.    I'm not good at math in my head, but it would be -- it's a

02:36:19 5    large number of people, yes.

02:36:19 6    Q.    All right.  So --

02:36:20 7    A.    Same with Coumadin, as you see, which is our standard,

02:36:24 8    which is what we have been treating people with for 50 years.

02:36:27 9    We've had millions of people on Coumadin.  As you can see, it's

02:36:30 10   the exact same event rate for bleeding.

02:36:34 11   Q.    But these drugs are serious; these are serious drugs?

02:36:36 12   A.    Both drugs are very serious, as is a stroke.

02:36:39 13   Q.    On one of the drugs, warfarin, you can monitor and keep

02:36:44 14   people in the therapeutic range, correct?

02:36:46 15   A.    So I have had people in the therapeutic range on Coumadin

02:36:50 16   bleed.  So I don't want the misconception made that if

02:36:53 17   people -- people only bleed on Coumadin if they are outside of

02:36:57 18   this range.  People bleed on Coumadin with an INR between two

02:37:02 19   to three.

02:37:02 20   Q.    They don't bleed sometimes when they are too high?

02:37:08 21   A.    That is absolutely correct.

02:37:09 22   Q.    Then the gastrointestinal bleeds, the event rate.  If we

02:37:15 23   had that 5 million patient-years times .02, that would be a

02:37:19 24   hundred thousand GI bleeds a year?

02:37:22 25   A.    Yes, sir.

**OFFICIAL TRANSCRIPT**

| | | |
|---|---|---|
| 02:37:22 | 1 | Q.   Much higher GI bleeds on Xarelto than warfarin. |
| 02:37:27 | 2 | A.   Yes, and much lower fatal bleeding and intracranial |
| 02:37:32 | 3 | bleeding with Xarelto than warfarin. |
| 02:37:39 | 4 | Q.   But Johnny had a GI bleed? |
| 02:37:45 | 5 | A.   Yes, sir, he did. |
| 02:37:47 | 6 | THE COURT:  Anything further? |
| 02:37:47 | 7 | MR. DENTON:  I do have -- |
| 02:37:56 | 8 | I'm going to pass the witness back to defense |
| 02:37:57 | 9 | counsel, Your Honor. |
| 02:38:31 | 10 | MS. WILKINSON:  Good afternoon, everyone. |
| 02:38:02 | 11 | REDIRECT EXAMINATION |
| 02:38:02 | 12 | BY MS. WILKINSON: |
| 02:38:02 | 13 | Q.   I just want to go over a few things, Dr. Johnson.  I know |
| 02:38:35 | 14 | you have been on the stand for a long time.  We appreciate it. |
| 02:38:38 | 15 | You were asked by counsel about a 2005 article by |
| 02:38:44 | 16 | Dagmar Kubitza and others; do you recall that? |
| 02:38:47 | 17 | You have it in front of you. |
| 02:38:47 | 18 | A.   Yes. |
| 02:38:48 | 19 | Q.   Did Bayer and other scientists continue to publish |
| 02:38:55 | 20 | information in peer-reviewed journals about Xarelto and the |
| 02:38:58 | 21 | testing that they were doing? |
| 02:38:59 | 22 | A.   Yes. |
| 02:39:00 | 23 | Q.   Did you have some of that literature on your report and |
| 02:39:05 | 24 | your reliance list? |
| 02:39:07 | 25 | A.   Yes. |

*OFFICIAL TRANSCRIPT*

02:39:07  1    Q.    Are you familiar with an article that came out in 2014, by

02:39:13  2    Wolfgang Mueck and Dagmar Kubitza and others?

02:39:18  3    A.    Yes.

02:39:19  4    Q.    Did Bayer continue to assess whether the PT test might be

02:39:24  5    useful outside the laboratory, in a clinical setting?

02:39:27  6    A.    Yes.

02:39:27  7    Q.    I'm going to hand you a copy of that article, and counsel.

02:39:27  8    A.    Thank you.

02:39:48  9    Q.    May I have the Elmo, please.

02:39:50 10          All I want to do is take you, if I could, Doctor, to

02:39:53 11    page 9 of the article.  First, I'm going to just put it up so

02:39:57 12    you can tell the jury -- well, you can see, I've written the

02:40:01 13    year.  I put 2014, but when does it say it was published

02:40:06 14    online?

02:40:06 15    A.    It was published online in September 2015.

02:40:09 16    Q.    The authors are there, including Dagmar Kubitza, right?

02:40:14 17    A.    Correct.

02:40:14 18    Q.    Now let's go to page 9.  Can you read this section that's

02:40:21 19    highlighted, please.

02:40:21 20    A.    Yes.

02:40:22 21    Q.    First of all, let me just -- maybe I should -- did the

02:40:25 22    company publish this concentration analysis compared to PT

02:40:31 23    time?

02:40:32 24    A.    Yes, it did.

02:40:33 25    Q.    So that wasn't kept secret from the FDA or from any

*OFFICIAL TRANSCRIPT*

02:40:38 1    doctors like yourself, was it?

02:40:39 2    A.    No.

02:40:40 3    Q.    Now let's look at what they said.  Can you read that --

02:40:43 4    A.    Sure.

02:40:43 5    Q.    -- to the jury, please.

02:40:44 6    A.    It says:  "In the early stage of clinical development, it

02:40:47 7    was believed that PT might be a useful laboratory test platform

02:40:52 8    for measuring rivaroxaban, if required in certain clinical

02:40:57 9    situations.  Existing data suggests that PT can provide a

02:41:02 10   quantitative measurement of rivaroxaban when using one central

02:41:06 11   laboratory with a reagent sensitive to rivaroxaban.  However,

02:41:11 12   the assay is not optimal under field conditions when different

02:41:16 13   laboratories and assays are used."

02:41:20 14   Q.    Okay, let's stop there.

02:41:21 15         What do you understand them to mean by field

02:41:25 16   conditions?

02:41:25 17   A.    So what that means is that when you take this outside of

02:41:31 18   the -- you know, I take -- when I put it in the general

02:41:37 19   population, in the field, and I take different patients,

02:41:40 20   different laboratories, different reagents, different testing

02:41:44 21   machines, that this assay causes those errors that we showed

02:41:49 22   you -- and I don't want to call them errors, but gave you those

02:41:53 23   broader ranges.  So it's not a tight measurement and a tight

02:41:56 24   relationship.

02:41:58 25         That's just kind of backing up what you saw in those

*OFFICIAL TRANSCRIPT*

02:42:00 1   previous charts.

02:42:01 2   Q.   You were asked about the FDA reviews.  The one you

02:42:11 3   discussed on your direct, I think, was called Clinical

02:42:15 4   Pharmacology Review; is that right?

02:42:16 5   A.   That's correct.

02:42:16 6   Q.   Is this an extensive document?

02:42:16 7   A.   Yes.

02:42:19 8   Q.   Then you were shown by counsel this summary review; is

02:42:21 9   that right?  What do you understand the summary review was; or

02:42:24 10  is it self-explanatory from the name?

02:42:28 11  A.   So it doesn't go through all the scientific data.  It's

02:42:32 12  kind of like if you had to do a paper, it's your "in

02:42:35 13  conclusion."

02:42:35 14        So you're not going to go into all the details of how

02:42:38 15  you reached that conclusion.  It's kind of your end, you know,

02:42:41 16  I'm going to put all my thoughts together in a smaller area,

02:42:46 17  you know, your last paragraph.

02:42:47 18  Q.   In the complete document, the Clinical Pharmacology

02:42:50 19  Review, DX-5792, did the FDA scientists put both the unadjusted

02:43:02 20  analysis there on the left and the adjusted analysis on the

02:43:04 21  right?

02:43:05 22  A.   They did.

02:43:05 23  Q.   You were shown several articles.  One was the Eikelboom

02:43:14 24  article from this year.  You discussed with counsel that some

02:43:18 25  of these unadjusted charts were shown, right?

*OFFICIAL TRANSCRIPT*

1334

02:43:20  1   A.    Yes.

02:43:21  2   Q.    This information came from where?

02:43:24  3   A.    This information came from what you just showed, the

02:43:28  4   pharmacokinetic data on rivaroxaban.

02:43:33  5   Q.    On here, there is also analyses for the other NOACs.  Are

02:43:37  6   you familiar with that?

02:43:39  7   A.    Yes.

02:43:39  8   Q.    Did that data also come from the FDA?

02:43:43  9   A.    That data also came from different FDA, and as well their

02:43:48 10   clinical trials.

02:43:48 11   Q.    In the end, when the authors looked at all this data, did

02:43:51 12   they conclude that physicians like yourself should use the

02:43:58 13   Neoplastin PT test to assess risk in an individual patient, or

02:44:03 14   did they say that that could be harmful to patients?

02:44:05 15   A.    They actually said use of the Neoplastin PT test, because

02:44:10 16   it can be overinterpreted -- so, you know, you can make

02:44:13 17   decisions based off it without knowing exactly where a person

02:44:17 18   lies -- could hurt someone.

02:44:19 19   Q.    Did researchers come to a similar conclusion in the

02:44:25 20   article you were shown by Dr. Testa that's titled Poor

02:44:32 21   Comparability of Coagulation Screening Tests, with specific

02:44:32 22   measurement in patients?

02:44:33 23   A.    Yes.

02:44:33 24   Q.    I'm going to just show you this conclusion.  Do you agree

02:44:42 25   or disagree with this:  "The use of PT or PTT to evaluate DOAC

*OFFICIAL TRANSCRIPT*

02:44:46  1   activity could cause dangerous misinterpretations"?

02:44:50  2   A.    I agree with that.

02:44:51  3   Q.    Finally, Mr. Boudreaux was on aspirin before he was

02:45:01  4   prescribed Xarelto; is that right?

02:45:02  5   A.    Yes.

02:45:02  6   Q.    Dr. Wong decided to keep him on aspirin after prescribing

02:45:08  7   Xarelto?

02:45:08  8   A.    Yes.

02:45:08  9   Q.    What does the label for Xarelto specifically say to

02:45:13 10   physicians about the increased risk of keeping a patient on

02:45:18 11   aspirin and Xarelto at the same time?

02:45:20 12   A.    So it says, like the charts were showing, that if you're

02:45:23 13   on aspirin at the same time you're on Xarelto, that those

02:45:28 14   combination will increase your risk of bleeding versus being on

02:45:32 15   Xarelto alone.

02:45:32 16   Q.    Would any Neoplastin PT test that we've heard about in

02:45:40 17   this court today have given Dr. Wong any additional information

02:45:42 18   about Mr. Boudreaux's risk if it had been performed at the time

02:45:45 19   of his prescription for Xarelto?

02:45:49 20   A.    No.

02:45:52 21        MS. WILKINSON:  Thank you very much, Doctor.

02:45:53 22        THE COURT:  You're excused.  Thank you.

02:45:56 23            We'll take a 15-minute break at this time.  The

02:45:56 24   court will stand in recess.

02:45:59 25        THE DEPUTY CLERK:  All rise.

*OFFICIAL TRANSCRIPT*

02:45:59  1          (WHEREUPON, at 2:45 p.m., the jury panel leaves the

02:56:04  2     courtroom, and the Court took a recess.)

03:00:43  3          THE DEPUTY CLERK:  All rise.

03:00:43  4          THE COURT:  Hold the jury.

03:00:51  5              The jury is out of the courtroom.  There was an

03:00:54  6     issue that came up.  Counsel wanted to make a point.

03:00:57  7          MR. MEUNIER:  Thank you, Your Honor.  May it please the

03:00:59  8     Court.  Jerry Meunier, for Plaintiffs.  This is very brief.

03:01:01  9              Judge, we've had to approach the bench at least

03:01:04 10     once on an issue, and I would like to do something that would

03:01:07 11     perhaps prevent us from having to do so any further.

03:01:09 12              You granted our Motion in Limine on attorney

03:01:12 13     advertising, a Motion in Limine, and said that motion was

03:01:15 14     sustained unless something came up with respect to a specific

03:01:18 15     plaintiff, in this case, Mr. Boudreaux.  That didn't come up.

03:01:20 16              So in our view, your ruling is that there should

03:01:23 17     be no advertising references.  If it comes out inadvertently,

03:01:27 18     it's a problem.  We have to interrupt the trial.

03:01:29 19              So we're going to ask defendants, we would like

03:01:31 20     to request that defendants instruct all their further witnesses

03:01:34 21     not to, on their own, bring up that issue, and, of course, no

03:01:38 22     questioning directed to that issue.

03:01:39 23          MR. SARVER:  That's just fine, Your Honor.  We have

03:01:42 24     actually told our next witness, Dr. Boniol, not to do that.

03:01:49 25          THE COURT:  Okay.

                              *OFFICIAL TRANSCRIPT*

03:01:49  1          MR. MEUNIER:  Thank you, Judge.

03:01:51  2          THE COURT:  What are we doing today?  What's the

03:01:51  3   situation?

03:01:51  4          MS. WILKINSON:  This is our final witness for today,

03:01:53  5   Your Honor.  We're going to reassess.  We have two witnesses

03:01:54  6   for tomorrow, but we will talk and let the plaintiffs know

03:01:57  7   right away whether we're going to call both or not, and let the

03:02:00  8   Court know.

03:02:01  9          THE COURT:  All right.  Ready?

03:02:02  10          MR. SARVER:  Yes, sir.

03:02:03  11          THE COURT:  Let's bring the jury in.

03:02:11  12          THE DEPUTY CLERK:  All rise.

03:02:11  13          (WHEREUPON, at 3:02 p.m., the jury panel enters the

03:02:30  14   courtroom.)

03:02:30  15          THE COURT:  Be seated, please.

03:02:32  16              Do you want to call your next witness?

03:02:34  17          MR. SARVER:  Thank you, Your Honor.  May we proceed?

03:02:37  18          THE COURT:  Yes.  What's the name?

03:02:39  19          MR. SARVER:  It's Dr. Scott Boniol.

03:02:39  20          THE COURT:  Okay.  Would you swear the witness in,

03:02:46  21   please.

03:02:46  22          THE DEPUTY CLERK:  Would you raise your right hand,

23   please.  Do you solemnly swear that the testimony you are about

24   to give will be the truth, the whole truth, and nothing but the

25   truth, so help you God?

*OFFICIAL TRANSCRIPT*

1      THE WITNESS:  I do.

2              **STEVEN SCOTT BONIOL, M.D.**

3  was called as a witness and, after being first duly sworn by

4  the Clerk, was examined and testified on his oath as follows:

5          THE DEPUTY CLERK:  Please have a seat, Doctor, and

03:02:48   6  state and spell your name for the record.

03:02:53   7          THE WITNESS:  My name is Scott, S-C-O-T-T, Boniol,

03:02:58   8  B-O-N-I-O-L.

03:02:59   9                    DIRECT EXAMINATION

03:03:01  10  BY MR. SARVER:

03:03:01  11  Q.   Good afternoon, Dr. Boniol.  You've already told us your

03:03:04  12  name, but would you please introduce yourself to the jury.

03:03:06  13  A.   Sure.  My name is Scott Boniol.  I'm a medical

03:03:09  14  hematologist and oncologist from Shreveport, Louisiana.

03:03:13  15  Q.   Now, the jury has heard from a hematologist once.  It's

03:03:18  16  Dr. Leissinger.  You are a hematologist?

03:03:19  17  A.   Yes, sir, I am.

03:03:20  18  Q.   An oncologist as well?

03:03:22  19  A.   Correct.

03:03:23  20  Q.   Could you remind us all, what is a hematologist?

03:03:25  21  A.   Sure.  So a hematologist, what I do is I clinically take

03:03:28  22  care of patients who have blood disorders, who either bleed

03:03:32  23  inappropriately or who have problems with their blood clotting.

03:03:36  24  So that's the part of my life that I'm a hematologist.

03:03:38  25          I'm also an oncologist, which is a cancer doctor.  So

                    *OFFICIAL TRANSCRIPT*

03:03:41 1    I give chemotherapy to cancer patients.

03:03:46 2         I spend the majority of my time in direct contact

03:03:49 3    with patients.

03:03:49 4    Q.    Do you see patients on a regular basis who have problems

03:03:54 5    with their blood coagulation?

03:03:57 6    A.    I do, on a daily basis.

03:03:59 7    Q.    How does hematology and oncology work together?  It seems

03:04:06 8    odd you do both.

03:04:07 9    A.    It seems that way, but they overlap in medicine.  That's

03:04:11 10   why they are the same type of specialty.

03:04:12 11        In oncology, for example, cancer patients have a

03:04:16 12   propensity to clot.  One of the number one risk factors for

03:04:19 13   clotting is actually having cancer.  Also, the drugs we give,

03:04:24 14   the chemotherapeutics I use, either will induce clotting --

03:04:30 15   they will cause blood to be too thin.  They also cause blood

03:04:35 16   counts to go low.  So, by the nature of the treatment and of

03:04:36 17   the disease cancer itself, hematology and oncology go hand in

03:04:41 18   hand.

03:04:41 19   Q.    Are you familiar with medicines known as anticoagulants?

03:04:45 20   A.    Yes, sir, I am.

03:04:46 21   Q.    Do you prescribe them?

03:04:47 22   A.    I do.

03:04:48 23   Q.    Which anticoagulants do you prescribe to your patients?

03:04:52 24   A.    I prescribe a wide array of anticoagulants.  Certainly, I

03:04:55 25   prescribe Coumadin.  I prescribe the low molecular weight

*OFFICIAL TRANSCRIPT*

03:04:55 1   heparins, which are injections, Lovenox, Fragmin -- sorry.

03:05:00 2   Q.   Just slow enough so our court reporter can take down every

03:05:03 3   word?

03:05:03 4   A.   I can do that.

03:05:04 5        So I use the injectable low molecular weight

03:05:08 6   heparins, which are Fragmin, Lovenox, Arixtra.  I use the oral

03:05:14 7   anticoagulants.  So I mentioned Coumadin.  I also use Xarelto,

03:05:17 8   I use Eliquis, I use Pradaxa, as each clinical situation arises

03:05:22 9   and there is a need for those drugs.

03:05:24 10   Q.   Now, we've heard one of the drugs described as both

03:05:29 11   Coumadin and warfarin.  Is that the same thing?

03:05:31 12   A.   I'm sorry, I don't mean to try to confuse y'all or confuse

03:05:35 13   anybody.  In medicine, we've got to make things harder than

03:05:38 14   they are.  We give drugs a generic name, and we give drugs a

03:05:43 15   trade name.

03:05:44 16        So warfarin and Coumadin are the same thing.

03:05:47 17   Unfortunately, I use them interchangeably.  It's just the way

03:05:49 18   we talk in medicine.  It's just kind of natural.

03:05:51 19        Sometimes, with Xarelto, I'll say rivaroxaban, but

03:05:54 20   either one, it's the same exact compound.  It's the same drug.

03:05:58 21   So by no means do I want to confuse anybody.  It's just the way

03:06:01 22   medicine works.

03:06:01 23   Q.   Now, do you prescribe Xarelto for your patients?

03:06:06 24   A.   I do.

03:06:07 25   Q.   In the course of your practice, do you see patients and

*OFFICIAL TRANSCRIPT*

03:06:10  1    treat patients who are taking Xarelto for the condition of

03:06:19  2    atrial fibrillation?

03:06:20  3    A.    I do, on a daily basis.

03:06:22  4    Q.    Why is that?

03:06:22  5    A.    Well, I'm an expert in anticoagulation.  So, frequently,

03:06:26  6    other doctors will refer their patients to me, especially if

03:06:30  7    they are difficult to anticoagulate, difficult to treat.

03:06:35  8          But also, at the end of the day, cardiologists are

03:06:37  9    great at taking care of the heart, they are great at being

03:06:39 10    cardiologists, but they are not hematologists.  They don't have

03:06:41 11    the special training that I do into the coagulation cascade,

03:06:47 12    the way that these drugs specifically interact with the body.

03:06:50 13          So, frequently, I get to see them to give my expert

03:06:53 14    advice on how to anticoagulate a patient.

03:06:57 15    Q.    It might be poorly worded, but is it fair to say you're a

03:07:00 16    doctor of the blood?

03:07:01 17    A.    Yeah.  I don't like to say that, but you can --

03:07:01 18    Q.    Sorry.

03:07:02 19    A.    -- if you want to say it, I'll accept that.  I am a doctor

03:07:05 20    of the blood, yes.

03:07:06 21    Q.    I don't mean to insult you.

03:07:08 22    A.    No, I'm not insulted.

03:07:09 23    Q.    Well, let's talk about how you came to be a hematologist

03:07:13 24    and an oncologist.

03:07:16 25          Where did you go to medical school?

*OFFICIAL TRANSCRIPT*

03:07:17 1    A.    So I went to medical school at Louisiana State University

03:07:21 2    Health Science Center in Shreveport, and left there to do

03:07:24 3    further training.

03:07:24 4    Q.    You graduated from medical school in 2001?

03:07:29 5    A.    Correct.  I've been a doctor since 2001, so for 16 years.

03:07:33 6    Q.    After medical school, did you go and do a residency?

03:07:37 7    A.    I did.  I did further training in internal medicine at

03:07:41 8    University of South Alabama, in Mobile, Alabama.

03:07:43 9    Q.    At some point, were you named as the chief resident?

03:07:49 10   A.    I was.  So, you know, that was an honor.  The faculty

03:07:52 11   members of the university decided that they liked the way I

03:07:58 12   taught and liked the way I interacted with residents, and

03:08:03 13   bestowed upon me the honor of chief resident, which my wife

03:08:07 14   wasn't really happy about because it delayed me leaving for a

03:08:11 15   year.  But it was a great honor, and I did serve as chief

03:08:14 16   resident for a year at Alabama.

03:08:16 17   Q.    Did you do further training after your year as chief

03:08:20 18   resident to become more specialized?

03:08:21 19   A.    I did.  After completing my residency and my chief

03:08:24 20   resident year, I then did a three-year fellowship in hematology

03:08:29 21   and oncology.

03:08:30 22   Q.    And where did you do that?

03:08:31 23   A.    I did that at the Feist-Weiller Cancer Center.

03:08:35 24   Q.    Again, were you named the chief fellow during your last

03:08:39 25   year?

*OFFICIAL TRANSCRIPT*

03:08:39  1   A.    I was lucky enough to be honored to be the chief fellow my
03:08:45  2   last year of fellowship.
03:08:45  3   Q.    Dr. Boniol, are you board certified?
03:08:48  4   A.    Yes, sir, I am.
03:08:48  5   Q.    Are you board certified in two specialties?
03:08:50  6   A.    I am.
03:08:51  7   Q.    Have you been board certified in three?
03:08:52  8   A.    I have.  I was initially board certified in internal
03:08:56  9   medicine, which is usually what you think of when you go to a
03:09:00 10   general doctor or a general practitioner, but since I
03:09:02 11   specialize in hematology and oncology, I don't have time to
03:09:07 12   take care of diabetes and high blood pressure and the like, so
03:09:09 13   I did not keep my board certification, because I don't practice
03:09:12 14   internal medicine.  But I do maintain active board
03:09:15 15   certification in both hematology and oncology.
03:09:19 16   Q.    Let's talk a little bit now on what you do and your
03:09:22 17   experience as a medical doctor.  Do you practice at CHRISTUS
03:09:27 18   hospital or Christus Health system in Shreveport?
03:09:31 19   A.    I do.
03:09:31 20   Q.    How long have you been doing that?
03:09:32 21   A.    I've been at CHRISTUS for eight years.
03:09:36 22   Q.    And are you currently the medical director of the
03:09:40 23   CHRISTUS Schumpert Cancer Center in Shreveport?
03:09:43 24   A.    Yes, sir, I am.
03:09:44 25   Q.    How long have you been the director?

*OFFICIAL TRANSCRIPT*

03:09:46 1    A.    I've been the medical director since July 7th, 2008.

03:09:49 2    Q.    And have you previously, on two occasions, been the chief

03:09:54 3    of staff of CHRISTUS?

03:09:56 4    A.    Yes.  On -- I have been elected by the medical staff of

03:10:01 5    the hospital to serve as the chief of staff, and I've done that

03:10:04 6    twice in my career.

03:10:05 7    Q.    In addition to your work as a practicing doctor, do you

03:10:09 8    also conduct research?

03:10:11 9    A.    I do.

03:10:11 10   Q.    Why do you do that?

03:10:13 11   A.    You know, one of the things I'm passionate about, you

03:10:16 12   know, when people ask me why I did hematology and oncology, it

03:10:21 13   was a calling.  It wasn't something I set out to do.  You know,

03:10:24 14   it's a calling I had in life, and there's nothing else I could

03:10:27 15   do.

03:10:27 16        As part of that, research plays an integral role in

03:10:31 17   my treatment of patients, because it allows, especially in the

03:10:34 18   cancer arena, us to advance medicine.  And in certain patients

03:10:37 19   with cancer, if there are no other options available, through

03:10:41 20   research trials I'm able to give them access to the newest,

03:10:44 21   most currently available medications.  So I'm very active in

03:10:47 22   research protocols.

03:10:49 23        I do clinical research, meaning I do research with

03:10:52 24   patients.  I don't do bench research, studying molecules in a

03:10:56 25   test tube.  I actually study the effects of the medicine on

*OFFICIAL TRANSCRIPT*

03:10:59  1    patients, and try to give them as much benefit and as much

03:11:02  2    chance at living that they deserve.

03:11:04  3         MR. SARVER:  Your Honor, we would tender Dr. Boniol as

03:11:06  4    an expert in the fields of hematology and oncology.

03:11:10  5         THE COURT:  Any questions?

03:11:10  6         MR. MCWILLIAMS:  No objection.

03:11:14  7         THE COURT:  The Court will accept him in the designated

03:11:16  8    fields as an expert.

03:11:18  9         MR. SARVER:  Thank you, Your Honor.

03:11:19 10    EXAMINATION BY MR. SARVER:

03:11:20 11    Q.   Dr. Boniol, will you agree for us that all of the opinions

03:11:22 12    you render in the case will be held to a reasonable degree of

03:11:26 13    medical certainty?

03:11:27 14    A.   Yes, sir, I will.

03:11:29 15    Q.   Thank you.

03:11:30 16         Why are you testifying here today?

03:11:32 17    A.   I'm here today because I feel the need to educate, to make

03:11:38 18    sure we understand Xarelto, how it works and the benefits that

03:11:41 19    it has, that it allows patients.  I think it's important for us

03:11:48 20    to understand everything.  I'm just here to educate more than

03:11:51 21    anything.  It's what I love to do is teach.

03:11:53 22    Q.   Are you being compensated for your time in working on this

03:11:56 23    litigation?

03:11:56 24    A.   Yes, sir, I am.

03:11:58 25    Q.   And is your hourly rate $350 an hour?

                                  *OFFICIAL TRANSCRIPT*

03:12:00  1    A.    It is.

03:12:00  2    Q.    Now, have you ever worked and testified as an expert

03:12:08  3    before at a jury trial?

03:12:09  4    A.    No, sir, I have not.

03:12:10  5    Q.    I would like to talk a little bit about some consulting

03:12:16  6    work you've done on behalf of Johnson & Johnson.  Have you done

03:12:20  7    that in the past?

03:12:21  8    A.    Yes, sir, I have been a consultant for Johnson & Johnson.

03:12:26  9    Q.    Could you tell us about that, please.

03:12:27 10    A.    Back when Xarelto first came on to the market -- I had

03:12:31 11    never been a consultant for a drug company before.  But when it

03:12:34 12    came on to the market, it came on first for an orthopedic

03:12:38 13    indication, and then second in cardiology.

03:12:39 14          And so I went to hear a talk about this.  I had

03:12:43 15    always been interested in the compound as I watched it through

03:12:46 16    my fellowship.  As the medicine grew through clinical trials, I

03:12:50 17    was very interested in this drug.  And I went to a talk about

03:12:54 18    atrial fibrillation and the use of rivaroxaban or Xarelto.

03:12:56 19          And what I found was that the doctors there didn't

03:12:59 20    fully understand the hematologic side.  This is an

03:13:03 21    anticoagulant.  Cardiologists are not trained in

03:13:06 22    anticoagulation specifically.  And I found they had a lot of

03:13:09 23    questions about the way the drug worked, how long it did what

03:13:11 24    it did, and what the nuances of the medication were.  And I

03:13:15 25    didn't feel they were getting there.

*OFFICIAL TRANSCRIPT*

03:13:16  1          So I felt that there was a need for education for

03:13:18  2    doctors to fully understand this medication.  And, you know,

03:13:21  3    you're doctors.  Even though we go through medical school,

03:13:24  4    things change and new things come about.  And there is a need

03:13:28  5    for us to teach each other.  There's a need for continuing

03:13:31  6    medical education.  And I felt I could provide that hematologic

03:13:35  7    piece.

03:13:35  8          So I actually contacted Janssen through a local

03:13:38  9    representative and asked them if I could be a consultant and

03:13:41 10    speak to other doctors for them for this drug.

03:13:43 11    Q.   And over the period of three years, did you provide that

03:13:48 12    kind of education and training for other doctors, both in

03:13:53 13    Shreveport and other places?

03:13:54 14    A.   I did.  So in 2013, I began speaking for the drug.  Not

03:14:00 15    really for the drug.  I began educating other doctors about the

03:14:04 16    hematologic effects and how the medicine worked.  And I went to

03:14:09 17    several places, including New Orleans, all the way to

03:14:12 18    Jacksonville, Florida, to Chicago, Illinois, to Anaheim,

03:14:17 19    California, just to give education.  I did that from early 2013

03:14:22 20    until around June of 2016, so almost a year ago I stopped doing

03:14:26 21    that.

03:14:26 22    Q.   And during that time, were you compensated for the time

03:14:31 23    that you took away from your work and your family?

03:14:32 24    A.   Absolutely I was.  I was compensated for my time, exactly

03:14:36 25    how you said.  I was an independent employee.  I was not

*OFFICIAL TRANSCRIPT*

03:14:38   1    employed by anybody.  But I was compensated for my time.

03:14:43   2         And once I decided that the education was out there,

03:14:46   3    that doctors were understanding this new medication, it became

03:14:48   4    more important to me to spend time with my family than to

03:14:52   5    continue to be a consultant, so I stopped speaking in June of

03:14:56   6    2016.

03:14:56   7    Q.   And over the course of those three years, were you paid

03:14:59   8    about $260,000 for that work?

03:15:01   9    A.   Yes, sir, I was.

03:15:02   10   Q.   Now, we heard from Dr. Fail in this case that he kind of

03:15:07   11   does what you do, and he has spoken to other doctors about a

03:15:10   12   procedure and devices.  Is that a good thing for doctors to do?

03:15:14   13   A.   Absolutely it's a good thing.  Who is going to teach the

03:15:17   14   doctors more than the experts who use the medications, who use

03:15:20   15   the devices, who understand the nuances, who have the education

03:15:25   16   about the device or the drug?

03:15:26   17        So if I'm not there to teach them as a hematologist,

03:15:29   18   who's going to teach them?  You know, it's a doctor teaching

03:15:33   19   doctors, and I think that's the best way for it to be done.

03:15:36   20   Q.   I would like to move right into the guts of your opinions.

03:15:39   21   Have you formed opinions in the case about the label of the

03:15:43   22   Xarelto product?

03:15:44   23   A.   Yes, sir, I have.

03:15:45   24   Q.   Have you formed opinions in this case about the PT test

03:15:49   25   and its possible use with Xarelto?

                              *OFFICIAL TRANSCRIPT*

03:15:53  1    A.    Yes, sir, I have.

03:15:53  2    Q.    And are you prepared to render those opinions to a

03:15:58  3    reasonable degree of medical certainty?

03:16:00  4    A.    Absolutely.

03:16:01  5    Q.    Let's start first with your practice.  You do prescribe

03:16:05  6    Xarelto to your patients?

03:16:08  7    A.    Yes, sir, I do.

03:16:08  8    Q.    Can you tell us why?

03:16:09  9    A.    So at the end of the day, my job -- when I see patients,

03:16:11 10    when I see your mother, your brother, your sister, my job as a

03:16:16 11    doctor at the end of the day is to either make them live better

03:16:18 12    or make them live longer.  That's how I see my job as a

03:16:22 13    physician.  I take great pride in that.

03:16:25 14         And at the end of the day my job is to tell --

03:16:28 15    educate a patient as to, this is your disease -- this is the

03:16:31 16    problem you have.  What do I need to do to fix it?  And if I

03:16:37 17    can't make you live longer or if I can't make you live better,

03:16:39 18    I don't need to be doing anything.  I don't need to be doing

03:16:43 19    testing.  I don't need to be doing therapeutics or diagnostics.

03:16:45 20         So, the reason I use Xarelto in my patients, is with

03:16:49 21    the wealth of data that we have, I am able to maximize their

03:16:53 22    benefit in a clot-risk situation, such as atrial fibrillation,

03:16:59 23    while minimizing their bleeding risk.  And if I have to go home

03:17:03 24    at night and put my head on the pillow knowing that I've done

03:17:06 25    the best job for my patient, then I can do that with Xarelto

**OFFICIAL TRANSCRIPT**

03:17:08  1    because I know I've given them the best opportunity to not only

03:17:12  2    succeed in treatment of their disease, but I put them at the

03:17:15  3    lowest risk possible.

03:17:16  4    Q.   Is Xarelto an anti-stroke and anticlot medicine?

03:17:19  5    A.   Yes, sir.  It's specifically an anticlot, anti-stroke

03:17:25  6    medication.

03:17:25  7    Q.   Now, the jury has heard this before and it may be obvious,

03:17:28  8    but is Xarelto an anti-bleeding medication?

03:17:30  9    A.   No, sir.  Xarelto has nothing to do with bleeding.

03:17:32 10    Q.   Would it be a very bad drug to prescribe to somebody for

03:17:37 11    anti-bleeding?

03:17:38 12    A.   Yes, sir, it would.

03:17:38 13    Q.   We're going to tell the jury, we have told the jury that

03:17:42 14    Xarelto works, that it is effective at preventing strokes in

03:17:47 15    patients like Mr. Boudreaux.  Are we right to do that?

03:17:50 16    A.   Absolutely.

03:17:52 17    Q.   Does it, in fact, prevent strokes?

03:17:54 18    A.   Yes, sir, it does prevent strokes.

03:17:56 19    Q.   Does it prevent clots?

03:17:57 20    A.   Yes, sir, it does prevent clots.

03:18:00 21    Q.   Now, how do you know that?

03:18:02 22    A.   I know that based on the wealth of data that we have.  We

03:18:05 23    have the randomized control clinical trials that were initially

03:18:09 24    done that showed that the drug is equally effective.  You've

03:18:12 25    got to realize, Coumadin was the only oral anticoagulant we

*OFFICIAL TRANSCRIPT*

03:18:17  1   had.  So if I needed to thin your blood or mom's blood, if I

03:18:21  2   wanted to do that, I would either have to give you shots or I

03:18:23  3   could give you one pill, and that was Coumadin.  And that's the

03:18:25  4   only pill we had from the 1950s up until recently, until after

03:18:29  5   the year 2000.  For almost 60 years there was no other pill you

03:18:33  6   could take.

03:18:33  7          So when the trials were set up with Xarelto, they

03:18:36  8   were set up to show that they were equal to Coumadin.  In other

03:18:41  9   words, they were equal as far as how they worked while being

03:18:44 10   safer, while causing less deaths and less bleeding deaths that

03:18:48 11   was a problem with Coumadin.

03:18:50 12          Now, Coumadin works great.  There are multiple

03:18:51 13   studies in atrial fibrillation that show Coumadin is a great

03:18:56 14   drug at preventing stroke.  And you have to remember, at the

03:18:58 15   end of the day, stroke from atrial fibrillation is a terrible,

03:19:03 16   terrible thing to happen.  You've got to imagine if you have a

03:19:06 17   stroke from atrial fibrillation, what happens is a blood clot

03:19:10 18   breaks off from your heart and it goes to your brain and that

03:19:13 19   stops blood flow from going anywhere past that clot, and so any

03:19:17 20   part of your brain beyond that clot is going to die.  That's

03:19:21 21   it.  That brain is not coming back.  It's going to die.

03:19:25 22          And essentially what happens, it can kill you.

03:19:27 23   Obviously that's terrible, but it can also cause some what we

03:19:29 24   call morbidity, and that just means some really bad things

03:19:32 25   happening to you.

*OFFICIAL TRANSCRIPT*

03:19:34  1      For example, the most common thing I see with these

03:19:36  2  ischemic strokes is expressive aphasia, and what that means --

03:19:39  3  as the medical term means, is you want to talk to me, you can

03:19:43  4  think about what you want to say but you can't say it.  You

03:19:46  5  can't write it down.  You can't express yourself.  You can't

03:19:49  6  get what's in here (indicating) out to the world.

03:19:51  7      On top of that, if the stroke happens on your right

03:19:53  8  side, you might not be able to move the entire left side of

03:19:57  9  your body.  So here you are unable to move the left side of

03:20:00  10  your body, unable to tell your mother, your brother, your

03:20:03  11  husband, your wife that, hey, I'm hurting, I'm in pain, because

03:20:06  12  you cannot communicate.  And you're basically relegated to

03:20:09  13  laying in bed.  We usually have to put a feeding tube in you

03:20:13  14  because you can't feed yourself.  You can't tell somebody if

03:20:15  15  you're hungry.

03:20:17  16      And so at the end of the day, we knew we had to stop

03:20:19  17  these stokes from happening.  These things were catastrophic.

03:20:22  18  And so at first Coumadin was put out on the market and that

03:20:25  19  allowed us to treat that.

03:20:26  20  Q.   The jury has heard that Coumadin is very effective,

03:20:30  21  perhaps as effective as preventing 60 to 70 percent of the

03:20:34  22  strokes.

03:20:35  23  A.   Absolutely.  Coumadin is very effective.

03:20:38  24      So when we set this out, when the rivaroxaban trials

03:20:40  25  were set out, there was nothing else there.  So they weren't

*OFFICIAL TRANSCRIPT*

03:20:45  1    trying to prove they were better than Coumadin.  They just

03:20:48  2    wanted to show, hey, we're as good as Coumadin.  We work as

03:20:50  3    good.  We're just not as dangerous.  We just don't cause as

03:20:54  4    many fatal bleeding events to occur as we see with Coumadin.

03:20:56  5    And so that's how the trial was designed.

03:20:58  6           So the answers that the trial ROCKET-AF was trying to

03:21:02  7    answer was, are you, what we call, noninferior to Coumadin?  We

03:21:03  8    weren't trying to prove that we were better than Coumadin.  We

03:21:06  9    didn't need to.  The drug is a great drug.

03:21:09 10    Q.   You mentioned a trial called ROCKET-AF.

03:21:09 11    A.   Correct.

03:21:11 12    Q.   Is that the trial that -- the clinical study that was run

03:21:14 13    before Xarelto was approved by the FDA to be used in the

03:21:21 14    United States?

03:21:21 15    A.   No, sir.

03:21:22 16    Q.   It's not?

03:21:22 17    A.   That was the trial that was used for atrial fibrillation

03:21:27 18    indication, but it was already on the market based on the

03:21:29 19    RECORD trials.  So Xarelto was already on the market and used

03:21:34 20    in patients.  When I say *the RECORD trials*, these were trials

03:21:37 21    that looked at orthopedic surgery.  So if you have knee

03:21:41 22    surgery, if I cut you to fix your knee, as soon as I cut you,

03:21:45 23    your body is going to say, oh, we're bleeding.  I've got to

03:21:48 24    stop the bleeding.  So your body is going to rev up and try to

03:21:51 25    start clotting.

*OFFICIAL TRANSCRIPT*

03:21:52 1        And then if I operate on your knee or your hip, you

03:21:54 2   can't get up and walk around.  So you're laying flat, and

03:21:55 3   that's a risk for clotting as well.  So I've cut you, that

03:21:58 4   started your body clotting.  You're not moving around, that

03:22:00 5   causes clotting.  Patients that have had knee or hip surgery

03:22:04 6   are very, very high risk to clot.

03:22:05 7        So the first thing Xarelto looked at was using that

03:22:08 8   pill versus an injection called Lovenox to show that Xarelto

03:22:14 9   was as good, which actually showed to be a little bit better at

03:22:19 10  preventing clot than Lovenox, and it was safer.

03:22:21 11       So the first indication, the way Xarelto got on the

03:22:24 12  United States market, was to use in these patients who have had

03:22:26 13  knee or hip surgery.  Those are the first two indications.

03:22:29 14       After that, it came to the market for atrial

03:22:33 15  fibrillation.  But the important thing to -- the reason to know

03:22:35 16  is when the trial was set up, there was nothing else on the

03:22:38 17  market other than Coumadin.  So the trial results were not set

03:22:41 18  up to show they were better than this or better than that.

03:22:44 19  They just wanted to show they were as effective as Coumadin,

03:22:48 20  but they were safer as far as bleeding deaths.  And they were

03:22:51 21  successful in showing both of those points.

03:22:52 22  Q.   And are you familiar with the results of the ROCKET

03:22:57 23  clinical trial?

03:22:57 24  A.   Yes, sir, I am.

03:22:58 25  Q.   Another witness has testified that ROCKET was a

*OFFICIAL TRANSCRIPT*

03:23:02  1    double-blind, double-dummy, randomized controlled prospective

03:23:07  2    clinical trial.  Were you aware of that?

03:23:08  3    A.    Yes, sir, I am.

03:23:09  4    Q.    And are all of those things important in determining the

03:23:13  5    quality of the study?

03:23:14  6    A.    It's a lot of words --

03:23:14  7    Q.    It is.

03:23:16  8    A.    -- a lot of terminology to basically say this is the best

03:23:20  9    way we can study something, because there is no bias.  If the

03:23:23  10   researcher doesn't know who is getting the drug, the drug

03:23:27  11   company doesn't know who's getting what drug, that means you're

03:23:29  12   blinded to it.  You can't have bias.  I can't say, well, gosh,

03:23:33  13   I really want this drug to do well.  Well, if I don't know

03:23:35  14   who's getting the drug, I can't introduce that bias there.

03:23:39  15         So by the fact that it's double-blinded like that,

03:23:39  16   nobody knows who's actually getting the drug or not, it's a

03:23:42  17   benefit.

03:23:42  18   Q.    And could you tell us, what kind of patients were studied

03:23:45  19   in the ROCKET trial?

03:23:46  20   A.    Sure.  And so when you look at ROCKET-AF, one of the

03:23:50  21   strongest things about this is they studied -- they chose to

03:23:53  22   study patients with what's called a high CHAD score.  And I

03:23:58  23   don't know if y'all have been educated on that or not.

03:24:00  24   Q.    I think the jury knows CHAD scores.  Is it fair to say the

03:24:05  25   ROCKET studied the sickest patients?

**OFFICIAL TRANSCRIPT**

03:24:06 1    A.    Yes.  So that's what I'm getting at is the patients here
03:24:08 2    were the sickest of the sick.  They had diabetes.  They had
03:24:11 3    high blood pressure.  They had a lot of problems.  They had a
03:24:16 4    higher the CHAD score at baseline.  If your CHAD score is four,
03:24:19 5    for example, your risk of having a stroke is much, much higher
03:24:22 6    than somebody with a CHAD score of two.
03:24:25 7          But the other side of that coin is if your CHAD score
03:24:28 8    is a four, your risk of bleeding, just without any
03:24:33 9    anticoagulation, is much, much higher than somebody with a CHAD
03:24:36 10   score of two.
03:24:38 11         So by definition of the patients that were chosen to
03:24:40 12   be in ROCKET, they were set up to fail, which they didn't, but
03:24:43 13   they were set up to fail based on these high-risk patients are
03:24:46 14   much more likely to stroke and much more likely to bleed.  So
03:24:50 15   it's kind of a difficult group to treat.
03:24:52 16   Q.    Were the patients studied in ROCKET very much like
03:24:56 17   Mr. Boudreaux with a CHAD score of four?
03:24:59 18   A.    Absolutely.  As a matter of fact, to date this is the only
03:25:02 19   atrial fibrillation trial to prevent stroke that is included
03:25:06 20   patients with a CHAD score as high as Mr. Boudreaux.  So the
03:25:09 21   ROCKET-AF trial was set up to study what would happen in
03:25:12 22   Mr. Boudreaux's.  It's the only trial we have that gives us
03:25:15 23   that kind of information.
03:25:16 24   Q.    Now, tell us in general terms about, how did Xarelto
03:25:19 25   perform as compared to warfarin in the ROCKET trial?

*OFFICIAL TRANSCRIPT*

03:25:25  1    A.    Sure, it's very similar.  And, again, remember, warfarin

03:25:26  2    is a great drug.  I mean, it's been on the market for 60 years.

03:25:30  3    It works really well.  We're always looking to improve.

03:25:33  4           Again, as a doctor, I want my patients to have the

03:25:36  5    best possible outcome and a minimal risk.  That's my drive

03:25:39  6    every day is to give my patients the best outcome, minimize the

03:25:44  7    risk.  And what ROCKET-AF showed in the simplest terms is

03:25:48  8    Xarelto is as good as Coumadin while decreasing significantly

03:25:54  9    the fatal bleeds, the fatalities that occur from

03:25:59  10   anticoagulation.

03:25:59  11   Q.    Was there was a significant difference in favor of Xarelto

03:26:07  12   for intracranial hemorrhages and fatal bleeding?

03:26:10  13   A.    Correct.  So the study showed that -- when we say

03:26:12  14   *intracranial hemorrhages*, we're talking about bleeding in the

03:26:15  15   head.  That's the worst place you can bleed.  You know, God

03:26:18  16   gave us a really good helmet up here and it doesn't move, so if

03:26:21  17   you bleed in your head, it can't expand.  If you bleed in your

03:26:24  18   knee, your knee can expand and it can work with that.  But the

03:26:28  19   problem with bleeding in your head is you can't expand your

03:26:31  20   skull.

03:26:31  21          So the worst bleeds, the intracranial hemorrhage, was

03:26:34  22   much less.  So Xarelto was better than Coumadin.  And the fatal

03:26:38  23   bleeds, patients actually dying from bleeding, was much less on

03:26:42  24   Xarelto than with Coumadin.

03:26:43  25   Q.    Did ROCKET also show that there were more GI bleeds on

**OFFICIAL TRANSCRIPT**

03:26:49 1   Xarelto than there were on warfarin?

03:26:51 2   A.   It sure did.  So when you look at a GI bleed in a study,

03:26:55 3   anytime a patient bleeds from the lips to the anus we say in

03:26:59 4   medicine, anywhere along the GI tract, it's considered a GI

03:27:03 5   bleed.  Something as simple as biting the side of your cheek

03:27:05 6   could be considered a GI bleed.  Hemorrhoidal bleeding can be

03:27:09 7   considered a GI bleed.  Hemorrhage from a bleeding ulcer can be

03:27:12 8   considered a GI bleed.  So there's a wide spectrum.

03:27:13 9         But yes, to answer your question, GI bleeding was

03:27:17 10  more frequently seen in the Xarelto arm than it was in the

03:27:21 11  Coumadin arm.

03:27:22 12  Q.   And did the manufacturers put that information in the

03:27:25 13  label for doctors to see?

03:27:27 14  A.   They did.  So it's in the label.  It's well known as a

03:27:30 15  doctor that your risk of GI bleeding is higher on rivaroxaban

03:27:34 16  than it is with Coumadin.

03:27:35 17  Q.   And if you look closely at the ROCKET study and you look

03:27:41 18  at the patients that had the GI bleeds on Xarelto versus the

03:27:46 19  patient with GI bleeds on warfarin, was there a difference in

03:27:49 20  their outcome?

03:27:50 21  A.   Yes, sir, there was.  And I think this is -- as a doctor,

03:27:53 22  this is the take-home point.  This is what hits me, okay.

03:27:56 23  There's more bleeding on Xarelto.  We know that.  The incidence

03:28:00 24  of bleeding is higher.

03:28:01 25  Q.   GI bleeding?

**_OFFICIAL TRANSCRIPT_**

1359

03:28:02  1    A.   GI bleeding, right.  Correct.  I'm sorry.  Specifically

03:28:05  2    speaking of GI bleeding, which occurred in Mr. Boudreaux.  The

03:28:08  3    incidence of GI bleeding is higher, so we see more patients

03:28:11  4    that have GI bleeds.

03:28:12  5         But what you need to also know is when you take those

03:28:15  6    risks -- the incidences of GI bleeding, five times as many

03:28:18  7    people on Coumadin died from a GI bleed, five times.  So you

03:28:23  8    have more GI bleeds on Xarelto.  But they were treatable, the

03:28:27  9    patients lived.

03:28:28 10         So if I'm a doctor and I'm prescribing one of these

03:28:31 11    two medicines, am I going to give my patient a risk to have

03:28:34 12    a -- a little bit higher risk of GI bleed or am I going to give

03:28:37 13    my patient a drug that has a five time higher risk of dying

03:28:40 14    from that bleed?

03:28:41 15         So while bleeds did occur at a higher rate in

03:28:44 16    Xarelto, our patient -- the patients on Xarelto did not die.

03:28:47 17    The patients on Coumadin, five times more likely to die.  And

03:28:50 18    that's too high for me as a doctor.

03:28:52 19    Q.   Have you read some testimony from Mr. Boudreaux's doctor,

03:28:57 20    Dr. Wong?  Was Dr. Wong aware of that information about

03:29:02 21    Xarelto, the rate of bleeding in GI?

03:29:04 22    A.   Yes.  Dr. Wong was aware of the package insert.

03:29:07 23    Q.   I'm going to talk to you about a topic that came up with

03:29:11 24    Dr. Leissinger.  She had a few questions and she described

03:29:17 25    76,000 people in the Superdome, and she was asked, well, if

*OFFICIAL TRANSCRIPT*

03:29:21  1    there are 76,000 people in Superdome and they are all on

03:29:25  2    Xarelto, how many of them will have bleeds?  She was asked that

03:29:28  3    question.

03:29:29  4    A.    Okay.

03:29:29  5    Q.    Now, if we ask the same question, you got one Superdome

03:29:34  6    full of Xarelto patients, one Superdome full of warfarin

03:29:39  7    patients, is there going to be a significant difference in the

03:29:42  8    number of bleeds?

03:29:43  9    A.    There will not be a significant difference in the number

03:29:46 10    of bleeds.

03:29:47 11    Q.    Will there be a significant difference in the kind of

03:29:50 12    bleeds between the warfarin Superdome and the Xarelto

03:29:53 13    Superdome?

03:29:53 14    A.    Yes, sir, there will.

03:29:54 15    Q.    Tell us about that.

03:29:55 16    A.    So when you look at what was significantly different in

03:29:58 17    this trial was the fatal bleeds.  Again, as a patient, the ones

03:30:02 18    that took Coumadin were much more likely to die from their

03:30:06 19    bleeding.  And that was significantly different and has been

03:30:09 20    shown over and over again in multiple trials outside of ROCKET

03:30:12 21    to be true.

03:30:13 22          So the patients in the -- while there are -- the

03:30:17 23    patients in the Superdome with the Coumadin, you're much more

03:30:20 24    likely to die than if you're a patient than in the Superdome

03:30:26 25    with Xarelto.  And as a doctor, I can't put my patients in that

*OFFICIAL TRANSCRIPT*

03:30:30  1    Superdome.  I can't do it.

03:30:30  2    Q.    There is a third Superdome and I would like you to think

03:30:32  3    about this one.  This one has got 76,000 patients like

03:30:36  4    Mr. Boudreaux with a CHAD score but they're not taking an

03:30:40  5    anticoagulant.  Do you want to be in that Superdome?

03:30:43  6    A.    I like the idea of three Superdomes.  Don't get me wrong.

03:30:47  7    But I do not like -- the worst Superdome to be in is the one

03:30:51  8    that's not treated at all.

03:30:52  9            Because, again, as we talked about at the beginning,

03:30:55 10    the worst thing that can happen is the ischemic stroke and we

03:31:00 11    know that.  That's why we anticoagulate people with atrial

03:31:06 12    fibrillation, because these ischemic strokes are so

03:31:08 13    catastrophic, they're so terrible.  So the worst of those three

03:31:11 14    Superdomes to be in is the one that's not anticoagulated at

03:31:15 15    all.

03:31:15 16            I understand that there's a bleeding risk.  We all

03:31:16 17    know that.  It's an anticoagulant.  It's going to increase your

03:31:18 18    risk of bleeding.  It's part of the game.

03:31:21 19            But as a doctor, I can't sit by idly and let my

03:31:25 20    patient have an ischemic stroke.  So I have to choose how best

03:31:31 21    to anticoagulate my patient.  And with all the available

03:31:32 22    information that I have and everything that we all have, and

03:31:34 23    the package insert, as doctors, that we know is the most

03:31:38 24    efficacious way to treat a CHADS 4, such as Mr. Johnny

03:31:43 25    Boudreaux, when you look at the scientific data, when you

                              *OFFICIAL TRANSCRIPT*

practice evidence-based medicine, is with Xarelto.  It's the
only drug that has the data to support it and back it as the
safest drug.

Q.   Are you saying that because only Xarelto studied the
sickest population in the clinical trial?

A.   Correct.  So the other NOACs or DOACs as they're called,
I'm sure you've heard about these, these other new oral
anticoagulants, in their trials of atrial fibrillation they did
not study patients with that high a risk of CHAD score, so we
don't have any data as doctors to extract from that.

Q.   Now, you prescribe those drugs, don't you?

A.   Yes, sir, I do.

Q.   And they work great, too?

A.   They're great medications.  Yes, sir, I agree.

Q.   After the FDA approved Xarelto for use in atrial
fibrillation, did all the studying stop?

A.   No, sir, it did not.

Q.   Are you familiar with studies that took place after the
approval and while Xarelto was being used in the real world?

A.   Yes, sir, I am.

Q.   I would like to take a look -- and it's 2053.

        MR. SARVER:  And, Jim, it's 2053.

            Your Honor, we would offer the Prins study as a
demonstrative exhibit.

            MR. MCWILLIAMS:  No objection, Your Honor.

*OFFICIAL TRANSCRIPT*

03:33:01  1          MR. SARVER:  If we can take a look at that, Jim.

03:33:01  2     Thank you.

03:33:05  3     EXAMINATION BY MR. SARVER:

03:33:05  4     Q.    Are you familiar with this study, Dr. Bonoil?

03:33:09  5     A.    Yes, sir, I am.

03:33:10  6     Q.    And can you tell us a little bit about it.

03:33:12  7     A.    So this is a study by Dr. Prins that looks at the pooled

03:33:17  8     safety analysis of the EINSTEIN trials.  So essentially

03:33:21  9     EINSTEIN was the largest group of Phase III trials ever

03:33:24 10     conducted in the United States looking at DVT and pulmonary

03:33:30 11     thromboembolism prevention.

03:33:31 12     Q.    Okay.  Got to stop you there.

03:33:32 13           DVT is that deep vein thrombosis?

03:33:35 14     A.    Yes.  So this is clots that occur in the lower

03:33:37 15     extremities, the legs.  DVT.

03:33:37 16           And also pulmonary or PE is a pulmonary embolism.

03:33:41 17     This is when the clot in the leg breaks off and goes to the

03:33:46 18     lung.  And 30 percent of the time that that happens, it's

03:33:46 19     fatal.  So this is a huge deal.

03:33:49 20           So this is another indication where the FDA has

03:33:53 21     approved Xarelto for use in the United States.  It's also

03:33:57 22     approved in many other countries for this use.  But this is

03:34:00 23     just another indication --

03:34:02 24           MR. BARR:  Your Honor -- Your Honor --

03:34:04 25           MR. SARVER:  We understand, Your Honor.

*OFFICIAL TRANSCRIPT*

03:34:08  1        THE COURT:  Right.  Okay.  Just disregard the *other*

03:34:09  2   *countries* comment.  We're here in the United States and that's

03:34:11  3   what we're dealing with.

03:34:11  4   EXAMINATION BY MR. SARVER:

03:34:13  5   Q.    Just the United States, Dr. Boniol, please.

03:34:14  6   A.    Sure.

03:34:15  7        So this looked at bleeding risks, the safety of

03:34:18  8   rivaroxaban bleeding risks in patients who were treated for DVT

03:34:24  9   and pulmonary embolism.

03:34:27 10        This is a 15-milligram dose twice a day for three

03:34:30 11   weeks followed by 20 milligrams one a day.  So since we're

03:34:31 12   dealing with an active clot, they're actually treated a little

03:34:34 13   bit more aggressively, so these patients get exposure to more

03:34:38 14   rivaroxaban than the atrial fibrillation patients do.

03:34:40 15   Q.    Can you tell us, was this a particularly elderly

03:34:43 16   population that was studied?

03:34:44 17   A.    Yes, sir, it was.

03:34:44 18   Q.    Can you tell us about that population.

03:34:46 19   A.    So this is a population where nobody was screened for,

03:34:53 20   withheld for age, sex, race, or body weight.  And when you look

03:34:57 21   at it, this shows safety results.  And actually showed in the

03:35:01 22   elderly population, specifically those that are 75 and older,

03:35:06 23   that using Xarelto over Coumadin in older patients was a

03:35:11 24   73 percent risk reduction in bleeding.

03:35:13 25        What that means is if you were on Coumadin, patients

**OFFICIAL TRANSCRIPT**

03:35:18  1   75 and older were -- had a bleeding risk of about 4.5 percent;

03:35:25  2   whereas, patients on Xarelto had a bleeding risk around

03:35:28  3   1.1 percent.  So you're 73 percent less likely to bleed on

03:35:32  4   Xarelto versus Coumadin if your age is over 75.  That's huge.

03:35:38  5        That's -- as a doctor that is so impressive, that I

03:35:41  6   can take my mother and put her on a medication that will give

03:35:46  7   her the same efficacy to stop clotting, that will give her

03:35:51  8   73 percent less likely risk of bleeding.  That's impressive.

03:35:54  9   Q.   And can you give the jury an idea of the overall study

03:35:58 10   results.  You've told us about the elderly patients.  How did

03:36:01 11   Xarelto perform overall?

03:36:02 12   A.   Sure.

03:36:02 13        So in this trial overall, there is a -- if you take

03:36:05 14   all patients, all-comers, there's a statistically significant

03:36:09 15   reduction in bleeding, 46 percent less likely to bleed.  So if

03:36:13 16   I put you on a Xarelto pill, you are -- you are just as -- just

03:36:18 17   as efficacious, you're going to beat your disease just as

03:36:21 18   likely as Coumadin, but your risk of bleeding is almost cut in

03:36:24 19   half, of all bleeding.  That's fantastic.

03:36:29 20        We've never seen something like that prior to this

03:36:32 21   study in the world of anticoagulants.  Thus again demonstrating

03:36:39 22   this is the safest drug I can give somebody.  So as a doctor

03:36:40 23   when I've got to do my patients justice, this shows me that

03:36:43 24   this is why I've got to use rivaroxaban and not Coumadin.

03:36:46 25   Q.   You can take that down, Jim.

*OFFICIAL TRANSCRIPT*

03:36:48   1        Dr. Boniol, is it correct that there are a number of
03:36:54   2   medications that create a risk of bleeding for humans, for all
03:36:56   3   of us?
03:36:57   4   A.    There are multiple medications, yes, sir.
03:36:59   5   Q.    Are some of those medications over-the-counter medications
03:37:02   6   that you can buy at the Rite Aid?
03:37:05   7   A.    Absolutely.
03:37:05   8   Q.    Give us an idea.  What do those include?
03:37:08   9   A.    Aspirin is probably the most common one that causes
03:37:13  10   bleeding that you can just buy without a prescription, and you
03:37:16  11   can buy it if you're 12 years old.  If you've got enough money
03:37:19  12   and you can reach the counter, you can buy aspirin.
03:37:21  13        You can buy fish oil.  Fish oil is actually a blood
03:37:24  14   thinner.  We have to stop it five days before we do any
03:37:28  15   invasive procedures because of its anticoagulant effects.
03:37:32  16        Advil, Motrin, ibuprofen, Aleve, all these
03:37:35  17   medications that are available over the counter.  Pepto-Bismol
03:37:39  18   is a salicylate.  Kaopectate, all these medications will
03:37:45  19   cause -- increase the risk of bleeding.
03:37:46  20   Q.    And are any of the medications and over-the-counter
03:37:50  21   medicines you've just mentioned, are they monitored so that you
03:37:53  22   know the patient's level of ibuprofen or aspirin?
03:37:58  23   A.    No, sir.  We do not monitor these -- levels of these
03:38:00  24   medications at all.
03:38:00  25   Q.    Have you kept up with the literature and looked at studies

*OFFICIAL TRANSCRIPT*

03:38:07  1   comparing the bleeding risk of aspirin to the bleeding risk of
03:38:12  2   Xarelto?
03:38:12  3   A.   Yes, sir, I have.
03:38:13  4        MR. SARVER:  I'll stop there.
03:38:21  5            Is there going to be an objection?
03:38:21  6        MR. BARR:  Your Honor, there is an objection to this.
03:38:23  7        MR. SARVER:  May we approach, Your Honor.
03:38:23  8        (WHEREUPON, at this point in the proceedings, a
03:38:35  9   conference was held at the bench.)
03:38:35 10        MR. BARR:  The objection is this is literally not
03:38:40 11   anywhere in his report.  I mean, this is brand new stuff.
03:38:43 12            The only thing he ever said in his report was
03:38:45 13   that it was impossible to rule out that aspirin was a cause.
03:38:49 14   That is the only thing he said.  He never talked about
03:38:53 15   comparative studies of aspirin, anything like that.  None of it
03:38:57 16   is in his report.
03:38:58 17            It not fair to blind side us.  I mean, you can't
03:39:01 18   just bring stuff new like this and come to trial.  That's the
03:39:04 19   whole reason we have discovery.
03:39:06 20        MR. SARVER:  Well, Your Honor, Mr. Barr is right on
03:39:12 21   most of it.  But we did provide them with a study.  There is a
03:39:15 22   brand new -- I think it's April or March of this year -- study
03:39:19 23   that compares the effectiveness of aspirin versus Xarelto in
03:39:25 24   patients, and also compares the bleeding risk.  It found a very
03:39:31 25   highly efficacious use of Xarelto compared to aspirin in

*OFFICIAL TRANSCRIPT*

03:39:36   1    preventing clots, but the bleeding risk between aspirin and

03:39:40   2    Xarelto was virtually the same.

03:39:44   3            It's a new study.  He couldn't have had it in his

03:39:46   4    report.  It would be impossible.

03:39:48   5        MR. BARR:  But the problem is, if it were a new study

03:39:51   6    that built on something in his report, maybe I could get behind

03:39:54   7    that, but this is brand new out of nowhere.  We haven't had the

03:39:58   8    chance to ask him questions about it.  I have no idea what he's

03:40:02   9    going to say.

03:40:03   10           It puts us in a position where I'm sitting here

03:40:07   11   listening to it, and I'm expected to cross-examine him.  That's

03:40:11   12   not fair to the plaintiffs.

03:40:13   13           If they want to disclose new studies, maybe they

03:40:17   14   should disclose the testimony he's going to offer with it.

03:40:20   15   They've done none of that.  They handed us a paper and said,

03:40:23   16   this is what we plan on talking about.

03:40:25   17       THE COURT:  Let's see if we can modify the examination

03:40:30   18   and go into it fast --

03:40:31   19       MR. SARVER:  I can do that.

03:40:32   20       THE COURT:  -- without going into the specific studies

03:40:36   21   and get to the conclusions.

03:40:36   22       MR. SARVER:  I can do that.

03:40:36   23       (WHEREUPON, at this point in the proceeding, the bench

03:40:38   24   conference concluded.)

03:40:38   25       MR. SARVER:  May we proceed, Your Honor?

*OFFICIAL TRANSCRIPT*

03:40:56  1          THE COURT:  Yes.

03:40:57  2          MR. SARVER:  Thank you.

03:40:57  3   EXAMINATION BY MR. SARVER:

03:40:58  4   Q.   Dr. Boniol, in the course of your experience, have you

03:41:03  5   come to understand how Xarelto performs in terms of bleeding

03:41:09  6   risks versus aspirin?

03:41:11  7   A.   Yes, sir, I have.

03:41:14  8   Q.   Could you tell us.

03:41:16  9   A.   So when you look at the risk of bleeding with Xarelto once

03:41:19 10   a day, while looking at aspirin once a day, there is no

03:41:24 11   significant difference in bleeding risks between taking an

03:41:27 12   over-the-counter aspirin and taking a Xarelto pill.

03:41:29 13   Q.   Now, Doctor, I'd like to take you back to your experience

03:41:34 14   in treating your patients with Xarelto.

03:41:38 15          Could you tell us, how has it done for your patients?

03:41:43 16   A.   Sure.

03:41:43 17          So for my patients, when I use Xarelto -- and, again,

03:41:46 18   you have to realize, I treat the sickest patients -- or the

03:41:49 19   hardest to anticoagulate patients.  That's why I'm a

03:41:54 20   hematologist.  Doctors send me their patients that they cannot

03:41:58 21   anticoagulant effectively -- or they feel they have trouble

03:42:00 22   doing it.  They've done fantastic.  I mean, it has been a

03:42:04 23   breath of fresh air for me and for my partners, and for the

03:42:07 24   patients, more specifically.

03:42:08 25          So my take-home from my personal experience with

*OFFICIAL TRANSCRIPT*

03:42:13 1  Xarelto is I have influenced positively more of my patients'

03:42:18 2  lives using Xarelto than probably any other medication over the

03:42:21 3  last three years.

03:42:22 4  Q.   We've heard from Dr. Leissinger that she's also a

03:42:27 5  hematologist, but she prefers to prescribe warfarin.  Did you

03:42:31 6  understand that?

03:42:33 7  A.   Did I understand it?

03:42:34 8  Q.   I'm sorry.  Did you know that from her testimony?

03:42:36 9  A.   I did read that in her testimony.

03:42:41 10  Q.   Is that something doctors can differ in their opinions --

03:42:41 11  A.   Sure.

03:42:46 12  Q.   -- and prescribe different things for their patients?

03:42:48 13  A.   Absolutely.  Doctors can 100 percent disagree in their

03:42:53 14  opinions.  You know, that's, you know, kind of what makes the

03:42:54 15  world go round.  We're all individuals, we all have our own

03:42:57 16  opinions; but, at the end of the day, in medicine, the data

03:43:00 17  speaks for itself.

03:43:01 18       So, we like to do what we call practice

03:43:04 19  evidence-based medicine.  So, in my opinion, in my patients, I

03:43:07 20  have a drug that I know is safer without monitoring, without

03:43:11 21  reversal.  I have definitive proof that, without either of

03:43:15 22  those things, it's safer than warfarin or Coumadin is.

03:43:21 23       So why would I not use a safer patient -- why would I

03:43:24 24  not use a safer drug in my patient?  I'm not going to wait

03:43:26 25  until something else comes out.  If I can save my patients'

*OFFICIAL TRANSCRIPT*

03:43:29  1   lives now, I'm going to do it now.

03:43:33  2          We know that lives are saved based on all the data,

03:43:36  3   ROCKET, EINSTEIN.  I could go on for hours on just the studies

03:43:40  4   that show Xarelto is safer than Coumadin.

03:43:42  5   Q.   You raised a question there that I think is probably

03:43:47  6   important for us to mention.

03:43:49  7          Dr. Boniol, during the ROCKET trial and the six years

03:43:53  8   of use in the real world that Xarelto has, has Xarelto been

03:43:58  9   monitored like the plaintiff lawyers say they want it to be?

03:44:03 10   A.   Absolutely not.  You know, it does not -- part of the

03:44:05 11   reason is because that would be a dangerous thing to do.

03:44:08 12          The other part of that is it's not indicated.  So

03:44:13 13   doctors have all this information that's been presented to the

03:44:15 14   Court.  We have all this.  We know all this information.  We

03:44:18 15   chose not to do it because it could be dangerous to our

03:44:21 16   patients.

03:44:21 17          But despite not monitoring, okay, despite -- if there

03:44:26 18   was -- I mean, even without monitoring, it's still safer than

03:44:29 19   Coumadin.  So why would I take my risk with my patient?  Yes, I

03:44:34 20   get it.  I can monitor Coumadin.  Yes, there is a reversal

03:44:37 21   agent for Coumadin.  But despite those facts, the death rate is

03:44:40 22   still higher on a monitored reversed drug.

03:44:42 23          So why would I put my patient on a -- because I can

03:44:44 24   reverse it?  That doesn't help my patient who dies -- you know,

03:44:47 25   that doesn't help my five times more likely patient to die with

*OFFICIAL TRANSCRIPT*

03:44:52  1    a GI bleed on Coumadin.

03:44:53  2    Q.    So all these comparisons in the studies are of

03:44:56  3    Coumadin/warfarin that's being monitored --

03:44:57  4    A.    Correct.

03:44:58  5    Q.    -- and Xarelto that's not being monitored.  The studies

03:45:02  6    show what?

03:45:02  7    A.    The studies show that it's safer, that there are

03:45:06  8    statistically significant less deaths.

03:45:08  9           You've got to remember, in ROCKET, GI bleeds, five

03:45:12 10    people died from a GI bleed that took Coumadin.  One person

03:45:16 11    died that took Xarelto.  Five times as likely to die on

03:45:20 12    Coumadin.  It's monitored, okay.  It's reversible.  Five times

03:45:24 13    more likely to die.  That speaks for itself.

03:45:26 14    Q.    I'd like to talk now for a few minutes about the specific

03:45:31 15    medical facts of Mr. Boudreaux.

03:45:34 16           Have you read and reviewed his medical records?

03:45:37 17    A.    Yes, sir, I have.

03:45:38 18    Q.    Mr. Boudreaux -- and I don't want to go through all of

03:45:42 19    this, I think the jury knows it now -- but he was admitted for

03:45:45 20    atrial fibrillation?

03:45:46 21    A.    Yes, sir, he was.

03:45:47 22    Q.    Based on all you know, did he need an anticoagulant?

03:45:53 23    A.    Absolutely.  I think the right thing to do for

03:45:56 24    Mr. Boudreaux was to anticoagulate him for sure.

03:46:00 25    Q.    Was that because he we was at risk of stroke?

**OFFICIAL TRANSCRIPT**

03:46:02 1    A.    Because of his atrial fibrillation, when you calculate out

03:46:04 2    that CHAD score.  His risk of stroke was very, very high at the

03:46:08 3    time he was diagnosed.

03:46:08 4    Q.    Do you have any criticism of Dr. Wong prescribing Xarelto

03:46:12 5    for Mr. Boudreaux?

03:46:14 6    A.    Actually, I have the opposite of criticism.  I have

03:46:17 7    respect.  I think he chose the right medication based on

03:46:20 8    available medical literature at the time.

03:46:21 9    Q.    Mr. Boudreaux was admitted for a GI bleed on February 3rd

03:46:28 10   of 2014; is that your understanding?

03:46:29 11   A.    Yes, sir.

03:46:30 12   Q.    At the time that he was admitted for his GI bleed, was

03:46:34 13   there a PT drawn on Mr. Boudreaux?

03:46:37 14   A.    Yes, sir, there was.

03:46:38 15   Q.    Do you recall what number it was?

03:46:41 16   A.    I believe it was a 13.6.

03:46:43 17   Q.    Yes, sir.

03:46:45 18         Now, do you recall reading Mr. Boudreaux's deposition

03:46:50 19   and where he described his onset of symptoms?

03:46:54 20   A.    I do.

03:46:54 21   Q.    Based on that, do you have any idea how long he had

03:47:00 22   actually been bleeding before he presented to the hospital?

03:47:03 23   A.    You know, when you look -- my suspicion is that

03:47:06 24   Mr. Boudreaux, based on his -- you know, of course, I get the

03:47:09 25   privilege of being Monday morning quarterback in hindsight, so,

*OFFICIAL TRANSCRIPT*

03:47:14  1    you know, I had a lot of time to go back and look at his

03:47:17  2    records.

03:47:17  3          It is pretty obvious, when you go back and look at

03:47:22  4    his records, that Mr. Boudreaux was bleeding at the time of his

03:47:24  5    admission when he was diagnosed with atrial fibrillation, that

03:47:28  6    he was already bleeding before Xarelto was started.

03:47:31  7    Q.   He presented with black tarry stools.  Does that tell you

03:47:39  8    anything about the time that his bleed started?

03:47:42  9    A.   So, based on the black tarry stools, that would tell me

03:47:45 10    that he was acutely -- he had acute worsening of his bleed at

03:47:49 11    the time black tarry stools showed up.

03:47:51 12    Q.   Now, he had this PT of 13.6.  What does that mean?  What

03:47:56 13    does that tell you?

03:48:00 14          MR. BARR:  Your Honor, objection.  Again, he offered

03:48:03 15    nothing in his report about what that test means.

03:48:08 16          MR. SARVER:  Your Honor, it's part of the expertise and

03:48:14 17    experience.

03:48:16 18          MR. BARR:  It's not in his report.

03:48:18 19          THE COURT:  Well, sometimes the report, you can't be so

03:48:21 20    specific to a report.

03:48:22 21          Let me explain what we're talking about, Members

03:48:26 22    of the Jury.  Before an expert witness testifies, under the

03:48:32 23    rules, he is required to give a report and explain what he says

03:48:37 24    and why he says it and things of that sort.  That's given to

03:48:40 25    the opposite side, so that the opposite side knows somewhat

*OFFICIAL TRANSCRIPT*

03:48:45  1    what he's going to testify.

03:48:46  2              Now, obviously, the report may be ten pages, and

03:48:50  3    his testimony may be four hours.  So, he can't just, you know,

03:48:56  4    say -- he's got to explain a little bit more than he does in

03:49:01  5    his report.  That's what I'm trying to deal with at this point.

03:49:03  6         MR. SARVER:  Your Honor, my wiser co-counsel has

03:49:06  7    educated me.  Dr. Boniol did, in fact, discuss PT in his

03:49:15  8    report.  It's at page 9, Counsel, the bottom of the third

03:49:18  9    paragraph.

03:49:19 10         MR. BARR:  I know what it says.  If we want to argue it

03:49:23 11    out, we can go out.  I don't want to do that here.

03:49:23 12         THE COURT:  If it's touched on, I'll overrule the

03:49:26 13    objection and allow it.

03:49:27 14    EXAMINATION BY MR. SARVER:

03:49:29 15    Q.   What did that PT of 13.6 mean?

03:49:32 16    A.   So the only thing a PT means is how long it takes your

03:49:36 17    blood in a test tube to clot.  That's it.

03:49:39 18              So, it doesn't tell you anything about what's going

03:49:42 19    on in an actual person's body.  Your body is a living -- I

03:49:47 20    mean, we are constantly changing blood flow, and everything is

03:49:51 21    moving around.  Once I put your blood in a test tube, it's very

03:49:54 22    static.  Nothing changes.  It's a different environment in

03:49:57 23    there.

03:49:57 24              So the only thing that a PT at that point in time can

03:50:00 25    tell me is that the time it takes his blood to form a clot in a

*OFFICIAL TRANSCRIPT*

03:50:06 1    test tube, when you add a specific reagent and calcium to that

03:50:10 2    test tube, was 13.6 seconds.

03:50:13 3    Q.   Would that PT have guided you in treatment of

03:50:16 4    Mr. Boudreaux?

03:50:18 5    A.   Not at that level, no, sir.

03:50:19 6    Q.   Did that PT guide Dr. Wong in his treatment of

03:50:25 7    Mr. Boudreaux?

03:50:26 8    A.   No, sir, it did not.

03:50:26 9    Q.   Should that PT have guided Dr. Wong in his treatment of

03:50:32 10   Mr. Boudreaux?

03:50:32 11   A.   Absolutely not.  It would have been very dangerous to use

03:50:35 12   that PT to make any assumption.

03:50:37 13   Q.   Why do you say that?

03:50:38 14   A.   I think the literature -- I don't think the literature is

03:50:39 15   very clear on that.  That the use of PT in use for rivaroxaban

03:50:44 16   or NOACs is not only misleading, it is dangerous.  So you don't

03:50:51 17   want to give patients more danger than is necessary.  It's not

03:50:57 18   approved.  It's not the right thing to do.

03:50:59 19        Specifically, when you look at this patient, he is

03:51:03 20   actively bleeding.  Okay.  So if I'm bleeding in my GI tract,

03:51:12 21   my proteins, these proteins that go and cause bleeding to

03:51:14 22   stop -- the same proteins that cause me to bleed in a test

03:51:18 23   tube, they are all going down to my bleeding site, right?  I'm

03:51:21 24   using all these proteins to stop myself from bleeding.

03:51:24 25        So if I'm stopping myself from bleeding down here in

*OFFICIAL TRANSCRIPT*

03:51:28 1   my stomach, and somebody comes and sticks a needle in my arm

03:51:31 2   over here and draws out a little bit of blood, and then checks

03:51:34 3   my proteins in a lab, when you have active, robust bleeding

03:51:39 4   such as in the case of Mr. Boudreaux, very frequently the PT

03:51:42 5   will be prolonged because those proteins are not there in the

03:51:47 6   test tube.  They are doing what they are supposed to do in the

03:51:50 7   body.

03:51:50 8        So a PT in this situation means absolutely nothing.

03:51:54 9   If it was extremely elevated, in other words, triple or double

03:51:58 10  from where it should be, then I would be worried that he may

03:52:01 11  have, you know, some sort of liver disease or something else

03:52:04 12  that he might benefit from FFP, but at this level, it doesn't

03:52:09 13  mean anything.

03:52:10 14  Q.   Now, Dr. Leissinger told us that she could take that 13.6

03:52:17 15  PT on one reagent and translate it back in time to a PT level

03:52:25 16  on another reagent.  Is there any scientific support for that?

03:52:30 17  A.   No, there is absolutely none.  It's impossible to do that.

03:52:34 18  There is no scientific literature, there is no precedent, there

03:52:39 19  is nothing that anybody can show you where, hey, here is how

03:52:43 20  it's done, because it's not done.

03:52:44 21       First of all, they are different reagents.  Second of

03:52:47 22  all, from what I understand she did, is she's trying to tell

03:52:50 23  you what the rivaroxaban level is based on that PT.  There

03:52:53 24  are -- you know, there are too many things that influence the

03:52:57 25  PT that aren't rivaroxaban.  So a PT is a terrible, terrible,

03:53:04 1   terrible test.

03:53:05 2           If you don't mind -- can I draw -- do you mind if

03:53:07 3   I am able to show them how that works, or do you want to do

03:53:11 4   it --

03:53:11 5   Q.   Why don't we do that in just a minute.  I've actually got

03:53:14 6   a plan here.

03:53:15 7   A.   Okay.  I'm sorry.

03:53:15 8   Q.   We'll go down --

03:53:15 9   A.   I just want them to understand why the PT doesn't work in

03:53:20 10   this situation.

03:53:20 11   Q.   You're going to have that opportunity.  I believe

03:53:24 12   Judge Fallon will let you get down.  But let's move on, just

03:53:28 13   quickly, to a different topic.

03:53:31 14           Dr. Fail testified last Friday -- he was the doctor

03:53:33 15   who did the LARIAT procedure on Mr. Boudreaux -- that during

03:53:39 16   the time that Mr. Boudreaux was taking Xarelto, he was also

03:53:41 17   taking aspirin.

03:53:43 18           Was that your understanding from the medical records?

03:53:46 19   A.   Yes, sir, it was.

03:53:47 20   Q.   Is there any way to know whether or not Mr. Boudreaux

03:53:51 21   would have had the bleed that he had, had he not been taking

03:53:55 22   aspirin at the same time?

03:53:56 23   A.   There is no way to know.

03:53:57 24   Q.   In the Xarelto label, is there a statement about the

03:54:03 25   concomitant together use of aspirin and Xarelto?

*OFFICIAL TRANSCRIPT*

03:54:07  1    A.    Yes, sir, the use of them together greatly increases your

03:54:10  2    risk of bleeding.

03:54:11  3    Q.    Now, Dr. Fail also told us that, in his experience and

03:54:18  4    practice, about 10 to 15 percent of patients are intolerant of

03:54:25  5    any anticoagulant.  Does that sounds about right?

03:54:29  6    A.    It's about right.

03:54:30  7    Q.    Now, is it correct then that -- is there any evidence to

03:54:35  8    say that Mr. Boudreaux would not have bled on any other

03:54:40  9    anticoagulant?

03:54:41 10    A.    No, sir.  There is no evidence that says if he was given

03:54:44 11    any other anticoagulant, that he would not have bled.  He

03:54:49 12    easily would have bled on any other anticoagulant would be

03:54:52 13    possible.

03:54:52 14    Q.    I know you're a hematologist, but have you treated

03:54:55 15    patients like Mr. Boudreaux, who are taking Xarelto for their

03:54:58 16    atrial fibrillation?

03:54:58 17    A.    Yes, sir.  I have.

03:54:59 18    Q.    Is that a rarity for you, or does it happen --

03:55:02 19    A.    No, it's pretty common that I get patients that I will

03:55:07 20    treat for atrial fibrillation.  They'll ask me what the best

03:55:10 21    anticoagulant is for this patient, so I'll be their prescribing

03:55:14 22    doctor.

03:55:14 23    Q.    In your experience, have the patients like Mr. Boudreaux

03:55:17 24    done well on Xarelto?

03:55:18 25    A.    Absolutely.

*OFFICIAL TRANSCRIPT*

03:55:19  1   Q.   Have you treated stroke patients in your practice?

03:55:22  2   A.   Yes, sir, I have.

03:55:22  3   Q.   Have you treated bleeding patients in your practice?

03:55:25  4   A.   I'm a hematologist.  It's what I do.

03:55:28  5   Q.   I know all of us, if we have to choose, we want to have

03:55:30  6   neither one.

03:55:31  7   A.   Absolutely.

03:55:31  8   Q.   But as a doctor, which one would you rather treat?

03:55:36  9   A.   You know, obviously, I would rather treat a bleed, because

03:55:38 10   they are going to recover.  They are much more likely to

03:55:42 11   recover and go back to having a meaningful life than if they

03:55:45 12   have a stroke.

03:55:45 13        Again, if you have a blockage, and there is no blood

03:55:48 14   going to that part of your brain, and it dies, unfortunately,

03:55:51 15   as a doctor, there is nothing I can do to bring that part of

03:55:54 16   your brain back to life.  I just can't do it.

03:55:56 17        If you bleed, I can replace your blood, and I can

03:55:59 18   then stop the bleeding, and then ultimately give you nutrients

03:56:04 19   or vitamins, if I need to, so that you can replenish your blood

03:56:08 20   on your own, and then you go back to functioning as normal.

03:56:11 21        So I'd much rather, in my practice, take care of a

03:56:15 22   bleed rather than a stroke any day of the week.

03:56:16 23   Q.   I'd like to move on and talk a little bit about the

03:56:20 24   plaintiffs' PT theory in this case.  All right?

03:56:22 25   A.   Yes, sir.

*OFFICIAL TRANSCRIPT*

03:56:22  1    Q.    Have you read the Xarelto label?

03:56:24  2    A.    Yes, sir, I have.

03:56:25  3    Q.    Is the Xarelto label, does it provide useful information

03:56:30  4    in warning about the risks of Xarelto?

03:56:33  5    A.    Yes, sir.

03:56:34  6    Q.    Does the label also provide useful and adequate

03:56:39  7    instructions to use Xarelto safely?

03:56:42  8    A.    Yes, sir, it does.

03:56:42  9    Q.    Have you found that to be true in your practice?

03:56:46  10   A.    Absolutely.  I find it to be that the package insert, that

03:56:49  11   my clinical practice follows what to expect very closely.

03:56:52  12   Q.    Now, earlier in the trial, very early in the trial,

03:56:56  13   plaintiffs' lawyers told the jury that the PT can be a simple,

03:57:03  14   one-time safety test for the use of Xarelto.  Were you aware of

03:57:08  15   that?

03:57:08  16   A.    I was.

03:57:09  17   Q.    Is it right?

03:57:10  18   A.    No, sir.  That's incorrect.

03:57:11  19   Q.    Tell us why.

03:57:12  20   A.    The PT is not a test for Xarelto.  Xarelto is a very

03:57:18  21   specific medication.  It's an anti-Xa is what we call it, okay.

03:57:23  22   So it's going to the block Factor X.

03:57:27  23         The PT, again, it's a test tube test.  It measures

03:57:30  24   Factor VII, Factor X, Factor V, Factor II, tissue factor, and

03:57:36  25   fibrinogen, all of those things.  So it doesn't make any sense

**OFFICIAL TRANSCRIPT**

03:57:41  1   to think that a test that's going to monitor all of these

03:57:44  2   things, that if any one of them change, can affect this test.

03:57:48  3          So the PT is not specific for Xarelto, and it's not

03:57:53  4   sensitive for Xarelto, meaning there is too many variables.

03:57:56  5   There is too many things that can confound a PT.  When I look

03:57:59  6   up in a textbook what can prolong a PT, it gives me a list this

03:58:05  7   long (indicating).

03:58:05  8   Q.   In about two minutes, you're going to be down at the board

03:58:08  9   explaining all this.

03:58:09  10  A.   Chomping at the bit.

03:58:11  11  Q.   That's all right, sir.

03:58:12  12         Dr. Boniol, is there already a test that the makers

03:58:16  13  of Xarelto have put into the label as a safety test to

03:58:20  14  determine the right dose of Xarelto before it's ever used?

03:58:23  15  A.   Yes, sir, they have.

03:58:24  16  Q.   Tell us about that.

03:58:26  17  A.   So, when you look at all the studies, all the Phase I,

03:58:29  18  Phase II, all the trials that have been done with Xarelto, the

03:58:32  19  only thing that we have found makes a difference in safety to

03:58:35  20  patients, where you can help them, is the kidney, is the

03:58:39  21  creatinine clearance, which is your kidney function.

03:58:42  22         So this drug has a dual mechanism of elimination.

03:58:45  23  It's eliminated both through the liver and through the kidney.

03:58:47  24  But because of its reliance on the kidney to eliminate both

03:58:50  25  active drug and metabolized drug, it turns out that if your

*OFFICIAL TRANSCRIPT*

03:58:54  1    kidney function gets bad enough, that you need to dose reduce

03:58:57  2    the drug to prevent the increased risk of bleeding.

03:59:00  3    Q.   Is there a test for that?

03:59:01  4    A.   Yes, sir, there is a very simple test where you just --

03:59:03  5    Q.   What is it called?

03:59:04  6    A.   Well, we run a BUN and creatinine test.  You can run an

03:59:08  7    albumin as well.  It's a simple blood test.  Then there is a

03:59:12  8    calculation you take to estimate something called a creatinine

03:59:12  9    clearance.

03:59:17 10         Some labs will go ahead and give you something called

03:59:22 11    a glomerular filtration rate.  But at the end of the -- I'm

03:59:24 12    sorry, glomerular filtration rate.

03:59:24 13    Q.   I can't possibly spell that.  Do you want to help her?

03:59:25 14    A.   GFR.

03:59:26 15         So, at the end of the day, what we're talking about

03:59:30 16    here is kidney function.  If your kidney function is poor, we

03:59:33 17    need to decrease your dose of Xarelto.

03:59:35 18         It is clear in the label, Doctor, to be safe for your

03:59:39 19    patient, this is the test you can run, and it will tell you

03:59:43 20    what dose of the medicine to give -- when to dose reduce your

03:59:47 21    patient for safety purposes.

03:59:48 22    Q.   Did you do that for your patients before you put them on

03:59:51 23    Xarelto?

03:59:51 24    A.   Yes, sir, I do it before I put them on Xarelto, and I

03:59:54 25    continue to monitor their kidney function intermittently while

*OFFICIAL TRANSCRIPT*

03:59:58  1   they're on it, to make sure they're on the correct dose.

03:59:59  2   Q.   If their kidney function is a bit low, do you put them on

04:00:02  3   a lower dose?

04:00:03  4   A.   Correct.  If their kidney function declines during the

04:00:05  5   course of their therapy, I will adjust their dose as necessary

04:00:09  6   to minimize any risk that the patient has.

04:00:12  7   Q.   Now, the plaintiffs' theory is that a one-time PT test can

04:00:15  8   be used to show a patient's bleeding risk on Xarelto.  Are they

04:00:19  9   correct?

04:00:19 10   A.   No, sir, they are not correct.

04:00:21 11   Q.   First, can you tell the jury and explain -- I'm not sure

04:00:25 12   they've heard it -- what is a PT test?

04:00:27 13   A.   So a PT test is -- it's a test tube test.  We draw venous

04:00:31 14   blood.  We draw blood from your arm, from one of your veins.

04:00:35 15   It goes into a tube that has something called buffered sodium

04:00:39 16   citrate in it.  The only function of that in the tube is to

04:00:42 17   stop your blood from clotting in the tube, so we can take the

04:00:44 18   tube to the lab, and it's still free flowing.

04:00:48 19        Then what we do is we take the top off the test tube,

04:00:53 20   and we put it in a machine.  It's got a little calibrator in it

04:00:55 21   that can detect a clot, if it occurs.  It's like a little

04:00:58 22   thin -- like a little coffee stirrer, if you will.

04:01:00 23        We put that in there.  Then we add tissue factor,

04:01:04 24   which can be -- depending on what lab you're in, it can be

04:01:07 25   different in every lab.  That's one of the problems with the

*OFFICIAL TRANSCRIPT*

04:01:09  1   test.  It's not reliable.  You know, all the tests have

04:01:12  2   different variability across labs.

04:01:14  3          Depending on how much of that tissue factor you add

04:01:16  4   and calcium, then you hit a button that starts the little

04:01:20  5   coffee stirrer.  As soon as that coffee stirrer hits a clot,

04:01:25  6   okay -- what we know is it takes about 3 percent of thrombin

04:01:29  7   formation.  Your body to stop a clot takes a hundred percent

04:01:34  8   thrombin formation to stop the clot.

04:01:35  9   Q.   Hang on.  Let me stop you right there.  Are you saying in

04:01:37 10   the test tube, it takes only 3 percent of thrombin to clot?

04:01:41 11   A.   Correct.

04:01:42 12   Q.   But in the body, it takes a hundred percent?

04:01:43 13   A.   Correct.

04:01:44 14   Q.   Is that one of the reasons that this PT test doesn't work

04:01:47 15   well in the body to predict bleeding?

04:01:49 16   A.   That is one of many, many reasons this test does not

04:01:52 17   predict bleeding under any circumstances.

04:01:55 18   Q.   All right.  Go ahead.

04:01:55 19   A.   Once you add the reagent in there, you hit a timer.  Then

04:01:59 20   that little coffee stirrer will keep going.

04:02:02 21          As soon as it hits against a clot -- which, again,

04:02:04 22   only requires three percent of thrombin generation that is

04:02:09 23   required in the body to form a clot -- the timer will stop, and

04:02:11 24   that will give you a number in seconds.  Whatever that number

04:02:15 25   is in seconds, that's what's called your prothrombin time.

*OFFICIAL TRANSCRIPT*

04:02:19  1    Q.    Now, Doctor, we are not saying that PT is a not a good

04:02:24  2    test.  Do you use PT?

04:02:26  3    A.    I do use PT.  PT is a wonderful screening test, and that's

04:02:29  4    what it's derived for.

04:02:32  5          Again, you've got to realize, what are these tests

04:02:33  6    for?  You know, you can't take a test that's meant for

04:02:36  7    something else and try to make it fit.  You can't make the

04:02:39  8    round peg fit into the square hole.  No matter how hard you

04:02:43  9    try, at the end of the day it doesn't fit.

04:02:45 10          So the PT is a screening test.  It's a screening test

04:02:49 11    for Factors II, V, X, and VII, as well as tissue factor and

04:02:52 12    fibrinogen.  It screens for a deficiency, a discrepancy, or an

04:03:00 13    inhibitor of any one of those factors.  So, it's a very

04:03:05 14    widespread test that screens for those things.

04:03:08 15          So if a PT is prolonged, that doesn't mean you have a

04:03:13 16    bleeding problem.  I've given multiple examples in my reports

04:03:17 17    of how PTs can be prolonged, and patients might clot.  So it

04:03:22 18    doesn't tell you ever who is going to bleed and who is not

04:03:24 19    going to bleed.

04:03:24 20          We use it to help detect a disease called

04:03:28 21    antiphospholipid syndrome, which is a clotting disorder.  Your

04:03:29 22    PT is prolonged, and then it doesn't respond to what's called a

04:03:32 23    one-to-one mixing study.  That's how we diagnosis

04:03:36 24    antiphospholipid, which is clotting disorder.  So the PT is not

04:03:39 25    effective in telling me who is going to bleed.

                              *OFFICIAL TRANSCRIPT*

04:03:41  1    Q.   Dr. Boniol, would it help you to explain the clotting

04:03:46  2    cascade and why PT doesn't work as a test of bleeding risk if

04:03:50  3    you got down and did some drawing on the board?

04:03:53  4    A.   I think it would, if Judge Fallon --

04:03:56  5         MR. SARVER:  Your Honor, may Dr. Boniol do that?

04:03:56  6         THE COURT:  That's fine.

04:04:00  7         MR. SARVER:  Thank you, sir.

04:04:00  8    EXAMINATION BY MR. SARVER:

04:04:01  9    Q.   Doctor, do you have all the tools and equipment you need

04:04:03 10    for that?

04:04:04 11    A.   I do.

04:04:28 12         MR. SARVER:  Doctor, do you want to move that closer to

04:04:30 13    the jury?

04:04:31 14              Would that be okay, Your Honor?

04:04:32 15         THE COURT:  It's fine.

04:04:54 16         THE WITNESS:  So this is going to be our little

04:04:54 17    hematology --

04:04:54 18    EXAMINATION BY MR. SARVER:

04:04:55 19    Q.   I have to ask you a question.  That's the way it works.

04:04:57 20    A.   I'm sorry.  This isn't my -- like I said, my first time to

04:05:01 21    ever do this.

04:05:02 22    Q.   That's all right.  I know you're a teacher.

04:05:03 23              Can you explain to us about the coagulation cascade

04:05:07 24    and how that can tell us all that you can't use PT to predict

04:05:13 25    bleeding?

*OFFICIAL TRANSCRIPT*

04:05:13  1    A.    Right.  So the coagulation cascade is the way we think

04:05:17  2    about clotting in medicine.  I'm going to actually move this

04:05:20  3    over here.

04:05:21  4              This is just an oversimplification of what actually

04:05:24  5    happens in your body.

04:05:31  6              So I like to think of the coagulation cascade as a

04:05:34  7    big Y, capital letter Y, okay?  At the middle of that Y sits

04:05:44  8    Factor X.  That's what this whole trial is really about is

04:05:47  9    Factor X.  Xarelto works at inhibiting Factor X.

04:05:48 10              But there is multiple factors that are in this

04:05:50 11    coagulation cascade.  There is Factor V.  There is Factor II.

04:05:54 12    There is Factor VII.  We have Factor VIII, Factor IX,

04:05:59 13    Factor XI.  Then way up here, we have Factor XII.  Okay.

04:06:04 14              We have these proteins right now, all of us.  They

04:06:07 15    are going around in our body.  They are happy.  Everything is

04:06:09 16    going fine.

04:06:10 17    Q.    So all those numbers are proteins?

04:06:12 18    A.    Correct.  These numbers each represent an individual

04:06:14 19    protein that circulates in our body.  Some of it is fixed on

04:06:20 20    certain cells, some tissues, but most of it just circulates in

04:06:23 21    our body inactive.

04:06:24 22              Now, what will happen is if you get cut, or if

04:06:27 23    something happens that you get poked, or something happens that

04:06:29 24    puts threat to your bleeding, this system will kick in.  It

04:06:36 25    will take this common pathway, which is X, V and II.  It will

*OFFICIAL TRANSCRIPT*

04:06:44  1    cleave fibrinogen into fibrin, which will cause a blood clot.

04:06:48  2         So the key to causing this clot to occur is you have

04:06:51  3    to turn on X.  You have got to put the key in the engine, okay.

04:06:54  4    You've got to turn on X, which will then find a V, then take II

04:06:58  5    and make clot.

04:06:58  6    Q.   Dr. Boniol, while you're doing that, are all three of the

04:07:04  7    most recent DOACs or NOACs, are they all related to Factor X?

04:07:09  8    A.   Correct.  The three most recent released medications are

04:07:13  9    all related to Factor X -- Xarelto, Eliquis, and Savaysa.

04:07:19 10         There is a reason for that.  There is a reason you're

04:07:21 11    seeing all this movement towards X is because X is the key.

04:07:25 12    It's the first part of the coagulation common pathway.  So we

04:07:30 13    have always been trying to get to Factor X.

04:07:31 14         Now, to start a clot, two things can happen.  You can

04:07:34 15    get tissue factor, which binds to Factor VII.  Then, that will

04:07:40 16    cause clot formation.  Or you can have what's called contact

04:07:44 17    factor, so if your blood gets exposed to air or to a foreign

04:07:48 18    body, it's going to come this way and start clotting.  Okay.

04:07:53 19         Once it stimulates -- it's going to go XII -- it's

04:07:56 20    going to go -- from XII, it will stimulate XI, it will

04:07:58 21    stimulate IX, it will stimulate VIII, and so forth, until you

04:08:00 22    get a clot.

04:08:01 23         Now, when you measure a PT, when you're measuring a

04:08:07 24    PT in somebody's body, what you're doing is you've eliminated

04:08:10 25    tissue factor in calcium when you've put it in the test tube.

*OFFICIAL TRANSCRIPT*

04:08:15   1   So when you take it into the lab, you're going to re -- you're

04:08:21   2   going to give a reagent, which can be Innovin, it can be

04:08:23   3   Neoplastin.  There's a whole bunch of different ones.  So every

04:08:25   4   lab that we go to is going to use a different reagent.

04:08:28   5          So every PT that's drawn in every lab across the

04:08:31   6   country is going to be a little bit different.  That's one of

04:08:34   7   the problems.

04:08:35   8          As we add the reagent and calcium back into the test

04:08:38   9   tube, it stimulates Factor VII.  Now, again, this only

04:08:43  10   stimulates the Factor VII that's in the test tube.  It has

04:08:43  11   nothing to do with what's going on in your body, right?  It's

04:08:43  12   just what's in the tube.

04:08:48  13          So it stimulates VII, to X, to V, to II.  Then it

04:08:52  14   stimulates fibrinogen to fibrin, and that causes clot.  So the

04:08:58  15   time it takes to go all the way down here, that's what your PT

04:09:01  16   is.

04:09:02  17   Q.   So the PT is in seconds, that's the unit?

04:09:04  18   A.   Correct.  It's in seconds.

04:09:05  19   Q.   10 seconds, 20 seconds, whatever it is.

04:09:06  20   A.   Normally, it's going to be somewhere between 10 and

04:09:09  21   16 seconds, depending on the reagent.

04:09:11  22   Q.   So how does Factor X -- how does Xarelto affect the

04:09:18  23   coagulation cascade?

04:09:18  24   A.   Right.  So Xarelto will affect this coagulation cascade

04:09:22  25   very cleanly.  It will come here and bind and block Factor X

*OFFICIAL TRANSCRIPT*

04:09:28 1    and stop the coagulation cascade from going forward, right.

04:09:32 2         So, it seems, based on this, that blocking X would

04:09:37 3    just stop the whole process from occurring.  If that was true,

04:09:40 4    guess what, you would never get a clot, so your PT would never

04:09:45 5    get there, especially in a test tube.  So it's not this simple.

04:09:48 6    It's a very complex thing that works.

04:09:51 7         But for a PT, you have all of these factors, VII, X,

04:09:55 8    V, II, fibrinogen, reagent, tissue factor.  So how can you even

04:10:00 9    imagine that something that is so specific for X is going to be

04:10:04 10   reliable to draw a PT?  It makes no sense whatsoever, and the

04:10:09 11   science shows that, that it doesn't work.

04:10:10 12   Q.   It may be simple to you, but it's not so simple to me.

04:10:16 13   A.   I understand.

04:10:17 14   Q.   You're saying that Xarelto affects Factor X?

04:10:20 15   A.   And that's it.

04:10:22 16   Q.   But PT doesn't measure just Factor X?

04:10:24 17   A.   Absolutely not.  There are anti-Xa tests that we can run,

04:10:29 18   but, no, PT does not measure Factor X.  It measures all of

04:10:32 19   this.

04:10:33 20   Q.   So PT measures Factor X, Factor VII, Factor II, Factor V?

04:10:40 21   A.   Correct.

04:10:40 22   Q.   Any more?  Am I missing some?

04:10:42 23   A.   Well, you're missing fibrinogen.  You can have your

04:10:47 24   dysfibrinogenemias, hypofibrinogenemias.  There's a whole list

04:10:48 25   of diseases that deal with fibrin that prolong your PT as well.

*OFFICIAL TRANSCRIPT*

04:10:51 1        So it is -- again, if I opened a textbook, if you

04:10:55 2    look in a textbook, and you look for reasons a PT can be

04:10:59 3    prolonged --

04:10:59 4    Q.    All kinds?

04:10:59 5    A.    -- there's a million of them.  There are all kind of

04:11:04 6    reasons it can be prolonged.  It is not specific for Xarelto.

04:11:07 7    It's not sensitive for Xarelto.

04:11:10 8        When I say that, there are so many other things that

04:11:13 9    can complicate a PT.  So as a doctor, a PT is never going to

04:11:17 10   give me reliable information on a patient.  If we're talking

04:11:20 11   about specifically messing with this guy right here, then give

04:11:23 12   me a test that specifically talks about that guy, not one that

04:11:26 13   muddies up all the waters here.  It's a dirty test.

04:11:29 14   Q.    Is PT a test that specifically measures what Xarelto does?

04:11:32 15   A.    No, sir.  PT does not specifically measure Xarelto at all.

04:11:36 16   Q.    Why don't you go back to your seat, Dr. Boniol.

04:11:56 17       Now, you told us that you do use the PT test; is that

04:11:56 18   right --

04:12:03 19   A.    Yes, sir, I did.

04:12:03 20   Q.    -- as a screening test?

04:12:05 21   A.    Yes, sir, I do.

04:12:05 22   Q.    When you get the results back from a PT test, what kind of

04:12:09 23   questions does it answer for you?

04:12:10 24   A.    So, if a PT is elevated, what it tells me is this patient

04:12:15 25   may have a problem, may have a problem with Factor VII, X, V,

*OFFICIAL TRANSCRIPT*

04:12:19  1   II, or fibrinogen, or they could have an inhibitor present,

04:12:23  2   meaning there's something in the test tube that is inhibiting

04:12:27  3   one of the factors.

04:12:28  4          So the next step -- once you have a prolonged PT,

04:12:31  5   that doesn't mean anything by itself.  It's a screening test.

04:12:35  6   Again, I'm reaching out there trying to find out why -- if

04:12:37  7   somebody has an underlying reason to bleed.  It doesn't tell me

04:12:41  8   who is going to bleed, when they are going to bleed, where they

04:12:44  9   are going to bleed, how they are going to bleed, under any

04:12:46 10   circumstances.

04:12:46 11   Q.   Does PT provide a clinically useful -- any clinically

04:12:53 12   useful information about the risk of a specific patient taking

04:12:58 13   Xarelto to have a bleed?

04:12:59 14   A.   No, sir, not at all.

04:13:00 15   Q.   Now, Doctor, I'm not going to go through all the

04:13:15 16   literature, but have you read the recently scientific

04:13:18 17   literature -- and the jury has seen some of it from a

04:13:21 18   Dr. Testa, from a Dr. Eikelboom, from a Dr. Douxfils -- have

04:13:25 19   you read all that literature?

04:13:27 20   A.   Yes, sir, I have.

04:13:27 21   Q.   The recent scientific literature, does it support using PT

04:13:33 22   as a measure of a patient's bleeding risk on Xarelto?

04:13:37 23   A.   The current data is very clear in that not only does it

04:13:42 24   not support using a PT, it actually recommends against it

04:13:45 25   because of the dangers, the inherent dangers that checking a PT

*OFFICIAL TRANSCRIPT*

04:13:52  1    on somebody on rivaroxaban presents to the patient.

04:13:55  2    Q.   Does that recent data include some very important

04:13:59  3    literature from 2017?

04:14:00  4    A.   Correct.  Most of the literature is from 2017, most

04:14:04  5    recent, but we can go all the way back to 2016 and 2013, to

04:14:06  6    some of the articles that clearly say PT does not correlate

04:14:10  7    clinically with bleeding.

04:14:11  8              Even my science day testimony here --

04:14:15  9    Q.   Probably shouldn't talk about that.

04:14:18 10    A.   Okay.  But for a long time, it's been well known that the

04:14:21 11    PT doesn't work.

04:14:22 12    Q.   Now, let me just shift to some other folks who have talked

04:14:25 13    about PT or haven't.

04:14:28 14              Does the FDA currently recommend using PT as a

04:14:33 15    measure of the bleeding risk for Xarelto or any other oral

04:14:40 16    anticoagulant?

04:14:40 17              MR. BARR:  Your Honor, I object.  This is -- it's

04:14:43 18    already been established that it's the company's job to warn,

04:14:47 19    the label, not the FDA.

04:14:49 20              THE COURT:  Well, that's a matter that may or may not

04:14:54 21    come up in the jury charges, but I'll allow it.

04:15:00 22              MR. SARVER:  Thank you, Your Honor.

04:15:01 23              THE WITNESS:  I'm sorry, could you repeat the question?

04:15:04 24    EXAMINATION BY MR. SARVER:

04:15:04 25    Q.   Sure.  Does the FDA recommend using PT as a predictor of

*OFFICIAL TRANSCRIPT*

04:15:09  1   bleeding for Xarelto or any other Factor Xa inhibitor?

04:15:14  2   A.   Well, I mean, I would go so far as to say no for any oral

04:15:16  3   anticoagulant.  Even Coumadin, the PT is useless for Coumadin.

04:15:20  4        You know, we had to derive the INR to make the PT

04:15:24  5   make any sense for Coumadin, which actually affects

04:15:26  6   Factors VII, X and II.  So it more correlates with this, but

04:15:29  7   still the PT is not a good test for Coumadin either.

04:15:32  8        The PT is not a good test to predict bleeding in any

04:15:36  9   patient under any circumstances.

04:15:37 10   Q.   Has the FDA, to this day, approved any test, PT test, to

04:15:42 11   measure the patient's bleeding risk?

04:15:45 12        MR. BARR:  Your Honor, again, objection.  This is

04:15:47 13   nowhere in his report.

04:15:48 14        THE COURT:  Overrule the objection.

04:15:52 15        THE WITNESS:  No, sir.

04:15:53 16   EXAMINATION BY MR. SARVER:

04:15:55 17   Q.   Has there ever been any clinical study that would show

04:15:58 18   that real patients in the real world would benefit from doing

04:16:02 19   what the plaintiff lawyers say we ought to do and provide a PT

04:16:07 20   testing for Xarelto patients?

04:16:08 21   A.   There is no study, there is no scientific data on real

04:16:11 22   patients that is -- that shows that this would help anybody.

04:16:14 23   Q.   Do medical associations in the United States provide

04:16:20 24   guidelines to doctors in how they treat their patients,

04:16:23 25   including patients on anticoagulants?

*OFFICIAL TRANSCRIPT*

04:16:25 1   A.   Yes, sir.

04:16:26 2   Q.   Do any of those medical organizations recommend using a

04:16:32 3   PT test to measure the risk of bleeding as the plaintiff

04:16:36 4   lawyers want us to do?

04:16:38 5   A.   No, sir.  They have the authority to do so, but the

04:16:40 6   American College of Chest Physicians, the American College of

04:16:44 7   Neurologists, none of them recommend PT testing for DOACs.

04:16:48 8   Q.   Do you use PT testing in your patients to monitor them for

04:16:51 9   a risk of bleeding on Xarelto?

04:16:53 10  A.   No, sir.  I do not.

04:16:54 11  Q.   Why not?

04:16:56 12  A.   Because it won't give me any clinical useful information,

04:16:59 13  number one.  Number two, it's been well established that a PT

04:17:02 14  can be dangerous for a patient.

04:17:04 15       There's two specific examples I could give you.

04:17:08 16  One --

04:17:08 17  Q.   The PT test itself is not dangerous?

04:17:10 18  A.   The PT test is simple.  It's just drawing it.  But the

04:17:13 19  information from the PT test can be dangerous for patients on

04:17:17 20  rivaroxaban -- or for patients on Xarelto.

04:17:21 21  Q.   I've got a couple of questions I need to get specifically

04:17:25 22  worded, so I'm going to actually read them to you.

04:17:28 23       Would the Neoplastin PT test that plaintiffs have

04:17:32 24  proposed be helpful in following the patient's response or in

04:17:36 25  identifying possible adverse reactions?

*OFFICIAL TRANSCRIPT*

04:17:38  1    A.    No, sir.  It would not.

04:17:39  2    Q.    Would measuring a Neoplastin PT level in Xarelto treated

04:17:45  3    patients be helpful in identifying patients who are at risk for

04:17:49  4    serious adverse events?

04:17:52  5    A.    No, sir, it would not.

04:17:53  6    Q.    Now, if there was a test like the ones that the plaintiff

04:17:58  7    lawyers say we should use PT for that would predict your

04:18:02  8    patients' bleeding, would you use it?

04:18:04  9    A.    Absolutely.  Yeah, I would love to have that test.

04:18:06 10          MR. BARR:  Your Honor, this isn't the plaintiffs'

04:18:09 11    lawyers' claims.  This is the Boudreauxs' claims.  I think he

04:18:12 12    should quit referring to it that way.

04:18:15 13          THE COURT:  I think that's right.

04:18:16 14          MR. SARVER:  Thank you, Your Honor.  I will do that.

04:18:18 15    EXAMINATION BY MR. SARVER:

04:18:19 16    Q.    If there was such a test, would you use it?

04:18:23 17    A.    Yes, sir, I would.

04:18:24 18    Q.    Why?

04:18:26 19    A.    Anything I can do to help my patients, to get them treated

04:18:29 20    the best -- again, as I said when I first got up here, to make

04:18:33 21    them live longer or make them live better -- I'm going to do.

04:18:36 22          If there is a test that will predict who is going to

04:18:40 23    bleed or who is not going to bleed, yes, I'm going to use that

04:18:42 24    to help my patients.  It just doesn't exist.

04:18:45 25    Q.    We've talked to the jury a little bit already.  One of the

*OFFICIAL TRANSCRIPT*

04:18:55  1   things we've said is don't take any medicine unless you need

04:18:58  2   it.  Is that a correct thing to say?

04:19:00  3   A.   That is a wonderful thing to say.

04:19:02  4   Q.   Why?

04:19:03  5   A.   Medicine have inherent risks, all of them.  You know, I've

04:19:07  6   seen Penicillin, anaphylactic reactions in patients who didn't

04:19:11  7   need to take Penicillin, and then have problems.

04:19:15  8              I've seen everything from a Tylenol to my

04:19:18  9   chemotherapy cause problems.  All medicine has some inherent

04:19:21 10   risks, so if you don't need it -- it's a foreign body, it's a

04:19:25 11   foreign substance -- don't put in it your body if you don't

04:19:28 12   need it because you could have a bad reaction.  Only take

04:19:30 13   medications when they're absolutely needed.

04:19:32 14   Q.   Do you perform a risk/benefit analysis on every one of

04:19:36 15   your patients that you prescribe Xarelto to?

04:19:38 16   A.   Yes, sir, I do.

04:19:38 17   Q.   And, I suppose, for all the other medicines you prescribe?

04:19:41 18   A.   Every single one.

04:19:42 19   Q.   Do all anticoagulants, including Xarelto, have a risk of

04:19:49 20   bleeding?

04:19:49 21   A.   Yes, sir, all anticoagulants do carry that risk.  It's

04:19:53 22   well known.

04:19:55 23   Q.   Sometimes in the real world does that risk happen?

04:19:57 24   A.   Unfortunately, it does.  But, you know, we -- again, my

04:20:00 25   job is to try to minimize that risk.  I can't take it to -- I

*OFFICIAL TRANSCRIPT*

04:20:04  1   wish I could.  I wish I could take it to zero.  All I can do is

04:20:06  2   give my patients, you know, the best available medicine that we

04:20:10  3   have today.

04:20:11  4   Q.   One of the things we've heard is that if you don't use a

04:20:19  5   PT test on your Xarelto patients, you're performing that

04:20:23  6   risk/benefit analysis with a blindfold over your eyes.  Is that

04:20:27  7   true?

04:20:28  8   A.   No.  Not at all.  I mean, the risk analysis for your

04:20:32  9   patients on Xarelto is in the clinical features of the patient

04:20:36 10   and their kidney function.  That's well documented and well

04:20:40 11   written up in journals and in the package label.

04:20:44 12   Q.   Did you prescribe Xarelto to your patients today?

04:20:46 13   A.   Yes, I do.

04:20:47 14   Q.   If you have one come in tomorrow that needs it, will you

04:20:51 15   prescribe it?

04:20:51 16   A.   If they need it, absolutely.

04:20:53 17   Q.   Why do you prescribe Xarelto for your patients?

04:20:55 18   A.   Because at the end of the day, it's the best medicine that

04:20:59 19   will treat their problem, and it's the safest thing we have.

04:21:03 20   Regardless of a test to monitor it, regardless of a reversal

04:21:08 21   agent, it's the safest thing out there.

04:21:10 22         That's my job.  My job is to take care of my

04:21:13 23   patients, nothing else.  If I'm going to be able to do that

04:21:17 24   with Xarelto, that's what I'm going to use.

04:21:18 25   Q.   You treat some very, very sick patients; is that correct?

**OFFICIAL TRANSCRIPT**

04:21:21  1    A.    Yes, sir.  As a cancer doctor, I like to think I treat the
04:21:25  2    sickest there are.
04:21:26  3    Q.    Would you ever prescribe Xarelto for them if you didn't
04:21:29  4    believe in your gut it was safe and effective?
04:21:31  5    A.    Absolutely not.
04:21:32  6    Q.    Has your testimony been consistent here in court with the
04:21:37  7    way you practice medicine every day?
04:21:38  8    A.    Yes, sir, it has.
04:21:40  9          MR. SARVER:  Thank you very much, Dr. Boniol.
04:21:42 10          THE COURT:  Let me see counsel on logistics.  I don't
04:21:45 11    need this in the record.
04:22:51 12                Let's take a 10-minute break at this time and
04:22:53 13    come back, please.
04:22:56 14          THE DEPUTY CLERK:  All rise.
04:22:56 15          (WHEREUPON, at 4:22 p.m., the jury panel leaves the
04:26:04 16    courtroom, and the Court took a recess.)
04:33:06 17          THE COURT SECURITY OFFICER:  All rise.
04:33:12 18          (WHEREUPON, at 4:33 p.m., the jury panel enters the
04:33:35 19    courtroom.)
04:33:35 20          THE COURT:  Be seated.
04:33:36 21                Members of the jury, we're going to have to
04:33:37 22    finish the doctor today.  He's got some commitments to patients
04:33:41 23    tomorrow, so he has to be there.  So we'll do the best we can.
04:33:45 24          MR. BARR:  We'll try not to waste their time.
04:33:45 25          THE COURT:  Right.

*OFFICIAL TRANSCRIPT*

04:33:48  1                     CROSS-EXAMINATION

04:33:48  2   BY MR. BARR:

04:33:48  3   Q.   Dr. Boniol, good afternoon.

04:33:49  4        We've never met before except for briefly this

04:33:53  5   afternoon, correct?

04:33:54  6   A.   Yes, sir.

04:33:54  7   Q.   I want to recap some of the things you said, to make sure

04:33:57  8   I understood it.

04:33:58  9        There was a lot of decision in your direct testimony

04:34:01  10  about warfarin.  Do you recall that?

04:34:02  11  A.   Yes, sir.

04:34:04  12  Q.   You were talking about how warfarin compares to Xarelto,

04:34:07  13  and that you were making the claim that Xarelto is actually a

04:34:11  14  safer drug; correct?

04:34:12  15  A.   Correct.

04:34:12  16  Q.   Now, you understand that when it comes to the use of

04:34:17  17  Xarelto with atrial fibrillation, the FDA will not allow these

04:34:21  18  defendants to say that Xarelto is a safer drug, correct?

04:34:26  19  A.   Correct.

04:34:27  20  Q.   That all they're allowed to say is that it's noninferior,

04:34:33  21  correct?

04:34:33  22  A.   Correct.

04:34:33  23  Q.   That means it's no worse than, correct?

04:34:36  24  A.   Correct.

04:34:37  25  Q.   Now, you understand that for Mr. Boudreaux warfarin was

                          *OFFICIAL TRANSCRIPT*

04:34:42 1   not an option for him, right?

04:34:46 2   A.   That wasn't my understanding.

04:34:47 3   Q.   You've read Dr. Wong's testimony, correct?

04:34:49 4   A.   No.  I have not.

04:34:50 5   Q.   You never read his deposition?

04:34:52 6   A.   I don't remember reading his specifically, no.

04:34:54 7   Q.   So you don't know that Dr. Wong was only considering

04:34:58 8   NOACs, right?

04:34:59 9   A.   I don't know that.  I mean, that's the guidelines today,

04:35:02 10   so -- you know, first line NOACs.  So I would suspect, if he's

04:35:06 11   following best practices, that would be all he would be

04:35:09 12   considering.

04:35:09 13   Q.   Now, you understand you talked about these three

04:35:15 14   Superdomes, you remember that?

04:35:16 15   A.   I do.

04:35:17 16   Q.   The one Superdome about people that have GI bleeds, one

04:35:20 17   Superdome people with fatal bleeds, and then a whole other

04:35:24 18   Superdome about people that have strokes, right?

04:35:26 19   A.   That are untreated, yes.

04:35:27 20   Q.   Right.  You understand that as a result of Mr. Boudreaux's

04:35:32 21   GI bleed, he was required to move into that Superdome nobody

04:35:35 22   wants to be in, the one where you're untreated for stroke,

04:35:39 23   right?

04:35:39 24   A.   Yeah.  I mean, based on the fact that he had a bleed,

04:35:44 25   that's what moved him there, not any medication; it was the

*OFFICIAL TRANSCRIPT*

04:35:47  1    fact that he had a bleed.

04:35:49  2    Q.    They took him off all of his anticoagulants because they

04:35:53  3    did not know that he was at higher risk of Xarelto than any of

04:35:58  4    the other drugs, right?

04:35:59  5    A.    I don't -- he was not at a higher risk with Xarelto than

04:36:03  6    any of the other drugs, no, that's not a true statement.

04:36:05  7    Q.    Now, you talked about Advil and fish oil.  I think you

04:36:09  8    might have mentioned Pepto-Bismol or something like that.

04:36:12  9    A.    Correct.

04:36:13 10    Q.    You're not suggesting to this jury that Advil, fish oil,

04:36:17 11    and Pepto-Bismol have equal blood risk of Xarelto, are you?

04:36:23 12    A.    Well, like I testified, there is a study with scientific

04:36:25 13    evidence that shows aspirin and Xarelto have equal bleeding

04:36:30 14    risks, yes.  So --

04:36:31 15    Q.    Did I say the word "aspirin"?

04:36:33 16    A.    I didn't know -- I thought you did.  You said

04:36:35 17    Pepto-Bismol, which is a salicylate, which is in the same class

04:36:39 18    as aspirin, so --

04:36:39 19    Q.    I said Advil, right?  I said fish oil --

04:36:42 20    A.    You said Pepto-Bismol, which is a salicylate, which is in

04:36:46 21    the same class as aspirin, yes, you did.

04:36:50 22    Q.    So you're suggesting to this jury that Pepto-Bismol is

04:36:53 23    as -- causes as high a bleed risk as Xarelto, that's your

04:36:58 24    testimony?

04:36:58 25    A.    No.  My testimony is that based on the data that we

*OFFICIAL TRANSCRIPT*

04:37:01 1   have -- I don't have a study that directly shows Pepto-Bismol.

04:37:06 2   You realize Pepto-Bismol is bismuth subsalicylate, and aspirin

04:37:12 3   is acetal salicylate.  So they are both in the same class.  Not

04:37:16 4   many people know that -- obviously, not many people do.  But

04:37:19 5   they do cause bleeding.

04:37:21 6         So I don't have a study that directly compares them,

04:37:24 7   so that's not my testimony, but I can say that something in the

04:37:27 8   same class such as aspirin has equal bleeding, yes.

04:37:30 9   Q.   So the answer to my question is yes --

04:37:33 10  A.   Yes.

04:37:34 11  Q.   -- you are suggesting to this jury that Pepto-Bismol

04:37:39 12  causes someone to be at as high a bleed risk as Xarelto, a

04:37:45 13  blood thinner, right?

04:37:45 14  A.   No, that is not what I'm saying -- well, Pepto-Bismol is a

04:37:48 15  blood thinner too, sir.  It is a salicylate, so it is a blood

04:37:51 16  thinner.  I was asked earlier to talk about blood thinners over

04:37:54 17  the counter.

04:37:54 18        THE COURT:  His question is, is it the same?

04:37:56 19             Restate the question.

04:37:57 20  EXAMINATION BY MR. BARR:

04:37:59 21  Q.   Are you saying to this jury that if Mr. Boudreaux had

04:38:04 22  taken Pepto-Bismol, he would have been at the same bleed risk

04:38:10 23  as when he was taking Xarelto?

04:38:12 24  A.   I'm not saying that because there is no study, so I don't

04:38:14 25  know the answer to that.

*OFFICIAL TRANSCRIPT*

04:38:15  1    Q.    Now, you testified that Mr. Boudreaux did well on Xarelto.

04:38:22  2    Do you remember that?

04:38:24  3    A.    I don't remember saying that exactly, no.

04:38:26  4    Q.    So if you said that he did well on Xarelto, you're

04:38:30  5    ignoring that he had a gastrointestinal bleed that put him in

04:38:34  6    the hospital for five days, three days in the intensive care

04:38:39  7    unit.  That's not what you meant to say, is it?

04:38:41  8    A.    No, not at all.

04:38:42  9    Q.    He didn't do well on Xarelto, did he?

04:38:45 10    A.    Well, he didn't do well on anticoagulation, yes.

04:38:48 11    Q.    What other anticoagulation?  He was on Xarelto, right?

04:38:50 12    A.    Aspirin.

04:38:51 13    Q.    He was on Xarelto?

04:38:52 14    A.    He was on aspirin also.

04:38:53 15    Q.    He was on Xarelto?

04:38:54 16    A.    Yeah, and aspirin.

04:38:55 17    Q.    But he was on Xarelto, can I get answer to that question?

04:38:59 18    A.    Yes, he was.

04:38:59 19    Q.    And you're not saying he did well on that, are you?

04:39:02 20    A.    No, sir, I'm not.

04:39:03 21    Q.    All right.  Now, you also showed the jury a couple of

04:39:09 22    studies.  I just want to clarify a couple things.

04:39:13 23          Can I get the Elmo?

04:39:18 24          Do you remember being shown this study, oral

04:39:23 25    rivaroxaban versus standard therapy?  Do you remember that?

**OFFICIAL TRANSCRIPT**

04:39:26  1  A.    I do.

04:39:26  2  Q.    Okay.  This isn't ROCKET, is it?

04:39:30  3  A.    No, sir, it's not.

04:39:31  4  Q.    This isn't studying people with atrial fibrillation, is

04:39:34  5  it?

04:39:34  6  A.    No, sir, it's not.

04:39:35  7  Q.    This isn't studying people that are on the drug

04:39:40  8  20 milligrams once a day and that's the only dose they are on,

04:39:43  9  is it?

04:39:43 10  A.    No, sir, it's not.

04:39:44 11  Q.    It's not people like Mr. Boudreaux, is it?

04:39:46 12  A.    No, sir, it's not.

04:39:46 13  Q.    They are not comparing Xarelto to just Coumadin, are they?

04:39:51 14  A.    Well, there -- no, there is some use of Lovenox at the

04:39:58 15  beginning of that trial.

04:39:59 16  Q.    Right.  It's a Lovenox and Coumadin combination therapy

04:40:02 17  compared to a therapy of Xarelto that's 15 milligrams twice a

04:40:08 18  day followed by 20 milligrams once a day, right?

04:40:12 19  A.    Correct.

04:40:12 20  Q.    That's not Mr. Boudreaux, right?

04:40:14 21  A.    Correct.

04:40:15 22  Q.    Now, you said this at the end of your testimony, and I

04:40:27 23  want to make sure I understand it.  You agree that if there is

04:40:32 24  a lab test that can be used to assess bleed risk, that that

04:40:38 25  information would be helpful to prescribing doctors, right?

*OFFICIAL TRANSCRIPT*

04:40:42  1    A.    Absolutely.

04:40:42  2    Q.    And you agree that if such a test exists for Xarelto, it

04:40:47  3    should be disclosed and be in the label, right?

04:40:50  4    A.    If it existed, yes.

04:40:52  5    Q.    And you would expect it to be in the label, if the company

04:40:56  6    knows that, so that doctors like yourself don't have to go

04:41:00  7    digging through the Internet and digging through medical

04:41:03  8    literature to find that, right?

04:41:06  9    A.    I don't know the precedent is set there necessarily in

04:41:08  10   medicine that it is in the label, but I would expect it to at

04:41:11  11   least have been reviewed in the FDA cases, yes.

04:41:15  12   Q.    So if I understand what you just said, you think it would

04:41:20  13   be okay that if these defendants knew that there was a lab test

04:41:26  14   that could predict bleed risks, it would be okay for them not

04:41:31  15   to change their label and just let the scientific community

04:41:34  16   figure it out and publish on it, that would be okay with you?

04:41:37  17   A.    You know, so what happens with -- in medicine, in my life,

04:41:41  18   where I live, is, you know, everything is not in a label.  And

04:41:44  19   that's just a fact.  That's a reality.  So sometimes, yes, as a

04:41:48  20   doctor, I have to do my own homework.  It's not all spoon fed

04:41:51  21   to me.

04:41:52  22         And so there is no precedence that I'm aware of, and

04:41:56  23   I don't know, if you can show me, please do, that they are

04:42:00  24   forced in the label to tell doctors exactly what to do in every

04:42:03  25   single situation.  That's the art of medicine.  So the doctors

*OFFICIAL TRANSCRIPT*

04:42:06 1  have the authority and have the expertise and the training to

04:42:10 2  learn about these medicines.  We're not ignorant to

04:42:14 3  medications.  We don't have to be told every single thing to

04:42:17 4  do.

04:42:17 5  Q.   So, like I said, it's okay in your mind, if these

04:42:21 6  companies know there is a lab test, they know it works, they've

04:42:24 7  tested it, proved it, know it works, know it predicts bleed

04:42:28 8  risks, know that it will minimize the risk of bleeding in

04:42:31 9  people, they know that, and it's okay for you --

04:42:34 10        MR. SARVER:  Objection, Your Honor.  I want to make

04:42:36 11 sure this is just a hypothetical.

04:42:40 12        MR. BARR:  No, it's not a hypothetical.

04:42:42 13        MR. SARVER:  Well, then we object to the question.  It

04:42:45 14 states facts not in evidence.

04:42:46 15        MR. BARR:  I guess you missed the last week of the

04:42:49 16 trial.

04:42:49 17        THE COURT:  No.  Go on, restate the question.

04:42:53 18 EXAMINATION BY MR. BARR:

04:42:53 19 Q.   If this company has information that proves that PT can

04:42:59 20 predict bleed risk, proves that, and knows that that will

04:43:04 21 reduce the risk of bleeding for people like Mr. Boudreaux,

04:43:08 22 you're saying it's okay if they keep that to themselves and

04:43:14 23 don't put it in the label?

04:43:16 24 A.   I didn't say it's okay for them to keep it to themselves.

04:43:18 25 I just said that not everything with all drugs is put into the

*OFFICIAL TRANSCRIPT*

04:43:24  1   label.  I mean, some of it is discovered, published in papers

04:43:27  2   and doctors are aware of those things.  It doesn't have to be

04:43:30  3   put in the label.

04:43:30  4        If they were to just completely not let it be known

04:43:33  5   to the public, yeah, that's a problem.  But as far as being put

04:43:36  6   in the label, no, I don't think it's a requirement to be put in

04:43:39  7   the label.  I don't have to have every single thing put in the

04:43:42  8   label, no.

04:43:43  9   Q.   So you testified that you have a very active clinical

04:43:47 10   practice, right?

04:43:47 11   A.   Yes, sir.

04:43:48 12   Q.   You treat patients -- obviously not today.

04:43:48 13   A.   Right.

04:43:52 14   Q.   But on most days you're treating patients, right?

04:43:55 15   A.   Yes, sir.

04:43:55 16   Q.   You have those patients on a lot of different drugs,

04:43:58 17   right?

04:43:58 18   A.   I do.

04:43:59 19   Q.   Do you spend -- how do you spend time treating patients if

04:44:03 20   you're spending all of your time researching about these drugs?

04:44:06 21   When do you have time for your patients?

04:44:08 22   A.   I have lots of time for my patients.  They come first.

04:44:11 23   Again, this isn't something I started yesterday.  This is how

04:44:13 24   I'm trained.  I went through medical school.  I went through

04:44:17 25   residency.  I went through fellowship.  I know where to look.

*OFFICIAL TRANSCRIPT*

04:44:20  1   I know what to look for.

04:44:22  2          And I can tell you, you know, package inserts are not

04:44:24  3   usually somewhere I go to look necessarily for how to use a

04:44:28  4   medication.  It doesn't contain all of the information that I

04:44:31  5   want to know.  And so typically doctors and a lot of my

04:44:35  6   colleagues will not use the package insert.  We'll use Lexicon.

04:44:38  7   We'll use something else that tells us about the medication

04:44:41  8   outside of the package insert.

04:44:42  9          I can tell you I've never pulled a package insert on

04:44:45 10   one of my chemotherapy drugs.  I don't rely on that.  I rely on

04:44:50 11   other information.  I rely on studies and side effects, such as

04:44:55 12   ROCKET-AF.  I don't rely on a package insert.

04:44:57 13   Q.   Now, if this company does have information that PT can

04:45:06 14   predict bleed risk, they have not shared that with you, right?

04:45:09 15   A.   I've seen information that shows some correlation in

04:45:13 16   certain instances where PT may work out, but the wealth of data

04:45:19 17   clearly shows that it doesn't, so.

04:45:20 18   Q.   Okay.  That was -- now answer my question.  If this

04:45:24 19   company has information that PT can predict bleed risk, they

04:45:32 20   have not shared that with you, right?

04:45:33 21   A.   They have not proven that to me, no.

04:45:36 22   Q.   Have they shared it with you?

04:45:37 23   A.   They have shared information on PT and its correlation to

04:45:41 24   Xarelto, yes.

04:45:41 25   Q.   So you have now reviewed -- because in your deposition you

**OFFICIAL TRANSCRIPT**

04:45:44 1  hadn't reviewed any internal company documents.

04:45:46 2  A.    No, I have not reviewed any internal company documents.

04:45:48 3  But they have published -- or they have provided on public

04:45:52 4  forums information looking at PT versus -- and how it

04:45:58 5  correlates with rivaroxaban, so that is information I'm talking

04:46:01 6  about.  No, I have no inside knowledge of what goes on at Bayer

04:46:06 7  and Johnson & Johnson (verbatim).

04:46:08 8  Q.    Right.  You have no idea what the scientist at Bayer and

04:46:13 9  at Janssen have said about whether or not PT will predict bleed

04:46:18 10  risk.  You're clueless on that, right?

04:46:18 11  A.    I wouldn't say I'm clueless.  No.  They have provided a

04:46:21 12  lot of information.  Certainly there are a lot of third parties

04:46:24 13  that have done studies that have lots of information.  And most

04:46:27 14  importantly, I know what a PT looks for, and it doesn't look

04:46:34 15  for anti-Xa activity, so they don't need to share all that with

04:46:36 16  me.

04:46:36 17  Q.    Okay.  You talked about American medical associations and

04:46:39 18  their standards.  Do you remember that?

04:46:39 19  A.    I do.

04:46:40 20  Q.    Do you think any of those medical associations have access

04:46:46 21  to the internal files of Bayer and Janssen to see what they

04:46:50 22  know about PT and bleed risks?

04:46:52 23  A.    I have no idea.

04:46:53 24  Q.    But you don't have access, right?

04:46:57 25  A.    No, sir.  I don't have access to confidential or internal

*OFFICIAL TRANSCRIPT*

04:47:00 1   documents.

04:47:00 2   Q.   Right.  And you have been, since 2013, traveling around

04:47:07 3   the country on behalf of these companies talking about

04:47:11 4   everything you like about Xarelto, right?

04:47:13 5   A.   No.  I've been talking about -- educating about

04:47:17 6   anticoagulation and the coagulation cascade.

04:47:20 7   Q.   So are you out there actively telling people that

04:47:26 8   Neoplastin PT cannot be used with Xarelto, that it's a

04:47:29 9   meaningless clinically irrelevant test?

04:47:31 10  A.   No, I'm not actively telling anybody that.

04:47:33 11  Q.   Are you telling people that?  Are you stating that?  When

04:47:36 12  you go around and talk, are you going around and telling

04:47:40 13  people, you cannot use -- there is no way to measure with

04:47:44 14  Xarelto?  There is no way to measure.  The ROCKET trial

04:47:47 15  proves -- you don't have to do that, and there is no way to do

04:47:50 16  it?

04:47:50 17  A.   No, I've never said that in any of my travels.

04:47:53 18  Q.   You just don't talk about that at all?

04:47:55 19  A.   I've never brought it up.  If a question is asked, I

04:47:59 20  certainly will go over the data that's available.

04:48:01 21  Q.   Now, according to information I have, you have -- and I

04:48:12 22  think your testimony was $260,000 or so for going around and

04:48:18 23  talking, educating about Xarelto, that Janssen has paid you to

04:48:24 24  go around and do that, right?

04:48:26 25  A.   Yes.  They have compensated me for my time.

*OFFICIAL TRANSCRIPT*

04:48:28  1    Q.   Do you think it's about a total of, what, 65, 70

04:48:33  2    presentations you've gone around and done?

04:48:34  3    A.   Oh, gosh.  Somewhere around there, yes.

04:48:38  4    Q.   You understand that this information is tracked by the

04:48:42  5    federal government, right?

04:48:43  6    A.   Absolutely.  Sunshine Act, of course.  It's all public

04:48:47  7    information.

04:48:47  8    Q.   And have you gone and looked at your profile to see what

04:48:51  9    it says about you?

04:48:52 10    A.   I have not.

04:48:52 11    Q.   So you haven't looked at that at all to see whether or not

04:48:57 12    that information is accurate?

04:48:58 13    A.   No, sir.

04:48:59 14    Q.   Well, would you dispute that in 2013 Janssen paid you 44

04:49:09 15    payments of $54,668 to go around and educate on Xarelto?

04:49:17 16    A.   Not each.

04:49:18 17    Q.   No.

04:49:19 18    A.   Total.

04:49:25 19    Q.   44 -- total.  Would you dispute that?

04:49:26 20    A.   No.

04:49:27 21    Q.   How about in 2014, would you dispute that Janssen has paid

04:49:33 22    you $81,754.32, a total of 60 payments?

04:49:47 23    A.   So what's going to have to happen with that is a lot of

04:49:49 24    that is going to have to be reimbursement for travel, because

04:49:52 25    there's no way I talked 60 times.  So the 60 transactions had

*OFFICIAL TRANSCRIPT*

04:49:57 1    to include reimbursement for plane tickets that I paid for

04:50:01 2    out of pocket, meals, travel that I paid for out of pocket that

04:50:04 3    were then reimbursed.  There's no way I could have spoken 60

04:50:07 4    times.

04:50:07 5    Q.   Well, let's look at this.  And I'm not disagreeing with

04:50:10 6    you, by the way, but we can look at how I've done this.  You

04:50:14 7    see that this is your profile from the Open Payments data held

04:50:20 8    by the government, right?

04:50:21 9    A.   Sure.  This is all public knowledge.  Anybody has access

04:50:24 10   to this.

04:50:24 11   Q.   Right.  And the only company paying you in 2014 is

04:50:27 12   Janssen Pharmaceuticals, right?

04:50:30 13   A.   Correct.  I never -- like I said, I'm not a routine

04:50:33 14   speaker, a habitual speaker.  I spoke for this drug because I

04:50:39 15   believed it.

04:50:39 16   Q.   Right.  And this says 60 payments, $81,574, right?

04:50:45 17   A.   Yeah.  And I think when you look at the nature of the

04:50:46 18   payments, when you down there, the consulting right there is

04:50:48 19   21.  Everything else is travel.  Food and beverages is if they

04:50:51 20   come to my office.  Education is if they come to my office and

04:50:55 21   have somebody come teach me something.

04:50:57 22         So, yeah, based on this, I did 21 presentations.

04:51:01 23   Q.   Okay.  So 21 presentations --

04:51:03 24   A.   For the year.

04:51:04 25   Q.   -- in 2014, right?

*OFFICIAL TRANSCRIPT*

04:51:05  1    A.    For the entire year.

04:51:07  2    Q.    Right.  And then in 2015, it's a total of $94,893.  Does

04:51:26  3    that sound about right to you?

04:51:27  4    A.    I'd have to look.  I mean, that's more than I can be paid

04:51:29  5    to be a speaker.  So, I mean, that can't be right just for

04:51:32  6    speaking.

04:51:33  7    Q.    Well, let's look at it.  Do you see again this is you,

04:51:37  8    right, Stephen S. Boniol?

04:51:39  9    A.    Correct.

04:51:39 10    Q.    And this is, again, the government's website, right?

04:51:42 11    A.    Correct.

04:51:43 12    Q.    And just so the jury understands, is this -- this isn't

04:51:46 13    information you provide.  This is information the company has

04:51:49 14    provided to the government, right?

04:51:51 15    A.    Correct.

04:51:51 16    Q.    And so -- and there's also some money you got here from

04:51:57 17    E. R. Squibb, right?

04:51:59 18    A.    Correct.

04:52:00 19    Q.    What was that about?

04:52:00 20    A.    That's Bristol-Myers.

04:52:02 21    Q.    Were you going around talking about Eliquis?

04:52:05 22    A.    Opdivo.

04:52:07 23    Q.    And you can see here, Janssen, 73 payments, $94,000,

04:52:14 24    right?

04:52:14 25    A.    Correct.

*OFFICIAL TRANSCRIPT*

04:52:15 1    Q.   And that there is 27 total presentations, but that doesn't

04:52:18 2    necessarily divide them all out by Janssen, right?

04:52:22 3    A.   Correct.

04:52:23 4    Q.   And so what we have here is they literally put every time

04:52:28 5    they wrote you a check for a consulting services, right?

04:52:31 6    A.   Yeah.  It's well known.  This is what the government does

04:52:35 7    so that there's transparency, so that you know what I do as a

04:52:38 8    doctor.  And all doctors are on this website.  It's not just

04:52:41 9    me.  Any doctor that receives a dime from pharmaceutical

04:52:45 10   companies has to be reported to the public, and we do that to

04:52:48 11   keep you all informed.  And that's just a normal thing that

04:52:50 12   happened.

04:52:51 13   Q.   Because some patients might want to know if the doctor

04:52:56 14   prescribing them Xarelto is going around telling everybody to

04:53:00 15   use it, right?

04:53:01 16   A.   Yeah.  They'd want to know if their doctor is an expert on

04:53:06 17   the drug.  Yeah, I'd probably want to know.

04:53:08 18   Q.   And they'd want to know if their doctor is being paid a

04:53:11 19   couple of hundred thousand dollars to go around on behalf of

04:53:15 20   this company and tell people to use the drug, right?

04:53:16 21   A.   Sure.  I mean, I get no compensation for their sales.  It

04:53:18 22   doesn't matter to me if they sell another drug.  My job was to

04:53:22 23   teach, and I enjoy doing it.

04:53:23 24   Q.   I want to move on from that.  Now, as I understand your

04:53:35 25   opinion, you believe that no clinically relevant information

**OFFICIAL TRANSCRIPT**

04:53:39 1    can be provided about the risk of bleeding by running a

04:53:44 2    Neoplastin PT, right?

04:53:46 3    A.    No clinically relevant information, correct.

04:53:47 4    Q.    Now, when you and Mr. Sarver were doing your direct, there

04:53:53 5    was some discussion about -- just talking about general PT, and

04:53:57 6    then you started talking about reagents.  Do you remember that?

04:54:00 7    A.    I do.

04:54:00 8    Q.    You understand that the Boudreaux's claim is that

04:54:03 9    Neoplastin PT is the appropriate test, right?

04:54:07 10   A.    If that's what they want to claim, sure.

04:54:09 11   Q.    They are not talking about all of the other reagents,

04:54:09 12   right?

04:54:13 13   A.    True.

04:54:13 14   Q.    And you understand that Neoplastin PT was used by these

04:54:19 15   companies in all of their tests -- all of their trials, right?

04:54:23 16   A.    I'm very well familiar with that.

04:54:25 17   Q.    So if it makes no sense to use it as you have said, why

04:54:31 18   were they using it?

04:54:31 19   A.    Because, again, they want to find out.  They want to see

04:54:34 20   if there is any clinical utility.  The question was answered --

04:54:38 21   the question was asked, is there clinical utility?  And the

04:54:42 22   answer was clear, no, so it was looked at.

04:54:44 23   Q.    Do you recall you were asked that very question in your

04:54:47 24   deposition?  Do you recall that?

04:54:51 25   A.    It was a long deposition.  I'm sure Brad asked me that at

*OFFICIAL TRANSCRIPT*

04:54:55  1    some point.

04:54:55  2    Q.    Brad is right back there if you want to wave at him.

04:54:58  3    A.    There he is.

04:54:59  4    Q.    You were asked:  "Can you, as you sit here today, think of

04:55:06  5    any plausible reason from a clinical trial design perspective

04:55:09  6    as to why in the ROCKET trial the individuals who designed the

04:55:13  7    trial wanted to have the rivaroxaban patients to have periodic

04:55:18  8    PT testing done?"  Do you recall that question?

04:55:19  9    A.    Not off the top of my head.  It was a while back.

04:55:21 10    Q.    Well, let me see if you recall your answer.

04:55:23 11          THE COURT:  Let's show it.

04:55:24 12          MR. BARR:  I'm going to put it right now, Your Honor.

04:55:27 13          MR. SARVER:  I'm going to object to improper use of the

04:55:32 14    deposition.

04:55:32 15          MR. BARR:  I'm putting it.

04:55:32 16          MR. SARVER:  Well, I think the proper use is to show it

04:55:33 17    to the witness first.

04:55:34 18          THE COURT:  Let's ask him a question first.

04:55:35 19          MR. BARR:  Well, he's already been inconsistent with

04:55:39 20    it.  But I am happy to show it to him, Your Honor.  Can I

04:55:40 21    approach?

04:55:40 22              Do you mind if I stand up here and show it to

04:55:40 23    you?

04:55:48 24          THE WITNESS:  No, sir, I don't.

04:55:48 25          MR. SARVER:  No objection, Your Honor.

***OFFICIAL TRANSCRIPT***

04:55:48  1    EXAMINATION BY MR. BARR:

04:55:49  2    Q.   So you see that you were asked this question about whether

04:55:51  3    or not in the ROCKET trial, patients, you know, you should have

04:55:54  4    periodic PT.  And your answer, do you recall this?

04:55:59  5    A.   (Witness reviews the document.)  Yes.

04:56:03  6    Q.   So what was your answer when you were asked that in your

04:56:05  7    deposition?

04:56:05  8    A.   So my answer was, as a hematologist, there is no rationale

04:56:08  9    for them to do a PT, again, for the reasons I stated before.

04:56:12 10    It's not going to be -- it's not going to be an accurate test

04:56:15 11    to predict clinical bleeding or -- for -- since there's so many

04:56:19 12    other things that can an affect a PT, it's not the right test

04:56:23 13    to use.  And that's what I said in my deposition.

04:56:25 14          But I also said that certainly if they have their

04:56:27 15    reasons, that would be their reasons, not mine.

04:56:29 16    Q.   You said it didn't really make any sense.

04:56:32 17    A.   Correct, to run a PT.

04:56:34 18    Q.   So you think that all of the testing they did on PT made

04:56:37 19    no sense for them to do that, right?

04:56:39 20    A.   To me it made no sense.

04:56:41 21    Q.   And it really makes no sense since ROCKET proved that PT

04:56:49 22    predicts bleed risks?

04:56:51 23          MR. SARVER:  Objection, Your Honor.  Misstates the

04:56:52 24    evidence.

04:56:52 25          THE COURT:  Yeah, I sustain that objection.

**OFFICIAL TRANSCRIPT**

04:56:57  1    EXAMINATION BY MR. BARR:

04:56:58  2    Q.   Now, do you believe that there is a correlation between

04:57:04  3    blood plasma concentration of Xarelto and bleed risk?

04:57:08  4    A.   I've never seen that in the data, no.

04:57:10  5    Q.   Do you know who Dr. Scott Berkowitz is?

04:57:16  6    A.   I've heard the name.

04:57:17  7    Q.   You understand that he is a vice-president at Bayer,

04:57:21  8    correct?

04:57:21  9    A.   I do.

04:57:21  10   Q.   Have you read his deposition?

04:57:23  11   A.   No, sir, I haven't.

04:57:27  12   Q.   Well, the jury has seen his testimony.  Would it surprise

04:57:35  13   you to find out that Dr. Berkowitz testified that it would be

04:57:41  14   misleading to tell people that there is no correlation between

04:57:48  15   blood plasma concentration of Xarelto and bleed risk?

04:57:53  16   A.   He may have testified to that, but I would like to see the

04:57:56  17   scientific data he showed.  His opinion is one thing.  Hardcore

04:58:00  18   data in living patients is another.

04:58:02  19   Q.   So you think you know more than the vice-president at

04:58:07  20   Bayer responsible for the clinical trials, you think you know

04:58:13  21   more than him about whether or not blood plasma concentration

04:58:18  22   predicts bleed risk?

04:58:18  23   A.   I think I know the data.  And certainly, as you said, you

04:58:22  24   know, what he -- he might have personal interest vested in

04:58:27  25   that.  I'm just a hematologist trying to help patients out.

**OFFICIAL TRANSCRIPT**

04:58:30  1    Q.    You think Dr. Berkowitz at Bayer would have a vested

04:58:34  2    interest in telling people that it would be misleading to say

04:58:40  3    that there is a relationship between blood plasma concentration

04:58:44  4    and bleed risk?

04:58:46  5    A.    He may.  I don't know him.  I mean, I don't know what his

04:58:49  6    agenda is.  And, again, if you want to show me a study that

04:58:52  7    shows that, I'm happy to look at it.  Not of somebody's

04:58:55  8    opinion.  If you will show me a scientific validated study that

04:58:58  9    shows that, I'm happy to listen.

04:59:00 10    Q.    Would you agree with me that Dr. Berkowitz, as a scientist

04:59:06 11    at Bayer, has access to more information that the company knows

04:59:10 12    than you have?

04:59:11 13    A.    I would hope he does.  But, again, I still have not seen

04:59:16 14    any data that correlates your point.

04:59:18 15    Q.    Did you know he's a hematologist?

04:59:21 16    A.    I did.  But, again, I haven't seen any scientific data.

04:59:24 17    An opinion is one thing.  This is medicine.  Show me the data.

04:59:28 18    I'm a scientist.  I need the data, not somebody's opinion.

04:59:32 19    Q.    So if he says that's misleading, you're just going to

04:59:33 20    discount that, right?

04:59:33 21    A.    If he can back it up with scientific data, if you can show

04:59:36 22    me a study, I'll be happy to listen.  I have not seen that

04:59:39 23    study.

04:59:39 24    Q.    Have you ever asked any of the people that have worked

04:59:43 25    with you at Bayer and Janssen to let you sit down and talk with

*OFFICIAL TRANSCRIPT*

04:59:47 1    Mr. Berkowitz so he can explain to you why that would be

04:59:50 2    misleading?

04:59:51 3    A.    Well, to make it clear, I never worked at Bayer or

04:59:54 4    Janssen.  I'm not an employee.  I never worked there.  I never

04:59:56 5    met these people.  I went around doing educational talks.  They

05:00:00 6    happened to be the person that compensated me.  I don't work

05:00:03 7    for them, so I don't have any access to them.

05:00:05 8         But, again, if you will show me a scientific article

05:00:08 9    that proves that point, I'll be more than happy to listen.  I'm

05:00:11 10   not worried about what his opinion is.  I want science.  I want

05:00:14 11   data.

05:00:14 12   Q.    I'm going to use your board here real quick.

05:00:48 13        All right.  Let me show you what I've got here, see

05:01:20 14   if you can follow along.

05:01:25 15        I've got a chart I've drawn out here, and just so --

05:01:25 16        THE COURT:  Come over here.

05:01:25 17   EXAMINATION BY MR. BARR:

05:01:36 18   Q.    All right.  So now everybody can see.  Now --

05:01:40 19   A.    I thought you were telling me to come over here.

05:01:40 20        THE COURT:  No, I was just telling him.

05:01:51 21   EXAMINATION BY MR. BARR:

05:01:51 22   Q.    So you see here I've got a chart and I've got on it PT, my

05:02:02 23   equal sign because there is not a lot of room here, that's PT

05:02:07 24   predicts bleed risk, okay, that's what that means.  And this PT

05:02:11 25   does not predict bleed risk, okay?

*OFFICIAL TRANSCRIPT*

05:02:14 1          Fair to say I can put you squarely into this camp,
05:02:19 2   right, the does not predict bleed risk?
05:02:25 3   A.    Absolutely.
05:02:25 4   Q.    Okay.  So let's work our way through this.  Now, you have
05:02:43 5   reviewed some of the analysis conducted by the FDA, right?
05:02:49 6   A.    I have.
05:02:49 7   Q.    I want to show you -- can we get 5768754, which is
05:02:58 8   Trial Exhibit 2.
05:03:00 9          Can I have a copy?
05:03:22 10          MR. BARR:  May I approach, Your Honor?
05:03:24 11          THE WITNESS:  Thank you, sir.
05:03:25 12          MR. BARR:  You're welcome.
05:03:27 13   EXAMINATION BY MR. BARR:
05:03:30 14   Q.    Now, what I want to do is if you could go to page PDF
05:03:36 15   page 39.  And I'm going to put it up on the screen if you want
05:03:38 16   to follow it that way just in case.
05:03:41 17          Next page, please.
05:03:42 18          All right.  You see right here to Question Number 3,
05:03:47 19   and this is from the FDA, right?  If you look at the cover,
05:03:53 20   this is the *FDA Draft Briefing Document for the Cardiovascular
05:03:57 21   and Renal Drugs Advisory Committee*, right?
05:03:59 22   A.    Sure.
05:03:59 23   Q.    They are talking about the ROCKET data, right?
05:04:01 24   A.    Yes, they are.
05:04:01 25   Q.    They are not talking about EINSTEIN.  They are not talking

                      ***OFFICIAL TRANSCRIPT***

05:04:05  1    about RECORD.  They're not talking about anything but ROCKET,

05:04:10  2    right?

05:04:10  3    A.    I agree.

05:04:12  4    Q.    Mr. Boudreaux was on the drug for, right?

05:04:12  5    A.    That's right.

05:04:13  6    Q.    And they are analyzing the ROCKET data, correct?

05:04:15  7    A.    They are.

05:04:16  8    Q.    And what they write here on PDF page 40, it's 39 of the

05:04:22  9    document, they ask the question:  "Is there a PT bleed

05:04:26 10    relationship?"  Do you see that?

05:04:27 11    A.    I do.

05:04:27 12    Q.    And the FDA says:  "Data from the 7008 patients in ROCKET

05:04:33 13    per protocol analysis dataset demonstrates that the risk of

05:04:37 14    major bleeds increases with PT."  Did I read that correctly?

05:04:41 15    A.    You did.

05:04:41 16    Q.    That was the finding of FDA, right?

05:04:43 17    A.    No.  No, it was not.

05:04:44 18    Q.    You don't believe -- so they didn't mean what they wrote?

05:04:47 19    A.    This is not the finding of the FDA.  I think we need to

05:04:50 20    know what this document is.  This is a briefing document.  This

05:04:55 21    was what was presented to the FDA.

05:04:56 22          The FDA's job is to keep you safe.  The FDA's job is

05:05:00 23    to question every drug that comes to market.  If they don't go

05:05:04 24    in and drill down and ask every -- and you have to be cynical.

05:05:08 25    You have to say this drug is awful.  You have -- if you just

**OFFICIAL TRANSCRIPT**

05:05:11  1    have a bunch of yes-men that go into the FDA, they are going to

05:05:14  2    approve every drug, and that doesn't help anybody.  So you want

05:05:18  3    them asking difficult questions.

05:05:19  4        So this is a briefing document before the FDA

05:05:22  5    advisory committee way back in 2011 looking at the

05:05:28  6    Cardiovascular and Renal Drug Advisory Committee.  And they are

05:05:30  7    just asking the question, this is a question they are asking.

05:05:33  8    You see there is a question mark right there.  "Is there a PT

05:05:37  9    bleeding relationship?"

05:05:37 10        And they are looking at this data.  This is a very

05:05:41 11    small -- this is double-sided.  This is one graph.  This is a

05:05:45 12    very small part of this data.  And in this very teeny part of

05:05:48 13    the data, they are going to show this little graph.  It looks

05:05:50 14    like there may be.  But, again, the FDA gets to review all of

05:05:55 15    the information, everything that's in there.  And the FDA's

05:05:57 16    stance was not that there was a relationship.

05:05:59 17    Q.   So when they write it *demonstrates that the risk of major*

05:06:05 18    *bleeds increases with PT*, that is them saying there is no

05:06:08 19    relationship?  That's your testimony?

05:06:08 20    A.   My testimony is, this is a question the FDA asks among

05:06:12 21    themselves to try to answer.

05:06:13 22    Q.   And they answered it, did they not?

05:06:15 23    A.   No, they did.  Later on they answer it, and there is not a

05:06:19 24    relationship.  When you look at the response to this, there is

05:06:22 25    clearly data -- clearly responses from the FDA that says there

*OFFICIAL TRANSCRIPT*

05:06:27 1    is not a linear relationship and it cannot be recommended as a

05:06:30 2    test.

05:06:30 3    Q.    Let's keep going in then.  Page 44.  You see that this

05:06:36 4    *Reviewers' Conclusions:  PK-PD-Clinical Outcomes Relationships*?

05:06:36 5    A.    I do.  So, again --

05:06:36 6    Q.    Can I ask you a question?

05:06:36 7    A.    Sure.

05:06:46 8    Q.    And it says, "The risk for major bleeding is dependent on

05:06:50 9    PT," right?

05:06:50 10   A.    Where is this?  What page are you on?

05:06:53 11   Q.    Third bullet point, page 43 of the document, PDF page 44.

05:07:02 12   A.    Okay.  I'm with you now.

05:07:04 13   Q.    Is that what it says?

05:07:05 14   A.    Again, this is a reviewer.  This is not the final word of

05:07:08 15   what the FDA says.  This is a question.  Reviewers are

05:07:12 16   presenting questions for the FDA panel to discuss, yes.

05:07:14 17   Q.    Okay.  You've got me really confused here.

05:07:17 18   A.    Well, how can I help you out?

05:07:19 19   Q.    You see that word up there, *Reviewers' Conclusions*?

05:07:23 20   A.    Exactly.  This is the reviewer that is presenting to the

05:07:26 21   FDA.

05:07:26 22   Q.    So where is it they asked a question right here?  This is

05:07:31 23   answering the question, right?

05:07:34 24   A.    Okay.  This is -- right.  But let's frame this document in

05:07:37 25   what it means in the world.  This is them presenting to a panel

*OFFICIAL TRANSCRIPT*

05:07:40 1   who is going to vote whether or not to approve Xarelto.  Okay?

05:07:45 2   Q.   Time out.  You know that's not how it works.  That panel

05:07:48 3   does not vote to approve Xarelto.  They make a recommendation.

05:07:52 4   A.   Right.  They vote for a drug.  And the panel voted nine to

05:07:56 5   two in favor of Xarelto after they were presented this

05:08:00 6   information.  Yes, I'm very well aware that the panel of

05:08:03 7   experts at the FDA voted nine to two in favor of approving

05:08:08 8   Xarelto after these questions were answered.

05:08:10 9   Q.   Okay.  I just need to correct you again real quick.  You

05:08:13 10  realize that those people on the advisory committee, they are

05:08:15 11  not at the FDA.  They are not FDA experts.

05:08:15 12  A.   I understand.

05:08:19 13  Q.   They are independent people --

05:08:19 14  A.   Right.

05:08:20 15  Q.   -- right?

05:08:20 16  A.   Appointed by the FDA, correct.

05:08:22 17  Q.   Okay.  This data that we're talking about, this "them"

05:08:27 18  that presented that you keep saying, these are the primary

05:08:31 19  clinical reviewers of Xarelto at the FDA?

05:08:34 20  A.   Correct.

05:08:34 21  Q.   The same people that said this drug should not be

05:08:38 22  approved, right?

05:08:40 23  A.   There are two of the people in the reviewers that said

05:08:43 24  that, yes.

05:08:44 25  Q.   The primary clinical reviewers, the primary medical

*OFFICIAL TRANSCRIPT*

05:08:47 1   reviewers --

05:08:47 2   A.    Right.

05:08:47 3   Q.    -- there were two of them --

05:08:47 4   A.    Correct.

05:08:48 5   Q.    -- said, do not approve this drug, right?

05:08:51 6   A.    Right.

05:08:51 7   Q.    Now, I think I want to refer to the part I think you're

05:08:56 8   talking about, which is the next page.

05:09:00 9         I think the part you're talking about is here, where

05:09:02 10  it says:  Monitoring rivaroxaban therapy with sequential

05:09:09 11  prothrombin times cannot be recommended.

05:09:10 12        Right?

05:09:10 13  A.    That's known, yes.

05:09:13 14  Q.    You understand that's not what we're talking about in this

05:09:15 15  case, right?  We're not talking about serial sequential

05:09:21 16  prothrombin times.

05:09:22 17        This is about monitoring with dose adjustment, right?

05:09:25 18  A.    Right.  They didn't recommend either single or sequential

05:09:29 19  monitoring, the FDA, right.

05:09:29 20  Q.    Right.  But they couldn't recommend sequential because the

05:09:32 21  company only studied the 20-milligram dose.  They didn't have

05:09:36 22  other doses to look at to even see if you could adjust it,

05:09:40 23  right?

05:09:40 24  A.    Well, no.  I mean, I think that there is dose adjustments

05:09:44 25  based on the ROCKET-AF data for renal function --

*OFFICIAL TRANSCRIPT*

05:09:44  1    Q.    Okay.  So (speaking simultaneously) --

05:09:48  2    A.    -- doses on the market.

05:09:49  3    Q.    But they provided no data.  They tested one dose for the

05:09:52  4    majority of people that have good kidney function, right?

05:09:56  5    A.    Absolutely.

05:09:57  6    Q.    You're aware that the FDA literally begged the company to

05:10:03  7    study other doses, and they refused to do it, right?

05:10:07  8    A.    They were confident that their dose was correct, and the

05:10:09  9    study, again, proved that they were.  They made their point.

05:10:12 10    Q.    So let's look at now the actual approval for Xarelto.

05:10:37 11    This is Plaintiffs' 5767781, previously admitted as

05:10:43 12    Trial Exhibit Number 4.

05:10:56 13            Would you like one, Dr. Boniol?

05:10:58 14    A.    If I can see it on the screen, I'm fine.

05:11:01 15    Q.    Do you see -- do you recognize this document as the review

05:11:06 16    written by Dr. Grant, who was the division director, correct?

05:11:10 17    A.    I do.

05:11:10 18    Q.    So if you go to the next page, you can see this is

05:11:14 19    November 4, 2011, right?

05:11:16 20    A.    Correct.

05:11:16 21    Q.    And this is the Deputy Division Director Decisional Memo,

05:11:16 22    correct?

05:11:16 23    A.    Correct.

05:11:23 24    Q.    That's Dr. Stephen Grant, right?

05:11:25 25    A.    Yes, sir.

*OFFICIAL TRANSCRIPT*

05:11:25   1    Q.   This is the memo he wrote when they were approving

05:11:29   2    Xarelto, correct?

05:11:31   3    A.   To my knowledge, yes.

05:11:32   4    Q.   So what I want to go to is page 9 of the document, PDF

05:11:38   5    page 10.  Let's blow out this additional issues.

05:11:41   6         Do you see that Dr. Grant, the division director,

05:11:47   7    writes:  "The clinical pharmacology and clinical reviewers

05:11:53   8    demonstrated that that there is a linear correlation between

05:11:56   9    rivaroxaban and prothrombin time," correct?

05:11:59  10    A.   Yes.

05:11:59  11    Q.   You agree that's the finding of the clinical reviewers and

05:12:06  12    clinical pharmacology, right?

05:12:09  13    A.   I do.

05:12:09  14    Q.   They go on to say they also demonstrated that there is a

05:12:12  15    correlation between PT and the risk of bleeding, right?

05:12:14  16    A.   Right.

05:12:15  17    Q.   That's not a question, right?  That's what they are

05:12:19  18    saying?

05:12:19  19    A.   Right, before it was discussed and other issues came up.

05:12:23  20    But right, that's what it says there.

05:12:24  21    Q.   What do you mean, before?  This is at approval.

05:12:26  22    A.   Right.

05:12:26  23    Q.   All the discussions already happened.

05:12:28  24    A.   This was in 2011, correct.

05:12:30  25    Q.   At approval?

*OFFICIAL TRANSCRIPT*

05:12:31  1    A.    At approval.

05:12:31  2    Q.    So they are reviewing the ROCKET data, and they come to

05:12:36  3    the conclusion that there is an association between PT and

05:12:39  4    bleed risks with Xarelto, correct?

05:12:41  5    A.    That's what Stephen Grant wrote in this paper, yes.

05:12:46  6    Q.    He's talking about the clinical pharmacology and the

05:12:50  7    clinical reviewers at FDA, right?

05:12:51  8    A.    That's correct.

05:12:53  9    Q.    He goes on to say that this applicant -- and the applicant

05:12:57 10    is Janssen, right?

05:12:58 11    A.    They are.

05:12:58 12    Q.    This applicant has chosen --

05:13:01 13          Can I get an underline on that.

05:13:03 14          -- chosen not to use utilize this information, right?

05:13:08 15    A.    Right.

05:13:08 16    Q.    So, is it now fair for me to say on this board, that the

05:13:16 17    medical reviewers at FDA says PT can predict bleed risks?

05:13:21 18    A.    In 2011, that was their assumption at the time, yes.

05:13:42 19    Q.    Now, you're aware -- or maybe you're not aware -- that

05:13:47 20    Janssen has conducted its own analysis, that this jury knows

05:13:51 21    has not been disclosed to the FDA, that confirms what the FDA

05:13:57 22    found when it comes to PT predicting bleed risks; are you aware

05:14:02 23    of that?

05:14:02 24    A.    I'm a little confused on the not been shown to the FDA.

05:14:05 25    Q.    Okay.  I can walk you through that.

*OFFICIAL TRANSCRIPT*

05:14:07  1          Let me ask have Plaintiffs' 3659068.

05:14:26  2          MR. BARR:  Any objection?

05:14:26  3          MR. SARVER:  Your Honor, we believe it's already in

05:14:27  4  evidence.  If so, no objection.

05:14:29  5  EXAMINATION BY MR. BARR:

05:14:30  6  Q.    You can see that this is -- have you ever met Dr. Peters?

05:14:34  7  A.    I have not.

05:14:34  8  Q.    This jury saw him testify.  You have never met him?

05:14:37  9  A.    I have not.

05:14:38 10  Q.    You know -- you've already said you know who Dr. Berkowitz

05:14:43 11  is, right?

05:14:43 12  A.    I do.

05:14:44 13  Q.    What Dr. Peters writes here -- this is October 2015,

05:14:48 14  right?

05:14:49 15  A.    Okay.

05:14:49 16  Q.    He's talking about -- you can see this -- the Phase 2

05:14:53 17  ATLAS ACS TIMI46 study, right?

05:14:53 18  A.    Right.

05:15:01 19  Q.    It's a population PK model was constructed, which is

05:15:01 20  reported in an internal report.  This report is submitted to

05:15:04 21  the FDA, right?  Right?

05:15:07 22  A.    Right.

05:15:07 23  Q.    Then it says:  "Of most interest to you, there is a clear

05:15:11 24  relationship between blood levels and clinically significant

05:15:17 25  bleeding," right?

                          *OFFICIAL TRANSCRIPT*

05:15:19  1    A.    Is this in the TIMI trial?

05:15:22  2    Q.    Yes, sir.

05:15:22  3    A.    I mean, it has no dosing -- it has nothing to do with why

05:15:24  4    we're here, but okay.

05:15:25  5    Q.    It says there is a clear relationship, right?

05:15:28  6    A.    In a b.i.d. dosing, yeah, okay, I'm with you.

05:15:28  7    Q.    Okay.

05:15:31  8    A.    You realize this is a total different dosing, just like

05:15:33  9    you said earlier.

05:15:33  10   Q.    Well, you spent time talking about EINSTEIN.

05:15:35  11   A.    Right.

05:15:36  12   Q.    I'm going to spend time talking about the stuff I want to

05:15:38  13   talk about.

05:15:39  14   A.    Right.  So if you think they're relevant, then don't say

05:15:41  15   that my stuff is not relevant.  But the b.i.d. dosing, yes,

05:15:44  16   that's what we're talking about.

05:15:44  17   Q.    This is not published, right?

05:15:46  18   A.    Right, the study was not positive, the drug was not

05:15:49  19   approved for this indication.  So this is a total different

05:15:51  20   indication, a total different dosing of the drug, yes.

05:15:54  21   Q.    So if doctors like you want to find this, they don't have

05:15:59  22   access to the internal company information, they've got to

05:16:02  23   depend upon the published literature, never going to find this,

05:16:04  24   right?

05:16:05  25   A.    Yeah, you can find the TIMI trial.

*OFFICIAL TRANSCRIPT*

05:16:08  1  Q.   Do what?

05:16:08  2  A.   Yeah, you can look for the TIMI trial and find it.

05:16:10  3  Q.   So you can find this clear relationship that's never been

05:16:14  4  published?  Where are you going to find that?

05:16:14  5  A.   You can find data from the TIMI trial.

05:16:17  6  Q.   So Dr. Peters is wrong --

05:16:17  7  A.   I'm not saying he's wrong.

05:16:19  8  Q.   -- that this internal report submitted to FDA has not ever

05:16:22  9  been published?  He's wrong about that?

05:16:24 10  A.   I didn't say it's not -- never been published.  It might

05:16:27 11  not be published.  That doesn't mean you can't access

05:16:29 12  information.

05:16:30 13          I think you all discussed that earlier today about

05:16:32 14  public information.  The FDA document, never been published,

05:16:35 15  but, guess what, I can get online and find this right now.

05:16:37 16          So, yes, the information is discoverable, sir.

05:16:39 17  Q.   If you don't have time -- if you have time to, you know, I

05:16:43 18  guess, not treat your patients --

05:16:43 19  A.   No, I've got plenty --

05:16:44 20  Q.   -- you can go digging through the FDA website and find a

05:16:47 21  lot of things, right?

05:16:47 22  A.   I have plenty of time to treat my patients.

05:16:48 23          MR. SARVER:  I object to the argument, Your Honor.

05:16:50 24  EXAMINATION BY MR. BARR:

05:16:52 25  Q.   So let's go on.  Let me give you Plaintiffs' 3074631, and

*OFFICIAL TRANSCRIPT*

05:16:57  1    this is Trial Exhibit Number 77.

05:17:05  2             What I'm looking at is this paragraph -- well, first,

05:17:08  3    let's look at who this is, again.  Again, this is Dr. Peters,

05:17:08  4    right?

05:17:10  5    A.   Right.

05:17:11  6    Q.   It's assessing the PT bleeding response relationship in

05:17:16  7    AFL 3001, right?  Do you see that?

05:17:18  8    A.   Right.

05:17:18  9    Q.   And it attaches a logistic progression, right?

05:17:24 10             The jury -- I don't want to get into the details of

05:17:26 11    this -- the jury has heard about Cox regression and logistic

05:17:32 12    regression -- when this company, when Janssen is looking at it,

05:17:36 13    they do a logistic regression.  You see that, right?

05:17:39 14    A.   I do.

05:17:39 15    Q.   It says: "For SPAF, if we need to provide to Portola some

05:17:44 16    analysis matching the FDA analysis, I think we can provide the

05:17:48 17    analysis one summarized below.  It is similar to FDA's, but

05:17:53 18    improves by including on treatment bleeds before PT

05:17:58 19    measurements.  If really needed, we can also additionally

05:18:00 20    provide analysis 2 using PT from week 12 and analysis 3 using

05:18:06 21    PT from week 24."  Do you see that?

05:18:10 22    A.   I do.

05:18:11 23    Q.   Does that confirm to you that they're talking about

05:18:14 24    ROCKET, week 12 and week 24 data?

05:18:16 25    A.   It doesn't confirm, no, but, you know, it sounds similar

                            *OFFICIAL TRANSCRIPT*

05:18:19 1   to what they found in ROCKET, but I can't say a hundred

05:18:22 2   percent.  It doesn't say this is ROCKET data on here, no.

05:18:24 3   Q.   It goes on to say:  This is because some may think FDA was

05:18:30 4   cherry-picking by using the PT closest to a bleed.  Right?

05:18:34 5   A.   Right.

05:18:35 6   Q.   So there were apparently people in Janssen that thought

05:18:39 7   the FDA, that came to this conclusion that PT predicts bleed

05:18:43 8   risks, they may have been cherry-picking the data, so let's

05:18:46 9   look at it ourselves four years later, right?

05:18:50 10  A.   Well, at least in this e-mail, that's for a different

05:18:54 11  purpose, yes.

05:18:54 12  Q.   It says:  "By the way, analysis 2 is the one near the

05:19:01 13  upper left corner of the Word file I sent this afternoon.  Let

05:19:06 14  us see what you and others would suggest.  We need to consider

05:19:09 15  the implications of providing some of these analysis to

05:19:12 16  Portola.  These are new analyses which have not been seen by

05:19:16 17  the FDA and other health authorities."

05:19:16 18        Do you see that?

05:19:19 19  A.   I do.

05:19:19 20  Q.   So in 2015, Janssen is conducting its own analysis and is

05:19:26 21  recognizing that this has never been proposed -- sent to the

05:19:29 22  FDA, right?

05:19:29 23  A.   Not that in that form, I think is what they say, yeah.

05:19:32 24  Q.   This analysis confirmed what the FDA found, right?

05:19:38 25  A.   I don't know that.  I mean, I'm not privy to these

*OFFICIAL TRANSCRIPT*

05:19:42  1    internal e-mails.

05:19:43  2            You know, what they're saying is the FDA might have

05:19:45  3    cherry-picked things to make it look like -- the way I read

05:19:48  4    this is the FDA cherry-picked PTs that correlate with bleeding,

05:19:53  5    and we're looking at our own stuff to show that that's not the

05:19:55  6    case.

05:19:56  7            I mean, I don't know what -- these are internal

05:19:57  8    e-mails.  People talk in e-mails.  This is not a scientific

05:20:01  9    paper or data.  This is nothing that I can use.

05:20:02 10    Q.   Right.  It's information you weren't privy to?

05:20:05 11    A.   I can't use it.  It doesn't help me in any way.

05:20:08 12    Q.   So let's to go the next page.

05:20:09 13            You can see, this is Dr. Peters again.  And he says:

05:20:12 14    "Looking at the logistic regressions, it does seem to confirm

05:20:17 15    the FDA analysis," right?  Is that what it says?

05:20:28 16    A.   Yes.

05:20:29 17    Q.   Okay.  So in 2015, Janssen runs an internal analysis that

05:20:36 18    confirms the FDA's analysis that says PT can predict bleed

05:20:42 19    risks, right?

05:20:43 20    A.   It seems they do, yes.  I mean, I'm not sure what these

05:20:46 21    e-mails go with.

05:20:47 22    Q.   Now, we've spent a lot of time, and the jury is probably

05:21:20 23    tired of hearing this name at this point, I know I am,

05:21:25 24    Eikelboom.  You've seen that study, right?

05:21:28 25    A.   I have.

*OFFICIAL TRANSCRIPT*

05:21:28  1    Q.    Okay.  Let me show this to you.  You recognize this from

05:21:33  2    today, right?

05:21:34  3              Can I get the Elmo, please.  Thanks.

05:21:37  4              You see this is the Eikelboom study, right?

05:21:41  5    A.    Yeah, I'm familiar with this.

05:21:42  6    Q.    You've reviewed this, right?

05:21:43  7    A.    I have.

05:21:44  8    Q.    Here is the part I want to focus on.  It says -- you see

05:21:54  9    this part that says: "In the ROCKET-AF trial"?

05:21:57 10    A.    I do.

05:21:57 11    Q.    It says: "In the ROCKET-AF trial, the PT was linearly

05:21:57 12    correlated with rivaroxaban levels and weakly associated with

05:22:06 13    the risk of stroke."  Right?

05:22:08 14    A.    I do.

05:22:08 15    Q.    Then it talks about Eliquis a little bit, right?

05:22:12 16    A.    Right.

05:22:12 17    Q.    It says: "With all four agents, the plasma levels or the

05:22:16 18    PT predicted the risk of bleeding," right?

05:22:24 19    A.    That's what this sentence says, yes.

05:22:25 20    Q.    So Eikelboom is publishing in 2017, looking at the ROCKET

05:22:31 21    data, that it shows PT predicts bleeding, right?

05:22:36 22    A.    No.  His conclusion in this article clearly was that PT

05:22:41 23    cannot be used to predict bleeding in any of the DOACs.  This

05:22:45 24    is one sentence.

05:22:46 25              If you look at the actual conclusion that Eikelboom

*OFFICIAL TRANSCRIPT*

05:22:50  1  makes in this article -- which I'm sure you've been told -- no

05:22:53  2  correlation between bleeding and PT.  He concludes that in

05:22:55  3  there because people showed this data, like you do, to me, and

05:22:59  4  people that know all the data and have looked at all the data,

05:23:03  5  like the FDA, know that there is no correlation between

05:23:05  6  bleeding.

05:23:06  7          Eikelboom, if we can show his conclusion on that

05:23:09  8  paper you have right there, it says --

05:23:09  9  Q.    I'm getting there.

05:23:09 10  A.    -- yeah, that there is no correlation between PT -- I

05:23:11 11  noticed you didn't show me that sentence, but the conclusion is

05:23:15 12  PT does not correlate with bleeding in the DOACs.  That's what

05:23:18 13  that article says.

05:23:19 14  Q.    You've got to give me a second to get there.  I can only

05:23:21 15  do one page at the time.

05:23:22 16          So let's look at what else he says:  "Circumstances

05:23:28 17  where measurement of NOAC coagulation effects may be useful,"

05:23:37 18  right?

05:23:37 19  A.    All right.

05:23:37 20  Q.    This is not monitoring, this is measuring, right?

05:23:40 21  A.    Right.

05:23:41 22  Q.    This is what the Boudreauxs are claiming, right?

05:23:46 23  A.    Right.

05:23:46 24  Q.    Okay.  He says:  "Although routine laboratory monitoring

05:23:51 25  and dose adjustment of NOAC therapy cannot be recommended" --

*OFFICIAL TRANSCRIPT*

05:23:55  1   so he agrees with what you said about monitoring, right?

05:23:58  2   A.    Right.

05:23:59  3   Q.    -- "measurement of drug levels or anticoagulant effect

05:24:05  4   might be useful in certain clinical situations," right?

05:24:08  5   A.    He says they might be, yes.

05:24:09  6   Q.    That is certainly inconsistent with your testimony, where

05:24:12  7   you said it's terrible, terrible, terrible, right?

05:24:17  8   A.    I said it has no clinical utility.

05:24:21  9         Again, Eikelboom does not give you any clinical

05:24:23 10   utility in this study.  He says these are areas where it might

05:24:28 11   be.  He doesn't say draw it, if this, do this.  Does he?  No.

05:24:31 12         The reason he doesn't is because there is no clinical

05:24:34 13   utility of the PT test.  None.

05:24:36 14   Q.    He goes on to say:  "These scenarios include the following

05:24:41 15   indications:  To manage patients with serious bleeding or

05:24:45 16   thromboembolic events; to establish the optimal timing of

05:24:48 17   surgery or other invasive procedures; and, to detect drug

05:24:51 18   accumulation in the case of acute renal or hepatic

05:24:55 19   insufficiency or suspected overdose.  Similar additional

05:25:00 20   indications are to identify subtherapeutic or supratherapeutic

05:25:06 21   levels."  Right?

05:25:07 22   A.    Right.  That's been proven not to be true in this case.

05:25:09 23   Q.    So it's proven, even though he's saying this just weeks

05:25:11 24   ago?

05:25:11 25   A.    He's saying it might be, but there's wealth of data that

**OFFICIAL TRANSCRIPT**

05:25:15  1   shows why it is dangerous to make assumptions with PT.

05:25:18  2          Again, Eikelboom, in this article, never says, if

05:25:21  3   your PT is this, do that.  If your PT is that, do that.  He

05:25:25  4   doesn't say that.  Why?  It is of no clinical utility to a

05:25:25  5   doctor.

05:25:29  6          He makes an assumption.  It might be in these levels.

05:25:31  7   I don't know if it is, it might be.  That doesn't help me out.

05:25:34  8   That helps me in no way as a doctor.

05:25:37  9          So, yes, zero clinical application for the PT.

05:25:39 10   Q.    I mean, we could run through article after article talking

05:25:45 11   about it, and unless I'm about -- unless I point out to you, at

05:25:48 12   this risk, you have to be taken off the drug, you're going to

05:25:52 13   disagree with me, right?

05:25:53 14   A.    I'm going to disagree with you based on the data.

05:25:55 15   Q.    You understand that the entire point of telling doctors to

05:26:02 16   use Neoplastin PT to assess bleed risk is so that people like

05:26:09 17   Mr. Boudreaux can have their own choices in their healthcare,

05:26:12 18   and they can be -- they can be told, your risk of bleeding, we

05:26:17 19   believe, is at this level, what do you want to do?  Right?

05:26:20 20   That's the whole point?

05:26:21 21   A.    If you could do that, I agree with you.  Neoplastin PT

05:26:27 22   will not do that, ever, period.

05:26:31 23   Q.    Let's look at another article.  This is Douxfils.  You've

05:26:31 24   seen this, right?

05:26:43 25   A.    Which year is this?

*OFFICIAL TRANSCRIPT*

05:26:44  1    Q.    This is the 2012.

05:26:48  2    A.    Yeah, he's corrected himself since then, but we can look

05:26:49  3    at it if you want to.

05:26:49  4    Q.    He writes, in 2012, you see that this is

05:26:54  5    Jonathan Douxfils' assessment of impact of rivaroxaban --

05:26:58  6    A.    Yes, he's corrected himself with another article after

05:27:01  7    this.  But if you want to go back in time, we can.

05:27:03  8    Q.    Well, I don't think you've left 2011 yet.

05:27:06  9        MR. SARVER:  I just object to the argument, Your Honor.

05:27:09 10        THE COURT:  Let's not argue.  Ask the question.

05:27:11 11        MR. BARR:  I will, Your Honor.

05:27:13 12    EXAMINATION BY MR. BARR:

05:27:14 13    Q.    The conclusion he comes to in 2012 is that PT may be used

05:27:18 14    as a screening test to assess the risk of bleeding, right?

05:27:22 15    A.    Yeah, he asked this question and then did a study in real

05:27:24 16    people in which the opposite proved to be true.  So that's

05:27:28 17    true, yes.

05:27:28 18    Q.    That he did a study in real people, it's more than this

05:27:34 19    company has done since 2011, right?

05:27:37 20    A.    It may be, but he's done it, and we have the information

05:27:40 21    as doctors to use it to show that your PT test is not useful at

05:27:44 22    all.

05:27:44 23    Q.    Let's look at this one.  This is 5767884.

05:28:12 24        You see that this is an article published by Lippi

05:28:16 25    and Favaloro, right?

**OFFICIAL TRANSCRIPT**

05:28:18   1    A.   I see it.

05:28:19   2    Q.   August 22nd, 2014, correct?

05:28:22   3    A.   Correct.

05:28:22   4    Q.   Let's see what they say.  It says:  "Among all clotting

05:28:33   5    assays, the PT exhibited optimal reproducibility, satisfactory

05:28:39   6    analytical sensitivity and dynamic range of concentration,"

05:28:43   7    right?

05:28:44   8    A.   I see that.

05:28:44   9    Q.   "It was therefore concluded that the PT may be used for

05:28:49  10    urgent measurements of rivaroxaban and as a screening test to

05:28:54  11    assess the risk of bleeding in the individual patient because

05:28:58  12    it is available to all hospital laboratories, is prone to

05:29:02  13    worldwide standardization, is relatively cheap compared with

05:29:07  14    other tests, and is sufficiently sensitive to rivaroxaban."

05:29:11  15    Right?  "Views in agreement with other expert opinions."

05:29:15  16    Right?

05:29:17  17    A.   I see that.

05:29:17  18    Q.   So this article certainly agrees that PT can be used to

05:29:22  19    predict bleed risks, right?

05:29:23  20    A.    No, it says it may, in certain situations.  But, again, it

05:29:26  21    is gives you none of those situations where active PTs are

05:29:32  22    drawn in real patients and tells you what to do.  It doesn't

05:29:34  23    happen.  It's all this may, this could.  It's all assumptions,

05:29:37  24    and I don't assume things.

05:29:38  25    Q.    I'm going to move on and talk to you a little bit about

*OFFICIAL TRANSCRIPT*

05:29:51  1   Mr. Boudreaux himself.

05:29:54  2         You testified, I believe, that it is your belief that

05:30:01  3   he was actively bleeding at the time he was diagnosed with

05:30:05  4   atrial fibrillation in January before he was ever put on

05:30:11  5   Xarelto, right?

05:30:11  6   A.   Yes, sir.

05:30:11  7   Q.   Now, you would agree with me that if his doctors who were

05:30:17  8   treating him at the time believed he was actively bleeding,

05:30:21  9   they would have never put him on an anticoagulant, right?

05:30:24 10   A.   I agree.

05:30:25 11   Q.   You agree with me that there has been no follow-up, no

05:30:29 12   other treatment for any diagnosis of anemia, right?

05:30:33 13   A.   He has anemia at this time, yes.

05:30:35 14   Q.   Has there been any treatment, follow-up or anything for

05:30:38 15   it?

05:30:38 16   A.   He's been followed, remains anemic, yes.  He's worsening,

05:30:44 17   actually.  The last few times I've looked at his labs, he's got

05:30:48 18   worsening hemoglobin.

05:30:49 19   Q.   You agree with me that both a colonoscopy, a -- from the

05:30:58 20   bottom and from the top?

05:30:59 21   A.   EGD, colonoscopy, pill endoscopy, they were all done.

05:30:59 22   Q.   You nailed them.

05:30:59 23   A.   I'm sorry.  EGD, colonoscopy, pill endoscopy have all been

05:31:08 24   done on Mr. Boudreaux.  They didn't see an active source of

05:31:11 25   bleeding.  That occurs 40 percent of the time.  That's very

**OFFICIAL TRANSCRIPT**

05:31:14  1    common.

05:31:15  2              As a hematologist, I frequently see people who have

05:31:18  3    anemia of unknown etiology; in other words, their blood counts

05:31:22  4    are low, we can't find out why.  We do fecal occult blood

05:31:27  5    testing, which has not been done in Mr. Boudreaux, that shows

05:31:30  6    there is blood in the stool.  We scope, scope, scope.  Can't

05:31:30  7    find it.

05:31:35  8              We do tagged red blood cell scans that can help find

05:31:37  9    it.  He's never had one.  There's a lot of other tests that can

05:31:39 10    be done to find occult bleeding.

05:31:40 11              The reason Mr. Boudreaux, I think he was bleeding

05:31:42 12    when he came in, is he was anemic the first time he came to

05:31:45 13    hospital with atrial fibrillation.  He was never anemic before.

05:31:48 14    All of his follow-up appointments before that, he had a normal

05:31:52 15    hemoglobin.

05:31:54 16              He comes in with atrial fibrillation.  His hemoglobin

05:31:56 17    is 13.8.  That is low.  At that time, he's found to be volume

05:32:00 18    overloaded, so he is diuresed, meaning they gave him medicine

05:32:03 19    to remove all the extra water from his body.

05:32:07 20              Dr. Leissinger testified in her deposition that she

05:32:09 21    surmised that his hemoglobin went from 13.8 to 13.0 because

05:32:17 22    they gave him fluid in the hospital.  They did the opposite.

05:32:21 23    They took 2.3 liters of water off this man.  That causes your

05:32:24 24    blood counts to go up.  His blood counts went down .8 grams of

05:32:28 25    hemoglobin, to 13.  There is only one thing that can do that,

**OFFICIAL TRANSCRIPT**

05:32:29  1    bleeding.

05:32:31  2            I have the benefit of looking retrospectively at his

05:32:37  3    record.  He didn't go from 13.8 to 13 because everything was

05:32:41  4    fine on the hemoconcentrated specimen.  Further, when he came

05:32:44  5    back in later and he was bleeding, he was iron deficient, which

05:32:48  6    takes time.  Chronic GI bleeding in a male is the number one

05:32:53  7    cause of iron deficiency anemia.

05:32:54  8            So looking at his record, he was bleeding.  He was

05:32:57  9    transfused, got back to a normal hemoglobin.  He was discharged

05:33:00 10    home.  He's followed up now in the outpatient clinic, and guess

05:33:04 11    what, he's anemic again.  He's bleeding.

05:33:05 12    Q.   Now, you just said -- you said a lot, but the one thing I

05:33:09 13    heard was, in 40 percent of cases, you don't find the source of

05:33:15 14    bleeding.  That's what you said, right?

05:33:16 15    A.   Correct.

05:33:17 16    Q.   That's less likely than not, right?

05:33:21 17    A.   Correct.

05:33:21 18    Q.   Okay.  That's not more likely than not; it's less likely

05:33:25 19    than not?

05:33:25 20    A.   No, you're more likely to find the source of bleeding, but

05:33:28 21    it doesn't always occur.  What I'm saying is a negative

05:33:30 22    colonoscopy and a negative EGD does not mean you're not

05:33:36 23    bleeding.  It means you're not bleeding at the precise moment

05:33:39 24    the camera passes by.  That's all it means.

05:33:42 25    Q.   You understand that every doctor treating him wrote in

                          *OFFICIAL TRANSCRIPT*

05:33:45  1    their records that he had a bleed related to his Xarelto

05:33:51  2    initiation, right?

05:33:52  3    A.    The timing was the same, yes.  I recognize that.

05:33:55  4    Q.    Now, I want to spend a few minutes with you talking about

05:34:02  5    the risks of bleeding on other anticoagulants because I believe

05:34:09  6    you said that you believe Mr. Boudreaux would have bled on

05:34:16  7    anything?

05:34:17  8    A.    I do.

05:34:23  9    Q.    So let me show you 5767715.  This is an article -- wait,

05:34:36 10    not the right one.  One second to find my stack here.  Give me

05:34:52 11    5767949.  I'm looking at PDF page 150 of this.  Well, go back,

05:35:10 12    just so the doctor can see what this is.

05:35:17 13          So you see that this is, again, the advisory

05:35:20 14    committee briefing document from J&J, right?

05:35:22 15    A.    I do.

05:35:23 16    Q.    So now go to PDF page 150.

05:35:30 17          What this shows is that for gastrointestinal

05:35:35 18    bleeding, there is a higher risk of bleeding on Xarelto than

05:35:39 19    for warfarin, right?

05:35:40 20    A.    Correct.

05:35:40 21    Q.    So if Mr. Boudreaux had been put on warfarin, which we now

05:35:45 22    know wasn't an option that Dr. Wong was considering, his risk

05:35:50 23    of GI bleeding was higher on Xarelto than warfarin, right?

05:35:53 24    A.    Yes.  You know, this is the same data I talked about

05:35:56 25    before.

*OFFICIAL TRANSCRIPT*

05:35:56  1        If you look in the table down here below, in

05:36:01  2   Table 7.12 -- I don't know if y'all can blow that up or not.

05:36:04  3   Q.    What would you like blown up?

05:36:05  4   A.    I would like the table, 7.12.

05:36:09  5        So if you look at death, right there at the bottom --

05:36:11  6   we talked about this before -- the left arm is rivaroxaban,

05:36:15  7   GI bleeds specifically.

05:36:16  8        So Mr. Boudreaux on rivaroxaban, yeah, he might have

05:36:19  9   had a higher risk of bleeding.  One person died.  His risk of

05:36:22 10   bleeding is .001 percent per patient hundred years.

05:36:25 11        Look at Coumadin.  Five deaths right there.  Boom.

05:36:30 12   End.  Five.  Why would I make this gentleman five times as

05:36:34 13   likely to die on another medication?

05:36:36 14   Q.    You agree with me you're taking some extreme liberties

05:36:40 15   with that data?  That data is not statistically significant, is

05:36:43 16   it?

05:36:43 17   A.    The data is the data.  There are five people that died on

05:36:46 18   the warfarin arm, one person who died on the rivaroxaban arm.

05:36:49 19   Q.    You understand the concept of statistical significance,

05:36:52 20   right?

05:36:52 21   A.    I do.

05:36:52 22   Q.    If it's not statistically significant, that means this is

05:36:56 23   a chance finding, this isn't proof of anything.  It's just

05:37:01 24   chance, right?

05:37:01 25   A.    It's data.

*OFFICIAL TRANSCRIPT*

05:37:02  1    Q.   It's not valid data.

05:37:04  2    A.   I didn't say it was valid data, but I did say it is data.

05:37:07  3    Q.   If you want to consider invalid data, go for it.

05:37:14  4         Now, let me show you 5768378.

05:37:47  5         Is this an article you've seen before?

05:37:49  6    A.   I believe I've read this before.

05:37:50  7    Q.   So you think you may have come across this in your search?

05:37:53  8    A.   At some point in time I have, yes.

05:37:55  9    Q.   I want to focus on right above the conclusions in the

05:38:01  10   abstract.  You see the sentence that starts:  "The risk of

05:38:06  11   gastrointestinal bleeding," right there?

05:38:11  12   A.   Yes, I do.

05:38:13  13   Q.   So down here, Brad, where it says:  "The risk."  No, back.

05:38:35  14   Right here.

05:38:38  15        You see it says:  "The risk of gastrointestinal

05:38:43  16   bleeding increased after age 65, such that by age 76, the risk

05:38:48  17   exceeded that with warfarin among atrial fibrillation patients

05:38:51  18   taking dabigatran and patients without atrial fibrillation

05:38:55  19   taking rivaroxaban," right?

05:38:58  20   A.   Okay.  So you mean patients unlike Mr. Boudreaux, that

05:39:01  21   don't have atrial fibrillation?

05:39:03  22   Q.   It just shows a higher GI bleed risk, right?

05:39:07  23   A.   In patients without atrial fibrillation, I see that, yes.

05:39:17  24   Q.   It actually says, sir, "patients with and without," you

05:39:21  25   see that?

*OFFICIAL TRANSCRIPT*

05:39:23  1   A.    Okay.  I'm with you now.

05:39:24  2   Q.    So it says patient with and without --

05:39:27  3   A.    So we're looking at patients that never had atrial

05:39:30  4   fibrillation as well.  Just making sure I'm clear.

05:39:32  5   Q.    Okay, fine.  You've pointed that out.  But it also says

05:39:36  6   that for these people, the bleed risk is higher, the GI bleed

05:39:43  7   risk, right?

05:39:43  8   A.    I don't see the P values on here, so I have to look

05:39:55  9   through the chart.

05:39:55 10   Q.    Oh, so P values matter to you now?

05:39:55 11   A.    Well, you said they had to matter.

05:39:57 12   Q.    It's just data, isn't it?  Isn't it just data?

05:39:58 13   A.    I'm with you now.  You said that P values mattered, so I'm

05:40:02 14   looking at the P value.

05:40:03 15   Q.    Well, I mean, just let me ask you generally, because

05:40:04 16   you've talked to this jury a lot about your review of the data.

05:40:07 17   When you're reviewing data, do P values matter to you?

05:40:11 18   A.    Not always, no.

05:40:12 19   Q.    This points out that the GI bleed risk is higher with

05:40:19 20   rivaroxaban than with warfarin, right?

05:40:21 21   A.    Right.

05:40:21 22   Q.    It's also higher than the folks on Pradaxa.  That's

05:40:26 23   dabigatran, right?

05:40:26 24   A.    Correct.

05:40:27 25   Q.    Let's look at the next one.  This is 5767552.

***OFFICIAL TRANSCRIPT***

05:41:03  1          Now, this the Graham article.  You've seen this one

05:41:06  2   before, right?

05:41:07  3   A.    I have.

05:41:07  4   Q.    This is Stroke, Bleeding, and Mortality Risks in Elderly

05:41:12  5   Medicare Beneficiaries Treated with Pradaxa or Xarelto for

05:41:18  6   non -- for AFib, right?

05:41:18  7   A.    Right.

05:41:19  8   Q.    Okay.  If you look at the result section --

05:41:21  9          Just go ahead and blow that out.

05:41:25 10          -- they're comparing 52,000 people treated on Pradaxa

05:41:28 11   with almost 67,000 people treated on Xarelto, right?

05:41:32 12   A.    Right.

05:41:32 13   Q.    What it says is that rivaroxaban use -- and I'm going to

05:41:37 14   skip the thromboembolic stroke, because that's not what we're

05:41:42 15   talking about here -- was associated with statistically

05:41:48 16   significant increases in ICH, major extracranial bleeding,

05:41:50 17   including major gastrointestinal bleeding, right?

05:41:54 18   A.    Yes, sir.

05:41:54 19   Q.    So in this study of 52,000 Pradaxa patients and 67,000

05:42:00 20   Xarelto patients, it was shown that there is a higher risk of

05:42:05 21   GI bleeding on Xarelto than Pradaxa, right?

05:42:11 22   A.    Well, if you assume -- you have to assume that the

05:42:14 23   patients -- again, this is a retrospective chart that was not

05:42:19 24   validated.  The authors admit they didn't validated anything.

05:42:26 25   So you don't know if any patients were taking any medication.

**OFFICIAL TRANSCRIPT**

05:42:26  1    There was nobody that went and asked the patients if they were

05:42:26  2    on medication.

05:42:26  3           So in a retrospective, nonvalidated study, where you

05:42:30  4    don't know if any of the outcomes were true or not, no patient

05:42:34  5    records were reviewed, no patients were talked to, yes, that's

05:42:36  6    what the data showed.

05:42:36  7    Q.    Okay.  Let's look at a different one.  This is 5768980.

05:43:06  8    Let me hand this to you, sir.

05:43:13  9           You see this is a study by Gregory Lip, right?

05:43:20 10    A.    I see that.

05:43:20 11    Q.    This was actually done -- Bristol-Myers participated in

05:43:27 12    this; do you see that?

05:43:28 13    A.    I do.

05:43:28 14    Q.    This is 2016, right?  Can we get this on the screen.

05:43:37 15           You see on the bottom, the copy right there?  Can we

05:43:44 16    blow up the date, so the jury can see that?

05:43:47 17           Do you see that?

05:43:50 18    A.    Uh-huh (affirmative response).

05:43:51 19    Q.    Date, 2016?

05:43:53 20    A.    I'm with you.

05:43:53 21    Q.    I'm looking at the summary.  Let's blow out the summary so

05:44:01 22    the jury can see it.

05:44:03 23           I'm looking at this last sentence.  It says:  "When

05:44:08 24    compared to apixaban" -- now, that's Eliquis, right?  We just

05:44:13 25    saw a study about Pradaxa.

*OFFICIAL TRANSCRIPT*

05:44:13  1    A.    Right.

05:44:15  2    Q.    Now this is a study about Eliquis, right?

05:44:17  3    A.    Correct.

05:44:17  4    Q.    We're looking at 45,361 newly anticoagulated patients,

05:44:17  5    right?

05:44:25  6    A.    Right.

05:44:25  7    Q.    There were 7,000 on Eliquis and 17,000 on Xarelto and

05:44:29  8    4,000 on Pradaxa, right?

05:44:33  9    A.    That looks about right.

05:44:34 10    Q.    It says:  "When compared to apixaban," Eliquis, "Xarelto

05:44:40 11    initiation was associated with significantly higher risk of

05:44:43 12    major bleeding."  Right?

05:44:49 13    A.    I'm sorry, where are you seeing that?

05:44:51 14    Q.    Right there, last sentence in the summary, right before

05:44:54 15    keywords.

05:44:55 16          THE COURT:  Look at the --

05:44:56 17    EXAMINATION BY MR. BARR:

05:44:56 18    Q.    I have it on the screen.

05:45:01 19    A.    Yeah, I see that.

05:45:02 20    Q.    That's the conclusion that these authors came to, right?

05:45:04 21    A.    Well, you know, again, when you look at the CHADS2 score

05:45:09 22    of the patients in this article, their scores were down around

05:45:12 23    1.6, 1.2, 1.7.  That's not the ROCKET AF dataset.  So this

05:45:20 24    doesn't correlate with Mr. Boudreaux, who had a CHAD score of

05:45:21 25    four.  It doesn't correlate with the high-risk, high CHAD score

*OFFICIAL TRANSCRIPT*

05:45:25  1   that rivaroxaban was studied in with ROCKET.  This is an

05:45:28  2   entirely different patient population.

05:45:30  3   Q.   It's a population of people actually using the drug?

05:45:33  4   A.   I'm talking about Mr. Boudreaux.  It's not talking about

05:45:35  5   him at all.  So this is not talking about high-risk CHAD score

05:45:39  6   at all, no.

05:45:40  7   Q.   Okay.  But it does say -- it comes to the conclusion,

05:45:44  8   however you want to slice it -- that when compared to Eliquis,

05:45:48  9   Xarelto initiation was associated with significantly higher

05:45:50 10   risk of major bleeding, right?

05:45:52 11   A.   In a non -- in a trial that's not set to make clinical

05:45:57 12   direct comparisons, yes.

05:45:58 13   Q.   Let's look at another Lip article.  This is 5768413.

05:46:30 14        So I've handed you another article, another Lip

05:46:35 15   article, May 2016, titled, "Major bleeding risk among

05:46:40 16   nonvalvular atrial fibrillation patients initiated on Eliquis,

05:46:45 17   Pradaxa, Xarelto, or warfarin," right?

05:46:47 18   A.   Right.

05:46:47 19   Q.   Let's look at the conclusion on this one.  Well, actually

05:46:52 20   let's look at the -- blow out this Methods and Results, so we

05:46:56 21   can see that, so we can see what we're looking at.

05:46:59 22        This is 29,338 newly anticoagulated patients, 2,400

05:47:07 23   on Eliquis, 4,000 on Pradaxa, and 10,000 on Xarelto, right?

05:47:07 24   A.   Okay.

05:47:16 25   Q.   It says rivaroxaban had a significantly greater risk of

*OFFICIAL TRANSCRIPT*

05:47:20 1  major bleeding versus Eliquis, right?

05:47:25 2  A.    That's what it says, yes.

05:47:26 3  Q.    If you go down to the conclusion:  "Among newly

05:47:30 4  anticoagulated nonvalvular AFib patients in the real world

05:47:36 5  setting, initiation with rivaroxaban or warfarin was associated

05:47:38 6  with a significantly greater risk of major bleeding compared

05:47:42 7  with initiation on Eliquis," right?

05:47:45 8  A.    That's what it says.

05:47:46 9  Q.    I want to finish up with you here.  I think that everybody

05:47:54 10 is probably tired.  You know to get off the stage when they are

05:48:00 11 nodding saying get off the stage.

05:48:02 12         You understand that there is variability of exposure

05:48:12 13 with Xarelto, right?  Different people taking the same size

05:48:15 14 pill get exposed to different amounts of the drug; you

05:48:18 15 understand that, right?

05:48:18 16 A.    I do.

05:48:19 17 Q.    You actually have an interesting theory on why that may

05:48:23 18 be; do you remember that?

05:48:24 19 A.    There is a lot of different reasons it may be.

05:48:29 20 Q.    You have proposed a theory, as I understand, that you

05:48:33 21 believe some of the pills, even though they are the same size,

05:48:37 22 may actually have more drug in them, right?

05:48:41 23 A.    I mean, it's a possibility.  I don't think that's my

05:48:43 24 theory of why there is variability, no.

05:48:45 25 Q.    That's what you said in your deposition, when you were

*OFFICIAL TRANSCRIPT*

05:48:47  1    asked about it, right?  You said, maybe there is more drug in

05:48:52  2    some of the pills.  Maybe they don't actually have control of

05:48:55  3    their manufacturing processes, and they are getting more drugs

05:48:58  4    in the pill?

05:48:59  5    A.   No, I never said anything about control of manufacturing

05:49:02  6    processes.  It was just a theoretical answer as to why could

05:49:07  7    things be different.  It's a theoretical.

05:49:08  8             I never said anything about them not having control.

05:49:11  9    I never said that that was a fact.  It was a theoretical

05:49:14 10    conversation that we were having.

05:49:15 11    Q.   There is a lot of theoretical conversations, you would

05:49:19 12    agree, that we were having, right?

05:49:20 13    A.   Well, I mean, some of them have to be, yeah.

05:49:24 14             MR. BARR:  I think that's all I have.

05:49:37 15             MR. SARVER:  Your Honor, I'll try to be very brief.  I

05:49:37 16    think I'm in trouble if I'm not.

05:49:37 17                         REDIRECT EXAMINATION

05:49:37 18    BY MR. SARVER:

05:49:42 19    Q.   Dr. Boniol, you remember when counsel had asked you about

05:49:44 20    this Douxfils 2012 article --

05:49:44 21    A.   I do.

05:49:47 22    Q.   -- where the author was trying to figure out is there

05:49:50 23    going to be a connection between PT and bleeding risks and

05:49:54 24    rivaroxaban, remember that?

05:49:55 25    A.   Right.  Yes, that's a question he asked.

*OFFICIAL TRANSCRIPT*

05:49:57  1    Q.    He showed you that 2012 article.  You told him, you need
05:50:02  2    to show me the 2013 article.
05:50:04  3    A.    Right.
05:50:04  4    Q.    I'd like to do that now.  It's Defense Exhibit 1346.
05:50:14  5    Thank you very much.
05:50:15  6              Jim, could we have Defense Exhibit 1346.  Check the
05:50:27  7    date on it, would you mind, Jim.  Show us to make sure we have
05:50:31  8    the 2013 article.  Yes.
05:50:34  9              Now, Dr. Boniol, have you reviewed this article?
05:50:38 10    A.    Yes, sir, I have.
05:50:38 11    Q.    Did Dr. Douxfils do the test and find out -- in 2012, he
05:50:48 12    was using a test tube, right?
05:50:49 13    A.    Correct.
05:50:50 14    Q.    In 2013, was he using people?
05:50:51 15    A.    He was using actual people.
05:50:53 16    Q.    What did he find out in 2013?
05:50:56 17    A.    So in 2013, he found out that when you actually do the
05:51:00 18    test in people -- and this is why part of the story is more
05:51:03 19    dangerous than having the whole story -- so the same article
05:51:07 20    that was presented earlier that said PT could correlate, when
05:51:10 21    they did the actual studies -- this is the same author -- he
05:51:14 22    found out that PT does not correlate with DOACs at all, and it
05:51:17 23    should not be used to predict bleeding risk in patients.
05:51:22 24    Q.    If we could go to the first callout, Jim.  The first
05:51:26 25    callout, please.

*OFFICIAL TRANSCRIPT*

05:51:38  1          Is this what you're telling us, Dr. Boniol?

05:51:40  2    A.   Yes.  This is the -- you know, the prothrombin time is

05:51:47  3    not -- this is when it was actually studied in people -- did

05:51:52  4    not correlate with patients.  It's not really on this sentence,

05:51:55  5    but this is what the study aimed to look at.  The conclusions

05:51:59  6    of the study was that PT could not be used in rivaroxaban

05:52:04  7    patients to predict bleeding.

05:52:06  8    Q.   Jim, let's to go the conclusion.

05:52:08  9          Is that where you think we'll find it, Dr. Boniol?

05:52:12 10    There we go.

05:52:12 11    A.   There we go.

05:52:13 12    Q.   I'll read it.  "There is a poor correlation between

05:52:17 13    prothrombin time and the measured plasma rivaroxaban

05:52:19 14    concentration.  Prothrombin time must not be used to estimate

05:52:26 15    rivaroxaban concentrations in plasma and poorly reflects the

05:52:29 16    intensity of anticoagulation due to rivaroxaban."

05:52:35 17          Is that what you've been telling the jury all

05:52:38 18    afternoon?

05:52:38 19    A.   That's what I drew you on the picture, and that's what the

05:52:41 20    truth is.  I mean, again, that is the final article from

05:52:44 21    Douxfils, and I agree with that a hundred percent.

05:52:46 22    Q.   If we take a look, did Dr. Douxfils stop studying?

05:52:52 23    A.   No, sir, he did not.  He continues to study.

05:52:54 24    Q.   Did he publish an article in 2017?

05:52:57 25    A.   Yes, sir.  He did.

                         *OFFICIAL TRANSCRIPT*

05:52:58 1   Q.    Defense Exhibit 1350, Dr. Boniol.  We'll put it up on the

05:53:08 2   screen.

05:53:10 3             Could we take a look at Defense 1350.

05:53:15 4             Is this another article from Dr. Boniol (verbatim),

05:53:18 5   but this time it's this year?

05:53:20 6   A.    Correct.  This is further data, most current data, 2017,

05:53:25 7   looking at can we use this PT to determine anything with these

05:53:32 8   DOACs or Xarelto.

05:53:33 9   Q.    Dr. Douxfils this time did a review study.  What's a

05:53:36 10  review study?

05:53:36 11  A.    He went back and looked at all of the -- you know, it made

05:53:37 12  it easier sometimes for everybody when you take all the studies

05:53:41 13  together, there are so many of them, and kind of review them

05:53:44 14  and put them together in an analysis of all the studies.

05:53:47 15            That's what he was able to do was look at all these

05:53:49 16  studies that looked at PT and whether or not it can predict

05:53:52 17  anything with rivaroxaban or with Xarelto.

05:53:56 18  Q.    I'm sorry, I didn't mean to cut you off.

05:53:58 19  A.    That's okay.  His conclusion was this review describes the

05:54:01 20  literature to date and recommendations for laboratories to

05:54:04 21  provide tests that will assure either the presence or absence

05:54:07 22  of DOAC or the capacity to quantify DOAC using rapid methods

05:54:12 23  that could be implemented on most clinical laboratory

05:54:16 24  instruments.

05:54:17 25            That's what the review looked at.

**OFFICIAL TRANSCRIPT**

05:54:18  1    Q.    Let's take look at page 8.   In 2017, this author is

05:54:26  2    reviewing the literature to find out what's there to be

05:54:29  3    discovered.   He finds, "PT should not be used to estimate

05:54:33  4    rivaroxaban concentrations in plasma, and results of this test

05:54:37  5    may not reliably reflect the intensity of coagulation due to

05:54:43  6    rivaroxaban compared with circulating plasma levels measured by

05:54:47  7    liquid chromatography by dual mass spectrometry," correct?

05:54:53  8    A.    Correct.   And I think that's --

05:54:53  9    Q.    Is that what you've been telling the jury all day?

05:54:56 10    A.    That's the take-home point right there.   PT does not work

05:54:58 11    for rivaroxaban.

05:54:59 12    Q.    Did this author also provide a convenient chart to look at

05:55:03 13    the different NOACs to determine what you could learn from

05:55:07 14    studying PT?

05:55:08 15    A.    Yes, sir, he did.

05:55:08 16    Q.    Let's go to the chart.   I believe -- there it is.   Do you

05:55:12 17    see that rivaroxaban, which is -- that's Xarelto?

05:55:15 18    A.    That's Xarelto.

05:55:16 19    Q.    -- is at the bottom line down there.   The molecule is

05:55:20 20    rivaroxaban.   And the utility, whether you can use it, the

05:55:27 21    utility is limited.   Poorly reflects -- poorly reflect the

05:55:31 22    intensity of anticoagulation.   And the test involved is what?

05:55:36 23    A.    PT.

05:55:37 24    Q.    The PT test that --

05:55:40 25    A.    The prothrombin time.

*OFFICIAL TRANSCRIPT*

05:55:40  1  Q.    -- the plaintiffs are saying we ought to use?

05:55:43  2  A.    Right, that it cannot work.

05:55:44  3  Q.    I'd like to take a look at -- do you remember that

05:56:03  4  Mr. Barr was showing you some information from the FDA

05:56:07  5  analysis?

05:56:07  6  A.    Yes, I do.

05:56:09  7  Q.    Has the FDA ever instructed any manufacturer, that you

05:56:16  8  know of, to use PT the way they are suggesting?

05:56:19  9  A.    No, sir, they've never recommended PT in this use, ever.

05:56:22 10  Q.    I'd like to take a look at Defense Exhibit 5130.  It's the

05:56:27 11  medical review that I think we were talking about earlier.

05:56:34 12        Jim, if we could go to page 44.

05:56:36 13        Doctor, I'm going to put it up on the screen, but if

05:56:39 14  you want a copy, I've got it here.

05:56:40 15  A.    I have it right here still.

05:56:41 16  Q.    Are you familiar with the document we're looking at?

05:56:48 17  A.    Yes, sir, I am.  We have been discussing it all day.

05:56:50 18  Q.    The medical review from the FDA.

05:56:53 19  A.    Right.

05:56:54 20  Q.    We're now on page 44.  If you look at the top of the page

05:56:58 21  under Monitoring, do you see that?

05:57:00 22  A.    I do.

05:57:01 23  Q.    FDA talking, "Monitoring rivaroxaban therapy with

05:57:06 24  sequential prothrombin times to optimize safety outcomes cannot

05:57:13 25  be recommended due to the lack of information regarding:

*OFFICIAL TRANSCRIPT*

05:57:16  1   Within patient variability of PT measurements on this drug in

05:57:20  2   the setting of a short half-life and rapidly changing PD

05:57:25  3   effects over each 24-hour period."

05:57:27  4   A.   Yes, sir.  That's correct.

05:57:29  5   Q.   Do you agree with that statement?

05:57:32  6   A.   I've been saying that all day.  PT is not going to help

05:57:35  7   you measure this drug.  I wish, as a doctor taking care of

05:57:38  8   patients, that it would.  It doesn't.

05:57:39  9   Q.   To this day, has the FDA approved any test, including the

05:57:47 10   PT test, to monitor the bleeding risk of Xarelto?

05:57:52 11   A.   No, sir.  They haven't.

05:57:54 12   Q.   Now, one of the things you were talked about was

05:57:58 13   Dr. Peters.  Dr. Peters actually testified.  Mr. Barr didn't

05:58:03 14   tell you that his conclusion was you cannot use PT to monitor

05:58:08 15   rivaroxaban and look for the risks of bleeding.  He says it's

05:58:12 16   not clinically related.

05:58:15 17        Is that consistent with your testimony here today?

05:58:17 18   A.   I agree with that a hundred percent, yes.

05:58:19 19   Q.   Sitting here today, at the end of all the things that

05:58:22 20   you've seen, is there any clinical utility for your patients in

05:58:27 21   using PT to measure, monitor, or predict their bleeding from

05:58:33 22   rivaroxaban?

05:58:34 23   A.   No, sir.  I cannot predict who is going to bleed, who is

05:58:37 24   not going to bleed, who I can operate on, who I can't operate

05:58:40 25   on.  It gives me zero it's clinical evidence.  It's a waste of

*OFFICIAL TRANSCRIPT*

05:58:43 1    money.

05:58:46 2         MR. SARVER:  Your Honor, I would like to move a

05:58:48 3    document into evidence.  Mr. Barr used a document that was part

05:58:53 4    of this exchange with Mr. Peters and Dr. Zhang.  I just want to

05:58:58 5    make sure we move in the entire document.

05:59:01 6         MR. BARR:  No objection.

05:59:01 7         MR. SARVER:  It's actually Plaintiffs' Exhibit 371042.

05:59:07 8         THE COURT:  Let it be admitted.

05:59:12 9         MR. BARR:  3671042.

05:59:14 10        MR. SARVER:  Thank you.

05:59:14 11        THE COURT:  Is that it?

05:59:16 12        MR. SARVER:  That's it, Your Honor.  Thank you.

05:59:18 13        THE COURT:  All right.  We'll stop here.

05:59:19 14             Members of the Jury, thank you very much for your

05:59:21 15   patience and your time.  We'll come back tomorrow at nine

05:59:24 16   o'clock.

05:59:25 17             We should finish.  As I understand, we have one

05:59:28 18   witness tomorrow.  So we may be getting off early.  We'll see.

05:59:34 19        THE DEPUTY CLERK:  All rise.

05:59:35 20        (WHEREUPON, at 5:59 p.m., the jury panel leaves the

21   courtroom and the Court was in recess for the day.)

22                          *    *    *

23

24

25

                        *OFFICIAL TRANSCRIPT*

1                       REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter in and for the State

5    of Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11

12                         *s/Cathy Pepper*
                           _____

13                         Cathy Pepper, CRR, RMR, CCR
                           Certified Realtime Reporter
14                         Registered Merit Reporter
                           Official Court Reporter
15                         United States District Court
                           Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

                         *OFFICIAL TRANSCRIPT*