UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION :  MDL No. 2592
                              :
                              :  SECTION L
                              :
                              :  JUDGE ELDON E. FALLON
                              :
_____:  MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Gerald O'Leary v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:17-cv-01009*

## AMENDED MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, Susan O'Leary, surviving spouse of Gerald O'Leary, and moves pursuant to Fed.R.Civ.P. 25(a) to substitute herself as Plaintiff in this action based on the death of Gerald O'Leary.

A Notice and Suggestion of Death was filed in this matter on May 11, 2017 (Doc No.6452).

DATED:   May 11, 2017.

                                Respectfully submitted,

                                THE GALLAGHER LAW FIRM, LLP


                                s/ Michael T. Gallagher
                                Michael T. Gallagher
                                (Texas Bar #07586000)
                                2905 Sackett Street
                                Houston, TX 77098
                                Telephone: (713) 222-8080
                                Facsimile:  (713) 222-0066
                                mike@gld-law.com

                                Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 11, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  s/Michael T. Gallagher