UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |
| *********************************************** | * |

**THIS DOCUMENT RELATES TO ALL CASES:**

## ORDER

On May 9, 2017, this Court issued an Order granting Plaintiffs' Motion to Unseal. (R. Doc. 6424). It has come to the Court's attention that certain documents may contain personal information. The Plaintiffs Steering Committee is therefore **ORDERED** to supplement its motion and the Court's order, specifying which documents should be unsealed.

New Orleans, Louisiana this 10th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE