UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E FALLON |
| | MAG. JUDGE NORTH |

## CASE MANAGEMENT ORDER NO. 2F

The parties have requested that the Court amend Case Management Order (CMO) No. 2A, CMO No. 2C, and CMO No. 2D regarding the schedules for the bellwether trial dates and other deadlines.

In consideration of the parties' request, **IT IS ORDERED**:

**A.** Paragraph and 9c of CMO No. 2D is amended as follows:

> **9. Briefing Schedule for Dispositive and *Daubert* Motions Regarding the Bellwether Trials.**
>
> > c. **Briefing Schedule for Dispositive and *Daubert* Motions Regarding the Third (Mingo) and Fourth (Henry) Bellwether Trials:**
> >
> > > i. **Motions and Briefs:** May 24, 2017
> > >
> > > ii. **Response in Opposition Briefs**: June 21, 2017
> > >
> > > iii. **Reply Briefs:** June 30, 2017
> > >
> > > iv. **Hearing and Argument (if necessary):** July 7, 2017 at 9:00 a.m.

B.     All provisions of CMO No. 2, CMO No. 2A, CMO No. 2C, and CMO No. 2D, and CMO No. 2E other than those amended shall remain unchanged and in full force and effect.

NEW ORLEANS, LOUISIANA this 11th day of May 2017.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**