UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENTS RELATES TO: *Marilyn Townsend v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* **No. 2:15-cv-02061** | MDL No. 2592 SECTION: L JUDGE: ELDON E. FALLON MAG. JUDGE: MICHAEL NORTH |
|---|---|

## NOTICE OF DEATH OF PLAINTIFF

COME NOW Counsel for Plaintiff Marilyn Townsend, and hereby notify the Court and the parties of the death of Plaintiff Marilyn Townsend. A copy of Ms. Townsend's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1.

Respectfully submitted,                     Dated: May 11, 2017

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**Attorneys for Plaintiff**

### Certificate of Service

The undersigned hereby certifies the foregoing was filed with the Court on May 11, 2017 through the Court's CM/ECF system which will serve all counsel of record.

/s/ John S. Steward