## Certificate of Death

File Number: *37016MD019270*

Barcode: *320160193860000*

| Field | Value |
|---|---|
| 1. Decedent's Name, AKA Name (if any) | MARILYN E TOWNSEND / MARILYN DIANE TOWNSEND |
| 2. Date of Death | 05/29/2016 |
| 3. Time of Death | 0917 |
| 4a. Facility Name | PENINSULA REGIONAL MEDICAL CENTER |
| 4b. City, Town or Location of Death | SALISBURY |
| 4c. County of Death | WICOMICO |
| 5. Social Security Number | ###-##-#455 |
| 6. Sex | F |
| 7. Age | 61 YR |
| 8. Date of Birth | 04/25/1955 |
| 9. Birthplace | VIRGINIA |

**Usual Residence of Decedent**

| Field | Value |
|---|---|
| 10a. State | VIRGINIA |
| 10b. County | ACCOMACK |
| 10c. City, Town or Location | NEW CHURCH |
| 10d. Inside City Limits? | NO |
| 10e. Address | [redacted] |
| 10f. Zip Code | 23415 |
| 11. Marital Status | WIDOWED (AND NOT REMARRIED) |
| 12. Ever in U.S. Armed Forces? | NO |
| 13. Hispanic Origin? | NO |
| 14. Race | BLACK |
| 15. Decedent's Education | HS OR GED |
| 16a. Decedent's Usual Occupation | - |
| 16b. Business/Industry | - |
| 17. Father's Name | WILLIAM EWELL, SR |
| 18. Mother's Name Prior to First Marriage | MARGARET A HARMON |
| 19. Surviving Spouse's Name | JAMES P TOWNSEND, JR |
| 20a. Informant's Name | TYNISHA TOWNSEND |
| 20b. Informant's Relationship | DAUGHTER |
| 20c. Informant's Mailing Address | 9462 TOWNSEND LANE, ATLANTIC, VA 23303 |
| 21a. Method of Disposition | CREMATION |
| 21b. Place of Disposition | SHORE CREMATORY, LLC |
| 21c. Date of Disposition | 06/06/2016 |
| 21d. Location | 25046 PARKSLEY RD., PARKSLEY, VA 23421 |
| 22a. Signature of Funeral Service Licensee | SAMUEL H COOPER, JR |
| 22b. License No | M01559 |
| 22c. Name and Address of Funeral Facility | COOPER & HUMBLES FUNERAL CO., INC., 24497 M. N. SMITH RD., ACCOMAC, VA 23301 |

**23a. Part I. Disease, injuries, or complications that directly caused the death**

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| Immediate Cause (final disease or condition resulting in death) a | ASCVD | LIFETIME |
| Due to (or as a consequence of) b | | |
| Due to (or as a consequence of) c | | |
| Due to (or as a consequence of) d | | |

**Part II. Other significant conditions contributing to death but not resulting in the underlying cause in Part I**
HYPOTHYROIDISM

23b. Did tobacco use contribute to the cause of death? UNK

| Field | Value |
|---|---|
| 24a. Was an autopsy performed? | NO |
| 24b. Were autopsy findings available prior to completion of cause of death? | NO |
| 25a. Was case referred to medical examiner? | YES |
| 25b. Medical Examiner Countersignature | |
| 26. Place of Death | EMERGENCY ROOM/ OUTPATIENT |
| 27. Manner of Death | NATURAL |
| 28a. Date of Injury | |
| 28b. Time of Injury | |
| 28c. How Injury occurred | |
| 28d. Injury at work? | |
| 28e. Transportation Injury? | |
| 28f. Place of Injury | |
| 28g. Location of Injury | |
| 29a. Certifier Type | MEDICAL EXAMINER |
| 29b. Signature and Title of Certifier | CHRISTOPHER SCOTT SNYDER, DO |
| 29c. License No | H50497 |
| 29d. Date signed | 05/31/2016 |
| 30a. Name of person who completed cause of death | CHRISTOPHER SCOTT SNYDER |
| 30b. Address of person who completed cause of death | 100 E. CARROLL ST, SALISBURY, MD 21842 |

**For Office Use Only:**

| Field | Value |
|---|---|
| 31. Date Filed | 06/02/2016 |
| 32. Registrar at Filing | GENEVA G. SPARKS |
| 33. Date Issued | 06/03/2016 |

34. This is to certify that this is a true and correct copy of the official record on file in the office of the Maryland Division of Vital Records

Registrar's Signature: /s/ Geneva G. Sparks