UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:** *Marilyn Townsend v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* **No. 2:15-cv-02061** | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |
|---|---|

## MOTION FOR SUBSTITUTION OF PARTY

COME NOW Counsel for Plaintiff Marilyn Townsend, pursuant to Fed. R. Civ. P 25(a), based on the death of Plaintiff Marilyn Townsend, hereby move to substitute Laikeshia Ewell, the administrator of Plaintiff's estate, as the Plaintiff in this action.

Respectfully submitted,                 Dated: May 11, 2017

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**Attorneys for Plaintiff**

### Certificate of Service

The undersigned hereby certifies the foregoing was filed with the Court on May 11, 2017 through the Court's CM/ECF system which will serve all counsel of record.

/s/ John S. Steward