UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:** *Marilyn Townsend v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* **No. 2:15-cv-02061** | **MDL No. 2592** SECTION: L JUDGE: ELDON E. FALLON MAG. JUDGE: MICHAEL NORTH |
|---|---|

## ORDER

Upon consideration of Plaintiff's Motion for Substitution of Party, the motion is HEREBY GRANTED. IT IS ORDERED THAT Plaintiff Laikeshia Ewell, the administrator of the estate of Marilyn Townsend, be substituted for Marilyn Townsend as the Plaintiff in this action.

SO ORDERED:

_____
Hon. Eldon E. Fallon
United States District Court Judge

Dated:_____