UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

Andrew Lord

CA# 2:16-cv-13720

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Charlotte Cross on September 20, 2016.

Dated: May 11, 2017

                                              Respectfully submitted,

                                              By:  /s/ Daniel J. Carr

                                              Joseph C. Peiffer, La. Bar # 26459
                                              Daniel J. Carr, La. Bar # 31088
                                              PEIFFER ROSCA WOLF
                                              ABDULLAH CARR & KANE
                                              A Professional Law Corporation
                                              201 St. Charles Avenue, Suite 4610
                                              New Orleans, Louisiana  70170-4600
                                              Telephone:  (504) 523-2434
                                              Facsimile:  (504) 523-2464
                                              Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com

*Attorneys for the Plaintiff*

Certificate of Service

I hereby certify that on May 11, 2017, a copy of the above and foregoing *Suggestion of Death* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Daniel J. Carr