UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Andrew Lord

CA# 2:16-cv-13720

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Sally Lord, as a surviving spouse of Andrew Lord, is substituted for Plaintiff Andrew Lord, in the above captioned cause.

Date: _____          _____
                                       Hon. Eldon E. Fallon
                                       United States District Court Judge