UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :    MDL No. 2592
                                   :
                                   :    SECTION L
                                   :
                                   :    JUDGE ELDON E. FALLON
                                   :
_____ :    MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Janie Tatum

CA# 2:15-cv-7122

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting James Tatum on behalf of his deceased mother, Janie Tatum.

1. Janie Tatum filed a products liability lawsuit against defendants on December 28, 2015.
2. Subsequently, plaintiff's counsel learned that Janie Tatum died on May 31, 2016.
3. Janie Tatum's product liability action against defendants survived her death and was not extinguished.
4. Plaintiff filed a Suggestion of Death on May 11, 2017, attached hereto.
5. James Tatum, surviving son of Janie Tatum, is a proper party to substitute for plaintiff-decedent Janie Tatum and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action.

Date: May 11, 2017.

        Respectfully submitted,

        By:   /s/ Daniel J. Carr

        Joseph C. Peiffer, La. Bar # 26459
        Daniel J. Carr, La. Bar # 31088
        PEIFFER ROSCA WOLF
        ABDULLAH CARR & KANE
        A Professional Law Corporation
        201 St. Charles Avenue, Suite 4610
        New Orleans, Louisiana  70170-4600
        Telephone:  (504) 523-2434
        Facsimile:  (504) 523-2464
        Email: dcarr@prwlegal.com

        Michael B. Lynch, Esq.
        THE MICHAEL BRADY LYNCH FIRM
        127 West Fairbanks Ave. #528
        Winter Park, Florida 32789
        Office: (877) 513-9517
        Fax: (321) 972-3568
        Cell: (321) 239-8026
        Email: michael@mblynchfirm.com

        *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 11, 2017, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

            /s/ Daniel J. Carr