UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :     MDL No. 2592
                                      :
                                      :     SECTION L
                                      :
                                      :     JUDGE ELDON E. FALLON
                                      :
_____:     MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Janie Tatum

CA# 2:15-cv-7122

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff James Tatum, as a surviving son of Janie Tatum, is substituted for Plaintiff Janie Tatum, in the above captioned cause.

Date: _____              _____
                                           Hon. Eldon E. Fallon
                                           United States District Court Judge