# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTA HOLLINGSWORTH,  ) | |
| ) | MDL NO. 2592 |
| Plaintiffs.  ) | |
| ) | JUDGE: ELDON E. FALLON |
| ) | |
| ) | SECTION: L |
| ) | |
| v.  ) | MAG. JUDGE: MICHAEL NORTH |
| ) | |
| ) | |
| JANSSEN RESEARCH &  ) | CIVIL ACTION NO. 2:16-cv-3431 |
| DEVELOPMENT LLC F/K/A JOHNSON  ) | |
| AND JOHNSON PHARMACEUTICAL  ) | |
| RESEARCH AND DEVELOPMENT LLC,  ) | |
| JANSSEN ORTH LLC, JANSSEN  ) | |
| PHARMACEUTICAL, INC. F/K/A JANSSEN  ) | |
| PHARMACEUTICALS, INC. F/K/A  ) | |
| JANSSEN PHARMACEUTICA INC,  ) | |
| F/K/A ORTHO-MCNEIL-JANSSEN  ) | |
| PHARMACEUTICALS INC.,  ) | |
| JOHNSON & JOHNSON COMPANY  ) | |
| BAYER HEALTHCARE PHARMACEUTICALS,  ) | |
| INC., BAYER HEALTHCARE LLC,  ) | |
| BAYER PHARMA AG,  ) | |
| BAYER CORPORATION, BAYER  ) | |
| HEALTHCARE AG, AND BAYER AG,  ) | |
| ) | |
| Defendants.  ) | |

## ORDER GRANTING EX PARTE
## MOTION TO AMEND COMPLAINT

This matter having come before the Court on the Ex Parte Motion to Amend Complaint and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) and applicable Pretrial Order No. 11C, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff, Christa Hollingsworth, Motion is GRANTED. Plaintiff is hereby granted leave to file the First Amended Complaint tendered with the Motion, and

the Clerk of the Court is ordered to file the First Amended Complaint into the records of this matter.

Entered this  10th  day of ____May_____, 2017 into the United States Eastern District Court of Louisiana.

HONORABLE DISTRICT JUDGE ELDON E. FALLON