UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> : <br> : <br> : <br> : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

<u>**JURY TRIAL DEMANDED**</u>

THIS DOCUMENT RELATES TO:

THIS DOCUMENT RELATES TO:
BEATRICE McCALL v. JANSSEN
PHARMACEUTICALS, INC., et al

No. 2:15-CV-07020

<u>**ORDER**</u>

Considering the foregoing Motion to Substitute:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Yolanda McCall, on behalf of her deceased mother, Beatrice McCall, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this 10th day of May, 2017.

_____
United States District Judge