## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | * | **MDL 2592** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | **JUDGE ELDON E. FALLON** |
| *Joseph Orr, Jr., et al. v. Janssen et al.* | * | **MAG. JUDGE NORTH** |
| *Case No. 2:15-cv-03708* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER RE: PLAINTIFFS' MOTION IN LIMINE NO. 32

Before the Court is Plaintiffs' Motion in Limine No. 32 Concerning Unrelated Litigation. Having reviewed the parties' briefs and the applicable law, **IT IS ORDERED** that Plaintiffs' Motion in Limine No. 32 is **GRANTED**. All witnesses and counsel are prohibited from commenting on, referring to, attempting to introduce testimony or evidence about, or introducing testimony or evidence about: (1) Kimberly DeAgano filing suit or being in a position to recover monies related to her involvement in the unrelated BP Oil Spill Litigation against other defendants; and/or (2) the pleadings, discovery, and/or documents in the unrelated BP Oil Spill Litigation.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**