**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | * | **MDL 2592** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | **JUDGE ELDON E. FALLON** |
| *Joseph Orr, Jr., et al. v. Janssen et al.* | * | **MAG. JUDGE NORTH** |
| *Case No. 2:15-cv-03708* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the Motion for leave to File Plaintiffs' Motion in Limine No. 34 Concerning

the Character Assassination of Frank W. Smart, MD, FACC, FACP, Under Seal In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Plaintiffs'

Motion in Limine No. 34 Concerning the Character Assassination of Frank W. Smart, MD, FACC,

FACP be and it is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge