EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| | * | JUDGE ELDON E. FALLON |
| *Joseph Orr, Jr., et al. v. Janssen et al.* Case No. 2:15-cv-03708 | * * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION IN LIMINE NO. 30
REGARDING PLAINTIFFS' EXPERTS SUBMISSIONS OF PUBLICATIONS OR
OPINIONS TO THE FDA OR OTHER ORGANIZATIONS**

Plaintiffs moves to prohibit all witnesses and counsel from commenting on, referring to, attempting to introduce testimony or evidence about, or arguing that any of Plaintiff's expert witnesses have failed to publicize or publish any of their opinions or have failed to submit them to the FDA or any other organization, for the reasons stated in the accompanying memorandum of law.

Dated:  May 12, 2017                                   Respectfully submitted,

                                                                            */s/ Leonard A. Davis*
                                                                            Leonard A. Davis, Esq. (Bar No. 14190)
                                                                            **HERMAN, HERMAN & KATZ, LLC**
                                                                            820 O'Keefe Avenue
                                                                            New Orleans, Louisiana  70113
                                                                            Telephone:  (504) 581-4892
                                                                            Facsimile:  (504) 561-6024
                                                                            Email:  ldavis@hhklawfirm.com

2

Gerald E. Meunier (Bar No. 9471)
***GAINSBURGH BENJAMIN DAVID MEUNIER
& WARSHAUER, LLC***
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
Telephone:  (504) 522-2304
Facsimile: (504) 528-9973
Email:  gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 12, 2017, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**