# EXHIBIT 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO | ) | MDL No. 2592 |
| (RIVAROXABAN) | ) | |
| PRODUCTS LIABILITY | ) | SECTION:  L |
| LITIGATION | ) | |
| | ) | JUDGE ELDON E. |
| | ) | FALLON |
| THIS DOCUMENT RELATES | ) | |
| TO ALL CASES | ) | MAG. JUDGE NORTH |

FRIDAY, DECEMBER 2, 2016

- - -

Videotaped deposition of Phillip Cuculich, M.D., held at the offices of SCHLICHTER, BOGARD & DENTON, L.L.P., 100 South Fourth Street, Suite 1200, St. Louis, Missouri, commencing at 9:03 a.m., on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri & Kansas Certified Court Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Page 226

1  QUESTIONS BY MS. DU PONT:
2      Q.   What methodology did you use
3  for determining that a PT test is a reliable
4  test for identifying Xarelto patients at the
5  highest risk of bleeding?
6           MR. MCWILLIAMS:  Object to
7      form.  Asked and answered.
8           THE WITNESS:  So I would say
9      that there's a number of things that
10     go into that sort of conclusion that
11     you've built for me.
12          You know, we build on our
13     clinical history of, as you point out,
14     five decades of working with warfarin
15     and, you know, four decades or so of
16     working with warfarin with INRs, where
17     we know that elevated PTs do increase
18     the risk of bleeding, and extremely
19     elevated PTs very much magnify that
20     risk of bleeding.
21          So based on the knowledge that
22     high PT does translate to a higher
23     risk of bleeding, one can come to that
24     conclusion.
25          I've walked you through

Page 227

1      previously how we've been able to
2      correlate the high concentrations of
3      rivaroxaban in the blood with higher
4      rates of PT.
5           As I show in Figure 6 on
6      page 20 of my report that -- we've
7      looked at this before.  And it's
8      fairly clear, I think, that you can
9      connect all of those things to say
10     elevated PTs equal elevated risks of
11     bleeding.
12 QUESTIONS BY MS. DU PONT:
13     Q.   The opinion that you have that
14 PT is a reliable test for identifying Xarelto
15 patients at the highest risk of bleeding, you
16 haven't published that opinion, correct?
17     A.   No, that's correct.  Of all of
18 the tests that had been looked at or had been
19 studied, the one that seems to be closest in
20 terms of its ability to predict levels of
21 rivaroxaban in the blood or seems to be most
22 closely correlated, as we've talked about, is
23 the Neoplastin PT.  It's the one that is
24 particularly mentioned in publications as
25 well as in FDA product labels.  So that would

Page 228

1  be the one that seems to be closest related.
2      Q.   You can't cite for me, sitting
3  here today, any generally accepted practice
4  guide, regulatory guideline or other
5  peer-reviewed authority that concludes that
6  PT is a reliable test for monitoring Xarelto,
7  can you?
8           MR. MCWILLIAMS:  Object to
9      form.  Asked and answered.  Misstates
10     testimony and evidence.
11          THE WITNESS:  Yeah, I would
12     disagree with your statement, at least
13     parts of it.  I cannot show you
14     randomized clinical trials of
15     different ways to manage patients who
16     take rivaroxaban and adjust the dose
17     based on the PT, because that trial
18     simply is not done.  You and I both
19     know that.
20          What we have is what we have,
21     and we have to make the best use of
22     the data that we do have.
23          We have patients who have had
24     their PTs -- blood work drawn.  We
25     have patients who have had concomitant

Page 229

1      rivaroxaban concentrations that have
2      been drawn.  We have a close tie-in
3      with rivaroxaban concentrations and
4      PTs.  We have elevated PTs that are
5      clearly associated with higher risk of
6      bleeding.  And so connecting all of
7      these things together is, again, a
8      pretty simple task, I think.
9           What you're asking is, do we
10     have guidelines how to manage it
11     beyond that.  We do not yet have
12     those, but those are sorely needed.
13 QUESTIONS BY MS. DU PONT:
14     Q.   The FDA does not recommend or
15 require PT testing for Xarelto, correct?
16          MR. MCWILLIAMS:  Object to
17     form.
18          THE WITNESS:  So when published
19     or when shared, it was mentioned that
20     PT could be used to help, you know,
21     physicians try to guide in terms of
22     this management, but we have no way to
23     use that data presently.
24 QUESTIONS BY MS. DU PONT:
25     Q.   That's not the question I

Page 254

1   Q. You can't think of a single
2  medical school where that isn't common
3  knowledge, can you?
4   A. I've only gone to one medical
5  school, but in my medical school that was how
6  they taught it.
7   Q. But you've lectured at lots of
8  hospitals, you've been at university
9  settings, and it is true as far as you sit
10 here today, as far as you know, that every
11 doctor who would prescribe a blood thinner in
12 the United States knows that part and parcel
13 of prescribing a blood thinner is that
14 there's a risk that if a patient bleeds, that
15 bleeding is going to be worse?
16      MR. MCWILLIAMS: Object to
17   form. Calls for speculation as to
18   other medical schools he may or may
19   not have attended.
20      MR. COVEY: I think you ought
21   to just object to form.
22      MR. MCWILLIAMS: I got it under
23   control. I appreciate the advice.
24      MR. COVEY: I don't think you do.
25  QUESTIONS BY MR. COVEY:

Page 255

1   Q. Go ahead, Doctor.
2   A. There's multiple parts to that
3  question that you asked. I think if I could
4  just break them down into the components, I
5  would agree that most/all doctors who
6  prescribe an anticoagulant would expect that
7  bleeding is possible, and more likely by
8  being on the medicine than not on the
9  medicine.
10     I think most or all doctors who
11 prescribe oral anticoagulants would agree
12 that if bleeding occurred, it would likely be
13 worse if you were taking oral anticoagulants
14 than not.
15     I think that was the direction
16 you were going with the question.
17  Q. Blood thinners don't cause
18 bleeding, do they?
19  A. Usually not. Blood thinners
20 increase the likelihood of bleeding.
21  Q. Blood thinners increase the
22 likelihood that there'll be clinically
23 apparent or obvious bleeding; isn't that a
24 more accurate statement?
25     MR. MCWILLIAMS: Object to form.

Page 256

1      THE WITNESS: That's one way of
2   to think of it. I --
3  QUESTIONS BY MR. COVEY:
4   Q. In other words --
5      MR. MCWILLIAMS: I feel like
6   you're interrupting the witness. I
7   don't think it's your intention --
8      MR. COVEY: Wait a minute.
9      MR. MCWILLIAMS: Please let
10   him -- please take a pause to make
11   sure he finishes.
12     THE WITNESS: Let me finish.
13     MR. COVEY: Go ahead.
14     THE WITNESS: So I agree with
15  the statement that patients who are on
16  blood thinners are more likely to have
17  clinically apparent bleeding, which I
18  think was the question that you had
19  asked, and are likely to have more
20  severe bleeding, which I think you had
21  asked in the prior question.
22     I'll stop there.
23 QUESTIONS BY MR. COVEY:
24  Q. There is no data showing that
25 blood thinners cause de novo bleeding that

Page 257

1  you're aware of, is there?
2   A. No, I think that's a fair
3  statement.
4   Q. You were asked by my colleague
5  some questions about have you published
6  anything in the peer-reviewed literature
7  concerning Xarelto. And if I recall
8  correctly, the only thing that you mentioned
9  that might be responsive to that was that you
10 edited a text in which some chapters were
11 written that discussed NOACs.
12     Was that the gist of your
13 testimony?
14  A. Yes, sir.
15  Q. So you didn't write those
16 chapters, but you were the editor of the
17 entire text, correct?
18  A. I would agree with that.
19  Q. Okay.
20  A. Yes, I would agree with that.
21  Q. A lot of testimony you've given
22 today that if studies that I saw, Mueck study
23 in 2014, had been available in 2011, that
24 would have been nice to see. I would have
25 liked to have seen that.