# EXHIBIT 7

```
0001
01:                IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF LOUISIANA
02:                     MDL No. 2592, Section L
03:
         ***********************************************
04:             IN RE:  XARELTO (RIVAROXABAN)
                  PRODUCTS LIABILITY LITIGATION
05:             THIS DOCUMENT RELATES TO ALL CASES
         ***********************************************
06:                       - PROTECTED -
07:          - SUBJECT TO FURTHER PROTECTIVE REVIEW -
                            - - -
08:
                     TUESDAY, NOVEMBER 8, 2016
09:
                  FRANK W. SMART, MD, FACC, FACP
10:
                            - - -
11:
12:
13:
14:
15:
16:
17:         Videotaped / Realtimed Deposition of FRANK W.
18:   SMART, MD, FACC, FACP, held at the Lambert Law Firm,
19:   701 Magazine Street, New Orleans, Louisiana,
20:   commencing at 9:05 a.m., on the above date, before
21:   Pat English-Arredondo, CSR, RMR, CRR, CCR.
22:                           - - -
23:               GOLKOW TECHNOLOGIES, INC.
24:         877.370.3377 ph | 917.591.5672 fax
25:                   Deps@golkow.com
```

0259

01: A. No, ma'am.

02: Q. Have you published your opinion that Xarelto
03: is not reasonably safe?

04: MR. DENTON: He would love to. Will
05: you -- would you be happy to withdraw all the
06: confidential designations?

07: MS. DU PONT: Object to commentary of
08: counsel.

09: MR. DENTON: No. You asked him is he
10: willing to publish it. You bet he is, but he can't
11: because you won't --

12: MS. DU PONT: Objection. Please.
13: You're not testifying. Are you going to testify for
14: your expert witness?

15: MR. DENTON: It's a completely
16: inappropriate question.

17: MS. DU PONT: It's not an inappropriate
18: question.

19: MR. DENTON: Dedesignate the documents,
20: he'd be happy to publish.

21: MS. MOORE: Counsel, I'm going to use a
22: Trump objection: Wrong.

23: Q. (By Ms. Du Pont) Can you just answer my
24: question? Have you published --

25: A. I have not published it.

0260

01:     Q.   Hold on.  Hold on.  Have you published your
02: opinion, Doctor, that Xarelto is not reasonably safe in
03: the peer-reviewed literature?
04:     A.   No, ma'am, I have not.
05:     Q.   Have you presented at a scientific conference
06: that Xarelto is not reasonably safe?
07:     A.   No, ma'am, I have not.
08:     Q.   In fact, you haven't published that Xarelto
09: has the narrowest therapeutic range of any NOAC,
10: correct?
11:     A.   I don't believe I've ever published the words
12: "Xarelto" in any peer-reviewed paper.
13:     Q.   And the only time you've offered the opinions
14: that we've talked about today are in this litigation,
15: correct?
16:     A.   No, ma'am.
17:     Q.   The only time you've published the opinions?
18:     A.   I have not published anything in this
19: litigation today.  So I've offered those opinions to
20: residents and other staff members just like I'm
21: offering an opinion today.
22:            Unless I'm wrong, this isn't a
23: publication and -- and so I have not published it.
24: And -- and I have offered the same opinion to my
25: colleagues and my trainees that you've heard here

```
0261
01:    today.
02:         Q.   But you haven't -- but you haven't written to
03:    them and expressed that opinion, correct?
04:         A.   That is correct.
05:         Q.   You talked a little earlier how you had had
06:    three to four patients on Xarelto that had experienced,
07:    I believe, GI bleeding events?
08:         A.   Yes, ma'am.
09:         Q.   Did you report any of those events to the
10:    FDA?
11:         A.   No, ma'am.
12:         Q.   Don't you feel you have an obligation to
13:    report adverse events like that to the FDA?
14:         A.   No, ma'am.
15:                   MR. DENTON:  Object to the form.
16:                   MS. DU PONT:  I'm just going to take a
17:    little break.  I don't think I have much more.
18:                   THE VIDEOGRAPHER:  Going off the record
19:    at 3:19.
20:                   (Recess taken at 3:19 p.m., resuming at
21:                   3:51 p.m.)
22:                   THE VIDEOGRAPHER:  We are now back on
23:    the record.  The time is 3:51.
24:         Q.   (By Ms. du Pont)  Doctor, have you been paid
25:    any money by the plaintiffs' counsel in this case for
```