UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| *Joseph Orr, Jr., et al. v. Janssen et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:15-cv-03708 | * * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on **May 24, 2017, at 9:00** o'clock a.m., or as soon thereafter as counsel can be heard, for an order Plaintiffs' Motion in Limine No. 15 Regarding FDA Approval, and for such other and further relief as the Court may deem just and appropriate.

Dated:  May 12, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
***HERMAN, HERMAN & KATZ, LLC***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone:  (504) 581-4892
Facsimile:  (504) 561-6024
Email:  ldavis@hhklawfirm.com

      Gerald E. Meunier (Bar No. 9471)
      **GAINSBURGH BENJAMIN DAVID MEUNIER**
      **& WARSHAUER, LLC**
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, LA  70163-2800
      Telephone:  (504) 522-2304
      Facsimile: (504) 528-9973
      Email:  gmeunier@gainsben.com

      *Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 12, 2017 the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

      */s/ Leonard A. Davis*
      **LEONARD A. DAVIS**