## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** * | MDL 2592 |
| **PRODUCTS LIABILITY LITIGATION** * | |
| * | SECTION L |
| **THIS DOCUMENT RELATES TO:** * | |
| * | JUDGE ELDON E. FALLON |
| *Joseph Orr, Jr., et al. v. Janssen et al.* * | MAG. JUDGE NORTH |
| *Case No. 2:15-cv-03708* * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER RE: PLAINTIFFS' MOTION IN LIMINE NO. 36

Before the Court is Plaintiffs' Motion in Limine No. 36 to Preclude Evidence or Argument Suggesting That Plaintiff, Joseph Orr, Jr., Has Dated Since His Wife's Death. Having reviewed the parties' briefs and the applicable law, **IT IS ORDERED** that Plaintiffs' Motion in Limine No. 36 is **GRANTED**. All witnesses and counsel are prohibited from making comments or references, or attempting to introduce or introducing testimony or evidence about the fact that Plaintiff, Joseph Orr, Jr., has dated someone since his wife's death.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**