## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** * | **MDL 2592** |
| **PRODUCTS LIABILITY LITIGATION** * | |
| * | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** * | |
| * | **JUDGE ELDON E. FALLON** |
| *Joseph Orr, Jr., et al. v. Janssen et al.* * | **MAG. JUDGE NORTH** |
| *Case No. 2:15-cv-03708* * | |
| * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

## NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on **May 24, 2017**, for an order Plaintiffs' Motion in Limine No. 36 To Preclude Evidence Or Argument Suggesting That Plaintiff, Joseph Orr, Jr., Has Dated Since His Wife's Death.

Dated:  May 12, 2017    Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
***HERMAN, HERMAN & KATZ, LLC***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone:  (504) 581-4892
Facsimile:  (504) 561-6024
Email:  ldavis@hhklawfirm.com

2

        Gerald E. Meunier (Bar No. 9471)
        ***GAINSBURGH BENJAMIN DAVID MEUNIER***
        ***& WARSHAUER, LLC***
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, LA  70163-2800
        Telephone:  (504) 522-2304
        Facsimile: (504) 528-9973
        Email:  gmeunier@gainsben.com

        ***Plaintiffs' Liaison Counsel***