UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :     MDL No. 2592
                                      :
                                      :     SECTION L
                                      :
                                      :     JUDGE ELDON E. FALLON
                                      :
_____:     MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

John Wilson

CA# 2:16-cv-80

# ORDER

      The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Delores Wilson, as a surviving spouse of John Wilson, is substituted for Plaintiff John Wilson, in the above captioned cause.

Date: _____          _____
                                       Hon. Eldon E. Fallon
                                       United States District Court Judge