UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| Joseph Orr, Jr., et al. v. Janssen et al. Case No. 2:15-cv-03708 | * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION IN LIMINE NO. 35 TO ADMIT EVIDENCE OF DEFENDANTS' STATEMENTS OUTSIDE THE UNITED STATES THAT DIRECTLY CONTRADICT THEIR POSITION THAT PT NEOPLASTIN IS NOT USEFUL AND DOES NOT WORK TO DETERMINE THE ANTICOAGULANT ACTIVITY OF XARELTO**

For the reasons stated in the accompanying memorandum, Plaintiffs should be permitted to introduce evidence of Defendants' knowledge about the usefulness of PT Neoplastin as expressed in their own otherwise admissible documents and medical literature including international medical association guidelines and position papers, in the presence of the jury, whether directly or indirectly, and whether at *voir dire* or during trial.

Dated:  May 12, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
***HERMAN, HERMAN & KATZ, LLC***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone:  (504) 581-4892
Facsimile:  (504) 561-6024
Email:  ldavis@hhklawfirm.com

          Gerald E. Meunier (Bar No. 9471)
          ***GAINSBURGH BENJAMIN DAVID MEUNIER***
          ***& WARSHAUER, LLC***
          2800 Energy Centre, 1100 Poydras Street
          New Orleans, LA 70163-2800
          Telephone: (504) 522-2304
          Facsimile: (504) 528-9973
          Email: gmeunier@gainsben.com

          ***Plaintiffs' Liaison Counsel***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 12, 2017, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**