# EXHIBIT 3

DE GRUYTER

Clin Chem Lab Med 2014; aop

PLAINTIFFS' EXHIBIT

5767884

Opinion paper

Giuseppe Lippi* and Emmanuel J. Favaloro

# Recent guidelines and recommendations for laboratory assessment of the direct oral anticoagulants (DOACs): is there consensus?

DOI 10.1515/cclm-2014-0767
Received July 25, 2014; accepted August 22, 2014

**Abstract:** A new generation of antithrombotic agents, which are conventionally known as direct oral anticoagulants (DOACs), have recently emerged and are continuing to be developed. These provide direct inhibition of either thrombin (factor IIa; FIIa) or activated factor X (FXa) and currently include dabigatran (FIIa inhibitor) and rivaroxaban, apixaban, and edoxaban (FXa inhibitors). The dogma that DOACs do not require laboratory monitoring is countered by ongoing recognition that laboratory testing for drug effects is needed in many situations. In this review, we summarize the background to establishment of DOACs, assess which tests were found to be useful to screen for or quantitate drug effects/levels, and then review published guidelines/recommendations to assess concordance. In brief, (a) for the anti-FIIa agent dabigatran, the recommended screening assays are activated partial thromboplastin time (APTT) and/or thrombin time (TT), and the quantitative assays (using a dabigatran standard) are dilute TT/direct thrombin inhibitor assay (Hemoclot thrombin inhibitor) or an ecarin-based assay such as the ecarin clot time (ECT); (b) for the anti-FXa agent rivaroxaban, the recommended screening assay is the prothrombin time (PT), but this was not endorsed by all guidelines, and the quantitative assay (using a specific rivaroxaban standard) is an anti-FXa assay; (c) for the anti-FXa agent apixaban, the general insensitivity of PT and APTT prevented most groups from providing recommendation, and instead there was generalized support for direct quantitative assessment using anti-FXa assays and specific apixaban standard; (d) there is insufficient data for other direct anti-FXa agents and limited guidance in the literature.

**Keywords:** apixaban; dabigatran; direct oral anticoagulants; edoxaban; measurement; rivaroxaban.

# Introduction

Anticoagulant therapy is typically applied to patients with a variety of conditions associated with a number of prothrombotic risk factors and primarily to treat or prevent a number of thrombotic disorders. These typically include atrial fibrillation, acute coronary syndrome, prevention of venous thromboembolism (VTE) in patients undergoing major, orthopedic, or cancer surgery, therapy, and prevention of recurrence in patients with previous episodes of VTE [1]. For decades, anticoagulant therapy has been based on the administration of two different classes of drugs, the vitamin K antagonists (VKAs; typically warfarin and acenocumarol) and heparinoids, including unfractionated heparin (UFH), low-molecular-weight heparin (LMWH), as well as other heparin-like molecules. Although these classes of drugs have been proven effective for both primary and secondary prevention of systemic thromboembolism, they carry several drawbacks and limitations [1–3].

The VKAs act directly by impairing the liver synthesis of vitamin K-dependent clotting factors (Fs) (i.e., FII, FVII, FIX, and FX) (Figure 1), thus generating a profound anticoagulant state mirrored by substantial prolongations of both prothrombin time (PT) and activated partial thromboplastin time (APTT). These anticoagulant agents are monitored for therapeutic efficacy using a harmonized form of the PT, the international normalized ratio (INR), which is represented by the formula:

*Corresponding author: Prof. Giuseppe Lippi, Laboratory of Clinical Chemistry and Hematology, Academic Hospital of Parma, Via Gramsci, 14, 43126 Parma, Italy, Phone: +39-521-703050, Fax: +39-521-703791, E-mail: glippi@ao.pr.it, http://orcid.org/0000-0001-9523-9054
**Emmanuel J. Favaloro:** Institute of Clinical Pathology and Medical Research (ICPMR), Department of Haematology, Pathology West, Westmead Hospital, Westmead, NSW, Australia

Brought to you by | De Gruyter / TCS
Authenticated
Download Date | 9/29/14 9:25 PM



**Figure 1** Anticoagulation control points.
F, factor; LMWH, low-molecular-weight heparin; TF, tissue factor; VKAs, vitamin K antagonists.

$$INR = (\text{patient PT} / MNPT)^{ISI},$$

where the MNPT is the mean normal PT and ISI is the international sensitivity index (in essence a harmonization correction factor reflective of the reagent and instrument combination in use at that laboratory).

Although the more comfortable oral administration of VKAs represents a major advantage to alternative (e.g., parenteral or subcutaneous) administration, major drawbacks of these drugs are represented by the narrow therapeutic window and the resultant need for ongoing dose adjustment, which requires regular laboratory monitoring to prevent undercoagulation or overcoagulation [4]. This means ongoing patient visits to clinics and regular blood collections. Even when within the therapeutic range, there is still a significant risk of hemorrhage in patients taking VKAs, with a rate of major bleeding that can be as high as 6% [5].

In contrast, heparins act through selective inhibition of activated coagulation FII (FIIa) and X (FXa), with a more prominent effect on FXa for LMWH (Figure 1). Indeed, the replacement of UFH with LMWH has represented a major breakthrough, wherein the latter class of compounds can be administered subcutaneously at fixed dosage, whereas UFH is an exclusive parenteral drug. UFH is generally monitored by use of APTT, although the anti-FXa assay may be necessary in some patients [e.g., those with elevated baseline APTTs such as individuals with lupus anticoagulants (LA) or FXII deficiency], and some experts advocate for more generalized use of anti-FXa assays over the APTT because it provides for less variability. The LMWH is monitored by anti-FXa assays, but this monitoring (for preventing undercoagulation or overcoagulation) is more selectively applied than for UFH [3, 6].

Nevertheless, the aforementioned drawbacks of both VKAs and LMWH make these drugs a suboptimal and relatively uncomfortable means of anticoagulation for patients, and this has paved the way to the development and commercialization of a new generation of antithrombotic agents. These were originally termed new or novel oral anticoagulants (NOACs) and are now conventionally known as direct oral anticoagulants (DOACs), although the terms direct specific (DSOACs) and non-VKA (NOACs) have also been proposed. The DOACs have been specifically designed to provide direct inhibition of either FIIa or FXa (Figure 1) and currently include dabigatran (as the only available direct FIIa inhibitor) or rivaroxaban, apixaban, and edoxaban (as direct FXa inhibitors) [3, 7]. These newer agents present several advantages compared with both VKAs and LMWH. First, like VKAs, they are oral drugs, and thus overcome the uncomfortable alternative of subcutaneous injection as required for LMWH therapy. Second, they are administered at fixed doses, are apparently characterized by a more homogenous pharmacokinetic profile, and generate a more predictable anticoagulant effect than VKAs, thus theoretically requiring no, or perhaps more realistically less stringent, therapeutic measurements [7]. The half-life of DOACs is also substantially lower than that of VKAs (i.e., 5–18 vs. 24–48 h), and this has the theoretical advantage that urgent reversal of the anticoagulant effect may be achieved by simple withdrawal of the drug. Meanwhile, there are no currently available antidotes clinically proven to achieve urgent reversal in the case of overdose or bleeding.

Regarding the efficacy and safety profile, a number of recent meta-analyses have concluded that DOACs display a more favorable risk-benefit profile than either VKAs or LMWH. The superior efficacy in lowering the risk of thrombosis and systemic thromboembolism is also associated with a much lower likelihood of bleeding, which is consistent across a broad range of therapeutic indications [5, 8, 9].

# Indications for laboratory measurements of DOACs

One ongoing assumption that has gained widespread consensus among several health-care professionals is that DOACs are more practical than VKAs or LMWH because they do not require laboratory monitoring. This concept

Brought to you by | De Gruyter / TCS
Authenticated
Download Date | 9/29/14 9:25 PM

has been repeated like a mantra in the scientific literature, but actual clinical practice is beginning to question this assumption.

Although these novel agents generally display a highly predictable pharmacokinetic profile, so that their anticoagulant effect is reasonably stable under controlled conditions, the metabolism of DOACs is complex and multifaceted, entailing enteric adsorption and liver or renal clearance. More specifically, drugs that compete with DOACs for the permeability glycoprotein (P-gp), an ATP-dependent transmembrane transporter deputed to the active transport of DOACs across the enterocyte membrane, may variably increase (i.e., P-gp inducers) or decrease (i.e., P-gp inhibitors) the blood levels of the anticoagulant drugs [10]. At variance with direct FXa inhibitors, dabigatran etexilate is a prodrug that undergoes liver hydrolylation to dabigatran, so that the concentration of the active metabolite dabigatran can be influenced by liver disorders. Moreover, the metabolism of all DOACs entails clearance within urine (dabigatran ~80%, edoxaban ~50%, rivaroxaban ~30%, and apixaban ~25%, respectively) or bile (apixaban ~75%, rivaroxaban ~66%, edoxaban ~50%, dabigatran ~20%). Therefore, acute renal or liver impairment may also substantially impair the blood levels of all DOACs and expose the patients to a significant risk of overcoagulation or undercoagulation. In total, despite generalized highly predictable pharmacokinetic profiles, a wide range of plasma concentrations may actually be evident in population studies, ranging from below 20 to as high as ≥400 ng/mL in different patients at different times post-dosage. It has also been recently suggested that despite the general concept of one-size fits all (other than current recommendations for dosage adjustment based on renal or liver considerations, etc.), unexpectedly high or low plasma concentrations may define subgroups of patients that may alternatively need 'personalized' dose adjustments to otherwise prevent bleeds or thrombosis while on standard doses. This may be facilitated by laboratory testing and may in time pave the way to personalized dosage regimes.

Additional indications for better defining the actual therapeutic regimen and/or anticoagulant effect by means of laboratory testing include the onset of thrombotic or hemorrhagic events in patients with inaccurate or implausible application of therapy, pre-surgical screening, patients with extreme of body weight, suspicion of overdosage and intoxication, as well as assessment of real adherence to the therapy (Table 1) [11, 12].

## Methods for laboratory testing of DOACs

As for any other drug or poison, the optimal therapeutic testing of DOACs is based on direct assessment of the concentration in serum or plasma (Table 2) [13–16]. Although liquid chromatography tandem mass spectrometry is currently regarded as the reference method for establishing the actual concentration of DOACs [17], this technique carries substantial problems, especially for routine clinical laboratories. These typically include long turnaround time, which makes the method virtually useless for urgent testing, and the need for sophisticated and expensive instrumentation along with skilled personnel, both of which are frequently unavailable in some hospital laboratories. Thus, the use of these techniques is generally limited to highly specialized research or reference centers,

**Table 1** Major indications for laboratory assessment of DOACs[a].

Mandatory assessment
  1. Onset of thrombotic or hemorrhagic events
  2. Pre-surgical screening in patients who have recently taken the drug (i.e., from 1 to 3 h)
  3. Suspicion of overdosage and intoxication
  4. Acute kidney failure (especially for dabigatran and edoxaban; ~50% renal metabolism)
  5. Acute liver failure (especially for apixaban, rivaroxaban, and edoxaban; ≥50% liver metabolism)
Possible assessment
  1. Patients with extreme of body weight
  2. Suspected pregnancy
  3. Assessment of adherence to therapy
  4. Concurrent administration of P-gp inducers or inhibitors
  5. Chronic kidney failure (especially for dabigatran and edoxaban; ~50% renal metabolism)
  6. Chronic liver failure (especially for apixaban, rivaroxaban, and edoxaban; ≥50% liver metabolism)

[a]When patients are on DOAC therapy or when DOAC use is suspected, especially following adverse events (e.g., bleeding/thrombosis) or to avoid potential adverse events (e.g., surgical bleeding).

5767884.pdf.3
Brought to you by | De Gruyter / TCS
Authenticated
Download Date | 9/29/14 9:25 PM

Table 2 Pharmakokinetic characteristics of DOACs, including peak concentration (2–5 h post-dose), trough concentration (10–14 h post-dose), time of maximum observed plasma concentration ($T_{max}$), and terminal elimination half-life ($T_{1/2}$).

| | Therapeutic level, ng/mL | | $T_{max}$, h | $T_{1/2}$, h | References |
|---|---|---|---|---|---|
| | Peak | Trough | | | |
| Dabigatran | | | | | |
| 150 mg bid | 64–443 | 31–225 | 1–3 | 12–17 | [13] |
| 220 mg od | 62–447 | 10–96 | 1–3 | 12–17 | [13] |
| Rivaroxaban | | | | | |
| 10 mg od | 91–195 | 1–38 | 2–4 | 5–9 | [14] |
| 20 mg od | 160–360 | 4–96 | 2–4 | 5–9 | [14] |
| Apixaban | | | | | |
| 2.5 mg bid | 36–100 | 20–94 | 3–4 | 6–12 | [15] |
| 10 mg bid | 122–412 | 30–412 | 3–4 | 6–12 | [15] |
| Edoxaban | | | | | |
| 10 mg od | 9–58 | 222–284 | 1–5 | 6 | [16] |
| 30 mg od | 130–174 | 376–412 | 1–2 | 9 | [16] |
| 60 mg od | 268–336 | 388–444 | 1–2 | 9 | [16] |

and additional and more practical tests are needed that can be employed by all clinical laboratories required to perform routine or urgent assessment of DOACs.

## Routine or urgent assessment of dabigatran

The most comprehensive study regarding the influence of dabigatran on hemostasis testing was recently published by Douxfils et al. in 2012 [18]. In brief, up to 11 final concentrations of dabigatran (ranging from 4.7 to 943.0 ng/mL), prepared by spiking the drug in pooled citrated normal human platelet-poor plasma (PPP), were tested for a wide array of coagulation tests. This study showed that dabigatran produced a concentration-dependent prolongation of the lag time of thrombin generation, as well as significant prolongations of APTT, PT, thrombin time (TT), Hemoclot thrombin inhibitor (HTI; Hyphen BioMed, Andresy, France), ecarin clotting time (ECT), activated clotting time (ACT), and antithrombin chromogenic assay. A further analysis of sensitivity, dynamic range of quantitation, reproducibility, and linearity of response revealed that APTT, HTI, and ECT were the most appropriate tests for assessing the anticoagulant effect of this drug. In particular, the APTT revealed satisfactory analytical sensitivity (comprised between 83 and 120 ng/mL), reproducibility (0.4%–8.5%), and dynamic range of concentration (comprised between 58 and 941 ng/mL). However, the APTT displayed a suboptimal linearity of the response. Both the HTI and ECT revealed a similar dynamic range of concentration, but better performance in terms of analytical sensitivity (i.e., 8 and 15 ng/mL, respectively) and linearity. It was hence concluded that the APTT could be used for urgent measurement of dabigatran and as a screening test for assessing the risk of bleeding in individual patients, whereas HTI and ECT could be used as second-line tests for a more accurate estimation of the anticoagulant effect of the drug. It is worth noting the commercial HTI assay is essentially similar to a 'dilute TT' (dTT).

In a subsequent study, Avecilla et al. [19] analyzed the analytical performance of a new method for measuring intravenous direct thrombin inhibitor levels in plasma by means of a plasma dTT in-house assay, which encompassed dilution of 1 vol of patient plasma with 3 vol of pooled normal plasma to overcome the excessive sensitivity of the conventional TT. A dose-response curve was produced by spiking dabigatran in pooled normal plasma to achieve eight final concentrations of the drug, ranging from 0 to 500 ng/mL. Interestingly, the dose-response curve for the dTT was shown to be linear throughout the measuring range, with a correlation coefficient of 0.99. The assay also showed a very modest imprecision (i.e., <2.1%), which would make it suitable as a routine or even urgent test for assessment of the anticoagulant effect of the drug.

Several additional studies related to dabigatran and laboratory tests have also been published [20–26]. In general, these have provided similar findings in terms of assay sensitivity, so that the APTT in general shows reasonable responsiveness to dabigatran and may therefore be used as a screening assay for any dabigatran effect. However, different sensitivities based on reagents used have also been reported in published studies. The standard TT is typically oversensitive to dabigatran, which, although useful for screening for absence of dabigatran (normal TT) or potential presence of dabigatran (raised TT), is not otherwise useful for assessment of dabigatran level. In terms of improved utility, the dTT/HTI have been consistently shown to provide good sensitivity to dabigatran, and in some studies, the ECT or other assays based on ecarin have also shown good responsiveness.

### Local studies

With a local experimental protocol, the Parma laboratory also investigated whether PT and APTT would be useful for urgent screening of dabigatran activity. In brief, a stock solution of plasma-containing dabigatran (600 ng/mL) (dabigatran calibrator, courtesy of Instrumentation Laboratory, Bedford, MA, USA) was serially diluted at fixed ratios (1:2, 1:4, 1:8, 1:16, and 1:32) with normal pooled

Brought to you by | De Gruyter / TCS
Authenticated
Download Date | 9/29/14 9:25 PM

plasma to obtain concentrations ranging from 18.7 to 600 ng/mL, thus covering a broad therapeutic range of the drug (~43–200 ng/mL) [27], as well as subtherapeutic and supratherapeutic levels. Coagulation testing including HTI (Hyphen BioMed), APTT (SynthASil; Instrumentation Laboratory, Milan, Italy), and PT (RecombiPlasTin; Instrumentation Laboratory) was performed on an ACL TOP instrument (Instrumentation Laboratory). The theoretical dabigatran concentration was then plotted against test results to obtain dose-response curves. The test sensitivity was calculated as percentage increase between values obtained at the lower therapeutic concentration (43 ng/mL) and normal plasma. The test responsiveness was calculated as percentage increase between values obtained at the upper (200 ng/mL) and lower (43 ng/mL) extremes of the therapeutic range. The dose-response curves showed very high correlation coefficients, with APTT displaying the best-fit overall (r=0.996) compared with either HTI (r=0.968) or PT (r=0.988) (Figure 2). The ratios of threshold values at the lower and upper extremes of the therapeutic range were comprised between 3.6 and 34.3 for HTI, 1.23 and 1.76 for APTT, 1.08 and 1.18 for PT. The sensitivity was 233% for HTI, 17% for APTT, and 3% for PT, whereas the responsiveness was 844% for HTI, 43% for APTT, and 9% for PT. These results confirm that HTI shows the best analytical performance, and this test can therefore be used for routine assessment of dabigatran. The APTT also shows satisfactory sensitivity and responsiveness to be used for urgent screening. Conversely, the unsatisfactory sensitivity and responsiveness of PT make this test unsuitable for either routine or urgent assessment of dabigatran.

Using a different local protocol, the Westmead laboratory has also investigated dabigatran sensitivity in a variety of assays, including PT (Neoplastine CI Plus; Diagnostica Stago, Sydney, Australia), APTT (Actin FS; Siemens Healthcare, Sydney, Australia), HTI (Hyphen BioMed; obtained from Haematex, Sydney, Australia), and dilute Russell viper venom time (dRVVT; Diagnostica Stago as STACLOT DRVV confirm reagent). For these studies, a range of in vitro spiked samples were prepared by serial dilution of a high-dabigatran-concentration sample (~800 ng/mL). Data obtained (summarized in Figure 3) are concordant with findings from the Parma laboratory and additionally confirm the sensitivity of the dRVVT to dabigatran as well as identify a potential role of the dRVVT in laboratory testing for a dabigatran drug effect. Testing of ex vivo samples from patients placed on dabigatran for various therapeutic indications provided similar (but more variable) findings (data not shown).

Because the reagents used for assessment of APTT, dTT, and even ECT may differ widely in terms of sensitivity to the presence of dabigatran in plasma [18–26], some major cautions should be observed before implementing these tests in daily practice. First, the APTT reagent should be assessed for sensitivity to dabigatran and results preferably expressed as a ratio for similar reasons. Second, results for HTI/dTT and ECT should be reported as dabigatran concentration through interpolation of clotting times from local calibration curves prepared following analysis of dabigatran calibration plasmas.

## Routine or urgent assessment of rivaroxaban

As for dabigatran, Douxfils et al. [28] also published a comprehensive study aimed at assessing the influence of rivaroxaban on hemostasis testing. Rivaroxaban was spiked into pooled citrated normal human PPP to achieve seven final concentrations of the drug ranging from 11 to 1090 ng/mL. A concentration-dependent prolongation was observed in thrombin generation, PT, APTT, anti-FXa assay, and ACT. Among all clotting assays, the PT exhibited optimal reproducibility (0.5%–1.3%), satisfactory analytical sensitivity (from 66 to 258 ng/mL), and dynamic range of concentration (comprised between 80 and 1090 ng/mL), whereas the anti-FXa chromogenic assay showed the best performance (8 ng/mL for sensitivity and 15–545 ng/mL for dynamic range of concentration). It was therefore concluded that the PT may be used for urgent measurements of rivaroxaban and as a screening test to assess the risk of bleeding in the individual patient because it is available to all hospital laboratories, is prone to worldwide standardization,



**Figure 2** The effect of dabigatran on prothrombin time (PT) and activated partial thromboplastin time (APTT).
Data from the Parma laboratory.

Brought to you by | De Gruyter / TCS
Authenticated
Download Date | 9/29/14 9:25 PM



**Figure 3**  The effect of DOACs dabigatran (A), rivaroxaban (B), and apixaban (C) on prothrombin time (PT), activated partial thromboplastin time (APTT) and dilute Russell viper venom time (dRVVT). (D) Composite/comparative results for dRVVT for the three DOACs.
Data from the Westmead laboratory.

is relatively cheap compared with other tests, and is sufficiently sensitive to rivaroxaban, views in agreement with other expert opinions [29–32]. A chromogenic anti-FXa assay can be used as second-line test for a more accurate estimation of the anticoagulant effect of the drug [33, 34].

Because the reagents used for assessment of PT, APTT, and anti-FXa activity differ widely in terms of sensitivity for the presence of rivaroxaban in plasma [29–34], results for the former two assays should preferably be reported as assay ratios and for the latter test as rivaroxaban concentration through interpolation of clotting times from local calibration curves prepared by analysis of rivaroxaban calibration plasmas. Interestingly, although the inter-assay variability observed with different thromboplastin reagents may be lowered by the use of a mathematical model [35], further evidence is needed before this approach can be widely suggested.

### Local studies

The Westmead laboratory has also investigated rivaroxaban sensitivity in a variety of assays, including PT, APTT,
and dRVVT (reagents as per dabigatran study), and anti-FXa assay (Diagnostica Stago Liquid anti-FXa). For these studies, a range of in vitro spiked samples were prepared by serial dilution of a high concentration rivaroxaban sample (~800 ng/mL). Data obtained for the clot-based assays is summarized in Figure 3, is concordant with published studies, and also confirms the sensitivity of dRVVT to rivaroxaban as well as the potential role of dRVVT in laboratory testing for a rivaroxaban drug effect. Testing of ex vivo samples from patients placed on rivaroxaban for various therapeutic indications provided broadly similar findings, but interestingly with reduced sensitivity for the PT, such that dRVVT was the more sensitive assay (data not shown).

## Routine or urgent assessment of apixaban

Similarly to the two previous investigations on dabigatran and rivaroxaban, Douxfils et al. [36]. also comprehensively tested the influence of apixaban on hemostasis assays. Apixaban was spiked in pooled citrated normal human PPP to achieve seven final concentrations of the drug

ranging from 50 to 500 ng/mL. A concentration-dependent prolongation was observed for thrombin generation, PT, APTT, PTT-LA, dRVVT, and chromogenic anti-FXa assay. Unfortunately, according to the authors, none of the conventional clotting assays was sensitive enough to provide accurate estimation of the pharmacodynamic effect of the drug, so that it was concluded that the more specific and sensitive chromogenic anti-FXa assays would be required assessing the risk of bleeding, as well as for accurate estimation and measurement of apixaban in the individual patient. These results were further confirmed by Gouin-Thibault et al. [37], who also showed that the sensitivity of both PT and APTT reagents was dramatically low, with ratios always lower than 1.20 at a plasma concentration of 100 ng/mL. Assessment of modified methods for improving the sensitivity of common laboratory assays to apixaban is in progress. For example, Barrett et al. [38] described a simple modification to the PT to increase its sensitivity to apixaban and another anti-FXa agent in development by addition of calcium chloride solution to the PT reagent. Interesting data have also emerged from a recent report of the International Society on Thrombosis and Haemostasis (ISTH) Subcommittee on Control of Anticoagulation on the determination of the anticoagulant effects of apixaban [39], in which it was shown that sensitive PT assays, prothrombin-induced clotting time, and chromogenic methods can reliably determine the concentration of apixaban in patients' sample, up to a final concentration of 440 ng/mL. It was also concluded, however, that the use of clotting assays based on thromboplastin reagents should only be limited for assessment of the anticoagulant effect of this drug in emergency settings.

Because it has been demonstrated that the reagents used for anti-FXa activity differ widely in terms of sensitivity to the presence of apixaban in plasma [37], results should preferably be reported as apixaban concentration through interpolation of clotting times from local calibration curves prepared by analysis of apixaban-calibration plasmas.

### Local studies

The Westmead laboratory has also investigated apixaban sensitivity in a variety of assays, including PT, APTT, dRVVT, and anti-FXa assay (using reagents as per previous studies with dabigatran and rivaroxaban). For these studies, a range of in vitro spiked samples were prepared by serial dilution of a high concentration apixaban sample (~600 ng/mL). Data obtained for the clot-based assays are summarized in Figure 3 and are concordant with published studies showing relative insensitivity of both PT and APTT, but additionally confirm the sensitivity of the dRVVT to apixaban as well as the potential role of dRVVT in laboratory testing for the drug effect. Indeed, dRVVT was much more sensitive than both PT and APTT in this setting.

### Routine or urgent assessment of edoxaban

At variance with other DOACs, information on routine or urgent assessment of edoxaban is scarce and almost limited to the study of Ogata et al. [16]. In brief, the authors collected blood samples at serial time points from 0 to 48 h after single-dose administration (i.e., 10, 30, and 60 mg) and measured APTT, PT, and anti-FXa activity. The single administration of the drug produced a dose-dependent prolongation of all tests. Mores specifically, the maximum prolongation relative to baseline after administration of 10, 30, and 60 mg edoxaban were 9%, 30%, and 50% for APTT; 14%, 49%, and 99% for PT; and 40%, 210%, and 380% for chromogenic anti-FXa assay, respectively. A direct linear correlation between plasma concentrations of edoxaban and blood coagulation parameters was also observed, with correlation coefficients of 0.90 for APTT, 0.94 for PT, and 0.96 for the chromogenic anti-FXa assay. Taken together, these data suggest that chromogenic anti-FXa assays may be more suited for the assessment of edoxaban, although the linearity of such tests is limited to a maximum concentration of 200 ng/mL, which raises some doubts as to whether these assays may be really suitable for assessing the risk of bleeding in patients taking edoxaban. Moreover, because it is predictable that the reagents used for anti-FXa activity will differ widely in terms of sensitivity to the presence of edoxaban in plasma, results should preferably be reported as edoxaban concentration through interpolation of clotting time from local calibration curves prepared by analysis of edoxaban-calibration plasmas.

# Recent guidelines and recommendations for laboratory assessment of DOACs

To provide a comprehensive picture of national and international guidelines on urgent and routine measurement of DOACs, we performed a systematic search using the three mostly accessed scientific databases Medline, Scopus, and Web of Science [40], with the following criteria: (a)

keywords: "guidelines" or "recommendations" or "indications" or "position paper" and "novel oral anticoagulants" or "new oral anticoagulants" or "direct oral anticoagulants" or "dabigatran" or "rivaroxaban" or "apixaban" or "edoxaban"; (b) date limits: none; (c) language: English. The references of retrieved items were also systematically reviewed to identify further documents on this topic. After careful reading of title, abstract, and text (when available), 125 of a total number of 135 items were excluded because no indications for laboratory measurement of DOACs were presented. Ten documents were finally selected (Table 3) [41–50].

Regarding dabigatran and other potential FIIa direct oral inhibitors, most guidelines (i.e., 9/10) were in agreement by suggesting that the APTT may be a reliable screening test in patients taking this drug, especially when rapid and reliable information about the potential risk of overcoagulation is needed. Additional or alternate recommendation for standard TT testing was provided by some guidelines. For a more accurate estimation of the anticoagulant effect, the dTT (or HTI, its commercial version) and ECT were suggested in 9/10 and 6/10 guidelines, respectively (Table 3).

Regarding anti-FXa inhibitors, the PT was proposed as a reliable screening test in patients taking these drugs in 6/7 guidelines, especially when rapid and reliable information about the potential risk of overcoagulation is needed, but with some notable exceptions. For example, the PT was not indicated for screening of patients taking apixaban according to the European Society of Cardiology (ESC), whereas this indication was limited to rivaroxaban (due to the lack of data on other DOACs) according to the European Heart Rhythm Association (EHRA) and the Australasian Society of Thrombosis and Hemostasis (ASTH). Interestingly, the American College of Chest Physicians (ACCP) and an Australian consensus document ruled out the use of the PT for assessing direct oral FXa inhibitors. For a more accurate estimation of the anticoagulant effect of anti-FXa inhibitors, all available guidelines (i.e., 8/8) were in agreement to use anti-FXa assays as the preferred means, although in three of five recommendations, data were lacking on some of the available anti-FXa inhibitors.

Taken together, the available published evidence allows the development of tentative algorithms for urgent and routine measurement of DOACs. Two possible algorithms are shown in Figures 4 and 5. In synthesis, the urgent screening of DOACs when the drug being assessed is known may entail the use of APTT for dabigatran (and other anti-FIIa inhibitors), whereas the assessment of PT may be suitable for screening of rivaroxaban (Figure 4). No conventional clotting test seems suitable for apixaban and edoxaban, although the dRVVT may be an acceptable option (at least for apixaban). Regarding the accurate estimation of the anticoagulant effect, this may be accomplished for dabigatran with dTT/HTI (or a suitable ecarin based assay such as the ECT) and for all anti-FXa drugs with anti-FXa assays, with some residual doubts about the effectiveness of

**Table 3** Summary of national and international recommendations regarding urgent and routine assessment of DOACs.

| | Screening | | Drug level assessment | |
| --- | --- | --- | --- | --- |
| | Anti-FIIa drugs | Anti-FXa drugs | Anti-FIIa drugs | Anti-FXa drugs |
| ISTH [41] | APTT | PT | dTT[a] | Anti-FXa assay |
| ACCP [42] | TT | None | ECT | Anti-FXa assay |
| ESC [43] | APTT | PT[b] | dTT[a] or ECT | Anti-FXa assay[b] |
| EHRA [44] | APTT | PT[c] | dTT[a] or ECT | Anti-FXa assay[c] |
| Australian Consensus Document [45] | N/A[d] | N/A[d] | dTT[d] | Anti-FXa assay[d] |
| Government of South Australia [46] | APTT or TT | N/A | dTT[a] | N/A |
| ASTH [47] | APTT (and TT) | PT[c] | dTT[a] | Anti-FXa assay[c] |
| FCSA, SIMeL, SIBioC, and CISMEL [48] | APTT | PT | dTT[a] or ECT | Anti-FXa assay |
| BCSH [49] | APTT | PT | dTT[a] or ECT | Anti-FXa assay |
| SSTH [50] | APTT | N/A | dTT[a] or ECT | N/A |

[a]dTT in this table is taken to mean either the commercial HTI assay or a suitable/comparable in-house dTT method. [b]Not indicated for apixaban. [c]Not assessed for apixaban and edoxaban. [d]Not assessed for rivaroxaban and edoxaban. ACCP, American College of Chest Physicians; APTT, activated partial thromboplastin time; ASTH, Australasian Society of Thrombosis and Haemostasis; BSCH, British Committee for Standards in Haematology; CISMEL, Italian Committee for Standardization of Hematological and Laboratory Methods; dTT, diluted thrombin time; ECT, ecarin clotting time; EHRA, European Heart Rhythm Association; ESC, European Society of Cardiology; FII, factor II; FX, factor X; FCSA, Federation of Centers for Surveillance of Anticoagulation; ISTH, International Society on Thrombosis and Haemostasis; N/A, not available; PT, prothrombin time; SIBioC, Italian Society of Clinical Biochemistry and Laboratory Medicine; SIMeL, Italian Society of Laboratory Medicine; SSTH, Swedish Society on Thrombosis and Haemostasis; TH, thrombosis and hemostasis; TT, thrombin time.



**Figure 4** A tentative simple algorithm for the urgent screening of DOACs dabigatran, rivaroxaban, apixaban, and edoxaban when the drug being assessed is known.
APTT, activated partial thromboplastin time; DOACs, direct oral anticoagulants; dTT, dilute thrombin time; ECT, ecarin clotting time; PT, prothrombin time.

an estimate that this approach may be effective to save more than 90% of reagent cost [27].

In regards to recent local Australasian experience, the HTI/dTT assays were found to be much more sensitive to dabigatran, and more reproducible in this setting than existing ECT assays in use (manuscript in preparation). Additionally, data from the commercial HTI and in-house dTT assays were almost interchangeable [52]. Based on these data, the Westmead laboratory is currently recommending the HTI/dTT method ahead of the ECT method for assessment of dabigatran. However, better harmonization of the ECT assay in other localities may provide additional support for use of this assay in place of the HTI/dTT assays in those geographies. Moreover, in some geographies, the ECT may be cleared by regulators of in vitro diagnostic products, but HTI/dTT assays may not be. We have previously reported on differential geographical haemostasis testing based on regulatory issues [53]. The Westmead laboratory's current recommended approach to assessment of the DOACs, where the drug being assessed is not known, is shown in Figure 5. To some extent, the approach undertaken depends on tests available at local sites. All coagulation laboratories tend to perform PT and these tests for measuring the anticoagulant effect of edoxaban. A preliminary estimation of expenditure and general utilization of laboratory resources has allowed



**Figure 5** A more detailed algorithm, as used by the Westmead laboratory, for the screening of DOACs dabigatran, rivaroxaban, and apixaban when the drug being assessed is not known.
Figure modified/updated from Favaloro et al. [51]. APTT, activated partial thromboplastin time; DOAC, direct oral anticoagulant; dRVVT, dilute Russell Viper Venom time; dTT, dilute thrombin time; ECT, ecarin clotting time; LA, lupus anticoagulant; PT, prothrombin time; TT, thrombin time.

APTT assays, with these typically available 24 h/day. Many laboratories can also perform TT assays. Accordingly, these assays are recommended as a preliminary screen, and normal results will provide sufficient evidence of absence of significant effects from dabigatran and rivaroxaban (assuming the laboratory has validated relative sensitivities to these drugs). Normal PT and APTT assays may not discount an apixaban (or edoxaban) effect, due to low sensitivity. The dRVVT assays are also often available in many coagulation laboratories, being used for LA testing. In our experience, this assay, using the confirmation regent to reduce possible LA interference, can provide additional information, and a normal dRVVT can be used to exclude a significant dabigatran, rivaroxaban, and apixaban effect. The pattern of results from these four clot-based assays, readily available in many coagulation laboratories, can also inform on the possible drug present (Table 4). Naturally, if the assays are available, and should drug levels require quantification, then specific quantitative assays should instead, or additionally, be performed (Figure 5). Indeed, addition of these assays will also help to determine the likely drug, given the different patterns observed (Table 4).

## Conclusions

The development and marketing of DOACs has revolutionized the historical approach to anticoagulant therapy [51, 54]. Although these novel classes of agents present several advantages over traditional VKAs and heparins, the claimed benefit that laboratory monitoring is not needed cannot be taken to mean that measurement of their effect will not be required. There are several exceptions to this general rule (Table 1), which make the routine and urgent measurement of DOACs a certainty, likely to further increase with time as the DOACs continue to replace conventional anticoagulants and for increasing numbers of indications. In a world with limited resources, the use of simple and economical means for therapeutic drug assessments represents a valuable perspective (Figure 4), provided that the major limitations of first- and second-line tests are clearly acknowledged. When more thorough assessments are required and the suspected drug is less clear, a more thorough evaluation may be required (Figure 5, Table 4).

The major drawback of conventional hemostasis testing for 'monitoring' of DOACs as per conventional anticoagulants is represented by several caveats, including the fact that no association has been clearly identified between these tests and clinical outcomes as well as the many difficulties associating levels of these drugs in relation to timing of dose and so on [10, 48]. This highlights a current gap in the role of laboratory testing for surveillance and management of adverse events associated with these novel drugs [48].

The dRVVT remains underexplored for its potential contribution to laboratory assessment of the DOACs. We provide some data on the sensitivity of one dRVVT method to three of the DOACs (dabigatran, rivaroxaban, apixaban) in this report (see also Figure 3). In many cases, the sensitivity of the dRVVT is higher than that for the routine assays (PT and APTT). As the dRVVT is used widely in LA detection, it should not be difficult for laboratories to assess the sensitivity of the reagent in use in their laboratory against the DOACs. We have already previously identified the sensitivity of the dRVVT for the DOACs and its potential utility as a laboratory screen for the DOACs [7]. Others have also provided similar evidence [55, 56]. However, there are

Table 4  Summary of test patterns for DOACs and conventional anticoagulants.

| Coagulation test | | | | | | Effect of |
|---|---|---|---|---|---|---|
| | Anti-Xa DOACs (Rivaroxaban) | Anti-Xa DOACs (Apixaban) | Anti-IIa DOACs (Dabigatran) | VKAs | UFH | LMWH |
| PT/INR | ++ | (+) | + | ++ | −/+ | − |
| aPTT | + | (+) | ++ | + | ++ | −/+ |
| TT | − | − | ++ | − | ++ | +/− |
| Anti-Xa | ++ | ++ | − | − | ++ | ++ |
| dRVVT | ++ | ++ | ++ | ++ | −/++ | − |

APTT, activated partial thromboplastin time; DOACs, direct oral anticoaculants; dRVVT, dilute Russell viper venom time; LMWH, low-molecular-weight heparin; PT, prothrombin time; TT, thrombin time; VKAs, vitamin K antagonists; UFH, unfractionated heparin. UFH at therapeutic levels will not affect PT or dRVVT when these reagents contain a heparin neutralizer; however, excess UFH will affect these assays when neutralizer limits are exceeded.

some differential sensitivities evident against the different drugs, and the use of different dRVVT reagents, and so laboratories need to properly evaluate the dRVVT assay in use in their laboratory against all the DOACs in use in their locality. Finally, of additional interest, it can be noted that the DOACs can be assessed in non-plasma samples. Thus, Harenberg et al. [12, 57] have shown that the measurement of dabigatran, rivaroxaban, and apixaban is feasible in serum samples of patients, and reliable at least for the latter two agents, and is also possible in urine [58]. These may provide additional opportunities when plasma samples are unavailable and where additional plasma collection is impractical or not possible.

**Author contributions:** All the authors have accepted responsibility for the entire content of this submitted manuscript and approved submission.
**Financial support:** None declared.
**Employment or leadership:** None declared.
**Honorarium:** None declared.
**Competing interests:** The funding organization(s) played no role in the study design; in the collection, analysis, and interpretation of data; in the writing of the report; or in the decision to submit the report for publication.

# References

1. Guyatt GH, Akl EA, Crowther M, Gutterman DD, Schuünemann HJ; American College of Chest Physicians Antithrombotic Therapy and Prevention of Thrombosis Panel. Executive summary: antithrombotic therapy and prevention of thrombosis, 9th ed.: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines. Chest 2012;141(Suppl):7S–47S.
2. Lippi G, Franchini M, Favaloro EJ. Pharmacogenetics of vitamin K antagonists: useful or hype? Clin Chem Lab Med 2009;47:503–15.
3. Favaloro EJ, Lippi G, Koutts J. Laboratory testing of anticoagulants – the present and the future. Pathology 2011;43:682–92.
4. Eby C. Warfarin pharmacogenetics: does more accurate dosing benefit patients? Semin Thromb Hemost 2012;38:661–6.
5. Ruff CT, Giugliano RP, Braunwald E, Hoffman EB, Deenadayalu N, Ezekowitz MD, et al. Comparison of the efficacy and safety of new oral anticoagulants with warfarin in patients with atrial fibrillation: a meta-analysis of randomised trials. Lancet 2014;383:955–62.
6. Bonar RA, Favaloro EJ, Marsden K. External quality assurance for heparin monitoring. Semin Thromb Hemost 2012;38:632–9.
7. Favaloro EJ, Lippi G. The new oral anticoagulants and the future of haemostasis laboratory testing. Biochem Med (Zagreb) 2012;22:329–41.
8. van der Hulle T, Kooiman J, den Exter PL, Dekkers OM, Klok FA, Huisman MV. Effectiveness and safety of novel oral anticoagulants as compared with vitamin K antagonists in the treatment of acute symptomatic venous thromboembolism: a systematic review and meta-analysis. J Thromb Haemost 2014;12:320–8.
9. Loke YK, Pradhan S, Yeong JK, Kwok CS. Comparative coronary risks of apixaban, rivaroxaban and dabigatran: a meta-analysis and adjusted indirect comparison. Br J Clin Pharmacol 2014. doi: 10.1111/bcp.12376. [Epub ahead of print 11 Mar 2014].
10. Lippi G, Favaloro EJ, Mattiuzzi C. Combined administration of antibiotics and direct oral anticoagulants: a renewed indication for laboratory monitoring? Semin Thromb Hemost 2014. doi: 10.1055/s-0034-1381233. [Epub ahead of print 11 Jun 2014].
11. Favaloro EJ, Lippi G. Laboratory testing and/or monitoring of the new oral anticoagulants/antithrombotics: for and against? Clin Chem Lab Med 2011;49:755–7.
12. Harenberg J, Kraemer S, Du S, Giese C, Schulze A, Kraemer R, et al. Determination of direct oral anticoagulants from human serum samples. Semin Thromb Hemost 2014;40:129–34.
13. van Ryn J, Stangier J, Haertter S, Liesenfeld KH, Wienen W, Feuring M, et al. Dabigatran etexilate – a novel, reversible, oral direct thrombin inhibitor: interpretation of coagulation assays and reversal of anticoagulant activity. Thromb Haemost 2010;103:1116–27.
14. Mueck W, Borris LC, Dahl OE, Haas S, Huisman MV, Kakkar AK, et al. Population pharmacokinetics and pharmacodynamics of once- and twice-daily rivaroxaban for the prevention of venous thromboembolism in patients undergoing total hip replacement. Thromb Haemost 2008;100:453–61.
15. Becker RC, Alexander JH, Newby LK, Yang H, Barrett Y, Mohan P, et al. Effect of apixaban, an oral and direct factor Xa inhibitor, on coagulation activity biomarkers following acute coronary syndrome. Thromb Haemost 2010;104:976–83.
16. Ogata K, Mendell-Harary J, Tachibana M, Masumoto H, Oguma T, Kojima M, et al. Clinical safety, tolerability, pharmacokinetics, and pharmacodynamics of the novel factor Xa inhibitor edoxaban in healthy volunteers. J Clin Pharmacol 2010;50:743–53.
17. Gous T, Couchman L, Patel JP, Paradzai C, Arya R, Flanagan RJ. Measurement of the direct oral anticoagulants apixaban, dabigatran, edoxaban, and rivaroxaban in human plasma using turbulent flow liquid chromatography with high-resolution mass spectrometry. Ther Drug Monit 2014. [Epub ahead of print 1 Apr 2014].
18. Douxfils J, Mullier F, Robert S, Chatelain C, Chatelain B, Dogné JM. Impact of dabigatran on a large panel of routine or specific coagulation assays. Laboratory recommendations for monitoring of dabigatran etexilate. Thromb Haemost 2012;107:985–97.
19. Avecilla ST, Ferrell C, Chandler WL, Reyes M. Plasma-diluted thrombin time to measure dabigatran concentrations during dabigatran etexilate therapy. Am J Clin Pathol 2012;137:572–4.
20. Lindahl TL, Baghaei F, Blixter IF, Gustafsson KM, Stigendal L, Sten-Linder M, et al. Effects of the oral, direct thrombin inhibitor dabigatran on five common coagulation assays. Thromb Haemost 2011;105:371–8.
21. Harenberg J, Giese C, Marx S, Krämer R. Determination of dabigatran in human plasma samples. Semin Thromb Hemost 2012;38:16–22.
22. Stangier J, Feuring M. Using the HEMOCLOT direct thrombin inhibitor assay to determine plasma concentrations of dabigatran. Blood Coagul Fibrinolysis 2012;23:138–43.

23. Douxfils J, Dogné JM, Mullier F, Chatelain B, Rönquist-Nii Y, Malmström RE, et al. Comparison of calibrated dilute thrombin time and aPTT tests with LC-MS/MS for the therapeutic monitoring of patients treated with dabigatran etexilate. Thromb Haemost 2013;110:543–9.
24. Hapgood G, Butler J, Malan E, Chunilal S, Tran H. The effect of dabigatran on the activated partial thromboplastin time and thrombin time as determined by the Hemoclot thrombin inhibitor assay in patient plasma samples. Thromb Haemost 2013;110:308–15.
25. Antovic JP, Skeppholm M, Eintrei J, Boija EE, Söderblom L, Norberg EM, et al. Evaluation of coagulation assays versus LC-MS/MS for determinations of dabigatran concentrations in plasma. Eur J Clin Pharmacol 2013;69:1875–81.
26. Gosselin RC, Dwyre DM, Dager WE. Measuring dabigatran concentrations using a chromogenic ecarin clotting time assay. Ann Pharmacother 2013;47:1635–40.
27. Lippi G, Ardissino D, Quintavalla R, Cervellin G. Urgent monitoring of direct oral anticoagulants in patients with atrial fibrillation. A tentative approach based on routine laboratory tests. J Thromb Thrombolysis 2014;38:269–74.
28. Douxfils J, Mullier F, Loosen C, Chatelain C, Chatelain B, Dogné JM. Assessment of the impact of rivaroxaban on coagulation assays: laboratory recommendations for the monitoring of rivaroxaban and review of the literature. Thromb Res 2012;130:956–66.
29. Tripodi A. Which test to use to measure the anticoagulant effect of rivaroxaban: the prothrombin time test. J Thromb Haemost 2013;11:576–8.
30. Hillarp A, Baghaei F, Fagerberg Blixter I, Gustafsson KM, Stigendal L, Sten-Linder M, et al. Effects of the oral, direct factor Xa inhibitor rivaroxaban on commonly used coagulation assays. J Thromb Haemost 2011;9:133–9.
31. Samama MM, Martinoli JL, LeFlem L, Guinet C, Plu-Bureau G, Depasse F, et al. Assessment of laboratory assays to measure rivaroxaban – an oral, direct factor Xa inhibitor. Thromb Haemost 2010;103:815–25.
32. Harenberg J, Erdle S, Marx S, Krämer R. Determination of rivaroxaban in human plasma samples. Semin Thromb Hemost 2012;38:178–84.
33. Samama MM. Which test to use to measure the anticoagulant effect of rivaroxaban: the anti-factor Xa assay. J Thromb Haemost 2013;11:579–80.
34. Samama MM, Contant G, Spiro TE, Perzborn E, Guinet C, Gourmelin Y, et al. Evaluation of the anti-factor Xa chromogenic assay for the measurement of rivaroxaban plasma concentrations using calibrators and controls. Thromb Haemost 2012;107:379–87.
35. Harenberg J, Marx S, Kramer R, Giese C, Weiss C. Determination of an international sensivility index of thromboplastin reagents using a WHO thromboplastin as calibrator for plasma spiked with rivaroxaban. Blood Coagul Fibrinolysis 2011;22:637–41.
36. Douxfils J, Chatelain C, Chatelain B, Dogné JM, Mullier F. Impact of apixaban on routine and specific coagulation assays: a practical laboratory guide. Thromb Haemost 2013;110:283–94.
37. Gouin-Thibault I, Flaujac C, Delavenne X, Quenet S, Horellou MH, Laporte S, et al. Assessment of apixaban plasma levels by laboratory tests: suitability of three anti-Xa assays. A multicentre French GEHT study. Thromb Haemost 2014;111:240–8.
38. Barrett YC, Wang Z, Knabb RM. A novel prothrombin time assay for assessing the anticoagulant activity of oral factor Xa inhibitors. Clin Appl Thromb Hemost 2013;19:522–8.
39. Harenberg J, Du S, Weiss C, Krämer R, Hoppensteadt D, Walenga J; working party: methods to determine apixaban of the Subcommittee on Control of Anticoagulation of the International Society of Thrombosis and Haemostasis. Report of the Subcommittee on Control of Anticoagulation on the determination of the anticoagulant effects of apixaban: communication from the SSC of the ISTH. J Thromb Haemost 2014;12:801–4.
40. Lippi G, Favaloro EJ, Simundic AM. Biomedical research platforms and their influence on article submissions and journal rankings: an update. Biochem Med (Zagreb) 2012;22:7–14.
41. Baglin T, Hillarp A, Tripodi A, Elalamy I, Buller H, Ageno W. Measuring Oral Direct Inhibitors (ODIs) of thrombin and factor Xa: a recommendation from the Subcommittee on Control of Anticoagulation of the Scientific and Standardisation Committee of the International Society on Thrombosis and Haemostasis. J Thromb Haemost 2013. doi: 10.1111/jth.12149. [Epub ahead of print 24 Jan 2013].
42. Ageno W, Gallus AS, Wittkowsky A, Crowther M, Hylek EM, Palareti G; American College of Chest Physicians. Oral anticoagulant therapy: antithrombotic therapy and prevention of thrombosis, 9th ed: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines. Chest 2012;141(2 Suppl):e44S–88S.
43. Camm AJ, Lip GY, De Caterina R, Savelieva I, Atar D, Hohnloser SH, et al.; ESC Committee for Practice Guidelines (CPG). 2012 focused update of the ESC Guidelines for the management of atrial fibrillation: an update of the 2010 ESC Guidelines for the management of atrial fibrillation. Developed with the special contribution of the European Heart Rhythm Association. Eur Heart J 2012;33:2719–47.
44. Heidbuchel H, Verhamme P, Alings M, Antz M, Hacke W, Oldgren J, et al. EHRA practical guide on the use of new oral anticoagulants in patients with non-valvular atrial fibrillation: executive summary. Eur Heart J 2013;34:2094–106.
45. Ward C, Conner G, Donnan G, Gallus A, McRae S. Practical management of patients on apixaban: a consensus guide. Thromb J 2013;11:27.
46. Government of South Australia. Dabigatran Clinical Guidelines. Updated: 23 Jan 2014. Available from: http://www.sahealth.sa.gov.au/wps/wcm/connect/eea3550048fb0a5f895afd7675638bd8/Dabigatran+Clinical+Guidelines+Feb+2012_PHCS-MTPP-201302.pdf?MOD=AJPERES&CACHEID=eea3550048fb0a-5f895afd7675638bd8. Accessed 29 Apr 2014.
47. Tran H, Joseph J, Young L, McRae S, Curnow J, Nandurkar H, et al. New oral anticoagulants – a practical guide on prescription, laboratory testing and peri-procedural/bleeding management. Intern Med J 2014;44:525–36.
48. Tripodi A, Di Iorio G, Lippi G, Testa S, Manotti C. Position paper on laboratory testing for patients taking new oral anticoagulants. Consensus document of FCSA, SIMeL, SIBioC and CISMEL. Clin Chem Lab Med 2012;50:2137–40.
49. Baglin T, Keeling D, Kitchen S; British Committee for Standards in Haematology. Effects on routine coagulation screens and assessment of anticoagulant intensity in patients taking oral dabigatran or rivaroxaban: guidance from the British Committee for Standards in Haematology. Br J Haematol 2012;159:427–9.
50. Swedish Society on Thrombosis and Haemostasis (SSTH). Clinical recommendations for treatment with new oral anticoagulants. Available from: http://ssth.se/documents/vp/vpeng120213.pdf. Accessed 29 Apr 2014.

51. Favaloro EJ, Bonar R, Butler J, Marsden K. Laboratory testing for the new oral anticoagulants: a review of current practice. Pathology 2013;45:435–7.
52. Bonar R, Favaloro EJ, Marsden K; RCPAQAP Haematology Haemostasis Committee. Dabigatran special exercise report. Issued April 2014. St Leonards, NSW, Australia: RCPA Quality Assurance Program.
53. Favaloro EJ, Plebani M, Lippi G. Regulation in hemostasis and thrombosis: part I – in vitro diagnostics. Semin Thromb Hemost 2013;39:235–49.
54. Di Minno A, Spadarella G, Prisco D, Franchini M, Lupoli R, Di Minno MN. Clinical judgment when using coagulation tests during direct oral anticoagulant treatment: a concise review. Semin Thromb Hemost 2013;39:840–6.
55. Exner T, Ellwood L, Rubie J, Barancewicz A. Testing for new oral anticoagulants with LA-resistant Russells viper venom reagents. An in vitro study. Thromb Haemost 2013;109:762–5.
56. Altman R, Gonzalez CD. Simple and rapid assay for effect of the new oral anticoagulant (NOAC) rivaroxaban: preliminary results support further tests with all NOACs. Thromb J 2014;12:7.
57. Harenberg J, Krämer S, Du S, Zolfaghari S, Schulze A, Krämer R, et al. Measurement of rivaroxaban and apixaban in serum samples of patients. Eur J Clin Invest 2014;44: 743–52.
58. Harenberg J, Du S, Krämer S, Giese C, Schulze A, Weiss C, et al. Novel methods for assessing oral direct factor Xa and thrombin inhibitors: use of point-of-care testing and urine samples. Semin Thromb Hemost 2013;39:66–71.

5767884.pdf.13
Brought to you by | De Gruyter / TCS
Authenticated
Download Date | 9/29/14 9:25 PM