UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Joseph Orr, Jr., et al. v. Janssen et al.* Case No. 2:15-cv-03708 | * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER RE: PLAINTIFFS' MOTION IN LIMINE NO. 35

Before the Court is the *Plaintiffs' Motion In Limine No. 35 To Admit Evidence Of Defendants' Statements Outside The United States That Directly Contradict Their Position That Pt Neoplastin Is Not Useful And Does Not Work To Determine The Anticoagulant Activity Of Xarelto,* it is **ORDERED** that Plaintiffs' Motion In Limine 35 is **GRANTED.** Plaintiffs are be permitted to introduce evidence of Defendants' knowledge about the usefulness of PT Neoplastin as expressed in their own otherwise admissible documents and medical literature including international medical association guidelines and position papers, in the presence of the jury, whether directly or indirectly, and whether at *voir dire* or during trial.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**