# Exhibit 1

# Transcript of the Testimony of
# Videotaped Deposition of Cuong Bui, M.D.

**Date taken: July 7, 2016**
**CONFIDENTIAL**

**In Re: Xarelto (Rivaroxaban)**

All electronic deposition & exhibit files
are available at <<<www.psrdocs.com>>>.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: http://www.psrdocs.com

Page 189

1    Q    All right.  Are you aware that the
2  label for Xarelto says there's no way to monitor
3  Xarelto levels in a patient?
4         MR. IRWIN:
5             Object to the form.
6         THE WITNESS:
7             I'm not aware of the label.  I am
8         aware of commercials and general medical
9         assumption that there is no need to
10        monitor it --
11 EXAMINATION BY MR. ABNEY:
12   Q    Well, in --
13   A    -- the levels, yes.
14   Q    In Ms. Orr's case, you had a need to
15 know whether she had Xarelto on board or not,
16 didn't you?
17   A    It would have been -- yes, so I guess
18 if I had a test like an INR test or some other
19 test that would readily, quickly give me an
20 answer about whether she had it on board and how
21 much, then yes, that would have been useful.
22   Q    And you've treated other patients
23 that were anticoagulated that had bleeds,
24 haven't you?
25   A    Yes.

Page 190

1    Q    And same thing, if they come in and
2  they're unresponsive, you would prefer to have a
3  simple, easy test to tell if they're on one of
4  these anticoagulants and how much of it they
5  have in their system, right?
6    A    Yes.
7    Q    And if the manufacturers had
8  determined years ago that there was such a
9  simple, easy test to look at how much Xarelto
10 effect a patient had, is that something you
11 think they should share with labs and emergency
12 departments and neurosurgery departments like
13 you have here at Ochsner?
14        MR. IRWIN:
15            Object to form.
16        THE WITNESS:
17            I think that would be dependent
18       on the -- one is the sensitivity and
19       specificity of such test, whether that's
20       been validated and have passed all the
21       regulatory requirement for it to be
22       meaningful without a lot of false
23       positives and false negatives.  And so if
24       that was the case, then I think that would
25       be useful information to know.

Page 191

1  EXAMINATION BY MR. ABNEY:
2    Q    Are you aware that these same
3  manufacturers, Janssen and Bayer, in other
4  countries like Australia or New Zealand tell
5  physicians in the label that there's a certain
6  PT reagent that they can use to assess the
7  levels of Xarelto in a patient's blood?
8         MR. IRWIN:
9             Object to form.
10        THE WITNESS:
11            Again, I'm not aware; but again,
12       I'm not a primary provider that uses
13       Xarelto, stuff like that, so I'm not -- I
14       guess I wouldn't be the first line of
15       informant for that type of information.
16       That would be probably the cardiologist,
17       the primary care physicians, or the
18       vascular neurologist.  But no, I
19       personally am not aware.
20 EXAMINATION BY MR. ABNEY:
21   Q    And to your knowledge, has anybody at
22 that facility that was responsible for treating
23 Ms. Orr -- was anybody at this facility, to your
24 knowledge, aware of the fact that there was a
25 simple, easy blood test that could have told you

Page 192

1  what level of Xarelto Ms. Orr had?
2         MR. IRWIN:
3             Object to form.
4         THE WITNESS:
5             I can't answer for the
6        neurocritical care folks, I can't answer
7        for the ER folks, and I can't answer for
8        our lab.  But I was not aware, and in the
9        course of treatment, nobody on the
10       other -- nobody on the concurrent treating
11       teams brought up anything to that effect.
12 EXAMINATION BY MR. ABNEY:
13   Q    And my question wasn't asking you to
14 speak for everybody; it was just to your
15 knowledge.  Has anybody ever told you from any
16 of these other departments at Ochsner, "Hey,
17 Doc, if you have somebody come in in an emergent
18 situation, we can test for their Xarelto levels
19 and tell you how much they have on board"; has
20 anybody ever told you that?
21   A    So I guess the question is:  Up to
22 the point back in April 2015 or up to now as
23 we're sitting here at this table?
24   Q    Good point.  Let's answer both of
25 them.

Videotaped Deposition of Cuong Bui, M.D.
In Re:  Xarelto (Rivaroxaban)

Page 237

```
 1              REPORTER'S CERTIFICATE
 2
 3       This certification is valid only for a
         transcript accompanied by my original signature
 4       and original required seal on this page.
 5            I, Gretchen Alexander, Certified
         Court Reporter in and for the State of
 6       Louisiana, as the officer before whom this
         testimony was taken, do hereby certify that
 7       CUONG BUI, MD, after having been duly sworn
         by me upon authority of R.S. 37:2554, did
 8       testify as hereinbefore set forth in the
         foregoing 235 pages; that this testimony was
 9       reported by me in the stenotype reporting
         method, was prepared and transcribed by me
10       or under my personal direction and
         supervision, and is a true and correct
11       transcript to the best of my ability and
         understanding; that the transcript has been
12       prepared in compliance with transcript
         format guidelines required by statute or by
13       rules of the board, and that I am informed
         about the complete arrangement, financial or
14       otherwise, with the person or entity making
         arrangements for deposition services; that I
15       have acted in compliance with the
         prohibition on contractual relationships, as
16       defined by Louisiana Code of Civil Procedure
         Article 1434 and in rules and advisory
17       opinions of the board; that I have no actual
         knowledge of any prohibited employment or
18       contractual relationship, direct or
         indirect, between a court reporting firm and
19       any party litigant in this matter, nor is
         there any such relationship between myself
20       and a party litigant in this matter; that I
         am not related to counsel or the parties
21       herein, nor am I otherwise interested in the
         outcome of this matter.
22
23       _____
         GRETCHEN ALEXANDER, CCR, RPR
24       CERTIFIED COURT REPORTER
25
```

Page 237