# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| *Joseph Orr, Jr., et al. v. Janssen et al.* Case No. 2:15-cv-03708 | * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the Motion for Expedited Hearing filed by Plaintiffs;

IT IS ORDERED BY THE COURT that the motion is GRANTED and a hearing on Plaintiffs' Expedited Motion in Limine No. 11 to Preclude Testimony and Argument About the Personal Use of Anticoagulants Including Xarelto By Defendants' Experts, Employees and/or Family Members or, In the Alternative, If Such Testimony is Allowed, to Compel the Production of Relevant Medical Records and/or Medical Authorizations and Depositions [Rec. Doc. 6445] is set on an expedited basis for the 24th day of May, 2017, at 11 o'clock a.m.

IT IS FURTHR ORDERED BY THE COURT that all responses to the motion be filed on or before the 18th day of May, 2017.

New Orleans, Louisiana, 11th day of May, 2017.

_____
Eldon E. Fallon
United States District Court Judge