# Exhibit 1

Summary of Plaintiffs' Current and Conceded Claims

| PLAINTIFFS' CLAIMS AND THEORIES | RAISED | STATUS OF CLAIM |
|---|---|---|
| **Black Box Warning**: Plaintiffs alleged that Xarelto's label should have included a "black-box warning" regarding bleeding risk. | *See Orr* Compl. ¶¶ 75, 90 (No. 15-cv-03708, Doc. 1); Smart Rep. at 6 ¶ 7; Parisian Rep. at 13 ¶ K.; Cuculich Rep. at 3, ¶ 4.b. | **X:** Pls.' Opp. To Defs.' Labeling Preemption MSJ (Doc. 5650), at 2 n.2 ("Plaintiffs do not intend to advance [a black-box] argument at trial . . . ."). |
| **Failure to Test**: Plaintiffs alleged that Defendants failed to properly "test" Xarelto before bringing it to market. | *Orr* Compl. ¶¶ 147, 155, 184. *E.g.*, Parisian Rep. at 13–14, ¶ L; Rosing Rep. at 5. | **X:** Pls.' Opp. To Defs.' LPLA Design Defect MSJ (Doc. 5606), at 10 n.30 ("[T]he failure to test theory is not being presented by Mr. Boudreaux or Mrs. Orr."). |
| **Improper Dosing Regimen**: Plaintiffs alleged that Xarelto's once-daily dosing regimen is unreasonably dangerous. | *Orr* Compl. ¶¶ 70, 85, 128, 140, 158, 175. *E.g.*, Cuculich Rep. at 14; Backes Rep. at 10–11; Rosing Rep. at 5. | **X:** *See* Pls.' Opp. To Defs.' Dosing, Monitoring, and Design Preemption MSJ (Doc. 5652), at 2 ("Plaintiffs are *not* asserting that the Defendants should unilaterally lower the approved dose of Xarelto to provide a different dosing regimen without FDA approval."); Pls.' Opp. To Defs.' Unapproved Dosing and Monitoring and 20-Second PT Cut-Off Guideline *Daubert* Motion (Doc. 5641), at 11, 26–27. |
| **Improper Dosage Strength**: Plaintiffs alleged that Xarelto's 15 or 20mg cumulative dosage is too high. | *Orr* Compl. ¶¶ 128, 140, 158, 175. *E.g.*, Smart Rep. at 5; Rosing Rep. at 21; Backes Rep. at 11; Parisian Rep. at 10–11. | **X:** Pls.' Opp. To Defs.' Dosing, Monitoring, and Design Preemption MSJ (Doc. 5531), at 2 ("Plaintiffs are *not* asserting that the Defendants should unilaterally lower the approved dose of Xarelto to provide a different dosing regimen without FDA approval."); Pls.' Opp. To Defs.' Unapproved Dosing and Monitoring and 20-Second PT Cut-Off Guideline *Daubert* Motion (Doc. 5641), at 11, 26–27. |
| **PT Monitoring for Dose Adjustment**: Plaintiffs alleged that Xarelto's label should have included instructions to physicians to monitor patients' PT for the purpose of adjusting doses. | *Orr* Compl. ¶ 168. *E.g.*, Cuculich Rep. at 4; Parisian Rep. at 9; Plunkett Rep. at 32. | **X:** Pls.' Opp. To Defs.' Dosing, Monitoring, and Design Preemption MSJ (Doc. 5531), at 1 ("Plaintiffs are not asserting that doctors should be instructed to adjust dose based upon the result of the Neoplastin PT test."); *id.* at 2, 11; Pls.' Opp. To Defs.' Labeling Preemption MSJ (Doc. 5650), at 1; Pls.' Opp. To Defs.' Unapproved Dosing and Monitoring and 20-Second PT Cut-Off Guideline *Daubert* Motion (Doc. 5641), at 13, 15, 21–23; Pls.' Opp. To Defs.' LPLA Design Defect MSJ (Doc. 5606), at 2. |
| **Routine Monitoring**: Plaintiffs alleged that Xarelto's label should have instructed physicians to perform routine monitoring of patients' PT. | *Orr* Compl. ¶¶ 70, 73–74, 83, 168. *E.g.*, Parisian Rep. at 9–10; Bussey Rep. at 5. | **X:** Pls.' Opp. To Defs.' Dosing, Monitoring, and Design Preemption MSJ (Doc. 5531), at 2 ("Nor are the Plaintiffs asserting that the design of Xarelto requires warfarin-like **routine** coagulation monitoring and regular dosing adjustments."); Pls.' Opp. To Defs.' Unapproved Dosing and Monitoring and 20-Second PT Cut-Off Guideline *Daubert* Motion (Doc. 5641), at 21. |
| **Failure to Warn of Bleeding Risk**: Ps alleged that Xarelto's label did not adequately warn of the risk of bleeding. | *Orr* Compl. ¶ 116. *E.g.*, Parisian Rep. at 13; Bussey Rep. at 2; Smart Rep. at 6. | **X:** Pls.' Opp. To Defs.' *Orr* Learned Intermediary MSJ (Doc. 5608), at 1 (abandoning claim regarding "failure to warn of bleeding risk associated with Xarelto"); *id.* at 9 ("By improperly characterizing Plaintiffs' claim as a failure to warn of bleeding risk, Defendants apply the wrong legal analysis . . . ."). |
| **Reversal Agent**: Plaintiffs contend that Xarelto should have been designed with a reversal agent. | *Orr* Compl. ¶¶ 87–91, 95–97, 116, 118, 124. | ✓: Pls.' Opp. To Defs.' Dosing, Monitoring, and Design Preemption MSJ (Doc. 5531), at 3; Pls. Opp. To Defs.' LPLA Design Defect MSJ (Doc. 5606), at 1–2, 5. |
| **Anti-Factor Xa Assay**: Plaintiffs contend that Xarelto should have been designed with an anti-factor Xa assay. | Pls.' Opp. To Defs.' Dosing, Monitoring, and Design Preemption MSJ (Doc. 5531), at 3–4. 10–11. | ✓: Pls.' Opp. To Defs.' Dosing, Monitoring, and Design Preemption MSJ (Doc. 5652), at 3–4, 6, 10–11; Pls.' Opp. To Defs.' LPLA Design Defect MSJ (Doc. 5606), at 3, 5, 8. |
| **Neoplastin PT Reagent**: Plaintiffs contend that physicians should have been instructed to use Neoplastin PT to assess patients at severe risk of bleeding to discontinue Xarelto. | *See, e.g.*, Rinder Rep. at 3–4; Plunkett Rep. at ¶ 57; Leissinger Rep. at 3. | ✓: Pls.' Opp. To Defs.' Dosing, Monitoring, and Design Preemption MSJ (Doc. 5531), at 3–5; Pls. Opp. To Defs.' Labeling Preemption MSJ (Doc. 5650), at 1–2; Pls.' Opp. To Defs.' Unapproved Dosing and Monitoring and 20-Second PT Cut-Off Guideline *Daubert* Motion (Doc. 5641), at 1–2; Pls.' Opp. To Defs.' LPLA Design Defect MSJ (Doc. 5606), at 3. |
| **Labeling Change—INRatio Device**: Plaintiffs contend that Defendants should have updated Xarelto's label to discuss the INRatio device recall. | *See, e.g.*, Rinder Rep. at 3, ¶ 4. | ✓: Pls.' Opp. To Defs.' Labeling Preemption MSJ (Doc. 5650), at 10–13. |
| **Labeling Change—U.S. Safety Data**: Plaintiffs contend that Defendants should have provided U.S. safety data from the ROCKET study in the Xarelto label. | *See, e.g.*, Gerstman Rep. at 38, ¶ 2; Leissinger Rep. at 3 ¶ 10.c; Rinder Rep. at 4, ¶ 5.c. | ✓: Pls.' Opp. To Defs.' Labeling Preemption MSJ (Doc. 5650), at 13–18. |
| **"Other" Methods to Warn Physicians**: Plaintiffs contend that Defendants could have utilized "other methods" to provide safety information to physicians. | Pls.' Opp. To Defs.' Labeling Preemption MSJ (Doc. 5650), at 18–19. | ✓: Pls.' Opp. To Defs.' Labeling Preemption MSJ (Doc. 5650), at 18–19. |