UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Joseph Orr, Jr., et al. v. Janssen et al.* Case No. 2:15-cv-03708 | * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the Motion for leave to File Plaintiffs' Motion in Limine No. 34 Concerning the Character Assassination of Frank W. Smart, MD, FACC, FACP, Under Seal In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Plaintiffs' Motion in Limine No. 34 Concerning the Character Assassination of Frank W. Smart, MD, FACC, FACP be and it is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this 12th day of May, 2017.

_____
Eldon E. Fallon
United States District Court Judge