**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)          *     MDL 2592
PRODUCTS LIABILITY LITIGATION         *
                                      *     SECTION L
THIS DOCUMENT RELATES TO:             *
                                      *     JUDGE ELDON E. FALLON
 *Joseph Orr, Jr., et al. v. Janssen et al.*   *   MAG. JUDGE NORTH
 *Case No. 2:15-cv-03708*             *
                                      *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**O R D E R**

---

Considering the Motion for Leave to File Exhibits Under Seal filed by Plaintiffs;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Exhibits 1 and

2 attached to Plaintiffs' Motion in Limine No. 31 Regarding Homeopathic Treatments and Use of

Supplements was filed into the record [Rec. Doc. 6469] be and they are hereby filed UNDER

SEAL.

New Orleans, Louisiana, this 12th day of _____May_____, 2017.

_____
Eldon E. Fallon
United States District Court Judge