MINUTE ENTRY
FALLON, J.
MAY 12, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL 2592 |
| | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference took place on this date in the Chambers of the Honorable Eldon E. Fallon. Plaintiffs were represented by Lenny Davis, Brian Barr, Andy Birchfield, and Brad Honnold. Defendants were represented by Beth Wilkinson, David Dukes, Jim Irwin, Susan Sharko, Andy Solow, Kevin Newsom, and Steve Glickstein. The parties discussed the upcoming bellwether trial scheduled to begin Tuesday, May 30, 2017.

JS10(00:17)