# Exhibit 3

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO PRODUCTS LIABILITY LITIGATION | Master File No.: MDL No. 2592 |
| This Document Relates To: MDL Case No. 2:15-cv-03708 | Plaintiff:  ORR, SHARYN M |

## SECOND AMENDED PLAINTIFF FACT SHEET

This Fact Sheet must be completed by each plaintiff who has filed a lawsuit related to the use of Xarelto® by the plaintiff or a plaintiff's decedent.  Please answer every question to the best of your knowledge.  In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can.  You must supplement your responses if you learn that they are incomplete or incorrect in any material respect.  For each question, where the space provided does not allow for a complete answer, please attach additional sheets so that all answers are complete.  When attaching additional sheets, clearly label what question your answer pertains to.

In filling out this form, please use the following definitions: (1) "**health care provider**" means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, or psychological care or advice, and any pharmacy, weight loss center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care, and/or treatment of the plaintiff or plaintiff's decedent; (2) "**document**" means any writing or record of every type that is in your possession, including but not limited to written documents, documents in electronic format, cassettes, videotapes, photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical copies, and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form.

Information provided by plaintiff will only be used for purposes related to this litigation and may be disclosed only as permitted by the protective order in this litigation.  This Fact Sheet is completed pursuant to the Federal Rules of Civil Procedure governing discovery (or, for state court case, the governing rules of civil of the state in which the case is pending).

## I.   **CORE CASE INFORMATION**

A. Please provide the following information for the civil action that you filed:

| Caption: | Joseph Orr, Jr., Joseph Orr, III, Kelli Orr Walker, and Kim Orr DeAgano v. Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC, et al |
|---|---|
| Court and Docket No. | USDC Eastern District of Louisiana 2:15-cv-03708 |
| Plaintiff's Attorney: | Wicker, III, Thomas C, Albert Nicaud |

B. Please provide the following information for the individual on whose behalf this action was filed:

| Name: | ORR, SHARYN M | Social Security Number : | REDACTED |
|---|---|---|---|
| Address: | 19 Rue Bayonne, Kenner, LA USA 70065 | Date of Birth: | REDACTED |

C. Please provide the following information regarding usage of Xarelto®.
   **YOU MUST ATTACH COPIES OF PRESCRIPTION AND/OR PHARMACY RECORDS DEMONSTRATING USE OF XARELTO®**:

| Prescription 1 | | | | |
|---|---|---|---|---|
| Dates of Use: | 02/23/2014 - 07/30/2014 | | Dosage: | 20mg |
| Reason for Prescription: | | Other | | A-Fib |
| Name and Address of Prescribing Physician(s): | | St. Martin, Maurice 2633 Napoleon Avenue, Ste. 500, New Orleans, Louisiana USA 70115 | | |
| Name and Address of Pharmac(ies): | | CVS 820 W. Esplanade Avenue, Kenner, Louisiana USA 70065 | Other: | |

| Prescription 2 | | | | |
|---|---|---|---|---|
| Dates of Use: | 07/31/2014 - 04/24/2015 | | Dosage: | 15 mg |
| Reason for Prescription: | | Other | | A-Fib |
| Name and Address of Prescribing Physician(s): | | St. Martin, Maurice E 2633 Napoleon Avenue, Ste. 500, New Orleans, Louisiana USA 70115 | | |
| Name and Address of Pharmac(ies): | | CVS 820 W. Esplanade Avenue, Kenner, Louisiana USA 70065 | Other: | |

D. Please provide the following information regarding the event(s) you attribute to use of Xarelto®. **YOU MUST ATTACH MEDICAL RECORDS DEMONSTRATING ALLEGED INJURY:**

1.   Please select the injury you allege in this lawsuit (check the one(s) that apply):

| | |
|---|---|
| Brain/Cerebral Hemorrhage | ✓ |
| Death | ✓ |
| Gastrointestinal Bleeding | |
| Heart Attack | |
| Kidney Bleeding | |
| Nosebleeds | |
| Rectal Bleeding | |
| Respiratory Failure | |
| Stroke (Hemorrhagic) | ✓ |
| Stroke (Ischemic) | |
| Vaginal or Uterine Bleeding | |
| Unspecified Internal Bleeding | |
| Other * | |

\* If you checked other, identify all injuries that you are claiming that are not listed in the above chart.

For each event above, please specify:

| Injury: Death | | | |
|---|---|---|---|
| Date of Diagnosis: | | 05/4/2015 | |
| Name and Address of Diagnosing Physician(s): | | Mahanna, (Ochsner Medical Center), Elizabeth Brady,  1514 Jefferson Highway, Jefferson, LA USA 70121 | |
| Hospitalized? | Yes | Date(s) of Hospitalization(s): | 04/24/2015 - 05/4/2015 |
| Reason for Hospitalization(s): | | intercerebral hemorrhage, hemorrhagic stroke | |
| Name and Address of Hospital(s) and Medical  Provider(s): | | Ochsner Foundation Hospital , 1514 Jefferson Highway, Jefferson, LA USA 70121 | |

| Injury: Brain/Cerebral Hemorrhage | | | |
|---|---|---|---|
| Date of Diagnosis: | | 04/24/2015 | |
| Name and Address of Diagnosing Physician(s): | | Ogden (Ochsner Medical Center), Brian,  2700 Napoleon Avenue (ER) transferred, New Orleans, LA USA 70115 | |
| Hospitalized? | Yes | Date(s) of Hospitalization(s): | 04/24/2015 - 05/4/2015 |
| Reason for Hospitalization(s): | | intercerebral hemorrhage | |
| Name and Address of Hospital(s) and Medical  Provider(s): | | Ochsner Foundation Hospital , 1514 Jefferson Highway, Jefferson, LA USA 70121 | |

| Injury: Stroke (Hemorrhagic) | | | |
|---|---|---|---|
| Date of Diagnosis: | | 04/24/2015 | |
| Name and Address of Diagnosing Physician(s): | | Ogden (Ochsner Medical Center), Brian,  2700 Napoleon Avenue (ER) transferred, New Orleans, LA USA 70115 | |
| Hospitalized? | Yes | Date(s) of Hospitalization(s): | 04/24/2015 - 05/4/2015 |
| Reason for Hospitalization(s): | | hemorrhagic stroke, intercerebral hemorrage | |
| Name and Address of Hospital(s) and Medical  Provider(s): | | Ochsner Foundation Hospital , 1514 Jefferson Highway, Jefferson, LA USA 70121 | |

E. If you are completing this questionnaire in a representative capacity (*e.g.*, on behalf of the estate of a deceased person), please complete the following:

| Name: | Orr, Jr., Joseph E |
|---|---|
| Address: | 19 Rue Bayonne,<br>Kenner, LA USA 70065 |
| Capacity in which you are representing the individual: | Spouse |
| If you were appointed as a representative by a court, state the State, Court and Case Number: | |
| Relationship to the Represented Person: | Spouse |
| State the date and place of death of the decedent(if applicable) | MAY/4/2015, Ochsner Foundation Hospital, 1514 Jefferson Highway, Jefferson, LA 70121 |

> If you are completing this questionnaire in a representative capacity, please respond to the remaining questions with respect to the person whose medical treatment involved the use of Xarelto. Those questions using the term "You" refer to the person whose treatment involved the use of Xarelto. If the individual is deceased, please respond as of the time immediately prior to his or her death unless a different time period is specified.

## II.   PERSONAL INFORMATION

A.   Background Information

1.   Name: ORR, SHARYN M

2.   Maiden or other names you have used or by which you have been known:
Sharyn Amelie McKeithen, Sharyn A. McKeithen

3.   Medicare Health Insurance Claim Number (if applicable): H51612321

4.   Place of Birth: Monroe, Louisiana

5.   Sex:   Male: ☐ Female: ☑

6.   Identify each address at which you have resided during the last ten (10) years and the approximate dates during which you lived at each address (most recent first):

| Street Address | City, State, Zip | Dates Resided | |
|---|---|---|---|
| | | From | To |
| 19 Rue Bayonne | Kenner, LA 70065 | ??/??/1982 | 04/24/2015 |

B.   Family Information

1.   Have you ever been married?  Yes ☑   No ☐

*If yes*, for each marriage in the last five years, state the spouse's name, the date of marriage, the date the marriage ended, the nature of termination (*e.g.*, death, divorce, etc.), and that spouse's present address:

| Spouse's Name | Date of Marriage | Date Marriage Ended | Nature of Termination | Spouse's Present Address (if known) |
|---|---|---|---|---|
| Orr, Jr., Joseph E | 12/20/1969 | 05/4/2015 | death | 19 Rue Bayonne, Kenner, LA USA 70065 |

2.   Has your spouse filed a loss of consortium or other claim in this lawsuit?
Yes ☑   No ☐   N/A ☐

3.   If you have children, please identify each child's name, address, and date of birth:

| Child's Name | Address | Date of Birth |
|---|---|---|
| Orr, III, Joseph E | 3748 Barbara Drive, Metairie, LA USA 70001 | 04/19/1971 |
| Walker, Kelli O | 4244 Alabama Avenue, Kenner, LA USA 70065 | 02/26/1974 |
| DeAgano, Kimberly O | 4244 Alabama Avenue, Kenner, LA USA 70065 | 02/26/1974 |

C.   Educational History:   Identify each high school, vocational school, college, university or other post-secondary educational institution you attended, the institution's address, the dates of attendance, and the diplomas or degrees awarded:

| Name of School | Address and Telephone Number (if known) | Dates of Attendance | Diploma/Degree Awarded |
|---|---|---|---|
| St. Frederick | 3300 Westminster Avenue, Monroe, LA USA 71201 | ??/??/?? - ??/??/1965 | high school |
| St. Mary's Dominican College | St. Charles Avenue, New Orleans, LA USA 70118 | ??/??/1965 - ??/??/1969 | BA |

D.      Employment History

Whether or not you are making a lost wage claim, please respond to all questions in this section except as noted:

1.      Are you currently employed?  Yes ☐        No ☑

   *If yes*, identify your current employer with name, address and telephone number and your position there:

           Name:

           Address and Telephone No:

           Position:

2.      Are you making a claim for lost wages or lost earning capacity?  Yes ☑    No ☐

3.      Only if you are asserting a wage loss claim:  Please provide the address for each employer identified above and state the following for the last seven (7) years:

| Name of Employer | Employer Address, City, ST, Zip | Year | Annual Gross Income |
|---|---|---|---|
| Tulane University | 6823 St. Charles Avenue, LA USA 70118 | 2014 | $50,436.55 |

4.      Have you ever been out of work for more than thirty (30) days for reasons related to your health in the last seven (7) years ? Yes ☐    No ☑

   *If yes*, please state the dates, employer, and health condition:

E.      Worker's Compensation and Disability Claims: Within the last 10 years, have you ever filed for workers' compensation, social security, and/or state or federal disability benefits? Yes ☐    No ☑

   If Yes, then as to each application, separately state the following:

F.      Military Service

1.      Have you ever served in any branch of the military? Yes ☐    No ☑

   *If yes*, Branch and dates of service:

   *If yes*, were you discharged for any reason relating to your health (whether physical, physical, psychiatric, or other health condition)? Yes ☐    No ☐

   If yes, state the condition:

G.  <u>Life Insurance</u>:  Within the last 7 years, have you ever been denied life insurance? Yes ☐  No ☑

If yes, please state when, the name of the life insurance company, and the company's stated reason for denial (if any):

H.  <u>Other Lawsuits</u>:  Within the last ten (10) years, have you filed a lawsuit, relating to any bodily injury, or made a claim, *other than* in the present suit? Yes ☐  No ☑

If yes, state:

Nature of the case:

Where was it filed?

Attorney name:

I.  <u>Prior Convictions</u>:  Have you ever been convicted of, or pled guilty (or no contest) to, a felony and/or a crime involving an act of dishonesty or providing a false statement within the last ten (10) years? Yes ☐  No ☑

If yes, please provide the following: (Charge to which you plead guilty or were convicted of):

Charge:

Court where action was pending:

J.  <u>Computer Use:</u> Apart from communications to or from your attorney, have you communicated via email, visited any chat rooms, or publicly posted a comment, message or blog entry on a public internet site regarding your experience with or injuries you attribute to Xarelto, other New Oral Anticoagulants, atrial fibrillation, or the risk of stroke or blood clots during the past five (5) years?  (You should include all postings on public social network sites including Twitter, Facebook, MySpace, LinkedIn, or "blogs" that address the topics above).

Yes: ☐  No: ☑  Do Not Recall:  ☐

If yes, please identify where and when you made such public posts and the substance of what was posted.

K.  <u>Bankruptcy</u>:  In the last 5 years, have you filed for bankruptcy? Yes ☐  No ☑

## III.    CLAIM INFORMATION

A.    Xarelto Use:

1. Relevant History

   a.    Provide in the chart below the name(s) and address(es) of the health care
         provider(s) who prescribed or provided Xarelto:

| Name of health care provider(s) | Address, City, State and Zip |
|---|---|
| St. Martin, Maurice E | 2633 Napoleon Avenue, Ste. 500, New Orleans, LA USA 70115 |

   b.    When were you first diagnosed with the condition for which you were prescribed
         Xarelto?  04/29/2011

   c.    Prior to taking Xarelto, how did you manage or treat this condition
         (describe - if applicable and cross-reference if answered in section VI. A.)?

         Pradaxa

   d.    In the chart below, please identify all healthcare providers who treated you in
         connection with this condition:

| Name of health care provider(s) | Address, City, State and Zip |
|---|---|
| St. Martin, Maurice E | 2633 Napoleon Avenue, Ste. 500, New Orleans, LA USA 70115 |
| Tulane Medical Center | 1415 Tulane Avenue, New Orleans, LA USA 70112 |

2. Are you currently taking Xarelto? Yes ☐    No ☑

3. Provide below the name(s) and address(es) of the pharmacy(ies) or other store(s) or
   location(s) from which you obtained Xarelto:

| Name of Pharmacy or other Store/Location | Address, City, State and Zip |
|---|---|
| CVS Pharmacy | 820 W. Esplanade Avenue, Kenner, LA USA 70065 |

4. Have you ever received any samples of Xarelto? Yes ☐    No ☐    Do Not Recall ☑

   *If yes*, please state the following:

   Who Provided?

   When?

5.  Were you ever given any written instructions, including any prescriptions, packaging, package inserts, literature, medication guides, or dosing instructions, regarding Xarelto?  Yes ☑    No ☐    Do Not Recall  ☐

*If yes*, please describe the documents if you no longer have them.  If you have the documents, please produce them:

<u>Sharyn Orr is deceased and Joseph Orr, Jr. can only provide the prescription bottle located by him.  Other than this information, Mr. Orr cannot provide any further response. Unknown.</u>

6.  Were you given any oral instructions from a Healthcare Provider regarding your use of Xarelto? Yes ☐    No ☐    Do Not Recall  ☑

*If yes*, please identify each Healthcare Provider who provided the oral instructions:

7.  Do you have in your possession, or does your attorney have, the packaging from the Xarelto you allege to have used? Yes ☑    No ☐

*If yes*, who currently has custody of the Xarelto packaging?

<u>Joseph Orr, Jr. - prescription bottle only</u>

8.  Have you ever seen any advertisements (*e.g.*, in magazines or television commercials) for Xarelto? Yes ☐    No ☐    Do Not Recall  ☑

*If yes*, identify the advertisement or commercial, and approximately when you saw the advertisement or commercial:

Advertisement:

9.  Other than through your attorneys, have you had any communication, oral or written, with any of the Defendants or their representatives?

Yes ☐    No ☑    Do Not Recall  ☐

*If yes*, please identify:

Date of Communication:

Method of Communication:

Name of Representative:

Substance of communication between you and any representative(s) of the Defendants:

B.    1.  Identify the primary treating physician for the injuries you claim in this case with address and dates of treatment.

Physician: Ochsner Medical Center  1514 Jefferson Highway, New Orleans, LA USA 70121

Dates Of Treatment: 04/24/2015  -  05/4/2015


Physician: Ochsner Medical Center  2700 Napoleon Avenue, New Orleans, LA USA 70115

Dates Of Treatment: 04/24/2015  -  04/24/2015


Physician: Khursheed MD, Faraz  Ochsner Neuro-Critical Care, 1514 Jefferson Highway, New Orleans, LA USA 70121

Dates Of Treatment: 04/24/2015  -  05/4/2015


Physician: Irland (PA-C), Megan R  Neuro Critical Care, 1514 Jefferson Highway, New Orleans, LA USA 70121

Dates Of Treatment: 04/24/2015  -  05/4/2015


Physician: Mahanna, MD, Elizabeth B  Critical Care Medicine - Ochsner, 1514 Jefferson Highway, New Orleans, LA USA 70121

Dates Of Treatment: 04/24/2015  -  05/4/2015


Physician: Afshinnik, MD, Arash  NOMH Neuroscience Critical Care, 1514 Jefferson Highway, New Orleans, LA USA 70121

Dates Of Treatment: 04/24/2015  -  05/4/2015


Physician: Ogden, MD, Brian  Ochsner Medical Center, 2700 Napoleon Avenue, New Orleans, LA USA 70115

Dates Of Treatment: 04/24/2015  -  04/24/2015


Physician: Azcuy, MD, Ann M  Ochsner Medical Center, 2700 Napoleon Avenue, New Orleans, LA USA 70115

Dates Of Treatment: 04/24/2015  -  04/24/2015

Physician: Gropen, Toby  Ochsner Vascular Neurology, 1514 Jefferson Highway, New Orleans, LA USA 70121

Dates Of Treatment: 04/24/2015   -   05/4/2015

2.  Were you treated by any health care provider or at any hospital for this/these injury(ies) who is not identified in the Core Case Information section above? Yes ☑   No ☐

    If "Yes", please provide the following information: See answers previously provided

3.  At the time you experienced the event you attribute to your use of Xarelto®, were you undergoing treatment for any other medical conditions?  If so, describe the condition, the treatment, and identify the healthcare providers treating you.

    Condition: hypertension

    Treatment: Benazepril HCL, Metolazone,Diltiazem, Metoprolol

    Provider: St. Martin, Maurice E


    Condition: diabetes

    Treatment: Levemir Flextouch, Atorvastatin

    Provider: St. Martin, Maurice E


    Condition: CKD,- Kidney problems

    Treatment: Metolozone, Furosemide, Benazepril

    Provider: Cruz, Francisco E


    Condition: A Fib

    Treatment: Xarelto

    Provider: St. Martin, Maurice E

Condition: <u>Congestive heart failure</u>

Treatment: <u>Furosemide</u>

Provider: <u>St. Martin, Maurice E</u>

Condition: <u>hypokalemia</u>

Treatment: <u>Klor-Con</u>

Provider: <u>St. Martin,, Maurice E</u>

Condition: <u>shoulder pain</u>

Treatment: <u>prednisone</u>

Provider: <u>Stewart, Gregory</u>

Condition: <u>Nephatic syndrome</u>

Treatment: <u>Furosemide, Metolozone</u>

Provider: <u>Cruz, Francisco E</u>

4. At the time you experienced the event you attribute to your use of Xarelto® what other prescription and over the counter medications were you taking?

<u>Levemir Flex Touch, Klor-Con, hydroxyzine HCL, Diltiazem tablet, Clonidine HCL, Benazepril HCL, Atorvastatin, Alprazolam, allopurninol,  Metolazone, Metoprolol Succ Er, Podiapn capsule, Prednisone, Furosemide, Aspirin 81 mg, Folic Acid 1 mg</u>

<u>to the best of spouse's knowledge,information and belief. subject to verification by medical records.</u>

5. Had you ever suffered the type of bodily injury(ies) before the date set forth in your answer to Question I(D)(1) above? Yes ☐   No ☑

   a.   *If yes*, state the date and healthcare provider that diagnosed the condition at the time:

   b.   Do you claim that Xarelto worsened a previously existing injury/condition? Yes ☐   No ☑

        *If yes*, set forth the injury/condition, whether or not you had already recovered from that injury/condition before you first used Xarelto, and, if so, the date you recovered from the injury/condition:

C.      Do you claim that your use of Xarelto caused or aggravated any psychiatric and/or psychological condition(s) for which treatment was sought and for which damages are being sought in this lawsuit? Yes ☐   No ☑

        If "Yes", please state the following as it pertains to your treatment of any psychiatric and/or psychological condition(s) in the last ten (10) years:.

D.      <u>Medical Expenses:</u> If known, please list all of your medical expenses, including amounts billed or paid by insurers and other third-party payors, which are related to any condition which you claim was caused by Xarelto for which you seek recovery in the action which you have filed.

| Provider | Date | Expense |
|---|---|---|
| Ochsner | 04/24/2015 | $14,059.00 |
| Ochsner | 04/24/2015 | $119,832.23 |
| Ochsner | 04/25/2015 | $1,679.12 |
| Acadian Ambulance | 04/25/2015 | $3,498.12 |

E.      <u>Lost Wages:</u>   If you are making a claim that you lost wages or suffered impairment of earning capacity, state the annual gross income you derived from your employment for each of the five (5) years prior to the injury or condition you claim was caused by Xarelto.

| Year | Annual gross income |
|---|---|
| 2014 | $50,436.55 |
| 2013 | $47,401.71 |
| 2012 | $44,150.66 |
| 2011 | $42,620.04 |
| 2010 | $43,356.02 |

        State the annual gross income for every year following the injury or condition you claim was caused by Xarelto

F.      Have you had any discussions with any doctor or other healthcare provider about whether Xarelto caused or contributed to your injury? Yes ☑   No ☐   Do Not Recall ☐

        *If yes*, please identify:

Name of health care provider:  Physicians - Ochsner

Address:  1514 Jefferson Hospital, Jefferson, LA USA 70121

Date of discussion: 04/25/2015

What were you told?  (Describe discussion regarding Xarelto): A summary of the
conversation with the family of Sharyn Orr is attached.

Faraz Khursheed, MD (Ochsner Neuro-Critial Care) 4/25/15

[If discussed with more than one doctor, please answer for each doctor, using additional pages
as necessary.]

## IV.   LIST OF HEALTHCARE PROVIDERS

A.   Healthcare Providers:  Identify each physician, doctor, or other health care provider who
has provided treatment to you for any reason in the past twelve (12) years and the reason
for consulting the health care provider or mental health care provider (attach additional
sheets as necessary). See answers previously provided

| Name | Address | Approximate Dates | Reason for Consultation, if known or recalled |
|------|---------|-------------------|-----------------------------------------------|
| Maurice Edward St. Martin | 2633 Napoleon Avenue, New Orleans, LA USA 70115 | 08/1/2011 - 02/18/2015 | primary care, diabetes, a-fib, hypertension, hyperlipidemia, CHF, |
| Terry Cummings and/or Tulane Clinic | 1415 Tulane Avenue, New Orleans, LA USA 70112 | 07/23/2008 - 11/13/2014 | primary care, knee foot and shoulder pain, diabetes, hypertension, hyperlipidemia, anemia, |
| Francisco Carlos Cruz | 3434 Prytania Ste. 30, New Orleans, LA USA 70115 | 08/20/2013 - 04/16/2015 | nephrology |
| Dr. Gregory Stewart - (Tulane Sports Clinic) | 1415 Tulane Avenue, New Orleans, LA USA 70112 | 07/8/2005 - 04/15/2015 | orthopedics, leg foot and shoulder pain, thoracic spine lesion |
| Michelle Gerdes/Ryan Matherne | Academic Dermatology, 3421 N. Causeway Boulevard, Ste. 202, Metairie, LA USA 70002 | 04/20/2012 - 03/16/2015 | dermatology, rash, nodules, SCC |
| Kasmir Rai MD -For Better Health | 2901 N. Causeway Boulevard, Ste. 307, Metairie, LA USA 70002 | 08/11/2014 - 04/1/2015 | Clinic devoted to well being |
| Stephen Brint, John Frisbee -Singer Haley Vision Center | 4720 S I-10 Service Road W, Ste. 406, Metairie, LA USA 70001 | 06/19/2013 - 04/14/2015 | optalmology, cataract surgery |
| Steven A. Scalco, MD | 3812 Ridgelake Drive, Ste. 2B, Metairie, LA USA 70002 | 02/6/2014 - 08/28/2014 | congestion & cough |
| John Lindsey, MD | 4228 Houma Boulevard, Ste. 500, Metairie, LA USA 70006 | 12/3/2014 - 01/19/2015 | wound repair |
| Dennis Casey,MD | 4022 Canal Street, New Orleans, LA USA 70119 | 12/20/2005 - 03/9/2009 | ear, nose and throat |
| Chad Beeman MD/Bunnie Hill MD/John D. Knapp MD (St. Elizabeth Physicians) | 2547 South St. Elizabeth Blvd., Gonzales, LA USA 70737 | 09/22/2005 - 01/28/2008 | general care, HTN, DM, GERD |
| Dr. Michael McNulty | 2731 Napoleon Avenue, New Orleans, LA USA 70115 | 01/5/2011 - 06/4/2011 | Orthopedist, Prescriptions for Voltren gel, reason unknown |

| Name | Address | Approximate Dates | Reason for Consultation, if known or recalled |
|---|---|---|---|
| Dr. Joseph E. Murray, Jr. | 4224 Houma Boulevard, Metairie, LA USA 70006 | 10/6/2005 - 06/1/2006 | Endocrinologist, Prescriptions for MiCardis, reason unknown |

B.  Hospitals, Clinics, and Other Facilities: Identify each hospital, clinic, surgery center, physical therapy or rehabilitation center, or other healthcare facility where you have received inpatient or outpatient treatment (including emergency room treatment) in the past twelve (12) years (attach additional sheets as necessary): See answers previously provided

| Name | Address | Approximate Dates | Reason for Treatment, if known or recalled |
|---|---|---|---|
| Ambulatory Eye Center | 3900 Veterans Memorial Boulevard, Metairie, LA USA 70002 | 07/31/2013 - 08/14/2013 | cataract surgery - left and right |
| Kenner Regional | 180 W. Esplanade Avenue, Kenner, LA USA 70065 | 12/28/2013 - 12/30/2013 | hyperkalemia, ARF, bronchitis |
| Tulane Hospital | 1415 Tulane Avenue, New Orleans, LA USA 70112 | 06/5/2005 - 06/8/2011 | various dates of treatment - neck back and leg pain, biopsy of tumor, foot pain, congestion chest pain SOB A-Fib, recurrent A-Fib and RVR after stress test |
| Touro Infirmary | 1401 Foucher Street, New Orleans, LA USA 70115 | 07/18/2013 - 07/9/2014 | various dates of treatment - renal disease, cellulitis, wound care |
| Ochsner Baptist | 2700 Napoleon Avenue, New Orleans, LA USA 70115 | 02/19/2014 - 04/24/2015 | various admits - palpitations a-fib with RVR, chest pain/sob thoracentesis, chest x-ray, ventilation perfusion scentigraphy, pleural effusion, ER CT hemorrhagic stroke/intercerbal hemorrage transferred to Jeff Hwy |
| Ochsner Jeff Hwy (Main Campus) | 1514 Jefferson Highway, New Orleans, LA USA 70121 | 04/24/2015 - 05/4/2015 | intercerebral hemorrhage, hemorrhagic stroke - death |

C.  Laboratories:  Identify each laboratory at which your blood was tested in the past ten (10) years:

| Name | Address and Telephone Number | Approximate Date Taken | Reason, if known or recalled |
|---|---|---|---|
| Quest Diagnostics | 4770 Regent Boulevard, Irving, TX USA 75063 | 02/20/2015 | various conditions - primary care ordered |
| Tulane | 1415 Tulane Avenue, New Orleans, LA USA 70112 | --/--/---- | 7/8/05 - 11/3/14 various bloodwork contained in her records ordered by her treating physicians |
| Touro | 1401 Foucher Street, New Orleans, LA USA 70115 | 06/27/2014 | wound ulcers - bloodwork found in records |
| LabCorp | (888) 522-2677 | --/--/---- | various dates - Dr. Cruz's records |

D.  Pharmacies: Identify each pharmacy, drugstore, and/or other supplier (including mail order) where you have had prescriptions filled or from which you have ever received any prescription medication in the past ten (10) years (attach additional sheets as necessary):

| Name of Pharmacy | Address of Pharmacy | Approximate Dates |
|---|---|---|
| CVS | 820 W. Esplanade Avenue, Kenner, LA USA 70065 | --/--/---- - 04/20/2015 |

E.  Insurance Carriers: Identify each health insurance carrier which provided you with medical coverage and/or pharmacy benefits for the last ten (10) years, the named insured, the named insured's social security number, and the policy number (attach additional sheets as necessary)

| Carrier | Address | Name of Insured SSN (if not Xarelto user) | Policy Number | Approximate Dates of Coverage |
|---|---|---|---|---|
| Humana Gold Plus | P. O. Box 14601, Lexington, KY USA 40512 | Orr, Sharyn 436808205 | 451612321 | 01/7/2014 - 05/4/2015 |
| United Healthcare | P. O. Box 30555, Salt Lake City, UT USA 84130 | Orr, Sharyn 436808205 | 957211493 | --/--/---- - --/--/---- |

## V.  MEDICAL BACKGROUND

A.   Height and weight at the time of your claimed injury: Height:  5' 4   Weight: 139

B.   Tobacco Use History:  For the ten (10) year period prior to your use of Xarelto up to the present, check the answer and fill in the blanks applicable to your history of tobacco use, including cigarettes, cigars, pipes, and/or chewing tobacco/snuff.

☑   I have never used tobacco

☐   I used tobacco in the ten-year period prior to my use of Xarelto

☐   I did not use tobacco in the ten-year period prior to my use of Xarelto

Types of Tobacco Used: ☐Cigarettes  ☐Cigars  ☐Pipes   ☐Chewing tobacco/snuff

Approximate Amount used: on average  per day for  years

I currently use tobacco:  Yes ☐    No ☐

C.   Alcohol Use History:  For the ten (10) year period prior to your use of Xarelto up to the present, did you drink alcohol (beer, wine, etc.)? Yes ☑    No  ☐

*If "Yes", what was your approximate average alcohol consumption during that time?*

Drinks per week/monthly/year/other: 12 Per Year

If other, describe:

D.   Marijuana and Illicit Drug Use
 1.  Have you used marijuana or any illicit drug of any kind (*e.g.*, cocaine, ecstasy, heroin, methamphetamines, etc.) within the last ten (10) years before, or at any

time after, your alleged injuries?

Yes ☐   No ☑   Do Not Recall ☐

If yes, identify each substance and state when you first and last used it:

2. Did you use marijuana or any illegal drug while taking Xarelto? Yes ☐   No ☑

3. Have you ever frequently used marijuana or an illegal drug? Yes ☐   No ☑

E.   Within the five (5) days leading up to your injury, had you undergone any surgery?
Yes ☐   No ☑

*If yes*, please explain:

F.   Have you ever before experienced a blood clot? Yes ☐   No ☑
*If yes*, describe (1) the site of blood clot, (2) date of clot, and (3) the treatment received:

G.   Have you ever been diagnosed with a genetic coagulopathy? Yes ☐   No ☑
*If yes*, describe (1) the type of coagulopathy, (2) date diagnosed, (3) by whom diagnosed,
and (4) how treated:

H.   In the fifteen (15) years period prior to when you first took Xarelto, were you ever
diagnosed or treated for any of the following conditions?  For each condition for which
you answer yes, please provide the additional information requested below:

| Condition | Yes | No | Unknown/ Not sure |
|---|---|---|---|
| Anemia (or low blood count/low hematocrit) | ✔ | | |
| Adrenal insufficiency | | ✔ | |
| Amyloid angiopathy | | ✔ | |
| Atrial fibrillation | ✔ | | |
| Blood clots or thrombosis | | ✔ | |
| Bleeding/Clotting disorders (hemophilia, VonWillebrand's disease, others) | | ✔ | |
| Blood disorder or dyscrasia | | ✔ | |
| Blood transfusion | | ✔ | |
| Cancer of any type | ✔ | | |
| Cerebral or brain hemorrhage | | ✔ | |
| Cerebral aneurysm | | ✔ | |
| Congestive heart failure | ✔ | | |

| Condition | Yes | No | Unknown/ Not sure |
|---|:---:|:---:|:---:|
| Crohn's Disease | | ✔ | |
| Cystitis | | ✔ | |
| Deep Vein Thrombosis (DVT) | | ✔ | |
| Diabetes | ✔ | | |
| Diverticulitis | | ✔ | |
| Gastrointestinal bleeding | | ✔ | |
| Gastrointestinal disease | | ✔ | |
| Heart attack or Myocardial Infarction (MI) | | ✔ | |
| Hemorrhages (intestinal, vaginal, renal) | | ✔ | |
| Hypertension (High Blood Pressure) | ✔ | | |
| Hypotension (Low Blood Pressure) | | ✔ | |
| Inflammatory Bowel Disease or Irritable Bowel Syndrome | | ✔ | |
| Irregular heartbeat, arrhythmia, heart palpitations, tachycardia (rapid heartbeat), bradycardia (slow heartbeat) | | ✔ | |
| Kidney Problems (disease, infections, stones, protein in urine, etc.) | ✔ | | |
| Liver Disease (hepatitis B/C, cirrhosis, cysts, abnormalenzymes, etc.) | | ✔ | |
| Lupus | | ✔ | |
| Pulmonary Embolism / blood clot in lung | | ✔ | |
| Renal Insufficiency | ✔ | | |
| Stroke of any type (hemorrhagic, ischemic, etc.) | | ✔ | |
| Transient Ischemic Attack (TIA) | | ✔ | |
| Ulcerative Colitis | | ✔ | |
| Vascular disease of any type (including vascular malformation, vasculitis or peripheral vascular disease) | | ✔ | |

I.  For each condition for which you answered yes in the previous chart, please provide the information requested below (attach additional sheets as necessary)

| Condition | Treating Healthcare Provider or Facility | Address. City and State | Approx Date of Onset, if known | Other |
|---|---|---|---|---|
| Cancer of any type | Michelle Gerdes MD/Ryan Matherne MD | Academic Dermatology, 3421 N. Causeway Boulevard, Ste. 202, Metairie, LA USA 70002 | 09/22/2014 | nodules found which were biopsied and diagnosed as Squamous Cell Carcinoma, which were removed and required no further treatment. |

| Condition | Treating Healthcare Provider or Facility | Address. City and State | Approx Date of Onset, if known | Other |
|---|---|---|---|---|
| Anemia (or low blood count/low hematocrit) | Terry Cummings, MD (Tulane Clinic) | 1415 Tulane Avenue, New Orleans, LA USA 70112 | 06/10/2013 | June 10, 2013 to approximately March 2014, had iron deficiency anemia and took an iron pill.  Any additional diagnosis or treatment of this condition is not within the knowledge of Mr Orr. |
| Atrial fibrillation | Maurice Edward St. Martin, MD | 2633 Napoleon Avenue, Ste. 500, New Orleans, LA USA 70115 | 04/29/2011 | A-fib was diagnosed initially at Tulane Hospital during this admit.  At the time of the event she was under the care of Dr. St. Martin for her A-Fib. |
| Congestive heart failure | Maurice Edward St. Martin, MD | 2633 Napoleon Avenue, St. 500, New Orleans, LA USA 70115 | --/--/---- | Mr. Orr does not know the date that Sharyn Orr was diagnosed with this condition. |
| Diabetes | Maurice Edward St. Martin, MD | 2633 Napoleon Avenue, Ste. 500, New Orleans, LA USA 70115 | --/--/?? | Mr. Orr has no idea when Sharyn Orr was diagnosed with this condition. |
| Hypertension (High Blood Pressure) | Maurice Edward St. Martin, MD | 2633 Napoleon Avenue, Ste. 500, Kenner, LA USA 70065 | --/--/?? | Mr. Orr has no idea when Sharyn Orr was diagnosed with this condition |
| Renal Insufficiency | Ochsner Kenner | 180 W Esplanade Avenue, Kenner, LA USA 70065 | 12/28/2013 | hospital stay, found in her records.  Mr. Orr does not have knowledge of any other earlier or other diagnosis of this condition. |

| Condition | Treating Healthcare Provider or Facility | Address. City and State | Approx Date of Onset, if known | Other |
|---|---|---|---|---|
| Kidney Problems (disease, infections, stones, protein in urine, etc.) | Francisco Cruz, MD | 3434 Prytania Ste. 30, New Orleans, LA USA 70115 | --/--/---- | Dr. Cruz is a Nephrologist who treated Sharyn Orr. Mr. Orr does not know when Sharyn Orr began having kidney issues or was diagnosed with a kidney condition. |

J.  Have you ever had any medical procedure performed in which a stent was used?
    Yes  ☐  No  ☑  I do not recall or know:  ☐

*If yes:*  Type of Stent:          Approximate Date:

## VI.    ADDITIONAL MEDICATIONS

A   For each anticoagulant listed below, identify if you have used it, the reason for use, the dates of use, adverse effects (if any), reason for discontinuation, and name of prescriber.

| Medication | Used? Y/N | Dates of Use | Dosage | Reason For Use | Adverse Effects (If Any) | Reason for Discontinuation | Prescribing Physician |
|---|---|---|---|---|---|---|---|
| Coumadin (warfarin) | N | | | | | | |
| Pradaxa | Y | 05/1/2011 - 02/23/2014 | 150 mg | A-Fib | worsened her acid reflux | doctor changed to Xarelto - Mr. Orr does not know | Vansant (Tulane) & St. Martin |
| Eliquis | N | | | | | | |
| Savaysa | N | | | | | | |
| Lovenox | N | | | | | | |

B.  Do you currently take, or have you ever taken in the last ten (10) years, any of the following medications or supplements? (Generic name is followed by brand name):

| Name of Medication | Yes | No | Not Sure/ Unknown | Condition for which taken | Treating Physician | Name of dispensing pharmacy |
|---|---|---|---|---|---|---|
| Aggrenox (Aspirin and Extended Release Dipyridamole in Combination) | | ✓ | | | | |
| Amiodarone (Cordarone, Pacerone) | | ✓ | | | | |

| Name of Medication | Yes | No | Not Sure/ Unknown | Condition for which taken | Treating Physician | Name of dispensing pharmacy |
|---|---|---|---|---|---|---|
| Anisindione (Miradon) | | ✓ | | | | |
| Aspirin once a day for more than two weeks | ✓ | | | Unknown by Mr. Orr. | St. Martin, Maurice E | |
| Cimetidine (Tagamet) | | ✓ | | | | |
| Dronaderone (Multaq) | | ✓ | | | | |
| Heparin | | ✓ | | | | |
| Mannitol | | ✓ | | | | |
| Non-Steroidal Anti-Inflammatory drugs (NSAIDs) regularly for more than four (4) weeks consecutively (including Ansaid, Pontsel, Toradol, Acular, Feldene,Naprosyn,Lodine) | | ✓ | | | | |
| Plavix (Clopidogrel) | | ✓ | | | | |
| Prasugrel (Effient) | | ✓ | | | | |
| St. John's Wort | | ✓ | | | | |

C.   Are there any prescription medications that you have taken on a regular basis in the seven (7) year period before you first took Xarelto?  For purposes of this question, "regular basis" mean that you were directed by a health care provider to take a medication for at least forty-five (45) consecutive days.Yes ☑   No  ☐

If "Yes", please provide the following information for each prescription medication:

| Name of Prescription Medication Used on a Regular Basis | The health care provider(s) that Prescribed the medication | Approx. Dates/years taken |
|---|---|---|
| Benazepril HCTZ, Benezepril HCL | Terry Cummings, J. Vansant (Tulane), Edward St. Martin, | 08/15/2008 - 04/24/2015 |
| Lipitor | Chad Beeman & Bunnie Hill (St. Elizabeth Physicians), Terry Cummings, J. Vansant (Tulane) | 10/21/2005 - 05/1/2011 |
| Atenolol | Terry Cummings | 10/8/2010 - 01/27/2011 |
| Diltiazem ER, Diltiazem 24HR ER, | J. Vansant (Tulane), Edward St. Martin | 05/1/2011 - 04/24/2015 |
| Pantoprazole Sod DR, | Gary Sander (Tulane) | 05/23/2011 - 12/19/2011 |
| Hydrochlorothiazide | Edward St. Martin | 08/26/2011 - 09/15/2013 |
| Klor-Con | Edward St. Martin | 08/26/2011 - 04/24/2015 |
| Atorvastatin | Terry Cummings & Blackwell Evans (Tulane Clinic) | 01/29/2012 - 04/24/2015 |

| Name of Prescription Medication Used on a Regular Basis | The health care provider(s) that Prescribed the medication | Approx. Dates/years taken |
|---|---|---|
| Fluticasone Prop Spray | Terry Cummings | 10/11/2012 - 06/9/2014 |
| Voltaren 1% gel | Michael McNulty | 01/5/2011 - 06/4/2011 |
| Furosemide | Francisco Cruz | 01/14/2014 - 04/24/2015 |
| Glipizide, Glipizide ER, and Glipizide XL | Terry Cummings & Blackwell Evans (Tulane Clinic) | 08/5/2009 - 04/26/2014 |
| Metformin HCL, Metformin HCL ER, | John Knapp (St. Elizabeth Phy) and Terry Cummings (Tulane Clinic) | 10/26/2005 - 01/24/2014 |
| Metoprolol Succ ER, Metoprolol Tartrate, | J. Vansant (Tulane) and Edward St. Martin | 05/1/2011 - 04/24/2015 |
| Pradaxa | J. Vansant (Tulane), Edward St. Martin | 05/1/2011 - 02/23/2014 |
| Spironolactone | Francisco Cruz | 10/23/2013 - 12/22/2013 |

## VII.   FACT WITNESSES

A.   Please identify all persons who you believe possess information concerning your alleged injury(ies) and current medical conditions, other than your health care providers, and state their name, address, and his/her/their relationship to you (attach additional sheets as necessary):

| Name | Address | Relationship to You |
|---|---|---|
| Orr, III, Joseph E | 3748 Barbara Drive, Metairie, LA USA 70001 | Son |
| Walker, Kelli O | 4244 Alabama Avenue, Kenner, LA USA 70065 | Daughter |
| DeAgano, Kimberly O | 4244 Alabama Drive, Kenner, LA USA 70065 | Daughter |

B.   If there are individuals who witnessed your injury as it occurred, other than your health care providers, and who are not listed in the chart directly above, please identify them here by name, address, and their relationship to you.

Name:

Address:   City:   State:   Zip:

Relationship to You:

## VIII.   DECEASED INDIVIDUALS AND AUTOPSY INFORMATION

A.   Are you filling this out on behalf of an individual who is deceased?
Yes ☑   No ☐

If yes, please state the following from the Death Certificate of the individual, and attach a copy of the letter of administration.

(NOTE:  In lieu of the following, please attach a copy of the death certificate.)

Date of death:   <u>05/4/2015</u>

Place of death:    <u>Jefferson</u>  <u>Louisiana</u>

Cause of death:    <u>Intercerebral hemorrhage</u>

B.  Are you filling this out on behalf of an individual who is deceased and on whom an autopsy was performed? Yes ☐   No ☑

If yes, please attach a copy of the autopsy report.

## IX.  DOCUMENT REQUESTS

Produce all documents in your possession, including writings on paper or in electronic form (if you have any of the following materials in your custody or possession, please indicate which documents you have and attach a copy of them to this PFS) and signed authorizations as requested herein:

1.  All non-privileged documents you reviewed that assisted you in the preparation of the answers to this Plaintiff Fact Sheet. Yes ☑   No ☐

2.  A copy of all medical records and/or documents relating to the use of Xarelto and treatment for any disease, condition or symptom referred to in any of your responses to the questions above for the past twelve (12) years. Yes ☑   No ☐

3.  A copy of all prescription records and/or documents related to use of Xarelto. Yes ☑  No ☐

4.  All laboratory reports and results of blood tests performed on you. Yes ☑  No ☐

5.  All documents reflecting your use of any prescription drug or medication in the past twelve (12) years, including documents sufficient to identify all anticoagulation medications that you have taken. Yes ☑   No ☐

6.  If you have been the claimant or subject of any workers' compensation, social security or other disability proceeding within the last ten (10) years, all documents relating to such proceeding. Yes ☐   No ☑

7.  All documents constituting, concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed with or provided to you in connection with your use of Xarelto. Yes ☐   No ☑

8.  Copies of advertisements or promotions for Xarelto and articles discussing Xarelto. Yes ☐  No ☑

9.  Copies of the entire packaging, including the box and label for Xarelto (plaintiffs or their counsel must maintain the originals of the items requested in this subpart). Yes ☑  No ☐

10.  All documents relating to your purchase of Xarelto including, but not limited to, receipts, prescriptions, prescription records, containers, labels, or records of purchase. Yes ☑  No ☐

11.  All documents known to you and in your possession which mention Xarelto or any alleged health risks or hazards related to Xarelto in your possession at or before the time of the injury alleged in your Complaint, other than legal documents, documents

provided by your attorney or documents obtained or created for the purpose of seeking legal advice or assistance. Yes ☐   No ☑

12.   All documents in your possession or anyone acting on your behalf (not your lawyer) obtained directly or indirectly from any of the Defendants. Yes ☐   No ☑

13.   All documents constituting any communications or correspondence between you and any representative of the Defendants. Yes ☐   No ☑

14.   All photographs, drawing, journals, slides, videos, DVDs or any other media, including any "day in the life" videos, photographs, recordings or other media that you may utilize to demonstrate damages or relating to your alleged injury.
Yes ☑   No ☐

15.   Any and all documentation of Plaintiff's use of social media, Internet postings, or other electronic networking website (including, but not limited to, Facebook, MySpace, LinkedIn, Google Plus, Windows Live, YouTube, Twitter, Instagram, Pinterest, blogs, and Internet chat rooms/message boards) relating to Xarelto or any of your claims in this lawsuit. Yes ☐   No ☑

16.   If you claim you have suffered a loss of earnings or earning capacity, your federal tax returns for each of the five (5) years preceding the injury you allege to be caused by Xarelto, and every year thereafter or W-2s for each of the five (5) years preceding the injury you allege to be caused by Xarelto, and every year thereafter.
Yes ☑   No ☐

17.   Copies of all documents you (and not your lawyer) obtained from any source related to Xarelto or to the alleged effects of using Xarelto. Yes ☐   No ☑

18.   If you claim any loss from medical expenses, copies of all bills from any physician, hospital, pharmacy or other health care providers. Yes ☑   No ☐

19.   Copies of all records of any other expenses allegedly incurred as a result of the injuries alleged in the complaint. Yes ☑   No ☐

20.   Copies of any writings comprising or relating to any public statements made by you relating to this litigation in your possession. Yes ☐   No ☑

21.   Copies of letters testamentary or letters of administration relating to your status as plaintiff (if applicable). Yes ☐   No ☑

22.   Decedent's death certificate and autopsy report (if applicable).
Yes ☑   No ☐

23.   All bankruptcy petitions and orders of discharge (if applicable) for all bankruptcy claims made by you or your spouse since the date of your first ingestion of Xarelto.
Yes ☐   No ☑

24.   Signed authorizations in the forms attached hereto (where applicable).

☑   Plaintiff reserves right to supplement additional documentation.

## X.  <u>DECLARATION</u>

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, information and belief formed after due diligence and reasonable inquiry, that I have supplied all the documents requested in Part IX of this Plaintiff Fact Sheet, to the extent that such documents are in my possession or in the possession of my lawyers, and that I have supplied the Authorizations attached to this declaration.

| **Signature** | Joseph Orr, Jr., et al by counsel T. Carey Wicker, III | **Date** | 4/28/16 |
|---|---|---|---|