# Exhibit 4

| | |
|---|---|
| **From:** | Andy Birchfield |
| **To:** | Solow, Andrew |
| **Cc:** | Susan M Sharko |
| **Subject:** | Re: Xarelto - proposed Bellwether case specific witness stipulation |
| **Date:** | Friday, September 23, 2016 7:20:48 PM |

OK

On Sep 22, 2016, at 1:07 PM, Solow, Andrew <Andrew.Solow@kayescholer.com<mailto:Andrew.Solow@kayescholer.com>> wrote:

Andy B-

As discussed, please let us know if the following is acceptable to you:

In each of the four initial MDL bellwether trials, the parties have agreed to a list of case-specific fact (medical and non-medical) witnesses who (1) have been deposed or (2) the parties will depose based on either party's intent to call them at trial.   The parties have relied on such lists and proceeded with scheduling depositions accordingly.    These lists are without prejudice to the parties' trial witness disclosures.

Accordingly, the parties agree that if either party discloses a case-specific fact witness as a trial witness that has not been deposed, or in the event that new additional fact witnesses arise in the future, the party listing such a witness as a trial witness will allow the opposing party a reasonable opportunity to depose said witnesses before they are called at trial.  This agreement shall in no way shall expand or limit the scope of discovery of any Defendants current or former employees.

 Thanks,


Andrew K. Solow
Kaye Scholer LLP
250 West 55th Street | New York, New York 10019-9710
T: (212) 836-7740 | F: (212) 836-6776
Andrew.Solow@kayescholer.com<mailto:Andrew.Solow@kayescholer.com> |
www.kayescholer.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.kayescholer.com&d=DQMGaQ&c=jqQLr8Vjrh9vQZQBMH8t0g&r=pTLGAxRkh9dBqZXE2A0kCzQhbRzCC2chCfdeXkPe-cw&m=yhNoxRTrlVXXtv1nTBBLSZL5EcYsr9Qx3hSOODiazWA&s=lvOHFP-i0XWUz2kenG5UUpXvGYI-JPRVb8DF6xsCkcM&e=>