IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

- - -

| | | |
|---|---|---|
| IN RE: XARELTO | : | MDL NO. 2592 |
| (RIVAROXABAN) PRODUCTS | : | |
| LITIGATION | : | SECTION L |
| | : | |
| THIS DOCUMENT RELATES | : | JUDGE ELDON |
| TO ALL CASES | : | E. FALLON |
| | : | |
| | : | |
| | : | MAG. JUDGE |
| | : | NORTH |

VOLUME I

- - -

August 3, 2016

- - -

- PROTECTED -
- SUBJECT TO FURTHER PROTECTIVE REVIEW -

Videotaped deposition of NAUMAN M. SHAH, taken pursuant to notice, was held at the law offices of Drinker Biddle & Reath, 105 College Drive East, Princeton, New Jersey, beginning at 9:07 a.m., on the above date, before Michelle L. Gray, a Registered Professional Reporter, Certified Shorthand Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

```
 1   APPEARANCES:
 2
 3       LEVIN, FISHBEIN, SEDRAN & BERMAN
         BY: MICHAEL M. WEINKOWITZ, ESQ.
 4       510 Walnut Street, Suite 500
         Philadelphia, Pennsylvania 19106
 5       (215) 592-1500
         mweinkowitz@lfsblaw.com
 6
             - and -
 7
 8       CHILDERS, SCHLUETER & SMITH, LLC
         BY:  C. ANDREW CHILDERS, ESQ.
 9       (Via telephone)
         1932 North Druid Hills Road
10       Atlanta, Georgia 30319
         (404) 419-9500
11       achilders@cssfirm.com
         Representing the Plaintiffs
12
13       SEDGWICK, LLP
         BY:  DAVID M. COVEY, ESQ.
14       225 Liberty Street, 28th Floor
         New York, New York 10281
15       (212) 422-0202
         david.covey@sedgwicklaw.com
16
             - and -
17
         DRINKER, BIDDLE & REATH, LLP
18       BY:  SEAN A. KENNEDY, ESQ.
         600 Campus Drive
19       Florham Park, New Jersey 07932
         (973) 549-7000
20       sean.kennedy@dbr.com
         Representing Janssen entities and
21       the Witness
22
23
24
```

```
 1      APPEARANCES:  (Cont'd.)
 2
        KAYE SCHOLER, LLP
 3      BY:  LAURA SHORES, ESQ.
        901 15th Street, NW
 4      Washington, DC 20005
        (202) 682-3500
 5      laura.shores@kayescholer.com
        Representing Bayer Pharmaceuticals
 6
 7
 8      VIDEOTAPE TECHNICIANS:
 9         Henry Marte
           Daniel Ortega
10
11      LITIGATION TECHNICIAN:
12         Dylan Green
13
14
15
16
17
18
19
20
21
22
23
24
```

Protected - Subject to Further Protective Review

1 was not.

2  Q. At this time he was not the
3 commissioner of the FDA, but he was the
4 person who conducted the primary trial
5 that supports the Afib indication ROCKET,
6 correct?

7  A. He was. And he was also
8 leading the Duke Clinical Research
9 Institute, which obviously conducted
10 clinical trials for a living.

11  Q. Oh. Are you calling into
12 question the motives of Dr. Califf, the
13 current FDA commissioner -- are you
14 saying that he was trying to make money?

15  A. I would say that that's
16 probably one of his motives, was to
17 conduct another trial, because it was
18 part of the way that DCRI made money.

19  Q. So you -- you -- you call
20 into question his statements about there
21 being a need to do a dose-finding study
22 to find the optimal dose?

23  A. I don't doubt that
24 Dr. Califf believed that as a scientist.

1
2                CERTIFICATE
3
4
5          I HEREBY CERTIFY that the witness was duly sworn by me and that the
6     deposition is a true record of the testimony given by the witness.
7
           It was requested before
8     completion of the deposition that the witness, NAUMAN M. SHAH, have the
9     opportunity to read and sign the deposition transcript.
10
11
12        _____
          MICHELLE L. GRAY,
13        A Registered Professional
          Reporter, Certified Shorthand
14        Reporter and Notary Public
          Dated:  August 3, 2016
15
16
17         (The foregoing certification
18    of this transcript does not apply to any
19    reproduction of the same by any means,
20    unless under the direct control and/or
21    supervision of the certifying reporter.)
22
23
24