**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)      )     MDL No. 2592
PRODUCTS LIABILITY LITIGATION      )     Judge Eldon E. Fallon

# Expert Report of Wayne L. Backes

By: _____          Date: __10-12-2016__
      **Wayne L. Backes**

the appropriate dosing regimen for ROCKET. Due to the intrinsically narrow therapeutic index of rivaroxaban, it was the FDA's preference that the sponsor test BID dosing, but it appears that the sponsor did not follow the FDA's recommendation. Importantly, the FDA also stated that it lacks the authority to require the sponsor to test its preferred dosing regimen. (2011 FDA Summary Review Memorandum approving the A-fib indication).

### B. The Dose is Too High

In addition to the FDA's comments prior to and at the time of approval regarding the lack of rationale for the dosing regimen in ROCKET, the co-principal investigator of the trial itself, Dr. Robert Califf, consistently questioned the choice of dose and repeatedly stated that it was simply too high. He worked with other members of the Executive Committee to create a proposal for a study (referred to as "ROCKET 2") to confirm the best possible dosing regimen for Xarelto, but it was ultimately rejected for reasons based almost solely on marketing considerations. (*See* XARELTO_JANSSEN_03927493; XARELTO_JANSSEN_01296748; XARELTO_JANSSEN_00206990; XARELTO_JANSSEN_08583165; XARELTO_JANSSEN_01330113; XARELTO_JANSSEN_00208030; XARELTO_JANSSEN_00208031; XARELTO_JANSSEN_02531744; XARELTO_JANSSEN_01207639). In fact, it appears that Dr. Califf's opinion that the 20mg dose was too high affected his decision regarding his own mother's rivaroxban therapy, and declared that he would not allow her to take 20mg. (*See* DCRI0002794; DCRI0003003). In sum, the current commissioner of the FDA and co-principal investigator of ROCKET, and someone who is aware of the shallow efficacy dose-response and steep bleeding dose-response, stated that the doses currently sold for the atrial fibrillation indication were too high, and in fact recommended that his own mother take a lower-than indicated dose; and yet to this day the company has not endorsed the recommendations of Dr. Califf and declined to conduct a further study to determine the best possible dose.

### VIII.   Weaknesses of Xarelto Dosing Could have been Addressed

As mentioned previously, because of the short half-life of Xarelto, coupled with its large interindividual variability, there is a problem with once per day dosing of the drug. If the patient clears Xarelto with a short half-life ($t_{1/2} \sim 5$ h), there will be large fluctuations in the drug concentration with the risk of the patient being over-medicated at the peak and/or under-medicated at the trough. However, the risk of bleeding increases with individuals who are unable to clear Xarelto as effectively. Pharmacokinetic variability in the half-life was reported by Mueck (2014) to range from 5 h to over 36 h, significantly increasing the risk of drug accumulation to toxic levels.

A confounding factor with characterization of the pharmacokinetic behavior of Xarelto was that it was determined in young, healthy subjects where it exhibited a terminal half-life of about 5 h; however, the groups being treated with this drug are more elderly, and frequently have renal and/or hepatic impairment. These patient groups are much more likely to have lower clearance values for Xarelto, and are more at risk for drug accumulation and adverse bleeding episodes. This is particularly relevant to its use for atrial fibrillation where the patients tend to be older, as renal function has been reported to continually decrease with age (Gram, T.E. 1994).