UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Joseph Orr, Jr., et al. v. Janssen et al.* Case No. 2:15-cv-03708 | * * * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER RE: PLAINTIFFS' MOTION IN LIMINE NO. 37

Before the Court is the *Plaintiffs' Motion In Limine No. 37 To Preclude The False And Misleading Argument That A Prothrombin Time (PT) Test Must Be Specifically Approved By The FDA*, **IT IS ORDERED that** Plaintiffs' MIL 37 is **GRANTED,** and that all parties and witnesses should be precluded from offering, or trying to offer the evidence or argument that a Prothrombin time (PT) must be specifically approved by the FDA for use with Xarelto, in the presence of the jury, whether directly or indirectly, and whether at *voir dire* or during trial in the presence of the jury.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**