IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) | ) ) ) ) ) ) ) | MDL NO. 2592 SECTION: L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
|---|---|---|
| PRODUCTS LIABILITY LITIGATION | | |

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:

| Gaye Domer v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-13531 |
|---|---|

## ORDER

This matter came before the Court on Plaintiff's Motion for Voluntary Dismissal With Prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Voluntary Dismissal With Prejudice is hereby GRANTED, with each party to bear their own costs.

New Orleans, Louisiana this 15th day of May, 2017.

_____
United States District Judge