UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : LARRY J. SIGG, : : Plaintiff, : v. : : JANSSEN RESEARCH & DEVELOPMENT, : LLC, f/k/a/ JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND : DEVELOPMENT, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., : f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; : JANSSEN ORTHO, LLC; JOHNSON & JOHNSON COMPANY; : BAYER HEALTHCARE PHARMACEUTICALS, : INC.; BAYER PHARMA AG; BAYER : CORPORATION; BAYER HEALTHCARE, LLC; : BAYER HEALTHCARE AG; AND BAYER AG, : : Defendants. : | SECTION:   L JUDGE:   ELDON E. FALLON  MAG. JUDGE MICHAEL NORTH  Civil Action No. 2:17-cv-02995 MDL No. 2592 |

## NOTICE OF COMPLIANCE WITH SERVICE OF PROCESS PROVISIONS IN PTO 10 and PTO 11

Plaintiff, Larry J. Sigg, through his undersigned counsel, gives notice of completing service of the Complaint and Summons on Defendants Bayer Healthcare Pharmaceuticals, Inc., (BHCP) and Bayer Pharma AG.

On April 11, 2017, Plaintiff served the Complaint and Summons on Defendant Bayer Healthcare Pharmaceuticals, Inc., by forwarding a copy by way of Certified Mail, Return Receipt

1

Requested, to Bayer Healthcare Pharmaceuticals, Inc.'s representative, SOP Department, Corporation Service Company, in Wilmington, Delaware. Please see Exhibit 1, a copy of the Certified Mail Receipt, USPS Certified Mail No. 70162070000002640290, and a copy of the returned green card confirming BHCP's receipt of the Complaint and Summons.

On April 11, 2017, Plaintiff served the Complaint and Summons on Defendant Bayer Pharma AG by forwarding a copy by way of Registered Mail, Return Receipt Requested, to Bayer Pharma AG's representative in Berlin, Germany. Please see Exhibit 2, a copy of the Registered Mail Receipt, USPS Registered Mail No. RE947593028US.

April 11, 2017, Plaintiff also served the Complaint and Summons on Defendants Bayer Pharma Ag and Bayer Healthcare Pharmaceuticals, Inc., by forwarding an electronic copy to xareltocomplaints@babc.com. Please see Exhibit 3, a copy of Hutton & Hutton Law Firm, L.L.C.'s email to Defendants.

Plaintiff has completed service on Defendants Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG.

Dated: May 15, 2017

> s/ Andrew W. Hutton
> Andrew W. Hutton
> Hutton & Hutton Law Firm, L.L.C.
> P. O. Box 638
> Wichita, KS 67201-0638
> Tele:   (316) 688-1166
> Fax:    (316) 686-1077
> Email: Andrew.Hutton@huttonlaw.com
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2017, a copy of the foregoing Notice of Compliance with Service of Process Provisions in PTO 10 and PTO 11 was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Andrew W. Hutton
Andrew W. Hutton
