**Exhibit 1**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $          Postmark
☐ Adult Signature Required           $          Here
☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$ 8.13

Sent To          Bayer Healthcare Pharmaceuticals, Inc.
                 SOP Department
Street and Apt. No., or   Corporation Service Company
                 Suite 400
City, State, ZIP+4   2711 Centerville Road
                 Wilmington, DE 19808          GF

7016 2070 0000 0264 0290

PS Form 3800, April 2

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Bayer Healthcare Pharmaceuticals, Inc.
   SOP Department
   Corporation Service Company
   Suite 400
   2711 Centerville Road
   Wilmington, DE 19808

9590 9401 0032 5168 1183 50

2. Article Number (Transfer from service label)

   7016 2070 0000 0264 0290

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Sheila Wilson*          ☐ Agent
                             ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

APR 17 2017

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Louisiana

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td>In Re:  Xarelto (Rivaroxaban)</td></tr>
<tr><td></td><td>)</td><td>Products Liability Litigation</td></tr>
<tr><td><u>Larry J. Sigg</u></td><td>)</td><td></td></tr>
<tr><td align="center"><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td align="center">v.</td><td>)</td><td>Civil Action No. 2:17-cv-02995-L(5)</td></tr>
<tr><td>Janssen Research & Development, LLC, f/k/a</td><td>)</td><td></td></tr>
<tr><td>Johnson and Johnson Pharmaceutical Research</td><td>)</td><td></td></tr>
<tr><td>and Development, LLC, et al.</td><td>)</td><td></td></tr>
<tr><td align="center"><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
  Bayer Healthcare Pharmaceuticals, Inc.
  SOP Department
  Corporation Service Company
  Suite 400
  2711 Centerville Road
  Wilmington, DE  19808

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Andrew W. Hutton
  Hutton & Hutton Law Firm, L.L.C.
  P. O. Box 638
  Wichita, KS  67201-0638
  T (316) 688-1166

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
*Name of clerk of court*

*Deputy clerk's signature*

Date: ___Apr 10 2017___