**Exhibit 2**

| Registered No. RE947593028US | | Date Stamp |
|---|---|---|
| Postage $ | Extra Services & Fees (continued) ☐ Signature Confirmation $ | |
| Extra Services & Fees ☐ Registered Mail $ ☐ Return Receipt (hardcopy) $ ☐ Return Receipt (electronic) $ ☐ Restricted Delivery $ | ☐ Signature Confirmation Restricted Delivery $ | APR 11 2017 WICHITA |
| | Total Postage & Fees $ | |
| Customer Must Declare Full Value $0.00 | Received by 04/11/2017 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

To Be Completed By Post Office

OFFICIAL USE

FROM: Andrew Hutton
Hutton + Hutton Law Firm, LLC
P.O. Box 638
Wichita, KS 67201-0638

TO: Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohr, General Counsel
Mullerstrasse 178, D-13353 Berlin
Germany

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051     Copy 1 - Customer
For domestic delivery information, visit our website at www.usps.com®  (See Information on Reverse)

---

| Item Description (Nature de l'envoi) | ☑ Registered Article (Envoi recommandé) | ☐ Insured Parcel (Colis avec valeur déclarée) |
|---|---|---|
| Article Number RE 947 593 028 US | | Valeur déclarée |
| Office of Mailing (Bureau de dépôt) | | Date of Posting (Date de dépôt) |
| Name of Person or Firm Receiving | Bayer Pharma AG Attn: Eva Gardyan-Eisenlohr | |
| Street and No. (Rue et no.) | General Counsel Mullerstrasse 178 | |
| Place and Country (Localité et pays) | D-13353 Berlin GERMANY | |

Completed by the office of origin. (A remplir par le bureau d'origine.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

| Office of Destination Employee Signature (Signature de l'agent du bureau du destination) | Date 19.04.17 | Postmark of the office of destination (Timbre du bureau de destination) |
|---|---|---|
| Signature of Addressee (Signature du destinataire) | | |

Completed at destination. (A compléter à destination.)

PS Form **2865**, July 2013 (Reverse) PSN 7530-01-000-9775     UNITED STATES POSTAL SERVICE®

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** RE947593028US

Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Package
International Service

**Features:**
Registered Mail™
Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 26, 2017, 11:59 pm** | **Delivered** | **GERMANY** |

Your item was delivered in GERMANY at 11:59 pm on April 26, 2017.

| | | |
|---|---|---|
| April 19, 2017, 8:40 am | Attempted Delivery Abroad | GERMANY |
| April 18, 2017, 5:20 pm | Processed Through Facility | GERMANY |
| April 18, 2017, 5:20 pm | Customs Clearance | GERMANY |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Louisiana

| | |
|---|---|
| Larry J. Sigg <br> *Plaintiff(s)* <br> v. <br> Janssen Research & Development, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC, et al. <br> *Defendant(s)* | In Re: Xarelto (Rivaroxaban) Products Liability Litigation <br><br> Civil Action No. 2:17-cv-02995 -L(5) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Bayer Pharma AG
    Attn: Eva Gardyan-Eisenlohr
    General Counsel
    Mullerstrasse 178
    D-13353 Berlin
    GERMANY

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew W. Hutton
Hutton & Hutton Law Firm, L.L.C.
P. O. Box 638
Wichita, KS 67201-0638
T (316) 688-1166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
*Name of clerk of court*

*Deputy clerk's signature*

**Date:** Apr 10 2017