**Date:** 04/11/2017  03:32 PM   **Staff:** SHARON

From: Sharon Fornshell
To: xareltocomplaints@babc.com
CC: Andy Hutton
Subject: Xarelto Products Liability Litigation
Date Sent: 04/11/2017 3:18:13 PM

*Exhibit 3*

U.S. District Court, Eastern District of Louisiana
In Re:  Xarelto (Rivaroxaban) Products Liability Litigation, MDL No. 2592

Re:  Larry J. Sigg v. Janssen Research & Development, LLC, et al.
Complaint filed 04/07/2017, Case No. 2:17-cv-02995

Pursuant to PTO-10 (03/24/2015), please find attached the following documents:

1) Complaint, filed 04/07/17;
2) Summons as to Bayer Pharma AG; and
3) Summons as to Bayer Healthcare Pharmaceuticals, Inc.

Thank you for your assistance with this matter.  If you require additional information, please advise.

Sincerely,
Andrew W. Hutton, by
Sharon Fornshell
Hutton & Hutton Law Firm, L.L.C.
P. O. Box 638
Wichita, KS  67201-0638
T (316) 688-1166
F (316) 686-1077
sharon.fornshell@huttonlaw.com

Attachments:   2017.04.07 Complaint & Jury Trial Demand.pdf  2017.04.10 Summons issued, Bayer Healthcare Pharmaceuticals, Inc.pdf  2017.04.10 Summons issued, Bayer Pharma AG.pdf