**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL |
| | NO. 2592 |
| REF: C.A. 14-2720 – Boudreaux, et al v. Janssen, et al | SECTION: L (5) |

<u>J U D G M E N T ON JURY VERDICT</u>

This action was tried by a jury with Judge Eldon E. Fallon presiding.  On May 3, 2017, the jury rendered its verdict and found that Defendants, Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc. and Bayer Healthcare Pharmaceuticals, Inc., provided Dr. Kenneth Wong adequate instructions for the safe use of Xarelto, accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of Defendants, Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc. and Bayer Healthcare Pharmaceuticals, Inc., and against Plaintiffs, Joseph J. (Johnny) Boudreaux, Jr., and Loretta Boudreaux, dismissing Plaintiffs' claims with prejudice and costs.

New Orleans, Louisiana, this __12th__  day of May, 2017.

_____

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**