UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Gerald O'Leary v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:17-cv-01009*

### ORDER

IT IS ORDERED that the Motion to Substitute Susan O'Leary on behalf of the estate of Gerald O'Leary, the surviving spouse of Gerald O'Leary, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this 12th day of May, 2017.

_____
United States District Judge