UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)           :
PRODUCTS LIABILITY LITIGATION          :     MDL No. 2592
                                       :
                                       :     SECTION L
                                       :
                                       :     JUDGE ELDON E. FALLON
                                       :
_____ :     MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Andrew Lord

CA# 2:16-cv-13720

## ORDER

      The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Sally Lord, as a surviving spouse of Andrew Lord, is substituted for Plaintiff Andrew Lord, in the above captioned cause.

      New Orleans, Louisiana this 12th day of May, 2017.

                                                  Hon. Eldon E. Fallon
                                                United States District Court Judge