UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :   MDL No. 2592
                                    :
                                    :   SECTION L
                                    :
                                    :   JUDGE ELDON E. FALLON
                                    :
_____ :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Janie Tatum

CA# 2:15-cv-7122

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff James Tatum, as a surviving son of Janie Tatum, is substituted for Plaintiff Janie Tatum, in the above captioned cause.

New Orleans, Louisiana this 12th day of May, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge