## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| EDITH KOENIGER AS EXECUTRIX OF THE ESTATE OF LUCILLE HEIMBOLD | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Plaintiff | |
| vs. | Civil Action No.: 2:16-cv-14658 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER AG; BAYER PHARMA AG; BAYER HEALTHCARE LLC; and BAYER HEALTHCARE PHARMACEUTICALS, INC., | |
| Defendants. | |

### **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

COMES NOW the Plaintiff, Edith Koeniger as Executrix of the Estate of Lucille Heimbold, by and through the undersigned counsel, and moves this Court for an order pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the above-named Plaintiff's action be dismissed with prejudice and without costs or fees to any party for the reasons set forth in the accompanying Memorandum in Support.

Plaintiff has informed counsel that the Estate no longer wishes to pursue the above-referenced litigation.

Based on the foregoing, Plaintiff asks this Court to enter an order dismissing this action with prejudice, with each party to bear their own costs, and grant Plaintiff such other and further relief to which she may be justly entitled.

Respectfully submitted this _____ day of May, 2017.

By: */s/ Les Weisbrod*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
E-Mail: lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF CONFERENCE

On May _____, 2017, counsel for Plaintiff sent an e-mail to the counsel of record for Defendants regarding this Motion. _____.

*s/Les Weisbrod*
Les Weisbrod

### CERTIFICATE OF SERVICE

I hereby certify that on _____, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*/s/Les Weisbrod*
Les Weisbrod