## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| EDITH KOENIGER AS EXECUTRIX OF THE ESTATE OF LUCILLE HEIMBOLD | JUDGE FALLON<br>MAG. JUDGE NORTH |
| Plaintiff | |
| | Civil Action No.: 2:16-cv-14658 |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER AG; BAYER PHARMA AG; BAYER HEALTHCARE LLC; and BAYER HEALTHCARE PHARMACEUTICALS, INC., | |
| Defendants. | |

### MEMORANDUM IN SUPPORT OF
### PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Edith Koeniger as Executrix of the Estate of Lucille Heimbold, by and through the undersigned counsel, submits this Memorandum in Support of Plaintiff's Motion to Dismiss With Prejudice.

After the filing of case No. 2:16-cv-14658, Plaintiff informed counsel that the Estate no longer wishes to pursue the above-referenced litigation. Defendants have asserted no counterclaims. Plaintiff's counsel contacted counsel for Defendants via e-mail on May 4, 2017 regarding this motion. Defendants' counsel did not respond.

Plaintiff therefore asks this Court to enter an order pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure dismissing Case No. 2:16-cv-14658 with prejudice, with each party to bear their own costs.

Respectfully submitted this 15th day of May, 2017.

> By: */s/ Les Weisbrod*
> **LES WEISBROD**
> Texas Bar No. 21104900
> **ALEXANDRA V. BOONE**
> Texas Bar No. 00795259
> **MILLER WEISBROD LLP**
> 11551 Forest Central Drive, Suite 300
> Dallas, Texas 75243
> Telephone: (214) 987-0005
> Fax: (214) 987-2545
> E-Mail: lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

> */s/Les Weisbrod*
> Les Weisbrod