# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| EDITH KOENIGER AS EXECUTRIX OF THE ESTATE OF LUCILLE HEIMBOLD | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Plaintiff | |
| vs. | Civil Action No.: 2:16-cv-14658 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER AG; BAYER PHARMA AG; BAYER HEALTHCARE LLC; and BAYER HEALTHCARE PHARMACEUTICALS, INC., | |
| Defendants. | |

## **ORDER**

The Court, after considering Plaintiff's Motion to Dismiss With Prejudice as well as any responses thereto, finds the motion meritorious, It is therefore ORDERD THAT: Plaintiff's Motion to Dismiss With Prejudice is GRANTED and that the above-mentioned case captioned 16-14658 is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE