## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GERLEAN WHITE, | ) | |
| | ) | MDL NO. 2592 |
| Plaintiffs. | ) | |
| | ) | JUDGE:  ELDON E. FALLON |
| | ) | |
| | ) | SECTION:  L |
| | ) | |
| v. | ) | MAG. JUDGE: MICHAEL NORTH |
| | ) | |
| JANSSEN RESEARCH & | ) | CIVIL ACTION NO. 2:17-cv-3467 |
| DEVELOPMENT LLC F/K/A JOHNSON | ) | |
| AND JOHNSON PHARMACEUTICAL | ) | |
| RESEARCH AND DEVELOPMENT LLC, | ) | |
| JANSSEN ORTH LLC, JANSSEN | ) | |
| PHARMACEUTICAL, INC. F/K/A JANSSEN | ) | |
| PHARMACEUTICALS, INC. F/K/A | ) | |
| JANSSEN PHARMACEUTICA INC, | ) | |
| F/K/A ORTHO-MCNEIL-JANSSEN | ) | |
| PHARMACEUTICALS INC., | ) | |
| JOHNSON & JOHNSON COMPANY | ) | |
| BAYER HEALTHCARE PHARMACEUTICALS, | ) | |
| INC., BAYER HEALTHCARE LLC, BAYER | ) | |
| PHARMA AG, BAYER CORPORATION, | ) | |
| BAYER HEALTHCARE AG, AND BAYER AG, | ) | |
| | ) | |
| Defendants. | ) | |

## EX PARTE MOTION TO AMEND

Plaintiff, Gerlean White, Pursuant to the applicable Federal Rule of Civil Procedures 15(a)(1)(A) as cited in Pretrial Order No. 11C, by and through the undersigned, hereby seek to amend the Complaint by amending the start date of ingestion to November 24, 2015, as well as the stop date of ingestion to February 27, 2016. Additionally, Plaintiff moves to include the additional injury dates of December 28, 2015, December 30, 2015, January 7, 2016, and February 27, 2016.

Plaintiff Gerlean White's Complaint was filed via LAED CM/ECF on April 14, 2017 and service was executed thereafter on April 25, 2017. It is hereby requested that this Ex Parte Motion to Amend Complaint is granted.

Dated: May 15, 2017

Respectfully submitted,

SWMW Law, LLC

By:  /s/Stephen B. Wohlford_____
        Benjamin R. Schmickle, #6270568
        Stephen B. Wohlford, #IL6287698
        701 Market Street, Suite 1000
        St. Louis, MO 63101
        (314) 480-5180
        (314) 932-1566 – Facsimile

**ATTORNEYS FOR PLAINTIFFS**