**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION  :       MDL No. 2592
                                                      :
                                                      :       SECTION L
                                                      :
                                                      :       JUDGE ELDON E. FALLON
                                                      :
_____:       MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

John Wilson

CA# 2:16-cv-80

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Delores Wilson, as a surviving spouse of John Wilson, is substituted for Plaintiff John Wilson, in the above captioned cause.

New Orleans, Louisiana this 15th day of May, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge