UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| CHARLES SHELLENBERGER, | |
| Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTH CARE AG, and BAYER AG, | Civil Action No.: 2:16-cv-16400<br><br>STIPULATION OF DISMISSAL |
| Defendants | |

**IT IS HEREBY STIPULATED** and **AGREED** that, pursuant to Fed. R. Civ. P. 41, Plaintiff's Complaint be and hereby is dismissed in its entirety with prejudice but without prejudice to Plaintiff re-filing the Complaint within 60 days of this dismissal in the Court of Common Pleas in Pennsylvania, the state in which Plaintiff resides. Plaintiff agrees that the state court action will not add new defendants or assert additional claims. All parties shall bear their own costs and expenses.

**MCGARTLAND LAW FIRM, PLLC**
By: *s/ Michael P. McGartland*
Michael P. McGartland (Tx Bar #13610800)
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Tel: (817) 332 - 9300
Email: mike@mcgartland.com

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson

Dated: May 16, 2017

**PENDLEY, BAUDIN & COFFIN, LLP**
By: *s/ Nicholas R. Rockforte*
Nicholas R. Rockforte
Christopher L. Coffin
1515 Poydras Street
Suite 1400
New Orleans, LA 70112
Phone:  504-355-0086
Fax:  504-523-0699
Email:  nrockforte@pbclawfirm.com
ccoffin@pbclawfirm.com

Attorneys for Plaintiff
Dated: May 16, 2017

**ARNOLD & PORTER**
**KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: May 16, 2017

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: May 16, 2017

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that on May 16, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        /s/ James B. Irwin