UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 14-2720 – Boudreaux, et al v. Janssen, et al | SECTION: L (5) |

## **AMENDED** J U D G M E N T ON JURY VERDICT

The original judgment entered in this matter on May 3, 2017, (Rec. Doc. 6392), is amended as follows:

This action was tried by a jury with Judge Eldon E. Fallon presiding. On May 3, 2017, the jury rendered its verdict and found that Defendants, Janssen Research & Development, LLC, Janssen Pharmaceuticals, Inc., Bayer Healthcare Pharmaceuticals Inc., and **Bayer Pharma AG,** provided Dr. Kenneth Wong adequate instructions for the safe use of Xarelto, accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of Defendants, Janssen Research & Development, LLC, Janssen Pharmaceuticals, Inc., Bayer Healthcare Pharmaceuticals Inc., and **Bayer Pharma AG**, and against Plaintiffs, Joseph J. (Johnny) Boudreaux, Jr., and Loretta Boudreaux, dismissing Plaintiffs' claims with prejudice and costs.

New Orleans, Louisiana, this   16th   day of May, 2017.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**