AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Kim C. Thigpen, et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:17-cv-01019 |
| Janssen Research & Development LLC, et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kim C. Thigpen, as Administrator of the Estate of Edmund Jay Hinkerson, Sr

Date: 05/16/2017

/s/ Avram J. Blair
*Attorney's signature*

Avram J. Blair 24033585
*Printed name and bar number*

2020 Southwest Freeway, Suite 222
Houston, TX 77098

*Address*

ablair@ablairlaw.com
*E-mail address*

(713) 936-2609
*Telephone number*

(832) 203-8286
*FAX number*