UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | SECTION L |
| ) | |
| ANDREW SILVA ) | JUDGE ELDON E. FALLON |
| ) | |
| 1:15-CV-00337 ) | MAGISTRATE JUDGE NORTH |
| ) | |

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Andrew Silva. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Christopher E. Silva, who is the surviving sibling and executor of the Estate of Andrew Silva.

Respectfully submitted,

/s/ Brian M. Vines_____
Brian M. Vines
Attorney for Plaintiff

OF COUNSEL:
Scott A. Powell
Brian M. Vines
Hare, Wynn, Newell and Newton, LLP
2025 3rd Avenue North
Suite 800
Birmingham, Alabama 35203
Phone: 205-328-5330
Fax: 205-324-2165

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2017 a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure establish in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Brian M. Vines_____
Brian M. Vines
Scott A. Powell
Hare, Wynn, Newell and Newton, LLP
2025 3rd Avenue North
Suite 800
Birmingham, Alabama 35203
Phone:  205-328-5330
Fax:  205-324-2165
*Attorneys for Plaintiff*