UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION L |
| ANDREW SILVA | ) ) | JUDGE ELDON E. FALLON |
| 1:15-CV-00337 | ) ) | MAGISTRATE JUDGE NORTH |

## MOTION TO SUBSTITUTE PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Christopher E. Silva on behalf of his late brother, Andrew Silva. hereby informs the Honorable Court of the death of the Plaintiff, Andrew Silva.

1. Andrew Silva filed a products liability suit against Defendants on January 15, 2015.

2. Subsequently, after filing the lawsuit, Plaintiff's counsel was notified that Andrew Silva had died on June 27, 2016.

3. Plaintiff filed a Notice and Suggestion of Death on May 17, 2017.

4. Christopher E. Silva, surviving sibling and executor of the Estate of Andrew Silva, is a proper party to substitute for Plaintiff-Decedent Andrew Silva and has proper capacity to proceed forward with the surviving product liability lawsuit on his behalf. Pursuant to Fed R. Civ. P. 25(a)(1), "if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of by the decedent's successor or representative."

Wherefore, counsel for Plaintiff requests that the Court Grant this request for substitution of Christopher E. Silva as plaintiff in place of decedent, Andrew Silva.

Respectfully submitted,

/s/ Brian M. Vines_____
Brian M. Vines
Attorney for Plaintiff

OF COUNSEL:
Scott A. Powell
Brian M. Vines
Hare, Wynn, Newell and Newton, LLP
2025 3rd Avenue North
Suite 800
Birmingham, Alabama 35203
Phone:  205-328-5330
Fax:  205-324-2165

### CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2017 a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure  establish in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Brian M. Vines_____

                                                Brian M. Vines
                                                Scott A. Powell
                                                Hare, Wynn, Newell and Newton, LLP
                                                2025 3rd Avenue North
                                                Suite 800
                                                Birmingham, Alabama 35203
                                                Phone:  205-328-5330
                                                Fax:  205-324-2165
                                                *Attorneys for Plaintiff*