UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION L |
| ANDREW SILVA | ) ) | JUDGE ELDON E. FALLON |
| 1:15-CV-00022 | ) ) ) | MAGISTRATE JUDGE NORTH |

## ORDER

Upon consideration of Plaintiff's Motion to Substitute Proper Party,

IT IS HEREBY ORDERED that CHRISTOPHER E. SILVA, as surviving sibling and executor to the Estate of ANDREW SILVA, Motion for Substitution as Plaintiff in this action is GRANTED.

Signed this _____ day of _____, 2017

_____
UNITED STATES DISTRICT JUDGE