UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Brook v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-06975*

### MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting James Austin Brook, Sr., on behalf of the Estate of Mazelle Brook, as Plaintiff in the above-captioned cause.

1. Mazelle Brook brings a products liability lawsuit against defendants on December 22, 2015.

2. Plaintiff Mazelle Brook died on January 28, 2017.

3. Mazelle Brook's products liability action against defendants survived Plaintiff's death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on March 23, 2017, attached hereto as "Exhibit A".

5. James Austin Brook, Sr., as Personal Representative/Executor of the Estate of Mazelle Brook, is a proper party to substitute for Plaintiff Mazelle Brook and has

1

proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for the Plaintiff requests that this Court grant this request for substitution as Plaintiff in this action.

Dated May 17, 2017                              Respectfully submitted,


                                                /s/Joel L. DiLorenzo
                                                Joel L. DiLorenzo, Esq.
                                                Attorney I.D. No. 7575-J64D (AL)
                                                THE DILORENZO LAW FIRM, LLC
                                                505 20th Street North, Suite 1275
                                                Birmingham, AL 35203
                                                Tel: 205.212.9988
                                                Fax: 205.212.9989
                                                joel@dilorenzo-law.com
                                                Attorney for the Plaintiffs