UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>MARY MULLINS<br><br>       Plaintiff,<br><br>  v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>       Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.: 2:16-cv-16523 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by the undersigned party, pursuant to Fed. R. Civ. P. 41, that the claim of Plaintiff MARY MULLINS is dismissed with prejudice against all defendants, the party to bear its own fees and costs.

WEITZ & LUXENBERG, P.C.
*Attorneys for Plaintiff*
MARY MULLINS

By: */s/ Danielle Gold*
Danielle Gold
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 485-1823
Facsimile: (646) 293-7498
E-mail: dgold@weitzlux.com

Dated: May 17, 2017

DRINKER BIDDLE & REATH LLP
*Attorneys for Defendants*
Janssen Pharmaceuticals, Inc.,
Janssen Research & Development LLC,
Janssen Ortho LLC and
Johnson & Johnson

By:  */s/ Susan M. Sharko (with consent)*
Susan M. Sharko
DRINKER BIDDLE & REATH, LLP
600 Campus Drive,
Florham Park, NJ 07932
susan.sharko@dbr.com

Dated:  May 17, 2017


ARNOLD & PORTER KAYE SCHOLER LLP
*Attorneys for Defendants*
Bayer HealthCare Pharmaceuticals Inc. and
Bayer Pharma AG

By: */s/Andrew Solow (with consent)*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com


Dated:  May 17, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2017, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of such filing.

>  */s/ Danielle Gold*
>  Danielle Gold