UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph Orr, Jr., et al. v. Janssen et al. Case No. 2:15-cv-03708 | MAGISTRATE NORTH |

JOINT STIPULATION ON MOTION
*IN LIMINE* FILINGS AND RULINGS

NOW INTO COURT, through undersigned counsel, come Plaintiffs Joseph Orr, Jr.; Joseph Orr, III; Kelli Orr Walker; and Kim Orr DeAgano, and Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research and Development, LLC, who desire to preserve issues for appeal and eliminate the need for the Court to separately consider Motions *in Limine* similar to those already ruled upon by this Court in *Joseph Boudreaux, Jr. et al. v. Janssen et al*, Case No. 2:14-cv-02720.  Subject to a full reservation of rights and unless otherwise ordered by the Court, the parties hereby stipulate as follows.

I.

The parties stipulate that all motions *in limine*, and all memoranda in support, in opposition, and in reply that previously were filed in *Boudreaux* are considered filed in *Orr*.  The parties' reserve their rights and objections as set forth in the below-identified motions *in limine* and oppositions filed in *Boudreaux*, as if fully set forth herein.   For clarity, those motions and memoranda are as follows:

    A.    **Defendants' Joint Motions** *in Limine*

(1)    Defendants' Joint Motion *in Limine* No. 2 to Exclude Evidence and Argument Regarding Marketing, Advertising, or Promotional Materials Not Relied on By Plaintiff's

Prescribing Physician [Doc. 5933], and response/memorandum in opposition filed by Plaintiffs [Doc. 6141];

(2) Defendants' Joint Motion *in Limine* No. 3 to Exclude Evidence of Foreign Labeling and Regulatory Actions Under Federal Rules of Evidence 402 and 403 [Doc. 5954], and response/memorandum in opposition filed by Plaintiffs [Doc. 6169; 6239];

(3) Defendants' Joint Motion *in Limine* No. 4 Regarding the Record 4 Clinical Trial and SEIFE 2015 [Doc. 5958], and response/memorandum in opposition filed by Plaintiffs [Doc. 6144; 6228];

(4) Defendants' Joint Motion *in Limine* No. 5 to Exclude Evidence and Argument Related to Use of Xarelto for Treatment of Acute Coronary Syndrome (Defendants' Joint Motion in Limine No. 5) [Doc. 5942], and response/memorandum in opposition filed by Plaintiffs [Doc. 6166];

(5) Defendants' Joint Motion *in Limine* No. 6 to Exclude Argument or Evidence Regarding the Lack of a Reversal Agent for Xarelto [Doc. 5947], and response/memorandum in opposition filed by Plaintiffs [Doc. 6163];

(6) Defendants' Joint *in Limine* No. 7 to Exclude Evidence or Argument that the Xarelto Label Should Have Included Information About the INRatio Device Recall Used in ROCKET AF or That Is Inconsistent With FDA's September 2016 Reanalysis That the Recall Did Not Impact the Results of ROCKET AF [Doc. 5940], and response/memorandum in opposition filed by Plaintiffs [Doc. 6162];

(7) Defendants' Joint Motion *in Limine* No. 8 to Exclude Evidence and Argument Regarding the September 2015 Xarelto Label And/Or Related Correspondence [Doc. 5935], and response/memorandum in opposition filed by Plaintiffs [Doc. 6145];

(8)     Defendants' Joint Motion *in Limine* No. 9 to Exclude Evidence of Dr. Califf's Proposal to Pursue "Rocket 2.0" Under Federal Rules of Evidence 402 & 403 [Doc. 5950], and response/memorandum in opposition filed by Plaintiffs [Doc. 6151; 6230];

(9)     Defendants' Joint Motion *in Limine* No. 10 to Exclude Dr. Cuculich and Dr. Smart's Testimony Regarding Defendants' Detail Representatives [Doc. 5937], and response/memorandum in opposition filed by Plaintiffs [Doc. 6165];

(10)    Defendants' Joint Omnibus Motion *in Limine* No. 1 [Doc. 5955], including Defendants' Motions *in Limine* Nos. 11–17, and response/memorandum in opposition filed by Plaintiffs [Doc. 6159];

(11)    Defendants' Joint Omnibus Motion *in Limine* No. 2 [Doc. 5956], including Defendants' Motions *in Limine* Nos. 18–22 and response/memorandum in opposition filed by Plaintiffs [Doc. 6153]; and

(12)    Defendants' Joint Motion for an Order (1) Dismissing With Prejudice Claims Based on Allegations that Plaintiffs Have Abandoned and (2) Barring Scientific Evidence Based on Waiver of *Daubert* Arguments [Doc. 5957], response/memorandum in opposition filed by Plaintiffs [Doc. 6167], and Defendants' Reply [Doc. 6227].

   **B.     Plaintiffs' Motions** *in Limine*

(1)     Plaintiffs' Motion *in Limine* No. 4 Regarding the Relationship between Plaintiff and His Attorneys [Doc. 5919], and response/memorandum in opposition filed by Defendants [Doc. 6173];

(2)     Plaintiffs' Motion *in Limine* No. 7 Regarding Hearsay Statement from Medical Associations [Doc. 5920], and response/memorandum in opposition filed by Defendants [Doc. 6181];

3

(3)     Plaintiffs' Motion *in Limine* No. 8 Regarding Plaintiffs' Counsels' Advertisements [Doc. 5921], and response/memorandum in opposition filed by Defendants [Doc. 5921];

(4)     Plaintiffs' Motion *in Limine* No. 9 Regarding Plaintiffs' Counsels' Communications or Meetings with Mrs. Orr's Prescribing or Treating Physicians [Doc. 5922], and response/memorandum in opposition filed by Defendants [Doc. 6146];

(5)     Plaintiffs' Motion *in Limine* No. 10 Regarding an Alleged "Litigation Crisis," "Lawsuit Crisis," "Lawsuit Abuse," or "Lawyer-Driven Litigation" [Doc. 5923], and response/memorandum in opposition filed by Defendants [Doc. 6178];

(6)     Plaintiffs' Motion *in Limine* No. 11 Regarding Personal Use of Xarelto [Doc. 5924]; and response/memorandum in opposition filed by Defendants [Doc. 6168] [NOTE: RE-ASSERTED AS PLAINTIFFS' MOTION IN LIMINE NO. 11 (Doc. 6445)];

(7)     Plaintiffs' Motion *in Limine* No. 12 Regarding Individual Character Evidence [Doc. 5925], and response/memorandum in opposition filed by Defendants [Doc. 6149];

(8)     Plaintiffs' Motion *in Limine* No. 13 Regarding Defendants' Corporate Character and Good Acts [Doc. 5926], and response/memorandum in opposition filed by Defendants [Doc. 6150];

(9)     Plaintiffs' Motion *in Limine* No. 14 Regarding Preemption and State Tort Laws [Doc. 5927], and response/memorandum in opposition filed by Defendants [Doc. 6154]

(10)    Plaintiffs' Motion *in Limine* No. 15 Regarding FDA Approval [Doc. 5928], and response/memorandum in opposition filed by Defendants [Doc. 6189] [NOTE: RE-ASSERTED AS PLAINTIFFS' MOTION *IN LIMINE* NO. 15 (Doc. 6475)];

(11)    Plaintiffs' Motion *in Limine* No. 16 Regarding the Effect of State Tort Laws [Doc. 5929], and response/memorandum in opposition filed by Defendants [Doc. 6160];

(12)     Plaintiffs' Motion *in Limine* No. 17 Regarding Potential Adverse Effects of a Plaintiffs' Verdict [Doc. 5930], and response/memorandum in opposition filed by Defendants [Doc. 6152];

(12)     Plaintiffs' Motion *in Limine* No. 19 Regarding FDA Approval [Doc. 5931], and response/memorandum in opposition filed by Defendants [Doc. 6180];

(13)     Plaintiffs' Motion *in Limine* No. 22 Regarding Defendants' Lack of Permission to Change the Label of Xarelto Without Prior FDA Approval [Doc. 5943], and response/memorandum in opposition filed by Defendant [Doc. 6154] [NOTE:  RE-ASSERTED AS PLAINTIFFS' MOTION *IN LIMINE* NO. 22 (Doc. 6477)];

(14)     Plaintiffs' Motion *in Limine* No. 23 Regarding Diluted Warnings [Doc. 5944], and response/memorandum in opposition filed by Defendants [Doc. 6148];

(15)     Plaintiffs' Motion *in Limine* No. 24 Regarding References to Advertising or Choice of Counsel [Doc. 5951], and response/memorandum in opposition filed by Defendants [Doc. 6173];

(16)     Plaintiffs' Motion *in Limine* No. 26 Regarding Compensation of Dr. Kessler [Doc. 5946], and response/memorandum in opposition filed by Defendants [Doc. 6172];

(17)     Plaintiffs' Motion in Limine No. 27 Regarding Mr. Joseph Boudreaux's Other Prescriptions [Doc. 5952], and response/memorandum in opposition filed by Defendants [Doc. 6176]; and

(18)     Plaintiffs' Motion *in Limine* No. 28 Regarding Xarelto's Ability to Save Lives [Doc. 5949], and response/memorandum in opposition filed by Defendants [Doc. 6155].

II.

Subject to sections III and IV below, the parties stipulate that the Court's Order and Reasons dated April 18, 2017 [Doc. 6254] on the motions *in limine* identified above that were filed by Plaintiffs and Defendants in *Boudreaux* shall apply to the trial of the above-entitled action.

III.

The parties reserve their rights to request that the Court clarify and reconsider its prior *in limine* rulings set forth in the Court's Order and Reasons [Doc. 6254] as may be appropriate prior to or during trial, and to submit any offers of proof as necessary for appeal.

IV.

The parties enter into this stipulation without prejudice to the motions *in limine* and memoranda in support filed with the Court in the above-entitled action on May 12, 2017, as well as any later-filed memoranda in opposition or in reply to the below-identified motions:

**A.    Defendants' Joint Motions *in Limine***

(1)    Defendants' Joint Motion *in Limine* to Exclude Dr. Cuong Bui's Testimony Regarding the Xarelto label [Doc. 6482];

(2)    Defendants' Joint Motion *in Limine* to Exclude Testimony from Previously Undisclosed Witnesses [Doc. 6490];

(3)    Defendants' Joint Motion *in Limine* to Exclude Reference To Dr. Califf As FDA Commissioner Under Federal Rules Of Evidence 402 & 403 [Doc. 6491]

(4)    Defendants' Joint Motion for an Order (a) Dismissing With Prejudice Claims Based on Allegations that Plaintiffs Have Abandoned and (b) Barring Scientific Evidence Based on Waiver of *Daubert* Arguments [Doc. 6485].

### B.     Plaintiffs' Motions *in Limine*

(1)     Plaintiffs' Expedited Motion *in Limine* No. 11 Regarding Personal Use of Anticoagulants, Including Xarelto [Doc. 6445];

(2)     Plaintiffs' Motion *in Limine* No. 15 Regarding FDA Approval [Doc. 6475];

(3)     Plaintiffs' Motion i*n Limine* No. 22 Regarding Defendants' Lack of Permission to Change the Label of Xarelto Without Prior FDA Approval [Doc. 6476];

(4)     Plaintiffs' Motion *in Limine* No. 25 Regarding References to Fiction Allegedly Authored by Suzanne Parisian, M.D. [Doc. 6468];

(5)     Plaintiffs' Motion *in Limine* No. 30 to Preclude Testimony and Argument That Plaintiffs' Experts Have Not Publicized/Published or Submitted Their Opinions to the FDA or Any Other Organization [Doc. 6474];

(6)     Plaintiffs' Motion *in Limine* No. 31 Regarding Homeopathic Treatments and Use of Supplements [Doc. 6469];

(7)     Plaintiffs' Motion i*n Limine* No. 32 Concerning Unrelated Litigation [Doc. 6471]

(8)     Plaintiffs' Motion *in Limine* No. 33 Regarding The FDA's Alleged Rejection of Defendants' Attempts to Modify the Xarelto Label [ Doc. 6472];

(9)     Plaintiffs' Motion in *Limine* No. 34 Concerning the Character Assassination of Frank W. Smart, MD, FACC, FACP [Doc. 6473];

(10)    Plaintiffs' Motion *in Limine* No. 35 to Admit Evidence of Defendants' Statements Outside the United States That Directly Contradict Their Position that PT Neoplastin Is Not Useful and Does Not Work to Determine the Anticoagulant Activity of Xarelto [Doc. 6480];

(11)    Plaintiffs' Motion *in Limine* No. 36 to Preclude Evidence or Argument Suggesting that Plaintiff, Joseph Orr, Jr., Has Dated Since His Wife's Death [Doc. 6477]; and

(12) Plaintiffs' Motion i*n Limine* No. 37 to Preclude The False and Misleading Argument that Prothombin Time (PT) Test Must Be Specifically Approved by the FDA for Use with Xarelto [Doc. 6492].

Dated:   May 18, 2017

Respectfully submitted,

| | |
|---|---|
| CAPITELLI AND WICKER | HERMAN, HERMAN & KATZ, LLC |
| By:  /s/ T. Carey Wicker<br>T. Carey Wicker, III<br>1100 Poydras Street<br>Suite 2950<br>New Orleans, LA  70163<br>tcw@capitelliandwicker.com | By: */s/ Leonard A. Davis*<br>Leonard A. Davis<br>HERMAN, HERMAN & KATZ, LLC<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>Telephone: (504) 581-4892<br>Fax: (504) 561-6024<br>ldavis @hhklawfirm.com |
| Albert Nicaud<br>Nicaud & Sunseri, LLC<br>3000 18th Street<br>Metairie, LA 70002<br>anicaud@nslawla.com | GAINSBURGH BENJAMIN DAVID MEUNIER &WARSHAUER, LLC |
| *Counsel for Joseph Orr, Jr., Joseph Orr, III, Kelli Orr Walker and Kim Orr DeAgano* | By: /s/ *Gerald E. Meunier*<br>GAINSBURGH BENJAMIN DAVID MEUNIER &WARSHAUER, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Telephone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com |
| | *Plaintiffs' Co-Liaison Counsel* |
| IRWIN FRITCHIE URQUHART & MOORE LLC | WILKINSON WALSH + ESKOVITZ LLP |
| By: /s/ *James B. Irwin*<br>James B. Irwin<br>Kim E. Moore<br>Irwin Fritchie Urquhart & Moore LLC<br>400 Poydras Street, Suite 2700 | By: /s/ *Beth A. Wilkinson*<br>Beth A. Wilkinson<br>Jennifer L. Saulino<br>Jeremy Barber<br>WILKINSON WALSH + ESKOVITZ LLP |

New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Rodney M. Hudson
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Rodney.hudson@dbr.com

Chanda A. Miller
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Chanda.Miller@dbr.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC*

1900 M. Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonwalsh.com
jsaulino@wilkinsonwalsh.com
jbarber@wilkinsonwalsh.com

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ David E. Dukes*
David E. Dukes
J. Mark Jones
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Telephone: (803) 799-2000
David.Dukes@nelsonmullins.com
Mark.Jones@nelsonmullins.com

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *Andrew K. Solow*
Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Kevin C. Newsom*
Kevin C. Newsom
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North

        Birmingham, AL 35203-2119
        Telephone: (205) 521-8803
        knewsom@bradley.com
        lboney@bradley.com

        CHAFFE MCCALL L.L.P.
        By: /s/ *John F. Olinde*
        John F. Olinde
        CHAFFE MCCALL L.L.P.
        1100 Poydras Street, Suite 2300
        New Orleans, LA 70163
        Telephone: (504) 585-7241
        olinde@chaffe.com

        *Attorneys for Bayer HealthCare*
        *Pharmaceuticals Inc. and Bayer Pharma AG*