UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| *Joseph Orr, Jr., et al. v. Janssen et al.* | * | MAG. JUDGE NORTH |
| Case No. 2:15-cv-03708 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE
PLAINTIFFS' REPLY BRIEF IN SUPPORT OF PLAINTIFFS' EXPEDITED MOTION
IN LIMINE NO. 11 TO PRECLUDE TESTIMONY AND ARGUMENT ABOUT THE
PERSONAL USE OF ANTICOAGULANTS INCLUDING XARELTO BY
DEFENDANTS' EXPERTS, EMPLOYEES AND/OR FAMILY MEMBERS OR, IN THE
ALTERNATIVE, IF SUCH TESTIMONY IS ALLOWED, TO COMPEL THE
PRODUCTION OF RELEVANT MEDICAL RECORDS AND/OR MEDICAL
AUTHORIZATIONS AND DEPOSITIONS**

NOW COME Plaintiffs who submit that on May 10, 2017, Plaintiffs' Expedited Motion in Limine No. 11 to Preclude Testimony and Argument About the Personal Use of Anticoagulants Including Xarelto By Defendants' Experts, Employees and/or Family Members or, In the Alternative, If Such Testimony is Allowed, to Compel the Production of Relevant Medical Records and/or Medical Authorizations and Depositions [Rec. Doc. 6445] ("Personal Use Motion") was filed into the record. On May 17, 2017, Defendants filed a Joint Memorandum in Opposition to Plaintiffs' Motion in Limine No. 11 to Preclude Testimony and Argument About the Personal Use of Anticoagulants Including Xarelto By Defendants' Experts, Employees and/or Family Members or, In the Alternative, If Such Testimony is Allowed, to Compel the Production of Relevant Medical Records and/or Medical Authorizations [Rec. Doc. 6531]. Plaintiffs desire to file a brief

1

Reply in further support of the Personal Use Motion, and request leave of court to file a Reply into the record.

WHEREFORE, movers pray that this motion be GRANTED and that the attached Plaintiffs' Reply Brief in Support of Plaintiffs' Expedited Motion in Limine No. 11 to Preclude Testimony and Argument About the Personal Use of Anticoagulants Including Xarelto By Defendants' Experts, Employees and/or Family Members or, In the Alternative, If Such Testimony is Allowed, to Compel the Production of Relevant Medical Records and/or Medical Authorizations and Depositions be filed into the record.

Dated:  May 19, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
Email:  ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
Email:  gmeunier@gainsben.com

***Plaintiffs' Liaison Counsel***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 19, 2017, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

>    */s/ Leonard A. Davis*
>    **LEONARD A. DAVIS**