UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**CURTIS DUPUY**
**2:15-cv-06106**

## ORDER

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by Plaintiff Curtis Dupuy be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Third Amended Joint Complaint into the record in this matter.

SIGNED this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE