UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON |

THIS DOCUMENT RELATES TO:

*Bridget Lynch v. Janssen Research & Development, LLC, et al.*

Civil Action No. 2:16-cv-17572

## UNOPPOSED MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

TO THE HONORABLE JUDGE FALLON:

COMES NOW, counsel for the Plaintiff Bridget Lynch, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves to substitute James Lynch, as the Representative of the Estate of Bridget Lynch and to amend the Complaint filed in this action, and would respectfully show as follows:

1. The original Complaint was filed on December 19, 2016 (*Lynch vs. Janssen Research & Development LLC, et al.,* 2:17-cv-17572-EEF-MBN [Doc. 1]).

2. Plaintiff duly served a copy of the Complaint on January 13, 2017.

3. Counsel for the Plaintiff filed a Notice of Death on March 24, 2017.

4. Plaintiff is deceased and counsel for the Plaintiff moves to substitute James Lynch, the Representative of the Estate of Bridget Lynch, as Plaintiff in the present action.

5. Because this Motion is filed within the applicable time limits set forth in Rule 15(a)(1)(A), counsel moves for this motion to be granted as a matter of course.

6. On or about May 18, 2017, Plaintiff provided a copy of this motion and the proposed First Amended Complaint to Defendants, and obtained written consent on May 22, 2017 from opposing counsels to amend the Complaint.  Defendants have no objection to the relief requested herein.

WHEREFORE PREMISES CONSIDERED, Plaintiff asks this Court to grant this Unopposed Motion to Substitute James Lynch, as the Representative of the Estate of Bridget Lynch and enter an order to be allowed to file an amended Complaint as attached hereto, and grant Plaintiff such other and further relief to which she may be justly entitled.

DATED: May 22, 2017

    Respectfully submitted,

    PIERCE, SKRABANEK, BRUERA, PLLC

    */s/ Sofia E. Bruera*

    SOFIA E. BRUERA
    State Bar No. 24062189
    3701 Kirby Drive, Suite 760
    Houston, Texas 77098
    Telephone: (832) 690-7000
    Facsimile: (832) 616-5576
    E-mail: sofia@psbfirm.com

    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby that a copy of the above and foregoing Motion to Substitute James Lynch, as the Representative of the Estate of Bridget Lynch and File Amended Complaint, Amended Complaint and proposed order on the Motion to Substitute James Lynch, as the Representative of the Estate of Bridget Lynch and File the First Amended Complaint were served on May 22, 2017. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

*/s/ Sofia E. Bruera*
SOFIA E. BRUERA