MINUTE ENTRY
FALLON, J.
MAY 17, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference took place on this date in the Chambers of the Honorable Eldon E. Fallon. Plaintiffs were represented by Lenny Davis, Andy Birchfield, and Bess DeVaughn. Defendants were represented in person by David Dukes, Jim Irwin, and Kim Moore, and via telephone by Beth Wilkinson and Jeremy Barber. The parties discussed jury selection for the upcoming bellwether trial scheduled to begin Tuesday, May 30, 2017.

This status conference was transcribed by Ms. Lani Smith, Official Court Reporter. Counsel may contact Ms. Smith at (504) 589-7782 to request a copy of the transcript.

JS10(00:40)