UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL 2592 <br> * <br> *  SECTION L |
| THIS DOCUMENT RELATES TO: | * <br> * <br> *  JUDGE ELDON E. FALLON |
| *Joseph Orr, Jr., et al. v. Janssen et al.* <br> Case No. 2:15-cv-03708 | *  MAG. JUDGE NORTH <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to File Plaintiffs' Reply Brief in Support of Plaintiffs' Expedited Motion in Limine No. 11 to Preclude Testimony and Argument About the Personal Use of Anticoagulants Including Xarelto By Defendants' Experts, Employees and/or Family Members or, In the Alternative, If Such Testimony is Allowed, to Compel the Production of Relevant Medical Records and/or Medical Authorizations and Depositions;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that the attached Plaintiffs' Reply Brief in Support of Plaintiffs' Expedited Motion in Limine No. 11 to Preclude Testimony and Argument About the Personal Use of Anticoagulants Including Xarelto By Defendants' Experts, Employees and/or Family Members or, In the Alternative, If Such Testimony is Allowed, to Compel the Production of Relevant Medical Records and/or Medical Authorizations and Depositions be and is hereby filed into the record.

New Orleans, Louisiana, this 22nd day of May, 2017.

_____
Eldon E. Fallon
United States District Court Judge