**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE:  XARELTO (RIVAROXABAN)**    **MDL No. 2592**
**PRODUCTS LIABILITY LITIGATION**

             **SECTION L**

**THIS DOCUMENT RELATES TO:**    **JUDGE ELDON E. FALLON**

             **MAGISTRATE NORTH**

**Joseph Orr, Jr., et al. v. Janssen, et al.**
**Case No.  2:15-cv-03708**

## O R D E R

Considering Defendants' Joint *Ex Parte* Motion for Leave to File Under Seal Defendants' Joint Opposition to Plaintiffs' Motion in *Limine* No. 34 "Concerning the Character Assassination of Frank W. Smart, MD, FACC, FACP",

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Defendants' Joint Opposition to Plaintiffs' Motion in *Limine* No. 34 "Concerning the Character Assassination of Frank W. Smart, MD, FACC, FACP", be and are hereby **FILED UNDER SEAL.**

New Orleans, Louisiana, this _____ day of May, 2017.

            _____

            ELDON E. FALLON
            UNITED STATES DISTRICT COURT JUDGE