Parisian, Suzanne  4/19/2006  4:48:00 PM

```
 1                                    1
 2            IN THE UNITED STATES DISTRICT COURT
 3            FOR THE EASTERN DISTRICT OF ARKANSAS
 4                       WESTERN DIVISION
 5       In re:              )
 6                           )
 7       PREMPRO PRODUCTS LIABILITY   )
 8       LITIGATION          )MDL Docket No.:
 9                           )4:03CV1507 WRW
10       _____)
11       IN THE COURT OF COMMON PLEAS   )
12       PHILADELPHIA COUNTY         )
13                           )
14       In re:              )
15                           )
16       HORMONE THERAPY CASE.        )
17       _____)
18            DEPOSITION OF SUZANNE PARISIAN, M.D.
19                       Tempe, Arizona
20                       April 19, 2006
21                          8:30 a.m.
22       PREPARED FOR:
23       District Court
24       (Original)
25       PREPARED BY:
26       Robin L. B. Osterode, RPR, CSR
27       AZ Certified Reporter No. 50695
28                                    2
```

Parisian, Suzanne  4/19/2006  4:48:00 PM

1       A.  No.

2       Q.  Have you ever used an assumed name or an

3   alias?

4       A.  No.

5       Q.  How about a --

6       A.  I have a maiden name, Dorgan.

7       Q.  How about a pen name?

8       A.  No.

9       Q.  Have you ever used the pen name McClean

10  Thomas?

11      A.  Yes.  That was to write a novel.

12      Q.  Was that novel "The Twin Cubs of the

13  White Wolf"?

14      A.  Yes.

15      Q.  Okay.

16          Those are all the questions I have?

17      A.  That was years ago.

18      Q.  I'm sure it was.

19          MR. JOWERS:  No questions.  Thank you.

20          MR. HOFFMAN:  Anything else, anything

21  else I should go over?  Anybody left on the phone?

22          MS. NICHOLS:  Yes.  Thank you.

23          MR. JOWERS:  Thank you, Counsel.

24          THE VIDEOGRAPHER:  This concludes the

25  deposition, and we're going off the record at