UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Louisos v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17636

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCY

Plaintiff in the above-listed action, through his undersigned Counsel, respectfully requests that this Court grant his Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiency. The deadline is currently set for May 22, 2017. Plaintiff requests an additional sixty (60) days with a new deadline of July 21, 2017, to correct all deficiencies therein. A brief memorandum in support of Plaintiff's Motion is submitted herewith.

Respectfully submitted,

Dated: May 22, 2017

By: /s/ Jim M. Perdue, Jr.
Jim M. Perdue, Jr., Texas Bar No. 00788180
Donald H. Kidd, Texas Bar No. 11383100
PERDUE & KIDD
777 Post Oak Blvd., Suite 450
Houston, TX 77056
Telephone: 713-520-2500
Facsimile: 713-520-2525
Email: jperduejr@perdueandkidd.com
Email: dkidd@perdueandkidd.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on May 22, 2017.

                                                    /s/ Jim M. Perdue, Jr.