UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Louisos v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17636

### MEMORANDUM IN SUPPORT OF MOTION
### FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCY

NOW COMES Plaintiff in the above-listed action, through his undersigned counsel, and respectfully moves for an Order allowing him an additional sixty (60) days from the current deadline of May 22, 2017, to correct all deficiencies. In support of his motion, Plaintiff states as follows:

The foregoing action was filed and docketed into this consolidated proceeding *In Re: Xarelto (Rivaroxaban) Products Liability* Litigation, MDL No. 2592 on December 20, 2016. Plaintiff subsequently filed his Plaintiff's Fact Sheet on March 13, 2017, before his deadline of March 20, 2017. On March 15, 2017, Defendants' forwarded a core deficiency notice to plaintiff. Plaintiff's counsel submitted information to correct these core deficiencies. On April 11, 2017, Defendants' forwarded an amended core deficiency notice to Plaintiff. Plaintiff's Counsel submitted a second amended Plaintiff's Fact Sheet to cure the core deficiencies. Defendants' forwarded an additional amended core deficiency notice to Plaintiff on May 2, 2017. However, Plaintiff has not yet provided the executed verification page. Although we do not have medical evidence to support it, the undersigned counsel believes that Plaintiff is currently experiencing health-related issues and as such, the undersigned counsel has been

unable to sufficiently communicate with Plaintiff. The undersigned counsel has diligently attempted contact and continues to do so.

Thus, Plaintiff respectfully requests that this Court grant this motion and allow him an additional sixty (60) days within which to cure the core deficiencies.

Respectfully submitted,

Dated:  May 22, 2017

By:     /s/ Jim M. Perdue, Jr.
Jim M. Perdue, Jr., Texas Bar No. 00788180
Donald H. Kidd, Texas Bar No. 11383100
PERDUE & KIDD
777 Post Oak Blvd., Suite 450
Houston, TX  77056
Telephone:  713-520-2500
Facsimile:  713-520-2525
Email: jperduejr@perdueandkidd.com
Email: dkidd@perdueandkidd.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on May 22, 2017.

/s/ Jim M. Perdue, Jr.