UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Louisos v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-17636

## ORDER

Considering the foregoing Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiency:

IT IS HEREBY ORDERED that Plaintiff in the above-listed action shall have sixty (60) days with a new deadline of July 21, 2017, to correct all deficiencies therein.

New Orleans, Louisiana this ___ day of _____, 2017.

_____
Honorable Eldon E. Fallon