# EXHIBIT A
# FILED UNDER SEAL

00414668