**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE ELDON E. FALLON** |
| *Joseph Orr, Jr., et al. v. Janssen et al.* **Case No. 2:15-cv-03708** | **MAGISTRATE NORTH** |

**DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 31 REGARDING HOMEOPATHIC TREATMENTS AND USE OF SUPPLEMENTS**

# EXHIBITS C-H

# FILED UNDER SEAL

00414668