UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Joseph Orr, Jr., et al. v. Janssen et al.* Case No. 2:15-cv-03708 | MAGISTRATE NORTH |

DEFENDANTS' *EX PARTE* MOTION TO
FILE OPPOSITION AND EXHIBITS UNDER SEAL

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC, (collectively, "Defendants") respectfully request leave of the Court to file the Memorandum in Opposition to Plaintiffs' Motion in Limine No. 31 Regarding Homeopathic Treatments and Use of Supplements (Rec. Doc. 6564), as well as Exhibits C-H to the Opposition, in the above-referenced matter under seal, as they contain references to the health conditions and other personal information of a particular plaintiff, including excerpts of deposition testimony discussing the same.  Accordingly, Defendants respectfully request that the Opposition and Exhibits C-H be filed under seal.

Respectfully submitted,

| | |
|---|---|
| DRINKER BIDDLE & REATH LLP | WILKINSON WALSH + ESKOVITZ LLP |
| | BY: /s/ *BETH A. WILKINSON* |
| By: /s/ *Susan M. Sharko* | |
| Susan M. Sharko | BETH A. WILKINSON |
| DRINKER BIDDLE & REATH LLP | JENNIFER L. SAULINO |
| 600 Campus Drive | JEREMY BARBER |
| Florham Park, NJ 07932-1047 | WILKINSON WALSH + ESKOVITZ LLP |
| Telephone: (973) 549-7000 | 1900 M. STREET NW, SUITE 800 |
| susan.sharko@dbr.com | WASHINGTON, DC 20036 |
| | TELEPHONE: (202) 847-4000 |
| Rodney M. Hudson | BWILKINSON@WILKINSONWALSH.COM |
| DRINKER BIDDLE & REATH LLP | JSAULINO@WILKINSONWALSH.COM |
| 50 Fremont Street, 20th Floor | JBARBER@WILKINSONWALSH.COM |
| San Francisco, CA 94105-2235 | |
| Telephone: (415) 591-7500 | NELSON MULLINS RILEY & |
| Rodney.hudson@dbr.com | SCARBOROUGH LLP |
| | BY: /s/ *DAVID E. DUKES* |
| Chanda A. Miller | DAVID E. DUKES |
| DRINKER BIDDLE & REATH LLP | J. MARK JONES |
| One Logan Square, Suite 2000 | NELSON MULLINS RILEY & |
| Philadelphia, PA 19103-6996 | SCARBOROUGH LLP |
| Telephone: (215) 988-2500 | 1320 MAIN STREET, |
| Chanda.Miller@dbr.com | 17TH FLOOR COLUMBIA, SC 29201 |
| | TELEPHONE: (803) 799-2000 |
| IRWIN FRITCHIE URQUHART & MOORE LLC | DAVID.DUKES@NELSONMULLINS.COM |
| | MARK.JONES@NELSONMULLINS.COM |
| By: /s/ *James B. Irwin* | |
| James B. Irwin | |
| Kim E. Moore | By: /s/ *Andrew K. Solow* |
| IRWIN FRITCHIE URQUHART & MOORE LLC | Andrew K. Solow |
| 400 Poydras Street, Suite 2700 | Steven Glickstein |
| New Orleans, LA 70130 | ARNOLD & PORTER KAYE SCHOLER LLP |
| Telephone: (504) 310-2100 | 250 West 55th Street |
| jirwin@irwinllc.com | New York, New York 10019-9710 |
| | Telephone: (212) 836-8485 |
| *Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC* | andrew.solow@apks.com |
| | steven.glickstein@apks.com |
| | |
| | William Hoffman |
| | ARNOLD & PORTER KAYE SCHOLER LLP |
| | 601 Massachusetts Ave., NW |
| | Washington, D.C. 20001 |
| | Telephone: (202) 942-5000 |
| | william.hoffman@apks.com |

2

BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ *Kevin C. Newsom*
Kevin C. Newsom
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
knewsom@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on May 22, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                              */s/ James B. Irwin*
                              **James B. Irwin**