UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph Orr, Jr., et al. v. Janssen Research & Development, LLC et al.<br>Case No. 2:15-cv-03708 | MAGISTRATE NORTH |

### DECLARATION OF SANJAY JALOTA IN SUPPORT OF DEFENDANTS' MOTION TO QUASH SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

I, Sanjay Jalota, declare and testify as follows:

1. I am currently Senior Director of Global Regulatory Affairs at Janssen Research & Development.

2. I am submitting this declaration in support of Defendants' Motion to Quash Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action.

3. I neither live, work, nor regularly transact business in the state of Louisiana.

4. I neither live, work, nor regularly transact business within 100 miles of the United States District Court for the Eastern District of Louisiana, located at 500 Poydras Street, New Orleans, Louisiana.

5. I reside in Warren, New Jersey and I work in Raritan, New Jersey.

6. My deposition was taken in the above-captioned matter on March 3 and 4, 2016 in Florham Park, New Jersey. It lasted over sixteen hours.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2017.

_____
Sanjay Jalota