**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN)                      MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                                   SECTION L

THIS DOCUMENT RELATES TO:                          JUDGE ELDON E. FALLON

Joseph Orr, Jr., et al. v. Janssen et al.          MAGISTRATE NORTH
Case No. 2:15-cv-03708

<u>NOTICE OF SUBMISSION</u>

            PLEASE TAKE NOTICE that Defendants Bayer HealthCare Pharmaceuticals, Inc.,

Bayer Pharma AG, Janssen Research & Development LLC, and Janssen Pharmaceuticals, Inc., will

bring for hearing the accompanying Defendants' Motion to Quash Subpoena for Sanjay Jalota to

Appear and Testify at a Hearing or Trial in a Civil Action on the 7th day of June, 2017,[1] before the

Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500

Poydras Street, New Orleans, LA 70130.

            Respectfully submitted,

DRINKER BIDDLE & REATH LLP                         ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *Susan M. Sharko*                          By: /s/ *William Hoffman*
Susan M. Sharko                                    William Hoffman
DRINKER BIDDLE & REATH LLP                         ARNOLD & PORTER KAYE SCHOLER LLP
600 Campus Drive                                   601 Massachusetts Ave., NW
Florham Park, NJ 07932-1047                        Washington, D.C. 20001
Telephone: (973) 549-7000                          Telephone: (202) 942-5000
susan.sharko@dbr.com                               william.hoffman@apks.com

---

[1] Defendants are concurrently filing a Motion to Expedite Consideration of the Motion to Quash, as trial in the above-captioned matter is set to begin on May 30, 2017.

Rodney M. Hudson
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Rodney.hudson@dbr.com

Chanda A. Miller
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2500
Chanda.Miller@dbr.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen*
*Pharmaceuticals, Inc., Janssen Research &*
*Development, LLC, and Janssen Ortho LLC*

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ *Kevin C. Newsom*
Kevin C. Newsom
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue
North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
knewsom@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare*
*Pharmaceuticals Inc. and Bayer Pharma*
*AG*

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on May 22, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                         */s/ James B. Irwin*
                                         **James B. Irwin**

00414690                                                    4