# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph Orr, Jr., et al. v. Janssen et al. Case No. 2:15-cv-03708 | MAGISTRATE NORTH |

## ORDER

Considering the foregoing Motion to Expedite Consideration of Defendants' Motion to Quash (Rec. Doc.    ),

**IT IS ORDERED** that said Motion to Expedite is **GRANTED** and that the Motion will be heard on an expedited basis, at a date and time to be determined by the Court.

New Orleans, Louisiana, this ___ day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE

00414696