# EXHIBIT 2

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   ) MDL 2592
PRODUCTS LIABILITY LITIGATION  ) SECTION L
                               )
THIS DOCUMENT RELATES TO ALL   ) JUDGE ELDON E. FALLON
CASES                          )
                               ) MAG. JUDGE NORTH
_____)


PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW


VIDEOTAPED DEPOSITION OF JOACHIM H. IX, M.D., MAS


LA JOLLA, CALIFORNIA

DECEMBER 6, 2016




REPORTED BY: AUDREY L. RICKS,

CSR No. 12098, CCR, RPR, CLR


Golkow Technologies, Inc. - 1.877.370.DEPS

Protected - Subject to Further Protective Review

Page 2

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE: XARELTO (RIVAROXABAN)   ) MDL 2592
     PRODUCTS LIABILITY LITIGATION  ) SECTION L
 5                                  )
     THIS DOCUMENT RELATES TO ALL   ) JUDGE ELDON E. FALLON
 6   CASES                          )
                                    ) MAG. JUDGE NORTH
 7   _____)
 8
 9
10
11
12       VIDEOTAPED DEPOSITION OF JOACHIM H. IX, MD,
13   MAS, taken on behalf of the Defendants, at 3299
14   Holiday Court, La Jolla, California, commencing at
15   9:03 a.m. and ending at 5:24 p.m., Tuesday, December
16   6, 2016, before Audrey L. Ricks, RPR, CCR, CLR,
17   Certified Shorthand Reporter, No. 12098.
18
19
20
21
22
23
24
25
```

Golkow Technologies, Inc. - 1.877.370.DEPS

```
                                                          Page 3
 1   APPEARANCES:
 2
 3   For Plaintiff:
 4          LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY
             & PROCTOR, P.A.
 5          BY:  NED McWILLIAMS, ESQ.
 6          316 South Baylen Street, Suite 600
 7          Pensacola, Florida 32502
 8          850-435-7000
 9          nmcwilliams@levinlaw.com
10
11   For Plaintiff:
12          GOZA & HONNOLD, L.L.C.
13          BY:  BRADLEY D. HONNOLD, ESQ.
14          11181 Overbrook Road, Suite 200
15          Leawood, Kansas 66211
16          913-451-3433
17          bhonnold@gohonlaw.com
18
19   For Defendant Janssen Pharmaceuticals:
20          THOMPSON & KNIGHT LLP
21          BY: TIMOTHY E. HUDSON, ESQ.
22          1722 Routh Street, Suite 1500
23          Dallas, Texas 75201
24          214-969-1540
25          tim.hudson@tklaw.com
```

Protected - Subject to Further Protective Review

Page 4

1  APPEARANCES: (Continued)
2
3  For Defendant Bayer:
4           NELSON MULLINS
5           BY: ERIC A. PAINE, ESQ.
6           -AND-
7           BY: WESLEY T. MORAN, ESQ.
8           1320 Main Street, 17th Floor
9           Columbia, South Carolina 29201
10          803-255-9585
11          eric.paine@nelsonmullins.com
12          wes.moran@nelsonmullins.com
13
14  Also Present:
15          Craig Ellingson - Legal Video Specialist
16
17
18
19
20
21
22
23
24
25

Protected - Subject to Further Protective Review

Page 46

1              THE WITNESS:  So do I answer?
2              MR. McWILLIAMS:  You can answer.
3              THE WITNESS:  No.
4       BY MR. PAINE:
5          Q    Have you reviewed anything or learned
6       anything since you prepared your report that changes
7       any of your opinions?
8          A    No.
9          Q    Have you reviewed any additional
10      materials, whether it's, you know, medical
11      literature or other documents, any materials
12      whatsoever, that should be included now in your
13      references that was not included originally?
14         A    Yesterday I looked at the new -- I'm sure
15      there's a better term -- but the package insert for
16      Xarelto, the official prescribing information.  I
17      believe there's an updated version.  The version I
18      used for my report, I believe, was in May.  I
19      believe the most recent one is a version from
20      August.
21         Q    All right.  So with the exception of
22      adding the more recently revised label from August
23      of this year, is there anything else you can think
24      of that you've seen since you prepared your report
25      that you would want to add to your references?

Protected - Subject to Further Protective Review

Page 47

```
 1      A    No.
 2      Q    Have you reviewed any medical records of
 3   any particular plaintiff in the Xarelto litigation?
 4      A    No.
 5      Q    Have you reviewed any of the defense
 6   expert reports for the Xarelto litigation?
 7      A    No.
 8      Q    Were you provided any?
 9      A    No.
10      Q    Do you know Dr. Miran Najiran [phonetic]?
11      A    No.
12      Q    When I'm striking three things, that's a
13   good sign.
14           MR. McWILLIAMS:  I agree.
15   BY MR. PAINE:
16      Q    Have you reviewed any of your -- well,
17   that's probably poorly phrased.
18           Have you reviewed any reports by any of
19   the other plaintiffs' experts in the Xarelto
20   litigation?
21      A    No.
22      Q    Turning to the bibliography to your
23   report -- I think you told me this already -- but
24   did you review all of these articles in -- in
25   connection with the preparation of your report?
```

Protected - Subject to Further Protective Review

Page 48

1    A    For the most part, yes.  Many of these are
2    references that I either wrote and so know very well
3    or have used in context of other -- other, you know,
4    work.
5         So if you're asking if I've read each of
6    these beginning to end for the purpose of this
7    review only, the answer would be no.
8    Q    I think that's called answering a better
9    question than I asked.  Thank you.
10        So, yeah.  You are familiar with all of
11   the references --
12   A    Yes, sir.
13   Q    -- that are listed in your bibliography?
14   A    Yes.  Yes, sir.
15   Q    And to the extent there were materials
16   that you had not seen before -- you know, obviously
17   putting aside the articles that have your name on
18   them -- were there any references that were provided
19   to you by plaintiffs' counsel that are on your
20   bibliography?
21   A    Yes.
22   Q    And were there other references that you
23   found through your own research and reading?
24   A    Yes.
25   Q    Do you recall which of the articles were

Golkow Technologies, Inc. - 1.877.370.DEPS

Protected - Subject to Further Protective Review

Page 49

```
 1   provided to you by plaintiffs' counsel?  And I
 2   realize that's a long list --
 3       A    Yeah.
 4       Q    -- but any in particular stick out to you?
 5       A    Could I maybe give you a -- a general
 6   answer?  Then you can ask away.
 7       Q    Absolutely.
 8       A    So it's my preference to begin with a
 9   clean slate.  So I sat dawn and reviewed the
10   literature on my own.  In some instances, there were
11   documents that I could not get my hands on, and then
12   there was instances I asked counsel for assistance.
13            I also asked to see PDF slide material of
14   presentations that were made and FDA presentations
15   that I did not get from PubMed myself.  Those were
16   provided by Mr. McWilliams.
17       Q    So if I understand correctly, basically,
18   as you said, you started out with a clean slate and
19   began kind of from square one doing your own reading
20   on -- on the issues.
21       A    Correct.
22       Q    And to the extent you couldn't find things
23   that you were interested in, you asked counsel to
24   provide those to you, to the extent they could?
25       A    Correct.
```

Protected - Subject to Further Protective Review

Page 50

```
 1      Q    And finally, if I understood correctly,
 2   there was a slide presentation, an FDA slide
 3   presentation, that you asked for and received from
 4   plaintiffs' counsel?
 5      A    Correct.
 6      Q    And is that -- can you identify that for
 7   me on your bibliography?
 8      A    I'm sure I can, if I can find it.
 9           If you can find it and want to ask, that's
10   perfectly fine.  It might save us some time.
11           MR. McWILLIAMS:  Do you care if I help
12   him?
13           MR. PAINE:  No, no.  On that, fine.
14           MR. McWILLIAMS:  It may be 22.  I think
15   that's the briefing book, but it may have included
16   all of the advisory committee materials.
17           THE WITNESS:  I believe so.
18   BY MR. PAINE:
19      Q    All right.  And is there -- sorry, not to
20   get ahead of ourselves -- but the -- Item Number 22,
21   the FDA draft briefing document for the
22   cardiovascular and renal drug advisory committee
23   regarding the ROCKET-AFtrial, that's a pretty thick,
24   2-, 3-, 400-page document; is that right?
25      A    That sounds about right, yes.
```

```
 1        Q     I'm just trying get a common frame of
 2    reference here.
 3        A     Yes.
 4        Q     To the extent in response to one of my
 5    earlier questions, you identified slide
 6    presentations or things like that.
 7              Are there different -- were you referring
 8    to something different than the draft briefing
 9    document?
10        A     I'm trying to get to what you want.
11    This -- this was a long document, I think you are
12    aware, that I reviewed.  I think you asked me before
13    if I generated any images, slides, what have you.  I
14    did not.  I can't think of any other PDF-slide-type
15    presentations that I -- that I relied on that were
16    outside of the literature other than this one.  Oh,
17    boy.
18        Q     I could give you disclaimer, but what's
19    the fun in that?
20              Let me mark this, Doctor, as Exhibit 5.
21                   (Exhibit 5 marked)
22    BY MR. PAINE:
23        Q     And tell me if that's a copy of or appears
24    to be a copy of Reference 22 in your bibliography.
25        A     You're --
```

```
 1        Q    At this point, I just want to identify it.
 2        A    You'd like me to verify that it's the
 3   identical version without any changes on page 438?
 4             MR. McWILLIAMS:  I doubt he changed
 5   anything.  It's --
 6             THE WITNESS:  Let me see if I can --
 7             MR. PAINE:  I didn't slip-sheet my
 8   interpretation or anything in there.
 9             MR. McWILLIAMS:  Tied a few knots, but --
10             THE WITNESS:  I believe so.  Let me
11   just -- yeah, I think this is it.  Yes, sir.  Yes.
12   BY MR. PAINE:
13        Q    That's fine.  And really, I just wanted to
14   identify and make sure we're talking about the same
15   thing.
16             Were there other materials from FDA or
17   other slide presentations, things like that, that
18   were provided to you by counsel other than, for
19   instance, medical references that appeared in the
20   published medical journal?
21        A    There -- there were.  This is the only one
22   they relied on.  I believe I was provided
23   presentations made by Janssen and perhaps Bayer to
24   the FDA.
25        Q    And can you identify those for me on your
```

Page 53

1  bibliography?
2      A    If I didn't -- I don't think I reviewed
3  them in detail.  I may not have cited them.  So they
4  may be missing, which I recognize is in
5  contradiction to what I told you before, but I would
6  be happy to provide those.
7      Q    And we would request those and with a
8  reservation to obviously follow up with some
9  additional questioning --
10     A    Sure.
11     Q    -- once we've had an opportunity to know
12 what those are and to review them.
13          MR. McWILLIAMS:  I may be of assistance.
14 I can tell what you it is.
15          MR. PAINE:  I appreciate that, but it
16 doesn't help me today.  But if you could let me know
17 what it is.
18          MR. McWILLIAMS:  He was given the entire
19 batch materials relating to that advisory committee
20 brief.  I think there's a briefing document by
21 Janssen.  There's one by the FDA.  There was a
22 transcript and then a PowerPoint by both the sponsor
23 and the FDA.  I believe he was given that, and the
24 transcript I've handed him already.  I believe he
25 was given that entire package.

1   that there is just very limited data in patients
2   with kidney function less than 30 as they were not
3   included in large-scale trials.  So there's little
4   published experience there.
5        Q    Now, you have noted in your report that
6   patients with creatinine clearances of less than 30
7   were systematically excluded from large-scale
8   clinical trials; right?
9        A    Yes.
10       Q    And am I correct, essentially, then, that
11  your opinion with respect to the group of patients
12  and the population of patients with the creatinine
13  clearance of less than 30 is that Xarelto should be
14  avoided in that group because there hasn't been
15  sufficient testing for those patients?
16       A    Correct.
17       Q    Now, is it fair to say, Doctor, that you
18  don't know and can't say to a reasonable degree of
19  medical or scientific certainty how the testing that
20  hasn't been done would come out, if it was done?
21            MR. McWILLIAMS:  Object to form.
22            THE WITNESS:  Correct.
23            Excuse me.  We're talking about
24  large-scale clinical trials done with creatinine
25  clearance less then 30 --

1  clearance of 15 for atrial fibrillation patients?
2     A   You know, I don't know that I know all of
3  the data.  I know what's in the package insert here
4  in regards to that level of kidney function.  I know
5  what's published by the PK/PD data in that study of
6  kidney function.  And the FDA report that was
7  Exhibit 5 also reproduced similar data, and I
8  reviewed that in my review.
9     Q   So back to the question I had a moment
10 ago:  Even if you don't feel comfortable for your
11 own patients with creatinine clearance less than 30
12 in prescribing Xarelto to them at 15 milligrams, do
13 you think the FDA got it wrong when they said or
14 approved it down to 15 milliliters per minute?
15    A   Again, I don't think my opinion is to
16 second-guess the FDA.  My -- my opinion is based on
17 the data that I have available to me.  The risk of
18 bleeding appears higher in that level of kidney
19 function.  The PD data in relation to rivaroxaban
20 levels may be nonlinear; and therefore, my concern
21 is that there may be higher risk of bleeding without
22 additional large-scale trial data.
23 BY MR. PAINE:
24    Q   Doctor, I'm marking as Exhibit 8 to your
25 report the KDIGO from the International Society of

```
 1      Q    Just looking across the column there to
 2   the right-hand column, let me just direct your
 3   attention to kind of, I guess, it's
 4   Recommendation 4.4.5.
 5           Do you see that?
 6      A    Yes.
 7      Q    It says:
 8           "We recommend not using herbal remedies in
 9   people with CKD."
10           Did I read that correctly?
11      A    Yes, you did.
12      Q    If you go over to the next page, 102,
13   under "Evidence-based," kind of almost in the middle
14   of the page, there's an extension of that discussion
15   about herbal.
16           Do you see that?
17      A    Yes.
18      Q    And it refers to herbals and
19   over-the-counter medications being common, but some
20   are known to be nephrotoxic, or toxic to the kidney;
21   is that right?
22      A    Yes, sir.
23      Q    Do you agree with the next statement there
24   that "There is no good-quality safety or efficacy
25   data for many of these compounds"?
```

Protected - Subject to Further Protective Review

Page 177

1  A    I mean, that's a very broad comment.  I
2  think I would generally agree, but I think we'd have
3  to get into the specific compound or drug to give
4  you comments on any one of them if you want me to
5  agree globally in the universe.
6  Q    No, I didn't intend to go and spend a lot
7  of time on herbals and compound, but just to see if
8  you generally agreed with that principle.
9       For instance, if in your clinical practice
10 none of your patients came to you and said, "I've
11 started taking a number of different supplements" --
12 A    Yes.
13 Q    -- and the patient had chronic kidney
14 disease, would that be something that you would, in
15 light of this statement, be concerned enough about
16 to talk to your patient about in more detail?
17 A    Well, yes, but I would come at it quite
18 differently.
19      I think one of the things that they're
20 citing here is aristolochic acid, and this is a
21 worldwide recommendation.  Aristolochic acid is a
22 known constituent of Chinese herbal medicines and
23 also in, I believe, wheat in Eastern Europe and
24 known to be nephrotoxic.
25      So I think they're talking about exposures

Protected - Subject to Further Protective Review

Page 322

1        REPORTER'S CERTIFICATION
2        I, Audrey L. Ricks, Certified Shorthand
3   Reporter, Certified Shorthand Reporter Number 12098,
4   in and for the State of California, do hereby
5   certify:
6           That the foregoing witness was by me duly
7   sworn to testify to the truth, the whole truth, and
8   nothing but the truth in the within-entitled cause;
9           That said deposition was taken at the time
10  and place herein set forth;
11          That the deposition is a true record of the
12  witness's testimony as reported to the best of my
13  ability by me, a duly certified shorthand reporter
    and a disinterested person, and was thereafter
14  transcribed under my direction into typewriting by
15  computer;
16          That request [ X ] was [  ] was not made to
17  read and correct said deposition.
18          IN WITNESS WHEREOF, I have subscribed my
19  name on this __7th__ day of _December__, 2016.
20
21
22
23                    _____
24                    Audrey L. Ricks, CSR 12098
25                    CCR, RPR, CLR