# EXHIBIT 3

Korley, F. Presentation - Emergency Department Cases Where NOAC Testing Would Have Been Useful. Johns Hopkins University Department of Emergency Medicine; www.fda.gov/downloads/MedicalDevices/NewsEvents/.../UCM473309.pdf.

Kiraly, A., Lyden, A., Periyanayagam, U., Chan, J., and Pang, P. S. (2013). Management of hemorrhage complicated by novel oral anticoagulants in the emergency department: case report from the northwestern emergency medicine residency. Am J Ther. 20:300-306.

Raja, A. S., and Geyer, B. (2013). Emergency department management of patients on novel oral anticoagulant agents. Emerg Med Pract. 15:1-18; quiz 18-9.

Taylor, J. (2014). Novel oral anticoagulants in the emergency room. Eur Heart J. 35:1829-1830.

Pollack, C. V.,Jr. (2015). Coagulation assessment with the new generation of oral anticoagulants. Emerg Med J. 33(6):423-30.

Samuelson BT, Cuker A. (2016). Measurement and reversal of the direct oral anticoagulants. Blood Rev. doi: 10.1016/j.blre.2016.08.006.

Dhakal P, Rayamajhi S, Verma V, Gundabolu K, Bhatt VR. (2016). Reversal of Anticoagulation and Management of Bleeding in Patients on Anticoagulants. Clin Appl Thromb Hemost. doi:10.1177/1076029616675970

Eikelboom J, Merli G. (2016). Bleeding with direct oral anticoagulants vs warfarin: clinical experience. Am J Emerg Med. 34(11S):3-8.

Ruff CT, Giugliano RP, Antman EM. (2015). Management of Bleeding With Non-Vitamin K Antagonist Oral Anticoagulants in the Era of Specific Reversal Agents. Clin Neurol Neurosurg. 136:73-8.

Beynon C, Potzy A, Sakowitz OW, Unterberg AW. (2016). Rivaroxaban and intracranial haemorrhage after mild traumatic brain injury: A dangerous combination? Ther Adv Drug Saf. 7(1):4-10.

Chen EY, Diug B, Bell JS, Mc Namara KP, Dooley MJ, Kirkpatrick CM, McNeil JJ, Caughey GE, Ilomäki J. (2015). Spontaneously reported haemorrhagic adverse events associated with rivaroxaban and dabigatran in Australia. World Neurosurg. 84(6):1956-61.

Grandhi R, Newman WC, Zhang X, Harrison G, Moran C, Okonkwo DO, Ducruet AF. (2014). Administration of 4-Factor Prothrombin Complex Concentrate as an Antidote for Intracranial Bleeding in Patients Taking Direct Factor Xa Inhibitors. Am J Emerg Med. 32(8):947.

Purrucker JC, Capper D, Behrens L, Veltkamp R. (2014). Secondary hematoma expansion in intracerebral hemorrhage during rivaroxaban therapy. Am J Emerg Med. 32(8):947




EXHIBIT
tabbies
Cerri 1