# EXHIBIT 5

```
08:47:55   1                    UNITED STATES DISTRICT COURT
                                EASTERN DISTRICT OF LOUISIANA
           2
               ****************************************************************
           3
               IN RE:  XARELTO (RIVAROXABAN)
           4   PRODUCTS LIABILITY LITIGATION        Docket No. 14-MD-2592
                                                   Section "L"
           5                                       New Orleans, Louisiana
               THIS DOCUMENT RELATES TO:           Monday, April 24, 2017
           6   Joseph J. Boudreaux, Jr.
               v. Janssen Research &
           7   Development, et. al.,
               Case No. 14-CV-2720
           8
               ****************************************************************
           9
                               TRANSCRIPT OF TRIAL PROCEEDINGS
          10            HEARD BEFORE THE HONORABLE ELDON E. FALLON
                               UNITED STATES DISTRICT JUDGE
          11                    VOLUME I - MORNING SESSION

          12
               APPEARANCES:
          13
               FOR THE PLAINTIFFS'
          14   LIAISON COUNSEL:               LEVIN PAPANTONIO
                                              BRIAN H. BARR, ESQ.
          15                                  316 Baylen Street, Suite 600
                                              Pensacola, FL 32502
          16
                                              BEASLEY ALLEN
          17                                  BY:  ANDY BIRCHFIELD, ESQ.
                                              P.O. Box 4160
          18                                  Montgomery, AL 36103

          19                                  GAINSBURGH BENJAMIN DAVID
                                              MEUNIER & WARSHAUER
          20                                  BY:  GERALD E. MEUNIER, ESQ.
                                              2800 Energy Centre
          21                                  1100 Poydras Street
                                              New Orleans, LA 70163
          22
                                              SCHLICHTER, BOGARD & DENTON
          23                                  BY:  ROGER C. DENTON, ESQ.
                                              100 South 4th Street
          24                                  Saint Louis, MO 63102

          25
```

09:13:23  1            THE COURT:  I think everybody remembers.  Why don't we
09:13:25  2   just continue on with the case.
09:13:27  3            MS. JEFFCOTT:  Yes, your Honor.
09:13:30  4   BY MS. JEFFCOTT:
09:13:32  5   Q.  Yesterday, we briefly discussed variability in terms of
09:13:38  6   bleeding rates; is that right, Dr. Kessler?
09:13:39  7   A.  Yes.  Exact same pill, different amounts in the blood when you
09:13:45  8   go test for it.
09:13:48  9   Q.  And so if a lab test could assist doctors in evaluating a
09:13:55 10   patient's risk of bleeding on Xarelto, is that something that
09:13:59 11   should be in the label?
09:14:00 12   A.  Yes.
09:14:01 13   Q.  And are there generally accepted laboratory tests to identify
09:14:09 14   patients who may be at this higher bleeding risk?
09:14:13 15   A.  So there certainly are generally accepted laboratory tests to
09:14:20 16   measure bleeding risks.  When I was in medical school, ever since
09:14:24 17   I've been an intern, there are, for example, the prothrombin test,
09:14:33 18   sometimes called PT test, sometimes called clotting tests, there
09:14:37 19   are others.  That test is a, simply put, is a measure of bleeding
09:14:44 20   risk.
09:14:45 21   Q.  And did the company study whether using PT correlated with the
09:14:53 22   amount of Xarelto in the blood?
09:14:55 23   A.  Yes.
09:14:57 24   Q.  And did the company public -- publicate that correlation?
09:15:02 25   A.  Yes, they did publish that.  In fact, one of the same papers I

```
09:15:09   1   showed where variability -- remember that ten-fold variability and
09:15:15   2   that line that we saw yesterday, that paper by Dr. Mueck?  They
09:15:19   3   published in that paper, yes.
09:15:21   4   Q.  And if we could pull up that Mueck paper, the demonstrative we
09:15:26   5   showed from yesterday, which is PX No. 3261528.
09:15:42   6   A.  I believe it's the -- Figure 4, if I'm correct.  The graphs,
09:15:49   7   the relationship.
09:16:03   8   Q.  I can do it on the ELMO.
09:16:06   9   A.  I have a 3261528, it's Dr. Mueck's 2014 paper, and if you can
09:16:15  10   go to Figure 4B.
09:16:17  11   Q.  And before we do that real quick, can we go to Page 1?  We keep
09:16:24  12   referring to Dr. Mueck's paper, and I am not sure that we actually
09:16:28  13   talked about who Dr. Mueck is.  If you would, Dr. Kessler, just
09:16:33  14   explain who Dr. Mueck is.
09:16:35  15   A.  If you can do me favor, Carl, if you can below up right down
09:16:39  16   here, you can see Dr. Mueck is the first author.  And then if you
09:16:49  17   go to the bottom of the page, please, you can see his identifiers.
09:16:52  18   He is with the clinical pharma -- all of the authors with the
09:16:56  19   clinical pharmacology unit at Bayer.
09:17:00  20   Q.  And going back up to the title, Dr. Kessler, this title.  Would
09:17:11  21   you mind just kind of explaining a little bit about what this
09:17:15  22   means?
09:17:15  23   A.  Okay.  Sure.  Rivaroxaban, we all know that's Xarelto.
09:17:23  24   Pharmacokinetic is -- when we talk about the amount of Xarelto in
09:17:29  25   the blood, that's just another -- PK, pharmacokinetic is just
```

09:17:37  1   another fancy word for saying how much drug is in the blood.  So
09:17:42  2   you can measure -- they have tests that measure the actual drug
09:17:46  3   itself in the blood.  Drug in the tablet you take by mouth, exact
09:17:51  4   same amount, then you can do the pharmacokinetic measurement there.
09:17:56  5           Pharmacodynamic means the effect on the body.
09:18:01  6           So you asked me about whether there were tests for
09:18:03  7   bleeding, and I said one test is called prothrombin time or PT.
09:18:10  8   That is a measurement of pharmacodynamic, because if I have an
09:18:17  9   increased risk of bleeding, that's an affect on my bleeding.  So
09:18:19  10  this basically talks about, in essence, the effect -- the
09:18:23  11  concentration of the drug in the blood and what is its effect on
09:18:28  12  the body.  And now we're talking about bleed risk.
09:18:30  13  Q.   And that's what Dr. Mueck and the scientists there were looking
09:18:38  14  at?
09:18:38  15  A.   Yes, ma'am.
09:18:38  16  Q.   And I'm sorry to interrupt you, but going back to Figure 4B
09:18:41  17  which you directed us to.
09:18:52  18  A.   Would you like me to explain?
09:18:53  19  Q.   Yes.  This is the correlation you were discussing?
09:18:55  20  A.   Yes.  But actually, do me a favor, Carl.  Take off that heading
09:19:02  21  because that's -- that's -- actually, that's not a heading, that
09:19:06  22  refers to the prior slide and I just don't want to confuse people.
09:19:10  23  So if you can just cut it just Slide B.
09:19:14  24          So here are the two things that we want to know whether
09:19:17  25  they're related:  How much is in my blood.  And we know that can be

- OFFICIAL TRANSCRIPT -

```
09:19:24  1   variable.  So how much is in the blood is on this bottom axis.
09:19:30  2   It's Xarelto plasma concentration.  And you see it can range all
09:19:36  3   the way down here from zero all the way up to about a little over
09:19:41  4   500, and that's the measurement of how -- of micrograms per liter.
09:19:48  5   So that's how much drug is in the blood.
09:19:55  6            Now, PT -- now, each one of these dots is a different
09:20:00  7   patient that's studied.  And for every patient that's studied
09:20:05  8   there's two measurements taken.  There's a measurement taken for
09:20:09  9   how much Xarelto is in the blood, and there's a measurement taken
09:20:13 10   for PT.  Now, PT, I said, is generally a measurement of bleeding
09:20:19 11   risk.  But these are how PTs are -- the PT -- the prothrombin
09:20:27 12   time -- sorry, I am abbreviating.  These are how PT is measured.
09:20:33 13   The PT test goes back to 1936.
09:20:35 14            And you see, the question was, and what Dr. Mueck was
09:20:43 15   looking at, was:  Is there a relationship?  What do I mean
09:20:46 16   between -- relationship between how much Xarelto is in the blood
09:20:48 17   and what the PT time is.  So what's the relationship?  The question
09:20:53 18   is:  When the amount of Xarelto is low in the blood, down here
09:21:00 19   (INDICATING), right, is prothrombin low?  And if the amount is
09:21:07 20   higher in the blood, is the prothrombin test higher?
09:21:12 21            And so they do this experimentally.  All of the patients
09:21:16 22   studied, two samples, measured at certain points in time that the
09:21:21 23   company decided and what they do is they graph, right?  And then
09:21:29 24   the statisticians come in and apply statistics.  But you can see,
09:21:35 25   you don't need a statistician to see that, in general, right, as
```

| | |
|---|---|
| 09:21:41 1 | the higher the amount of drug in the blood, the higher the PT. |
| 09:21:47 2 | Now, the higher the PT, the higher the bleeding risk, |
| 09:21:53 3 | because prothrombin is a generally accepted test to look at |
| 09:21:58 4 | bleeding risk. And Dr. Mueck found, in fact, there was a strong |
| 09:22:04 5 | correlation. That's just a statistical term. It's relationship; |
| 09:22:10 6 | more drug in my body, higher risk of bleeding. Generally, that's |
| 09:22:15 7 | what that graph shows. |
| 09:22:17 8 | Q. And you mentioned that these patients had to have a PT test |
| 09:22:22 9 | twice a day. Is that involved, going into a lab? How is a PT |
| 09:22:30 10 | taken? |
| 09:22:30 11 | A. So I apologize. I said each of these -- there were two |
| 09:22:34 12 | measurements. I may have misspoken. Each patient had their drug |
| 09:22:38 13 | concentration measured, and then had their PT measured. And the |
| 09:22:45 14 | companies had certain rules of when the PT was taken and that was |
| 09:22:49 15 | set by protocol. |
| 09:22:50 16 | But if your question is: How is a PT done? Is that the |
| 09:22:56 17 | question? |
| 09:22:56 18 | Q. Yes. |
| 09:22:57 19 | A. Right. So the way a PT -- and, again, I keep on abbreviating. |
| 09:23:01 20 | It's prothrombin time. It's bleeding risk. So you take a blood |
| 09:23:06 21 | sample, you spin it down in a centrifuge, you get the plasma. You |
| 09:23:11 22 | know, the yellow stuff on top, the cells on the bottom. You take |
| 09:23:17 23 | some of that plasma and then you add certain clotting factors to |
| 09:23:27 24 | it. And then you -- the laboratory measures the time it takes for |
| 09:23:35 25 | blood to clot. So the longer it takes for the blood to clot, the |

```
09:23:40   1    higher the PT, generally, the higher the bleeding risk.
09:23:45   2    Q.  And so what this graph is depicting is that the more
09:23:50   3    concentration in the blood, the higher the PT?
09:23:52   4    A.  More concentration of what?
09:23:54   5    Q.  Of Xarelto.
09:23:55   6    A.  Of Xarelto in the blood, the higher the PT generally.  That's
09:24:03   7    the correlation.  That's the relationship.
09:24:05   8    Q.  And when the FDA -- and did the FDA, when it reviewed the
09:24:10   9    application for Xarelto, also conclude that there was a
09:24:14  10    correlation?
09:24:15  11    A.  Right.  Yes.  So fix this picture in your mind.  Just sort of
09:24:21  12    memorize -- no, I'm kidding.  But just get a sense of what this
09:24:25  13    looks like, right, with the line and that trajectory of that line.
09:24:31  14    And FDA did its own analysis, again, of the company's data, but
09:24:36  15    somewhat different analysis.  FDA looked and did its own analysis
09:24:42  16    of the data.
09:24:48  17              MS. JEFFCOTT:  And, your Honor, may I approach the
09:24:49  18    witness?
09:25:15  19    BY MS. JEFFCOTT:
09:25:15  20    Q.  And, Dr. Kessler, would you be so kind to read the title of
09:25:18  21    this document?
09:25:18  22    A.  So this title is called "FDA Draft Briefing Document For the
09:25:26  23    Cardiovascular and Renal Drugs Advisory Committee," and then it
09:25:32  24    abbreviates the name of that committee.
09:25:35  25    Q.  And what's the date of this document?
```

09:25:36  1   A.  This document is dated September 8th, 2011.
09:25:42  2              MS. JEFFCOTT:  And at this time we offer PX 5768754 into
09:25:42  3   evidence as Exhibit No. 2.
09:25:56  4              MR. DUKES:  We have no objection.
09:25:57  5              THE COURT:  I'll admit it into evidence.
09:26:00  6              MS. JEFFCOTT:  Thank you, your Honor.
09:26:03  7   BY MS. JEFFCOTT:
09:26:03  8   Q.  Dr. Kessler, would you briefly state the purpose of this
09:26:06  9   document?
09:26:06 10   A.  So there was an advisory committee.  FDA sometimes calls in
09:26:11 11   other docs in a public meeting, and FDA prepares documents for that
09:26:20 12   meeting, and that document is publicly available.  You can go
09:26:27 13   online and find it.
09:26:28 14              In that document, you will find the medical reviewers at
09:27:13 15   FDA.  This is for, remember, the AFib indication, because there are
09:27:13 16   other medical reviewers for other indications.  You'll see the
09:27:13 17   medical reviewer.  You will also see what's called the clinical
09:27:13 18   pharm review.  Those are different parts of the FDA, and you will
09:27:13 19   see their reports that get put in this draft.  FDA labels
09:28:34 20   everything "Draft."  It doesn't mean -- there's no final in this
09:28:34 21   case.  So you'll see the work of the FDA analysis.
09:28:34 22   Q.  And could you briefly describe the difference between the
09:28:34 23   medical review and the clinical pharm review?
09:28:34 24   A.  Medical reviewers are looking at the medical aspects, safety,
09:28:34 25   the efficacy, whether the drug works.  The clinical pharm looks at

| | | |
|---|---|---|
|09:28:34|1|the pharmacology, but it also looks at both whether the drug works|
|09:28:34|2|and its safety profile.  Some are trained as pharmacologists.  Some|
|09:28:34|3|are trained as MDs.|
|09:28:34|4|Q.  And in discussing the correlation, can you point to where in|
|09:28:34|5|this document you found the correlation?|
|09:28:34|6|A.  Certainly.  FDA -- if you turn to page -- I believe it is 38.|
|09:28:34|7|That is not the PDF, but that's -- is there a Bates?  I don't know|
|09:28:34|8|if there's a Bates.  My Page 38.  I guess it's PDF 39.|
|09:28:34|9|Q.  That's right.|
|09:28:34|10|A.  Thank you.|
|09:28:34|11|Q.  And, Doctor, do you mind explaining what's important on this|
|09:28:34|12|page in your opinion?|
|09:28:34|13|A.  So, Carl, if you can highlight, let's first -- before we go|
|09:28:35|14|even to the graph, let's just go to the text, and FDA's posing a|
|09:28:44|15|question, okay?  Whether prothrombin time can be used as a|
|09:28:50|16|measurement.  That's all "surrogate" means, is a measurement, as a|
|09:28:54|17|test, right, for blood concentration.  That was the question.  And|
|09:29:00|18|here it says, "The data from 161 ROCKET patients."  That's the big|
|09:29:06|19|study that was done for -- by AFib for Xarelto -- "confirms" --|
|09:29:15|20|just highlight this.  You don't need to do the title.  Just|
|09:29:18|21|highlight this so everyone sees.  "Confirms the linear|
|09:29:23|22|relationship," so that's a correlation.  The two things are|
|09:29:27|23|related.  "Between plasma concentration of Xarelto and the PT,"|
|09:29:34|24|perfect.  So it's a linear relationship between two things; between|
|09:29:37|25|the plasma concentration of the drug -- so, Carl, just highlight|

09:29:44  1   "plasma concentration," and then kindly highlight -- and then "PT"
09:29:52  2   here (INDICATING).  Perfect.
09:29:55  3           So the FDA concludes that there is a linear relationship,
09:29:59  4   as shown in the figure.  So remember, I said keep that image of
09:30:06  5   that other figure?  Here is FDA's figure, right.  Just go down to
09:30:11  6   Figure 6 and now let's look at the graph that FDA concluded.
09:30:17  7           I think we can take off these -- that's perfect.  Thanks
09:30:21  8   an awful lot.  Thanks for highlighting this.
09:30:24  9           So this is FDA's analysis.  Not exactly the same, right,
09:30:28 10   but very similar.  And certainly, similar with regard to this line,
09:30:34 11   lower plasma concentration of drug, right, lower prothrombin time,
09:30:41 12   lower bleed -- you know, the bleeding risk test, higher plasma
09:30:47 13   concentration, higher prothrombin time -- again, not perfect.  No
09:30:54 14   science is ever perfect.  There are dots elsewhere, but generally
09:31:00 15   you see this line, and FDA concluded that there was a linear
09:31:02 16   correlation.
09:31:05 17   Q.  And based on your review and materials and documents, has the
09:31:10 18   FDA changed its position regarding the linear correlation between
09:31:17 19   PT and Xarelto plasma concentration?
09:31:20 20   A.  No, it is not.  I think it is generally accepted.
09:31:24 21   Q.  And do you have an opinion with respect to Xarelto in the blood
09:31:28 22   and PT?
09:31:29 23   A.  Yes.  There is a relationship between Xarelto plasma
09:31:35 24   concentration and PT.  Lower drug in the blood, lower PT, lower
09:31:43 25   bleed risk, according to that test, and higher amount of drug on

```
09:31:50   1   board, higher PT level.
09:31:57   2   Q.  And, Doctor, we discussed yesterday that Xarelto can cause
09:32:01   3   bleeding, correct?
09:32:04   4   A.  That's certainly major bleeding we talked about.  We talked
09:32:07   5   about the 3.6 per hundred yesterday.
09:32:11   6   Q.  And the amount of Xarelto in the blood is also variable?
09:32:17   7   A.  Yes.  We saw that.  We saw that one of the sets of numbers.  I
09:32:23   8   think there was a ten-fold -- a little more than a ten-fold
09:32:26   9   difference, yes.
09:32:27  10   Q.  And that variability, that ten-fold difference can -- also
09:32:33  11   pertains to the risk of bleeding?
09:32:36  12   A.  Yes.  So -- exactly.  So we have three different sort of things
09:32:46  13   we're looking at.  Well, actually four things, right.  Because
09:32:50  14   we -- we start off with the exact same amount of Xarelto because
09:32:54  15   that's in the tablet.  Then we have a variable amount of a drug in
09:33:03  16   the blood.
09:33:04  17           And the first thing, then, is that -- that amount in the
09:33:07  18   blood, is that correlated with that PT test for bleeding risk?  And
09:33:15  19   we saw that both FDA and the company concluded those things were
09:33:23  20   related.  And we know that PT, going back to 1935, was a measure of
09:33:31  21   bleeding risk.  So just from that alone, you conclude the amount of
09:33:35  22   drug in the blood is correlated with PT with bleeding risk.
09:33:41  23           But to be sure, right?  I mean, to -- actually to
09:33:47  24   validate, in fact, to make sure it's correct that PT predicts
09:33:52  25   bleeding risk, you should look at the data of PT values, and do
```

```
09:33:59   1   people actually bleed.  So it's sort of a check to make sure that
09:34:04   2   PT is really correlated with bleeding risk.
09:34:10   3   Q.  And that was what was essentially done through the ROCKET data?
09:34:15   4   A.  The ROCKET data did a number of things, but certainly there was
09:34:20   5   a very big report that was looked at, that looked at that question
09:34:30   6   of, again, does PT -- I always learned that PT was related to
09:34:36   7   bleeding risk.  But actually, when you look at patients who had
09:34:39   8   higher PTs on this drug, did they, in fact, have a higher bleed --
09:34:45   9   did they bleed -- did they have more major bleeds?
09:34:50  10   Q.  And this data, did you examine this data from the ROCKET study?
09:34:54  11   A.  Yes.
09:34:57  12           MS. JEFFCOTT:  And, your Honor, may I approach the
09:34:59  13   witness?  Your Honor, I am about to pass out a very heavy document.
09:35:09  14   Do you mind if I have some assistance?
09:35:11  15           THE COURT:  That's fine.
09:35:40  16           MS. JEFFCOTT:  And, your Honor, just for the convenience
09:35:42  17   of the Court, I also created an abbreviated one where we're only
09:35:46  18   going to reference the certain pages.
09:36:19  19           THE COURT:  Let's make sure, for the record, that we have
09:36:23  20   it designated properly.  This one is P2, as I understand it, the
09:36:27  21   draft?
09:36:28  22           MS. JEFFCOTT:  That's correct.
09:36:30  23           THE COURT:  Do you have that, Dean, P2?
09:36:33  24           THE DEPUTY CLERK:  Yes.
09:36:35  25   BY MS. JEFFCOTT:
```