# EXHIBIT 1

```
08:47:55  1                    UNITED STATES DISTRICT COURT
                                EASTERN DISTRICT OF LOUISIANA
          2
             ****************************************************************
          3
             IN RE:  XARELTO (RIVAROXABAN)
          4  PRODUCTS LIABILITY LITIGATION      Docket No. 14-MD-2592
                                                Section "L"
          5                                     New Orleans, Louisiana
             THIS DOCUMENT RELATES TO:          Monday, April 24, 2017
          6  Joseph J. Boudreaux, Jr.
             v. Janssen Research &
          7  Development, et. al.,
             Case No. 14-CV-2720
          8
             ****************************************************************
          9
                              TRANSCRIPT OF TRIAL PROCEEDINGS
         10           HEARD BEFORE THE HONORABLE ELDON E. FALLON
                              UNITED STATES DISTRICT JUDGE
         11                    VOLUME I - MORNING SESSION

         12
             APPEARANCES:
         13
             FOR THE PLAINTIFFS'
         14  LIAISON COUNSEL:               LEVIN PAPANTONIO
                                            BRIAN H. BARR, ESQ.
         15                                 316 Baylen Street, Suite 600
                                            Pensacola, FL 32502
         16
                                            BEASLEY ALLEN
         17                                 BY:  ANDY BIRCHFIELD, ESQ.
                                            P.O. Box 4160
         18                                 Montgomery, AL 36103

         19                                 GAINSBURGH BENJAMIN DAVID
                                            MEUNIER & WARSHAUER
         20                                 BY:  GERALD E. MEUNIER, ESQ.
                                            2800 Energy Centre
         21                                 1100 Poydras Street
                                            New Orleans, LA 70163
         22
                                            SCHLICHTER, BOGARD & DENTON
         23                                 BY:  ROGER C. DENTON, ESQ.
                                            100 South 4th Street
         24                                 Saint Louis, MO 63102

         25
```

1  do that from a medical scientific standpoint, we would support
2  that.
3           Again, I don't work in the commercial organization;
4  I'm in the research and development organization.
5  **Q.**   Okay.  We can move on.
6  **A.**   People are entitled -- go ahead.
7  **Q.**   You would agree that the Xarelto label that you're aware
8  of does not tell doctors in any place in the label that PT can
9  predict bleed risk; correct?
10 **A.**   That is correct.  It does not say that because there's no
11 predictive ability for the PT to predict bleed in a clinically
12 meaningful way.
13 **Q.**   And you would agree that there's nothing in the U.S. label
14 instructing doctors that PT levels can predict bleed risk;
15 correct?
16 **A.**   I'm thinking about what's in the label.  There is a
17 section that describes the pharmacodynamics of the drug, and it
18 does the PT -- it does mention PT assay in that section.  But
19 because the data from our studies showed that it wouldn't be
20 predictive in a meaningful way for bleeding risk, there's no
21 statement, as you're indicating, about it being able to predict
22 bleeding risk.
23 **Q.**   So that's not in the label, correct, that PT can predict
24 bleed risk?
25 **A.**   That is my understanding, yes.

```
 1  Defense Exhibit 5792, which we'd offer into evidence.
 2            MR. DENTON:  No objection.  It's in evidence, Beth.
 3  BY MS. WILKINSON:
 4  Q.   Okay.  And this is the clinical pharmacology --
 5            THE COURT:  That will be admitted.
 6            (Whereupon Defense Exhibit Number 5792 was
 7            admitted into evidence.)
 8  BY MS. WILKINSON:
 9  Q.   -- review.  And I'm going to give you a copy, Doctor.
10            Tell the jury what DX T12, which was originally
11  marked DX 5792, what is that document?
12  A.   So this is a pharmacology review that is done by the FDA
13  looking at Xarelto.
14  Q.   And included in this analyst, are there specific charts
15  that you found informative in terms of understanding the PT
16  data for Xarelto?
17  A.   Yes.
18  Q.   What is this 3.3 figures, what is the title of that
19  section?
20  A.   So -- let me look here.  Give me one moment.
21            So the title of that section of the paper is "What
22  Are the Characteristics of the Pharmacodynamics, PD, Outcome
23  Relationship For Safety?"
24  Q.   What do you understand the FDA was looking at when they
25  were plotting the prothrombin or PT time with the percent with
```

1  major bleeds?
2  **A.**   So what they did on the graph on the left-hand side, the
3  one with the little red squares or dots -- can you see those?
4  **Q.**   Yeah.
5  **A.**   So what they did there is they basically -- at two points
6  in time in the ROCKET AF trial, they actually drew blood from a
7  percentage of patients, about -- I think it's around 1200
8  patients, and they took that blood and they measured the PT,
9  which is a measuring test of how fast your blood coagulates,
10 how fast it forms a clot in a test tube.  And what they did is
11 they said, "Okay.  As we take that number, let's divide that
12 number into what we call quartiles," which just means ranges,
13 so like a low range, a middle low, a middle high, and a high.
14 And then they said, "Now let's plot how many patients in each
15 of those regions had a bleed."  And that's what those red dots
16 are.
17          So at the bottom, those 10 to 30, that number, that's
18 a number of that plotting test.  It's done in seconds.  So it's
19 how many seconds does it take you to form this clot in a tube.
20 **Q.**   So, Doctor, if somebody reported their PT test were 14,
21 that's 14 seconds?
22 **A.**   Yes.
23 **Q.**   And that's what this number shows?
24 **A.**   Yes.
25 **Q.**   I'm going to cover up half the chart so you can explain.

1  we heard a little bit about this. But it's called a logistic
2  regression.
3           And what does this show just as it's calculated here?
4  A.  So this is trying to show you, again, is there a
5  correlation between the fact when you measure people's blood
6  and how well they clot, is there a correlation, just looking at
7  the -- all they looked at was this test. They looked at no
8  other characteristics of the patient.
9  Q.  Does that matter?
10 A.  It does matter.
11 Q.  All right. We'll get into that.
12          You used the word "correlation"?
13 A.  Yes.
14 Q.  Can you explain to us what that means?
15 A.  Sorry.
16 Q.  That's all right.
17 A.  Sorry about that. So that means that -- okay. So that
18 means there is some -- what it means is that if you plot these
19 things out, it's not random. It doesn't go all over the board.
20 It means that people in -- with the PT at that level, that you
21 see, without looking at any of their other characteristics,
22 that their percentage of bleeding was at -- the top one is the
23 fourth quartile, that little top box, right there. Then that's
24 the third quartile, so the middle high. There's middle low,
25 and there's low.

         And then what they use is they just use a computer model to draw that line for you.
**Q.** Did they do another analysis and graph another chart to look at some other factors?
**A.** So they did. So remember I said on this one when they looked at it, all they looked at was that measurement of the clotting time.

         The problem is there are a lot of other factors that play into whether or not you bleed. And so what we often need to do is we've got to take out the effect of those other facts to really see if the thing we're looking at has an effect.

         So if you want to think about it in this way, I'm kind of a gardener. Let's say that you were going to plant a plant. We live in Louisiana. And let's say they asked everyone in Louisiana who planted that plant whether that plant grew well. Right? And everyone came back. The majority of people came back and said, nope, didn't grow well.

         So your instinct would be to saying, oh, well, then that plant doesn't grow well in Louisiana?

         But then if you went and looked and you said, well, wait a minute. Where in their yard did everybody plant this plant? And you found out that all the people that said the plant didn't grow well planted that plant in the shade and everyone who said it did grow well planted that plant in the sun.

1    So really being in Louisiana had nothing to do with
2    it. Right? It had to do with whether or not you planted the
3    plant in the sun or whether you planted the plant in the shade.
4    But you wouldn't see that if you didn't adjust for
5    where someone planted the plant if you just said if you live in
6    Louisiana, does the plant grow well there?
7    So that's why we have to correct for other things.
8    Okay?
9    Q.   Did the FDA do that in this particular case?
10   A.   Yes.
11   Q.   What did they correct for?
12   A.   So they corrected for -- they looked at all of the data,
13   and they looked at it in many different ways, which is
14   described in the appendix.
15   And what they ended up correcting for is they
16   corrected for your age, your weight, whether or not you were on
17   aspirin, and then also whether or not you had taken a medicine
18   that's called a PPI, or a proton pump inhibitor. You may have
19   seen these. They're like Prevacid. They're the ones that
20   control the acid in your stomach, which can protect you from
21   getting ulcers in your stomach.
22   So those four variables they looked at, and they
23   basically said, "Well, wait. Let's pull out how those affect
24   the results and then look at the measurement of this clotting
25   time."

1  **Q.** And how did that change the analysis in terms of being
2  able to say anything about the relationship between PT time for
3  Xarelto users and the percentage or the risk of bleeding?
4  **A.** So that one is the one that's called the Cox regression
5  analysis, and it looks at the probability of major bleed within
6  the first year.
7      And what you can see -- and I was always a little
8  bummed by this, because they put this one 0 to 6 and this one 0
9  to 10. But as you can see, this is the line that they got
10 taking out all of those other factors that affect whether or
11 not you bleed.
12     And if you look at the difference, this starts at a
13 little bit, you know, above 2. My hand is shaking a little.
14 And if you notice, it goes up to this level, which may be
15 around 8. Right?
16     But if you look at this one, it starts a little above
17 2, and it really goes up to only a little above 3, because as
18 you notice, this one also goes 10 to 36. This one only goes 10
19 to 30. So you just kind of want to go right out to there. So
20 it didn't 100 percent get rid of any, you know, correlation.
21 Right?
22     The plant, even if you plant it in the sun, didn't
23 grow as well in Louisiana as maybe it did in California.
24 Right? But it got rid of a large majority of the risk,
25 because, really, it's those other things that play a very large

```
 1  role in why people bleed.
 2  Q.  Let's switch over to the slides, if we could.  Did you
 3  then try and -- so we could look at it, make the graphs --
 4  we'll start here, similar.  In other words, you said down here
 5  on the left the -- the original analysis went from 10 to 30.
 6  Right?  On the bottom?
 7  A.  Yes.
 8  Q.  And the other goes 10 to 36?
 9  A.  Yeah.
10  Q.  And on the other side, on Graph A, 0 to 10 --
11  A.  10.
12  Q.  -- and 0 to 6; right?
13  A.  Yeah.
14  Q.  So if I take my eye and I try and compare those, am I
15  really going to be able to say which one is the slopes and be
16  able to compare them directly?
17  A.  They kind of look a little similar looking at them this
18  way, not completely, but they look about the same amounts.
19  Q.  All right.  And did you have them put on similar graphs so
20  you could show the difference?
21  A.  I did.
22  Q.  Let's turn to the next slide, please.  Now tell the jury
23  what they're seeing there.
24  A.  So now I took it and I put it from 0 to 10 so it matched
25  this side and 10 to 30 so it matched down there.  And I think
```

1  now you can see that if you take out the other factors that
2  affect why people bleed, you can see that that line, not flat,
3  but is much closer to being flat than that line is, which
4  includes -- which doesn't take out all the factors, all the
5  other characteristics of why people bleed.
6  Q.  When you look at that regression, taking out all those
7  factors that you think are important, what does that tell you
8  about the utility of a PT test to predict the risk of bleeding
9  in a particular patient?
10 A.  So the way I use this, the way I think about it is it is
11 more important for me to know what someone's age is, what their
12 weight is, whether or not they're on aspirin, and whether or
13 not they're taking that medicine that protects you from ulcers
14 to know whether they're going to bleed than what their PT
15 measurement is.  Those other things actually tell me more than
16 what the PT tells me.
17 Q.  Were these graphs available to Doctor Leissinger in the
18 materials --
19 A.  Yes.
20 Q.  -- the FDA materials?
21 A.  (Nodding.)
22 Q.  All right.  I'm going to ask you some specific questions
23 based on this information and Doctor Leissinger's testimony.
24      You saw that she said, based on this information, the
25 Neoplastin PT test should be in the Xarelto label; correct?

```
01:20:08   1   EXAMINATION BY MR. DENTON:
01:20:08   2   Q.    Perhaps my question wasn't clear.  Let me try it again.
01:20:11   3   A.    Okay.
01:20:14   4   Q.    So you believe that there is no correlation -- as the
01:20:18   5   concentration of Xarelto goes up in one's body or blood, that
01:20:22   6   there is no correlation with the increased bleeding risk;
01:20:26   7   that's your testimony?
01:20:26   8   A.    So my testimony is that, in an individual person, that has
01:20:32   9   not been shown.
01:20:33  10         What has been shown, as a population average, that
01:20:38  11   there is, just like we showed, a relationship between
01:20:41  12   concentration, just like there was with the PT.  There is a
01:20:47  13   relationship, but that there are other factors that help us
01:20:49  14   tell your risk as well, and it cannot in one individual tell me
01:20:54  15   whether or not that individual will bleed or not.
01:20:56  16   Q.    So knowing the concentration level of a single individual
01:21:00  17   is worthless in your view as a physician?
01:21:03  18   A.    No.  I didn't say that.
01:21:03  19   Q.    Okay. Do you believe PT, PT even with Neoplastin, PT
01:21:13  20   Neoplastin of a Xarelto patient is worthless; is that right?
01:21:13  21   A.    I didn't say that either.  What I said was that I do not
01:21:16  22   use it as a way of either giving me an idea whether someone is
01:21:20  23   at risk of bleeding, or giving any information about dosing;
01:21:26  24   that if you want to draw a PT on a patient who is bleeding --
01:21:30  25   as was done for Mr. Boudreaux -- I would recommend that.  You
```

*OFFICIAL TRANSCRIPT*

```
01:21:33  1    don't know what other factors come into play.
01:21:36  2              But what I am getting at is it does not help me
01:21:40  3    predict bleeding, nor even your outcome from those bleeds.
01:21:44  4    Q.   There is a lot of literature out there that disagrees with
01:21:48  5    you, right, Doctor?
01:21:49  6    A.   I actually don't feel there is a lot of literature out
01:21:51  7    there that disagrees with me.
01:21:52  8    Q.   Well, how about the very literature your counsel showed
01:21:56  9    you, the Eikelboom article.
01:21:59 10              This is the article that your lawyer just put in
01:22:12 11    front of you, right?
01:22:14 12    A.   Yes, it is.
01:22:14 13    Q.   It says right on here, in the ROCKET-AF trial -- that's
01:22:17 14    what we're here about -- the PT was linearly correlated with
01:22:23 15    Rivaroxaban levels.  Do you see that?
01:22:25 16    A.   I do see that.
01:22:25 17    Q.   With all agents -- talking about the various NOACs,
01:22:29 18    including Xarelto -- the plasma levels of PT predicted bleeding
01:22:34 19    risks?
01:22:34 20    A.   On an average population, it does.  In a single
01:22:37 21    individual, it does not.
01:22:38 22    Q.   Just like INR and warfarin, we have to look at the
01:22:43 23    statistics in the population.  You've got to keep your warfarin
01:22:47 24    control within two to three, right?
01:22:48 25    A.   So, unfortunately, it doesn't work that way with warfarin.
```

*OFFICIAL TRANSCRIPT*

```
04:44:20  1   I know what to look for.
04:44:22  2             And I can tell you, you know, package inserts are not
04:44:24  3   usually somewhere I go to look necessarily for how to use a
04:44:28  4   medication.  It doesn't contain all of the information that I
04:44:31  5   want to know.  And so typically doctors and a lot of my
04:44:35  6   colleagues will not use the package insert.  We'll use Lexicon.
04:44:38  7   We'll use something else that tells us about the medication
04:44:41  8   outside of the package insert.
04:44:42  9             I can tell you I've never pulled a package insert on
04:44:45 10   one of my chemotherapy drugs.  I don't rely on that.  I rely on
04:44:50 11   other information.  I rely on studies and side effects, such as
04:44:55 12   ROCKET-AF.  I don't rely on a package insert.
04:44:57 13   Q.   Now, if this company does have information that PT can
04:45:06 14   predict bleed risk, they have not shared that with you, right?
04:45:09 15   A.   I've seen information that shows some correlation in
04:45:13 16   certain instances where PT may work out, but the wealth of data
04:45:19 17   clearly shows that it doesn't, so.
04:45:20 18   Q.   Okay.  That was -- now answer my question.  If this
04:45:24 19   company has information that PT can predict bleed risk, they
04:45:32 20   have not shared that with you, right?
04:45:33 21   A.   They have not proven that to me, no.
04:45:36 22   Q.   Have they shared it with you?
04:45:37 23   A.   They have shared information on PT and its correlation to
04:45:41 24   Xarelto, yes.
04:45:41 25   Q.   So you have now reviewed -- because in your deposition you
```

*OFFICIAL TRANSCRIPT*

```
10:11:35   1              The company did what you would hope they would
10:11:39   2    do.  They studied this drug before and after it was on the
10:11:42   3    market.  There were clinical studies.  And they even tested the
10:11:46   4    PT, right?  The PT was part of the ROCKET trial, the
10:11:50   5    Neoplastin PT.
10:11:51   6              And what did they find?  They found a
10:11:54   7    correlation, but they found that it wouldn't predict in an
10:11:59   8    individual patient.  But they certainly didn't keep that
10:12:01   9    information secret.
10:12:03  10              The FDA had it.  The FDA published all of their
10:12:06  11    information.  And studies were going to take a look at it --
10:12:10  12    look at, published it.  All of those studies, ladies and
10:12:13  13    gentlemen, to this day, proved what was proven in 2011, that
10:12:19  14    this is a safe and effective drug to prevent strokes.  And the
10:12:23  15    FDA just reaffirmed that in October of 2016, just a few months
10:12:27  16    ago.
10:12:29  17              Are plaintiffs really claiming to you that this
10:12:34  18    PT test is still totally unknown to doctors, unknown to the
10:12:37  19    FDA, and somehow six months ago the FDA approved it even though
10:12:42  20    there is no PT test and they had no idea?  This case has been
10:12:47  21    going on for years.  This information is not secret from
10:12:51  22    anyone.
10:12:52  23              This drug has benefits and this drug today is
10:12:59  24    seen as just as safe and effective with all those extra
10:13:04  25    benefits and none of the downsides of warfarin.
```

*OFFICIAL TRANSCRIPT*

10:26:21 1 treat patients every day in this town. I go to all these
10:26:25 2 hospitals. See all kinds of patients. And I think this test
10:26:28 3 is useless and not helpful.
10:26:30 4     The FDA, there is no evidence that the FDA thinks
10:26:34 5 this is a test that should be in the label. Medical
10:26:37 6 associations, you didn't hear them cite a single medical
10:26:42 7 association that says this test should be used, or a
10:26:45 8 peer-reviewed publication that says this test should be used.
10:26:49 9     Now, why is that? Because in the outside --
10:26:51 10 outside of this courtroom, nobody thinks this test works. They
10:26:56 11 don't think it helps. They want you to second-guess all the
10:27:02 12 scientists out there, all the doctors you've heard, all the
10:27:06 13 medical associations, all the medical literature, and they want
10:27:08 14 you to believe that they're the only ones that understand this
10:27:12 15 test and they're the only ones that want it in the label
10:27:17 16 because nobody else understands what the company does.
10:27:24 17     Well, Dr. Johnson certainly understands. And she
10:27:30 18 was -- as Dr. Kessler even said, talk to a cardiologist if you
10:27:33 19 want to talk about AFib, because he knew he wasn't. Well, you
10:27:36 20 did. You heard from Dr. Johnson.
10:27:38 21     And there is a lot of things that were said, and
10:27:40 22 I will take one moment to address one. I heard counsel say
10:27:43 23 that Dr. Johnson seemed like a very nice doctor. She cares
10:27:47 24 about her patients. But she wants specific evidence for
10:27:53 25 specific patients, and he said -- I wrote it down -- "That's

*OFFICIAL TRANSCRIPT*

1 in this case, Xarelto is safe and effective. Dr. Wong said it,
2 Dr. Fail, and Dr. Johnson. So what's the difference? Dr. Wong
3 and Dr. Fail, remember, were the treating physicians. They are
4 not paid experts, but they are both cardiologists and they
5 think it's safe and effective today. Dr. Johnson was our
6 expert, looked at all the evidence and said, Xarelto is safe
7 and effective and you do not need -- or you should not use a
8 PT test.
9 Why? She said it doesn't predict bleeding risk
10 in individual patients. Now, when you hear plaintiffs, they
11 just keep saying, well, it predicts bleeding risks. Her point
12 is, "I have to know that it's going to be predictive of a
13 patient, of an individual patient." She said it wouldn't be
14 helpful for her to treat patients using that and it could lead
15 to harmful circumstances, and she wasn't the only one who said
16 it.
17 Dr. Boniol explained why it doesn't even work,
18 because remember the factors we talked about from the beginning
19 of the case, that warfarin works on several factors, and that's
20 how the PT test is designed, to measure all of those factors?
21 And that Xarelto and the other Xa inhibitors, as they're call,
22 they don't work on anything but one factor.
23 So he says that test measures four different
24 variables and it doesn't predict who will bleed, and that's
25 what doctors want to know. They want to know if someone

*OFFICIAL TRANSCRIPT*