# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION :    MDL No. 2592
                                                    :
                                                    :    SECTION L
                                                      :
                                                      :    JUDGE ELDON E. FALLON
                                                      :
_____:    MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

James Freeman

CA# 2:16-cv-15700

# ORDER

      The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Tammy Freeman, as a surviving daughter of James Freeman, is substituted for Plaintiff James Freeman, in the above captioned cause.

Date: _____        _____
                                                                             Hon. Eldon E. Fallon
                                                                             United States District Court Judge