# EXHIBIT 2

IN THE PROBATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

IN RE: ESTATE OF )
)
WYATT ST. BARBE EUSTIS, III, ) ESTATE NO. 17-E-000069
DECEASED )

## LETTERS TESTAMENTARY
*[Relieved of Filing Returns]*

At a regular term of Probate Court, the Last Will and Testament dated NOVEMBER 5, 2002 of the above-named Decedent, who was domiciled in this County at the time of his death, was legally proven in Solemn Form to be the Decedent's Will and was admitted to record by order, and it was further ordered that JAN CLAIRE EUSTIS, named as Executor in said Will, be allowed to qualify, and that upon so doing, Letters Testamentary be issued to such Executor.

THEREFORE, the Executor, having taken the oath of office and complied with all necessary prerequisites of the law, is legally authorized to discharge all the duties and exercise all powers of Executor under the Will of said Decedent, according to the Decedent's Will and the law.

Given under my hand and official seal, the ___ day of _____, 2017.

_____
Judge of the Probate Court

NOTE: *The following must be signed if the Judge does not sign the original of this document:*

Issued by:                                    [Seal]

_____
Clerk of the Probate Court

STATE OF GEORGIA
GWINNETT COUNTY
I, THE UNDERSIGNED Clerk of the Probate Court of Gwinnett County, Georgia, DO HEREBY CERTIFY the within and foregoing is a true and correct copy of the original as it appears on the record and filed in the office of the Probate Court of Gwinnett County, Georgia, and that the same is in full force and effect.
Witness my hand and seal of the Probate Court of Gwinnett County, Georgia, this ___ day of _____.

_____
Clerk, Probate Court of Gwinnett County

GPCSF 5