UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Wyatt Eustis, III

CA# 2:15-cv-2191

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Jan Eustis, on behalf of the Estate of Wyatt Eustis, III, is substituted for Plaintiff Wyatt Eustis, III, in the above captioned cause.

Date: _____     _____
                                Hon. Eldon E. Fallon
                                United States District Court Judge