# EXHIBIT 2

| | |
|---|---|
| **From:** | Rob Califf |
| **To:** | DiBattiste, Peter [PRDUS] |
| **Sent:** | 6/24/2008 3:00:37 PM |
| **Subject:** | confidential |

Pete,

Overall the riva review was very positive. My main concern after seeing the rest of the data is that our dose is too high. I don't want to upset people, but feel that we need more contingency planning.

Please don't forward this as the team is sensitive about my going "over their heads". Will try to call later today to discuss how to have appropriate discussions about this.

rmc

Rob Califf
Vice Chancellor for Clinical Research
Duke University
919-6688820


EXHIBIT
DiBattiste-25
(670580)

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_03927493