# EXHIBIT 3

| | |
|---|---|
| **From:** | DiBattiste, Peter [PRDUS] |
| **To:** | 'Rob Califf' |
| **Sent:** | 6/24/2008 3:09:18 PM |
| **Subject:** | RE: confidential |

Rob,

Thanks for your note. I share your concern somewhat, though still believe that 20 mg qd is likely to have a favorable risk/benefit profile, perhaps just not quite as good as 10.

Nonetheless, for the last month, I have been pushing the team to do exactly what you are thinking about - to draw up a fairly detailed contingency plan, to include a communication plan, a regulatory and clinical strategy for the next study phase, and costing to make new drug supply and potentially even package at risk. We are not as far along as I would like, but we are moving in this direction.

I will be out of the office this afternoon - meeting with Bayer's president to assuage his concerns re: ROCKET enrollment vs. the competition. I'll resurface at a little after 5, and am fair game on my cell (610-999-5200) thereafter. I'm also free until 12:30 in my office (908-927-4843).

Talk to you soon.

Pete

-----Original Message-----
From: Rob Califf [mailto:robert.califf@duke.edu]
Sent: Tuesday, June 24, 2008 11:01 AM
To: DiBattiste, Peter [PRDUS]
Subject: confidential


Pete,

Overall the riva review was very positive. My main concern after seeing the rest of the data is that our dose is too high. I don't want to upset people, but feel that we need more contingency planning.

Please don't forward this as the team is sensitive about my going "over their heads". Will try to call later today to discuss how to have appropriate discussions about this.

rmc

Rob Califf
Vice Chancellor for Clinical Research
Duke University
919-6688820



EXHIBIT
DiBattiste- 26
(651606)

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_03829517