# EXHIBIT 4

| | |
|---|---|
| **From:** | Robert Califf, M.D. |
| **To:** | DiBattiste, Peter [JRDUS] |
| **Sent:** | 9/26/2011 10:05:31 PM |
| **Subject:** | the dust has settled |

Pete,

Now that we've gotten through one hurdle. I hope you will:

1. Keep me informed about your FDA dealings

2. Push hard for a very simple head to head. This could start with 2 doses of riva and morph to a comparative trial when the best dose emerges as a winner.

Let's talk soon.

rmc

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_JANSSEN_03893251**