# EXHIBIT 5

**From:** Robert Califf, M.D.
**To:** DiBattiste, Peter [JRDUS]
**Sent:** 12/19/2011 12:11:10 PM
**Subject:** are you off or working this weekend?


I've had a # of encounters with people re: riva/a fib/dosing

I have a proposal that would:

1. Get the right answer very efficiently
2. Demonstrate the ability of J&J to be innovative (simple, pragmatic, adaptive design)
3. Please the FDA
4. Help or at least not hurt your marketing
5. Would put you in a much better position when comparative effectiveness researchers do the head to head—you don't want to have the wrong dose then

Would like to discuss.

rmc



PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_03944473