# EXHIBIT 6

| | |
|---|---|
| **From:** | Peters, Gary [JRDUS] |
| **To:** | DiBattiste, Peter [JRDUS]; Sarich, Troy [JRDUS]; Burton, Paul [JRDUS]; Nessel, Christopher [JRDUS] |
| **Sent:** | 2/22/2012 1:33:47 PM |
| **Subject:** | Canadian SPAF review and Rob Califf |
| **Attachments:** | tr0002_new-oral_anticoag_draft_tr.pdf |

Hi all,

Spoke with Rob Califf this morning and he sent me this draft review from Canada comparing dabigatran, apixaban and rivaroxaban with warfarin in AF ... his interpretation is that rivaroxaban appears to be the least favored option which supports the need to do more work. Suspects many other similar analyses will appear over time as well .

He promised to send 2 page ROCKET 2 outline this weekend ...

Gary



PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_00207793