# EXHIBIT 7

| | |
|---|---|
| **From:** | Robert Califf, M.D. |
| **To:** | DiBattiste, Peter [JRDUS]; Peters, Gary [JRDUS] |
| **Sent:** | 2/27/2012 11:35:22 AM |
| **Subject:** | confidential |
| **Attachments:** | 20120224rocketbooster.docx |

Guys,

This is a simple 2 pager to let you know I'm working on something. I think this could be done using the orbit template at a fraction of the additional cost that we normally attribute to clinical trials. The motivation is enclosed on page 1. I've been skimpy with the operational details because I'm working through some thoughts about endpoints.

This whole thing is based on the 2 premises:

1. Its the right thing to do for a drug that has a long life and can make a huge difference
2. CADTH is just the beginning of the comparative effectiveness issues and the dosing of Riva will be a key issue

Look forward to discussing.

Rmc

Robert M Califf MD
Vice Chancellor for Clinical and Translational Research
Duke University

Office: 9196688820



EXHIBIT
DiBattiste-37
(690562)

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_04060303

Rivaroxaban and Atrial Fibrillation: The Need for ROCKET AF Booster

**Background**

The ROCKET AF Trial established rivaroxaban as noninferior to warfarin for prevention of stroke and systemic embolus in AF patients with the major advantage of reducing the risk of intracranial bleed. At the time ROCKET AF was designed there was no substitute for warfarin, but in the interim RE-LY established dabigatran as a viable alternative with a superior profile to warfarin for efficacy in and a reduction in intracranial hemorrhage, although the trial was open label. Shortly after ROCKET AF was reported, ARISTOTLE established apixaban as superior to warfarin with a reduction in both intracranial and systemic bleeding; in this case the trial was double blinded and placebo controlled. The sudden availability of 3 alternatives to warfarin has initiated a major interest in comparative effectiveness, as evidenced by the recent CADTH network metaanalysis from the Canadian government.

The major comparative advantage of rivaroxaban is its once a day dosing, but the failure of ROCKET AF to prove superiority, even in the face of lower than expected TTR in the trial, has raised major questions about whether the ROCKET AF dosing regimen is indeed the best dose. When ROCKET AF was designed, the difficulty (or near impossibility) of doing a proper Phase 2 trial in AF led to the use of simulations to estimate the best dose and a decision was made that a 3 arm Phase 3 Trial would be too costly. All of these factors have led to a situation in which the available clinical trial data are being compared indirectly; these indirect comparisons are exemplified by CADTH, which concluded that rivaroxaban is not a preferred treatment for any subgroup with AF, while dabigatran and apixaban both had significant areas of dominance as a treatment (more effective with less total cost).

The comparison of apixaban and rivaroxaban development leads to another element of conventional wisdom: rivaroxaban may have found the right dose in ACS while apixaban found the right dose in AF. There is little reason to believe that there is a major difference in clinical effectiveness with either molecule, but the dosing may need to be optimized to provide a the optimal benefit risk balance for rivaroxaban in AF, and the same may be the case for apixaban in ACS.

Finally, it is likely that indirect comparisons will continue and a very high likelihood that a public agency will launch a head to head comparative effectiveness trial.

**In summary the tremendous potential of rivaroxaban to reduce death and disability from atrial fibrillation is jeopardized by uncertainty regarding the dosing regimen. Formal and informal overviews of completed trials are favorable for rivaroxaban compared with warfarin, but unfavorable for rivaroxaban when compared with dabigatran or apixaban, and it is possible**


EXHIBIT
DiBattiste - 38
(690563)

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_04060304

**that a major head to head comparison could be launched when a better dose of rivaroxaban would give it a comparative advantage.**

**Proposal**

A large, pragmatic trial of rivaroxaban dosing using adaptive randomization and simple trial procedures more akin to a registry could answer the important dosing question and optimize the ability of rivaroxaban to reduce death and disability from atrial fibrillation.

<u>Design</u>

The trial would be initiated with 4 possible dosing regimens in the broad AF population. Essentially, anyone with AF who was initiated on anticoagulation or switched from warfarin would be started with one of 4 doses. The adaptive randomization would gravitate toward the best dosing regimen over time. If a dose lost out, patients on that dose would be switched to one of the remaining viable doses.

Blinding: unnecessary

Primary endpoint: ischemic CV event (death, MI, stroke, systemic embolism)

Secondary endpoint: major bleeding and intracranial bleeding

Data collection: Minimal with a brief collection of core baseline data (2 pages) and a focus on key outcomes in followup using coded data forms. Only the primary endpoints would be adjudicated. Routine adverse events would not be collected. As mandated by regulatory authorities, SAEs would be collected and reported through the DMC.

Sample size: Adaptive with a goal of entering up to 40,000 participants until the best dose is found.

Data monitoring committee: Empowered to discontinue arms either because of difference in primary endpoint or a composite picture form primary and secondary endpoint that would make that arm unfavorable compared with others still ongoing. For example clear noninferiority for ischemic events with a clear difference in bleeding rates would signify the need to drop an arm

Potential doses:

A: ROCKET AF dose: 20 mg daily/15 mg daily for renal impairment
B. 10 mg BID/ 5 mg BID for renal impairment
C. 15 mg per day/10 mg per day for renal impairment
D. 7.5 mg BID/5 mg BID for renal impairment

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

XARELTO_JANSSEN_04060305