# EXHIBIT 8

| | |
|---|---|
| **From:** | Robert Califf, M.D. <robert.califf@dm.duke.edu> |
| **Sent:** | Tuesday, April 3, 2012 2:51 PM |
| **To:** | Kenneth Mahaffey, M.D. <kenneth.mahaffey@dm.duke.edu>; Manesh Patel, M.D. <manesh.patel@dm.duke.edu> |
| **Subject:** | FW: ROCKET AF PK/PD Manuscript: Consent of the Executive Committee |
| **Attach:** | ROCKET AF PK-PD Draft 12-2BSubmitted.doc |

Did you ok this language about "supports the dose"? This is corporate BS. Every single person involved has told me that privately they agree that there is probably a better dose!!!!!!

Rmc

-- Robert M Califf MD
Vice Chancellor for Clinical and Translational Medicine
Duke University

Office phone: 19196688820

---

**From:** "Girgis, Ihab [JRDUS]" <IGirgis@its.jnj.com>
**Date:** Tue, 3 Apr 2012 13:22:36 -0400
**To:** Robert M Califf <Robert.Califf@duke.edu>
**Subject:** FW: ROCKET AF PK/PD Manuscript: Consent of the Executive Committee

Dear Rob,

Please find the document attached. Many thanks!

Kind regards,
-Ihab

---

**From:** Girgis, Ihab [JRDUS]
**Sent:** Friday, March 23, 2012 11:09 AM
**To:** 'Manesh Patel, M.D.'; 'Kenneth Mahaffey, M.D.'; 'Robert M Califf'; 'jonathan.halperin@mssm.edu'; 'k.a.a.fox@ed.ac.uk'; 'Richard Becker'
**Cc:** Nessel, Christopher [JRDUS]; Moore, Todd [JRDUS]; Peters, Gary [JRDUS]; 'John Paolini'
**Subject:** ROCKET AF PK/PD Manuscript: Consent of the Executive Committee
**Importance:** High

Dear All,

I kindly request the consent of the executive committee to submit the attached draft to Clinical Pharmacology & Therapeutics.

I did my best to address and incorporate all your comments in the draft.

Kind regards,
-Ihab Girgis
908-704-4523



PROTECTED INFORMATION-HIGHLY PROTECTED                                               DCRI0005328