# EXHIBIT 9

| | |
|---|---|
| **From:** | Robert Califf, M.D. <robert.califf@dm.duke.edu> |
| **Sent:** | Monday, August 6, 2012 5:35 PM |
| **To:** | Jonathan Piccini, M.D. <jonathan.piccini@dm.duke.edu>; Manesh Patel, M.D. <manesh.patel@dm.duke.edu>; Kenneth Mahaffey, M.D. <kenneth.mahaffey@dm.duke.edu> |
| **Subject:** | RE: AHA Statement |

we need to send them the manuscript(s)

i can see 2a and LOE B or A

don't put my mom on 20 mg!

rmc

Rob Califf
Vice Chancellor
Duke University

**From:** Jonathan Piccini, M.D.
**Sent:** Monday, August 06, 2012 5:03 PM
**To:** Manesh Patel, M.D.; Robert Califf, M.D.; Kenneth Mahaffey, M.D.
**Subject:** AHA Statement

What's up with this?

JPP
"In patients with renal impairment and nonvalvular AF who are at moderate to high risk of stroke (prior history of TIA, stroke, or systemic embolization or >2 additional risk factors), with a CrCl of 15 to 50 mL/min, <u>15 mg of rivaroxaban daily may be considered; however, its safety and efficacy have not been established</u> *(Class IIb; Level of Evidence C).* "

Jonathan P. Piccini, MD, MHS
Duke University Medical Center
Duke Clinical Research Institute
Durham, NC
919.564.9666 [cell]
919.668.8401 [office]
919.668.7128 [fax]
919.970.9255 [pager]
jonathan.piccini@duke.edu

PROTECTED INFORMATION-HIGHLY PROTECTED


EXHIBIT
DiBattiste-41
(3673718)

DCRI0002794