# EXHIBIT 10

Protected - Subject to Further Protective Review

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    :MDL 2592
PRODUCTS LIABILITY LITIGATION   :
                                :SECTION L
THIS DOCUMENT RELATES TO        :
ALL CASES                       :JUDGE ELDON E. FALLON
                                :MAG. JUDGE NORTH

_ _ _

OCTOBER 18, 2016

_ _ _

- PROTECTED -

- SUBJECT TO FURTHER PROTECTIVE REVIEW -

Videotaped deposition of PATRICIA M. TORR, held at DRINKER BIDDLE & REATH, LLP, One Logan Square, 18th and Cherry Street, Suite 2000, Philadelphia, Pennsylvania, on the above date, beginning at approximately 10:53 a.m., before Margaret M. Reihl, a Registered Professional Reporter, Certified Realtime Reporter and Notary Public.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Golkow Technologies, Inc. - 1.877.370.DEPS

Protected - Subject to Further Protective Review

Page 10

1  Q.  You're not a scientist?
2  A.  No.
3  Q.  Do you consider yourself a marketing and
4  business person, businesswoman?
5  A.  Yes.
6  Q.  Do you have any expertise in any
7  scientific field?
8  A.  No.
9  Q.  Do you have any expertise in cardiology?
10  A   No.
11  Q.  Do you have any expertise in hematology?
12  A.  No.
13  Q.  Do you have any expertise in
14  pharmacology?
15  A   No.
16  Q.  Do you have any formal education in
17  cardiology, hematology or pharmacology?
18  A.  No.
19  Q.  As I understand it, since May of 2011,
20  you have been at the vice president's level reporting
21  directly to the president of the company?
22  A.  Of the therapeutic area, yes.
23  Q.  Okay.  And is the therapeutic area CV
24  and metabolic?

Page 11

1  A.  Yes.
2  Q.  And who do you currently report to?
3  A.  Calvin Schmidt.
4  Q.  And how long have you been reporting to
5  Mr. Schmidt?
6  A.  I think it's close to three years now.
7  Q.  Okay.  And before Mr. Schmidt, who did
8  you report to?
9  A.  Vanessa Broadhurst.
10  Q.  Okay.  And how long did you report to
11  Ms. Broadhurst?
12  A.  I think she was in role maybe two years
13  or slightly less.
14  Q.  And prior to Ms. Broadhurst, who did you
15  report to?
16  A.  Jennifer Taulbert.
17  Q.  And before Ms. Taulbert, was there
18  anybody else that you reported to?
19  A.  No, not at Janssen.
20  Q.  So at Johnson & Johnson, Janssen you've
21  been at the vice president's level since the time that
22  you've been -- since the time you were hired in May of
23  2011, correct?
24  A.  That's correct.

Page 12

1  Q.  And you've always reported to the
2  president of the CV and metabolic therapeutic area,
3  correct?
4  A.  That's correct.
5  Q.  Would you say in your role as vice
6  president of marketing that you had overall
7  responsibility for the sales and marketing of Xarelto?
8  A.  Yes, as part of my responsibility, yes.
9  Q.  Okay.  Do you have any other -- are you
10  responsible for the sales and marketing of any other
11  drugs?
12  A.  I have sales responsibility for Invokana
13  for our institutional business.
14  Q.  And tell me what you understand the
15  difference between sales and marketing.
16  A.  So marketing I would say that our role
17  is to develop educational materials for the use of our
18  sales organization and for both branded and unbranded,
19  so disease awareness and information on the product,
20  and bringing that information and education to
21  healthcare providers.
22      The sales side of the equation would be
23  to bring promotionally approved materials to healthcare
24  providers in the hopes that that clinical message would

Page 13

1  resonate and there would be subsequent sales associated
2  with that.
3  Q.  Okay.  As part of your responsibility at
4  the vice president's level for the sales and marketing
5  of Xarelto, were you responsible for both the consumer
6  marketing and the professional marketing?
7  A.  Yes, as part of -- yes.
8  Q.  Okay.  And so that we understand,
9  consumer marketing is marketing to the patient and
10  creating marketing materials for patients, that you
11  were ultimately responsible for that, correct?
12  A.  Educational materials for patients, yes.
13  Q.  How about -- how about television
14  commercials?
15  A.  Yes, that would be in the scope.
16  Q.  So the television commercials with
17  Arnold Palmer and Kevin Nealon, you were ultimately
18  responsible for those within the organization?
19  A.  Yes.
20  Q.  And then on the professional side,
21  that's creating marketing materials for doctors,
22  correct?
23  A.  Correct.
24  Q.  All right.  And so you had ultimate

4 (Pages 10 to 13)