# EXHIBIT 11

259501

| From: | Torr, Patricia [OMPUS] |
|---|---|
| To: | Chang, Paul M.D. [OMPUS]; Peters, Gary [JRDUS]; Johnson, Sigmond [JRDUS]; Sarich, Troy [JRDUS]; Moye, Michael [OMPUS]; Burton, Paul [JRDUS]; Wildgoose, Peter [OMJUS]; Castillejos, Carlos Francisco [JRDUS]; Jalota, Sanjay [JRDUS]; Desikan, Nithya [OMP]; Shah, Nauman [OMPUS] |
| Sent: | 1/10/2012 11:33:37 PM |
| Subject: | RE: LCM - J&J pre-meeting |

Hi everyone,

A few comments from my end to consider....

The most important items on the list for me is the AF/PCI safety study and the antidote/PCC strategy...The two most pressing issues we are facing NOW. Need to move these through at fast pace.

I would also support the strategic importance of making med ill a level 1 priority despite that we know Bayer is less interested...Indication differentiation against the competition will be one of our main selling points.

Would not support doing a Rocket 2 study and unwinding everything we invested and are actively selling today. It would say to the market, the competition is right, we are a bid drug...would kill us in the market today. By the time the study was done, the market would have moved on.

With BMS/Pfizer doing Appraise 3, we need to think how to keep ahead of them in the ACS space...

Hard to see support of CARDIAC (too expensive, too risky, do not feel we need)...

Again, timing is critical, we need to quickly align and get started executing...

Look forward to a good discussion.

Best

Patty

---

**From:** Chang, Paul M.D. [OMPUS]
**Sent:** Tuesday, January 10, 2012 11:49 AM
**To:** Peters, Gary [JRDUS]; Johnson, Sigmond [JRDUS]; Sarich, Troy [JRDUS]; Moye, Michael [OMPUS]; Burton, Paul [JRDUS]; Torr, Patricia [OMPUS]; Wildgoose, Peter [OMJUS]; Castillejos, Carlos Francisco [JRDUS]; Jalota, Sanjay [JRDUS]; Desikan, Nithya [OMP]; Shah, Nauman [OMPUS]
**Subject:** RE: LCM - J&J pre-meeting

Thanks Gary. Agree with your thoughts on the medical affairs studies.

Also agree with the AF/ACS question. The range of possibilities are:

1. Small safety study (<2000 pts total) to show 2.5 bid and/or another dose on top of ASA/thienopyridine do not cause major disadvantage versus standard of care in terms of stroke or bleeding
2. Large program to definitively find and prove a safe and effective dose for AF in patients already taking ASA and thienopyridine (may require dose finding followed by definitive study)
3. Somewhere in between (probably no one will like)

Realistically only option 1 is within the stretch of medical affairs capability. Anything beyond really requires R&D to drive.

I think we all agree on the importance of generating data and have a position/recommendation for patients with



**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

EXHIBIT
Burton-39
Date: 259501
M.L. GRAY, CSR, RPR

XARELTO_JANSSEN_01203314

259501

concomitant AF/ACS (or at least AF/PCI). These questions are coming up from the field, and I hear now from analysts as well. I hope we can at least decide directionally how to tackle this problem. While MA can continue lay out the options and collaborate, we are really not in a position to lead the design and evaluation of a major clinical program such as something Rob would propose. It would be very helpful if we can decide whether option 1 is realistic (to meet both company's expectations). If not or not likely, then I would propose formally move the project to R&D for full evaluation (it can still come back if final decision is option 1).

Best,

Paul

---

**From:** Peters, Gary [JRDUS]
**Sent:** Tuesday, January 10, 2012 10:49 AM
**To:** Johnson, Sigmond [JRDUS]; Sarich, Troy [JRDUS]; Moye, Michael [OMPUS]; Burton, Paul [JRDUS]; Torr, Patricia [OMPUS]; Chang, Paul M.D. [OMPUS]; Wildgoose, Peter [OMJUS]; Castillejos, Carlos Francisco [JRDUS]; Jalota, Sanjay [JRDUS]; Desikan, Nithya [OMP]; Shah, Nauman [OMPUS]
**Subject:** RE: LCM - J&J pre-meeting

Hi all,

Just reviewed this quickly a few thoughts from my perspective :

1. Although I would rank some of the studies differently no major objections to what is proposed ( other than 3 and 4 below ) and I guess I get my chance at SLT
2. It seems a bit difficult to rank the medical affairs studies using the same criteria as indication enabling studies so would suggest that these be split into separate lists
3. Curious as to why medically ill is not a #1 from our perspective ? Just because we didn't have complete success in this indication first time around doesn't mean we shouldn't try again
4. The question about AF/ACS seems to get muddied sometimes ..in my view its really about what dose is needed in AF patients to fully protect against thromboembolic stroke ( either with or without ACS) so its more like an AF dose finding study than anything else ..Rob Califf is supposed to be sending us a proposal for such a study .. basis for this is that he says that comparative studies vs apixaban will be done and since likely we will not fare optimally with our current dosing regimen we need to explore others ... I fully agree with this and would like to see ROCKET 2 discussed again in this context .
5. Note that primary prevention in DM is not that difference from MACE/PAD ..these are really similar study concepts of taking high risk individuals without prior event ... a strategy which has not been very successful with antiplatelet agents ( CHARISMA) ...

We already have a gap between EINSTEIN and our next indication so if we want to roll out new indications in a systematic way we really do need to decide on some studies and get them started .

Thanks.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01203315

259501

Gary

---

**From:** Johnson, Sigmond [JRDUS]
**Sent:** Sunday, January 08, 2012 7:47 PM
**To:** Johnson, Sigmond [JRDUS]; Sarich, Troy [JRDUS]; Moye, Michael [OMPUS]; Burton, Paul [JRDUS]; Torr, Patricia [OMPUS]; Chang, Paul M.D. [OMPUS]; Wildgoose, Peter [OMJUS]; Peters, Gary [JRDUS]; Castillejos, Carlos Francisco [JRDUS]; Jalota, Sanjay [JRDUS]; Desikan, Nithya [OMP]; Shah, Nauman [OMPUS]
**Subject:** RE: LCM - J&J pre-meeting

Dear All,
I've attached a summary of our agreed to position going into the meeting later this week. The summary uses the template Bayer/McKinsey provided and we reviewed during our meeting. Please let me know if any modifications are needed.
Regards,
Sig

<< File: 20120103 - workshop pre-alignment call_5Jan12.ppt >>

Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Johnson & Johnson can arrange for proper delivery, and then please delete the message from your inbox. Thank you.

-----Original Appointment-----
**From:** Johnson, Sigmond [JRDUS]
**Sent:** Tuesday, January 03, 2012 1:30 PM
**To:** Sarich, Troy [JRDUS]; Moye, Michael [OMPUS]; Burton, Paul [JRDUS]; Torr, Patricia [OMPUS]; Chang, Paul M.D. [OMPUS]; Wildgoose, Peter [OMJUS]; Peters, Gary [JRDUS]; Castillejos, Carlos Francisco [JRDUS]; Jalota, Sanjay [JRDUS]; Desikan, Nithya [OMP]; Shah, Nauman [OMPUS]
**Subject:** LCM - J&J pre-meeting
**When:** Thursday, January 05, 2012 2:00 PM-5:00 PM (GMT-05:00) Eastern Time (US & Canada).
**Where:** Rartian JRD (PRD) building, conf rm 1808 and TC

Dear All,
This will serve to align our position going into the joint Bayer/J&J LCM meeting being held in Manhattan on January 12-14. This meeting is a replacement for the one originally scheduled for Friday.
Happy New Year!
Regards,
Sig

Teleconference:

Toll free number: Redacted - Confidential
Participant Code:

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01203316