# EXHIBIT 12

Page 1

```
   IN THE UNITED STATES DISTRICT COURT
  FOR THE EASTERN DISTRICT OF LOUISIANA
                  - - -

 IN RE:  XARELTO           :   MDL NO. 2592
 (RIVAROXABAN) PRODUCTS    :
 LITIGATION                :   SECTION L
                           :
 THIS DOCUMENT RELATES     :   JUDGE ELDON
 TO ALL CASES              :   E. FALLON
                           :
                           :
                           :   MAG. JUDGE
                           :   NORTH
              VOLUME I
                - - -
           August 3, 2016
                - - -
           - PROTECTED -
 - SUBJECT TO FURTHER PROTECTIVE REVIEW -
           Videotaped deposition of
 NAUMAN M. SHAH, taken pursuant to notice,
 was held at the law offices of Drinker
 Biddle & Reath, 105 College Drive East,
 Princeton, New Jersey, beginning at 9:07
 a.m., on the above date, before Michelle
 L. Gray, a Registered Professional
 Reporter, Certified Shorthand Reporter
 and Notary Public.
                - - -
       GOLKOW TECHNOLOGIES, INC.
    877.370.3377 ph | 917.591.5672 fax
            deps@golkow.com
```

Protected - Subject to Further Protective Review

Page 363

```
 1   was not.
 2        Q.   At this time he was not the
 3   commissioner of the FDA, but he was the
 4   person who conducted the primary trial
 5   that supports the Afib indication ROCKET,
 6   correct?
 7        A.   He was.  And he was also
 8   leading the Duke Clinical Research
 9   Institute, which obviously conducted
10   clinical trials for a living.
11        Q.   Oh.  Are you calling into
12   question the motives of Dr. Califf, the
13   current FDA commissioner -- are you
14   saying that he was trying to make money?
15        A.   I would say that that's
16   probably one of his motives, was to
17   conduct another trial, because it was
18   part of the way that DCRI made money.
19        Q.   So you -- you -- you call
20   into question his statements about there
21   being a need to do a dose-finding study
22   to find the optimal dose?
23        A.   I don't doubt that
24   Dr. Califf believed that as a scientist.
```