**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROLXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:**<br><br>**CASE NO: 2:16-cv-15622-EEF-MBN**<br><br><br>*Jenkins v. Janssen Research & Development LLC, et al* | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW COME Lieff Cabraser Heimann & Bernstein, LLP, counsel for Plaintiffs, Bobbie Joe Jenkins and Jeanette Jenkins, who move this Court for an Order allowing withdrawal as attorney of record for the Plaintiffs based on the following:

1.  On October 17, 2016, Lieff Cabraser Heimann & Bernstein, LLP (Lieff Cabraser) filed a Complaint in this matter on behalf of the plaintiffs for the injury to Bobbie Joe Jenkins resulting from use of Xarelto. [*Bobbie Joe Jenkins and Jeanette Jenkins, v. Janssen Research & Development LLC, et al*, 2:16-cv-15622-EEF-MBN].

2.  On December 14, 2016, the law firm of SL Chapman, LLC filed a Complaint on behalf of Plaintiff Bobbie Joe Jenkins for the same injury resulting from the same use of Xarelto. [*Bobbie Jenkins, v. Janssen Research & Development LLC, et al*, 2:16-cv-17293-EEF-MBN].

3.  As of January 2017, Plaintiffs Bobbie Joe Jenkins and Jeanette Jenkins have been unresponsive to all of Lieff Cabraser's attempts to contact them.

4.	Upon knowledge of the dual-representation of the same claim, on April 3, 2017, Lieff Cabraser sent notice of its intent to withdraw from this matter to counsel at SL Chapman, LLC firm, 330 North Fourth Street, Suite 330, St. Louis, MO  63102.

5.	On May 18, 2017, written notice of the filing of this Motion was sent via certified mail to the Jenkins' last known address, which is listed as: 2409 Woodland Rd. #15 Texarkana, AR  71854.

6.	Upon withdrawal of Lieff Cabraser from this matter, Plaintiff will remain represented by the SL Chapman, LLC firm with regard to his Xarelto claim.

WHEREFORE, Plaintiff's counsel requests that the Court enter an Order withdrawing Lieff Cabraser as counsel of record for Plaintiffs Bobbie Joe Jenkins and Jeanette Jenkins in the 2:16-cv-15622-EEF-MBN matter, and allow the SL Chapman, LLC firm remain as counsel of record for these Plaintiffs.

DATED:  May 23, 2017	Respectfully submitted,

By:	/s/ *Adam H. Weintraub*
Adam H. Weintraub, Esq.
Louisiana Bar ID:  33668

Wendy R. Fleishman, Esq.
Adam H. Weintraub, Esq.
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:	(212) 355-9500
Facsimile:(212) 355-9592
wfleishman@lchb.com
aweintraub@lchb.com

-3-

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 23, 2017, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                        /s/ *Adam H. Weintraub*
                                            Adam H. Weintraub