# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROLXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |
| **THIS DOCUMENT RELATES TO:**<br><br>**CASE NO: 2:16-cv-15622-EEF-MBN**<br><br>*Jenkins v. Janssen Research & Development LLC, et al* | **THIS DOCUMENT RELATES TO:**<br>**CASE NO: 2:16-cv-15622-EEF-MBN** |

## [PROPOSED] ORDER

Upon considering the Motion to Withdraw As Counsel of Record, filed by counsel at Lieff Cabraser Heimann & Bernstein, LLP for Plaintiffs Bobbie Joe Jenkins and Jeanette Jenkins,

IT IS ORDERED THAT THE MOTION IS GRANTED.

IT IS FURTHER ORDERED THAT:

Adam H. Weintraub, Elizabeth J. Cabraser, and Wendy R. Fleishman of Lieff Cabraser Heimann & Bernstein, LLP hereby be removed as counsel of record for Plaintiffs, Bobbie Joe Jenkins and Jeanette Jenkins in the 2:16-cv-15622-EEF-MBN docket.

Robert J. Evola and Bradley M. Lakin of the SL Chapman, LLC firm will remain as counsel of record for Plaintiffs, Bobbie Joe Jenkins and Jeanette Jenkins in the 2:16-cv-17293-EEF-MBN docket.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**UNITED STATES DISTRICT COURT JUDGE**

1349672.1