# EXHIBIT 1

# Orr, Joseph Jr.

Volume 1 - 07/07/2016

Condensed Transcript

Printed 05/22/2017 03:19PM EDT

CONFIDENTIAL

Protected - Subject to Further Protective Review
01: UNITED STATES DISTRICT COURT
02: EASTERN DISTRICT OF LOUISIANA
03: MDI NO. 2592                    SECTION L
04:
05: IN RE:   XARELTO (RIVAROXABAN)
    PRODUCTS LIABILITY LITIGATION
06:
07:
08: THIS DOCUMENT RELATES TO:   JOSEPH ORR, JR., AS
    LAWFUL SURVIVING SPOUSE OF SHARYN ORR
09:
10: CASE NO. 2:15-CV-03708
11:
12:
13: VIDEO DEPOSITION OF JOSEPH ORR, JR., TAKEN AT
    CAPITELLI & WICKER LAW FIRM, ON TUESDAY, JUNE THE
14: 7TH, 2016, COMMENCING AT 9:51 A.M. AND ENDING AT
    5:32 P.M.
15:
16:
17:
18:
19: REPORTED BY:
20: KRISTINA D. REA
21: Certified Court Reporter
22:
23:
24:
25:
    Golkow Technologies, Inc.              Page 1

p. 00001

Protected - Subject to Further Protective Review
01: APPEARANCES:
02: NELSON MULLINS
    BY:   ERIC A. PAINE, ESQUIRE
03: 1320 MAIN STREET, 17TH FLOOR
    COLUMBIA, SOUTH CAROLINA 29201
04:
05: AND
06: IRWIN FRITCHIE
    BY:   JAMES B. IRWIN, ESQUIRE
07: 400 POYDRAS STREET, SUITE 2700
    NEW ORLEANS, LOUISIANA 70130
08:
09:
10: COUNSEL FOR THE DEFENDANTS
11:
12:
13: CAPITELLI & WICKER
    BY:   T. CAREY WICKER, III, ESQUIRE
14: VINCENT ODOM, ESQUIRE
    1100 POYDRAS STREET, SUITE 2950
15: NEW ORLEANS, LOUISIANA 70163
16:
17:
18: COUNSEL FOR THE PLAINTIFF
19:
20:
21:
22:
23:
24:
25:
    Golkow Technologies, Inc.              Page 2

p. 00002

Protected - Subject to Further Protective Review
01: EXAMINATION INDEX
02: PAGE
03: EXAMINATION BY MR. PAINE.........................8
04: EXAMINATION BY MR. WICKER......................311
05:
06: EXHIBIT INDEX
07: PAGE
08: EXHIBIT 1........................31
    CVS Patient Prescription Record
09: 11/11/13 through 11/11/15
    (SOrr-PPR-005546 through 5548)
10:
11: EXHIBIT 2........................34
    CVS Patient Prescription Record
12: 8/11/05 through 5/4/15
    (SOrr-CVS-000002 through 28)
13:
14: EXHIBIT 3........................41
    Plaintiff Fact Sheet
15:
16: EXHIBIT 4........................44
    First Amended Plaintiff Fact Sheet
17:
18: EXHIBIT 5......................309
    Photos
19:
20: EXHIBIT 6................1......52
    Second Amended Plaintiff Fact Sheet
21:
22: EXHIBIT 7........................55
    Notice of Deposition
23:
24:
25:
    Golkow Technologies, Inc.              Page 3

p. 00003

Protected - Subject to Further Protective Review

**Page 90**

01: her doing?
02: A    Taking medication on time religiously,
03: period.
04: She took care of herself, she really did.
05: You know, she ate right.   I mean, she took care of
06: herself.
07: Q    If she was -- did you ever see her
08: checking her medication bottles to make sure she was
09: taking the medication exactly as it was ordered?
10: A    No.
11: Q    So I guess my question is, how do you know
12: that she followed her doctor's orders exactly?
13: A    I don't know.   I'm assuming because I saw
14: her take her medication religiously.
15: Q    And what medications did you see her
16: taking religiously?
17: A    I don't know.
18: Q    Whatever she was prescribed?
19: A    Whatever she was prescribed.
20: Q    And is this something that you saw day in
21: and day out?
22: A    Correct.
23: Q    So what medications would she take in the
24: morning; do you know?
25: A    No.

Golkow Technologies, Inc.           Page 90

p. 00090

**Page 91**

Protected - Subject to Further Protective Review

01: Q    Do you know how many she took in the
02: morning?
03: A    No.
04: Q    Or what they were for?
05: A    No.
06: Q    Do you recall what any of the medications
07: looked like that she took in the morning?
08: A    No.
09: Q    And was she in a particular place in the
10: house or doing something in particular when she took
11: her medications in the morning?
12: A    The morning was sometimes in the kitchen.
13: Well, most of the time in the kitchen.   At night, in
14: the bed.
15: Q    Okay.   Was there a particular time in the
16: morning when she took her morning medications?
17: A    Maybe 7:00 o'clock.
18: Q    Is that what you remember specifically?
19: A    That's what I remember.   It could have
20: been 7:15.
21: Q    Sure.
22: A    It could have been 6:30.   I don't know.
23: Q    Same questions with the evening
24: medications.    Were there medications that she took
25: specifically in the evening?

Golkow Technologies, Inc.           Page 91

p. 00091

**Page 92**

Protected - Subject to Further Protective Review

01: A    Yes.
02: Q    And what were those medication?
03: A    I don't know.
04: Q    Do you recall what any of the medications
05: that she took in the evening looked like?
06: A    No.
07: Q    Do you know what any of the medications
08: she took in the evening were to treat?
09: A    No.
10: Q    Or the names of any of those medications?
11: A    No.
12: Q    What was her routine that she followed
13: religiously as far as medications in the evening
14: were concerned?
15: A    I would say she would take them about
16: maybe 7:00 o'clock at night, 7:30.   I don't know.
17: Q    Was she doing anything particular while
18: she took these medications?
19: A    Taking water.
20: Q    I mean, was she sitting at the kitchen
21: table?   Was she, you know -- I thought at one point
22: you said she took that at bedtime?
23: A    That's what I'm saying.
24: Q    Okay.
25: A    In the bed, looking at television,

Golkow Technologies, Inc.           Page 92

p. 00092

**Page 93**

Protected - Subject to Further Protective Review

01: drinking water.
02: Q    Okay.   So her normal routine would be to
03: take her evening medications in the evening sitting
04: in the bed while watching television?
05: A    Correct.
06: Q    Okay.   And did she keep her medications at
07: home?
08: A    Yes.   As far as I know, yes.
09: Q    And they were in the medicine cabinet and
10: so forth?
11: A    Yes.
12: Q    Okay.   And is that where you found the
13: bottle for Xarelto?
14: A    Correct.
15: Q    In the medication cabinet at home in the
16: bathroom?
17: A    Right.
18: Q    Okay.
19: A    Not the bathroom, in the kitchen.
20: Q    In the kitchen, okay.
21: A    Yes.
22: Q    What other medications were there along
23: with the Xarelto bottle that you found after she
24: passed?
25: A    There were bottles of medications.

Golkow Technologies, Inc.           Page 93

p. 00093

Protected - Subject to Further Protective Review
01: A   I did know that.
02: Q   Okay.  And how long was she seeing Dr. Rai
03: before her intracerebral hemorrhage in April?
04: A   That, I don't know.  But I would guess
05: it's in the medical record.
06: Q   Did you know at that time of Mrs. Orr's
07: intracerebral hemorrhage in April 2015 that she had
08: been recommended or was taking any of these -- any
09: of these medications from Dr. Rai?
10: A   No.
11: Q   Let's talk about Mrs. Orr's intracerebral
12: hemorrhage.
13: A   Okay.
14: Q   And I know this will be difficult, so I'll
15: move through this as quickly as we can, but if
16: you'll bear with me, I appreciate it.   If you need
17: any breaks, absolutely we'll take those.   Okay?
18: What was the date of Mrs. Orr's
19: intracerebral hemorrhage?
20: A   April 24th.
21: Q   Do you recall what day of the week that
22: was?
23: A   It was a Friday.
24: Q   Had Mrs. Orr had any unusual complaints or
25: signs or symptoms, anything out of the ordinary that
    Golkow Technologies, Inc.           Page 238

p. 00238

Protected - Subject to Further Protective Review
01: you observed leading up to the evening of April 24,
02: 2015?
03: A   No.
04: Q   Did she complain of anything out of the
05: ordinary leading up to the evening of April 24th?
06: A   No.
07: Q   If I recall correctly, very early in the
08: deposition, did you mention that you picked her up
09: that day?
10: A   Picked her up from work.
11: Q   Okay.  And what time was that?
12: A   4:00 o'clock, 4:30.
13: Q   She worked downtown here at the campus?
14: A   On campus, yes.  On St. Charles Avenue.
15: Q   What were your plans for the evening?
16: A   Pick her up.  We were going to dinner at
17: Chris Steakhouse.
18: Q   Ruth's Chris?
19: A   Ruth's Chris.
20: Q   And that's a couple of blocks from where
21: we are right now, right?
22: A   No.  No.  This was the on -- on -- in
23: Metairie on Veterans.
24: Q   In Metairie.  Okay.
25: All right.  So did you go straight from
    Golkow Technologies, Inc.           Page 239

p. 00239

Protected - Subject to Further Protective Review
01: Tulane out to Ruth's Chris in Metairie?
02: A   No.  We went home, changed, and then we
03: went there.  I forgot what time we got there.
04: Q   All right.  And how long does it take you
05: to get from her office at Tulane to home?
06: A   It was about somewhere between 30, 45
07: minutes.
08: Q   So you picked her up at 4:30, and 30 to 45
09: minutes to get home?
10: A   Right.
11: Q   And you said you went home to change?
12: A   Yeah.
13: Q   She changed her clothes?
14: A   Yes.
15: Q   Did she do anything else at home?
16: A   Not that I recall.
17: Q   Was there -- did she report any signs or
18: symptoms, anything out of the ordinary before
19: getting to dinner that night?
20: A   None whatsoever.
21: Q   What was the occasion for going to Ruth's
22: Chris?
23: A   Going to dinner.
24: Q   Just Friday night?
25: A   Friday night.
    Golkow Technologies, Inc.           Page 240

p. 00240

Protected - Subject to Further Protective Review
01: Q   All right.  Was anyone else joining you?
02: A   Just her and me.
03: Q   How long does it take to get from your
04: house to Ruth's Chris?
05: A   Twenty minutes, 30 minutes, 20 minutes.
06: Q   Did you have reservations that night?
07: A   I'm trying to remember.  Yeah, I'm sure we
08: did.
09: Q   You just don't remember what time it was
10: for?
11: A   No, I don't.  Maybe 6:30, 7 o'clock,
12: something like that.
13: Q   Did -- when you got to the restaurant,
14: what happened then?  Did you -- did you have
15: cocktails or anything like that?
16: A   No.  We sat down.  I think I had ice tea,
17: she had ice tea.  Looked at a menu, ordered a
18: menu -- ordered, you know, our food, served the
19: food.  We ate the food.
20: Q   Okay.  At what point during the evening
21: did Mrs. Orr first indicate or show signs of feeling
22: bad?
23: A   We were just about finished the meal and
24: she said, "I have a headache."  And I said, "Do you
25: have any, you know, aspirin or Tylenol or anything
    Golkow Technologies, Inc.           Page 241

p. 00241

Protected - Subject to Further Protective Review

**Page 242**

01: you can take?"    She said, "No."
02: "Okay.   Well, let me just pay the bill,
03: you know, we're finished, pay the bill, go home."
04: And -- and we did.    But it was -- it was a serious
05: headache.
06: Q     Did she give you any other descriptions of
07: the headache, like it's the worst headache of my
08: life or it's confined to a certain area?
09: A     No.   She said -- she said it hurt.
10: Q     She first mentioned the headache at the
11: end of the meal; is that right?
12: A     Yes.
13: Q     So you two were completely done eating?
14: A     Just about.
15: Q     Had you had desert?
16: A     No.
17: Q     And did she eat her meal?
18: A     Yes.
19: Q     What time was it that she first complained
20: of a headache?
21: A     I don't know.   Maybe 45 minutes after we
22: got there.   Maybe an hour after we got there.   I
23: don't -- I don't know.
24: Q     Do you recall how long you were there
25: altogether?

Golkow Technologies, Inc.             Page 242

p. 00242

Protected - Subject to Further Protective Review

**Page 243**

01: A     No, I don't.
02: Q     Did she have any other complaints at that
03: point while you were still at the restaurant other
04: than a headache?
05: A     That was it.
06: Q     Did she ask to go home?
07: A     Yeah.
08: Q     So it was bad enough that she wanted to
09: leave before you would otherwise have left?
10: A     Correct.
11: Q     Did she com- -- let me kind of move
12: forward.    On the way home, tell me what happened on
13: the way home.
14: A     On the way home, she said, "Can you pull
15: over?"   I said, "Why?"   She said, "Well, I'm
16: nauseous.   I need to throw up."   Okay.   Pulled over,
17: she threw up, got back in the car, we drove home.
18: Q     How close to home were you from Ruth's
19: Chris when she complained of nausea and had to pull
20: over to throw up?
21: A     Not far.   Maybe -- maybe three to five
22: blocks.
23: Q     Away from home?
24: A     No.   Away from Ruth's.   I thought that was
25: the question.

Golkow Technologies, Inc.             Page 243

p. 00243

Protected - Subject to Further Protective Review

**Page 244**

01: Q     Thank you.   I'm sorry.   I'm glad we
02: clarified that.
03: Was she able to get home from then -- from
04: that point without vomiting again?
05: A     Yeah.   She didn't throw up again until we
06: got home.
07: Q     Okay.   And approximately what time did you
08: get home?
09: A     I don't know.
10: Q     Did -- were you concerned at this point?
11: A     Very concerned.
12: Q     What happened once you pulled into the
13: driveway of the home?
14: A     Raised the garage door, she threw up
15: again.   I got her out of the -- the car and into the
16: house.
17: Q     So did she vomit in the garage?
18: A     She vomited on the side of the car.
19: Q     And then you got her into the house?
20: A     Right.
21: Q     What happened at that point?
22: A     Brought her to bed, put her to bed, and,
23: you know, I still thought it was just -- I mean, she
24: had no signs -- no signs of a stroke, no slurred
25: speech, you know, the fast thing that you see all

Golkow Technologies, Inc.             Page 244

p. 00244

Protected - Subject to Further Protective Review

**Page 245**

01: the time.
02: Q     Uh-huh.
03: A     None of those signs.   And anyway, I put
04: her to bed.   And I said, you know -- I really was
05: going to go get her something for her head, and --
06: and I did.   But when I came back, she was asleep.   I
07: said, well, I'm not going to disturb her because of
08: the headache.   And I let her sleep.   And then not
09: long after that, I came back in there to check on
10: her, and she said, "Can you take me to the
11: bathroom?"   And I did.   And she sat on the commode
12: and...
13: MR. PAINE:
14: We can take a break.
15: MR. WICKER:
16: You want to take a break?
17: THE WITNESS:
18: No, no, I don't want to take a break.
19: I wedged myself between her and the wall
20: because she couldn't support herself.    So I said,
21: "Sharyn, you want me to call 911?"
22: "Oh, no, no, no.   No, I'm all right."
23: "Okay."
24: A little while went by, not long, maybe a
25: minute or two, and I said, "Sharyn, you want me to

Golkow Technologies, Inc.             Page 245

p. 00245

Protected - Subject to Further Protective Review

**Page 250**

01: Q  She's the one who lives about a mile away?
02: A  Yeah.
03: Q  And did she come right over when you
04: called her?
05: A  Yes.
06: Q  Did you call her on a cell phone or a
07: landline?
08: A  Cell phone.
09: Q  Between the time that you called Kim and
10: Kim arrived and said you needed to call the
11: ambulance, did Mrs. Orr say anything else?
12: A  Not that I remember.
13: Q  Did she indicate or did you see her
14: experiencing any other signs or symptoms?
15: A  She was getting weak.
16: Q  Weak.  Describe that for me, please.
17: A  Lethargic, no strength, you know, you
18: couldn't pick her up, you know.  She was...  Yeah.
19: Q  And by "lethargic," was she also starting
20: to get sleepy, too, or was that just the --
21: A  Kind of -- yeah, kind of drowsy.
22: Q  Were you asking her questions at that
23: point in time?
24: A  No.
25: Q  Was anybody talking to her?

Golkow Technologies, Inc.          Page 250

Protected - Subject to Further Protective Review

**Page 252**

01: respond to any questions that were asked of her?
02: A  No.
03: Q  At that point forward, was she unable to
04: speak as far as you knew?
05: A  As far as I know.
06: Q  When the EMS folks arrived, did they ask
07: you what had happened?
08: A  Yeah.
09: Q  And you give them the history?
10: A  Right.
11: Q  What was the -- what -- what happened
12: next?
13: A  We asked -- I asked them to take her to
14: Baptist.  And the reason I asked them to take her to
15: Baptist was because all her medical records were at
16: Baptist, and that's where she would have wanted to
17: go.  So they did, they took her to Baptist.
18: Q  Did the EMS folks say anything to you
19: about what she was experiencing or what they thought
20: was going on with her before they took her to
21: Baptist?
22: A  No.
23: Q  How long were they at the home before
24: they -- they left for Baptist?
25: A  Not long.  I mean, they brought in a

Golkow Technologies, Inc.          Page 252

Protected - Subject to Further Protective Review

**Page 251**

01: A  No.
02: Q  At this point, I take it, you were -- you
03: were very worried?
04: A  I was extremely worried.
05: Q  And Kim was worried, too?
06: A  Very worried.
07: Q  So as soon as Kim got there, you called
08: the ambulance?
09: A  Right.
10: Q  How long did it take the ambulance to
11: arrive?
12: A  I don't know.  I mean, a guess, ten
13: minutes.
14: Q  It was quickly?
15: A  It was quick.  It was quick.
16: Q  Between the time that the ambulance -- EMS
17: was called and they actually arrived, were there any
18: changes in her cond- -- in Mrs. Orr's condition?
19: A  I think she was -- she was more listless.
20: Q  When the EMS paramedics arrived, did they
21: ask Mrs. Orr any questions?
22: A  I think they did, but I don't -- I don't
23: think she answered them.
24: Q  Okay.  Do you recall from that point
25: forward Mrs. Orr being able to say anything or

Golkow Technologies, Inc.          Page 251

Protected - Subject to Further Protective Review

**Page 253**

01: gurney, put her on the gurney, and took her out.
02: Q  Did anyone ride with Mrs. Orr over to
03: Baptist Hospital in the ambulance?
04: A  That's a good question.  I didn't.  I --
05: I -- I followed them in the car.  No, I don't think
06: anybody did.
07: Q  So the -- the folks that were in -- in the
08: house when EMS arrived were you, Kim, and Mrs. Orr?
09: A  Correct.
10: Q  Did Kim talk to Mrs. Orr and try to get
11: her to respond to any questions?
12: A  Yes.
13: Q  And Mrs. Orr was not able to respond?
14: A  No.
15: Q  Was Mrs. Orr still awake when the EMS
16: ambulance left your house?
17: A  I don't think so.
18: Q  Did Mrs. Orr ever come back to
19: consciousness or was she awake at any point after
20: that?
21: A  Not to my knowledge.
22: Q  What time did you arrive at Baptist?
23: A  Well, we went to -- to -- to -- yeah, to
24: Baptist.  And it seems like that was around maybe
25: 11 o'clock, something like that.

Golkow Technologies, Inc.          Page 253

Protected - Subject to Further Protective Review
01: information they had about Mrs. Orr that was news to
02: you other than that?
03: A    I don't remember if he talked to us after
04: the scan or before the scan -- well, it had to be
05: after the scan.    Because he said the bleeding was so
06: extensive that's there's basically nothing we can
07: do.  He said, you know, we -- well, that was later.
08: But anyway, he said, "We can't stop the bleeding."
09: Q    Is that something you specifically recall
10: that doctor saying, that they could not stop to the
11: bleeding?
12: A    I recall it that night.
13: Q    Had she had another CT scan at that point?
14: A    I think so.  I think she had one at -- at
15: the main campus.
16: Q    And, again, this is all transpiring in the
17: emergency room at the main campus before you see
18: Mrs. Orr again on the neuro critical care floor?
19: A    Correct.
20: Q    Were there any other doctors there when
21: this Asian doctor was explaining kind of what the
22: prognosis was for Mrs. Orr?
23: A    I don't think so.
24: Q    Did you have any questions for that
25: doctor?
  Golkow Technologies, Inc.          Page 266

p. 00266

Protected - Subject to Further Protective Review
01: A    I mean, I think we looked at him in
02: disbelieve and said, "What?"    And then you -- you've
03: got to try to -- I mean, that's -- it's a shock,
04: obviously.   It's a shock, you know.
05: Q    Did that doctor or anyone else in the
06: emergency room at main campus ask you questions
07: about what had happened that night or -- or about
08: Mrs. Orr's medical history?
09: A    I mean, he -- he specifically said, you
10: know, what -- what was she on or -- or, you know,
11: that kind of thing, and -- and I don't remember if I
12: told him or the kids told him.    Somebody said
13: Xarelto.  And he shook his head and said, "We can't
14: -- "We can't stop the bleeding."
15: Q    When was the last time Mrs. Orr had taken
16: a Xarelto pill?
17: A    I don't know.
18: Q    You didn't see her take a Xarelto on the
19: night of the intracerebral hemorrhage, April 24th,
20: 2014?
21: A    No.  Doesn't mean she didn't take it, but
22: I didn't see it.
23: Q    I understand.  I'm asking --
24: A    Right.
25: Q    -- what you saw and what you remember.
  Golkow Technologies, Inc.          Page 267

p. 00267

Protected - Subject to Further Protective Review
01: A    Didn't see it.
02: Q    Okay.   While you were at dinner that
03: night, you did not see her take a Xarelto pill?
04: A    She did not take one at dinner.
05: Q    Or any other -- any other pill?
06: A    No pill at dinner.
07: Q    While you were at home, did you see her
08: take Xarelto or any other medication?
09: A    I don't remember.
10: Q    That's before going to dinner that night?
11: A    Right.
12: Q    After you left Ruth's Chris, at any point
13: did you see her take Xarelto or any other
14: medication?
15: A    No.
16: Q    Did you have any other discussions or --
17: I'm sorry.
18: Were there any other discussions by you or
19: with you or any of the family member and this doctor
20: in the emergency room at main campus?
21: A    I remember there was another tall doctor
22: that came in, and I think he offered us some hope,
23: which was very welcome.    But I don't remember what
24: time that was or how long after the other guy or...
25: Q    Tell me who that doctor was, please.
  Golkow Technologies, Inc.          Page 268

p. 00268

Protected - Subject to Further Protective Review
01: A    I don't know.
02: Q    Was that somebody -- was that a surgeon?
03: A    It was a tall guy with boots.  That, I
04: remember.
05: Q    All right.  And can you describe him in
06: any other way?
07: A    I mean, the girls called him the doctor
08: with boots.
09: Q    Okay.
10: A    The boots doctor.
11: Q    While at Ochsner main campus, were you or
12: any of the other family members asked specifically
13: about the medications that Mrs. Orr was taking other
14: than Xarelto?
15: A    I think we had to provide them with a
16: list.
17: Q    Okay.
18: A    And -- and I think one of the girls did
19: that.
20: Q    Was that a list that she had on her at the
21: time?
22: A    She might have.
23: Q    Okay.  You just -- you don't remember one
24: way or another?
25: A    No.
  Golkow Technologies, Inc.          Page 269

p. 00269