# EXHIBIT 2

# Bui, Cuong MD

Volume 1 - 07/07/2016

Condensed Transcript

Printed 05/22/2017 03:12PM EDT

CONFIDENTIAL

0001

01: UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
02:
03:
04:
IN RE: XARELTO (RIVAROXABAN)   MDL No. 2592
05: PRODUCTS LIABILITY LITIGATION  SECTION: L
06: THIS DOCUMENT RELATES TO:     JUDGE FALLON
JOSEPH ORR, JR., ET AL. v.
07: JANSSEN RESEARCH &          MAG. JUDGE NORTH
DEVELOPMENT, LLC, ET AL;
08: CASE No. 2:14-cv-03708
09:
10: PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
11:
Videotaped deposition of CUONG BUI, MD,
12: taken at Ochsner, 1514 Jefferson Highway,
Orthopedic Conference Room, Fifth Floor, New
13: Orleans, Louisiana 70121, on Thursday, the 7th
of July, 2016.
14:
15:
16: APPEARANCES:
17: FERRER, POIROT & WANSBROUGH
(By: Russell T. Abney, Esq.)
18: 2100 RiverEdge Parkway
Suite 720
19: Atlanta, Georgia 30328
20: ATTORNEYS FOR PLAINTIFFS
21:
22:
23:

p. 00001

0002

01: APPEARANCES CONTINUED:
02: NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
(By: Michael W. Hogue, Esq.)
03: Meridian/17th Floor
1320 Main Street
04: Columbia, South Carolina 29201
05: ATTORNEYS FOR BAYER DEFENDANTS
06:
IRWIN, FRITCHIE, URQUHART & MOORE, LLC
07: (By: James B. Irwin, Esq. and
Meera U. Sossamon, Esq.)
08: 400 Poydras Street
Suite 2700
09: New Orleans, Louisiana 70130
10: ATTORNEYS FOR JANSSEN DEFENDANTS
11:
12:
13: REPORTED BY:
14: GRETCHEN ALEXANDER, CCR, RPR
PROFESSIONAL SHORTHAND REPORTERS, INC.
15: (504) 529-5255
16: VIDEOGRAPHER:
17: MELISSA BARDWELL
GOLKOW TECHNOLOGIES
18: (877)370-3377
19:
20:
21:
22:
23:
24:
25:

p. 00002

24:
25:

p. 00001a

0003

01: *  *  *
02: EXAMINATION INDEX
03: Page
04: EXAMINATION BY MR. ABNEY ..............8
EXAMINATION BY MR. HOGUE ............36
05: EXAMINATION BY MR. IRWIN ............147
EXAMINATION BY MR. ABNEY ............187
06: EXAMINATION BY MR. IRWIN ............225
EXAMINATION BY MR. ABNEY ............230
07: EXAMINATION BY MR. HOGUE ............234
08:
09:
10: *  *  *
11: INDEX OF EXHIBITS
12: Page
13: Exhibit No. 1  .......................9
14: Dr. Bui's curriculum vitae
15: Exhibit No. 2  .......................9
16: Folder of documents provided by Dr. Bui
17: Exhibit No. 2A  ....................144
18: Dr. Bui's operative note
19: Exhibit No. 3  ......................16
20: NOMH Neuroscience Critical Care record labeled
21: SOrr-OMC-MD-000236
22: Exhibit No. 4  ......................41
23: Medical records labeled SOrr-OMC-MD-000006
24: through SOrr-OMC-MD-000214
25:

p. 00003

0020

01: clots?
02: A    Well, the very initial intervention
03: is often medical, which is what was initially
04: done here, which was to give a diuretic --
05: mannitol, Lasix -- and 3 percent normal saline
06: to drive up the osmotic pressure -- I mean the
07: osmotic pressure, and to sort of dry out or
08: shrink the brain as much as you can.
09: That being said, with this much mass
10: effect and the fact that the fluid space was
11: also enlarged, it was pretty clear early on that
12: that alone was probably not going to be enough.
13: I think that, at minimum, she would have needed
14: a ventriculostomy, which is a catheter that's
15: placed through a small burr hole that goes into
16: the fluid space to try to drain the CSF, or
17: cerebral spinal fluid, in order to try to bring
18: down the ICP, as well as be able to track and
19: monitor the pressure as we treat.
20: I think tPA for intraventricular
21: hemorrhage is an option, and that's something
22: that can -- and is often done at this
23: institution, and common, like with trying to
24: bring down the ICV with a ventriculostomy, which
25: would be to try to inject a clot-busting agent

p. 00020

0021

01: to try to break up the clot within the
02: ventricle.  The idea is that then you would be
03: able to drain both the blood and the spinal
04: fluid at the same time.
05: Q    And when you refer to "ICP," does
06: that mean intracranial pressure?
07: A    Yes, ICP is intracranial pressure.
08: Q    Okay.  And I believe you did
09: eventually administer tPA for Ms. Orr; is that
10: right?
11: A    Yeah.  So we did ultimately place a
12: ventriculostomy.  We actually placed two
13: ventriculostomies about 12 hours or so later
14: with the intention of draining, as well as --
15: with the intention of draining the spinal fluid,
16: as well as administering some tPA or some
17: medication to try to break up the
18: intraventricular part of the clot.
19: Q    Do your notes from that time period
20: indicate that you, in fact, waited for Ms. Orr's
21: Xarelto dose to clear before telling the family
22: the option of the ventriculostomy?
23: A    Yes.  I think we -- because she was
24: on Xarelto and at that time we did not have a
25: way to be able to track the anticoagulation

p. 00021

0022

01: effect of Xarelto, and also did not have a
02: reversal agent, my initial thought process was
03: not to drill a hole in her brain and place a
04: catheter for fear of making the hemorrhage worse
05: if she still had an anticoagulation effect
06: on board.
07: So we opted to just go with the
08: medical therapy and with a guesstimate of the
09: half-life, given her age and also her impaired
10: creatinine, that we felt that 12 hours, given
11: the fact that we -- she probably had not had or
12: had not absorbed some of it with the -- at
13: dinner the night before -- that around 12 hours
14: or so, we felt that it was reasonable to discuss
15: placing the catheter, with emphasis on -- to the
16: family that we did not really know her true
17: anticoagulation status and that there was
18: increased risk, potentially, for doing the
19: procedure.
20: They wanted to proceed, and so we
21: placed a catheter around midday the next day.
22: Q    In general, in a patient suffering
23: from a stroke like Ms. Orr did, is it desirable
24: to provide those treatments earlier rather than
25: later?

p. 00022

0023

01: A    So, I guess -- in general, yes, I
02: guess, in general, the sooner you're able to
03: bring down the ICP, the better.  But again, each
04: case is different, so we always have to taper
05: that with the risk-benefit profile.
06: Q    Let me ask it a different way,
07: Doctor.  If there were a reversal agent for
08: Xarelto that you could have administered
09: immediately when she came in, would it have been
10: desirable in your opinion to do the
11: ventriculostomy earlier rather than when it was
12: done hours later?
13: MR. HOGUE:
14: Objection.
15: THE WITNESS:
16: If we had a reversal agent and if
17: we had a way to monitor or know what the
18: anticoagulation status was, then, in her
19: case, I would have probably done it
20: earlier.
21: EXAMINATION BY MR. ABNEY:
22: Q    And would doing it earlier have given
23: her a better chance of having a favorable
24: outcome?
25: A    I think that's a difficult

p. 00023

Bui, Cuong MD  - Volume 1 - 07/07/2016

0028
01: So at that time we elected to inject
02: tPA into one of the catheters on the right side,
03: which is the catheter that was in the blood
04: clot.  She'd also had a postoperative scan, and
05: we were happy with the position of the
06: catheters.  There was no significant increase in
07: hemorrhage at the initial bleed site or a new
08: hemorrhage along the new catheter track.
09: Q    What was the date of that note,
10: Doctor?
11: A    That was 4/26/2015.
12: It's this one right here, if you want
13: to see it.
14: Q    Did the tPA injection seem to have
15: any positive effect?
16: A    So you're asking me that based on
17: this --
18: Q    I would say probably based on your
19: next note.
20: A    Yes.  So based on the next note, we
21: felt that, based on the follow-up CAT scan, that
22: there was definitely less -- let me see here.
23: Let me pull up the CAT scan here.
24: So the CAT scan on 4/27, I felt that
25: there was slightly less blood in the frontal

0030
01: of Ms. Orr?
02: A    And we saw her the 27th, so -- we saw
03: her the morning of the 28th.
04: Q    What was her status at that time?
05: A    Status at that time, we thought that
06: neurologically she was actually a little bit
07: worse, that her motor scores dropped from a 4 to
08: a 3, which is more in line of posturing versus
09: localizing, or to be more specific, decorticate
10: versus withdrawing.
11: The ICP, though, had remained
12: relatively low, so ranging between 2 to 11.
13: There was increased drainage from both of the
14: drains.  One was putting out 28, and the other
15: one put out 80 cc's.  Her sodium was already in
16: the 147s, but her BUN and her creatinine were --
17: renal function had gotten -- had also declined.
18: So I felt that the --
19: radiographically, things were relatively stable,
20: if not slightly improved; but clinically, she
21: was worse.  We continued to drain the
22: ventriculostomy.  We lowered it to a level of 10
23: from 15 to try to drain more fluid, and that we
24: gave another dose of tPA.  I believe we ended up
25: doing three total doses of tPA to the right

0029
01: horns, but there was still a fair amount of
02: blood in the system; there's still a lot of
03: swelling -- and, if anything, slightly more
04: swelling on the right hemisphere now -- but that
05: the left lateral ventricle was a little bit
06: smaller.  So all in all, maybe a little bit
07: better, but still a lot of swelling, a lot of
08: signs of mass effect.
09: Q    I'm not sure if you ever saw it, but
10: the CT scan from Baptist, the report from
11: Baptist, it referred to there being a slightly
12: heterogeneous hyperattenuation material noted
13: throughout the right ventricle and third
14: ventricle.
15: A    Uh-huh.
16: Q    Do you have any idea what that would
17: be referring to?
18: A    I think it's referring to the blood,
19: or, sometime, hyperacute blood.
20: Q    So would it be fair to say that the
21: tPA administration may have been of some
22: benefit, but Ms. Orr was still not making a
23: dramatic recovery?
24: A    Yes, that's fair to say.
25: Q    Okay.  What was your next assessment

0031
01: side.
02: Q    Okay.  When was your next observation
03: of Ms. Orr?
04: A    So that would be the next morning,
05: the 29th.  So we saw her the next morning on the
06: 29th.  Again, we felt that there was another
07: slippage in her neurologic status.  She was now
08: having some extensor posturing, which dropped
09: her motor scores from a 3 now down to a 2.  ICPs
10: remained 2 to 13 at this point.  The EVDs were
11: still working, but I felt the right one might
12: have been clogged.  The left one was still
13: putting out about 113 cc's of her spinal fluid.
14: Her renal status was also worse, and
15: so at this point we did repeat a CAT scan.  It
16: did show increased swelling or increased midline
17: shift.  So I thought that the prognosis at this
18: point was extremely grim.  We briefly discussed
19: doing very aggressive procedures, which would
20: have been a hemi craniectomy, or a surgical
21: removal of half of the skull in order to give
22: the brain more room.  That was really discussed
23: in context of, quote/unquote, a Hail Mary type
24: of approach for her --
25: (Interruption in proceedings.)

0040
01: the way home, went to bed for several hours,
02: threw up --
03: A    At dinner.
04: Q    -- several times --
05: A    At dinner.
06: Q    Yes, at dinner.
07: A    Okay.  You said "at the hospital."
08: That's why I --
09: Q    I'm sorry.  Let me start over again.
10: The history that was told by the
11: family to the doctors at the hospital was that
12: she was at dinner with her husband, and she had
13: an acute event, she felt bad, she threw up, she
14: threw up on the way home, she threw up at
15: home --
16: A    Yes.
17: Q    -- went to bed for several hours, got
18: worse, came to the hospital.
19: Based upon that history, is it your
20: opinion that she started having the hemorrhage
21: on the -- at the time of the dinner?
22: A    Most likely, yes.
23: Q    Okay.  And so for approximately, I
24: think, according to the history, five or six
25: hours before she got to the first Baptist ER,

0041
01: she had been bleeding at that point in time,
02: right?
03: A    Yeah, presumably.
04: Q    And so when she came in with her
05: first CT, it was a massive bleed at that point
06: in time?
07: A    Yes, it was a very large bleed.
08: Q    You did some basic research -- I
09: think is the word you referred to -- about
10: Xarelto.  You did a -- you looked on Wikipedia,
11: correct?
12: A    I'm sorry?
13: Q    You looked on Wikipedia for Xarelto?
14: A    Yeah, no -- well, this is just a
15: refresher, so I'm -- we deal with
16: anticoagulation all the time.  So I'm fairly
17: familiar with Xarelto and most of the other
18: anticoagulation agents.
19: Q    Okay.  And do you consider yourself
20: an expert with respect to Xarelto?
21: A    No, I do not.
22: Q    Doctor, I'm going to, just for the
23: record, mark the deposition notice in this case.
24: There were two.  I think the plaintiffs' counsel
25: noticed the deposition.  I think we've already

0042
01: marked this.  I'll give Exhibit -- what I've
02: marked Exhibit 4 -- let me make this Exhibit 5.
03: Dr. Bui, we requested a number of
04: different documents, and I think that you've
05: provided us with your CV, which was request
06: No. 1.  You provided us with -- you brought some
07: medical records with you that we have marked as
08: Exhibit 2 in your file, and we've also received
09: medical records from the hospital.  Are you
10: aware of any other medical records related to
11: Ms. Xarelto [sic] that are in your possession?
12: A    No.
13: Q    Okay.  And looking at this list
14: that's 1 through 12 on this attachment, do you
15: have any other documents that would be
16: responsive to these requests, or is everything
17: in Exhibits 1 and 2?
18: A    I mean, I think all the bills and
19: statements for medical services you'd have to
20: get through the hospital.  No, no --
21: Q    Okay.  And do you have any other
22: communications in writing with plaintiffs'
23: counsel?
24: A    No, I don't have any other
25: communication in writing.  The plaintiffs'

0043
01: counsel had asked for two previous attorney
02: conferences.  I met briefly for about ten
03: minutes, before I had to go to emergency
04: surgery, with -- it wasn't an attorney.  It was
05: a physician that worked -- I forgot the name of
06: the gentleman, but it was a physician that was
07: working with the plaintiffs' team that wanted to
08: know -- or wanted to discuss if I was aware of
09: any methods to test of anticoagulation for
10: Xarelto, whether we did any of those testings
11: here at the hospital; and the answer was no.
12: And then that meeting was cut short by the
13: emergency surgery.
14: There was a 30-minute attorney
15: conference with the plaintiffs' attorney the
16: other day where he'd asked for some additional
17: copies of the medical records, which he had
18: here, and then wanted to understand my scope of
19: care with the patient, which is essentially what
20: was testified to earlier today.
21: Q    Okay.
22: A    There's no written records or
23: electronic records other than the verbal
24: accounts I just gave.
25: Q    So other than the two meetings that

0044
01: you referred to -- one was this brief meeting,
02: about ten minutes, with somebody that identified
03: as a physician with the plaintiffs' counsel --
04: and today's meeting for about 30 minutes with
05: Mr. Abney, plaintiffs' counsel, have you had any
06: other communications with plaintiffs' counsel?
07: A    I have not.
08: Q    Okay.  The first meeting, the person,
09: do you know if his last name was Whitehead?
10: A    No, it was not Whitehead.  I think
11: that was an attorney.  Is that correct?
12: This was, I believe, a medical
13: expert.  We can get the records from medicolegal
14: about the exact name, but he was supposed to be
15: an ER physician that sort of wanted to discuss
16: and find out how much we knew about the ability
17: to test anti -- you know, the test for presence
18: of Xarelto and reversal agents.
19: Q    Okay.  And --
20: A    But, again, I think part of this was
21: I had just gotten an emergency page right before
22: that, so I gave him the courtesy of a quick
23: meeting, and then I ran out.  So I don't recall
24: his name, unfortunately.  Sorry.
25: Q    Okay.  Was he an emergency physician

p. 00044

0045
01: from Ochsner?
02: A    No.
03: Q    So he did identify himself as a
04: medical expert working on behalf of the
05: plaintiffs' counsel?
06: A    Yes, correct.
07: Q    Do you know whether he was a doctor
08: who ever treated or saw Mrs. Orr?
09: A    I believe he had not treated or saw
10: Mrs. Orr.
11: Q    And the only thing that you remember
12: the doctor that works with the plaintiffs
13: raising with you was whether you had methods to
14: test for Xarelto?
15: A    Yes, correct.  And whether we had --
16: what was our reversal protocol, if any.
17: Q    And what did you tell him about the
18: reversal protocol?
19: A    Well, we did not have any specific
20: reversal protocol here.  We still give FFP to
21: all patients with anticoagulation, but knowing
22: that it's not an accepted or established
23: reversal agent, as far as I was aware, there
24: wasn't any known or established standard of care
25: for reversal for Xarelto.  And our institution,

p. 00045

0046
01: Ochsner Health System, at that time, did not
02: have any way to test for Xarelto.  I don't know
03: what it is currently.
04: Q    Okay.  At the time that Mrs. Orr came
05: to the Ochsner Medical Center, there wasn't a
06: known reversal agent for any of the newer oral
07: anticoagulants; not just Xarelto, but also
08: Pradaxa and Eliquis and any other of the newer
09: ones, correct?
10: A    Yes, that's correct.
11: Q    Okay.  You mentioned that patients on
12: anticoagulation get fresh frozen plasma; is that
13: correct?
14: A    Yes.
15: Q    We'll go through a little bit of it.
16: In her specific case, it looks like she was
17: tested for what type of fresh frozen plasma to
18: give her based upon her blood type, but I didn't
19: see where it was actually ever administered.
20: And my question is:  Do you know if it was
21: administered?
22: A    I don't know.
23: Q    Okay.
24: A    I don't know.
25: Q    Maybe I can give a document that will

p. 00046

0047
01: be clear whether, one way or the other.
02: A    You'd have to find the nursing notes,
03: for sure.
04: Q    Did either the medical doctor that
05: works with the plaintiffs or Mr. Abney show you
06: any documents in either of these two meetings?
07: A    No.
08: Q    Did either the medical doctor working
09: with plaintiffs or Mr. Abney talk to you about
10: any of the FDA documents or Bayer documents or
11: any documents produced in the case other than
12: the medical records?
13: A    No.  There was discussion that -- he
14: said that there was a method to test for it, but
15: we didn't have time to go into it.
16: Q    Okay.  And so the best of your
17: recollection, at that meeting, he didn't show
18: you some document to talk about the testing?
19: A    I know he had a folder.  I think he
20: wanted to show me some graphs about the assay --
21: that he wanted to, but I don't -- I don't have
22: any of that.
23: Q    Okay.  Do you know whether he went
24: over that graph with you or not?
25: A    Did not.

p. 00047

Case 2:14-md-02592-EEF-MBN Document 6567-2 Filed 05/23/17 Page 8 of 16

0048
01: MR. ABNEY:
02: Object to form.
03: THE WITNESS:
04: Did not.
05: A correction: He did show it to
06: me, but again, he didn't go into detail.
07: There was a -- as I recall, he was, I
08: believe, trying to show me some assay
09: graph about testing for PTT for Xarelto.
10: But I don't have that graph.
11: Actually, I see it there.
12: EXAMINATION BY MR. HOGUE:
13: Q     Okay. Let's mark this as --
14: A     That might have been --
15: Q     -- Exhibit --
16: A     -- the graph that he showed me there.
17: Q     -- 6.
18: First, before I mark this, did
19: plaintiffs' counsel or anybody with them ever
20: ask you to sign a protective order?
21: A     No.
22: Q     You're looking across over at me, and
23: I just wanted to find out if this is something
24: that plaintiffs' counsel showed to you.
25: A     Yes, that was.

0049
01: Q     Okay. Well, let's mark it.
02: MR. ABNEY:
03: Object to form.
04: MR. HOGUE:
05: I'll mark the entire disclosure.
06: MR. IRWIN:
07: What's the exhibit number?
08: MR. HOGUE:
09: 6.
10: EXAMINATION BY MR. HOGUE:
11: Q     Doctor, what I've handed you as
12: Exhibit 6 is a disclosure from plaintiffs'
13: counsel to us about the meeting that was
14: described as approximately 15 minutes on
15: June 24, which is required by the court in this
16: case, and any documents they showed to you. And
17: it says "FDA Afib AdComm Brief page 8" in the --
18: "38" -- in the bottom corner, and it says
19: "Prothrombin Time (PT)/Dose Response."
20: Do you see that?
21: A     Yes, correct.
22: Q     And what did the medical doctor
23: working with the plaintiffs tell you about this
24: document?
25: MR. ABNEY:

0050
01: Object to form.
02: THE WITNESS:
03: So I think -- and the brief
04: explanation was -- I believe the point he
05: was trying to make was that there was a
06: known method to test for anticoagulation
07: effect of Xarelto based on a special way
08: to run a PT test.
09: EXAMINATION BY MR. HOGUE:
10: Q     Okay. Did he tell you anything else?
11: A     The implication was that this was a
12: known way that had not been disclosed to medical
13: centers like Ochsner who would be taking care of
14: these patients. So the implication was that
15: Xarelto, I guess -- or knew of a way to test for
16: anticoagulation effect, but did not make that
17: readily available to the medical public.
18: Q     And that was all information that was
19: only told to you by this --
20: A     Yes.
21: Q     -- person that was working with
22: plaintiffs' counsel?
23: A     Yes, correct.
24: Q     And you never saw the entire document
25: from which this document comes from, correct?

0051
01: A     Not at all, no.
02: Q     And you wouldn't rely upon one page
03: from a document that you don't even know where
04: it came from, correct?
05: A     That's correct.
06: Q     That's true; you don't have any idea
07: where this page came from, correct?
08: A     Yeah. I assume it was from where it
09: was marked from, which is an FDA brief of some
10: sort. But, again, I did make it known to the
11: medical expert or the physician there that this
12: is out of my area of expertise. I'm not a
13: hematologist, and I do not run the labs; so that
14: the graph makes medical sense, but not something
15: that I would be able to take a position as a
16: neurosurgeon.
17: Q     So documents from FDA reviews of a
18: medicine is not something that you routinely
19: rely upon for your treatment of patients; is
20: that correct?
21: A     No, I think that would be incorrect.
22: Q     Okay.
23: A     I think that, depending on what the
24: relevant things are -- and so if it's
25: medications as -- that pertains directly to

Bui, Cuong MD  - Volume 1 - 07/07/2016

0052
01: things I treat, such as brain tumors and things
02: like that, yes, I would be relying on FDA --
03: Q    Certainly, FDA-approved labeling
04: information?
05: A    Yes.
06: Q    Okay.  Doctor, have you done anything
07: else in preparation for the deposition today?
08: A    No.  Just reviewed the medical
09: records that we reviewed, some basic public
10: information about Xarelto, and reviewed her
11: medical scans.
12: Q    In today's meeting with Mr. Abney,
13: did he discuss with you anything particular
14: about Xarelto?
15: MR. ABNEY:
16: Object to form.
17: THE WITNESS:
18: The meeting centered around,
19: again, sort of some of the things that was
20: brought up before at the other meeting --
21: was whether I knew there was a way to test
22: for it, whether -- if we employed any
23: reversal agents; and specifically, whether
24: I felt that Xarelto -- or the fact that
25: the patient was on Xarelto had changed or

p. 00052

0053
01: altered my medical and surgical treatment
02: of this patient in any way.
03: EXAMINATION BY MR. HOGUE:
04: Q    And did Mr. Abney tell you anything
05: else in this meeting?
06: A    No.  I mean --
07: Q    Other than discussing this -- strike
08: that.
09: Other than Mr. Abney asking you if
10: you know how to test for it, did he give you any
11: other theories or claims that the plaintiffs
12: have made in this litigation?
13: A    I don't understand the question.  I'm
14: sorry.
15: Q    Okay.  Other than talking about
16: potentially testing for Xarelto's
17: anticoagulation effects, that, did he --
18: A    Right.
19: Q    -- talk about any other lines of
20: inquiry like that?
21: A    So he made plain his position, or
22: plaintiffs' position, is that the inability to
23: test for anticoagulation and the irreversibility
24: of it potentially slowed surgical intervention,
25: which would have been the ventriculostomy, and

p. 00053

0054
01: they feel that may have increased her chance of
02: a poor outcome.
03: Q    Okay.  Did he discuss any other
04: position or belief by plaintiffs or plaintiffs'
05: counsel?
06: A    No.
07: Q    Have you had any other communications
08: at all with plaintiffs' counsel related to
09: Mrs. Orr's care?
10: A    No.  The only other would have been a
11: quick two-minute phone call yesterday, because I
12: got a message from Mr. Whitehead that -- they
13: were trying to set up a meeting yesterday that
14: fell through.  So I was given a message by my
15: secretary to call.  I called, and that's when I
16: was informed that the meeting was rescheduled,
17: that they'd switched attorneys who would be
18: deposing me, and just letting me know that it
19: would not be Mr. Whitehead -- is it Whitehead?
20: Yeah.
21: Q    Okay.
22: A    That's it.
23: Q    Doctor, before you saw Mrs. Orr and
24: her family at the hospital, I think, on about
25: April 24th, April 25th of 2015, had you had any

p. 00054

0055
01: interaction with them before?
02: A    No.
03: Q    Do you know them in any other way
04: other than through your treatment at that point
05: in time?
06: A    No.
07: Q    Do you know -- I'm blanking.  I'm
08: sorry.
09: Do you know plaintiff's prescribing
10: physician, the cardiologist, named
11: Dr. St. Martin?
12: A    I do not.  I mean, I may have seen
13: patients -- I mean, again, I don't recall
14: anything specific.  I mean, whether he may
15: have -- he or she may have referred patients to
16: me or I've seen a patient of his or her, and
17: given medical correspondence, I don't recall.
18: But that name doesn't ring me a bell, and I
19: don't specifically have any personal or close
20: professional relationship with that physician.
21: Q    Doctor, let's talk a little bit about
22: your background.  Where are we located now, here
23: where you -- where is your practice now?
24: A    So my practice is here at the main
25: campus; but also, I cover the other Ochsner

p. 00055

0068

01: the ischemic stroke is large enough to cause
02: significant cerebral edema for which I may have
03: to intervene and do something like a craniectomy
04: or a lobectomy or place an ICP monitor.
05: Q    Okay.  Have you seen patients in the
06: emergency setting who've had intracranial bleeds
07: when taking the various different types of
08: anticoagulants?
09: A    Yes.
10: Q    And how often do you see that?
11: A    I mean, on our service, we see it
12: almost every day.
13: Q    And do you see patients who have
14: hypertension who come in who have bleeds that
15: have never taken an anticoagulant?
16: A    Yes.
17: Q    And how often do you see that?
18: A    Again, here, very often.  Once a day
19: we'll -- at least several times a week.
20: I will say that the -- for purely
21: hypertensive hemorrhages, they do tend to adhere
22: more traditionally to certain locations of
23: hemorrhages that are pretty well established for
24: hypertension.  So they tend to be more basal
25: ganglia, or sort of the deep white matter areas.

p. 00068

0070

01: potentially part of the basal ganglia pathway,
02: but -- and most of the hypertension hemorrhages
03: tend to be more intracerebral.
04: Her case, it was intracerebral, but
05: obviously it ruptured more into the ventricle
06: and was casting most of the right ventricle.
07: Q    So if the thalamus area is part of
08: the basal ganglia, if there's a bleed that comes
09: out of that, it can go into the ventricles like
10: what she had here; is that correct?
11: A    It could, yes.
12: Q    And the thalamus is one of those
13: areas that's -- hypertension is something that's
14: a major cause of bleeds in that area?
15: MR. ABNEY:
16: Object to form.
17: THE WITNESS:
18: Yes.  But again, more often than
19: not, they tend to be in the more
20: peripheral side, because that's where the
21: smaller -- the lima-striate [phonetic] or
22: the smaller blood vessels coming off of
23: the middle cerebral arteries tend to go.
24: Those tend to be the blood vessels that
25: tend to break more easily with

p. 00070

0069

01: That's considered the basal ganglia.  They tend
02: to be cerebellar hemorrhages.
03: So there are certain established
04: locations that, either anatomically or
05: physiologically, uncontrolled hypertensive tend
06: to have -- more likelier than not, tend to be in
07: those locations.
08: In my experience, the patient on
09: anticoagulations don't typically adhere to those
10: locations, and could be almost anywhere.
11: Q    Okay.  So there's no specific
12: location within the brain where you would look
13: at that location and say that looks like
14: anticoagulation had an effect on it?
15: A    No.  But there are certain locations
16: which you can say how that's likely hypertensive
17: versus other causes, yes.
18: Q    Okay.  And where in Mrs. Orr's brain
19: was her hemorrhage?  Do you know?
20: A    Well, most of it was
21: intraventricular, and so it was hard to
22: delineate where it -- but it definitely wasn't
23: the more classic basal ganglia of hemorrhages.
24: That being said, it could have come from the
25: thalamus or the head of the caudate, which is

p. 00069

0071

01: uncontrolled hypertension.
02: This is a medial bleed, which is
03: typically going to be the larger, more
04: robust blood vessels.  So most people who
05: look at this wouldn't instinctively say,
06: "Uh-huh, that's a hypertensive
07: hemorrhage," basically, is what I'm
08: saying.
09: EXAMINATION BY MR. HOGUE:
10: Q    Okay.  And are you familiar with
11: warfarin?
12: A    Yes.
13: Q    And warfarin's a medicine used to
14: prevent blood clots from forming; is that
15: correct?
16: A    That's correct.
17: Q    And warfarin has an increased risk of
18: intracranial bleeding, correct?
19: A    Yes, correct.
20: Q    And do you have any background
21: information from the studies related to the
22: rates of intracranial bleeding in patients on
23: Xarelto versus warfarin?
24: A    Yeah, I mean, I think that the --
25: initially, when the FDA came out and approved

p. 00071

Bui, Cuong MD - Volume 1 - 07/07/2016

0072
01: all this, there was the -- the risk-benefit
02: profile for Xarelto compared to Coumadin was
03: slightly better, and hence, the FDA approval.
04: The thing that has thrown -- I think
05: the thing that has cast a shadow on Xarelto was
06: the issue with the Duke group and whether there
07: was any -- I guess whether the data for testing
08: for Xarelto was as clean and whether the
09: discussion about whether the INR tester for that
10: Duke group was working properly.
11: So I think that's the one thing
12: that's been -- at least in the medical
13: community, kind of offset some of the -- but in
14: general, the profile was supposed to be better
15: than Coumadin, both from an ischemic and a
16: hemorrhagic component.
17: Q    In your understanding, the number of
18: intracranial bleeding, bleeding in the brain,
19: was lower in the Xarelto arm of the study
20: than --
21: A    I believe it was slightly lower.  I
22: don't recall exactly.  But yeah, I believe it
23: was slightly lower.
24: Yes, from my recollection, yes.
25: Q    Is one of the problems with treating

0073
01: patients with warfarin trying to keep them in a
02: narrow range for their INRs?
03: MR. ABNEY:
04: Object to form.
05: THE WITNESS:
06: Again, I think you'd have to talk
07: to a cardiologist or a vascular
08: neurologist, because I don't manage
09: Coumadin.  But in a general medical sense,
10: one of the challenges of warfarin had been
11: to be able to consistently keep a narrow
12: range of anticoagulation across a wide
13: range of a patient population as it
14: pertains to age, weight, and also the
15: diet.
16: EXAMINATION BY MR. HOGUE:
17: Q    Okay.  And so I know that you
18: don't -- let me strike it and say it this way:
19: So the questions about how to go about
20: individualizing the care for warfarin for
21: patients, that's not something that you do; is
22: that correct?
23: A    That's correct.
24: Q    And that's not something -- although
25: you have general information about it, it's not

0074
01: something you're specialized in; is that
02: correct?
03: A    Yes, that's correct.
04: Q    Doctor, I'm going to go back to
05: Exhibit 4, which are the medical records, a
06: large part of them.  If you look at the first
07: page, 06, in the right-hand corner, it looks
08: like this is when Mrs. Orr first came in to the
09: Baptist side of the ER, was on April 24th, 2015,
10: at 10:46 p.m.  Do you see that?
11: A    That's correct.
12: Q    All right.  And if you skip over
13: to -- two pages to page 8, this appears to be a
14: chart of the timing of her being moved
15: various -- from the original hospital to your
16: hospital and --
17: A    That's correct.
18: Q    -- then from -- to inpatient and ER
19: and surgery.  Is that what this is?
20: A    Yes.
21: Q    Okay.  So is this helpful in giving
22: information about the timing of when she was at
23: various places?
24: A    I mean, again, because my team and I
25: did not enter this, and so, again, I guess

0075
01: assuming that nursing had entered it at the
02: appropriate time, then it gives me a general
03: flow.  But I guess I wouldn't be able to testify
04: to how accurate, you know, if it was at 1:05 or
05: 1:30 or -- yes, this is -- this is helpful in
06: understanding the general flow.  I would not be
07: able to certify that the exact times were all
08: completely accurate.
09: Q    And you recognize this group of
10: documents that I've provided to you as medical
11: records coming from Ochsner related to Mrs. Orr?
12: A    Yes.
13: Q    Okay.  And when you're seeing a
14: patient, are the medical records available to
15: you online?  Can you tell me how you go about
16: getting progress notes and seeing CT reports and
17: things of that nature?
18: A    Yeah, so it's multifactorial.  I
19: mean, most of the medical documentations are
20: done through the medical record system.  For us,
21: we use the Epic system.  Radiology can be seen
22: through Epic, but also through iPACS, or the
23: radiology online system.
24: There's, I guess, a slightly
25: different viewing mechanism when you do it in

Case 2:14-md-02592-EEF-MBN  Document 6567-2  Filed 05/23/17  Page 12 of 16

0104
01: anticoagulation than on not of this type of
02: hemorrhage.
03: Q     Okay.  And would that be on all --
04: A     Yes.
05: Q     -- anticoagulants?
06: A     That's correct, yes.
07: Q     Have you seen --
08: A     Coumadin and everything else, yes.
09: Q     Coumadin is warfarin?
10: A     Yes.
11: Q     You've seen a lot of patients with
12: intracerebral bleeds who are on Coumadin who
13: come in with poor prognosis?
14: A     Yes, that's correct.
15: Q     If you go down on your report, you
16: have a glucose, you have a reading of 305; and
17: that's an abnormal finding, correct?
18: A     Yes, it's an abnormal finding.
19: Q     That's extremely high, is it not?
20: A     That's high, but not extremely high.
21: But again, I'm not an endocrinologist, so I
22: won't be able to -- but if you also look at her
23: WBC count, it's also elevated --
24: (Announcement on hospital speaker system.)
25: THE WITNESS:

0105
01: Her platelet count was also
02: elevated.
03: So in an acute setting like this,
04: it may not necessarily represent a
05: diabetic issue but rather than the body's
06: acute response to a major physiologic
07: assault, which means that your body has an
08: acute injury or acute -- something that
09: drives it significantly out of normal
10: physiologic hemostasis.  Then your body
11: kicks into a fight-or-flight mode, which
12: is it starts to mobilize the glucose, it
13: starts to increase the white blood cells,
14: and it tries to increase platelets.
15: So this is the body's general
16: response to stress.  So I'd have to see
17: what her baseline glucose is in the
18: last -- before this hemorrhage to be able
19: to sort of see how that fits from a
20: diabetic standpoint.  But just looking at
21: a spot lab in an acute trauma setting or
22: acute hemorrhagic setting, I wouldn't be
23: able to tell you if that's due to a
24: physiologic response to that or not.
25: EXAMINATION BY MR. HOGUE:

0106
01: Q     Doctor, if you go to the first page
02: of Exhibit 7, we talk about it being a right
03: intraventricular hemorrhage, an ICH, when she
04: initially came in, with a significant midline
05: shift, and that was immediately upon her getting
06: to the hospital.
07: The next sentence says, "Now that her
08: Xarelto has had a chance to clear, I offer
09: family to option for bilateral EVDs with
10: possible tPA."
11: Do you see that?
12: A     Yes.
13: Q     And do you recall, when you were
14: writing this, what was your assumption as to
15: when she had last taken Xarelto?
16: A     Well, so we did not know when her
17: last, for sure, was.  My assumption was that she
18: had taken the dosage on the 24th.  The family
19: was unclear and unable to verify the exact
20: timing, dosage.
21: So my general guesstimate at that
22: point in time was that I just had to assume that
23: she had -- since there was no way for me to
24: exactly test at that point in time whether
25: Xarelto was still on board, how much was still

0107
01: on board, I had to basically do a best clinical
02: guess judgment, which is assuming that she took
03: it on the evening of the 24th, with the general
04: layman -- general medical understanding of
05: half-life between anywhere from five to nine
06: hours, but then have to factor in the fact that
07: her creatinine at the time she presented was
08: elevated.
09: So that was a rough estimate assuming
10: the worst-case scenario, which is she had taken
11: it that evening, that I wanted at least 12 to
12: 18 hours between dosing for that to clear.  So I
13: think my gross math at that time was that she
14: had dinner at 9:00-something -- so hard to know
15: when exactly during the day, but let's just
16: assume it was at 9:00.  And again, having to
17: factor in the nausea, vomiting, but also
18: decrease -- there's no way for me to know.
19: So I just assumed around that time
20: period, and so I wanted to give it 12 to
21: 18 hours.  Ideally, it would be 24.  But at that
22: point, given the fact that she was -- I thought
23: there was more swelling; that despite the
24: radiology, I thought there was more shift; and
25: so that's why I offered to -- to offer them that

Bui, Cuong MD - Volume 1 - 07/07/2016

0156
01: inability to test for that factor would have to
02: be sort of discussed with the hematologist or
03: the head of the laboratory data here.
04: Q    Dr. Khursheed, he was a resident
05: working under Dr. Mahanna --
06: A    Yes.
07: Q    -- is that right?
08: A    Yes.
09: Q    And I was trying to understand how
10: the team works.  Is it basically you and
11: Dr. Mahanna at the top?
12: A    Yes.  So the way that -- so we handle
13: neurosurgical or neurologic issues here as a
14: neuroscience institute or neuroscience group,
15: which can encompass neurosurgery, neurology,
16: neurocritical care.  So when a patient like
17: Mrs. Orr comes in, she is evaluated and cared
18: for by vascular neurology, which is Dr. Tobin --
19: Toba -- I forget -- Tobin [phonetic] --
20: Q    Yes.
21: A    -- then myself, as the neurosurgeon;
22: but then anyone who has the gravity enough to
23: need ICU care for a neurologic problem would
24: also have the neurocritical care involved.
25: And so, yeah, so I guess ultimately

0157
01: the neurocritical care manages all the
02: ICU-related things, such as the ventilator or
03: the blood pressure medications, all of that.
04: Then I would sort of manage and be the decision
05: maker for -- as it relates to --
06: Q    Surgery?
07: A    -- surgery or ICP or the medical
08: management of the ICP, so not just the surgical
09: side.
10: And then vascular neurology is
11: similarly involved, maybe a little bit more
12: peripheral in the sense of the medical aspect.
13: Q    And what did --
14: A    So --
15: Q    Excuse me.  I didn't mean to
16: interrupt you.
17: A    That's okay.
18: Q    What did Dr. Mahanna's role -- what
19: was her role?
20: A    She was the neuro ICU staff
21: attending.
22: Q    Okay.  And Dr. Khursheed reported to
23: her?
24: A    That's correct.
25: Q    Do you know where he is now and what

0158
01: he's doing?
02: A    I do not.  I do not.
03: Q    At the time Dr. Khursheed was helping
04: with this team effort, would you have recognized
05: him as an expert in anticoagulants?
06: A    No, no.
07: Q    Mr. Hogue showed you a blood pressure
08: reading -- what -- about a week before
09: Mrs. Orr's event.  You remember that?
10: A    Yes, correct.
11: Q    200 over 90.
12: And you asked a question, what's the
13: history of that blood pressure.  I think I've
14: got something that might help you give a -- give
15: you a flavor of that.
16: MR. IRWIN:
17: And if we could mark this as the
18: next exhibit.
19: Thank you, sir.  You've seen this
20: before.  You've seen this before.
21: EXAMINATION BY MR. IRWIN:
22: Q    Doctor, I'm going to give you my
23: highlighted copy.  Okay?
24: A    Okay.
25: Q    Exhibit 13.  What we've basically

0159
01: done here, Doctor, is to go through all the
02: medical records that we could locate for
03: Mrs. Orr.  You can see they go back many years.
04: One column shows the Bates number, which is the
05: source.  One column shows her weight, if you're
06: interested in looking at that.  And you can see,
07: obviously, the blood pressure column.  We have
08: numbers there going back, you can see, to 1996.
09: And as you look through that, I'll
10: tell you that we showed this to Dr. St. Martin
11: at his deposition, who works in cardiology at
12: Ochsner on -- Baptist.
13: A    Okay.
14: Q    And he cared for her for many years,
15: and he described her history as a history of
16: decades of uncontrolled hypertension.
17: A    Okay.
18: Q    Would you agree with that --
19: MR. ABNEY:
20: I object to the --
21: EXAMINATION BY MR. IRWIN:
22: Q    -- looking at that --
23: MR. ABNEY:
24: -- sidebar -- object to the
25: sidebar and to the use of the

Bui, Cuong MD  - Volume 1 - 07/07/2016

0188
01: determine what levels of Xarelto a patient had
02: in their blood, is that something that you would
03: expect, as a physician dealing with emergent
04: cases like this one, that they would let you and
05: the medical community know?
06: A    So is this a hypothetical question or
07: is this -- I guess what --
08: Q    Well, if you're --
09: A    I guess, in general -- in general --
10: in general, from a surgery -- from a surgeon's
11: perspective, again -- and I'm not a cardiologist
12: and not a vascular neurologist -- so the utility
13: of being able to track and monitor levels and
14: degrees of anticoagulation, I would have to
15: defer to those who are actually using that as a
16: primary treatment modality, whether it's useful
17: to do that or not.
18: As a surgeon who may have to
19: intervene surgically for patients on various --
20: or any type of anticoagulation, if I had the
21: choice of having a test to be able to determine
22: how impaired their coagulation pathway was or
23: whether medication is still on board, I would
24: certainly prefer to know and have that option,
25: yes.

p. 00188

0189
01: Q    All right.  Are you aware that the
02: label for Xarelto says there's no way to monitor
03: Xarelto levels in a patient?
04: MR. IRWIN:
05: Object to the form.
06: THE WITNESS:
07: I'm not aware of the label.  I am
08: aware of commercials and general medical
09: assumption that there is no need to
10: monitor it --
11: EXAMINATION BY MR. ABNEY:
12: Q    Well, in --
13: A    -- the levels, yes.
14: Q    In Ms. Orr's case, you had a need to
15: know whether she had Xarelto on board or not,
16: didn't you?
17: A    It would have been -- yes, so I guess
18: if I had a test like an INR test or some other
19: test that would readily, quickly give me an
20: answer about whether she had it on board and how
21: much, then yes, that would have been useful.
22: Q    And you've treated other patients
23: that were anticoagulated that had bleeds,
24: haven't you?
25: A    Yes.

p. 00189

0190
01: Q    And same thing, if they come in and
02: they're unresponsive, you would prefer to have a
03: simple, easy test to tell if they're on one of
04: these anticoagulants and how much of it they
05: have in their system, right?
06: A    Yes.
07: Q    And if the manufacturers had
08: determined years ago that there was such a
09: simple, easy test to look at how much Xarelto
10: effect a patient had, is that something you
11: think they should share with labs and emergency
12: departments and neurosurgery departments like
13: you have here at Ochsner?
14: MR. IRWIN:
15: Object to form.
16: THE WITNESS:
17: I think that would be dependent
18: on the -- one is the sensitivity and
19: specificity of such test, whether that's
20: been validated and have passed all the
21: regulatory requirement for it to be
22: meaningful without a lot of false
23: positives and false negatives.  And so if
24: that was the case, then I think that would
25: be useful information to know.

p. 00190

0191
01: EXAMINATION BY MR. ABNEY:
02: Q    Are you aware that these same
03: manufacturers, Janssen and Bayer, in other
04: countries like Australia or New Zealand tell
05: physicians in the label there's a certain
06: PT reagent that they can use to assess the
07: levels of Xarelto in a patient's blood?
08: MR. IRWIN:
09: Object to form.
10: THE WITNESS:
11: Again, I'm not aware; but again,
12: I'm not a primary provider that uses
13: Xarelto, stuff like that, so I'm not -- I
14: guess I wouldn't be the first line of
15: informant for that type of information.
16: That would be probably the cardiologist,
17: the primary care physicians, or the
18: vascular neurologist.  But no, I
19: personally am not aware.
20: EXAMINATION BY MR. ABNEY:
21: Q    And to your knowledge, was anybody at
22: that facility that was responsible for treating
23: Ms. Orr -- was anybody at this facility, to your
24: knowledge, aware of the fact that there was a
25: simple, easy blood test that could have told you

p. 00191

Page 48

Bui, Cuong MD  - Volume 1 - 07/07/2016

0192

01: what level of Xarelto Ms. Orr had?
02: MR. IRWIN:
03: Object to form.
04: THE WITNESS:
05: I can't answer for the
06: neurocritical care folks, I can't answer
07: for the ER folks, and I can't answer for
08: our lab.  But I was not aware, and in the
09: course of treatment, nobody on the
10: other -- nobody on the concurrent treating
11: teams brought up anything to that effect.
12: EXAMINATION BY MR. ABNEY:
13: Q    And my question wasn't asking you to
14: speak for everybody; it was just to your
15: knowledge.  Has anybody ever told you from any
16: of these other departments at Ochsner, "Hey,
17: Doc, if you have somebody come in in an emergent
18: situation, we can test for their Xarelto levels
19: and tell you how much they have on board"; has
20: anybody ever told you that?
21: A    So I guess the question is:  Up to
22: the point back in April 2015 or up to now as
23: we're sitting here at this table?
24: Q    Good point.  Let's answer both of
25: them.

0193

01: At the time you treated Ms. Orr, had
02: anybody told you that?
03: A    No.
04: Q    Sitting here today, has anyone told
05: you that?
06: A    Yeah.  So there's been, in the last
07: six months, more recent discussion about
08: reversal agents or about various ways to test
09: it; and then that graph was shown to me by one
10: of your colleagues, Dr. Whitehead, about that.
11: Q    And you're referring to the graph --
12: you were asked questions about this -- it was
13: part of Exhibit 6.  And does this appear to be
14: the exact graph that was shown to you, to the
15: best of your knowledge?
16: A    Yeah, I think, to the best of my
17: knowledge.
18: Q    Okay.  And do you --
19: A    Yes.  But if -- I mean, there's no
20: way I'd be able to quantify whether all those
21: points are the same graph or the same points,
22: no.
23: Q    Right.  To the best of your
24: knowledge, this is the graph that was shown to
25: you, right?

0194

01: A    That's correct.
02: Q    And you picked it out of a folder
03: when one of the defense lawyers was actually
04: looking at it, right, and said, "Oh, that's the
05: graph?"
06: A    Yes.
07: Q    So this graph says that it's -- the
08: notation on the bottom is "FDA" -- and you know
09: what the FDA is, right?
10: A    Yes.  I'm assuming that's --
11: Q    Food and Drug Administration?
12: A    Yes.
13: Q    And it says "Afib AdComm Briefing."
14: So you were asked if you -- you
15: were -- strike that.
16: You indicated you were told this
17: graph came out of a much larger document, right?
18: A    That's correct.
19: Q    And would you agree that the graph
20: indicates that it was page 38 of an FDA Afib
21: AdComm Brief?
22: A    Yes.
23: Q    So do you think Dr. Whitehead was
24: making any attempt to hide where the graph came
25: from?

0195

01: A    No.  But the rest of the document was
02: not readily available, and I have not been able
03: to verify or fact check that.
04: Q    Doctor, I'm going to show you -- I'm
05: not going to mark it as an exhibit, but we're
06: all familiar with this.  I think it was marked
07: as Exhibit 10 to Dr. St. Martin's deposition.
08: This is the FDA briefing document.  It says that
09: it's a draft briefing document, but I'll
10: represent to you that there was never any
11: subsequent -- this was the one that was used at
12: the FDA AdComm briefing.
13: A    Okay.
14: Q    And I'm going to show you page 38 and
15: ask you if it looks like a smaller version of
16: what Dr. Whitehead showed you.
17: A    It does appear so, yes.
18: Q    Would you like to take the time to
19: review the entire FDA AdComm briefing document?
20: A    It depends on what your next
21: questions are going to be.
22: Q    You just said it wasn't available.
23: It's now available.  If you want to look at it,
24: I'm more than happy to let you look at it.
25: THE WITNESS:

Bui, Cuong MD  - Volume 1 - 07/07/2016

0196
01: Does the defense have any reason
02: to believe that this is not what the
03: plaintiff is stating it to be?
04: MR. IRWIN:
05: No.  That's what it is.  I'm the
06: one who produced it at the last deposition
07: so we could see the other 255 pages --
08: THE WITNESS:
09: Okay.
10: MR. IRWIN:
11: -- or whatever.  Okay?
12: THE WITNESS:
13: All right.  Fair enough.
14: EXAMINATION BY MR. ABNEY:
15: Q    Doctor, is it your understanding that
16: the higher the level of anticoagulant a patient
17: has on board, the greater the risk of having a
18: bleed?
19: A    Again, you'd have to -- I'm not an
20: expert in anticoagulation and hematology.  My
21: experience of what you mean by high or low has
22: been mainly in agents that have a test, such as
23: warfarin or Coumadin, and so in my experience,
24: patients with a higher INR have had more
25: catastrophic or devastating hemorrhages.  I

p. 00196

0197
01: don't know what the general data is about
02: correlating INR to risk of spontaneous
03: hemorrhage.
04: Q    Doctor, let me show you what's been
05: marked as Exhibit 15 to your deposition.
06: A    Okay.
07: Q    This is an FDA summary review
08: document for Xarelto.
09: A    Okay.  Okay.
10: Q    You mentioned earlier when defense
11: counsel was questioning you that it was your
12: understanding that ROCKET showed that Xarelto
13: was superior to warfarin.  Do you remember that?
14: MR. IRWIN:
15: Object to the form.
16: THE WITNESS:
17: I -- I think I recall saying
18: that, to the best of my knowledge, that
19: during the FDA approval process that the
20: Xarelto was shown to have some advantages
21: over warfarin.  I don't recall
22: acknowledging that it was clinically
23: superior, which is an indication that it's
24: overall better.
25: EXAMINATION BY MR. ABNEY:

p. 00197

0198
01: Q    What was your understanding of the
02: advantages or benefits of Xarelto versus
03: warfarin?
04: A    My -- again, my basic
05: understanding -- I guess, to be fair, my basic
06: understanding at the time of treatment for this
07: patient was less than it is now today, so let's
08: be clear on that.
09: My basic understanding of Xarelto at
10: the time of treatment of this patient was that
11: it was a new class of drug approved by the FDA
12: that had the advantage of less frequent dosing,
13: once-a-day dosing, that it had a similar risk
14: profile, but potentially thought offered a
15: slightly better benefit profile as it relates to
16: ischemic strokes, and that it was given an
17: on-label approval for treatment of atrial
18: fibrillation.
19: Q    And what's your understanding today?
20: A    Well, I think my understanding today
21: is, still, there is -- I mean, as far as I
22: understand it, the FDA still has Xarelto as
23: on-label for use of A-fib.  But the only thing
24: was that there was some question about the
25: ROCKET trial as relates to the INR testing

p. 00198

0199
01: monitor as to whether it was functioning
02: properly or not, so that led -- that has cast
03: some doubt --
04: (Cellphone rings.)
05: THE WITNESS:
06: Excuse me one second.  I'm sorry.
07: Go off the record one second.
08: THE VIDEOGRAPHER:
09: The time is 3:14 p.m.  We are off
10: the record.
11: (Recess taken.)
12: THE VIDEOGRAPHER:
13: The time is 3:15 p.m.  We are
14: back on the record.
15: THE WITNESS:
16: So -- and then the only other
17: thing is whether there is a test for it or
18: not, and I also understand that there is a
19: specific reversal agent that's been worked
20: on and is used in some places, but that's
21: about as far as I know.
22: EXAMINATION BY MR. ABNEY:
23: Q    Look at page 2 of Exhibit 15, please.
24: See the first bullet point down there in the
25: bottom?

p. 00199