# EXHIBIT 3

| NOMH NEUROSCIENCE CRITICAL CARE | ORR, SHARYN |
|---|---|
| 1516 Jefferson Hwy | MRN: 2499666 |
| New Orleans LA 70121-2429 | DOB: 10/21/1947, Sex: F |
| Inpatient Record | Acct #: 83000346296 |
|  | Adm: 4/24/2015 |

## History & Physicals (continued)

H&P by Faraz Khursheed, MD at 4/25/2015 3:45 AM (continued)

|  | ICD-9-CM | POA |
|---|---|---|
| IVH (intraventricular hemorrhage) | 431 | Yes |

67 yo F with h/o DM2, HTN, A Fib on Xeralto who presents with significant IVH involving right lateral ventricle, 3rd ventricle with associated mass effect and midline shift of 1.5 cm. ICH score of 3.

**Neuro:**
- Admit to NCC for close neuro monitoring
- Neurosurgery consult
- BP < 140/90 mm Hg
- CT head in am
- No good strategy available for Xeralto reversal. However will consider 4 factor PCC if neurosurgery decide to intervene
- Grave prognosis considering the size of hematoma, mass effect and midline shift and anti-coagulation status

**Pulmonary:**
- Continue mechanical ventilation

**Cardiac:**
- Sinus tachycardia. Will monitor

**Renal:**
- Cr 1.7. Looks to be at baseline

**ID:**
- WBC 16k. No fever. Will observe

**Hem/Onc:**
- H/H low. Will follow

**Endocrine:**
- SSI as needed

**Fluids/Electrolytes/Nutrition/GI:**
- Hydration. Replete lytes as needed. NPO

**Uninterrupted Critical Care/Counseling Time (not including procedures):** 40 mins


Discussed with Dr Mahanna and Neurosurgery.


*Faraz Khursheed, MD*
*Ochsner Neuro-Critical Care*
*PGY4 Neurology*
*LSUHSC-NO*

SOrr-OMC-MD-000030

NOMH NEUROSCIENCE CRITICAL CARE
1516 Jefferson Hwy
New Orleans LA 70121-2429
Inpatient Record

ORR, SHARYN
MRN: 2499666
DOB: 10/21/1947, Sex: F
Acct #: 83000346296
Adm: 4/24/2015

## Discharge Summaries (continued)

**Discharge Summaries by Megan R. Irland, PA-C at 5/4/2015  6:24 PM (continued)**

|  | ICD-9-CM | POA |
|---|---|---|
| Chronic atrial fibrillation | 427.31 | Unknown |
| Coma | 780.01 | Unknown |
| Anemia in chronic renal disease | 285.21<br>585.9 | Unknown |

*Relevant Results*

|  | 5/4/15 |
|---|---|
| **Hematocrit** | 30.3 |
| **Hemoglobin** | 8.9 |

| | | |
|---|---|---|
| Acute respiratory failure, unspecified whether with hypoxia or hypercapnia | 518.81 | Unknown |

*Relevant Results*

|  | 5/4/15 |
|---|---|
| **POC PCO2** | 32.8 |
| **POC PO2** | 72 |

| | | |
|---|---|---|
| Type 2 diabetes mellitus with diabetic chronic kidney disease | 250.40<br>585.9 | Unknown |

*Relevant Results*

|  | 5/4/15 |
|---|---|
| **Glucose** | 164 |

| | | |
|---|---|---|
| Anticipatory grieving | 309.0 | Yes |
| Palliative care encounter | V66.7 | Not Applicable |
| Altered mental status | 780.97 | Unknown |

**Discharged Condition:** Deceased

**HPI & Hospital Course:**
67 yo F with h/o DM2, HTN, A Fib on Xeralto who presents with 2 hours h/o sudden onset headache, 1 episode of emesis and progressive drowsiness leading to LOC. She was intubated on arrival to Baptist Ochsner. CT head showed large R IVH with likely intraventricular source extending into 3rd ventricle with ~ 1.5 cm midline shift.

NOMH NEUROSCIENCE CRITICAL CARE
1516 Jefferson Hwy
New Orleans LA 70121-2429
Inpatient Record

ORR,SHARYN
MRN: 2499666
DOB: 10/21/1947, Sex: F
Acct #: 83000346296
Adm: 4/24/2015

## Discharge Summaries (continued)

**Discharge Summaries by Megan R. Irland, PA-C at 5/4/2015 6:24 PM (continued)**

Severity of patient's condition reviewed with family. Neurosurgery and Neuro ICU were consulted. The patient was admitted to NCC ICU and bilateral EVD's were placed by Neurosurgery after 4 units FFP transfused. The patient received multiple doses of intrathecal tPA during admission with improvement of IVH.

Patient's cerebral edema was treated with maximal medical management, but failed to improve over time. CT 4/29 revealed continued increase in shift and mass effect. Hemicrani procedure was reviewed with family by Neurosurgery, but they declined intervention. Patient's exam continued to decline and she developed signs of cerebral herniation.

Consultations were held with the family regarding the patient's expected poor prognosis. At the direction of the family, the patient was extubated to room air and measures to ensure the comfort of the patient including, but not limited to, morphine as needed for pain and air hunger as well as benzodiazepines as needed for agitation. The patient was subsequently declared dead by Dr. Cornell Rogers at 1749 on 5/4/15.

Megan R. Irland PA-C
Neuro Critical Care
x27127

*Electronically signed by Arash Afshinnik, MD on 5/6/2015 10:21 PM*

## Significant Event

**Significant Event by Cornel T. Rogers, MD at 5/4/2015 7:01 PM**

| Author: Cornel T. Rogers, MD | Service: Neuro Critical Care | Author Type: Physician |
|---|---|---|
| Filed: 5/4/2015 7:04 PM | Note Time: 5/4/2015 7:01 PM | Status: Signed |
| Editor: Cornel T. Rogers, MD (Physician) | | Cosigner: Elizabeth B. Mahanna, MD at 5/8/2015 1:34 PM |

Called by nurse to inform that patient had passed. Patient found in room apneic and systolic in two leads on telemetry monitor. Patient unresponsive to pain in four extremities. Patient's pupils were 4 mm and fixed bilaterally. Pupils remained in midposition when the head was rotated. There was no cough or gag when the pharynx was stimulated with a tongue depressor. Corneal reflex was absent. Time of death called at 1749. Attending physician notified. Chaplain at bedside.

*Electronically signed by Elizabeth B. Mahanna, MD on 5/8/2015 1:34 PM*

## Progress Notes

**Progress Notes by David P Dragon, RRT at 4/25/2015 1:15 AM**

| Author: David P Dragon, RRT | Service: Respiratory Therapy | Author Type: Respiratory Therapist |
|---|---|---|
| Filed: 4/25/2015 1:21 AM | Note Time: 4/25/2015 1:15 AM | Status: Signed |
| Editor: David P Dragon, RRT (Respiratory Therapist) | | |

Received pt as transfer from Baptist Hospital and placed on Esprit Ventilator on previous settings...tolerating well.

*Electronically signed by David P Dragon, RRT on 4/25/2015 1:21 AM*

SOrr-OMC-MD-000034

NOMH NEUROSCIENCE CRITICAL CARE  
1516 Jefferson Hwy  
New Orleans LA 70121-2429  
Inpatient Record

ORR,SHARYN  
MRN: 2499666  
DOB: 10/21/1947, Sex: F  
Acct #: 83000346296  
Adm: 4/24/2015

## Lab Results (04/26/15 - 04/24/15) (continued)

**CBC auto differential [157768016]**  Resulted: 04/24/15 2343, Result status: In process

| | |
|---|---|
| Ordering provider: | Ann M. Azcuy, MD  04/24/15 2336 |
| Discontinued by: | Soft Lab Interface Edi 04/24/15 2354 [Other (CBC with differential was cancelled on 04/24/2015 at 23:53 by TJS; Duplicate order)] |
| Resulting lab: | OCHSNER BAPTIST MEDICAL CENTER |

**Specimen Collection**

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood | Dawn M Taverna, RN 04/24/15 2316 |

**Basic metabolic panel [157768017]**  Resulted: 04/24/15 2343, Result status: In process

| | |
|---|---|
| Ordering provider: | Ann M. Azcuy, MD  04/24/15 2336 |
| Discontinued by: | Soft Lab Interface Edi 04/24/15 2354 [Other (Basic Metabolic Panel was cancelled on 04/24/2015 at 23:53 by TJS; Duplicate order, test included in another profile.)] |
| Resulting lab: | OCHSNER BAPTIST MEDICAL CENTER |

**Specimen Collection**

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood | Dawn M Taverna, RN 04/24/15 2316 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 207 - PWEB | PWEB | N/A | N/A | 04/10/15 1111 - Present |
| 216 - MAYO | MAYO MEDICAL LABORATORY | Unknown | 200 First St, SW ROCHESTER MN 55901 | 06/21/13 1546 - Present |
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Gregory Sossaman, MD | 1516 Jefferson Hwy New Orleans LA 70121 | 04/21/15 1023 - Present |
| 379 - BALB | OCHSNER BAPTIST MEDICAL CENTER | Barry F. Faust, MD | 2700 Napoleon Avenue New Orleans LA 70115 | 04/15/15 1006 - Present |

## Radiology Results (04/25/15 - 05/04/15)

**CT Head Without Contrast [157768008] (Abnormal)**  Resulted: 04/25/15 0008, Result status: Final result

| | | | |
|---|---|---|---|
| Ordering provider: | Ann M. Azcuy, MD  04/24/15 2334 | Resulted by: | Brian A. Ogden, MD |
| Performed: | 04/24/15 2336 - 04/24/15 2343 | Resulting lab: | OCHS TALK TECHNOLOGY |
| Narrative: | COMPARISON: None | | |

FINDINGS: There is slightly heterogeneous hyperattenuation material noted throughout the right ventricle and third ventricle consistent with acute intraventricular hemorrhage.  There is associated dilatation of the right greater than left lateral
ventricles with otherwise normal caliber of the third ventricle and fourth ventricle.  There is associated regional mass-effect upon the right cerebral hemisphere with cortical sulcal effacement, as well as 1.6-cm right to left subfalcine midline shift.
 There is mild effacement of the basilar cistern concerning for early uncal herniation.  No cerebellar tonsillar herniation.

No definite parenchymal hemorrhage seen.  No acute cortical infarct seen.  No extra-axial mass or hemorrhage along the convexities or within the posterior fossa.  Atherosclerotic calcifications of the bilateral

SOrr-OMC-MD-000463

NOMH NEUROSCIENCE CRITICAL CARE
1516 Jefferson Hwy
New Orleans LA 70121-2429
Inpatient Record

ORR,SHARYN
MRN: 2499666
DOB: 10/21/1947, Sex: F
Acct #: 83000346296
Adm: 4/24/2015

**Radiology Results (04/25/15 - 05/04/15) (continued)**

CT Head Without Contrast [157768008] (Abnormal) (continued)   Resulted: 04/25/15 0008, Result status: Final result

cavernous ICAs.

The extracranial structures are unremarkable. No displaced calvarial fractures. Visualized portions of the paranasal sinuses and mastoid air cells are clear.

Impression:

1. Extensive right lateral ventricular acute hemorrhage with extension to the third ventricle without identifiable cause seen, suggesting primary interventricular hemorrhage. There is associated hydrocephalus with significant regional mass-effect upon
the overlying right cerebral hemisphere, significant right to left subfalcine midline shift, and probable early right sided uncal herniation. Differential considerations could include underlying right ventricular vascular lesion or
intraventricular/solid mass. Further evaluation/follow up as warranted. Neurosurgical consultation advised.

Critical results. EPIC Notification system activated.

Findings were initially observed and immediately discussed with physician assistant Frankie taking care of patient in the ER at 2352 hours on 4/24/15 by Dr. Ogden.

Electronically signed by:   BRIAN OGDEN   MD MD
Date:                               04/25/15
Time:                               00:08

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|

CT Head Without Contrast [157782340]   Resulted: 04/25/15 0823, Result status: Final result

| | | | |
|---|---|---|---|
| Ordering provider: | Faraz Khursheed, MD   04/25/15 0341 | Resulted by: | Erica M. Broussard, MD<br>Garrett Bennett, MD |
| Performed: | 04/25/15 0425 - 04/25/15 0429 | Resulting lab: | OCHS TALK TECHNOLOGY |
| Narrative: | Comparison: CT 4/24/15 | | |

Technique: Noncontrast head CT with sagittal and coronal reformats.

Findings: There is redemonstration of acute blood products occupying the majority of the right lateral ventricle extending into the suprasellar cistern and possibly into the posterior sella. The left lateral ventricle is persistently prominent. There
may be mild right uncal herniation. There is a 1.3 cm of leftward subfalcine herniation. There is cortical edema and sulcal effacement in the right cerebral hemisphere adjacent to the lateral ventricle. The visualized mastoid air cells and paranasal
sinuses are clear. There is no fracture.

Impression:

Stable right lateral ventricular hemorrhage with similar leftward midline shift and possible mild right uncal herniation.

Electronically signed by:   ERICA BROUSSARD MD
Date:                               04/25/15
Time:                               08:23

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|

| | |
|---|---|
| NOMH NEUROSCIENCE CRITICAL CARE<br>1516 Jefferson Hwy<br>New Orleans LA 70121-2429<br>Inpatient Record | ORR,SHARYN<br>MRN: 2499666<br>DOB: 10/21/1947, Sex: F<br>Acct #: 83000346296<br>Adm: 4/24/2015 |

## Procedure Results (04/25/15 - 04/25/15) (continued)

**Critical Care [157782356] (continued)**  Resulted: 04/25/15 0635, Result status: Final result

Medical Decision Making
MDM
Number of Diagnoses or Management Options
Altered mental status:
IVH (intraventricular hemorrhage):
Diagnosis management comments: 12:24 AM: Spoke with transfer center to inform them that the patient is also on Xarelto. I also asked if there are any additional medications required besides nicardipine.

67-year-old female was brought in by EMS for altered mental status and difficulty walking. Per the husband the patient was at her baseline when she complained of a headache and subsequently had multiple episodes of vomiting. She laid down and when she got up she was unsteady on her feet and became progressively less responsive. She was able to follow simple commands with her right side upon arrival, but upon evaluation after her CT she was even less responsive. Therefore, the decision was made to intubate her for airway protection. She had a very difficult intubation requiring multiple attempts. CT of the head showed an intraventricular bleed with shift. Transfer Center was contacted to arrange transfer to OMC for neurosurgery evaluation. The family including husband and 2 daughters were notified of the patient's condition as well as the need for transfer. Patient was transferred in guarded condition on a nicardipine drip.

Amount and/or Complexity of Data Reviewed
Clinical lab tests: ordered and reviewed
Tests in the radiology section of CPT®: ordered and reviewed
Tests in the medicine section of CPT®: ordered and reviewed

Additional MDM: EKG: I have independently interpreted EKG(s) - see notes.

Scribe Attestation:
Scribe #1: I performed the above scribed service and the documentation accurately describes the services I performed. I attest to the accuracy of the note.

Attending:
Physician Attestation Statement for Scribe #1: I, Dr. Azcuy, personally performed the services described in this documentation, as scribed by John Hattier in my presence, and it is both accurate and complete.

Clinical Impression:
No diagnosis found.

SOrr-OMC-MD-000483

```
NOMH NEUROSCIENCE CRITICAL CARE        ORR,SHARYN
1516 Jefferson Hwy                     MRN: 2499666
New Orleans LA 70121-2429              DOB: 10/21/1947, Sex: F
Inpatient Record                       Acct #: 83000346296
                                       Adm: 4/24/2015
```

## Surgery Report

### General Information

Date: 4/25/2015  
Location: NOMH OR 2ND FLR  
Patient class: IP- Inpatient  
Time: 12:25 PM  
Room: NOMH 2FL OR 01  
Case classification: A - Emergency (Within 1 Hr)  
Status: Posted  
Service: Neurosurgery  

### Diagnosis Information

**Diagnoses**
- IVH (intraventricular hemorrhage)

### Case Tracking Events

| Event | Time In |
|---|---|
| In Facility | Fri Apr 24, 2015 10:55 PM |
| In Pre-Procedure | |
| Physician Available | |
| Anesthesia Available | |
| Pre-Procedure Complete | |
| Out of Pre-Procedure | |
| Holding Start | |
| Holding Stop | |
| Anesthesia Start | Sat Apr 25, 2015  1:34 PM |
| Setup Start | Sat Apr 25, 2015 12:44 PM |
| Setup Complete | |
| In Room | Sat Apr 25, 2015  1:44 PM |
| Prep Start | |
| Procedure Prep Complete | |
| Procedure Start | Sat Apr 25, 2015  2:05 PM |
| Procedure Closing | Sat Apr 25, 2015  2:21 PM |
| Procedure Finish | Sat Apr 25, 2015  2:26 PM |
| Out of Room | Sat Apr 25, 2015  2:47 PM |
| Cleanup Start | |
| Cleanup Complete | |
| Cosmetic Start | |
| Cosmetic Stop | |
| Pain Mgmt In Room | |
| Pain Mgmt Out Room | |
| In Recovery | |
| Anesthesia Finish | Sat Apr 25, 2015  2:50 PM |
| Recovery Care Complete | |
| Out of Recovery | |
| In PACU Ext | |
| Out PACU Ext | |
| In Recovery DOSC | |
| Out Recovery DOSC | |
| Obs Rec Start | |
| Obs Rec Stop | |
| To Phase II | |
| In Phase II | |
| Phase II Care Complete | |
| Out of Phase II | |
| In Phase II Ext | |
| Out Phase II Ext | |
| Procedural Care Complete | Sat Apr 25, 2015  2:47 PM |

SOrr-OMC-MD-002914

NOMH NEUROSCIENCE CRITICAL CARE  
1516 Jefferson Hwy  
New Orleans LA 70121-2429  
Inpatient Record  

ORR, SHARYN  
MRN: 2499666  
DOB: 10/21/1947, Sex: F  
Acct #: 83000346296  
Adm: 4/24/2015  

## Surgery Report (continued)

### Case Tracking Events (continued)

| Event | Time In |
|---|---|
| Pain Follow Up Needed | |
| Pain Follow Up Complete | |

### Event Tracking

**Panel 1**

| Event | Start Time |
|---|---|
| Incision Start | |
| Incision Close | |

**Procedure : VENTRICULOSTOMY**

| Event | Start Time |
|---|---|
| In Room | 1:44 PM |
| Procedure Start | |
| Procedure End | |
| Out of Room | 2:47 PM |

### Panel Information

**Panel 1**

| Surgeon | Role | Service |
|---|---|---|
| Cuong J. Bui, MD | Primary | Neurosurgery |

**Procedure: VENTRICULOSTOMY**

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region |
|---|---|---|---|---|
| Bilateral | Clean | | General | |

**VENTRICULOSTOMY (Bilateral) - Position 1**

| | | | | | |
|---|---|---|---|---|---|
| Body: | Supine/Neuro (NEURO) Strap Safety, Table O/R | Left Arm: | Extended Pad Foam Arm, Armboard | Right Arm: | Tucked at Side Pad Foam Arm |
| Head: | Aligned Headrest Horse Shoe Mayfield | Left Leg: | Flexed Slightly Pillow | Right Leg: | Flexed Slightly Pillow |
| Positioned by | Allyson Aron, RN Clint E. Elliott, MD Stephanie B Douglass, CRNA Cuong J. Bui, MD | | | Comments: | |

### Anesthesia Staff Information

| Anesthesiologist | Role |
|---|---|
| Clint E. Elliott, MD | Anesthesiologist |

### Staff Info

| Staff Type | Staff Member | Start | End | OT |
|---|---|---|---|---|
| Circulator | | | | |
| Scrub Person | | | | |
| Circulator | Allyson Aron, RN | | | |
| Scrub Person | Melanie D Parker | | | |
| Nurse | Justin D. Douglass III, RN | | | |

### Questionnaire Data

Generated on 2/25/2016  4:30 AM                                                                                         Page 2910