# EXHIBIT 6

Protected - Subject to Further Protective Review

1             IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF LOUISIANA

2

3    IN RE:  XARELTO (RIVAROXABAN) :MDL 2592
     PRODUCTS LITIGATION            :

4                                   :SECTION L
     THIS DOCUMENT RELATES TO       :

5    ALL CASES                      :JUDGE ELDON E. FALLON
                                    :MAG. JUDGE NORTH

6    ------------------------------
     THIS DOCUMENT RELATES TO:      :

7    JOSEPH ORR, JR., as Lawful     :
     Surviving Spouse of Sharyn Orr:

8    Case No. 2:15-cv-03708         :
     ------------------------------

9

                        — — —
10                  SEPTEMBER 27, 2016
                        — — —
11                    - PROTECTED -

12        - SUBJECT TO FURTHER PROTECTIVE REVIEW -

13

14          Videotaped deposition of ELIZABETH B.

15    MAHANNA, M.D., held at THE SHERATON UNIVERSITY

16    CITY, 3549 Chestnut Street, Philadelphia,

17    Pennsylvania, on the above date, beginning at

18    approximately 9:00 a.m., before Margaret M.

19    Reihl, a Registered Professional Reporter,

20    Certified Realtime Reporter and Notary Public.

21

22

            GOLKOW TECHNOLOGIES, INC.
23       877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com

24

Protected - Subject to Further Protective Review

```
 1    think you told us that you had an occasion or had an

 2    opportunity to look at Mrs. Orr's imaging studies like

 3    her CT scan when you were caring for her; is that

 4    right?

 5          A.    Yes.

 6          Q.    And you also had an opportunity to look

 7    at those films again just recently before today's

 8    deposition?

 9          A.    Yes.

10          Q.    Either in your review of those films at

11    the time or in your review of those films yesterday or

12    recently, I should say, was there anything that you saw

13    that was inconsistent with what's described here in the

14    report?

15          A.    I don't see any inconsistencies.

16          Q.    One of the findings in the report is --

17    it says here "associated dilatation of the right

18    greater than left lateral ventricles with otherwise

19    normal caliber third ventricle and fourth ventricle."

20    That's in the first paragraph under "Findings."

21                Do you see that?

22          A.    Yes, I see it.

23          Q.    Where the radiologist discusses an

24    associated dilatation of the right greater than left
```

Protected - Subject to Further Protective Review

1    lateral ventricles, what does that mean?

2          A.    It means the ventricles are larger in

3    size than normal.  Often this happens with hemorrhage

4    because the clot can physically block the flow of

5    cerebral spinal fluid through the ventricles.

6          Q.    And in this case there was blood in the

7    ventricles or at least in the right lateral ventricle

8    in Mrs. Orr's case?

9          A.    Mm-hmm.

10         Q.    And was that in turn resulting in an

11   expansion of the ventricle or a growth of the ventricle

12   relative to its normal size?

13         A.    Yes.

14         Q.    When a ventricle expands like that, does

15   it push on and compress brain tissue in other areas of

16   the brain?

17         A.    Yes.

18         Q.    Is that called mass effect?

19         A.    Yes.

20         Q.    What happens to the patient's

21   neurological condition when that mass effect sets in?

22         A.    If the mass effect causes increased

23   intracranial pressure patients often start vomiting,

24   can complain of headache, can become somnolent, leading

Orr_Elizabeth B. Mahanna, MD Deposition_00060

Protected - Subject to Further Protective Review

1    to obtundation and coma.  If the intracranial pressure

2    continues to increase, it can cause herniation of the

3    cerebellar tonsils into the brain stem and cause brain

4    death.

5              Q.      And is what you described consistent

6    with Mrs. Orr's presentation?

7              A.      It's consistent that she had signs

8    concerning for increased intracranial pressure.

9              Q.      There's also reference in the report

10   here in the next paragraph to a 1.6-centimeter right to

11   left subfalcine midline shift?

12             A.      Yes.

13             Q.      Can you tell us what that is, please?

14             A.      So the brain is symmetrical where the

15   right and left hemispheres of the cerebrum are

16   symmetrical.

17                     When there is increased volume on one

18   side of the brain, it pushes into the other side.  The

19   brain is divided by a falx that runs from the front of

20   your head to the posterior part of your head, and it's

21   a hard, leathery-like substance, and when you herniate

22   from one side underneath, you can get compression of

23   large vessels there, which can -- in specifically the

24   anterior cerebral artery, which could then cause a