# SANJAY JALOTA

| | |
|---|---|
| 108 Hoover Avenue<br>Princeton, New Jersey 08540 | Work: 908 927 2637<br>Mobile: 908 240 8283<br>E-mail: sjalota@prdus.jnj.com |

## PROFESSIONAL EXPERIENCE

April 2003 – Present:                      **Johnson & Johnson Pharmaceutical Research and Development, Raritan, New Jersey**

**Director, Global Regulatory Liaison (June 2006 to present)**
**Global Regulatory Affairs – Full Development**

Responsible for Johnson & Johnson's (J&J) collaboration with Bayer HealthCare (BHC) on rivaroxaban and due-diligence activities for Cardiovascular/Thrombosis compounds.

- Achieved two of the top ten J&J company goals of successful FPI in ATLAS TIMI 46 ACS and ROCKET AF studies in 4Q2006
- Provided regulatory guidance to the internal J&J compound development team and the cross-company Global Development Committee
- Prepared briefing packages and led project team members at regulatory authority (CHMP SAWP, FDA, Japan PMDA and Health Canada) meetings
- Developed regulatory strategic plans for the initial and life cycle management indications in conjunction with BHC
- Proactive involvement in the development of the contract and cross-company processes such as Pharmacovigilance and safety oversight, delegation of responsibilities, publication review, investigator initiated studies, clinical supply agreements, informed consent and contract templates

**Director, Global Regulatory Liaison (April 2003 – June 2006)**
**Global Regulatory Affairs - Early Development**

Responsible for all projects within Internal Medicine (Cardiovascular/Thrombosis and Inflammation) and CNS therapeutic areas from preclinical through Phase IIa.

- Contributed to the creation and development of the Spring House (SH) Research and Early Development Center.  Participated as the regulatory representative on the SH Management Committee
- Established and enhanced relationships to foster collaboration with other J&J Pharma companies through cross-company initiatives
- Filed initial INDs and Clinical Trial Applications contributing to several successful First in Human dosings
- Primary liaison with regulatory authorities and provided regulatory guidance to project teams
- Developed full-cycle regulatory strategic plans and target labelling
- Contributed to the development of processes in the Labelling Workstream and Refinement Team as part of the Global Regulatory Affairs redesign initiative and trained colleagues globally
- Managed and coached regulatory professionals

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER                                    XARELTO_JANSSEN_04659910

# SANJAY JALOTA

April 2000 – April 2003:       **Aventis Pharmaceuticals Inc., Bridgewater, New Jersey**
                               **(formerly Hoechst Marion Roussel Inc.)**

**Associate Director, Global Regulatory Strategy and Liaison, Global Drug Development Centre**

Responsible for delivering global regulatory strategies for several high priority projects within Cardiovascular/Thrombosis, CNS and Respiratory therapeutic areas.

- Prepared and led project teams at FDA End of Phase II and pre-NDA meetings and subsequent negotiation efforts to achieve agreement with FDA
- Led the Global Regulatory Strategy Team to define and implement global regulatory strategies
- Supervised timely IND/CTA and NDA/MAA/Briefing Documentation submissions including responses to questions
- Successfully negotiated new indication and safety labelling with regulatory authorities
- Developed labelling and Corporate Safety Data Sheets for new indications and new chemical entities in conjunction with the Global Labelling function

June 1995 – April 2000:        **Hoechst Marion Roussel Ltd., Denham, UK**
                               **(formerly Marion Merrell Dow Ltd., Winnersh, UK)**

**Senior Regulatory Specialist, European & International Drug Regulatory Affairs**

Responsible for delivering EU and International regulatory strategies for key marketed and investigational products within the CNS, Cardiovascular and Respiratory therapeutic areas.

- Received an Aventis Pharma Research and Development Award in recognition for preparing/leading the responses to CPMP Article 12 and Article 15a Referral procedures
- Led project teams at EU CPMP (now CHMP) and European national regulatory authority meetings and negotiated labelling and post-approval commitments
- Developed European labelling for new indications and worked with the Global Labelling function to develop Core Safety Data Sheets
- Prepared and submitted abridged MAAs, Type I and II variations and briefing documentation including responses to questions
- Managed and trained regulatory scientists

January 1993 – May 1995:       **Moss Chemists PLC, UK**
- Relief Manager/Training Manager in a community pharmacy group

November 1990 – December 1992    **Coopers Chemists Ltd, London, UK.**
- Store Manager in a community pharmacy group

May 1987 – October 1990:       **Boots Chemists Ltd, UK**
- Pharmacy Manager in a community pharmacy group

**EDUCATION**:
Bachelor of Pharmacy with Honours
Welsh School of Pharmacy, University of Wales Institute of Science and Technology, Cardiff, UK

**PROFESSIONAL AFFILIATIONS**
Member of the Royal Pharmaceutical Society of Great Britain (1986)
Registered Member of TOPRA (1998)
Member of Drug Information Association (2000)

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

XARELTO_JANSSEN_04659911