1                 UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
2
   ****************************************************************
3  IN RE:  XARELTO (RIVAROXABAN)
   PRODUCTS LIABILITY LITIGATION
4
                                    Docket No.: 14-MD-2592
5                                   Section L
                                    New Orleans, Louisiana
6                                   May 17, 2017

7  THIS DOCUMENT RELATES TO:
   ALL CASES
8
   ****************************************************************
9
                  TRANSCRIPT OF STATUS CONFERENCE
10       HEARD BEFORE THE HONORABLE ELDON E. FALLON
                  UNITED STATES DISTRICT JUDGE
11

12 APPEARANCES:

13 FOR THE PLAINTIFFS'
   LIAISON COUNSEL:              MR. LEONARD A. DAVIS
14                               MS. ANNE E. DEVAUGHN
                                 Herman, Herman & Katz, LLC
15                               820 O'Keefe Avenue
                                 New Orleans, LA  70113
16
                                 MR. ANTHONY BIRCHFIELD, JR.
17                               Beasley Allen Crow Methvin
                                    Portis & Miles
18                               Post Office Box 4160
                                 Montgomery, AL  36103
19
   FOR THE DEFENDANT JANSSEN
20 PHARMACEUTICALS, INC.,
   and JANSSEN RESEARCH &
21 DEVELOPMENT, LLC:            MR. JAMES B. IRWIN
                                MS. KIM E. MOORE
22                              Irwin Fritchie
                                   Urquhart & Moore, LLC
23                              400 Poydras Street
                                Suite 2700
24                              New Orleans, LA  70130

25

```
 1   FOR THE DEFENDANT
     BAYER HEALTHCARE
 2   PHARMACEUTICALS, INC.,
     and BAYER PHARMA AG:          MR. DAVID E. DUKES
 3                                 Nelson Mullins Riley &
                                     Scarborough, LLP
 4                                 Meridian, 17th Floor
                                   1320 Main Street
 5                                 Columbia, SC  29201

 6                                 MS. BETH A. WILKINSON
                                   MR. JEREMY BARBER
 7                                 (Via Telephone)
                                   Wilkinson Walsh + Eskovitz, LLP
 8                                 1900 M. Street NW
                                   Suite 800
 9                                 Washington, DC 20036

10

11   Official Court Reporter:     Lanie M. Smith, RPR, CRR
                                   500 Poydras Street, B-275
12                                 New Orleans, Louisiana 70130
                                   (504) 589-7782

13

14

15

16

17

18

19

20

21

22

23

24
             Proceedings recorded by mechanical stenography,
25   transcript produced via computer.
```

1               **P R O C E E D I N G S**

2

3          THE COURT:  Hello.  Good afternoon.

4               Who is on the line?  Hello?

5          MS. WILKINSON:  Hi, Judge.  It's Beth Wilkinson.

6          THE COURT:  Okay.  Beth, we've got everybody in the

7    conference room.

8               Anyone else on the line?

9          MR. BARBER:  Your Honor, Jeremy Barber.

10         THE COURT:  Okay.  Anyone else?

11              All right.  Let me go over these with you-all.

12   Unfortunately with these, the first one, it's a problem.  On

13   Number 44, she says --

14         MR. IRWIN:  Can you give us the name, please, Judge?

15         THE COURT:  Yes.  I'm sorry.  Pamela Alleman.

16         MR. IRWIN:  Yes, sir.  Thank you.

17         THE COURT:  Her brother was on a blood thinner.  Then

18   there's something on Page 15 and 16 that concerned me a little

19   bit.

20         MR. BIRCHFIELD:  Judge, like we did last time, we met

21   and we walked through these to at least see which ones we would

22   agree for whatever weight the Court wanted to give that.  We

23   agreed that Alleman should be excused.

24         MR. IRWIN:  She's 85 miles away, Judge; and her husband

25   has to drive her.

1          THE COURT:  Yes, I see the same problem.

2          The second one also and the third one also, I'm

3     afraid.  That's Barousse and Bean.

4          So Alleman, Barousse and Bean, I would excuse for

5     cause.

6          MR. IRWIN:  We must be doing something right, Judge,

7     because we agree with you on all three.

8          THE COURT:  Okay.  Beard looked okay, at least it

9     passed the first test anyway.  I saw something on number --

10         MR. BIRCHFIELD:  Judge, could we talk about Beard for

11    just a minute?

12         THE COURT:  Yes.

13         MR. BIRCHFIELD:  We agree that there's no hardship

14    reason to excuse her, but we agree that she should be excused

15    for cause.  She's worked with Pauline Johnson who is the

16    defense cardiology expert.

17         THE COURT:  Right.

18         MR. BIRCHFIELD:  And she had an aunt and cousin die

19    from brain bleeds.  There are just so many close connections to

20    the case here, we agreed to excuse her for cause if the Court

21    would allow.

22         THE COURT:  Are you okay with that?

23         MR. IRWIN:  Yes, sir, we are.  Also she had a baby who

24    died of negligent care.  We were concerned about that.

25         THE COURT:  I thought that.  Beard, Bergeron and

1    Bickham, I don't see those either unless you-all --

2           MR. BIRCHFIELD:  We were going to excuse both of those.

3           THE COURT:  I was concerned about Bergeron because of

4    Number 43 and 46.  Bickham was an issue that I saw in

5    Number 65.

6           MR. BIRCHFIELD:  No ride, lives far away, would have to

7    pay somebody to bring him in.

8           THE COURT:  Yeah.

9           MR. IRWIN:  Lives in Kentwood, Judge.  A pretty long

10   hike.

11          THE COURT:  That's the way I see it too frankly.

12          MR. DAVIS:  Bergeron is out for cause?

13          MR. IRWIN:  Out.  Yes, because her husband had a

14   reaction --

15          THE COURT:  Let me go through it then.  Pamela Alleman

16   out, Lauren Barousse out, Bean out, Leslie Beard out, Bergeron

17   out, Bickham out.  We are not doing too well, folks, at this

18   point.

19              I felt the next one, William Bouchereau, I didn't

20   see anything there, project engineer and project manager.

21          MR. IRWIN:  We're okay with that one, Judge.

22          THE COURT:  The next one I was a little concerned about

23   and wanted to call your attention to it.  This is a carpenter,

24   35 years old.  He indicates that if he doesn't work, he didn't

25   get paid.  I don't have much sympathy for somebody who is a

1   manager or a president of a company, but a carpenter, it's a

2   problem.

3          MR. IRWIN:  We agreed on that, Judge.

4          THE COURT:  The next one I need your help on is

5   Alison Carter.  This one, they say that it's a problem for

6   them; but in these types of cases, I'd like them to at least

7   come to court.  Here's a project manager, 57, college degree.

8   Also it may be the case will take two weeks instead of three,

9   and he might be somebody at least you-all could look at a

10  little bit further.

11         MR. BIRCHFIELD:  Are you talking about Alison Carter?

12         THE COURT:  I flagged him for you to kind of scrutinize

13  him a little bit in person, but I hate to just let him go

14  because I get the feeling it's too much trouble for him to come

15  to court.

16         MR. BIRCHFIELD:  We were in agreement that the hardship

17  was not sufficient.

18         THE COURT:  Yes.

19         MR. BIRCHFIELD:  But mother, father, a deceased

20  daughter that had AFib; and mother and father on warfarin,

21  Pradaxa, Eliquis, Xarelto.  We just looked at that altogether

22  and thought probably --

23         THE COURT:  Yes, I can see that.

24         MR. BIRCHFIELD:  -- it would be best to let her go.

25         MR. IRWIN:  We agreed on that, Judge.

1        THE COURT:  So Alison Carter?

2        MR. IRWIN:  Yes.  She also said that she couldn't be

3    impartial to either party with the medical issues that her

4    parents had so she was a tough situation.

5        THE COURT:  Okay.  So the only one we have out of the

6    first nine is William Bouchereau.

7        MR. IRWIN:  Yes.

8        THE COURT:  Wendi Chauvin, I didn't see anything there.

9        MR. BIRCHFIELD:  We agree.

10       MR. IRWIN:  We were okay with that one also,

11   Your Honor.

12       THE COURT:  I flagged or at least question marked

13   Louis Collins for you.  Take a took at 65.

14       MR. BIRCHFIELD:  We thought he should go, that he

15   should be released, Your Honor because of -- mainly because of

16   the major project that he's overseeing, that it has to be

17   completed by June 30th.  We just had concerns about.

18       THE COURT:  How do you see that, Jim?

19       MR. IRWIN:  We felt the same way.  We kind of struggled

20   with this one a little bit, Judge; but we came to share that

21   view.  We felt the same way.

22       THE COURT:  Okay.  Louis Collins, I'll strike him for

23   you.

24            The next one is the dealer, Frank Cucinello.  We

25   probably ought to have him come to court.

1      MR. IRWIN:  I bet you he doesn't come, Judge.

2      THE COURT:  63 years old, he's a dealer.  65 was the

3  only one.  I don't know.  We may wind up striking him, but

4  let's let him come to court.  I'll keep him on.

5          The next one is another problem.  He's a

6  plumber -- Dempster, Gregory.  Less than high-school-educated,

7  plumber.  He said he can't be here because he can't eat if he

8  doesn't work.

9          How do y'all see him?

10     MR. IRWIN:  We didn't know that we had enough

11  information on him, Judge.  He is a plumber, and we did wonder

12  the same thing you're talking about.  We did not feel that he

13  should be excused, but we wanted to hear what you said.

14     THE COURT:  We can make him come, but we've got to

15  watch that because -- he just said:  "I have to work."

16          But maybe you can question him a little bit more.

17  Maybe we can get him focused.  I'll keep him in then for you.

18  So, the ones that so far are in are William Bouchereau,

19  Frank Cucinello and Dempster, Gregory.

20          Is that what you-all have?

21     MR. DAVIS:  Wendi Chauvin.

22     THE COURT:  Oh, yeah.  Wendi Chauvin, right.

23          The next one looked pretty good to me, the next

24  couple.  But Shirley Dupre, a spouse is an attorney.  I don't

25  know him, but that's an issue.  Also 46.  Let's see.  Any input

1    from you-all there?

2          MR. BIRCHFIELD:  We had her to come in.

3          MR. IRWIN:  Yes, we did.

4          THE COURT:  Okay.  Number 46 says:  "I took Coumadin

5    and heparin injections at various times during four

6    pregnancies.  I do not have the problem when I'm not pregnant."

7          So maybe you want to question her or flag her for

8    that because we can see if that presents a problem.

9          Michelle Favalora, she's 26 years old, college.

10   I put something on Page 16.  Why did I do that?

11         MR. BIRCHFIELD:  In our discussions --

12         THE COURT:  There was a brain bleed.

13         MR. BIRCHFIELD:  On warfarin.

14         THE COURT:  Yes.  Grandmother.  It was a blood clot,

15   stroke, hip, knee replacement.  Great aunt, brain bleed.

16         What's your view, Jim?  Anything?

17         MR. IRWIN:  We were okay with Michelle.

18         THE COURT:  All right.

19         MR. BIRCHFIELD:  We agree.

20         THE COURT:  All right.  Let's leave her in then,

21   Michelle.

22         Annette Ford.  Annette Ford is 54, high school,

23   clerk.  I didn't see anything there.

24         MR. BIRCHFIELD:  We had her checked.

25         MR. IRWIN:  We were okay there too also.

1      THE COURT:  Same with Lana Frazier.  She's government

2  social security, 27 years old.  I didn't see anything that

3  disqualified her.  Are we okay with that?

4      MR. BIRCHFIELD:  Yes.

5      MR. IRWIN:  Yes.  I told you we were going to do

6  better, Judge.

7      THE COURT:  I hope so.

8          The next one was Tyson Gerhold.  I was a little

9  concerned about the 65, diesel mechanic.  It says something

10  about work as I recall.

11      MR. BIRCHFIELD:  Work and financial issues.

12      THE COURT:  Work and financial issues.  I don't know

13  whether we have enough information on him.

14      MR. DUKES:  We didn't think we did.

15      THE COURT:  But let's keep an eye on that one.  That's

16  another person I'll keep in.

17          The next one, there were some answers I didn't

18  like.  Patricia Green, legislative assistant.

19      MR. DAVIS:  She knows Jack Benjamin.  Claims to know.

20      THE COURT:  Had plane reservations for the second and

21  third week in June.  I suspect that that's a nonrefundable

22  ticket and so I would excuse her.

23          Do you-all have any problem with that?

24      MR. IRWIN:  We accepted her, but I think -- did we even

25  talk about her plane reservation?

1    MR. BIRCHFIELD:  We did.  We were thinking it's

2  probably safe; but we're okay letting her go if Your Honor is

3  inclined to.

4    THE COURT:  Take a look at Carole Harrell.  She says

5  she might be moving.  I don't know what that situation is.

6  She's the one who lost her home or something.

7    MR. IRWIN:  We thought that was a tough situation.

8    MR. BIRCHFIELD:  She lost her home in a fire last month

9  or the month before.  We thought she should be excused.

10    THE COURT:  You're okay to excuse her?

11    MR. IRWIN:  Yes.

12    THE COURT:  Okay.  We'll excuse her.

13    Maira Harris, 21.  Let's see.  Page 17.  My

14  concerns were:  Xarelto, family member -- father, I think she

15  said, is taking Xarelto.  I've tried to flag those folks

16  because if they're taking it and nothing has happened to them,

17  that's a potential problem.  If they're taking it and something

18  has happened to them, that's another potential problem.  So

19  this person's father, I just was concerned about that.

20    MR. BIRCHFIELD:  We saw this one a little bit

21  differently.  I mean, we didn't really reach an accord here.

22  Some concern about her knowing about Xarelto and being a nurse

23  and I was just -- so I think that's going to require extensive

24  voir dire, but we did not --

25    THE COURT:  Do you want me to have her come in?

1       MR. IRWIN:  That's how we came out on it.

2       THE COURT:  Okay.  I'll do that for you.  Let's flag

3  her and make sure you examine her.

4       Patricia Hattier, she is a social worker.

5       MR. BIRCHFIELD:  Judge, we agreed that she should be

6  excused, not for hardship.  She works closely with Janssen.

7       THE COURT:  Right.

8       MR. BIRCHFIELD:  Looks like she may be related to a

9  defense expert here.

10      THE COURT:  Patricia Hattier, I'll excuse her for

11 cause.

12          Jeff Hebert -- homemaker, he says.  I didn't know

13 what that meant.

14      MR. BIRCHFIELD:  We were good with him.

15      MR. IRWIN:  We were okay with Jeffrey.

16      THE COURT:  I didn't have any problem there.

17          Rocky Hebert looked okay to me too.  With a name

18 like Rocky, he's got to be good.

19      MR. IRWIN:  Your Honor, we object to all those Heberts.

20      THE COURT:  Okay.  Kimberly Hirstius, environmental

21 field.  65, what did she say?

22      MR. BIRCHFIELD:  Limited paid time off, would affect

23 her hours.  We just thought we needed more information on her.

24      MR. IRWIN:  We were okay with that, Judge.

25      THE COURT:  All right.  Huynh, Tri, accountant, USDA.

1   I don't understand how he says he's got a problem.

2          MR. BIRCHFIELD:  We had that same discussion.

3          MR. IRWIN:  We didn't understand it either.

4          THE COURT:  Let's let him come, and we'll question him

5   on it.

6          MR. IRWIN:  Beth?

7          MS. MOORE:  I just told Jeremy.

8          MR. IRWIN:  Oh, you did?

9          MS. WILKINSON:  I'm sorry.  I apologize.

10          MR. IRWIN:  That's okay.

11          THE COURT:  April Jourdan, I thought she had a problem.

12          MR. BIRCHFIELD:  We agreed for cause, Judge.  She works

13   for Monsanto owned by Bayer now.

14          MR. IRWIN:  Yes.

15          THE COURT:  Are you okay with that, Jim?

16          MR. IRWIN:  Yes, we are, Judge.

17              Beth, we are hearing you.

18          MS. WILKINSON:  I'm sorry.  You can hear me?

19          MR. IRWIN:  Yes.  Could you put it on mute if you

20   could, please?

21          MS. WILKINSON:  I did.  I'll try it again.  I

22   apologize.

23          MR. IRWIN:  All right.  Thank you.

24          THE COURT:  Okay.  Let's see.  Where are we?  Kunz?

25          MR. IRWIN:  Yes, Your Honor.  Benjamin Kunz.

1      THE COURT:  I didn't see anything on Kunz.

2      MR. IRWIN:  And we didn't either.

3      THE COURT:  Same with LeBlanc, I didn't have any

4  problems.

5          Eric Lemaitre, I wanted to flag that for you.

6  He's a director of a hospital or something in a hospital.  I

7  saw 65 too, he had some issues.  I can either let him come in

8  and you-all can question him more --

9      MR. IRWIN:  That's how we looked at it.

10     MR. BIRCHFIELD:  Yes.

11     THE COURT:  Okay.  The next one, I don't know him,

12  Thomas Madigan, but --

13     MR. IRWIN:  But he knows everybody, Judge.

14     THE COURT:  He knows everybody and he says he's got a

15  bunch of trials scheduled, but he'll do something to make

16  sure -- he didn't want to get the Court angry with him.  We'll

17  strike him then.

18          Same way with Lakeira Melton.  I was concerned

19  about 64 and 65 there.

20     MR. IRWIN:  She is 19 years old, doesn't have a car and

21  lives in Kentwood or something.

22     MR. BIRCHFIELD:  An hour and a half away.

23     THE COURT:  Let's strike her.

24          This next one, I tell you, I feel like making her

25  come and sit and watch the case or something; but Janet

1     Michelet, she doesn't believe in the jury system.

2         MR. BIRCHFIELD:  We were thinking she should be struck.

3         THE COURT:  Yes.

4           Randall Mitchell seemed to be okay.  He's

5     retired, college-educated, 62 years old.

6         MR. BIRCHFIELD:  We agreed.

7         MR. IRWIN:  He heard that Hillary Clinton was on

8     warfarin.  We can't figure out how that cuts.

9         THE COURT:  The next one, Azam Mohammed, I was a little

10     concerned about that.  His wife has an issue, or he says she

11     has an issue.

12         MR. BIRCHFIELD:  We were thinking -- I mean, she had

13     surgery a couple of weeks ago.  We thought we needed to hear a

14     little more about that.

15         THE COURT:  Okay.  I'm all right with that.

16          Are you okay, Jim?

17         MR. IRWIN:  Yes, sir, we agreed on that.

18         THE COURT:  Clarence Molaison, I was concerned about 65

19     and 66 with him.  Do you-all have any input?  His answer on 65

20     was:  (As read) I work as a building superintendent.  I could

21     not neglect eight to ten houses under construction for that

22     long.  Serving would cause great financial hardships to my

23     employer.

24          When somebody is a superintendent, I usually like

25     to see them and let them come in and talk to us about that.

1        MR. IRWIN:  That's the way we felt about it.

2        THE COURT:  Let's do that.

3             I thought the next one was okay, Herbert Moore.

4             Same way with Warrine Morris.  I didn't see

5   anything there.

6        MR. IRWIN:  Same here.

7        THE COURT:  The two doctors, Claire Neumann and

8   Derek Nyblom, I don't know what we'd do with those.  They've

9   got a list of patients.  So sometimes their knowledge is a

10  problem --

11       MR. IRWIN:  Judge, I think Derek is the pool guy and

12  cleans the pools; and the next person, Jennifer Olivier, is the

13  other doctor.

14       THE COURT:  Yes, that's right.

15            The pool guy, same situation frankly.

16            Neumann is a doctor, Nyblom is a pool service

17  guy, and Jennifer Olivier is a doctor.  I would excuse those

18  three for cause if you-all are okay with that.

19       MR. BIRCHFIELD:  We are, Your Honor.

20       MR. IRWIN:  We did, Your Honor.

21       THE COURT:  Okay.  Tina Reed, bartender, I didn't see

22  anything there.  Maybe she can make some drinks.

23            The next one, Michael Reichle, she's got a paid

24  trip.  That's a problem and I would excuse her.

25       MR. IRWIN:  We agree.

1        THE COURT:  Pamela Robicheaux.

2        MR. DAVIS:  How about Remondet?

3        THE COURT:  That's the next one.

4        MR. BIRCHFIELD:  We thought she was fine, Your Honor.

5        THE COURT:  Yes, I thought so too.

6        But take a look at Pamela Robicheaux.  Her mother

7  is in hospice --

8        MR. IRWIN:  Yes, we were troubled by that.

9        THE COURT:  She's an office manager.

10        MR. BIRCHFIELD:  We thought she should be excused.

11        THE COURT:  Okay.  I'll excuse her.

12        Evangelina Rodriguez said something about she's

13  an event specialist, she's got a sick husband.  What did you

14  want to do with that one.

15        MR. BIRCHFIELD:  We were thinking we needed to hear a

16  little more about the condition of her husband.

17        THE COURT:  I don't have any problem.

18        Are you okay with that?

19        MR. IRWIN:  Yes.

20        THE COURT:  The next one looked okay to me; but I did

21  see something.  64, 65, she gets --

22        MR. BIRCHFIELD:  Bored easily.

23        THE COURT:  Bored easily.  That's going to be something

24  that you-all are going to have to keep -- I'll ask her:  "Are

25  you still interested, Ms. Russo?  Do we still have your

1    attention?"

2          I'll work with her.

3               Joseph Scorsone looked to be okay.

4          MR. IRWIN:  We're fine.

5          THE COURT:  James Simons, tea blender.  We have a lot

6    of coffee blenders around the area.  I don't know about tea

7    blenders, but he looked okay.

8          MR. IRWIN:  Same here.

9          THE COURT:  Rouse's manager, Lloyd Songy.  I just saw

10   65, a potential problem with it.  I wanted to run that past

11   you.  You want him to come in?

12         MR. IRWIN:  We had him coming in, Judge.

13         MR. BIRCHFIELD:  Yes.

14         THE COURT:  Okay.  All right.

15              Mark Sullivan looked okay to me, assistant

16   manager.

17         MR. IRWIN:  Same here.

18         THE COURT:  Patricia Turner.  I had something.  She's

19   an LPN, home caregiver.  She said she can't make it because

20   it's a problem.

21         MR. IRWIN:  Her husband is 76, and she has to take care

22   of him.  She's in Houma; so we said --

23         MR. BIRCHFIELD:  We thought she should be excused.

24         THE COURT:  Okay.  I'll excuse her.

25              This is another one, Sandra Whitney.  I saw her

1     as a -- manager, husband, she doesn't drive.

2         MR. BIRCHFIELD:  We thought she should be excused,

3     Judge.

4         MR. IRWIN:  Yes.

5         THE COURT:  Zenon is a truck driver.  He said something

6     about -- I could have him come in if it's all right with you

7     guys.

8         MR. BIRCHFIELD:  We were okay excusing him just

9     because --

10         MR. IRWIN:  Yes, we were.

11         MR. BIRCHFIELD:  The combination of the difficulty

12     understanding English.

13         MR. DAVIS:  He's a truck driver who can't stay awake.

14         MR. BIRCHFIELD:  That's pretty frightening.

15         THE COURT:  Let me see what we have.  The ones that are

16     not excused are William Bouchereau; Wendi Chauvin;

17     Frank Cucinello; Dempster, Gregory; Shirley Dupre;

18     Michelle Favalora; Annette Ford; Lana Frazier; Tyson Gerhold;

19     Maira Harris.

20         MR. DAVIS:  20 what?

21         MR. BIRCHFIELD:  21.

22         MR. DAVIS:  21.  I'm sorry, yes.

23         THE COURT:  Jeff Hebert, Rocky Hebert, Tri Huynh.

24         MR. BIRCHFIELD:  Judge, do you have Kimberly Hirstius?

25         THE COURT:  Okay.  Yeah, I'm sorry.  Okay.

1    Kimberly Hirstius, flag her.  Ask her about the 65 issue.

2              Let's see.  The next one after Huynh is

3    Benjamin Kunz.

4         MR. DAVIS:  After Kimberly Hirstius, you have Tri Huynh

5    is in?

6         THE COURT:  Right.

7         MR. DAVIS:  And then --

8         THE COURT:  Benjamin Kunz.

9         MR. DAVIS:  Right.

10        THE COURT:  Albert LeBlanc, Eric Lemaitre,

11   Randall Mitchell, Azam Mohammed, Clarence Molaison,

12   Herbert Moore, Warrine Morris, Tina Reed, Nicole Remondet,

13   Evangelina Rodriguez, Linda Russo, Joseph Scorsone,

14   James Simons, Lloyd Songy, Mark Sullivan.

15             I was a little concerned when I was going through

16   them because I think some of these -- we can look maybe at

17   about two or three, you are going to find that in further

18   pursuit, you're going to have cause challenges.  So I have

19   another 25 coming in.

20             Dean, when?

21        THE COURTROOM MANAGER:  Tuesday the 23rd.

22        THE COURT:  I'll get it to you-all; and we'll deal with

23   it, maybe on the phone.

24             Give me your input.  Last time we had nine.  Do

25   we want nine, or do we want eight?  I need to have some people

1    extra.

2            MR. BIRCHFIELD:  I think eight would be fine,

3    Your Honor.

4            MR. DUKES:  Nine.

5            MR. IRWIN:  Nine.

6            MS. WILKINSON:  We would rather have nine.

7            THE COURT:  Let's keep nine then.

8                    All right.  We'll see what we do.  If we run out

9    of jurors though, I'm going to have to go down to eight, but

10   we'll see.

11                   Okay.  Anything else?  Anybody?

12           MR. IRWIN:  I want to know when they're going to tell

13   me about their claims, Judge.

14           THE COURT:  Okay.

15           MR. IRWIN:  I surprised you with that.  My new nickname

16   is Mr. Specificity, by the way.

17           MR. DAVIS:  We are going to invite you over to our

18   office; and you can sit in on our meetings, Jim.

19           MR. BIRCHFIELD:  As soon as you give me your answer on

20   my question.

21           MR. IRWIN:  Okay.  We'll talk about it.

22           MR. BIRCHFIELD:  We are working on it.

23           MR. IRWIN:  We're talking, Judge.

24           THE COURT:  Okay.  Anything on the exhibits or

25   anything?

1        MR. BIRCHFIELD:  I think we're in a pretty decent place

2   with the sides -- the reports that I'm getting about where we

3   are on working through those issues.

4        MR. IRWIN:  We are okay.  It's never easy, but we're

5   okay.  We have a lot of people working on it.

6        THE COURT:  Okay.  Dean, anything on the technology

7   that we need to work on?

8             Anybody have any problems with technology the

9   last time that we could do a better job for you?

10       MR. DAVIS:  We have an issue outstanding on a witness

11  that may appear the same way.  We're working through that.  We

12  are having discussions on that.  Just so the Court is aware, we

13  may have that happen again.

14       THE COURT:  It doesn't present any problem here.  We

15  can deal with it quickly; but if you are going to do that in

16  Mississippi, you have got to give me a little heads-up so I can

17  make sure that we get the equipment either over there or they

18  get the equipment sent to them.

19       MR. DAVIS:  We just need to make sure that the foreign

20  courtroom is clued in so we don't have a problem like we

21  avoided with the last trial.

22       THE COURT:  With Mississippi, give me a heads-up

23  because I may have to fly in some stuff from other places.

24       MR. DAVIS:  The one for this would be a potential

25  New Jersey location.

1    THE COURTROOM MANAGER:  Federal court?

2    MR. DAVIS:  Yes.

3    THE COURT:  Yes, we can do it.

4         Now, it may not have anything to do with it; but

5    my instinct is that there was a difference in the image the

6    last time.  Everybody who testified via deposition, you had a

7    straight shot at them and he or she looked at the cameras.

8    This person was a little away, and he was looking at a screen.

9         Now, you and I know that the screen showed him,

10   the lawyer and the jury and probably the Judge, but I'm not

11   sure the jury knew that that's what it was and they may have

12   thought he was reading it or something from the screen.

13        So if there is a way of having the image with him

14   and have the screen further on, you will have some consistency

15   there.  He just stood out as being different than the others

16   and I don't know whether that's good or bad, but it's just

17   apparent.

18   MR. DAVIS:  I think that's the videographer in the

19   foreign courtroom that will have to be clued in.

20   THE COURT:  It may not be a problem, but my eyes caught

21   a difference and that's something --

22   MR. BIRCHFIELD:  Yes.  It's something we need to attend

23   to.

24   THE COURT:  All right.  So timewise are we looking

25   about two weeks from what you can see?

1    MR. BIRCHFIELD:  Judge, the best I can tell, I think we

2 will be done in two weeks.  I do think that we're probably

3 looking for a little extra time, you know, with our

4 case-in-chief this time.  But probably maybe a day.  And we're

5 still working on this and we're working with some expert

6 schedules; but the way that we have it mapped out now -- I've

7 never had it go the way I mapped it out, but we would probably

8 wrap up on Tuesday.

9    THE COURT:  Okay.  The only input from me on the

10 standpoint of opening, I really had the feeling 45 minutes is

11 enough for jurors.  I think they got bored after that.  So

12 you've got to shorten it.

13    And I'm a little concerned about using exhibits

14 in opening because some of the exhibits were -- a witness'

15 thing and then some comments of what the witness was going to

16 say and that's a problem because it's not in evidence.  Nothing

17 has been there and that's a problem when you say something and

18 if the witness doesn't say it or if the witness says it, but

19 they didn't catch it because they didn't see it -- they saw it

20 the first time, but they just heard it the second time, it can

21 be a little problem.  So we've got to re-think that.

22    You know, I don't have any problem with bullet

23 points.  That's the name of the game these days in opening; but

24 from the standpoint of closing, it's a whole different deal.

25    All right, guys.  We'll start again at 8:30.  I

1    would like to see you-all at 8:00, and we'll work out anything

2    if something comes out in the meantime.

3              I also have some motions *in limine*.  Do I have

4    the answers?

5              THE LAW CLERK:  No.

6              THE COURT:  The responses aren't in yet.

7              MR. BIRCHFIELD:  We will have a pretrial next

8    Wednesday?

9              MR. DAVIS:  Next Wednesday.  I'm starting to pull that

10   together just so you-all know.  I've taken the one that we were

11   doing on the last one and trying to pull it in and so we're

12   going to need inserts.  I'll ship it over to you.

13             MR. IRWIN:  You'll send us a draft?

14             MR. DAVIS:  Yes.

15             MR. IRWIN:  Great.  Thank you.

16             MR. BIRCHFIELD:  I think the target is to get that to

17   you by noon next Tuesday.

18             MR. IRWIN:  It's due on Tuesday, isn't it?

19             MR. DAVIS:  Yes.

20             MR. BIRCHFIELD:  But the Judge had asked for it by

21   noon.

22             MR. IRWIN:  Can you get it to us on Monday, please?

23             MR. DAVIS:  You are going to get it earlier than that.

24             MR. BIRCHFIELD:  I wasn't talking about to you.  I was

25   talking about to the Court.

```
 1          MR. IRWIN:  Oh, okay.

 2          THE COURT:  To the Court, yes.  No, you are going to

 3     get it a couple of days beforehand so you can give them your

 4     input.

 5          MR. DAVIS:  Just don't take forever getting it back to

 6     me.  I know that deal too.

 7          MR. IRWIN:  I've been known to do it.

 8          THE COURT:  Okay.  Is that it?  Anything?

 9               All right, guys.  I'll talk to you next time.

10     Thank you very much for your help.

11          MR. DAVIS:  Thank you.

12               (WHEREUPON, the proceedings were adjourned.)

13                              * * * *

14                       REPORTER'S CERTIFICATE

15               I, Lanie M. Smith, CRR, RPR, Official Court
       Reporter, United States District Court, Eastern District of
16     Louisiana, do hereby certify that the foregoing is a true and
       correct transcript, to the best of my ability and
17     understanding, from the record of the proceedings in the
       above-entitled and numbered matter.

18

19                                 ___/s/ Lanie M. Smith_____
                                      Official Court Reporter
20

21

22

23

24

25
```