# EXHIBIT B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*Earl Humbles v. Janssen Research & Development LLC, et al., Civil Action No. 2:16-cv-10996*

## MOTION FOR SUBSTITUION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Louise Humbles on behalf of decedent Earl Humbles.

1. Earl Humbles filed a products liability lawsuit against defendants on May 19, 2016.

2. Plaintiff Earl Humbles died on June 10, 2016.

3. Earl Humbles's products liability action against defendants survived his death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on August 8, 2016, attached hereto as "Exhibit A".

5. Louise Humbles, surviving spouse of Earl Humbles, is a proper party to substitute for plaintiff-decedent Earl Humbles and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: August 8, 2016            Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115
rabney@lawyerworks.com
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: August 8, 2016                    Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115
rabney@lawyerworks.com
*Attorney for the Plaintiffs*

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*Earl Humbles v. Janssen Research & Development LLC, et al., Civil Action No. 2:16-cv-10996*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

  Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Earl Humbles.

Dated: August 8, 2016      Respectfully submitted,

              /s/ Russell T. Abney_____
              Russell T. Abney, Esq.
              Attorney I.D. No. 000875 (GA)
              FERRER, POIROT & WANSBROUGH
              2603 Oak Lawn Avenue Suite 300
              Dallas, TX 75219
              Telephone: 800.521.4492
              Fax: 866.513.0115
              rabney@lawyerworks.com
              *Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: August 8, 2016                                  Respectfully submitted,

                                                    /s/ Russell T. Abney
                                                  Russell T. Abney, Esq.
                                                  Attorney I.D. No. 000875 (GA)
                                                  FERRER, POIROT & WANSBROUGH
                                                  2603 Oak Lawn Avenue Suite 300
                                                  Dallas, TX 75219
                                                  Telephone: 800.521.4492
                                                  Fax: 866.513.0115
                                                  rabney@lawyerworks.com
                                                  *Attorney for the Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*Earl Humbles v. Janssen Research & Development LLC, et al., Civil Action No. 2:16-cv-10996*

**ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Louise Humbles, as surviving spouse of Earl Humbles, is substituted for Plaintiff Earl Humbles in the above captioned cause.

Dated: _____        _____
                                                                Hon. Eldon E. Fallon
                                                                United States District Court Judge