UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*LOUISE HUMBLES, as Surviving Spouse of EARL HUMBLES v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Civil Action No. 2:16-cv-10996*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Damita Humbles, on behalf of the Estate of Earl Humbles, is substituted for Plaintiff Louise Humbles, as Surviving Spouse of Earl Humbles, in the above captioned cause.

Dated: _____     _____
　　　　　　　　　　　　　　　　　　　Hon. Eldon E. Fallon
　　　　　　　　　　　　　　　　　　　United States District Court Judge