UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ANDREW SILVA ) <br> ) <br> 1:15-CV-00022 ) <br> ) | MDL No. 2592 <br><br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

## ORDER

Upon consideration of Plaintiff's Motion to Substitute Proper Party,

IT IS HEREBY ORDERED that CHRISTOPHER E. SILVA, as surviving sibling and executor to the Estate of ANDREW SILVA, Motion for Substitution as Plaintiff in this action is GRANTED.

New Orleans, Louisiana, this 19th day of May, 2017

_____
UNITED STATES DISTRICT JUDGE