UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 |
| | | SECTION: L |
| | | JUDGE: FALLON |
| | | MAG. JUDGE: NORTH |

*****************************************************

THIS DOCUMENT RELATES TO:
*Sherman v. Janssen Research & Development, LLC, et al; 2:17-CV-03453-EEF-MBN*

### PLAINTIFF HARRY SHERMAN'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Harry Sherman, in the above-referenced action, and by and through his counsel of record hereby files a Motion for Voluntary Dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(2), each party to bear its own costs.

Plaintiff, Harry Sherman, dismisses all claims in this matter WITHOUT prejudice against all Defendants in THIS action only. This dismissal is not intended to affect the lawsuit filed by Brown & Crouppen, P.C. on January 30, 2017 (Civil Action No. 2:17-cv-00768) which is currently pending before the Court. Plaintiff Harry Sherman seeks a voluntary dismissal without prejudice in this action due to dual representation.

Dated: May 23, 2017                                    By: /s/ *Gabriel A. Assaad*

                                                  Gabriel A. Assaad
                                                  gassaad@kennedyhodges.com
                                                  Kennedy Hodges, LLP
                                                  4409 Montrose Blvd, Suite 200
                                                  Houston, TX 77006
                                                  Telephone: (713) 523-0001
                                                  Facsimile: (713) 523-1116

                                                  ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23rd, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: All counsel of record.

/s/ *Gabriel A. Assaad* _____
Gabriel A. Assaad