# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | * * * * * * * | **MDL NO. 2592** <br> **SECTION: L** <br> **JUDGE: FALLON** <br> **MAG. JUDGE: NORTH** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:
*Sherman v. Janssen Research & Development, LLC, et al; 2:17-CV-03453-EEF-MBN*

## ORDER

IT IS ORDERED that Plaintiff's Motion for Voluntary Dismissal without Prejudice is hereby GRANTED and that Plaintiff's claims against all Defendants in *Harry Sherman v. Janssen Research & Development, LLC, et al; 2:17-CV-03453* are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

IT IS FURTHER ORDERED that this dismissal shall not prejudice Plaintiff's parallel lawsuit, *2:17-CV-00768*.

Signed, this _____ day of _____, 2017.

_____
Honorable Eldon E. Fallon
United States District Court Judge