UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| Joseph Orr, Jr., et al. v. Janssen et al. | * | MAG. JUDGE NORTH |
| Case No. 2:15-cv-03708 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE
PLAINTIFFS' SUPPLEMENTAL MEMORANDUM
IN RESPONSE AND OPPOSITION TO DEFENDANTS'
JOINT MOTION IN LIMINE NO. 7 TO EXCLUDE EVIDENCE OR
ARGUMENT THAT THE XARELTO LABEL SHOULD HAVE INCLUDED
INFORMATION ABOUT THE INRATIO DEVICE RECALL USED IN ROCKET AF
OR THAT IS INCONSISTENT WITH FDA'S SEPTEMBER 2016 REANALYSIS
THAT THE RECALL DID NOT IMPACT THE RESULTS OF ROCKET AF**

NOW COME Plaintiffs, who submit that on May 24, 2017, Defendants submitted to the Court a letter regarding objections and designations regarding the INRatio device used in the ROCKET AF. This letter directly relates to the Defendants' Joint Motion *in Limine* No. 7 to Exclude Evidence on argument that the Xarelto Label Should Have Included Information About the INRatio Device Recall used in ROCKET AF [Rec. Doc. 5940] and in order to keep the record clear, it is appropriate for Plaintiffs to file a Supplemental Memorandum in Response and Opposition to Defendants' Joint Motion *in Limine* No. 7 to Exclude Evidence on argument that the Xarelto Label Should Have Included Information About the INRatio Device Recall used in ROCKET AF. Accordingly, Plaintiffs request leave of court to file the attached Plaintiffs' Supplemental Memorandum in Response and Opposition to Defendants' Joint Motion *in Limine*

No. 7 to Exclude Evidence on argument that the Xarelto Label Should Have Included Information About the INRatio Device Recall used in ROCKET AF or That is Inconsistent With FDA's September 2016 Reanalysis That the Recall Did Not Impact the Results of ROCKET AF into the record.

    WHEREFORE movers pray that this motion be GRANTED and that the attached Plaintiffs' Supplemental Memorandum in Response and Opposition to Defendants' Joint Motion *in Limine* No. 7 to Exclude Evidence on argument that the Xarelto Label Should Have Included Information About the INRatio Device Recall used in ROCKET AF or That is Inconsistent With FDA's September 2016 Reanalysis That the Recall Did Not Impact the Results of ROCKET AF be filed into the record.

Dated: May 24 2017            Respectfully submitted,

                                          */s/ Leonard A. Davis*
                                          Leonard A. Davis, Esq. (Bar No. 14190)
                                          **HERMAN, HERMAN & KATZ, LLC**
                                          820 O'Keefe Avenue
                                          New Orleans, Louisiana 70113
                                          Telephone: (504) 581-4892
                                          Facsimile: (504) 561-6024
                                          Email: ldavis@hhklawfirm.com

                                          Gerald E. Meunier (Bar No. 9471)
                                          **GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
                                          2800 Energy Centre, 1100 Poydras Street
                                          New Orleans, LA 70163-2800
                                          Telephone: (504) 522-2304
                                          Facsimile: (504) 528-9973
                                          Email: gmeunier@gainsben.com

                                          *Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 24 2017, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

                          */s/ Leonard A. Davis*
                          **LEONARD A. DAVIS**