UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| | * | JUDGE ELDON E. FALLON |
| *Joseph Orr, Jr., et al. v. Janssen et al.* | * | MAG. JUDGE NORTH |
| Case No. 2:15-cv-03708 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to File Plaintiffs' Supplemental Memorandum in Response and Opposition to Defendants' Joint Motion *in Limine* No. 7 to Exclude Evidence on argument that the Xarelto Label Should Have Included Information About the INRatio Device Recall used in ROCKET AF or That is Inconsistent With FDA's September 2016 Reanalysis That the Recall Did Not Impact the Results of ROCKET AF;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Supplemental Memorandum in Response and Opposition to Defendants' Joint Motion *in Limine* No. 7 to Exclude Evidence on argument that the Xarelto Label Should Have Included Information About the INRatio Device Recall used in ROCKET AF or That is Inconsistent With FDA's September 2016 Reanalysis That the Recall Did Not Impact the Results of ROCKET AF be and is hereby filed into the record.

New Orleans, Louisiana, this ___ day of _____, 2107.

_____
Eldon E. Fallon
United States District Court Judge