UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen, et al. Case No. 2:15-cv-03708 | |

## O R D E R

Considering Defendants' Joint *Ex Parte* Motion for Leave to File Under Seal Defendants' Joint Opposition to Plaintiffs' Motion in *Limine* No. 34 "Concerning the Character Assassination of Frank W. Smart, MD, FACC, FACP",

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Defendants' Joint Opposition to Plaintiffs' Motion in *Limine* No. 34 "Concerning the Character Assassination of Frank W. Smart, MD, FACC, FACP", be and are hereby **FILED UNDER SEAL.**

New Orleans, Louisiana, this  23rd  day of May, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE