**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)          MDL No. 2592
PRODUCTS LIABILITY LITIGATION
                                                          SECTION: L
**This Document Relates To:**
***Joseph Orr, et al. v. Janssen Research &***          JUDGE FALLON
***Development, et al.*; Civil Case No.: 2:15-cv-03708**
                                                          MAG. JUDGE NORTH

**PLAINTIFFS' FIRST AMENDED WITNESS LIST**

NOW COME Plaintiffs, through undersigned counsel, who submit the following First

Amended Witness List for the second bellwether trial (*Orr*):

**Will Call**

Joseph Orr, Jr.
Kim Orr DeAgano
Kelli Orr Walker
Joseph Orr, III.
Frank Smart, M.D.
Peter Liechty, M.D.
Randolph Rice, Ph.D.
Patricia Torr

**May Call:**

Cuong Bui, M.D.
David Kessler, M.D.
Suzanne Parisian, M.D.
Gianluca Cerri, M.D.
Phillip Cuculich, M.D.
Laura Plunkett, Ph.D.
Joachim Ix, M.D.
Jan Rosing, PhD
Edward St. Martin, M.D.
Francisco Cruz, M.D.
Anne Azcuy, M.D.
Elizabeth Mahanna, M.D.
Toby Gropen, M.D.
Terrence Fitzmorris
Gregory Sossaman, M.D.
Karen Bullock

David Richardson
Ronald Bullock II
Sanjay Jalota
Chris Majors

Plaintiffs reserve the right to supplement and amend this list in accordance with the directives of the Court and agreements reached between the parties and to call any witness listed or called by any other party.

Dated:  May 24, 2017                          Respectfully submitted,


/s/ Leonard A. Davis
Leonard A. Davis, Esq. (Bar No. 14190)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com


/s/ Gerald E. Meunier
Gerald E. Meunier (Bar No. 9471)
GAINSBURGH BENJAMIN DAVID MEUNIER
& WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 24, 2017 the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**