# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| RICHARD JOHNSON, | MDL No. 2592 |
| Plaintiff, | Section: L. Judge Fallon |
| | Mag. Judge North |
| v. | Civil Action No. 2:17-cv-02052 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC.; f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG, | |
| Defendants. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff RICHARD JOHNSON, plaintiff in the above-styled case, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby dismisses the above-styled case without prejudice.

[*signatures appear on next page*]

This the 25th day of March, 2017.

**THE DIXON FIRM, PC**

/s/ SK Rod Dixon
SK ROD DIXON
Georgia Bar Number 223395

1349 W. Peachtree Street
Suite 1995
Atlanta, Georgia 30309
404-733-1166
404-478-7240 (fax)
*Attorneys for Plaintiff*

**MICHAEL A. MILLS, PC**

/s/ Michael A. Mills
MICHAEL A. MILLS
Georgia Bar. No. 509720

1349 W. Peachtree Street
Suite 1995
Atlanta, Georgia 30309
404-815-9220
678-317-0956 (fax)
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed NOTICE OF DISMISSAL WITHOUT PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following Defendants of record

Susan M. Sharko
Drinker Biddle & Reath, LLP
600 Campus Drive
Florham Park, NJ 07932
*Attorney for Defendants Janssen Pharmaceuticals, Inc.,*
*Janssen Research & Development, LLC,*
*Janssen Ortho, LLC, and Johnson & Johnson Company*

Andrew Solow
Steven Glickstein
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, New York 10019
*Attorneys for Defendants Bayer Healthcare Pharmaceuticals, Inc. and*
*Bayer Pharma AG*

James B. Irwin
Kim E. Moore
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras St.
Suite 2700
New Orleans, LA 70130
*Liaison Counsel for Defendants*

[*signatures appear on next page*]

This the 25th day of May, 2017.

                            **THE DIXON FIRM, PC**

                            /s/ SK Rod Dixon
                            SK ROD DIXON
                            Georgia Bar Number 223395

                            1349 W. Peachtree Street
                            Suite 1995
                            Atlanta, Georgia 30309
                            404-733-1166
                            404-478-7240 (fax)
                            *Attorneys for Plaintiff*

                            **MICHAEL A. MILLS, PC**

                            /s/ Michael A. Mills
                            MICHAEL A. MILLS
                            Georgia Bar. No. 509720

                            1349 W. Peachtree Street
                            Suite 1995
                            Atlanta, Georgia 30309
                            404-815-9220
                            678-317-0956 (fax)
                            *Attorneys for Plaintiff*