# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| SHARLOTTE ALLEN,  )<br>  )<br>Plaintiff,  )<br>  )<br>  )<br>  )<br>v.  )<br>  )<br>JANSSEN RESEARCH &  )<br>DEVELOPMENT LLC f/k/a JOHNSON  )<br>AND JOHNSON PHARMACEUTICAL  )<br>RESEARCH AND DEVELOPMENT, LLC; )<br> JANSSEN ORTHO LLC; JANSSEN  )<br>PHARMACEUTICALS, INC.; f/k/a  )<br>JANSSEN PHARMACEUTICA INC.  )<br>f/k/a ORTHO-MCNEIL-JANSSEN  )<br>PHARMACEUTICALS, INC.; BAYER  )<br>HEALTHCARE PHARMACEUTICALS, )<br> INC.; BAYER PHARMA AG; BAYER  )<br>CORPORATION; BAYER HEALTHCARE )<br>LLC; BAYER HEALTHCARE AG;  )<br>and BAYER AG,  )<br>  )<br>  )<br>Defendants.  ) | MDL No. 2592<br><br>Section: L. Judge Fallon<br>Mag. Judge North<br><br>Civil Action No.<br>2:17-cv-02051 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff SHARLOTTE ALLEN, plaintiff in the above-styled case, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby dismisses the above-styled case without prejudice.

[*signatures appear on next page*]

This the 25th day of March, 2017.

**THE DIXON FIRM, PC**

/s/ SK Rod Dixon
SK ROD DIXON
Georgia Bar Number 223395

1349 W. Peachtree Street
Suite 1995
Atlanta, Georgia 30309
404-733-1166
404-478-7240 (fax)
*Attorneys for Plaintiff*

**MICHAEL A. MILLS, PC**

/s/ Michael A. Mills
MICHAEL A. MILLS
Georgia Bar. No. 509720

1349 W. Peachtree Street
Suite 1995
Atlanta, Georgia 30309
404-815-9220
678-317-0956 (fax)
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed NOTICE OF DISMISSAL WITHOUT PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following Defendants of record

Susan M. Sharko
Drinker Biddle & Reath, LLP
600 Campus Drive
Florham Park, NJ 07932
*Attorney for Defendants Janssen Pharmaceuticals, Inc.,*
*Janssen Research & Development, LLC,*
*Janssen Ortho, LLC, and Johnson & Johnson Company*

Andrew Solow
Steven Glickstein
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, New York 10019
*Attorneys for Defendants Bayer Healthcare Pharmaceuticals, Inc. and*
*Bayer Pharma AG*

James B. Irwin
Kim E. Moore
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras St.
Suite 2700
New Orleans, LA 70130
*Liaison Counsel for Defendants*

[*signatures appear on next page*]

This the 25th day of May, 2017.

        **THE DIXON FIRM, PC**

        /s/ SK Rod Dixon
        SK ROD DIXON
        Georgia Bar Number 223395

        1349 W. Peachtree Street
        Suite 1995
        Atlanta, Georgia 30309
        404-733-1166
        404-478-7240 (fax)
        *Attorneys for Plaintiff*

        **MICHAEL A. MILLS, PC**

        /s/ Michael A. Mills
        MICHAEL A. MILLS
        Georgia Bar. No. 509720

        1349 W. Peachtree Street
        Suite 1995
        Atlanta, Georgia 30309
        404-815-9220
        678-317-0956 (fax)
        *Attorneys for Plaintiff*