# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| CAROL PAULEY | MAG. JUDGE MICHAEL NORTH |
| Plaintiff, | Civil Action No: 2:16:cv-08694 |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

## **ORDER**

IT IS ORDERED that Plaintiff's Motion for Reinstatement of Case is hereby GRANTED and that Plaintiff's claims against all defendants in *Pauley v. Janssen Research & Development, LLC*, et. al. (2:16-cv-08694) is hereby reinstated.

New Orleans, Louisiana, this \_\_\_24th\_\_\_ day of \_\_\_\_May\_\_\_\_, 2017.

_____
Hon. Eldon E. Fallon
U.S. District Court Judge