UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS:**

*Wanda Smith v. Janssen Research & Development, LLC, et al 2:16-cv-17765*
--------
*Murphy Howard v. Janssen Research & Development, LLC, et al 2:16-cv-17770*
--------
*Gloria Powell v. Janssen Research & Development, LLC, et al 2:16-cv-17771*

## ORDER

This matter came before the Court on Plaintiffs' Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies.

After due consideration, this Court hereby GRANTS Plaintiffs' Motion for an Extension of Time.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that Plaintiffs have until July 1, 2017, to satisfy Plaintiff Fact Sheet Deficiencies.

New Orleans, Louisiana this 24th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE

1