UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :    MDL No. 2592
                                    :
                                    :    SECTION L
                                    :
                                    :    JUDGE ELDON E. FALLON
                                    :
                                    :    MAGISTRATE JUDGE NORTH
                                    :
                                    :

**THIS DOCUMENT RELATES TO:**

*Gene Mumford v. Janssen Research & Development, LLC et al; Civil Action No.: 2:17-cv-01192*

**PROPOSED ORDER**

IT IS ORDERED that the Plaintiff, Gene Mumford's Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG is hereby GRANTED, and that Plaintiffs shall have thirty (30) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this   24th   day of   May   2017.

_____
Hon. Eldon E. Fallon
United States District Judge