## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE:  XARELTO (RIVAROXABAN)**

**PRODUCTS LIABILITY LITIGATION**

**MDL NO. 2592**

**SECTION: L**

**JUDGE ELDON E. FALLON**

**THIS DOCUMENT RELATES TO:**

*Bridget Lynch v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:16-cv-17572**

## ORDER

**IT IS ORDERED** that the [Unopposed] Motion to Substitute James Lynch, as the Representative of the Estate of Bridget Lynch and File Amended Complaint, is hereby **GRANTED**, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA**, this 23rd day of ___May___, 2017.

_____

UNITED STATES DISTRICT JUDGE