UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Joseph Orr, Jr., et al. v. Janssen et al.* Case No. 2:15-cv-03708 | MAGISTRATE NORTH |

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC, for leave to file the unredacted Memorandum in Opposition to Plaintiffs' Motion in Limine No. 32 Concerning Unrelated Litigation, as well as Exhibit A to the Opposition, in the above-captioned matter UNDER SEAL (Rec. Doc. 6552)

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the Exhibits UNDER SEAL.

New Orleans, Louisiana, this 23rd day of May 2017.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE