UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  　　　MDL No. 2592
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　SECTION L

THIS DOCUMENT RELATES TO:  　　　　JUDGE ELDON E. FALLON

*Joseph Orr, Jr., et al. v. Janssen et al.*  　　MAGISTRATE NORTH
Case No. 2:15-cv-03708

### ORDER

Considering the foregoing *Ex Parte* Motion filed by Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research & Development LLC, for leave to file the Memorandum in Opposition to Plaintiffs' Motion in Limine No. 31 Regarding Homeopathic Treatments and Use of Supplements, as well as Exhibits C-H to the Opposition, in the above-captioned matter UNDER SEAL (Rec. Doc. 6554)

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the Memorandum in Opposition and Exhibits UNDER SEAL.

New Orleans, Louisiana, this 23rd day of May 2017.

_____
UNITED STATES DISTRICT JUDGE