UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph Orr, Jr., et al. v. Janssen et al. Case No. 2:15-cv-03708 | MAGISTRATE NORTH |

### ORDER

Considering the foregoing Motion to Expedite Consideration of Defendants' Motion to Quash (Rec. Doc. 6556),

**IT IS ORDERED** that said Motion to Expedite is **GRANTED** and that the Motion will be heard during the Pretrial Conference on May 24, 2017, at 11:00 a.m.

New Orleans, Louisiana, this 23rd day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE

00414696