UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E FALLON |
| | MAG. JUDGE NORTH |

## CASE MANAGEMENT ORDER NO. 2G

The parties have requested that the Court amend Case Management Order (CMO) No. 2A, CMO No. 2C, and CMO No. 2D regarding the schedules for the bellwether trial dates and other deadlines.

In consideration of the parties' request, IT IS ORDERED:

**A.** Paragraph 9c of CMO No. 2E is amended as follows:

**9. Briefing Schedule for Dispositive and *Daubert* Motions Regarding the Bellwether Trials.**

    c. **Briefing Schedule for Dispositive and *Daubert* Motions Regarding the Third (Mingo) Bellwether Trials:**

        i. **Motions and Briefs:** June 7, 2017

        ii. **Response in Opposition Briefs**: July 7, 2017

        iii. **Reply Briefs:** July 17, 2017

        iv. **Hearing and Argument (if necessary):** July 21, 2017

    d. **Briefing Schedule for Dispositive and *Daubert* Motions Regarding the Fourth (Henry) Bellwether Trials:**

        i. **Motions and Briefs:** June 14, 2017

        ii. **Response in Opposition Briefs**: July 14, 2017

       iii.    **Reply Briefs:** July 24, 2017

       iv.    **Hearing and Argument (if necessary):** TBD

B.    All provisions of CMO No. 2, CMO No. 2A, CMO No. 2C, and CMO No. 2D, and CMO No. 2E and CMO 2F other than those amended shall remain unchanged and in full force and effect.

NEW ORLEANS, LOUISIANA this 23rd day of May 2017.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**