UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Joseph Orr, Jr. et al. v. Janssen Research & Development, et al.*, Case No. 2:15-cv-3708 | MAGISTRATE NORTH |

**STIPULATION and ORDER**

NOW INTO COURT, through undersigned counsel, come Plaintiffs Joseph Orr, Jr., Joseph Orr, III, Kelli Orr Walker, and Kim Orr DeAgano, and Defendants, Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG, and Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC (collectively "Parties") who stipulate as follows:

1.

Paragraph II of the Stipulation and Order dated February 6, 2017 (Doc. 5341) is amended as the Parties now stipulate that the only Louisiana Products Liability Act (LPLA) cause of action asserted and reserved by the Plaintiffs in the above-captioned matter is unreasonably dangerous because of inadequate warning, pursuant to La. Rev. Stat. Ann. § 2800.57. All other causes of action under the LPLA are dismissed with prejudice.

2.

The Stipulation and Order dated February 6, 2017 (Doc. 5341) otherwise remains in full force and effect.

**IT IS ORDERED**.

NEW ORLEANS, LOUISIANA, this 24th day of May, 2017.

**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted:

| | |
|---|---|
| **CAPITELLI AND WICKER** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| By: /s/ T. Carey Wicker, III<br>T. Carey Wicker, III<br>Capitelli and Wicker<br>1100 Poydras St., Suite 2950<br>New Orleans, Louisiana 70163<br>Telephone: 504-528-2425<br>tcw@capitelliandwicker.com | By: /s/ Andrew Solow<br>Andrew Solow<br>Steve Glickstein<br>William Hoffman<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8485<br>sglickstein@akps.com<br>*Counsel for Defendants Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG* |
| **NICAUD & SUNSERI, LLC** | **Drinker Biddle & Reath LLP**<br>*A Delaware Limited Liability Partnership* |
| By: /s/ Albert Nicaud<br>Albert Nicaud<br>Nicaud & Sunseri, LLC<br>3000 18th Street<br>Metairie, Louisiana 70002<br>Telephone: 504-837-1304<br>anicaud@nslawla.com<br>*Counsel for Joseph Orr, Jr., Joseph Orr, III, Kelli Orr Walker, and Kim Orr DeAgano* | By: /s/ Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Drive<br>Florham Park, NJ 07932-1047<br>Telephone: (973) 549-7000<br>susan.sharko@dbr.com<br>*Counsel for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC* |

*HERMAN, HERMAN & KATZ, LLC*

By: /s/ *Leonard A. Davis*
Leonard A. Davis (Bar No. 14190)
ldavis@hhklawfirm.com
820 O'Keefe Avenue
New Orleans, LA  70113
Telephone:  (504) 581-4892
*Co-Plaintiffs' Liaison Counsel*

*GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC*

By: /s/ *Gerald E. Meunier*
Gerald E. Meunier (Bar No. 9471)
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
Telephone:  (504) 522-2304
*Co-Plaintiffs' Liaison Counsel*

*IRWIN FRITCHIE URQUHART & MOORE LLC*

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
400 Poydras Street
Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com
*Defendants' Co-Liaison Counsel*

*CHAFFE MCCALL L.L.P.*

By: /s/ *John F. Olinde*
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com
*Defendants' Co-Liaison Counsel*