UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

During the Order to Show Cause Hearing held on January 20, 2017, the following plaintiff was given until March 23, 2017, to serve a Plaintiff Fact Sheet. [Rec. Doc. 5295]. Due to a scheduling change, the plaintiff was subsequently given until April 19, 2017 to serve a Plaintiff Fact Sheet. [Rec. Doc. 6194]. For the reasons set forth on the record during the Order to Show Cause hearing held on April 19, 2017, Counsel in the following case is given until June 28, 2017 to find a representative to pursue plaintiff's claim. Failure to locate a representative to pursue the claim may result in a dismissal of the case with prejudice:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Favis, Frankie | Herman, Herman & Katz, LLC | 2:15-cv-06344 |

New Orleans, Louisiana, on this 24th___ day of __May_____ 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge