UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
THIS DOCUMENT RELATES TO: :
THE CASES LISTED BELOW :
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

## ORDER

During the Order to Show Cause Hearing held on January 20, 2017, the following plaintiffs were given until March 23, 2017, to serve a Plaintiff Fact Sheet. [Rec. Doc. 5295]. Due to a scheduling change, the plaintiffs were subsequently given until April 19, 2017 to serve a Plaintiff Fact Sheet. [Rec. Doc. 6194]. Prior to the Order to Show Cause Hearing held on April 19, 2017, the following plaintiffs served a Plaintiff Fact Sheet. These actions may proceed accordingly:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Chambers, Jefferson | Slater, Slater Schulman, LLP | 2:16-cv-09632 |
| 2. | Ferdman, Basya | Grant & Eisenhofer P.A. | 2:16-cv-01317 |
| 3. | Flood, Jesse | Crumley Roberts | 2:16-cv-10656 |
| 4. | Hamelin, Patricia | Burke Harvey, LLC; Crumley Roberts | 2:16-cv-04271 |
| 5. | Huffman, Leonard | Slater, Slater Schulman, LLP | 2:16-cv-08670 |

New Orleans, Louisiana, on this 24th day of May 2017.

Judge Eldon E. Fallon
United States District Court Judge