UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | | |

## ORDER

During the Order to Show Cause Hearing held on January 20, 2017, the following plaintiffs were given until March 23, 2017, to serve a Plaintiff Fact Sheet. [Rec. Doc. 5295]. Due to a scheduling change, the plaintiffs were subsequently given until April 19, 2017 to serve a Plaintiff Fact Sheet. [Rec. Doc. 6194]. For the reasons set forth on the record during the Order to Show Cause hearing held on April 19, 2017, the following cases are dismissed with prejudice for failure to serve a Plaintiff Fact Sheet:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Ashcraft, James, IV | Matthews & Associates | 2:16-cv-13587 |
| 2. | Foley, George | Herman, Herman & Katz, LLC | 2:15-cv-05834 |
| 3. | Huls, Bernice | Burke Harvey, LLC; Crumley Roberts | 2:16-cv-03658 |
| 4. | Lavergne, Kevin | Burke Harvey, LLC; Crumley Roberts | 2:16-cv-04844 |
| 5. | Moeller, Mark | Nemeroff Law Firm | 2:16-cv-12849 |

New Orleans, Louisiana, on this 24th day of May 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge