UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : | |
| | : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

# ORDER

On November 3, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet [Rec. Docs. 4432; 5294]. During the the Order to Show Cause Hearing held on March 15, 2017, the following Plaintiff was given until April 19, 2017, to serve a Plaintiff Fact Sheet. [Doc. No. 6186]. For the reasons set forth on the record during the Order to Show Cause Hearing held on April 19, 2017, the following case is dismissed with prejudice for failure to serve a Plaintiff Fact Sheet:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Maldonado, Bernardo[1] | Diez-Arguelles & Tejedor, P.A. | 2:15-cv-05194 |

New Orleans, Louisiana, on this 24th day of May 2017.

Judge Eldon E. Fallon
United States District Court Judge

---

[1] Dismissal of this action shall have no effect on Plaintiff Bernardo Maldonado's claim pending in this MDL filed under docket number 2:16-cv-12275.