**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| THIS DOCUMENT RELATES TO: | : | |
| THE CASES LISTED BELOW | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |

<u>ORDER</u>

On November 3, 2017, Defendants filed a Motion for Order to Show Cause Regarding

Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet [Rec. Docs. 4432; 5294].  During the

the Order to Show Cause Hearing held on March 15, 2017, the following Plaintiff was given until

April 19, 2017, to serve a Plaintiff Fact Sheet.  [Doc. No. 6186].  For the reasons set forth on the

record during the Order to Show Cause Hearing held on April 19, 2017, the following Plaintiff

shall be given until June 28, 2017 to serve a Plaintiff Fact Sheet.  Failure to serve a Plaintiff Fact

Sheet by this date may result in dismissal of the case with prejudice:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Estrada, Fidel Zabala | Pro Se – Fidel Zabala Estrada | 2:15-cv-05200 |

New Orleans, Louisiana, on this 24th day of May 2017.

_____

Judge Eldon E. Fallon
United States District Court Judge