UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On January 31, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Docs. 5245; 5285]. During the Order to Show Cause Hearing held on March 15, 2017, the following plaintiffs were given until April 19, 2017, to serve a Plaintiff Fact Sheet. [Doc. No. 6192]. For the reasons set forth on the record during the Order to Show Cause Hearing held on April 19, 2017, the following plaintiff was given until June 28, 2017 to serve a Plaintiff Fact Sheet. Following the April 19th hearing, the plaintiff filed a stipulation to dismiss this case with prejudice. [Doc. No. 6515].

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Ellis, Venecia | Cates Mahoney, LLC | 2:16-cv-13905 |

New Orleans, Louisiana, on this 24th day of May 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge