UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :   MDL No. 2592
                                     :
                                     :   SECTION L
THIS DOCUMENT RELATES TO:            :
THE CASES LISTED BELOW               :
                                     :   JUDGE ELDON E. FALLON
                                     :
                                     :   MAGISTRATE JUDGE NORTH

## ORDER

On January 31, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet [Rec. Docs. 5245; 5285]. During the Order to Show Cause Hearing held on March 15, 2017, the following plaintiffs were given until April 19, 2017, to serve a Plaintiff Fact Sheet. [Doc. No. 6192]. Prior to the Order to Show Cause Hearing held on April 19, 2017, the following plaintiffs served a Plaintiff Fact Sheet. These actions may proceed accordingly:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
| --- | --- | --- | --- |
| 1. | Bryant, Mildred | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-08518 |
| 2. | Hamilton, Johnnie | Stewart & Stewart Attorneys | 2:16-cv-06926 |
| 3. | Leibowitz, Sylvia | Law Offices of Lawrence A. Beckenstein, P.C. | 2:16-cv-12394 |
| 4. | Scioli, Joseph | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-08298 |
| 5. | Todd, Lewis Rodgers | Johnson Becker, PLLC | 2:16-cv-14382 |

New Orleans, Louisiana, on this 24th day of May 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge