UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :   MDL No. 2592
                                     :
                                     :   SECTION L
THIS DOCUMENT RELATES TO:            :
THE CASES LISTED BELOW               :
                                     :   JUDGE ELDON E. FALLON
                                     :
                                     :   MAGISTRATE JUDGE NORTH

## ORDER

On January 31, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Docs. 5245; 5285]. During the Order to Show Cause Hearing held on March 15, 2017, the following plaintiffs were given until April 19, 2017, to serve a Plaintiff Fact Sheet. [Doc. No. 6192]. For the reasons set forth on the record during the Order to Show Cause Hearing held on April 19, 2017, the following cases are dismissed for failure to serve a Plaintiff Fact Sheet:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Armbuster, Jarrod | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 2:16-cv-14297 |
| 2. | Ashby, Sonja (duplicate filer)[1] | Kabateck Brown Kellner, LLP | 2:16-cv-14251 |
| 3. | Butler, Katina | Sanders Law Firm, LLC | 2:16-cv-11924 |
| 4. | Dial, Ruth Elaine | Slater, Slater Schulman, LLP | 2:16-cv-13499 |
| 5. | Dudley, Lucretia | Jacoby & Meyers, LLC; | 2:16-cv-08446 |
| 6. | Duran, Jimmy | Jacoby & Meyers, LLC; | 2:16-cv-08293 |
| 7. | Eades, Phyllis Nadine | Jacoby & Meyers, LLC; The Cochran Firm | 2:1 6-cv-08531 |
| 8. | Gray, Betty | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-09799 |

---

[1] Dismissal of this action shall have no effect on Plaintiff Sonja Ashby's claim pending in this MDL filed under docket number 16-cv-14785.

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 9. | Hall-Peterson, Adris (duplicate filer)[2] | Reich & Binstock | 2:16-cv-12806 |
| 10. | Humber, Timothy | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-10897 |
| 11. | Jackson, Devara | The Schlemmer Firm, LLC | 2:1 6-cv-14352 |
| 12. | Jenkins, Barbara Carol | Matthews & Associates | 2:16-cv-13263 |
| 13. | Kohan, Alice | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-09085 |
| 14. | Kolar, Robert | The Schlemmer Firm, LLC | 2:16-cv-14351 |
| 15. | Legg, Elsie | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-08113 |
| 16. | Levin, Henry | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-10482 |
| 17. | Lower, William (duplicate filer)[3] | Reich & Binstock | 2:16-cv-12801 |
| 18. | Oelze, Charles | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-09968 |
| 19. | Rotolo, Joseph | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:16-cv-10574 |
| 20. | Rowe, Charles | Bernstein Liebhard LLP | 2:16-cv-12206 |
| 21. | Sweetman, Louis | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. | 2:1 6-cv- 10593 |

New Orleans, Louisiana, on this 24th day of May 2017.

Judge Eldon E. Fallon
United States District Court Judge

---

[2] Dismissal of this action shall have no effect on Plaintiff Adris-Hall Peterson's claim pending in PCCP No. 2349 in the Philadelphia Court of Common Pleas, bearing Case No. 160901284.

[3] Dismissal of this action shall have no effect on Plaintiff William Lower's claim pending in PCCP No. 2349 in the Philadelphia Court of Common Pleas, bearing Case No. 160901303.