# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

## ORDER

On March 6, 2017, Defendants filed Motions for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Docs. 5648 and 5660]. Pursuant to the Court's March 15, 2017 Order [Rec. Doc. 5794], the following unresolved cases were to be addressed at Order to Show Cause Hearing held on April 19, 2017. [Rec. Doc. 6190]. For the reasons set forth on the record during the Order to Show Cause Hearing held on April 19, 2017, the following Plaintiffs shall be given until June 28, 2017 to remedy the deficiencies raised in Defendants' Motion. Failure to remedy the deficiencies raised in Defendants' Motion by this date may result in dismissal of the case with prejudice:

**Rec. Docs. 5648 and 5660**

| No. | Xarelto User | Law Firm Name | Docket No. | Reason for Deficiency Notice |
|---|---|---|---|---|
| 1. | Albright, Linda | The Driscoll Firm | 2:16-cv-7131 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

| No. | Xarelto User | Law Firm Name | Docket No. | Reason for Deficiency Notice |
|---|---|---|---|---|
| 2. | Beemen, Thelma L | Levin Papantonio | 2:16-cv-06583 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 3. | Chadwick, Anne | The Driscoll Firm | 2:16-cv-13851 | Failure to provide any Medical Records demonstrating alleged injury |
| 4. | Hodge, Ruth | The Michael Brady Lynch Law Firm | 2:16-cv-15732 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 5. | Koon, Lionel | Kelley & Ferraro LLP | 2:16-cv-13705 | Failure to provide all nine digits of social security number; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 6. | Mcardle, William | Beasley Allen | 2:16-cv-2592 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 7. | Pitts, Moses | Beasley Allen | 2:16-cv-04701 | Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 8. | Pope, Mary | Bernstein Liebhard LLP | 2:16-cv-00463 | Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

New Orleans, Louisiana, on this 24th day of May 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge

2