## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| THIS DOCUMENT RELATES TO: | : | |
| THE CASES LISTED BELOW | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |

## ORDER

On January 5, 2017, and March 6, 2017, Defendants filed Motions for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies.  [Rec. Docs. 4921 and 5085; 5648 and 5660, respectively].  Pursuant to the Court's March 15, 2017 Order [Rec. Doc. 5794], the following unresolved cases were to be addressed at Order to Show Cause Hearing held on April 19, 2017.  [Rec. Doc. 6190].  For the reasons set forth on the record during the Order to Show Cause Hearing held on April 19, 2017, the following Plaintiffs shall be given until June 28, 2017 to remedy the alleged deficiencies raised in Defendants' Motion.  Failure to remedy the alleged deficiencies raised in Defendants' Motion by this date may result in dismissal of the case with prejudice:

### Rec. Docs. 4921 and 5085

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 1. | Mcconnico, Linda R. | Van Wey Law, PLLC | 2:16-cv-10144 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 2. | Mcvay, Vera M | Pro Se – Vera McVay | 2:15-cv-03078 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide month and year for each beginning and end date of use identified; Failure to provide response containing city and state; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information); Medical records provided do not demonstrate alleged injury |
| 3. | Ortiz, Rita | Pro Se – Rita Ortiz | 2:15-cv-00864 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified; Failure to respond to question in Section I (core case information). |

**Rec. Docs. 5648 and 5660**

| No. | Xarelto User | Law Firm Name | Docket No. | Reason for Deficiency Notice |
|---|---|---|---|---|
| 1. | Abbey, Angela | The Michael Brady Lynch Law Firm | 2:16-cv-12317 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 2. | Anconetani, Jacqueline | The Mulligan Law Firm | 2:16-cv-12954 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Xarelto User | Law Firm Name | Docket No. | Reason for Deficiency Notice |
|---|---|---|---|---|
| 3. | Jones, Linda | The Driscoll Firm | 2:16-cv-8774 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 4. | Jones, Regina | Fears \| Nachawati | 2:16-cv-7575 | Medical records provided do not demonstrate alleged injury |
| 5. | Kokernak, Constance | The Driscoll Firm | 2:16-cv-11120 | Medical records provided do not demonstrate alleged injury |
| 6. | Lomboy, Cathy | Andrus Wagstaff | 2:16-cv-13715 | Failure to provide all nine digits of social security number; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 7. | Mcdaniel, Wanda | The Meyer Law Firm | 2:16-cv-07318 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 8. | Mcgee, Claud | The Cochran Firm - Birmingham | 2:16-cv-12536 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (Core Case Information); Response provided does not match Xarelto user identified in complaint |
| 9. | Norris, Carl | The Mulligan Law Firm | 2:16-cv-13257 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 10. | Orgeron, Cynthia | Beasley Allen | 2:16-cv-13322 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Xarelto User | Law Firm Name | Docket No. | Reason for Deficiency Notice |
|-----|--------------|---------------|------------|------------------------------|
| 11. | Payne Grindstaff, Peggy | Johnson Law Group | 2:16-cv-14782 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 12. | Roberts, Mallie | The Driscoll Firm | 2:16-cv-8115 | Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 13. | Sixberry, Carol R | The Mulligan Law Firm | 2:16-cv-12831 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 14. | Smith, Renee | Slater Slater Schulman LLP | 2:16-cv-10116 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 15. | Stubbs, Kristina | Johnson Becker | 2:16-cv-12082 | Failure to respond to question in Section I (Core Case Information); Medical records provided do not demonstrate alleged injury |
| 16. | Thacker, Danny | Johnson Law Group | 2:16-cv-10386 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 17. | Thigpen, Tammie | The Driscoll Firm | 2:16-cv-1017 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

New Orleans, Louisiana, on this 24th day of May 2017.

Judge Eldon E. Fallon
United States District Court Judge