UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ira Preece*          2:16-cv-07599

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff Ira Preece.

Dated: May 25, 2017

                                      Respectfully submitted,

                                      *s/Peyton P. Murphy*
                                      PEYTON P. MURPHY (LA 22125)
                                      2354 S. Acadian Thruway
                                      Baton Rouge, Louisiana 70808
                                      Telephone: (225) 928-8800
                                      Facsimile: (225) 246-8780
                                      Email: peyton@murphylawfirm.com

                                      *s/Todd C. Comeaux*
                                      TODD C. COMEAUX (LA 23453)
                                      4880 Bluebonnet Blvd., Suite A
                                      Baton Rouge, Louisiana 70809
                                      Telephone: (225) 706-9000
                                      Facsimile: (225) 706-9001
                                      Email: tc@comeauxlawfirm.com

                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2017, I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/Peyton P. Murphy*
PEYTON P. MURPHY