UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

## ORDER

On January 5, 2017, and March 6, 2017, Defendants filed Motions for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Docs. 4921 and 5085; 5648 and 5660, respectively]. Pursuant to the Court's March 15, 2017 Order [Rec. Doc. 5794], the following unresolved cases were addressed at Order to Show Cause Hearing held on April 19, 2017. [Rec. Doc. 6190]. For the reasons set forth on the record at the Order to Show Cause Hearing held on April 19, 2017, the following cases are dismissed for failure to resolve the alleged Plaintiff Fact Sheet deficiencies:

**Rec. Docs. 4921 and 5085**

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 1. | Ardie, Andy | Kennedy Hodges, LLP | 2:15-cv-05611 |
| 2. | Arnold, Frances P | Nemeroff Law Firm | 2:16-cv-06780 |
| 3. | Baker, Charles | The Mulligan Law Firm | 2:16-cv-03393 |
| 4. | Baker, Florence | Sanders Phillips Grossman, LLC | 2:15-cv-12079 |
| 5. | Baker, Wendy | Ferrer, Poirot & Wansbrough | 2:16-cv-10857 |
| 6. | Bishop, Ernest | The Michael Brady Lynch Law Firm | 2:16-cv-04225 |
| 7. | Blake, Barbara | Lenze Kamerrer Moss, PLC. | 2:16-cv-13887 |
| 8. | Brown, Allan | The Michael Brady Lynch Law Firm | 2:15-cv-01554 |

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 9. | Caballes, Romeo | Hilliard Munoz Gonzales LLP | 2:15-cv-06476 |
| 10. | Campbell, Charles | The Michael Brady Lynch Law Firm | 2:16-cv-03241 |
| 11. | Cartwright, Milton | Burke Harvey, LLC | 2:15-cv-05477 |
| 12. | Charles, Geraldine | Law Offices of Andre' P. LaPlace | 2:16-cv-09042 |
| 13. | Darby, Yontreal | Kelley & Ferraro LLP | 2:16-cv-13507 |
| 14. | Donnelly, Mary | The Mulligan Law Firm | 2:16-cv-03326 |
| 15. | Etkin, Judy | Law Offices of Andre' P. LaPlace | 2:16-cv-08950 |
| 16. | Gay, Carl P | The Gallagher Law Firm LLP | 2:16-cv-05452 |
| 17. | Hall, Genevieve | The Michael Brady Lynch Law Firm | 2:15-cv-03886 |
| 18. | King, James R | Nemeroff Law Firm | 2:15-cv-04688 |
| 19. | King, Rebecca | John Jewell Pace, A.P.L.C. | 2:16-cv-01458 |
| 20. | Mack, Ella | Morgan & Morgan | 2:16-cv-00532 |
| 21. | Mayberry, Johnnie | Morgan & Morgan | 2:15-cv-01584 |
| 22. | Pierce, Ricky L | Cory Watson | 2:15-cv-04874 |
| 23. | Price, Sharron | Salim-Beasley, LLC | 2:16-cv-01904 |
| 24. | Prochazka, Frank A | Levin Papantonio | 2:16-cv-08265 |
| 25. | Reynolds, Yvette | Ferrer, Poirot & Wansbrough | 2:16-cv-11102 |
| 26. | Ruff, Natalie | The Mulligan Law Firm | 2:15-cv-01625 |
| 27. | Scarborough, Mable | The Mulligan Law Firm | 2:16-cv-02155 |
| 28. | Simms, Bettie | Sarangi Law, LLC | 2:15-cv-06216 |
| 29. | Stanley, Ov | Hilliard Munoz Gonzales LLP | 2:15-cv-06765 |
| 30. | Szady, Rudolph | Law Offices of Andre P. LaPlace | 2:16-cv-08877 |
| 31. | Taylor, Betty | The Gallagher Law Firm LLP | 2:16-cv-11922 |
| 32. | Traylor, Sheri | The Michael Brady Lynch Law Firm | 2:15-cv-04893 |
| 33. | Williams, Jean | The Michael Brady Lynch Law Firm | 2:16-cv-03394 |
| 34. | Wortley, Marjorie | The Michael Brady Lynch Law Firm | 2:15-cv-07128 |

**Rec. Docs. 5648 and 5660**

| No. | Xarelto User | Law Firm Name | Docket No. |
|---|---|---|---|
| 1. | Aguilar, Josefina | Lenze Kamerrer Moss, PLC. | 2:16-cv-06591 |
| 2. | Bain, Cletus | Baron & Budd | 2:16-cv-13150 |
| 3. | Blagmon, Mary | Sanders Phillips Grossman, LLC | 2:15-cv-4727 |
| 4. | Bostad, Wayne | Slater Slater Schulman LLP | 2:16-cv-4485 |
| 5. | Clark, Karla | Childers, Schlueter & Smith LLC | 2:16-cv-09188 |
| 6. | Clay, Robin | Childers, Schlueter & Smith LLC | 2:16-cv-07745 |
| 7. | Evans, Crystal | Ferrer, Poirot & Wansbrough | 2:16-cv-10939 |
| 8. | Flowers, Joseph | Morgan & Morgan | 2:16-cv-11290 |
| 9. | Garland, Kejay | Lenze Kamerrer Moss, PLC. | 2:16-cv-06591 |
| 10. | Gilbert, Tempera | Slater Slater Schulman LLP | 2:16-cv-10636 |
| 11. | Hollier, Sedia | The Driscoll Firm | 2:16-cv-8756 |
| 12. | Hoyt, Thomas | Wexler Wallace LLP | 2:16-cv-13352 |
| 13. | Isabell, James Ellis | The Driscoll Firm | 2:16-cv-13851 |
| 14. | James, Edward R | Baron & Budd | 2:16-cv-13221 |
| 15. | Lavoie, Richard F | Fears | Nachawati | 2:16-cv-12971 |
| 16. | Long, Monica | Slater Slater Schulman LLP | 2:16-cv-9086 |
| 17. | Mccarty, Ray | The Driscoll Firm | 2:16-cv-12273 |
| 18. | Medrano, Susan | The Driscoll Firm | 2:16-cv-11005 |
| 19. | Molock, Talisha | The Driscoll Firm | 2:16-cv-102 |
| 20. | Morris, Sue | Slater Slater Schulman LLP | 2:16-cv-9903 |

| No. | Xarelto User | Law Firm Name | Docket No. |
|---|---|---|---|
| 21. | Odai, Benjamin | Slater Slater Schulman LLP | 2:16-cv-06495 |
| 22. | Orange, Ronnie | The Driscoll Firm | 2:16-cv-13851 |
| 23. | Richardson, Contota | The Driscoll Firm | 2:16-cv-12185 |
| 24. | Rounds, Tanzia | Slater Slater Schulman LLP | 2:16-cv-1727 |
| 25. | Scott, Loren E | Slater Slater Schulman LLP | 2:16-cv-06495 |
| 26. | Settles, Charles | The Gallagher Law Firm LLP | 2:16-cv-14453 |
| 27. | Stafford, Leslie | The Driscoll Firm | 2:16-cv-11044 |
| 28. | Stokes, Dorothy | Stark & Stark | 2:16-cv-07598 |
| 29. | Terrell, Brenda | Baron & Budd | 2:16-cv-10700 |
| 30. | Thomas, Annie | Flint Law Firm, LLC | 2:16-cv-8132 |
| 31. | Thompson, Michael | Slater Slater Schulman LLP | 2:16-cv-7891 |
| 32. | Whitfield, Paul | The Gallagher Law Firm LLP | 2:16-cv-10835 |
| 33. | Wicks, Hattie | The Driscoll Firm | 2:16-cv-13851 |
| 34. | Wright, Donnie | The Driscoll Firm | 2:16-cv-13851 |
| 35. | Young, James | The Driscoll Firm | 2:16-cv-11081 |

New Orleans, Louisiana, on this 24th day of May 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge