**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592**<br>**SECTION L**<br>**JUDGE ELDON E. FALLON**<br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Ira Preece* *2:16-cv-07599*

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Minerva Preece, surviving spouse of Ira Preece, and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure moves to substitute herseld as Plaintiff in this action based on the death of Ira Preece. The death certificate is attached hereto as Exhibit 1. Counsel for defendants do not oppose this Motion.

A Notice and Suggestion of Death was previously filed in this matter on May 25, 2017.

Dated: May 25, 2017

Respectfully submitted,

MURPHY LAW FIRM, LLC

s/*Peyton P. Murphy*

PEYTON P. MURPHY (LA # 22125)
2354 S. Acadian Thwy.
Baton Rouge, LA 70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: peyton@murphylawfirm.com

                                                        s/*Todd C. Comeaux*
                                                        TODD C. COMEAUX (LA # 23453)
                                                        4880 Bluebonnet Blvd., Suite A
                                                        Baton Rouge, LA 70809
                                                        Telephone: (225) 706-9000
                                                        Facsimile: (225) 706-9001
                                                        Email: tc@comeauxlawfirm.com

                                                        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2017, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/*Peyton P. Murphy*
PEYTON P. MURPHY

# EXHIBIT 1

LF
CF D2017-1139

STATE OF MICHIGAN
DEPARTMENT OF COMMUNITY HEALTH
CERTIFICATE OF DEATH
AMENDED: 05/08/2017

STATE FILE NUMBER
519555

DECEDENT

1. DECEDENT'S NAME (First, Middle, Last): Ira Lee Preece
2. DATE OF BIRTH: October 23, 1946
3. SEX: Male
4. DATE OF DEATH: April 21, 2017
5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS:
6a. AGE- Last Birthday (Years): 70
6b. UNDER 1 YEAR: MONTHS / DAYS
6c. UNDER 1 DAY: HOURS / MINUTES
7a. LOCATION OF DEATH: Sparrow Health Systems Sparrow Campus
7b. CITY, VILLAGE OR TOWNSHIP OF DEATH: Lansing
7c. COUNTY OF DEATH: Ingham
8a. CURRENT RESIDENCE - STATE: Michigan
8b. COUNTY: Eaton
8c. LOCALITY: Charlotte
8d. STREET AND NUMBER: 426 West Lovett Street
8e. ZIP CODE: 48813
9. BIRTH PLACE: Tomahawk, Kentucky
10. SOCIAL SECURITY NUMBER: 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
11. DECEDENT'S EDUCATION: 11th Grade
12. RACE: White
13a. ANCESTRY: American
13b. HISPANIC ORIGIN: No
14. EVER IN THE U.S. ARMED FORCES? Yes
15. USUAL OCCUPATION: Drywaller
16. KIND OF BUSINESS OR INDUSTRY: Construction
17. MARITAL STATUS: Married
18. NAME OF SURVIVING SPOUSE: *Minerva Hall

PARENTS

19. FATHER'S NAME (First, Middle, Last): Henry Albert Preece
20. MOTHER'S NAME BEFORE FIRST MARRIED (First, Middle, Last): Mellisa Duton

INFORMANT

21a. INFORMANT'S NAME: Minerva Preece
21b. RELATIONSHIP TO DECEDENT: Wife
21c. MAILING ADDRESS: 426 W. Lovett, Charlotte Michigan 48813

DISPOSITION

22. METHOD OF DISPOSITION: Cremation
23a. PLACE OF DISPOSITION: Crentral Michigan Crematory
23b. LOCATION - City or Village, State: Battle Creek, Michigan
24. SIGNATURE OF MORTUARY SCIENCE LICENSEE: Joshua E. Fleming
25. LICENSE NUMBER: 4501007897
26. NAME AND ADDRESS OF FUNERAL FACILITY: Kempf Family Funeral Homes, Lehman Chapel, 205 N. ElizabethStreet, Bellevue, Michigan 49021

CERTIFICATION

27a. CERTIFIER
☒ Certifying Physician - To the best of my knowledge, death occured due to the cause(s) and manner stated.
☐ Medical Examiner - On the basis of examination, and/or investigation, in my opinion, death occured at the time, date, and place, and due to the cause(s) and manner stated.
Signature and Title: Scot A. Randal, DO
27b. DATE SIGNED: April 26, 2017
27c. LICENSE NUMBER: 11391
28a. ACTUAL OR PRESUMED TIME OF DEATH: 09:30 PM
28b. PRONOUNCED DEAD ON: April 21, 2017
28c. TIME PRONOUNCED DEAD: 09:30 PM
29. MEDICAL EXAMINER CONTACTED: No
30. PLACE OF DEATH: Hospital
31. IF HOSPITAL: ICU
32. MEDICAL EXAMINER'S CASE NUMBER:
33. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER:
34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN: Scot A. Randal, DO, 111 Lansing Road, Ste. 100, Charlotte, Michigan 48813
35a. REGISTRAR'S SIGNATURE: [signature]
35b. DATE FILED: May 04, 2017

CAUSE OF DEATH

36. PART I. ENTER the chain of events - diseases, injuries or complications - that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest or ventricular fibrillation without showing the etiology. Enter only one cause on line.

If diabetes was an immediate, underlying or contributing cause of death be sure to record diabetes in either Part I or Part II of the cause of death section, as appropriate.

IMMEDIATE CAUSE (Final disease or condition resulting in death)

Sequentially list conditions, IF ANY, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| a. | COPD | 15 years |
| b. | DUE TO (OR AS A CONSEQUENCE OF) CHF | 10 years |
| c. | DUE TO (OR AS A CONSEQUENCE OF) | |
| d. | DUE TO (OR AS A CONSEQUENCE OF) | |

PART II. OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I
Diabetes

37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ Yes ☐ Probably ☐ No ☐ Unknown

38. IF FEMALE
☐ Not pregnant within past year
☐ Pregnant at time of death
☐ Not pregnant, but pregnant within 42 days of death
☐ Unknown if pregnant within the past year
☐ Not pregnant, but pregnant 43 days to 1 year before death

39. MANNER OF DEATH: Natural
40a. WAS AN AUTOPSY PERFORMED? No
40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? Not Applicable

MEDICAL EXAMINER

41a. DATE OF INJURY:
41b. TIME OF INJURY:
41c. DESCRIBE HOW INJURY OCCURRED:
41d. INJURY AT WORK:
41e. PLACE OF INJURY:
41f. IF TRANSPORTATION INJURY:
41g. LOCATION:

SP02298390

VRHDS811 (12/12) Authority: MCL 333.2882

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED.

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

**STATE OF MICHIGAN**
**COUNTY OF INGHAM**

I, Barb Byrum, Clerk of the County of Ingham do hereby certify that the foregoing is a true and correct copy of the original thereof on file in said County.

Signed and sealed in Ingham County, Michigan this 8 day of May 2017

Barb Byrum, Ingham County Clerk

by [signature] Deputy Clerk.