UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ira Preece*                                                                                                                                                                                                 *2:16-cv-07599*

**ORDER**

      IT IS ORDERED that the Motion for Substitution of Minerva Preece, surviving spouse of Ira Preece, as the Plaintiff in this action is HEREBY GRANTED.

      New Orleans, Louisiana, this _____ day of _____, 201___.

                                                                                                                                       _____
                                                                                                                         UNITED STATES DISTRICT JUDGE