UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)            :
PRODUCTS LIABILITY LITIGATION           :     MDL No. 2592
                                        :
                                        :     SECTION L
THIS DOCUMENT RELATES TO:               :
THE CASES LISTED BELOW                  :
                                        :     JUDGE ELDON E. FALLON
                                        :
                                        :     MAGISTRATE JUDGE NORTH

# ORDER

On January 5, 2017, and March 6, 2017, Defendants filed Motions for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Docs. 4921 and 5085; 5648 and 5660, respectively]. Pursuant to the Court's March 15, 2017 Order [Rec. Doc. 5794], the following unresolved cases were to be addressed at Order to Show Cause Hearing held on April 19, 2017. [Rec. Doc. 6190]. Prior to the Order to Show Cause Hearing held on April 19, 2017, the following Plaintiffs resolved the alleged deficiencies raised in Defendants' Motion. These actions may proceed accordingly:

**Rec. Docs. 4921 and 5085**

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 1. | Barrington, Patsy | The Michael Brady Lynch Law Firm | 2:16-cv-01434 |
| 2. | Bethea, Carolyn | Ferrer, Poirot & Wansbrough | 2:16-cv-10864 |

**Rec. Docs. 5648 and 5660**

| No. | Xarelto User | Law Firm Name | Docket No. |
|---|---|---|---|
| 1. | Albers, Rodney H | Slater Slater Schulman LLP | 2:16-cv-06692 |
| 2. | Allen, Pauline | The Driscoll Firm | 2:16-cv-11915 |
| 3. | Bailey, Patricia | Gustafson Gluek PLLC | 2:16-cv-14494 |

| No. | Xarelto User | Law Firm Name | Docket No. |
|---|---|---|---|
| 4. | Bates, Roland | The Schlemmer Firm, LLC | 2:16-cv-3946 |
| 5. | Baughman, Emma | Wexler Wallace LLP | 2:16-cv-14171 |
| 6. | Belton, Quennjarrus | Boudreau & Dahl | 2:16-cv-12074 |
| 7. | Bowling, Edith | Beasley Allen | 2:16-cv-9480 |
| 8. | Brown, Gail | The Driscoll Firm | 2:16-cv-9394 |
| 9. | Cohen, Frances | Slater Slater Schulman LLP | 2:16-cv-09636 |
| 10. | Cunningham, John | Slater Slater Schulman LLP | 2:16-cv-9732 |
| 11. | Daughtry, Donna | Wexler Wallace LLP | 2:16-cv-13393 |
| 12. | Dennis, Tina | The Driscoll Firm | 2:16-cv-13851 |
| 13. | Dunning, Mary | Wagstaff & Cartmell, LLC | 2:16-cv-13906 |
| 14. | Forward, Michael | Beasley Allen | 2:16-cv-13472 |
| 15. | Graham, Julie | The Gallagher Law Firm LLP | 2:16-cv-10035 |
| 16. | Holmberg, Robert | The Cochran Firm - Birmingham | 2:16-cv-08555 |
| 17. | Isaac, Kenneth | The Michael Brady Lynch Law Firm | 2:16-cv-14414 |
| 18. | Jones, Cecilia | Slater Slater Schulman LLP | 2:16-cv-06495 |
| 19. | Kahl, James | The Gallagher Law Firm LLP | 2:16-cv-10062 |
| 20. | Kenmure, Ralph | The Driscoll Firm | 2:16-cv-11267 |
| 21. | Long, Marguerite | Kelley & Ferraro LLP | 2:16-cv-13711 |
| 22. | Mackey, Mary | Douglas & London | 2:16-cv-14234 |
| 23. | Morrow, Margaret | The Michael Brady Lynch Law Firm | 2:16-cv-14111 |
| 24. | Pietras, Bernice | Bartimus, Frickleton, & Robertson | 2:16-cv-09320 |

| No. | Xarelto User | Law Firm Name | Docket No. |
|---|---|---|---|
| 25. | Stewart, Lydia | The Michael Brady Lynch Law Firm | 2:16-cv-15629 |
| 26. | Vaughn, Edward | Ferrer, Poirot & Wansbrough | 2:16-cv-08770 |
| 27. | Vertz, David | The Driscoll Firm | 2:16-cv-12229 |
| 28. | Walston, Yvonne | The Driscoll Firm | 2:16-cv-12232 |
| 29. | Woodard, Brittany | The Michael Brady Lynch Law Firm | 2:16-cv-15633 |

New Orleans, Louisiana, on this 24th day of May 2017.

Judge Eldon E. Fallon
United States District Court Judge

3