UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :    MDL No. 2592
                                     :
                                     :    SECTION L
THIS DOCUMENT RELATES TO:            :
THE CASES LISTED BELOW               :
                                     :    JUDGE ELDON E. FALLON
                                     :
                                     :    MAGISTRATE JUDGE NORTH

### ORDER

On January 5, 2017, and March 6, 2017, Defendants filed Motions for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Docs. 4921 and 5085; 5648 and 5660, respectively]. Pursuant to the Court's March 15, 2017 Order [Rec. Doc. 5794], the following unresolved cases were to be addressed at Order to Show Cause Hearing held on April 19, 2017. [Rec. Doc. 6190]. Prior to the Order to Show Cause Hearing held on April 19, 2017, the below listed plaintiffs had agreed to dismiss their claims with prejudice, or, their cases have previously been dismissed by the Court with prejudice:

**Rec. Docs. 4921 and 5085**

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 1. | Rominger, Donald | Kelley & Ferraro LLP | 2:16-cv-14423 |

**Rec. Docs. 5648 and 5660**

| No. | Xarelto User | Law Firm Name | Docket No. |
|---|---|---|---|
| 1. | Alexander, Jo Ann | Hissey Kientz | 2:16-cv-09803 |
| 2. | Amos, Henry | The Driscoll Firm | 2:16-cv-06499 |
| 3. | Crisp, Jean | The Driscoll Firm | 2:16-cv-9714 |

| No. | Xarelto User | Law Firm Name | Docket No. |
|---|---|---|---|
| 4. | Martel, Jenette | The Driscoll Firm | 2:16-cv-9511 |
| 5. | Sims, Harrison | The Driscoll Firm | 2:16-cv-8960 |
| 6. | Turman, Gladys | The Driscoll Firm | 2:16-cv-11052 |

New Orleans, Louisiana, on this 24th day of May 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge