UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION          :   MDL No. 2592
                                       :
                                       :   SECTION L
THIS DOCUMENT RELATES TO:              :
THE CASES LISTED BELOW                 :
                                       :   JUDGE ELDON E. FALLON
                                       :
                                       :   MAGISTRATE JUDGE NORTH

**ORDER**

On April 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Doc. 6011]. For the reasons set forth on the record during the Order to Show Cause Hearing held on April 19, 2017, the following plaintiff shall be given until June 28, 2017 to serve a Plaintiff Fact Sheet. Since the April 19th hearing, the status of these cases may have changed and those changes will be reflected in upcoming Orders. These Orders reflect the status at the end of the April 19th hearing. Failure to serve a Plaintiff Fact Sheet by this date may result in dismissal of the case with prejudice:

| No. | Xarelto User | Plaintiff Counsel | Docket No. |
|---|---|---|---|
| 1. | Barton, Tony Ray | Robert J. DeBry & Associates | 2:16-cv-15904 |
| 2. | Brown, Bobby | Bobby Brown (pro se) | 2:16-cv-14628 |
| 3. | Johnson, Leona | Flint Law Firm, LLC | 2:16-cv-15699 |
| 4. | Thurman, Opal | The Bradley Law Firm | 2:16-cv-15969 |
| 5. | White, Diane | The Bradley Law Firm | 2:16-cv-15971 |

New Orleans, Louisiana, on this 24th day of May 2017.

Judge Eldon E. Fallon
United States District Court Judge