# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| THE CASES LISTED BELOW | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

On April 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Doc. 6011]. Prior to the Order to Show Cause Hearing held on April 19, 2017, the following plaintiffs served a Plaintiff Fact Sheet. These actions may proceed accordingly:

| No. | Xarelto User | Plaintiff Counsel | Docket No. |
|-----|--------------|-------------------|------------|
| 1. | Mayer, Patsy | The Mulligan Law Firm | 2:16-cv-14544 |
| 2. | Peters, Reginal | The Simon Law Firm, P.C. | 2:16-cv-15011 |
| 3. | Salyers, Heather Leigh | Johnson Becker, PLLC | 2:16-cv-14605 |
| 4. | Watts, Bettye | Morgan & Morgan Complex Litigation Group | 2:16-cv-16065 |

New Orleans, Louisiana, on this 24th day of May 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge