UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On April 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Doc. 6011]. The following cases were not addressed during the April 19, 2017 conference and shall be addressed at the Order to Show Cause Hearing to be held on June 28, 2017. Failure to serve a Plaintiff Fact sheet by this date may result in dismissal of the case with prejudice:

| No. | Xarelto User | Plaintiff Counsel | Docket No. |
|---|---|---|---|
| 1. | Dixon, Eleanor B. | The Cochran Firm - Dothan | 2:16-cv-15350 |
| 2. | Hemann, Mary Jo (Duplicate 2) | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 2:16-cv-15208 |
| 3. | Hooks, Terrance | The Schlemmer Firm, LLC | 2:16-cv-15943 |
| 4. | Rice, Vernon | Sofia E. Bruera | 2:16-cv-16021 |
| 5. | Sircy, Jeffrey | The Schlemmer Firm, LLC | 2:16-cv-15942 |

New Orleans, Louisiana, on this 24th day of May 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge