UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On April 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet.  [Rec. Doc. 6011].  For the reasons set forth on the record during the Order to Show Cause Hearing held on April 19, 2017, the following cases are dismissed for failure to serve a Plaintiff Fact Sheet:

| No. | Xarelto User | Plaintiff Counsel | Docket No. |
|---|---|---|---|
| 1. | Creech, Phillip | Morgan & Morgan Complex Litigation Group | 2:16-cv-15741 |
| 2. | Fields, Albert | The Driscoll Firm, P.C. | 2:16-cv-16136 |
| 3. | Miller, Joseph | Slater, Slater Schulman, LLP | 2:16-cv-16129 |
| 4. | Roshuk, Alex T. | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 2:16-cv-16125 |
| 5. | Slark, Pamela | The Driscoll Firm, P.C. | 2:16-cv-16135 |

New Orleans, Louisiana, on this 24th day of May 2017.

Judge Eldon E. Fallon
United States District Court Judge