# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On January 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies.  [Rec. Docs. 4921; 5085].  During the Order to Show Cause Hearing held on March 15, 2017, the following plaintiffs were given until April 19, 2017, to remedy the alleged Plaintiff Fact Sheet deficiencies identified by Defendants. [Rec. Doc. 6188].  Prior to the Order to Show Cause Hearing held on April 19, 2017, the following plaintiffs resolved the alleged deficiencies raised in Defendants' Motion.  These actions may proceed accordingly:

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 1. | Anderson, Chennette | The Driscoll Firm | 2:16-cv-09377 |
| 2. | Balcerzak, Stephen | The Driscoll Firm | 2:16-cv-11933 |
| 3. | Banks, David E | Jim S. Hall & Associates, LLC | 2:15-cv-00041 |
| 4. | Barnes, Joyce | The Driscoll Firm | 2:16-cv-10863 |
| 5. | Barragan, Cecilia | The Driscoll Firm | 2:16-cv-10865 |
| 6. | Bitetto, Gary | The Driscoll Firm | 2:16-cv-11602 |
| 7. | Blaine, John | The Driscoll Firm | 2:16-cv-10873 |
| 8. | Bowling, Georgia | The Driscoll Firm | 2:16-cv-10879 |
| 9. | Bradfield, Glenda Jo | Curtis Law Group | 2:16-cv-06562 |
| 10. | Brannen, Mary | Johnson Law Group | 2:16-cv-03808 |
| 11. | Bray, Margaret | The Driscoll Firm | 2:16-cv-11936 |
| 12. | Broadwell, Linda | The Driscoll Firm | 2:16-cv-12251 |
| 13. | Chuculate, Gwendolyn | The Driscoll Firm | 2:16-cv-09417 |
| 14. | Curtis, Michael | The Driscoll Firm | 2:16-cv-10890 |
| 15. | Cutshall, Perry | The Driscoll Firm | 2:16-cv-12099 |
| 16. | Daniels, Fred | The Driscoll Firm | 2:16-cv-09716 |

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 17. | Dewitt, Robert E | Grant & Eisenhofer | 2:15-cv-03717 |
| 18. | Fowlkes, William | The Driscoll Firm | 2:16-cv-11178 |
| 19. | Gaddis, Bobby | The Driscoll Firm | 2:16-cv-09443 |
| 20. | Garcia, Elba | The Driscoll Firm | 2:16-cv-12107 |
| 21. | Gelerter, Gerald H | Grant & Eisenhofer | 2:15-cv-07173 |
| 22. | Gilchrist, Helen | The Driscoll Firm | 2:16-cv-12261 |
| 23. | Glenn, Mattie | The Driscoll Firm | 2:16-cv-11182 |
| 24. | Gonzalez, Ruben | The Driscoll Firm | 2:16-cv-12114 |
| 25. | Hedrick, Charles | The Driscoll Firm | 2:16-cv-09744 |
| 26. | Hedrick, Walter W | Hilliard Munoz Gonzales LLP | 2:16-cv-00414 |
| 27. | Herrington, David | The Driscoll Firm | 2:16-cv-11780 |
| 28. | Hogg, Felicia | The Driscoll Firm | 2:16-cv-10953 |
| 29. | Howard, Richard B | Boudreau & Dahl | 2:16-cv-12057 |
| 30. | Jefferson, Donald | Curtis Law Group | 2:16-cv-08841 |
| 31. | Jones, Robert | The Driscoll Firm | 2:16-cv-11789 |
| 32. | Kegel, Barbara | The Driscoll Firm | 2:16-cv-12160 |
| 33. | Lamar, Dorothy | The Driscoll Firm | 2:16-cv-11798 |
| 34. | Lambert, Richard | The Driscoll Firm | 2:16-cv-11972 |
| 35. | Lavette, Darrell | The Driscoll Firm | 2:16-cv-10990 |
| 36. | Lee, Angelise | The Driscoll Firm | 2:16-cv-11801 |
| 37. | Linder, James | The Driscoll Firm | 2:16-cv-10994 |
| 38. | Longardner, James | The Driscoll Firm | 2:16-cv-09509 |
| 39. | Malachino, Angela | The Driscoll Firm | 2:16-cv-11978 |
| 40. | Manfre, Irene | The Driscoll Firm | 2:16-cv-12166 |
| 41. | Mcandrew, John | The Driscoll Firm | 2:16-cv-08822 |
| 42. | Mcknight, Kathryn | The Driscoll Firm | 2:16-cv-11358 |
| 43. | Moore, Melissa | The Driscoll Firm | 2:16-cv-11824 |
| 44. | Moran, Laquita | The Driscoll Firm | 2:16-cv-11008 |
| 45. | Oney, Frances | The Driscoll Firm | 2:16-cv-07583 |
| 46. | Paden, Florencia | The Driscoll Firm | 2:16-cv-11028 |
| 47. | Pantone, Lillian | Johnson Law Group | 2:16-cv-10166 |
| 48. | Park, Thomas | The Driscoll Firm | 2:16-cv-11029 |
| 49. | Parsons, Lezette | The Driscoll Firm | 2:16-cv-12176 |
| 50. | Percodani, Joseph | Lenze Kamerrer Moss, PLC. | 2:16-cv-13891 |
| 51. | Pittman, Don | Kelley & Ferraro LLP | 2:16-cv-14411 |
| 52. | Ray, James R | The Talaska Law Firm, PLLC | 2:16-cv-12766 |
| 53. | Rodriguez, Pedro | The Driscoll Firm | 2:16-cv-12189 |
| 54. | Rodriguez, Raul | The Driscoll Firm | 2:16-cv-12286 |
| 55. | Ruiz, Peter | The Driscoll Firm | 2:16-cv-12289 |
| 56. | Salvey, David | The Driscoll Firm | 2:16-cv-12191 |
| 57. | Sang, Victor | The Driscoll Firm | 2:16-cv-11378 |
| 58. | Schiffman, Patricia | The Driscoll Firm | 2:16-cv-12198 |
| 59. | Simmons, Serena | The Driscoll Firm | 2:16-cv-09519 |
| 60. | Stegman, Steven | Simmons Hanly Conroy | 2:15-cv-03604 |

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 61. | Stokes, Robert | The Driscoll Firm | 2:16-cv-09890 |
| 62. | Sutek, Julie | The Driscoll Firm | 2:16-cv-09521 |
| 63. | Sutton, Curtis | Morris Law Firm | 2:16-cv-08705 |
| 64. | Thomas, Jimmie | The Driscoll Firm | 2:16-cv-11899 |
| 65. | Thomas, Stacy | The Driscoll Firm | 2:16-cv-08169 |
| 66. | Toler, Betty | The Driscoll Firm | 2:16-cv-12226 |
| 67. | Vail, Donald | The Driscoll Firm | 2:16-cv-09040 |
| 68. | Wallace, Doris | The Driscoll Firm | 2:16-cv-12011 |
| 69. | Warshauer, Louise | The Driscoll Firm | 2:16-cv-09990 |
| 70. | White, Triesa | The Driscoll Firm | 2:16-cv-11907 |
| 71. | Whitley, Marglee | The Driscoll Firm | 2:16-cv0-9579 |
| 72. | Wilburn, Beatrice | Beasley Allen | 2:16-cv-01755 |
| 73. | Williams, Armer | The Driscoll Firm | 2:16-cv-12239 |
| 74. | Wright, Martha | Lenze Kamerrer Moss, PLC. | 2:16-cv-13894 |
| 75. | Yates, Wilber | The Driscoll Firm | 2:16-cv-12027 |
| 76. | Young, Patricia | The Michael Brady Lynch Firm | 2:16-cv-04565 |
| 77. | Zerbian, Donna | The Driscoll Firm | 2:16-cv-12028 |

New Orleans, Louisiana, on this 24th day of May 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge