UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :     MDL No. 2592
                                     :
                                     :     SECTION L
THIS DOCUMENT RELATES TO:            :
THE CASES LISTED BELOW               :
                                     :     JUDGE ELDON E. FALLON
                                     :
                                     :     MAGISTRATE JUDGE NORTH

## ORDER

On January 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Docs. 4921; 5085]. During the Order to Show Cause Hearing held on March 15, 2017, the following plaintiffs were given until April 19, 2017, to remedy the alleged Plaintiff Fact Sheet deficiencies identified by Defendants. [Rec. Doc. 6188]. For the reasons set forth on the record at the Order to Show Cause Hearing held on April 19, 2017, the following cases are dismissed for failure to resolve the Plaintiff Fact Sheet deficiencies:

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 1. | Atkins, Anthony | The Driscoll Firm | 2:16-cv-06605 |
| 2. | Campbell, Willie | The Mulligan Law Firm | 2:16-cv-13017 |
| 3. | Carlson, Joann | Fears \| Nachawati | 2:15-cv-05113 |
| 4. | Clinkenbeard, Lois | Baron & Budd | 2:16-cv-04610 |
| 5. | Deng, John | Lenze Kamerrer Moss, PLC. | 2:16-cv-13888 |
| 6. | Farria, Bernell | Childers, Schlueter & Smith LLC | 2:16-cv-07776 |
| 7. | Felton, Edwina | The Driscoll Firm | 2:16-cv-09436 |
| 8. | Gatins, Frances | The Mulligan Law Firm | 2:16-cv-13097 |
| 9. | Gravitt, Veatrice | Ferrer, Poirot & Wansbrough | 2:16-cv-10951 |
| 10. | Gray, Glen D | Slater Slater Schulman LLP | 2:16-cv-04531 |
| 11. | Gwynn, Annette | The Driscoll Firm | 2:16-cv-12140 |
| 12. | Harun, Mohammed | The Driscoll Firm | 2:16-cv-11244 |
| 13. | Jackson, Artelia | The Driscoll Firm | 2:16-cv-10957 |
| 14. | Locke, William | The Mulligan Law Firm | 2:16-cv-12818 |
| 15. | Malone, Thomas R | Ferrer, Poirot & Wansbrough | 2:16-cv-11073 |
| 16. | Maloney, Sharon | Andrus Wagstaff | 2:15-cv-06113 |

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 17. | Mason, Isaac | Burns Charest LLP | 2:16-cv-10287 |
| 18. | Mcdaniel, Sherry | The Driscoll Firm | 2:16-cv-11356 |
| 19. | Natt, Willena E. | The Driscoll Firm | 2:16-cv-12173 |
| 20. | Pigg, Emily A | Kabateck Brown Kellner | 2:15-cv-00219 |
| 21. | Presley, Ida | The Driscoll Firm | 2:16-cv-09515 |
| 22. | Ramos, Florencia | Fears | Nachawati | 2:15-cv-04283 |
| 23. | Rodriguez, Yesenia | Sanders Phillips Grossman, LLC | 2:15-cv-04065 |
| 24. | Scott, Kenneth | The Mulligan Law Firm | 2:16-cv-11986 |
| 25. | Simms, Charles | Burns Charest LLP | 2:16-cv-10627 |
| 26. | Smith, John | The Driscoll Firm | 2:16-cv-09885 |
| 27. | Spink, Charlie | The Driscoll Firm | 2:16-cv-12215 |
| 28. | Splichal, Wencel | The Driscoll Firm | 2:16-cv-12294 |
| 29. | Swanson, Donielle | The Driscoll Firm | 2:16-cv-09525 |
| 30. | Tristano, Jewel | Goldberg Weisman Cairo | 2:16-cv-07205 |
| 31. | Valentine, Paul | Fears | Nachawati | 2:15-cv-04336 |
| 32. | Warne, Ralph | The Driscoll Firm | 2:16-cv-11056 |
| 33. | Williams, Burke J | Fears | Nachawati | 2:15-cv-04349 |
| 34. | Wilson, Marlene B | Fears | Nachawati | 2:15-cv-04099 |
| 35. | Woods, John Morgan | Lenze Kamerrer Moss, PLC. | 2:16-cv-13895 |

New Orleans, Louisiana, on this 24th day of May 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge