# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

On January 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Docs. 4921; 5085]. During the Order to Show Cause Hearing held on March 15, 2017, the following plaintiffs were given until April 19, 2017, to remedy the alleged Plaintiff Fact Sheet deficiencies identified by Defendants. [Rec. Doc. 6188]. For the reasons set forth on the record during the Order to Show Cause Hearing held on April 19, 2017, the following Plaintiffs shall be given until June 28, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. Failure to remedy the alleged deficiencies raised in Defendants' Motion by this date may result in dismissal of the case with prejudice:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 1. | Adams, Thomas | Morris Law Firm | 2:16-cv-01668 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing city and state |
| 2. | Albergo, Anthony | The Driscoll Firm | 2:16-cv-06544 | Failure to provide any Medical Records demonstrating alleged injury |
| 3. | Anderson, Roy A. | Van Wey Law, PLLC | 2:16-cv-06584 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 4. | Arndt, Bruce J. | Van Wey Law, PLLC | 2:16-cv-05886 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Medical records provided do not demonstrate alleged injury |
| 5. | Banks, Laura | The Schlemmer Firm, LLC | 2:15-cv-03812 | Failure to respond to question in Section I (core case information) |
| 6. | Blackmon, Don E. | Van Wey Law, PLLC | 2:16-cv-10129 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 7. | Bohlken, George* | Kelley & Ferraro LLP | 2:16-cv-13493 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 8. | Burroughs, Arthur | Van Wey Law, PLLC | 2:16-cv-12121 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 9. | Conley, Mary | The Driscoll Firm | 2:16-cv-09425 | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 10. | Cuahonte, Ronald A. | Van Wey Law, PLLC | 2:16-cv-10132 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 11. | Darna, Henry E. | Van Wey Law, PLLC | 2:16-cv-10138 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

---

* Prior to the Order to Show Cause hearing, the Court had granted an extension of time for Plaintiff to cure the Plaintiff Fact Sheet deficiency until May 3, 2017.

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 12. | Davis, Dorothy I.* | Kelley & Ferraro LLP | 2:16-cv-13509 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information) |
| 13. | Debord, Charles D* | Kelley & Ferraro LLP | 2:16-cv-13510 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 14. | Dickey, Linda D. | Van Wey Law, PLLC | 2:16-cv-12124 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 15. | Edwards, Marilyn | Hodes Milman Liebeck, LLP | 2:16-cv-01865 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing city and state |
| 16. | Hoover, Frederick | Morris Law Firm | 2:16-cv-08714 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 17. | Jankowski, Barbara | Grant & Eisenhofer | 2:16-cv-02099 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified; Medical records provided do not demonstrate alleged injury |
| 18. | January, Emma L. | Van Wey Law, PLLC | 2:16-cv-10140 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 19. | Johnson, Ira W. | Van Wey Law, PLLC | 2:16-cv-10142 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 20. | Klineline, Wilma* | Kelley & Ferraro LLP | 2:16-cv-13704 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 21. | Mcdowell, Silas L. | Van Wey Law, PLLC | 2:16-cv-12125 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 22. | Mcswain, Gloria* | Kelley & Ferraro LLP | 2:16-cv-13736 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 23. | Meer, John D. | Van Wey Law, PLLC | 2:16-cv-10147 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 24. | Norris, Antonia | Curtis Law Group | 2:16-cv-08850 | Failure to respond to question in Section I (core case information); Medical records provided do not demonstrate alleged injury |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 25. | Odle, Robert L. | Van Wey Law, PLLC | 2:16-cv-12129 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 26. | Pascoe, Annmarie | Johnson Law Group | 2:16-cv-00842 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 27. | Reynolds, Johnnie M | Scott, Sevin & Vicknair | 2:15-cv-02427 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide first and last name of patient; Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 28. | Sanders, Betty | Trammell PC | 2:16-cv-00367 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 29. | Shelton, Cuevas* | Kelley & Ferraro LLP | 2:16-cv-14436 | Failure to provide all nine digits of social security number; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide first and last name of each prescribing physician identified |
| 30. | Shoff, Carol* | Kelley & Ferraro LLP | 2:16-cv-14437 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 31. | Smith, Shanna | Johnson Law Group | 2:16-cv-10362 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 32. | Suddreth, Helen N. | Van Wey Law, PLLC | 2:16-cv-10149 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 33. | Warrad, Thabet | The Mulligan Law Firm | 2:16-cv-12026 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 34. | White, Rosemary* | Kelley & Ferraro LLP | 2:16-cv-14488 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 35. | Whiting, Anisia | Van Wey Law, PLLC | 2:16-cv-10153 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 36. | Wiles, Lillian Mae* | Kelley & Ferraro LLP | 2:16-cv-14489 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

New Orleans, Louisiana, on this 24th day of May 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge