UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION         :     MDL No. 2592
                                      :
                                      :     SECTION L
THIS DOCUMENT RELATES TO:             :
THE CASES LISTED BELOW                :
                                      :     JUDGE ELDON E. FALLON
                                      :
                                      :     MAGISTRATE JUDGE NORTH

## ORDER

On January 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Docs. 4921; 5085]. During the Order to Show Cause Hearing held on March 15, 2017, the following plaintiffs were given until April 19, 2017, to remedy the Plaintiff Fact Sheet deficiencies identified by Defendants. [Rec. Doc. 6188]. The following cases were not addressed during the April 19, 2017 conference and shall be addressed at the Order to Show Cause Hearing to be held on June 28, 2017. Since the April 19th hearing, the status of these cases may have changed and those changes will be reflected in upcoming Orders. These Orders reflect the status at the end of the April 19th hearing. Failure to remedy the deficiencies raised in Defendants' Motion by this date may result in dismissal of the case with prejudice:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 1. | Bowes, Kimberly | The Mulligan Law Firm | 2:16-cv-00410 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 2. | Donatelli, Gervasio | Rosenberg & Gluck, LLP | 2:16-cv-09853 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 3. | Dunn, Sandra | Kennedy Hodges, LLP | 2:15-cv-06968 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Medical records provided do not demonstrate alleged injury |
| 4. | Gibson, Larry | Rosenberg & Gluck, LLP | 2:16-cv-09858 | Medical records provided do not demonstrate alleged injury |
| 5. | Gomez, Herbert | The Driscoll Firm | 2:16-cv-11953 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 6. | Grant, Charles | The Mulligan Law Firm | 2:16-cv-03367 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 7. | Haben, Devan | The Mulligan Law Firm | 2:16-cv-11465 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 8. | Kelly, Jewel | The Driscoll Firm | 2:16-cv-10967 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 9. | Knaflich, Janet | The Driscoll Firm | 2:16-cv-10983 | Failure to provide any Medical Records demonstrating alleged injury |
| 10. | Kriedeman, Kent | The Driscoll Firm | 2:16-cv-07498 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 11. | Ladd, Tommy | The Driscoll Firm | 2:16-cv-08777 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Medical records provided do not demonstrate alleged injury |
| 12. | Maye, Shanda | Rosenberg & Gluck, LLP | 2:16-cv-09863 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 13. | Mcbrayer, Doris | The Driscoll Firm | 2:16-cv-11348 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 14. | Ramirez, Maurice | The Mulligan Law Firm | 2:16-cv-12885 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 15. | Tabor, Marlene | The Driscoll Firm | 2:16-cv-09969 | Medical records provided do not demonstrate alleged injury |
| 16. | Thompson, Duane | The Driscoll Firm | 2:16-cv-09981 | Medical records provided do not demonstrate alleged injury |
| 17. | Waddell, Gary | The Driscoll Firm | 2:16-cv-09551 | Medical records provided do not demonstrate alleged injury |

New Orleans, Louisiana, on this 24th day of May 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge