UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION     :   MDL No. 2592
                                  :
                                  :   SECTION L
                                  :
                                  :   JUDGE ELDON E. FALLON
                                  :
_____:  MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

James Freeman

CA# 2:16-cv-15700

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Tammy Freeman, as a surviving daughter of James Freeman, is substituted for Plaintiff James Freeman, in the above captioned cause.

New Orleans, Louisiana this 25th day of May, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge