UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :   MDL No. 2592
                                     :
                                     :   SECTION L
                                     :
                                     :   JUDGE ELDON E. FALLON
                                     :
_____       :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Wyatt Eustis, III

CA# 2:15-cv-2191

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Jan Eustis, on behalf of the Estate of Wyatt Eustis, III, is substituted for Plaintiff Wyatt Eustis, III, in the above captioned cause.

New Orleans, Louisiana this 25th day of May, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge