UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Elizabeth Jarratt v. Janssen Research & Development LLC, et al*

Case No.: 2:16-cv-00234

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Elizabeth Jarratt on May 14, 2016.

Dated: May 25, 2017

                                              Respectfully submitted,
                                              By: /s/ *Barrett Beasley*
                                              Barrett Beasley (#25984)
                                              SALIM-BEASLEY, LLC
                                              1901 Texas Street
                                              Natchitoches, LA 71457
                                              Phone: (800) 491-1817
                                              Fax: (318) 354-1227
                                              bbeasley@salim-beasley.com
                                              Attorney for Plaintiffs

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 25th day of May 2017.

                                                 _/s/ Barrett Beasley_
                                                 Barrett Beasley