UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

**This Document Relates to:**

*LOUISE HUMBLES, as Surviving Spouse of EARL HUMBLES v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Civil Action No. 2:16-cv-10996*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Damita Humbles, on behalf of the Estate of Earl Humbles, is substituted for Plaintiff Louise Humbles, as Surviving Spouse of Earl Humbles, in the above captioned cause.

New Orleans, Louisiana this 25th day of May, 2017.

Hon. Eldon E. Fallon
United States District Court Judge