UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen, et al. Case No. 2:15-cv-03708 | |

**DEFENDANTS' MOTION AND MEMORANDUM
TO WITHDRAW DEFENDANTS'
JOINT MOTION IN LIMINE TO EXCLUDE TESTIMONY
FROM PREVIOUSLY UNDISCLOSED WITNESSES (DOC. 6490)**

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC (collectively, "Defendants") filed a motion *in limine* (Doc. 6490) to exclude any testimony from Dr. Greg Sossaman and Karen Bullock for the reasons stated in the motion. Plaintiffs subsequently agreed to withdraw Dr. Greg Sossaman and Karen Bullock as witnesses and further agreed that they would not call either witness during the trial of this matter. With that agreement and commitment from Plaintiffs, Defendants hereby move to withdraw the Joint Motion *in Limine* (Doc. 6490) on the ground that it is now moot.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Rodney M. Hudson
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Rodney.hudson@dbr.com

Chanda A. Miller
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Chanda.Miller@dbr.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC*

WILKINSON WALSH + ESKOVITZ LLP

By: /s/ *Beth A. Wilkinson*
Beth A. Wilkinson
Jennifer L. Saulino
Jeremy Barber
1900 M. Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonwalsh.com
jsaulino@wilkinsonwalsh.com
jbarber@wilkinsonwalsh.com

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ David E. Dukes*
David E. Dukes
J. Mark Jones
1320 Main Street, 17th Floor
Columbia, SC 29201
Telephone: (803) 799-2000
David.Dukes@nelsonmullins.com
Mark.Jones@nelsonmullins.com

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *Andrew K. Solow*
Andrew K. Solow
Steven Glickstein
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

          BRADLEY ARANT BOULT CUMMINGS LLP

          By: */s/ Kevin C. Newsom*
          Kevin C. Newsom
          Lindsey C Boney IV
          One Federal Place, 1819 Fifth Avenue North
          Birmingham, AL 35203-2119
          Telephone: (205) 521-8803
          knewsom@bradley.com
          lboney@bradley.com

          CHAFFE MCCALL L.L.P.

          By: /s/ *John F. Olinde*
          John F. Olinde
          1100 Poydras Street, Suite 2300
          New Orleans, LA 70163
          Telephone: (504) 585-7241
          olinde@chaffe.com

          *Attorneys for Bayer HealthCare*
          *Pharmaceuticals Inc. and Bayer Pharma AG*

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on the 25th day of May, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system.

          /s/     John F. Olinde