UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen, et al. Case No. 2:15-cv-03708 | |

## O R D E R

Considering Plaintiffs' agreement to withdraw Dr. Greg Sossaman and Karen Bullock as witnesses and Plaintiffs' agreement not to call either of these individuals as witnesses during the trial of this matter, and in further considering Defendants' Motion to Withdraw as now moot,

**IT IS ORDERED** that the Defendants' Joint Motion *in limine* to Exclude Testimony From Previously Undisclosed Witnesses (Doc. 6490) is **WITHDRAWN** as **MOOT**.

New Orleans, Louisiana, this _____ day of May, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE