# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No: 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Judi Munden, Individually and as Administrator of the Estate of Lillie M. Smith, Decedent v. Janssen Research & Development, LLC, et al., 16-17764*

## MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW the Plaintiff, by and through the undersigned counsel, and respectfully moves this Court for an extension of time to satisfy the Plaintiff Fact Sheet Deficiency Deadline to June 23, 2017. The deadline is presently set for May 24, 2017.

In support of their motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. Specifically, Plaintiff's counsel is in the process of attempting to locate Plaintiff in order to complete the Plaintiff Fact Sheet and obtain a signed verification page.

This is Plaintiff's first motion requesting an extension of time. An extension of time is not sought for delay but so that justice may be served.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Plaintiff Fact Sheet Deficiency Deadline until June 23, 2017.

Dated: May 25, 2017

                                        Respectfully submitted,

                                        */s/ Christopher L. Schnieders*
                                        Christopher L. Schnieders, MO 57725
                                        Wagstaff & Cartmell, LLP
                                        4740 Grand Avenue, Suite 300
                                        Missouri City, MO  64112
                                        Phone: (816) 701-1100
                                        Fax:  (816) 531-2372
                                        cschnieders@wcllp.com
                                        **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        This is the 25th day of May, 2017.

                                          */s/ Christopher L. Schnieders*
                                        **Attorney for Plaintiff**