UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** <br> **PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** <br> **SECTION L** <br> **JUDGE ELDON E. FALLON** <br> **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Ira Preece*                                                                                          *2:16-cv-07599*

**ORDER**

IT IS ORDERED that the Motion for Substitution of Minerva Preece, surviving spouse of Ira Preece, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana, this 26th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE