UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
JOSEPH ORR, JR., AS LAWFUL SURVIVING
SPOUSE OF SHARYN ORR
Case No. 2:15-cv-03708

### NOTICE OF DEPOSITION OF TREATING PHYSICIAN, CUONG J. BUI, MD

**PLEASE TAKE NOTICE** that, in accordance with Rules 30 and 34 of the Federal Rules of Civil Procedure, Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson and Johnson will take the deposition upon oral examination of **Cuong J. Bui, MD** on **Thursday, July 7, 2016** commencing at **10:00 am (central standard time)** at **Ochsner Neuro-Critical Care, 1514 Jefferson Highway, Orthopedic Conference Room, 5th Floor, New Orleans, LA 70121.**

The deposition shall be recorded stenographically and by videotape, and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The deposition shall be taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

The deponent shall produce any of the documents and tangible things listed on **Exhibit A**, attached hereto, at the deposition that are in their possession, custody and control. Individuals who


EXHIBIT 5

Orr_Cuong Bui, MD Deposition_00615

have a disability that may need accommodation at the deposition should contact the undersigned seven days prior to the deposition.

Dated:  June 23, 2016                                Respectfully submitted,

KAYE SCHOLER LLP

By: /s/ Andrew K. Solow
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Andrew.Solow@kayescholer.com

*On behalf of Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

DRINKER BIDDLE & REATH LLP

By: /s/ Susan M. Sharko
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@dbr.com

*On behalf of Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson and Johnson*

Orr_Cuong Bui, MD Deposition_00616

## CERTIFICATE OF SERVICE

I hereby certify on June 23, 2016, the foregoing was served electronically and via U.S. Mail to the following:

| | |
|---|---|
| T. Carey Wicker, III, Esquire | Albert Nicaud, Esquire |
| Capitelli and Wicker | Nicaud & Sunseri, LLC |
| 1100 Poydras St., Suite 2950 | 3000 18th Street |
| New Orleans, Louisiana 70163 | Metariei, Louisiana 70002 |
| tcw@capitelliandwicker.com | anicaud@nslawla.com |

*Counsel for Joseph Orr, Jr., as Lawful Surviving Spouse of Sharyn Orr*

Cuong J. Bui, MD
Ochsner Neuro-Critical Care
1514 Jefferson Highway
New Orleans, LA 70121

And electronically to the following in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17:

Brian H. Barr
LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.
bbarr@levinlaw.com
*Plaintiffs' Co-Lead Counsel*

Andy D. Birchfield, Jr.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Andy.Birchfield@BeasleyAllen.com
*Plaintiffs' Co-Lead Counsel*

Gerald E. Meunier
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC
gmeunier@gainsben.com
*Plaintiffs' Co-Liaison Counsel*

Leonard A. Davis
HERMAN HERMAN & KATZ LLC
ldavis@hhklawfirm.com
*Plaintiffs' Co-Liaison Counsel*

Orr_Cuong Bui, MD Deposition_00617

## EXHIBIT A – Document Requests

1. Provide your most current *curriculum vitae* and/or resume.

2. Provide a complete set of medical and treatment records relating to the medical care and treatment of plaintiff that are in your care, custody, possession, or control, including but not limited to office, emergency room, inpatient, outpatient, radiology, and testing records and data.

3. Provide your entire file, however described or maintained, in connection with plaintiff.

4. Provide all documents, tangible things, data, or writing reviewed, relied upon, considered, or rejected by you when you treated and/or formed opinions regarding the treatment of plaintiff.

5. Provide any and all educational materials, counseling materials, or handouts in your possession regarding anticoagulants, including Xarelto, Coumadin, Eliquis, Pradaxa, and Savaysa.

6. Provide any and all correspondence or communications by and between you and the federal Food and Drug Administration or any other federal, state, or local agency relating to anticoagulants.

7. Provide any and all materials in your possession provided by plaintiff or his or her attorneys, including, but not limited to, documents, correspondence, statements, transcripts, and records.

8. Provide all correspondence and communications (both paper and electronic) between you or your representatives and the attorneys representing plaintiff.

9. Provide all correspondence and communications (both paper and electronic) between you or your representatives and any insurance companies or their representatives concerning any claims made by plaintiff or on her behalf for medical treatment or for benefits of any nature including, but not limited to, disability benefits, social security benefits, and veterans administration benefits.

10. Provide all statements or bills rendered for medical services and supplies regarding plaintiff.

11. Provide any other documents relating to this action, including notes, reports, correspondence, and research that you have written, reviewed, considered, or prepared in connection with this litigation or in preparation for this deposition.

12. Provide any and all publications written by, quoting, or otherwise mentioning you that refer or relate in any way to anticoagulants, including all draft papers and manuscripts.