AO 88 (Rev. 12/13) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| IN RE: XARELTO (RIVAROXABAN) LITIGATION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  MDL No. 2592 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Cuong Bui, M.D., Ochsner Medical Legal, 1514 Jefferson Highway, New Orleans, Louisiana 70121

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | United States District Court Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana | Courtroom No.: Room C468, Fourth Floor |
|---|---|---|
| | | Date and Time: 06/01/2017 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/04/2017

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

CLERK OF COURT

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Joseph Orr o/b/o Sharyn Orr (deceased), who issues or requests this subpoena, are:

Gerald E. Meunier, Gainsburgh Benjamin Law Firm, 1100 Poydras Street, Suite 2800, New Orleans, LA 70163, Phone: 504/522-2304; gmeunier@gainsben.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

*[handwritten: check in the amnt of $100 attached — Kendra LaFrance]*

AO 88 (Rev. 12/13) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. MDL No. 2592

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Cuong Bui, M.D.
on *(date)* May 8, 2017

☑ I served the subpoena by delivering a copy to the named person as follows: Cuong Bui, M.D. through Kendra LaFrance, Benson Tower, N.O., La 70113 on *(date)* May 8, 2017

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 8, 2017        Donna Pusateri
                         Server's signature

                         Donna Pusateri / Process Server
                         Printed name and title

                         201 St. Charles Ave, N.O.
                         Server's address

Additional information regarding attempted service, etc.: