
## Ochsner®
Medical Center

**NEUROSURGERY**
Wale A. R. Sulaiman, M.D., Ph.D.
　System Chairman
Cuong J. Bui, M.D.
　Vice Chairman
Roger D. Smith, M.D.
Marcus L. Ware, M.D., Ph.D.
Erin Biro, M.D.
James Kalyvas, M.D.
Daniel Denis, M.D.
Edison P. Valle, M.D.

**NEUROVASCULAR**
James M. Milburn, M.D.
Gabriel Vidal, M.D.
Paul Gulotta, M.D.
Roger Smith, M.D.

**NEURO-ONCOLOGY**
Marcus L. Ware, M.D., Ph.D.
Roger D. Smith, M.D.
Erin Biro, M.D.

**NEURO CRITICAL CARE**
Vivek Sabharwal, M.D.
Ifeanyl Iwuchukwu, M.D.
Harold McGrade, M.D.
Alan Velander, M.D.

**NEURO ENDOCRINOLOGY**
Rajshree Patel, M.D.

**NEURO-ANESTHESIOLOGY**
Logan Emory, M.D., Director
Sabry Khalil, M.D.

**SPINE AND NERVE**
James Kalyvas, M.D.
Daniel Denis, M.D.
Wale Sulaiman, M.D.
Paul Celestre, M.D.
Cuong J. Bui, M.D.

**FUNCTIONAL NEUROLOGY
& MOVEMENT DISORDER**
David J. Houghton, M.D.
Georgia S. Lea, M.D.

**FUNCTIONAL NEUROSURGERY
& PAIN MANAGEMENT**
Erin Biro, M.D.
Roger D. Smith, M.D.
David J. Houghton, M.D.
Georgia S. Lea, M.D.
Hassem Eissa, M.D.
Reda Tolba, M.D.
Gassain Chaiban, M.D.
Maged Guirguis, M.D.
Lesley Lirette, M.D.
Michael Francis, M.D.
Christine Gethers, M.D.

**EPILEPSY SURGERY**
Eugene Ramsay, M.D.
Cuong J. Bui, M.D.
Fawad Khan, M.D.
Thomas Gann, M.D.

**OCHSNER NORTH SHORE**
Sebastian Koga, M.D.
　Division Chairman
Ilias Caralopoulas, M.D.

**MID-LEVEL PROVIDERS**
Stephen Yancovich, PA-C
Alicia Harpole, PA-C
Emily Burke, PA-C
Terry Nguyen, PA-C
Randi Rasberry, PA-C
Caitlin Baker, PA-C
Melanie Oldendorf, PA-C
Stacy Luna, PA-C

May 25, 2017

Emily C. Jeffcott
The Lambert Firm, PLC
701 Magazine St.
New Orleans, LA 70130

Dear Ms. Jeffcott:

Please accept this letter in regard to me being unable to attend the trial for Sharyn Orr on June 1, 2017.

I have four surgeries scheduled that day and cannot attend the trial in person.
I can do a video conference May 31, 2017 at Ochsner Hospital.

Sincerely,

Dr. C.J. Bui, M.D.
Adult & Pediatric Neurosurgery