UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Orr v. Bayer Corp., et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:15-cv-03708 | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the Plaintiffs' Motion to Present Testimony of Dr. Cuong Bui by Prior Videotaped Deposition;

IT IS ORDERED that the motion is GRANTED and that Plaintiffs be authorized to present the trial testimony of Dr. Cuong Bui by prior videotaped deposition.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2017.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

1