# EXHIBIT 1



| | | |
|---|---|---|
| 218 COMMERCE STREET<br>POST OFFICE BOX 4160<br>MONTGOMERY, ALABAMA 36103-4160<br>(334) 269-2343 | BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.<br>————— Attorneys at law<br>(800) 898-2034<br>BEASLEYALLEN.COM | 4200 NORTHSIDE PARKWAY NW<br>BUILDING ONE, SUITE 100<br>ATLANTA, GEORGIA 30327<br>(404) 751-1162 |

Joseph G. VanZandt
Joseph.VanZandt@BeasleyAllen.com

May 10, 2017

**<u>VIA U.S. Mail</u>**
Cuong Bui, MD
1514 Jefferson Hwy
New Orleans, LA 70121

Dear Dr. Bui:

We are the lawyers who represent the plaintiffs in a lawsuit filed on behalf of your former patient, Sharyn Orr, in the Eastern District of Louisiana, in New Orleans, regarding Mrs. Orr's use of Xarelto®. **No claims are made or will be made against you by the parties to this lawsuit.** We write this letter at the direction of the Court on behalf of all the parties to the litigation.

You previously gave deposition testimony in connection with the lawsuit filed on behalf of Mrs. Orr. The trial in this case is scheduled to begin in New Orleans on May 30, 2017 and is expected to last at least through June 9, 2017. We expect that you may be subpoenaed to testify during this trial. We further expect that your testimony should take no longer than half a day. Arrangements will be made to contact you closer to the time of trial to discuss a specific and, to the extent possible, convenient time frame for your testimony. In the interim, we ask that you review the enclosed transcript from your deposition.

If you have any questions, please contact the following individuals who are the lawyers for the plaintiffs:

Kimberly Jemison
kjemison@thelambertfirm.com
504-581-1750

or

Morgan Embleton
membleton@thelambertfirm.com
504-581-1750

If you are represented by counsel, please advise your counsel of this correspondence and your upcoming testimony.

Thank you for your anticipated cooperation.

Sincerely,

Joseph G. VanZandt

cc: Susan Sharko, Counsel for Janssen defendants
James Irwin, Counsel for Janssen defendants
Andrew Solow, Counsel for Bayer defendants
John Olinde, Counsel for Bayer defendants
Jeremy Barber, Counsel for Bayer defendants

JGV/lms
Enclosure