MINUTE ENTRY
FALLON, J.
MAY 24, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*2:15-cv-03708 Joseph Orr, Jr., et al. v. Janssen et al.*

A pretrial conference took place on this date in the Chambers of the Honorable Eldon E. Fallon. Plaintiffs were represented by Lenny Davis, Brian Barr, Gerald Meunier, and Andy Birchfield. Other representatives from the Plaintiffs also attended. Defendants were represented by Beth Wilkinson, David Dukes, John Olinde, and Jim Irwin. Other representatives from the Defendants also attended. The parties discussed the upcoming bellwether trial scheduled to begin Tuesday, May 30, 2017. This status conference was transcribed by Ms. Toni Tusa, Official Court Reporter. Counsel may contact Ms. Tusa at (504) 589-7778 to request a copy of the transcript.

For the reasons fully stated orally during the meeting, **IT IS ORDERED** that Defendants' Motion to Quash (R. Doc. 6277) is **DENIED**. Accordingly, the witness must respond to the subpoena served upon him and proceed to the designated location within the state of Pennsylvania within 100-miles from his residence and place of work, and be available to testify in accordance with Rule 43 of the Federal Rules of Civil Procedure.

JS10(01:00)

2

**IT IS ORDERED** that the parties' joint proposed pretrial order, (Rec. Doc. 6579), is **ACCEPTED** and **ADOPTED**.

**IT IS FURTHER ORDERED** that counsel must report to Chambers no later than 8:00 a.m. on Tuesday, May 30, 2017, prior to the 8:30 a.m. jury trial.