UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| *Joseph Orr, Jr., et al. v. Janssen et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:15-cv-03708 | * * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

**JOINT STIPULATION REGARDING MEDICAL RECORDS AND BILLS**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Joseph Orr, Jr., Joseph Orr, III, Kelli Orr Walker and Kim Orr DeAgano, and Defendants, Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC, (collectively "Parties") who desire to narrow the issues for trial and hereby jointly state and stipulate as follows:

I.

Pursuant to the provisions of LSA-R.S. 13:3714(A), as well as Fed. R. Evid. 803(4), 803(6), 902(8), and 902(11), the medical records and bills identified in Plaintiffs' and Defendants' respective Exhibit Lists and Supplemental Exhibit Lists reflect medical treatment and bills totaling $148,908.25 (comprised of $141,488.25 of medical bills and $7,420.00 for funeral expenses) related to care and treatment of the deceased, Sharyn Orr, and the Parties agree to the authenticity and admissibility of these documents. This agreement extends only to the authenticity and admissibility of the referenced documents.

II.

Except as specified above and in other Joint Stipulations, the Parties reserve all rights and defenses.

1

Dated: May 30, 2017

Respectfully submitted:

| | |
|---|---|
| By: */s/Andy D. Birchfield, Jr.*<br>Andy D. Birchfield, Jr.<br>Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.<br>218 Commerce Street<br>Montgomery, AL 36104<br>Andy.birchfield@beasleyallen.com<br>1-800-898-2034 (tel)<br>334 954 7555 (fax)<br><br>*Counsel for Plaintiffs* | By: */s/Leonard A. Davis*<br>Leonard A. Davis<br>HERMAN, HERMAN & KATZ, LLC<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>Telephone: (504) 581-4892<br>Fax: (504) 561-6024<br>ldavis @hhklawfirm.com<br><br>By: */s/ Gerald E. Meunier*<br>GAINSBURGH BENJAMIN DAVID MEUNIER<br>&WARSHAUER, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Telephone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com<br><br>*Plaintiffs' Liaison Counsel* |

| | |
|---|---|
| By:  /s/*James B. Irwin*<br>James B. Irwin<br>Irwin Fritchie Urquhart & Moore LLC<br>400 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br>jirwin@irwinllc.com<br><br>*Attorney for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC* | *By:*  */s/ Beth A. Wilkinson*<br>Beth A. Wilkinson<br>WILKINSON WALSH+ESKOVITZ LLP<br>1900 M Street NW, Suite 800,<br>Washington, DC 20036<br>Direct: (202) 847-4010<br>Fax: (202) 847-4005<br>bwilkinson@wilkinsonwalsh.com<br><br>/s/*David E. Dukes*<br>David E. Dukes<br>Nelson, Mullins, Riley & Scarborough, LLP<br>Meridian, 17th Floor<br>1320 Main Street<br>Columbia, SC 29201<br>T: 803.255.9451<br>F: 803.256.7500<br>david.dukes@nelsonmullins.com<br><br>*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>                             */s/ Gerald E. Meunier*
>                             **GERALD E. MEUNIER**