UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Mattie Hall v. Janssen Research & Development LLC, et al.*
Civil Action No.: 2:15-cv-01574

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Danny Hall as plaintiff on behalf of his deceased mother, Mattie Hall.

1. Mattie Hall filed a claim against the defendants on March 10, 2015.
2. Subsequently, plaintiff's counsel was notified that Mattie Hall died on February 16, 2017.
3. Mattie Hall's action against the defendants survived her death and was not extinguished.
4. Danny Hall, son of Mattie Hall, is a proper party to substitute for plaintiff-decedent Mattie Hall and has proper capacity to continue the lawsuit on her behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

1

**WHEREFORE**, based on the foregoing, Danny Hall requests that this Court grant his request for substitution as plaintiff in this action.


Dated: May 30, 2017 　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: _/s/ Barrett Beasley_____

　　　　　　　　　　　　　　　　　　　　　　Barrett Beasley (#25984)
　　　　　　　　　　　　　　　　　　　　　　SALIM-BEASLEY, LLC
　　　　　　　　　　　　　　　　　　　　　　1901 Texas Street
　　　　　　　　　　　　　　　　　　　　　　Natchitoches, LA 71457
　　　　　　　　　　　　　　　　　　　　　　Phone: (800) 491-1817
　　　　　　　　　　　　　　　　　　　　　　Fax: (318) 354-1227
　　　　　　　　　　　　　　　　　　　　　　bbeasley@salim-beasley.com
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Substitute has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 30th day of May 2017.

*/s/ Barrett Beasley*
Barrett Beasley