United States District Court

Eastern District of Louisiana

Kimberly Dudek,
Plaintiff

v.                                                                                                  Case Number: 2:16-cv-17995

Janssen Pharmaceuticals and Bayer
HealthCare,
Defendant

## Notice of Withdrawal and Notice of Appearance

I, David B. Vermont, hereby provide this *Notice of Withdrawal and Notice of Appearance* to the Court and request the Clerk's Office to please change within-firm representation as follows:

My firm, Helmsdale Law, LLP (formerly Summit Law, LLP), by David A. Pearlman has made an appearance in the above-entitled action. I request to be substituted as counsel of record for the party on whose behalf the above-named attorney has appeared and further request the court to remove the above-named attorney from the court's service list for this case.

Date: May 30, 2017                                   s/ David B. Vermont
                                                              David B. Vermont
                                                              Helmsdale Law, LLP
                                                              6 Consultant Place, 100A
                                                              Durham, NC 27707
                                                              Direct: (424) 249-7942
                                                              Facsimile: (424) 249-7990
                                                              dvermont@helmsdalelaw.com