United States District Court

Eastern District of Louisiana

Patricia Jarman,
Plaintiff

v.   Case Number: 2:15-cv-05918

Janssen Pharmaceuticals and Bayer HealthCare,
Defendant

Notice of Withdrawal and Notice of Appearance

I, David B. Vermont, hereby provide this *Notice of Withdrawal and Notice of Appearance* to the Court and request the Clerk's Office to please change within-firm representation as follows:

My firm, Helmsdale Law, LLP (formerly Summit Law, LLP), by David A. Pearlman has made an appearance in the above-entitled action. I request to be substituted as counsel of record for the party on whose behalf the above-named attorney has appeared and further request the court to remove the above-named attorney from the court's service list for this case.

Date: May 30, 2017

s/ David B. Vermont
David B. Vermont
Helmsdale Law, LLP
6 Consultant Place, 100A
Durham, NC 27707
Direct: (424) 249-7942
Facsimile: (424) 249-7990
dvermont@helmsdalelaw.com