UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DUANE EUGENE PHILLIPS SR., <br><br>                     Plaintiff, <br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., <br>                     Defendants. <br><br> **This Document Relates to:** <br> **No. 2:16-cv-14303** | MDL NO. 2592 <br><br> SECTION:  L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

## MOTION TO SUBSITUTE PARTY PLAINTIFF

The undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Plaintiff Duane Eugene Phillips Sr. with Rebecca Valois, his daughter and personal representative of his estate.

1. A products liability lawsuit was filed on behalf of Duane Phillips Sr. against defendants on August 30, 2016.

2. This complaint was filed to protect client's statute of limitations, as the client was unable to be reached. Subsequently, Plaintiff's counsel learned that Duane Phillips had died.

3. Plaintiff filed a suggestion of death on May 26, 2017, attached hereto as "Exhibit 1."

4. Rebecca Valois, surviving daughter of Duane Phillips, is a proper party to substitute for decedent Duane Phillips and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of by the decedent's successor or representative." Attached is an order appointing Rebecca Valois as the personal representative for the estate of Duane Phillips Sr. ("Exhibit 2").

WHEREFORE, counsel for Plaintiff requests that this court grant this request to substitute party plaintiff in this action and an order entered substituting Rebecca Valois, personal representative of the estate of Duane Phillips Sr., as the named party in place of Duane Phillips Sr.

Dated: May, 30, 2017　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ Alexandra W. Robertson, Esq.
　　　　　　　　　　　　　　　　　　　　Alexandra W. Robertson (MN 0395619)
　　　　　　　　　　　　　　　　　　　　Johnson Becker, PLLC
　　　　　　　　　　　　　　　　　　　　444 Cedar Street, Suite 1800
　　　　　　　　　　　　　　　　　　　　St. Paul, MN 55101
　　　　　　　　　　　　　　　　　　　　Telephone: (612) -436-1886
　　　　　　　　　　　　　　　　　　　　Fax: (612) -436-1801
　　　　　　　　　　　　　　　　　　　　Email: ARobertson@JohnsonBecker.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Alexandra Robertson, certify that on May 30, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ Alexandra W. Robertson, Esq.
Alexandra W. Robertson
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1886
Fax: (612) -436-1801
Email: ARobertson@JohnsonBecker.com

*Counsel for Plaintiff*