# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DUANE EUGENE PHILLIPS SR.,<br><br>              Plaintiff,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br>              Defendants.<br><br>**This Documents Relates to:**<br>**No. 2:16-cv-14303** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff Duane Phillips Jr. on April 5, 2016.

Dated: May, 26, 2017                               Respectfully submitted,

                                                              By: /s/ Alexandra W. Robertson, Esq.
                                                              Alexandra W. Robertson (MN 0395619)
                                                              Johnson Becker, PLLC
                                                              444 Cedar Street, Suite 1800
                                                              St. Paul, MN 55101
                                                               Telephone: (612) -436-1886
                                                              Fax: (612) -436-1801
                                                              Email: ARobertson@JohnsonBecker.com

                                                             *Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I, Alexandra Robertson, certify that on May 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    By: /s/ Alexandra W. Robertson, Esq.
Alexandra W. Robertson
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1886
Fax: (612) -436-1801
Email: ARobertson@JohnsonBecker.com

*Counsel for Plaintiff*