# EXHIBIT 2

IN THE CIRCUIT COURT NO. 1 FOR CLARK COUNTY
STATE OF INDIANA

IN THE MATTER OF THE UNSUPERVISED ADMINISTRATION
OF THE ESTATE OF DUANE EUGENE PHILLIPS, DECEASED.

CASE NUMBER: 10C01-1612-EU- 179

## CERTIFIED ADMINISTRATRIX'S LETTERS OF ADMINISTRATION

This is to certify that Letters Of Administration for the Estate of Duane Eugene Phillips, late of Clark County, deceased, who died April 5, 2016, intestate, are hereby granted to Rebecca Valois, and the said Rebecca Valois, as Administratrix, having qualified and not having to give bond as such Administratrix, is duly authorized to take upon herself the unsupervised administration of the Estate of Duane Eugene Phillips, according to law.

Witness my hand and the seal of said Court, this 16th day of December, 2016.

*Susan Popp*
CLERK OF CLARK COUNTY COURTS