# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DUANE EUGENE PHILLIPS SR., <br><br> Plaintiff, <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., <br><br> Defendants. <br><br> **This Document Relates to:** <br> **No. 2:16-cv-14303** | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

## **PROPOSED ORDER**

The Court, after considering the Plaintiff's motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious, It is therefore ORDERD THAT: Plaintiff Rebecca Valois, as surviving daughter and personal representative of the estate of Duane Phillips Sr., is substituted for Plaintiff Duane Phillips Sr. in the above captioned case.

Dated: _____

_____

**HON. ELDON E. FALLON**

United States District Court Judge