# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DUANE EUGENE PHILLIPS SR., <br><br> Plaintiff, <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., <br><br> Defendants. <br><br> **This Document Relates to:** <br> **No. 2:16-cv-14303** | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on May 30, 2017 at 2:30 PM or as soon after as may be heard, Plaintiff, will bring a Motion to Substitute Party Plaintiff for submission before the honorable Judge Eldon E. Fallon at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated: May, 30, 2017             Respectfully submitted,

                                                   By: /s/ Alexandra W. Robertson, Esq.
                                                   Alexandra W. Robertson (MN 0395619)
                                                   Johnson Becker, PLLC
                                                   444 Cedar Street, Suite 1800
                                                   St. Paul, MN 55101
                                                   Telephone: (612) -436-1886
                                                   Fax: (612) -436-1801
                                                   Email: ARobertson@JohnsonBecker.com

                                               *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Alexandra Robertson, certify that on May 30, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ Alexandra W. Robertson, Esq.
Alexandra W. Robertson
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1886
Fax: (612) -436-1801
Email: ARobertson@JohnsonBecker.com

*Counsel for Plaintiff*