United States District Court

Eastern District of Louisiana

Celeste Klopfenstein,
Plaintiff

v.                                                                      Case Number: 2:16-cv-17272

Janssen Pharmaceuticals and Bayer
HealthCare,
Defendant

Notice of Withdrawal and Notice of Appearance

I, David B. Vermont, hereby provide this *Notice of Withdrawal and Notice of Appearance* to the Court and request the Clerk's Office to please change within-firm representation as follows:

My firm, Helmsdale Law, LLP (formerly Summit Law, LLP), by David A. Pearlman has made an appearance in the above-entitled action. I request to be substituted as counsel of record for the party on whose behalf the above-named attorney has appeared and further request the court to remove the above-named attorney from the court's service list for this case.


Date: May 30, 2017                              s/ David B. Vermont
                                                David B. Vermont
                                                Helmsdale Law, LLP
                                                6 Consultant Place, 100A
                                                Durham, NC 27707
                                                Direct: (424) 249-7942
                                                Facsimile: (424) 249-7990
                                                dvermont@helmsdalelaw.com