# EXHIBIT B

**Garcia, Claudia V.**

| | |
|---|---|
| **Subject:** | FW: Activity in Case MDL No. 2592 IN RE: Xarelto (Rivaroxaban) Products Liability Litigation |

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Tuesday, April 04, 2017 7:34:49 AM (UTC-08:00) Pacific Time (US & Canada)
**To:** JPMLCMDECF@jpml.uscourts.gov
**Subject:** Activity in Case MDL No. 2592 IN RE: Xarelto (Rivaroxaban) Products Liability Litigation

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 4/4/2017 at 10:34 AM EDT and filed on 4/4/2017
**Case Name:** IN RE: Xarelto (Rivaroxaban) Products Liability Litigation
**Case Number:** MDL No. 2592
**Filer:**
**Document Number:** 1180(No document attached)

**Docket Text:**

**\*\*\*TEXT ONLY NOTICE\*\*\***

**NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-145)** *re: pldg.* **(1 in CAC/2:17-cv-02472, 1 in CAC/2:17-cv-02509, [1179] in MDL No. 2592)**

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
**Oppositions due on or before 4/11/2017.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/4/2017.**

**Associated Cases: MDL No. 2592, CAC/2:17-cv-02472, CAC/2:17-cv-02509 (DP)**

| | |
|---|---|
| **Case Name:** | Edward Davidson v. Janssen Research and Development, LLC et al |
| **Case Number:** | CAC/2:17-cv-02509 |

**Filer:**

**Document Number:** 2(No document attached)

**Docket Text:**

**\*\*\*TEXT ONLY NOTICE\*\*\***

**NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-145)** *re: pldg.* **(1 in CAC/2:17-cv-02472, 1 in CAC/2:17-cv-02509, [1179] in MDL No. 2592)**

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
**Oppositions due on or before 4/11/2017.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/4/2017.**

**Associated Cases: MDL No. 2592, CAC/2:17-cv-02472, CAC/2:17-cv-02509 (DP)**

| | |
|---|---|
| **Case Name:** | Nina Babayan v. McKesson Corporation et al |
| **Case Number:** | CAC/2:17-cv-02472 |

**Filer:**

**Document Number:** 2(No document attached)

**Docket Text:**

**\*\*\*TEXT ONLY NOTICE\*\*\***

**NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-145)** *re: pldg.* **(1 in CAC/2:17-cv-02472, 1 in CAC/2:17-cv-02509, [1179] in MDL No. 2592)**

**BRIEFING SCHEDULE IS SET AS FOLLOWS:**
**Oppositions due on or before 4/11/2017.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 4/4/2017.**

**Associated Cases: MDL No. 2592, CAC/2:17-cv-02472, CAC/2:17-cv-02509 (DP)**

**MDL No. 2592 Notice has been electronically mailed to:**

**Leonard A. Davis**     ldavis@hhklawfirm.com**,** **lflemming@hhkc.com,** **rvalenti@hhklawfirm.com**

**Gerald Edward Meunier**     gmeunier@gainsben.com

**James B. Irwin**     jirwin@irwinllc.com

**MDL No. 2592 Notice will not be electronically mailed to:**

**CAC/2:17-cv-02509 Notice has been electronically mailed to:**

**Susan M. Sharko**     susan.sharko@dbr.com

2

Rodney Michael Hudson     rodney.hudson@dbr.com, Alldrila@dbr.com, Rodney.hudson@dbr.com

Lee Jackson     ljackson@mjfwlaw.com

Jonathan Paul Staffeldt     jstaffeldt@milsteinadelman.com

Daryl Daly     daryl.daly@dbr.com

CAC/2:17-cv-02509 Notice will not be electronically mailed to:

Bayer AG
Werk Leuerkusen
51368 Leuerkusen

Germany

Bayer Corp.
100 Bayer Road
Pittsburgh, PA 15205

Bayer HealthCare LLC
100 Bayer Blvd
Whippany, NJ 07981

Bayer HealthCare Pharmaceuticals Inc.
100 Bayer Blvd
Whippany, NJ 07981

Bayer Healthcare AG
CHEMPARK Leverkusen
Zentraler Besucherempfang
Kaiser-Wilheml-Allee
Leverkusen, D-51368,
Germany

Bayer Pharma AG
Attn: Eva Gardyan - Eisenlohr General Counsel
Muellerstrasse 178
D-13353 Berlin

Germany

McKesson Corp.
One Post Street
Floor 35th
San Francisco, CA 94104

CAC/2:17-cv-02472 Notice has been electronically mailed to:

Rodney Michael Hudson     rodney.hudson@dbr.com, Alldrila@dbr.com, Rodney.hudson@dbr.com

**Daryl Daly**     daryl.daly@dbr.com

**Nareg Sarkis Kitsinian**     nareg@kitsinianlaw.com

**CAC/2:17-cv-02472 Notice will not be electronically mailed to:**

**McKesson Corp.**
**One Post Street**
**Floor 35th**
**San Francisco, CA 94104**