

**In Re: Xarelto (Rivaroxaban) Products Liability Litigation (MDL-2592)**

**Opinion of Frank W. Smart, MD, FACC, FACP**
**October 14, 2016**

**Background and Qualifications:**

I am a cardiologist currently serving as Professor of Medicine and the Chief of Cardiology at the Louisiana State University School of Medicine in New Orleans.  I am board certified in general cardiology and the specialty of heart failure, mechanical circulatory support, and cardiac transplantation.  My certification is through the American Board of Internal Medicine and expires in 2020. My Curriculum Vitae is included for review and attached as Appendix A.

I have been in practice since 1991 and I routinely see and care for patients with a multitude of cardiac abnormalities including atrial fibrillation.  I am active in clinical and translational research in cardiovascular medicine, and teach medical students, residents, and cardiology fellows as part of my responsibility as a Professor of Medicine at LSU School of Medicine.

I am a lecturer on cardiovascular topics nationally and internationally and I have consulted with biopharmaceutical companies on the development of drugs to treat congestive heart failure.

**Methodology:**

In forming my opinion set forth within, I reviewed multiple publications on new oral anticoagulants (NOACs) and their use in atrial fibrillation and other indicated and non-indicated conditions.  These papers were generated as part of multiple PubMed searches of the scientific literature. My opinion is also based on personal experience with prescribing Xarelto and other NOACs, as well as warfarin to my patients with non-valvular atrial fibrillation, deep vein thrombosis, (DVT); and pulmonary embolus, (PE). Additionally, I have reviewed internal company documents that were provided to me as part of the Rivaroxaban product liability litigation. The list of materials considered is listed in Appendix B. Also attached to this report is a list of prior testimony and fee schedule in this matter as Appendix C. All of the opinions set forth in my report are stated to a reasonable degree of medical certainty. I reserve the right to supplement my opinions in the event that new information becomes available.

Department of Internal Medicine – Section of Cardiology
533 Bolivar Street, Box CSRB 3-42, New Orleans, LA 70112
phone 504.568.2718, fax 504.568.2147  website www.lsuhsc.edu

**Summary of My Opinions:**

1.  Atrial fibrillation is the most common arrhythmia in the United States, and is predicted to affect nearly 6 million Americans by 2017.  This common disease is associated with advancing age, hypertension, other structural heart diseases, and obstructive sleep apnea.  Atrial fibrillation results in increased risk of thromboembolic stroke when stagnant blood in the left atrium forms a clot and is ejected from the heart to one of the arteries of the brain.  The use of systemic anticoagulants will reduce the risk of embolic stroke in atrial fibrillation.  Warfarin, and antagonist to vitamin K, is the gold standard agent which has been used to reduce the risk of embolic stroke.

Patients are assessed for their risk of thromboembolic stroke using the $CHA_2DS_2$-VASc scoring system which takes into account, among other factors, the patient's age, sex, prior stroke history, and other risk factors.  Such a scoring system is necessary when treating patients with anticoagulants because while anticoagulation is effective to reduce embolic stroke, there is a significant trade-off of increased bleeding risk.  This is particularly true in elderly patients who have diminished ability to metabolize drugs, and frequently have more comorbid illnesses that require other medications which also may interact with systemic anticoagulants.

2. New Oral Anticoagulants, (NOACs) were first approved by the FDA for clinical use in October 2010 when the direct thrombin inhibitor Dabigatran, (Pradaxa) was released. Later, oral factor Xa inhibitors were released for non-valvular afib and DVT/PE indications. Currently Xarelto (Rivaroxaban), Eliquis (Apixaban), and Savaysa (Endoxaban) are released in the United States for the above indications. This report will focus on the reduction of ischemic stroke in patients with non-valvular atrial fibrillation.  Of all the currently available new oral anticoagulants, Rivaroxaban has the narrowest therapeutic index, which means slight variations in the dose or patient characteristics can have significant results in whether the patient is over or under anticoagulated.  This is because of multiple characteristics of Rivaroxaban and its metabolism, but particularly because of the high dose required to attain a once daily dosing schedule. The FDA made a similar observation in the November 2011 FDA Summary Review (approving the SPAF indication), by stating: "The half-life of rivaroxaban is less than 12 hours (resulting in trough serum concentrations less than 25% of peak concentrations when administered once a day) so we suggested that administering XARELTO twice a day might result in better outcomes." (FDA Summary Review, NDA 202439) The figure below from the Canadian Journal of Cardiology Vol. 29 Issue 7 Supplement; July 2013 demonstrates the excessive amount of anticoagulation that results from higher doses of Rivaroxaban to attain a once daily dosing regimen. The shaded area of each graph is the $C_{trough}$ which is the range of anticoagulation that will reduce thromboembolic stroke but is not associated with increased bleeding.  In Xarelto this $C_{trough}$ is not well defined so graph B shaded area is the 5%-95% confidence area of $C_{trough}$ from the ROCKET-AF study. The colored lines represent different patient characteristics such as kidney function, age, and other drugs used at the same time as Dabigatran, Rivaroxaban, and Apixaban.

Department of Internal Medicine – Section of Cardiology
533 Bolivar Street, Box CSRB 3-42, New Orleans, LA 70112
phone 504.568.2718, fax 504.568.2147  website www.lsuhsc.edu



Graph A and C have two smaller humps since Dabigatran and Apixaban are dosed twice daily. Rivaroxaban has one large hump since the marketed and approved dosing schedule is once daily. The graphic representation of the concentration of each drug in the blood stream is proportional and the distance above the shaded $C_{trough}$ is also proportional.

3.  Xarelto is marketed to physicians and patients as a once daily drug, and this dosing schedule is heralded as superior to other NOACs because of improved compliance with the medication and ease of administration. However, Xarelto is a highly variable drug with respect to liver and kidney breakdown. The package label currently breaks down renal function into 3 groups of patients.  Those with

Department of Internal Medicine – Section of Cardiology
533 Bolivar Street, Box CSRB 3-42, New Orleans, LA 70112
phone 504.568.2718, fax 504.568.2147  website www.lsuhsc.edu

theoretically "normal" renal function and GFR greater than 50 are supposed to be given 20mg of Xarelto daily. Those with moderately impaired renal function and GFR between 15 and 49 are supposed to be given 15mg Xarelto daily; and those with severely impaired renal function and a GFR less than 15 are advised to not receive Xarelto.  Based on the current FDA labeling a patient with a GFR of 14 should not get Xarelto because of excessive bleeding risk, but a patient with a GFR of 20, (a very small difference in renal function) should receive 15mg daily. In order to maintain an anticoagulated state at hour 24 a very high level of anticoagulation is required at hour 2 (whether on the 20 mg dose for normal renal function or the 15 mg dose for reduced renal function). It is unreasonable to assume that all people in this group of older individuals with a number of comorbid illnesses take the full 15 mg per day dose of Xarelto and not have significant exposure to increased bleeding risk. The same can be said for those patients who take the 20 mg dose. This is particularly true when they are taking other medications that even minimally alter the breakdown of Xarelto.

4.  Xarelto because of the above-mentioned issues is the worst in its class of new oral anticoagulants with respect to bleeding risk, and it is also the worst in its class with respect to thromboembolic stroke prevention when compared to warfarin. In their Phase 3 clinical trial programs for SPAF, both Pradaxa and Eliquis were able to achieve superiority with respect to stroke prevention. In addition, Eliquis was able to establish superiority with respect to major bleeding events. Xarelto, on the other hand, was unable to beat poorly controlled warfarin with respect to either endpoint. This observation has been confirmed in numerous real-world epidemiology studies. (Graham, et al. 2016; Lip, et al. 2016; Yao, et al. 2016; Larsen, et al. 2016; Lip, et al. 2012; Schneeweiss, et al. 2012; Miller, et al. 2012; Granger, et al. 2011; Patel, et al. 2011; Connolly, et al. 2009)

Even Xarelto's manufacturer acknowledged internal correspondence noting that the principal investigator of ROCKET, now the Commissioner of the FDA, Dr. Robert Califf's "interpretation is that Rivaroxaban appears to be the least favored option." (XARELTO_JANSSEN_00207793)

5.  *Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared With Vitamin K Antagonist for Prevention of Stroke and Embolism Trial in Atrial Fibrillation* (ROCKET–AF) is the study that compared Xarelto to warfarin in non-valvular atrial fibrillation, and was the pivotal study for the approval of Xarelto in the treatment of these patients.  Patients were anticoagulated with Coumadin/warfarin and their dose was adjusted using a home INR device to obtain the best possible INR control.  However, information that was made available after the trial was published and the FDA had approved the drug labeling, showed that the INR device used in the ROCKET–AF trial was faulty. This mistake made the warfarin patients in ROCKET-AF have worse control over their warfarin dose than they should have. The faulty device would make warfarin treated patients look worse than they actually were. So that the ROCKET-AF comparison between Xarelto treated patients and warfarin treated patients which suggested the two patient groups had equal risk of stroke reduction and an improved bleeding risk with Xarelto was inappropriate; and likely incorrect.

Department of Internal Medicine – Section of Cardiology
533 Bolivar Street, Box CSRB 3-42, New Orleans, LA 70112
phone 504.568.2718, fax 504.568.2147  website www.lsuhsc.edu

The efficacy and safety of warfarin is dependent on the quality of warfarin management. Warfarin management entails maintaining enough of the drug to achieve the therapeutic effect, but not so much so as to excessively increase a patient's risk of bleeding. Doctors routinely use the international normalized ratio (INR) to evaluate the degree of anticoagulation in a warfarin patient. Ideally, doctors want to keep warfarin patients within the therapeutic range of INR between 2-3 as much as possible. There is a direct correlation between the amount of time spent within therapeutic range and outcomes (*e.g.*, strokes and bleeds). The amount of time the warfarin patients spent in the therapeutic range in ROCKET was the lowest among all NOAC Phase 3 trials. This directly affected the reported relative safety and efficacy of Xarelto. In fact, the time in therapeutic range in ROCKET was so low that the FDA's Medical Reviewers voted against approval. (FDA Summary Review, NDA 202439)

Proof of the device malfunctioning in ROCKET is demonstrated by the fact that at 2 time points during the trial, split samples were collected from all warfarin patients and the INR was analyzed by 2 methods – one by the point of care (POC) device and the other by a central laboratory.[1] Below is a table depicting the collected data (EMA CHMP Assessment Report, Feb. 5, 2016):

**Table 1: TSIINR23ZYa:** Cross Tabulation of Lab INR vs Device Based INR at Week 12 for Warfarin Subjects
(Study 39039039AFL3001:   Safety Analysis Set)
Visit Name: WEEK 12

| | --- Lab INR --- | | | | |
| | <2 | 2 - 3 | >3 - 4 | >4 | Total |
| | n (%) | n (%) | n (%) | n (%) | n (%) |
| **Device INR** | 1356 (23.5) | 2405 (41.7) | 1238 (21.5) | 767 (13.3) | 5766 (100) |
| <2 | 1239 (21.5) | 604 (10.5) | 54 ( 0.9) | 47 ( 0.8) | 1944 (33.7) |
| 2 – 3 | 96 ( 1.7) | 1740 (30.2) | 793 (13.8) | 172 ( 3.0) | 2801 (48.6) |
| >3 – 4 | 8 ( 0.1) | 50 ( 0.9) | 358 ( 6.2) | 291 ( 5.0) | 707 (12.3) |
| >4 | 13 ( 0.2) | 11 ( 0.2) | 33 ( 0.6) | 257 ( 4.5) | 314 ( 5.4) |

Note: Percentages calculated with the total number of subjects.

As can be seen above, of the 767 patients identified by the central lab as having an INR greater than 4, approximately 29% of those patients were misclassified by the defective POC device as sub-therapeutic or normal therapeutic, thereby encouraging physicians to inappropriately dose the patient.

Perhaps most startling, it now appears that those responsible for conducting this trial were aware of the propensity for this device to malfunction prior to initiation of the trial, while the trial was ongoing, and once again after database lock prior to FDA approval. (Deposition of Christopher Nessel, Feb. 16-17, 2016; Deposition of Peter DiBattiste, Apr. 12-13 and July 20, 2016; Deposition of William Byra, Apr. 5-6, 2016; Cohen 2016; Rathi, et al. 2016)

6.  The dose of Xarelto currently marketed for atrial fibrillation is too high.  In an effort to improve compliance and market the drug as a once daily oral anticoagulant, the manufacturer selected 15/20 mg

---

[1] The FDA made a similar finding. (FDA ROCKET AF Reanalysis Reviews, NDA 202439, Sept. 26, 2016)

Department of Internal Medicine – Section of Cardiology
533 Bolivar Street, Box CSRB 3-42, New Orleans, LA 70112
phone 504.568.2718, fax 504.568.2147  website www.lsuhsc.edu

daily dose.  This dose is excessive and results in very high plasma concentrations of Xarelto in everyone and in a broad spectrum of patients, particularly those with advancing age and declining renal function, exposes them to excessive bleeding risk.

My opinion that the dose is too high is shared by Dr. Califf, who stated: "My main concern after seeing the rest of the data is that our dose is too high. I don't want to upset people, but feel that we need more contingency planning." (XARELTO_JANSSEN_03927493) Dr. Califf further stated: "This is corporate BS. Every single person involved has told me that privately they agree that there is probably a better dose!!!!!" (DCRI0005328 - DiBattiste 40). (See also XARELTO_JANSSEN_01296748; XARELTO_JANSSEN_00206990; XARELTO_JANSSEN_08583165; XARELTO_JANSSEN_01330113; XARELTO_JANSSEN_00208030; XARELTO_JANSSEN_00208031; XARELTO_JANSSEN_02531744; XARELTO_JANSSEN_01207639). Moreover, documents I've been provided indicate Dr. Califf voiced a similar opinion, stating "don't put my mom on 20 mg!" (DCRI0002794).


7.  The Xarelto labeling in the package insert is inadequate and does not contain a black box warning for bleeding.  Because of the abnormalities/mistakes noted in ROCKET–AF with the INR measurement, no good comparison of bleeding risk between Xarelto and warfarin exists.  Since warfarin has a black box warning for bleeding, so should Xarelto.  Physicians have been inadequately informed as to the overall risk of Xarelto in patients.  Further, at launch, the Xarelto label inappropriately did not include important safety data for US patients. When one looks at the table below, Xarelto has a statistically significant (50%) increase in major bleeding events in comparison to warfarin.

Department of Internal Medicine – Section of Cardiology
533 Bolivar Street, Box CSRB 3-42, New Orleans, LA 70112
phone 504.568.2718, fax 504.568.2147  website www.lsuhsc.edu

**Table 99.  ROCKET CEC Adjudicated Bleeds - US Alone - (LD+2, Safety Pop)**

| | Rivaroxaban | | Warfarin | | R vs. W HR (95% CI) | p (diff) |
|---|---|---|---|---|---|---|
| | N=962 n (%) | ER per 100 p-y | N=964 n (%) | ER per 100 p-y | | |
| **Safety Endpoint** | 322 (33.47) | 25.24 | 275 (28.53) | 19.54 | 1.28 (1.09, 1.50) | 0.003 |
| Major Bleeding | 123 (12.79) | 8.06 | 87 (9.02) | 5.35 | 1.50 (1.14, 1.98) | 0.004 |
| Hb drop | 99 (10.29) | 6.42 | 64 (6.64) | 3.92 | 1.64 (1.19, 2.24) | 0.002 |
| Transfusion | 72 (7.48) | 4.62 | 47 (4.88) | 2.87 | 1.61 (1.12, 2.33) | 0.011 |
| Critical site | 18 (1.87) | 1.13 | 22 (2.28) | 1.33 | 0.85 (0.46, 1.59) | 0.614 |
| Death | 6 (0.62) | 0.38 | 10 (1.04) | 0.60 | 0.63 (0.23, 1.72) | 0.365 |
| Non-major | 237 (24.64) | 17.86 | 211 (21.89) | 14.72 | 1.20 (1.00, 1.45) | 0.049 |
| Minimal | 48 (4.99) | 3.10 | 42 (4.36) | 2.58 | 1.20 (0.79, 1.81) | 0.395 |

(FDA Briefing Document for the September 2011 Advisory Committee Meeting regarding SPAF Indication, Table 99)

This information was inappropriately left out of the Xarelto package insert until September 2015, when required to do so by the FDA. (XARELTO_JANSSEN_00000344; XARELTO_BPAG_00040364; XARELTO_JANSSEN_15440090; XARELTO_JANSSEN_15440093; XARELTO_JANSSEN_15440094; Xarelto Label, Sept. 2015) In fact, marketing by the pharmaceutical sales representatives to physicians emphasizes the once daily dosing, and ignores the fact that such a dosing schedule exposes patients to higher plasma concentrations of the drug and the unnecessary risk of over anticoagulation.

In summary, it is my opinion that using Xarelto in patients with non-valvular atrial fibrillation, when prescribed in the manner suggested by the package insert, exposes patients to an excessive bleeding risk.  Furthermore, this risk is increased in older patients, patients who are small and weigh less than 130 pounds, or patients with reduced kidney function.  After seeing multiple patients with life-threatening gastrointestinal bleeding due to Xarelto and my review of the literature and the materials provided for my consideration, I have completely abandoned the use of Xarelto in my own practice. It is my opinion that the use of Xarelto in patients with non-valvular atrial fibrillation is not reasonably safe for the reasons set forth in this report. Additionally, I continue to advise students, residents, and other

Department of Internal Medicine – Section of Cardiology
533 Bolivar Street, Box CSRB 3-42, New Orleans, LA 70112
phone 504.568.2718, fax 504.568.2147  website www.lsuhsc.edu

practicing physicians of what I feel are unfounded conclusions of ROCKET- AF, the high plasma concentration and low therapeutic index seen with Xarelto and its once daily dosing schedule.

Sincerely,

Frank W. Smart, MD, FACC, FACP
Gerald S. Berenson Professor and Chief of Cardiology
Vice-Chair of the Department of Medicine for Clinical Affairs
Louisiana State University Health Science Center, New Orleans

Director of The Heart and Vascular Service Line
University Medical Center-New Orleans

Department of Internal Medicine – Section of Cardiology
533 Bolivar Street, Box CSRB 3-42, New Orleans, LA 70112
phone 504.568.2718, fax 504.568.2147  website www.lsuhsc.edu

# APPENDIX A

**LSU**Health**NewOrleans**

# CURRICULUM VITAE
## Frank W. Smart, M.D.

| | |
|---|---|
| **Current Title:** | Gerald S. Berenson Professor and Chief of Cardiology<br>UMC Director of the Heart and Vascular Service Line |
| **Business Address:** | Louisiana State University Health Sciences Center – New Orleans<br>Department of Medicine<br>Section of Cardiology<br>533 Bolivar Street<br>CSRB 3-42<br>New Orleans, Louisiana  70112 |
| **Business Phone and Fax:** | Phone: 504-568-2436<br>Fax:     504-568-2147 |
| **Business E-mail:** | fsmart@lsuhsc.edu |
| **Home Address:** | 102 Fairway Drive<br>New Orleans, Louisiana  70124 |
| **Cellular Telephone:** | (908)400-0273 |
| **Birthplace:** | New Orleans, Louisiana |
| **Citizenship:** | USA |

**Education:**

| | | | |
|---|---|---|---|
| **Undergraduate:** | Tulane University<br>New Orleans, Louisiana | 1974-1975 |
| | Southeastern Louisiana University<br>Hammond, Louisiana<br>Bachelor of Science, Zoology | 1975-1978 |
| **Medical:** | Louisiana State University School of Medicine<br>New Orleans, Louisiana<br>M.D. | 1981-1985 |
| **Internship:** | Ochsner Foundation Hospital<br>New Orleans, Louisiana<br>Internal Medicine | 1985-1988 |
| **Residency:** | Ochsner Foundation Hospital<br>New Orleans, Louisiana<br>Internal Medicine | 1985-1988 |

[1]

| **Fellowships:** | Baylor College of Medicine | 1988-1991 |
| | Houston, Texas | |
| | Cardiology | |

| **Certifications:** | American Board of Internal Medicine (ABIM) | |
| | • Internal Medicine | 1988-Life |
| | • Cardiovascular Diseases | 1988-2021 |
| | • Heart Failure and Cardiac Transplantation | 2010-2020 |

| **Medical Licensure:** | New Jersey State Licensure #25MA 08078200 | 2006-2013 |
| | Texas State Medical Licensure #H9715 | 2001-2007 |
| | Louisiana State Licensure #018306 | 1985-present |

**Academic and Research Appointments:**

| Clinical Associate Professor of Medicine | 1992-2004 |
| Louisiana State University of Medicine | |
| New Orleans, Louisiana | |

| Professor of Clinical Medicine | 1997-2003 |
| Tulane University School of Medicine | |
| New Orleans, Louisiana | |

| Professor of Clinical Medicine | 2003-2005 |
| Baylor College of Medicine | |
| Houston, Texas | |

| Associate Professor of Medicine Tenure Track | 2005-2006 |
| Baylor College of Medicine | |
| Houston, Texas | |

| Associate Professor of Medicine | 2007-2011 |
| Mount Sinai School of Medicine | |
| New York, New York | |

| Professor of Medicine Tenure Track | 2011-present |
| Louisiana State University Health Sciences Center | |
| New Orleans, Louisiana | |

| Gerald S. Berenson, MD Professor of Preventative Cardiology | 2014-present |
| Louisiana State University Health Sciences Center | |
| New Orleans, Louisiana | |

**Professional Appointments:**

Director of Heart Failure and Cardiac Transplantation                    1991-1997
Ochsner Medical Institutions
New Orleans, Louisiana
*Duties included developing the heart transplant program from*
*6/yr to the 4th largest program in the US. During this time, the*
*hospital started and expanded the first mechanical circulatory support*
*program in the Gulf South. All aspects of program growth, quality care,*
*and referral development, were the responsibility of the director.*

Medical Director of Transplant Services                    1994-1997
Ochsner Medical Institutions
New Orleans, Louisiana
*Based on the success of heart transplant, Ochsner administration placed*
*all transplant services in one "service line." This included liver, kidney,*
*lung, pancreas, and heart.*

Associate Chief of Cardiology                    1998-2000
Tulane University of Medicine
New Orleans, Louisiana
*Responsible to the section chief to develop the cardiology practice at*
*University Hospital and assist with research development at all locations.*

Medical Director of Cardiac Transplantation                    1997-2002
Tulane University School of Medicine
New Orleans, Louisiana
*Duties were to revamp the transplant program. The year prior, 5 transplants*
*had been performed with a 20% one year survival. The program grew to 35*
*transplants per year with a 92% one year survival. Additionally, a mechanical*
*support program was started.*
*Secured CMS certification for the transplant program during this time period as well as developed*
*multiple contracts with payers.*

Director of Heart Failure, Transplantation and Mechanical                    2002-2006
Circulatory Support
The Texas Heart Institute and Baylor College of Medicine
Houston, Texas
*An established program in Transplant and mechanical support had no heart*
*failure component, limited research and reduced survival of transplants,*
*LVADs, and short term support devices. During this time, the program created*
*a core group of physicians that increased transplants, improved transplant*
*survival to one of the top 10 programs nationally; and improved long term*
*LVAD support survival by 30% to the national mean. A heart failure clinic*
*was established and $200,000 in philanthropic funds was obtained for research*
*labs and personnel.*

Chairman, The Department of Cardiovascular Medicine                    2006-2011
Atlantic Health, Morristown Memorial, Overlook and Mountainside Hospitals
Morristown, New Jersey

[3]

*A 3 hospital system in Northern New Jersey, the chairman continued the*
*development work of the prior chairman and together raised $50,000,000*
*for the construction and outfitting of a state-of-the-art specialty hospital -*
*the Gagnon Cardiovascular Institute. The chairman was responsible for*
*all educational and quality efforts in Cardiovascular Surgery and Medicine.*
*During this time, the heart hospital opened and with quality efforts, Atlantic Health System*
*and Morristown Memorial went from no ranking in US News and World Report*
*to the number 24 ranked hospital in cardiovascular medicine in the US.*
*Of note, no other department or area was ranked during this time.*
*In addition, 32 cardiologists joined the employed hospital group.*

Heart Failure Advisory Board                                               2006-2011
Medtronic Inc. *Provide oversight and ideas in HF device development*

Cardioxyl Pharmaceuticals                                                  2008-2012
Consultant on Drug Discovery and Heart Failure Clinical Trial
Raleigh, North Carolina
*Worked with the CEO, board of directors, and the scientific drug development*
*team, to raise venture funding and develop and test a novel compound in*
*animals and humans for the treatment of heart failure. This included –Supported clinical*
*trial design and roll out, hemodynamic training of multiple sites in the US*
*and Eastern Europe, and functioned as the medical monitor for phase 1,*
*2a, and 2b drug trials.*

Oran Diagnostics                                                           2009-2011
Chairman, Scientific Advisory Board
Philadelphia, Pennsylvania
*Worked with the CEO to define product development, direction, and to establish*
*funding for project development.*

The Health Care Accreditation Colloquium                                   2008-2014
Chairman, Board of Directors
*Served as the first board chairman for a group that was dedicated to the*
*quality improvement of heart failure care in member hospitals. Hospitals*
*became members by implementing a Quality Improvement Plan focused on*
*multiple domains including patient satisfaction and emergency department*
*effectiveness. During time as the board chairman, the Colloquium went from 0*
*to over 100 member hospitals including St. Luke's/Baylor Houston,*
*Texas Children's Hospital, Indiana University, Mayo Clinic, Cincinnati Children's*
*and Banner Health System. In 2014 the Battelle Company took over and*
*continues to grow the colloquium.*

Chief, Section of Cardiology                                               2011-present
Louisiana State University Health Sciences Center
New Orleans, Louisiana
*The chief of cardiology was tasked with improving the clinical and academic*
*performance of this section in the department of medicine, as well as growing*
*basic and clinical research, and garnering national recognition for the department*
*and LSUHSC. Since July 2011  the clinical cardiology practice of the non-public*
*clinics has increased by over 60%, particularly at the uptown (St. Charles) and*

*newly established west bank practice, which in 1 year has become the largest
practice site by volume. In addition, the improved clinical practice in both the
public and private systems has allowed for a clinical research effort that
stimulated growth to go from 0  trials in 2011 to over 17 clinical trials or registries to date.
The potential impact of such a program is over $800,000. Finally,
the section, in conjunction with the Dean's office, the department of Pharmacology,
and the department of Pathology, successfully recruited and hired a PhD. scientist
to lead the Cardiovascular Institute at LSUHSC, resulting in very close
collaboration between the basic scientists and clinical scientists in the center.
The Institute and all clinical and basic science members and administrators
will be located in the LSU Clinical Sciences Research Building by the end of
June 2014 and a new large animal catheterization laboratory will open in
the same location in July 2014.*

President Louisiana Chapter of The American College of Cardiology                2014-2017
*The chapter president is responsible for relaying information from the
ACC board of governors to the physician members in the state. In addition,
the president is responsible for the annual meeting scientific content
and for assuring all state wide members have a voice in the growth and
direction of the American College of Cardiology.*

Board of Governors of The American College of Cardiology                        2014-2017
*The board of governors role is to interact with CMS, and the US Congress
on matters pertaining to Cardiology in the United States. The board serves as
resource to the lay press and provides feedback to accrediting bodies that
oversee physician activity such as the ABIM.*

Vice-Chairman for Clinical Affairs                                              2014-present
Department of Medicine
Louisiana State University Health Science Center
New Orleans, Louisiana
*The Vice chairman is responsible for selecting and onboarding clinical faculty in
the department of medicine. The position serves an advisory role to the
Department chair in all matters related to the clinical practice for members
of the department.*

Director of The Heart and Vascular Service Line                                2015-present
University Medical Center New Orleans
*The service line director is responsible for all aspects of cardiology, cardiovascular
surgery, vascular medicine and vascular surgery for both Tulane and LSU
Schools of Medicine. The director has program oversight, business planning and
budgetary responsibility for all components of the Heart and Vascular Enterprise.
The position reports to the CEO of University Medical Center. In addition the director
along with the other 5 service line directors constitutes the administrative council
of University Medical Center In New Orleans.*

[5]

**Memberships in Professional Societies:**

Alpha Omega Alpha - Lifetime
American College of Cardiology (Fellow), (Board of Governors)
American College of Physicians (Fellow)
American Medical Association
Heart Failure Society of America
International Society for Heart or Lung Transplantation
American Society of Transplantation
American College of Physician Executives


**Awards and Honors:**

- Alpha Omega Alpha Medical Honor Society                                    1984

- CV Mosby Award for Academic Excellence                                     1985

- Ochsner Fellows Alumni Association Outstanding Fellow                      1988

- American College of Cardiology                                            1990
  Syntex Award

- American College of Cardiology                                            1990
  Bristol Travel Award

- Baylor College of Medicine                                                1991
  Richard Van Reet Award

- American College of Cardiology Merck Fellow                               1992

- Ochsner Medical Foundation                                                1992
  Hust B. Hatch Award for Outstanding Teacher of the Year

- Named one of the *Top Doctors in New Orleans*                             1992
  *New Orleans Magazine*

- Named in Who's Who in Medicine and Healthcare                             2000

- Named Cardiologist of the Year                                            2000
  Hospital Corporation of America

- Named in the National Registry of Who's Who                               2001

- Named one of the *Best Doctors in America*                                2002

- Named one of the *Best Doctors in America*                                2003

- Named as one of *Americas Top Doctors*                                    2003
  Castle Connolly

[6]

- Named one of the *Best Doctors in America*                              2004

- Named one of the *Top Docs In Houston*                                   2004
  *H Texas Magazine*

- Named as one of *Americas Top Doctors*                                   2004
  Castle Connolly

- Named one of the *Best Doctors in America*                              2005

- Named one of the *Top Docs In Houston*                                   2005
  *H Texas Magazine*

- Named as one of *Americas Top Doctors*                                   2005
  Castle Connolly

- Named one of the *Best Doctors in America*                              2006

- Named as one of *Americas Top Doctors*                                   2006
  Castle Connolly

- Named one of the *Best Doctors in America*                              2007

- Named as one of *Americas Top Doctors*                                   2007
  Castle Connolly

- Named as one of the *Top Docs in the New York Metro Area*               2007

- Named one of the *Best Doctors in America*                              2008

- Named as one of *Americas Top Doctors*                                   2008
  Castle Connolly

- Named one of the *Best Doctors in America*                              2009

- Named as one of the *Top Docs in the New York Metro Area*               2009

- Named one of the *Top Docs in New Jersey*                                2009

- Named as one of *Americas Top Doctors*                                   2009
  Castle Connolly

- Named as one of *Top Docs in Long Island*                                2009

- Named as one of *Americas Top Doctors*                                   2010
  Castle Connolly

- Named one of the *Top Docs in New Jersey*                                2010

- Named as one of *Americas Top Doctors*                           2011
  Castle Connolly

- Named one of the *Best Doctors in America*                       2011

- Named as one of the *Top Docs in the New York Metro Area*        2011
  *New York Magazine*

- Named as one of *New Orleans' Top Doctors*                       2011
  *New Orleans Magazine*

- Named as one of *Americas Top Doctors*                           2012
  Castle Connolly

- Named as one of Best Doctors in America                          2012

- Named as one of New Orleans Top Doctors                          2012
  *New Orleans Magazine*

- Named as one of *Americas Top Doctors*                           2013
  Castle Connolly

- Named as one of *Best Doctors in America*                        2013

- Named as one of *New Orleans Top Doctors*                        2013
  *New Orleans Magazine*

- Didactic Speaker of the Year                                     2014
  *LSUHSC MPAS (PA School) Class of 2015*


## TEACHING EXPERIENCE AND RESPONSIBILITIES

### CME Directorships:

Director of Heart Failure and Transplant Fellowship               1992-1997
Ochsner Medical Foundation, New Orleans

Director of Advanced Heart Failure, Cardiac Transplantation and Mechanical   1998-2002
Circulatory Support Fellowship
Tulane University School of Medicine, New Orleans

Director of Advanced Heart Failure, Cardiac Transplantation and Mechanical   2002-2006
Circulatory Support Fellowship
Baylor College of Medicine, Houston, TX

Director of Cardiovascular Diseases Fellowship                    2009-2011
Morristown Memorial Hospital, Morristown, NJ

*Responsible for PIFF preparation and all durable core curricula for a new*

[8]

*CV Fellowship including ERAS application, Fellow selection and didactic
teaching*

**Curriculum Development:**

- Invasive Hemodynamic Monitoring                                          1994
  Ochsner Medical Foundation

- Heart Failure Curriculum Advanced Heart Failure and Cardiogenic Shock    2004
  Baylor College of Medicine

- Mechanical Circulatory Support                                           2004
  Baylor College of Medicine

- Cardiovascular Disease Core Curriculum                                   2009
  Morristown Memorial Hospital
  Mt. Sinai School of Medicine

**Creation of Enduring Teaching Materials:**

- Heart Success:  A Patient Directed Approach to Heart Failure Management  1998
  Frank Smart, Hector Ventura, Yvonne Greenlee

**Formal Course Responsibilities:**
**Prior to 2011**

- Instructor                                                              1993-2003
  New Orleans Internal Medicine Board Review Course
- Clinical Instructor                                                     1994 & 1995
  Tulane University School of Medicine
  *Introduction to Clinical Medicine*
- Clinical Instructor                                                     1994-1997
  Ochsner Medical Institutions
  *Nursing Education Course on Advanced Congestive Heart Failure and Transplantation*
- Staff Lecturer                                                          1991-1997
  Alton Ochsner Medical Foundation
  *Internal Medicine Morning Report*
  *Cardiology Fellow Lecture Series –"Mechanical Circulatory Support" and
  "Immunosuppression"*
- Lecturer                                                                1991-1997
  Alton Ochsner Medical Foundation
  *ICU Lecture Series*
- New Orleans Cardiovascular Board Review Course                          1995-1996
- Instructor                                                              2003-2006
  Baylor College of Medicine
  *Junior Core Lecture in Cardiology*
- Instructor                                                              2003-2006
  Baylor College of Medicine

**2011-Present**

*Cardiology Core Lectures in Heart Failure, Hemodynamics, and Circulatory Support Devices*

- Resident and medical student education                                                          2011-present
  *Activities include regular participation in formal lectures given to residents and students on variety of topics. Additional formal educational sessions during cardiology course rotations include patient-centered didactics and quality-improvement didactic sessions. Ninety hours per year is dedicated to these sessions.*
- Mentorship of cardiology fellows                                                                2011-present
  *A variety of topics are covered during course rotations as formal discussions in addition to patient-centered education during clinical rounds. 580 hours per year are dedicated to this activity.*
- Classroom instructional program for medical students                                           2011-present
  *A program of mentoring and instruction of L2 medical students began in August 2011 as a result of an interest group in the area of cardiology. This process will continue for the select group of medical students showing an interest in this topic.*
- Medical student "Houses" mentoring program                                                     2012-present
  *Participation includes mentoring of small groups of L2 medical students as part of the Science and Practice of Medicine course. This represents formal curriculum activity.*
- Junior Core Lecture Series Medicine Block – Heart Failure                                       2014-present
- Freshman Physiology – Heart Failure                                                             2014-present
- Physiology Graduate Students – From Hypertension to CHF Renal Denervation and the Cardio-Renal Syndrome    2014-present
- Physician Assistant Didactic Lectures in Cardiology                                            2013-present

**Departmental/Interdisciplinary Teaching Conferences:**

- Medical Student Research Symposium                                                             2011
  LSUHSC
  New Orleans, Louisiana

- Physiology Lectures                                                                             2011-present
  LSUHSC
  New Orleans, Louisiana

- Physician's Assistant Lectures                                                                 2013-present
  LSUHSC
  New Orleans, Louisiana

- Fellows Conference                                                                              2011-present
  LSU School of Medicine
  New Orleans, Louisiana

  *Participate on a weekly basis in the 4-hour didactic and clinical/cardiology conference held by the LSU Department of Medicine's Section of Cardiology.*

[10]

- **Grand Rounds (Since 2001.  Grand Rounds presentations prior to 2001 are not listed for brevity sake)**

  "New Advances in the Treatment of Congestive Heart Failure"                    2001
  Cardiology Grand Rounds, Henrico Doctors Hospital
  Richmond, Virginia

  "Myoblast Transplantation"                                                     2001
  Grand Rounds, Medical University of South Carolina
  Charleston, South Carolina

  "Advances in the Treatment of Acute Congestive Heart Failure"                  2001
  University of Texas Health Center
  Tyler, Texas

  "Success with Heart Failure:  New Strategies to Reverse Acute Decompression"   2001
  Medical City Grand Rounds
  Dallas, Texas

  "Heart Failure:  Quality of Care Improvement Opportunities"                    2001
  East Jefferson General Hospital
  Metairie, Louisiana

  "Heart Failure Center in Partnership with Community Physicians"                2001
  Jewish Hospital Heart & Lung Institute
  Louisville, Kentucky

  "New Therapies for Acute Decompensated Congestive Heart Failure"               2002
  Cardiology Grand Rounds, Oklahoma University Health Sciences Center
  Oklahoma City, Oklahoma

  "New Approaches to Reversing Decompensated Heart Failure"                      2002
  Cardiology Grand Rounds, California Pacific Medical Center
  San Francisco, California

  "Success with Heart Failure:  New Strategies to Reverse Acute Decompensation"  2002
  Christus St. Patrick Hospital Cardiology Grand Rounds
  Lake Charles, Louisiana

  "Advanced Decompensated Heart Failure"                                         2002
  Breckenridge Hospital Cardiology Grand Rounds
  Austin, Texas

  "Advanced Treatment in Patients with Advanced Congestive Heart Failure"        2002
  Northeast Georgia Medical Center Cardiology Grand Rounds
  Gainesville, Georgia

  "New Strategies for Treating Congestive Heart Failure:  The Role of BNP"       2002
  Cardiology Grand Rounds, Santa Rosa Memorial Hospital
  Santa Rosa, California

[11]

"Heart Failure Management"                                                    2003
Providence Hospital Grand Rounds
Mobile, Alabama

"BNP One Peptide with Two Uses"                                              2003
Sunrise Hospital Medicine Grand Rounds
Las Vegas, Nevada

"Medical Therapy for Heart Failure"                                         2003
University of Texas – San Antonio
San Antonio, Texas

"Advanced Heart Failure:  Bench to Bedside"                                 2003
Gallitias Medical Group
Wichita, Kansas

"New Advances in Heart Failure"                                             2003
Grand Rounds, Seton Hospital
Austin, Texas

Tristar Hospital Systems Cardiology Grand Rounds                            2003
Nashville, Tennessee

"Advances in the Management of Acute Heart Failure"                         2003
Grand Rounds, Baptist Health
Jacksonville, Florida

"Treatment of Advanced Heart Failure"                                       2003
Medicine Grand Rounds, Baptist Medical Center
Jacksonville, Florida

"MTOR Inhibitors in Cardiac Transplantation"                               2004
Medical City Dallas Transplant Grand Rounds
Dallas, Texas

"BNP One Peptide with Two Uses"                                            2004
Winters Center for Heart Failure Grand Rounds, Baylor College of Medicine
Houston, Texas

"Allograft Vasculopathy, Intravascular Ultrasound, and MTOR Inhibitors in Heart
Transplantation"                                                           2004
Grand Rounds Vanderbilt University Medical Center
Nashville, Tennessee

"Allograft Vasculopathy, Intravascular Ultrasound, and MTOR Inhibitors in Heart
Transplantation"                                                           2004
Grand Rounds Texas Transplant Institute
San Antonio, Texas

"Heart Failure Symposia Ventricular Recovery Follow in LVAD"               2004

[12]

Cleveland Clinic Foundation
Cleveland, Ohio

"Allograft Vasculopathy, Intravascular Ultrasound, and MTOR Inhibitors in Heart
Transplantation"                                                                              2004
Grand Rounds Stanford University Medical Center
Stanford, California

"Evaluation of Renal Transplant Patients"                                                     2004
Knipling Center of Covenant Health Systems
Lubbock, Texas

"Myocardial Disease and Congestive Heart Failure:  Systolic Heart Failure                     2004
Pathophysiology"
University of Texas Medical School at Houston
Houston, Texas

"Cardiac Transplantation Past, Present and Future"                                            2004
Medicine Grand Rounds Medical College of Georgia
Augusta, Georgia

"Advances in Cardiovascular Disease Management for the Primary
Care Physician"                                                                               2006
UMDNJ – New Jersey Medical School, Division of Cardiology
Newark, New Jersey

"Remodeling and Recovery with LVAD                                                            2009
Guthrie Clinic Grand Rounds
Sayer, Pennsylvania

"Destination Therapy LVAD"                                                                    2010
Lehigh Valley Grand Rounds
Bethlehem, Pennsylvania

"LVAD as Destination Therapy in Stage D Heart Failure"                                        2011
Tulane University Health Sciences Center
New Orleans, Louisiana

"Left Ventricular Assist Devices:  Essential Tool or Expensive Toy"                            2012
LSU Department of Medicine
New Orleans, Louisiana

"Nitrovasodilators in Heart Failure:  Effects on Ventricular Performance                      2012
and Remodeling"
Tulane University Health Sciences Center
New Orleans, Louisiana

"Heart Failure with Preserved Ejection Fraction:                                              2012
Sorting through the Diagnostic and Therapeutic Guessing Game"
LSU Department of Medicine

New Orleans, Louisiana

"The History of Cardiac Transplantation"                                          2013
University of Texas Health Science Center
Houston, Texas

"The Evolution of Cardiac Transplantation in the United States                    2013
University of Texas Advanced Heart Failure Grand Rounds
Houston, Texas

"Cardiac Remodeling"                                                              2013
University of Ottawa
Ottawa, Ontario Canada

"Left Ventricular Assist Device"                                                  2013
Children's Hospital
New Orleans, Louisiana

"Left Ventricular Non-Compaction:  The Great Pretender"                           2014
LSU Department of Medicine
New Orleans, Louisiana


**Teaching Awards**:

Richard Van Reet Award for Outstanding Fellow Teaching                            1991
Baylor College of Medicine

Hurst B. Hatch Memorial Teaching Award                                            1992
Ochsner Medical Institutions

Tulane University Cardiology Section                                              1999
Fellows Teaching Award

Didactic Lecturer of the Year                                                     2014
LSUHSC MAPS


**Post Residency Fellows Trained  in Transplantation:**

Mandeep Mehra, MD, Professor, Harvard School of Medicine                          1997

Ofer Amir, MD, Professor and Chairman of Cardiology                               2004
Tel Aviv University

Nirav Rival, MD, Medical Director Florida Hospital Transplant Institute
Orlando, Florida

[14]

**Medical Student and Post-Graduate Teaching Activities:**

  **Teaching activities prior to 2011**

1991-1997  Cardiology Attending Ochsner Medical Institutions, General Cardiology
*Cardiology attending Heart Failure and Transplantation in patient and clinic*

1997-2002  Cardiology Attending Tulane University School of Medicine, General Cardiology
*Cardiology attending Heart Failure and Transplantation in patient and clinic*

2002-2006  Cardiology Attending Baylor School of Medicine
*Advanced Heart Failure and transplantation consult and clinic*

  **Teaching activities 2011 to present**

- Cardiology Clinic           2011-present
  LSU Faculty Practice
  New Orleans, Louisiana

  *Fellowship supervision at the LSU Faculty Practice.  This activity includes supervision of the history and physical examination skills, review of diagnostic tests, and evaluation of diagnostic reasoning of fellows assigned to the cardiology clinic.   This encompasses 32 hours per month. This is a great opportunity for fellows to see how a private cardiology clinic operates.*

- Cardiology Inpatient Consultation Services and Procedures  2011-present
  Interim LSU Hospital
  New Orleans, Louisiana

  *Participate in the direct supervision and education of residents, fellows, and medical students during their cardiology rotation and consult service Interim LSU Hospital.  Educational opportunities include rounds at the bedside with emphasis on critical thinking in the evaluation of patients.  As warranted, procedures such as thoracentesis and central venous line placement are introduced to trainees.  This training occupies approximately 12 weeks per year.*

**RESEARCH AND SCHOLARSHIP**

**Funded Research Awards (Clinical Trials):**

  **Principle Investigator**

    <u>Title</u>:  Amiodarone Dose alteration in HF Pilot Study
    <u>Sponsor</u>: Baylor College of Medicine
    <u>Effort</u>:  20%

[15]

Date:       1989-1991
Funding:    Internal Funding
            Study of the safety and efficacy of low-dose Amiodarone in patients with
            congestive heart failure and non-sustained ventricular tachycardia

Title:      Transplant registry
Sponsor:    The Working Group of Transplant Cardiologists
Effort:     10%
Date:       1990-1991
Funding:    $122,000
            Multi-center, trial to study the effectiveness of antihypertensive therapy in
            cardiac transplant hypertension

Title:      DIG Investigators Group
Sponsor:    National Heart Lung and Blood Institute and the Veterans Administration
Effort:     5%
Date:       1990-1992
Funding:    $72,000
            Trial to evaluate the effect of Digitalis on mortality in heart failure

Sponsor:    Ochsner Medical Center
Effort:     20%
Date:       1991-1996
Funding:    Internal Funding
            Study of the use of magnetic resonance imaging to assess rejection in
            orthotropic cardiac transplant recipients

Sponsor:    Ochsner Medical Instruments
Effort:     20%
Date:       1991-1995
Funding:    $140,000
            Study the effect of lymphocytes in smooth muscle proliferation in an
            endothelial cell smooth muscle cell c-culture system

Title:      The use of mycophenolic acid in cardiac transplantation
Sponsor:    Roche Biochemical
Effort:     30%
Date:       1994-1996
Funding:    $1,800,000

Title:      Protocol for the Phase III clinical trial of the UVAR Photopheresis system in
            conjunction with Uvadex in the prevention of rejection of cardio Allografts
Sponsor:    Johnson & Johnson
Effort:     3%
Date:       1994-1996
Funding:    $60,000

Title:      A randomized, multiple dose study of the chronic administration of
            Vesnarinone in heart failure
Sponsor:    Otsuka Pharmaceuticals

[16]

<u>Effort</u>:       5%
<u>Date</u>:        1994-1997
<u>Funding</u>:    $10,000


<u>Title</u>:       A study of the prevention of Cyclosporine-A induced vasoconstriction by the use of Maxepa and Sumatriptan
<u>Sponsor</u>:   Ochsner Medical Foundation
<u>Effort</u>:      30%
<u>Date</u>:       1993-1999
<u>Funding</u>:   Internally funded


<u>Title</u>:       Effect of intracoronary ultrasound on in vivo and in vitro endothelial function in a porcine model
<u>Sponsor</u>:   Ochsner Medical Foundation
<u>Effort</u>:      10%
<u>Date</u>:       1993-1994
<u>Funding</u>:   Internally funded


<u>Title</u>:       Cardiac Myoblast transfer for repair of the diseased myocardium in a porcine model
<u>Sponsor</u>:   Brown Foundation and LSU School of Medicine
<u>Effort</u>:      10%
<u>Date</u>:       1993-2000
<u>Funding</u>:   $130,000


<u>Title</u>:       A randomized, double-blind, placebo-controlled, dose response study to assess the safety and efficacy of oral Rapamycin in the treatment of acute Grade 2 or Grade 3A allograft rejection
<u>Sponsor</u>:   Novartis
<u>Effort</u>:      10%
<u>Date</u>:       1993-1995
<u>Funding</u>:   $112,000


<u>Title</u>:       OPC-18790:  A phase II randomized, double-blind, placebo controlled evaluation of the acute and chronic efficacy and safety of OPC-18790 in the treatment of patients with decompensated heart failure
<u>Sponsor</u>:   Otsuka
<u>Effort</u>:      10%
<u>Date</u>:       1994-1996
<u>Funding</u>:   $36,000


<u>Title</u>:       An open-label, randomized study of Mycophenolate Mofetil for treatment of refractory acute cellular allograft rejection in solid organ transplant recipients
<u>Sponsor</u>:

[17]

Effort:      2%
Date:       1992-1995
Funding:   $20,000


Title:       PRAISE:  a prospective randomized Amiodipine survival evaluation
Sponsor:  Pfizer
Effort:      5%
Date:       1996-1997
Funding:   $45,000


Title:       Comparison of Tacrolimum and Cyclosporine immunosuppressive regimes in cardiac transplant patients
Sponsor:  Novartis
Effort:      15%
Date:       1994-1997
Funding:   $145,000


Title:       Study of patients intolerant of converting enzyme inhibitors
Sponsor:  Tulane University School of Medicine
Effort:
Date:       1997-1998
Funding:   Internally Funded


Title:       A multicenter, randomized, double-blind study of the safety, tolerability and vascular effects of Neoral versus Sandimmune in heart transplant patients
Sponsor:  Novartis
Effort:      5%
Date:       1994-1999
Funding:   $32,000


Title:       Prospective randomized, controlled, open-label evaluation of the safety and efficacy of "Ready to Use" Celisor versus standard preservation solutions for cardiac transplantation
Sponsor:  Baylor College of Medicine and The University of Southern California
Effort:      1%
Date:       1997-1999
Funding:   $20,000


Title:       RADB 253:  A two-year randomized, multicenter, double-blind study of the efficacy and safety of SDZ RAD versus azathioprine as part of a triple immunosuppressive therapy regimen in de novo heart transplant recipients
Sponsor:  Novartis
Effort:      5%
Date:       1999-2001
Funding:   $75,000

[18]

Title:         INSYNC ICD
Sponsor:     Medtronic
Effort:         5%
Date:          2000-2003
Funding:     $85,000
Clinical study to evaluate cardiac resynchronization therapy for heart failure patients with ICD indications

Title:         PREDICT
Sponsor:     CardioDynamics
Effort:         5%
Date:          2000-2002
Funding:     $45,000
Prospective evaluation and identification of cardiac decompensation in patients with heart failure by impedance cardiography test

Title:         COMPANION
Sponsor:     Medtronic
Effort:         15%
Date:          2001-2003
Funding:     $10,000
Comparison of medical therapy, pacing and defibrillation in congestive heart failure

Title:         COMPASS-HF
Sponsor:     Medtronic
Effort:         10%
Date:          2003-2005
Funding:     $112,000

Title:         A six-month, multicenter, randomized, open-label study of the safety, tolerability and efficacy of two Neoral doses in addition to Certican and steroids in de novo heart transplant recipients
Sponsor:     Novartis
Effort:         5%
Date:          2004-2006
Funding:     $25,000

Title:         ACCLAIM
Sponsor:     Vasogen
Effort:
Date:          2003-2005
Funding:     No patients enrolled

[19]

Title:      IV PST 2744
Sponsor:    Sigma tau
Effort:
Date:       2004-2006
Funding:    No patients enrolled


Title:      EVEREST
Sponsor:
Effort:     5%
Date:       2005-2006
Funding:    $25,000


Title:      REDUCE-HF
Sponsor:    Medtronic
Effort:     10%
Date:       2006-2011
Funding:    $95,000


Title:      PORTECT II
Sponsor:    Abiomed, Inc
Effort:     1%
Date:       2007-2011
Funding:    $10,000
            A multicenter trial of the Abiomed Impella 2.5L support LVAS in high risk
            patients undergoing PCI


Title:      NOGA XP
Sponsor:    WideMed
Effort:     10%
Date:       2007-2009
Funding:    $68,000
            Sole US site for the detection of sleep disordered breathing in patients with
            heart failure


Title:      MARVEL
Sponsor:    BioHeart, Inc
Effort:
Date:       2008-2010
Funding:    No patients enrolled
            Multicenter trial of autologous skeletal muscle transplantation for ischemic
            cardiomyopathy and no revascularization options

[20]

Title:      PEERLESS HF
Sponsor:    Paracor Medical, Inc
Effort:     10%
Date:       2007-2010
Funding:    $60,000
            Multicenter randomized trial of the Paracor ventricular restraint device in
            advanced systolic heart failure


Title:      ESP
Sponsor:    Thoratec Inc
Effort:     10%
Date:       2007-2011
Funding:    $40,000
            Evaluation of simplified predictors of mortality in advanced heart failure in
            collaboration with Johns Hopkins University, University of Minnesota
            College of Medicine and Baylor College of Medicine


Title:      PARACHUTE
Sponsor:    CardioKinetics Inc
Effort:     10%
Date:       2008-present
Funding:    $3,700
            Phase II study of the Parachute ventricular partitioning device in patients
            with heart failure and ventricular dyskinetic segment


Title:      TENSOR-TIP
Sponsor:    Cnoga Medical
Effort:     10%
Date:       2010-2011
Funding:    $35,000
            Single site testing the validity of Photoluminesence in determining the
            various perfusion and metabolic states in critical care patients


Title:      CORVALEN-HF
Sponsor:    Corvalen
Effort:     5%
Date:       2010-2011
Funding:    $10,000
            A multicenter study evaluating the efficacy of a ribose supplement added to
            pharmacotherapy for refractory heart failure


Title:      LAPTOP
Sponsor:    St. Jude Medical
Effort:     10%
Date:       2010-present
Funding:    $50,000
            A study of left atrial pressure monitoring in advanced chronic heart failure
            patients

[21]

Title:      ARTS-HF
Sponsor:    Bayer
Effort:     10%
Date:       2014
Funding:    $8,000
            Randomized, double-blind, double-dummy, multi-center study to assess
            safety and efficacy of BAY 94-8862 in subject with emergency presentation
            at the hospital of worsening CHF with left ventricular systolic dysfunction
            and either type 2 diabetes mellitus with or without chronic kidney disease

Title:      SOCRATES
Sponsor:    Bayer
Effort:     10%
Date:       2014
Funding:    $25,000
            A randomized parallel-group, placebo-controlled, double-blind, multi-center
            dose finding phase II trial exploring the pharmacodynamics effects, safety
            and tolerability of oral sGC stimulator BAY1021189 in patients with
            worsening heart failure

Title:      RELAX AHF 2
Sponsor:    Novartis
Effort:     10%
Date:       2015
Funding:    $50,000
            A randomized double blind placebo controlled trial of Seralaxin in the
            treatment of acute decompensated heart failure.

Title:      PARAGON-HF
Sponsor:    Novartis
Effort:     10%
Date:       2015
Funding:    $25,000
            A randomized controlled trial of the combination ARB/Neprilysin
            Valsartan/Sacubitril vs. ARB alone in the treatment of heart failure with
            preserved ejection fraction.

Title:      REPORT-HF
Sponsor:    Novartis
Effort:     10%
Date:       2015
Funding:    $330,000
            International registry of heart failure patients and treatment plans,
            readmission rates and other co-morbid complications over 36 months of
            follow-up.

[22]

**Co-Principle Investigator/Sub Investigator**

<u>Title</u>:       SOLVD
<u>Sponsor</u>:   NIH/NHLBI
<u>Effort</u>:     10%
<u>Date</u>:      1989-1991
<u>Funding</u>:   $23,000

<u>Title</u>:       Study the efficacy of Zofenopril Calcium when added to diuretic therapy
<u>Sponsor</u>:   Eli Lilly
<u>Effort</u>:     5%
<u>Date</u>:      1989-1990
<u>Funding</u>:   $100,000

<u>Title</u>:       Multicenter study to assess the effect of digoxin withdrawal on exercise tolerance and other measures of clinical efficacy in patients with chronic congestive heart failure
<u>Sponsor</u>:   Burroughs Wellcome Co; G. Besseler Associates
<u>Effort</u>:     1%
<u>Date</u>:      1989-1991
<u>Funding</u>:   $60,000

<u>Title</u>:       Study of the safety and efficacy of captopril in the prevention of nitrate tolerance in patients with exercise-induced angina
<u>Sponsor</u>:   E.R. Squibb & Sons
<u>Effort</u>:     1%
<u>Date</u>:      1989-1991
<u>Funding</u>:   $10,000

<u>Title</u>:       Double blind, parallel multicenter pilot study comparing the onset and duration of anti-anginal activity of two doses of modified transdermal nitroglycerin and placebo in patients with coronary artery disease
<u>Sponsor</u>:   Schering Plough
<u>Effort</u>:     1%
<u>Date</u>:      1989-1991
<u>Funding</u>:   $10,000

<u>Title</u>:       A multicenter, double-blind, crossover study of Carvedilol compared to placebo in patients with exertional angina
<u>Sponsor</u>:   Smith Kline & French
<u>Effort</u>:     1%
<u>Date</u>:      1990-1992
<u>Funding</u>:   $15,000

<u>Title</u>:       A double-blind, randomized, parallel, placebo-controlled, multi-center study in the hemodynamic effects of Felodipine ER in patients with heart failure
<u>Sponsor</u>:   Merck Sharp & Dohme
<u>Effort</u>:     1%
<u>Date</u>:      1990-1991
<u>Funding</u>:   $50,000

[23]

Title:      A randomized, placebo-controlled study designed to evaluate the effects of
            Manoplax (flosequinan) on mortality in patients with severe congestive
            heart failure
Sponsor:    Boots
Effort:     1%
Date:       1991-1993
Funding:    $10,000


Title:      A comparative evaluation of the sIL-2R:CsA Ratio versus sIL-2R alone in the
            detection of cardiac allograft rejection
Sponsor:
Effort:     15%
Date:       1993-1994
Funding:    $65,000


Title:      A Phase I, randomized, double-blind, placebo-controlled dose response
            study of the effects of a 24 hour course of NatrecorhBNP administered as an
            intermittent bolus in subjects with decompensated congestive heart failure
Sponsor:
Effort:     5%
Date:       1995-1996
Funding:    $66,000


Title:      A Phase II, randomized, double-blinded, placebo-controlled ascending dose
            response study of the effects of a 2 hour course of NatrecorhBNP
            administered as an intermittent IV bolus in subjects with decompensated
            congestive heart failure on ACE inhibitors
Sponsor:
Effort:     5%
Date:       1995-1997
Funding:    $30,000


Title:      CHARM
Sponsor:    Astra Zeneca
Effort:
Date:       1999-2003
Funding:    $
            A study of candesartan in patients with heart failure who are ACE inhibitor
            intolerant and have depressed left ventricular systolic function or are
            treated with ACE inhibitor and have a depressed LV function, or patients
            who have a preserved LV function


Title:      A double-blind, placebo controlled, multi-dose evaluation of CP-424,391 (a
            recombinant human growth hormone) for its safety, toleration and efficacy
            in patients with mild to moderate heart failure
Sponsor:    Pfizer
Effort:

[24]

<u>Date</u>:       1999-2001
<u>Funding</u>:   $

<u>Title</u>:      SCDHeFT
<u>Sponsor</u>:   NIH
<u>Effort</u>:
<u>Date</u>:       1997-2003
<u>Funding</u>:   $
            A study of sudden cardiac death in heart failure

<u>Title</u>:      UNITE HF Database
<u>Sponsor</u>:
<u>Effort</u>:
<u>Date</u>:       1991-2001
<u>Funding</u>:   No patients enrolled
            A heart failure registry

<u>Title</u>:      A multi-center validation of single breath acetylene cardiac output
            measurement during exercise
<u>Sponsor</u>:   Tulane University School of Medicine
<u>Effort</u>:
<u>Date</u>:       1999-2003
<u>Funding</u>:   Internally funded

<u>Title</u>:       AC-051
<u>Sponsor</u>:
<u>Effort</u>:     1%
<u>Date</u>:       2000-2001
<u>Funding</u>:   $10,000
            A double-blind, parallel group, multi-center, randomized, placebo-controlled
            study to assess efficacy and safety of Ro 61-0612 (an endothelin receptor
            antagonist) in patients with acute decompensated heart failure

<u>Title</u>:      EMOTE
<u>Sponsor</u>:   Heart Failure Society of America
<u>Effort</u>:
<u>Date</u>:       2000-2003
<u>Funding</u>:   No patients enrolled
            A study of oral enoximone in intravenous inotrope dependent subjects

<u>Title</u>:      ATTACH
<u>Sponsor</u>:   NIH
<u>Effort</u>:
<u>Date</u>:       2000-2001
<u>Funding</u>:   $
            A study evaluating the effects of infliximab in patients with stable congestive
            heart failure

Title:      A-Heft
Sponsor:    NIH
Effort:
Date:       2001-2003
Funding:
            A study to evaluate Bidil when added to standard therapy in African
            American patients with heart failure

Title:      REVIVE
Sponsor:    NHLBI
Effort:
Date:       2002-2003
Funding:
            A  study to evaluate intravenous Levosimendan in the treatment of
            decompensated chronic heart failure

Title:      FUSION1
Sponsor:
Effort:
Date:       2002-2003
Funding:
            A study to evaluate follow-up serial infusions of Natecor in patients with
            chronic heart failure

Title:      A multi-center, double-blind, randomized, placebo-controlled, parallel-group
            study to assess the efficacy, safety and tolerability of Tezosentan in patients
            with acute heart failure actillion
Sponsor:
Effort:
Date:       2003-2005
Funding:

Title:      A prospective evaluation of closed-loop stimulation in heart failure patients
            (HF-CLS)
Sponsor:    Biotronik
Effort:
Date:       2003-2005
Funding:    No patients enrolled

Title:      A Phase II, dose escalation evaluation of the pharmacokinetic and
            hemodynamic effects of Carperitide in subjects with congestive heart failure
Sponsor:    Fujisawa
Effort:     1%
Date:       2003-2006
Funding:    $40,000

Title:      AC2592

[26]

Sponsor:   Amlyn
Effort:
Date:      2004-2006
Funding:   $
           A Phase II, randomized, double-blind, parallel-group, placebo-controlled,
           multicenter study to examine the effects of AC2592 administered by
           continuous subcutaneous infusion in subjects with advanced chronic
           congestive heart failure


Title:     A clinical evaluation of the Jarvik 2000 Heart Assist System
Sponsor:   Jarvik Heart
Effort:    5%
Date:      2003-2006
Funding:   $150,000


Title:      HEARTMATE II
Sponsor:   Thoratec
Effort:    10%
Date:      2003-2006
Funding:   $200,000
           An evaluation of the HeartMate II LVAS


Title:     BALANCE HF
Sponsor:   CardioLine
Effort:    2%
Date:      2007-2008
Funding:   $20,000
           A multicenter trial of Lixovaptan in the treatment of heart failure with
           hyponatremia


Title:     Everest II
Sponsor:   EValve, Inc
Effort:    3%
Date:      2008-2009
Funding:   $70,000
           A multicenter trial of the Evalve percutaneous mitral clip in patients with
           MR and systolic dysfunction


Title:     REALISM
Sponsor:   EValve, Inc
Effort:    3%
Date:      2009-2011
Funding:   $10,000
           A multicenter trial of the EValve percutaneous mitral clip in high risk
           patients for mitral valve repair


Title:     MAGELLAN
Sponsor:   Bayer
Effort:

[27]

Date:      2009-2011
Funding:   No patients enrolled
            A multicenter trial of an oral factor XA inhibitor in cardiovascular patients at risk for thromboembolic complications

Title:       C-PORT-E
Sponsor:  Cardiovascular Patient Outcome Research Team
Effort:
Date:      2009-2011
Funding:  $
            A multicenter randomized trial of elective angioplasty at a non-cardiovascular surgery hospital as a function of safety and effectiveness

Title:       Rat Renal Ablation
Sponsor:  BioSense Webster
Effort:     2%
Date:      2012-present
Funding:  $30,000
            A study of renal nerve ablation effects on kidney and cardiac remodeling in the SHR rat model

Title:       Vascucap
Sponsor:  National Institute of Health/Sheehan
Effort:     1%
Date:      2015-present
Funding:  $830,000
            A noninvasive computer assisted assessment and phenotyping of vasculopathy

Title:       Improving patient outcomes and decreasing patient toxicity in breast cancer patients
Sponsor:  LaCATS/ Ferguson
Effort:     1%
Date:      2016
Funding:  final funding consideration in progress


**Manuscripts:**

1. Radhakrishnamurthy B, **Smart FW**, Dalferes ER, Berenson GS:  Isolation and characterization of proteoglycans from bovine lung. *J Biol Chem* 1980; 255:7575-82.

2. Radhakrishnamurthy B, **Smart FW**, Berenson GS:  A rapid method of isolation and fractionation of proteoglycans using vertical tube rotor for isopycnic centrifugation. *Prep Biochem* 1980; 10:151-9.

3. Radhakrishnamurthy B, **Smart FW**, Berenson GS, Rogers WR:  The composition of glycoproteins and activities of glycosidases in bronchoalveolar lavages from smoking baboons. *Lung* 1982; 161:166-72.

4. Radhakrishnamurthy B, **Smart FW**, Heneghan JB, Jeansonne NE, Berenson GS: Glycosaminoglycan composition or germ free dog lungs.  *Proc Soc Exp Bilo Med* 1983; 172:457-62.

5. Radhakrishnamurthy B, Jeansonne NE, **Smart FW**, Berenson GS:  Proteoglycans from lungs of rabbits treated with pronase and cadmium chloride.  *Am Rev Respir Dis* 1985; 131:855-61.

6. **Smart FW**, Husserl F:  Complications of balloon tipped flow directed catheters.  *Chest* 1990; 97:227-8.

7. **Smart FW**, Ballantyne CM, Cocanougher B. Farmer JA, Young JB:  Insensitivity of noninvasive tests to detect coronary artery disease after heart transplant, *American Journal of Cardio*., 1991, 67 (4). p243-7.

8. **Smart FW**, Grinstead WC, Cocanougher B, Ballantyne CM, Farmer JA, Kleiman NS, Young JB: Detection of heart transplant arteriopathy:  Does exercise thallium scintigraphy improve noninvasive diagnostic capabilities?  *Transplant Proc* 1991; 23 (1 pt 2). p1189-92.

9. Rowe SK, Kleiman NS, Cocanougher B, **Smart FW**, Minor ST, Raizner AE, Henry PD, Roberts R, Pratt CM, Young JB:  Effects of intracoronary acetylcholine infusion early versus late after heart transplant.  *Transplant Proc*., 1991, 23 (1 pt. 2) 1193-7.

10. Kotliar C, **Smart FW**, Sekela ME, Pacifico A, Pratt CM, Noon GP, DeBakey ME, Young B: Relationship of heterotopic transplantation to native heart ventricular arrhythmias.  *Annals of Thoracic Surgery*; 1991 June 51 (6) 987-91.

11. Grinstead WC, **Smart FW**, Pratt CM, Weilbaecher DG, Sekela ME, Noon GP, Young JB: Sudden death caused by bradycardia and asystole in a heart transplant patient with coronary arteriopathy.  J. *Heart Transplant*, 1991, Nov-Dec 10(6) 931-6.

12. Young JB, Windsor NT, **Smart FW**, Kleiman NS, Weilbaecher DG, Noon GP, Nelson DL, Lawrence EC.  Inability of isolated soluble interleukin-2 receptor levels to predict biopsy rejection scores after heart transplantation.  *Transplantation* 1991 March 51(3):636-41.

13. Young JB, Lloyd KS, Windsor NT, Cocanougher B, Weilbaecher DG, Kleiman NS, **Smart FW**, Nelson DL, Lawrence EC:  Relationship of elevated soluble interleukin-2 receptor levels measured early after heart transplant to long term survival and development of coronary arteriopathy.  *J Heart Transplant*, 1991; 10(2), p243-50.

14. Grinstead WC, **Smart FW**, Pratt CM, Sekela ME, Noon GP, Young JB:  Detection of asymptomatic myocardial ischemia in a heart transplant patient prior to sudden death.  *J Heart Lung Transplantation*, 1991, Nov-Dec 10 (6) 1026-8.

15. Ventura HO, Murgo JP, **Smart FW**, Stapleton DD, Price HL.  Current issues in advanced heart failure.  *Med Clin North Am* 1992 September 76(5):1057-82.

16. Sekela ME, **Smart FW**, Noon GP, Young JB.  Attenuation of waiting time mortality with heterotopic heart transplantation.  Annals Thoracic Surgery 1992 September 54(3):547-51.

[29]

17. Young JB, **Smart FW**, Lowry RL, Kleiman NS.  Coronary angiography after heart transplantation:  should perioperative study be the "gold standard"?  J Heart & Lung Transplantation 1992 May-June 11(3 Pt 2):S65-8.

18. Eiswirth, Jr., C, **Smart, FW**: Cardiac Transplantation: Role of Endomyocardial Biopsy And Immunosuppressive Agents. J LA State Med Soc 1993 May; 203-06.

19. Travitzky, V, **Smart, FW**, Hayes, DH, Jacobbi, LM: Medical Choices in the 90s: Transplantation and Donation. J LA State Med Soc 1993 May; 207-12.

20. **Smart FW**, Ventura HO, Stapleton DD, Eiswirth CC, Dumas DH, Price HL.  Cardiac transplantation.  An overview of recipient selection. J Louisiana State Medical Society 145:213-216, 1993.

21. VanMeter CH, **Smart, FW**, McFadden PM, Pridjian, AK, Ventura HO, Cassidy CD, Ochsner JL.  Cardiac assist devices bridging and beyond.  J Louisiana State Medical Society 145:227-232, 1993.

22. Ventura HO, **Smart FW**, Stapleton, DD, Toups T, Price HL.  Cardiac allograft vasculopathy:  Current concepts.  J Louisiana State Medical Society 145:195-202, 1993.

23. Nagao T, Nakashima, **Smart FW**, Bond RA, Morrison KJ, Vanhoutte PM:  Potentiation of endothelium-dependent hyperpolarization to serotonin by the dietary intake of the fish oil NC 020, in the porcine coronary artery.  J Cardiology Vasc Pham.

24. Dumas D, Cassidy C**, Smart FW**, Ventura HO.  Ambulatory use of dobutamine in congestive heart failure.  J Transplant Coordination 3:54-57, 1993.

25. Ventura HO, Milani RV, Lavie CJ, **Smart FW**, Stapleton DD, Toups T, Price HO.  Cyclosporine-induced hypertension.  Efficacy of omega 3 fatty acids in patients after cardiac transplantation.  Circulation 1993, November, 1988(5 Pt 2):II281-5.

26. Ventura HO, White CJ, Jain SP, **Smart FW**, Jain A, Stapleton DD, Collins TJ, Ramee SR.  Assessment of intracoronary morphology in cardiac transplant recipients by angioscopy and intravascular ultrasound.  Am J Cardiology 1993, October 1;72(11):805-9.

27. **Smart FW**, Young JB, Weilbaecher D, Kleiman NS, Wendt RE 3d, Johnston DL.  Magnetic resonance imaging for assessment of tissue rejection after heterotopic heart transplantation.  J Heart & Lung Transplantation 1993 May-June 12(3):403-10.

28. Stapleton DD, Ventura HO, Grundtner SE, **Smart FW**, Price HL, Van Meter C, Ochsner JL.  Induction immunosuppression with the monoclonal antibody OKT3 after cardiac transplantation.  Am J Medical Science 1993 July 306(1):16-9.

29. Rees AP, Milani RV, Lavie CJ, **Smart FW**, Ventura HO.  Valvular regurgitation and right-sided cardiac pressures in heart transplant recipients by complete Doppler and color flow evaluation.  Chest 1993 July 104(1):82-7.

30. Schini VB, Bond R, Gao Y, Illiano S, Junquero DC, Mombouli JV, Nagao T, **Smart FW**, Vanhoutte PM: The sydnonimine C87-3754 evokes endothelium-independent relaxations and prevents endothelium-dependent contractions in blood vessels of the dog.  J Cardiovascular Pharmacology 1993;22 Suppl 7:S10-6.

31. Ventura HO, Milani RV, Lavie CJ, **Smart FW**, Stapleton DD, Toups TS, Price HL. Cyclosporine-induced hypertension. Efficacy of omega-3 fatty acids in patients after cardiac transplantation.  Circulation 1993 Nov;88(5 Pt 2):II281-5.

32. Ventura HO, **Smart FW**, Stapleton DD, Toups T, Price HL. Cardiac allograft vasculopathy: current concepts.  J LA State Medical Society 1993 May;145(5):195-8, 200-2.

33. Mahmarian JJ, **Smart FW**, Moye LA, Young JB, Francis MF, Kingry CL, Verani MS, Pratt CM: Exploring the minimal dose of amiodarone with antiarrhythmic and hemodynamic activity. Am J of Cardiology 1994 Oct 1;74(7):681-.6

34. Ventura HO, Lavie CJ, Messerli FH., Valentino V., **Smart FW**, Stapleton, DD, Ochsner JL.: Cardiovascular adaption to cyclosporine-induced hypertension.  Journal of Human Hypertension, 1994, (8), p233-237.

35. Van Meter CH Jr, **Smart FW**, Ventura HO, Stapleton DD, Cassidy C, deGruiter H, Ochsner JL. High-risk surgery as an alternative to transplantation.  Texas Heart Inst J 1994;21(4):302-4.

36. Escobar A, Ventura HO, Stapleton DD, Mehra MR, Ramee SR, Collins TJ, Jain SP, **Smart FW**, White CJ. Cardiac allograft vasculopathy assessed by intravascular ultrasonography and nonimmunologic risk factors.  Am J Cardiology 1994 Nov 14;74(10):1042-6.

37. Mehra MR, Stapleton DD, Ventura HO, Escobar A, Cassidy CA, **Smart FW**, Collins TJ, Ramee SR, White CJ. Influence of donor and recipient gender on cardiac allograft vasculopathy. An intravascular ultrasound study.  Circulation 1994 Nov;90(5):1178-82.

38. Ventura HO, Lavie CJ, Messerli FH, Valentino V **Smart FW**, Stapleton DD, Ochsner JL. Cardiovascular adaptation to cyclosporine-induced hypertension.  J Hum Hypertension 1994 Apr;8(4):233-7.

39. Mehra MR, Ventura HO, Stapleton DD, Karsan AK, **Smart FW**, Ramee SR, Collins TJ.  Allograft Aortopathy:  An In Vivo Study of Donor Aorta Involvement in Cardiac Allograft Vasculopathy. Circulation, 1994;90(4,part2)I-94.

40. Dumas D, Cassidy C, **Smart FW**, Ventura HO. Long-term dobutamine administration for managing congestve heart failure in the outpatient setting. Clinical Geriatrics 2:47-52, 1994.

41. Dumas DH, Cassidy C, Randrup E, Milano RV, Shaw D, **Smart FW**, Ventura HO. Sexual function in men following cardiac transplantation. J Transplant Coordination 4:115-118, 1994.

42. Mehra MR, Ventura HO, Stapleton DD, **Smart FW**, Collins TC, Ramee SR:  Presence of severe intimal thickening by intravascular ultrasonography predicts cardiac events in cardiac allograft vasculopathy.  J Heart & Lung Transplantation 1995 Jul-Aug:14(4):632-9.

[31]

43. Van Meter CH Jr, Claycomb WC, Delcarpio JB, Smith DM, deGruiter H, **Smart FW**, Ochsner JL: Myoblast transplantation in the porcine model:  a potential technique for myocardial repair. J Thoracic Cardiovascular Surgery, 1995 Nov; 110 (5):1442-8.

44. Mehra MR, Ventura HO, Chambers R, Collins TJ, Ramee SR, Kates MA, **Smart FW**,  Stapleton DD: Predictive model to assess risk for cardiac allograft vasculopathy: an intravascular ultrasound study.  J Am College of Cardiology 1995 Nov 15;26(6):1537-44.

45. Ali A, Mehra MR, Stapleton DD, Kemmerly SA, Ramireddy K, **Smart FW**, Augustine S, Ventura HO: Vibrio vulnificus sepsis in solid organ transplantation: a medical nemesis.  J Heart & Lung Transplantation 1995 May-Jun;14(3):598-600.

46. Mehra MR, Ventura HO, **Smart FW**, Stapleton DD, Collins TJ, Ramee SR, Murgo JP, White CJ. New developments in the diagnosis and management of cardiac allograft vasculopathy. Texas Heart Inst J 1995;22(2):138-44.

47. Mehra MR, Ventura HO, Escobar A, Cassidy CA, **Smart FW**, Stapleton DD. Does donor and recipient sex influence the development of cardiac allograft vasculopathy?  Transplant Proceedings 1995 Jun;27(3):1926-9.

48. Mehra MR, Ventura HO, **Smart FW**, Collins TJ, Ramee SR, Stapleton DD. An intravascular ultrasound study of the influence of angiotensin-convertin enzyme inhibitors and calcium entry blockers on the development of cardiac allograft vasculopathy.  Am J Cardiology 1995 Apr 15l75(12):853-4.

49. Ventura HO, Mehra MR, **Smart FW**, Stapleton DD. Cardiac allograft vasculopathy: current concepts.  Am Heart J 1995 Apr;129(4):791-9.

50. McFadden PM, Ochsner JL, Emory WB, Van Meter CH Jr, Pridjian AK, Young GS, Harmon DE, **Smart FW**, Ventura HO, Scharfenberg JC, et al. Lung transplantation in Louisiana: report of the first twenty lung transplants performed in the state.   J LA State Medical Society 1995 Jan;147(1):37-42.

51. Richards DR, Mehra MR, Ventura HO, Lavie CJ, **Smart FW**, Stapleton DD, Milani RV.  Does Peak Oxygen Consumption Predict outcome of Heart Failure in Women as Well as in Men? Evidence for a Gender Mismatch.  Circulation, 1995; 92:I-402.

52. Mehra MR, Ventura HO, Chambers RB, Ramireddy K, **Smart FW**, Stapleton DD.  The Prognostic Impact of Immunosuppression and Cellular Rejection on Cardiac Allograft Vasculopathy:  Time for a Reappraisal.  Circulation, 1995;92:I-245.

53. Mehra MR, Ventura HO, Stapleton DD, **Smart FW,** Stapleton DD.  The Prognostic Significance of Intimal Proliferation in Cardiac Allograft Vasculopathy:  A Paradigm Shift.  J Heart Lung Transplant, 1995 Nov-Dec;14 (6 Pt 2):S207-11.

54. Mehra MR, Ventura HO, **Smart FW**, Stapleton DD.  Impact of Converting Enzyme Inhibitors and Calcium Entry Blockers on Cardiac Allograft Vasculopathy:  From Bench to Bedside.  J Heart Lung Transplant, 1995 Nov-Dec;14 (6 Pt 2):S246-9.

55. Mehra MR, Stapleton DD, Cook JL, Zhang T, Ventura, Huang C, Maldonado B, **Smart FW**. Adenovirus-mediated in Vivo Gene Transfer in A Rabbit Model of Allograft Vasculopathy: J Heart Lung Transplant, 1996 Jan; 15 (1 Pt 1):  51-7.

56. **Smart FW**, Naftel DC, Costanzo MR, Levine TB, Pelletier GB, Yancy CW Jr., Hobbs RE, Kirklin JK, Bourge RC.  Risk factors for early, cumulative, and fatal infections after heart transplantation:  a multi-institutional study.  J Heart Lung Transplant 1996 Apr; 15(4):  329-41.

57. Mehra MR, Ventura HO, Malik F, Stapleton DD, **Smart FW**. The role of intravenous milrinone in assessing pulmonary reactivity for orthotropic heart transplantation.  Congestive Heart Failure 2(6):45-47, 1996.

58. Ventura HO, Mehra MR, Toups TS, **Smart FW**. Vasculopatia del injerto cardiaco.  Conceptos actuales. Rev Argent Cardiol 64(6):555-561, 1996.

59. Kapoor C, Mehra MR, Ventura HO, Stapeton DD, **Smart FW**. Current issues in immunosuppression: Focus on the elderly heart transplant recipient. Cardiology in the Elderly 4:11-14, 199.6

60. Mehra MR, Ventura HO, Stapleton DD, **Smart FW**. Cardiac allograft vasculopathy in the elderly heart transplant recipient. Cardiology in the Elderly 4:22-27, 1996.

61. Van Meter CH, **Smart FW**, Stapleton DD, Ventura HO, Ochsner JL.  Mechanical Assistance of the Failing Heart in the Elderly.  Cardiology in the Elderly 1996, 4: 28-31.

62. Bowen JC, Money S, McFadden M, Kot J, Ventura HO, **Smart FW**, Ochsner J.  The incidence, morbidity and mortality of surgical procedures following orthotropic heart transplantation. Ann Surg 225:686-692, 1997.

63. Manord JJD, Garrard CL, Mehra MR, Sternbergh III, W, Ballinger B, Venture HO, Stapleton DD, **Smart FW**, Bowen JC, Money SR.  Implications for the Vascular Surgeon with Prolonged (3-89 Days) Intra-Aortic Balloon Pump Counterpulsation.  J of Vasc Surg 26:511-515, 1997.

64. Mehra MR, Venture HO, Jain SP, Ramireddy K, Ali A, Stapleton DD, **Smart FW**, Ramee SR, Collins TJ, White CJ. Heterogeneity of Cardiac Allograft Vasculopathy.  Clinical Insights from Coronary Angioscopy.  Jrnl of Am College of Cardiology, 1997 May; 29 (6): 1339-44.

65. Malik FS, Mehra MR, Ventura HO, **Smart FW**, Stapleton DD, Ochsner JL.  Management of Cardiac Allograft Vasculopathy by Transmyocardial Laser Revascularization.  Am J Cardiol 80:224-225, 1997.

66. Stapleton DD, Mehra MR, Dumas D, **Smart FW**, Milani RV, Lavie CJ, Ventura HO.  Lipid Lowering Therapy and Long-Term Survival in Heart Transplantation. Am J Cardiol 80:802-805, 1997.

67. **Smart FW**, Naftel DC, Costanzo MR, Levine TB, Pelletier GB, Yancy CW, Hobbs RE, Kirklin JK, Bourge RC, Cardiac Transplant Research Database (CTRD) Group. Risk Factors for Early, Cumulative and Fatal Infections Following Cardiac Transplantation:  A Multi-institutional Study. J Heart & Lung Trans vol 15, no. 4; 329-341.

[33]

68. Harjai KJ, Mehra MR, Ventura HO, Lapeyre YM, Murgo JP, Stapleton DD, **Smart FW**.  Home Inotropic Therapy in Advanced Heart Failure:  Cost Analysis and Clinical Outcomes. Chest 112(5):1298-1303, 1997.

69. Tao Z, **Smart FW**, Figueroa JE, Glancy DL, Vijayagopal P.  Elevated Expression of Proteoglycans in Proliferating Vascular Smooth Muscle Cells. Atherosclerosis 135(2):171-179, 1997 Dec.

70. Ventura HO, Mehra, MR, Stapleton DD, **Smart FW**.  Cyclosporine Induced Hypertension in Cardiac Transplantation.  Med Clin North Amer 81:1347-1357, 1997.

71. Mehra MR, Ventura HO, Kapoor C, Stapleton DD, Zimmerman DA, **Smart FW**.  The Clinical Utility and Safety of Long Term Intravenous Milrinone in Advanced Heart Failure.  Am  J Cardiol 80:61-64, 1997.

72. Bhatia DS, Bowen JC, Kot JB, Money SR, Pridjian AK, Van Meter CH, McFadden PM, Ventura HO, Mehra MR**, Smart FW**.  The Incidence and Mortality of Surgical Procedures Following Orthotropic Heart Transplantation.  Ann Surg 225:686-693, 1997.

73. Mehra MR, Cassidy CA, deGruitier H, **Smart FW**, Ventura, HO.  The Unique Management of Refractory Advanced Heart Failure.  Heart and Lung 26:280-288-1997.

74. Ventura HO, Malik F, Mehra MR, Stapleton DD, **Smart FW**.  Mechanisms of hypertension in cardiac transplantation:  Role of cyclosporine.  Current Opinion in Cardiol 12:375-381, 1997.

75. Mehra MR, Ventura HO, Karsan AK, Stapleton DD, Toups TS, **Smart FW**, Collins TJ. "Allograft Aortopathy" - An in vivo study of donor aorta involvement in cardiac allograft vasculopathy.  Am Heart J 133(6):698-702, 1997.

76. Richards DR, Mehra MR, Ventura HO, Lavie CJ, **Smart FW**, Stapleton DD, Milani RV. Usefulness of Peak Oxygen Consumption in Predicting Outcome of Heart Failure in Women Versus Men.  Am Jrnl of Cardio 80:1236-1238, 1997.

77. Ruggut T, Mehra MR, Porche M, Stapleton DD, **Smart FW**, Ventura HO. Obstructive sleep apnea, hypertension, and heart failure: a clinical conundrum. Congestive Heart Failure 3(1):36-38, 1997.

78. Malik FS, Mehra MR, **Smart FW**, Stapleton DD, Ventura HO. Exploring the therapeutic potential of thyroid hormone in cardiogenic shock.  Congestive Heart Failure 3(2):35-37, 1997.

79. Mehra MR, Ventura HO, Chambers RB, Ramireddy K, **Smart FW**, Stapleton DD. The prognostic impact of immunosuppression and cellular rejection on cardiac allograft vasculopathy: Time for a reappraisal. J Heart Lung Transplant 16:743-751, 1997.

80. Humphrey JS, Mehra MR, Porche M, **Smart FW**, Stapleton DD, Ventura HO. Diuretic resistance in heart failure. Solutions in the kitchen cabinet.  Congestive Heart Failure 3(4):63-64, 1997.

[34]

81. Turgut T, Cheirif JB, Orlando A, Mehra MR, **Smart FW**, Ventura HO. Left atria myxoma, functional mitral stenosis and the syndrome of heart failure. Congestive Heart Failure 3(3):55-57, 1997.

82. Malik F, Mehra MR, **Smart FW**, Stapleton DD,Ventura HO: Heart failure: An immunological disease? Congestive Heart Failure 3(6):16-21, 1997.

83. Watanabe E, Smith DM, Sun J, **Smart FW**, Van Meter CH, Claycomb. Effect of Basic Fibroblast Growth Factor on Angiogenesis in the Infarcted Porcine Heart. Basic Res Cardiol. 1998 Feb;93(1):30-7.

84. Zhuo Tao, **Frank W. Smart**, Julio E. Figueroa, D. Luke Glancy, Parakat Vijayagopal. Elevated expression of proteoglycans in proliferating vascular smooth muscle cells, Atherosclerosis. 1997 Dec;135(2):171-9.

85. Watanabe E, Smith Jr DM, Delcarpio JB, Sun J, **Smart FW**, Van Meter, CH, Claycomb WC. Cardiomyocyte Transplantation in a Porcine Myocardial Infarction Model. Cell Transplant 7(3):239-46, 1998 .

86. Harjai KJ, Boulos LM, **Smart FW**, Turgut T, Krousel-Wood MA, Stapleton DD, Mehra MR, Murgo JP, Ventura HO. The effect of caregiver specialty on cost and clinical outcomes following hospitalization for DRG 127 (heart failure and shock). Am J Cardiol Jul 1:82(1):82-85, 1998.

87. Kobashigawa J, Miller L, Renlund D, Mentzer R, Alderman E, Bourge R, Costanzo M, Eisen H, Dureau G, Ratkovec R, Hummel M, Ipe D, Johnson J, Keogh A, Mamelok R, Mancini D, **Smart F**, Valentine H. A randomized active-controlled trial of mycophenolate mofetil in heart transplant recipients. Mycophenolate Mofetil Investigators. Transplantation. 1998 Aug 27;66(4):507-15.

88. Aduli FX, **Smart FW**, Stapleton DD, Ventura HO. The role of vasopressin on the treatment of vasodilatory shock post cardiopulmonary bypass. Congestive Heart Failure 4(4):49-50, 1998.

89. Iqbal I, **Smart FW**, Stapleton DD, Ventura HO. Progression of heart failure in a previously euthyroid patient due to hyperthyroidism. Congestive Heart Failure 4(6):56-57, 1998.

90. Richards DR, Gilliland Y, Bernal JA, **Smart FW**, Stapleton DD, Ventura HO, Cheirif J. Mitral inflow and pulmonary venous Doppler measurements do not predict pulmonary capillary wedge pressure in heart transplant recipients. Am Heart J 135(4):641-646, 1998.

91. Harjai KJ, Nunez E, Turgut T, Shah MP, Humprie S, Newman J, Cheirif J, **Smart FW**, Ventura HO. The independent effects of left ventricular ejection fraction on short-term outcomes and resource utilization following hospitalization for heart failure. Clin Cardiol 22(3):184-190, 1999.

92. Iqbal I, **Smart FW**, Ventura HO, Stapleton DD, Augustine S. Bilateral renal artery fibrous dysplasia and heart failure. Congestive Heart Failure 5(1):41-42, 1999.

93. Figueroa JE, Tao Z, Sarphie G, **Smart FW**, Glancy DL, Vijayagopal P. Effect of hypoxia and hypoxia/reoxygenation on proteoglycan metabolism by vascular smooth muscle cells. Atherosclerosis 143:135-144, 1999

94. Ventura HO, **Smart FW**.  Modalidades terapeuticas en el manejo de la insuficiencia cardiaca severa. Cardiologia Intercontinental 8(1)24-30, 1999

95. Taylor DO, Barr ML, Radovancevic B, Renlund DG, Mentzer RM Jr, **Smart FW,** Tolman DE, Frazier OH, Young JB, VanVeldhuisen PA randomized, multicenter comparison of tacrolimus and cyclosporine immunosuppressive regimens in cardiac transplantation: decreased hyperlipidemia and hypertension with tacrolimus J Heart Lung Transplant. 1999 Apr;18(4):336-45

96. Ventura HO, Loyolka P, **Smart FW**. Treatment of the Hypertensive Patient with Microvascular Angina. Curr Opin Cardiol 14:370-374, 1999.

97. Young C, **Smart FW**, Ventura HO. Difficult cases in heart failure: Atrioventricular interval optimization utilizing thoracic electrical bioimpedance. Congested Heart Fail. 1999 Sep;5(5):235-237.

98. Ventura HO, Mehra MR, Iqbal I, **Smart FW**. The distinctive management and treatment choices of the syndrome of advanced systolic heart failure. Cleveland Clinic Journal of Medicine 1999.

99. Iqbal I, **Smart FW**, Ventura HO, Stapleton DD, Augustine, S. Difficult cases in heart failure: Bilateral renal artery fibrous dysplasia and heart failure. Congest Heart Fail. 1999 Jan 5(1):41-42.

100 Iqbal I, Ventura HO, Smart FW, Stapleton DD. Left ventricular assist device implantation for the treatment of recurrent ventricular tachycardia in end stage heart failure. Congestive Heart Failure (5):129-130, 1999.

101 Muhammad K, Ventura HO, Stapleton DD, **Smart FW**. Difficult cases in heart failure: Beneficial effects of aldosterone blockade in heart failure. Congest Heart Fail. 2000 Mar;6(2):115-117.

102 Ventura HO, Pranulis MF, Young C, **Smart FW**. Impedance Cardiography: A Bridge Between Research and Clinical Practice in the Treatment of Heart Failure. Congestive Heart Failure, 2000;6:94-102.

103 Muhammad K, Ventura HO, Stapleton DD, **Smart FW**. Bridge to ☐ blockade in severe heart failure: the use of phosphodiesterase inhibitors. Congest Heart Fail., 2000;6:164-166.

104 Ventura HO, Smart FW, Loyalka P. Multidisciplinary heart failure care.  Patient Care, December 30, 2000:34-44.

105 Ali, O, Ventura HO, Stapleton,DD, **Smart FW**. Difficult cases in heart failure: Ventricular resynchronization in refractory heart failure. Congest Heart Fail. 2000 Nov 6 (6) 333-336.

106 Shaw LJ, Tarkington L, Callister T, Murgo J, Simon A, Waller C, Battaglia S, Mangione N, Chambers J, **Smart F**, Mehta S, Anderson A, Kunik C, Kugelmass A, Raggi P, Houser F. The HCA National Disease Management Program for Coronary Disease Detection & Treatment in Women. Am J Managed Care, Sept 25, 2001, 7Spec No pSP 25-30.

107 Ali O, **Smart FW**, Nguyen T.  Recent Developments in Microvascular Angina.  Current Atherosclerosis Reports, 2001,3:149-155.

108 Steinman TI, Becker BN, Frost AE,. Olthoff KM, **Smart FW**, Suki WN, Wilkinson AH. Guidelines for the referral and management of patients eligible for solid organ transplantation. Transplantation, 2001,71;9:1189-1204.

109 Abraham WT, Bolling SF, Levy JH, Mehra MR, Pritzker MR, **Smart FW**, Yancy CW. Building Value in Heart Failure Management, CD-ROM, 2001.

110 Yancy CW, **Smart F**, discussants.  Treatment of acute decompensated heart failure in patients chronically treated with beta-blockers.  The Cleveland Clinic Foundation Center for Continuing Education; 2002. Cardiology Exploration: Management and Treatment Strategies in Late-Stage Heart Failure Reprint-based Monograph Series, vol 6.

111 **Smart F**, Editorial Overview Transplantation and Mechanical Assist Devices; Current Opinion in Cardiology, 2004, 19(2): 147.

112 Amir O, Kar B, Delgado RD, Younis AG, Gregoric ID, **Smart F**, Radovancevic B, Frazier OH. High left ventricular assist device flows resulting from combined native aortic valve and outflow valve regurgitation, Images in Cardiovasc Med. Circ 2005 Feb 1;111 (4): e34.

113 Wadia Y, Ethridge W, **Smart F**, Wood RP, Frazier OH, Pathophysiology of hepatic dysfunction and intrahepatic cholestasis in heart failure after left ventricular assist device support, J Heart & Lung Trans 2005 Apr; 24(4) 361-70.

114 Radovancevic B, Golino A, Vrtrovec B, Thomas CD, Radovancevic R, Odegard P, van Rossem CC, Gamers SJ, Vaughn WK, **Smart F**, Frazier OH. Is Bridging to Transplantation with a Left Ventricular Assist Device a Risk Factor for Transplant Coronary Artery Disease, J Heart & Lung Trans, 2005 Jun;25 (6): 703-7.

115 Palanichamy N, Gregoric ID, La Francesca S, **Smart FW**, Mycotic Pseudo-aneurysm of the Ascending Thoracic Aorta After Cardiac Transplantation. J Heart Lung Transplant. 2006 Jun;25(6):730-733.

116 **Smart F**, Palanichamy N, Left Ventricular Assist Device therapy for end stage congestive heart failure: from REMATCH to the future. Congest Heart Fail. 2005 July-Aug; 11 (4)  188-91.

117 Amir O, Bracey AW, **Smart FW**, Delgado RM 3rd, Shah N, Kar B; A successful anticoagulation protocol for the first HeartMate II implantation in the United States.; Tex Heart Inst J. 2005;32(3):399-401.

[37]

118 Amir O, Smith R, Nishikawa A, Gregoric ID, **Smart FW**; Left ventricular free wall rupture in acute myocardial infarction: a case report and literature review.; Tex Heart Inst J. 2005;32(3):424-6.

119 Gregoric ID, Nolen MT, Ksela J, Chandler LB, Messner GN, Cervera RD, **Smart FW**, Delgado RM 3rd, Frazier OH; Post transplant off-pump coronary bypass and laser revascularization in a Jehovah's Witness.; Tex Heart Inst J. 2005;32(3):434-6.

120 Amir O, Kar B, Delgado R, Younis AG, Gregoric ID, **Smart FW**, Radovancevic B, Frazier OH, Images in cardiovascular medicine, High left ventricular assist device flows resulting from native aortic valve and outflow valve regurgitation: Circulation, 2005 Feb 1;111 (4); e34.

121 Gregoric ID, Kosir R, **Smart FW**, Messner GN, Patel VS, La Francesca S, Cervera RD, Frazier OH; Left ventricular assist device implantation in a patient with congenitally corrected transposition of the great arteries. Tex Heart Inst J. 2005;32(4):567-9.

122 Letsou GV, Connelly JH, Delgado RM 3rd, Myers TJ, Gregoric ID, **Smart FW**, Frazier OH, Is native aortic valve commissural fusion in patients with long-term left ventricular assist devices associated with clinically important aortic insufficiency? Journal of Heart Lung Transplant. 2006 Apr;25(4):395-9.

123 Amir O, Radovancevic B, Delgado RM 3rd, Kar B, Radovancevic R, Henderson M, Cohn WE, **Smart FW**; Peripheral vascular reactivity in patients with pulsatile vs axial flow left ventricular assist device support. J Heart Lung Transplant. 2006 Apr;25(4):391-4.

124 Vrtovec B, Radovancevic R, Thomas CD, Yazdabakhsh AP, **Smart FW**, Radovancevic B; Prognostic value of the QTc interval after cardiac transplantation. J Heart Lung Transplant. 2006 Jan;25(1):29-35.

125 Kobashigawa JA, Tobis JM, Mentzer RM, Valantine HA, Bourge RC, Mehra MR, **Smart FW**, Miller LW, Tanaka K, Li H, Gjertson DW, Gordon RD, Mycophenolate mofetil reduces intimal thickness by intravascular ultrasound after heart transplant: reanalysis of the multicenter trial. Am J Transplant. 2006 May;6(5 Pt 1):993-7.

126 Packer M, Abraham WT, Mehra M, Yancy CW, Lawless CE, Mitchell JE, **Smart FW**, Bijou R, O'Connor CM, et. Al. Utility of impedance cardiography for the identification of short-term risk of clinical decompensation in stable patients with chronic heart failure. J Am Coll Cardiol. 2006 Jun 6;47(11):2245-55.

127 Voelkel NF, Quaife RA, Leinwand LA, Barst RJ, McGoon MD, Meldrum DR, Dupuis J, Long CS, Rubin LJ, **Smart FW**, Suzuki YJ, Gladwin M, Denholm EM, Gail DB; National Heart, Lung, and Blood Institute Working Group on Cellular and Molecular Mechanisms of Right Heart Failure. Right ventricular function and failure: report of a National Heart, Lung, and Blood Institute working group on cellular and molecular mechanisms of right heart failure. Circulation 2006 Oct 24;114(17):1883-91.

128 Bourge RC, Abraham WT, Adamson PB, Aaron MF, Aranda JM Jr, Magalski A, Zile MR, Smith AL, **Smart FW**, O'Shaughnessy MA, Jessup ML, Sparks B, Naftel DL, Stevenson LW; COMPASS-HF Study Group. Randomized controlled trial of an implantable continuous

hemodynamic monitor in patients with advanced heart failure: the COMPASS-HF study. J Am Coll Cardiol. 2008 Mar 18;51(11):1073-79 .

129 Zile MR, Bennett TD, St John Sutton M, Cho YK, Adamson PB, Aaron MF, Aranda JM Jr, Abraham WT, **Smart FW**, Stevenson LW, Kueffer FJ, Bourge RC. Transition from chronic compensated to acute decompensated heart failure: pathophysiological insights obtained from continuous monitoring of intracardiac pressures. Circulation 2008 Sep 30;118(14):1433-41.

130 Zile MR, Bourge RC, Bennett TD, Stevenson LW, Cho YK, Adamson PB, Aaron MF, Aranda JM Jr, Abraham WT, **Smart FW**, Kueffer FJ. Application of implantable hemodynamic monitoring in the management of patients with diastolic heart failure: a subgroup analysis of the COMPASS-HF trial. J Card Fail. 2008, Dec;14(10):816-23. Epub 2008 Sep 6.

131 Amir O, Delgado RM 3rd, Kar B, **Smart FW**. The value of cardiac magnetic resonance imaging in the diagnosis of isolated non-compaction of the left ventricle. Isr Med Assoc J. 2009 May;11(5):313-4.

132 Amir O, Barak-Shinarb D, Wolff R , **Smart FW** ,Lewis BS. Prediction of Death and Hospital Admissions via Innovative Detection of Cheyne-Stokes Breathing in Heart Failure Patients. Cardiovascular Engineering and Technology (2010) 1: 132-137, July 20, 2010.

133 Offer Amir , Deganit Barak-Shinarb, Antonietta Henry, **Frank W. Smart**; Photoplethysmography as a single source for analysis of sleep-disordered breathing in patients with severe cardiovascular disease- J Sleep Res. 2011 Jun 14. 1365.

134 Amir, O; Barak-Shinarb D, Wolff R , **Smart FW**. Long-term assessment of nocturnal Cheyne-Stokes respiration in patients with heart failure, Sleep and Breathing, Vol 15, 12/2011, Issue 4, 855.

135 Gheorghiade M, Greene SJ, Butler J, Filippatos G, Lam CS, Maggioni AP, Ponikowski P, Shah SJ, Solomon SD, Kraigher-Krainer E, Samano ET, Müller K, Roessig L, Pieske B; SOCRATES-REDUCED Investigators, Effect of Vericiguat, a Soluble Guanylate Cyclase Stimulator, on Natriuretic Peptide Levels in Patients With Worsening Chronic Heart Failure and Reduced Ejection Fraction: The SOCRATES-REDUCED Randomized Trial. JAMA. 2015 Dec 1;314(21):2251-62.

136 Hanna EB, **Smart FW**. Letter by Hanna and Smart Regarding Article, "Clinical Diagnosis of Pulmonary Hypertension". Circulation. 2015 Sep 1;132(9):e133.

137 **Smart, FW** Unusual Cardiomyopathies: Some May Be More Usual Than Previously Thought and Simply Underdiagnosed; Cardiovascular Innovations and Applications, 2015 Nov, Vol1, No.1;29-36

138 Polhemus D, Gao J, Scarbouough A, McDonough K, Goodchild T, **Smart F**, Kapusta D, Lefer D: Radiofrequency Renal Denervation Protects the Ischemic Heart via Inhibition of GRK2 and Increased Nitric Oxide Signaling; Circulation Research 2016 CIRCRESAHA 115.308278, online ahead of print

[39]

**Book Chapters:**

Ventura, HO, Murgo, JP, **Smart FW**, Stapleton, DD, Price HL.  Current issues in advanced heart failure.  In:  Medical Clinics of North America:  New Challenges in Internal Medicine 76:1057-1082, 1992.

Ventura HO, Price HL, **Smart FW**, et al.  Cardiac transplantation in older patients:  Changing perspectives.  In:  Cardiovascular Diseases in the Elderly  Messerli FH (Ed) 3rd edition 1993.

Young JB, **Smart FW**, Farmer JJ:  When to think of cardiac transplantation:  Heart replacement for terminal cardiac disease.  In:  Clinical Cardiovascular Therapy  Roberts R, et. Futura Publishing Company, New York (In Press 1990).

**Smart FW**, Claycomb W, Delcarpio J, Van Meter CH:  Cultured Cardiomyocytes.  In:  The Transplantation and Replacement of Thoracic Organs  DKC Cooper, LW Miller, GA Patterson.  Kluwer Academic Publishers 1997.

Watanabe E, Smith DM, Delcarpio JB, Sun J, **Smart FW**, Van Meter Jr CH, Claycomb WC.  Cardiac Myocyte Transplantation for Repair of the Injured Heart.  In:  Cellular Cardiomyoplasty:  Myocardial Repair with Cell Implantation. R.G. Landes Company 1997.

**Smart FW**, Hosenpud JD, Renlund DG. Pre-Transplant Evaluation of the Donor/Organ Procurement.  In:  Primer on Transplantation.  Norman DJ, Suki WN (Eds). American Society of Transplant Physicians, Thorofare, NJ  1998.

Smedira NG, **Smart FW**. Surgical Techniques.  In:  Primer on Transplantation.  Norman DJ, Suki WN (Eds). American Society of Transplant Physicians, Thorofare, NJ  1998.


**Videos, Electronic Media, and Multimedia:**

- WVUE – Television interview for the afternoon news segment. Expert discussion on heart disease.  1/26/12

- WVUE – Television interview for the afternoon news segment. Expert discussion on Genotype testing and the use of Statins.  6/5/12

- WVUE – Television interview for the afternoon news segment. Expert discussion on heart health.  3/19/13

- WWL – Television interview for the afternoon news segment. Expert discussion on heart disease.  6/10/13

- WVUE – Television interview for the afternoon news segment. Expert discussion on the use of stents.  8/13/13

[40]

- WVUE – Television interview for the afternoon news segment.        3/25/14
  Expert discussion on the use of AED's.

**Published Abstracts:**

1. Radhakrishnamurthy B, **Smart FW**, Rogers WR, Berenson GS:  The composition of glycoproteins and activities of glycosidases in bronchoalveolar lavages from smoking baboons.  FASEB meeting, Anaheim, April 1980.  Fed Proc 1980; 39:491.

2. **Smart FW**, Husserl F: Complications of balloon tipped flow directed catheters. Louisiana/Mississippi State Medical Society meetings, Jackson, MS, 1987.

3. **Smart FW**, Ballantyne CM, Cocanougher B, Farmer JA, DeBakey, ME, Young JB:  Insensitivity of noninvasive predictors for coronary arteriopathy after heart transplant.  Proceedings of American Society of Transplant Physicians, 9th Scientific Meeting, 1990, Chicago, p.146; XIIIth International Congress of the Transplantation Society, August, 1990.

4. Young JB, Lloyd KS, Windsor NT, Cocanougher B, **Smart FW**, Weilbaecher DG, Nelson DL, Lawrence EC:  Inability to correlate soluble interleukin-2 receptor levels with endomyocardial biopsy scores following heart transplant.  Proceedings of American Society of Transplant Physicians, 9th Scientific Meeting, 1990, Chicago, p. 53.

5. **Smart FW**, Abukhalil JM, Kleiman NS, Minor ST, Raizner AE, Grinstead WC, Young JB:  Serial quantitative angiography may not improve the detection of coronary arteriopathy after heart transplant.  J Am Coll Cardiol 1991, 17, (2A) p307.

6. **Smart FW**, Young JB, Weilbaecher D, Kleiman NS, Wendt R, Johnston DL:  Usefulness of magnetic resonance imaging for assessing rejection after heterotopic heart transplantation. J Am Coll Cardiol 1991, 17, (2A) p307.

7. **Smart FW**, Mobley RA, Holter VL, Sekela ME, Grinstead WC, Fraizer OH, Van Buren CT,Young JB:  Variability of organ utilization criteria exacerbates the national shortage of donors.  J Am Coll Cardiol, 1991, 17, (2A) p273.

8. Young JB, Windsor NT, Kleiman NS, **Smart FW**, Cocanougher B, Lawrence EC:  Relationship of persistently elevated soluble interleukin-2 levels after heart transplant to allograft arteriopathy.  J Am Coll Cardiol, 1991, 17, (2A) p102.

9. **Smart FW**, Mobley RA, Frazier OH, Van Buren CT, Noon GP, Sekela ME, Whisennand HH,Young JB:  Accessing the donor pool for heart transplants:  Increasing supply by considering donors for heterotopic transplant.  (American Society of Transplant Surgeons, May, 1991, Chicago, Illinois).

10. Bond RA, **Smart FW**, Vanhoutte PM:  Abnormal response to norepinephrine in balloon abraded porcine coronary arteries.  Federation Proceedings 1991, FASEB, Atlanta, GA, 1991.

11. **Smart FW**, Kleiman NA, Minor ST, Rowe SK, Cocanougher B, Young JB:  Persistence of normal response to nitrovasodilators after cardiac transplantation.  (American Society of Transplant Physicians, May, 1991, Chicago, Illinois).

12. **Smart FW**, Bond R, Geske R, Morrison K, Roberts R, Vanhoutte P:  Effect of balloon abrasion and dietary supplementation with NC 020 on relaxations induced by 5-Hydroxytryptamine in porcine coronary artery.  FASEB, Anaheim, CA, April, 1992.

13. Bond R, **Smart FW**, Morrison K, Roberts R, Vanhoutte P:  Effect of chronic dietary supplementation with NC 920 on relaxation induced by norepinephrine in porcine coronary artery.  FASEB, Anaheim, CA, April, 1992.

14. Induction immunosuppression with the monoclonal antibody OKT3 after cardiac transplantation.  Abstract at American Federation for Clinical Research, Bethesda, MD, May, 1992.

15. **Smart FW**, Mahmanar J, Young JB, Pratt C.  Effect of very low dose amiodarone on ventricular arrhythmias in patients with congestive heart failure.  Accepted, American Heart Association 1992, New Orleans, LA.

16. Efficacy of n-3 Fatty Acids in Patients With Hypertension After Cardiac Transplantation.  Accepted, American Heart Association 1992, New Orleans, LA.

17. Milani RV, Ventura HO, Lavie CJ, **Smart FW**, Stapleton DD, Dumas DH, Grundter S, Price HL.  Effects of cardiac transplantation in quality of life.  American Society of Transplant Physicians, 1992.

18. Ventura HO, Milani RV**, Smart FW**, Stapleton DD, Toups TS, Price HL.  Cyclosporine-induced hypertension:  Efficacy of n-3 fatty acids in patients following cardiac transplantation.  American Society of Transplant Physicians, 1992.

19. Rees AP, Ventura, HO, Stapleton DD**, Smart FW**, Lavie CJ, Hayes DH, Cassidy MM.  Varied diastolic filling patterns in heart versus liver transplant recipients with cyclosporine-induced hypertension.  American Society of Transplant Physicians, 1992.

20. Bourge RC, Naftel DC, Costanzo-Nordin MR, Kirklin JK, Young J, and the Transplant Cardiologists Research Database Group.  Risk factors for death after cardiac transplantation: A multi-institutional study.  J Heart and Lung Transplantation, 11(1):192, 1992.

21. Miller LW, Naftel DC, Bourge RC, Kirklin JK, Brozena SC, and the Transplant Cardiologists Research Database Group.  Risk factors for death after cardiac transplantation: A multi-institutional study.  J Heart and Lung Transplantation, 11(1):191, 1992.

22. Rees AP, Milani RV, Lavie CK, Ventura HO, **Smart FW**.  Prevalence of valvular regurgitation post-cardiac transplantation.  Chest 102(2):77S, 1992.

23. Milani RV, Ventura HO, Lavie CJ, **Smart FW**, Stapleton DD, Dumas DD, Grundtner S, Price HL.  Effects of cardiac transplantation in quality of life. American Society of Transplant Physicians 1992.

24. Dumas DH, Cassidy CA, Randrup E, Milani RV, Shaw D, **Smart FW**, Ventura HO.  Sexual function in men following cardiac transplantation.  Journal of Transplant Coordination 1993;3:93.

25. Ventura HO, Jain A, Collins TJ, White CJ, Ramee SR, **Smart FW**, Stapleton DD.  Angiographic surface morphology of early allograft coronary artery disease in cardiac transplant recipients with atherosclerosis by intravascular ultrasound.  J Am Coll Cardiol 21:62A, 1993.

26. Ventura HO, Jain A, Collins TJ, Ramee SR, White CJ, **Smart FW**, Stapleton DD.  Prospective coronary angioscopy assessment of allograft coronary artery disease in cardiac transplant recipients.  J Heart and Lung Transplantation 12(1):S91, 1993.

27. Ventura HO, Lavie CJ, Messerli FH, **Smart FW**, Stapleton DD.  Cardiac adaptation to cyclosporine-induced hypertension.  Inter-American Society of Hypertension 21(4):69, 1993.

28. Jain SP, Ventura HO, Escobar A, Ramee SR, Collins TJ, Stapleton DD, **Smart FW**, White CJ.  Prospective coronary assessment of allograft coronary artery disease in cardiac transplant recipients.  J Heart and Lung Transplantation 12(1):S90, 1993.

29. Milani, RV, Endres S, Ventura HO, Daul CB, Weber PC, **Smart FW**, Stapleton D, Lavie CJ, Barbee RW and Murgo JP.  Suppression of tumor necrosis factor synthesis by n-3 fatty acids in end-stage congestive heart failure.  J American College of Cardiology. 23 (Special Issue):453A, 1994.

30. Ventura HO, **Smart FW**, Jain SP, Toups T, Collins TJ, Milani RV, Cooper ES, Stapleton DD and White CJ.  Soluble Interleukin-2 receptor levels and allograft vasculopathy:  An intravascular ultrasound study.  J American College of Cardiology. 23(Special Issue):438A, 1994.

31. Ventura HO, Costanzo, MR, Tenorio CA, Lavie CJ, **Smart FW**, Aristizabal DA, Messerli RH and Johnson MR.  Is left ventricular concentric remodeling a predictor of left ventricular hypertrophy in cardiac transplant recipients?  J American College of Cardiology.  12 (Special Issue):21A, 1994.

32. Ventura HO, **Smart FW**, Jain SP, Toups T, Collins TJ, Milani RV, Cooper ES, Stapleton DD and White CJ.  Cardiac allograft vasculopathy and soluble interleukin-2 receptor levels:  An intravascular ultrasound study.  J Heart and Lung Transplantation. 13:S49, 1994.

33. Mehra, MR, Ventura HO, Stapleton DD, **Smart FW**, Escobar A and Collins TJ.  Intimal hyperplasia predicts outcome in cardiac transplant recipients with allograft vasculopathy.  J Heart and Lung Transplantation.  13:S49, 1994.

34. Mehra, MR, Ventura HO, Stapleton DD**, Smart FW**, Escobar A, Collins TJ, Ramee SR and White CJ.  Do ACE inhibitors and calcium entry blockers affect the development of cardiac allograft vasculopathy?  J Heart and Lung Transplantation.  13:S34, 1994.

35. **Smart FW**, Ventura HO, Mehra MR, Toups T, Perry BD, Murgo HP and White CJ.  In-vitro and in-vivo endothelial function are preserved after intravascular ultrasound in the porcine coronary artery.  J Heart and Lung Transplantation.  13:S34, 1994.

36. Bourge RC, Naftel DC, Kirklin JK, Spears J, Kobashigawa JA, Young J, Jarcho J, Kubo S, **Smart FW**, and the Cardiac Transplant Research Database (CTRD) Group.  Computerization of the Clinical Application of Parametric Multivariate Risk Factor Analyses in the Hazard Function Domain to Estimate the Risk of Events After Cardiac Transplantation. AHA 1994.

37. Bourge RC, Rawls J, Naftel DC, Kirklin JK, Miller L, Costanzo M, Sneed G, **Smart FW**, and the Cardiac Transplant Research Database (CTRD) Group.  Cardiac Transplantation and Heart Failure Patient Management Software. AHA 1994.

38. Milani RV, Lavie CJ, Ventura HO, **Smart FW**. Lack of Correlation Between Peak VO2 and Functional Measures of Quality of Life in Congestive Heart Failure. ACC 1994.

39. Mehra MR. Stapleton DD, Barbee RW, Shang T, Ventura HO, **Smart FW**, Maldonado B, Huang CH, Rosenbohm TM, Murgo JP, Re RN, Cook JL. Gene Transfer in a Rabbit Model of Allograft Vasculopathy. ACC 1994.

40. Mehra MR, Ventura HO, Stapleton DD, Ramireddy K, Ali AA, **Smart FW**, Jain SP, Ramee SR, White CJ, Collins TJ. The Adjunctive Role of Intravascular Ultrasound and Angioscopy in the Clinical Assessment of Cardiac Allograft Vasculopathy. ACC 1994.

41. Escobar A, Ventura HO, Stapleton DD, **Smart FW**, Collins TJ, Ramee SR, Karsa AK, Mehra MR, White CJ. Native coronary atherosclerosis and cardiac allograft vasculopathy: In vivo comparison by coronary angioscopy. Circulation 90:I-489, 1994.

42. Kates MA, Ventura HO, Mehra MR, Meza M, Revall S, Stapleton DD, **Smart FW**, Cheirif J. Tissue characterization by on-line integrated backscatter in transplanted and cardiomyopathic hearts.  Amer Coll of Cardiol 1994.

43. Mehra MR, Ventura HO, Kassas S, Escobar A, Chyambers RB, Beier RJ, Cassidy CA, **Smart FW**, Stapleton DD. Interplay of immune and non-immune risk factors in the development of cardiac allograft vasculopathy. Circulation 90:I-99, 1994.

44. Richards DR, Ventura HO, Stapleton DD, **Smart FW**, Shaw D, Van Meter CH, McFadden PM, Ochsner JL, Barbee RW.  Do currently accepted relative contraindications to orthotopic heart transplantation affect survival; American College of Physicians 1994.

45. Stapleton DD, Mehra MR, Ventura HO, Escobar A, Cassidy CA, **Smart FW**, Collins TJ, Ramee SR, White CJ. Influence of donor and recipient gender on cardiac allograft vasculopathy: An intravascular ultrasound study. Fifth Alexis Carrel Conference, University of Munich, Germany, June 1994.

46. **Smart FW**, Naftel DC, Constanza MR, Levine TB, Pelletier GB, Yancy CW, Hobbs RE, Kirklin JK, Bourge RC. Multi-institutional risk factors for infection after heart transplantation. J Heart Lung Transplant 13:S80, 1994.

47. **Smart FW**, Claycomb W, DelCarpio J, Smith D, Ventura HO, Mehra MR, Stapleton DD, DeGruiter H, Barbee RW, Van Meter CH. Successful Transplantation of Myoblasts into Adult Porcine Myocardium:  A Potential Method to Repair a Failing Heart. J Am Coll Cardiol (special issue) 142A, 1995.

48. Milani RV, Mehra MR, Endres S, Eigler A, Cooper ES, Lavie CJ, **Smart FW**, Ventua HO. Clinical relevance of circulating TNF-alpha in decompensated heart failure. Circulation 92:I-208, 1995.

49. **Smart FW**, Tao Z, Ventura HO, Mehra MR, Stapleton DD, Glancy DL, Van Meter CH, Vijayagopal P. The Paradox of Donor Stimulation of Endothelial-Induced Smooth Muscle Growth. J Am Coll Cardiol (special issue) 11A, 1995.

50. Van Meter, Jr CH, **Smart FW**, Claycomb W, DelCarpio J, Ochsner JL. Myoblast Transplantation in the Porcine Model; A Potential Technique for Myocardial Repair. Am Assoc for Thoracic Surgery, April, 1995.

51. Ventura HO, **Smart FW**, Cooper ES, Stewart D, Coppage M, Stapleton DD. Clinical Relevance of Vascular Endothelial Cell Antigens in the Genesis of Cardiac Allograft Vasculopathy. ASTP, May, 1995.

52. Mehra MR, Ventura HO, Stapleton DD, Ramireddy K, Ali A, **Smart FW**, Jain SP, Ramee SR, White CJ, Collins TJ. Clinical Correlates of the Spectrum of Cardiac Allograft Vasculopathy: Lessons Learned From Coronary Angioscopy. ASTP, May, 1995.

53. Ventura HO, Mehra MR, Stapleton DD, **Smart FW**, Collins TJ. Morphologic Comparisons of Allograft and Native Aortic Vessels in Cardiac Transplantation: An Intravascular Ultrasound Study. ASTP, May, 1995.

54. Mehra MR, Ventura HO, Kates MA, Chambers RB, **Smart FW**, Stapleton DD. A Predictive Model to Assess the Risk for Developing Cardiac Allograft Vasculopathy: An Intravascular Ultrasound Study. J Heart Lung Transplant 14(2):S59, 1995.

55. Bourge RC, Naftel DC, Kirklin MK, Spears J, Kobashigawa JA, Young JB, Jarcho J, Kubo S, **Smart FW**, Cardiac Transplant Research Database (CTRD) Group. Computerization of the application of Parametric Multivariable Risk Factor Analyses to Estimate the Risk of Events After Cardiac Transplantation. J Am Coll Cardiol 328A, February 1995.

56. Mehra MR, Ventura HO, **Smart FW**, Stapleton DD, Collins T, Ramee S, Murgo JP, White C. New Developments in the Diagnosis and Management of Cardiac Allograft Vasculopathy. Texas Heart Institute Journal, vol 22 #2, 1995; 138-144.

57. Milani RV, Mehra MR, Endres S, Eigler A, Cooper ES, Stapleton DD, **Smart FW**, Ventura HO. Does Tumor Necrosis Factor Play a Pivotal Role in Decompensated Congestive Heart Failure? 3rd International Congress on Heart Failure, May 1995.

58. Khosla S, Harjai K, Shaw D, Ventura HO, **Smart FW**, Stapleton DD, Mehra MR, Collins TJ, Jenkins JS, Ramee SR. Percutaneous Intervention with New Devices in the Management of Cardiac Allograft Vasculopathy. ACC, 1995.

59. Tao Z, **Smart FW**, Figueroa JE, Glancy DL, Vijayagopal P. Altered Proteoglycan Metabolism in Vascular Smooth Muscle Cells Exposed to Hypoxia-Reoxygenation. AFCR, 1995.

[45]

60. Money SR, Mehra MR, Ballinger BA, Chatman D, Ventura HO, **Smart FW**, Stapleton DD. Vascular Reconstruction Can Be Safely Performed in the Patient With Chronic Severe Heart Failure.  20th Annual Meeting, Southern Association for Vascular Surgery.

61. Tao Z, **Smart FW**, Figueroa J, Vijayagopal P. Elevated Expression of Proteoglycans and CD59 in Proliferating Vascular Smooth Muscle Cells. AFCR 1995.

62. Kates MA, Ventura HO, Mehra MR, Meza MF, Revall S, Stapleton DD, **Smart FW**, Murgo JP, Cheirif J. Tissue Characterization by On-Line Integrated Back Scatter in Transplanted and Cardiomyopathic Hearts. 3rd International Congress on Heart Failure & Am Society of Echocardiography, June, 1995.

63. Milani RV, Mehra MR, Endres S, Cook J, Eigler A, **Smart FW**, Lavie CF, Murgo JP, Stapleton DD, Ventura HO. Can Pharmacologic Modulation of Tumor Necrosis Factor ⬚ in Advanced heart Failure with Cachexia Result in Anabolic Effects?  J Heart Lung Transplant 15(no 1, pt 2):S85, 1996.

64. Mehra MR, Ventura HO, Stapleton DD, Van Meter CH, **Smart FW**. Is All Intimal Proliferation Created Equal in Cardiac Allograft Vasculopathy?  The Quantity-Quality Paradox.  J Heart Lung Transplant 15(part 2):S73, 1996.

65. Mehra MR, Ventura HO, Chambers R, Dumas D, Ramireddy K, **Smart FW**, Milani RV, Van Meter CH, Stapleton DD. Does Lipid Lowering Therapy Influence Outcome in Cardiac Allograft Vasculopathy?  J Heart Lung Transplant 15(no 1, pt 2):S72, 1996.

66. Richards D, Mehra MR, Ventura HO, Lavie CJ, Cheirif J, **Smart FW**, Stapleton DD, Milani RV. The Discriminatory Role of Cardiopulmonary Exercise Parameters and Diastolic Indices in Assessing Prognosis in Advanced Heart Failure.  J Heart Lung Transplant 15(no 1, pt 2):S67, 1996.

67. Kapoor C, Mehra MR, Stapleton DD, Zimmerman D, **Smart FW**, Van Meter CH, Ventura HO. Evidence of "Metabolic Restoration" by Using Long Term Ventricular Support as a Bridge to Heart Transplantation. Chest 110(4):114S, 1996.

68. Harjai KJ, Mehra MR, Ventura HO, Lapeyre YM, Manchester LE, Zeringue VE, Stapleton DD, Murgo JP, **Smart FW**.  Home Intravenous Inotropic Therapy in Advanced Heart Failure: Cost Analysis and Clinical Outcomes. Chest 110(4):13S, 1996.

69. Harjai KJ, Boulos LM, **Smart FW**, Krousel-Wood MA, Mehra MR, Beier R, Stapleton DD, Ventura HO. Clinical outcomes following admissions for heart failure: How does the generalist compare with the specialist? Circulation 94(8):I-50, 1996.

70. Harjai KJ, Kapoor C, **Smart FW**, Stapleton DD, Ventura HO, Mehra MR. Impact of short-term inotropic therapy on clinical outcomes and readmission rates in decompensated heart failure. Chest 110(4):112S, 1996.

71. Malik FS, Mehra MR, Harjai KJ, Ventura HO, **Smart FW**, Stapleton DD, Van Meter CH. Use of intravenous thyroid hormone in advanced heart failure as a bridge to mechanical ventricular support for transplantation, Chest 110(4):13S, 1996.

[46]

72. Milani RV, Lavie CJ, Mehra MR, Ventura HO, **Smart FW**. Lack of correlation between peak VO2 and functional measures of quality of life in congestive heart failure. Chest 110(4):114S, 1996.

73. Milani RV, Endres S, Mehra MR, Cook J, Eigler A, **Smart FW**, Lavie CJ, Murgo JP, Ventura HO. Modulation of tumor necrosis factor alpha in advanced heart failure with cachexia is associated with anabolic effects.  J Am Coll Cardiol 27:70A, 1996.

74. Stapleton DD, Mehra MR, Kapoor C, **Smart FW**, Van Meter CH, Ventura HO. Evidence of "metalolic restoration" by using long-term ventricular support as a bridge to heart transplantation. The Journal of Heart Failure 3(1):589, 1996.

75. Bhatia DS, Bowen JC, Money SR, Van Meter, Jr. CH, McFadden PM, Kot JB, Pridjian AK, Ventura HO, Mehra MR, **Smart FW**, Ochsner JL.  The Incidence, Morbidity, and Mortality of Surgical Procedures Following Orthotopic Heart Transplantation.  Southern Surgical Association Meeting, 12/96.

76. Harjai KJ, Boulos LM, **Smart FW**, Krousel-Wood MA, Mehra MR. Beier R, Stapleton DD, Ventura HO. Clinical outcomes in heart failure: The futility of the gatekeeper concept. J Heart Lung Transplant 16(1):58, 1997.

77. Harjai KJ, Mehra MR, Ventura HO, Lapeyre YM, Manchester LE, Zerinque VE, Stapleton DD, Murgo JP, **Smart FW**. The role of chronic home inotropic therapy in severe heart failure: A study of the cost and clinical outcomes. J Heart Lung Transplant 16(1):58, 1997

78. Malik FS, Mehra MR, Ali A, Ventura HO, Wingard MA, Stapleton DD, Pridjian, **Smart FW**. Immunocytokine modulation predicts adverse clinical outcome in advanced heart failure. J Heart Lung Transplant 16(1):93, 1997.

79. Malik FS, Mehra MR, Ventura HO, Stapleton DD, Zimmerman R, Ali A, Wingard M, **Smart FW**. The differential effects of milrinone and dobutamine on pulmonary vasodilation: Role of transpulmonary endothelin release. J Heart Lung Transplant 16(1):90, 1997.

80. Malik FS, Mehra MR, Ventura HO, Stapleton DD, Zimmerman R, Ali A, Wingard M, **Smart FW**. Pulmonary vasodilation from intravenous milrinone is secondary to suppression of transpulmonary endothelin. J Am Coll Cardiol 29(2):59A, 1997.

81. Milani RV, Mehra MR, Endres S, Eigler A, **Smart FW**, Lavie CJ, Stapleton DD, Ventura HO. Degree of circulating TNF-alpha in decompensated heart failure predicts clinical severity and duration of recovery. J Heart Lung Transplant 16(1):73, 1997.

82. Ventura HO, Milani RV, Mehra MR, Lucini D, **Smart FW**, Stapleton DD, Pagani M, Murgo JP. Evidence of Ventricular/Vascular Uncoupling in Solid Organ Transplant Recipients with Hypertension.  J Am Coll Cardiol 29(2):61A, 1997.

83. Zimmerman D, Stapleton DD, Mehra MR Rodwig FR, Cooper ES, Ventura HO, **Smart FW**. Short-and Long-Term Effects of Plasmapheresis on Hemodynamically Significant Non-Cellular Rejection Following Cardiac Transplantation.  J Am Coll Cardiol 29(2):62A 1997.

[47]

84. Harjai KJ, Mehra MR, Ventura HO, Lapeyre YM, Manchester LE Zeringue VE, Murgo JP, Stapleton DD, **Smart FW**.  Improved Clinical Outcomes and Cost Savings from Use of Home Intravenous Inotropic Therapy in Advanced Heart Failure. J Am Coll Cardiol 29(2):167A 1997.

85. Malik FS, Mehra MR, Ali A, Ventura HO, Stapleton DD, Bruger P, **Smart FW**.  Nocturnal Melatonin Release Impairment and Clinical Effects of Exogenous Melatonin in Chronic Heart Failure. J Am Coll Cardiol 29(2):370 1997.

86. Mehra MR, Ventura HO, Szakacs J, **Smart FW**, Stapleton DD, Milani RV.  Programmed Cell Death in Chronic Heart Failure:  Detection, Characterization and Clinical Correlations.  J Am Coll Cardiol 29(2):422A, 1997.

87. Malik FS, Mehra MR, Ali A, Ventura HO, Wingard MA, Stapleton DD, Pridjian AK, **Smart FW**.  Immunocytokine Modulation Predicts Adverse Clinical Outcome in Advanced Heart Failure. J Am Coll Cardiol 16(1):93, 1997.

88. Harjai KJ, Boulos LM, Ventura HO, Cheirif J, Stapleton DD, Mehra MM, **Smart FW**.  Clinical and Echocardiographic Predictors of Readmission in Patients Hospitalized for Heart Failure. The Journal of Heart Failure, 1997;4(1)40.

89. Malik FS, Mehra MM, **Smart FW**, Stapleton DD, Ventura HO.  The Prognostic Role of Brain Natriuretic Peptide in Severe Heart Failure.  The Journal of Heart Failure, 1997;4(1)55.

90. Malik FS, Mehra MM, **Smart FW**, Ventura HO, Stapleton DD, Ochsner JL.  Management of Cardiac Allograft Vasculopathy with Transmyocardial Laser Revascularization.  The Journal of Heart Failure, 1997;4(1)102.

91. Malik FS, Mehra MM, Ventura HO, Stapleton DD, Ballantyne R, Van Meter C, **Smart FW**.  Automatic Mode and High Left Ventricular Assist Device Flow Rates Decrease Pulmonary Vascular Resistance and Improve Right Ventricular Hemodynamics.  The Journal of Heart Failure, 1997;4(1)103.

92. Harjai KJ, Ventura HO, Stapleton DD, Mehra MM, Cheirif J, **Smart FW**.  The Effect of Degree of Left Ventricular Dysfunction on Short-Term Outcomes in Heart Failure.  The Journal of Heart Failure, 1997;4(1)127.

93. Mehra MM, Kapoor C, Chambers RB, Zimmerman D, **Smart FW**, Van Meter C, Ventura HO, Stapleton DD.  Development and Validation of Prognostic Model for Predicting Need for Mechanical Ventricular Support in End-Stage Heart Failure.  The Journal of Heart Failure, 1997;4(1)161.

94. Harjai KJ, **Smart FW**, Chambers R, Mehra MM, Stapleton DD, Ventura HO.  Prognostication in Heart Failure.  A Multivariate Model to Predict Poor Long-Term Outcome.  The Journal of Heart Failure, 1997;4(1)180.

95. Mehra MR, Turgut T**, Smart FW**, DeGruiter H, Mendez C, Harjai KJ, Stapleton DD, Ventura HO.  Are the costs of outpatient intermittent inotropic therapy in severe heart failure justified?  A randomized controlled clinical trial of dobutamine and milrinone.  Circulation 96(8):I-183, 1997.

[48]

96. Mehra MR, Turgut T, **Smart FW**, DeGruiter H, Mendez C, Stapleton DD, Ventura HO. Outpatient intermittent milrinone and dobutamine in severe heart failure: A randomized controlled clinical trial.  Circulation 96(8):I711, 1997.

97. Ventura HO, Mehra MR, Milani RV, Lavie CJ, Stapleton DD, **Smart FW**.  Interaction of vascular compliance and left ventricular diastolic and systolic indices in organ transplantation.  Circulation 96(8):I-509, 1997.

98. Mehra MM, Kapoor C, Ventura HO, Chambers RB, **Smart FW**, Zimmerman D, Van Meter C, Stapleton DD.  Predicting need for mechanical ventricular support in end-stage heart failure: Development and Validation of a Prognostic Model.  J Heart Lung Transplant 16(1):79, 1997.

99. Harjau KJ, **Smart FW**, Chambers R, Mehra MR, Stapleton DD, Ventura HO.  Prognostication in Heart Failure.  A Multivariate Model to Predict Poor Long-Term Outcome.  The Journal of Heart Failure,4(1)180, 1997.

100 Moriguchi J, Kirklin J, Stevenson L, Boehmer J, Mullin G, **Smart FW**, Rodeffer R, Costanzo M, Naftel D, Bourge R, and the Cardiac Transplant Research Database (CTRD).  Risk Factors For Sudden Unexpected Death in Non-Urgent (Status II) Patients Awaiting Cardiac Transplantation. J Heart Lung Transplant, 16:42, 1997.

101 Malik FS, Mehra MR, Ventura HO, Ali A, Smart FW, Stapleton DD, Pagani M, Milani RV. Does exogenous melatonin influence sympathetic hyperactivity in heart failure?  A placebo controlled clinical trial. J Am Coll Cardiol 31(A):250A, 1998.

102 Milani RV, Mehra MR, Lavie CJ, Smart FW, Stapleton DD, Ventura HO. Improvements in work efficiency results in enhanced functional status and quality of life following exercise training in heart failure. J Am Coll Cardiol 31(A):198A, 1998.

103 Malik FS, Mehra MR, Ali A, Ventura HO, Stapleton DD, Ochsner JL, Smart FW. The impact of laser transmyocardial revascularization on indices of ventricular repolarization. J Am Coll Cardiol 31(A):226A, 1998.

104 Mehra MR, Ventura HO, Smart FW, Porche M, Milani RV, Newman J, Stapleton DD, Murgo JP. Population based impact of a heart failure care model designed to reduce medical resource utilization in a managed care environment. J Am Coll Cardiol 31(A):306A, 1998.

105 Kobashigawa J, Miller L, Renlund D, Mentzer R, Alderman E, Bourge R, Costanzo M, Eisen H, Dureau G, Ratkovec R, Hummel M, Ipe D, Johnson J, Keogh A, Mamelok R, Mancini D, Smart F, Valantine H. A Randomized Active-Controlled Trial of Mycophenolate Mofetil in Heart Transplant Recipients. Mycophenolate Mofetil Investigators. Transplantation 1998 Aug 27;66(4):507-15.

106 Ali A, Mehra MR, Malik FS, Smart FW, Stapleton DD, Ramireddy K, Ventura HO. The predictive impact of abnormalities in ventricular repolarization on noncellular allograft rejection with hemodynamic comproise. J Am Coll Cardiol 31(A):470A, 1998.

107 Ventura HO, Smart FW, Stapleton DD, Greenlee Y. Reproducibility of postural hemodynamic responses by transthoracic electrical bioimpedance in HF patients. Journal of Cardiac Failure 4(3)S:31, 1998.

108 Mehra MR, Ventura HO, Smart FW, Porche M, Milani RV, Newman J, Stapleton DD, Murgo JP. Impact of a multidisciplinary outpatient heart failure care model on reducing medical resource utilization in a managed care population. J Heart Lung Transplant 17(1):92, 1998.

109 Malik FS, Mehra MR, Ventura HO, Ali A, Smart FW, Stapleton DD, Pagani M, Milani RV. The influence of exogenous melatonin on sympathetic hyperactivity in heart failure: A placebo controlled clinical trial. J Heart Lung Transplant 17(1):92, 1998.

110 Ali A, Mehra MR, Malik FS, Smart FW, Stapleton DD, Ventura HO. Does cardiac allograft vasculopathy influence indices of ventricular repolarization dispersion? J Heart Lung Transplant 17(1):102, 1998.

111 Ali A, Mehra MR, Malik FS, Smart FW, Stapleton DD, Ramireddy K, Ventura HO. Can abnormalities in ventricular repolarization predict development of noncellular allograft rejection a hemodynamic compromise? J Heart Lung Transplant 17(1):105, 1998.

112 Bourge RC, Stevenson L, Naftel DC, Hobbs RE, Beohmer JP, Hamilton MA, Kubo SH, Kenzora JL, Smart FW, Kirklin JK, and the Cardiac Transplant Research Database (CTRD) Pre-Transplant (Pre-Tx) Study Group. Death Awaiting Cardiac Transplantation: Impact of the Implantable Cardioverter Defibrillator. J Heart Lung Transplant 17:61, 1998.

113 Ventura HO, Smart FW, Greenlee YB, Young C, Augustine SJ, Stapleton DD, Iqbal I, Dussom DD. Impact of "GO for CHF" Program on Clinical Outcomes of a Growing Heart Failure Population in a Teaching Hospital. Journal of Cardiac Failure, 1999 5(3):S76.

114 Iqbal I, Ventura HO, Smart FW, Hewitt R, Stapleton D, Akers D, Augustine S, Lumpkin D. Peripheral Vascular Disease in Cardiac Transplantation: Abnormal Carotid Wall Thickness. Transplantation, 1999, 67(7):S106.

115 Ventura HO, Augustine SJ, Greenlee YB, Iqbal I, Stapleton DD, Smart FW. Hemodynamic Profile of Patients with Severe Heart Failure by Impedance Cardiography. Journal of Cardiac Failure, 1999, 5(3):S53.

116 Taylor DO, Barr ML, Radovancevic B, Renlund DG, Mentzer RM, Smart FW, Tolman DE, Frazier OH, Young JB, Van Veldhuisen P. A Randomized, Multicenter Comparison of Tacrolimus and Cyclosporine Immunosuppressive Regiments in Cardiac Transplantation: Decreased Hyperlipidemia and Hypertension with Tacrolimus. J Heart Lung Transplant 1999 Apr;18(4):336-45.

117 Loyalka P, Ventura HO, Smart FW. The Impact of a Disease Management Program (Go for CHF) on Clinical Outcomes of a Growing Heart Failure Population in a Teaching Hospital. Journal of Investigative Medicine 2000 48(1):159A.

118 Khawaja UA, Campeau R, Tenaglia A, Smart FW, Ventura HO. Prevention of Ischemic Preconditioning in Diabetic Patients with Coronary Artery Disease Treated with Sulfonylureas. Journal of the American College of Cardiology. 2000 (In Press).

119 Murungi JH, Muhammad K, Smart FW, Pigott JD, Stapleton DD, Ventura H. Diabetic patients with Heart Failure are at a Higher Risk of Hyperkalemia when treated with Spironolactone. Journal of Cardiac Failure. 2000 6(3):S73.

120 Szerlip M, Ventura H, Muhammad K, Young C, Stapleton DD, Smart FW. Non-Invasive Impedance Cardiography As An Adjunctive Tool To Predict Clinical Status And Outcomes In Patients With Advanced Heart Failure. Journal of Cardiac Failure. 2000 6(3):S73.

121 Smart F, Battaglia S, Tarkington L, Culler S, Becker E, Simon A, Ventura H. Disparity Of Therapeutic Heart Failure Guidelines And Standard Clinical Practice. Journal of Cardiac Failure. 2000 6(3):S68.

122 Simon A, Smart F, Battaglia S, Tarkington L, Culler S, Becker E, Ventura H. CHF History Is Associated With More Advanced Coronary Disease. Journal of Cardiac Failure. 2000 6(3):S60.

123 Smart F, Becker ER, Simon AW, Tarkington L, Battaglia S, Culler SD, Anderson AL. The Impact of Gender and Age on Heart Failure: Results from 109,719 Admissions in the HCA National Casemix Database. Journal of Cardiac Failure. 2001.

124 Jarcho J, Brown RN, Rayburn BK, Smith AL, Herre JM, Smart F,  Clemson BS, Pritzker MR, Tsiang S, Kirklin JK. Fatal Rejection After Cardiac Transplantation: Risk Factors and Era Effects From a 10-Year Multi-institutional Analysis.  J Heart Lung Transplant 2002 Jan;21(1):55-56.

125 Mohamed Abou Khashan, Michael Serra, Elizabeth Langlois, Donna Daniel, Frank Smart, Do Hospital Quality Measures Have Adverse Consequences for Patients and The Healthcare System?, Journal of Cardiac Failure, Volume 15, Issue 6, Supplement 1, Abstracts From the 13th Annual Scientific Meeting Heart Failure Society of America September 13-16, 2009, August 2009, Page S112.

126 Smart, FW; Advanced Heart Failure Therapies, Abstracts from ICON 2011.Journal of Endovascular Therapies, Vol 18,02/2011  Supplement i.1545.

127 Smart, FW; Langlois, E; Manole, F; Feron Clarke,J; The Lack of a Standardized Heart Failure Assessment Leads to Under Dosing Diuretics in the Emergency Department, Journal of Cardiac Failure, 17:8, 2011 S105.

128 Langlois, EA; Smart, FW; Left Ventricular Non-Compaction Often Masquerades as a Dilated Cardiomyopathy: Implications for Prognosis and Treatment, Journal of Cardiac Failure, 17:8, 2011 S104.

**Scientific Presentations:**

**National/International**

1. <u>Title</u>:        Treatment Strategies for the New Millennium:  Congestive Heart Failure
   <u>Venue</u>:      American College of Physicians
   <u>Location</u>:   New Orleans, Louisiana
   <u>Date</u>:       March 2, 2001

2. <u>Title</u>:        Clinical Heart Transplantation 1:  Cardiac Allograft Vasculopathy
   <u>Venue</u>:      International Society for Heart & Lung Transplantation 21st Annual Meeting
   <u>Location</u>:   Vancouver, Canada
   <u>Date</u>:       April 26, 2001

3. <u>Title</u>:        New Adventures in the Treatment of Congestive Heart Failure
   <u>Venue</u>:      Community Physicians
   <u>Location</u>:   Richmond, Virginia
   <u>Date</u>:       May 8, 2001

4. <u>Title</u>:        New Adventures in the Treatment of Congestive Heart Failure
   <u>Venue</u>:      Community Physicians
   <u>Location</u>:   Richmond, Virginia
   <u>Date</u>:       May 8, 2001

5. Title:        AN Overview of Heart Failure Treatment Strategies:  ACE Inhibitors, ARB's,
              Beta-blockers.  What Do the Latest Trials Have to Say?
   <u>Venue</u>:      The Heart Failure Summit VI, Cleveland Clinic Foundation
   <u>Location</u>:   Cleveland, Ohio
   <u>Date</u>:       October 5, 2001

6. <u>Title</u>:        Keeping the Patient Out of the Hospital
   <u>Venue</u>:      New Cardiovascular Horizons Conference
   <u>Location</u>:   New Orleans, Louisiana
   <u>Date</u>:       November 3, 2001

7. <u>Title</u>:        Racial Difference in Transplant Survival:  An HLA Conundrum
   <u>Venue</u>:      Texas Heart Institute – 10th Anniversary Symposium
   <u>Location</u>:   Houston, Texas
   <u>Date</u>:       March 2, 2002

8. <u>Title</u>:        The Changing Strategies for Treating Acute Congestive Heart Failure
   <u>Venue</u>:      Dinner Symposium at the American College of Cardiology 51st Annual
              Scientific Session
   <u>Location</u>:   Atlanta, Georgia
   <u>Date</u>:       March 18, 2002

9.  Title:          Interventional Therapy for Advanced Heart Failure
    Venue:         Sunrise Symposium 8, International Society for Heart & Lung
                   Transplantation Scientific Session
    Location:      Washington, D.C.
    Date:          April 13, 2002


10. Title:          Inflammation in Heart Failure
    Venue:         Texas Heart Institute Rodeo Meeting
    Location:      Houston, Texas
    Date:          March 1, 2003


11. Title:          1) Congestive Heart Failure, Constrictive Pericarditis or Restrictive
                   Cardiomyopathy, How to Differentiate?; 2) Newer and Experimental
                   Pharmacologic Approaches for Heart Failure:  Vasopeptide Inhibitors,
                   Endothelin and Vasopressin Antagonists; 3) Case Presentation of Difficult
                   Patients with Congestive Heart Failure
    Venue:         American College of Cardiology, Puerto Rico Chapter, 13th Annual Scientific
                   Meeting
    Location:      San Juan, Puerto Rico
    Date:          June 7-8, 2002


12. Title:          Heart Failure in the Emergency Room
    Venue:         HCA Physicians Teleconference
    Date:          May 15, 2003


13. Title:          The Network Works
    Venue:         HCA Clinical Cardiovascular Management Network
    Location:      Tampa, Florida
    Date:          October 17, 2003


14. Title:          Advanced Heart Failure Vasodilator Therapy Controversy
    Venue:         Cleveland Clinic Advanced Heart Failure Summit
    Location:      Cleveland, OH
    Date:          October, 2006


15. Title:          The Network Works
    Venue:         HCA Clinical Cardiovascular Management Network
    Location:      Tampa, Florida
    Date:          October 17, 2003


16. Title:          Heart Failure Clinics:  Keeping Patients Out of the Hospital
    Venue:         New Cardiovascular Horizons
    Location:      New Orleans, Louisiana
    Date:          October 25, 2003


17. Title:          Texas Heart Institute Symposia CHF Summit
    Venue:         Denton A. Cooley Auditorium
    Location:      Houston, Texas
    Date:          November 6, 2003

18. <u>Title</u>:          Congestive Heart Failure
    <u>Venue</u>:        Texas Heart Institute/American Heart Association Symposia
    <u>Location</u>:     Orlando, Florida
    <u>Date</u>:         November 8, 2003

19. <u>Title</u>:          The Use of Axial Flow Devices in Ventricular Support
    <u>Venue</u>:        LVAD Summit
    <u>Location</u>:     Sonoma, California
    <u>Date</u>:         April 19, 2004

20. <u>Title</u>:          The Donor Disparity, A review of UNOS Donors Not Used for Cardiac
                         Transplantation
    <u>Venue</u>:        ISHLT
    <u>Location</u>:     San Francisco, California
    <u>Date</u>:         April 22, 2004

21. <u>Title</u>:          Hemodynamics During Endomyocardial Biopsy Predicts a Subset of Patients
                         at Risk of Death or Graft Failure
    <u>Venue</u>:        American Transplant Congress
    <u>Location</u>:     Boston, Massachusetts
    <u>Date</u>:         May 18, 2004

22. <u>Title</u>:          Ventricular Recovery After LVAD
    <u>Venue</u>:        Texas Heart Institute Symposia
    <u>Location</u>:     Houston, Texas
    <u>Date</u>:         May 22, 2004

23. <u>Title</u>:          Emerging Strategies for CHF Management:  What's New in OP and Inpatient
                         Care
    <u>Venue</u>:        New Cardiovascular Horizons
    <u>Location</u>:     New Orleans, Louisiana
    <u>Date</u>:         October 14, 2004

24. <u>Title</u>:          Pathophysiology and Progression of Heart Disease
    <u>Venue</u>:        Texas Heart Institute 4th Symposium of CHF
    <u>Location</u>:     Houston, Texas
    <u>Date</u>:         October 21, 2004

25. <u>Title</u>:          New Technology in Heart Failure
    <u>Venue</u>:        HCA-CCMN 2004 Meeting
    <u>Location</u>:     Ponte Vedra, Florida
    <u>Date</u>:         October 21, 2004

26. <u>Title</u>:          New Strategies for the Treatment of Heart Failure
    <u>Venue</u>:        Thoratec Corporation Fall Meeting
    <u>Location</u>:     Hollywood, Florida
    <u>Date</u>:         October 22, 2004

27. <u>Title</u>:           Contemporary Medical Treatment of Heart Failure
     <u>Venue</u>:       Texas Heart Institute Heart Failure Summit
     <u>Location</u>:    Houston, Texas
      <u>Date</u>:        November 4, 2004

28. <u>Title</u>:           Yield Strategies in Transplantation
     <u>Venue</u>:       United Network of Organ Sharing
     <u>Location</u>:    Philadelphia, Pennsylvania
     <u>Date</u>:        January 27, 2005

29. <u>Title</u>:           Managing Co-Morbidity to Improve Heart Failure Outcomes
     <u>Venue</u>:       American College of Cardiology Annual Scientific Sessions
     <u>Location</u>:    New Orleans, Louisiana
     <u>Date</u>:        March, 2007

30. <u>Title</u>:           Use of Audicor Estimation of Electromechanical Activation Time for CRT
                      Optimization
     <u>Venue</u>:       Center for Medicare and Medicaid Services
     <u>Location</u>:    Baltimore, Maryland
     <u>Date</u>:        March, 2007

31. <u>Title</u>:           Management of Right Ventricular Failure
     <u>Venue</u>:       American College of Cardiology Annual Scientific Sessions
     <u>Location</u>:    Chicago, Illinois
     <u>Date</u>:        April, 2008

32. <u>Title</u>:           Nitric Oxide Scavengers in Cardiogenic Shock
     <u>Venue</u>:       Heart Failure Society of American Scientific Sessions
     <u>Location</u>:    Toronto, Canada
     <u>Date</u>:        September, 2008

33. <u>Title</u>:           Pulmonary Arterial Hypertension Focused Update
     <u>Venue</u>:       Heart Failure Society of America
     <u>Location</u>:    Toronto, Canada
     <u>Date</u>:        September, 2008

34. <u>Title</u>:           LVAD Therapy, A Bridge to Recovery
     <u>Venue</u>:       Heart Failure Fellows Symposia of American College of Cardiology
     <u>Location</u>:    Washington, DC
     <u>Date</u>:        February, 2009

35. <u>Title</u>:           How to Manage RV Failure
     <u>Venue</u>:       American College of Cardiology Annual Scientific Sessions
     <u>Location</u>:    Orlando, FL
     <u>Date</u>:        March, 2009

36. <u>Title</u>:           LVADS Are Not for Everyone:  Patients or Programs
     <u>Venue</u>:       American Association of Heart Failure Nurses Annual Scientific Sessions
     <u>Location</u>:    Orlando, FL
     <u>Date</u>:        June, 2010

37. <u>Title</u>:          LV Non-Compaction:  The Great Pretender
    <u>Venue</u>:        Heart Failure Society of American Scientific Sessions
    <u>Location</u>:     Boston, MA
    <u>Date</u>:         September, 2011

38. <u>Title</u>:          Does Recovery Occur IN LVAD Patients
    <u>Venue</u>:        Branislav Radivancovic Memorial Meeting – University of Belgrade
    <u>Location</u>:     Belgrade, Serbia
    <u>Date</u>:         September, 2011

39. <u>Title</u>:          Advanced Heart Failure Therapies:  Medical Interventions
    <u>Venue</u>:        University of Ljubljana Mechanical Support Symposia
    <u>Location</u>:     Dubrovnik, Croatia
    <u>Date</u>:         September, 2011

40. <u>Title</u>:          Advanced Heart Failure Therapeutics
    <u>Venue</u>:        Fourth International Branislav Radavancviov Symposia of Heart Failure and
                 Mechanical Circulatory Support
    <u>Location</u>:     Belgrade, Serbia
    <u>Date</u>:         September 29 – October 1, 2011

41. <u>Title</u>:          Can We Afford LVAD Destination Therapy
    <u>Venue</u>:        Annual Heart Failure Update of the University of Ljubljana
    <u>Location</u>:     Portoroz, Slovenia
    <u>Date</u>:         September, 2011

42. <u>Title</u>:          Remodeling and Epigenetic Signaling
    <u>Venue</u>:        Sullivan Memorial Endowed lecture, University of Tennessee
    <u>Location</u>:     Memphis, TN
    <u>Date</u>:         October 9-10, 2012

43. <u>Title</u>:          Heart Failure and Medical Disparities
    <u>Venue</u>:        Southern Society of Clinical Investigation
    <u>Location</u>:     New Orleans, Louisiana
    <u>Date</u>:         February 22, 2013

44. <u>Title</u>:          Update in Cardiovascular Medicine
    <u>Venue</u>:        American College of Physicians Internal Medicine Board Review
    <u>Location</u>:     New Orleans, LA
    <u>Date</u>:         May, 2013

45. <u>Title</u>:          Hypertrophy and Cardiac Remodeling in Heart Failure
    <u>Venue</u>:        Servire Canada Endowed Lectureship in Heart Function, University of
                 Ottawa Heart Institute
    <u>Location</u>:     Ottawa, Canada
    <u>Date</u>:         June, 2013

46. <u>Title</u>:          Update on Inotropic Therapy vs. Mechanical Support for Cardiogenic Shock
    <u>Venue</u>:        Annual Heart Failure Update of the University of Ljubljana

[56]

<table>
<tr><td>Location:</td><td>Portoroz, Slovenia</td></tr>
<tr><td>Date:</td><td>September, 2013</td></tr>
</table>

47. Title:     The Effect of Short Term Support Devices in Shock
    Venue:     World Congress of Cardiovascular Surgeons
    Location:  Split, Croatia
    Date:      September, 2013

48. Title:     Meedical management of Advanced heart Failure
    Venue:     Brano Radovancevic Heart Failure and Mechanical Circulatory Workshop
    Location:  Split, Croatia
    Date:      September, 2013

49. Title:     Advanced Heart Failure Therapies:  Medical Interventions
    Venue:     Branislav Radivancovic Memorial Meeting
    Location:  Krakow, Poland
    Date:      September, 2013

50. Title:     How Do You See Heart Failure Medical Treatment in 20 Years?
    Venue:     Brano Heart Failure Forum
    Location:  Krakow, Poland
    Date:      September, 2013

51. Title:     From Hypertension to Heart Failure
    Venue:     Louisiana Chapter of The American College of Cardiology Annual Meeting
    Location:  New Orleans, LA
    Date:      October, 2013

52. Title:     Congestive Heart Failure
    Venue:     Texas Heart Institute/American Heart Association Symposia
    Location:  Orlando, Florida
    Date:      November 8, 2003

53. Title:     Epigenetic Signals in Heart Failure and Hypertension
    Venue:     University of Las Vegas 6th Annual Cardiovascular and Stroke Update
    Location:  Las Vegas, NV
    Date:      March 8, 2014

54. Title:     When to Refer for Cardiac Transplantation
    Venue:     American College of Cardiology Annual Scientific Sessions
    Location:  Washington, DC
    Date:      March 28-30, 2014

55. Title:     Update in Cardiovascular Medicine
    Venue:     American College of Physicians Annual Scientific Sessions
    Location:  Orlando, Florida
    Date:      April 8, 2014

[57]

**REGIONAL**

1. Title:        Heart Failure:  Quality of Care Improvement Opportunities
   Venue:       Family Practice 2001:  A Case-Based Clinical Update
   Location:    New Orleans, Louisiana
   Date:        June 7, 2001

2. Title:        Complementary Medicine in Cardiovascular Disease
   Venue:       Family Practice 2001:  A Case-Based Clinical Update
   Location:    New Orleans, Louisiana
   Date:        June 7, 2001

3. Title:        Pharmacology of Congestive Heart Failure
   Venue:       Louisiana State Nurses Association
   Location:    Baton Rouge, Louisiana
   Date:        October 12, 2001

4. Title:        Standard Therapies for Patients with Heart Failure
   Venue:       Symposium – Congestive Heart Failure Therapy:  New Concepts and Novel
                Vasodilators
   Location:    New Orleans, Louisiana
   Date:        October 13, 2001

5. Title:        Success with Heart Failure:  New Strategies to Reverse Acute
                Decompensation
   Venue:       Area Physicians
   Location:    Monroe, Louisiana
   Date:        January 30, 2002

6. Title:        Quality in Cardiology Acute Coronary Syndrome and Heart Failure
   Venue:       American College of Physicians/American Board of Internal Medicine
   Location:    Biloxi, Mississippi
   Date:        March 2, 2002

7. Title:        Success with Heart Failure:  New Strategies to Reverse Acute
                Decompensation
   Venue:       University of South Alabama - Cardiology
   Location:    Mobile, Alabama
   Date:        March 12, 2002

8. Title:        New Strategies for Treating Congestive Heart Failure:  The Role of BNP
   Location:    San Francisco, California
   Date:        March 21, 2002

[58]

9. Title:          Advanced Treatment in Patients with Advanced Congestive Heart Failure
   Venue:         Hamilton Medical Center
   Location:      Dalton, Georgia
   Date:          September 12, 2002

10. Title:         Cardiac Transplantation:  An Overview
    Venue:         Houston Heart Failure Meeting – Pappas Restaurant
    Location:      Houston, Texas
    Date:          March 4, 2003

11. Title:         Advanced Heart Failure Therapy
    Venue:         University of Florida Cardiology Meeting – Disney World Resort
    Location:      Orlando, Florida
    Date:          May 5, 2003

12. Title:         Heart Transplant and Device Therapy
    Venue:         Arkansas Chapter ACC Meeting
    Location:      Little Rock, Arkansas
    Date:          July 26, 2003

13. Title:         Presentation of THI Heart Failure Program
    Venue:         Denton Cooley Reception, River Oaks Country Club
    Location:      Houston, Texas
    Date:          September 2003

14. Title:         Optimal Approach in 2003 for Managing the Heart Failure Patient
    Venue:         North & South Carolina ACC Joint 10th Annual Meeting
    Location:      Charlotte, North Carolina
    Date:          October 4, 2003

15. Title:         Texas Heart Institute Symposia CHF Summit
    Venue:         Denton A. Cooley Auditorium
    Location:      Houston, Texas
    Date:          November 6, 2003

16. Title:         Advances in Treating Heart Failure
    Venue:         Texas Heart Institute Public Education Forum, Denton A. Cooley Auditorium
    Location:      Houston, Texas
    Date:          November 15, 2003

[59]

17. <u>Title</u>:        ProBNP and Heart Failure Patient Management
    <u>Venue</u>:       Dade Behring Fall Symposium
    <u>Location</u>:    Houston, Texas
    <u>Date</u>:        September 7, 2004

18. <u>Title</u>:        New Devices in End Stage Heart Failure
    <u>Venue</u>:       Louisiana Chapter of American College of Cardiologists
    <u>Location</u>:    New Orleans, Louisiana
    <u>Date</u>:        December 4, 2004

19. <u>Title</u>:        The Cardio-Renal Syndrome
    <u>Venue</u>:       American College of Cardiology Satellite Symposia
    <u>Location</u>:    Orlando, Florida
    Date:           March 4, 2005

20. <u>Title</u>:        Inflammation in Heart Failure:  The Donor Disparity:  Ventricular
                    Remodeling after LVAD
    <u>Venue</u>:       5th Vail Cardiothoracic Transplantation Conference, an International Update
    <u>Location</u>:    Vail, Colorado
    <u>Date</u>:        March 12-15, 2005

21. <u>Title</u>:        Women and Heart Failure – A Major Public Health Problem That Continues
                    to Grow
    <u>Venue</u>:       Women's Heart Programs & Services
    <u>Location</u>:    Chicago, Illinois
    <u>Date</u>:        June 1, 2006

22. <u>Title</u>:        Disease Management Outcome Measures
    <u>Venue</u>:       Louisiana Disease Management Team
    <u>Location</u>:    New Orleans, Louisiana
    <u>Date</u>:        October 2010

23. <u>Title</u>:        From Hypertension to Heart failure:  Managing the Spectrum
    <u>Venue</u>:       Mississippi Chapter of The American College of Cardiology Annual Scientific
                    Sessions
    <u>Location</u>:    Jackson, Mississippi
     <u>Date</u>:       June 23, 2013

24. <u>Title</u>:        From Hypertension to Heart Failure:  Managing the Spectrum
    <u>Venue</u>:       Mississippi Family Practice Association
    <u>Location</u>:    San Destin, Florida
    <u>Date</u>:        November, 2013

25.  <u>Title</u>:       Medical Treatment of Advanced Heart Failure
    <u>Venue</u>:       Alabama Chapter of The American College of Cardiology
    <u>Location</u>:    San Destin, Florida
     <u>Date</u>:       May 30, 2015

**Editorial Posts and Activities:**

| | |
|---|---|
| • *Cardiology Today, Editorial Board* | 1999 –present |
| • *Congestive Heart Failure* | 1996-2012 |
| • *The Journal of Heart and Lung Transplantation* | *2005-2012* |
| • *National Forum Steering Committee* | *2013-present* |

## SERVICE ACTIVITIES

### LSU HSC Committees

LSU Health Sciences Center
New Orleans, Louisiana

Cardiovascular COBRE Team                                             2011-present
LSU Health Sciences Center
New Orleans, Louisiana
*Appointed by the Dean to serve as a member of the Center of*
*Biomedical Research Excellence project "Mentoring in Cardiovascular*
*Biology".*

Department of Medicine Finance Committee                     2011-present
LSU Health Sciences Center
New Orleans, Louisiana

LSU School of Medicine Clinical Effectiveness Committee     2011-present
LSU Health Sciences Center
New Orleans, Louisiana

LSU School of Medicine Curriculum Oversight Committee     2011-present
LSU Health Sciences Center
New Orleans, Louisiana

Department of Medicine Promotions Committee                 2011
Chair                                                                            2012
LSU Health Sciences Center
New Orleans, Louisiana

Department of Medicine Publications Committee               2012
Chair
LSU Health Sciences Center
New Orleans, Louisiana

Dean's Committee on Clinical Compensation                    2012
LSU Health Sciences Center
New Orleans, Louisiana

Pulmonary Section Chief Search Committee                    2013
Chair

LSU Health Sciences Center
New Orleans, Louisiana

Pediatric Cardiology Section Chief Search Committee                    2014
Chair
LSU Health Sciences Center/ Children's Hospital New Orleans
New Orleans, Louisiana

LSU School of Medicine Curriculum Review Committee                    2014-present
LSU Health Sciences Center
New Orleans, Louisiana

**Special assignments – ad hoc task forces/working groups, projects, etc**.

Healthcare Network Task Force                    2011-present
LSU Health Sciences Center
New Orleans, Louisiana

*This position, appointed by the Dean, involves assisting in the
recommendation, development and implementation of operational
procedures including marketing, billing, staffing, etc. for the LSU
faculty group practice.*

**Hospital committees – Present**

University Medical Center New Orleans Heart and Vascular                    2015-present
Steering Committee
Chair
New Orleans, Louisiana

LSU Interim Hospital
New Orleans, Louisiana
    Ambulatory Volume Group                    2011
    Physician Review                    2011
    Structural Heart Team                    2012-present
    Planning Team – Sereotaxis                    2012
    Planning Team – Hybrid OR                    2012
    EQuIP Forum                    2013
    Physician Engagement & Effectiveness Committee                    2013

Children's Hospital                    2011-present
New Orleans, Louisiana
    Transplant Committee

**Hospital committees – Past**

**Ochsner Medical Institution**

| | |
|---|---|
| **Cardiac Transplant Committee Chair** | **1991-1997** |
| **Lung Transplantation Committee** | **1995-1997** |
| **Transplant Services Committee Chair** | **1994-1997** |
| **Cardiology Executive Committee** | **1993-1997** |
| **Ochsner Research Committee** | **1991-1996** |

**Tulane University Hospital and Clinic**

| | |
|---|---|
| Executive Strategic Planning Committee | 1997-1999 |
| Institutional Review Board | 1998-2002 |
| Cardiovascular Surgery Quality Improvement Committee | |
|     Chair | 1998-2000 |
|     Member | 2000-2001 |
| Program for Professional Values and Ethics in Medical Education | 1999-2001 |
| Foundation in Medicine Review | 1999-2000 |
| Continuing Education Advisory Committee | 1999-2003 |
| Development of Research Funding | 2000-2003 |
| Scientific Advisory Committee | 2000-2003 |
| Clinical Cardiovascular Management Network | 2000-2003 |
| Ethics Committee | 2001-2003 |
| Medical Safety Committee – Chair | 2001-2003 |
| Research and Nursing – Chair | 2002-2003 |

**St. Luke's Episcopal Hospital and The Texas Heart Institute**

| | |
|---|---|
| Critical Care Committee | 2003-2006 |
| CPR Committee | 2003-2006 |
| Faculty Education Committee | 2003-2006 |
|     Baylor Cardiology Fellowship Program | |
| Transplant Peer Review Committee, Chair | 2003-2006 |
| Transfusion Committee | 2003-2006 |
| Coronary Care Unit Committee | 2003-2006 |
| Intensive Care Unit Committee | 2003-2006 |
| Cardiology Peer Review Committee | 2003-2006 |

**Gagnon Cardiovascular Institute Executive Committee**

| | |
|---|---|
| Medical Executive Committee | 2007-2011 |
|     Morristown Memorial | |
| Pharmacy and Therapeutics Committee | 2007-2011 |
|     Morristown Memorial | |
| Campaign for the Heart Foundation of Atlantic Health | 2007-2011 |

**Professional Society Committees**

American Society of Transplantation

| | |
|---|---|
| Thoracic Organ Committee | 1995-1998 |
| Membership Committee | 1996-1998 |
| Training and Manpower Committee | 1999-2002 |
| Clinical Practice Committee | 1998-2003 |

[63]

| | |
|---|---|
| ASTP Primer on Transplantation | 1999 |
| | |
| International Society for Heart or Lung Transplantation | |
| Research Fellowship Grant Program Awards Committee | 1999-2001 |
| Heart Failure Committee | 1999-present |
| | |
| Louisiana Organ Procurement Agency (LOPA) | |
| Medical Advisory Committee | 1991-2003 |
| | |
| United Network for Organ Sharing (UNOS) | |
| Region 3 Thoracic Organ Transplantation Committee | 1999-2002 |
| Representative | |
| Region 3 Heart transplant Review Board | 1999-2002 |
| Chair | |
| | |
| American College of Cardiology | 2014-2017 |
| Board of Governors | |

**Advisory Boards**

| | |
|---|---|
| Abiomed | 1996-1998 |
| *Total artificial heart development.* | |
| | |
| Cardiodynamics | 1999-2002 |
| *Thoracic bioimpedance development.* | |
| | |
| Biomax | 2000-2002 |
| *Development of optical catheter for Endomyocardial biopsy.* | |
| | |
| Applied Clinical Communication | 2000-2003 |
| *Advanced heart failure screen II* | |
| | |
| Louisiana Health Care Review | 2001-2003 |
| | |
| Thoratec Cardiology Advisory Board | 2006-present |
| | |
| WideMed Medical Advisory Board | 2007-present |
| | |
| Health Care Accreditation Colloquium | 2008-present |
| *Chair, Heart Failure Section* | |
| | |
| Oran Diagnostics Scientific Advisory Board | 2009-present |
| *Chair* | |
| | |
| American College of Physicians | |
| *Internal Medicine Board Review* | 2013 |

[64]

**<u>Manuscript Reviewer</u>**

American Journal of Cardiology
Circulation
Journal of the American College of Cardiology
Journal of Heart and Lung Transplant
Annals of Thoracic Surgery
American Heart Journal

## Clinical Service for the LSU Department of Medicine:

### <u>Inpatient service activities</u>

- <u>Cardiology Inpatient Consultation Services and procedures</u> – Direct patient care including supervision and education of residents, fellows, and medical students during their cardiology rotation at Touro and the consult service at the Interim LSU Hospital. *Educational opportunities include rounds at the bedside with emphasis on critical thinking in the evaluation of patients*

- <u>Critical Care Medicine</u> – Direct patient care and supervision and education of medical students, residents, and fellows in the ILH Intensive Care Unit.  Direct patient care at the Ochsner/West Bank and Touro Hospitals.

- <u>Rounds and Inpatient services</u> – provide direct patient care services at Touro and Ochsner West Bank on a weekly basis.

- <u>Night call</u> – Rotate night call at University Hospital, Ochsner West Bank, and Touro.
- <u>Children's Hospital Cardiac Transplant Program</u>- Selection and management of patients with end stage heart failure awaiting cardiac transplant. In patient consults for advanced heart failure. Management of peri and post operative cardiac transplant patients including immune suppression and interpretation of cardiac biopsies.

### <u>Clinic coverage</u>

- <u>Cardiology Clinic</u> – Direct patient-care service as required to provide contractual coverage at LAK SOMET clinics, Our Lady of the Angels Hospital (formerly Bogalusa Medical Center) and Lallie Kemp Medical Center.

- <u>Cardiology Clinic at the LSU Faculty Practice</u> – 32 hours per month in half-day clinics at St. Charles Avenue and at the West Bank Multispecialty Clinics.  *Initiated clinic practice at the West Bank clinic in April 2013.  Increased clinic capacity at St. Charles practice fivefold.*

### <u>Clinical on-call activities</u>

- <u>Direct inpatient care</u> – 16 weekends per year of direct inpatient care at University Hospital, Touro, and Ochsner/West Bank.

[65]

**Administrative Responsibilities:**

> **Departmental**
>
> Ochsner Transplant Center                                                  1991-1997
> Co-Section Head of Heart Failure and Cardiac Transplantation
> Ochsner Clinic, Section of Cardiology
> New Orleans, Louisiana
> *Responsible for the expansion and administration of the clinical and research programs of nationally recognized cardiac transplant center. Duties included house staff teaching, basic research, administration of the medical aspects of transplantation including organ procurement, and the care of patients with end stage heart failure with and without cardiac transplantation.*
>
> Ochsner Multi-Organ Transplant Center                                      1994-1997
> Director of Medical Transplant Services
> Ochsner Medical Institutions
> New Orleans, Louisiana
> *Responsible for the administration and expansion of liver, kidney, cardiac, lung, pancreas and pediatric transplant programs. Duties included recruitment and development of physicians and ancillary medical personnel in all medical aspects of transplantation. Prepared budgets and negotiated contracts with third party payers and other funding agencies. Medical advisor of the multi organ transplant unit in the Ochsner Foundation Hospital.*
>
> Associate Chief Section of Cardiology                                       1997-2001
> Tulane University School of Medicine
> *Responsibilities included professional development of staff physicians, planning of section growth and negotiating managed care agreements; carved out contracts and administration of cardiology with the section chief.*
>
> Director of the Tulane Cardiac Transplant Program                          1997-2003
> Tulane University School of Medicine
> *Duties included the development of a large nationally prominent heart transplant program, including contract negotiations, growth and expansion of key programs, lay and physician staff development. Oversaw financials of clinical revenues, expenditures and research expenses.*
>
> Director of Cardiology in the Cardiovascular Center                        2001-2002
> Medical Center of Louisiana
> *Combined cardiovascular services at the Medical Center of Louisiana, formerly Charity Hospital under the disposition of the Cardiology Director. Other duties included physician management and advancement, marketing and development, and quality assurance oversight. The program united nine hospitals across the state of Louisiana to provide comprehensive cardiovascular services in a state-of-the-art fashion.*
>
> Director of the Cardiovascular Center of Excellence                        2011-2013
> LSU Health Sciences Center

[66]

*A State developed center responsible to the Dean of the School of Medicine for the combined basic science and translational research endeavors of the LSU Health Sciences Center. Members from the departments of Biochemistry participate. The Director and Associate Director are responsible for recruiting faculty and developing faculty and graduate students in the discipline of Cardiovascular Medicine research.*

Chief of Cardiology                                                                                    2011-present
Louisiana State University Health Sciences Center
New Orleans, Louisiana
*LSU School of Medicine in New Orleans is the main medical campus for the LSU system in Louisiana. The Section of Cardiology encompasses the private and public hospitals and clinical practices at The LSU Interim Public Hospital, (formerly Charity Hospital of New Orleans), Touro Infirmary, Ochsner Medical Center West Bank and Ochsner Kenner Medical Center. In addition Section activities also involve contracts with facilities in Baton Rouge, LA., Lafayette, LA., Independence, LA., and Bogalusa, LA. LSU Cardiology faculty is responsible for the clinical activities, clinical research, and health care quality initiatives. The Chair is responsible for faculty recruitment and development, negotiating contracts with providers and hospital systems, clinical care oversight and quality initiatives.*

*In addition the Chair is responsible to the Dean of The School of Medicine and The Chancellor of the LSU Health Science Center for facility planning and development as it relates to Cardiovascular Disease services.*

## **Hospital**

Medical Director of Advanced Heart Failure and Cardiac Transplantation      2003-2006
and Mechanical Circulatory Support
St. Luke's Episcopal Hospital and The Texas Heart Institute
*Site of the first artificial heart implant in 1969 and a world leader in mechanical circulatory therapy. The Medical Director's duties included continued improvement and expansion of the internationally renowned heart transplant program. Solicitation and administration of clinical research related to advanced heart failure and transplant as well as device therapy for bridge-to-transplant and destination therapy. The Director also served as head of the advanced heart failure and Heart Transplant fellowship program for cardiology fellows. All clinical and non-clinical issues related to the program fell under the purview of this position. The position also involved soliciting donors for research support and clinical leadership in the form of care pathways and guidelines. There was a commitment of 60% clinical time associated with this position.*

Medical Director of The Heart Failure and Cardiomyopathy Program           2006-2011
Atlantic Health
*Duties included care of patients with advanced heart failure and the administration of the heart failure and Mechanical Circulatory Assist program. Atlantic Health developed a destination therapy LVAD program using the Thoratec HeartMate I and II, in addition, a bridge to transplant VAD program using the Thoratec HMII in partnership with Newark Beth Israel Hospital was implemented. The program also adopted the Abiomed AB500 ventricle, the Impella 2.5 support catheter and the TandemHeart short term support device. During this*

[67]

*same period research with the Cardiokinetix VPD and the Paracor Passive Ventricular support device (PEERLESS-HF) was added to the heart failure surgery program. Research in pressure sensors and sleep architecture effect on heart failure prognosis and pharmacologic therapy for advanced systolic failure has been implemented since 2006. The program enjoyed a 40% growth rate.*

Chief of Cardiology                                                                 2006-2011
Morristown Memorial Hospital
*The Chief of Cardiology was responsible for Quality control, Physician credentialing and oversight and instituting and implementing an OPPE quality program with all of the staff cardiologists. In addition the Chief oversaw the development and implementation of order sets and protocols such as induced hypothermia and STEMI.*

Director of the Heart and vascular Service Line                                    2015-present
University Medical Center New Orleans
*The service line director is responsible for quality control, budgetary management and institutional oversight in the programs and practices related to the Cardiology, Cardiac Surgery, Vascular Surgery and Interventional Radiology programs at University Medical Center in New Orleans*

## Professional Committees

Dorothy and Lloyd Huck Chair, Chair, Department of Cardiovascular Medicine 2007-2011
Gagnon Atlantic Health
*Atlantic Health is a 2 hospital system in Northern New Jersey. Morristown Memorial is a major cardiovascular hospital with over 5000 diagnostic angiograms, 2300 coronary interventions and 1100 adult open heart surgeries. The Chair was responsible for Cardiology, Cardiovascular Surgery, Vascular Surgery and Vascular Medicine with an annual budget of $68M and over 800 employees. Responsibilities included planning, strategy, development, and management of all aspects of cardiovascular medicine and surgery at Atlantic Health. The Chair was involved in strategic program development, physician recruitment and development, research, operations, quality control measure, design, credentialing, financial management, and philanthropic development.*

*While in service, the cardiovascular institute enjoyed 12% growth in patient volume while other programs in the region saw a 6% decline in volume. Contributions to indirect expenses increased 36% despite declining reimbursement rates. The institute completed a $45M philanthropic campaign and opened a 230,000 square foot heart and vascular center.*

*The Chair reported to the Chief Executive Officer and President of Atlantic Health.  The Chair also selected section chiefs for Invasive/Interventional Cardiology, Non-invasive Cardiology, Electrophysiology, Cardiac Rehabilitation, Research, Vascular Surgery, and the Chief of Cardiology at Morristown Memorial and Overlook Hospitals.*

Medical Advisor to Cardioxyl Pharmaceuticals                                       2009-present
*Cardioxyl is a biopharmaceutical company in Durham, NC; specializing in Nitroxyl Chemistry. As Medical Advisor participate in Board discussions and planning with investors. Responsible for the identification and development of clinical sites for drug trial and serves as a medical*

[68]

*safety monitor working with team members to assure excellent data collection and appropriate trial design for all phases of clinical trials.*

**Community Service Activities**

| | |
|---|---|
| Lovett Elementary School – Community Outreach<br>　"Diagnosing and Treating Congestive Heart Failure in Women"<br>　Houston, Texas | 10/2004 |
| Ozanam Inn<br>　*Provided clinical services and medical student supervision and training for the homeless*<br>　New Orleans, Louisiana | 9/2011 |
| People's Health Network – Community Outreach Health Series<br>　"Hypertension"<br>　Maison St. Charles, New Orleans, Louisiana | 3/2012 |
| People's Health Network – Community Outreach Health Series<br>　"How to Love Your Heart"<br>　Clearview Mall, Metairie, Louisiana | 3/2012 |
| Destination Therapy – presentation<br>　"Treatment Options for Advanced Heart Failure"<br>　Sullivan's Steakhouse, Baton Rouge, Louisiana | 10/2012 |
| People's Health Network – Community Outreach Health Series<br>　"Heart Health"<br>　Maison St. Charles, New Orleans, Louisiana | 8/2013 |
| Rummel High School<br>　Director, Biomedical Leadership Advisory Board<br>　*Assist the school leadership in developing a biomedical program for high school students that meets archdiocese guidelines.* | 2012-2014 |

# APPENDIX B

| Materials Relied On, Reviewed, and/or Considered by Frank W. Smart, MD, FACC, FACP |
|---|
| All materials referenced and/or discussed within the report are incorporated. In addition to the materials specifically referenced within the report, the other materials relied on, reviewed, and/or considered are as follows: |
| |
| **Literature** |
| Adock, D.M., et al. *Direct Oral Anticoagulants (DOACs) in the Laboratory: 2015 Review.* Thrombosis Research (2015) |
| Altena, R., et al. *Clinical challenges related to novel oral anticoagulants: drug-drug interactions and monitoring.* Haematologica (2014) 99:e27 |
| Altman, R., et al. *Simple and rapid assay for effect of the new oral anticoagulant (NOAC) rivaroxaban: preliminary results support further tests with all NOACs.* Thrombosis Journal (2014) 12:7 |
| Bardy, G., et al. *Is anti-factor Xa chromogenic assay for Rivaroxaban appropriate in clinical practice? Advantages and comparative drawbacks.* Thrombosis Research (2015) |
| Bates, S.M., et al. *Coagulation Assays.* Circulation (2005) 112:e53-e60 |
| Chugh, Y., et al. *The C of CHADS: Historical perspective and clinical applications for anticoagulation in patients with non valvular atrial fibrillation and congestive heart failure.* International Journal of Cardiology (2016) 224: 431-436 |
| Cohen, A.T., et al. *Comparison of the Novel Oral Anticoagulants Apixaban, Dabigatran, Edoxaban, and Rivaroxaban in the Initial and Long-Term Treatment and Prevention of Venous Thromboembolism: Systematic Review and Network Meta-Analysis.* PLOS ONE (2015) |
| Douxfils, J., et al. *Assessment of impact of rivaroxaban on coagulation assays: Laboratory recommendations for the monitoring of rivaroxaban and review of the literature.* Thrombosis Research (2012) |
| Douxfils, J., et al. *Non-VKA Oral Anticoagulants: Accurate Measurement of Plasma Drug Concentrations.* BioMed Research International (2015) |
| Eikelboom, J., et al. *Bleeding with Direct Oral Anticoagulants vs Warfarin: Clinical Experience.* The American Journal of Medicine (2016) |
| Gong, I.Y., et al. *Importance of Pharmacokinetic Profile and Variability as Determinants of Dose and Response to Dabigatran, Rivaroxaban, and Apixaban.* Canadian Journal of Cardiology (2013) |
| Gosselin, R.C., et al. *Assessing nonvitamin K antagonist oral anticoagulants (NOACs) in the laboratory.* International Journal of Laboratory Hematology (2015) 37;1: 46-51 |
| Gosselin, R.C., et al. *Heparin-Calibrated Chromogenic Anti-Xa Activity Measurements in Patients Receiving Rivaroxaban: Can This Test Be Used to Quantify Drug Level?* Annals of Pharmacotherapy (2015) 49;7: 777-783 |
| Graham, D.J., et al. *Stroke, Bleeding, and Mortality Risks in Elderly Medicare Beneficiaries Treated with Dabigatran or Rivaroxaban for Nonvalvular Atrial Fibrillation.* JAMA (2016) |
| Halvorsen, S., et al. *A nationwide registry study to compare bleeding rates in patients with atrial fibrillation being prescribed oral anticoagulants.* European Heart Journal (2016) |
| JACC, 2014 AHA/ACC/HRS Guideline for the Management of Patients with Atrial Fibrillation: A report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines and the Heart Rhythm Society, J Am Coll Cardiol. 2014; 64(21):e1-e76. doi:10.1016/j.jacc.2014.03.022 |
| Lip, et al., Real-world comparison of major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban, or warfarin, Thromb Haemost (2016) |
| Patel, M.R., et al. *Rivaroxaban versus Warfarin in Nonvalvular Atrial Fibrillation.* NEJM (2011) 365;10 |
| Samuelson, B.T., et al. *Laboratory Assessment of the Anticoagulant Activity of Direct Oral Anticoagulants (DOACs): A Systematic Review.* CHEST (2016) |

# APPENDIX C

## **Fee Schedule and Prior Testimony**

Fee Schedule:

- $500/hour for research, document review and consultations
- $2,000/hour for depositions, trial preparation and trial testimony

Prior Testimony (for past 4 years):

- Tyrone Shannon v. LSU, et al. (deposition testimony on September 15, 2016)