


Canadian Journal of Cardiology 29 (2013) S24–S33

Review

# Importance of Pharmacokinetic Profile and Variability as Determinants of Dose and Response to Dabigatran, Rivaroxaban, and Apixaban

Inna Y. Gong, BMSc,[a,b] and Richard B. Kim, MD[a,b]

[a] Division of Clinical Pharmacology, Department of Medicine, University of Western Ontario, London, Ontario, Canada

[b] Department of Physiology and Pharmacology, University of Western Ontario, London, Ontario, Canada

**ABSTRACT**

Warfarin has been the mainstay oral anticoagulant (OAC) medication prescribed for stroke prevention in atrial fibrillation (AF) patients. However, warfarin therapy is challenging because of marked interindividual variability in dose and response, requiring frequent monitoring and dose titration. These limitations have prompted the clinical development of new OACs (NOACs) that directly target the coagulation cascade with rapid onset/offset of action, lower risk for drug-drug interactions, and more predictable response. Recently, NOACs dabigatran (direct thrombin inhibitor), and rivaroxaban and apixaban (factor Xa [FXa] inhibitors) have gained regulatory approval as alternative therapies to warfarin. Though the anticoagulation efficacy of these NOACs has been characterized, differences in their pharmacokinetic and pharmacodynamic profiles have become a significant consideration in terms of drug selection and dosing. In this review, we outline key pharmacokinetic and pharmacodynamic features of each compound and provide guidance on selection and dosing of the 3 NOACs relative to warfarin when considering OAC therapy for AF patients. Importantly, we show that by better understanding the effect

**RÉSUMÉ**

La warfarine a été le pilier des anticoagulants oraux (ACO) prescrit pour la prévention de l'accident vasculaire cérébral chez les patients ayant une fibrillation auriculaire (FA). Cependant, le traitement par la warfarine est difficile en raison de la variabilité interindividuelle marquée de la dose et de la réponse, ce qui rend nécessaire une surveillance fréquente et un réglage posologique. Ces limites ont suscité le développement clinique de nouveaux ACO (NACO) qui ciblent directement la cascade de coagulation par un délai d'action rapide et une durée d'action, un plus faible risque d'interactions médicamenteuses et une réponse plus prévisible. Récemment, les NACO dont le dabigatran (inhibiteur direct de la thrombine), le rivaroxaban et l'apixaban (inhibiteurs du facteur Xa) ont obtenu l'homologation à titre de solution de rechange au traitement par la warfarine. Tandis que l'efficacité de l'anticoagulation de ces NACO a été établie, les différences dans leurs profils pharmacocinétiques et pharmacodynamiques sont devenues une préoccupation importante en ce qui a trait à la sélection du médicament et du dosage. Dans cette revue, nous exposons les grandes lignes des principales caractéristiques pharmacocinétiques et

Atrial fibrillation (AF) is associated with a 5-fold increase in risk of disabling stroke.[1] Therefore, antithrombotic therapy is required for stroke and systemic embolism (SSE) prophylaxis. Until recently, the vitamin K antagonist warfarin was the primary choice for long-term oral anticoagulant (OAC) treatment because stroke risk is reduced by 60% in nonvalvular AF patients.[1] However, warfarin has a number of limitations including delayed onset of action, large interindividual variability in response, unpredictable pharmacokinetic characteristics (PK), drug-drug interactions, and polymorphisms in genes affecting metabolism and pharmacodynamic (PD) characteristics. Intensive monitoring using international normalized ratio (INR) and frequent dose adjustments are necessary to provide adequate anticoagulation within warfarin's narrow therapeutic window.

Significant effort has been made to develop new OACs (NOACs) with direct mechanisms of action with a sufficiently wide therapeutic window to allow for fixed-dose administration without the need for routine response monitoring. NOACs directly inhibit the coagulation pathway, either FXa or thrombin, for rapid onset of antithrombotic effects. The PK and pharmacology of these NOACs are distinct from that of warfarin (Table 1, Fig. 1). In the present review, we will highlight the PK and PD features of the 3 NOACs that have recently been approved for stroke prevention in AF patients and provide NOAC selection and dosing recommendations based on their PK-PD profiles.

### Clinical Outcomes Data Comparing NOACs With Warfarin

Dabigatran etexilate is the first oral direct thrombin inhibitor to be approved for its clinical use in AF patients.[2] In the **R**andomized **E**valuation of **L**ong-term Anticoagulation

Received for publication February 3, 2013. Accepted April 4, 2013.

Corresponding author: Dr Richard B. Kim, University Hospital, 339 Windermere Rd BBL-115, London, Ontario N6A 5A5, Canada. Tel.: +1-519-663-3553; fax: +1-519-663-3232.

E-mail: Richard.Kim@lhsc.on.ca

See page S32 for disclosure information.

0828-282X/$ - see front matter © 2013 Canadian Cardiovascular Society. Published by Elsevier Inc. All rights reserved.
http://dx.doi.org/10.1016/j.cjca.2013.04.002

of clinical variables such as age, renal function, dosing interval, and drug metabolism (CYP3A4) and transport (P-glycoprotein), we might be able to better predict the risk for sub- and supratherapeutic anticoagulation response and individualize OAC selection and dosing.

Therapy (RE-LY) trial (open-label; n = 18,133), 150 mg dabigatran twice daily (BID) was associated with lower rates of stroke/SSE, achieving superiority, but a similar rate of major bleeding and 110 mg BID was associated with similar rates of stroke/SSE but fewer bleeds compared with warfarin.[3] Rivaroxaban and apixaban are the first and second oral direct FXa inhibitors approved for AF.[4] In the **R**ivaroxaban **O**nce Daily Oral Direct Factor Xa Inhibition **C**ompared With Vitamin **K** Antagonist for Prevention of Stroke and Embolism **T**rial in **A**trial **F**ibrillation (ROCKET-AF) trial (double-blinded, n = 14,264), rivaroxaban was noninferior to warfarin and 20 mg rivaroxaban once daily (OD) resulted in similar rates of stroke/SSE and major bleeding.[5] In the **A**pixaban for **R**eduction **i**n **St**roke and **O**ther Thromboembo**L**ic **E**vents in Atrial Fibrillation (ARISTOTLE) trial (double-blinded; n = 18, 201), 5 mg BID apixaban was superior to warfarin in

pharmacodynamiques de chacun des médicaments composés, et fournissons des directives sur la sélection et le dosage des 3 NACO relatifs à la warfarine lorsque le traitement par ACO des patients ayant une FA est envisagé. Essentiellement, nous montrons que par une meilleure compréhension de l'effet des variables cliniques comme l'âge, le fonctionnement rénal, l'intervalle posologique ainsi que le métabolisme (CYP3A4) et le transport (glycoprotéine P) du médicament, nous pouvons être capables de mieux prédire le risque de réponse au traitement anticoagulant sous-thérapeutique et supra-thérapeutique, et d'individualiser la sélection et le dosage de l'ACO.

**Table 1.** Comparison of pharmacokinetic features of warfarin, dabigatran, rivaroxaban and apixaban

| Parameter | Warfarin | Dabigatran | Rivaroxaban | Apixaban |
|---|---|---|---|---|
| Mechanism of action | Inhibition of VKOR | Direct thrombin inhibitor (free or bound), reversible | Factor Xa inhibitor (free or bound), reversible | Factor Xa inhibitor (free or bound), reversible |
| Onset of action | Slow, indirect inhibition of clotting factor synthesis | Fast | Fast | Fast |
| Offset of action | Long | Short | Short | Short |
| Absorption | Rapid | Rapid, acid-dependent | Rapid | Rapid |
| Bioavailability (%) | 100 | 6.5 | 80* | 50 |
| $t_{max}$ (h) | 2.0-4.0 | 1.0-3.0 | 2.5-4.0 | 1.0-3.0 |
| $V_d$ (L) | 10 | 60-70 | 50-55 | 21 |
| Protein binding (%) | 99 | 35 | 95 | 87 |
| $t_{1/2\beta}$ (h) | 40 | 12-17 | 9-13 | 8-15 |
| Renal excretion | None | 80 | 33 | 25 |
| Fecal excretion | None | 20 | 28 | 50-70 |
| CL/F (L/h) | 0.35 | 70-140 | 10 | 5 |
| Accumulation in plasma | Dependent on CYP2C9 metabolic efficiency | None | None | 1.3-1.9 |
| Food effect | No effect on absorption; dietary vitamin K influence on PD | Delayed absorption with food with no influence on bioavailability | Delayed absorption with food with increased bioavailability | None |
| Age | Yes, lower CL/F as age increases | Yes, lower CL/F as age increases | None | Yes, lower CL/F as age increases |
| Body weight | Yes, higher dose for increased weight | None | None | Yes, higher exposure with low body weight (< 60 kg) |
| Sex | Yes, lower CL/F in women | Yes, lower CL/F in women | None | Yes, higher exposure in women |
| Ethnicity | Lower dose in Asian patients; higher dose in African-American patients | None | Lower dose in Japanese patients | None |
| Drug transporter | None | P-gp | P-gp, BCRP | P-gp, BCRP |
| CYP-mediated metabolism | CYP2C9, CYP3A4, CYP2C19, CYP1A2 | None | CYP3A4/5, CYP2J2 (equal) | CYP3A4/5, CYP2J2 (minor), CYP1A2 (minor) |
| Drug-drug interactions | Many; affecting metabolism | Potent P-gp inhibitors; affecting absorption | Potent CYP3A4 and P-gp inhibitors; affecting absorption, metabolism, and excretion | Potent CYP3A4 and P-gp inhibitors; affecting absorption, metabolism, and excretion |
| Dosing for AF | Variable (0.5-16 mg OD) | 150, 110 mg BID | 20, 15 mg OD | 5, 2.5 mg BID |
| Coagulation measurement | INR | TT > Hemoclot > ECT > aPTT | anti-FXa > PT | anti-FXa |

AF, atrial fibrillation; aPTT, activated partial thromboplastin test; BCRP, breast cancer resistance protein; BID, twice daily; CL/F, apparent clearance; CYP, cytochrom P450 isozymes; ECT, ecarin clotting time; INR, international normalized ratio; OD, once daily; PD, pharmacodynamic characteristics; P-gp, P-glycoprotein; PT, prothrombin time; $t_{1/2\beta}$, terminal half-life; $t_{max}$, time to maximum plasma concentration; TT, thrombin time; $V_d$, volume of distribution; VKOR, vitamin K epoxide reductase enzyme.

*Bioavailability is dependent on dose (more than 10 mg) and food intake. Thus, rivaroxaban doses greater than 10 mg OD should be administered with food. However, 10 mg rivaroxaban is only licensed for prophylaxis of thromboembolism after elective hip or knee surgery.



**Figure 1.** Summary of absorption, metabolism, and excretion of dabigatran, rivaroxaban, and apixaban. BCRP, breast cancer resistance protein; CYP, cytochrome P450; P-gp, P-glycoprotein.

the reduction of stroke/SSE (ischemic and hemorrhagic, and driven by hemorrhagic).[6] Interestingly, all 3 NOACs were associated with less intracranial bleeding compared with warfarin irrespective of time spent in the therapeutic range (TTR) in the warfarin arm. However, more gastrointestinal (GI) bleeding was observed with dabigatran and rivaroxaban.

### Importance of Renal Function and NOAC Clearance

The extent of renal excretion is an important distinguishing feature of NOACs. Up to 80% of circulating dabigatran is eliminated renally, whereas only 33% and 25% of unchanged rivaroxaban and apixaban is cleared by the kidney.[7-9] After 150 mg administration, total dabigatran area under the concentration curve (AUC) was increased by 1.5-, 3.1-, and 6.3-fold in individuals with mild, moderate, and severe renal impairment, respectively, compared with healthy individuals, leading to increased terminal half-life ($t_{1/2\beta}$) to 15, 18, and 27 hours.[10] For rivaroxaban, subjects with mild, moderate, and severe impairment exhibited an increase in AUC of 44%, 52%, and 65%, respectively.[11] The coagulation parameter prothrombin time (PT) was affected in a similar fashion. For apixaban, though no changes were observed in apixaban anti-FXa activity, overall AUC increased by 16%, 29%, and 44% in individuals with mild, moderate, and severe renal impairment compared with individuals with normal renal function.[12]

### Importance of Drug Metabolism and Transport Processes for NOACs

Dabigatran etexilate is the prodrug of dabigatran, and a substrate of efflux transporter P-glycoprotein (P-gp) (encoded by *ABCB1*), with an absolute bioavailability of only 6.5%.[13,14] Bioavailable dabigatran etexilate is converted entirely to dabigatran by nonspecific ubiquitously expressed carboxylesterases in the enterocytes, portal circulation, and hepatocytes.[7,13,15] Very recently, a genome-wide subanalysis of the RE-LY trial demonstrated that a single-nucleotide polymorphism (SNP) in the carboxyesterase 1 gene (*CES1*; rs2244613) attenuated dabigatran formation leading to lower trough concentrations and the *ABCB1* SNP rs4148738 and *CES1* SNP rs8192935 were associated with higher and lower peak dabigatran concentrations, respectively.[16] Rivaroxaban's bioavailability is dose-dependent; the absolute bioavailability of 10 mg rivaroxaban ranged from 80% to 100%, and bioavailability of 20 mg in fasting conditions was 66%.[17] Coadministration of 15 or 20 mg rivaroxaban with food increased the AUC by 39%.[18] The low bioavailability in fasting conditions might result in risk of inadequate anticoagulation and thus, rivaroxaban should be administered with food. Apixaban's absolute bioavailability is 50% and not affected by food intake.[9]

Dabigatran is not metabolized by the cytochrome P450 (CYP) isoenzymes; rather, it is conjugated to acylglucuronides.[19] In patients with moderate hepatic impairment, the bioconversion from prodrug to dabigatran was slightly slower when compared with healthy subjects although the AUC and extent of dabigatran glucuronidation was unchanged.[20] Conversely, rivaroxaban and apixaban are both subject to CYP-mediated metabolism whereby CYP3A4/5 and CYP2J2 accounts for clearance of two-thirds of rivaroxaban,[8,21] and apixaban metabolism is predominantly driven by CYP3A4/5.[22] Patients with mild (Child-Pugh A) hepatic impairment showed no difference in rivaroxaban PK and PD.[23] However, patients with moderate (Child-Pugh B) hepatic impairment exhibited reduced clearance of rivaroxaban. Therefore, rivaroxaban is not recommended in patients with moderate or severe (Child-Pugh C) hepatic impairment. The PK and anti-FXa activity of 5 mg apixaban was not altered in subjects with either mild or moderate liver impairment when compared with healthy individuals.[12]

Rivaroxaban and apixaban are substrates of efflux transporters P-gp and breast cancer resistance protein (BRCP) (encoded by *ABCG2*); thus, active secretion likely contributes significantly to their renal elimination and systemic exposure.[24-26]

## NOAC Drug-Drug Interactions Result From Inhibitors or Inducers of CYP3A4 and P-gp

CYP3A4 located in the intestine and liver plays a pivotal role in governing metabolic pathways of 50% of all drugs.[27] Similarly, many drugs are P-gp substrates, one of the most important efflux transporters in modulating drug disposition by preventing absorption and enhancing excretion into the bile and urine.[28] Interestingly, there is a high degree of overlap in CYP3A4 and P-gp drug substrates,[29] as is the case for rivaroxaban and apixaban. In addition, the coexpression of these proteins in the gut, liver, and kidney means that CYP3A4 and P-gp play a concerted role in modulating excretion of NOACs.

When dabigatran was coadministered with amiodarone or ketoconazole (a P-gp and strong CYP3A4 inhibitor), AUC was increased by approximately 50%.[30] Similarly, the potent P-gp inhibitor verapamil increased AUC by 2.4-fold when administered 1 hour before dabigatran and AUC increased by 71% when coadministered.[31] Interestingly, patients of the RE-LY trial coadministered with amiodarone and verapamil only had a 13% and 23% increased bioavailability, respectively.[3] Coadministration of ketoconazole with rivaroxaban increased the AUC by 160% along with similar increases in coagulation measurements.[26] The strong P-gp/CYP3A4 inhibitor ritonavir elevated rivaroxaban AUC by 150%. Coadministration of ketoconazole increased apixaban AUC by 2-fold.[32] Overall, coadministration of rivaroxaban and apixaban with P-gp/CYP3A4 inhibitors (namely azoles and protease inhibitors) should be avoided and coadministration with moderate inhibitors (ie, erythromycin) should be exercised with caution (Table 2).

Inducers of CYP3A4/P-gp such as rifampicin have been shown to result in 65% reduction in dabigatran bioavailbility and 50% decrease in AUC and clotting parameters for rivaroxabin and apixaban.[26,32,33] Thus, concomitant use of rivaroxaban/apxiaban with strong CYP3A4/P-gp inducers is contraindicated because of concern of reduced anticoagulation efficacy.

**Table 2.** List of dual substrates, inhibitors, and inducers of CYP3A4 and P-glycoprotein

| Substrates | Inhibitors | Inducers |
|---|---|---|
| Apixaban | Amiodarone | Carbamazepine |
| Atorvastatin | Cimetidine | Phenobarbital |
| Celiprolol | Clarithromycin | Rifampicin |
| Cyclosporine | Erythromycin | St John's wort |
| Docetaxel | Fluconazole | |
| Paclitaxel | Ketoconazole | |
| Rivaroxaban | Itraconazole | |
| Tacrolimus | Nifedipine | |
| | Nelfinavir | |
| | Ritonavir | |
| | Saquinavir | |
| | Verapamil | |
| | Voriconazole | |

We note that the clinical significance of concomitant use of multiple moderate inhibitors in the same patient, a particular concern in elderly AF patients in whom polypharmacy is common, remains to be established because it is unknown whether the effect on NOAC PK-PD would be equivalent to use of a single potent inhibitor. The full spectrum of these interactions remains to be addressed in the real-world population. Until then, dose-lowering adjustments in conjunction with anticoagulation monitoring should be used to ensure efficacy and safety.

## Why Understanding the Pharmacokinetic Profile of NOACs Is Essential for Predicting Anticoagulation Efficacy

The predictable PK/PD of NOACs does not necessitate routine monitoring; however, the ability to accurately measure their efficacy is highly desirable in a variety of scenarios including assessment of compliance, and identifying patients at risk for overanticoagulation/bleeding or lack of efficacy. Although standardized coagulation assays are unavailable, several assays have been evaluated to determine their validity as a surrogate marker of NOAC plasma exposure and anticoagulation response. Generally, a parallel relationship exists between NOAC plasma exposure and anticoagulation effects in a concentration-dependent manner.[13,17,34-37]

The anticoagulant effect of dabigatran can be measured using activated partial thromboplastin time (aPTT), PT, thrombin time (TT), ecarin clotting time (ECT), and the diluted version of TT (Hemoclot). The TT, Hemoclot, and ECT are most sensitive and precise for measuring dabigatran anticoagulation. However, TT is likely too sensitive for dabigatran efficacy and Hemoclot is currently considered more suitable to quantitate dabigatran concentrations.[38] Unfortunately, these assays are not widely available and in emergency situations, aPTT might be most accessible for measuring anticoagulation. The clinical relevance of plasma concentrations was demonstrated in the RE-LY trial in which dabigatran trough plasma concentrations were significantly associated with risk of stroke/SSE.[30] Patients with lower trough plasma levels had substantially greater probability of ischemic stroke/SSE (< 50 ng/mL).[39] Similarly, strong association was found between increased dabigatran trough concentrations and bleeding risk. The mean dabigatran exposure in patients with major or minor bleeding was 50% and 20% greater than patients without. Bleeding risk was also dependent on age and renal impairment owing to modulation of dabigatran PK.

For rivaroxaban and apixaban, the anti-FXa activity assay is a direct measure of anticoagulation intensity, and thus, the most sensitive and consistent assay for quantitating plasma concentrations.[40,41] The PT and HepTest also demonstrated sensitivity for rivaroxaban response and can be used as a more readily available measure of response.[17] Apixaban concentration was correlated with INR, PT, and aPTT with less sensitivity.[36] A dedicated study of 161 patients embedded into the ROCKET-AF trial confirmed the linear relationship between PT and anti-FXa activity to rivaroxaban plasma exposure.[42] However, PT did not predict the occurrence of ischemic strokes in the ROCKET-AF trial.[42] Conversely, a linear relationship was demonstrated between PT prolongation and risk of major bleeding.[42] The linear relationship



Figure 2. Plasma concentration profiles of dabigatran, rivaroxaban, and apixaban in atrial fibrillation patients. (**A**) Mean steady-state dabigatran plasma concentrations after 150 mg twice-daily administration is represented by the **dashed black line** (digitized from Dansirikul et al.).[43] **Coloured solid lines** represent the predicted effect of various clinical variables and a genetic variation in the carboxylesterase 1 (*CES1*) gene on dabigatran concentration based on known area under the concentration curve (AUC) change.[44] The **shaded area** represents $C_{trough}$ dabigatran concentrations associated with increased antithrombotic efficacy and decreased major bleeding risk according to population pharmacokinetics modelling of the Randomized Evaluation of Long-term Anticoagulation Therapy (RE-LY) trial data. (**B**) Mean steady-state rivaroxaban plasma concentrations following 20 mg once daily administration is represented by the **dashed black line** (digitized from Mueck et al.).[45] **Coloured solid lines** represent the predicted effect of various clinical variables on rivaroxaban concentration based on known AUC change.[45] Although the optimal plasma $C_{trough}$ of rivaroxaban has not been well defined as of yet, the shaded area represents the 5%-95% confidence interval of $C_{trough}$ observed in the Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared With Vitamin K Antagonist for Prevention of Stroke and Embolism Trial in Atrial Fibrillation (ROCKET-AF) trial and the dashed line represents the average $C_{trough}$. (**C**) Predicted mean steady-state apixaban plasma concentrations after 5 mg twice-daily administration is represented by the **dashed black line** (digitized from Leil et al.).[46] **Coloured solid lines** represent the predicted effect of various clinical variables on apixaban concentration based on known AUC change.[12] The shaded area represents the population pharmacokinetics model predicted 5%-95% confidence interval of $C_{trough}$ in atrial fibrillation patients. Of note, the effect of P-gp inhibition on dabigatran plasma concentration curve shown here was in the presence of the P-gp inhibitor verapamil. The effect of P-gp/CYP3A4 inhibition on rivaroxaban and apixaban plasma concentration curves shown here was in the presence of the P-gp/CYP3A4 inhibitor ketoconazole. P-gp/CYP3A4 was induced by rifampicin for dabigatran, rivaroxaban, and apixaban. AF, atrial fibrillation; CrCl, creatinine clearance; $C_{trough}$, trough plasma concentration; CYP, cytochrome P450; P-gp, P-glycoprotein; SNP, single-nucleotide polymorphism.

**Disclaimer:** We note that although the observed and expected plasma concentrations of rivaroxaban and apixaban, respectively, are shown here, the relationship and interpretation of these concentrations to clinical events/outcomes remains to be seen as more data become available.

between apixaban plasma concentrations and anti-FXa activity was confirmed in elective hip/knee replacement patients.[12]

It is important to keep in mind that the sensitivity and precision of different reagents and instruments used for these coagulation assays is yet to be established. Further validation of these coagulation assays in measuring NOAC anticoagulation response is required in the real-world clinical setting. Moreover, is it evident that variability in NOAC plasma exposure will have a significant effect on anticoagulation efficacy considering the direct PK-PD relationship and its association with clinical outcomes; thus, quantifying NOAC plasma concentration is likely the most reliable assessment of response and bleeding risk.

### Selecting the Right OAC

Although the NOACs have shown efficacy similar or greater than warfarin, it is unlikely that they will fully replace warfarin. The interindividual variability in exposure/response of NOACs and bleeding risk associated with anticoagulation therapy remains a pertinent issue. Indeed, even in a clinical trial setting with stringent enrollment criteria, the 1-dose-fits-all dosing regimen strategy did not appear successful for NOACs, likely due to the various clinical covariates that significantly affected extent of drug exposure and response (Fig. 2).[41,44-47] Moreover, dabigatran and rivaroxaban use outside of the clinical trial setting has recently been noted to exhibit large interindividual variability in concentration and response.[47,48] The same trend is likely to be observed with apixaban as its clinical use increases.

Nevertheless, the emergence of multiple NOACs has meant greater therapeutic options for treating physicians. However, we are now starting to face the question of how to select the most appropriate NOAC for individual patients. Factors to be assessed for deciding the right anticoagulant include patient bleeding risk (**H**ypertension, **A**bnormal Renal/Liver Function, **S**troke, **B**leeding History or Predisposition, **L**abile INR, **E**lderly [> 65 Years], **D**rugs/Alcohol Concomitantly [HAS-BLED]) and benefit (**C**ongestive Heart Failure,



**Figure 3.** Guide for choosing an oral anticoagulation medication based on influence of patient characteristics on drug pharmacokinetics (**A-C**). Renal function classification based on estimated CrCl is in accordance with the product monographs for dabigatran, rivaroxaban, and apixaban.[12,49,50] † Moderate renal impairment is defined as CrCl 30-50 mL/min for dabigatran and apixaban, and moderate renal impairment is defined as CrCl 30-49 mL/min for rivaroxaban. * History of GI bleed refers to recent and/or recurrent GI bleeding events. Disease condition(s) predisposing higher risk of GI bleed include but not exclusive to active peptic ulcer disease, ulcerative gastrointestinal disease, recent biopsy or trauma, and gastritis. API, apixaban; BID, twice daily dosing; CrCl, creatinine clearance; CYP, cytochrome P450; DAB, dabigatran; DDI, drug-drug interaction; ESRD, end-stage renal disease; GI, gastrointestinal; INR, international normalized ratio; NOAC, new oral anticoagulant; OAC, oral anticoagulant; OD, once daily dosing; RIV, rivaroxaban.

**Disclaimer:** The information presented herein represents the opinion of the authors based on currently available data and should not serve as substitute for clinical judgement.

**H**ypertension, **A**ge, **D**iabetes, **S**troke/Transient Ischemic Attack [CHADS$_2$])) as recommended by the Canadian Cardiovascular Society,[51] lack of an antidote for NOACs, GI bleeding, renal/hepatic function, age, concomitant medications, and relevant genetic variations, of which all have been demonstrated to influence the PK and PD of OACs.

### A potential decision tree for selecting the right OAC based on individual patient characteristics

A summary is provided in Figure 3. The first question to address is whether the patient is a better candidate for NOAC or warfarin. For patients requiring new OAC therapy, the factors to consider in this regard include high cost of NOACs (dependent on patient insurance policy), convenience and accessibility of INR response monitoring, renal function, and potential drug-drug interactions (Table 3). Patients who are already stably anticoagulated on warfarin achieving optimal TTR need not to be switched, because of the familiarity of its use and ability to monitor anticoagulation efficacy. Indeed, the benefits of NOACs over warfarin are less impressive for patients achieving well-controlled TTR (> 65%) as evident in the finding that 150 mg BID dabigatran was no longer superior to warfarin for prevention with stroke.[52] However, we note that no significant interaction was found between TTR and stroke/SSE rates in a subanalysis of the RE-LY, ROCKET-AF, and ARISTOTLE trials.

In suspected noncompliant patients, warfarin will likely be the better choice because missed doses of NOACs with short half-lives will be more detrimental to efficacy than missed doses of warfarin. Moreover, adherence to drug therapy decreases by 10% when comparing OD to BID dosing, leading to unknowable consequences, especially without active monitoring of efficacy. Of the NOACs, rivaroxaban is the only one with OD dosing, preferred for suspected noncompliant patients. We note however, based on the $t_{1/2\beta}$ of rivaroxaban (Fig. 2), when strictly considering optimal dosing interval, splitting the total daily dose to BID dosing interval would be predicted to result in a more consistent exposure and response.

Because NOACs are dependent on renal excretion at varying extents, estimated creatinine clearance (CrCl) should be determined before starting treatment with NOACs in all patients. Moreover, risk of bleeding associated with use of the new agents is compounded by poor renal function; more than 50% of AF patients older than the age of 80 have moderate renal impairment.[53] Although dosing adjustments in renal insufficiency has been recommended, a recent report indicated that the dose reduction did not obviate elevated bleeding risk completely.[54] Thus, patients with CrCl less than 30 mL/min are not suitable for NOACs; however, if NOACs in patients with renal impairment is preferred, apixaban is more appropriate than rivaroxaban and dabigatran, otherwise, warfarin should be used. Elderly patients and those with renal

**Table 3.** Summary of patient criteria for selecting warfarin vs NOACs

| Select warfarin | Select NOACs |
|---|---|
| Stable and well controlled INR | Previously taking warfarin with poor INR control |
| CrCl < 30 mL/min | Normal renal function or mild renal dysfunction |
| Low cost to patient/lack of insurance coverage | High cost of drug affordable |
| Good compliance | Inadequate access to routine INR monitoring |
| History of gastrointestinal bleeding | Require rapid onset of action |
| Require rapid reversal (antidote) | Harbouring multiple variant alleles in CYP2C9 and VKORC1 known to confer warfarin sensitivity* |
| Concomitant use of P-gp/CYP3A4 inhibitor or inducer | Patient preference |

CrCl, creatinine clearance; CYP, cytochrome P450; INR, international normalized ratio; NOAC, new oral anticoagulant; P-gp, P-glycoprotein; VKORC1, vitamin K epoxide reductase enzyme subunit 1.

*Particularly CYP2C9 poor metabolizer genotype combined with VKORC1 sensitive genotype.

impairment should be assessed regularly for renal function throughout treatment to ensure that CrCl remains greater than 30 mL/min.

Elevated GI bleeding risk is an important concern for dabigatran and rivaroxaban, and apixaban is a better choice in patients with a recent and/or recurrent history of GI bleed as well as patients with disease condition(s) predisposing higher risk of GI bleed (active peptic ulcer disease, recent biopsy or trauma, gastritis). However, in the case that the site of GI bleed is identified and the underlying condition adequately treated without suspected recurrence, any OAC can be considered for therapy if the patient is otherwise deemed suitable. Dose reduction is required for patients older than 75 years who are taking dabigatran because of increased bleeding risk with age. The stability of dabigatran might be compromised when stored in humid conditions, and when the bottle is opened the tablets should be used within 4 months. Patient education in this regard might be important.

Because all NOACs depend on the liver for hepatic metabolism to some degree, patients with hepatic dysfunction are not candidates for NOACs. Moreover, both rivaoxaban and apixaban are substrates of CYP3A4, rendering these NOACs susceptible to drug-drug interactions whereby dose reduction is required in the presence of strong inhibitors. Last, for AF patients with recent acute coronary syndrome or percutaneous coronary intervention requiring triple therapy with antiplatelet and OAC (warfarin or NOAC) medications, caution is warranted because the benefit in terms of decreased stroke and myocardial infarction risk with triple therapy might be offset by the near 2-fold increase in bleeding risk.[55] Warfarin might be the better choice for these patients because of the ability to conduct routine INR monitoring and tailoring the dose to a lower anticoagulant intensity (lower INR target) to reduce bleeding risk.

### Dosing adjustments

Dosing adjustments recommendations are summarized in Figure 3 and Table 4.

As noted earlier, kidney is the predominant pathway of excretion for dabigatran and to a lesser extent for rivaroxaban and apixaban. Renal function is an important variable that must be considered carefully in AF patients, particularly because age-related decline in renal function and variation introduced by comorbidities has been well characterized. The effect of renal function and demographic characteristics has been evaluated in RE-LY AF patients. The median CrCl of the trial was 69 mL/min; patients with CrCl of 30 and 50 mL/min had a 1.8- and 1.2-fold increase in dabigatran AUC, respectively.[44] Not surprisingly, age reduced apparent clearance by 0.41% per year from a median age of 72. Based on these data, age and renal function warrants dose adjustment. The standard dabigatran dose for AF patients with normal renal function is 150 mg BID and approved doses for patients with CrCl < 30 mL/min differs between countries. In the United States, a dose of 75 mg is approved for patients with CrCl 15-29 mL/min. However, these recommendations were approved on the basis of PK modelling studies and clinical data supporting this are lacking, limiting the credibility of its use in real-world patients.[44] In other countries including Canada, dabigatran use is contraindicated in patients with CrCl < 30 mL/min. For patients older than 75 years at increased bleeding risk, previous history of GI/intracerebral bleeding, or receiving concomitant antiplatelet or P-gp potent inhibitor, 110 mg BID should be used (a dose not available in the United States).

The typical rivaroxaban dose for most AF patients is 20 mg OD. Based on PK modelling, 15 mg OD of rivaroxaban in individuals with moderate or severe renal impairment would have similar plasma levels as individuals with normal renal function taking 20 mg.[42,45] In the ROCKET-AF trial, safety and efficacy of this dosing regimen in patients with moderate renal impairment was demonstrated in the comparable stroke and bleeding rates irrespective of renal impairment.[57] Similar to dabigatran, approved doses of rivaroxaban

**Table 4.** Dosing adjustments based on pharmacokinetic considerations

|  | Dabigatran (mg BID) | Rivaroxaban (mg OD) | Apixaban (mg BID) |
|---|---|---|---|
| Renal impairment | | | |
|   Mild (CrCl 51-80 mL/min) | 150 | 20 | 5 |
|   Moderate (CrCl 30-50 mL/min) | 110 | 15 | 5 |
|   Severe (CrCl < 30 mL/min) | n.r. | 15 | 2.5 |
| Hepatic impairment | | | |
|   Mild (Child-Pugh A) | 150 | 20 | 5 |
|   Moderate (Child-Pugh B) | 150 | n.r. | 5 |
|   Severe (Child-Pugh C) | n.r. | n.r. | n.r. |
|   Hepatic dysfunction | n.r. | n.r. | n.r. |
| Demographic variables | | | |
|   Ethnicity, Asian | 150 | 15 | 5 |
|   Age, older than 75-80 y | 110 | 20 | 2.5 |
|   Weight, < 50 kg | 150 | 20 | 2.5 |
| Drug-drug interactions | | | |
|   P-gp inhibitor | 110 | 15 | 2.5 |
|   CYP3A4 inhibitor | 150 | 15 | 2.5 |
|   P-gp/CYP3A4 inducer | n.r.* | n.r. | n.r. |

BID, twice daily; CrCl, creatinine clearance; CYP, cytochrome P450; NOAC, new oral anticoagulant; n.r., not recommended; OD, once daily; P-gp, P-glycoprotein.

*CYP3A4 and P-gp are both transcriptionally regulated by xenobiotic sensing nuclear receptors such as pregnane X receptor and constitutive androstane receptor.[56] Therefore, inducers listed in Table 2 would lower the plasma level of all the NOACs outlined in this review.

is country-specific. In the United States, 20 mg rivaroxaban is approved for patients with CrCl > 50 mL/min and 15 mg is approved for patients with CrCl 15-49 mL/min. In all other countries, 15 mg is approved only for those with CrCl 30-49 mL/min and contraindicated in those with severe impairment. Unlike dabigatran, patient age does not appear to elevate bleeding risk and no dosing adjustment is suggested. A lower dose of 15 mg should be used with coadministration of a strong CYP3A4/P-gp inhibitor or multiple moderate inhibitors.

The dose of apixaban to be administered to the average patient is 5 mg BID. In patients with mild or moderate renal impairment, no dose adjustment is necessary. Patients with severe renal impairment (CrCl 15-29 mL/min) require 2.5 mg BID and use in patients with CrCl < 15 mL/min is contraindicated. Though no dose adjustment is required for patients with mild or moderate hepatic impairment, apixaban use should be used with caution in such patients. Individuals with body weight < 50 kg had 30% greater exposure than individuals weighing 65 to 85 kg, who had a 30% lower exposure compared with individuals weighing > 120 kg.[12] Elderly patients older than 65 years of age exhibited 32% greater AUC than younger patients.[12] Accordingly, a dose reduction to 2.5 mg BID is warranted for patients concomitantly taking CYP3A4/P-gp inhibitors or meeting at least 2 of the following criteria: older than 80 years, body weight ≤ 60 kg, and creatinine > 133 μmol/L.

Ethnic differences in dosing requirement have only been found for rivaroxaban. The Japanese ROCKET-AF (J-ROCKET-AF) trial was conducted to evaluate rivaroxaban use in Japanese patients.[58] This was because of the observation that healthy Japanese subjects had a 20%-40% increase in rivaroxaban exposure compared with Caucasian subjects.[58] Thus, 15 mg rivaroxaban in J-ROCKET-AF patients resulted in efficacy and exposures similar to those observed in non-Japanese patients. Similar reductions in rivaroxaban dose should be considered for patients of Asian ancestry, and not limited to those of Japanese ancestry.

Notably, we are starting to realize the role of genetic variation to interindividual variability of NOAC exposure and clinical outcomes. The CES1 rs2244613 SNP was not only associated with lower dabigatran exposure but also with reduced bleeding risk, indicating the potential for pharmacogenetic-based dosing adjustments using this intronic SNP.[16] Because clinically relevant polymorphisms also exist in CYP3A4/5, P-gp, and BCRP, these genetic variations might also play an important role in determining NOAC exposure. Overall, the full spectrum of NOAC efficacy and safety within the context of pharmacogenetics, demographic characteristics, concomitant medications, and comorbidities should be characterized as the use of these new agents increase in AF patients outside of the clinical trial setting.

## Limitations of NOACs

A major limitation of NOAC use is the lack of standardized coagulation tests for monitoring anticoagulation response. The need for monitoring has been heavily debated and regulators recently stated that monitoring is necessary in specific clinical circumstances: renal/liver dysfunction, overdose, before invasive surgery, noncompliance, bleeding or thrombosis/stroke, drug-drug interaction, and suspected variation in drug exposure.[59] Although some assays have been suggested as surrogate markers of exposure, limitations in their use include accuracy and clinical experience/availability. More importantly, meaningful interpretation of the results is difficult because of the lack of guidance on extrapolating coagulation results to bleeding and thrombosis risk. Accordingly, directly measuring plasma NOAC drug concentrations might be more desirable and more accurate for monitoring anticoagulation. An important consideration for measuring either coagulation or NOAC drug exposure is the standardization of sampling time from the last dose. The trough concentration ($C_{trough}$) is preferred over the peak concentration ($C_{max}$), avoiding misinterpretation of results because of variability in the absorption phase.

The second limitation is the lack of a validated antidote for rapidly reversing the effects of NOACs. Hemodialysis of dabigatran might be an option considering its relatively low protein binding, but not for rivaroxaban and apixaban which have high protein binding. Potential reversal agents that have shown promise for reversing NOAC anticoagulation include prothrombin complex concentrate and recombinant factor VIIa.[60,61] Until better guidelines are available, NOACs should be used with caution, particularly in patients with elevated bleeding risk.

## Switching From Warfarin to NOAC and Vice Versa

Patients without adequate INR control will likely benefit from transitioning from warfarin to 1 of the NOACs for enhanced efficacy and reduced risk of intracranial bleeding. It has been recommended that NOAC should be started after INR decreases to < 2.3 after warfarin discontinuation.[62] For patients who are unable to continue NOAC therapy and require transitioning to warfarin, it is necessary to consider the delayed onset of warfarin and allow attainment of therapeutic INR before discontinuation of NOACs.

## Conclusions

NOACs are promising alternatives to warfarin, demonstrating at least similar antithrombotic efficacy and decreased rate of intracranial hemorrhage. However, the availability of multiple NOACs has introduced difficulty in deciding the best agent because head-to-head trials are unavailable and unlikely to be performed. Rather, clinicians are required to make informed decisions in selecting the appropriate agent based on characteristics of the patient and OAC pharmacology. As the clinical use of NOACs increases, surveillance using therapeutic monitoring (measurement of plasma drug concentration or anticoagulation response) throughout the treatment period might be valuable in minimizing the risk of bleeding and lack of efficacy. Finally, because of the extent of interindividual variation in the metabolism and clearance of NOACs, it is likely that a greater range of NOAC doses will be needed to more precisely treat our patients.

## Funding Sources

I.Y.G. is a recipient of the Canadian Institutes of Health Research Canada Graduate Scholarships. R.B.K. is supported

by the Wolfe Medical Research Chair in Pharmacogenomics and grants from the Canadian Institutes of Health Research Drug Safety and Effectiveness Network, Academic Medical Organization of Southwestern Ontario (AMOSO) Innovation Fund, and Program of Experimental Medicine in the Department of Medicine at Western.

Publication of this article is supported by Bayer Canada and by Pfizer and Bristol-Myers Squibb.

## Disclosures

The authors have no conflicts of interest to disclose.

## References

1. Hart RG, Pearce LA, Aguilar MI. Meta-analysis: antithrombotic therapy to prevent stroke in patients who have nonvalvular atrial fibrillation. Ann Intern Med 2007;146:857-67.

2. Di Nisio M, Middeldorp S, Buller HR. Direct thrombin inhibitors. New Engl J Med 2005;353:1028-40.

3. Connolly SJ, Ezekowitz MD, Yusuf S, et al. Dabigatran versus warfarin in patients with atrial fibrillation. New Engl J Med 2009;361:1139-51.

4. Laux V, Perzborn E, Kubitza D, Misselwitz F. Preclinical and clinical characteristics of rivaroxaban: a novel, oral, direct factor Xa inhibitor. Semin Thromb Hemost 2007;33:515-23.

5. Patel MR, Mahaffey KW, Garg J, et al. Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. New Engl J Med 2011;365:883-91.

6. Granger CB, Alexander JH, McMurray JJ, et al. Apixaban versus warfarin in patients with atrial fibrillation. New Engl J Med 2011;365:981-92.

7. Blech S, Ebner T, Ludwig-Schwellinger E, Stangier J, Roth W. The metabolism and disposition of the oral direct thrombin inhibitor, dabigatran, in humans. Drug Metab Dispos 2008;36:386-99.

8. Weinz C, Schwarz T, Kubitza D, Mueck W, Lang D. Metabolism and excretion of rivaroxaban, an oral, direct factor Xa inhibitor, in rats, dogs, and humans. Drug Metab Dispos 2009;37:1056-64.

9. Raghavan N, Frost CE, Yu Z, et al. Apixaban metabolism and pharmacokinetics after oral administration to humans. Drug Metab Dispos 2009;37:74-81.

10. Stangier J, Rathgen K, Stahle H, Mazur D. Influence of renal impairment on the pharmacokinetics and pharmacodynamics of oral dabigatran etexilate: an open-label, parallel-group, single-centre study. Clin Pharmacokinet 2010;49:259-68.

11. Kubitza D, Becka M, Mueck W, et al. Effects of renal impairment on the pharmacokinetics, pharmacodynamics and safety of rivaroxaban, an oral, direct factor Xa inhibitor. Br J Clin Pharmacol 2010;70:703-12.

12. Health Canada. Apixaban product monograph. Available at: http://www.pfizer.ca/en/our_products/products/monograph/313. Accessed January 5, 2013.

13. Stangier J, Rathgen K, Stahle H, Gansser D, Roth W. The pharmacokinetics, pharmacodynamics and tolerability of dabigatran etexilate, a new oral direct thrombin inhibitor, in healthy male subjects. Br J Clin Pharmacol 2007;64:292-303.

14. Eisert WG, Hauel N, Stangier J, Wienen W, Clemens A, van Ryn J. Dabigatran: an oral novel potent reversible nonpeptide inhibitor of thrombin. Arterioscler Thromb Vasc Biol 2010;30:1885-9.

15. European Medicines Agency. European Medicines Agency. Available at: http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Public_assessment_report/human/000829/WC500041062.pdf. Accessed December 20, 2012.

16. Pare G, Eriksson N, Lehr T, et al. Genetic determinants of dabigatran plasma levels and their relation to bleeding. Circulation 2013;127:1404-12.

17. Kubitza D, Becka M, Wensing G, Voith B, Zuehlsdorf M. Safety, pharmacodynamics, and pharmacokinetics of BAY 59-7939—an oral, direct factor Xa inhibitor—after multiple dosing in healthy male subjects. Eur J Clin Pharmacol 2005;61:873-80.

18. Kubitza D, Becka M, Zuehlsdorf M, Mueck W. Effect of food, an antacid, and the H2 antagonist ranitidine on the absorption of BAY 59-7939 (rivaroxaban), an oral, direct factor Xa inhibitor, in healthy subjects. J Clin Pharmacol 2006;46:549-58.

19. Ebner T, Wagner K, Wienen W. Dabigatran acylglucuronide, the major human metabolite of dabigatran: in vitro formation, stability, and pharmacological activity. Drug Metab Dispos 2010;38:1567-75.

20. Stangier J, Stahle H, Rathgen K, Roth W, Shakeri-Nejad K. Pharmacokinetics and pharmacodynamics of dabigatran etexilate, an oral direct thrombin inhibitor, are not affected by moderate hepatic impairment. J Clin Pharmacol 2008;48:1411-9.

21. Lang D, Freudenberger C, Weinz C. In vitro metabolism of rivaroxaban, an oral, direct factor Xa inhibitor, in liver microsomes and hepatocytes of rats, dogs, and humans. Drug Metab Dispos 2009;37:1046-55.

22. Wang L, Zhang D, Raghavan N, et al. In vitro assessment of metabolic drug-drug interaction potential of apixaban through cytochrome P450 phenotyping, inhibition, and induction studies. Drug Metab Dispos 2010;38:448-58.

23. Kubitza D, Roth A, Becka M, et al. Effect of hepatic impairment on the pharmacokinetics and pharmacodynamics of a single dose of rivaroxaban - an oral, direct Factor Xa inhibitor. Br J Clin Pharmacol 2013. [Epub ahead of print]

24. Gnoth MJ, Buetehorn U, Muenster U, Schwarz T, Sandmann S. In vitro and in vivo P-glycoprotein transport characteristics of rivaroxaban. J Pharmacol Exp Ther 2011;338:372-80.

25. Gong IY, Mansell SE, Kim RB. Absence of both MDR1 (ABCB1) and breast cancer resistance protein (ABCG2) transporters significantly alters rivaroxaban disposition and central nervous system entry. Basic Clin Pharmacol Toxicol 2013;112:164-70.

26. European Medicines Agency. Xarelto summary of product characteristics. Available at: http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_Product_Information/human/000944/WC500057108.pdf. Accessed December 15, 2012.

27. Wilkinson GR. Drug metabolism and variability among patients in drug response. New Engl J Med 2005;352:2211-21.

28. Cascorbi I. P-glycoprotein: tissue distribution, substrates, and functional consequences of genetic variations. Handb Exp Pharmacol 2011:261-83.

29. Kim RB, Wandel C, Leake B, et al. Interrelationship between substrates and inhibitors of human CYP3A and P-glycoprotein. Pharm Res 1999;16:408-14.

30. Boehringer Ingelheim. Advisory Committee Briefing Document. Available at: http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/UCM226009.pdf. Accessed January 5, 2013.

31. Hartter S, Sennewald R, Nehmiz G, Reilly P. Oral bioavailability of dabigatran etexilate (Pradaxa(®)) after co-medication with verapamil in healthy subjects. Br J Clin Pharmacol 2013;75:1053-62.

32. Nutescu E, Rhoades R, Bailey C, Zhou S. Apixaban: a novel oral inhibitor of factor Xa. Am J Health Syst Pharm 2012;69:1113-26.

33. Hartter S, Koenen-Bergmann M, Sharma A, et al. Decrease in the oral bioavailability of dabigatran etexilate after co-medication with rifampicin. Br J Clin Pharmacol 2012;74:490-500.

34. Stangier J, Stahle H, Rathgen K, Fuhr R. Pharmacokinetics and pharmacodynamics of the direct oral thrombin inhibitor dabigatran in healthy elderly subjects. Clin Pharmacokinet 2008;47:47-59.

35. Liesenfeld KH, Schafer HG, Troconiz IF, Tillmann C, Eriksson BI, Stangier J. Effects of the direct thrombin inhibitor dabigatran on ex vivo coagulation time in orthopaedic surgery patients: a population model analysis. Br J Clin Pharmacol 2006;62:527-37.

36. Frost C, Wang J, Nepal S, et al. Apixaban, an oral, direct factor Xa inhibitor: single dose safety, pharmacokinetics, pharmacodynamics and food effect in healthy subjects. Br J Clin Pharmacol 2013;75:476-87.

37. Kubitza D, Becka M, Voith B, Zuehlsdorf M, Wensing G. Safety, pharmacodynamics, and pharmacokinetics of single doses of BAY 59-7939, an oral, direct factor Xa inhibitor. Clin Pharmacol Ther 2005;78:412-21.

38. van Ryn J, Stangier J, Haertter S, et al. Dabigatran etexilate—a novel, reversible, oral direct thrombin inhibitor: interpretation of coagulation assays and reversal of anticoagulant activity. Thromb Haemost 2010;103:1116-27.

39. FDA Briefing Information, Dabigatran Etexilate Mesylate Capsules, for the September 20, 2010 Meeting of the Cardiovascular and Renal Drugs Advisory Committee. Oct 19th 2010. Available at: http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/UCM247244.pdf. Accessed January 5, 2013.

40. Barrett YC, Wang Z, Frost C, Shenker A. Clinical laboratory measurement of direct factor Xa inhibitors: anti-Xa assay is preferable to prothrombin time assay. Thromb Haemost 2010;104:1263-71.

41. Douxfils J, Mullier F, Loosen C, Chatelain C, Chatelain B, Dogne JM. Assessment of the impact of rivaroxaban on coagulation assays: laboratory recommendations for the monitoring of rivaroxaban and review of the literature. Thromb Res 2012;130:956-66.

42. Johnson & Johnson Pharmaceutical Research & Development. FDA Advisory Committee Briefing Document, Rivaroxaban. Available at: http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/UCM270797.pdf. Accessed January 5, 2013.

43. Dansirikul C, Lehr T, Liesenfeld KH, Haertter S, Staab A. A combined pharmacometric analysis of dabigatran etexilate in healthy volunteers and patients with atrial fibrillation or undergoing orthopaedic surgery. Thromb Haemost 2012;107:775-85.

44. Liesenfeld KH, Lehr T, Dansirikul C, et al. Population pharmacokinetic analysis of the oral thrombin inhibitor dabigatran etexilate in patients with non-valvular atrial fibrillation from the RE-LY trial. J Thromb Haemost 2011;9:2168-75.

45. Mueck W, Lensing AW, Agnelli G, Decousus H, Prandoni P, Misselwitz F. Rivaroxaban: population pharmacokinetic analyses in patients treated for acute deep-vein thrombosis and exposure simulations in patients with atrial fibrillation treated for stroke prevention. Clin Pharmacokinet 2011;50:675-86.

46. Leil TA, Feng Y, Zhang L, Paccaly A, Mohan P, Pfister M. Quantification of apixaban's therapeutic utility in prevention of venous thromboembolism: selection of phase III trial dose. Clin Pharmacol Ther 2010;88:375-82.

47. Douxfils J, Mullier F, Robert S, Chatelain C, Chatelain B, Dogne JM. Impact of dabigatran on a large panel of routine or specific coagulation assays. Laboratory recommendations for monitoring of dabigatran etexilate. Thromb Haemost 2012;107:985-97.

48. Samama MM, Guinet C, Le Flem L, Ninin E, Debue JM. Measurement of dabigatran and rivaroxaban in primary prevention of venous thromboembolism in 106 patients, who have undergone major orthopedic surgery: an observational study. J Thromb Thrombolysis 2013;35:140-6.

49. Boehringer Ingelheim Canada Ltd. Dabigatran etexilate product monograph. Available at: http://www.boehringer-ingelheim.ca/content/dam/internet/opu/ca_EN/documents/humanhealth/product_monograph/Pradax-pm.pdf. Accessed April 3, 2013.

50. Health Canada. Rivaroxaban product monograph. Available at: http://www.bayerresources.com.au/resources/uploads/PI/file9466.pdf. Accessed April 3, 2013.

51. Skanes AC, Healey JS, Cairns JA, et al. Focused 2012 update of the Canadian Cardiovascular Society atrial fibrillation guidelines: recommendations for stroke prevention and rate/rhythm control. Can J Cardiol 2012;28:125-36.

52. Wallentin L, Yusuf S, Ezekowitz MD, et al. Efficacy and safety of dabigatran compared with warfarin at different levels of international normalised ratio control for stroke prevention in atrial fibrillation: an analysis of the RE-LY trial. Lancet 2010;376:975-83.

53. Poli D, Antonucci E, Testa S, et al. Bleeding risk in very old patients on vitamin K antagonist treatment: results of a prospective collaborative study on elderly patients followed by Italian Centres for Anticoagulation. Circulation 2011;124:824-9.

54. Harper P, Young L, Merriman E. Bleeding risk with dabigatran in the frail elderly. New Engl J Med 2012;366:864-6.

55. Mega J, Carreras ET. Antithrombotic therapy: triple therapy or triple threat? Hematology Am Soc Hematol Educ Program 2012;2012:547-52.

56. Tirona RG, Kim RB. Nuclear receptors and drug disposition gene regulation. J Pharm Sci 2005;94:1169-86.

57. Fox KA, Piccini JP, Wojdyla D, et al. Prevention of stroke and systemic embolism with rivaroxaban compared with warfarin in patients with non-valvular atrial fibrillation and moderate renal impairment. Eur Heart J 2011;32:2387-94.

58. Tanigawa T, Kaneko M, Hashizume K, et al. Model-based dose selection for phase III rivaroxaban study in Japanese patients with non-valvular atrial fibrillation. Drug Metab Pharmacokinet 2013;28:59-70.

59. Baglin T, Hillarp A, Tripodi A, Elalamy I, Buller H, Ageno W. Measuring oral direct inhibitors (ODIs) of thrombin and factor Xa: a recommendation from the Subcommittee on Control of Anticoagulation of the Scientific and Standardisation Committee of the International Society on Thrombosis and Haemostasis. J Thromb Haemost 2013. [Epub ahead of print]

60. Marlu R, Hodaj E, Paris A, Albaladejo P, Crackowski JL, Pernod G. Effect of non-specific reversal agents on anticoagulant activity of dabigatran and rivaroxaban: a randomised crossover ex vivo study in healthy volunteers. Thromb Haemost 2012;108:217-24.

61. Bauer KA. Reversal of antithrombotic agents. Am J Hematol 2012;87(suppl 1):S119-26.

62. Schulman S, Crowther MA. How I treat with anticoagulants in 2012: new and old anticoagulants, and when and how to switch. Blood 2012;119:3016-23.