UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | MDL No. 2592 |
| } | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L |
| } | JUDGE FALLON |
| } | MAG. JUDGE NORTH |
| } | |

This Document relates to:

**Rose Whalen *v. Janssen Research & Development, LLC et al;*
Civil Action No. 15-cv-6578**

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Rose Whalen, which occurred on July 26, 2016. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Rose Whalen's estate.

Dated: May 31, 2017

Respectfully Submitted,

/s/ Jacob Levy

Jacob Levy
Gray & White
713 E. Market St. #200
Louisville, KY 40202

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 31st day of May 2017.

/s/ Jacob Levy
Gray & White