UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

   **Rose Whalen** *v. Janssen Research & Development, LLC et al;*
   **Civil Action No. 15-cv-6578**

### PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

Comes now Plaintiff, Rose Whalen, deceased, by and through her counsel, pursuant to Federal Rules of Civil Procedure 15, hereby files this Motion to Substitute Parties to replace Plaintiff Rose Whalen with Maggie Whalen, Personal Representative of the Estate of Rose Whalen.

1. Plaintiff passed away on July 26, 2016, as reported to the Court in the Suggestion of Death filed May 31, 2017.

2. On May 1, 2017 the Greenup County District Court Judge of the Probate Division, entered an order naming Maggie Whalen the Executrix of the Estate of Rose Whalen.

3. Thus, as death does not extinguish her cause of action, Plaintiff moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Maggie Whalen, Personal Representative of the Estate of Rose Whalen as the named party in the place of Rose Whalen.

WHEREFORE, Plaintiff prays that this Motion for Substitution of parties be granted and that the Court direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: May 31, 2017                                  Respectfully Submitted,

                                                     /s/ Jacob Levy

                                                     Jacob Levy
                                                     Gray & White

713 E. Market St. #200<br>Louisville, KY 40202

**CERTIFICATE OF SERVICE**

    I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 31st day of May 2017.

/s/ Jacob Levy<br>Gray & White