UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.:  2592<br>SECTION:  L<br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Mary Woods v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al*

**Case No.: 17-3730**

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that the undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Mary Woods, on August 23, 2016.

Respectfully submitted,

Dated: May 31, 2017      **GRANT & EISENHOFER P.A.**

By:   */s/ Thomas V. Ayala*
      M. Elizabeth Graham
      Thomas V. Ayala
      **GRANT & EISENHOFER P.A.**
      123 Justison Street
      Wilmington, DE 19801
      Tel: (302) 622-7000
      Fax: (302) 622-7100
      egraham@gelaw.com
      tayala@gelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pretrial Order No. 17, on this 31st day of May 2017.

*/s/ Thomas V. Ayala*
Thomas v. Ayala