# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2592 |
| ) | SECTION L |
| THIS DOCUMENT RELATES TO: ) Joseph Orr, Jr. as Lawful Surviving Spouse of ) Sharon Orr v. Janssen, et al. ) Case No. 2:15-cv-03708 ) | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### DEFENDANTS' AMENDED WITNESS LIST

Defendants Bayer Healthcare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC (collectively, "Defendants"), by and through their undersigned counsel, hereby identify the following persons whom Defendants may elect to call at trial in person. The list does not include those witnesses for whom Defendants may seek to introduce affirmative deposition testimony, nor does it include those witnesses for whom Defendants may seek to introduce counter-designation of deposition testimony if Plaintiffs seek to introduce deposition testimony of the same witness. Defendants reserve the right to supplement or amend based upon any ruling of the Court that affects the scope of evidence in this trial. Defendants also reserve the right to call, live or by deposition, any witnesses identified by Plaintiffs. Defendants also reserve the right to call as a witness any custodian of documents and/or witnesses required to authenticate documents, including business records, medical records, or other records, whose admissibility is disputed by any party. By identifying the witnesses below, Defendants do not waive any objection to deposition testimony, exhibits, or other evidence or argument.

LIKELY TO CALL:
1. Scott Boniol, MD
   1453 E. Bert Kouns Industrial Loop
   Shreveport, LA 71105

2. Sammy Khatib, MD
   John Ochsner Heart and Vascular Institute
   1514 Jefferson Highway
   Jefferson, LA 70121

3. Vanessa Piazza, MD
   7 Bluebird
   New Orleans, LA 70124

4. Maurice Edward St. Martin, MD
   2633 Napolean Avenue
   Suite 500
   New Orleans, LA 70115

5. Najeeb M. Thomas, MD
   Southern Brain & Spine
   4770 S I-10 Service Road W #110
   Metairie, LA 70001

MAY CALL:
1. Scott D. Berkowitz, MD
   Bayer Healthcare Pharmaceuticals
   100 Bayer Boulevard
   Whippany, NJ 07981

2. Lionel Branch, Jr., MD
   LSU Health Sciences Center
   Department of Neurology
   1542 Tulane Avenue
   New Orleans, LA 70112

3. Cuong Bui, MD
   1514 Jefferson Highway
   New Orleans, LA 70121

4. Paul Burton, MD, PhD
   1125 Trenton-Harbourton Road
   Titusville, NJ 08560

5. Francisco Cruz, MD
   3434 Prytania Street
   Suite 300
   New Orleans, LA  70115

6. Terry L. Cummings, MD
   200 Broadway Street
   New Orleans, LA  70118

7. Robert C. Dawson, III, MD
   2020 Gravier Street
   Suite 322G
   New Orleans, LA  70112

8. Hartmut Derendorf, MD
   8708 SW 42nd Place
   Gainesville, Florida  32610

9. Peter M. DiBattiste, MD
   Janssen Research & Development, LLC
   920 Route 202
   Raritan, NJ  00869

10. Charles Eby, MD
    216 S. Kings Highway
    St. Louis, MO 63110

11. Clement Eiswirth, MD
    Ochsner Health System
    1514 Jefferson Highway
    New Orleans, LA  70121

12. Toby Gropen, MD
    Department of Neurology, M226
    1813 6th Avenue South
    Birmingham, AL  35249

13. Dena R. Hixon, MD
    Pharmaceutical Lifecycle Consulting LLC
    7304 Carroll Avenue #231
    Takoma Park, MD  20912

14. Colleen Johnson, MD
    Department of Medicine
    Tulane University Heart and Vascular Institute
    1430 Tulane Ave., SL-48
    New Orleans, LA  70112

15. Marc J. Kahn, MD
    1430 Tulane Avenue
    Box SL-67
    New Orleans, LA  70112

16. Elizabeth B. Mahanna (Gabrielli), MD
    3400 Spruce Street
    680 Dulles
    Philadelphia, PA  19104

17. Christopher Major, PhD
    Janssen Diagnostics
    700 US Route 202
    Raritan, NJ  08869

18. Frank Misselwitz, MD, PhD
    Bayer Pharma AG
    Friedrich-Ebert-Straβ2 217-333
    42117 Wuppertal, Germany

19. Mihran Vatche Naljayan, MD
    1542 Tulane Avenue St., 3rd Floor, 330 A
    New Orleans, LA  70112

20. Christopher C. Nessel, MD
    Janssen Research & Development, LLC
    920 Route 202
    Raritan, NJ  00869

21. Brian Ogden, MD
    1514 Jefferson Highway
    New Orleans, LA  70121

22. William F. Peacock, IV, MD
    Baylor College of Medicine
    Emergency Center
    Ben Taub Hospital
    1504 Taub Loop
    Houston, TX 77030

23. Kashi Rai, MD
    2901 N. Cause Way Blvd
    Suite 307
    Metairie, LA 70002

24. David R. Taft, PhD
    Division of Pharmaceutical Sciences
    Arnold & Marie Schwartz College of Pharmacy
    Long Island University
    75 DeKalb Avenue
    Brooklyn, NY 11201

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com


DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Chanda A. Miller
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Chanda.Miller@dbr.com
*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC*

WILKINSON WALSH + ESKOVITZ LLP

By: /s/ *Beth A. Wilkinson*
Beth A. Wilkinson
Jennifer L. Saulino
Jeremy Barber
WILKINSON WALSH + ESKOVITZ LLP
1900 M. Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonwalsh.com
jsaulino@wilkinsonwalsh.com
jbarber@wilkinsonwalsh.com


NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ *David E. Dukes*
David E. Dukes
J. Mark Jones
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Telephone: (803) 799-2000
David.Dukes@nelsonmullins.com
Mark.Jones@nelsonmullins.com

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *Andrew K. Solow*
Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com


BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ *Kevin C. Newsom*
Kevin C. Newsom
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
knewsom@bradley.com
lboney@bradley.com


CHAFFE MCCALL L.L.P.
By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com


*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of May, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system.

/s/   *John F. Olinde*