!orr v bayer video tmax db
Deposition Designations for Peters G 20160420

| | | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|---|
| 18:5 - 18:7 | | Peters, Gary 2016-04-20 | 0:02 | Re: [18:5-18:7] **Def Obj** Defendants' General Objections: For the following reasons and those set forth in Defendants' accompanying letter brief and MIL No. 9, this testimony should not be allowed. Defendants object to the introduction of the testimony of Dr. Gary Peters, which is designated for the sole purpose of introducing e-mails from nonparty Dr. Robert Califf of Duke Clinical Research Institute, who had informal communications about the possibility his institution conducting a study of a lower dose of Xarelto or a different dosing regimen for Xarelto after it was approved by the FDA. The designated testimony regarding a study that was not condcuted has nothing to do with the issues in this failure to warn case. See FRE 401 or 402. Plaintiffs also specifically abandoned all claims about a lower dose in the face of preemption and Daubert challenges. See Rec. Doc 5652 at 2; Rec. Doc. 5606 at 10 n.30. In ruling on Defendants' Motions in Limine on this topic, the Court reserved ruling on issues related to this topic but observed that the evidence was likely excludable under FRE 401 and 403. In addition, the failure to test is not a separate claim under the LPLA. See Theriot v. Danek Medical, Inc., 168 F.3d 253, 256 (5th Cir. 1999). | Re: [18:5-18:7] Pltf Resp Dr. Peter's testimony is tremendously probative as to the dosing regimen of Xarelto and the need to study other doses to increase the safety and efficacy of Xarelto. Also, the testimony goes to notice and how Defendants managed issues pertaining to the dosing, safety and efficacy of Xarelto. His testimony, as Head of Cardiovascular at Janssen, provides crucial context and insight into the conduct of the company specifically relating to the dosing regimen of Xarelto and the recommendation of testing additional doses to increase the safety and efficacy of Xarelto. Plaintiffs disputes the admissibility of this evidence is conceded. Plaintiffs have no intention to argue or otherwise infer views expressed by Dr. Robert Califf, while he was at Duke Clinical Research Institute (DCRI) and was the lead investigator and co-chairman of the steering committee of the ROCKET- AF, are the views of the FDA. Dr. Califf™s curriculum vitae, including his appointment as the FDA Commissioner, is relevant to his credibility particularly since the Defendants have attacked Dr. Califf calling into question his motives for advocating for additional testing suggesting that one of his primary reason was not patient safety but to gin-up business and to generate funding for DCRI.. | Pending |
| 18 | 5 | Q. Dr. Peters, how are you this | | | | |
| 18 | 6 | morning? | | | | |
| 18 | 7 | A. I'm fine. | | | | |
| 18:19 - 19:3 | | Peters, Gary 2016-04-20 | 0:14 | | | |
| 18 | 19 | Q. All right. And are you | | | | |
| 18 | 20 | currently employed, sir? | | | | |
| 18 | 21 | A. Yes. | | | | |
| 18 | 22 | Q. By who? | | | | |
| 18 | 23 | A. Janssen Pharmaceuticals | | | | |
| 18 | 24 | Companies of Johnson & Johnson. | | | | |
| 19 | 1 | Q. And for how long have you | | | | |
| 19 | 2 | been employed by Janssen? | | | | |
| 19 | 3 | A. Since May of 2006. | | | | |
| 19:22 - 20:2 | | Peters, Gary 2016-04-20 | 0:08 | | | |
| 19 | 22 | Q. What is your current | | | | |
| 19 | 23 | position with Janssen? | | | | |
| 19 | 24 | A. I'm a senior director in the | | | | |
| 20 | 1 | cardiovascular department and clinical | | | | |
| 20 | 2 | leader for a new project -- | | | | |
| 20:15 - 21:7 | | Peters, Gary 2016-04-20 | 0:41 | Re: [20:15-21:7] **Def Obj** | Re: [20:15-21:7] Pltf Resp The question specifically asked whether the witness, Dr. Peters currently has | Pending |
| 20 | 15 | Q. All right. And during your | | | | |
| 20 | 16 | employment with Janssen, have you had | | | | |
| 20 | 17 | occasion to work on a compound known as | | | | |
| 20 | 18 | rivaroxaban? | | | | |

1

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 20 19 | A. Yes. | | | responsibility with respect to Xarelto. It is Plaintiffs' position that the testimony that Dr. Peters currently has limited responsibilities on the Xarelto program and works on some clinical pharmacology-related activities is responsive to the question. | |
| 20 20 | Q. Or commercial name Xarelto? | | | | |
| 20 21 | A. Yes. | | | | |
| 20 22 | Q. Do you currently have | | | | |
| 20 23 | responsibilities with respect to Xarelto? | | | | |
| 20 24 | A. I have some limited | | | | |
| 21 1 | responsibilities on the Xarelto program | | | | |
| 21 2 | currently. | | | | |
| 21 3 | I work on some of the | | | | |
| 21 4 | clinical pharmacology-related activities. | | | | |
| 21 5 | I'm the Janssen representative on one of | | | | |
| 21 6 | the new studies that Bayer is leading, | | | | |
| 21 7 | the NAVIGATE ESUS study. | | | | |
| 21:17 - 22:4 | Peters, Gary 2016-04-20 | 0:24 | | | |
| 21 17 | Q. Okay. And when did -- when | | | | |
| 21 18 | were -- when did you first work with | | | | |
| 21 19 | respect -- do work with respect to the | | | | |
| 21 20 | compound rivaroxaban? | | | | |
| 21 21 | A. When I came in May of 2006. | | | | |
| 21 22 | Q. Was that the -- was that | | | | |
| 21 23 | understood that you were going -- that | | | | |
| 21 24 | you were -- when you began working at | | | | |
| 22 1 | Janssen, it was because you would be | | | | |
| 22 2 | working on rivaroxaban? | | | | |
| 22 3 | A. Yes. I was recruited in to | | | | |
| 22 4 | work on the rivaroxaban program. | | | | |
| 23:3 - 23:11 | Peters, Gary 2016-04-20 | 0:14 | | | |
| 23 3 | Q. Now, you're familiar with | | | | |
| 23 4 | ROCKET-AF, I assume? | | | | |
| 23 5 | A. Yes. | | | | |
| 23 6 | Q. And that was a clinical | | | | |
| 23 7 | trial with respect to rivaroxaban; is | | | | |
| 23 8 | that correct? | | | | |
| 23 9 | A. Yes. It compared | | | | |
| 23 10 | rivaroxaban to the current standard of | | | | |
| 23 11 | care, which was warfarin. | | | | |
| 23:12 - 23:14 | Peters, Gary 2016-04-20 | 0:04 | | | |
| 23 12 | Q. Okay. And that is what | | | | |
| 23 13 | would be called a Phase III study? | | | | |
| 23 14 | A. Yes. | | | | |
| 265:23 - 266:3 | Peters, Gary 2016-04-20 | 0:07 | Re: [265:23-266:3] Def Obj Lack of foundation; witness was not an author or recipient of Peters 20, which is the document underlying this | Re: [265:23-266:3] Pltf Resp Dr. Peters is an employee of Janssen and his testimony speaks to his personal knowledge as | Pending |
| 265 23 | Dr. Califf was part of the | | | | |
| 265 24 | ROCKET team, right? | | | | |
| 266 1 | A. Right. He was co-chair of | | | | |
| 266 2 | the executive committee which was the | | | | |

2

|  |  |  | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 266 | 3 | academic leadership of the team. | testimony. See Tr. at 264:3-264:6. | an agent of the company. The question asks whether Dr. Califf was part of the ROCKET team. Dr. Peters testifies that Dr. Califf was the co-chair of the executive committee which was the academic leadership of the team. Based on Dr. Peters personal knowledge of Dr. Califf's involvement in ROCKET, Dr. Peters can testify as to Dr. Califf's role. The document is probative as to the notice and the company's position regarding the dosing regimen of Xarelto and the recommendation to test other doses. Further, there was no objection during the deposition when the document was shown to the witness. |  |
| 275:24 - | 276:23 | Peters, Gary 2016-04-20 | 1:00 | | |
| 275 | 24 | MR. DOUGLAS: Let's go to | Re: [275:24-276:23] Def Obj See exhibit objections to Peters 24. | Re: [275:24-276:23] Pltf Resp See Plaintiff's Response to objection regarding Peters 24. | Pending |
| 276 | 1 | 303, the one that ends in 303. | | | |
| 276 | 2 | MS. SAY: This is Peters | | | |
| 276 | 3 | Exhibit 24, Record Number 690562. | | | |
| 276 | 4 | (Document marked for | | | |
| 276 | 5 | identification as Exhibit | | | |
| 276 | 6 | Peters-24.) | | | |
| 276 | 7 | BY MR. DOUGLAS: | | | |
| 276 | 8 | Q. Now, this is an e-mail from | | | |
| 276 | 9 | Dr. Califf on which you are copied. Do | | | |
| 276 | 10 | you see that? And it's February 27, | | | |
| 276 | 11 | 2012. Do you see that? | | | |
| 276 | 12 | A. Yes, it was after the study | | | |
| 276 | 13 | was done. | | | |
| 276 | 14 | Q. Right. Now, you'll see it's | | | |
| 276 | 15 | to you and Dr. DiBattiste. It's marked | | | |
| 276 | 16 | "Confidential" and its attachments are | | | |
| 276 | 17 | this ROCKET Booster. And we talked a | | | |
| 276 | 18 | little bit about another study that | | | |
| 276 | 19 | Dr. Califf was interested in called the | | | |
| 276 | 20 | ROCKET Booster or some other cute | | | |
| 276 | 21 | phraseology. | | | |
| 276 | 22 | A. Right, a follow-on study to | | | |
| 276 | 23 | the ROCKET study. | | | |
| 277:9 - | 278:5 | Peters, Gary 2016-04-20 | 0:50 | | |
| 277 | 9 | MS. SAY: This is Peters-25, | Re: [277:9-278:5] Def Obj See exhibit objections to Peters 25. | Re: [277:9-278:5] Pltf Resp See Plaintiff's Response to objection regarding Peters 25. | Pending |
| 277 | 10 | Record Number 690563. | | | |
| 277 | 11 | (Document marked for | | | |
| 277 | 12 | identification as Exhibit | | | |
| 277 | 13 | Peters-25.) | | | |
| 277 | 14 | BY MR. DOUGLAS: | | | |
| 277 | 15 | Q. This is the attachment to | | | |
| 277 | 16 | the e-mail, the two-pager that he's | | | |
| 277 | 17 | referring to. You see that he's | | | |

|  |  |  | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 277 | 18 | referring to a two-pager that is attached | | | |
| 277 | 19 | to this e-mail. Do you have that in | | | |
| 277 | 20 | front of you, sir? | | | |
| 277 | 21 | A. Yes, I do. | | | |
| 277 | 22 | Q. And you'll -- he says, | | | |
| 277 | 23 | "Guys, this is a simple two-pager to let | | | |
| 277 | 24 | you know that I'm working on something. | | | |
| 278 | 1 | I think this could be done using the | | | |
| 278 | 2 | ORBIT template at a fraction of the | | | |
| 278 | 3 | additional cost that we normally | | | |
| 278 | 4 | attribute to clinical trials. The | | | |
| 278 | 5 | motivation is enclosed on Page 1." | | | |

278:11 - 278:23 Peters, Gary 2016-04-20    0:26

| | | | | | |
|---|---|---|---|---|---|
| 278 | 11 | Q. Okay. If you look on the | | | |
| 278 | 12 | first page of the two-pager, it says, | | | |
| 278 | 13 | "Rivaroxaban and atrial fibrillation, the | | | |
| 278 | 14 | need for ROCKET-AF Booster. Background." | | | |
| 278 | 15 | With me so far? | | | |
| 278 | 16 | A. Yes. | | | |
| 278 | 17 | Q. Second paragraph, "The major | | | |
| 278 | 18 | comparative advantage of rivaroxaban is | | | |
| 278 | 19 | its once-a-day dosing, but the | | | |
| 278 | 20 | failure" -- | | | |
| 278 | 21 | MR. DOUGLAS: If you could | | | |
| 278 | 22 | just circle that word "failure" in | | | |
| 278 | 23 | red. | | | |

279:1 - 279:24 Peters, Gary 2016-04-20    0:50

| | | | | | |
|---|---|---|---|---|---|
| 279 | 1 | Q. -- "the failure of ROCKET-AF | | | |
| 279 | 2 | to prove superiority, even in the face of | | | |
| 279 | 3 | lower-than-expected TTR in the trial, has | | | |
| 279 | 4 | raised major concerns about whether the | | | |
| 279 | 5 | ROCKET-AF dosing regimen is indeed the | | | |
| 279 | 6 | best dose." | | | |
| 279 | 7 | Did I read that correctly? | | | |
| 279 | 8 | A. Yes. | | | |
| 279 | 9 | Q. Okay. I thought you told us | | | |
| 279 | 10 | early on under oath when we started this | | | |
| 279 | 11 | deposition that you proved -- that ROCKET | | | |
| 279 | 12 | proved superiority. Or did we | | | |
| 279 | 13 | misunderstand you? | | | |
| 279 | 14 | A. With our -- no. With the | | | |
| 279 | 15 | prespecified analysis plan, the | | | |
| 279 | 16 | prespecified superiority analysis was the | | | |
| 279 | 17 | safety population on treatment. And we | | | |
| 279 | 18 | had a P-value less than .05 for that | | | |
| 279 | 19 | analysis. | | | |
| 279 | 20 | Q. Let's make it simple. | | | |
| 279 | 21 | A. This is after the advisory. | | | |
| 279 | 22 | This is, you know, a year plus after that | | | |
| 279 | 23 | time. | | | |
| 279 | 24 | Q. It is what it is. | | | |

280:1 - 280:5 Peters, Gary 2016-04-20    0:08

| | | | | | |
|---|---|---|---|---|---|
| 280 | 1 | It says, "The failure of | | | |
| 280 | 2 | ROCKET-AF to prove superiority." That's | | | |
| 280 | 3 | Dr. Califf, head of FDA currently. Those | | | |
| 280 | 4 | are his words, right? | | | |
| 280 | 5 | A. Those are his words, yes. | | | |

280:6 - 280:7 Peters, Gary 2016-04-20    0:02

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 280 | 6 | Q. You don't disagree with what | | | |
| 280 | 7 | he said there, right? | | | |

280:11 - 281:2 Peters, Gary 2016-04-20    0:31

| 280 | 11 | Q. Go ahead and disagree with |
| 280 | 12 | me. That's perfectly all right. I just |
| 280 | 13 | want to know where you're at with it. |
| 280 | 14 | A. We looked at a lot of |
| 280 | 15 | analyses. And in the more conservative |
| 280 | 16 | intent-to-treat analyses, we were not |
| 280 | 17 | superior. |
| 280 | 18 | Q. Okay. |
| 280 | 19 | A. So, I mean, I think that's |
| 280 | 20 | where Dr. Califf's lack of superiority |
| 280 | 21 | statement is coming from. |
| 280 | 22 | Q. You mean failure of |
| 280 | 23 | superiority? |
| 280 | 24 | A. Failure -- well, lack of |
| 281 | 1 | demonstrating superiority versus |
| 281 | 2 | warfarin. |

281:3 - 281:18 Peters, Gary 2016-04-20    0:28

| 281 | 3 | Q. And he says it raises major |
| 281 | 4 | questions about whether the ROCKET-AF |
| 281 | 5 | dosing regimen is indeed the best dose. |
| 281 | 6 | Now, you received this |
| 281 | 7 | two-pager, according to this e-mail, |
| 281 | 8 | right? |
| 281 | 9 | A. I did, yes. |
| 281 | 10 | Q. You know that he had stated |
| 281 | 11 | that there were major questions about |
| 281 | 12 | whether or not the dose was indeed the |
| 281 | 13 | best, right? |
| 281 | 14 | A. That's his opinion, yes. |
| 281 | 15 | Q. Okay. And he is the head of |
| 281 | 16 | the FDA right now? |
| 281 | 17 | A. He is the FDA commissioner |
| 281 | 18 | now, yes. |

Re: [281:3-281:18]
**Def Obj** For the reasons set forth in Defendants' Joint MIL to Exclude Reference to Dr. Robert Califf as FDA Commissioner Under FRE 402 & 403, the testimony at 281:15-18 that Dr. Califf was FDA Commissioner is not admissible because he was not the Commissioner when the statements were made.

Re: [281:3-281:18]    Pending
**Pltf Resp** Plaintiffs have no intention to argue or otherwise infer views expressed by Dr. Robert Califf, while he was at Duke Clinical Research Institute (DCRI) and was the lead investigator and co-chairman of the steering committee of the ROCKET- AF, are the views of the FDA. The question and testimony of Dr. Peters does not imply that Dr. Califf was the FDA commissioner at the time Dr. Califf raised concern regarding the dosing regimen of Xarelto. The question specifically qualifies Dr. Califf as being the FDA commissioner at the time the deposition was taken, thus outweighing any argument that the testimony will likely confuse or mislead the jury. Dr. Califf™s curriculum vitae, including his appointment as the FDA Commissioner, is relevant to his credibility particularly since the Defendants have attacked Dr. Califf

288:21 - 289:9 Peters, Gary 2016-04-20    0:49

| 288 | 21 | Q. Let's see what else we've |
| 288 | 22 | got here. In any event, you know |
| 288 | 23 | Dr. Califf for a number of years |
| 288 | 24 | expressed an interest in exploring other |
| 289 | 1 | doses? |
| 289 | 2 | A. I can't recall how long the |
| 289 | 3 | interest was expressed, but, for a number |
| 289 | 4 | of months at least, I was involved in |
| 289 | 5 | discussions. He was very interested in |

Re: [288:21-289:9]
**Def Obj** Lack of foundation; witness was not an author or recipient of Peters 26, which is the document underlying this testimony. See Tr. at 282:3-7.

Re: [288:21-289:9]    Pending
**Pltf Resp** The document is relevant and the probative value substantially outweighs any argument that the document will likely confuse or mislead the jury. The document is relevant because it identifies ongoing issues

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| 289 | 6 | trying to set up another -- a follow-on |
| 289 | 7 | study to the ROCKET trial. |
| 289 | 8 | MS. SAY: Peters Exhibit 27. |
| 289 | 9 | Record Number 132656. |

289:14 - 290:19 Peters, Gary 2016-04-20

| 289 | 14 | Q. You'll see this is an e-mail |
| 289 | 15 | chain of which you are privy to. It's |
| 289 | 16 | actually one page substantively. |
| 289 | 17 | And it's -- at the bottom, |
| 289 | 18 | there's a -- an e-mail from Robert Califf |
| 289 | 19 | to Dr. DiBattiste, who then forwards it |
| 289 | 20 | to you. Do -- do you follow me? |
| 289 | 21 | A. Yes. |
| 289 | 22 | Q. And Dr. DiBattiste writes to |
| 289 | 23 | you, "Rob" -- referring to Dr. Califf -- |
| 289 | 24 | "persists in his interest in exploring |
| 290 | 1 | other doses." Do you see where I'm |
| 290 | 2 | referring to? |
| 290 | 3 | A. Yes. |
| 290 | 4 | Q. And that was in December of |
| 290 | 5 | 2011, right? |
| 290 | 6 | A. Right. Which the approval |
| 290 | 7 | was in November. So this was shortly |
| 290 | 8 | after the trial was -- certainly after |
| 290 | 9 | the drug was approved. |
| 290 | 10 | Q. Right. Okay. And so you |
| 290 | 11 | know that at least around that time -- it |
| 290 | 12 | was at least from around that time that |
| 290 | 13 | Dr. Califf had expressed an interest in |
| 290 | 14 | exploring other doses? |
| 290 | 15 | A. Yeah. |
| 290 | 16 | MR. DOUGLAS: Let's go to |
| 290 | 17 | the next document. |
| 290 | 18 | MS. SAY: This is Peters |
| 290 | 19 | Exhibit 28, Record Number 132952. |

290:24 - 292:3 Peters, Gary 2016-04-20

| 290 | 24 | Q. And you'll see this is an |
| 291 | 1 | e-mail from you to Troy Sarich and Paul |
| 291 | 2 | Burton and Dr. Nessel, February of 2012 |
| 291 | 3 | after approval. Subject, "ROCKET booster |
| 291 | 4 | proposal from Rob Califf." |
| 291 | 5 | Do you see where I'm reading |
| 291 | 6 | from? |
| 291 | 7 | A. Yes. |

Objections / Responses:

1:01

Re: [289:14-290:19]
Def Obj Lack of foundation; witness was not author or direct recipient of e-mail communications between Dr. DiBattiste and nonparty Dr. Califf, which is the only portion of the document underlying this testimony. Hearsay. See exhibit objections to Peters 27.

Re: [289:14-290:19]                                Pending
Pltf Resp The document is relevant and the probative value substantially outweighs any argument that the document will likely confuse or mislead the jury. The document is relevant because it identifies ongoing issues within the company regarding the dosing regimen of Xarelto and the need to conduct additional testing of the dose. Dr. Peters testified that he had spoken with Dr. Califf before regarding the Xarelto dose (282:22 - 282:01). Dr. Peters testimony is testimony of a witness with personal knowledge. Dr. Peters testified that he was involved in discussion with Dr. Califf and Dr. Califf was very interested in trying to set up a follow up study to the ROCKET trial (289:04-07). Furthermore, Dr. Peters has personal knowledge of the document in question, Peters 27, as he was a recipient of the forwarded email. The email was sent directly from Dr. DiBattiste and within the company regarding the dosing regimen of Xarelto and the need to conduct additional testing of the dose. Dr. Peters testified that he had spoken with Dr. Califf before regarding the Xarelto dose (282:22 - 282:01). Dr. Peters testimony is testimony of a witness with personal knowledge. Dr. Peters testified that he was involved in discussion with Dr. Califf and Dr. Califf was very interested in trying to set up a follow up study to the ROCKET trial (289:04-07). Dr. Peters had personal knowledge of Dr. Califf's opinions regarding Xarelto's dosing regimen. Further, there was no objection during the

1:22

Re: [290:24-292:3]
Def Obj See exhibit objections to Peters 28.

Re: [290:24-292:3]                                 Pending
Pltf Resp See Plaintiff's Response to objection regarding Peters 28.

6

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 291 | 8 | Q. Okay. And, by the way, this | | |
| 291 | 9 | e-mail and the previous one that we | | |
| 291 | 10 | looked at dated December 19, 2011, those | | |
| 291 | 11 | were e-mails that you kept in your | | |
| 291 | 12 | ordinary course of business as -- as an | | |
| 291 | 13 | employee for Janssen, right? | | |
| 291 | 14 | A. Yes, I believe so. | | |
| 291 | 15 | Q. All right. So -- and | | |
| 291 | 16 | then -- and on this one, February 28, | | |
| 291 | 17 | 2012, you write to Chris Nessel and | | |
| 291 | 18 | others, "Here is the proposal from Rob | | |
| 291 | 19 | Califf that we have been talking about | | |
| 291 | 20 | for some time. In general, I like the | | |
| 291 | 21 | approach, but devil will be in the | | |
| 291 | 22 | details, as Len likes to say. Pete." | | |
| 291 | 23 | And then, if you have the | | |
| 291 | 24 | proposal attached to it, marked as 27. I | | |
| 292 | 1 | should have given it to you. | | |
| 292 | 2 | MS. SAY: This is Peters-29. | | |
| 292 | 3 | Record Number 132953. | | |

2:08

293:15 - 295:16 Peters, Gary 2016-04-20

| | | | Re: [293:15-295:16] | Re: [293:15-295:16] | Pending |
|---|---|---|---|---|---|
| 293 | 15 | Q. Okay. So -- and we looked | Def Obj See exhibit objections | Pltf Resp See Plaintiff's | |
| 293 | 16 | at this earlier and marked it as a | to Peters 29. | Response to objection | |
| 293 | 17 | different exhibit earlier. | | regarding Peters 29. | |
| 293 | 18 | But you are familiar with | | | |
| 293 | 19 | the basics of -- the basics of -- of | | | |
| 293 | 20 | Dr. Califf's proposal? | | | |
| 293 | 21 | A. Yes. I believe we took his | | | |
| 293 | 22 | proposal seriously. We thought about it. | | | |
| 293 | 23 | We had internal discussions and | | | |
| 293 | 24 | discussions with Bayer about whether to | | | |
| 294 | 1 | proceed down this path or not. Yes. | | | |
| 294 | 2 | Q. Okay. And the potential | | | |
| 294 | 3 | doses -- if you look at the second page | | | |
| 294 | 4 | of the proposal, it lists the potential | | | |
| 294 | 5 | doses, right? | | | |
| 294 | 6 | A. Right. Starting with the | | | |
| 294 | 7 | approved dose, which was the 20 and 15. | | | |
| 294 | 8 | Q. And the idea was to compare | | | |
| 294 | 9 | these other doses to the approved dose, | | | |
| 294 | 10 | right? | | | |
| 294 | 11 | A. That would be the idea of | | | |
| 294 | 12 | such a study, yes. | | | |
| 294 | 13 | Q. Okay. And then compare, | | | |
| 294 | 14 | like you did in the comparison to | | | |
| 294 | 15 | warfarin, to look at strokes and bleeds | | | |
| 294 | 16 | in the 20-milligram and 15-milligram, in | | | |
| 294 | 17 | the already approved doses and compare it | | | |
| 294 | 18 | to these proposed doses of 10- and | | | |
| 294 | 19 | 5-milligram, twice a day, and | | | |
| 294 | 20 | 7-and-a-half-milligram, twice a day, or | | | |
| 294 | 21 | 5-milligram, twice a day, for renal | | | |
| 294 | 22 | impairment. Those are the doses, right? | | | |
| 294 | 23 | A. And then 15 and 10, once a | | | |
| 294 | 24 | day. | | | |
| 295 | 1 | Q. Right. | | | |
| 295 | 2 | Anyway, so the idea was | | | |
| 295 | 3 | that -- and then -- and then there was a | | | |
| 295 | 4 | discussion, once you identified a | | | |
| 295 | 5 | different dose from this, a comparison, | | | |
| 295 | 6 | the lower doses to the approved doses. | | | |



| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 295 | 7 | You would then potentially do a | | | |
| 295 | 8 | head-to-head with one of the competitive | | | |
| 295 | 9 | products like Eliquis, right, or Pradaxa? | | | |
| 295 | 10 | A. Potentially. That was part | | | |
| 295 | 11 | of the discussions. | | | |
| 295 | 12 | Q. Okay. | | | |
| 295 | 13 | A. We could have already -- | | | |
| 295 | 14 | also just discussed doing a head-to-head | | | |
| 295 | 15 | comparison. Would have been an option to | | | |
| 295 | 16 | consider at the time. | | | |
| 310:22 - | 311:3 | Peters, Gary 2016-04-20 | 0:13 | | |
| 310 | 22 | Q. The question is independent | | | |
| 310 | 23 | of the e-mails. Does Patricia Torr of | | | |
| 310 | 24 | commercial frequently give input on when | | | |
| 311 | 1 | you scientists should conduct a | | | |
| 311 | 2 | scientific study or not? | | | |
| 311 | 3 | A. I would say no. | | | |
| 406:12 - | 408:12 | Peters, Gary 2016-04-20 | 1:28 Re: [406:12-408:12] Pltf Obj 401 / 403, improper bolstering - [407: 7-16 and 408: 4-12] there is zero relevance, much less any probative value in the witness' socio-economic background or where he was raised. This same is true of reasons why the witness went to med. School. | Overruled | Pending |
| 406 | 12 | Q. Good afternoon, Dr. Peters. | | | |
| 406 | 13 | As you know, my name is John Anderson, | | | |
| 406 | 14 | I'm here to ask you questions on behalf | | | |
| 406 | 15 | of the Janssen defendants. | | | |
| 406 | 16 | I'd like to begin by asking | | | |
| 406 | 17 | you to introduce yourself to the jury by | | | |
| 406 | 18 | telling us where you live and where you | | | |
| 406 | 19 | work. | | | |
| 406 | 20 | A. I live in West Chester, | | | |
| 406 | 21 | Pennsylvania. And I work at Janssen | | | |
| 406 | 22 | Research & Development in Spring House, | | | |
| 406 | 23 | Pennsylvania. | | | |
| 406 | 24 | Q. Are you married? | | | |
| 407 | 1 | A. Yes, I am. | | | |
| 407 | 2 | Q. Do you have any children or | | | |
| 407 | 3 | grandchildren? | | | |
| 407 | 4 | A. I have three daughters, | | | |
| 407 | 5 | adult daughters, and I have seven | | | |
| 407 | 6 | grandchildren, ages from about 10 to one. | | | |
| 407 | 7 | Q. You mentioned in response to | | | |
| 407 | 8 | Mr. Douglas's questions this morning that | | | |
| 407 | 9 | you were raised in some town in New York. | | | |
| 407 | 10 | Is that western New York? | | | |
| 407 | 11 | A. It is. It's between Buffalo | | | |
| 407 | 12 | and Niagra Falls, North Tonawanda. | | | |
| 407 | 13 | Q. What kind of work did your | | | |
| 407 | 14 | folks do? | | | |
| 407 | 15 | A. My dad was a plasterer, and | | | |
| 407 | 16 | my mom was a first-grade schoolteacher. | | | |
| 407 | 17 | Q. Did you attend college? | | | |
| 407 | 18 | A. I did. | | | |
| 407 | 19 | Q. Where did you go to school? | | | |
| 407 | 20 | What degree did you get? | | | |
| 407 | 21 | A. At the State University of | | | |
| 407 | 22 | New York in Buffalo, and I have a joint | | | |
| 407 | 23 | degree in biology and psychology. | | | |
| 407 | 24 | Q. What did you do after you | | | |
| 408 | 1 | completed college? | | | |
| 408 | 2 | A. I went to medical school at | | | |
| 408 | 3 | UCLA. | | | |
| 408 | 4 | Q. Why did you choose to go to | | | |
| 408 | 5 | medical school? | | | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 408 6 | A. I had a good relationship | | | |
| 408 7 | with my primary care physician. I really | | | |
| 408 8 | liked science and biology. So I thought | | | |
| 408 9 | that would be a good occupation to be | | | |
| 408 10 | able to help people and to apply -- you | | | |
| 408 11 | know, to learn a lot about science and | | | |
| 408 12 | biology. | | | |
| 409:13 - 413:1 | Peters, Gary 2016-04-20 | 3:01 Re: [409:13-413:1] Pltf Obj 401/403, improper bolstering - 412: 16-413:1 - zero relevance or probative value to the reason witness went into industry. Foundation as to "there's really not a practice of clinical pharmacology." | | Pending |
| 409 13 | Q. Let's go back. Dr. Peters, | | | |
| 409 14 | did you complete a residency following | | | |
| 409 15 | medical school? | | | |
| 409 16 | A. Yes, I did, in internal | | | |
| 409 17 | medicine. | | | |
| 409 18 | Q. Where did you complete that | | | |
| 409 19 | residency? | | | |
| 409 20 | A. I did two years of training | | | |
| 409 21 | at Rochester General Hospital, and I did | | | |
| 409 22 | my third year of medicine at Santa Clara | | | |
| 409 23 | Valley Medical Center, which is a | | | |
| 409 24 | Stanford-affiliated hospital program -- | | | |
| 410 1 | residency program. | | | |
| 410 2 | Q. After you completed your | | | |
| 410 3 | residency training, did you become | | | |
| 410 4 | board-certified in internal medicine? | | | |
| 410 5 | A. Yes, I did. | | | |
| 410 6 | Q. Do you have any education | | | |
| 410 7 | and training in clinical pharmacology? | | | |
| 410 8 | A. Yes, I did. After finishing | | | |
| 410 9 | my three years of medicine residency, I | | | |
| 410 10 | did one year of clinical pharmacology | | | |
| 410 11 | fellowship at Stanford. | | | |
| 410 12 | Q. And would you describe | | | |
| 410 13 | briefly for the jury what the field of | | | |
| 410 14 | clinical pharmacology involves? | | | |
| 410 15 | A. Clinical pharmacology | | | |
| 410 16 | involves the study of drugs and how they | | | |
| 410 17 | interact with individuals. | | | |
| 410 18 | Would you like -- so, I | | | |
| 410 19 | mean, you look at, you know, | | | |
| 410 20 | pharmacokinetics of drugs; for example, | | | |
| 410 21 | how the individual absorbs the drug, | | | |
| 410 22 | metabolizes it, excretes it. Look at the | | | |
| 410 23 | effect of drug on various functions of | | | |
| 410 24 | the body, pharmacokinetic parameters, how | | | |
| 411 1 | a high blood pressure drug might lower | | | |
| 411 2 | blood pressure. For an anticoagulant | | | |
| 411 3 | drug, you would look at the effects of | | | |
| 411 4 | coagulation, testing assays. | | | |
| 411 5 | So it's a discipline that at | | | |
| 411 6 | least a lot of it is really related | | | |
| 411 7 | around understanding drug pharmacology in | | | |
| 411 8 | humans and how best to use drugs in | | | |
| 411 9 | clinical settings. | | | |
| 411 10 | Q. Was the year -- additional | | | |
| 411 11 | year you spent at Stanford known as a | | | |
| 411 12 | fellowship? | | | |
| 411 13 | A. Yes. | | | |
| 411 14 | Q. What is a fellowship? | | | |
| 411 15 | A. So a fellowship is something | | | |
| 411 16 | that you do to get subspecialty training. | | | |
| 411 17 | For example, in internal medicine, you | | | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

```
411 18    can do a cardiology fellowship or a
411 19    gastroenterology fellowship. My
411 20    fellowship was in clinical pharmacology.
411 21    Q.  Does your education and
411 22    training also include training in
411 23    clinical research design and statistical
411 24    analysis?
412  1    A.  Yes. I did a master's
412  2    degree at the University of Michigan
412  3    while I was working at Upjohn that was
412  4    specifically focused on classroom
412  5    training and projects related to research
412  6    design and statistical application to
412  7    clinical trials.
412  8    Q.  What did you do after you
412  9    completed your fellowship in clinical
412 10    pharmacology at Stanford?
412 11    A.  I started working for what
412 12    was Upjohn at the time in Kalamazoo,
412 13    Michigan, in their Phase I unit doing
412 14    studies in healthy volunteers with
412 15    compounds that Upjohn was working on.
412 16    Q.  And why did you choose to go
412 17    into industry?
412 18    A.  I chose to go into industry
412 19    because there's really not a practice of
412 20    clinical pharmacology. And I really
412 21    liked the research aspect and running
412 22    studies and the idea of, you know, trying
412 23    to meet unmet medical needs by getting
412 24    new drugs available for physicians and
413  1    patients to use.

415:22 - 416:19 Peters, Gary 2016-04-20                         0:46
415 22    Q.  Okay. Now, you joined
415 23    Janssen in May of 2006, if I recall your
415 24    prior testimony?
416  1    A.  That's correct, yes.
416  2    Q.  And how is it you came to
416  3    join Janssen at that point?
416  4    A.  I had overlapped some with
416  5    Dr. DiBattiste at AstraZeneca. Reported
416  6    to him there for a period of time. He
416  7    left before I did. Came to Janssen when
416  8    the deal with Bayer was completed. That
416  9    he knew that Janssen would be working on
416 10    rivaroxaban. He contacted me to see if I
416 11    would be interested to -- to come and --
416 12    and basically work on that project --
416 13    Q.  Which you're --
416 14    A.  -- as the franchise -- as
416 15    the franchise medical leader, which was
416 16    the supervisory person for the Janssen
416 17    activities and also interacted with Bayer
416 18    colleagues for the studies that they were
416 19    doing.

416:20 - 417:12 Peters, Gary 2016-04-20                         0:26
416 20    Q.  As the franchise medical
416 21    leader, were you part of the clinical
416 22    team?
416 23    A.  Yes, I was.
```

10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 416 24 | Q. Did colleagues in other | | | |
| 417 1 | disciplines, such as regulatory, quality, | | | |
| 417 2 | et cetera, work on rivaroxaban as well? | | | |
| 417 3 | A. Yes. I mean, that would be | | | |
| 417 4 | the compound development team, was the | | | |
| 417 5 | cross-functional team. I did have a | | | |
| 417 6 | clinical team that was just folks in my | | | |
| 417 7 | clinical department that we would meet | | | |
| 417 8 | from time to time to discuss various | | | |
| 417 9 | aspects of the program. | | | |
| 417 10 | Q. Were you ever part of the | | | |
| 417 11 | commercial team? | | | |
| 417 12 | A. No. | | | |
| 419:18 - 425:17 Peters, Gary 2016-04-20 | | 5:26 Re: [419:18-425:17] Pltf Obj 421: 12-423:20 - lack of foundation as to conclusive statements pertaining to appropriate dosage to study in ROCKET. Mischaracterizes earlier testimony and documents pertaining to the same topic. 425:15-20 - lack of foundation, vague, speculation, calls for hearsay - as to Dr. Califf's having an opportyunity to "contribute" to the decisions about dosing in ROCKET. | | Pending |
| 419 18 | Q. And give the jury a sense | | | |
| 419 19 | for what your day-to-day responsibilities | | | |
| 419 20 | were for rivaroxaban from 2006 to | | | |
| 419 21 | approval of the Afib indication in 2011. | | | |
| 419 22 | A. I was involved with, you | | | |
| 419 23 | know, attending, obviously, team | | | |
| 419 24 | meetings. I was the clinical | | | |
| 420 1 | representative on the cross-functional | | | |
| 420 2 | compound team. I was on Janssen safety | | | |
| 420 3 | teams. And I was on a cross -- | | | |
| 420 4 | cross-company safety teams as well, and | | | |
| 420 5 | also there were cross-company clinical | | | |
| 420 6 | development teams, a global development | | | |
| 420 7 | committee. | | | |
| 420 8 | So -- so partly committee | | | |
| 420 9 | work. Partly supervising Drs. Nessel and | | | |
| 420 10 | Burton as they were setting up their | | | |
| 420 11 | studies. So advising on trial design. | | | |
| 420 12 | Advising on -- on issues that they | | | |
| 420 13 | thought were important to bring to me as | | | |
| 420 14 | the studies were going along. You know, | | | |
| 420 15 | reviewing draft reports and final | | | |
| 420 16 | reports. | | | |
| 420 17 | Q. What -- what was the status | | | |
| 420 18 | of the ROCKET-AF study at the time you | | | |
| 420 19 | joined Janssen? | | | |
| 420 20 | A. It was, I believe, in draft | | | |
| 420 21 | protocol form. The final protocol was | | | |
| 420 22 | issued in early October, if I recall. | | | |
| 420 23 | But there was a draft already available | | | |
| 420 24 | when I -- when I was hired. | | | |
| 421 1 | Q. Okay. And was there | | | |
| 421 2 | dose-finding data available for your | | | |
| 421 3 | review? | | | |
| 421 4 | A. Yes, there was. | | | |
| 421 5 | Q. Were you, as a trained | | | |
| 421 6 | clinical pharmacologist, able to review | | | |
| 421 7 | that data and determine your own views | | | |
| 421 8 | about the appropriate dose selection for | | | |
| 421 9 | the ROCKET-AF trial? | | | |
| 421 10 | A. Yes. I -- I was able to | | | |
| 421 11 | look at that data. | | | |
| 421 12 | Q. And what conclusions, if | | | |
| 421 13 | any, did you draw looking at that data | | | |
| 421 14 | about the appropriate dose to study in | | | |
| 421 15 | the ROCKET-AF trial? | | | |
| 421 16 | A. So just a little bit of the | | | |

11

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | |
|---|---|---|
| 421 17 | history. Bayer had conducted the | |
| 421 18 | Phase II dose-finding studies in people | |
| 421 19 | with acute blood clot, symptomatic blood | |
| 421 20 | clots in their leg, known as deep vein | |
| 421 21 | thrombosis. They had made the decision | |
| 421 22 | before Janssen's involvement that that | |
| 421 23 | would be the dose-finding study for the | |
| 421 24 | atrial fibrillation studies. They | |
| 422 1 | wouldn't do separate dose finding in the | |
| 422 2 | atrial fibrillation population. And that | |
| 422 3 | was selected primarily because you can | |
| 422 4 | get a better efficacy assessment in the | |
| 422 5 | DVT setting than you can in the Afib | |
| 422 6 | setting where it's very -- the -- the | |
| 422 7 | efficacy of the stroke events are -- | |
| 422 8 | are -- are -- occur, but are relatively | |
| 422 9 | infrequent. | |
| 422 10 | So there were two studies | |
| 422 11 | done, one at primarily twice-daily | |
| 422 12 | dosing. One had once-daily dosing. | |
| 422 13 | I looked at that data. The | |
| 422 14 | dose range was from 20-milligram a day, | |
| 422 15 | either 10, twice a day, or 20, once, up | |
| 422 16 | to 40 to 60 milligrams a day. | |
| 422 17 | The results for the | |
| 422 18 | 10 milligrams, twice a day, and the | |
| 422 19 | 20 milligrams, once a day, were very | |
| 422 20 | similar for efficacy. Both looked very | |
| 422 21 | good versus the enoxaparin, warfarin | |
| 422 22 | comparator. And the safety also looked | |
| 422 23 | very similar between 20, once a day, and | |
| 422 24 | 10, twice a day. | |
| 423 1 | So that the selection for | |
| 423 2 | the ROCKET study was the lowest effective | |
| 423 3 | safe dose, which was the 20, once a day. | |
| 423 4 | Q. Had a decision yet been made | |
| 423 5 | whether the dose or doses studied in | |
| 423 6 | ROCKET-AF would be studied once a day or | |
| 423 7 | twice a day? | |
| 423 8 | A. I can't recall exactly when | |
| 423 9 | that decision was made. The protocols, | |
| 423 10 | as I remember seeing them, did have the | |
| 423 11 | 20 milligrams and also the 15-milligram | |
| 423 12 | adjustment for renal function. In, when | |
| 423 13 | I arrived, looking at the data, those | |
| 423 14 | were a very reasonable selection of doses | |
| 423 15 | and very reasonable, you know, adjusting | |
| 423 16 | to the 15 milligrams for people with | |
| 423 17 | renal impairment based on the data, the | |
| 423 18 | blood level data and the efficacy and | |
| 423 19 | safety data, from the two DVT Phase II | |
| 423 20 | dose-ranging studies. | |
| 423 21 | Q. So after you joined Janssen, | |
| 423 22 | were you able to participate with your | |
| 423 23 | medical and scientific colleagues there | |
| 423 24 | and at Bayer to finalize dosing | |
| 424 1 | recommendations for the ROCKET study? | |
| 424 2 | A. Yes. And there were also | |
| 424 3 | discussions with -- you know, the | |
| 424 4 | executive committee was being formed, and | |
| 424 5 | there were discussions before the -- the | |
| 424 6 | final protocol was signed off with at | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | |
|---|---|---|
| 424 | 7 | least the co-chairs. Dr. Califf and |
| 424 | 8 | Dr. Fox, you know, endorsed the selection |
| 424 | 9 | of the -- of the regimens that were |
| 424 | 10 | studied in the ROCKET-AF study. |
| 424 | 11 | Q. Tell us what the executive |
| 424 | 12 | committee was. |
| 424 | 13 | A. So the executive committee |
| 424 | 14 | is the academic -- independent academic |
| 424 | 15 | leadership of the study. |
| 424 | 16 | So -- so, again, they're |
| 424 | 17 | authors at the end, so they had input |
| 424 | 18 | into the design of the study. They met |
| 424 | 19 | regularly while it was being conducted to |
| 424 | 20 | advise on issues that might come up. And |
| 424 | 21 | then they were part of the analysis and |
| 424 | 22 | reporting the results in the New England |
| 424 | 23 | Journal of Medicine. |
| 424 | 24 | So we had individuals both |
| 425 | 1 | mostly -- both cardiologists and stroke |
| 425 | 2 | neurologists, who were expert in clinical |
| 425 | 3 | trials, who were expert in atrial |
| 425 | 4 | fibrillation, who were expert in -- in |
| 425 | 5 | stroke prevention who constituted that |
| 425 | 6 | committee. It was probably about 8 to 10 |
| 425 | 7 | external academic leaders in the field. |
| 425 | 8 | Q. Was Dr. Califf one of those |
| 425 | 9 | people? |
| 425 | 10 | A. Yes. He was co-chair of |
| 425 | 11 | that committee. |
| 425 | 12 | Q. With Dr. Fox? |
| 425 | 13 | A. With Dr. Fox from |
| 425 | 14 | Edinborough. |
| 425 | 15 | Q. And did Dr. Califf have an |
| 425 | 16 | opportunity to contribute to the decision |
| 425 | 17 | about dosing in the ROCKET-AF study? |

425:20 - 425:20 Peters, Gary 2016-04-20
425 20 THE WITNESS: Yes.

0:00 Re: [425:20-425:20]
Pltf Obj 425:15-20 - lack of foundation, vague, speculation, calls for hearsay - as to Dr. Califf's having an opportyunity to "contribute" to the decisions about dosing in ROCKET.

Overruled

Pending

425:22 - 425:24 Peters, Gary 2016-04-20
425 22 Q. Did you ever hear at that
425 23 point in time any objection by Dr. Califf
425 24 to the choice of a 20-milligram dose?

0:08 Re: [425:22-425:24]
Pltf Obj Improper hearsay without an exception, lack of foundation, speculation - witness repeatedly asked to speak for Dr. Califf including what he considered, reviewed, how he felt, and his reaction.

Pending

426:2 - 426:17 Peters, Gary 2016-04-20
426 2 THE WITNESS: I -- I don't
426 3 recall him objecting. Certainly,
426 4 he was reviewing the protocols,

0:29 Re: [426:2-426:17]
Pltf Obj Improper hearsay without an exception, lack of foundation, speculation -

Pending

13

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 426 5 | had access to the same data I was | witness repeatedly asked to speak for Dr. Califf including what he considered, reviewed, how he felt, and his reaction. | | |
| 426 6 | looking at. And everyone in the | | | |
| 426 7 | end -- Bayer, Janssen, the | | | |
| 426 8 | academic leadership of the | | | |
| 426 9 | trial -- endorsed moving | | | |
| 426 10 | forward -- finalizing the protocol | | | |
| 426 11 | and moving forward with the study, | | | |
| 426 12 | with the doses selected. | | | |
| 426 13 | BY MR. ANDERSON: | | | |
| 426 14 | Q. Do you recall hearing any | | | |
| 426 15 | objection by Dr. Califf to the selection | | | |
| 426 16 | of a once-a-day dose to study in ROCKET | | | |
| 426 17 | as opposed to twice-a-day? | | | |
| 426:20 - 427:13 Peters, Gary 2016-04-20 | | 0:40 Re: [426:20-427:13] Pltf Obj Improper hearsay without an exception, lack of foundation, speculation - witness repeatedly asked to speak for Dr. Califf including what he considered, reviewed, how he felt, and his reaction. | | Pending |
| 426 20 | THE WITNESS: I don't | | | |
| 426 21 | recall -- at that time when the | | | |
| 426 22 | study was being designed, I don't | | | |
| 426 23 | recall any communication from him | | | |
| 426 24 | objecting to the once-daily | | | |
| 427 1 | dosing. | | | |
| 427 2 | BY MR. ANDERSON: | | | |
| 427 3 | Q. Okay. We're now out about | | | |
| 427 4 | ten years from the time the ROCKET | | | |
| 427 5 | protocol was finalized, the study was | | | |
| 427 6 | started. Do you stand by each of those | | | |
| 427 7 | dosing decisions, 20 milligrams, and | | | |
| 427 8 | 20 milligrams, once a day, versus twice a | | | |
| 427 9 | day? | | | |
| 427 10 | A. Yes, I do. I have not seen | | | |
| 427 11 | any new data that would suggest that | | | |
| 427 12 | other doses would have necessarily been | | | |
| 427 13 | better. | | | |
| 448:19 - 451:6 Peters, Gary 2016-04-20 | | 1:48 Re: [448:19-451:6] Pltf Obj Improper hearsay without an exception, lack of foundation. Witness repeatedly asked to tell the jury what Dr. Califf did or did not tell the FDA. | | Pending |
| 448 19 | Q. Now, Mr. Douglas shared with | | | |
| 448 20 | you a number of e-mails between | | | |
| 448 21 | Dr. Califf, yourself, and others at | | | |
| 448 22 | Janssen as well as some internal Duke | | | |
| 448 23 | e-mails. Do you remember that? | | | |
| 448 24 | A. Yes, I do. The Duke e-mails | | | |
| 449 1 | were the first I had seen those. | | | |
| 449 2 | Q. And there was an e-mail from | | | |
| 449 3 | 2008 that he showed you about the | | | |
| 449 4 | potential of a higher dose or lower dose | | | |
| 449 5 | being studied? | | | |
| 449 6 | A. I think that e-mail referred | | | |
| 449 7 | to concern about the dosing and maybe | | | |
| 449 8 | making some contingencies. The study | | | |
| 449 9 | was -- maybe we should look at it. | | | |
| 449 10 | Q. Again, was the study | | | |
| 449 11 | underway in -- | | | |
| 449 12 | A. The study was in the middle | | | |
| 449 13 | in 2008, yes. | | | |
| 449 14 | Q. Okay. So when was the FDA | | | |
| 449 15 | AdCom convened to evaluate the ROCKET-AF | | | |
| 449 16 | data? | | | |
| 449 17 | A. It was September of 2011. | | | |
| 449 18 | Q. Were you present at that | | | |
| 449 19 | meeting? | | | |
| 449 20 | A. Yes, I was. | | | |
| 449 21 | Q. Did you present at that | | | |



14

| | Objections In | Responses In | Rulings |
|---|---|---|---|

```
449 22    meeting?
449 23    A. Yes, I did.
449 24    Q. Do you know if Dr. Califf
450  1    was present at the meeting?
450  2    A. Dr. Califf was present, yes.
450  3    Q. Do you know if he presented
450  4    at the meeting?
450  5    A. He presented the majority of
450  6    the slides at the meeting defending the
450  7    ROCKET -- the efficacy of the ROCKET-AF
450  8    data, defending the time in therapeutic
450  9    range was really adequate, defending the
450 10    dosing regimen that was selected to be
450 11    studied in the ROCKET-AF trial.
450 12    Q. Did you listen to
450 13    Dr. Califf's presentation?
450 14    A. Yes.
450 15    Q. Did you see the slides that
450 16    he used to make his presentation to FDA?
450 17    A. Yes, I did.
450 18    Q. Have you seen those slides
450 19    since that presentation in 2011?
450 20    A. Yes, I did. As part of the
450 21    preparation for this, I decided over the
450 22    weekend to -- to look through the
450 23    advisory committee slides again just to
450 24    see what we had actually presented at
451  1    that meeting. So I did review those
451  2    slides Sunday, I believe.
451  3    Q. Did Dr. Califf tell the FDA
451  4    advisory committee that he thought the
451  5    dose was too high?
451  6    A. No.
```

451:10 - 451:14 Peters, Gary 2016-04-20
```
451 10    Q. Did Dr. Califf tell the FDA
451 11    advisory committee that he thought you
451 12    needed a BID dose rather than OD dose?
451 13    A. No.
451 14    Q. Could you give us a --
```

0:09 Re: [451:10-451:14]
Pltf Obj 451:14-452:24 - improper hearsay without an exceptoin, lack of foundation, improper narrative - as to witness' "thumbnail sketch of what Dr. Califf told the FDA advisory committee;"

Overruled

Pending

Sustained 801

451:18 - 451:21 Peters, Gary 2016-04-20
```
451 18    Q. -- thumbnail sketch of what
451 19    Dr. Califf told the FDA advisory
451 20    committee about dose selection in the
451 21    ROCKET trial?
```

0:07 Re: [451:18-451:21]
Pltf Obj 451:14-452:24 - improper hearsay without an exceptoin, lack of foundation, improper narrative - as to witness' "thumbnail sketch of what Dr. Califf told the FDA advisory committee;"

Pending

Sustained 801

451:24 - 453:3 Peters, Gary 2016-04-20
```
451 24        THE WITNESS: So Dr. Califf
452  1    showed the data from the Phase II
452  2    DVT dose-ranging studies. He also
452  3    showed data from the Phase II
452  4    orthopedic surgery studies where
```

0:58 Re: [451:24-453:3]
Pltf Obj 451:14-452:24 - improper hearsay without an exceptoin, lack of foundation, improper narrative - as to witness' "thumbnail sketch of

Pending

15

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 452 | 5 | once- and twice-daily dosing was | what Dr. Califf told the FDA advisory committee¦" | | Sustained 801 |
| 452 | 6 | studied. And he showed data from | | | |
| 452 | 7 | the ATLAS TIMI-46 Phase II | | | |
| 452 | 8 | dose-ranging study where once- and | | | |
| 452 | 9 | twice-daily dosing was studied. | | | |
| 452 | 10 | And a slide basically shows | | | |
| 452 | 11 | that between all three of those | | | |
| 452 | 12 | data sources, between | | | |
| 452 | 13 | 20 milligrams, once daily -- | | | |
| 452 | 14 | specifically the 20 milligrams | | | |
| 452 | 15 | once daily and the 10 milligrams, | | | |
| 452 | 16 | twice daily, that the efficacy was | | | |
| 452 | 17 | very similar and the bleeding risk | | | |
| 452 | 18 | was very similar. | | | |
| 452 | 19 | And then following from | | | |
| 452 | 20 | that, he told the advisory | | | |
| 452 | 21 | committee that, given that | | | |
| 452 | 22 | once-daily and twice-daily would | | | |
| 452 | 23 | be similar, that physicians would | | | |
| 452 | 24 | pick once-daily and patients would | | | |
| 453 | 1 | prefer once-daily, compliance | | | |
| 453 | 2 | would be -- would be better with a | | | |
| 453 | 3 | once-daily regimen. | | | |

453:7 - 453:23 Peters, Gary 2016-04-20     0:39

| 453 | 7 | Q. Did you see any |
| 453 | 8 | communication from Dr. Califf -- now, |
| 453 | 9 | strike that. |
| 453 | 10 | In fairness, after riva is |
| 453 | 11 | approved -- rivaroxaban is approved for |
| 453 | 12 | Afib in 2011, that's when it occurred, |
| 453 | 13 | right? |
| 453 | 14 | A. November of 2011, yes. |
| 453 | 15 | Q. Now, Mr. Douglas showed you |
| 453 | 16 | some e-mails where Dr. Califf talks about |
| 453 | 17 | the possibility of a lower dose and some |
| 453 | 18 | further dosing studies that we've |
| 453 | 19 | referred to as ROCKET2 today, right? |
| 453 | 20 | A. Correct. Or ROCKET Booster. |
| 453 | 21 | He was very interested, as I was, as a |
| 453 | 22 | clinical trial person, in perhaps doing a |
| 453 | 23 | follow -- follow-up study to ROCKET. |

Overruled

453:24 - 454:7 Peters, Gary 2016-04-20     0:15

Re: [453:24-454:7]
Pltf Obj Hearsay without an exception.                                                          Pending

| 453 | 24 | Q. And let me step back a |
| 454 | 1 | minute. Did the FDA advisory committee |
| 454 | 2 | take a vote on whether to approve ROCKET |
| 454 | 3 | at 20 milligrams a day, once a day? |
| 454 | 4 | A. Yes, they did. |
| 454 | 5 | Q. What was the vote? |
| 454 | 6 | A. 9 to 2, to my recollection, |
| 454 | 7 | in favor of approving rivaroxaban. |

455:8 - 456:3 Peters, Gary 2016-04-20     0:41

| 455 | 8 | Q. And subsequent to that, did |
| 455 | 9 | FDA take formal action with respect to |
| 455 | 10 | the application to approve ROCKET or |
| 455 | 11 | prove -- approve rivaroxaban for the Afib |
| 455 | 12 | indication? |
| 455 | 13 | A. Yes, they did. |
| 455 | 14 | Q. And what was that action? |
| 455 | 15 | A. That action was to approve |

16

|  |  |  | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 455 | 16 | rivaroxaban with the dosing regimen |  |  |  |
| 455 | 17 | studied in the ROCKET -- in the ROCKET-AF |  |  |  |
| 455 | 18 | study. |  |  |  |
| 455 | 19 | Q.  Now, with respect to |  |  |  |
| 455 | 20 | Dr. Califf's communications with the |  |  |  |
| 455 | 21 | company concerning follow-up studies, did |  |  |  |
| 455 | 22 | Ms. Torr in commercial make the decision |  |  |  |
| 455 | 23 | whether to do a ROCKET2 study or not? |  |  |  |
| 455 | 24 | A.  No. |  |  |  |
| 456 | 1 | Q.  Did the commercial people |  |  |  |
| 456 | 2 | make that decision? |  |  |  |
| 456 | 3 | A.  No. |  |  |  |

17