MINUTE ENTRY
FALLON, J.
MAY 30, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 15-3708 – Orr, et al v. Janssen, et al | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON          Tuesday, May 30, 2017, 8:43am
Case Manager: Dean Oser
Court Reporter: Lainie Smith/Toni Tusa

Appearances:   Andy Birchfield, Esq., Brian Barr, Esq., Jerry Meunier, Esq., Brad Honold, Esq., and Emily Jeffcott, Esq., for Plaintiffs
Beth Wilkinson, Esq., and David Dukes, Esq., for Bayer Defendants
James Irwin, Esq. for Janssen Defendants

JURY TRIAL
Case called; all present and ready.
Notice for Removal of Exhibits distributed to all counsel.
Jury called, sworn on Oath of Voir Dire, and being found acceptable, sworn on Oath to Truly Try Case.
Opening Statements

Plaintiffs' Witnesses:
Kimberly Orr DeAgano – sworn and testified
Video Deposition of Dr. Christopher Nessel was played in lieu of his live testimony

Court adjourned at 4:30pm until Wednesday, May 31, 2017, at 8:30am

JS10:    5:57