MINUTE ENTRY
FALLON, J.
MAY 31, 2017

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL |
| | NO. 2592 |
| REF: C.A. 15-3708 – Orr, et al v. Janssen, et al | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON      Wednesday, May 31, 2017, 8:38am
Case Manager: Dean Oser                     (Continued from 5/30/17)
Court Reporter: Lainie Smith/Toni Tusa

Appearances:  Andy Birchfield, Esq., Brian Barr, Esq., Jerry Meunier, Esq., Brad Honold, Esq.,
              and Emily Jeffcott, Esq., for Plaintiffs
              Beth Wilkinson, Esq., and David Dukes, Esq., for Bayer Defendants
              James Irwin, Esq. for Janssen Defendants
              Lyndsey Boney, IV, Esq. for Defendants

## JURY TRIAL

Plaintiffs' Witnesses Continued:
Dr. Frank Smart – sworn, offered as an expert in the field of cardiology, atrial fibrillation, and oral anti-coagulants – accepted and testified
Video Deposition of Dr. Gary Peters was played in lieu of his live testimony
Video Deposition of Patricia Torr was played in lieu of her live testimony
Jury excused for the day
Out of the presence of the Jury – Defendants' Renewed Motion to Exclude/Strike Certain Dosing-Related Opinions of Dr. Smart, MD, FACC, FACP (Rec. Doc. 6673) – Argued and Motion was Granted in Part and Denied in Part as stated orally on the record.

Exhibits were offered and admitted on the record

Court adjourned at 5:00pm until Thursday, June 1, 2017, at 8:30am

JS10:   6:25