UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Mattie Hall v. Janssen Research & Development LLC, et al.*

**Civil Action No.: 2:15-cv-01574**

## ORDER

THIS MATTER, having come before the Court on Plaintiff's Motion to Substitute Party, and the Court having reviewed such and being otherwise sufficiently advised, it is hereby ORDERED that Plaintiff's Motion to Substitute is hereby GRANTED, and that Danny Hall, son of Mattie Hall, is substituted as Plaintiff in this action.

New Orleans, Louisiana, this __31st__ day of __May__, 2016.

                                                                   _____
                                                                   Hon. Eldon E. Fallon
                                                                   UNITED STATES DISTRICT JUDGE