# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROLXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** <br><br> **CASE NO: 2:16-cv-15622-EEF-MBN** <br><br><br> *Jenkins v. Janssen Research & Development LLC, et al* | **THIS DOCUMENT RELATES TO:** <br> **CASE NO: 2:16-cv-15622-EEF-MBN** |

## ORDER

Upon considering the Motion to Withdraw As Counsel of Record, filed by counsel at Lieff Cabraser Heimann & Bernstein, LLP for Plaintiffs Bobbie Joe Jenkins and Jeanette Jenkins,

**IT IS ORDERED** that the Motion is **GRANTED** and Adam H. Weintraub, Elizabeth J. Cabraser, and Wendy R. Fleishman of Lieff Cabraser Heimann & Bernstein, LLP hereby be removed as counsel of record for Plaintiffs, Bobbie Joe Jenkins and Jeanette Jenkins in case number 16-15622.

Further, the parties having agreed that 16-15622 is a duplicate filing. Accordingly, **IT IS FURTHER ORDERED** that the above-mentioned case captioned 16-15622 is hereby **DISMISSED WITH PREJUDICE.** This order will have no effect on the case filed on behalf of the same plaintiffs captioned 16-17293.

New Orleans, Louisiana, this 31st day of May, 2017.

_____
**UNITED STATES DISTRICT COURT JUDGE**