UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Edna Fay Nostrant v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:16-cv-9912**

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Claudia DeLand as plaintiff on behalf of her deceased mother, Edna Fay Nostrant.

1. Edna Fay Nostrant filed a claim against the defendants on May 18, 2016.

2. Subsequently, plaintiff's counsel was notified that Edna Fay Nostrant passed away on February 21, 2017.

3. Ms. Nostrant's action against the defendants survived her death and was not extinguished.

1

4. Claudia DeLand, daughter of Edna Fay Nostrant, is a proper party to substitute for plaintiff-decedent Edna Fay Nostrant and has proper capacity to continue the lawsuit on his behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

**WHEREFORE**, based on the foregoing, Claudia DeLand requests that this Court grant her request for substitution as plaintiff in this action.

Dated: June 1, 2017                                   Respectfully submitted,

By: _/s/ Lauren E. Burbol_____
Lauren E. Burbol
Adam P. Slater
Jonathan Schulman
SLATER SLATER SCHULMAN LLP
445 Broadhollow Road, Suite 334
Melville, New York 11747
Phone: (212) 922-0906
Fax: (212) 922-0907
aslater@sssfirm.com
jschulman@sssfirm.com
lburbol@sssfirm.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Motion to Substitute has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 1st day of June 2017.

                                                                  */s/ Lauren E. Burbol*_____
                                                                       Lauren E. Burbol