## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DUANE EUGENE PHILLIPS SR., <br><br> Plaintiff, <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., <br><br> Defendants. <br><br> **This Document Relates to:** <br> **No. 2:16-cv-14303** | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

## **ORDER**

  The Court, after considering the Plaintiff's motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious, It is therefore ORDERD THAT: Plaintiff Rebecca Valois, as surviving daughter and personal representative of the estate of Duane Phillips Sr., is substituted for Plaintiff Duane Phillips Sr. in the above captioned case.

  New Orleans, Louisiana this 31st day of May, 2017.

_____
United States District Judge