# Exhibit D

## Meera Sossamon

| | |
|---|---|
| **From:** | Jeremy Barber <jbarber@wilkinsonwalsh.com> |
| **Sent:** | Wednesday, May 31, 2017 9:37 AM |
| **To:** | XareltoEDLAtrial |
| **Subject:** | FW: Disclosure of Plaintiffs' Ex Parte Communications with Dr. Bui |

**[External Email]**

**From:** Emily Jeffcott [mailto:ejeffcott@thelambertfirm.com]
**Sent:** Wednesday, May 31, 2017 9:36 AM
**To:** Beth Wilkinson <BWilkinson@wilkinsonwalsh.com>; NM - David Dukes <david.dukes@nelsonmullins.com>; Irwin - Jim Irwin <jirwin@irwinllc.com>; Jeremy Barber <jbarber@wilkinsonwalsh.com>
**Cc:** Brian Barr <bbarr@levinlaw.com>; Andy Birchfield <andy.birchfield@beasleyallen.com>; Brad Honnold <bhonnold@gohonlaw.com>; Gerald Meunier <gmeunier@gainsben.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Neil Overholtz <NOverholtz@awkolaw.com>
**Subject:** Disclosure of Plaintiffs' Ex Parte Communications with Dr. Bui

Counsel,

On May 17, 2017, Brad Honnold and I met with Dr. Bui at his office at Ochsner Main for approximately 30-40 minutes.  No documents were provided or shown to Dr. Bui.

Regards,
Emily


Emily C. Jeffcott
The Lambert Firm, PLC
701 Magazine St.
New Orleans, LA 70130
Office: 504-581-1750

Licensed in Louisiana, Texas, New York, & District of Columbia.

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-581-1750 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

On Wed, May 31, 2017 at 12:04 AM, Emily Jeffcott <ejeffcott@thelambertfirm.com> wrote:

Counsel,

1

Below please find Plaintiffs' disclosure of ex parte communications with Dr. Francisco Cruz:

1 - On April 28, 2017, Brad Honnold met with Dr. Cruz for approximately 45 minutes at The Lambert Firm, PLC

2 - On May 26, 2017, Brad Honnold and Emily Jeffcott with met with Dr. Cruz for approximately 45 minutes at The Lambert Firm, PLC.

Regards,
Emily

Emily C. Jeffcott
The Lambert Firm, PLC
701 Magazine St.
New Orleans, LA 70130
Office: 504-581-1750

Licensed in Louisiana, Texas, New York, & District of Columbia.

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-581-1750 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the addressee. It is the property of Wilkinson Walsh + Eskovitz LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments. The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the addressee. It is the property of Wilkinson Walsh + Eskovitz LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

---

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.
The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the addressee. It is the property of Wilkinson Walsh + Eskovitz LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.