# Exhibit E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * *

## DEFENDANTS' DISCLOSURE OF EXPERT TESTIMONY

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson & Johnson (collectively, "Defendants" or "Janssen") hereby submit this list of expert witnesses who may be called to testify on their behalf in the above-captioned matter, subject to the following reservation of rights:

(1) The right to supplement or amend this witness list based upon any rulings of the Court or any other court decisions that affect the scope of evidence in this trial or in the event Plaintiffs alter or amend their witness lists;

(2) The right to supplement or amend this witness list in order to address any new opinions – whether generic or case-specific – by Plaintiffs' experts;

(3) The right to elicit and offer, by way of direct examination, cross-examination, deposition testimony or medical records testimony, opinion testimony from all experts designated or called by other parties to this suit;

(4) The right to call as a witness any expert designated by Plaintiffs;

(5) The right to call un-designated rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of evidence against Defendants;

00382599

(6) The right to withdraw or de-designate the designation of any expert prior to testimony, and positively to aver that such previously designated expert will not be called as a witness at trial and to re-designate that expert as a consulting expert who cannot be called by opposing counsel;

(7) The right to elicit any expert testimony at trial from any qualified person which would be of benefit to the jury to determine material issues of fact pursuant to the Federal Rules of Civil Procedure;

(8) The right to offer amended and/or supplemental expert opinions based on new and/or updated medical records, deposition testimony and/or information, literature, and/or scientific studies related to rivaroxaban or this litigation;

(9) The right to supplement the references considered and/or relied upon by the experts identified below in order to respond to opinions offered by Plaintiffs' experts and to address newly available literature;

(10) The right to introduce testimony from any third party fact witness with special expertise, knowledge or experience relevant to the issues in this litigation;

By identifying the witnesses below, Defendants do not intend to waive any of their objections to deposition testimony, exhibits, or other evidence or argument. Defendants reserve the right to call the following experts at trial and attach the expert reports, curriculum vitae, and reference lists for the following experts:

**GENERIC EXPERTS:**

1. **S. Scott Boniol, M.D.**
   New Orleans, Louisiana

2. **Gregory Campbell, PhD.**

       New Orleans, Louisiana

3. **Steven B. Deitelzweig, M.D., M.M.M., F.A.C.P., F.S.V.M.B., R.V.T.**
   New Orleans, Louisiana

4. **Hartmut Derendorf, PhD.**
   Gainesville, Florida

5. **Dena R. Hixon, M.D.**
   Washington, District of Columbia

6. **Sammy Khatib, M.D.**
   New Orleans, Louisiana

7. **William Franklin Peacock, IV, M.D., F.A.C.E.P.**
    Houston, Texas

8. **James A. Reiffel, M.D.**
   New Orleans, Louisiana

9. **Marcia L. Zucker, PhD.**
   New Orleans, Louisiana

   <u>CASE SPECIFIC EXPERTS</u>:

*Boudreaux*:

1. **S. Scott Boniol, M.D.**
   New Orleans, Louisiana

2. **Steven B. Deitelzweig, M.D., M.M.M., F.A.C.P., F.S.V.M.B., R.V.T.**
   New Orleans, Louisiana

3. **Sammy Khatib, M.D.**
   New Orleans, Louisiana

4. **James W. Smith, M.D.**
   New Orleans, Louisiana

*Orr*:

1. **S. Scott Boniol, M.D.**
   New Orleans, Louisiana

2. **Sammy Khatib, M.D.**
   New Orleans, Louisiana

3. **Mihran Naljayan, M.D.**[1]
   New Orleans, Louisiana

4. **William Franklin Peacock, IV, M.D., F.A.C.E.P.**
   Houston, Texas

5. **Najeeb M. Thomas, M.D.**
   New Orleans, Louisiana

*Henry*:

1. **Byron Cryer, M.D.** [2]
   Dallas, Texas

2. **William Franklin Peacock, IV, M.D., F.A.C.E.P.**
   Houston, Texas

3. **Kevin Wheelan, M.D**.
   Dallas, Texas

COMPANY WITNESSES:

The following are current employees of Janssen Research and Development ("JRD"). These individuals are principally fact witnesses. However, given the nature of their responsibilities at JRD, these employees have developed expertise in their respective areas. They may provide fact and opinion testimony based on: (i) the knowledge and experience they have gained while working at JRD and in reviewing documents during the course of their employment and while preparing for testimony in this litigation; and (ii) their education, training, and background in the pharmaceutical industry. Consequently, and out of an abundance of caution, JRD identifies the following current company witnesses who may offer a

---

[1] Expert Report to be served with Bayer's disclosures.
[2] Expert Report to be served with Bayer's disclosures.

mixture of fact and opinion testimony consistent with their deposition testimony in this litigation pursuant to Fed. R. Civ. P. 26(a)(2)(C):

1. **Paul Burton, M.D., Ph.D.**
   **Vice President, Head of Cardiovascular and Metabolism**
   **Janssen Research and Development, LLC**

Dr. Burton may be asked to testify to his knowledge, experience and opinions in the following areas and on the following subjects, consistent with his deposition testimony: the oversight and performance of the RECORD clinical trials; the data verification of the RECORD clinical trials; the inclusion of the clinical trial data from RECORDS 1-3 in the Xarelto United States Package Insert; the benefit of treating patients with Xarelto that are at risk for stroke or blood clots; sharing clinical trial and post-marketing data with the FDA; the clinical trials on for Xarelto on which he has worked, and the impact of plaintiff lawyer advertisements on patient safety.

Dr. Paul Burton is the Vice President, Head of Cardiovascular and Metabolism at JRD and has previously served as the Vice-President and Therapeutic Area Lead for Cardiovascular, the Vice-President Franchise Development Leader, and as a Trial and Site Management Coordinator.  Dr. Burton received his medical degree as well as his Ph.D in Molecular and Cellular Biology from the University of London.  Dr. Burton is a Member of the Royal College of Surgeons in Edinburgh as well as a Fellow with the American College of Cardiology.

The factual basis for Dr. Burton's opinions and conclusions are his personal knowledge from managing and treating patients during clinical practice; his experience working in the pharmaceutical industry, including working at JRD; his involvement in the clinical trials that studied the use of Xarelto in patients; and his publications on Xarelto and the medical literature generally.

2.     **Peter M. DiBattiste, M.D., F.A.C.C., F.A.H.A.**
       **Global Development Head, Cardiovascular**
       **Janssen Research & Development, LLC**

Dr. DiBattiste may be asked to testify to his knowledge, experience and opinions in the following areas and on the following subjects, consistent with his deposition testimony: the difficulty of managing patients treated with warfarin; his work on the development and study of Xarelto; the use of Xarelto to treat areas of unmet need for patients; the clinical trial programs for the research, development and on-going study of Xarelto®;  the  risk-benefit profile of Xarelto; the therapeutic index for Xarelto;  whether there is a need for  therapeutic dose monitoring or individual lab monitoring for patients treated with Xarelto; PT levels in patients treated with Xarelto; the attempts to use PT to measure Rivaroxaban levels; reversal agents; dose for Xarelto generally; dose selection in the ROCKET-AF trial; the ROCKET AF trial generally; selection and management of the patient population studied in ROCKET; the INRatio POC device used in ROCKET;  and the reanalysis of the ROCKET study results.

Dr. Peter DiBattiste is the Global Development Head for Cardiovascular at JRD and has previously served as Vice President of Cardiology, the Development Head for Cardiovascular and Metabolism, and the Global Therapeutic Area Head.  Dr. DiBattiste received his medical degree from Harvard Medical School and is a Fellow of the American College of Cardiology and the American Heart Association.

The factual basis for Dr. DiBattiste's opinions are his personal knowledge and experience as a cardiologist; his treatment and management of patients with warfarin during his time spent in clinical practice; his experience working in the pharmaceutical industry; his involvement in the research and development of Xarelto at JRD; and his work on the ROCKET study.

3.     **Christopher Nessel, M.D.**
       **Senior Director Clinical Leader, Cardiovascular**

**Janssen Research & Development, LLC**

Dr. Christopher Nessel is Senior Director and Clinical Leader for Cardiovascular at JRD, and has previously served as Vice President Franchise Medical Leader for Cardiovascular. Dr. Nessel received his medical degree from Temple University School of Medicine, he was a surgical resident and research fellow at Brown University School of Medicine, and is a Diplomat of the National Board of Medical Examiners.

Dr. Nessel may be asked to testify to his knowledge, experience and opinions in the following areas and on the following subjects, in line with his deposition testimony: the development, design and protocol of the ROCKET AF trial, management and oversight of the ROCKET AF trial; JRD's collaboration with the FDA and EMA on the ROCKET AF trial, and the ROCKET AF's clinical data and outcomes; EMA and FDA reanalysis and verification of ROCKET AF trial data; safety and efficacy of Xarelto® as compared to Warfarin therapy; the impact of the INRatio POC device on the ROCKET AF trial; and the pharmacological and clinical characteristics of Xarelto®.

The factual basis for Dr. Nessel's opinions and conclusions are his personal knowledge and experience as a physician, his experience and knowledge as a clinical researcher, his experience working in the pharmaceutical industry, his involvement in cardiovascular clinical trials, his involvement in clinical trials that studied the use of Xarelto® in patients, and his publications on Xarelto® and in the medical literature generally.

4. **Kenneth Todd Moore, M.S.**
   **Scientific Director of Cardiovascular Disease**
   **Janssen Research & Development, LLC**

Mr. Moore may be asked to testify to his knowledge, experience and opinions with regard to the work on the development and study of Xarelto consistent with his deposition testimony.

5. **Troy Sarich, Ph.D.**
   **Vice President, Real World Evidence**
   **Janssen Research & Development, LLC**

Dr. Sarich may be asked to testify to his knowledge, experience and opinions with regard to the work on the development and study of Xarelto consistent with his deposition testimony.

6. **Anne Vosatka, M.D., Ph.D.**
   **Vice President, Compound Development Team Leader**
   **Janssen Research & Development, LLC**

Dr. Vosatka may be asked to testify to her knowledge, experience and opinions with regard to the work on the development and study of Xarelto consistent with her deposition testimony.

**TREATING PHYSICIANS:**

Out of an abundance of caution, Janssen reserves the right to call Plaintiffs' treating physicians who have been deposed in this litigation pursuant to Fed. R. Civ. P. 26(A)(2)(C). The treating physicians may offer a mixture of fact and opinion testimony expressed in their depositions and consistent with their knowledge, experience, and expertise.

**BAYER'S EXPERTS**:

Janssen incorporates by reference Bayer's disclosures of expert testimony.

**DATED**:  November 15, 2015

>                           DRINKER BIDDLE & REATH LLP
>                           Attorneys for Defendants
>                           Janssen Pharmaceuticals, Inc.,
>                           Janssen Research & Development LLC,
>                           Janssen Ortho LLC and Johnson & Johnson
>
>
>                           By:   */s/ Susan M. Sharko*
>                                 **Susan M. Sharko**

## CERTIFICATE OF SERVICE

I hereby certify on November 15, 2016 the foregoing was served electronically to the following in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17:

Brian H. Barr
LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.
bbarr@levinlaw.com
*Plaintiffs' Co-Lead Counsel*

Andy D. Birchfield, Jr.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Andy.Birchfield@BeasleyAllen.com
*Plaintiffs' Co-Lead Counsel*

Gerald E. Meunier
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC
gmeunier@gainsben.com
*Plaintiffs' Co-Liaison Counsel*

Leonard A. Davis
HERMAN HERMAN & KATZ LLC
ldavis@hhklawfirm.com
*Plaintiffs' Co-Liaison Counsel*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Meera U. Sossamon*