# Exhibit F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * *

**DEFENDANTS' DISCLOSURE OF EXPERT TESTIMONY**

Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG (collectively, "Defendants" or "Bayer") hereby submit this list of expert witnesses who may be called to testify on their behalf in the above-captioned matter, subject to the following reservation of rights:

(1) The right to supplement or amend this witness list based upon any rulings of the Court or any other court decisions that affect the scope of evidence in this trial or in the event Plaintiffs alter or amend their witness lists;

(2) The right to supplement or amend this witness list in order to address any new opinions – whether generic or case-specific – by Plaintiffs' experts;

(3) The right to elicit and offer, by way of direct examination, cross-examination, deposition testimony or medical records testimony, opinion testimony from all experts designated or called by other parties to this suit;

(4) The right to call as a witness any expert designated by Plaintiffs;

(5) The right to call un-designated rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of evidence against Defendants;

(6) The right to withdraw or de-designate the designation of any expert prior to testimony, and positively to aver that such previously designated expert will not be called as a

witness at trial and to re-designate that expert as a consulting expert who cannot be called by opposing counsel;

(7) The right to elicit any expert testimony at trial from any qualified person which would be of benefit to the jury to determine material issues of fact pursuant to the Federal Rules of Civil Procedure;

(8) The right to offer amended and/or supplemental expert opinions based on new and/or updated medical records, deposition testimony and/or information, literature, and/or scientific studies related to rivaroxaban or this litigation;

(9) The right to supplement the references considered and/or relied upon by the experts identified below in order to respond to opinions offered by Plaintiffs' experts and to address newly available literature;

(10) The right to introduce testimony from any third party fact witness with special expertise, knowledge or experience relevant to the issues in this litigation;

By identifying the witnesses below, Defendants do not intend to waive any of their objections to deposition testimony, exhibits, or other evidence or argument. Defendants reserve the right to call the following experts at trial and attach the expert reports, curriculum vitae, and reference lists for the following experts:

    **GENERIC EXPERTS:**

1. **Gregory W. Albers, M.D.**
   Stanford Neuroscience Health Center
   213 Quarry Rd. MC5957
   Palo Alto, California 94304

2. **Byron Cryer, M.D.**
   Digestive Diseases (111B1)
   The University of Texas Southwestern Medical School
   5323 Harry Hines Blvd.

       Dallas, Texas 75390

3. **Charles S. Eby, M.D.**
   Washington University School of Medicine
   Department of Pathology and Immunology
   660 South Euclid Avenue, Box 8118
   St. Louis, Missouri 63110

4. **Clement C. Eiswirth, M.D.**
   Ochsner Health System
   1514 Jefferson Hwy.
   New Orleans, Louisiana 70121

5. **Lawrence L. Fleckenstein, Pharm D.**
   The University of Iowa
   Department of Pharmaceutical Sciences and
   Experimental Therapeutics College of Pharmacy
   S-427 Pharmacy Bldg.
   Iowa City, IA 52242

6. **John Michael Gaziano, M.D., M.P.H**
   Brigham and Women's Hospital
   Division of Aging
   1620 Tremont Street
   Boston, Massachusetts 02120

7. **Robert D. Gibbons, Ph.D.**
   Professor, Departments of Medicine and Public Health Sciences (Biostatistics)
   Director, Center for Health Statistics
   The University of Chicago
   5841 S. Maryland Avenue
   MC 2007 office W260
   Chicago, IL  60637

8. **Colleen J. Johnson, M.D., M.S.**
   Tulane University Heart and Vascular Institute
   1430 Tulane Avenue, SL-48
   New Orleans, Louisiana 70112

9. **Marc J. Kahn, M.D., M.B.A., F.A.C.P.**
   Tulane University School of Medicine
   1430 Tulane Avenue, #8010
   New Orleans, Louisiana 70112

10. **David R. Taft, Ph.D.**
    Long Island University
    Arnold & Marie Schwartz College of Pharmacy
    Division of Pharmaceutical Sciences
    75 DeKalb Avenue
    Brooklyn, New York 11201

**CASE SPECIFIC EXPERTS:**

*Boudreaux*:

1. **Colleen J. Johnson, M.D.**
   Tulane University Heart and Vascular Institute
   1430 Tulane Avenue, SL-48
   New Orleans, Louisiana 70112

2. **Marc J. Kahn, M.D., M.B.A., F.A.C.P.**
   Tulane University School of Medicine
   1430 Tulane Avenue, #8010
   New Orleans, Louisiana 70112

3. **Vanessa M. Piazza, M.D.**
   829 Amethyst Street
   New Orleans, Louisiana 70124

*Orr*:

1. **Lionel A. Branch, M.D.**
   Louisiana State University
   Health Sciences Center, Departments of Neurosurgery and Radiology
   1542 Tulane Avenue, Rm 763
   New Orleans, Lousiana 70112

2. **Robert C. Dawson, M.D. III**
   Louisiana State University
   2020 Gravier St. Suite 322G
   New Orleans, Louisiana 70112

3. **Clement C. Eiswirth, M.D.**
   Ochsner Health System
   1514 Jefferson Hwy.
   New Orleans, Louisiana 70121

4.  **Marc J. Kahn, M.D., M.B.A., F.A.C.P.**
    Tulane University School of Medicine
    1430 Tulane Avenue, #8010
    New Orleans, Louisiana 70112

5.  **Mihran Naljayan, M.D.**
    840 Tchoupitoulas Street, Unit 221
    New Orleans, Louisiana 70130

6.  **Vanessa M. Piazza, M.D.**
    829 Amethyst Street
    New Orleans, Louisiana 70124

*Henry*:

1.  **Byron Cryer, M.D.**
    Digestive Diseases (111B1)
    The University of Texas Southwestern Medical School
    5323 Harry Hines Blvd.
    Dallas, Texas 75390

2.  **Rohit Parmar, M.D.**
    Baylor Heart Hospital
    621 N. Hall Street
    Dallas, Texas 75226

   <u>COMPANY WITNESSES</u>:

The following are current employees of Bayer. These individuals are principally fact witnesses. However, given the nature of their responsibilities at Bayer, these employees have developed expertise in their respective areas. They may provide fact and opinion testimony based on: (i) the knowledge and experience they have gained while working at Bayer and in reviewing documents during the course of their employment and while preparing for testimony in this litigation; and (ii) their education, training, and background in the pharmaceutical industry. Consequently, and out of an abundance of caution, Bayer identifies the following current or former company witnesses who may offer a mixture of fact and opinion testimony

5

consistent with their deposition testimony in this litigation pursuant to Fed. R. Civ. P. 26(A)(2)(C):

>Contact/coordination counsel for the following witnesses is:
>
>Andrew Solow
>Kaye Scholer LLP
>Telephone: 212-836-7740
>Email: andrew.solow@kayescholer.com

1. **Scott Berkowitz, M.D., F.A.C.P., F.A.C.C.**
   Vice President and Global Head of Thrombosis Group for Clinical Research
   and Development Cardiovascular Therapeutic Area
   Bayer HealthCare Pharmaceuticals, Inc.

Dr. Berkowitz may be asked to testify to his knowledge, experience and opinions in the following areas and on the following subjects, consistent with his deposition testimony: the development and study of Xarelto; the clinical trial programs for the research, development and ongoing study of Xarelto for all indications; warfarin's PK/PD characteristics and the resulting difficulty in treating patients on warfarin; the development of Xarelto to fulfill an unmet medical need; Xarelto' s benefit-risk profile; efficacy and safety; Xarelto's therapeutic index; Xarelto's variability; Xarelto's PK/PD profile; plasma concentration levels; whether there is a need for therapeutic drug monitoring or individual laboratory monitoring for patients treated with Xarelto; PT levels in patients treated with Xarelto; the use and limitations of PT to measure rivaroxaban levels; reversal agents; dose selection for each indication; the role of clinical data in dose selection; dose selection in the ROCKET AF trial; dose and exposure-response; the clinical significance of once-daily dosing; selection of the patient population studied in ROCKET AF.

Dr. Berkowitz is the Vice President and Global Head of the Thrombosis Group for Clinical Research and Development, Cardiovascular Therapeutic Area for Bayer HealthCare

Pharmaceuticals, Inc. and previously served as the Global Clinical Leader, Hematology/Cardiovascular Therapeutic Area, Global Clinical Development.  Dr. Berkowitz received his medical degree from Jefferson Medical College of Thomas Jefferson University and is a Fellow of the American College of Cardiology, the American College of Physicians, and the American Heart Association's Council on Atherosclerosis, Thrombosis, and Vascular Biology.

The factual basis for Dr. Berkowitz's opinions are his personal knowledge and experience as a medical doctor; his treatment and management of patients during his time spent in clinical practice; his extensive experience in the area of antithrombotics; his experience working in the pharmaceutical industry; his involvement in the research and development of Xarelto; and his publications on Xarelto.

2.  **Dagmar Kubitza, M.D.**
    Head Clinical Pharmacodynamics, Clinical Pharmacology
    Cardiovascular and CPL for Rivaroxaban
    Bayer Pharma AG

Dr. Kubitza may be asked to testify to her knowledge, experience and opinions in the following areas and on the following subjects, consistent with her deposition testimony:  the development and study of Xarelto; the development of Xarelto to fill an unmet medical need; the clinical pharmacology program for Xarelto;  Xarelto's Phase 1 studies; the PK/PD aspects of Xarelto's Phase 2 studies; Xarelto's PK/PD profile; Xarelto's PK/PD profile as it relates to dosing and monitoring; whether there is a need for  therapeutic drug monitoring or individual laboratory monitoring for patients treated with Xarelto; the use and limitations of  PT to measure rivaroxaban levels; plasma concentration levels; patient covariates and PK/PD parameters; dose selection, including once-daily dosing; Bayer's response to the EMA's Post Authorization Measure LEG 036.

7

Dr. Kubitza is the Head of Clinical Pharmacodynamics, Clinical Pharmacology Cardiovascular at Bayer Pharma AG and previously served as the Head Acute Care Group Clinical Pharmacology and CPL for Rivaroxaban.  She completed her Doctor's thesis at the University of Dusseldorf, Department of Pharmacology and also studied at the Hospital of Neuss in Germany and Yale University's Department of Internal Medicine.  Dr. Kubitza is a board certified physician and anesthesiologist.

The factual basis for Dr. Kubitza's opinions are her personal knowledge and experience working in the pharmaceutical industry, including working at Bayer Pharma AG; her involvement in the research and development of Xarelto; and her publications on Xarelto.

**3.     Frank Misselwitz, M.D., Ph.D., MSc**
Head Therapeutic Area Cardiovascular, Pulmonary and Thrombosis,
Corporate Vice President Global Clinical Development
Bayer Pharma AG

Dr. Misselwitz may be asked to testify to his knowledge, experience and opinions in the following areas and on the following subjects, consistent with his deposition testimony:  the difficulty of managing patients treated with warfarin and corresponding unmet medical need for an oral fixed-dose medicine that does not require routine monitoring; the development and study of Xarelto; the clinical trial programs for the research, development and ongoing study of Xarelto for all indications;  Xarelto's therapeutic index; Xarelto's variability; whether there is a need for  therapeutic drug monitoring or individual lab monitoring for patients treated with Xarelto; the use and limitations of  PT to measure rivaroxaban levels; dose and exposure-response; dose selection for all indications; once-daily dosing; the role of clinical data in dose selection; reversal agents;  real world studies of Xarelto; topics covered during Dr. Misselwitz's 30(b)(6) deposition regarding the Einstein clinical trial program.

Dr. Misselwitz is the Head Therapeutic Area Cardiovascular, Pulmonary and Thrombosis Clinical Vice President of Global Clinical Development at Bayer AG. He is a medical doctor and also holds a Ph.D.

The factual basis for Dr. Misselwitz's opinions are his personal knowledge and experience as a medical doctor; his treatment and management of patients during his time spent in clinical practice, including time spent practicing medicine at a anticoagulation clinic focusing on thrombosis; his experience working in the pharmaceutical industry; his involvement in the research and development of Xarelto; and his publications on Xarelto.

4. **Wolfgang Mueck, Ph.D**
   Head Clinical Pharmacokinetics Cardiovascular
   Bayer Pharma AG

Mr. Mueck may be asked to testify to his knowledge, experience and opinions in the following areas and on the following subjects, consistent with his deposition testimony: the development and study of Xarelto; the clinical pharmacology program for Xarelto; including pharmacokinetic studies; Xarelto's pharmacokinetic properties; the study of patient covariates and Xarelto's PK/PD parameters; inter-patient and intra-patient variability in pharmacokinetic parameters; Xarelto's variability; Xarelto's PK/PD profile; Xarelto's PK/PD profile as it relates to dosing and monitoring; whether there is a need for therapeutic drug monitoring or individual laboratory monitoring for patients treated with Xarelto; the use and limitations of PT to measure rivaroxaban levels; plasma concentration levels; dose and exposure-response; population pharmacokinetic analyses and modeling; modeling to support the doses selected for the stroke prevention in atrial fibrillation indication; the role of creatinine clearance in dosing for patients.

Mr. Mueck is the Head of Clinical Pharmacokinetics Cardiovascular at Bayer Pharma AG and previously served as the Head of PK/PD Modeling and Simulation in Clinical

9

Pharmacokinetics. He is a pharmacist by training and received his Ph.D. in pharmaceutical chemistry from the University in Wuerzburg, Germany. He received additional training in analytical chemistry at the Free University of Amsterdam and in bioanalytics/drug metabolism at Cornell University in Ithaca, New York.

The basis for Mr. Mueck's opinions is his personal knowledge and experience working in the pharmaceutical industry; his involvement in the research and development of Xarelto; and his publications on Xarelto.

5.  **Theodore E. Spiro, M.D., F.A.C.P, F.A.S.C.P., A.C.P.**
    Senior Director, Clinician, Thrombosis Group, Cardiovascular and
    Coagulation Therapeutic Area; Global Clinical Leader,
    Cardiovascular and Coagulation Therapeutic Area
    Bayer HealthCare Pharmaceuticals, Inc.

Dr. Spiro may be asked to testify to his knowledge, experience and opinions in the following areas and on the following subjects, consistent with his deposition testimony: the clinical trial programs for the research, development and ongoing study of Xarelto; MAGELLAN; ATLAS TIMI 46; PT and anti-Factor Xa laboratory assays; the company's work on laboratory assays (PT and anti-Factor Xa) to measure rivaroxaban concentrations in the development process; plasma concentration levels; whether there is a need for therapeutic drug monitoring or individual lab monitoring for patients treated with Xarelto; PT levels in patients treated with Xarelto; the use and limitations of PT to measure rivaroxaban levels; Bayer's response to the EMA's Post Authorization Measure LEG 036.

Dr. Spiro is the Senior Director and Global Clinical Leader Clinician for the Thrombosis Group in the Cardiovascular and Coagulation Therapeutic Area. He received his medical degree from the University of Cincinnati College of Medicine and specializes in cardiovascular

10

medicine. Dr. Spiro is a Fellow of the College of American Pathologists and the American Society of Clinical Pathologists.

The factual basis for Dr. Spiro's opinions are his personal knowledge and experience as a medical doctor; his treatment and management of patients during his time spent in clinical practice; his experience working in the pharmaceutical industry; his involvement in the research and development of Xarelto.

**6.     Stefan Willmann, Ph.D.**
Senior Pharmacometrics Strategist Cardiovascular/Hematology
Bayer Pharma AG

Mr. Willmann may be asked to testify to his knowledge, experience and opinions in the following areas and on the following subjects, consistent with his deposition testimony: Bayer's response to the EMA's Post Authorization Measure LEG 036; exposure-response analyses for rivaroxaban; pharmacokinetic modeling generally.

Mr. Willmann is the Senior Pharmacometrics Strategist Cardiovascular and Hematology at Bayer Pharma AG where he specializes in physiology-based pharmacokinetic and pharmacodynamics modeling and simulation. He previously served as the Group Head for Systems Pharmacology at Bayer Technology Services. He received his doctorate in physics from Heinrich-Heine University in Dusseldorf, Germany.

The basis for Mr. Willmann's opinions is his personal knowledge and experience working in the pharmaceutical industry; his involvement with PK/PD modeling and simulation with respect to rivaroxaban; his involvement in the company's response to the EMA's Post Authorization Measure LEG 036.

11

**TREATING PHYSICIANS:**

Out of an abundance of caution, Bayer reserves the right to call Plaintiffs' treating physicians who have been deposed in this litigation pursuant to Fed. R. Civ. P. 26(A)(2)(C). The treating physicians may offer a mixture of fact and opinion testimony expressed in their depositions and consistent with their knowledge, experience, and expertise.

**JANSSEN'S EXPERTS**:

Bayer incorporates by reference Janssen's disclosures of expert testimony.

DATED:  November 15, 2016

                              Respectfully submitted,

                              /s/ *Andrew Solow*
                              Andrew Solow
                              Kaye Scholer LLP

                              *Counsel for Defendants*
                              *Bayer AG and*
                              *Bayer HealthCare Pharmaceuticals Inc.*