UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph Orr, Jr., et al. v. Janssen et al. Case No. 2:15-cv-03708 | MAGISTRATE NORTH |

**ORDER**

Considering the foregoing *Ex Parte* Motion filed by Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC, , for leave to file Ex. B& C to Defendants' Joint Opposition to Plaintiffs' Motion to Preclude Expert Testimony from Dr. Cuong Bui in the above-captioned matter UNDER SEAL (Rec. Doc. ___)

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the pleadings UNDER SEAL.

New Orleans, Louisiana, this ___ day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE

1