**xarelto product liability - new (011146.0274)**

**Deposition Designations for Spiro T 20160510, Spiro T 20160511**

| Designation | Testimony | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 13:22 - 14:20 Spiro, Theodore 2016-05-10 | Q. Where do you currently work, Dr. Spiro?<br>A. I work in New Jersey.<br>Q. Okay. And for what company?<br>A. New Jersey. For Bayer Healthcare Pharmaceuticals.<br>Q. What is your current position with Bayer?<br>A. My current position is senior director clinician.<br>Q. Do you have any particular either drugs or areas of focus that you're currently assigned to?<br>A. I work in the cardiology and coagulation therapeutic area in the thrombosis group. And I work primarily on rivaroxaban.<br>Q. Since you joined Bayer -- and I think we'll figure out it was sometime in early 2006 or 2006 time frame -- has rivaroxaban been the primary drug you've worked on?<br>A. Yes, it has. | 1:19 | **Re: [13:22-14:20]**<br>**Def Obj** | | Pending<br>Overruled<br>Relevant 401 & not confusing 403 & moderate appropriate 611(c) |
| 22:17 - 22:21 Spiro, Theodore 2016-05-10 | Q. And was one of your responsibilities to interact and to be a liaison with the people at J&J on the development of Xarelto?<br>A. Yes, it -- it was. | 0:14 | **Re: [22:17-22:21]**<br>**Def Obj** | | Pending<br>overruled 611(c) EF |
| 25:12 - 25:17 Spiro, Theodore 2016-05-10 | Q. Okay. Did you also work on the MAGELLAN trial?<br>A. Yes, I did.<br>Q. And was that also in the medically ill indications?<br>A. Yes, it was. | 0:09 | **Re: [25:12-25:17]**<br>**Def Obj** Relevance-Non-approved indications, P | Re: [25:12-25:17]<br>Pltf Resp Magellan study relevant and highly probative to notice, bleed risk, and study conduct. | Pending<br>Overruled 401 EF |
| 32:9 - 32:11 Spiro, Theodore 2016-05-10 | Q. Okay. What would you say were the major problems with MAGELLAN from a safety perspective? | 0:08 | **Re: [32:9-32:11]**<br>**Def Obj** Relevance-Non-approved indication, P | Re: [32:9-32:11]<br>Pltf Resp Magellan study relevant and highly probative to notice, bleed risk, and study conduct. | Pending<br>overruled 401 |
| 32:14 - 33:1 Spiro, Theodore 2016-05-10 | THE WITNESS: From a safety perspective, we saw increased rates of bleeding in the rivaroxaban arm of the study.<br>BY MR. OVERHOLTZ:<br>Q. Okay. So more bleeding in | 0:33 | **Re: [32:14-33:1]**<br>**Def Obj** Relevance-Non-approved indication, P | Re: [32:14-33:1]<br>Pltf Resp Magellan study relevant and highly probative to notice, bleed risk, and study conduct. | Pending<br>Overruled 401 |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| the Xarelto arm compared to the Lovenox plus placebo arm?<br>A. Yes. More bleeding in the -- in the rivaroxaban arm compared to the enoxaparin arm of the study, followed by a placebo arm of the study. | | | |
| **41:12 - 42:4 Spiro, Theodore 2016-05-10** (0:54)<br>Q. Okay. At some point did you also take on some responsibilities related to the lifecycle management of Xarelto?<br>A. Yes. I worked on the lifecycle management program during its initial development.<br>Q. Okay. And was this something that you took on from the very beginning of your time with Bayer?<br>A. Yes, it was.<br>Q. Okay. And what is lifecycle management?<br>A. Lifecycle management is the extension of -- of indications for a drug that is likely to be approved for a primary indication. | **Re: [41:12-42:4]**<br>**Def Obj** R, P | Re: [41:12-42:4]<br>Pltf Resp Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleeding risk. | Pending<br>Overruled EF |
| **42:15 - 42:18 Spiro, Theodore 2016-05-10** (0:06)<br>Q. Now, whenever you talk -- we use the term "lifecycle management," it's not talking about the life of patients, right? | | | |
| **42:21 - 43:3 Spiro, Theodore 2016-05-10** (0:05)<br>THE WITNESS: No, it's not talking about the life of patients.<br>BY MR. OVERHOLTZ:<br>Q. It's talking about the life of the drug?<br>A. Correct. | | | |
| **43:4 - 43:6 Spiro, Theodore 2016-05-10** (0:06)<br>Q. Okay. And by "life of the drug," does that mean how long it can stay on patent? | **Re: [43:4-43:6]**<br>**Def Obj** R , P | Re: [43:4-43:6]<br>Pltf Resp Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleeding risk. | Pending<br>Overruled 401 |
| **43:9 - 43:21 Spiro, Theodore 2016-05-10** (0:49)<br>THE WITNESS: Yes. The -- a lifecycle management program is a program that takes place during the -- the time that a -- a product is covered by patent and not yet available in a generic form. | **Re: [43:9-43:21]**<br>**Def Obj** R , P | Re: [43:9-43:21]<br>Pltf Resp Testimony relevant and highly probative to defendant position on the ability and need to measure | Pending<br>Overruled |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 43 16 BY MR. OVERHOLTZ:<br>43 17 Q. And obtaining other<br>43 18 indications for a drug beyond the primary<br>43 19 indication is one way of extending the<br>43 20 life of the drug; is that correct?<br>43 21 A. Yes, it is. | | | drug exposure to identify patients at increased bleeding risk. | |
| **55:19 - 55:21 Spiro, Theodore 2016-05-10** | 0:07 | | | |
| 55 19 Q. Do you recall learning at<br>55 20 Bayer that the ACS indication was a high<br>55 21 priority for them? | | **Re: [55:19-55:21]**<br>**Def Obj** Relevance-Non-approved indications, P | Re: [55:19-55:21]<br>Pltf Resp ACS indication history and study results relevant and highly probative to notice, bleed risk, and study conduct. The company, through emails from Gary Peters, and others has admitted that the very best data the company had with respect to bleeding risk and drug exposure was from the ACS studies, which showed that increased bleeding risk was associated withthose patients in the highest 25% for drug exposure measured by Peak, trough, or AUC for drug exposure. ACS | **Pending**<br>Overruled |
| **55:24 - 55:24 Spiro, Theodore 2016-05-10** | 0:04 | | | |
| 55 24 THE WITNESS: Yes, I did. | | **Re: [55:24-55:24]** | Re: [55:24-55:24] | **Pending** |

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | Def Obj Relevance-Non-approved indications, P | Pltf Resp ACS indication history and study results relevant and highly probative to notice, bleed risk, and study conduct. The company, through emails from Gary Peters, and others has admitted that the very best data the company had with respect to bleeding risk and drug exposure was from the ACS studies, which showed that increased bleeding risk was associated withthose patients in the highest 25% for drug exposure measured by Peak, trough, or AUC for | Overruled 401 ef |
| 56:18 - 56:22 Spiro, Theodore 2016-05-10<br>Q. Okay. And was the acute coronary syndrome indication program part of the lifecycle management activities for Xarelto?<br>A. Yes, it was. | 0:19 | Re: [56:18-56:22]<br>Def Obj Relevance-Non-approved indications, P | Re: [56:18-56:22]<br>Pltf Resp ACS indication history and study results relevant and highly probative to notice, bleed risk, and study conduct. The company, through emails from Gary Peters, and others has admitted that the very best data the company had with respect to bleeding risk and drug exposure was from the ACS studies, which showed that increased bleeding risk was associated withthose patients in the highest 25% for drug exposure measured by Peak, trough, or AUC for drug exposure. ACS study failed due to | Pending<br>Overruled 401 ef |
| 77:9 - 77:13 Spiro, Theodore 2016-05-10<br>Q. Now, so we've talked about some of the different projects that you were involved with at your time for Bayer. And we're going to talk more specifically about some of those as the | 0:08 | | | |
| 77:14 - 78:9 Spiro, Theodore 2016-05-10<br>day goes on. But one of the things that we didn't really talk about was you worked with -- on the issue of assay development for determining exposure levels to Xarelto.<br>A. To measure concentration, | 1:01 | Re: [77:14-78:9]<br>Def Obj Incomplete | Re: [77:14-78:9]<br>Pltf Resp Conceded. | Pending |

| Designation | Testimony | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| | plasma concentrations.<br>Q. And was that work specific to any particular indication, or was it a across-the-board drug-based project?<br>A. It was a development, assay development that would be applicable to all indications under development.<br>Q. And was that something that you began working on very soon after you started with Bayer?<br>A. Within the first year, yes.<br>Q. Okay. And how did you come --<br>A. Within the second year. | | | | |
| 79:10 - 80:4 | Spiro, Theodore 2016-05-10<br>Q. And your work on the assay development began, you said, a few months after you started with the company. And how long did you continue to be involved with that project?<br>A. Our first -- our completion of the project took place in 2012. So from 2006 when I joined the company and became aware of the assay development activities that were already ongoing and then intensified over the years with the approval of -- first approvals of indications and requirements from the European Medicine Agency to support assay development.<br>Q. Was there a team or committee that was assigned to working on this assay development project at Bayer?<br>A. Yes, there was. | 0:55 | **Re: [79:10-80:4]**<br>**Def Obj** R, P, Relevance-Foreign Regulatory | Re: [79:10-80:4]<br>Pltf Resp Assay information and history, including foreign, is highly probative to notice, contextualizing claims and defenses relating to parties' position on assays as well as prevents juror confusion. | Pending<br>Overruled |
| 82:14 - 82:15 | Spiro, Theodore 2016-05-10<br>Q. Was there some pushback within Bayer on doing assay development? | 0:03 | **Re: [82:14-82:15]**<br>**Def Obj** | | Overruled 401<br>Pending |
| 82:18 - 83:8 | Spiro, Theodore 2016-05-10<br>THE WITNESS: Of course, we had already developed an assay for the drug, because in order to develop a drug, we have to have a methods -- method or methods to measure its concentrations for our Phase I program.<br>So we had a gold standard assay that was available and published at some point in time in the literature as a method. And we were looking at additional assay development in order to have assays more available at the level of a routine clinical laboratory. | 0:46 | **Re: [82:18-83:8]**<br>**Def Obj** | | Pending |
| 85:5 - 85:24 | Spiro, Theodore 2016-05-10<br>Q. Dr. Spiro, earlier you told me about a meeting that you put together to look at assay development with respect to measuring Xarelto plasma concentrations in patients. Do you | 1:02 | **Re: [85:5-85:24]**<br>**Def Obj** | | Pending |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| recall that?<br>A. Yes, I do.<br>Q. We were referring to the meeting that you put together in Paris in December of 2006?<br>A. Yes, I was.<br>Q. Okay. And what was the purpose of that meeting in December of 2006?<br>A. It was to discuss laboratory methods that could be used to measure rivaroxaban pharmacodynamic effects and potentially might be used to measure rivaroxaban concentrations in biological fluid, such as plasma or urine. | | | | |
| 86:1 - 86:6 Spiro, Theodore 2016-05-10<br>Q. Okay. Was one of the considerations for this meeting to determine whether or not assays could be used for measuring plasma concentrations that could be used for monitoring patients who would be taking Xarelto? | 0:12 | Re: [86:1-86:6]<br>**Pltf Obj** Object as not necessary for completeness and therefore should be played in Defendants direct, if at all. Also duplicative of later testimony designated by both parties. | Pending | Overruled |
| 86:9 - 87:15 Spiro, Theodore 2016-05-10<br>THE WITNESS: Our development program for rivaroxaban proceeded on the basis of an unmonitored approach to anticoagulant administration. We had a very well-studied anticoagulant available for use in the clinics, but it required routine monitoring and dosage adjustment.<br>BY MR. OVERHOLTZ:<br>Q. Warfarin?<br>A. Vitamin K antagonist -- vitamin K antagonist class of drugs, including warfarin, which is used very commonly here in the United States and elsewhere.<br>Q. Okay. And so these new oral anticoagulants like Xarelto, the development plan for Xarelto was to create an unmonitored drug. That was your understanding of the development program?<br>A. Yes. The -- the clinical community together was looking for novel oral anticoagulants, as they were called then, that would not require dosage adjustment and would be effective in the group of indications for which the vitamin K antagonists, including warfarin, were used. | 1:38 | Re: [86:9-87:15]<br>**Pltf Obj** Object as not necessary for completeness and therefore should be played in Defendants direct, if at all. Also duplicative of later testimony designated by both parties. | Pending | Overruled |
| 93:15 - 93:22 Spiro, Theodore 2016-05-10<br>Q. Let me show you what we'll | 0:37 | Re: [93:15-93:22] | Pending | |

| Designation | Testimony | Duration | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| | mark as Exhibit Number 6. This is Record Number 932284. And it's Bates Number BPAG 01855345. And it's labeled "Final Agenda" at the top. And on the second page it has a date of 19 December 2006.<br>Do you see that?<br>A. Yes. | | Def Obj | | Overruled |
| 94:3 - 95:18 | Spiro, Theodore 2016-05-10 | 1:58 | | | |
| | Q. And does this look like to you the agenda for the Paris meeting that you put together with respect to assay development and plasma concentrations of Xarelto?<br>A. Yes, it does.<br>Q. Okay. And if you look with me, there is a list of consultants in the middle of the page. Do you see that?<br>A. Yes.<br>Q. The first one is Michel Meyer Samama. Do you see that?<br>A. Yes.<br>Q. Okay. And did you, in fact, work with Dr. Samama in assay development with respect to your job at Bayer with the Xarelto?<br>A. Yes, I did.<br>Q. Okay. And how did you come about consulting with Dr. Samama on this assay development issue?<br>A. Professor Samama was a -- a -- a well-known hematologist in the world of antithrombotic drugs. And I have been working with him since 1988. So we knew each other over a long period of time, up to -- to his demise this past year. He was already, when I joined Bayer, involved with the company in looking at different types of coagulation testing that could be used for helping determine the degree of anticoagulation present in -- in -- in patients being treated with the non-vitamin K or the novel oral anticoagulants.<br>Q. So Bayer was already working with Dr. Samama. But you had a relationship with Dr. Samama from your past work?<br>A. Correct. | | **Re: [94:3-95:18]**<br>**Def Obj** R (94:9-95:18) | Re: [94:3-95:18]<br>Pltf Resp Dr. Samama's history with Bayer and involvement in consideration of a Xarelto assay, highly probative to potential bias (countering defendant suggestion of objectivity), contextualizing claims and defenses relating to parties' position on assays as well as prevents juror confusion. | Pending<br>Overruled |
| 96:22 - 97:20 | Spiro, Theodore 2016-05-10 | 0:54 | | | |
| | Q. All right. And let's look at the second page and see who attended from Bayer. And it looks like the planned attendees were Elizabeth Perzborn. She worked in the preclinical development part of Bayer with Xarelto?<br>A. Yes, she did.<br>Q. Okay. Yourself as planned attendee. Dr. Misselwitz, correct?<br>A. Yes.<br>Q. Ton Lensing?<br>A. Yes. | | **Re: [96:22-97:20]**<br>**Def Obj** R | Re: [96:22-97:20]<br>Pltf Resp Identities of attendees of important Paris assay meeting indicates gravity of the meeting and counters suggestion the meeting was attended by objective thought leaders without | Pending<br>Overruled |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 97 10<br>97 11<br>97 12<br>97 13<br>97 14<br>97 15<br>97 16<br>97 17<br>97 18<br>97 19<br>97 20 | Q. Tiemo Bandel. Who is Tiemo Bandel?<br>A. Tiemo Bandel was the global clinical leader working with Frank -- Frank Misselwitz on the major orthopedic surgery lower limb program, the -- the RECORD studies, 1, 2, 3, and 4.<br>Q. Okay. And Scott Berkowitz?<br>A. Yes.<br>Q. Okay. Dagmar Kubitza?<br>A. Yes. | | company involvement (beyond just the witness). | |
| **98:4 - 98:16 Spiro, Theodore 2016-05-10** | 0:25 | **Re: [98:4-98:16]**<br>**Def Obj** | | Pending<br>Overruled |
| 98 4<br>98 5<br>98 6<br>98 7<br>98 8<br>98 9<br>98 10<br>98 11<br>98 12<br>98 13<br>98 14<br>98 15<br>98 16 | Q. Okay. Let's take a look at the final agenda on the first page. And there are several different items listed there.<br>Do you see that?<br>A. Yes.<br>Q. And under Item Number 3, listed prothrombin time. Do you see that?<br>A. Yes.<br>Q. Okay. Prothrombin time is sometimes abbreviated PT, correct?<br>A. Correct. | | | |
| **100:1 - 100:15 Spiro, Theodore 2016-05-10** | 0:34 | **Re: [100:1-100:15]**<br>**Def Obj** | | Pending<br>Overruled |
| 100 1<br>100 2<br>100 3<br>100 4<br>100 5<br>100 6<br>100 7<br>100 8<br>100 9<br>100 10<br>100 11<br>100 12<br>100 13<br>100 14<br>100 15 | Q. Okay. So you learned that Bayer in their development program up to this point in time had used a specific prothrombin time, PT reagent, in their testing, correct?<br>A. Correct.<br>Q. Was that the Neoplastine reagent?<br>A. Yes, it was.<br>Q. Okay. And using that Neoplastine reagent, did you learn that the people at Bayer that had been involved in the development believed that there was a strong correlation between PT and drug exposure levels? | | | |
| **100:18 - 101:18 Spiro, Theodore 2016-05-10** | 1:12 | **Re: [100:18-101:18]**<br>**Def Obj** | | Pending<br>Overruled |
| 100 18<br>100 19<br>100 20<br>100 21<br>100 22<br>100 23<br>100 24<br>101 1<br>101 2<br>101 3<br>101 4<br>101 5<br>101 6<br>101 7<br>101 8<br>101 9<br>101 10<br>101 11 | THE WITNESS: There was -- there was a correlation between the prothrombin time prolongation in seconds and the concentration of rivaroxaban present in the -- in the patient plasma.<br>BY MR. OVERHOLTZ:<br>Q. So you understood from the people at Bayer that worked on this development, that using the Neoplastine PT, there was a correlation between the PT using that reagent and plasma concentration of Xarelto; is that fair?<br>A. Yes, it is.<br>Q. Okay. And who did you learn that information from specifically at Bayer?<br>A. I think it would have been | | | |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| in discussions certainly with the clinical pharmacologists involved in the program. That would have been Dr. Dagmar Kubitza and Dr. Wolfgang Mueck. And certainly Dr. Frank Misselwitz would have also been -- communicated to me that information. | | | | |
| **102:8 - 102:16 Spiro, Theodore 2016-05-10**<br>Q. And then Number 5, a Factor Xa inhibitory assay.<br>Do you see that?<br>A. Yes.<br>Q. Okay. And you were aware that there were actually Factor Xa inhibitory assays available in the market at this time, correct?<br>A. Yes, there were. | 0:18 | **Re: [102:8-102:16]**<br>**Def Obj** | | Pending<br>Overruled |
| **102:17 - 102:20 Spiro, Theodore 2016-05-10**<br>Q. Did you understand whether or not they would work in evaluating the activity of the Xarelto in patients that were taking Xarelto? | 0:09 | | | |
| **102:23 - 103:11 Spiro, Theodore 2016-05-10**<br>THE WITNESS: These are -- these assays were very specialized assay. As I remember, they were research-use-only assays and they were not widely used in clinical -- in the clinical settings.<br>The -- we did discuss them at the meeting. And our conclusion was that they were not generalizable to a broad -- a broad community of practitioners and laboraticians. | 0:33 | | | |
| **103:16 - 103:19 Spiro, Theodore 2016-05-10**<br>Q. PT would be considered a widely available --<br>A. Global coagulation test being used for the past 60, 70 years. | 0:07 | **Re: [103:16-103:19]**<br>**Def Obj** | | Overruled<br>Pending |
| **105:10 - 106:4 Spiro, Theodore 2016-05-10**<br>Q. You see there's a conclusion section?<br>A. Yes.<br>Q. Okay. And then there's a second bullet point, "Recommendations for monitoring."<br>Do you see that?<br>A. Yes.<br>Q. And there's two options there, short-term and long-term?<br>A. Yes.<br>Q. Okay. So as of December 2006, leading this meeting, ideas for short-term or long-term monitoring recommendations were part of the discussion at Bayer. Do you agree? | 0:31 | **Re: [105:10-106:4]**<br>**Def Obj** R, Concede-Routine Monitoring | Re: [105:10-106:4]<br>Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time | Pending<br>Overruled |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

A. Yes, they were.
Q. Let's look at what we'll mark as Exhibit Number 7.

Responses In (continued): measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the

**106:9 - 107:3 Spiro, Theodore 2016-05-10** — 1:15

Objections In: **Re: [106:9-107:3] Def Obj**

Rulings: Pending — Overruled

Q. While Sam gets that ready, the Record Number is 449266. Exhibit 7. The Bates is BPAG 1277713 -- 01277713.
This is a document. It's labeled "Laboratory Methods Advisory Board Meetings, Held December 19, 2006, in the Paris Meridien Etoile Hotel." It has the agenda as well as -- it looks to be meeting minutes.
Do you see that?
A. Yes, I do.
Q. Okay. And this is in regards to the Paris meeting that we've been talking about, correct?
A. That is correct.
Q. And did you, in fact, prepare the meeting minutes for this meeting?
A. Yes, I did.

**107:16 - 107:22 Spiro, Theodore 2016-05-10** — 0:13

Objections In: **Re: [107:16-107:22] Def Obj**

Rulings: Overruled — Pending

Q. So it looks like the agenda from the first page is pretty much the same as the agenda that we saw before. So let's turn to the second page. And we can look at the participants again.
And again, we have essentially the same list of participants

**109:3 - 109:9 Spiro, Theodore 2016-05-10** — 0:12

Q. You were attendee from Bayer, along with Elizabeth Perzborn, Frank Misselwitz, Scott Berkowitz, Dagmar Kubitza. Wolfgang Mueck also was added as an attendee.
Do you see that?
A. Yes.

**109:21 - 109:23 Spiro, Theodore 2016-05-10** — 0:07

Q. And then it says that Gary Peters from J&J attended?
A. Yes.

**112:12 - 113:19 Spiro, Theodore 2016-05-10** — 2:06

Q. It says, "What is the purpose of testing plasma samples? Identification of overdoses, achievable. Assessment of compliance, achievable.

Objections In | Responses In | Rulings

Correlation with clinical outcomes, difficult to achieve?"
Do you see that?
A. Yes, I do.
Q. Okay. Do you know what it meant by "correlation with clinical outcomes"?
A. The development program for the -- for these non-vitamin K oral anticoagulants, as we now refer to them, was predicated on using a -- a nonmonitored approach. So without dosage -- dosage adaptations to -- to -- to achieve clinical -- the desired clinical outcomes.
So we were -- since our -- our strategy was to not use the dosage adjustments that we, for instance, used with warfarin in later programs, we were specifically testing whether it was possible with a -- an anticoagulant, to have a fixed dose across a broad range of patients within specific indications.
And the whole program was predicated on the need for not having a second generation of drug such as the vitamin K antagonist that required monitoring and dose adaptation.

113:24 - 114:11 Spiro, Theodore 2016-05-10 0:25

Q. Let me -- let me ask you this and be a little more clear maybe.
Whenever it talks about correlation with clinical outcomes, in testing of Xarelto in the Phase II and Phase III programs, there were both efficacy outcomes and safety outcomes, correct?
MR. HOROWITZ: Objection to form.
THE WITNESS: Yes, there were.

114:23 - 116:19 Spiro, Theodore 2016-05-10 2:21

Objections In: **Re: [114:23-116:19] Def Obj**

Rulings: Pending — Overruled (handwritten)

Q. Okay. And so one of the discussions that took place in your meeting in December of 2006 in Paris is whether or not measurement of, or monitoring of, either PT or drug plasma concentrations could be correlated to these efficacy or safety outcomes, correct?
A. Yes, that was the -- that was the -- part of the conversation, yes.
Q. Okay. In fact, if you look with me on the next page, there are several bullet points. The first bullet point on that page, first full bullet point, says, "Arixtra no monitoring option had a negative impact on drug acceptance in the clinic."
That was a different anticoagulant drug?

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| A. Yes, it was -- is.<br>Q. And then it says, "A small" -- "a smaller rather than a larger objective in rivaroxaban monitoring should be targeted."<br>Do you see that?<br>A. Yes.<br>Q. And then if you look with me down -- one, two, three, four -- the fourth bullet point down says, "Will the manufacturer provide information about correlation of plasma concentrations and preclinical and clinical outcomes."<br>Do you see that?<br>A. Yes.<br>Q. That was a question that the physician consultants that had been invited to this advisory board meeting had as to whether or not the company was going to be able to provide this correlation between either safety or efficacy events and how those correlated with the plasma concentration of the drug, correct?<br>A. Yes, the question was asked in that regard. | | | | |
| **128:1 - 128:8 Spiro, Theodore 2016-05-10**<br>Q. So the two main types of assays that we're discussing seem to be both use of some type of PT assay or potential use of a Factor Xa assay, which was clearly not as widely available or widely used in the clinical practice at this point in time, correct?<br>A. Correct. | 0:19 | **Re: [128:1-128:8]**<br>**Def Obj** | | Pending<br>Overruled |
| **133:1 - 133:11 Spiro, Theodore 2016-05-10**<br>Factor Xa inhibitory assays were discussed. One was presented by Dagmar Kubitza that used a certain way of measuring Factor Xa inhibition, correct?<br>A. Yes.<br>Q. The other looked at a different type of assay, Factor Xa inhibition assay, that had been used for the monitoring of low-molecular-weight heparin in a clinic; is that fair?<br>A. Yes, that's fair. | 0:24 | **Re: [133:1-133:11]**<br>**Def Obj** | | Pending<br>Overruled |
| **133:20 - 134:16 Spiro, Theodore 2016-05-10**<br>Q. And it says -- the next point says, "Rivaroxaban standards could be prepared as calibration reagents and tests used to quantitate rivaroxaban plasma levels which could then be correlated to the pharmacokinetic of the dose being administered to see whether the patient was within -- within the expected concentration ranges given the timing of the sample draw."<br>Do you see that?<br>A. Yes. | 0:53 | **Re: [133:20-134:16]**<br>**Def Obj** C (134:8-134:16) | Re: [133:20-134:16]<br>Pltf Resp Question not truly compound. Question and response clear to jurors. | Pending<br>Overruled |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 134 8 Q. So it was discussed at this<br>134 9 meeting that these Factor Xa inhibition<br>134 10 assays that used added Factor Xa bovine<br>134 11 source could be calibrated to be used to<br>134 12 measure rivaroxaban plasma levels and<br>134 13 then correlate that to see whether the<br>134 14 patient was in the level that you expect<br>134 15 them to be considering when they took the<br>134 16 dose of the drug, right? | | | | |
| **134:19 - 134:20 Spiro, Theodore 2016-05-10**<br>134 19 THE WITNESS: Yes, that<br>134 20 is -- that is correct. | 0:04 | **Re: [134:19-134:20]**<br>**Def Obj** C (134:8-134:16) | Re: [134:19-134:20]<br>Pltf Resp Question not truly compound. Question and response clear to jurors. | Pending<br>Overruled |
| **136:7 - 136:10 Spiro, Theodore 2016-05-10**<br>136 7 Q. First bullet point, it just<br>136 8 says that "PT is a global clotting test<br>136 9 used for workup thrombosis and more<br>136 10 particularly bleeds." | 0:07 | **Re: [136:7-136:10]**<br>**Def Obj** | | Pending |
| **136:19 - 136:21 Spiro, Theodore 2016-05-10**<br>136 19 Q. That was -- that was what<br>136 20 was described in the meeting on -- in<br>136 21 Paris in 2006, correct? | 0:04 | **Re: [136:19-136:21]**<br>**Def Obj** | | Pending |
| **136:23 - 136:23 Spiro, Theodore 2016-05-10**<br>136 23 THE WITNESS: Correct. | 0:00 | **Re: [136:23-136:23]**<br>**Def Obj** | | Pending |
| **140:11 - 140:24 Spiro, Theodore 2016-05-10**<br>140 11 Q. If you look with me down<br>140 12 to -- one, two, three, four -- the fifth<br>140 13 bullet point, it says, "PT calibration<br>140 14 with the drug itself may be possible."<br>140 15 Do you see that?<br>140 16 A. Yes.<br>140 17 Q. Okay. And then the next<br>140 18 bullet point says, "Prothrombin time<br>140 19 correlates well with rivaroxaban plasma<br>140 20 concentrations, but slope of correlation<br>140 21 varies substantially between reagent<br>140 22 systems."<br>140 23 Do you see that?<br>140 24 A. Yes. | 0:25 | **Re: [140:11-140:24]**<br>**Def Obj** R, Concede-PT/Dose Adjustment | Re: [140:11-140:24]<br>Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to | Pending<br>Overruled<br>Potentially Goes to Knowledge |
| **144:12 - 144:12 Spiro, Theodore 2016-05-10**<br>144 12 Q. The next section is | 0:01 | | | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff™s failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto. and the | |
| 144:13 - 144:22 Spiro, Theodore 2016-05-10<br>"Activated Partial Thromboplastin Time," aPTT.<br>Do you see that?<br>A. Yes.<br>Q. Okay. And did you come to understand that there was also some testing that had been done that had correlated aPTT with Xarelto plasma concentrations?<br>A. Yes. | 0:26 | **Re: [144:13-144:22]**<br>**Def Obj** | | Pending<br>Overruled |
| 145:7 - 145:24 Spiro, Theodore 2016-05-10<br>Q. So in 2006 this advisory board meeting that you put together in Paris and the -- the meeting minutes that you wrote, concluded that Xarelto could be monitored very well by several options, correct?<br>A. Yes. But let me clarify one -- one word. When we said "monitoring," we meant measuring the plasma concentrations. And we did not have in mind a -- a monitoring with -- with -- with the purpose of dosage adaptation based on the results of the measured concentrations.<br>Q. Well, what would you do if you measured someone's plasma concentrations and they were way too high? | 0:42 | **Re: [145:7-145:24]**<br>**Def Obj** R, Concede-PT/Dose Adjustment, Concede-Routine Monitoring | Re: [145:7-145:24]<br>Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff™s failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | Pending |
| 146:3 - 146:14 Spiro, Theodore 2016-05-10<br>THE WITNESS: Interesting question. I think the -- the clinical context of the -- the clinical context would have to be looked at. If the patient was a patient with renal failure and had | 0:27 | **Re: [146:3-146:14]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, IH, LF, S, V | Re: [146:3-146:14]<br>Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure | Pending<br>Overruled |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | deteriorating renal function, you probably would hold the dose.<br>BY MR. OVERHOLTZ:<br>Q. What if they didn't have renal failure, would you hold the dose as well? | | drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff™s failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect | Overruled |
| 146:18 - 147:9 Spiro, Theodore 2016-05-10 | 0:39 | | | |
| | THE WITNESS: It -- as I said, it's a hypothetical question. The information that we had from our Phase I and Phase II programs is that these types of observations would not be routine. We did not have available strategies to -- to address this type of specific condition.<br>In -- in a clinical practice, you might want to hold one day's dose of medication, but that is not something that is recommended in our -- our prescribing information provided to physicians. | **Re: [146:18-147:9]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, IH, LF, S, V | Re: [146:18-147:9]<br>Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff™s failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto and the | Pending |
| 147:16 - 148:8 Spiro, Theodore 2016-05-10 | 0:36 | | | |
| | Q. The next -- the next sentence says, "This is a clear advantage of the substance" -- talking about the fact that the drug can be monitored very well by several options.<br>"This is a clear advantage of the substance comparing other anticoagulants. The aspect that Bayer is | **Re: [147:16-148:8]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, M, MD | Re: [147:16-148:8]<br>Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| open to monitoring and supports physicians that want to monitor their patients should facilitate the market introduction of rivaroxaban."<br>Do you see that?<br>A. Yes.<br>Q. Were you guys telling these consultants at this Paris meeting that Bayer was open to monitoring? | | | probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff™s failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto. and the | Overruled |
| **148:11 - 149:11 Spiro, Theodore 2016-05-10**<br>THE WITNESS: We were using the term "monitoring" in the context of measurement of concentrations of drug, so that in specific patients, the amount of drug in the plasma could be determined.<br>But we did not mean by this monitoring, the type of monitoring that was -- that had been conducted for the vitamin K antagonists, which was monitoring to obtain a specific intensity of pharmaco -- of anticoagulation -- of coagulation inhibition.<br>So it was a different type of approach.<br>BY MR. OVERHOLTZ:<br>Q. All right. So in the meeting minutes, under conclusion, you wrote that, "The aspect that Bayer is open to monitoring and supports physicians that want to monitor their patients should facilitate the market introduction of rivaroxaban," correct? | 0:54 | **Re: [148:11-149:11]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, A | Re: [148:11-149:11]<br>Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of | Pending |
| **149:21 - 150:5 Spiro, Theodore 2016-05-10**<br>THE WITNESS: Yeah, it said that.<br>BY MR. OVERHOLTZ:<br>Q. Okay. And it specifically talks about that Bayer supports physicians that want to monitor their patients.<br>Do you see that? | 0:13 | **Re: [149:21-150:5]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, A | Re: [149:21-150:5]<br>Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly | Pending |

| Designation | Objections In | Responses In | Rulings |
|---|---|---|---|
| A. Yes, I see that. | | probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for | Overruled |
| 150:6 - 151:4 Spiro, Theodore 2016-05-10 1:52<br>Q. And so when you wrote that Bayer would support physicians that want to monitor their patients, that aspect, what type of monitoring the patients were you talking about?<br>A. We -- well, when we had this meeting we were -- we were exploring what -- what might be done in specific clinical situations. Situations that were being discussed included the -- included the, as I previously mentioned, the very small patient, such as a child. It included patients with renal failure where we were concerned about accumulation of drug. It included issues related to compliance, liver -- patients with impaired liver function, so specific clinical settings where we knew there were -- there could be increased exposures to rivaroxaban, and when the drug became available clinically, in the clinic, when physicians might require tools to measure its concentration. | | | |
| 160:22 - 161:22 Spiro, Theodore 2016-05-10 1:41<br>Q. Let me show you what we'll mark as Exhibit Number 9, which is Bates Number 11 -- I'm sorry -- Record Number 1160715, Bates Number BHCP 02678338.<br>And this is an e-mail chain -- and I believe we're looking in November of 2006 -- between Frank Misselwitz and yourself as well as Elisabeth Perzborn is involved.<br>Do you see that?<br>A. Yes.<br>Q. And it starts with an e-mail that Frank Misselwitz sent to you on November 6th of 2006. Do you see that?<br>MR. HOROWITZ: Down here. "Dear Theo."<br>Let him take a moment. | Re: [160:22-161:22] **Def Obj** R, P, Concede-Routine Monitoring | Re: [160:22-161:22] Pltf Resp Plaintiff disputes the admissibility of this evidence is conceded. Testimony lays foundation for document. Thusly, unclear how testimony is not relevant and prejudicial as well as it relates to messaging on assay use to int'l. medical society. Further, evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of | Pending<br>401, 602 |
| MR. OVERHOLTZ: Sure. | | | |
| THE WITNESS: Yes.<br>BY MR. OVERHOLTZ:<br>Q. And so you had a chance to read this e-mail that Dr. Misselwitz sent | Re: [161:16-161:16] **Def Obj** R, P, Concede-Routine Monitoring | Re: [161:16-161:16] Pltf Resp Plaintiff disputes the admissibility of this | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| to you in November of 2006 that is on this screen, correct?<br>A. Yes. | | | evidence is conceded. Testimony lays foundation for document. Thusly, unclear how testimony is not relevant and prejudicial as well as it relates to messaging on assay use to int'l. medical society. Further, evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were | Overruled |
| **161:16 - 161:16 Spiro, Theodore 2016-05-10**<br>THE WITNESS: Yes. | 0:00 | **Re: [161:16-161:16]**<br>**Def Obj** R, P, Concede-Routine Monitoring<br>**Re: [160:22-161:22]**<br>**Def Obj** R, P, Concede-Routine Monitoring | Re: [160:22-161:22]<br>Pltf Resp Plaintiff disputes the admissibility of this evidence is conceded. Testimony lays foundation for document. Thusly, unclear how testimony is not relevant and prejudicial as well as it relates to messaging on assay use to int'l. medical society. Further, evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating | Pending |
| **162:5 - 163:21 Spiro, Theodore 2016-05-10**<br>Q. He says, "I'd like to make sure that you organize a prep meeting, ideally in Wuppertal, before the ASH in order to fully align our presentations but also the agenda and the goals of this meeting," right?<br>A. Yes.<br>Q. ASH was the -- is it Society of Hematology -- is that the American | 1:56 | **Re: [162:5-163:21]**<br>**Def Obj** R, P, Concede-Routine Monitoring | Re: [162:5-163:21]<br>Pltf Resp Plaintiff disputes the admissibility of this evidence is conceded. Testimony relevant and highly probative as well as it relates | Pending |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| Society of Hematology?<br>A. Yes, it is.<br>Q. And the next thing he told you was that, "The external communication shall always be" -- in quotes -- "'rivaroxaban does not require regular coagulation monitoring, but due to its predictable PK/PD profile it can be monitored if necessary (in subpopulation, in case of overdose...)." That's what he told you, right?<br>A. That is what he wrote.<br>Q. He said, "We do not intend to develop methods for routine/regular coag monitoring of rivaroxaban." That's the next thing he told you, correct?<br>A. Correct.<br>Q. It says, "There was some irritation among the invited colleagues around the question, what are our main goals for this meeting?" Do you recall hearing that there was irritation amongst the invited colleagues about the goals for the meeting?<br>A. I don't recall the specific meeting that he's referring to because it was over ten years ago. But this is what is written in his memoranda. | | | to messaging on assay use to int'l. medical society and company position on assay use with Xarelto, including use of a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for | Overruled |
| 167:1 - 167:20 Spiro, Theodore 2016-05-10 | 0:52 | | | |
| Q. Let me move on to a slightly different topic that is related. Following the Paris meeting, there were actually several publications or manuscripts that were developed related to the use of some form of clotting assay or other type of coagulation assay that could be used to measure plasma concentrations of Xarelto. Do you recall that occurring?<br>A. Yes.<br>Q. Okay. Several of those papers involved Dr. Samama, correct?<br>A. Yes.<br>Q. And also involved Dr. Morrissey, correct?<br>A. He may have been a co-author on some of the papers, one of the papers. I'm not sure. | | **Re: [167:1-167:20]**<br>**Def Obj** | | Pending |
| 168:1 - 170:3 Spiro, Theodore 2016-05-10 | 2:41 | | | |
| Q. I'll show you what we'll mark as Exhibit Number 10. Bates Number BHCP 09990156, which is publication in Thrombosis and Hemostasis from 2012, lead author Dr. Samama, "Evaluation of the Anti-Factor Xa Chromogenic Assay for the Measurement of the Rivaroxaban Plasma | | **Re: [168:1-170:3]**<br>**Def Obj** R, P, Relevance-Chameleon, H | Re: [168:1-170:3]<br>Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge surrounding | Pending |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| Concentrations Using Calibrators and Controls."<br>Do you see that?<br>A. Yes.<br>Q. Okay. And do you recognize this publication?<br>A. Yes, I do.<br>Q. Okay. And this is a publication in which you are actually listed as the -- one, two -- third author.<br>Do you see that?<br>A. Yes.<br>Q. And as well as yourself from Bayer, Elisabeth Perzborn also is listed as a co-author, correct?<br>A. Yes, she is.<br>Q. In addition to Dr. Samama, who is an outside consultant, correct?<br>A. Yes.<br>Q. Okay. He had his own lab?<br>A. He was a medical director at the Biomnis Laboratories, which is a commercial laboratory in France, similar to a Quest Diagnostics in the United States.<br>Q. Okay. And then the additional author of this is Jean-Luc Martinoli.<br>Do you see that?<br>A. Yes.<br>Q. And that was actually -- I think we talked about before, he worked for Diagnostica Stago, correct?<br>A. That is correct.<br>Q. Okay. Now, who wrote this article?<br>A. Who wrote this article. This article would have been prepared in a draft form by the writing group with which we worked, Yong-Ling Liu, a Ph.D. -- a -- a doctor in endocrinology, but a doctor of philosophy in endocrinology. She would have given us | | publication. Testimony relevant and highly probative as well as it relates to messaging on assay use to int'l. medical society and company position on assay use with Xarelto, including use of a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | |
| **170:21 - 172:6 Spiro, Theodore 2016-05-10** 1:00<br>Q. Thanks. And Yong-Ling Liu is not listed as an author of the study in the caption of the -- the study at the top, correct?<br>A. Correct.<br>Q. But if we turn back to the next-to-the-last page on Page 8, there is an acknowledgment section, right?<br>A. Correct.<br>Q. And you say, "The authors would like to acknowledge Yong-Ling Liu who provided editorial support" -- did I read that correctly?<br>A. Correct.<br>Q. " -- with funding from Bayer Healthcare Pharmaceuticals and Johnson & Johnson Pharmaceutical Research & | **Re: [170:21-172:6]**<br>**Def Obj** R, P, Relevance-Chameleon, H | Re: [170:21-172:6]<br>Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge surrounding publication. Testimony relevant and highly probative as well as it relates to messaging on assay use to int'l. medical society and company position on assay use with Xarelto, including | **Pending** |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| Development, LLC."<br>Do you see that?<br>A. Right.<br>Q. Now, Yong-Ling Liu worked for a company that provides medical writing services, correct?<br>A. Correct.<br>Q. And is that company Chameleon?<br>A. Yes.<br>Q. Okay.<br>A. Chameleon Communications.<br>Q. Okay. And where did Yong-Ling Liu work from at Chameleon, physically, the physical geographic location?<br>A. In the East London area. | | | use of a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | |
| 175:15 - 176:7 Spiro, Theodore 2016-05-10<br>Q. So let me show you what we'll mark Exhibit Number 11, which is Record Number 1714978, which is an e-mail -- Bates, BHCP 05686719. It's an e-mail chain from January of 2007, so just less than a month after the Paris meeting.<br>Do you have that in front of you now?<br>A. Yes.<br>Q. And this e-mail chain starts out with an e-mail from Jim -- James Morrissey who is one of the consultants that attended the Paris meeting to yourself. Theodore Spiro at Bayer.<br>Do you see that?<br>A. Yes. | 0:46 | **Re: [175:15-176:7]**<br>**Def Obj** R, P, Relevance-Chameleon, H | Re: [175:15-176:7]<br>Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge surrounding publication. Testimony relevant and highly probative as well as it relates to messaging on assay use to int'l. medical society and company position on assay use with Xarelto, including use of a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the | **Pending** |
| 176:22 - 178:1 Spiro, Theodore 2016-05-10<br>Q. So if you'll flip with me to the next-to-the-last page. There's an e-mail that Dr. Morrissey sends to you. The subject is "Abstract for ISTH."<br>Do you see that?<br>A. Yes.<br>Q. What is ISTH?<br>A. International Society on Thrombosis and Hemostasis.<br>Q. Okay. And that was going to be a medical conference that's held by ISTH?<br>A. It is a medical -- it is a | 1:10 | **Re: [176:22-178:1]**<br>**Def Obj** R, P, Concede-Routine Monitoring, Relevance-Chameleon, H, AF, LF, MD, PK, Attorney-colloquy/objections | Re: [176:22-178:1]<br>Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's involvement in shaping messaging to int'l medical society. Business records exception as email includes | **Pending** |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| medical conference that is held every second year.<br>Q. Okay. And Dr. Morrissey, who was at University of Illinois at Urbana-Champaign, e-mails you and says, "Dear Ted. Is it at all possible for us to send an abstract for ISTH regarding the studies we've done on rivaroxaban? The abstract deadline is February 2nd. If this isn't sufficient time for Bayer to review the abstract, I can certainly understand."<br>Do you see that's what he e-mailed you in January of 2007?<br>A. Yes. | | witness and foundation is established by witness, also establishing personal knowledge. Also party admission. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk Further, also relevant to Plaintiff's failure to | |
| **178:9 - 181:5 Spiro, Theodore 2016-05-10** 2:42 | | | |
| Q. Okay. It certainly seems, according to his e-mail, that -- that they've been involved in studies with Xarelto, correct?<br>A. Correct.<br>Q. Okay. Now, he mentions there being an abstract deadline. And then he says, "If this isn't sufficient time for Bayer to review the abstract, I can certainly understand."<br>Do you see that?<br>A. Yes.<br>Q. Now, Dr. Morrissey didn't work for Bayer, right?<br>A. No.<br>Q. He was a professor at University of Illinois, correct?<br>A. Correct.<br>Q. Do you know why he would need to give Bayer time to review the abstract?<br>A. I -- I do not. I do not know why he would have had -- what type of relationship he had with Elisabeth Perzborn and/or Bayer in terms of the types of research he was conducting. I -- I don't -- I do not recall.<br>Q. Okay. Let's look at the response. And I think it's an e-mail that you sent. It's on the next page, to Frank Misselwitz and Elisabeth Perzborn. And it's on January 17, 2007, as well --<br>A. Right.<br>Q. -- and you say, "Hi Frank and Elisabeth."<br>Do you have that one?<br>A. Yes, I do.<br>Q. Okay. You say, "Hi Frank and Elisabeth. Please advise as to steps to take to process this request for Dr. Morrissey to present at ISTH the results of his studies with rivaroxaban that we discussed at our advisory board meeting this past month." | **Re: [178:9-181:5]**<br>**Def Obj** R, P, Concede-Routine Monitoring, Relevance-Chameleon, H, AF, LF, MD, PK, Attorney-colloquy/objections | Re: [178:9-181:5]<br>Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's involvement in shaping messaging to int'l medical society. Business records exception as email includes witness and foundation is established by witness, also establishing personal knowledge. Also party admission. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk Further, also relevant to Plaintiff's failure to warn claims and | **Pending** |

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| Do you see that?<br>A. Yes.<br>Q. So it's clear from here that these studies that have been done by Dr. Morrissey with Xarelto had actually been discussed at the Paris meeting, correct?<br>A. Yes.<br>Q. Okay. And you are asking Frank Misselwitz and Elisabeth Perzborn what it would take in order to get these results presented at the conference, the next conference of ISTH, right?<br>A. Yes.<br>Q. Okay. And if you can look with me at the next page. It -- you send another e-mail to Dr. Morrissey. Do you see that, at 1/17/07, 12:57 p.m.?<br>A. Yes.<br>Q. Okay. You say, "Hi, Dr. Morrissey. Elisabeth has explained the internal review process and constraints which are as follows."<br>Do you see that?<br>A. Yes. | | | | |
| 181:11 - 182:6 Spiro, Theodore 2016-05-10<br>Q. It says, "Chameleon, a Bayer contractor, has to edit the abstract, and it has to pass the Bayer internal review process. Due to the timelines, we recommend considering presentation of the data at the ASH as the deadline for ISTH is close at hand," right?<br>A. Yes.<br>Q. You then provide him with information that the ASH deadline is on August 1st, and that generally the sponsor requests four to six weeks to review an abstract or manuscript for presentation or submission.<br>Do you see that?<br>A. Yes.<br>Q. Okay. This would seem to indicate that Bayer had actually agreed to sponsor Dr. Morrissey's studies, correct? | 1:00 | **Re: [181:11-182:6]**<br>**Def Obj** R, P, Concede-Routine Monitoring, Relevance-Chameleon, H, AF, LF, MD, PK, Attorney-colloquy/objections | Re: [181:11-182:6]<br>Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's involvement in shaping messaging to int'l medical society. Business records exception as email includes witness and foundation is established by witness, also establishing personal knowledge. Also party admission. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk Further, also relevant to | Pending |
| 182:10 - 182:11 Spiro, Theodore 2016-05-10<br>THE WITNESS: It would seem that that would be the case. | 0:02 | **Re: [182:10-182:11]**<br>**Def Obj** R, P, Concede- | Re: [182:10-182:11]<br>Pltf Resp Not offered | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | Routine Monitoring, Relevance-Chameleon, H, AF, LF, MD, PK, Attorney-colloquy/objections | for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's involvement in shaping messaging to int'l medical society. Business records exception as email includes witness and foundation is established by witness, also establishing personal knowledge. Also party admission. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify | Overruled |
| 182:17 - 183:21 Spiro, Theodore 2016-05-10<br>Q. Dr. Morrissey responded to you and thanked you for the explanation.<br>Do you see that at the bottom?<br>A. Yes.<br>Q. And then you wrote a response e-mail at 2:13 p.m. just above that.<br>Do you see that?<br>A. Yes.<br>Q. You say, "Do you have an abstract prepared? If yes, we could at least ask Frank and Elisabeth to review it."<br>Do you see that?<br>A. Yes.<br>Q. "The issue of laboratory methods/monitoring is a sensitive subject."<br>Do you see that?<br>A. Yes.<br>Q. So in 2007, in January of 2007, just less than a month after the Paris meeting, you're letting Dr. Morrissey, one of the outside consultants that attended the Paris meeting, know that laboratory method/monitoring was a sensitive subject, correct? | 0:56 | **Re: [182:17-183:21]**<br>**Def Obj** R, P, Concede-Routine Monitoring, Relevance-Chameleon, H, AF, LF, MD, PK, Attorney-colloquy/objections | Re: [182:17-183:21]<br>Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's involvement in shaping messaging to int'l medical society. Business records exception as email includes witness and foundation is established by witness, also establishing personal knowledge. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk Further, also relevant to Plaintiff's failure to warn claims and | Pending |
| 183:23 - 184:16 Spiro, Theodore 2016-05-10<br>THE WITNESS: Yes. That is what the memoranda says.<br>BY MR. OVERHOLTZ:<br>Q. And that was your | 1:10 | **Re: [183:23-184:16]**<br>**Def Obj** R, P, Concede-Routine Monitoring, Relevance-Chameleon, | Re: [183:23-184:16]<br>Pltf Resp Not offered for hearsay purpose, rather for notice and | Pending |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| understanding as well, that that was a sensitive subject at Bayer, correct?<br>A. Yes. In Bayer, the -- the issue of dosage adjustment was of concern because the program of development was predicated on not requiring dosage adjustments in patients to achieve the desired therapeutic response.<br>It was a fixed-dose approach.<br>Q. Let me ask you what we'll mark as Exhibit Number 12, which is Record Number 497291, Bates BPAG 1168253 | | H, AF, LF, MD, PK, Attorney-colloquy/objections | questioning witness' knowledge on defendant's involvement in shaping messaging to int'l medical society. Business records exception as email includes witness and foundation is established by witness, also establishing personal knowledge. Also party admission. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk Further, also relevant to | Overruled |
| **185:7 - 185:13 Spiro, Theodore 2016-05-10** | 0:40 | | | |
| Q. This is an e-mail chain from it looks like -- I want to get the date right -- August of 2007, between Dr. Samama and Elisabeth Perzborn, and then Elisabeth Perzborn forwards the information to a large group at Bayer, including yourself. | | **Re: [185:7-185:13]**<br>**Def Obj** R, P, Concede-Routine Monitoring, H | Re: [185:7-185:13]<br>Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Business records exception and also party admission. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for | Pending |
| **185:19 - 186:1 Spiro, Theodore 2016-05-10** | 0:20 | | | |
| BY MR. OVERHOLTZ:<br>Q. So first Dr. Samama e-mails Dr. Perzborn and describes two protocols for studies that he would like to do with respect to Xarelto. Is that a fair statement?<br>A. Yes. | | **Re: [185:19-186:1]**<br>**Def Obj** R, P, Concede-Routine Monitoring, H | Re: [185:19-186:1]<br>Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's position | Pending |

04/20/17 18:27

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | on the ability and need to measure drug exposure to identify patients at increased bleed risk. Business records exception and also party admission. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for | |
| **186:21 - 187:6 Spiro, Theodore 2016-05-10**<br>Q. Okay. And then Dr. Perzborn forwards Dr. Samama's e-mail where he lays out the two protocols for studies to Dr. Misselwitz, yourself, as well as several other people at Bayer, including Dr. Kubitza, Dr. Mueck, Dr. Berkowitz, as well as Harald Kallabis and Bernhard Glombitza.<br>Do you see that?<br>A. Yes. | 0:24 | **Re: [186:21-187:6]**<br>**Def Obj** R, P, Concede-Routine Monitoring, H | Re: [186:21-187:6]<br>Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Business records exception and also party admission. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement | **Pending** |
| **188:12 - 189:5 Spiro, Theodore 2016-05-10**<br>What about Martina Evertz. Do you know who she was?<br>A. Yes. She would have been in the marketing organization.<br>Q. So she was in marketing, right?<br>A. Right.<br>Q. Okay. And you say, "Dear all" -- and you drafted -- you received this e-mail from Dr. Perzborn, right?<br>A. Right. | 0:30 | **Re: [188:12-189:5]**<br>**Def Obj** R, P, Concede-Routine Monitoring, H | Re: [188:12-189:5]<br>Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's position on the ability and need to measure drug exposure to identify patients at | **Pending** |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | Q. And she says, "Dear all. As you know, Professor Samama is very interested in the question, what is the best way to monitor Xarelto, if necessary?"<br>Do you see that?<br>A. Yes. | | increased bleed risk. Business records exception and also party admission. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the | |
| 192:5 - 192:13 Spiro, Theodore 2016-05-10 | Q. So there was a protocol in place to do these types of studies, correct?<br>A. The protocol wasn't in place. It had to be reviewed -- submitted and reviewed by a committee that was charged with reviewing investigator-initiated studies at that time. | 0:18<br>**Re: [192:5-192:13]**<br>**Def Obj** R, P, Concede-Routine Monitoring, H | Re: [192:5-192:13]<br>Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Business records exception and also party admission. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the | Pending |
| 193:1 - 193:8 Spiro, Theodore 2016-05-10 | Q. Let me ask you this. As part of the review process for a study related to laboratory assays, did that require the approval of marketing at Bayer?<br>A. To the best of my knowledge, no, marketing would not have been involved in that. | 0:22 | | |
| 193:9 - 193:22 Spiro, Theodore 2016-05-10 | Q. Okay. The next thing that Dr. Perzborn says is, "Moreover, it would be very helpful or even necessary to learn your opinion, to reanimate the discussion process started at the Paris meeting, and to get a consolidated Bayer and J&J opinion."<br>Do you see that?<br>A. Yes.<br>Q. Okay. And so she wanted to get the opinion of these people she e-mailed related to this proposal by | 0:29<br>**Re: [193:9-193:22]**<br>**Def Obj** R, P, Relevance-Marketing, H, A, AR, MD | Re: [193:9-193:22]<br>Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's position on the ability and need to measure drug exposure to identify patients at increased bleed risk. | Pending |

Overrule

04/20/17 18:27

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| Dr. Samama, correct?<br>A. Correct. | | | Business records exception and also party admission. Testimony relevant and highly probative to defendant position on assay development and evolution of its position on the subject of assay development and use. Plaintiff disputes admissiblity of this evidence is conceded. Clearly no argumentative and | |
| **194:12 - 194:18 Spiro, Theodore 2016-05-10**<br>Q. You don't have any understanding as to why Dr. Perzborn would be asking people like Martina Evertz in marketing their opinion related to whether or not Bayer should support tests that would determine the best way to monitor Xarelto, correct? | 0:15 | **Re: [194:12-194:18]**<br>**Def Obj** R, P, Relevance-Marketing, H, A, AR, MD | Re: [194:12-194:18]<br>Pltf Resp Plaintiff withdraws this designation. | Pending |
| **194:22 - 195:4 Spiro, Theodore 2016-05-10**<br>Formalistically speaking, the "to list" would be the individuals to whom she is addressing the opinion collection process. And the cc is to the individuals who she's informing that we are going to so do. | 0:20 | **Re: [194:22-195:4]**<br>**Def Obj** R, P, Concede-Routine Monitoring, Relevance-Marketing, H, A, AR, MD | Re: [194:22-195:4]<br>Pltf Resp Plaintiff withdraws this designation. | Pending |
| **198:1 - 198:11 Spiro, Theodore 2016-05-10**<br>Q. Okay. Dr. Spiro, I'll show you what we marked as Exhibit 13, Spiro-13, which is Record 2769890, BPAG 16414467<br>And this is a continuation of the e-mail that was sent by Elisabeth Perzborn on August 17th of 2017 (sic) to the several people at Bayer related to Dr. Samama's proposal to do the two studies. Do you see that on the next-to-the-last page? | 0:34 | **Re: [198:1-198:11]**<br>**Def Obj** R, P, Concede-Routine Monitoring, H | Re: [198:1-198:11]<br>Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's position on the ability and need to measure drug exposure to identify patients at | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | increased bleed risk. Business records exception also party admission. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement | |
| 198:15 - 199:3 Spiro, Theodore 2016-05-10 | 1:07 | | | |
| Q. Did you have a chance to read this document, Exhibit 13?<br>A. Yes.<br>Q. Okay. And you can see with me -- on the next-to-the-last page, we see the e-mail that we were discussing in Exhibit 12, which is the e-mail from Dr. Perzborn to yourself, Dr. Misselwitz, Klaus Wehling, and others regarding Dr. Samama's interest in what is the best way to monitor Xarelto.<br>Do you see that?<br>A. Yes, I do see that. | | **Re: [198:15-199:3]** **Def Obj** R, P, Concede-Routine Monitoring, H | Re: [198:15-199:3] Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Business records exception also party admission. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement | Pending |
| 199:11 - 199:24 Spiro, Theodore 2016-05-10 | 0:32 | | | |
| Q. And if we turn to the next page, Martina Evertz forwards that e-mail that she received from Dr. Perzborn, and she forwards it to several people, including an Andreas Nauck, Ian Talmage, Marc van Unen, Bernhard Schaefer, Stephan-Nicholas Wirtz, and Dr. Wolf Sittner.<br>Do you see that?<br>A. Yes, I do.<br>Q. All right. And these are people in the marketing department at Bayer?<br>A. Yes, they are. | | **Re: [199:11-199:24]** **Def Obj** R, P, Concede-Routine Monitoring, H | Re: [199:11-199:24] Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Business records exception also party | Pending |

04/20/17 18:27

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | admission. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement | |
| **202:21 - 204:3 Spiro, Theodore 2016-05-10**<br>Q. So Martina Evertz forwards this e-mail that you received from Dr. Perzborn regarding the study proposal for Professor Samama, correct?<br>A. She forwarded it down to colleagues in her organization, yes.<br>Q. And she quotes from Dr. Samama's proposal regarding the aim of the study, correct?<br>A. Yes.<br>Q. And one of those aims was to explore the possibility of promoting a kit which will be available on the market, correct?<br>A. Yes.<br>Q. She wrote to her marketing colleagues, "From my perspective, provided that the scientific method described is the right approach, which is difficult for me to comment on, I would support this study, since this is with" -- "in line with our claim from the claims list to provide monitorability."<br>Do you see that?<br>A. Yes, I see that. But the -- the wording here, "monitorability," would be better stated as measurability because we -- we were not in the -- in the process of developing dosage adaptations based on measurements of rivaroxaban concentrations. | 1:21 | **Re: [202:21-204:3]**<br>**Def Obj** R, P, Concede-Routine Monitoring, H | Re: [202:21-204:3]<br>Pltf Resp Not offered for hearsay purpose, rather for notice and questioning witness' knowledge on defendant's position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Business records exception also party admission. Testimony relevant and highly probative to defendant position on the ability and need to measure drug exposure to identify patients at increased bleed risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the | **Pending** |
| **210:4 - 210:17 Spiro, Theodore 2016-05-10**<br>Q. So earlier you and I talked about the fact that if you measured someone and their drug plasma concentrations were too high, one of the things that you could do in the clinical setting is miss a dose, correct?<br>A. Yes. That would be an option.<br>Q. Okay. What would you do next for that patient? Would you put them back on the exact same dose when they've already demonstrated that they are -- have high plasma concentrations of the drug? | 0:30 | **Re: [210:4-210:17]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, LF, IH, O, S, | Re: [210:4-210:17]<br>Pltf Resp Whether plasma concentrations could be measured and predict bleed risk is relevant to demonstrating that defendants were motivated to avoid any form of monitoring including a one-time measurement to | **Pending** |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | evaluate patients at a high bleeding risks as well as Defendants' notice of the ability to make such a measurement. Witness led effort of defendant's evaluation of ways to measure drug exposure of Xarelto and is a medical doctor - Xarelto use with evidence of a ... | Overruled |
| 210:21 - 211:13 Spiro, Theodore 2016-05-10 THE WITNESS: It's a difficult -- difficult question. It -- it would have to be viewed in the context of -- of an individual patient as to what might be -- what might be done. What always was an alternative for certain types of patients would be treat -- treatments with standard of care.<br>BY MR. OVERHOLTZ:<br>Q. So don't put them back on Xarelto?<br>A. That's an option.<br>Q. And instead switch them over to a -- a warfarin therapy, perhaps?<br>A. Perhaps. | 0:29 | **Re: [210:21-211:13]** **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, LF, IH, O, S, | Re: [210:21-211:13] Pltf Resp Whether plasma concentrations could be measured and predict bleed risk is relevant to demonstrating that defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risks as well as Defendants' notice of the ability to make such a measurement. Plaintiff disputes admissibility of this evidence is conceded. Reacting to concentration of a patient with deteriorating renal function is sufficient foundation | Pending |
| 234:2 - 234:8 Spiro, Theodore 2016-05-10 Q. Let me show you what we'll mark as Exhibit Number 18. Okay. So this is Record 1690921, Bates BHCP 05104216. And there is an e-mail chain that goes several pages. It starts with an e-mail from Yong-Ling Liu at Chameleon to several people at Bayer. | 1:09 | **Re: [234:2-234:8]** **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H | Re: [234:2-234:8] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. | Pending |

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | Testimony relevant and highly probative to defendant involvement in medical literature and scientific study re: Xarelto, assay development and use as well as evolving company position on the same . Plaintiff disputes the admissibility of this evidence is conceded. | |
| **234:20 - 235:10 Spiro, Theodore 2016-05-10**<br>Q. So if we can start on the bottom of the first page, you can see at the very bottom there's an e-mail from Nancy Cook-Bruns to yourself on June 17, 2009, copying Elisabeth Perzborn, where she says, "Dear Theo." At the top of the second page, "Can you please get in touch with Garreth"?<br>A. Yes.<br>Q. And she says, "Dear Theo. Can you please get in touch with Garreth at Chameleon regarding the poster from Dr. Samama for ISTH?" Do you see that?<br>A. Yes. | 1:43 | **Re: [234:20-235:10]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H | Re: [234:20-235:10]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of | **Pending** |
| **238:23 - 240:11 Spiro, Theodore 2016-05-10**<br>Q. Okay. Now, you respond to Nancy Cook-Bruns on the first page, correct? And you say, "Dear Nancy. Certainly I can do this." Do you see that?<br>A. Yes.<br>Q. You say, "Re monitoring, it is necessary to have a test in the routine clinical laboratory ideally for measuring rivaroxaban blood concentrations in unusual clinical situations." Do you see that? | 1:39 | **Re: [238:23-240:11]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H, AF, IH, LF, MD | Re: [238:23-240:11]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical | **Pending** |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| A. Yes.<br>Q. Okay. "The types of patients concerned you know as well as I do: Low-body-weight patients, less than 50 kilograms; high-body-weight patients, greater than 120 kilograms; accidental overdose, a two-year old child swallows 30 rivaroxaban tablets; attempted suicide, the patient swallows five tablets; compliance; patients with hepatic and renal insufficiency on chronic treatment and so forth."<br>That's what you told Nancy, correct?<br>A. Yes.<br>Q. 50 kilograms is about how many pounds?<br>A. 50 kilograms is about 110 pounds.<br>Q. So one of the patients that you were talking about it being necessary to measure their blood concentrations are patients that weigh less than 110 pounds, correct? | | and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff | Overruled |
| **240:14 - 240:15 Spiro, Theodore 2016-05-10** 0:11<br>THE WITNESS: It might be necessary. Might. | **Re: [240:14-240:15]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H, AF, IH, LF, MD | Re: [240:14-240:15] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | Pending |
| **240:17 - 241:4 Spiro, Theodore 2016-05-10** 0:43<br>Q. Now, one of the things that Dr. Cook-Bruns asked you to review was the Chris Nessel e-mail and the back and forth with Sue Pagano at J&J.<br>Do you recall that?<br>A. Yes. I've just looked at it.<br>Q. And so you reviewed this e-mail string that she forwarded to you | **Re: [240:17-241:4]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H | Re: [240:17-241:4] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative | Pending |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| at the time, correct?<br>A. Yes. I would have reviewed it. | | | as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of | |
| **241:20 - 242:12 Spiro, Theodore 2016-05-10**<br>Q. Okay. So you see where she forwards the Samama poster related to the effects of rivaroxaban, a novel oral direct Factor Xa inhibitor on coagulation assays for your review.<br>A. Yes.<br>Q. In response to that, Warren Cowell at Bayer responds.<br>Do you see that?<br>A. Yes.<br>Q. Just above.<br>A. Mm-hmm.<br>Q. Warren Cowell is listed as global project leader, global health economics outcomes and reimbursement.<br>Do you see that?<br>A. Yes. | 0:38 | **Re: [241:20-242:12]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H | Re: [241:20-242:12] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for | Pending |
| **242:18 - 243:23 Spiro, Theodore 2016-05-10**<br>Q. And Warren Cowell responds to Yong-Ling Liu from Chameleon Group's e-mail attaching Samama's poster.<br>Do you see that?<br>A. Yes.<br>Q. And he says, "Dear Yong-Ling. Please see some comments from a nonspecialist perspective."<br>And if we can look at the top of the next page, there's two bullet points. He says, the first bullet point, | 1:15 | **Re: [242:18-243:23]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H, AF, IH, LF, MD | Re: [242:18-243:23] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' | Pending |

| Designation | Testimony | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| | "There is an assumption explicitly stated that riva does not require routine monitoring which is presented within this poster as contextual information, but also positioned as one of the 'communication objectives.'"<br>Do you see that?<br>A. Yes, I do.<br>Q. He says, "Perhaps we should explain or reference this claim, as I am not sure how this claim is currently supported, or even in its" -- "if it is defensible."<br>Do you see that?<br>A. Yes, I do.<br>Q. Did you ever talk to Dr. Cowell about his concerns about the claim for no routine monitoring may not even be defensible? | | | interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff | Overruled |
| 244:2 - 244:5 Spiro, Theodore 2016-05-10 | THE WITNESS: No, I did not have any -- I do not remember having conversations with Warren Cowell, no, in this regard. | 0:08 | Re: [244:2-244:5]<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H, AF, IH, LF, MD | Re: [244:2-244:5]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | Pending |
| 244:12 - 244:22 Spiro, Theodore 2016-05-10 | Q. So Warren Cowell says, "Also from the contextual perspective, it may not be clear to nonspecialists how any results of riva assays would be used in clinical practice, i.e., if a physician already knows a patient has overdosed/bled on riva, what would they do with the results of such an assay?"<br>So he's asking what is a physician supposed to do with the results of these measurements, right? | 0:33 | Re: [244:12-244:22]<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H | Re: [244:12-244:22]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of | |
| 245:1 - 247:9 Spiro, Theodore 2016-05-10 | 2:43 | | | |
| THE WITNESS: There are, I think, clinical situations in which it is helpful to know the concentration of rivaroxaban, what the concentration of rivaroxaban is in the plasma of a specific patient. This brings us to the assumption that the patient can tell us that, in fact, he -- he or she is using rivaroxaban. I don't know exactly what Warren Cowell's background was, so it's difficult for me to -- to understand exactly where his -- how -- where his concern is directed. But as an example, a patient who has overdosed on, as has been reported in the literature, 100 tablets of rivaroxaban, it may be helpful to know that this patient has a certain plasma concentration and be able to monitor it to -- for -- measure it for one or two days to see that the drug is being eliminated from the -- the -- the plasma compartment and to use -- to take measures during that -- that period of time to protect the patient from risk of bleeding. The -- the assay, as we were thinking about it, was a measurement assay, and not -- not a dose-adaptation assay. We were considering it to be of value and of use in the setting of -- of -- of the patient who might require an emergency surgery as an example, to provide guidance to the surgeon as to the -- the concentration of rivaroxaban in the -- in the patient's plasma. | | **Re: [245:1-247:9]** **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H | Re: [245:1-247:9] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. TTestimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff | Pending |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

So there are some situations in which the -- this information can be of use to -- to a physician.

And I think in this ongoing discussion, we are continuing the -- the conversation of when and where that might be the case.

BY MR. OVERHOLTZ:

Q. So Sue Pagano responds to Dr. Cowell's e-mail. And she is from J&J. Did you know her?

A. Yes, I did.

Overruled

**248:9 - 249:2 Spiro, Theodore 2016-05-10** 0:37

Q. But she says to Warren Cowell and the others on the e-mail saying, "Agree with Warren, reference the monitoring statement.

"His point about what physicians would do with the results and the dilemma of no need for monitoring, hence why is this assay important to doctors? This needs some clarity, as they will leave the poster with questions."

Do you see that?

A. Yes, I do.

Q. I mean, this is the question. If you're going to create a way to measure the drug levels, isn't it the right thing to do to tell physicians what they should do about it?

Objections In: Re: [248:9-249:2] **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H

Responses In: Re: [248:9-249:2] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. TTestimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for

Rulings: Pending

**249:5 - 250:10 Spiro, Theodore 2016-05-10** 1:39

THE WITNESS: The -- at -- at this point in time we're developing the assay -- we're not developing the assay. We are supporting diagnostic companies that specialize in coagulation testing. We are supporting some companies in their efforts to develop assays for measurement of rivaroxaban.

We -- we agree that there is a need to have an assay for measurement. We are not developing dose-adapted -- treatment regimens that require dosage adjustments. But we do feel that as the use of these

Objections In: Re: [249:5-250:10] **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H

Responses In: Re: [249:5-250:10] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of

Rulings: Pending

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| non-vitamin K oral anticoagulants increases, and in particular with the additional indications under investigation, that the -- the circumstances in which a measurement might be helpful to a physician would increase.<br>I've already mentioned two of the more obvious situations, suicidal attempts, overdoses, and the -- in the setting of a requirement for emergency surgery or -- or invasive procedures. | | | Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff | |
| **250:11 - 250:20 Spiro, Theodore 2016-05-10**<br>But we do not have further -- we don't really have further instructions to give to physicians, because, again, our development program is predicated on a treatment regimen that has a -- a larger therapeutic window than was the case for the vitamin K antagonist and does not require a dose-adaptation strategy." | 0:26 | **Re: [250:11-250:20]**<br>**Pltf Obj** Witness' response is nonresponsive. | | Pending |
| **253:1 - 253:6 Spiro, Theodore 2016-05-10**<br>Q. Okay. And Chris Nessel responds -- and did you know Dr. Nessel?<br>A. Yes, I know Dr. Nessel.<br>Q. Okay. He was with J&J, correct?<br>A. Yes. | 0:09 | **Re: [253:1-253:6]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H | Re: [253:1-253:6]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff | Pending |
| **253:22 - 255:3 Spiro, Theodore 2016-05-10**<br>Q. Okay. He says, "Dear Sue. As I review the poster there are at least two issues extant. The first is to appropriately caution clinicians against monitoring the pharmacological activity of rivaroxaban. I recommend strengthening the introduction as follows:<br>"Change 'There is no requirement for routine coagulation monitoring,' to, there is no clinical value or utility in routine coagulation monitoring.<br>"The absence of a requirement does not adequately convey the matter. The trials were performed without any coagulation monitoring, not even if it was desired."<br>Did I read that correctly?<br>A. Yes, you did.<br>Q. He says, "Moreover, I disagree that monitoring may be valuable in certain instances."<br>Do you see that?<br>A. Yes, I do.<br>Q. He says, "It may be desired, but that is distinctly different from the | 0:58 | | | |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| presence of clinical value."<br>Do you see that?<br>A. Yes. | | | | |
| **255:4 - 255:16 Spiro, Theodore 2016-05-10**<br>Q. He says, "In the absence of an antidote or reversal agent, what is the clinician supposed to do with the result of a monitoring assay?"<br>And he gives an example of a rivaroxaban level of .35 micrograms per milliliter.<br>Do you see that?<br>A. Yes.<br>Q. So he's again questioning what is a physician supposed to do with a result from one of these measuring assays, correct? | 0:29 | **Re: [255:4-255:16]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, Relevance-Reversal Agent/Antidote, H, LF, MD, S | Re: [255:4-255:16]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of | Pending<br>Overruled |
| **255:19 - 255:24 Spiro, Theodore 2016-05-10**<br>THE WITNESS: Yes.<br>BY MR. OVERHOLTZ:<br>Q. And when you responded to Nancy Cook-Bruns, you disagreed with Dr. Nessel, correct?<br>A. Yes. | 0:19 | **Re: [255:19-255:24]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, Relevance-Reversal Agent/Antidote, H, LF, MD, S | Re: [255:19-255:24]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | Pending |

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| **256:8 - 256:17 Spiro, Theodore 2016-05-10**<br>Q. You said on the first page of the e-mail, "Re monitoring, it is necessary to have a test in the routine clinical laboratory, ideally for measuring rivaroxaban blood concentrations in unusual clinical situations."<br>We went through that before, those examples that you gave, correct?<br>A. Yes, correct. | 0:26 | **Re: [256:8-256:17]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H | Re: [256:8-256:17]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of | Pending |
| **264:1 - 265:3 Spiro, Theodore 2016-05-10**<br>Q. Let's see what Dr. Nessel said next. He said -- I wasn't the first person to use a conflict. Dr. Nessel says to this group, that you reviewed, "Finally, there is a conflict inherent in the poster. We believe that coagulation monitoring is not necessary, but go on to present multiple methods to do so. No brief statement will resolve this. To the contrary, presenting this information tacitly justifies monitoring via the provision of detailed techniques and results, even to the point of stating that the anti-Factor Xa assay is less convenient for routine use."<br>Do you see that?<br>A. Yes, I do.<br>Q. It then says, "Perhaps we should define our position on the matter before presenting this data in a public/scientific forum," correct?<br>A. That's what he says.<br>Q. Because of Dr. Samama's secrecy agreement, Bayer and J&J, in fact, did have the right to define their position before letting this information get out publicly, correct? | 1:06 | **Re: [264:1-265:3]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H, AF, AR, LF, MD | Re: [264:1-265:3]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding | Pending |
| **265:6 - 265:14 Spiro, Theodore 2016-05-10** | 0:25 | | | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | THE WITNESS: I -- I don't know what -- how to answer that question. I'd have to look at the poster that was finally displayed at the meeting in order to -- to respond. I don't remember the -- the -- the follow-up to this -- this e-mail in terms of modification of the poster. | Re: [265:6-265:14] **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H, AF, AR, LF, MD | Re: [265:6-265:14] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of | Pending Overruled |
| 267:21 - 267:24 Spiro, Theodore 2016-05-10 | 0:07 | | | |
| | Q. And so you have had a chance to review Exhibit 19, familiarize yourself with it a little bit?<br>A. Yes, I have. | Re: [267:21-267:24] **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, AF, LF, MD, V | Re: [267:21-267:24] Pltf Resp Testimony relates to email between lead of Bayer's effort on assay use and development for Xarelto and a laboratory genomic medicine professor he seeks to recruit for participation in a study to assess assays for Xarelto. Spiro advises Bayer refuses compensation as the company sold off its laboratory business, which is relevant and highly probative Bayer's committment to evaluate and consider a Xarelto assay for use in measurement to evaluate patient | Pending |
| 268:5 - 269:9 Spiro, Theodore 2016-05-10 | 1:37 | | | |
| | Q. So let's look at -- let's turn our attention to that e-mail from July 3rd of 2009 at 4:00 p.m.<br>And you e-mail Dr. Eby and you copy several other people, including | Re: [268:5-269:9] **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, AF, LF, | Re: [268:5-269:9] Pltf Resp Testimony relates to email between lead of Bayer's effort on | Pending |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| Dr. Samama as well as some of the folks at Stago, correct?<br>A. Yes.<br>Q. Okay. And Dr. Eby is Charles Eby, and he was a laboratory genomic medicine -- division of the laboratory of genomic medicine at Washington University School of Medicine in St. Louis, Missouri, correct?<br>A. Yes, that's correct.<br>Q. Okay. And do you know how you identified Dr. Eby?<br>A. I don't remember specifically how I identified him. He had -- he had -- he was known in circles of -- in the -- he was known by individuals like Dr. Samama, perhaps, and others to have an interest in coagulation testing. And -- and we were looking for participating sites, in particular in the -- in North America and in the United States to -- to participate to this program to have broader applicability of the assay assessments. | MD, V | assay use and development for Xarelto and a laboratory genomic medicine professor he seeks to recruit for participation in a study to assess assays for Xarelto. Spiro advises Bayer refuses compensation as the company sold off its laboratory business, which is relevant and highly probative Bayer's committment to developing and studying a Xarelto asay. Offered for non hearsay purpose - notice. Also business record and admission against interest. Document presented as it | |
| **270:1 - 271:4 Spiro, Theodore 2016-05-10** 1:02 | | | |
| Q. That's okay.<br>The subject of the e-mail is "Rivaroxaban Xarelto Laboratory Monitoring Assay Development Field Trial," correct?<br>A. Correct.<br>Q. And you say, "Dear Dr. Eby. I'm contacting you on behalf of Professor Samama, Laboratory Biomnis, and Dr. Martinoli, Diagnostica Stago, to invite you to participate to a program in which we are assessing methods to develop monitoring procedures for novel anticoagulants, in specific a direct Factor Xa inhibitor rivaroxaban," correct?<br>A. Yes, that is correct.<br>Q. Okay. And you ask him to let you know if he was interested in participating in the program.<br>Do you see that?<br>A. Yes.<br>Q. Okay. Now, below his personal information that you pasted in, you invited him to join for a luncheon during the ISTH in Boston.<br>Do you see that?<br>A. Yes, I do. | **Re: [270:1-271:4]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, AF, LF, MD, V | Re: [270:1-271:4]<br>Pltf Resp Testimony relates to email between lead of Bayer's effort on assay use and development for Xarelto and a laboratory genomic medicine professor he seeks to recruit for participation in a study to assess assays for Xarelto. Spiro advises Bayer refuses compensation as the company sold off its laboratory business, which is relevant and highly probative Bayer's committment to developing and studying a Xarelto asay. Offered for non hearsay purpose - notice. Also business record and admission against interest. Document | **Pending** |
| **271:9 - 272:2 Spiro, Theodore 2016-05-10** 0:40 | | | |
| Q. Okay. So Dr. Eby responded to you, if you'll flip with me to the next page, on July 7th of '09. And says, | **Re: [271:9-272:2]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, | Re: [271:9-272:2]<br>Pltf Resp Testimony relates to email | **Pending** |

| Testimony | Objections In | Responses In | Rulings |
|---|---|---|---|
| "Hello, Dr. Spiro."<br>Do you see that?<br>A. Yes, I do.<br>Q. He says, "I am very interested in this important topic. There will definitely be situations where laboratory monitoring of the anticoagulant activity of oral direct Xa and IIa inhibitors will be necessary."<br>Do you see that?<br>A. Yes, I do.<br>Q. That's similar to what you had said to Dr. Nancy Cook-Bruns related to Chris Nessel's e-mail in the exhibit before, correct? | Concede-Routine Monitoring, H, AF, LF, MD, V | between lead of Bayer's effort on assay use and development for Xarelto and a laboratory genomic medicine professor he seeks to recruit for participation in a study to assess assays for Xarelto. Spiro advises Bayer refuses compensation as the company sold off its laboratory business, which is relevant and highly probative Bayer's committment to evaluate and consider a Xarelto assay for use in measurement to evaluate patient safety, including a one-time | Overruled |
| **272:5 - 276:3 Spiro, Theodore 2016-05-10** 3:53<br>THE WITNESS: Yeah. Right. So, yes, again with the proviso that the laboratory monitoring and laboratory measurement are -- are the interchangeable terms, and our development of the assays is addressing specifically measurement of drug concentrations, but not the issues relevant to the dose adaptation.<br>BY MR. OVERHOLTZ:<br>Q. He says, "I am on the faculty of Washington University School of Medicine, Department of Pathology."<br>That's in St. Louis, correct?<br>A. Right, that is in St. Louis.<br>Q. He says, "My department has a contract to provide laboratory director services to Barnes Jewish Hospital, which is where all Washington University faculty practice medicine. I cannot direct laboratory employees to conduct tests to support a commercial project, no matter how modest the time, reagent, and equipment requirements without external financial support.<br>"This would require a contract between Washington University and Bayer/Stago, legal review, and an overhead charge of approximately 26 percent," correct?<br>A. Yes, that is what it says.<br>Q. Okay. And then he wants you to let him know if you would be | **Re: [272:5-276:3]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, AF, LF, MD, V | Re: [272:5-276:3]<br>Pltf Resp Testimony relates to email between lead of Bayer's effort on assay use and development for Xarelto and a laboratory genomic medicine professor he seeks to recruit for participation in a study to assess assays for Xarelto. Spiro advises Bayer refuses compensation as the company sold off its laboratory business, which is relevant and highly probative Bayer's committment to evaluate and consider a Xarelto assay for use in measurement to evaluate patient safety, including a one-time measurement to evaluate patients at | Pending |

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|

interested in pursuing the collaboration, right?
A. Correct, that is what it said.
Q. Okay. And you respond to him later that day, and you copy Dr. Martinoli and Dr. Samama on July 7th at 11:12 a.m.
Do you see that?
A. Yes.
Q. You let him know that these issues regarding compensation funding by Bayer has been -- arisen before, right?
A. Yes.
Q. You say, "This trial and its protocol are a hybrid project. While Bayer is the sponsor in terms of financial support, the program falls closer to an investigator-initiated study, IIS, than to a company-sponsored study. However, as we, Bayer, are more involved in this program than is the case for the usual IIS, Bayer 'sponsorship' is cited."
Do you see that?
A. Yes.
Q. Okay. You then let him know that based on the discussions with Dr. Samama and Dr. Martinoli at Stago that, "We have decided not to offer compensation and apply this decision to all participating. The actual logistics behind securing additional corporate funding for this study and the logistics behind negotiating new contracts with 15 laboratories would engender many months of delay in the startup and completion of the field trial of calibrators and controls platformed in the PT assay as described in the protocol."
Did I read that correctly?
A. Yes. And that answers also your question of which -- which assay we were talking about in this e-mail string.
Q. So this would be talking about the PT assay field trial test?
A. The prothrombin time assay.
Q. Okay. And the purpose of this study is to assess clinically practicable tools for measuring rivaroxaban blood concentrations.
Did I read that correctly?
A. Yes, you did.
Q. "For Bayer, no financial incentive exists in the development of such tools, as Bayer has no longer a clinical laboratory business, sold to Siemens two years ago."
Do you see that? Siemens.
A. Yes.

**276:4 - 276:6 Spiro, Theodore 2016-05-10** 0:07

Q. That was your explanation of

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| why Bayer was not interested in funding his laboratory's participation, correct? | | | | |
| 276:9 - 277:1 Spiro, Theodore 2016-05-10<br>THE WITNESS: We did not have a budget to fund individual laboratories for this program.<br>The collaboration that was in place was between Bayer -- I think we were Bayer Schering AG at that time -- Diagnostica Stago, and Professor Samama, Biomnis.<br>We were supporting in particular Diagnostica Stago's interest in having the rivaroxaban measurement assay available as one of their tests in order for them to stay current with the contemporary evolution of coagulation treatments being used in the clinic. | 0:54 | | | |
| 277:3 - 277:10 Spiro, Theodore 2016-05-10<br>Q. So what you told Dr. Eby was, even though the purpose of the study was to assess clinically practicable tools for measuring rivaroxaban blood concentrations, Bayer didn't have any financial incentive to develop such tools because they didn't have a laboratory business anymore, right? | 0:20 | **Re: [277:3-277:10]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, A, AF, LF, MD, M | Re: [277:3-277:10]<br>Pltf Resp Testimony relates to email between lead of Bayer's effort on assay use and development for Xarelto and a laboratory genomic medicine professor he seeks to recruit for participation in a study to assess assays for Xarelto. Spiro advises Bayer refuses compensation as the company sold off its laboratory business, which is relevant and highly probative Bayer's committment to evaluate and consider a Xarelto assay for use in measurement to evaluate patient | Pending |
| 277:14 - 277:20 Spiro, Theodore 2016-05-10<br>THE WITNESS: Oh, yes, we didn't have specific incentive, ourselves, to further develop assays, which we might have done if we had maintained our laboratory division. But it was gone. | 0:13 | **Re: [277:14-277:20]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, A, AF, LF, MD, M | Re: [277:14-277:20]<br>Pltf Resp Testimony relates to email between lead of Bayer's effort on assay use and development for | Pending |

| Designation | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | Xarelto and a laboratory genomic medicine professor he seeks to recruit for participation in a study to assess assays for Xarelto. Spiro advises Bayer refuses compensation as the company sold off its laboratory business, which is relevant and highly probative Bayer's committment to evaluate and consider a Xarelto assay for use in measurement to evaluate patient | |
| 284:17 - 286:7 Spiro, Theodore 2016-05-10 2:24<br>MR. OVERHOLTZ: So Exhibit 21 will be the second record there.<br>BY MR. OVERHOLTZ:<br>Q. 20 is 1701566, and 21 is 1701567<br>And just so we're clear, this is an extension of the same e-mail chain that we looked at before regarding Dr. Nessel's e-mail and Nancy Cook-Bruns asking you to take a look at those -- those e-mails and to get in touch with Garreth at Chameleon. And this is just a follow-up e-mail where Garreth Tucker sends you an e-mail where he attaches the latest Word copy of Dr. Samama's IS -- ISTH poster on the first page.<br>Do you see that?<br>A. Yes.<br>Q. Okay. So in response to Nancy Cook-Bruns asking you to get in touch with Garreth at Chameleon regarding the poster and to see the Chris Nessel below, he sends you a copy of Dr. Samama's latest poster and then attaches that to the e-mail.<br>The e-mail is Bates Number BHCP 05374715 and then the actual attachment poster is 05374729.<br>And do you see this "effects of rivaroxaban, a novel, oral, direct Factor Xa inhibitor, on coagulation assays" on Exhibit 21?<br>A. Yes, I do.<br>Q. And it has, "Draft for GEST." We talked about that before. That is the publication review committee, correct?<br>A. Yes. | **Re: [284:17-286:7]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H | Re: [284:17-286:7]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff | Pending |
| 288:17 - 289:12 Spiro, Theodore 2016-05-10 0:42 | | | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| A. Yes.<br>Q. First conclusion says, "Although there is no requirement for routine coagulation monitoring with rivaroxaban, appropriate assays may be useful in certain circumstances."<br>Did I read that correctly?<br>A. Yes, you did.<br>Q. The third bullet point says, "Because of the linear relationship between prothrombin time and rivaroxaban plasma concentrations, prothrombin time measurements can be expressed as rivaroxaban plasma concentrations in micrograms per milliliter if a calibration curve has previously been established."<br>Did I read that correctly?<br>A. Yes, you read -- read that correctly. | **Re: [288:17-289:12]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H | Re: [288:17-289:12]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for | Pending |
| **301:12 - 301:16 Spiro, Theodore 2016-05-10** 0:07 | | | |
| Q. Okay. Let's look at the last two bullet points in that last exhibit, and we'll move on.<br>The next conclusion was that -- | **Re: [301:12-301:16]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H | Re: [301:12-301:16]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | Pending |
| **301:22 - 302:23 Spiro, Theodore 2016-05-10** 0:54 | | | |
| Q. The last two bullet points, the last one specifically.<br>Well, the one right above | **Re: [301:22-302:23]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, | Re: [301:22-302:23]<br>Pltf Resp Relevant for non-hearsay | Pending |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| says, "Prothrombin time assay calibrated to rivaroxaban concentrations appears to be a simple and valuable assay for measuring the pharmacodynamic effects of rivaroxaban in a standardized manner."<br>Do you see that?<br>A. Yes, I do.<br>Q. That was the conclusions that were stated in the paper as of June of 2009, correct?<br>A. Correct.<br>Q. And then we talked about before, the last bullet point says, "Anti-Factor Xa assay calibrated to rivaroxaban concentrations is more specific, although less convenient for routine use in clinical practice."<br>Do you see that?<br>A. Yes, I do.<br>Q. And that has to do with its availability?<br>A. Yes, it has to do with its availability. | | Concede-Routine Monitoring, Relevance-Chameleon, H | purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding | |
| **303:4 - 304:6 Spiro, Theodore 2016-05-10**<br>Q. I'm going to show you Exhibit 22, which is Record Number 1145884. And that's Bates 02485568.<br>This is an e-mail from the next day from Yong-Ling Liu at Chameleon, the medical writing company we were talking about, to yourself, Garreth Tucker at Chameleon, as well as also -- as well as also Anja Alpers at Bayer.<br>Do you see that?<br>A. Yes.<br>Q. And this is on June 18, 2009, a day later. It refers to Dr. Samama's ISTH poster.<br>Do you see that?<br>A. Yes.<br>Q. And Yong-Ling Liu thanks yourself and Anja for taking the time to discuss Dr. Samama's ISTH poster with us today. "As mentioned some concerns were raised during the GEST review process regarding the messages around the aims of these studies and the conclusions about the potential use of some of these assays for measuring pharmacodynamics of rivaroxaban."<br>Do you see that? | 1:26 | **Re: [303:4-304:6]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H | Re: [303:4-304:6]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding | Pending |
| **304:13 - 307:16 Spiro, Theodore 2016-05-10**<br>Q. Okay. Now, do you recall having a call with the folks at Chameleon | 3:22 | **Re: [304:13-307:16]**<br>**Def Obj** R, P, Concede- | Re: [304:13-307:16]<br>Pltf Resp Relevant | Pending |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| related to some of the concerns that we had saw raised in the e-mail chain that you reviewed for Dr. Cook-Bruns, that those concerns were related to the folks at Chameleon?<br>A. I don't have a recollection of that, but the memorandum that you present indicates that we did have that -- we did have that discussion.<br>Q. Okay. And we're talking about Dr. Samama's paper, right?<br>A. Yes. Dr. Samama's poster.<br>Q. And this is the paper that he's listed as the lead author on at the top of the page, right, this poster?<br>A. Yes.<br>Q. And he ended up being the lead author in this -- in this published paper as well, correct?<br>A. Yes.<br>Q. The next paragraph says, "In light of the discussion we had yesterday with the A-GEST members, we have modified the introduction to reflect that although routine coagulation monitoring is not required, some assays may be of value in certain rare circumstances. In addition, it was suggested that a potential utility of PiCt, Hep test, or PT for the measurement of rivaroxaban should be deleted from the conclusion. We have, therefore, modified the conclusion to give a more general statement about the potential of these assays."<br>Do you see that?<br>A. Yes, I do.<br>Q. Okay. And then the next paragraph says, "In addition, it was agreed that a therapeutic plasma concentration range of rivaroxaban should be given in the objective. Your input on this would be very much appreciated. Please see the comments in the attached draft poster for detail. Please also find attached for your reference the accepted abstract."<br>Do you see -- do you see that?<br>A. Yes, I do.<br>Q. If we can mark as the next Exhibit 23.<br>(Document marked for identification as Exhibit Spiro-23.)<br>BY MR. OVERHOLTZ:<br>Q. This is Record Number 1145885<br>(Document marked for identification as Exhibit Spiro-24.)<br>MR. OVERHOLTZ: And then we'll -- we can also mark as Exhibit 24, 1145886. | PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H | for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

307  6          So 23 is Bates 02485571, and
307  7          24 is Bates 02485586.
307  8     BY MR. OVERHOLTZ:
307  9     Q.   And these are the
307 10     attachments of the e-mails from Yong-Ling
307 11     Liu, the writer at Chameleon.  And you
307 12     see the first is similar to the draft
307 13     that we saw before of the poster.  It's
307 14     the draft for GEST on the front page.
307 15          Do you see that?
307 16     A.   Yes, I do.

**308:3  -  308:19 Spiro, Theodore 2016-05-10**     0:51

308  3     Q.   Okay.  So if you recall,
308  4     when we looked at 1701567, which I think
308  5     was Exhibit 22, that conclusion -- or
308  6     actually 21, that conclusion, the first
308  7     bullet point said, "Although there was no
308  8     requirement for routine coagulation
308  9     monitoring with rivaroxaban, appropriate
308 10     assays may be useful in certain
308 11     circumstances."
308 12          And now if we look at the
308 13     conclusion in Exhibit 23, as indicated in
308 14     the e-mail, the conclusion has been
308 15     changed to say that "the appropriate
308 16     assay may be useful in rare
308 17     circumstances."
308 18          Correct?
308 19     A.   Yes, that is correct.

**Objections In:**
Re: [308:3-308:19]
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H

**Responses In:**
Re: [308:3-308:19]
Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for

**Rulings:** Pending

**310:8  -  311:1 Spiro, Theodore 2016-05-10**     0:45

310  8     Q.   So the third bullet point in
310  9     Exhibit 21 that had been circulated
310 10     around and comments had been received
310 11     from people like Christopher Nessel and
310 12     Warren Cowell, indicated that there was a
310 13     linear relationship between prothrombin
310 14     time and Xarelto concentrations.  And
310 15     that those prothrombin time measurements
310 16     could be expressed as Xarelto plasma
310 17     concentrations.
310 18          Do you recall that, in Point
310 19     Number 3 we talked about?
310 20     A.   Yes.
310 21     Q.   Okay.  Now, if we look at
310 22     the conclusions in Exhibit 23, after the
310 23     call with Chameleon, the medical writing
310 24     company, that -- that paragraph is not
311  1     there anymore, correct?

**Objections In:**
Re: [310:8-311:1]
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H, MD

**Responses In:**
Re: [310:8-311:1]
Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also

**Rulings:** Pending

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for | |
| 311:4 - 311:19 Spiro, Theodore 2016-05-10<br>THE WITNESS: Correct, it is no longer there.<br>BY MR. OVERHOLTZ:<br>Q. Yeah. And that's consistent with the e-mail from Yong-Ling Liu that, during the discussion with the A-GEST members, it was suggested that the potential utility for PT for the measurement of rivaroxaban should be deleted from the conclusion.<br>"We have, therefore, modified the conclusion to give a more general statement about the potential of these assays."<br>And that's what's been done in this new draft of the poster, correct? | 0:34 | Re: [311:4-311:19]<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H, MD | Re: [311:4-311:19]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for | Pending |
| 311:22 - 312:20 Spiro, Theodore 2016-05-10<br>THE WITNESS: Yes, that appears to be the case.<br>BY MR. OVERHOLTZ:<br>Q. So the conclusion that we saw from Dr. Samama's poster that was circulated around to Chris Nessel and others had a fourth bullet point that says, "Prothrombin time assay calibrated to rivaroxaban concentrations appears to be a simple and valuable assay for measuring the pharmacodynamic effects of Xarelto in a standardized manner."<br>Do you see that?<br>A. Yes, I do.<br>Q. Okay. And then the -- the bullet point on the -- the new version of the poster after this call with Chameleon says, "Further development will" -- "will be required to establish one of these assays as a simple, reliable, and | 0:51 | Re: [311:22-312:20]<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H, MD | Re: [311:22-312:20]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

312 18    accurate test for rivaroxaban plasma

312 19    concentration."

312 20            Do you see that?

claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding

---

| 312:23 - 313:5  Spiro, Theodore 2016-05-10 | 0:12 | | | |

312 23            THE WITNESS: Yes, I do see

312 24    that.

313 1    BY MR. OVERHOLTZ:

313 2    Q.  And these were all changes

313 3    that Chameleon made on behalf of the

313 4    discussion that was had with the Bayer

313 5    A-GEST publication committee, correct?

**Re: [312:23-313:5]**
**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H, MD, LF

Re: [312:23-313:5] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and  highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the

Pending

---

| 313:8 - 313:9  Spiro, Theodore 2016-05-10 | 0:11 | | | |

313 8            THE WITNESS: Yes, that

313 9    appears to be the case.

**Re: [313:8-313:9]**
**Def Obj** R, P, Concede-

Re: [313:8-313:9] Pltf Resp Relevant

Pending

04/20/17 18:27

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, H, MD, LF | for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | Overruled |
| 315:13 - 316:6 Spiro, Theodore 2016-05-10<br>Q. My simple question was, did you provide information or were you able to provide information to Yong-Ling Liu related to a therapeutic plasma concentration range that could be given in the objective of Dr. Samama's paper for ISTH?<br>A. I don't remember if I gave it or not. Would it have been possible to give a therapeutic concentration range for the one approved indication? Yes, it would have been.<br>Q. Okay. And you don't believe the company has ever provided to clinicians a therapeutic plasma concentration range in any of their labeling or studies for the product, correct? | 0:51 | **Re: [315:13-316:6]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon | Re: [315:13-316:6]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for | Pending |
| 316:9 - 316:15 Spiro, Theodore 2016-05-10<br>THE WITNESS: In the prescribing information in the United States, I do not believe there is a table showing estimated or measured plasma concentrations for the three approved doses | 0:23 | **Re: [316:9-316:15]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon | Re: [316:9-316:15]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| available to the clinicians. | | | admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of | Overruled |
| 316:16 - 316:19 Spiro, Theodore 2016-05-10<br>In publications in the medical literature, we have provided that information, and it is present in those publications. | 0:21 | | | |
| 341:4 - 341:11 Spiro, Theodore 2016-05-10<br>Let me show you what we'll mark as Exhibit Number 28 -- 28.<br>(Document marked for identification as Exhibit Spiro-28.)<br>MR. OVERHOLTZ: Which is Record 1697814. BHCP 05264074 is the Bates. | 0:15 | **Re: [341:4-341:11]** **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon | Re: [341:4-341:11] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | Pending |
| 342:1 - 342:9 Spiro, Theodore 2016-05-10<br>And it says, "Dear all. Please find attached draft manuscript entitled 'Potential Assays For Measuring the Blood Concentration of Rivaroxaban, an Oral Direct Factor Xa Inhibitor' for your review. Authors Lindhoff-Last, Samama, Ortel, Weitz, and Spiro."<br>Do you see that, next-to-the-last page? | 0:24 | **Re: [342:1-342:9]** **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon | Re: [342:1-342:9] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative | Pending |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of | |
| **342:14 - 344:21 Spiro, Theodore 2016-05-10** 1:45 | **Re: [342:14-344:21] Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, A, AR, LF, H, S | Re: [342:14-344:21] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff | Pending |

THE WITNESS: Yes, I see that.

BY MR. OVERHOLTZ:

Q. Okay. And this is a publication for which you are familiar. You are a listed co-author, correct?

A. Yes.

Q. This was the author -- this was the publication in which the lead author was Dr. Lindhoff-Last, correct?

A. Yes.

Q. Okay. Now, there was a target journal here.

Do you see that?

A. Yes.

Q. What's the name of that target journal?

A. The name of the journal is Therapeutic Drug Monitoring.

Q. Okay. It says, "Communication objective, laboratory tests used to monitor therapy with vitamin K antagonist, the INR system, cannot be used to measure rivaroxaban blood concentrations or its affect on coagulation."

We've talked about that in the past, correct?

A. Yes, we have discussed that.

Q. "Assays that directly measure rivaroxaban blood concentrations could be used if blood concentration measurement is required in certain clinical circumstances, such as in the case of overdose or to assess compliance."

Do you see that?

A. Yes, I do.

Q. And this is from Yong-Ling Liu, who we've talked about before, worked for Chameleon Communications, correct?

A. Yes, that's correct.

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | Q. And she's asking for comments, correct?<br>A. Yes, she is requesting comments.<br>Q. Do you know why Bayer chose to work with Chameleon?<br>A. No, I do not.<br>Q. Okay. If you'll look with me at the last page under Yong-Ling Liu's signature block, it says, "Chameleon: Where success and opportunity meet."<br>Is that why Bayer chose them? | | | |
| 344:24 - 345:9 Spiro, Theodore 2016-05-10 | THE WITNESS: I -- I don't know if that was the -- I would expect that was not the sole reason. They looked for other competencies than that in choosing a group to support communications more than that.<br>BY MR. OVERHOLTZ:<br>Q. Is Chameleon a ghostwriting company? | 0:13 **Re: [344:24-345:9]** **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, A, AR, LF, H, S | Re: [344:24-345:9] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of | Pending |
| 345:12 - 345:13 Spiro, Theodore 2016-05-10 | THE WITNESS: No, they are not a ghostwriting company. | 0:01 **Re: [345:12-345:13]** **Def Obj** R, P, Concede- | Re: [345:12-345:13] Pltf Resp Relevant | Pending |

Overruled.

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, A, AR, LF, H, S | for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect | Overruled |
| 346:5 - 346:11 Spiro, Theodore 2016-05-10<br>Q. All right. If you can look with me. I want to make sure we're just clear that you got this e-mail. I guess the fourth-to-the-last page, you're listed as one of the people that the e-mail was sent to, Ted Spiro.<br>A. Right. | 0:15 | Re: [346:5-346:11]<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, A, AR, LF, H, S | Re: [346:5-346:11]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | Pending |
| 346:22 - 347:9 Spiro, Theodore 2016-05-10<br>We see a response on the page that ends in Bates 4075. It's a response from Anja Alpers at Bayer Healthcare back to Yong-Ling Liu. You are copied on that e-mail as well.<br>Do you see that?<br>A. Yes, I do see that. | 0:32 | Re: [346:22-347:9]<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, A, AR, LF, H, S | Re: [346:22-347:9]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. | Pending |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| Q. Okay. And who is Anja Alpers?<br>A. Anja Alpers is a project manager in the global project management group. | | Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of | |
| **347:14 - 348:14 Spiro, Theodore 2016-05-10** 0:56<br>Q. She was not a doctor, was she?<br>A. She is not a medical doctor.<br>Q. Okay. She says, "Dear Yong-Ling Liu. Please find enclosed included in the attached documents some additional comments. In general, we should avoid to talk too much about 'monitoring of rivaroxaban.'" That's what she says in this e-mail back to the Chameleon folks, correct?<br>A. Yes, she says that.<br>Q. Okay. "The underlying message that 'no monitoring of rivaroxaban is required' needs to be kept."<br>Do you see that?<br>A. Yes, I do see that.<br>Q. "The lab tests which are described could be of assistance in specific clinical circumstances, but sometimes it reads that they should be used to monitor rivaroxaban."<br>Do you see that?<br>A. Yes, I see that. | **Re: [347:14-348:14]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Relevance-Chameleon, A, AR, LF, H, S | Re: [347:14-348:14]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding | Pending |
| **359:19 - 361:8 Spiro, Theodore 2016-05-10** 3:05<br>Q. It's Exhibit Number 30. And the Record Number is 1160578, and the Bates is BHCP 02677981.<br>It's an e-mail chain between yourself and Scott Berkowitz at Bayer. Earlier in the e-mail chain it includes some others in the company, including some folks from J&J as well. I'll give | **Re: [359:19-361:8]**<br>**Def Obj** R, P, Relevance-Profit, Concede-OD Dosing, H | Re: [359:19-361:8]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Not offered for (nor | Pending |

| Testimony | Objections In | Responses In | Rulings |
|---|---|---|---|
| you a second to look at it.<br>Have you had a chance to take a look at it?<br>MR. HOROWITZ: I think he's finishing up.<br>THE WITNESS: Yes, I've finished looking at it.<br>BY MR. OVERHOLTZ:<br>Q. Okay. So let's start with an e-mail from Scott Berkowitz to Gary Peters, Chris Nessel, Bernhard Glombitza, and others on -- on the second page of January 11, 2007. Actually -- yeah, January 11, 2007, at 1:17. It says, "Dear all."<br>Do you see that?<br>A. Yes, I do.<br>Q. And it says, "The news that the apixaban program has enrolled its first SPAF patient along with the availability for review of the transcript of BMS investors relations meeting in December and comments about apixaban with it, has raised some concern within Bayer about their position taken and how we should respond to the investor and medical community if asked for our response."<br>Do you see that?<br>A. Yes, I see that. | | implicates) ruling on Def. Omnibus MIL N. 1 (5955), regarding profitability or market share given that testimony and document highly probative to development history, defendants' confidence in compound (dosage regimine), and the availability of an assay for use in evaluating patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the | Overruled |
| **361:16 - 362:18 Spiro, Theodore 2016-05-10** 1:00 | | | |
| Q. Berkowitz says, "Upper management at Bayer would like a medical/clinical function input in developing a counter position related to the following quotes pulled directly from the transcript which I list below."<br>Do you see that?<br>A. Yes, I see that.<br>Q. Okay. "I've attached an e-mail from Andreas Nauck" -- we talked about him being in marketing, correct?<br>A. Yes. He is -- he is in our marketing group.<br>Q. "I attached an e-mail from Andreas Nauck to update everyone on what information we have available."<br>And if you can turn with me, I want to look specifically at the quotes that Dr. Berkowitz attaches.<br>It says, "Specifically, the lower peak-trough ratio achieved with twice-daily dosing is more likely to minimize waiting while maintaining a desirable level of efficacy compared to once-daily regimens."<br>Do you see that?<br>A. Yes, I see that. | Re: [361:16-362:18]<br>**Def Obj** R, P, Relevance-Profit, Concede-OD Dosing, H | Re: [361:16-362:18]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Not offered for (nor implicates) ruling on Def. Omnibus MIL N. 1 (5955), regarding profitability or market share given that testimony and document highly probative to development history, defendants' confidence in compound (dosage regimine), and the need for an assay. Plaintiff disputes the admissibility of this evidence is conceded. | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| **364:13 - 365:2 Spiro, Theodore 2016-05-10**<br>Q. So let's now look at your response to Scott Berkowitz's e-mail. You say, "Hi Scott. Well, this is very interesting information indeed. First patient in Afib, AF, chapeau to the BMS team. We have an advance apparently in OS and VTE treatment. They are ahead in ACS and we are neck and neck in Afib. I would say we are a bit ahead of them."<br>You are talking about whether or not you're going to reach approvals by the regulatory authorities at a certain time frame; is that correct?<br>A. That's correct -- that's | 0:42 | **Re: [364:13-365:2]**<br>**Def Obj** R, P, Relevance-Profit, Concede-OD Dosing, Concede-Dose Too High, Concede-Failure to Test, H, AR | Re: [364:13-365:2]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Not offered for (nor implicates) ruling on Def. Omnibus MIL N. 1 (5955), regarding profitability or market share given that testimony and document highly probative to development history, defendants' confidence in compound (dosage regimine), and the need for an assay. Plaintiff disputes the admissibility of this evidence is conceded. | Pending<br>overruled |
| **365:8 - 365:18 Spiro, Theodore 2016-05-10**<br>Q. The next section you have in your e-mail is dose selection.<br>Do you see that?<br>A. Yes, I see that.<br>Q. You say, "They may be right that with a BID dose they have better efficacy with their compound."<br>That's what you told Scott Berkowitz in January of 2007, correct?<br>A. Yes, that is what I said to Scott Berkowitz. | 0:21 | **Re: [365:8-365:18]**<br>**Def Obj** R, P, Relevance-Profit, Concede-OD Dosing, Concede-Dose Too High, Concede-Failure to Test, H, AR | Re: [365:8-365:18]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Not offered for (nor implicates) ruling on Def. Omnibus MIL N. 1 (5955), regarding profitability or market share given that testimony and document highly probative to development history, defendants' confidence in compound (dosage regimine), and the need for an assay. Plaintiff disputes the admissibility of this evidence is conceded. | Pending |
| **366:9 - 367:9 Spiro, Theodore 2016-05-10**<br>Q. So you asked the question, "Is the 20/15 approach the best one in | 1:02 | **Re: [366:9-367:9]**<br>**Def Obj** R, P, Relevance- | Re: [366:9-367:9]<br>Pltf Resp Relevant | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| AF?" Afib. "I can provide you with all the reassurance that a strong maybe allows."<br>Do you see that?<br>A. Yes, I see that.<br>Q. "Is a BID 10-milligram" -- BID, twice daily -- "strategy possibly safer and similar and more effective than a 20-milligram QD" -- once daily -- "strategy?"<br>That's the next question you ask, correct?<br>A. Correct.<br>Q. If the only confidence you have that you selected a dose for the Phase III trial is a strong maybe, wouldn't it be prudent to perhaps consider testing a different dosing regimen in the Phase III trial to determine whether or not you might be able to come up with a safer and more effective dose for the patients that are going to be treated? | | Profit, Concede-OD Dosing, Concede-Dose Too High, Concede-Failure to Test, H, AR | for non-hearsay purpose: notice. Also business records exception and admission. Not offered for (nor implicates) ruling on Def. Omnibus MIL N. 1 (5955), regarding profitability or market share given that testimony and document highly probative to development history, defendants' confidence in compound (dosage regimine), and the need for an assay. Plaintiff disputes the admissibility of this evidence is conceded. | |
| 367:12 - 367:14 Spiro, Theodore 2016-05-10<br>THE WITNESS: I guess my answer would stay the same. Possibly, but we did not see this | 0:03 | **Re: [367:12-367:14]**<br>**Def Obj** R, P, Relevance-Profit, Concede-OD Dosing, Concede-Dose Too High, Concede-Failure to Test, H, AR | Re: [367:12-367:14] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Not offered for (nor implicates) ruling on Def. Omnibus MIL N. 1 (5955), regarding profitability or market share given that testimony and document highly probative to development history, defendants' confidence in compound (dosage regimine), and the need for an assay. Plaintiff disputes the admissibility of this evidence is conceded. | Pending |
| 367:15 - 367:19 Spiro, Theodore 2016-05-10<br>with the low-molecular-weight heparins when we compared once-daily and twice-daily regimens in venous thromboembolism treatment. | 0:07 | | | |
| 369:1 - 369:10 Spiro, Theodore 2016-05-10<br>Q. Okay. The next thing you say is, "The future of Bayer Healthcare AG of course rides on this decision, and | 0:29 | **Re: [369:1-369:10]**<br>**Def Obj** R, P, Relevance-Profit, Relevance- | Re: [369:1-369:10] Pltf Resp Relevant for non-hearsay | Pending |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| the OS element of this puzzle impacts the entire game." That's what you said to Ted Spiro back in January of 2007, correct?<br>A. Yes. That's what Theodore Spiro send to Scott Berkowitz in 2007. I understand what you said. | | RECORD/RECORD 4/DVT/PE, H | purpose: notice. Also business records exception and admission. Not offered for (nor implicates) ruling on Def. Omnibus MIL N. 1 (5955), regarding profitability or market share given that testimony and document highly probative to development history, defendants' confidence in compound (dosage regimine), and the need for an assay. Plaintiff disputes the admissibility of this evidence is conceded. | Overruled |
| **369:15 - 370:5 Spiro, Theodore 2016-05-10**<br>Q. And the OS element, you are talking about orthopedic?<br>A. Orthopedic surgery.<br>Q. And e-mail was one of the main ways that you communicated with Dr. Berkowitz back in January of '07. Do you agree?<br>A. Yes. That would have been the primary means of communication.<br>Q. And you would have sent this e-mail to him in your regular course of business, correct?<br>A. Yes. He requested the response, and I sent him what I thought might be of some help to him. | 0:38 | **Re: [369:15-370:5]**<br>**Def Obj** R, P, Relevance-Profit, Relevance-RECORD/RECORD 4/DVT/PE, H | Re: [369:15-370:5]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Not offered for (nor implicates) ruling on Def. Omnibus MIL N. 1 (5955), regarding profitability or market share given that testimony and document highly probative to development history, defendants' confidence in compound (dosage regimine), and the need for an assay. Plaintiff disputes the admissibility of this evidence is conceded. | Pending |
| **388:8 - 389:12 Spiro, Theodore 2016-05-11**<br>Q. Yesterday we were talking a little bit at the end of the day about the ROCKET trial. And ROCKET was the Phase III trial for the Afib indication, correct?<br>A. Correct. | 1:18 | **Re: [388:8-389:12]**<br>**Def Obj** R, Concede-Failure to Test, Concede-Dose Too High | Re: [388:8-389:12]<br>Pltf Resp Relevant for conduct, context, and reliability of ROCKET trial, upon which the Afib | Pending |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| Q. Okay. And ROCKET had two arms. You had the Xarelto arm, the patients taking Xarelto, and then you had the patients who were taking standard of care warfarin, vitamin K antagonist therapy, correct?<br>A. Correct.<br>Q. Okay. And part of the ROCKET trial for the warfarin patients, was that their INR was measured so that the warfarin dose could be adapted as necessary by the investigators in the study, correct?<br>A. Yes.<br>Q. Okay. You're familiar with the term of well-controlled INR ranges for warfarin therapy, correct?<br>A. Yes.<br>Q. Generally the goal in the Afib patients, as Bayer determined, was to keep the patients between 2 and 3. Does that sound familiar?<br>A. Yes, it does. | | | indicaiton is largely based. Plaintiff disputes the admissibility of this evidence is conceded. | Objs Overruled |
| 390:23 - 391:4 Spiro, Theodore 2016-05-11<br>Q. Okay. And that was the recommendation that was given to the investigators in the ROCKET trial, was the range to be -- for the warfarin arm patients to be kept in a range of 2 to 3 if possible? | 0:10 | **Re: [390:23-391:4]**<br>**Def Obj** R, Concede-Failure to Test, Concede-Dose Too High | Re: [390:23-391:4]<br>Pltf Resp Relevant for conduct, context, and reliability of ROCKET trial, upon which the Afib indicaiton is largely based. Plaintiff disputes the admissibility of this evidence is conceded. | Pending |
| 391:7 - 391:9 Spiro, Theodore 2016-05-11<br>THE WITNESS: Yes, that was the range that they were to maintain. | 0:03 | **Re: [391:7-391:9]**<br>**Def Obj** R, Concede-Failure to Test, Concede-Dose Too High | Re: [391:7-391:9]<br>Pltf Resp Relevant for conduct, context, and reliability of ROCKET trial, upon which the Afib indicaiton is largely based. Plaintiff disputes the admissibility of this evidence is conceded. | Pending |
| 392:15 - 392:19 Spiro, Theodore 2016-05-11<br>Q. Okay. Did you have an understanding of what the typical amount of time kept within the INR-recommended range of 2 to 3 was for clinical trials that were studying oral anticoagulants? | 0:18 | **Re: [392:15-392:19]**<br>**Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, V, LF | Re: [392:15-392:19]<br>Pltf Resp Relevant for conduct, context, and reliability of ROCKET trial, upon | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | which the Afib indicaiton is largely based. Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' involvement and experience as testified. | |
| 392:22 - 393:10 Spiro, Theodore 2016-05-11<br>THE WITNESS: That -- that issue came up -- has come up and been -- been discussed. The INR range in contemporary trials, I think including ROCKET, has varied from 55 to perhaps 65 percent.<br>BY MR. OVERHOLTZ:<br>Q. 55 was where it was for ROCKET; is that right?<br>A. As I remember, yes.<br>Q. Okay. And there's been some criticism that that was a low number, correct? | 0:26 | Re: [392:22-393:10] **Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, V, LF | Re: [392:22-393:10] Pltf Resp Relevant for conduct, context, and reliability of ROCKET trial, upon which the Afib indicaiton is largely based. Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' involvement and experience as testified. | Pending<br>Overruled |
| 393:16 - 393:24 Spiro, Theodore 2016-05-11<br>Q. Okay. Now, before ROCKET -- before the study actually began, Bayer had an understanding that in patients being treated with warfarin, that there are going to be more, both thrombolic events and bleeding events if the warfarin patients are poorly controlled compared to being well-controlled, correct? | 0:27 | Re: [393:16-393:24] **Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, LF, C | Re: [393:16-393:24] Pltf Resp Relevant for conduct, context, and reliability of ROCKET trial, upon which the Afib indicaiton is largely based. Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' involvement and experience as testified. | Pending |
| 394:3 - 394:8 Spiro, Theodore 2016-05-11 | 0:24 | | | |

| Testimony | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| THE WITNESS: Yes, the target INR range of 2 to 3 was developed in order to find a zone in which the risk of stroke versus the risk of -- of hemorrhage was optimized. | | **Re: [394:3-394:8]** **Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, LF, PK | Re: [394:3-394:8] Pltf Resp Relevant for conduct, context, and reliability of ROCKET trial, upon which the Afib indicaiton is largely based. Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' involvement and experience as testified. | Pending |
| **395:5 - 395:14 Spiro, Theodore 2016-05-11** | 2:26 | | | |
| Q. Let me show you what we'll mark as Exhibit 31, which is Record Number 1288737, Bates BPAG 03709949.<br>The e-mail on the first page is an e-mail from you, Theodore Spiro, to Maria Kubin at Bayer, as well as you copied Frank Misselwitz, Harald Kallabis, and Scott Berkowitz. And I'll give you a chance to take a look at the document.<br>A. Okay. | | **Re: [395:5-395:14]** **Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High | Re: [395:5-395:14] Pltf Resp Relevant for conduct, context, and reliability of ROCKET trial, upon which the Afib indicaiton is largely based. Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' involvement and experience as testified. | Pending |
| **397:7 - 397:20 Spiro, Theodore 2016-05-11** | 0:26 | | | |
| Q. Okay. So Maria Kubin e-mails Andreas Nauck. He was one of the marketing people that we've talked about, correct?<br>A. Yes.<br>Q. Okay. Says, "Dear Andreas. Thank you for this" -- "very much for this interesting and useful publication. It is great data that will further help to build the case of the still quite high event rate under less than optimal INR control."<br>Do you see that?<br>A. Yes, I do. | | **Re: [397:7-397:20]** **Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High | Re: [397:7-397:20] Pltf Resp Relevant for conduct, context, and reliability of ROCKET trial, upon which the Afib indicaiton is largely based. Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' involvement and experience as testified. | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 407:5 - 407:12 Spiro, Theodore 2016-05-11 | 0:30 | | | |
| 407 5 Q. So at least in February of<br>407 6 2007, you're providing information to<br>407 7 Harald Kallabis, one of the project<br>407 8 managers for Xarelto, that the more the<br>407 9 warfarin control regimen varies outside<br>407 10 of the target range of 2 to 3, that<br>407 11 outcomes for those patients will worsen,<br>407 12 correct? | | **Re: [407:5-407:12]** **Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, LF, M, MD, PK | Re: [407:5-407:12] Pltf Resp Relevant for conduct, context, and reliability of ROCKET trial, upon which the Afib indicaiton is largely based. Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' involvement and experience as testified. Witness displays more than sufficient personal knowledge of the subject. No mischaracterization of testimony or document, as both are presented fairly and with the witness' opportunity to clarify as needed. | Pending |
| 407:14 - 407:15 Spiro, Theodore 2016-05-11 | 0:20 | | | |
| 407 14 THE WITNESS: Yes, I am<br>407 15 reporting what is stated in the | | **Re: [407:14-407:15]** **Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, LF, M, MD, PK | Re: [407:14-407:15] Pltf Resp Relevant for conduct, context, and reliability of ROCKET trial, upon which the Afib indicaiton is largely based. Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' involvement and experience as testified. Witness displays more than sufficient personal knowledge of the subject. No mischaracterization of testimony or document, as both are presented fairly and with the witness' opportunity to clarify as needed. | Pending |
| 408:19 - 409:1 Spiro, Theodore 2016-05-11 | 0:27 | | | |
| 408 19 Q. So Bayer is aware prior to<br>408 20 ROCKET beginning that J&J has performed<br>408 21 an analysis of a database that<br>408 22 demonstrated that patients with poorly | | **Re: [408:19-409:1]** **Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, LF, M, | Re: [408:19-409:1] Pltf Resp Relevant for conduct, context, and reliability of | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| controlled time within INR have a much higher event rate than those who are well controlled, correct? | | MD, PK | ROCKET trial, upon which the Afib indicaiton is largely based. Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' involvement and experience as testified. Witness displays more than sufficient personal knowledge of the subject. No mischaracterization of testimony or document, as both are presented fairly and with the witness' opportunity to clarify as needed. | |
| **409:4 - 409:15 Spiro, Theodore 2016-05-11** | 0:30 | | | |
| THE WITNESS: That appears to be what is written in this paragraph prepared by Maria Kubin.<br>BY MR. OVERHOLTZ:<br>Q. So prior -- so let's go back. So in February of 2007, Bayer and J&J both have knowledge that you are going to have a higher event rate in warfarin patients who are poorly controlled with respect to their time within INR range than those patients who are well controlled, correct? | | **Re: [409:4-409:15]**<br>**Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, LF, M, MD, PK | Re: [409:4-409:15]<br>Pltf Resp Relevant for conduct, context, and reliability of ROCKET trial, upon which the Afib indicaiton is largely based. Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' involvement and experience as testified. Witness displays more than sufficient personal knowledge of the subject. No mischaracterization of testimony or document, as both are presented fairly and with the witness' opportunity to clarify as needed. Testimony relevant | Pending |
| **409:20 - 409:21 Spiro, Theodore 2016-05-11** | 0:03 | | | |
| THE WITNESS: Yes, we have that understanding. | | **Re: [409:20-409:21]**<br>**Def Obj** R, P, Concede- | Re: [409:20-409:21]<br>Pltf Resp Relevant | Pending |

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | Failure to Test, Concede-Dose Too High, LF, M, MD, PK | for conduct, context, and reliability of ROCKET trial, upon which the Afib indicaiton is largely based. Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' involvement and experience as testified. Witness displays more than sufficient personal knowledge of the subject. No mischaracterization of testimony or document, as both are presented fairly and with the witness' opportunity to clarify as needed | |
| **410:23 - 411:17 Spiro, Theodore 2016-05-11**<br>Q. Okay. "My opinion is that the issue of the bias toward better outcomes observed in randomized clinical trials when compared to 'real world settings' is dependent on the care delivery efficiency of the real world setting to which it is compared."<br>Do you see that?<br>A. Yes.<br>Q. You're referring to the fact that there are different -- you refer to them as efficiencies with respect to warfarin control, depending upon perhaps which geographic location you're talking about, which healthcare setting, which country, that those real world settings differ depending on what healthcare setting you're looking at, right?<br>A. Yes, that is correct. | 0:46 | **Re: [410:23-411:17]**<br>**Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, PK | Re: [410:23-411:17] Pltf Resp Relevant for conduct, context, and reliability of ROCKET trial, upon which the Afib indicaiton is largely based. Plaintiff disputes the admissibility of this evidence is conceded. Witness displays more than sufficient personal knowledge of the subject. Testimony relevant and highly probative to defendant involvement in medical literature and scientific study re: Xarelto, assay development and use as well as evolving company position on the same and is not predicated on a routine monitoring position | Pending |
| **411:24 - 412:3 Spiro, Theodore 2016-05-11**<br>Q. You are aware of geographic differences?<br>A. I am aware of geographic differences. | 0:06 | **Re: [411:24-412:3]**<br>**Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, PK | Re: [411:24-412:3] Pltf Resp Relevant for conduct, context, and reliability of ROCKET trial, upon which the Afib | Pending |
| **412:4 - 414:1 Spiro, Theodore 2016-05-11** | 1:38 | | | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| Q. Okay. You mentioned Robert Califf. He was the lead researcher at DCRI, correct?<br>A. Correct.<br>Q. Okay. Who conducted the ROCKET study, correct?<br>A. He was vice chancellor at the university at that time. But he was -- he was involved in the ROCKET study.<br>Q. Okay.<br>A. Other individuals in -- in the Duke Clinical Research Institute probably were more involved in the day-to-day operations.<br>Q. "Robert Califf commented at a" -- "at a recent" -- I assume he might mean conference or meeting -- "that the healthcare delivered to patients living in the immediate vicinity of Duke University Medical Center was extremely limited in both quality and quantity, a widespread problem in the United States, which is one of the reasons that the World Health Organization organization has ranked the United States at a ranking of 25 for overall quality of healthcare provided to its residents."<br>Do you see that?<br>A. Yes, I do.<br>Q. And so you're bringing out the fact that there are geographic differences to health care settings?<br>A. There is disparate -- disparity in delivery of healthcare to citizens and residents of the -- of the United States. It's an ongoing point of discussion with the Affordable Care Act and the controversy that it has in general.<br>Q. If you look with me at your next paragraph. You talk about a Kaiser permanent -- Kaiser-Permanente dataset and having good outcomes.<br>Do you see that?<br>A. Yes, I do. | | indicaiton is largely based. Plaintiff disputes the admissibility of this evidence is conceded. Witness displays more than sufficient personal knowledge of the subject. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the | Overruled |
| **414:2 - 414:20 Spiro, Theodore 2016-05-11** 0:51 | | | |
| Q. Okay. Then you also talk about The Netherlands that have -- that manage anticoagulation via centralized and highly trained and organized outpatient anticoagulant clinics, as also delivering good outcomes.<br>Do you see that?<br>A. Yes, I do.<br>Q. Okay. And then if you'll look with me at the last paragraph, you also talk about several other countries, including France and the UK.<br>Do you see that?<br>A. Yes.<br>Q. Okay. And you conclude by | **Re: [414:2-414:20]**<br>**Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, PK | | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| saying, "Worse and better outcomes would be predicted as such respectively."<br>Do you see that?<br>A. Yes. | | | | |
| **448:18 - 448:19 Spiro, Theodore 2016-05-11**<br>Q. Let me show you what we'll mark as Exhibit 34. | 0:03 | **Re: [448:18-448:19]** **Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H | Re: [448:18-448:19] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | Pending |
| **448:24 - 449:2 Spiro, Theodore 2016-05-11**<br>Q. This is Record 1112931. Bates 01883729.<br>Okay. Have you had a chance | 1:22 | **Re: [448:24-449:2]** **Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H | Re: [448:24-449:2] Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | Pending |
| **449:5 - 449:9 Spiro, Theodore 2016-05-11** | 0:16 | | | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | Q. And this is an e-mail chain dealing with the Stago/Professor Samama PT assay study that we talked about previously, correct?<br>A. Yes, it appears to be. | **Re: [449:5-449:9]**<br>**Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H | Re: [449:5-449:9]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | Pending |
| 451:13 - 451:16 | Spiro, Theodore 2016-05-11 | 0:06 | | |
| | Q. You're trying to develop the calibrator so that you can later do the field trial?<br>A. Correct. | **Re: [451:13-451:16]**<br>**Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, MD | Re: [451:13-451:16]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | Pending |
| 451:17 - 453:8 | Spiro, Theodore 2016-05-11 | 1:47 | | |
| | Q. And I want to direct your attention. Let's look at the second e-mail on the first page from Elisabeth Perzborn to Martinoli at Stago and copying you and Professor Samama. | **Re: [451:17-453:8]**<br>**Def Obj** Non-responsive to Defendants' counter-designation, R, P, Concede-Failure to Test, | | Pending |

04/20/17 18:27

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| Do you see that?<br>A. Yes.<br>Q. It says, "Dear Dr. Martinoli and dear Professor Samama. I hope we can start soon with experiments. Today I forwarded the draft contract to J&J.<br>"Regarding the protocol, I have some comments, suggestions, questions. I discussed with our PK expert, Wolfgang Mueck, the concentrations of rivaroxaban to be used. Due to the CMAX plasma levels in patients, we suggest a spike with 250/125/zero nanograms per milliliter, approximate CMAX values of 20 and 10 milligrams respectively."<br>Do you see that?<br>A. Yes, I do.<br>Q. Okay. And CMAX, we are talking about peak plasma levels, that's another term, correct?<br>A. Yes, that is correct.<br>Q. Okay. And Dr. Mueck as being expressed by Dr. Perzborn, is suggesting that a 250-nanogram-per-milliliter spike corresponds to what you would see as a peak plasma value after a 20-milligram dose.<br>Is that right?<br>A. Yes, that is correct.<br>Q. And then 125 nanograms per milliliter being correlated to a 10-milligram dose, correct?<br>A. Correct. | Concede-Dose Too High, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, MD | | Overruled |
| **453:9 - 454:20 Spiro, Theodore 2016-05-11** 1:43<br>Q. Okay. Then it says, "With Neoplastin, a PT prolongation of about '4 seconds per 100 nanograms per milliliter was observed."<br>Do you see that?<br>A. Yes, I see that.<br>Q. Okay. So a -- based on that information, if the plasma concentration levels were increased by 400 nanograms per milliliter, you'd see about a 16-second prolongation of PT with Neoplastin; is that right?<br>A. Yes, that's probably correct.<br>Q. And the reason why you can make that calculation and Dr. Mueck can suggest that is because of the linear relationships that they had observed in the -- in their evaluations of PT and plasma concentrations of Xarelto; is that right?<br>A. Yes, that would be correct.<br>Q. Okay. So then you respond to Dr. Perzborn's e-mail and say -- and you copy Dagmar Kubitza, as well as Dr. Martinoli, Samama, and Dr. Mueck. | **Re: [453:9-454:20]**<br>**Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, MD | Re: [453:9-454:20]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the | Pending |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| And say, "Dear Elisabeth.<br>We may want to consider higher and lower concentrations to reflect the reasons for performance of monitoring."<br>Do you see that?<br>A. Yes, I do.<br>Q. Okay. And so there you are recognizing that there's reasons that you do monitoring of rivaroxaban levels, correct? | | anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff | |
| 454:22 - 455:2 Spiro, Theodore 2016-05-11 0:06<br>THE WITNESS: Yes, we've previously discussed those -- those settings in which we might want to monitor or measure the concentration of the drug. | **Re: [454:22-455:2]**<br>**Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, MD | Re: [454:22-455:2]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff | Pending |
| 455:4 - 457:16 Spiro, Theodore 2016-05-11 2:35<br>Q. Okay. And you give two examples here. The first you say, "Toxicity due to drug accumulation," correct?<br>A. Correct.<br>Q. Okay. And then second you say, "Ineffectiveness due for" -- "due to, for instance, CYP3A4 inducer therapy or lack of compliance."<br>Do you see that?<br>A. Yes, I do.<br>Q. Okay. So ineffectiveness due to CYP3A4 inducer therapy, that would be a drug-drug interaction that was somehow blocking the effects of Xarelto; is that correct, blocking the absorption of Xarelto?<br>A. Yes, that is correct.<br>Not blocking the absorption, but increasing the metabolism.<br>Q. Okay. And, therefore, resulting in lower plasma exposure -- plasma-circulating levels of Xarelto?<br>A. Yes. And you -- and we previously had some discussions about that. Of course the accumulation in the context of liver failure and -- and kidney failure, and then of course the drug -- drug-drug interactions by the inhibitors and inducers of the said pathway.<br>Q. Okay. You also mentioned a lack of compliance. That's someone who doesn't take the medicine, correct?<br>A. That's correct.<br>Q. And someone who doesn't -- who misses a pill on a once-daily drug could have extremely low levels of Xarelto in their plasma, correct?<br>A. A patient that -- that miss -- forgets to take a medication will -- their plasma concentration of Xarelto will -- of rivaroxaban, will be low, will be zero. And -- | | | |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| Q. And -- I'm sorry. Go ahead.<br>A. That was it.<br>Q. Okay. And that's why you are suggesting that we may want to consider lower concentrations regarding the development of these calibrators, because of that situation, correct?<br>A. Yes, that is correct.<br>Q. Okay. And -- so those were the ineffectiveness issues or the -- was the CYP3A4 inducer or lack of compliance example that you gave. And the other example you gave was toxicity due to drug accumulation, correct?<br>A. Yes. As I said in the context of a organ failure syndrome such as kidney or liver failure. | | | | |
| **459:10 - 459:17 Spiro, Theodore 2016-05-11**<br>Q. Okay. And because of the many types of situations in which monitoring of rivaroxaban exposure levels as measured by plasma concentration might be important, that's the reason why you were working on these potential assays that could be used for monitoring?<br>A. Yes, that is correct. | 0:20 | **Re: [459:10-459:17]**<br>**Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, Concede-PT/Dose Adjustment, Concede-Routine Monitoring | Re: [459:10-459:17]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | Pending |
| **459:23 - 459:24 Spiro, Theodore 2016-05-11**<br>mark as Exhibit 35, which is Record 411373, Bates BPAG 01136560. | 2:36 | **Re: [459:23-459:24]**<br>**Def Obj** R, P, Concede- | Re: [459:23-459:24]<br>Pltf Resp Relevant | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | Failure to Test, Concede-Dose Too High, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H | for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | |
| 460:6 - 460:18 Spiro, Theodore 2016-05-11<br>Q. Okay. And this is an e-mail chain between Corinne Debroye, Elisabeth Perzborn, and yourself back in 2008. We can start with the first e-mail if we can which is an e-mail from Corinne Debroye to Elisabeth Perzborn. And the subject line is "Monitoring with rivaroxaban."<br>Do you see that?<br>A. Yes, I do.<br>Q. And Corinne Debroye was a medical advisor, hematology, with Bayer in Belgium, correct?<br>A. Yes, she was. | 0:38 | Re: [460:6-460:18]<br>**Def Obj** R, P, Concede-Failure to Test, Concede-Dose Too High, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H | Re: [460:6-460:18]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of | Pending |
| 462:21 - 463:23 Spiro, Theodore 2016-05-11<br>Q. Okay. And Corinne Debroye forwards this e-mail to you, if you can look with me on the first page of this e-mail that ends in 560, copies Martine Debecker and several others.<br>And then she -- and then | 1:10 | Re: [462:21-463:23]<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, MD, LF | Re: [462:21-463:23]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and | Pending |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| Corinne Debroye -- Elisabeth Perzborn forwards this to you, and then Corinne Debroye responds.<br>Do you see that?<br>A. Yes, I see that.<br>Q. Okay. So what Elisabeth Perzborn says in the e-mail that she forwarded to you on April 23rd of 2008 at 15:46, if you flip with me to the next page, says, "Dear Corinne. Thank you very much for letting me know the suggestions from Walter Wijns."<br>Are you with me?<br>A. Yes.<br>Q. Okay. "What I learned from you and various colleagues from the different countries is the demand of having the possibility to monitor rivaroxaban if required."<br>Do you see that?<br>A. Yes, I do. | | admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding | |
| **464:16 - 464:22 Spiro, Theodore 2016-05-11** 0:22<br>Q. Okay. And what Elisabeth Perzborn is recognizing, based on her communication with Corinne Debroye in Belgium, is that the colleagues that were from different countries were wanting to have the possibility to monitor Xarelto, correct? | **Re: [464:16-464:22]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, MD, LF | Re: [464:16-464:22]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | Pending |
| **464:24 - 465:10 Spiro, Theodore 2016-05-11** 0:28<br>THE WITNESS: They're looking for the ability to, I think, measure rivaroxaban plasma concentrations. They know that we do not have an adjusted dose program that would be an adjusted dose -- dosing regimen that would be amenable to traditional drug | **Re: [464:24-465:10]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H, MD, LF | Re: [464:24-465:10]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant | Pending |

| Testimony | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| monitoring, as the drug was developed to not require monitoring and dosage adaptation. | | | and highly probative to defendant involvement in medical literature and scientific study re: Xarelto, assay development and use as well as evolving company position on the same .Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' involvement and experience as testified. No mischaracterization of document, as | |
| **466:4 - 466:19 Spiro, Theodore 2016-05-11**<br>Q. Okay. So then Corinne Debroye responds to Dr. Perzborn and copies you on April 28 of 2008, on the first page. Do you have that e-mail?<br>A. Yes, I do.<br>Q. Okay. It says, "Dear Elisabeth. Thank you very much for your feedback. Meanwhile, I contacted Dr. Arnouts from the hemostasis lab from the University Hospital Leuven, and he agreed that monitoring needs to be possible, preferably with the anti-Xa, and that calibration should be done with Xarelto," correct?<br>A. Yes, that is what is written here. | 0:33 | **Re: [466:4-466:19]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H | Re: [466:4-466:19]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for | Pending |
| **467:4 - 467:10 Spiro, Theodore 2016-05-11**<br>Q. Okay. So this advisory board that was being held in Brussels in June of 2008, the main topic was going to be monitoring of rivaroxaban, Xarelto, correct?<br>A. Yes, it was. As indicated here. | 0:24 | **Re: [467:4-467:10]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, H | Re: [467:4-467:10]<br>Pltf Resp Relevant for non-hearsay purpose: notice. Also business records exception and admission. | Pending |

| Designation | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | |
| **468:10 - 468:24 Spiro, Theodore 2016-05-11** 2:09<br>Q. I'll show you what we'll mark as Exhibit Number 36, which is Record Number 1158771.<br>And this is Bates BHCP 2644383<br>And if you look with me on the first page, just so we're clear what you're looking at. There is -- this file was produced to us as a -- as a PowerPoint file. The file name was described as "TES Edits Advisory Board 19 June 2008 Agenda and Presentations bis.PowerPoint."<br>Do you see that?<br>A. Yes. | **Re: [468:10-468:24]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring | Re: [468:10-468:24]<br>Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. | Pending |
| **469:8 - 469:24 Spiro, Theodore 2016-05-11** 0:36<br>Q. Okay. And if we look at the screen, it talks about the TES edits advisory board. The TES, that would be yourself?<br>A. Correct.<br>Q. Okay. And this would reflect that these were your edits to this PowerPoint presentation from the 19 June 2008 advisory board meeting, correct? | **Re: [469:8-469:24]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring | Re: [469:8-469:24]<br>Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of | Pending |

| Designation | Testimony | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| | A. Yes, it would.<br>Q. And this was the advisory board meeting that we looked -- that Dr. Corinne Debroye from Bayer in Belgium was talking about in the previous exhibit that -- that happened on June 19th of 2008, correct? | | | drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. | |
| 470:1 - 470:2 | Spiro, Theodore 2016-05-11<br>A. That would appear to be the case. | 0:01 | | | |
| 470:3 - 470:6 | Spiro, Theodore 2016-05-11<br>Q. Okay. And so if we look at the first page of the PowerPoint presentation, this is the agenda of the advisory board, June 19th. | 0:09 | | | |
| 470:7 - 470:18 | Spiro, Theodore 2016-05-11<br>And you see that there is an open questions of first advisory board section at 19:20 by Dr. Debroye, correct?<br>A. Yes, that is correct.<br>Q. Okay. And then the next section is "Xarelto and Monitoring," correct?<br>A. Yes, it is.<br>Q. And you are listed as the presenter there and described as the global clinical leader, correct?<br>A. Yes. | 0:32 | **Re: [470:7-470:18]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring | Re: [470:7-470:18]<br>Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. | Pending |
| 471:2 - 471:19 | Spiro, Theodore 2016-05-11<br>Q. And so then, if we can look at Page 20, the section that you presented on "Xarelto and Monitoring, Current Thoughts." I'm sorry. It's Page 22.<br>Okay. And this was the section of the presentation that you gave to the advisory board of key opinion leaders in Belgium in 2008, correct?<br>A. Yes, that appears to be the case. | 0:57 | **Re: [471:2-471:19]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring | Re: [471:2-471:19]<br>Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of | Pending |

| Testimony | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| Q. Okay. And so then if we go look at the next slide. It's labeled as "Anticoagulation in the Past. Monitoring Required." And it shows a Coumadin logo as well as a heparin bottle and talks about the monitoring that's required for those anticoagulants, correct? 23? | | | Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. | |
| **472:7 - 472:12 Spiro, Theodore 2016-05-11**<br>Q. Okay. So this was the anticoagulation that had been used in the past and now Xarelto is looking to be launched in 2008 to compete in this marketplace, correct?<br>A. That is correct. | 0:15 | **Re: [472:7-472:12]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring | Re: [472:7-472:12]<br>Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. | Pending |
| **472:13 - 474:2 Spiro, Theodore 2016-05-11**<br>Q. Okay. So if we can flip over to Page 25, there is a description of the new anticoagulants, correct?<br>A. Yes, there is.<br>Q. And on the left side you see rivaroxaban listed at the top, correct?<br>A. Correct.<br>Q. And the arrow points, the -- the Xa circle, which means rivaroxaban is one of the Factor Xa inhibitors and the other Factor Xa inhibitors drugs are listed there, correct?<br>A. Yes, that is the case.<br>Q. Okay. Now, let's flip to page 26. And there's a slide that you had in your presentation called "Monitoring."<br>Do you see that?<br>A. Yes.<br>Q. And it says, "How to monitor this plurality of substances."<br>Do you see that?<br>A. Yes.<br>Q. Okay. And you describe specific anti-Xa or anti-IIa methods in every lab. And that refers to the problem that if you try to have one -- a -- a test for every single drug, there would be a lot of tests for a lab to have to run and keep track of, correct?<br>A. Yes, that is one of the considerations.<br>Q. Okay. And you basically describe you'd have to have 20 different sets of calibrators and controls, | 1:27 | | | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| correct?<br>A. Some -- some number here.<br>It says 20. | | | |
| 474:3 - 474:17 Spiro, Theodore 2016-05-11 0:26<br>Q. Okay. So then you say, "The good news."<br>Do you see that?<br>A. Yes.<br>Q. Okay. It says, "Good news. Routine monitoring required only."<br>And you have a picture of Coumadin and a picture of heparin, correct?<br>A. Yes.<br>Q. Okay. And then in a yellow box you say, "All the other substances require monitoring only in special situations," correct?<br>A. Correct. | **Re: [474:3-474:17]** **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring | Re: [474:3-474:17] Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. | Pending |
| 475:5 - 475:9 Spiro, Theodore 2016-05-11 0:10<br>Q. You and I discussed the fact that it was Bayer's position with respect to this assay development that there were special situations that would require monitoring? | **Re: [475:5-475:9]** **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, LF, M, MD, C | Re: [475:5-475:9] Pltf Resp Testimony relevant and highly probative to defendant involvement in medical literature and scientific study re: Xarelto, assay development and use as well as evolving company position on the same .Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' involvement and experience as testified. No mischaracterization or compound question - witness free to disagree or clarify reference to earlier testimony. | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 475:13 - 475:22 Spiro, Theodore 2016-05-11 | 0:20 | | | |
| THE WITNESS: There are situations in which measurements of the plasma concentration of the drug are -- are important.<br>BY MR. OVERHOLTZ:<br>Q. You and I certainly discussed that it was your position that there were special situations that made monitoring of Xarelto plasma concentration levels necessary, correct? | | Re: [475:13-475:22] **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, LF, M, MD, C | Re: [475:13-475:22] Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. | Pending |
| 475:24 - 476:5 Spiro, Theodore 2016-05-11 | 0:07 | | | |
| THE WITNESS: Again, measurement because of the confusion between monitoring and dose adaptation and measurement to understand where a patient is at a specific point in time. | | Re: [475:24-476:5] **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, LF, M, MD, C | Re: [475:24-476:5] Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is | Pending |
| 476:7 - 476:13 Spiro, Theodore 2016-05-11 | 0:16 | | | |
| Q. We saw an e-mail where you disagreed with Chris Nessel at J&J about whether measuring Xarelto plasma | | Re: [476:7-476:13] **Def Obj** R, P, Concede-PT/Dose Adjustment, | Re: [476:7-476:13] Pltf Resp Testimony relevant and highly | Pending |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| concentration levels was necessary in these special situations. And you indicated that you believed it was necessary. Do you recall that? | Concede-Routine Monitoring, LF, M, MD, C | probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is | |
| **476:15 - 479:8 Spiro, Theodore 2016-05-11** 2:11 | | | |
| THE WITNESS: I don't recall the specific e-mail at this time. I've seen so many.<br>BY MR. OVERHOLTZ:<br>Q. You did -- you did hold the opinion that it was necessary in certain situations?<br>A. Yes. And I hold the opinion that it is necessary in certain situations.<br>Q. So you say, "The good news was that routine monitoring was required only in coumadin/heparin and all the other substances require monitoring only in special situations." And then you present the next slide. If we can look at Page 27.<br>And there, this slide is labeled "The Bad News," correct?<br>A. That is correct.<br>Q. Okay. And if you look with me over in the top right corner, your presentation said, "There are many special situations," correct?<br>A. That is what it is written here, yes.<br>Q. And "many" is bolded in dark black, correct?<br>A. Correct.<br>Q. Okay. And we see on the left an example of very low weight, correct?<br>A. Yes.<br>Q. Okay. The next example, elderly people, do you see that?<br>A. Yes.<br>Q. Do you agree that elderly | **Re: [476:15-479:8]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, IH, LF, PK, M, MD | Re: [476:15-479:8]<br>Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' involvement and | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | are a special situation that could require monitoring, correct?<br>A. They may require measurement, yes.<br>Q. Okay. We see a pregnant woman, correct?<br>A. Yes.<br>Q. Okay. Critically ill patients, and there's a picture of someone in a hospital setting, correct?<br>A. Correct.<br>Q. Children is listed. There's a picture of a cute baby looking at the camera, right?<br>A. That is correct.<br>Q. Okay. Obesity, also a special situation that you describe, correct?<br>A. The large body weight patients may require measurements, yes.<br>Q. Okay. What happens in large body weight patients that might require monitoring?<br>A. There may be malabsorption in some patients who have had surgical interventions to attempt weight loss.<br>There may be inadequate amounts of drug for plasma volumes in extreme body weight situations. | | | |
| 479:11 - 479:22 Spiro, Theodore 2016-05-11 | 0:30<br>BY MR. OVERHOLTZ:<br>Q. Are there situations in which obese patients have accumulation as a result of their absorption issues?<br>A. I don't have specific information in that regard. I don't know how to answer that question.<br>Q. You haven't seen any information that certain obese patients may end up accumulating the drug because simply They're able to absorb more than another Patient? | **Re: [479:11-479:22]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, IH, LF, PK, M, MD | Re: [479:11-479:22]<br>Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. | Pending |
| 479:24 - 480:1 Spiro, Theodore 2016-05-11 | 0:02<br>THE WITNESS: No, I have not seen that. | **Re: [479:24-480:1]**<br>**Def Obj** R, P, Concede- | Re: [479:24-480:1]<br>Pltf Resp Testimony | Pending |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | PT/Dose Adjustment, Concede-Routine Monitoring, IH, LF, PK, M, MD | relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of | |
| **480:10 - 480:18 Spiro, Theodore 2016-05-11**<br>Q. Bleeding under anticoagulation in the middle under elderly people, do you see that one?<br>A. Yes, I do.<br>Q. So that's a special situation you identified that could require monitoring, correct?<br>A. Could require measurement of plasma concentrations, yes. | 0:16 | **Re: [480:10-480:18]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring | Re: [480:10-480:18]<br>Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is | Pending |
| **485:3 - 490:16 Spiro, Theodore 2016-05-11**<br>Q. Now, if we could look at Page 49. And this is a slide called "Prolongation of PT, multiple doses of 5, 10, 20, 30 milligrams twice daily for five days."<br>Do you see that?<br>A. Yes, I do. | 5:42 | **Re: [485:3-490:16]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, PK | Re: [485:3-490:16]<br>Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical | Pending |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| Q. What you see is, for example, is that after the dose you see the graph shoot up indicating a peak bout -- a peak prothrombin time after dosing, and then that number comes down before the second dose during a one-day period on the left side of the graph, correct?<br>A. Yes, that is correct.<br>Q. So if we take the 30-milligram twice-daily dose, the highest dose that was tested in this Kubitza study from the ClinPharm Journal in 2005, at zero hours -- or zero days at the beginning, the purple line dot shoots up to a relative change of almost two and a half, and then comes down closer to one before the second dose, because this was a twice-daily dose study, correct?<br>A. Yes, that appears to be the case.<br>Q. Okay. And what we see from here is that the higher the dose, the greater change in prothrombin time during this short study related to prolongation of PT, correct?<br>A. Yes, that is correct.<br>Q. And that's not surprising. Higher doses will result in more prolongation of PT, correct?<br>A. Yes, that is correct.<br>Q. Okay. And the reason why higher doses result in a prolongation of PT is because higher doses result in higher exposures of the drug in plasma concentration, correct?<br>A. Well, higher concentrations of the drug in the plasma and the impact on -- the resulting impact on the coagulation test.<br>Q. Okay. So let's look at Slide 50 which is labeled "Correlation of PT with PK."<br>So this is another one of those correlation charts. And it again comes from -- you cite the Kubitza article in your presentation, correct?<br>A. Yes. This is Dr. Kubitza's slide.<br>Q. Okay. And you use this slide in your presentation to the Belgium advisory board, correct?<br>A. Yes, it appears to be the case.<br>Q. Okay. And so on the bottom is, again, plasma concentration of Xarelto, right?<br>A. Yes.<br>Q. Okay. As expressed by micrograms per liter, correct?<br>A. Yes, that is correct.<br>Q. Okay. And then on the left is the prothrombin time as expressed in | | and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. Witness displays more than sufficient personal knowledge of the | Overruled |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

seconds, correct?
A. Correct.
Q. Okay. You see it starts at around that 12 mark, which I think is a normal level that you see. And as -- as the plasma concentration increases generally the prothrombin time increases as well, correct?
A. That is the case within -- with this reagent system, the Neoplastin reagent system likely used in this study.
Q. Right. So then if we look over here in the range of plasma concentrations between 4 and 500, those PT times kind of show around this -- similar to around the 30-second time period, right?
A. Yes.
Q. And that's -- and that's when the concentration's between 400 and 500 as opposed to at lower concentrations such as between 100 and 200, they all seem to be generally between 10 and 20, correct?
A. Yes, that is correct.
Q. Okay. And there's a correlation factor given there on the right as well, correct?
A. Yes, it is.
Q. And that .958 correlation factor generally reflects that there is a strong correlation between prothrombin time, PT, and the plasma concentrations of Xarelto as demonstrated by Kubitza's study that was published in 2005, correct?
A. Yes, that is correct.
Q. Okay. There is a second study on the next page you cited which is Study 10847.
Do you see that?
A. Yes, I do.
Q. And that's given a notation of population of PK 0300, so a PPK. That was a population PK study. Do you recall?
A. I don't remember the specific study, but that is what is stated here on the report.
Q. Okay. And this -- this is another study showing the correlation between PT and plasma levels of Xarelto, correct?
A. Yes, this is correct.
Q. And PT is expressed in seconds on the left, the prothrombin time, and then exposure of -- plasma concentration is measured by micrograms per liter on the bottom, correct?
A. Yes, that is correct.
Q. Okay. This is again showing the strong correlation between PT and Xarelto, correct?

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| A. Yes, that is correct. | | | |

| 494:11 - 495:8 Spiro, Theodore 2016-05-11 (1:01) | Objections In | Responses In | Rulings |
|---|---|---|---|
| Q. Okay. Let me show you --<br>let's look at Slide 67. And you see<br>that's two -- two charts, a 10944 and<br>10945. And the presentation titled this<br>slide, "ODIXa Hip/Knee Trials Rivaroxaban<br>and PT."<br>Do you see that?<br>A. Yes, I do.<br>Q. And so on the -- on the left<br>of each of these graphs you have the PT<br>as expressed in seconds and you have the<br>plasma concentration of Xarelto as<br>expressed in micrograms per liter like on<br>the other charts we saw from Kubitza's<br>study, correct?<br>A. Yes.<br>Q. Okay. And this -- this is<br>looking at patients enrolled in those<br>studies and their PT as compared or<br>correlated to their plasma concentration<br>levels, correct?<br>A. Yes, that is correct. | **Re: [494:11-495:8]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, AF, LF, MD, PK | Re: [494:11-495:8]<br>Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' | Pending |

| 495:15 - 496:1 Spiro, Theodore 2016-05-11 (0:28) | Objections In | Responses In | Rulings |
|---|---|---|---|
| Q. Okay. And generally there's<br>a -- there's a large number of more<br>patients following along that line of<br>increasing exposure resulting in<br>increasing PT.<br>Do you see that?<br>A. Yes, I do.<br>Q. Okay. But who -- these --<br>these circles at the top that -- that are<br>not by the line, up at the top in this 30<br>to 60, who are those people in the study? | **Re: [495:15-496:1]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, AF, LF, MD, PK | Re: [495:15-496:1]<br>Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. | Pending |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 496:3 - 496:16 Spiro, Theodore 2016-05-11<br>THE WITNESS: The -- I don't know who those people were in the study. The -- there are various explanations that might be offered, but they would be simply speculation as to what caused the prolongation.<br>BY MR. OVERHOLTZ:<br>Q. Certainly this represents that not everybody with an exposure of between 200 and 400 micrograms per liter plasma concentration of Xarelto is going to have the same PT, right?<br>MR. HOROWITZ: Form.<br>Overruled 611(a) 611(c) | 0:38 | Re: [496:3-496:16]<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, AF, LF, MD, PK | Re: [496:3-496:16]<br>Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. | Pending<br>Overruled |
| 496:17 - 497:4 Spiro, Theodore 2016-05-11<br>THE WITNESS: It shows a distribution of the prolongation of the prothrombin time in seconds around the -- the axis of the -- of the -- of the line that -- that would appear to me to show fairly good correlation with -- between the prothrombin time as measured in seconds and the -- and the concentration of rivaroxaban measured by a very precise analytical method. | 0:33 | Re: [496:17-497:4]<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, AF, LF, MD, PK | Re: [496:17-497:4]<br>Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. | Pending<br>Overruled |
| 497:18 - 497:19 Spiro, Theodore 2016-05-11<br>Q. So were you worried about these patients that had these high PTs -- | 0:04 | Re: [497:18-497:19]<br>**Def Obj** R, P, Concede- | Re: [497:18-497:19]<br>Pltf Resp Testimony | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | PT/Dose Adjustment, Concede-Routine Monitoring, LF, M, MD, PK | relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is | |
| **497:23 - 498:1 Spiro, Theodore 2016-05-11**<br>Q. -- than compared to the other patients who had lower PTs at the same concentration level? | 0:03 | **Re: [497:23-498:1]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, LF, M, MD, PK | Re: [497:23-498:1]<br>Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is | Pending |
| **498:4 - 498:24 Spiro, Theodore 2016-05-11**<br>THE WITNESS: The -- one likely explanation for these elevated PTs, particularly the ones which are not measured, which are the 60s, is that they are contaminated samples. Frequently in our clinical trials we do find some samples which are drawn | 0:38 | **Re: [498:4-498:24]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, LF, M, MD, PK | Re: [498:4-498:24]<br>Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| through lines with heparin in them. And this is a common finding when we do these types of studies.<br>BY MR. OVERHOLTZ:<br>Q. Do you think it was worth investigating each of those patients to determine whether or not there were potential patients who had various reactions related to their PT that were different than what you would see to the norm with respect to the same exposure levels? | | | literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid | |
| **499:3 - 499:18 Spiro, Theodore 2016-05-11**<br>THE WITNESS: I would have to defer for these specific studies to the individuals who conducted these Phase II -- II trials. I'm not even sure who they -- who they might have been in that time frame, such as Frank Misselwitz might have been involved with these, these studies. But they are so -- these are highly technical plots and -- from dose-finding studies --<br>BY MR. OVERHOLTZ:<br>Q. But they -- sorry.<br>A. -- patient population studies. | 0:29 | **Re: [499:3-499:18]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, LF, M, MD, PK | Re: [499:3-499:18]<br>Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' involvement and | Pending |
| **508:14 - 509:5 Spiro, Theodore 2016-05-11**<br>Q. Let me ask you this: If -- if you believe that a patient's -- a single patient's general pharmacological, pharmacodynamic response to the drug is going to be consistent once they start taking Xarelto, you wouldn't need to necessarily routinely every day monitor that patient's Xarelto levels.<br>But wouldn't it be reasonable to at least give an initial test and maybe some test later down the road to make sure that their exposure levels with respect to plasma concentration or their PT numbers are within what you would consider to be the expected range of someone on Xarelto? | 0:42 | | | |
| **509:8 - 510:6 Spiro, Theodore 2016-05-11**<br>THE WITNESS: I don't agree with that. I think the way we developed the compound is reasonable. We studied it very | 1:01 | | | |

| Testimony | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| carefully with pharmacokinetic and<br>pharmacodynamic data in Phase II.<br>In our Phase III programs,<br>we continued to look at least at<br>pharmacodynamic data. And based<br>on the -- on the aggregate data<br>that was presented to regulatory<br>agencies, we received approvals<br>for these major indications<br>after -- after review and response<br>to the questions raised by the<br>agencies.<br>The -- there was -- there is<br>no requirement for serial<br>monitoring or intermittent testing<br>of drug concentrations in these<br>patients, and there is no<br>scientific rationale at least to<br>so do. | | | | |
| 510:8 - 510:15 Spiro, Theodore 2016-05-11 | 0:22 | | | |
| Q. Let me ask you a question<br>about Slide 27 on the screen. This is a<br>slide where you said the bad news is<br>there are many special situations. Does<br>the labeling for the product in the<br>United States tell doctors that these are<br>special situations that require<br>monitoring? | | **Re: [510:8-510:15]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Label/Risk of Bleed, LF, PK | Re: [510:8-510:15]<br>Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is | Pending<br>Overruled |
| 510:18 - 511:12 Spiro, Theodore 2016-05-11 | 1:02 | | | |
| THE WITNESS: To the best of<br>my recollection, the prescribing<br>information in the United States<br>does not include a measurement of<br>rivaroxaban concentrations, and<br>assays for rivaroxaban<br>concentration measurement are not<br>approved by the Food and Drug<br>Administration.<br>BY MR. OVERHOLTZ:<br>Q. Would you agree that if a<br>patient had more than one of these<br>special situations ongoing, such as an | | **Re: [510:18-511:12]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Label/Risk of Bleed, LF, PK | Re: [510:18-511:12]<br>Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| elderly person with a very low weight, that could exaggerate their situation with respect to their potential increased exposures in terms of plasma concentration and potentially the increased concern for those patients? | | | failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid | |
| 511:15 - 512:13 Spiro, Theodore 2016-05-11 | 0:56 | | | |
| THE WITNESS: As we become elderly and fall into the category of elderly patients, we develop a variety of frailties and sensitivities to all the medications that we take.<br>And rivaroxaban is no different. And in treating with a patient with an anticoagulant, be it warfarin, be it rivaroxaban, be it heparin, the specific underlying conditions in that patient, and as an elderly patient we become what we call complex or sometimes interesting. It makes our management quite -- more challenging than in the case of a healthier younger individual.<br>BY MR. OVERHOLTZ:<br>Q. There's no recommendation in the U.S. label for monitoring rivaroxaban plasma concentration levels in elderly people, correct? | | Re: [511:15-512:13] **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Label/Risk of Bleed, LF, PK, A | Re: [511:15-512:13] Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' | Pending<br>Overruled. |
| 512:16 - 512:20 Spiro, Theodore 2016-05-11 | 0:09 | | | |
| THE WITNESS: There is no -- that I remember, there is no recommendation for measuring rivaroxaban concentrations in elderly patients. We do not have | | Re: [512:16-512:20] **Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Label/Risk of Bleed, LF, PK, A | Re: [512:16-512:20] Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of | Pending |
| 512:21 - 512:23 Spiro, Theodore 2016-05-11 | 0:04 | | | |
| an assay approved in the United States as an in vitro diagnostic test for this purpose. | | | | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. | |
| 513:1 - 513:12 Spiro, Theodore 2016-05-11<br>Q. Is there any recommendation for any dose adaptation in the United States label for elderly patients?<br>A. There is none -- no recommendation specifically for elderly patients. Warnings are -- are present in the label for -- in situations of decreased renal function, and elderly patients frequently have decreased renal function, so this has to be taken into consideration when managing these patients. | 0:26 | Re: [513:1-513:12]<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Label/Risk of Bleed, LF, PK | | Pending |
| 514:23 - 515:15 Spiro, Theodore 2016-05-11<br>BY MR. OVERHOLTZ:<br>Q. As the global clinical lead for Xarelto, you are familiar with what is contained in the United States packaging prescribing information, correct?<br>A. Well, I'm not the global clinical lead for -- for rivaroxaban. I'm one of a number of -- of physicians that have worked on this project over the years. And -- and my role has been more focused on ex-U.S. situations than the United States as Janssen Pharmaceuticals is responsible for the -- the -- for the activities for Xarelto in the United States -- or rivaroxaban in the United States. | 0:46 | | | |
| 515:16 - 516:22 Spiro, Theodore 2016-05-11<br>Q. One of the goals of this monitoring program that you were presenting on -- an assay development that you were presenting to these key opinion leaders in Brussels in 2008 was the use of these assays for therapeutic drug monitoring, correct?<br>MR. HOROWITZ: Well, form.<br>THE WITNESS: We -- we were not looking at these in the -- | 1:14 | | | |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| in -- we were not looking at the development of these assays with the intention of dose adaptation based on achieving targeted plasma concentrations.<br>We were thinking of -- we were working with the development of these assays to allow measurement of the -- the drug in -- in patient plasma in -- as you pointed out, these -- these special situations of which there are a number, a small child, the elderly patient.<br>The whole premise of the -- of the development of the drug was based on a nonmonitored approach and a fixed-dose approach, with the caveat that there are situations where a patient is ill, on a ventilator, or a patient's a | | | | |
| 515:24 - 517:1 Spiro, Theodore 2016-05-11<br>THE WITNESS: We -- we were not looking at these in the -- in -- we were not looking at the development of these assays with the intention of dose adaptation based on achieving targeted plasma concentrations.<br>We were thinking of -- we were working with the development of these assays to allow measurement of the -- the drug in -- in patient plasma in -- as you pointed out, these -- these special situations of which there are a number, a small child, the elderly patient.<br>The whole premise of the -- of the development of the drug was based on a nonmonitored approach and a fixed-dose approach, with the caveat that there are situations where a patient is ill, on a ventilator, or a patient's a child and needs other considerations in order to adequately treat the patient. | 0:57 | | | |
| 518:18 - 519:2 Spiro, Theodore 2016-05-11<br>Q. Okay. Now, you mentioned a couple minutes ago that there was not an approved assay for measuring plasma concentration levels of Xarelto in the United States. Do you recall that?<br>A. Yes.<br>Q. PT Neoplastin is a widely available assay for measuring PT in the United States, correct? | 0:18 | **Re: [518:18-519:2]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring | Re: [518:18-519:2]<br>Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect | |
| **519:5 - 519:19 Spiro, Theodore 2016-05-11**<br>Neoplastin reagent is marketed by Diagnostica Stago in the United States.<br>BY MR. OVERHOLTZ:<br>Q. You agree it's widely available?<br>A. I think Innovin is still the -- the primary agent used in American laboratories. But I think the Neoplastin reagent may be the second most widely used reagent.<br>Q. Okay. And that is an existing PT assay available on the market, correct?<br>A. Correct. | 0:26 | **Re: [519:5-519:19]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, Concede-Routine Monitoring | Re: [519:5-519:19]<br>Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect | Pending |
| **555:17 - 556:16 Spiro, Theodore 2016-05-11**<br>Q. Let me show you what we'll mark as Exhibit 39, which is Record 398094<br>Before the results were made public at the New Orleans convention of the American College of Cardiology, Bayer and J&J learned of the increased bleeding events in the MAGELLAN trial, correct?<br>A. Correct.<br>Q. Okay. Take a minute to look at Exhibit 39, which is an e-mail from Bernhard Glombitza to Scott Berkowitz and | 2:28 | **Re: [555:17-556:16]**<br>**Def Obj** P, R, Relevance-Non-approved indications, Relevance-Marketing, H | Re: [555:17-556:16]<br>Pltf Resp Magellan study relevant and highly probative to notice, bleed risk, and study conduct and testimony and evidence even extrapolates to approved indications. Relevant for non-hearsay | Pending |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| we have to interpret its results in light of the characteristics, demographics of the patients included in the trial, those being acutely ill patients with medical illnesses admitted to hospital with -- for treatment of the specific illness in question. Very different from the atrial fibrillation population, an outpatient population, in general with -- well, without acute medical illnesses and being treated for a differently -- a completely different purpose. So, from my perspective in clinical development, we have to separate these two indications. And we have to address individually the results of the respective clinical trials. | | | | |
| 559:14 - 559:15 Spiro, Theodore 2016-05-11<br>Q. You certainly got the memo, didn't you? | 0:03 | **Re: [559:14-559:15]**<br>**Def Obj** P, R, Relevance-Non-approved indications, Relevance-Marketing, AR, H | Re: [559:14-559:15]<br>Pltf Resp Magellan study relevant and highly probative to notice, bleed risk, and study conduct and testimony and evidence even extrapolates to approved indications. Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony and evidence centers on Defendants' deliberation on whether and how to convey safety information to consumers and prescribers and is not predicated on Defendants' | Pending |
| 559:17 - 559:18 Spiro, Theodore 2016-05-11<br>THE WITNESS: I did get the memo. | 0:00 | **Re: [559:17-559:18]**<br>**Def Obj** P, R, Relevance- | Re: [559:17-559:18]<br>Pltf Resp Magellan | Pending |

| Designation | Testimony | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| | others including yourself on February 15th of 2011, a couple months before the results were made public in New Orleans, a month and a half.<br>A. Yes.<br>Q. And so Bernhard Glombitza sends to you an e-mail that he received from Anne-Greth Mortensen on February 15th of 2011, the subject being, "The GSM position on MAGELLAN strategy."<br>Do you see that?<br>A. Yes. | | | purpose: notice. Also business records exception and admission. Testimony and evidence centers on Defendants' deliberation on whether and how to convey safety information to consumers and prescribers and is not predicated on Defendants' marketing scheme or profitability, nor any specific marketing pieces and thereby | |
| 556:24 - 558:5 Spiro, Theodore 2016-05-11 | Q. And Anne-Greth Mortensen worked on the business side for the Bayer, correct?<br>A. Yes.<br>Q. And she writes, "Hi Bernhard. I have just summarized GSM's perspective on the MAGELLAN strategy."<br>Do you see that?<br>A. Yes, I see that.<br>Q. And GSM stood for what?<br>A. Global strategic marketing.<br>Q. Firstly, with regard to interpretation of the result with an emphasis on non-inferiority compared to an active standard of care, superiority to a placebo, and a significant access for any definition of bleeding across all time points."<br>Do you see that?<br>A. Yes.<br>Q. Okay. "If this interpretation were to gain traction, we risk the characterization of Xarelto as an anticoagulant associated with excessive bleeding in fragile patients, an interpretation that might be extrapolated to patients at risk of stroke with atrial fibrillation."<br>Do you see that?<br>A. Yes, I see that. | 1:16 | Re: [556:24-558:5]<br>**Def Obj** P, R, Relevance-Non-approved indications, Relevance-Marketing, H | Re: [556:24-558:5]<br>Pltf Resp Magellan study relevant and highly probative to notice, bleed risk, and study conduct and testimony and evidence even extrapolates to approved indications. Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony and evidence centers on Defendants' deliberation on whether and how to convey safety information to consumers and prescribers and is not predicated on Defendants' marketing scheme or profitability, nor any specific marketing pieces and thereby does not implicate | Pending |
| 558:6 - 558:8 Spiro, Theodore 2016-05-11 | Q. Okay. That was the global strategic marketing perspective on the MAGELLAN strategy at the time, correct? | 0:09 | | | |
| 558:10 - 559:12 Spiro, Theodore 2016-05-11 | THE WITNESS: Well, it's an interpretation. And I disagree with the interpretation. The MAGELLAN study is a standalone study and indication. It's in a specific patient population, and | 1:03 | Re: [558:10-559:12]<br>**Pltf Obj** Witness' response is nonresponsive. | | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | Non-approved indications, Relevance-Marketing, AR, H | study relevant and highly probative to notice, bleed risk, and study conduct and testimony and evidence even extrapolates to approved indications. Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony and evidence centers on Defendants' deliberation on whether and how to convey safety information to consumers and prescribers and is not predicated on Defendants' marketing scheme or | |
| **559:20 - 560:21 Spiro, Theodore 2016-05-11**<br>Q. Because there was an alternative interpretation that was part of Bayer's global strategic marketing on the MAGELLAN strategy. And the second bullet point says, "The alternative interpretation focused on the acute ill/medically ill patient. This is a population already recognized to be complicated in term of characterization for both thrombosis and bleeding risk, in whom the broader benefit of thromboprophylaxis beyond a reduction of asymptomatic DVT have not been clearly established.<br>"In this context, an interpretation of MAGELLAN describing a failure to detect a clinical benefit for routine thromboprophylaxis in acutely ill medical patients may be considered more valid. A large study like MAGELLAN has therefore contributed to a better clinical understanding demonstrating in the largest population studied to date little benefit in this population."<br>Did I read that correctly?<br>A. You read that correctly. | 0:59 | **Re: [559:20-560:21]**<br>**Def Obj** P, R, Relevance-Non-approved indications, Relevance-Marketing, AR, H | | Pending |
| **562:12 - 562:16 Spiro, Theodore 2016-05-11**<br>Q. MAGELLAN did not support approval for use of Xarelto in medically ill patients in the United States, correct?<br>A. That's correct. | 0:06 | **Re: [562:12-562:16]**<br>**Def Obj** P, R, Relevance-Non-approved indications | Re: [562:12-562:16] Pltf Resp Magellan study relevant and highly probative to notice, bleed risk, | Pending |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | and study conduct and testimony and evidence even extrapolates to approved indications. Relevant for non-hearsay purpose: notice. Also business records exception and admission. Testimony and evidence centers on Defendants' deliberation on whether and how to convey safety information to consumers and prescribers and is not predicated on Defendants' marketing scheme or | |
| **565:10 - 565:12 Spiro, Theodore 2016-05-11**<br>Q. The MAGELLAN strategy as determined by Bayer, was to make sure, before anything was said, that you | 0:06 | **Re: [565:10-565:12]**<br>**Def Obj** P, R, Relevance-Non-approved indications, Relvance-Marketing, A, AF, LF, MD, | Re: [565:10-565:12]<br>Pltf Resp Plaintiff withdraws this designation. | Pending |
| **566:15 - 566:23 Spiro, Theodore 2016-05-11**<br>THE WITNESS: Bernhard Glombitza -- Bernhard Glombitza summarized for us the global strategic marketing perspective on the MAGELLAN study.<br>That we disagreed with it and pursued the publications as we did is a different -- a different discussion. | 0:22 | **Re: [566:15-566:23]**<br>**Def Obj** P, R, Relevance-Non-approved indications, Relvance-Marketing, A, AF, LF, MD, | Re: [566:15-566:23]<br>Pltf Resp Plaintiff withdraws this designation. | Pending |
| **567:6 - 567:22 Spiro, Theodore 2016-05-11**<br>Q. "GSM should, therefore, urge that external communication of MAGELLAN data is limited until this alternative interpretation has been thoroughly reviewed and the potential impact on broader brand standing and differentiation have been considered."<br>Correct?<br>A. That is what is written here.<br>Q. And next says, "We have to" -- "we really have to consider that dabigatran will be launching SPAF with no medical data, and we are getting close to a head-to-head launch in SPAF."<br>That's what was said as part of this GSM strategy, correct? | 0:41 | **Re: [567:6-567:22]**<br>**Def Obj** P, R, Relevance-Non-approved indications, Relvance-Marketing, A, AF, LF, MD, | Re: [567:6-567:22]<br>Pltf Resp Plaintiff withdraws this designation. | Pending |
| **567:23 - 568:10 Spiro, Theodore 2016-05-11**<br>A. That is what it said here.<br>But remember, our global development | 0:31 | **Re: [567:23-568:10]**<br>**Pltf Obj** [Note: there is a | | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| strategy was to present the results of this trial, and we had three presentations at scientific meetings in 2011 and to move forward with three additional -- with two additional publications, subanalyses of the trial, and we are indeed continuing to look at subgroups in the trial to bring forward that information into the -- into the clinical domain. | | mistake in Plaintiff's affirmative designations. 565:10-566:12 and 566:15-23 should be designated affirmatively. The mistake appears to have been designating 565:12 instead of 566:12.] Plaintiff's withdraw 567:16-22, so to the extent Defendants' designated 567:23-568:10 for completeness, Defendants' designation should similarly be withdrawn. If kept, Plaintiff objects to witness response as non-responsive. | | |
| 612:14 - 612:19 Spiro, Theodore 2016-05-11 | 0:16 | | | |
| Q. I'm going to hand you what we have marked as Spiro Exhibit Number 45. It is a copy of the 2000 and -- or the SPC, summary of product characteristics, that was in effect during July of 2015 for Xarelto. | | Re: [612:14-612:19] **Def Obj** Relevance-Time, Relevance-Foreign Regulatory, P | Re: [612:14-612:19] Pltf Resp Relevant as information Defendants made available in other markets, but withheld domestically. Highly probative on the type of information Defendant could have made available to consumers and prescribers alike, including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect | Pending |
| 612:24 - 613:7 Spiro, Theodore 2016-05-11 | 0:53 | | | |
| Q. And, Doctor, please take a moment to orient yourself to Exhibit 45.<br>A. Okay. Yes.<br>Q. And before today, have you seen Exhibit 45 or some version of it, perhaps one that pre- or postdated Exhibit 45?<br>A. Yes, I have. | | Re: [612:24-613:7] **Def Obj** Relevance-Time, Relevance-Foreign Regulatory, P | Re: [612:24-613:7] Pltf Resp Relevant as information Defendants made available in other markets, but withheld domestically. Highly | Pending |

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | probative on the type of information Defendant could have made available to consumers and prescribers alike, including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect | |
| 614:15 - 614:19 Spiro, Theodore 2016-05-11<br>Q. What is your understanding<br>of what the SPC is or its purpose?<br>A. It is the prescribing<br>information that is provided to the<br>practitioners in the European Union. | 0:13 | **Re: [614:15-614:19]**<br>**Def Obj** Relevance-Time, Relevance-Foreign Regulatory, P | Re: [614:15-614:19] Pltf Resp Relevant as information Defendants made available in other markets, but withheld domestically. Highly probative on the type of information Defendant could have made available to consumers and prescribers alike, including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for | **Pending** |
| 614:20 - 614:23 Spiro, Theodore 2016-05-11<br>Q. Does it have any -- any role<br>at all in terms of relationship to the<br>prescribing information or -- or product<br>label that is used in the United States? | 0:13 | | | |
| 615:3 - 615:13 Spiro, Theodore 2016-05-11<br>A. The prescribing information<br>that is in -- that is made available to<br>the practitioners in the United States<br>results from the negotiations and<br>interactions between the -- the market<br>authorization holder in the United States<br>and the Federal Food and Drug<br>Administration that -- that -- that<br>oversees and licenses pharmacological<br>products as well as other products and<br>foods. | 0:34 | | | |
| 617:13 - 618:12 Spiro, Theodore 2016-05-11<br>Q. Doctor, if you could, within<br>Exhibit 45, please go to Section 5.1,<br>which is the pharmacodynamic properties<br>section.<br>A. Yes.<br>Q. And do you specifically see<br>that subsection there that is called<br>"Pharmacodynamic Effects"?<br>A. Yes.<br>Q. It appears that under this | 1:06 | **Re: [617:13-618:12]**<br>**Def Obj** Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, P, AF, LF, O, S, | Re: [617:13-618:12] Pltf Resp Relevant as information Defendants made available in other markets, but withheld domestically. Highly probative on the type of information | **Pending** |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | section there is some information for the indications that had been approved up until this time that discloses or states the 5th and 95th percentile -- tiles for the Neoplastin PT, in patients taking Xarelto, is that correct, both for DVT and PV -- PE prevention and also for Afib; is that right?<br>A. Yes, it is.<br>Q. Okay. And from your perspective, what is your belief as to why that information could be helpful to physicians prescribing Xarelto for patients for either indication? | | Defendant could have made available to consumers and prescribers alike, including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for | |
| 618:15 - 619:8 Spiro, Theodore 2016-05-11 | THE WITNESS: It provides information to them that describes the -- the effect of the -- of the drug on the global coagulation test that is referred to in the -- in the section "Pharmacodynamic Effects." In other words, the prothrombin time is performed using the Neoplastin reagent system.<br>BY MR. HONNOLD:<br>Q. From -- from your view and as a -- as a prescribing physician of -- of Xarelto, as you've testified to, that what is your view as to how or why the 5th and 95th percentile information for the Neoplastin PT levels could be helpful to a prescribing physician? | 0:37 Re: [618:15-619:8] **Def Obj** Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, P, AF, LF, O, S, | Re: [618:15-619:8] Pltf Resp Relevant as information Defendants made available in other markets, but withheld domestically. Relevant as information Defendants made available in other markets, but withheld domestically. Highly probative on the type of information Defendant could have made available to consumers and prescribers alike, including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for | Pending |
| 619:12 - 619:14 Spiro, Theodore 2016-05-11 | Q. Or a treating physician who -- who -- who becomes involved in the treatment of a patient on Xarelto? | 0:05 Re: [619:12-619:14] **Def Obj** Relevance-Time, Relevance-Foreign | Re: [619:12-619:14] Pltf Resp Relevant as information | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | Regulatory, Concede-PT/Dose Adjustment, P, AF, LF, O, S, | Defendants made available in other markets, but withheld domestically. Relevant as information Defendants made available in other markets, but withheld domestically. Highly probative on the type of information Defendant could have made available to consumers and prescribers alike, including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn | |
| 619:17 - 620:2 Spiro, Theodore 2016-05-11<br>THE WITNESS: It's -- I think it's helpful to the physician because it -- it describes for them the type of range of -- of changes in the prothrombin time expressed in seconds that might be observed in patients receiving the -- the 20-milligram or 15-milligram dose of rivaroxaban. | 0:21 | **Re: [619:17-620:2]**<br>**Def Obj** Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, P, AF, LF, O, S, | Re: [619:17-620:2] Pltf Resp Relevant as information Defendants made available in other markets, but withheld domestically. Relevant as information Defendants made available in other markets, but withheld domestically. Highly probative on the type of information Defendant could have made available to consumers and prescribers alike, including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for | Pending<br>Overruled |
| 620:4 - 621:9 Spiro, Theodore 2016-05-11<br>Q. And from your perspective, why is it that that could be helpful information for a prescribing or treating physician to have?<br>A. From my perspective it could be a helpful -- it could be helpful information in that if the -- the physician drew a prothrombin time for | 1:18 | **Re: [620:4-621:9]**<br>**Def Obj** Non-responsive, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, P, AF, LF, O, S, | | Pending |

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| whatever reason, it would tell them what the peak would be in relationship to the administration of the study drug. And if he was indeed wanting to use the prothrombin time as a global coagulation test, for instance, for ascertaining whether there was a -- some type of coagulopathy that might be occurring in the patient as well, then the physician would know that they would have to wait for the trough period in order to have a prothrombin time that they might be able to interpret in the context of moving in or out a coagulation abnormality that was not associated with the study drug.<br>Q. Would you agree that this information would also allow the prescribing or treating physician to understand where their patient stood as compared to other patients who had had Neoplastin PTs taken under similar circumstances? | | | | |
| **621:14 - 621:24 Spiro, Theodore 2016-05-11**<br>THE WITNESS: The information shows the spread of results that are seen with the prothrombin time in the clinical trials setting and provides guidance to the -- to the treating physician in regards to that and allows some guidance to his -- to him in his interpretation of the specific measure that he obtains from the individual patient. | 0:23 | **Re: [621:14-621:24]**<br>**Def Obj** Non-responsive, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, P, AF, LF, O, S, | | Pending |
| **623:12 - 623:18 Spiro, Theodore 2016-05-11**<br>Q. What if it's an 82-year old woman who weighs 105 pounds, who is 20 hours after their last dose at trough, and has a Neoplastin PT of 26, which would put them at the 95th percentile? What should the doctor do under that sort of circumstance? | 0:20 | **Re: [623:12-623:18]**<br>**Def Obj** Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, LF, IH, O, EX, S, | Re: [623:12-623:18]<br>Pltf Resp Relevant as information Defendants made available in other markets, but withheld | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | domestically. Relevant as information Defendants made available in other markets, but withheld domestically. Highly probative on the type of information Defendant could have made available to consumers and prescribers alike, including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn | |
| 623:23 - 623:24 Spiro, Theodore 2016-05-11<br>Q. And first let's say the patient is not bleeding. | 0:04 | **Re: [623:23-623:24]** **Def Obj** Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, LF, IH, O, EX, S, | Re: [623:23-623:24] Pltf Resp Relevant as information Defendants made available in other markets, but withheld domestically. Relevant as information Defendants made available in other markets, but withheld domestically. Highly probative on the type of information Defendant could have made available to consumers and prescribers alike, including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn | **Pending** |
| 624:3 - 624:17 Spiro, Theodore 2016-05-11<br>THE WITNESS: The individual physician would have to make that decision. We cannot, from the label, deal with an individual patient, and the physician themselves has to provide the -- the decisionmaking that is relevant to that individual patient, and they are expected to have that knowledge and expertise.<br>BY MR. HONNOLD:<br>Q. Might that patient that I | 0:32 | **Re: [624:3-624:17]** **Def Obj** Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, LF, IH, O, EX, S, | Re: [624:3-624:17] Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were | **Pending** |

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | hypothesized to you be the sort of patient that perhaps it may not be appropriate to take their next dose? | | motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto and the | |
| 624:20 - 625:15 Spiro, Theodore 2016-05-11 | 0:35 | | | |
| | THE WITNESS: Yes, I would agree with that, but again, in the context of is this truly a trough value. If we assume it's truly a trough value and the last dose was 24 hours before and the patient had not taken another dose.<br>BY MR. HONNOLD:<br>Q. Let's assume all those things as true, that there is an affidavit from the patient, in fact, a timed videotaped that shows it, as well as their spouse who is free of any mental defect or dementia and who verifies those things. That might be the sort of patient that it would be appropriate for them not to take their next dose if, in fact, they are at a 20-hour trough and 22-hour trough, and they are at 26, right? | **Re: [624:20-625:15]**<br>**Def Obj** Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, LF, IH, O, EX, S, | Re: [624:20-625:15]<br>Pltf Resp Testimony relevant and highly probative to defendant knowledge and notice of the need to measure Xarelto drug exposure and pharmacodynamic response as well as evolving company position on the same .Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' crucial involvement with Bayer™s consideration of measuring Xarelto drug exposure including as a single measurement to evaluate patient™s with a high bleed risk. As a lead player in this effort, | Pending |
| 625:21 - 626:3 Spiro, Theodore 2016-05-11 | 0:10 | | | |
| | THE WITNESS: The physician would have to decide.<br>BY MR. HONNOLD:<br>Q. But as you said before, you would agree that that might be a patient who it might be appropriate to not have them take their next dose, correct? | **Re: [625:21-626:3]**<br>**Def Obj** Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, LF, IH, O, EX, S, | Re: [625:21-626:3]<br>Pltf Resp Testimony relevant and highly probative to defendant knowledge and notice of the need to | Pending |

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | measure Xarelto drug exposure and pharmacodynamic response as well as evolving company position on the same .Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' crucial involvement with Bayer™s consideration of measuring Xarelto drug exposure including as a single measurement to evaluate patient™s with a high bleed | |
| 626:6 - 626:7 Spiro, Theodore 2016-05-11<br>THE WITNESS: Yes, I would agree with that. | 0:02 | Re: [626:6-626:7] **Def Obj** Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, LF, IH, O, EX, S, | Re: [626:6-626:7] Pltf Resp Testimony relevant and highly probative to defendant knowledge and notice of the need to measure Xarelto drug exposure and pharmacodynamic response as well as evolving company position on the same .Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' crucial involvement with Bayer™s consideration of measuring Xarelto drug exposure including as a single measurement to evaluate patient™s with a high bleed | Pending |
| 627:7 - 627:15 Spiro, Theodore 2016-05-11<br>Q. The information about this 5th and 95th percentile Neoplastin PT data that is in Exhibit 45, the SPC, has that ever appeared in any form of United States label for Xarelto for any indication?<br>A. I would have to look at that label again, the prescribing information.<br>Q. Let's do that. | 0:19 | Re: [627:7-627:15] **Def Obj** Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, LF, IH, O, EX, S, | Re: [627:7-627:15] Pltf Resp Testimony relevant and highly probative to defendant knowledge and notice of the need to measure Xarelto drug exposure and | Pending |

| Designation | Testimony | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| | | | | pharmacodynamic response as well as evolving company position on the same .Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' crucial involvement with Bayer™s consideration of measuring Xarelto drug exposure including as a single measurement to evaluate patient™s with a high bleed risk. As a lead | |
| 627:20 - 628:6 | Spiro, Theodore 2016-05-11<br>Q. I'm going to hand you what we have marked as Exhibit 46. I'll represent to everyone that I think you'll agree that based upon the nomenclature and details on Exhibit 46, this is a recently revised label that was updated, I believe, last week, and would be the most current label available.<br>Have you had a chance to look over Exhibit 46?<br>A. Not in its entirety. | 1:18 | Re: [627:20-628:6] **Def Obj** Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, LF, IH, O, EX, S, | Re: [627:20-628:6] Pltf Resp Testimony relevant and highly probative to defendant knowledge and notice of the need to measure Xarelto drug exposure and pharmacodynamic response as well as evolving company position on the same .Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' crucial involvement with Bayer™s consideration of measuring Xarelto drug exposure including as a single measurement to evaluate patient™s with a high bleed risk. As a lead | Pending |
| 629:6 - 629:19 | Spiro, Theodore 2016-05-11<br>Q. Here's the way that we might go about this. In the SPC, it was in the pharmacodynamic section. And I think that's Section 12.2 in the U.S. label.<br>A. Yes.<br>Q. Do you see it within the pharmacodynamics section?<br>A. Do I see the --<br>Q. Is the 5th percentile and 95th percentile Neoplastin data included in the pharmacodynamic section as it is included in that section of the SPC, as we discussed previously? | 0:56 | Re: [629:6-629:19] **Def Obj** Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, PK | Re: [629:6-629:19] Pltf Resp Testimony relevant and highly probative to defendant knowledge and notice of the need to measure Xarelto drug exposure and pharmacodynamic response as well as evolving company position on the same | Pending |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 629 19 A. No, it is not. | | | .Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' involvement with assay development and experience as testified. Witness led effort of defendant's evaluation of ways to measure drug exposure of Xarelto and is a medical doctor - Xarelto use with evidence of a | |
| 629:23 - 630:6 Spiro, Theodore 2016-05-11<br>629 23 Q. Do you know anyone that<br>629 24 works either for Janssen or Bayer that's<br>630 1 involved in creating or writing the label<br>630 2 or any of its predecessor -- either this<br>630 3 label or its predecessors?<br>630 4 A. I am not directly involved<br>630 5 with the groups that prepare the labels<br>630 6 for the specific indications. | 0:20 | | | |
| 630:7 - 630:14 Spiro, Theodore 2016-05-11<br>630 7 Q. So at least -- in terms of<br>630 8 how you told me previously that that 5th<br>630 9 and 95th percentile that's in the SPC<br>630 10 could be helpful to treating or<br>630 11 prescribing physicians for the reasons<br>630 12 that you testified to, at least that<br>630 13 helpful information is not included in<br>630 14 the U.S. label, correct? | 0:16 | **Re: [630:7-630:14]** **Def Obj** Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, A, AF, LF, M, PK | Re: [630:7-630:14] Pltf Resp Testimony relevant and highly probative to defendant knowledge and notice of the need to measure Xarelto drug exposure and pharmacodynamic response as well as evolving company position on the same.Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' crucial involvement with Bayer™s consideration of measuring Xarelto drug exposure including as a single measurement to evaluate patient™s | **Pending** |
| 630:17 - 630:19 Spiro, Theodore 2016-05-11<br>630 17 THE WITNESS: That<br>630 18 information is not included in the<br>630 19 U.S. label. | 0:03 | **Re: [630:17-630:19]** **Def Obj** Relevance-Time, Relevance-Foreign | Re: [630:17-630:19] Pltf Resp Testimony relevant and highly | **Pending** |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | Regulatory, Concede-PT/Dose Adjustment, A, AF, LF, M, PK | probative to defendant knowledge and notice of the need to measure Xarelto drug exposure and pharmacodynamic response as well as evolving company position on the same.Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' crucial involvement with Bayer™s consideration of measuring Xarelto drug exposure including as a single measurement to evaluate patient™s | |
| 633:4 - 633:17 Spiro, Theodore 2016-05-11<br>Q. And -- and just for the record, Exhibit 47 is a publication entitled, "Laboratory Assessment of Rivaroxaban: A Review," that is dated 2013, authored by Samama and others, including Dr. Spiro, that appeared in the Thrombosis Journal, again 2013, Volume 11:11.<br>Are you familiar with this publication generally?<br>A. Yes, I am.<br>Q. Okay. You are a named author on it, right?<br>A. Yes, I am. | 0:41 | **Re: [633:4-633:17]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment | Re: [633:4-633:17]<br>Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk.Plaintiff disputes the admissibility of this evidence is conceded. | Pending |
| 634:16 - 634:21 Spiro, Theodore 2016-05-11<br>Q. I believe you said yesterday that you -- you or the working group felt it was important to get this information out so you sought to get it into the medical literature.<br>Is that true? | 0:11 | **Re: [634:16-634:21]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, AF, LF, PK, M, O, S, V | Re: [634:16-634:21]<br>Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff disputes the admissibility of this | |
| 634:23 - 635:8 Spiro, Theodore 2016-05-11<br>THE WITNESS: Yes, we considered the publication to be a contribution to the laboratory literature and the clinical literature.<br>BY MR. HONNOLD:<br>Q. Okay. And that included actually getting the -- the peak and trough data out that had been able to be ascertained, correct? | 0:20 | **Re: [634:23-635:8]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, AF, LF, PK, M, O, S, V | Re: [634:23-635:8]<br>Pltf Resp Testimony relevant and highly probative to defendant involvement in medical literature and scientific study re: Xarelto, assay development and use as well as evolving company position on the same .Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' crucial involvement with Bayer™s consideration of measuring Xarelto drug exposure including as a single measurement to evaluate patient™s with a high bleed risk. As a lead | Pending |
| 635:11 - 635:19 Spiro, Theodore 2016-05-11<br>THE WITNESS: Yes. Table 2 is a -- a component of this publication.<br>BY MR. HONNOLD:<br>Q. And you felt it was important to include that information so that physicians would have access to it and become aware of it, correct?<br>A. Yes, we did. | 0:14 | **Re: [635:11-635:19]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, AF, LF, PK, M, O, S, V | Re: [635:11-635:19]<br>Pltf Resp Testimony relevant and highly probative to defendant involvement in medical literature and scientific study re: Xarelto, assay | Pending |

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | development and use as well as evolving company position on the same .Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' crucial involvement with Bayer™s consideration of measuring Xarelto drug exposure including as a single measurement to evaluate patient™s with a high bleed | |
| **636:12 - 636:14 Spiro, Theodore 2016-05-11**<br>Q. Okay. Did you ever consider taking this information to somewhere like the New England Journal, Lancet, or JAMA? | 0:08 | **Re: [636:12-636:14]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, AF, LF, PK, M, O, S, V | Re: [636:12-636:14]<br>Pltf Resp Testimony relevant and highly probative to defendant involvement in medical literature and scientific study re: Xarelto, assay development and use as well as evolving company position on the same .Plaintiff disputes the admissibility of this evidence is conceded. Foundation laid considering witness' crucial involvement with Bayer™s consideration of measuring Xarelto drug exposure including as a single measurement to evaluate patient™s with a high bleed | Pending |
| **636:18 - 637:13 Spiro, Theodore 2016-05-11**<br>THE WITNESS: Those are very high impact doctor journals, and they would not have wanted to publish this type of a -- a review article. It needed to be published in a more specialty organ -- related journal such as the journal that we chose, Thrombosis Journal. And I think this was the appropriate journal selection.<br>BY MR. HONNOLD:<br>Q. To your knowledge, did any of this information get included and | 0:32 | **Re: [636:18-637:13]**<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, AF, LF, PK, M, O, S, V | Re: [636:18-637:13]<br>Pltf Resp Testimony relevant and highly probative to defendant involvement in medical literature and scientific study re: Xarelto, assay development and use as well as evolving company position on the same .Plaintiff disputes the | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | distributed in a "dear healthcare provider" letter, anything like that that you knew with some degree of certainty would actually find its ways into the hands of prescribing or treating physicians? | | admissibility of this evidence is conceded. Foundation laid considering witness' crucial involvement with Bayer™s consideration of measuring Xarelto drug exposure including as a single measurement to evaluate patient™s with a high bleed risk. As a lead player in this effort, | |
| 637:16 - 637:19 Spiro, Theodore 2016-05-11 | THE WITNESS: To the best of my knowledge, this information was not in a letter addressed to -- addressed to healthcare providers. | 0:06 Re: [637:16-637:19] **Def Obj** R, P, Concede-PT/Dose Adjustment, AF, LF, PK, M, O, S, V | Re: [637:16-637:19] Pltf Resp Testimony relevant and highly probative as well as it defendants' interaction and influence of medical and scientific literature regarding measurement of drug exposure of Xarelto. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the importance of measurements for assessing bleeding risk. Plaintiff disputes the admissibility of this | Pending |
| 640:5 - 640:18 Spiro, Theodore 2016-05-11 | Q. The -- the information -- the information in Table 2, to your knowledge, has it ever been in the United States patient label?<br>A. No, it has not been in the -- in the prescribing information in the United States or in the patient -- right. It has not been in the prescribing information in the United States.<br>Q. Did you ever make some suggestion to anyone at Janssen or Bayer that it -- that it should be included?<br>A. No, I did not. | 0:43 Re: [640:5-640:18] **Def Obj** R, P, Concede-PT/Dose Adjustment, AF, LF, PK, M, O, S, V | Re: [640:5-640:18] Pltf Resp Testimony relevant and highly probative to defendant involvement in medical literature and scientific study re: Xarelto, assay development and use as well as evolving company position on the same .Plaintiff disputes the | Pending |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | admissibility of this evidence is conceded. Foundation laid considering witness' involvement with assay development and experience as testified. Witness led effort of defendant's evaluation of ways to measure drug exposure of Xarelto and is a medical | |
| 643:19 - 643:24 Spiro, Theodore 2016-05-11<br>Q. Okay. And to the extent --<br>and you -- you legitimately thought it<br>would be helpful to the -- the field and<br>fund of knowledge available to physicians<br>who would be using Xarelto?<br>A. Yes. | 0:10 | Re: [643:19-643:24]<br>**Def Obj** R, P, Concede-PT/Dose Adjustment | | Pending |
| 644:1 - 644:5 Spiro, Theodore 2016-05-11<br>Q. Okay. And -- and whatever<br>those helpful reasons were, to the extent<br>a physician might be reviewing the label<br>for such information, they would not find<br>it in the U.S. label, correct? | 0:11 | Re: [644:1-644:5]<br>**Pltf Obj** Witness' response is nonresponsive. Improper expert opinion-not a regulatory expert. | | Pending |
| 644:8 - 645:21 Spiro, Theodore 2016-05-11<br>THE WITNESS: That is a<br>complicated quest -- question,<br>although it's stated as a yes/no.<br>In the United States, the<br>market authorization holder, which<br>is -- which is Janssen -- Janssen<br>Pharmaceuticals, has to negotiate<br>the content of the label with the<br>Food and Drug Administration, with<br>our -- our regulatory body.<br>They have very different<br>standards for approval of drugs --<br>approval of laboratory tests as --<br>as in vitro diagnostic -- to -- to<br>be used as in vitro diagnostics,<br>that is the case in the European<br>Union.<br>In the European Union we use<br>the European Commission Mark,<br>so-called CE Mark, and based on<br>that we -- the -- the<br>manufacturers are able to have<br>these -- these quantitative assays<br>for rivaroxaban available to<br>practitioners, and we have five<br>assays I believe available now in<br>the -- the European Union.<br>On the other side of the --<br>of the -- of the world, in the New<br>World, the Food and Drug | 1:29 | Re: [644:8-645:21]<br>**Pltf Obj** Witness' response is nonresponsive. Improper expert opinion-not a regulatory expert. | | Pending<br>[handwritten:] Overruled. This is not request info that a person in his capacity & knowledge would & familiarity not known |

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | Administration takes a much more rigorous approach to approval of diagnostic tests. And the manufacturers, although they have been in discussions with the Food and Drug Administration, have not been able to secure 510(k) approval. | | | |
| 650:24 - 651:7 Spiro, Theodore 2016-05-11 | Q. You would agree, though, that you've engaged in a great deal of work in the medical literature to raise awareness of prescribing or treating physicians that if they want to be using an appropriate and a sensitive PT test, that they be considering the Neoplastin or Neoplastin Plus test, correct? | 0:15 **Re: [650:24-651:7]** **Def Obj** R, P, Concede-PT/Dose Adjustment, AF, PK, LF, M, Attorney colloquy/exhibits | Re: [650:24-651:7] Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the | **Pending** |
| 651:10 - 652:6 Spiro, Theodore 2016-05-11 | THE WITNESS: Our evolution in this -- in this process moved from using any prothrombin time platform for measurement of rivaroxaban concentrations to using a Factor Xa platform plus rivaroxaban calibrators and controls. In extreme situations, if a determination of whether there might be some anticoagulant effect secondary to a direct oral anticoagulant on board, a prothrombin time might be used. But if a quantitative measurement was being sought, then one of the approved tests, for instance in the European Union, using an anti-Factor Xa colorimetric method would be the preferred method for determining plasma concentrations. | 0:51 **Re: [651:10-652:6]** **Def Obj** R, P, Concede-PT/Dose Adjustment, AF, PK, LF, M, Attorney colloquy/exhibits | Re: [651:10-652:6] Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's | **Pending** |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | failure to warn claims and claim for need for measurement including the usefulness of PT to assess the anticoagulant effect of Xarelto, and the | |
| 652:21 - 653:4 Spiro, Theodore 2016-05-11<br>Q. As you read Section 12.2, Doctor, does it make any suggestion as to what PT test to use if a physician wishes to get an accurate PT reading on a patient taking Xarelto?<br>A. No, I do not see any -- any mention of the prothrombin time reagent system to be used. | 0:26 | Re: [652:21-653:4]<br>**Def Obj** R, P, Concede-PT/Dose Adjustment, AF, PK, LF, M, Attorney colloquy/exhibits | Re: [652:21-653:4]<br>Pltf Resp Evidence of discussions and matters involving monitoring and the need to measure drug exposure and use is crucial, highly probative evidence relevant to demonstrating defendants were motivated to avoid any form of monitoring including a one-time measurement to evaluate patients at a high bleeding risk. Further, also relevant to Plaintiff's failure to warn claims and claim for need for measurement including the usefulness of PT to assess the | Pending |
| 701:17 - 701:18 Spiro, Theodore 2016-05-11<br>Q. Have you yourself ever taken rivaroxaban? | 0:04 | Re: [701:17-701:18]<br>**Pltf Obj** 401/402, 403. Object as not necessary for completeness and therefore should be played in Defendants direct, if at all. Relevance | | Pending |
| 701:20 - 702:8 Spiro, Theodore 2016-05-11<br>THE WITNESS: Yes, I have taken rivaroxaban. I had a total hip replacement procedure two years ago, and I -- I used rivaroxaban for thromboprophylaxis after that procedure.<br>BY MR. HOROWITZ:<br>Q. How did it work out for you?<br>A. Excellent. I -- I used the drug for 35 days and experienced no -- no -- no hemorrhagic complications. And I did not experience a thromboembolic event. | 0:30 | Re: [701:20-702:8]<br>**Pltf Obj** 401/402, 403. Object as not necessary for completeness and therefore should be played in Defendants direct, if at all. Outside the scope. Relevance | | Pending |

Overruled 608: P's lawyers attacked his credibility & this is his response

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| **705:5 - 706:21 Spiro, Theodore 2016-05-11** 1:28<br>Q. With respect to regulatory responsibility, I understand you're not in the regulatory arm of the company.<br>Is that fair?<br>A. Yes, that is fair.<br>Q. But did you have an understanding as to who had primary responsibility for which parts of the world?<br>A. Yes, I did.<br>Q. What was your understanding or what is your understanding?<br>A. As of the -- as of the time of the implementation of the agreement, the -- the rights to the investigational new drug application, the responsibility for the new invest -- investigational new drug application in the United States was transferred to the Johnson & Johnson organization. And the regulatory responsibility was removed from the Bayer organization.<br>In the rest of the world, Bayer remained responsible for all regulatory interactions.<br>Q. So it was Janssen U.S. and Bayer rest of world?<br>A. Correct.<br>Q. And with respect to your particular focus in response to questions by plaintiffs' counsel, I think you said you had more of an eye on Europe and the rest of the world.<br>Is that fair?<br>A. Correct. My involvement was more ex-United States, other than the interactions with the regulatory agency for the specific study for which I was responsible as.<br>Q. And which study was that?<br>A. That was the MAGELLAN study. | **Re: [705:5-706:21]**<br>**Pltf Obj** Foundation lacking. Outside the scope. | Overruled. Explains his focus point (handwritten) | Pending |
| **715:5 - 716:20 Spiro, Theodore 2016-05-11** 1:54<br>You were asked many times -- several times over the last couple of days as to whether MAGELLAN was a failed study. Do you consider it to be a failed study?<br>A. No. The MAGELLAN study was most definitely not a failed study. It was a study which was not indication enabling, but it provided us with a wealth of information as to a next step in the evaluation of the non-vitamin K oral anticoagulants in a similar patient population, but a patient population that was further defined by the learnings and understandings gained from the MAGELLAN study results.<br>Q. Did you publish the results of MAGELLAN? | **Re: [715:5-718:3]**<br>**Pltf Obj** P.OBJ: 715:5-20 - asked and answered, lacks foundation, 401/402 and 403. 715:21-716:18 - nonresponsive, inappropriate narrative response, cumulative, foundation lacking, improper expert testimony. 716:19-717:3 - leading, cumulative, asked and answered, nonresponsive, foundation lacking, 401/402 and 403. | Overruled (handwritten) | Pending |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| A. Yes. We published the results of the MAGELLAN study in a methods paper that described the protocol in a primary study results publication that presented the major findings of the -- of the MAGELLAN study, both efficacy and safety. This was a New England Journal of Medicine trial.<br>And we completed, as well, during the primary cycle of publication two manuscripts that were accepted in journals, one looking at risk assessment in the patients using a biomarker for thrombotic risk, and a second looking at what are called natriuretic peptides, pro-NT-BMP in patients with heart failure to determine risk of venous thromboembolic events and cardiovascular events in quartiles of patients with elevation of this biomarker.<br>Q. So several publications?<br>A. Several publications. | Outside the scope. | | Overruled P's covered Magellan |
| 720:9 - 721:17 Spiro, Theodore 2016-05-11 1:07<br>Q. And so the jury understands, you were the global clinical lead for the MAGELLAN study?<br>A. Correct.<br>Q. With respect to ROCKET, RECORD, and EINSTEIN, these were other global clinical leaders at Bayer who dealt with those studies; is that fair?<br>A. That is correct.<br>Q. And specifically with respect to ROCKET, counsel for plaintiffs over the past couple days asked you a fair number of questions about the ROCKET study. Do you recall that?<br>A. Yes, I do.<br>Q. And you were questioned, for example, about the dosing regimens that were selected to be tested in the ROCKET study. You recall those questions?<br>A. Yes, I do.<br>Q. And you were asked questions about INR readings and warfarin control in the ROCKET studies. Do you recall that?<br>A. Yes, I do.<br>Q. Were you personally involved in the dose selection for ROCKET?<br>A. No, I was not.<br>Q. Were you personally involved in the decisions with respect to how to measure and monitor INR with respect to ROCKET?<br>A. No, I was not. | Re: [720:9-721:17]<br>**Pltf Obj** P.OBJ: Leading questions, cumulative, asked and answered. | | Pending<br>Overruled 611(c) see Morvant v. Constr. 570 F.2d 626 for rule when a party takes "his" witness under cross. EF |
| 722:22 - 724:6 Spiro, Theodore 2016-05-11 1:22<br>Q. Scott Berkowitz, who was Scott Berkowitz?<br>A. Scott Berkowitz and I joined the Bayer organization at approximately | Re: [722:22-724:6]<br>**Pltf Obj** P.OBJ: Leading questions, cumulative, asked and answered. | | Pending |

04/20/17 18:27

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

the same time in 2006. I think in the 2008 time frame, he was promoted to be the head of the thrombosis group, and I then reported to Scott.

Q. And what was his role with respect to ROCKET?

A. He was the study-responsible physician for the ROCKET program at its -- at the time of its inception. So he was assigned by Frank Misselwitz to the atrial fibrillation indication, and he subsequently recruited another physician to support him in the atrial fibrillation program. That individual's name was John Paolini. He is no longer with the Bayer organization.

Q. And with respect to the e-mails we saw that plaintiffs used as exhibits to ask you questions about, for example, dosing or INR in the ROCKET study, would Dr. Berkowitz occasionally throw some questions your way to just get your views on some of these things?

A. Yes, he would.

Q. But at the end of the day, did you have primary responsibility or decisionmaking capacity with respect to these issues with ROCKET?

A. No, I did not.

**727:5 - 727:17 Spiro, Theodore 2016-05-11** — 0:39

Objections In: **Re: [727:5-727:17]** **Pltf Obj** P.OBJ: Foundation lacking, hearsay without exception, and 403

Rulings: Pending

Q. And the purpose of the work that you were doing to develop this assay, what -- what was the purpose?

A. The European Medicines Agency asked us to collaborate with diagnostic companies to assure that there was an assay available to measure rivaroxaban concentrations. In particular, they wanted to have an assay available when the chronic treatment indications with the higher dosing regimens became available to member states.

**727:18 - 729:17 Spiro, Theodore 2016-05-11** — 2:31

Objections In: **Re: [727:18-729:17]** **Pltf Obj** P.OBJ: Inappropriate colliquy at 727: 18-21 ["There was a lot of discussion with plaintiffs' counsel¦"]. Leading, compound, cumulative. Asked and answered. Foundation lacking.

Rulings: Pending — Overruled

Q. There was a lot of discussion with plaintiffs' counsel about use of the word "monitoring" versus "measured." Do you recall that?

A. Yes.

Q. What -- what you were developing, did you consider that to be measure or monitor?

A. We realized during the course of the development that the -- the use of the term "monitoring" engendered the -- the association of monitoring with dosage adaptation.

And we understood that given that our development program in Phase II and Phase III to date had been a fixed-dose approach, that we needed to be

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| clear that we were not developing monitoring regimens that required dose adjustments but were -- were, rather, developing testing systems that allowed point estimates, point measurements of drug concentration in -- in plasma.<br>Q. What's the -- what are the circumstances under which one might want to be able to measure how much rivaroxaban is in a patient's blood?<br>A. Well, we saw earlier today a very interesting slide, which I can redirect our attention to. But basically, we are looking at patients with -- in -- in very special situations, such as the very young patient, pediatric indications, patients with impaired renal function or worsening renal function on-treatment, patients with impaired hepatic function or worsening hepatic function on-treatment, extremes of -- of body weight, emergency settings such as a patient that requires a spinal tap for assessment of a -- of a spinal cord infection, this patient being potentially on a -- a non-vitamin K oral anticoagulant such as rivaroxaban, patients requiring emergency surgery also in the setting of their being treated otherwise with a non-vitamin K oral antagonist such as rivaroxaban. | | | | |
| **730:4 - 730:12 Spiro, Theodore 2016-05-11**<br>Q. How would you characterize these -- these situations?<br>A. I would character -- characterize these as special situations where we need to understand more specifically what is occurring in an individual patient in order to make certain types of decisions as to what to do next and when to do it. | 0:18 | **Re: [730:4-730:12]**<br>**Pltf Obj** P.OBJ: Foundation lacking. Cumulative. | | Pending<br>Overruled |
| **731:11 - 731:19 Spiro, Theodore 2016-05-11**<br>Q. And what is Spiro-52. What is -- what is this paper?<br>A. This is a -- a review article that Professor Samama authored with -- in collaboration with -- with colleagues from Bayer Healthcare and -- and Diagnostica Stago where we did a review article on the laboratory assessment of rivaroxaban. | 0:29 | **Re: [731:11-731:19]**<br>**Def Obj** Non-responsive, P, Concede-Routine Monitoring, Concede-PT/Dose Adjustment | | Pending |
| **732:18 - 733:8 Spiro, Theodore 2016-05-11**<br>Q. And as a general matter, what -- what is addressed within this article?<br>A. We provided an overview of the assay developments that had taken place during the preceding several years, probably beginning as early as 2004 and | 0:49 | **Re: [732:18-733:8]**<br>**Def Obj** Non-responsive, P, Concede-Routine Monitoring, Concede-PT/Dose Adjustment | | Pending |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| We provided some information of -- concerning pharmacokinetic parameters associated with rivaroxaban. We provided information about clinical situations in which test -- laboratory testing for rivaroxaban might be required. | | | |
| 733:19 - 738:4 Spiro, Theodore 2016-05-11 4:53 | | | |
| Q. And did you have many different conversations over the last couple of days about the use of PT as a means to measure plasma concentration in patients who have taken rivaroxaban?<br>A. Yes, we did.<br>Q. What do you say in the first paragraph with respect to whether or not prothrombin time is suitable for measuring rivaroxaban? What do you say in your published paper?<br>A. We point out that the variability and the responses with the different thromboplastin reagent clicks, results in a too large variation in the results when they are expressed in seconds for specific patient samples that are tested.<br>Q. And what causes that variation?<br>A. It's caused by the different international sensitivity index of the thromboplastin reagents which are used in the -- the reagent kits.<br>Q. Is the variability corrected by conversion of PT to INR values?<br>A. Using the -- the formula that we have established for the -- as -- as a anti-vitamin K anticoagulant class of agents, in fact, the variation between the assays has increased.<br>Q. What -- what is INR used to measure?<br>A. The international normalized ratio referred to in abbreviation form, the INR, is used to standardize the -- the -- the assessment of the intensity of anticoagulant effect with the vitamin K antagonist class of anticoagulants or blood thinners.<br>One commonly mentioned type of drug in the United States in particular is warfarin. But in other countries several other types of drugs are commonly used.<br>Q. If you go down to the next paragraph, about halfway down, there's a discussion that involves the Neoplastin reagent. Do you see that?<br>A. Yes.<br>Q. You were asked a lot of questions, particularly this afternoon about the use of the Neoplastin reagent system to measure PT in patients who have | Re: [733:19-738:4]<br>**Pltf Obj** P.OBJ: 733:19-24: argumentative, 401/402. 734:1-738:4: hearsay, foundation lacking, asked and answered, and cumulative. | | Pending |

Objections In | Responses In | Rulings

taken rivaroxaban.
Do you recall that?
A. Yes, I do.
Q. What do you tell readers of your published article with respect to PT, even if it's the Neoplastin reagent?
A. Well, the bottom line of the concern about the assay from the laboratician's perspective or the individual that is actually working in the clinical laboratories contained in the last sentence, that it -- so, "The assay lacks precision particularly at low rivaroxaban concentrations and is, therefore, not suitable for measuring rivaroxaban levels and blood samples taken near the time of Ctrough. In addition, specific calibrators," et cetera.
Q. Well, go ahead and read that.
A. "In addition, specific calibrators for use with the prothrombin time test are not commercially available."
Q. I'd like you to turn to the conclusion section of your paper.
A. Yes.
Q. The first couple of sentences, what do you tell doctors who are reading your article with respect to whether or not routine coagulation monitoring is used for rivaroxaban?
A. We tell them that the non-vitamin K oral anticoagulants -- or we refer to them as target specific, meaning they target a specific coagulation factor -- that are used -- are used currently in clinical practice at fixed doses without the need for routine coagulation monitoring.
Q. Unlike the DKAH, right?
A. Unlike the vitamin K antagonist, correct.
Q. And that would include warfarin?
A. Yes, that would include warfarin.
Q. Rivaroxaban ain't warfarin, is it?
A. No, rivaroxaban is not warfarin.

Objections: **Re: [737:5-737:18]** **Def Obj** Incomplete, Concede-Routine Monitoring, P

Rulings: Pending — Overruled (handwritten)

**737:5 - 737:18 Spiro, Theodore 2016-05-11** 0:41

Q. The first couple of sentences, what do you tell doctors who are reading your article with respect to whether or not routine coagulation monitoring is used for rivaroxaban?
A. We tell them that the non-vitamin K oral anticoagulants -- or we refer to them as target specific, meaning they target a specific

Objections: **Re: [733:19-738:4]** **Pltf Obj P.OBJ: 733:19-24: argumentative, 401/402. 734:1-738:4: hearsay, foundation lacking, asked and answered, and cumulative.**
**Re: [737:5-737:18]**

Rulings: Pending — Overruled (handwritten)

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| coagulation factor -- that are used -- are used currently in clinical practice at fixed doses without the need for routine coagulation monitoring. Q. Unlike the DKAH, right? | | Def Obj Incomplete, Concede-Routine Monitoring, P | | |
| 740:9 - 741:20 Spiro, Theodore 2016-05-11 | 1:46 | | | |
| Q. You were asked some questions -- you can put aside Exhibit 52 -- about the SM -- I call it the SMPC. I think you called it the SPC. It's Spiro-45. Do you recall that?<br>A. Yes.<br>Q. Let's go ahead and put that in front of you.<br>A. Yes. Summary of product characteristics.<br>Q. Is this the label that's used in the European Union, the EU?<br>A. This is the -- these are the prescribing instructions that are used for the 20-milligram tablets, yes.<br>Q. You were asked about some of the portions of this label. Take a look at Section 4.4, it's on.<br>A. Yes, I have it.<br>Q. Do you see the section titled "Hemorrhagic Risk"?<br>A. Yes.<br>Q. Okay. The very last paragraph, what does the prescribing information in Europe say with respect to the need for routine monitoring?<br>A. Just to read it then, "Although treatment with rivaroxaban does not require routine monitoring, rivaroxaban levels measured with a calibrated quantitative anti-Factor Xa assay may be useful in exceptional situations where knowledge of rivaroxaban may help to inform clinical decisions." And then we give two examples, overdose and emergency surgery. | | Re: [740:9-741:20]<br>Pltf Obj P.OBJ: Hearsay, foundation lacking, no proper question pending as witness was asked only to read the text. | | Pending |
| 743:12 - 743:22 Spiro, Theodore 2016-05-11 | 0:26 | | | |
| Q. And you were asked a lot of questions by plaintiffs' counsel about extremes in body weight, high and low, even less than 50 kilograms or 120 kilograms in their questioning.<br>Do you recall that?<br>A. Yes, I do.<br>Q. What does the prescribing information say with respect to whether or not a dose adjustment is necessary in those situations? | | Re: [743:12-743:22]<br>Pltf Obj P.OBJ: Inappropriate colliquy at 743: 12-13 ["and you were asked a lot of questions by plaintiffs' counsel"]. Asked and answered, foundation lacking, cumulative, hearsay and mischaracterizes document. | | Pending |
| 744:1 - 744:3 Spiro, Theodore 2016-05-11 | 0:03 | | | |
| THE WITNESS: It says that there is no dose adjustment necessary. | | Re: [744:1-744:3]<br>Pltf Obj P.OBJ: Asked and answered, | | Pending |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | foundation lacking, cumulative, hearsay and mischaracterizes document. | | |
| **744:10 - 744:19 Spiro, Theodore 2016-05-11**<br>Do you recall just being asked about the fact that there is some information on PT 95th to 5th percentile in the summary of product characteristics?<br>A. Yes.<br>Q. And you were asked questions whether or not that information appeared in the U.S. label. Do you recall that?<br>A. Yes. | 0:17 | **Re: [744:10-744:19]**<br>**Def Obj** R, non-responsive. Concede-PT/Dose Adjustment, P | | Pending |
| **744:20 - 745:13 Spiro, Theodore 2016-05-11**<br>Q. Now, I know you are not a regulatory expert. Is that fair?<br>A. Yes.<br>Q. And you've told us that you're not focused on the U.S. label, correct?<br>A. That is correct.<br>Q. So it's fair to say that you don't know the regulatory history with respect to what might have been proposed to the FDA with respect to PT language?<br>A. No, I do not.<br>Q. And so you wouldn't know whether or not there was a proposed label and whether or not FDA may have made edits or even crossed out language with respect to PT? You wouldn't know about that? | 0:33 | **Re: [744:20-745:13]**<br>**Pltf Obj** P.OBJ: Leading, asked and answered, cumulative, compound question, foundation lacking, vague and ambigious. | | Pending |
| **745:16 - 745:21 Spiro, Theodore 2016-05-11**<br>THE WITNESS: I would not know about that.<br>BY MR. HOROWITZ:<br>Q. Okay. And you wouldn't know what rationale, if any, the FDA might have had for doing something like that? | 0:08 | **Re: [745:16-745:21]**<br>**Pltf Obj** P.OBJ: Leading, asked and answered, cumulative, vague and ambigous, foundation lacking. | | Pending |
| **745:24 - 746:4 Spiro, Theodore 2016-05-11**<br>THE WITNESS: I would not know their rationale.<br>BY MR. HOROWITZ:<br>Q. You wouldn't be the person to ask that? | 0:03 | **Re: [745:24-746:4]**<br>**Pltf Obj** P.OBJ: Leading, asked and answered, cumulative, vague and ambigous, foundation lacking. | | Pending |
| **746:7 - 746:15 Spiro, Theodore 2016-05-11**<br>THE WITNESS: No, I would not be the person to ask that.<br>BY MR. HOROWITZ:<br>Q. In the same manner, you wouldn't be the person to ask about what information about PT should or shouldn't go in the U.S. label, because that's outside your area?<br>A. That is correct. | 0:12 | **Re: [746:7-746:15]**<br>**Pltf Obj** P.OBJ: Leading, asked and answered, cumulative, vague and ambigous, foundation lacking. | | Pending |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| **747:17 - 748:2 Spiro, Theodore 2016-05-11** 0:22<br>Q. Dr. Spiro, I have a couple more questions for you. Counsel for Bayer asked you some questions regarding the review article that you were a co-author on with Dr. Samama published in the Thrombosis Journal in 2013, the "Laboratory Assessment of Rivaroxaban: A Review."<br>Do you recall that?<br>A. Yes, I do recall that. | **Re: [747:17-748:2]**<br>**Def Obj** R, P, Concede-Routine Monitoring, Concede-PT/Dose Adjustment | | Pending |
| **748:11 - 749:10 Spiro, Theodore 2016-05-11** 2:02<br>Q. Okay. And he asked you about the statement, "The concentration of target-specific oral anticoagulants may potentially need to be measured in certain clinical situations"?<br>A. Yes.<br>Q. And then it gives the examples of urgent surgery, perioperative management, thromboembolic or bleeding events, or in cases of suspected overdose.<br>Do you recall those questions?<br>A. Yes, I do.<br>Q. Okay. In your review of the labeling for Xarelto in the United States, does it make any recommendation that these groups of patients need to be measured depending on their clinical situation?<br>A. I would need to look at the U.S. label quickly again.<br>Q. I think it's 46.<br>A. I do not find that it does. | **Re: [748:11-749:10]**<br>**Def Obj** R, P, Concede-Routine Monitoring, Concede-PT/Dose Adjustment | | Pending |
| **749:24 - 750:4 Spiro, Theodore 2016-05-11** 0:06<br>Q. Okay. Now, if I can point your direction to the Page 6 of 7 in your conclusion section -- in your conclusion section --<br>A. Yes. | **Re: [749:24-750:4]**<br>**Def Obj** R, P, Concede-Routine Monitoring, Concede-PT/Dose Adjustment | | Pending |
| **750:10 - 751:7 Spiro, Theodore 2016-05-11** 0:52<br>Q. Okay. And that says, "To conclude, the choice of laboratory tests for rivaroxaban will depend on the clinical situation. If a qualitative assessment of the presence of rivaroxaban in the blood is needed, the PT test is suitable provided that a rivaroxaban-sensitive reagent is used."<br>Did I read that correctly?<br>A. Yes, you did.<br>Q. Okay. And you agree with that statement, that a PT test is suitable if you want to make a qualitative assessment of the presence of rivaroxaban in the blood?<br>A. Yes. | **Re: [750:10-751:7]**<br>**Def Obj** R, P, Concede-Routine Monitoring, Concede-PT/Dose Adjustment | | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| Q. And PT has been suitable for Bayer to use regarding their PK/PD measurements in their Phase III study programs, correct?<br>A. That was used in the Phase III study programs. | | | | |
| **751:8 - 751:11 Spiro, Theodore 2016-05-11**<br>Q. Right. And I want to show you what we'll mark as Exhibit Number 53.<br>(Document marked for identification as Exhibit | 0:11 | **Re: [751:8-751:11]**<br>**Def Obj** R, P, Relevance-Time, Relevance-Foreign Regulatory, Concede-Routine Monitoring, Concede-PT/Dose Adjustment | | Pending |
| **751:19 - 753:14 Spiro, Theodore 2016-05-11**<br>BY MR. OVERHOLTZ:<br>Q. So if you'll look with me on the e-mail on the first page, Wolfgang Mueck is responding to Scott Berkowitz, his e-mail, and copies yourself, correct?<br>A. Yes, he does.<br>Q. Okay. And this e-mail is from May 28, 2014, and it had to do with the responses that we talked about earlier related to the EMA's request regarding PK/PD information and bleeding risk, correct?<br>A. Yes.<br>Q. Okay. And you've indicated Dr. Mueck was one of the people responsible for pharmacokinetic and pharmacological evaluation of Xarelto, correct?<br>A. Yes, he was involved in that.<br>Q. Okay. And he says, "Hi, Scott. First of all, let's recall what our strategy has been, planned and executed for all indications, see respective ClinPharm CTD Parts 2.7.2, i.e." -- Bullet Point 1 -- "Do a comprehensive ClinPharm program to profile rivaroxaban to the best we can, implement PK/PD components in all Phase II dose-finding trials to characterize PK/PD in the target population," correct?<br>A. Yes, that is what he wrote.<br>Q. Okay. And now I want you to focus on Bullet Point Number 3. He says, "Based on the established linear relationship between rivaroxaban plasma concentration and prothrombin PT, carry PT measured at peak and trough, in all pivotal Phase III programs to use them as a PK surrogate for subsequent exposure/response, mainly bleeding event analyses, all conducted by Biometry/GIA."<br>Do you see that?<br>A. Yes, I see that. | 2:06 | **Re: [751:19-753:14]**<br>**Def Obj** R, P, Relevance-Time, Relevance-Foreign Regulatory, Concede-Routine Monitoring, Concede-PT/Dose Adjustment | | Pending |
| **753:15 - 753:19 Spiro, Theodore 2016-05-11** | 0:17 | | | |

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| Q. Okay. So the use of PT as a surrogate for exposure response analysis, mainly bleeding events, was acceptable to Bayer for their Phase III trial programs for Xarelto, correct? | | **Re: [753:15-753:19]** **Def Obj** R, P, Relevance-Time, Relevance-Foreign Regulatory, Concede-Routine Monitoring, Concede-PT/Dose Adjustment | | Pending |
| **753:21 - 753:23 Spiro, Theodore 2016-05-11** | 0:15 | | | |
| THE WITNESS: It was used during the Phase III program in the Bayer indication studies. | | **Re: [753:21-753:23]** **Def Obj** R, P, Relevance-Time, Relevance-Foreign Regulatory, Concede-Routine Monitoring, Concede-PT/Dose Adjustment | | Pending |
| **754:1 - 754:19 Spiro, Theodore 2016-05-11** | 0:44 | | | |
| Q. You recalled being asked questions by counsel for Bayer related to this back and forth between the term "monitor" and "measure." Do you recall that?<br>A. Yes.<br>Q. And you indicated that at some point, based on the fact that there was a development plan for a drug that would be a fixed dose with no dose adaptation needed, that what you were really talking about when you meant monitoring was measuring rivaroxaban plasma concentration levels, correct?<br>A. Correct.<br>Q. Okay. What is the point of measuring Xarelto plasma concentration levels if you aren't going to do anything about it? | | **Re: [754:1-754:19]** **Def Obj** R, P, Concede-Routine Monitoring, Concede-PT/Dose Adjustment, AR, M | | Pending |
| **754:21 - 755:15 Spiro, Theodore 2016-05-11** | 0:42 | | | |
| THE WITNESS: Measuring Xarelto plasma concentrations allows you -- would allow a clinician to, as we have discussed, know whether a patient was taking Xarelto, if it was not present. If there were concentrations present would -- to make decisions related to proceeding with an invasive procedure or not proceeding with an invasive procedure.<br>If high levels were present in a specific clinical setting, to stopping the medication until whatever clinical setting that was would resolve. There could be a number of specific actions taken other than dose adaptation. | | **Re: [754:21-755:15]** **Def Obj** R, P, Concede-Routine Monitoring, Concede-PT/Dose Adjustment | | Pending |
| **756:5 - 756:11 Spiro, Theodore 2016-05-11** | 0:15 | | | |
| Q. So if a patient doesn't absorb the drug, they are not being protected from a thromboembolic event, | | **Re: [756:5-756:11]** **Def Obj** R, P, Concede-Routine Monitoring, | | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 756:8 | measuring could help you identify those patients so that you could use a different agent if possible?<br>A. If possible. | Concede-PT/Dose Adjustment | | |
| 757:7 - 757:9 Spiro, Theodore 2016-05-11 | Q. On rechallenge, if you identified such patients, then could it help you identify patients that were not | 0:06 **Re: [757:7-757:9]** **Def Obj** R, P, Incomplete, AR, M, Concede-Routine Monitoring, Concede-PT/Dose Adjustment | | Pending |
| 757:12 - 757:19 Spiro, Theodore 2016-05-11 | THE WITNESS: As I said, I -- these specific clinical conditions are already identified. The use of the rivaroxaban test in these patients would confirm the prudent use of the drug or the nonuse -- use of the drug in a specific clinical situation. | 0:15 **Re: [757:12-757:19]** **Def Obj** R, P, Concede-Routine Monitoring, Concede-PT/Dose Adjustment | | Pending |
| 757:21 - 758:1 Spiro, Theodore 2016-05-11 | Q. Okay. You recall some questions by counsel for Bayer related to MAGELLAN. And you and I also had a discussion about your work on MAGELLAN.<br>A. Yes. | 0:07 **Re: [757:21-758:1]** **Def Obj** P, R, Relevance-Non-approved indications | | Pending |
| 761:10 - 761:13 Spiro, Theodore 2016-05-11 | Q. Okay. And so in MAGELLAN, Xarelto was shown to be noninferior to Lovenox at the 10-day mark, correct?<br>A. That is correct. | 0:18 **Re: [761:10-761:13]** **Def Obj** P, R, Relevance-Non-approved indications | | Pending |
| 761:18 - 762:23 Spiro, Theodore 2016-05-11 | Q. Okay. On Day 35, so for the additional 25 days, the patient has either been on Xarelto, 10 milligrams once daily, or they were on placebo for those additional 25 days, correct?<br>A. That is correct.<br>Q. And by taking placebo, that meant they were not taking any form of active medicine, correct?<br>A. That is correct.<br>Q. So when it said that during that Day 35 check, that Xarelto had fewer thromboembolic events than the arm that took Lovenox plus placebo, that time period between Day 10 and Day 25, the patients in the Lovenox arm weren't taking any medication at all, correct?<br>A. Yes, that is correct.<br>Q. So Xarelto beat a placebo pill during that time period, right?<br>A. The results of the explained study weighed against the use of enoxaparin for extended duration treatment. There was no approval for its use and no recommendation -- no approval for its use by regulatory authorities. And no recommendation by -- by guidance | 1:22 **Re: [761:18-762:23]** **Def Obj** P, R, Relevance-Non-approved indications | | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | committees to extend its duration beyond the Label 10 plus or -- the hospital stay period, the short-term treatment. | | | |
| 764:23 - 765:6 Spiro, Theodore 2016-05-11 | Q. Okay. And then if we look at the Day 10 to 35 time period, the patients on rivaroxaban had either a three times greater risk of bleeding for clinically relevant bleeding or a 4.8 times greater risk for major bleeding, correct?<br>A. Yes, that is correct. | 0:18 | Re: [764:23-765:6] **Def Obj** P, R, Relevance-Non-approved indications | | Pending |
| 765:19 - 766:13 Spiro, Theodore 2016-05-11 | Q. You see this is the acknowledgment slide. Do you see that?<br>A. Yes.<br>Q. Okay. And on the acknowledgment slide, the steering committee is listed at the top, correct?<br>A. Yes.<br>Q. Okay. And you were a member, in fact, of the steering committee of MAGELLAN, correct?<br>A. Yes, I was.<br>Q. Okay. And then on the -- for Bayer, you are the first person listed, correct?<br>A. Yes, I am.<br>Q. Okay. And you are described as the global clinical leader, correct?<br>A. I was the study-responsible physician, yes, I was. | 0:28 | Re: [765:19-766:13] **Def Obj** P, R, Relevance-Non-approved indications | | Pending |
| 766:23 - 767:2 Spiro, Theodore 2016-05-11 | Q. And you attended Dr. Cohen's presentation of these MAGELLAN results in New Orleans in 2011 in April, correct?<br>A. Yes, I did. | 0:09 | Re: [766:23-767:2] **Def Obj** P, R, Relevance-Non-approved indications | | Pending |