MINUTE ENTRY
FALLON, J.
JUNE 1, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 15-3708 – Orr, et al v. Janssen, et al | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON            Thursday, June 1, 2017, 8:33am
Case Manager: Dean Oser                              (Continued from 5/31/17)
Court Reporter: Lainie Smith/Toni Tusa

Appearances:   Andy Birchfield, Esq., Brian Barr, Esq., Jerry Meunier, Esq., Brad Honold, Esq., and Emily Jeffcott, Esq., for Plaintiffs
Beth Wilkinson, Esq., and David Dukes, Esq., for Bayer Defendants
James Irwin, Esq. for Janssen Defendants

JURY TRIAL
Plaintiffs' Witnesses Continued:
Video Deposition of Dr. Bernhard Glombitza was played in lieu of his live testimony
Dr. Francisco C. Cruz – sworn and testified
Video Deposition of Dr. Theodore Spiro was played in lieu of his live testimony
Joseph Orr, III – sworn and testified

Court adjourned at 4:25pm until Friday, June 2, 2017, at 8:30am

JS10:   5:53