UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Shiffa Spitzer v. Janssen Research & Development LLC, et al;* **Case No.: 2:15-cv-04490**

## MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Danny Jaghab on behalf of his deceased mother, Shiffa Spitzer.

1. Shiffa Spitzer filed a products liability lawsuit against defendants on July 31, 2015.

2. Subsequently, plaintiffs' counsel learned that Shiffa Spitzer died.

3. Shiffa Spitzer's products liability action against defendants survived her death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on May 26, 2017, attached hereto.

5. Danny Jaghab, surviving son of Shiffa Spitzer, is a proper party to substitute for plaintiff-decedent Shiffa Spitzer and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: June 2, 2017                                   Respectfully submitted,

 

                                        **JENSEN & ASSOCIATES**
                                        1024 N. Main Street
                                        Fort Worth, TX  76164
                                        Telephone:  (817) 34-0762
                                        Fax:  (817) 334-0110
                                        bhs@jensen-law.com

                                        /s/ Brandon H. Steffey
                                        Brandon H. Steffey
                                        Texas Bar No.: 24047207

                                        **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

This the 2nd day of June, 2017.

                                        /s/ Brandon H. Steffey
                                        Brandon H. Steffey

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*Shiffa Spitzer v. Janssen Research & Development LLC, et al;* **Case No.: 2:15-cv-04490**

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Danny Jaghab, as a surviving son and personal representative of the estate of Shiffa Spitzer, is substituted for Plaintiff Shiffa Spitzter, in the above captioned cause.

Dated: _____    _____
                                                                Hon. Eldon E. Fallon
                                                                United States District Court Judge