UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  : MDL NO. 2592
PRODUCTS LIABILITY LITIGATION : SECTION L
: JUDGE FALLON
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
*Wanda Dixon as personal representative*
*for William Dixon*
2:17-cv-05113-EEF-MBN

## ENTRY OF APPEARANCE

Please take notice, Sarah A. Wolter of Andrus Wagstaff, PC, hereby enters her appearance as counsel for Plaintiffs, Wanda Dixon and William Dixon. Please serve a copy of all notices, correspondence, motions, orders and the like to the undersigned at the contact information listed below.

Dated: June 2, 2017

Respectfully Submitted,

By:  /s/ Sarah A. Wolter
Sarah A. Wolter, Esq., CO Bar No. 47599
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Phone: 303-376-6360
Fax: 303-376-6361
E-Mail: sarah.wolter@andruswagstaff.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2017, a copy of the foregoing *Entry of Appearance* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pretrial Order No. 17.

By: /s/ Sarah A. Wolter
Sarah A. Wolter, Esq.
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Phone: 303-376-6360
Fax: 303-376-6361
E-Mail: sarah.wolter@andruswagstaff.com