|  | Objections In | Responses In |
|---|---|---|

**8:11 - 8:15 Horvat-Brocker, Andrea 2016-02-24**     0:13
8 11   Q: Doctor, good morning.
8 12   A: Good morning.
8 13   Q: Will you tell me your full
8 14   name, please.
8 15   A: Andrea Horvat-Brӓcker.

**12:12 - 13:13 Horvat-Brocker, Andrea 2016-02-24**     2:16
12 12   Q: Doctor, can you, from the
12 13   outset, just tell me what it is exactly as of
12 14   right now that you do for a living?
12 15   A: I have the position of global
12 16   safety leader at Bayer Pharmaceutical.
12 17   Q: That title of global safety
12 18   leader, are you the only one of those, or are
12 19   there more than one?
12 20   A: No, this refers to a whole
12 21   group of risk management people, different
12 22   global safety leaders responsible for
12 23   different products.
12 24   Q: Currently, then, is it true
13 1   that each marketed product that Bayer has in
13 2   terms of pharmaceuticals would have its own
13 3   global safety leader?
13 4   A: That is correct.
13 5   Q: Have there ever been other
13 6   global safety leaders for the medicine called
13 7   Xarelto other than you?
13 8   A: Yes, we are a team of global
13 9   safety leaders for Xarelto.
13 10   Q: How many other global safety
13 11   leaders are there for Xarelto currently?
13 12   A: Apart from me, there are four
13 13   other colleagues.

**16:11 - 16:18 Horvat-Brocker, Andrea 2016-02-24**     0:29
16 11   Q: And you're a medical doctor; is
16 12   that correct?
16 13   A: Yes, that's correct.
16 14   Q: And can you tell me please
16 15   where you received your medical education and
16 16   training?
16 17   A: That was at the Medical
16 18   University of Zagreb in Croatia.

**19:7 - 19:15 Horvat-Brocker, Andrea 2016-02-24**     0:45
19 7   Q: Can you recall whether you ever
19 8   spent time working in an emergency room or
19 9   the emergency department at a hospital?
19 10   A: During the course of my
19 11   studies, yes, but I did not work there.
19 12   Q: Did you ever actually treat
19 13   patients in the emergency room or emergency
19 14   department setting?
19 15   A: No, I have not.

**20:3 - 20:6 Horvat-Brocker, Andrea 2016-02-24**     0:49
20 3   Q: Do you currently hold an active
20 4   license to practice medicine?
20 5   A: My active license is from
20 6   Croatia. I do not have one in Germany.

**20:23 - 21:1 Horvat-Brocker, Andrea 2016-02-24**     0:10
20 23   Q: Have you ever had a medical
20 24   license anywhere outside of Croatia?
21 1   A: No.

**26:2 - 26:7 Horvat-Brocker, Andrea 2016-02-24**     0:34
26 2   Q: You've come to understand,
26 3   then, what signs and symptoms bleeding
26 4   patients might display when they go to the
26 5   emergency room as a result of developing

05/22/17 20:42

| | | | |
|---|---|---|---|
| 25 6 | | acute gastrointestinal bleeding from taking | |
| 26 7 | | rivaroxaban? | |

**26:9 - 26:9** Horvat-Brocker, Andrea 2016-02-24      0:00
26 9    A: Yes.

**26:11 - 26:16** Horvat-Brocker, Andrea 2016-02-24      0:19
26 11    Q: Also as part of that work,
26 12    you've become familiar, then, with the types
26 13    of laboratory tests that might be ordered in
26 14    the emergency room or emergency department
26 15    for patients who have acute gastrointestinal
26 16    bleeding from taking rivaroxaban?

**26:18 - 26:24** Horvat-Brocker, Andrea 2016-02-24      0:23
26 18    A: Yes, these are the standard lab
26 19    tests that you do in this -- these cases.
26 20    BY MR. HONNOLD:
26 21    Q: You understand that among those
26 22    standard laboratory tests that you just
26 23    mentioned, one of those tests might be a CBC,
26 24    or complete blood count?

**27:1 - 27:5** Horvat-Brocker, Andrea 2016-02-24      0:33
27 1    A: Yes, that's correct.
27 2    Q: Among the series of tests that
27 3    might be ordered on a bleeding patient from
27 4    rivaroxaban in the emergency room might also
27 5    be a serum chemistry series?

**27:7 - 27:13** Horvat-Brocker, Andrea 2016-02-24      0:32
27 7    A: Yes, that's correct.
27 8    BY MR. HONNOLD:
27 9    Q: In addition to those laboratory
27 10    tests, you've seen the literature discuss how
27 11    a coagulation series or a set of standard
27 12    coagulation parameter tests would also be
27 13    ordered on such patients, correct?

**27:15 - 27:20** Horvat-Brocker, Andrea 2016-02-24      0:25
27 15    A: Yes, some doctors do this.
27 16    BY MR. HONNOLD:
27 17    Q: And the doctors that do do
27 18    that, one of the coagulation parameter tests
27 19    that they might order would be the PT, or
27 20    prothrombin time, correct?

**27:22 - 27:24** Horvat-Brocker, Andrea 2016-02-24      0:04
27 22    A: Yes, that's correct.
27 23    BY MR. HONNOLD:
27 24    Q: Among the doctors that perform

**28:21 - 28:24** Horvat-Brocker, Andrea 2016-02-24      0:23
28 21    Q: Well, those are things that
28 22    you've actually seen discussed and covered in
28 23    the medical literature that you've either
28 24    read yourself or been presented reviews on,

**29:1 - 29:21** Horvat-Brocker, Andrea 2016-02-24      1:41
29 1    correct?
29 2    A: Yes, if it was described like
29 3    this in a publication, then yes.
29 4    Q: You have -- you either knew
29 5    from your own medical training or have
29 6    learned in this medical literature review
29 7    that we've been discussing that when a
29 8    patient presents with acute gastrointestinal
29 9    bleeding, it might be necessary to learn to
29 10    what degree the patient is anticoagulated,
29 11    correct?
29 12    A: That's correct, if the patient
29 13    is anticoagulated and if we have this
29 14    information.
29 15    Q: If a physician knows that a
29 16    patient is on an anticoagulant and wishes to
29 17    know to what degree that patient is
29 18    anticoagulated, the best tool that that
29 19    physician has to learn that information is
29 20    through the various laboratory tests that

29 21          f          we've just discussed, correct?

29:23  -  29:24  Horvat-Brocker, Andrea 2016-02-24          0:04
    29 23          A: That's correct, and it depends
    29 24          on what anticoagulant the patient took.

30:19  -  30:24  Horvat-Brocker, Andrea 2016-02-24          0:12
    30 19          Q: You've certainly seen in
    30 20          medical literature that reports on patients
    30 21          who have presented to the emergency room with
    30 22          acute gastrointestinal bleeding as a result
    30 23          of taking rivaroxaban -- you've seen reports
    30 24          in the literature where those physicians

31:1  -  31:4  Horvat-Brocker, Andrea 2016-02-24          0:29
    31  1          order laboratory tests such as a PT or a
    31  2          Neoplastin PT or a Heptest or an
    31  3          anti-factor Xa test to determine the
    31  4          patient's level of anticoagulation, correct?

31:6  -  31:22  Horvat-Brocker, Andrea 2016-02-24          1:25
    31  6          A: I haven't read this for myself,
    31  7          but it could be that doctors do this, do
    31  8          something like this.
    31  9          BY MR. HONNOLD:
    31 10          Q: What's your basis for saying
    31 11          that it could be that doctors do undertake
    31 12          testing of that nature?
    31 13          A: It is known among other things
    31 14          from phase two studies that there is a
    31 15          correlation between PT and rivaroxaban
    31 16          concentration.
    31 17          Q: And you said that that's known
    31 18          from phase two clinical studies?
    31 19          A: Yes, that's correct.
    31 20          Q: And so when you say that there
    31 21          is a relationship between a patient taking
    31 22          rivaroxaban and the PT, what does that mean?

32:2  -  32:11  Horvat-Brocker, Andrea 2016-02-24          1:03
    32  2          A: It means that rivaroxaban has
    32  3          influence on the prothrombin time, so
    32  4          rivaroxaban fulfills its pharmacological
    32  5          role, which is anticoagulation -- its
    32  6          pharmacodynamic role, which is
    32  7          anticoagulation.
    32  8          BY MR. HONNOLD:
    32  9          Q: And that pharmacodynamic role
    32 10          of Xarelto in the process of anticoagulation,
    32 11          it can be measured through the PT, correct?

32:13  -  32:20  Horvat-Brocker, Andrea 2016-02-24          0:24
    32 13          A: Yes, that's correct.
    32 14          BY MR. HONNOLD:
    32 15          Q: And you've known that for
    32 16          several years, correct?
    32 17          A: Yes.
    32 18          Q: That's been part of your very
    32 19          basic understanding of how Xarelto affects
    32 20          the human clotting cascade, correct?

32:22  -  32:24  Horvat-Brocker, Andrea 2016-02-24          0:03
    32 22          A: Correct.
    32 23          BY MR. HONNOLD:
    32 24          Q: And, in fact, the Bayer -- the

33:1  -  33:5  Horvat-Brocker, Andrea 2016-02-24          0:43
    33  1          various forms of Bayer labeling or company
    33  2          core data sheets specifically state such,
    33  3          correct, and talks about how the PT is highly
    33  4          or closely correlated with the level of
    33  5          rivaroxaban in a patient's blood?

33:7  -  33:17  Horvat-Brocker, Andrea 2016-02-24          0:52
    33  7          A: Yes, it's addressed in various
    33  8          documents.
    33  9          BY MR. HONNOLD:
    33 10          Q: And, in fact, those various
    33 11          documents specifically state that if a

3

05/22/17 20:42

| | | |
|---|---|---|
| 33 12 | physician is in a clinical situation where he | |
| 33 13 | or she wishes to learn that information about | |
| 33 14 | the anticoagulation status of a patient | |
| 33 15 | taking rivaroxaban or Xarelto, that they can | |
| 33 16 | order a PT test to learn that information | |
| 33 17 | about the patient, correct? | |

**33:19 - 33:24 Horvat-Brocker, Andrea 2016-02-24**                    0:10
33 19    A:  That's correct.  In certain
33 20    situations this test could be applied, but in
33 21    other situations this doesn't have any
33 22    particular meaning.
33 23    BY MR. HONNOLD:
33 24    Q:  But you've known for many years

**34:1 - 34:2 Horvat-Brocker, Andrea 2016-02-24**                    0:03
34  1    that, in fact, it could have very important
34  2    meaning in some situations, correct?

**34:4 - 34:11 Horvat-Brocker, Andrea 2016-02-24**                    0:20
34  4    A:  Yes, we addressed this.  In
34  5    specific urgent situations, for example,
34  6    overdose or the need for an emergency
34  7    operation, this could provide some
34  8    orientation for the doctor.
34  9    BY MR. HONNOLD:
34 10    Q:  And the various Bayer documents
34 11    that we've talked about state such, correct?

**34:13 - 34:14 Horvat-Brocker, Andrea 2016-02-24**                    0:03
34 13    A:  In some documents, it is
34 14    stated, yes.

**34:16 - 35:15 Horvat-Brocker, Andrea 2016-02-24**                    2:20
34 16    Q:  Doctor, is it fair to state
34 17    that you work in the area of drug safety or
34 18    pharmacovigilance at Bayer?
34 19    A:  Yes.
34 20    Q:  And can you tell me in your own
34 21    words what those terms mean to you?
34 22    A:  I don't understand your
34 23    question.  What do you mean what this means
34 24    to me?
35  1    Q:  The practice of
35  2    pharmacovigilance, what does that mean to
35  3    you?
35  4    A:  In pharmacovigilance, we are
35  5    there for the safety of patients; that is, we
35  6    do monitoring and analysis and do everything
35  7    to minimize risk for patients.  If necessary,
35  8    we do everything to protect the patients and
35  9    inform them.
35 10    Q:  If I understand what you're
35 11    saying, then, is that part of the role of
35 12    pharmacovigilance is to figure out ways that
35 13    risks of taking medicine can be reduced so
35 14    the patient can be protected; is that right?
35 15    A:  Yes, that's correct.

**36:1 - 36:17 Horvat-Brocker, Andrea 2016-02-24**                    1:39
36  1    BY MR. HONNOLD:
36  2    Q:  Okay.  And in your work on the
36  3    Xarelto project, one of the many things that
36  4    you've done is to try to identify various
36  5    risks or hazards that might be -- that might
36  6    be associated with a patient taking Xarelto;
36  7    is that right?
36  8    A:  Yes, that's correct.
36  9    Q:  And another important part of
36 10    the practice of pharmacovigilance is not only
36 11    learning about and understanding what risks
36 12    might be associated with a medicine, but
36 13    trying to come up with plans or strategies so
36 14    that those risks might be able to be
36 15    better -- risks can be reduced or minimized
36 16    or treated in some way, correct?
36 17    A:  Yes, that's correct.

**36:22 - 36:24 Horvat-Brocker, Andrea 2016-02-24**                    0:11

| | | | |
|---|---|---|---|
| 36 22 | | Q: All prescription medicines | |
| 36 23 | | carry with them some degree of risk, correct? | |
| 36 24 | | A: That's correct. | |

37:1 - 37:3  Horvat-Brocker, Andrea 2016-02-24    0:12
37 1  Q: The -- perhaps the greatest
37 2  risk associated with Xarelto is the risk of
37 3  bleeding; is that right?

37:5 - 37:7  Horvat-Brocker, Andrea 2016-02-24    0:06
37 5  A: Just like all other
37 6  anticoagulants, Xarelto could cause bleeding,
37 7  yes.

38:17 - 38:18  Horvat-Brocker, Andrea 2016-02-24    0:04
38 17  Q: But the bleeding that Xarelto
38 18  can cause can be severe, isn't that right?

38:20 - 38:21  Horvat-Brocker, Andrea 2016-02-24    0:02
38 20  A: Among others, there could be
38 21  severe bleeding events.

38:23 - 38:24  Horvat-Brocker, Andrea 2016-02-24    0:08
38 23  Q: Those bleeding events can
38 24  potentially be life-threatening, correct?

39:1 - 39:5  Horvat-Brocker, Andrea 2016-02-24    0:18
39 1  A: That's correct.
39 2  Q: Those bleeding events can also
39 3  be fatal in some unfortunate situations;
39 4  isn't that right?
39 5  A: That is possible.

173:23 - 174:16  Horvat-Brocker, Andrea 2016-02-24    2:01
173 23  (Whereupon, Deposition Exhibit
173 24  Horvat-Brocker-8, Xarelto Prescriber
174 1  Guide [No Bates], was marked for
174 2  identification.)
174 3  BY MR. HONNOLD:
174 4  Q: Doctor, I'm going to hand you a
174 5  document that we've marked as Deposition
174 6  Exhibit 8, and I'd ask you to take a look at
174 7  that document.
174 8  (Document review.)
174 9  BY MR. HONNOLD:
174 10  Q: Have you had a chance to look
174 11  at Exhibit 8?
174 12  A: Yes.
174 13  Q: And is this a copy of the
174 14  Xarelto prescriber guide that you were
174 15  discussing?
174 16  A: Yes, it is.

175:2 - 175:18  Horvat-Brocker, Andrea 2016-02-24    2:10
175 2  Q: What's your understanding,
175 3  then, of what the thought is in terms of
175 4  preparing a specifically dedicated Xarelto
175 5  prescriber guide, rather than just relying
175 6  upon the effect of the label that would
175 7  normally be in effect?
175 8  A: This is the new EMA
175 9  requirement, and according to the EMA
175 10  definition, this additional educational
175 11  material aims at enhancing the knowledge of
175 12  practitioners about the special risks, and it
175 13  was introduced for all new medication,
175 14  including all NOACs.
175 15  Q: So it's your understanding a
175 16  similar document exists for Pradaxa and
175 17  Eliquis and edoxaban?
175 18  A: That's correct.

175:19 - 176:2  Horvat-Brocker, Andrea 2016-02-24    0:46
175 19  Q: I want for a moment to look at
175 20  the "Coagulation Testing" section which is in
175 21  the lower right-hand corner of page 7, which
175 22  is the seventh page of the document.
175 23  Do you know who is that
175 24  wrote that section?

Re: [173:23-174:16]
**Def Obj** Foreign Label - Defendants previously moved to exclude evidence of foreign labeling and foreign regulatory actions (Dkt. No. 5954) and this Court held that such evidence was likely excludable (Dkt. No. 6254). Plaintiffs re-raised the issue (Dkt. No 6480) and Defendants continue to oppose the admission of any such evidence or related testimony. This and the subsequent testimony refers to a provision in the prescriber guide specifically required by a foreign regulatory body (the EMA), and the provision itself refers to an assay that has not been approved by the FDA and is only available in the EU; introduction of this testimony risks serious juror confusion as to which labels and guides apply and which assays are and are not available and approved in the United States, which is of course the relevant jurisdiction for the purposes of this trial. See objections to Exhibit 8; Lacks foundation

Re: [175:19-176:2]
**Def Obj** Foreign Label - Defendants previously moved to exclude evidence of foreign labeling and foreign regulatory actions (Dkt. No. 5954) and this Court held that such evidence was likely excludable (Dkt. No. 6254). Plaintiffs re-

Re:[173:23-174:16]
Pltf Resp This Exhibit 8 and the specific information included in the "coagulation testing" section at p. 7 is highly relevant to plaintiffs' claims. The fact that this basic scientific information is contained in a foreign prescriber guide should not render it inadmissible. The information in the "coagulation testing" section is particularly relevant to the concept of notice and demonstrates Bayer's scientific knowledge and understanding of the basic premise of plaintiffs' case, i.e., emergency surgery is an exceptional situation where knowledge of Xarelto exposure through measurement of Xarelto levels may help to make clinical decisions. The document also demonstrates that anti-FXa assays can be used to measure Xarelto levels. Contrary to defendants' claim, basic anti-FXa assays are (and were in 2015) available for use in the United States. Finally, the document contains the important admission that a Xarelto patient's hemostatic status can be assessed by Prothrombin time using Neolastin. The relevance and probative value of these factual admissions is not outweighed by the fact that the statements appear in a foreign prescribing guide. Important information to the safe use of potentially dangerous anticoagulants such as Xarelto should be universal.

*Handwritten annotations:*

Sustained 401, 403. This is a requirement in the EU & is not applicable to U.S. The relationship between P.T. & Xarelto is relevant but utilizing a EU requirement is misleading & confusing under 403. Also

can & has been pursued w. this witness in another fashion. see 30:19 - 30:25 above.

176  1    A: As I said, it was my colleagues
176  2    from global medical affairs.

**176:3 -    176:12 Horvat-Brocker, Andrea 2016-02-24**
176  3    Q: We were talking some time ago
176  4    about the use of anti-factor Xa assays
176  5    related to Xarelto.  Do you remember that
176  6    discussion that we had?
176  7    A: Yes, I do.
176  8    Q: And when you look at the middle
176  9    paragraph there under the section of
176  10   "Coagulation Testing," does it look like
176  11   Bayer is actually talking about the use and
176  12   utility of these anti-factor Xa assays?

**176:14 -    176:16 Horvat-Brocker, Andrea 2016-02-24**
176  14   A: Yes, it's true that it's only
176  15   in Europe in the SmPC text because of the EMA
176  16   requirements.

**176:18 -    176:22 Horvat-Brocker, Andrea 2016-02-24**
176  18   Q: The sentence that was written
176  19   regarding the assays, as you read it now, of
176  20   what assistance do you see that being to any
176  21   physician that may have some interest in
176  22   using that test?

**176:24 -    177:9 Horvat-Brocker, Andrea 2016-02-24**
176  24   A: As it is written here, it could
177  1    be important in special situations where
177  2    clinical decisions have to be taken, such as
177  3    a situation of an overdose or an emergency
177  4    situation.
177  5    BY MR. HONNOLD:
177  6    Q: And what's your understanding,
177  7    then, of if the assay is used in any of those
177  8    situations, what meaningful information is
177  9    derived from doing the test?

---

1:02 · raised the issue (Dkt. No 6480) and
Defendants continue to oppose the admission
of any such evidence or related testimony.
This and the surrounding testimony refers to
a provision in the prescriber guide specifically
required by a foreign regulatory body (the
EMA), and the provision itself refers to an
assay that has not been approved by the FDA
and is only available in the EU; introduction of
this testimony risks serious juror confusion as
to which labels and guides apply and which
assays are and are not available and approved
in the United States, which is of course the
relevant jurisdiction for the purposes of this
trial. See objections to Exhibit 8; Lacks
foundation

0:07

0:48
**Re: [176:18-176:22]**
**Def Obj** Foreign Label - Defendants previously
moved to exclude evidence of foreign labeling
and foreign regulatory actions (Dkt. No. 5954)
and this Court held that such evidence was
likely excludable (Dkt. No. 6254). Plaintiffs re-
raised the issue (Dkt. No 6480) and
Defendants continue to oppose the admission
of any such evidence or related testimony.
This and the surrounding testimony refers to
a provision in the prescriber guide specifically
required by a foreign regulatory body (the
EMA), and the provision itself refers to an
assay that has not been approved by the FDA
and is only available in the EU; introduction of
this testimony risks serious juror confusion as
to which labels and guides apply and which
assays are and are not available and approved
in the United States, which is of course the
relevant jurisdiction for the purposes of this
trial. See objections to Exhibit 8; Lacks
foundation

1:05
**Re: [176:24-177:9]**
**Def Obj** Foreign Label - Defendants previously
moved to exclude evidence of foreign labeling
and foreign regulatory actions (Dkt. No. 5954)
and this Court held that such evidence was
likely excludable (Dkt. No. 6254). Plaintiffs re-
raised the issue (Dkt. No 6480) and
Defendants continue to oppose the admission
of any such evidence or related testimony.
This and the surrounding testimony refers to

---

*Sustained*
*see above*

Re: [176:18-176:22]
Pltf Resp This Exhibit 8 and the specific information
included in the "coagulation testing" section at p. 7 is
highly relevant to plaintiffs' claims.  The fact that this
basic scientific information is contained in a foreign
prescriber guide should not render it inadmissible.  The
information in the "coagulation testing" section is
particularly relevant to the concept of notice and
demonstrates Bayer's scientific knowledge and
understanding of the basic premise of plaintiffs' case,
i.e., emergency surgery is an exceptional situation where
knowledge of Xarelto exposure through measurement of
Xarelto levels may help to make clinical decisions.  The
document also demonstrates that anti-FXa assays can be
used to measure Xarelto levels.  Contrary to defendants'
claim, basic anti-FXa assays are (and were in 2015)
available for use in the United States.  Finally, the
document contains the important admission that a
Xarelto patient's hemostatic status can be assessed by
Prothrombin time using Neoplastin.  The relevance and
probative value of these factual admissions is not
outweighed by the fact that the statements appear in a
foreign prescribing guide.  Important information to the
safe use of potentially dangerous anticoagulants such as
Xarelto should be universal.

Re: [176:24-177:9]
Pltf Resp This Exhibit 8 and the specific information
included in the "coagulation testing" section at p. 7 is
highly relevant to plaintiffs' claims.  The fact that this
basic scientific information is contained in a foreign
prescriber guide should not render it inadmissible.  The
information in the "coagulation testing" section is
particularly relevant to the concept of notice and
demonstrates Bayer's scientific knowledge and
understanding of the basic premise of plaintiffs' case,

*Sustained* (handwritten)

a provision in the prescriber guide specifically required by a foreign regulatory body (the EMA), and the provision itself refers to an assay only approved in the EU; introduction of this testimony risks serious juror confusion as to which labels and guides apply and which assays are and are not available and approved in the United States, which is of course the relevant jurisdiction for the purposes of this trial. See objections to Exhibit 8; Lacks foundation

i.e., emergency surgery is an exceptional situation where knowledge of Xarelto exposure through measurement of Xarelto levels may help to make clinical decisions. The document also demonstrates that anti-FXa assays can be used to measure Xarelto levels. Contrary to defendants' claim, basic anti-FXa assays are (and were in 2015) available for use in the United States. Finally, the document contains the important admission that a Xarelto patient's hemostatic status can be assessed by Prothrombin time using Neoplastin. The relevance and probative value of these factual admissions is not outweighed by the fact that the statements appear in a foreign prescribing guide. Important information to the safe use of potentially dangerous anticoagulants such as Xarelto should be universal.

---

**177:11 - 178:19** Horvat-Brocker, Andrea 2016-02-24                     **3:01**

| | |
|---|---|
| 177 11 | A:  With regard to an overdose, |
| 177 12 | perhaps you could see whether the patient has |
| 177 13 | been on Xarelto at all, and in the case of an |
| 177 14 | emergency operation, for example, it might |
| 177 15 | influence the decision on further treatment |
| 177 16 | and might induce the practitioner to postpone |
| 177 17 | the operation, for example? |
| 177 18 | BY MR. HONNOLD: |
| 177 19 | Q:  Have you had any discussions |
| 177 20 | with any of your colleagues inside Bayer or |
| 177 21 | even physicians or other colleagues outside |
| 177 22 | of the company -- have you talked with anyone |
| 177 23 | about physicians using the anti-factor Xa |
| 177 24 | assay when patients have ischemic strokes to |
| 178  1 | determine whether it's safe to give the |
| 178  2 | patient fibrinolytics? |
| 178  3 | A:  No, I have not. |
| 178  4 | Q:  If you look at the second |
| 178  5 | sentence in that middle paragraph -- I'll |
| 178  6 | read it. It says, quote, "If clinically |
| 178  7 | indicated, hemostatic status can also be |
| 178  8 | assessed by prothrombin time using Neoplastin |
| 178  9 | as described in the SmPC." |
| 178 10 | Do you see that? |
| 178 11 | A:  Yes, I see it. |
| 178 12 | Q:  And isn't it true that because |
| 178 13 | that sentence says "can also be assessed," |
| 178 14 | that it's suggesting that hemostatic status |
| 178 15 | can also be assessed by using the assay in |
| 178 16 | the first sentence of that paragraph? |
| 178 17 | A:  I don't want to interpret this. |
| 178 18 | I don't know whether it is like this.  I |
| 178 19 | don't -- I can't interpret it. |

**Re: [177:11-178:19]**
**Def Obj** Foreign Label - Defendants previously moved to exclude evidence of foreign labeling and foreign regulatory actions (Dkt. No. 5954) and this Court held that such evidence was likely excludable (Dkt. No 6254). Plaintiffs re-raised the issue (Dkt. No 6480) and Defendants continue to oppose the admission of any such evidence or related testimony. This and the previous testimony refers to a provision in the prescriber guide specifically required by a foreign regulatory body (the EMA), and the provision itself refers to an assay only approved in the EU; introduction of this testimony risks serious juror confusion as to which labels and guides apply and which assays are and are not available and approved in the United States, which is of course the relevant jurisdiction for the purposes of this trial. See objections to Exhibit 8; Lacks foundation

Re: [177:11-178:19]
Pltf Resp This Exhibit 8 and the specific information included in the "coagulation testing" section at p. 7 is highly relevant to plaintiffs' claims. The fact that this basic scientific information is continued in a foreign prescriber guide should not render it inadmissible. The information in the "coagulation testing" section is particularly relevant to the concept of notice and demonstrates Bayer's scientific knowledge and understanding of the basic premise of plaintiffs' case, i.e., emergency surgery is an exceptional situation where knowledge of Xarelto exposure through measurement of Xarelto levels may help to make clinical decisions. The document also demonstrates that anti-FXa assays can be used to measure Xarelto levels. Contrary to defendants' claim, basic anti-FXa assays are (and were in 2015) available for use in the United States. Finally, the document contains the important admission that a Xarelto patient's hemostatic status can be assessed by Prothrombin time using Neoplastin. The relevance and probative value of these factual admissions is not outweighed by the fact that the statements appear in a foreign prescribing guide. Important information to the safe use of potentially dangerous anticoagulants such as Xarelto should be universal.

---

**178:24 - 179:9** Horvat-Brocker, Andrea 2016-02-24                     **0:52**

| | |
|---|---|
| 178 24 | Q:  Doctor, again following up on |
| 179  1 | that phrase, "hemostatic status can also be |
| 179  2 | assessed," I will tell you as I read that, |
| 179  3 | that suggests that the "can also" means that |
| 179  4 | it's referring to another way to assess |
| 179  5 | hemostatic status. |
| 179  6 | Do you read it that way or not, |
| 179  7 | or don't have an opinion on that? |
| 179  8 | A:  Yes, you can interpret it that |
| 179  9 | way. |

**Re: [178:24-179:9]**
**Def Obj** Foreign Label - Defendants previously moved to exclude evidence of foreign labeling and foreign regulatory actions (Dkt. No. 5954) and this Court held that such evidence was likely excludable (Dkt. No. 6254). Plaintiffs re-raised the issue (Dkt. No 6480) and Defendants continue to oppose the admission of any such evidence or related testimony. This and the surrounding testimony refers to

Re: [178:24-179:9]
Pltf Resp This Exhibit 8 and the specific information included in the "coagulation testing" section at p. 7 is highly relevant to plaintiffs' claims. The fact that this basic scientific information is continued in a foreign prescriber guide should not render it inadmissible. The information in the "coagulation testing" section is particularly relevant to the concept of notice and demonstrates Bayer's scientific knowledge and understanding of the basic premise of plaintiffs' case,

05/22/17 20:42

*Sustained* (handwritten)

**Objection**

a provision in the prescriber guide specifically required by a foreign regulatory body (the EMA), and the provision itself refers to an assay that has not been approved by the FDA and is only available in the EU; introduction of this testimony risks serious juror confusion as to which labels and guides apply and which assays are and are not available and approved in the United States, which is of course the relevant jurisdiction for the purposes of this trial. See objections to Exhibit 8; Lacks foundation

**Response**

i.e., emergency surgery is an exceptional situation where knowledge of Xarelto exposure through measurement of Xarelto levels may help to make clinical decisions. The document also demonstrates that anti-FXa assays can be used to measure Xarelto levels. Contrary to defendants' claim, basic anti-FXa assays are (and were in 2015) available for use in the United States. Finally, the document contains the important admission that a Xarelto patient's hemostatic status can be assessed by Prothrombin time using Neoplastin. The relvance and probative value of these factual admissions is not outweighed by the fact that the statements appear in a foreign prescribing guide. Important information to the safe use of potentially dangerous anticoagulants such as Xarelto should be universal.

---

179:10 -   179:15 Horvat-Brocker, Andrea 2016-02-24      0:25

179 10      Q: The first sentence then where
179 11      it talks about using the anti-factor Xa assay
179 12      to measure rivaroxaban levels, as it's used
179 13      in that phrase, what specifically -- what, I
179 14      guess, pharmacologic phenomenon is that
179 15      referring to, a "rivaroxaban level"?

**Re: [179:10-179:15]**
**Def Obj** Foreign Label - Defendants previously moved to exclude evidence of foreign labeling and foreign regulatory actions (Dkt. No. 5954) and this Court held that such evidence was likely excludable (Dkt. No. 6254). Plaintiffs re-raised the issue (Dkt. No. 6480) and Defendants continue to oppose the admission of any such evidence or related testimony. This and the surrounding testimony refers to a provision in the prescriber guide specifically required by a foreign regulatory body (the EMA), and the provision itself refers to an assay that has not been approved by the FDA and is only available in the EU; introduction of this testimony risks serious juror confusion as to which labels and guides apply and which assays are and are not available and approved in the United States, which is of course the relevant jurisdiction for the purposes of this trial. See objections to Exhibit 8; Lacks foundation

---

179:10 -   179:15 Horvat-Brocker, Andrea 2016-02-24      0:25

179 10      Q: The first sentence then where
179 11      it talks about using the anti-factor Xa assay
179 12      to measure rivaroxaban levels, as it's used
179 13      in that phrase, what specifically -- what, I
179 14      guess, pharmacologic phenomenon is that
179 15      referring to, a "rivaroxaban level"?

**Re: [179:10-179:15]**
**Def Obj** Foreign Label - Defendants previously moved to exclude evidence of foreign labeling and foreign regulatory actions (Dkt. No. 5954) and this Court held that such evidence was likely excludable (Dkt. No. 6254). Plaintiffs re-raised the issue (Dkt. No. 6480) and Defendants continue to oppose the admission of any such evidence or related testimony. This and the surrounding testimony refers to a provision in the prescriber guide specifically required by a foreign regulatory body (the EMA), and the provision itself refers to an assay that has not been approved by the FDA and is only available in the EU; introduction of this testimony risks serious juror confusion as to which labels and guides apply and which assays are and are not available and approved in the United States, which is of course the relevant jurisdiction for the purposes of this trial. See objections to Exhibit 8; Lacks foundation

---

179:17 -   179:18 Horvat-Brocker, Andrea 2016-02-24      0:04
179 17      A: I do not want to interpret from

**Re: [179:17-179:18]**



179 18          what is written here. I don't know.

**Def Obj** Foreign Label - Defendants previously moved to exclude evidence of foreign labeling and foreign regulatory actions (Dkt. No. 5954) and this Court held that such evidence was likely excludable (Dkt. No. 6254). Plaintiffs re-raised the issue (Dkt. No 6480) and Defendants continue to oppose the admission of any such evidence or related testimony. This and the surrounding testimony refers to a provision in the prescriber guide specifically required by a foreign regulatory body (the EMA), and the provision itself refers to an assay that has not been approved by the FDA and is only available in the EU; introduction of this testimony risks serious juror confusion as to which labels and guides apply and which assays are and are not available and approved in the United States, which is of course the relevant jurisdiction for the purposes of this trial. See objections to Exhibit 8; Lacks foundation

179:17 -   180:4   Horvat-Brocker, Andrea 2016-02-24          1:16

179 17          A: I do not want to interpret from
179 18          what is written here. I don't know.

**Re: [179:17-179:18]**
**Def Obj** Foreign Label - Defendants previously moved to exclude evidence of foreign labeling and foreign regulatory actions (Dkt. No. 5954) and this Court held that such evidence was likely excludable (Dkt. No. 6254). Plaintiffs re-raised the issue (Dkt. No 6480) and Defendants continue to oppose the admission of any such evidence or related testimony. This and the surrounding testimony refers to a provision in the prescriber guide specifically required by a foreign regulatory body (the EMA), and the provision itself refers to an assay that has not been approved by the FDA and is only available in the EU; introduction of this testimony risks serious juror confusion as to which labels and guides apply and which assays are and are not available and approved in the United States, which is of course the relevant jurisdiction for the purposes of this trial. See objections to Exhibit 8; Lacks foundation

179 19          BY MR. HONNOLD:
179 20          Q: And, Doctor, do you think that
179 21          language -- or that sentence was written by
179 22          one of your colleagues in -- did you say
179 23          medical affairs?
179 24          A: I can't say. I think that the
180  1          SmPC has a similar wording. I think it came
180  2          from EMA -- from EMA, but I can't be a
180  3          hundred percent certain. I assume it's in
180  4          the SmPC.

**Re: [179:20-180:10]**
**Def Obj** Foreign Label - Defendants previously moved to exclude evidence of foreign labeling and foreign regulatory actions (Dkt. No. 5954) and this Court held that such evidence was likely excludable (Dkt. No. 6254). Plaintiffs re-raised the issue (Dkt. No 6480) and Defendants continue to oppose the admission of any such evidence or related testimony.

_Sustained_

This and the preceding testimony refers to a provision in the prescriber guide specifically required by a foreign regulatory body (the EMA), and the provision itself refers to an assay that has not been approved by the FDA and is only available in the EU; introduction of this testimony risks serious juror confusion as to which labels and guides apply and which assays are and are not available and approved in the United States, which is of course the relevant jurisdiction for the purposes of this trial. See objections to Exhibit 8; Lacks foundation

| | | |
|---|---|---|
| 179:20 - 180:10 Horvat-Brocker, Andrea 2016-02-24 | 2:14 | |

179 20    Q: And, Doctor, do you think that
179 21    language -- or that sentence was written by
179 22    one of your colleagues in -- did you say
179 23    medical affairs?
179 24    A: I can't say. I think that the
180  1    SmPC has a similar wording. I think it came
180  2    from EMA -- from EMA, but I can't be a
180  3    hundred percent certain. I assume it's in
180  4    the SmPC.
180  5    Q: Doctor, what is hemostatic
180  6    status?
180  7    A: I can't interpret that. It's
180  8    in connection with the pharmacodynamic
180  9    properties of Xarelto. It means here
180 10    probably a prolongation of the PT time.

**Re: [179:20-180:10]**

**Def Obj** Foreign Label - Defendants previously moved to exclude evidence of foreign labeling and foreign regulatory actions (Dkt. No. 5954) and this Court held that such evidence was likely excludable (Dkt. No. 6254). Plaintiffs re-raised the issue (Dkt. No 6480) and Defendants continue to oppose the admission of any such evidence or related testimony. This and the preceding testimony refers to a provision in the prescriber guide specifically required by a foreign regulatory body (the EMA), and the provision itself refers to an assay that has not been approved by the FDA and is only available in the EU; introduction of this testimony risks serious juror confusion as to which labels and guides apply and which assays are and are not available and approved in the United States, which is of course the relevant jurisdiction for the purposes of this trial. See objections to Exhibit 8; Lacks foundation

| | | |
|---|---|---|
| 209:14 - 209:22 Horvat-Brocker, Andrea 2016-02-25 | 0:23 | |

209 14    Q: I think in one of your prior
209 15    answers you pointed something else out to me
209 16    and were trying to explain something to me,
209 17    and I want to go back and revisit that point.
209 18    It's true, isn't it, Doctor,
209 19    that patients, when they're given the same
209 20    dose of Xarelto, that different patients can
209 21    react differently to the same dose of
209 22    medicine, correct?

| | | |
|---|---|---|
| 209:24 - 209:24 Horvat-Brocker, Andrea 2016-02-25 | 0:01 | |

209 24    A: It's like in any other drug.

| | | |
|---|---|---|
| 210:2 - 210:8 Horvat-Brocker, Andrea 2016-02-25 | 0:18 | |

210  2    Q: Okay. And so in that way, your
210  3    testimony is -- or what you're trying to
210  4    explain is that with many drugs, including
210  5    Xarelto, that you can give the same dose to
210  6    different patients, and that same dose of
210  7    medicine can have a different result or
210  8    impact upon different patients, right?

| | | |
|---|---|---|
| 210:10 - 210:21 Horvat-Brocker, Andrea 2016-02-25 | 0:58 | |

210 10    A: Yes, this could happen.
210 11    BY MR. HONNOLD:
210 12    Q: And from the pharmacological
210 13    perspective, Doctor, that is called
210 14    interpatient variability, correct?
210 15    A: That's correct.
210 16    Q: And as it relates to a
210 17    factor Xa inhibitor like Xarelto, you can
210 18    give the same dose of Xarelto to different
210 19    people, and it will -- it will -- or it can
210 20    result in those patients having very
210 21    different plasma concentration levels, right?

| | | |
|---|---|---|
| 210:23 - 210:24 Horvat-Brocker, Andrea 2016-02-25 | 0:04 | |

210 23    A: Yes, this is the interpatient
210 24    variability, and you always have this.

| | | |
|---|---|---|
| 211:2 - 211:7 Horvat-Brocker, Andrea 2016-02-25 | 0:29 | |

05/22/17 20:42

| 211 | 2 | Q: And you've been aware for |
| 211 | 3 | several years that the phenomenon of |
| 211 | 4 | interpatient variability does exist when |
| 211 | 5 | Xarelto is given to a large population of |
| 211 | 6 | patients? |
| 211 | 7 | A: Yes, I know. |

**212:3 - 212:7 Horvat-Brocker, Andrea 2016-02-25**   0:43

| 212 | 3 | Q: Doctor, you know, though, that |
| 212 | 4 | different exposure levels of Xarelto in |
| 212 | 5 | different patients' bloodstream could place |
| 212 | 6 | those patients at different risks of bleeding |
| 212 | 7 | between the two patients, right? |

**212:9 - 212:24 Horvat-Brocker, Andrea 2016-02-25**   1:28

| 212 | 9 | A: This is not only true for |
| 212 | 10 | bleeding, but also for thrombotic events |
| 212 | 11 | which can occur with rivaroxaban or factor Xa |
| 212 | 12 | inhibitors. |
| 212 | 13 | BY MR. HONNOLD: |
| 212 | 14 | Q: And what you're explaining |
| 212 | 15 | there to me, Doctor, is that if different |
| 212 | 16 | patients can have different levels on the top |
| 212 | 17 | end, in terms of increased exposure, they can |
| 212 | 18 | also have different levels at the bottom end, |
| 212 | 19 | which is called the trough -- the trough |
| 212 | 20 | side, and there patients then can develop |
| 212 | 21 | different risks for having a stroke or a |
| 212 | 22 | thromboembolic or blood clot-related event, |
| 212 | 23 | right? |
| 212 | 24 | A: Yes, that's correct. |

**224:23 - 226:11 Horvat-Brocker, Andrea 2016-02-25**   4:03

| 224 | 23 | Q: Doctor, we're back on the |
| 224 | 24 | record now after a short break, and I would |
| 225 | 1 | like to move into another topic. What I'd |
| 225 | 2 | like to do is take some time going through |
| 225 | 3 | one of the regulatory reporting documents |
| 225 | 4 | that we discussed yesterday, the PSUR. |
| 225 | 5 | So what we're going to do is |
| 225 | 6 | take a moment to hand out the exhibits, which |
| 225 | 7 | are pretty voluminous, so we'll just take a |
| 225 | 8 | second to do that. |
| 225 | 9 | And for the purposes of the |
| 225 | 10 | record, pursuant to the deposition protocol, |
| 225 | 11 | this is Record No. 2737299 that will be |
| 225 | 12 | marked as Deposition Exhibit 9, and we will |
| 225 | 13 | be placing the deposition exhibit sticker on |
| 225 | 14 | the slip sheet for the exhibit. |
| 225 | 15 | (Whereupon, Deposition Exhibit |
| 225 | 16 | Horvat-Brücker-9, Rivaroxaban PSUR, |
| 225 | 17 | XARELTO_BPAG_12782740, was marked for |
| 225 | 18 | identification.) |
| 225 | 19 | BY MR. HONNOLD: |
| 225 | 20 | Q: And, Doctor, if you could in |
| 225 | 21 | your own words explain what the Periodic |
| 225 | 22 | Safety Update Report is, and you can also |
| 225 | 23 | include in that answer the reference to its |
| 225 | 24 | other name now, the Periodic Benefit-Risk |
| 226 | 1 | Evaluation Report. |
| 226 | 2 | A: The PSUR or the Periodic |
| 226 | 3 | Benefit-Risk Evaluation Report is a document |
| 226 | 4 | that is created after -- after a drug is |
| 226 | 5 | approved for -- is approved. The data |
| 226 | 6 | available comes from the clinical studies, |
| 226 | 7 | and especially from the postmarketing phase, |
| 226 | 8 | and the data is evaluated also with regard to |
| 226 | 9 | benefit and risk of the product, and is put |
| 226 | 10 | together and evaluated -- or is summarized |
| 226 | 11 | and evaluated in a wider context. |

**226:12 - 227:13 Horvat-Brocker, Andrea 2016-02-25**   2:47

| 226 | 12 | Q: Doctor, if we look at the cover |
| 226 | 13 | page of this PSUR, who are the individuals |
| 226 | 14 | that have signed off on this document on |
| 226 | 15 | behalf of Bayer? |
| 226 | 16 | A: Those are my colleagues, |
| 226 | 17 | Dr. Tomasz Dyszynski, global safety leader |
| 226 | 18 | and Dr. Sabine Dittmar, GPV therapeutic area |

226 19   head.
226 20   Q: And those are two individuals
226 21   that we discussed yesterday; is that right?
226 22   A: That is correct.
226 23   Q: And so anyone who's later
226 24   looking at this document or this video, under
227  1   the word "Xarelto" in the middle there's
227  2   reference to "BAY" and some numbers.
227  3   Just so everyone understands,
227  4   what does that mean, that "BAY 59-7939"?
227  5   A: That is the number that was
227  6   given to rivaroxaban when it was still a
227  7   study drug.
227  8   Q: And is it true that preparing
227  9   these reports for the agency is one of the
227 10   most important things that the global
227 11   pharmacovigilance group does?
227 12   A: You can say that, but there are
227 13   also other documents that we prepare.

227:14 -   229:4   Horvat-Brocker, Andrea 2016-02-25                4:14
227 14   Q: Also on the front page below
227 15   "Xarelto" is the number 10.0. What does that
227 16   mean?
227 17   A: That means it's Version No. 10.
227 18   Q: Does that mean in the life of
227 19   Xarelto since it had been approved for some
227 20   indication, that there had been nine previous
227 21   reports prepared and filed?
227 22   A: That is correct.
227 23   Q: And then what is the meaning of
227 24   the date range, then, that's below the
228  1   number 10?
228  2   A: The date refers to the first
228  3   date that it was approved in Canada, and that
228  4   was September 15th of 2008. First date that
228  5   it was approved, first approval date.
228  6   Q: Thank you.
228  7   And then the range of dates,
228  8   then, that's immediately below the number 10,
228  9   where it says 16 March through 15 September,
228 10   what does that date range mean?
228 11   A: We currently have a six-month
228 12   period for reporting, and that means that the
228 13   data were recorded between March 16th, 2013,
228 14   and September 15th, 2013.
228 15   Q: Doctor, if you could go to the
228 16   next page, we've copied these on front and
228 17   back, but I'd like to go to the executive
228 18   summary section.
228 19   From your perspective, what's
228 20   the purpose and importance of the executive
228 21   summary section of the PSUR?
228 22   A: The executive summary includes
228 23   patient exposure, what countries, what
228 24   indications, and there's also a part which
229  1   analyzes the benefit-risk of Xarelto, and it
229  2   also includes whether any risk reduction
229  3   activities are needed if new data is
229  4   available.

230:12 -   231:6   Horvat-Brocker, Andrea 2016-02-25                2:38
230 12   Q: Doctor, in the executive
230 13   summary there's a conclusions section. Can
230 14   you just describe, before we get into the
230 15   detailed part of the report, what the
230 16   conclusion was for this PSUR?
230 17   A: The conclusion is that during
230 18   the time frame for which this report was
230 19   written, there was no new information, no
230 20   benefit-risk change for Xarelto in the
230 21   indications it was approved for; and that
230 22   this was based on the evaluation of
230 23   cumulative safety data and also the
230 24   risk-benefit, benefit-risk analysis that
231  1   there were no changes in the CCDS, were not
231  2   considered to be necessary, no changes were
231  3   considered to be necessary; and that
231  4   currently no risk minimization activities

05/22/17 20:42

| | | |
|---|---|---|
| 231  5 | were required; and that the benefit-risk | |
| 231  6 | balance for Xarelto is positive. | |

**235:15 - 235:21 Horvat-Brocker, Andrea 2016-02-25**   0:50
| | |
|---|---|
| 235  15 | Q: Doctor, is the PSUR document |
| 235  16 | intended to account for or report on |
| 235  17 | activities related to the drug that occurred |
| 235  18 | in the United States? |
| 235  19 | A: The PSUR is a global document, |
| 235  20 | and includes the data of the U.S., along with |
| 235  21 | all the other global data. |

**249:7 - 250:5 Horvat-Brocker, Andrea 2016-02-25**   2:43
| | |
|---|---|
| 249  7 | Q: Then going forward in the PSUR, |
| 249  8 | Doctor, let's go to Section 8.2.1.  There is |
| 249  9 | information regarding an ongoing |
| 249  10 | noninterventional study called XANTUS.  Can |
| 249  11 | you tell us what the XANTUS study was about? |
| 249  12 | A: This was also a postmarketing |
| 249  13 | observational noninterventional study.  The |
| 249  14 | purpose was to gather data on the patients on |
| 249  15 | Xarelto who were taking it to prevent stroke |
| 249  16 | for noncentral CNS systemic embolism and |
| 249  17 | nonvalvular AF.  It was supposed to reflect |
| 249  18 | real life -- the real-life data about the use |
| 249  19 | of Xarelto in this patient population and the |
| 249  20 | benefit. |
| 249  21 | Q: And, Doctor, looks like XANTUS |
| 249  22 | was ongoing at the time of this PSUR.  Do you |
| 249  23 | know whether XANTUS has been completed by |
| 249  24 | now? |
| 250  1 | A: Yes, the study has been |
| 250  2 | finalized in the meantime. |
| 250  3 | Q: And has the results of XANTUS |
| 250  4 | been published? |
| 250  5 | A: Yes, they have been published. |

**250:15 - 250:23 Horvat-Brocker, Andrea 2016-02-25**   0:56
| | |
|---|---|
| 250  15 | Q: As you did before, can you |
| 250  16 | share with us the information that you can |
| 250  17 | relate, the high-level data that you can |
| 250  18 | relate regarding XANTUS? |
| 250  19 | A: Yes, the high-level results |
| 250  20 | were that the data from XANTUS is consistent |
| 250  21 | with the data from the ROCKET AF study under |
| 250  22 | real-life conditions in patients with |
| 250  23 | nonvalvular AF. |

**297:4 - 297:7 Horvat-Brocker, Andrea 2016-02-25**   0:23
| | |
|---|---|
| 297  4 | Q: Doctor, I want to hand you our |
| 297  5 | next exhibit, and I'm going to hand you what |
| 297  6 | we've marked as Exhibit 10, which is Record |
| 297  7 | No. 2695595. |

Re: [297:4-297:7]
**Def Obj** Relevance/403: these questionnaires were used to gather data in clinical trials - the jury is likely to be confused into thinking these sorts of questionnaires are used in bleeding events like Mrs. Orr's, with inferences as to how common such events are and how Defendants respond when they occur. In addition, this testimony goes beyond the scope of any of Defendants' counter-designations.

*Overruled not problem 401 not problem under 403 Exhibit #10 explains its purpose so not confusing or misleading*

**297:22 - 297:24 Horvat-Brocker, Andrea 2016-02-25**   0:05
| | |
|---|---|
| 297  22 | So what I'd like you to do is |
| 297  23 | go ahead and look at this document and see if |
| 297  24 | you can confirm for me that yes, this is, in |

Re: [297:22-297:24]
**Def Obj** Relevance/403: these questionnaires were used to gather data in clinical trials - the

05/22/17 20:42

jury is likely to be confused into thinking
these sorts of questionnaires are used in
bleeding events like Mrs. Orr's, with
inferences as to how common such events are
and how Defendants respond when they
occur. In addition, this testimony goes beyond
the scope of any of Defendants' counter-
designations.

298:1  -  298:3  Horvat-Brocker, Andrea 2016-02-25  0:12
   298  1      fact, a true and accurate copy of the
   298  2      questionnaire that you know your GPV group
   298  3      uses for Xarelto bleeding follow-up.

Re: [298:1-298:3]
**Def Obj** Relevance/403: these questionnaires
were used to gather data in clinical trials - the
jury is likely to be confused into thinking
these sorts of questionnaires are used in
bleeding events like Mrs. Orr's, with
inferences as to how common such events are
and how Defendants respond when they
occur. In addition, this testimony goes beyond
the scope of any of Defendants' counter-
designations.

298:16  -  298:18  Horvat-Brocker, Andrea 2016-02-25  0:06
   298  16     A: Yes, it was. I do not think
   298  17     that it is the most current follow up
   298  18     questionnaire for bleeding.

Re: [298:16-298:18]
**Def Obj** Relevance/403: these questionnaires
were used to gather data in clinical trials - the
jury is likely to be confused into thinking
these sorts of questionnaires are used in
bleeding events like Mrs. Orr's, with
inferences as to how common such events are
and how Defendants respond when they
occur. In addition, this testimony goes beyond
the scope of any of Defendants' counter-
designations.

303:19  -  303:24  Horvat-Brocker, Andrea 2016-02-25  0:18
   303  19     Q: Doctor, I'm going to now hand
   303  20     you what we've marked as Deposition
   303  21     Exhibit 13. We're going slightly out of
   303  22     order, but I want you to take a minute to
   303  23     look at that document.
   303  24     (Whereupon, Deposition Exhibit

Re: [303:19-303:24]
**Def Obj** Relevance/403: these questionnaires
were used to gather data in clinical trials - the
jury is likely to be confused into thinking
these sorts of questionnaires are used in
bleeding events like Mrs. Orr's,

*Overrule*
*see above*

inferences as to how common such events are
and how Defendants respond when they
occur. In addition, this testimony goes beyond
the scope of any of Defendants' counter-
designations.



**304:8 - 306:10 Horvat-Brocker, Andrea 2016-02-25**

| | |
|---|---|
| 304 8 | Q: Have you had a chance to look |
| 304 9 | at Exhibit 13? |
| 304 10 | A: Yes, I have. |
| 304 11 | Q: And what is Exhibit 13? |
| 304 12 | A: this is a filled-in follow-up |
| 304 13 | questionnaire for intracranial bleeding for a |
| 304 14 | patient who died. |
| 304 15 | Q: And just so we're clear, then, |
| 304 16 | you said this is a Xarelto follow-up |
| 304 17 | questionnaire for intracranial hemorrhage, |
| 304 18 | correct? |
| 304 19 | A: Correct. |
| 304 20 | Q: And it appears, Doctor, doesn't |
| 304 21 | it, that this is a document that was, in |
| 304 22 | fact, filled out by a reporter, but we have |
| 304 23 | taken out some of the specific patient |
| 304 24 | identification, correct? |
| 305 1 | A: Okay. |
| 305 2 | Q: Is "okay" yes? |
| 305 3 | A: I wasn't clear on why data were |
| 305 4 | removed. |
| 305 5 | Q: Okay. Thank you for bringing |
| 305 6 | that up. I just want to make sure that we're |
| 305 7 | all understanding each other on this point. |
| 305 8 | All right. Let's clarify a couple of things |
| 305 9 | first. |
| 305 10 | Doctor, Exhibit 13 is, in fact, |
| 305 11 | a form of Xarelto follow-up questionnaire |
| 305 12 | that was used for reports of intracranial |
| 305 13 | hemorrhage, correct? |
| 305 14 | A: Correct. |
| 305 15 | Q: Now, is Exhibit 13 the form of |
| 305 16 | document that you believe is still used by |
| 305 17 | your group as the Xarelto follow-up |
| 305 18 | questionnaire for intracranial hemorrhage |
| 305 19 | patients? |
| 305 20 | A: Yes, this is the current form. |
| 305 21 | Q: Do you think that there was |
| 305 22 | some other form that was used earlier that |
| 305 23 | was different that was used to follow up on |
| 305 24 | intracranial hemorrhage? |
| 306 1 | A: No, not specifically for |
| 306 2 | intracranial bleeding. We asked about it |
| 306 3 | under general bleeding, but not specifically |
| 306 4 | as here and not in such detail. It was |
| 306 5 | included in the general questionnaire on |
| 306 6 | bleeding before. |
| 306 7 | So the general bleeding was in |
| 306 8 | the form that is Exhibit 10, and then we came |
| 306 9 | up with a new form specifically for |
| 306 10 | intracranial bleeding. |

**306:19 - 306:24 Horvat-Brocker, Andrea 2016-02-25**

| | |
|---|---|
| 306 19 | Q: And then at some point, Doctor, |
| 306 20 | you then -- using Exhibit 10 as a guide, you |
| 306 21 | then prepared a separate document that we've |
| 306 22 | marked as Exhibit 13 that you then started -- |
| 306 23 | that you dedicated specifically to |
| 306 24 | intracranial hemorrhage and you used |

**7:18**

**Re: [304:8-304:24]**

**Def Obj** Relevance/403: these questionnaires
were used to gather data in clinical trials - the
jury is likely to be confused into thinking
these sorts of questionnaires are used in
bleeding events like Mrs. Orr's, with
inferences as to how common such events are
and how Defendants respond when they
occur. In addition, this testimony goes beyond
the scope of any of Defendants' counter-
designations.

**0:18**

**Re: [306:19-306:24]**

**Def Obj** Relevance/403: these questionnaires
were used to gather data in clinical trials - the
jury is likely to be confused into thinking
these sorts of questionnaires are used in
bleeding events like Mrs. Orr's, with

inferences as to how common such events are
and how Defendants respond when they
occur. In addition, this testimony goes beyond
the scope of any Defendants' counter-
designations.

---

**307:1  -  307:3  Horvat-Brocker, Andrea 2016-02-25**    0:37

| 307 | 1 | exclusively for intracranial hemorrhage after |
| 307 | 2 | that point in time, correct? |
| 307 | 3 | A: Correct. |

**Re: [307:1-307:3]**
**Def Obj** Relevance/403: these questionnaires
were used to gather data in clinical trials - the
jury is likely to be confused into thinking
these sorts of questionnaires are used in
bleeding events like Mrs. Orr's, with
inferences as to how common such events are
and how Defendants respond when they
occur. In addition, this testimony goes beyond
the scope of any Defendants' counter-
designations.

---

**324:6  -  324:15  Horvat-Brocker, Andrea 2016-02-25**    0:57

| 324 | 6 | Q: As you look at Exhibit 10, in |
| 324 | 7 | the context for which it was used, do you |
| 324 | 8 | have any idea as to why the creating |
| 324 | 9 | physician or physicians chose to include in |
| 324 | 10 | the laboratory data that they wished to |
| 324 | 11 | receive when the form was filled out -- why |
| 324 | 12 | they chose to include both the -- or the |
| 324 | 13 | hemoglobin, the hematocrit, the platelet |
| 324 | 14 | count, the patient's PT, the patient's PTT, |
| 324 | 15 | and the patient's INR? |

**Re: [324:6-324:15]**
**Def Obj** Relevance/403: these questionnaires
were used to gather data in clinical trials - the
jury is likely to be confused into thinking
these sorts of questionnaires are used in
bleeding events like Mrs. Orr's, with
inferences as to how common such events are
and how Defendants respond when they
occur. In addition, this testimony goes beyond
the scope of any Defendants' counter-
designations.

---

**324:17 -  324:23  Horvat-Brocker, Andrea 2016-02-25**    0:19

| 324 | 17 | A: I can't speak for my colleague, |
| 324 | 18 | why he included -- he or she included that, |
| 324 | 19 | but I would do the same thing in the case of |
| 324 | 20 | bleeding, because these are the tests that |
| 324 | 21 | can be done and that doctor will do in the |
| 324 | 22 | case of a patient who's suffering from |
| 324 | 23 | bleeding. |

**Re: [324:17-324:23]**
**Def Obj** Relevance/403: these questionnaires
were used to gather data in clinical trials - the
jury is likely to be confused into thinking
these sorts of questionnaires are used in
bleeding events like Mrs. Orr's, with
inferences as to how common such events are

In
and how Defendants respond when they
occur. In addition, this testimony goes beyond
the scope of any of Defendants' counter-
designations.

| | | |
|---|---|---|
| 325:24 - 326:5 | Horvat-Brocker, Andrea 2016-02-25 | 0:21 |

325 24    Q: So it looks like that the
326  1    global safety leaders took the position that
326  2    they -- they did want to know what the
326  3    anticoagulation status of a Xarelto patient
326  4    was when they had a bleeding event, if
326  5    possible, right?

**Re: [325:24-326:6]**
**Def Obj** Relevance/403: these questionnaires
were used to gather data in clinical trials - the
jury is likely to be confused into thinking
these sorts of questionnaires are used in
bleeding events like Mrs. Orr's, with
inferences as to how common such events are
and how Defendants respond when they
occur. In addition, this testimony goes beyond
the scope of any of Defendants' counter-
designations.

| | | |
|---|---|---|
| 326:7 - 326:7 | Horvat-Brocker, Andrea 2016-02-25 | 0:00 |

326  7    A: If possible.

| | | |
|---|---|---|
| 508:6 - 508:8 | Horvat-Brocker, Andrea 2016-02-27 | 0:05 |

508  6    Q: Good morning.
508  7    Dr. Horvat-Bröcker.
508  8    A: Good morning.

| | | |
|---|---|---|
| 508:13 - 510:2 | Horvat-Brocker, Andrea 2016-02-27 | 4:55 |

508 13    Q: Dr. Horvat-Bröcker, could you
508 14    please describe your background, meaning your
508 15    education and your work experience.
508 16    A: I completed my medical studies
508 17    in Zagreb, Croatia. After that I did basic
508 18    research to obtain my Master of Science
508 19    degree. Then I did my Ph.D. at the Max
508 20    Planck Institute. Then I went to the Ludwig
508 21    Maximilian University in Munich and got my
508 22    title as a professor.
508 23    THE INTERPRETER: Sorry.
508 24    Interpreter corrects herself.
509  1    A: Then I went to the Ludwig
509  2    Maximilian University in Munich for another
509  3    Ph.D. Then I did postdoc work at the Max
509  4    Planck Institute for neurobiology for four
509  5    years. Then I worked one year and a half at
509  6    a biotech company. After that I was lecturer
509  7    at the Ruhr University in Bochum where I had
509  8    my own research group.
509  9    In January of 2007, I started
509 10    working at Bayer as a drug safety scientist,
509 11    and then at the end of 2009 I started working
509 12    as a global safety leader.
509 13    BY MR. DERRINGER:
509 14    Q: Doctor, have you been working
509 15    in pharmacovigilance during your entire time
509 16    at Bayer?
509 17    A: Both functions are part of
509 18    pharmacovigilance. On the one hand, the
509 19    group drug safety scientist, and on the other
509 20    hand, the global safety leader, both are part
509 21    of pharmacovigilance. They're different
509 22    departments of pharmacovigilance.
509 23    Q: How many years have you been
509 24    working in pharmacovigilance?
510  1    A: Since the beginning of 2007.
510  2    That makes it nine or ten years now.

| | | |
|---|---|---|
| 510:22 - 513:3 | Horvat-Brocker, Andrea 2016-02-27 | 5:14 |

510 22    Q: Over the course of the past few
510 23    days, you've been asked a number of questions
510 24    about pharmacology, pharmacokinetics,
511  1    pharmacodynamics and in particular
511  2    prothrombin time. Do you recall those
511  3    questions?

05/22/17 20:42

| | | |
|---|---|---|
| 511 | 4 | A: Yes, I recall. |
| 511 | 5 | Q: Do you consider yourself an |
| 511 | 6 | expert on pharmacology, pharmacokinetics or |
| 511 | 7 | pharmacodynamics? |
| 511 | 8 | A: No, absolutely not. |
| 511 | 9 | Q: If you have questions about the |
| 511 | 10 | pharmacology of Xarelto or pharmacokinetics |
| 511 | 11 | or pharmacodynamics relating to Xarelto, |
| 511 | 12 | would you refer those questions to others at |
| 511 | 13 | Bayer? |
| 511 | 14 | A: Yes, I would do that. |
| 511 | 15 | Q: Who would you refer those |
| 511 | 16 | questions to at Bayer? |
| 511 | 17 | A: I would definitely contact my |
| 511 | 18 | colleagues from clinical pharmacology and |
| 511 | 19 | also my colleagues from pharmacokinetics. |
| 511 | 20 | Q: Is there anyone in particular |
| 511 | 21 | in those departments that you would refer |
| 511 | 22 | those questions to? |
| 511 | 23 | A: Yes, that would be Dagmar |
| 511 | 24 | Kubitza in clinical pharmacology and Wolfgang |
| 512 | 1 | Mück in pharmacokinetics. |
| 512 | 2 | Q: Likewise, would you refer |
| 512 | 3 | questions about the relationship, if any, |
| 512 | 4 | between prothrombin time and Xarelto and risk |
| 512 | 5 | of bleeding and bleeding events to people in |
| 512 | 6 | clinical pharmacology and pharmacokinetics? |
| 512 | 7 | A: Yes, I would do that. |
| 512 | 8 | Q: And would those people also be |
| 512 | 9 | Dagmar Kubitza and Wolfgang Mück? |
| 512 | 10 | A: Yes. |
| 512 | 11 | Q: You were asked some questions |
| 512 | 12 | during the course of the past few days |
| 512 | 13 | relating to intraindividual variability and |
| 512 | 14 | interindividual variability.  Do you recall |
| 512 | 15 | those questions? |
| 512 | 16 | A: Yes, I recall. |
| 512 | 17 | Q: Generally speaking, Doctor, are |
| 512 | 18 | you the right person at Bayer to answer |
| 512 | 19 | questions about interpatient variability and |
| 512 | 20 | intrapatient variability relating to Xarelto? |
| 512 | 21 | A: No, I'm not. |
| 512 | 22 | Q: Who would you refer those |
| 512 | 23 | questions to at Bayer? |
| 512 | 24 | A: I would refer those to my |
| 513 | 1 | colleagues in pharmacokinetics, Wolfgang |
| 513 | 2 | Mück, and my colleague in clinical |
| 513 | 3 | pharmacology, Dagmar Kubitza. |

| | | | |
|---|---|---|---|
| 522:3 - 522:6 | | Horvat-Brocker, Andrea 2016-02-27 | 0:19 |
| 522 | 3 | Q: Are you familiar with | |
| 522 | 4 | postmarketing studies after that looked at | |
| 522 | 5 | the use of Xarelto in the real world? | |
| 522 | 6 | A: Yes, I am. | |

| | | | |
|---|---|---|---|
| 533:22 - 536:16 | | Horvat-Brocker, Andrea 2016-02-27 | 6:54 |
| 533 | 22 | Q: I'm going to hand you what | |
| 533 | 23 | we've marked as Exhibit 20.  Exhibit 20 bears | |
| 533 | 24 | a Bates stamp of XARELTO_JANSSEN_8483839. | |
| 534 | 1 | And if you can turn to the second page of the | |
| 534 | 2 | exhibit, which is actually the first page of | |
| 534 | 3 | the document, can you tell me if you've seen | |
| 534 | 4 | this before, and if you have, can you tell me | |
| 534 | 5 | what it is? | |
| 534 | 6 | A: Yes, I have.  This is the | |
| 534 | 7 | Periodic Benefit-Risk Evaluation Report, | |
| 534 | 8 | Version 13, for Xarelto. | |
| 534 | 9 | Q: Is this also referred to as the | |
| 534 | 10 | Periodic Safety Update Report, or PSUR? | |
| 534 | 11 | A: Yes, that's it, Periodic Safety | |
| 534 | 12 | Update Report. | |
| 534 | 13 | Q: You said this is Version 13. | |
| 534 | 14 | What date range does Version 13 of the PSUR | |
| 534 | 15 | cover? | |
| 534 | 16 | A: It covers the date range from | |
| 534 | 17 | September 16th of 2014 to March 15th of 2015. | |
| 534 | 18 | Q: Are you familiar with this PSUR | |
| 534 | 19 | or Periodic Benefit-Risk Evaluation Report? | |
| 534 | 20 | A: Yes, I am. | |

05/22/17 20:42

| | | |
|---|---|---|
| 534 | 21 | Q: Now, what I've put in front of |
| 534 | 22 | you as Exhibit 20 is not the entire PSUR, |
| 534 | 23 | correct? |
| 534 | 24 | A: That is correct. The PSUR has |
| 535 | 1 | 752 pages. |
| 535 | 2 | Q: You are correct. I've tried to |
| 535 | 3 | save some trees in copying Exhibit 20. |
| 535 | 4 | But what I have put in front of |
| 535 | 5 | you, as you'll see, is the executive summary |
| 535 | 6 | of this PSUR as well as the table of contents |
| 535 | 7 | of this PSUR, and then the last page of this |
| 535 | 8 | exhibit is Section 19, "Conclusions and |
| 535 | 9 | Actions." |
| 535 | 10 | Do you see that? |
| 535 | 11 | A: Yes, I do. |
| 535 | 12 | Q: Do you remember that you were |
| 535 | 13 | asked a bunch of questions about PSUR No. 10? |
| 535 | 14 | This was Exhibit 9 to the deposition, and I'm |
| 535 | 15 | putting that in front of you now. |
| 535 | 16 | Do you remember that? |
| 535 | 17 | A: Yes. Yes, I remember. |
| 535 | 18 | Q: You don't need to review |
| 535 | 19 | Exhibit 9, but I just wanted to ask you |
| 535 | 20 | whether the complete PSUR Volume 13, which is |
| 535 | 21 | Exhibit 20, is it similar in size and volume |
| 535 | 22 | to PSUR No. 10, which is Exhibit 9? |
| 535 | 23 | A: Yes, it is. It has even more |
| 535 | 24 | pages than PSUR 10, but the content is the |
| 536 | 1 | same -- similar. |
| 536 | 2 | Q: Can you turn, please, to the |
| 536 | 3 | executive summary, which is the second page |
| 536 | 4 | of the PSUR? And just to be clear, we are |
| 536 | 5 | talking about PSUR No. 13, which is |
| 536 | 6 | Exhibit 20. |
| 536 | 7 | Do you see at the bottom, the |
| 536 | 8 | executive summary has a section that's titled |
| 536 | 9 | "Summary of the overall benefit-risk analysis |
| 536 | 10 | evaluation"? |
| 536 | 11 | A: Yes, I see that. |
| 536 | 12 | Q: This section is written by |
| 536 | 13 | Bayer? |
| 536 | 14 | A: Yes, this is the summary that |
| 536 | 15 | is based on the analysis of everything in the |
| 536 | 16 | document. |

537:2   -   537:17 Horvat-Brocker, Andrea 2016-02-27          1:22

| | | |
|---|---|---|
| 537 | 2 | BY MR. DERRINGER: |
| 537 | 3 | Q: So, Dr. Horvat-Brӧcker please |
| 537 | 4 | go ahead and read in English the first |
| 537 | 5 | paragraph of page 3 of the executive summary |
| 537 | 6 | of PSUR No. 13. |
| 537 | 7 | A: (In English) "This PBRER/PSUR |
| 537 | 8 | is the 13th periodic update report on safety |
| 537 | 9 | 6.5 years into marketing of Xarelto. In view |
| 537 | 10 | of its beneficial effects, the risks |
| 537 | 11 | associated with rivaroxaban are clinically |
| 537 | 12 | acceptable. Overall, the data compiled |
| 537 | 13 | following completion of the pivotal trials do |
| 537 | 14 | not change the favorable benefit-risk |
| 537 | 15 | assessment of rivaroxaban in the authorized |
| 537 | 16 | indications of VTE prevention, VTE treatment, |
| 537 | 17 | SPAF or ACS." |

538:7   -   539:3  Horvat-Brocker, Andrea 2016-02-27          1:29

| | | |
|---|---|---|
| 538 | 7 | Finally, can you read the |
| 538 | 8 | conclusions in English to the executive |
| 538 | 9 | summary of PSUR No. 13? |
| 538 | 10 | A: (In English) "No new |
| 538 | 11 | information has emerged during the reporting |
| 538 | 12 | interval that would change the overall |
| 538 | 13 | evaluation of benefit-risks for Xarelto in |
| 538 | 14 | the approved indications. There is currently |
| 538 | 15 | no need for additional risk minimization |
| 538 | 16 | activities. The company's assessment of the |
| 538 | 17 | benefit-risk balance for Xarelto remains |
| 538 | 18 | favorable." |
| 538 | 19 | Q: Thank you. Dr. Horvat-Brӧcker, |
| 538 | 20 | you can put Exhibit 20 just off to the side |
| 538 | 21 | for a moment. |

| | | |
|---|---|---|
| 538 22 | This PSUR or PBRER, the | |
| 538 23 | Periodic Benefit-Risk Evaluation Report, is | |
| 538 24 | this submitted to regulatory authorities to | |
| 539 1 | your knowledge? | |
| 539 2 | A: Yes, they are distributed to | |
| 539 3 | health authorities. | |

539:18 -   542:23 Horvat-Brocker, Andrea 2016-02-27         7:53

| | | |
|---|---|---|
| 539 18 | Q: I'm putting in front of you | |
| 539 19 | what's been marked as Exhibit 21. Are you | |
| 539 20 | familiar with Exhibit 21? | |
| 539 21 | A: Yes, I have seen it. | |
| 539 22 | Q: Exhibit 21 is titled "PRAC PSUR | |
| 539 23 | Assessment Report." It's dated October 8th, | |
| 539 24 | 2015, and it bears a Bates label beginning | |
| 540 1 | XARELTO_BPAG_24762318. | |
| 540 2 | A: Yes, I see that. | |
| 540 3 | Q: You've referred to EMA or | |
| 540 4 | E-M-A. Is that the European Medicines | |
| 540 5 | Agency? | |
| 540 6 | A: That is correct. | |
| 540 7 | Q: And do you know what is | |
| 540 8 | referred to when it says on this document | |
| 540 9 | "PRAC," P-R-A-C? | |
| 540 10 | A: PRAC stands for | |
| 540 11 | Pharmacovigilance Risk Assessment Committee. | |
| 540 12 | It is an EMA committee that monitors and | |
| 540 13 | assesses safety topics for all drugs, | |
| 540 14 | including Xarelto. | |
| 540 15 | Q: If you look at Exhibit 20 and | |
| 540 16 | put that next to Exhibit 21 for a moment, | |
| 540 17 | you'll see that Exhibit 21, the assessment | |
| 540 18 | report by the European Medicines Agency, | |
| 540 19 | refers to a PSUR that has a period covered | |
| 540 20 | from the 16th of September 2014 to the 15th | |
| 540 21 | of March 2015. Do you see that? | |
| 540 22 | A: Yes, I see that. | |
| 540 23 | Q: And if you look at Exhibit 20, | |
| 540 24 | the PSUR, that PSUR covers the same date | |
| 541 1 | range, the 16th of September 2014 to the 15th | |
| 541 2 | of March 2015. Do you see that? | |
| 541 3 | A: I see that. | |
| 541 4 | Q: So is it your understanding, | |
| 541 5 | Dr. Horvat-Bräcker, that the PSUR assessment | |
| 541 6 | report that is Exhibit 21 is an assessment | |
| 541 7 | report of PSUR No. 13, which is Exhibit 20? | |
| 541 8 | A: Yes, this is the final PRAC for | |
| 541 9 | PSUR No. 13, covering the period between | |
| 541 10 | September 16th of 2014 and March 15th of | |
| 541 11 | | 2015 |
| 541 12 | Q: Let's take a look, then, at the | |
| 541 13 | assessment report. Could you turn to the | |
| 541 14 | third page of the document, please? Do you | |
| 541 15 | see the section that is titled "Final | |
| 541 16 | assessment conclusions and actions"? | |
| 541 17 | A: Yes, I see that. | |
| 541 18 | Q: And just to be clear, Doctor, | |
| 541 19 | what is your understanding about who wrote | |
| 541 20 | this section? | |
| 541 21 | A: This section is written by | |
| 541 22 | the -- by PRAC, P-R-A-C, of EMA. | |
| 541 23 | Q: I'm going to direct your | |
| 541 24 | attention to the last paragraph on this page, | |
| 542 1 | and what I'd like you to do is to read this | |
| 542 2 | paragraph out loud in English. | |
| 542 3 | A: (In English) "The safety | |
| 542 4 | profile of rivaroxaban remains unchanged. No | |
| 542 5 | new safety data to raise a new concern or | |
| 542 6 | signal has been retrieved. The risks | |
| 542 7 | identified in the risk management plan have | |
| 542 8 | been addressed as well as the adverse events | |
| 542 9 | of special interest. Issues put forward from | |
| 542 10 | the last PSUR have been discussed by the MAH. | |
| 542 11 | _A special review on skin vasculitis has been | |
| 542 12 | assessed, as well as renal cases, overdose | |
| 542 13 | and gastric bypass surgery (four points | |
| 542 14 | raised in the previous PSUR assessment). No | |
| 542 15 | updates to the SmPC or RMP, risk management | |
| 542 16 | plan, are warranted due to this review. The | |

| | | |
|---|---|---|
| 542 17 | benefit-risk remains positive for all | |
| 542 18 | indications and strengths." | |
| 542 19 | Q: Thank you. | |
| 542 20 | What is the SmPC? | |
| 542 21 | A: SmPC is summary of product | |
| 542 22 | characteristics; that is, the label for | |
| 542 23 | European countries -- | |

547:1 - 549:19 Horvat-Brocker, Andrea 2016-02-27        7:25

| | |
|---|---|
| 547 1 | Q: Dr. Horvat-Brücker, I'm calling |
| 547 2 | out on the screen a paragraph titled "Final |
| 547 3 | Recommendations." This is at page 4 of |
| 547 4 | Exhibit 21, the European Medicines Agency |
| 547 5 | PSUR assessment report. |
| 547 6 | Could you read in English the |
| 547 7 | final recommendations on this subject from |
| 547 8 | the European Medicines Agency? |
| 547 9 | A: (In English) "Based on the |
| 547 10 | PRAC review of data on safety and efficacy, |
| 547 11 | the PRAC considers by consensus that the |
| 547 12 | risk-benefit balance of medicinal products |
| 547 13 | containing rivaroxaban remains favorable and |
| 547 14 | therefore recommends the maintenance of the |
| 547 15 | marketing authorization." |
| 547 16 | Q: "Rivaroxaban" refers to what |
| 547 17 | Bayer medicine? |
| 547 18 | A: It's Xarelto. It refers to |
| 547 19 | Xarelto. |
| 547 20 | Q: Dr. Horvat-Brücker, this -- |
| 547 21 | these final recommendations from the PRAC |
| 547 22 | review of data on safety and efficacy of |
| 547 23 | Xarelto, is this consistent with your |
| 547 24 | perspective on the benefit-risk profile of |
| 548 1 | Xarelto? |
| 548 2 | A: This is certainly consistent |
| 548 3 | with my idea. It was not only shown in the |
| 548 4 | clinical trials that the efficacy and the |
| 548 5 | safety of Xarelto is there, we had a large |
| 548 6 | amount of data and more than 60,000 patients |
| 548 7 | were involved in the studies. |
| 548 8 | The data from postmarketing, as |
| 548 9 | you also said, showed the same. And we have |
| 548 10 | the completed XANTUS and XALIA studies, the |
| 548 11 | noninterventional studies, that showed that |
| 548 12 | under real-life conditions, the results from |
| 548 13 | the clinical trials for Xarelto relating to |
| 548 14 | its efficacy and safety were confirmed. |
| 548 15 | We've now been on the market |
| 548 16 | with this drug for I think seven and a half |
| 548 17 | years, and 14 million people have been |
| 548 18 | treated with Xarelto. For the past three |
| 548 19 | days, we've only been talking about bleeding |
| 548 20 | events, but you also need to know that |
| 548 21 | Xarelto is used to help people, to treat them |
| 548 22 | for stroke, for VTE, so what we actually do |
| 548 23 | is help people. |
| 548 24 | The benefit-risk analysis is |
| 549 1 | based on a huge amount of data, and I |
| 549 2 | personally, just like EMA, believe that the |
| 549 3 | benefit-risk ratio for Xarelto is positive. |
| 549 4 | And since I'm a scientist, I would also like |
| 549 5 | to say that it is actually very difficult to |
| 549 6 | get a new drug out there on the market and to |
| 549 7 | prove that it actually works and, actually, |
| 549 8 | helps people. |
| 549 9 | Xarelto is part of a new |
| 549 10 | generation of drugs that we're currently |
| 549 11 | witnessing the emergence of drugs that are |
| 549 12 | actually used to help people. You don't see |
| 549 13 | this happening every single day. |
| 549 14 | So my personal conclusion would |
| 549 15 | be that we are currently part of this new |
| 549 16 | development, these new drug generations that |
| 549 17 | will be used to help people get better, then |
| 549 18 | to treat diseases such as stroke and VTE. |
| 549 19 | You don't witness that every single day. |

Re: [547:1-549:19]
Pltf Obj Motion to strike witness response from p. 548, l. 15 through p. 549, l. 19 as nonresponsive to question, beyond fair scope of questions and improper witness narrative.

Re: [547:1-549:19]
Def Resp The witness was asked about her perspective as to whether Xarelto maintains a favorable risk-benefit profile, and she explained why she believes it does. The answer is responsive.

*Overruled wt. Explaining answer.*