Ex. 13

admitted

2195444

XARELTO®: FOLLOW-UP QUESTIONNAIRE FOR ICH

 Bayer HealthCare

### XARELTO®: FOLLOW-UP QUESTIONNAIRE FOR INTRACRANIAL HAEMORRHAGE (ICH)

Dear Reporter,

This questionnaire has been sent to you in order for Bayer HealthCare to collect more detailed information regarding the adverse event that you reported in relation to Xarelto®. Your contribution will be of significant help in improving the knowledge of the safety profile of our drug and in minimizing the risk for patients.

If the information noted below is correct, please sign and date this page at the bottom. If it is not correct, please place a line through the incorrect information and enter the corrected information.

Thank you very much for your cooperation.

**Patient Information:**

Global Case ID: _____ Local Case ID: BGR-2014-GR-000328
Patient initials or other identifier: _____

DOB: ___/___/___ (DD/MM/YY)

Gender: ☒ M  ☐ F      Weight _____ kg / lbs      Height _____ cm / in
Race: ☐ Caucasian  ☐ Black  ☐ Asian  ☐ Hispanic  ☐ Other: _____

**Report type**

Study:        No☐ Yes☐  If yes, please specify: Study number: _____
                                                Patient number: _____
Spontaneous:  No☐ Yes☒

**Reporter Information:**

Name: Dr. Petros Exarchos
Address: _____
City: __Larissa__ State: _____ Zip Code: _____ Country: Greece
Telephone: +30 6977479341

Are you the Health Care Provider: No☐ Yes☒ (If yes, please specify: cardiologist)

Signature: This Questionnaire has been filled in by the PVCH according to the information provided by Dr. Exarchos to the PVCH.        Date: 29-08-2014

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BPAG_06139034


Exhibit Hogan-Broecker 13

Ex. 10

admitted

2695595

# Xarelto® (rivaroxaban)
# Follow-up Questionnaire for Bleeding

Manufacturer reporting number: _____   Date of Report ____ / ____ / _____ [mm/dd/yyyy]

**Person providing this information:**

Name: _____

Address: _____

City: _____ State: _____ Zip/Postal Code: _____

Country: _____ Telephone: _____

Relationship to patient:   ☐ Physician   ☐ Other health care professional (please explain) _____

☐ Other (please explain) _____

Signature: _____ Date: ____ / ____ / _____ [mm/dd/yyyy]

**For reports originating from the United States:** The Health Insurance Portability and Accountability Act (HIPAA) specifically permits covered entities (such as pharmacists, physicians or hospitals) to report adverse events and other information related to the quality, effectiveness and safety of FDA regulated products both to the manufacturers and directly to the FDA.

1. **Patient Demographics**

    Identifier (Patient's initials or other identifier that allows for follow-up if needed. Do not use name or social security number): _____

    DOB: ____ / ____ / ____ [mm/dd/yyyy]   Gender: ☐ M ☐ F   Patient's country of origin: _____

    Race: ☐ White ☐ Black or African American ☐ Asian ☐ American Indian or Alaskan Native ☐ Other Specify: _____
    Ethnicity: ☐ Hispanic or Latino ☐ Not Hispanic or Latino

2. **Xarelto® Details**

    Indication for Use :   ☐ DVT prevention in hip replacement   ☐ DVT prevention in knee replacement
    ☐ Other (be specific) _____

    Lot# _____ Expiry date: _____

    Dose at time of event: _____ mg _____ times daily   Patient weight: _____ lbs or _____ kg

    Start Date: ____ / ____ / ____ [mm/dd/yyyy]     End date ____ / ____ / ____ [mm/dd/yyyy]

    Recent dose change? (Elaborate on timing/amount of dose change): _____

    Was the patient switched from another therapy? ☐ yes ☐ no
    If yes, name and dose: _____ If yes, when: _____

DRAFT                                       Case follow-up with questions for Xarelto® ■ Page 1

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER



XARELTO_BPAG_11569544