# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  )  <br> ) <br> PRODUCTS LIABILITY LITIGATION  ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*All Cases Listed in "Exhibit A"*

## PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Plaintiffs in the cases listed and attached herein as "Exhibit A", by and through the undersigned counsel, hereby file this Joint Motion for Withdrawal and Substitution of Counsel.

Plaintiffs request that attorney Jeffrey D. Meyer be withdrawn as counsel in the main MDL No. 2592 and in each member case associated with MDL No. 2592, including the cases listed and attached herein as "Exhibit A".

Plaintiffs further request that attorney Russell T. Abney be substituted as counsel of record for all cases listed and attached herein as "Exhibit A".

Attorney Russell T. Abney has conferred with Jeffrey D. Meyer of The Meyer Law Firm. Jeffrey D. Meyer does not oppose this Motion.

Dated: <u>June 2, 2017</u>                                    Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
GA State Bar No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Facsimile: 866.513.0115
atlanta@lawyerworks.com

/s/ Jeffrey D. Meyer
Jeffrey D. Meyer, Esq.
TX State Bar No. 00788048
The Meyer Law Firm, PC
9235 Katy Freeway, Ste. 160
Houston, TX 77024
Telephone: 713.974.4100
Facsimile: 713.974.0225
Email: jeff@meyerlawfirm.com

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above foregoing Joint Motion for Withdrawal and Substitution of Counsel has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: <u>June 2, 2017</u>                     Respectfully submitted,

                                          /s/ Russell T. Abney
                                          Russell T. Abney, Esq.
                                          Attorney I.D. No. 000875 (GA)
                                          FERRER, POIROT & WANSBROUGH
                                          2100 RiverEdge Pkwy NW, Suite 1025
                                          Atlanta, GA 30328
                                          Telephone: 800.521.4492
                                          Fax: 866.513.0115
                                          atlanta@lawyerworks.com
                                          *Attorney for the Plaintiffs*