# EXHIBIT A

| **Case Caption** | **Civil Action No.** |
| --- | --- |
| Beukema v. Janssen Research & Development LLC, et al. | 2:16-cv-07331 |
| Bilger v. Janssen Research & Development LLC, et al. | 2:16-cv-07335 |
| Harvey v. Janssen Research & Development LLC, et al | 2:16-cv-07314 |
| Anderson v. Janssen Research & Development LLC, et al. | 2:17-cv-01297 |
| Barker v. Janssen Research & Development LLC, et al. | 2:16-cv-07338 |
| Baxter v. Janssen Research & Development LLC, et al. | 2:16-cv-07332 |
| Bookout, et al. v. Janssen Research & Development LLC, et al. | 2:16-cv-03075 |
| Brown v. Janssen Research & Development LLC, et al. | 2:16-cv-16878 |
| Brown v. Janssen Research & Development LLC, et al. | 2:16-cv-13369 |
| Burgess v. Janssen Research & Development LLC, et al. | 2:16-cv-07336 |
| Burgess v. Janssen Research & Development LLC, et al. | 2:16-cv-7347 |
| Caples v. Janssen Research & Development LLC, et al. | 2:16-cv-07351 |
| Carroll v. Janssen Research & Development LLC, et al. | 2:16-cv-07352 |
| Cauthen v. Janssen Research & Development LLC, et al. | 2:16-cv-07345 |
| Clark v. Janssen Research & Development LLC, et al. | 2:16-cv-02946 |
| Crawford v. Janssen Research & Development LLC, et al. | 2:16-cv-07329 |
| Davis v. Janssen Research & Development LLC, et al. | 2:16-cv-07342 |
| Futch v. Janssen Research & Development LLC, et al. | 4:16-cv-00109 |
| Galifaro v. Janssen Research & Development LLC, et al. | 2:16-cv-07355 |
| Gardner v. Janssen Research & Development LLC, et al. | 2:16-cv-07535 |
| Gary v. Janssen Research & Development LLC, et al. | 2:16-cv-06928 |

| | |
|---|---|
| George v. Janssen Research & Development LLC, et al. | 2:16-cv-07312 |
| Giroux v. Janssen Research & Development LLC, et al. | 2:17-cv-04784 |
| Guth, et al. v. Janssen Research & Development LLC, et al. | 2:16-cv-03463 |
| Hall v. Janssen Research & Development LLC, et al. | 2:16-cv-07313 |
| Hernandez v. Janssen Research & Development LLC, et al. | 2:16-cv-07315 |
| Hick v. Janssen Research & Development LLC, et al. | 2:16-cv-07316 |
| Iacobelli v. Janssen Research & Development LLC, et al. | 2:16-cv-07354 |
| Jackson v. Janssen Research & Development LLC, et al. | 2:16-cv-07349 |
| James v. Janssen Research & Development LLC, et al. | 2:16-cv-07348 |
| Jill v. Janssen Research & Development LLC, et al. | 2:16-cv-07533 |
| Jones v. Janssen Research & Development LLC, et al. | 2:16-cv-07339 |
| Joyner v. Janssen Research & Development LLC, et al. | 2:16-cv-07334 |
| King v. Janssen Research & Development LLC, et al. | 2:16-cv-07343 |
| Krontos v. Janssen Research & Development LLC, et al. | 2:16-cv-07356 |
| Leboff v. Janssen Research & Development LLC, et al. | 2:16-cv-07350 |
| Liebow v. Janssen Research & Development LLC, et al. | 2:16-cv-00899 |
| Lorincz v. Janssen Research & Development LLC, et al. | 2:16-cv-06931 |
| Manno v. Janssen Research & Development LLC, et al. | 2:16-cv-07317 |
| Mauney v. Janssen Research & Development LLC, et al. | 2:16-cv-07427 |
| Schoenrock v. Janssen Research & Development LLC, et al. | 2:16-cv-07325 |
| McDaniel v. Janssen Research & Development LLC, et al. | 2:16-cv-07318 |
| Milton v. Janssen Research & Development LLC, et al. | 2:16-cv-13370 |

| | |
|---|---|
| Mongeon v. Janssen Research & Development LLC, et al. | 2:16-cv-13024 |
| Moore v. Janssen Research & Development LLC, et al. | 2:16-cv-09234 |
| Morris v. Janssen Research & Development LLC, et al. | 2:16-cv-07319 |
| Moses v. Janssen Research & Development LLC, et al. | 2:16-cv-07346 |
| Munson v. Janssen Research & Development LLC, et al. | 2:16-cv-07344 |
| Nixon-Carter v. Janssen Research & Development LLC, et al. | 2:16-cv-07337 |
| O'Donnell v. Janssen Research & Development LLC, et al. | 2:16-cv-07320 |
| Paluso v. Janssen Research & Development LLC, et al. | 2:16-cv-07321 |
| Peguese v. Janssen Research & Development LLC, et al. | 2:16-cv-07353 |
| Prera-Monroy v. Janssen Research & Development LLC, et al. | 2:16-cv-07481 |
| Redding v. Janssen Research & Development LLC, et al. | 2:16-cv-07333 |
| Reed v. Janssen Research & Development LLC, et al. | 2:16-cv-07322 |
| Rhames v. Janssen Research & Development LLC, et al. | 2:16-cv-07340 |
| Rice v. Janssen Research & Development LLC, et al. | 2:16-cv-07323 |
| Robertson v. Janssen Research & Development LLC, et al. | 2:16-cv-07324 |
| Sailors, et al. v. Janssen Research & Development LLC, et al. | 2:16-cv-06530 |
| Saldivar et al v. Janssen Research & Development LLC, et al. | 2:16-cv-13487 |
| Schneider v. Janssen Research & Development LLC, et al. | 2:16-cv-06622 |
| Scott v. Janssen Research & Development LLC, et al. | 2:16-cv-9222 |
| Smith v. Janssen Research & Development LLC, et al. | 2:16-cv-07326 |
| Sobczak v. Janssen Research & Development LLC, et al. | 2:16-cv-15293 |
| Spiroff v. Janssen Research & Development LLC, et al. | 2:15-cv-06129 |

| | |
|---|---|
| Tenorio v. Janssen Research & Development LLC, et al. | 2:16-cv-00255 |
| Thompson v. Janssen Research & Development et al | 2:16-cv-07327 |
| Tingler v. Janssen Research & Development LLC, et al. | 2:16-cv-07330 |
| Wallce v. Janssen Research & Development LLC, et al. | 2:16-cv-15147 |
| Walton v. Janssen Research & Development LLC, et al. | 2:16-cv-07341 |
| Wells v. Janssen Research & Development LLC, et al. | 2:16-cv-06936 |
| White v. Janssen Research & Development LLC, et al. | 2:16-cv-07328 |
| Wilkerson-Wongus v. Janssen Research & Development LLC, et al. | 2:16-cv-06933 |
| Williams v. Janssen Research & Development LLC, et al. | 2:16-cv-13014 |