UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) <br><br> PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*All Cases Listed in "Exhibit A"*

### ORDER

The Court, after considering the Plaintiff's Joint Motion for Withdrawal and Substitution of Counsel, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT attorney Jeffrey D. Meyer be withdrawn and that attorney Russell T. Abney be substituted as counsel of record for all cases listed in and attached hereto as "Exhibit A".

Dated: _____    _____
                                                                             Hon. Eldon E. Fallon
                                                                             United States District Court Judge

# EXHIBIT A

| **Case Caption** | **Civil Action No.** |
|---|---|
| Beukema v. Janssen Research & Development LLC, et al. | 2:16-cv-07331 |
| Bilger v. Janssen Research & Development LLC, et al. | 2:16-cv-07335 |
| Harvey v. Janssen Research & Development LLC, et al | 2:16-cv-07314 |
| Anderson v. Janssen Research & Development LLC, et al. | 2:17-cv-01297 |
| Barker v. Janssen Research & Development LLC, et al. | 2:16-cv-07338 |
| Baxter v. Janssen Research & Development LLC, et al. | 2:16-cv-07332 |
| Bookout, et al. v. Janssen Research & Development LLC, et al. | 2:16-cv-03075 |
| Brown v. Janssen Research & Development LLC, et al. | 2:16-cv-16878 |
| Brown v. Janssen Research & Development LLC, et al. | 2:16-cv-13369 |
| Burgess v. Janssen Research & Development LLC, et al. | 2:16-cv-07336 |
| Burgess v. Janssen Research & Development LLC, et al. | 2:16-cv-7347 |
| Caples v. Janssen Research & Development LLC, et al. | 2:16-cv-07351 |
| Carroll v. Janssen Research & Development LLC, et al. | 2:16-cv-07352 |
| Cauthen v. Janssen Research & Development LLC, et al. | 2:16-cv-07345 |
| Clark v. Janssen Research & Development LLC, et al. | 2:16-cv-02946 |
| Crawford v. Janssen Research & Development LLC, et al. | 2:16-cv-07329 |
| Davis v. Janssen Research & Development LLC, et al. | 2:16-cv-07342 |
| Futch v. Janssen Research & Development LLC, et al. | 4:16-cv-00109 |
| Galifaro v. Janssen Research & Development LLC, et al. | 2:16-cv-07355 |
| Gardner v. Janssen Research & Development LLC, et al. | 2:16-cv-07535 |
| Gary v. Janssen Research & Development LLC, et al. | 2:16-cv-06928 |

| | |
|---|---|
| George v. Janssen Research & Development LLC, et al. | 2:16-cv-07312 |
| Giroux v. Janssen Research & Development LLC, et al. | 2:17-cv-04784 |
| Guth, et al. v. Janssen Research & Development LLC, et al. | 2:16-cv-03463 |
| Hall v. Janssen Research & Development LLC, et al. | 2:16-cv-07313 |
| Hernandez v. Janssen Research & Development LLC, et al. | 2:16-cv-07315 |
| Hick v. Janssen Research & Development LLC, et al. | 2:16-cv-07316 |
| Iacobelli v. Janssen Research & Development LLC, et al. | 2:16-cv-07354 |
| Jackson v. Janssen Research & Development LLC, et al. | 2:16-cv-07349 |
| James v. Janssen Research & Development LLC, et al. | 2:16-cv-07348 |
| Jill v. Janssen Research & Development LLC, et al. | 2:16-cv-07533 |
| Jones v. Janssen Research & Development LLC, et al. | 2:16-cv-07339 |
| Joyner v. Janssen Research & Development LLC, et al. | 2:16-cv-07334 |
| King v. Janssen Research & Development LLC, et al. | 2:16-cv-07343 |
| Krontos v. Janssen Research & Development LLC, et al. | 2:16-cv-07356 |
| Leboff v. Janssen Research & Development LLC, et al. | 2:16-cv-07350 |
| Liebow v. Janssen Research & Development LLC, et al. | 2:16-cv-00899 |
| Lorincz v. Janssen Research & Development LLC, et al. | 2:16-cv-06931 |
| Manno v. Janssen Research & Development LLC, et al. | 2:16-cv-07317 |
| Mauney v. Janssen Research & Development LLC, et al. | 2:16-cv-07427 |
| Schoenrock v. Janssen Research & Development LLC, et al. | 2:16-cv-07325 |
| McDaniel v. Janssen Research & Development LLC, et al. | 2:16-cv-07318 |
| Milton v. Janssen Research & Development LLC, et al. | 2:16-cv-13370 |

| | |
|---|---|
| Mongeon v. Janssen Research & Development LLC, et al. | 2:16-cv-13024 |
| Moore v. Janssen Research & Development LLC, et al. | 2:16-cv-09234 |
| Morris v. Janssen Research & Development LLC, et al. | 2:16-cv-07319 |
| Moses v. Janssen Research & Development LLC, et al. | 2:16-cv-07346 |
| Munson v. Janssen Research & Development LLC, et al. | 2:16-cv-07344 |
| Nixon-Carter v. Janssen Research & Development LLC, et al. | 2:16-cv-07337 |
| O'Donnell v. Janssen Research & Development LLC, et al. | 2:16-cv-07320 |
| Paluso v. Janssen Research & Development LLC, et al. | 2:16-cv-07321 |
| Peguese v. Janssen Research & Development LLC, et al. | 2:16-cv-07353 |
| Prera-Monroy v. Janssen Research & Development LLC, et al. | 2:16-cv-07481 |
| Redding v. Janssen Research & Development LLC, et al. | 2:16-cv-07333 |
| Reed v. Janssen Research & Development LLC, et al. | 2:16-cv-07322 |
| Rhames v. Janssen Research & Development LLC, et al. | 2:16-cv-07340 |
| Rice v. Janssen Research & Development LLC, et al. | 2:16-cv-07323 |
| Robertson v. Janssen Research & Development LLC, et al. | 2:16-cv-07324 |
| Sailors, et al. v. Janssen Research & Development LLC, et al. | 2:16-cv-06530 |
| Saldivar et al v. Janssen Research & Development LLC, et al. | 2:16-cv-13487 |
| Schneider v. Janssen Research & Development LLC, et al. | 2:16-cv-06622 |
| Scott v. Janssen Research & Development LLC, et al. | 2:16-cv-9222 |
| Smith v. Janssen Research & Development LLC, et al. | 2:16-cv-07326 |
| Sobczak v. Janssen Research & Development LLC, et al. | 2:16-cv-15293 |
| Spiroff v. Janssen Research & Development LLC, et al. | 2:15-cv-06129 |

| | |
|---|---|
| Tenorio v. Janssen Research & Development LLC, et al. | 2:16-cv-00255 |
| Thompson v. Janssen Research & Development et al | 2:16-cv-07327 |
| Tingler v. Janssen Research & Development LLC, et al. | 2:16-cv-07330 |
| Wallce v. Janssen Research & Development LLC, et al. | 2:16-cv-15147 |
| Walton v. Janssen Research & Development LLC, et al. | 2:16-cv-07341 |
| Wells v. Janssen Research & Development LLC, et al. | 2:16-cv-06936 |
| White v. Janssen Research & Development LLC, et al. | 2:16-cv-07328 |
| Wilkerson-Wongus  v. Janssen Research & Development LLC, et al. | 2:16-cv-06933 |
| Williams v. Janssen Research & Development LLC, et al. | 2:16-cv-13014 |