| | | | | Objections In | Responses In |

13:6 - 14:13 **Moore, Kenneth 2016-07-12**                    0:54
13  6    Q.   Good.  Why don't you state
13  7    your full name for the record.
13  8    A.   Kenneth Todd Moore.
13  9    Q.   Mr. Moore, my name is Neil
13 10    Overholtz.  I'm going to be asking you
13 11    questions today about your work on
13 12    Xarelto.
13 13          Why don't you tell us where
13 14    you're currently employed.
13 15    A.   I'm currently employed for
13 16    Janssen Pharmaceuticals.
13 17    Q.   Okay.  And what's your
13 18    current position there at Janssen?
13 19    A.   I hold the position of
13 20    scientific director of cardiovascular
13 21    disease.
13 22    Q.   Okay.  And when you say
13 23    Janssen Pharmaceuticals, Janssen is a
13 24    division of Johnson & Johnson?
14  1    A.   Subsidiary of it, yeah,
14  2    something to that effect, yeah.
14  3    Q.   Okay.  And in your position
14  4    as -- I think you said you're scientific
14  5    director of cardiovascular disease.  Do
14  6    you still have continuing responsibility
14  7    on Xarelto?
14  8    A.   I do, yes.
14  9    Q.   When did you first start
14 10    your position as scientific director of
14 11    cardiovascular disease?
14 12    A.   That was around March of
14 13                                                    2015

14:20 - 14:24 **Moore, Kenneth 2016-07-12**                    0:09
14 20    Q.   Before you took your
14 21    position as the scientific director for
14 22    CV, you were working in clinical
14 23    pharmacology at Janssen; is that right?
14 24    A.   That's correct.

15:1 - 15:4 **Moore, Kenneth 2016-07-12**                    0:07
15  1    Q.   Okay.  And what was your
15  2    position as far as that goes?
15  3    A.   My title was clinical
15  4    pharmacology leader.

15:11 - 15:21 **Moore, Kenneth 2016-07-12**                    0:21
15 11    Q.   Okay.  And I -- yeah, I
15 12    think I should have probably been
15 13    specific about Xarelto.  You had the
15 14    clinical pharmacology lead job for
15 15    Xarelto for about three and a half years,
15 16    according to this, September of 2011 to
15 17    March of 2015, does that sound right?
15 18    A.   Yeah, I -- I took on the
15 19    responsibilities for Xarelto and clinical
15 20    pharmacology in around, I guess it was,
15 21    yeah, late 2011.

16:6 - 16:20 **Moore, Kenneth 2016-07-12**                    0:36
16  6    Q.   And before that, when you
16  7    were the clinical pharmacology lead on
16  8    Xarelto, according to what I've seen in
16  9    the documents and your resumi, it looks
16 10    like you were called the PK/PD or

16 11    pharmacokinetic/pharmacodynamic leader
16 12    for Xarelto?
16 13    A.   Yeah.  The -- the titles
16 14    have changed and obviously within the
16 15    department your responsibilities change,
16 16    so I came in as a scientist and came is
16 17    as associate director and so forth.
16 18    Q.   So when did you first start
16 19    working for Janssen?
16 20    A.   2006.

17:17  -  18:4  Moore, Kenneth 2016-07-12                    0:22
17 17    Q.   Okay.  And I think I have
17 18    some documents to indicate maybe there
17 19    was a -- at least a transition from An
17 20    Thyssen to you sometime in early 2010.
17 21    Does that make sense?
17 22    A.   I would have to go back and
17 23    see it.  Yeah, it's -- it was a short
17 24    transition, because she was changing
18  1    roles so it was -- looking -- there
18  2    was -- yeah, there was a transition onto
18  3    me.  I just don't recall the exact dates
18  4    of that.

23:8  -  23:22  Moore, Kenneth 2016-07-12                   0:21
23  8    Q.   Okay.  So let's just talk
23  9    about your education for a minute --
23 10    A.   Sure.
23 11    Q.   -- so we have a background
23 12    of what we're doing.
23 13         You got a bachelors degree
23 14    in biology from University of Delaware;
23 15    is that right?
23 16    A.   That's correct.
23 17    Q.   Okay.  And it looks like you
23 18    got a masters in biology as well with a
23 19    minor in pharmaceutical business
23 20    management from Fairleigh Dickinson; is
23 21    that right?
23 22    A.   That's correct.

23:23  -  24:7  Moore, Kenneth 2016-07-12                   0:10
23 23    Q.   Okay.  And you don't have a
23 24    Ph.D.; is that right?
24  1    A.   No, I do not.
24  2    Q.   Okay.  And you don't have an
24  3    M.D., a medical doctor degree?
24  4    A.   No, I do not.
24  5    Q.   It's okay for me to call you
24  6    Mr. Moore instead of Dr. Moore?
24  7    A.   I appreciate that.

28:23  -  31:17  Moore, Kenneth 2016-07-12                  4:42
28 23    (Document marked for
28 24    identification as Exhibit
29  1    Moore-1.)
29  2    BY MR. OVERHOLTZ:
29  3    Q.   Let me show you what we'll
29  4    mark as Exhibit Number 1, Bates Number
29  5    Xarelto Janssen 08450536, and it's
29  6    1389694 Record Number.  I have a couple
29  7    copies here for you.
29  8         You'll just keep the ones
29  9    with the yellow stickers on them.  You'll
29 10    see this in an e-mail from An Thyssen to
29 11    you January 22, 2010, regarding the
29 12    rivaroxaban program review.
29 13         Do you see that?
29 14    A.   Right.
29 15    Q.   It says rivaroxaban.  I
29 16    don't know when this might be played for
29 17    a jury one day, so -- whether the end or

Overruled
602 401
M Noticed

Re: [28:23-31:17]
**Def Obj** The testimony associated with this
document is not relevant, any probative
value is substantially outweighed by undue
prejudice, and it will confuse the issues. See
FRE 401 and 403. The testimony addresses
VTE, which is another indication, and ACS,
which is a non-approved indication. These
indications deal with different patient
populations and dosing. See exhibit
objections to Moore 1 and Moore 2.

Re: [28:23-31:17]
**Pltf Resp** The evidence is relevant to plaintiffs
claims.  The evidence is relevant to notice of
dosing and bleeding issues.  Plaintiffs intend to
address the safety profile of Xarelto through
several means, including various clinical
studies, some of which have findings related to
the ACS indication. The evidence is related to
nitice to the comopany that twice daily dosing
is more effective and safer than once-daily, and
that more bleeding occurs with more exposure.
Defendants also challenge the reliability of a PT
Neoplastin measurement.  However, through
the Phase II ATLAS trial to study the efficacy
and safety of Xarelto on ACS patients,
Defendants utilized a Neoplastin reagent on all
the samples because there was a close linear
relationship between PT and plasma
concentration of Xarelto.  Such evidence

05/23/17 14:47



29 18    the beginning or something like that.
29 19    But for rivaroxaban, we're talking about
29 20    Xarelto?
29 21    A.   Correct.
29 22    Q.   And according to this, it
29 23    says, "Dear all, in order to facilitate
29 24    the transition of rivaroxaban to Todd,
30   1    please find attached a PowerPoint
30   2    presentation highlighting the different
30   3    aspects of the rivaroxaban program.  I
30   4    hope this will be of help for you."  And
30   5    of course, she says, "Best regards, An.
30   6         When it says to Todd, that's
30   7    talking about you, right?
30   8    A.   Yes.
30   9    Q.   And that's what you go by at
30 10    work?
30 11    A.   Yes.
30 12    Q.   And so we'll just look and
30 13    see if we can refresh your recollection
30 14    of kind of the type of information she
30 15    would have given you, which is the
30 16    attachment, the PowerPoint that she gave
30 17    you.
30 18         (Document marked for
30 19         identification as Exhibit
30 20         Moore-2.)
30 21    BY MR. OVERHOLTZ:
30 22    Q.   So this is a PowerPoint that
30 23    was produced to us.  And you can see the
30 24    title of it is, "Rivaroxaban Overview of
31   1    the Project."  And I'll give you a second
31   2    to take a look at it, and then just a
31   3    couple questions about it.  There's not
31   4    really anything in depth that we want to
31   5    go to in here.
31   6         This was titled "Overview of
31   7    the Project" that you got from An Thyssen
31   8    in January 2010.  Do you recall seeing
31   9    this PowerPoint?  I know it's several
31 10    years ago.
31 11    A.   It's been several years ago.
31 12    I don't recall the specifics of when I
31 13    received it or -- but I'm sure I reviewed
31 14    it when I did.
31 15    Q.   Right.  You would have
31 16    received this e-mail --
31 17    A.   Yeah.

**31:18   -   31:20   Moore, Kenneth 2016-07-12**                                      **0:04**
31 18    Q.   -- from An Thyssen in your
31 19    normal course of work at Janssen?
31 20    A.   That's correct.

**34:9   -   35:17   Moore, Kenneth 2016-07-12**                                      **1:22**
34   9    Q.   Okay.  By this time, I think
34 10    the jury and the court will probably have
34 11    already been educated on PK and PD.  But
34 12    generally, can you just tell me what is
34 13    pharmacokinetics studying?
34 14    A.   Sure.  Pharmacokinetics is
34 15    the study of how the body handles the
34 16    drug or the medication itself.  So when
34 17    you take a medication, you think about
34 18    things about how the medication is
34 19    absorbed, how it is distributed through
34 20    your body, how it's metabolized and then
34 21    eventually excreted out through your
34 22    system.  And the term that they use to
34 23    describe that is pharmacokinetics.
34 24    Q.   Okay.  And then a different

Objections
In

related to ACS is relevant Plaintiff's claim that
Xarelto was unreasonably dangerous and the
probative value greatly outweighs any
likelihood of prejudice to the Defendants.

Re: [31:18-31:20]
Def Obj See objections to 28:23-31:17.

Re: [31:18-31:20]
Pltf Resp See response to objections to 28:23-31:17.

Re: [34:9-35:17]
Def Obj See objections to 28:23-31:17.

Re: [34:9-35:17]
Pltf Resp See response to objections to 28:23-31:17.

05/23/17 14:47

| | | Objections In | Responses In |
|---|---|---|---|



| 35 | 1 | term that we see in a lot of these |
| 35 | 2 | documents, and we'll see about, is |
| 35 | 3 | pharmacodynamics or PD. |
| 35 | 4 | A.   Yes. |
| 35 | 5 | Q.   How is that study different |
| 35 | 6 | than pharmacokinetics? |
| 35 | 7 | A.   Sure.  So where -- in |
| 35 | 8 | contrast, where pharmacokinetics you |
| 35 | 9 | assess how the drug is handled by the |
| 35 | 10 | body, now, pharmacodynamics you're |
| 35 | 11 | assessing how the body is affected by the |
| 35 | 12 | drug.  And there's various ways to assess |
| 35 | 13 | that. |
| 35 | 14 | Q.   It's what happens to the |
| 35 | 15 | body when you take the drug, correct? |
| 35 | 16 | A.   It's more how the body |
| 35 | 17 | responds to the drug. |

**39:15  -  40:4   Moore, Kenneth 2016-07-12**     0:29

| 39 | 15 | Q.   Let's turn over to the next |
| 39 | 16 | page which is Page 5.  And this kind of |
| 39 | 17 | talks about some of the different |
| 39 | 18 | indications. |
| 39 | 19 | And as you said earlier, |
| 39 | 20 | about January 2010, the VTE prevention |
| 39 | 21 | indication had been filed and responses. |
| 39 | 22 | And that was J&J's responsibility with |
| 39 | 23 | the FDA, correct? |
| 39 | 24 | A.   Yes. |
| 40 | 1 | Q.   Okay.  ACS, there's an arrow |
| 40 | 2 | pointing to J&J.  ACS was a J&J |
| 40 | 3 | responsibility? |
| 40 | 4 | A.   Correct. |

Re: [39:15-40:4]
Def Obj See objections to 28:23-31:17.

Re: [39:15-40:4]
Pltf Resp See response to objections to 28:23-31:17.

**46:24  -  48:3   Moore, Kenneth 2016-07-12**     1:15

| 46 | 24 | Q.   Okay.  So let's -- let's |
| 47 | 1 | look at Slide 8 which deals with the ACS |
| 47 | 2 | indication.  And ACS, the -- there was a |
| 47 | 3 | Phase II study called the ATLAS TIMI 46 |
| 47 | 4 | study, right? |
| 47 | 5 | A.   Correct. |
| 47 | 6 | Q.   Okay.  And had that been |
| 47 | 7 | completed by the time that you kind of |
| 47 | 8 | took over responsibility for Xarelto? |
| 47 | 9 | A.   Yes. |
| 47 | 10 | Q.   Okay.  And there was also -- |
| 47 | 11 | if you can flip over to the next slide if |
| 47 | 12 | you want to, quickly.  And there was a |
| 47 | 13 | Phase III study called the ATLAS2 TIMI 51 |
| 47 | 14 | study.  Was that a study that had been |
| 47 | 15 | completed by the time you took over |
| 47 | 16 | responsibility or was that a study that |
| 47 | 17 | was ongoing at the time? |
| 47 | 18 | A.   It was a study that was |
| 47 | 19 | ongoing at the time. |
| 47 | 20 | Q.   Okay.  And you can see -- |
| 47 | 21 | just so we don't have to flip back to it. |
| 47 | 22 | A.   Sure. |
| 47 | 23 | Q.   -- the TIMI 51 study looked |
| 47 | 24 | at two doses, a 2.5-milligram dose and |
| 48 | 1 | 5-milligram dose that were dosed BID or |
| 48 | 2 | twice daily, right? |
| 48 | 3 | A.   Correct. |

Re: [46:24-48:3]
Def Obj See objections to 28:23-31:17.

Re: [46:24-48:3]
Pltf Resp See response to objections to 28:23-31:17.

**48:4  -  49:3   Moore, Kenneth 2016-07-12**     0:53

| 48 | 4 | Q.   Okay.  And when it talks |
| 48 | 5 | about a Phase III study, Phase III study |
| 48 | 6 | is the study -- the last study that you |
| 48 | 7 | do before you seek approval of the drug, |
| 48 | 8 | right, pivotal study? |
| 48 | 9 | A.   Considered a pivotal study. |
| 48 | 10 | Q.   Okay.  And so ATLAS2 TIMI 51 |
| 48 | 11 | is a Phase III study.  The ROCKET study, |

Re: [48:4-49:3]
Def Obj See objections to 28:23-31:17.

Re: [48:4-49:3]
Pltf Resp See response to objections to 28:23-31:17.

05/23/17 14:47



| | | Objections In | Responses In |
|---|---|---|---|

48 12  who the jury and -- and the Court are
48 13  going to hear a lot about, that's a Phase
48 14  III study as well, right?
48 15  A.   That's correct.
48 16  Q.   Okay.  Now, it says here for
48 17  the ATLAS2 TIMI 51 study, that there was
48 18  no PK or PD.
48 19       Do you see that?
48 20  A.   Yes, I do.
48 21  Q.   Okay.  But if we look back
48 22  at ATLAS TIMI 46, which was a Phase II
48 23  study, at the very -- the top bullet
48 24  point it says, "Sparse PK and PD for all
49  1  patients."
49  2       Do you see that?
49  3  A.   I do, yes.

**49:4   -   51:14  Moore, Kenneth 2016-07-12**                    **2:21**

49  4  Q.   All right.  Now, are you

Re: [49:4-51:14]          Re: [49:4-51:14]
Def Obj See objections to 28:23-31:17.    Pltf Resp See response to objections to 28:23-31:17.

49  5  familiar with the PK/PD analysis that was
49  6  done for the ATLAS TIMI 46 study?
49  7  A.   I am.  It's been a while
49  8  since I looked at it.
49  9  Q.   Okay.  It was something you
49 10  would have looked at as part of your job
49 11  as clinical pharmacology leader?
49 12  A.   Sure.
49 13  Q.   Okay.  Now, if you can look
49 14  with me -- one, two, three, four -- the
49 15  fourth bullet point down.  It says,
49 16  "Comment with respect to PD sample
49 17  analysis.  Three different PT assays were
49 18  used throughout the course of the PD
49 19  sample analysis."
49 20       Now, PT, that's prothrombin
49 21  time; is that right?
49 22  A.   Correct.
49 23  Q.   Okay.  And PT is a
49 24  measurement of a pharmacodynamic or PD
50  1  effect; is that right?
50  2  A.   It can be, yes.
50  3  Q.   Okay.  Now, it says in kind
50  4  of parentheses at the end of that bullet
50  5  point, "The Neoplastin assay used for all
50  6  samples."
50  7       Do you see that?
50  8  A.   Yes.
50  9  Q.   Neoplastin is one of the PT
50 10  reagents that are used when testing PT?
50 11  A.   That is correct.
50 12  Q.   Okay.  And in -- when the
50 13  company -- when -- let's just stick with
50 14  Janssen for a minute.  In the studies
50 15  that Janssen were involved with, when the
50 16  PT was measured in patients, was the --
50 17  in the clinical studies, was PT
50 18  Neoplastin the test that was used in the
50 19  clinical studies that you were familiar
50 20  with?
50 21  A.   As far as I know, the -- the
50 22  entire program attempted to use the
50 23  Neoplastin as -- as the reagent for PT.
50 24  Q.   Okay.  And did you have a
51  1  recollection as to why PT Neoplastin had
51  2  been chosen as a reagent that was used in
51  3  the clinical study program?
51  4  A.   I believe the data collected
51  5  to date by the time the project came over
51  6  to me showed that Neoplastin was more
51  7  sensitive to the effects of rivaroxaban
51  8  than some of the other reagents that were
51  9  used.
51 10  Q.   And there had been some

05/23/17 14:47

Objections In

Responses In

*[handwritten: Overruled 401, 602 re relationship between PT + Plasma concentration of Xarelto]*

| | |
|---|---|
| 51 11    PK/PD analysis that had indicated there | |
| 51 12    was a closer or more linear relationship | |
| 51 13    between PT using Neoplastin and drug | |
| 51 14    concentration; is that right? | |

**51:17  -  52:14  Moore, Kenneth 2016-07-12**    0:43

| | |
|---|---|
| 51 17    THE WITNESS:  So there is a | |
| 51 18    close to linear relationship | Re: [51:17-52:14] |
| 51 19    between PT and plasma | Def Obj See objections to 28:23-31:17. |
| 51 20    concentration of rivaroxaban. | Re: [51:17-52:14] |
| 51 21    BY MR. OVERHOLTZ: | Pltf Resp See response to objections to 28:23-31:17. |
| 51 22    Q.   And if we look at some of | |
| 51 23    the work that Dr. Mueck did over at | |
| 51 24    Bayer, we see that statement a lot, "a | |
| 52  1    close to linear relationship between PT, | |
| 52  2    Neoplastin and the drug concentration," | |
| 52  3    right? | |
| 52  4    A.   Plasma concentration, right. | |
| 52  5    Q.   Yeah, you kind of corrected | |
| 52  6    me when I said drug concentration to be | |
| 52  7    more specific regarding plasma | |
| 52  8    concentration.  Plasma concentration is a | |
| 52  9    measurement of -- a type of measurement | |
| 52 10    of drug concentration levels? | |
| 52 11    A.   It is a measurement of drug | |
| 52 12    concentration levels. | |
| 52 13    Q.   In the blood plasma? | |
| 52 14    A.   In the blood plasma. | |

**52:15  -  52:20  Moore, Kenneth 2016-07-12**    0:13

| | |
|---|---|
| 52 15    Q.   Okay.  Now it says, | Re: [52:15-52:20] |
| 52 16    "Outstanding analysis and report | Def Obj See objections to 28:23-31:17. |
| 52 17    containing POP PK population, PD | Re: [52:15-52:20] |
| 52 18    population, PK/PD analysis, Stephen Xu." | Pltf Resp See response to objections to 28:23-31:17. |
| 52 19    Do you see that? | |
| 52 20    A.   Yes, I do. | |

**53:7  -  53:20  Moore, Kenneth 2016-07-12**    0:30

| | |
|---|---|
| 53  7    Q.   Okay.  Now, the second | Re: [53:7-53:20] |
| 53  8    bullet point is "A PK or PD versus | Def Obj See objections to 28:23-31:17. |
| 53  9    response efficacy safety analysis by | Re: [53:7-53:20] |
| 53 10    Adriane Dune." | Pltf Resp See response to objections to 28:23-31:17. |
| 53 11    Do you see that? | |
| 53 12    A.   I do. | |
| 53 13    Q.   That's looking at comparing | |
| 53 14    either PK parameters, pharmacokinetic; or | |
| 53 15    PD, pharmacodynamic parameters, to either | |
| 53 16    safety endpoints from the study or | |
| 53 17    efficacy endpoints in a study.  Is that | |
| 53 18    what that is? | |
| 53 19    A.   From my understanding of | |
| 53 20    this slide, yes. | |

**65:20  -  66:6  Moore, Kenneth 2016-07-12**    1:11

| | |
|---|---|
| 65 20    Q.   We're looking on this | Re: [65:20-66:6] |
| 65 21    PowerPoint that An Thyssen sent to you in | Def Obj Lack of foundation and calls for |
| 65 22    January 2010.  And this is prior to the | speculation as to 66:2-6. |
| 65 23    FDA approving Xarelto for treatment of | Re: [65:20-66:6] |
| 65 24    patients with atrial fibrillation, right? | Pltf Resp The quesiton does not call for |
| 66  1    A.   That is correct. | speculaton and the witness clearly answered |
| 66  2    Q.   Okay.  Now at this time | the question.  As lead pharmacologist at |
| 66  3    period, it was Janssen's position that PT | janssen, within his area of knowledge. |
| 66  4    could be a good tool for -- as a | Relevant to notice and knowleged or lack |
| 66  5    surrogate measurement tool for the plasma | thereof. |
| 66  6    concentrations for Xarelto, right? | |

**66:9  -  66:22  Moore, Kenneth 2016-07-12**    0:34

| | |
|---|---|
| 66  9    THE WITNESS:  I believe at | Re: [66:9-66:22] |

Re: [66:9-66:22]

05/23/17 14:47

| | Objections In | Responses In |
|---|---|---|

66 10   the time, which is still a thought
66 11   today, if you use Neoplastin plus
66 12   as the reagent for PT, you can
66 13   indirectly measure plasma
66 14   concentrations of Xarelto.
66 15   BY MR. OVERHOLTZ:
66 16   Q.   And that fact, that PT using
66 17   the Neoplastin reagent, could be used as
66 18   an indirect measurement of plasma
66 19   concentrations of Xarelto, that was an
66 20   important fact for the company to tell
66 21   the FDA with respect to getting the drug
66 22   approved, correct?

**Def Obj** Lack of foundation and calls for speculation.

**Pltf Resp** The queston does not call for speculaton and the witness clearly answered the question.  As lead pharmacologist at Janssen, within his area of knowledge. Relevant to notice and knowleged or lack thereof.

*Overrule 602, 401 notice*

67:1   -   67:4   Moore, Kenneth 2016-07-12
67  1   THE WITNESS:  I don't know
67  2   how important of a fact it was.
67  3   It was just part of the profile of
67  4   the drug itself.

0:09

**Re: [67:1-67:4]**
**Def Obj** Lack of foundation and calls for speculation.

**Re: [67:1-67:4]**
**Pltf Resp** The queston does not call for speculaton and the witness clearly answered the question.  As lead pharmacologist at Janssen, within his area of knowledge. Relevant to notice and knowleged or lack thereof.

67:6   -   67:11   Moore, Kenneth 2016-07-12
67  6   Q.   That fact was certainly part
67  7   of the information that was submitted to
67  8   the FDA seeking approval for the Afib
67  9   indication, correct?
67 10   A.   It was part of the
67 11   information, sure.

0:14

68:1   -   68:12   Moore, Kenneth 2016-07-12
68  1   Q.   It was certainly important
68  2   for the company to be able to say that
68  3   there was a method to -- that could be
68  4   used clinically to evaluate the amount of
68  5   drug in someone's system.
68  6   A.   I believe in those rare
68  7   circumstances where you would have a
68  8   desire to understand if there is drug in
68  9   your system, for example for compliance,
68 10   if there is a patient that goes in for
68 11   emergency surgery, it would be a benefit
68 12   to have that information, yes.

0:39

**Re: [68:1-68:12]**
**Def Obj** Lack of foundation and calls for speculation.

**Re: [68:1-68:12]**
**Pltf Resp** The queston does not call for speculaton and the witness clearly answered the question.  As lead pharmacologist at Janssen, within his area of knowledge. Relevant to notice and knowleged or lack thereof.

68:13   -   68:18   Moore, Kenneth 2016-07-12
68 13   Q.   Certainly, in a situation
68 14   where you need to know is the drug -- and
68 15   I've seen the term used -- is the drug on
68 16   board, having that ability was something
68 17   that was considered important by the
68 18   company?

0:12

**Re: [68:13-68:18]**
**Def Obj** Lack of foundation and calls for speculation.

**Re: [68:13-68:18]**
**Pltf Resp** The queston does not call for speculaton. It was a direct follow up question to his answer before raising the issue of a desire of knowing whether the drug was present, and that it would be a benefit.  As lead

| | Objections In | Responses In |
|---|---|---|
| | | pharmacologist at Janssen, within his area of knowledge.  Relevant to notice and knowleged or lack thereof. |



**68:21 - 68:24  Moore, Kenneth 2016-07-12**

| | | 0:05 | |
|---|---|---|---|
| 68 | 21 | THE WITNESS:  Again, I can't | |
| 68 | 22 | speak to the importance of that. | |
| 68 | 23 | But it was just -- it was part of | |
| 68 | 24 | the profile of the drug. | |

Re: [68:21-68:24]
**Def Obj** Lack of foundation and calls for speculation.

Re: [68:21-68:24]
Pltf Resp The quesiton does not call for speculaton. It was a direct follow up question to his answer before raising the issue of a desire of knowing whether the drug was present, and that it would be a benefit.  As lead pharmacologist at Janssen, within his area of knowledge.  Relevant to notice and knowleged or lack thereof.

**69:2 - 69:7  Moore, Kenneth 2016-07-12**

| | | 0:12 | |
|---|---|---|---|
| 69 | 2 | Q.   If there was difficulty in | |
| 69 | 3 | determining whether the drug was on | |
| 69 | 4 | board, that would not lead to a favorable | |
| 69 | 5 | view of the drug as far as being able to | |
| 69 | 6 | safely use the drug.  Is that a fair | |
| 69 | 7 | statement? | |

Re: [69:2-69:7]
**Def Obj** Lack of foundation and calls for speculation. Witness asked for the question to be rephrased, and it is not properly included as a designation.

Re: [69:2-69:7]
Pltf Resp The quesiton does not call for speculaton. It was a direct follow up question to his answer before raising the issue of a desire of knowing whether the drug was present, and that it would be a benefit.  As lead pharmacologist at Janssen, within his area of knowledge.  Relevant to notice and knowleged or lack thereof.

**69:10 - 69:18  Moore, Kenneth 2016-07-12**

| | | 0:17 | |
|---|---|---|---|
| 69 | 10 | THE WITNESS:  Would you mind | |
| 69 | 11 | rephrasing that? | |
| 69 | 12 | BY MR. OVERHOLTZ: | |
| 69 | 13 | Q.   Yeah, sure.  If you're going | |
| 69 | 14 | to evaluate the safety of this drug, | |
| 69 | 15 | certainly being able to determine whether | |
| 69 | 16 | or not the drug is on board and how much | |

Re: [69:10-69:18]
**Def Obj** Lack of foundation and calls for speculation.

Re: [69:10-69:18]
Pltf Resp The quesiton does not call for speculaton. It was a direct follow up question to his answer before raising the issue of a desire of knowing whether the drug was present, and that it would be a benefit.  As lead pharmacologist at Janssen, within his area of

| | | Objections In | Responses In |
|---|---|---|---|

| 69 17 | would be important to that safety | | knowledge. Relevant to notice and knowleged |
| 69 18 | analysis? | | or lack thereof. |

---

**69:21  -  70:9  Moore, Kenneth 2016-07-12**                          0:26

| 69 21 | THE WITNESS:  Again, |
| 69 22 | probably when -- when it comes to |
| 69 23 | concerns of safety, I'm not a |
| 69 24 | physician, so I would have to |
| 70  1 | defer back to my clinical |
| 70  2 | colleagues to be able to properly |
| 70  3 | answer that question. |
| 70  4 | BY MR. OVERHOLTZ: |
| 70  5 | Q.   As the ClinPharm lead, was |
| 70  6 | that something that was communicated to |
| 70  7 | you, that, we believe it's important that |
| 70  8 | we be able to determine whether and how |
| 70  9 | much drug is on board in a patient? |

**Re: [69:21-70:9]**
**Def Obj** Lack of foundation and calls for speculation as to 69:21-70:3.

Re: [69:21-70:9]
Pltf Resp The quesiton does not call for speculaton. It was a direct follow up question to his answer before raising the issue of a desire of knowing whether the drug was present, and that it would be a benefit.  As lead pharmacologist at Janssen, within his area of knowledge.  Relevant to notice and knowleged or lack thereof.

---

**70:12  -  70:20  Moore, Kenneth 2016-07-12**                          0:19

| 70 12 | THE WITNESS:  I believe the |
| 70 13 | only thing that was communicated |
| 70 14 | to a ClinPharm, as a clinical |
| 70 15 | pharmacology lead, was that PT, |
| 70 16 | again using the proper reagent, |
| 70 17 | could be used as an indirect |
| 70 18 | measure of drug concentration. |
| 70 19 | The importance of that is a |
| 70 20 | clinical determination. |

---

**70:22  -  71:5  Moore, Kenneth 2016-07-12**                          0:23

| 70 22 | Q.   So one of the things -- and |
| 70 23 | you and I already talked about this -- |
| 70 24 | that was being told in the information |
| 71  1 | submitted to the FDA was that PT had this |
| 71  2 | close to linear relationship with plasma |
| 71  3 | concentrations when you used the |
| 71  4 | Neoplastin reagent; is that right? |
| 71  5 | A.   That's correct. |

---

**318:4  -  318:11  Moore, Kenneth 2016-07-12**                          0:20

| 318  4 | Q.   You agree that the |
| 318  5 | commercial that we saw said that there is |
| 318  6 | no routine clinical monitoring required, |
| 318  7 | correct? |
| 318  8 | A.   I believe that's what was in |
| 318  9 | the commercial. |
| 318 10 | Q.   So let me show you what |
| 318 11 | we'll mark as Exhibit Number 19. |

**Re: [318:4-318:11]**
**Def Obj** There is no evidence that the referenced commercial was seen or relied on by the plaintiff or prescribing physician, and this is not admissible under the Court's prior motion in limine rulings. Any probative value is substantially outweighed by undue prejudice, and it will confuse the issues. See

Re: [318:4-318:11]
Pltf Resp The commerical makes specific claims regarding the pharmacology, pharmacokinetcis of the drug.  These messages are identical to the overall messaging for this drug to doctors and patients.  By putting this information in the public eye, it was Defendants intent that such message be spread among doctors and

05/23/17 14:47



**Objections In**

FRE 401 and 403.

**Responses In**

patients, whether they actually aw that specific commercial or not.  Mr. Moore had specific knowledge about the veracity of these messaging statements related to the PK of the drug, and the commerical language provides context to the following questions.

318:24 -   319:20 Moore, Kenneth 2016-07-12

| | |
|---|---|
| 318 24 | Q.   This is Bates Janssen |
| 319  1 | 08125121, and Record Number 1363457. |
| 319  2 | This is an e-mail chain in |
| 319  3 | which Troy Sarich forwards to you on |
| 319  4 | November 18, 2010, dealing with the |
| 319  5 | Xarelto Afib CCDS questions. |
| 319  6 | Do you see that? |
| 319  7 | A.   I do, yes. |
| 319  8 | Q.   Okay.  And when Troy Sarich |
| 319  9 | e-mailed you this in November of 2010, |
| 319 10 | you knew what the CCDS was? |
| 319 11 | A.   Core company data sheet, |
| 319 12 | yes. |
| 319 13 | Q.   And that's something that is |
| 319 14 | kept as part of the European regulatory |
| 319 15 | requirements, to keep a company core data |
| 319 16 | sheet on the drug, correct? |
| 319 17 | A.   I believe so, yes. |
| 319 18 | Q.   It's basically a compilation |
| 319 19 | of everything everyone knows about the |
| 319 20 | drug? |

0:54

**Re: [318:24-319:20]**
**Def Obj** See exhibit objections to Moore 19.

**Re: [318:24-319:20]**
Pltf Resp The CCDS is an internal documents kept at Bayer.  As witness clearly testifies in 319:18-320:1, it is a compilation of the important information the company knows about the drug.  It is not a foreign label.  The document is relevant to demonstrate the company's knowledge as to the characterisitics of the product, which informs the duty to act with reasonable care and in warning of known dangers and defects.

319:23 -   320:1  Moore, Kenneth 2016-07-12

| | |
|---|---|
| 319 23 | THE WITNESS:  I think it's |
| 319 24 | the -- highlights of the |
| 320  1 | important information. |

0:04

**Re: [319:23-320:1]**
**Def Obj** See exhibit objections to Moore 19.

**Re: [319:23-320:1]**
Pltf Resp The CCDS is an internal documents kept at Bayer.  As witness clearly testifies in

**Objections In**

**Responses In**

319:18-320:1, it is a compilation of the imporant information the company knows about the drug.  It is not a foreign label.  The document is relevant to demonstrate the company's knowledge as to the characterisitics of the product, which informs the duty to act with reasonable care and in warning of known dangers and defects.

334:1  -  334:7 Moore, Kenneth 2016-07-12

| 334 | 1 | As a scientist at Janssen, |
| 334 | 2 | from your perspective, did you believe |
| 334 | 3 | that if information about the safe use of |
| 334 | 4 | the drug was going to be given to |
| 334 | 5 | European regulatory authorities, that |
| 334 | 6 | that same information should be provided |
| 334 | 7 | to the FDA here in the United States? |

0:14

Re: [334:1-334:7]
**Def Obj** This testimony concerns foreign regulatory matters that are not relevant, and any probative value is substantially outweighed by undue prejudice. FRE 403.

Re: [334:1-334:7]
Pltf Resp The witness clearly answers the question in his role as a lead scientist at Janssen. It is relevant to inform the company's knowledge of the drug, and the duty of the company to act with reasonable care, as well as the duty which it assumes.  Highly relevant and probative to notice and duty.

Overruled, this relates to foreign authorities and should not be admissible under 401 + maybe 403. The next 10 or so pages the witness relates info [illegible] also [illegible] Co subject 401

334:10 -  334:20 Moore, Kenneth 2016-07-12

| 334 | 10 | THE WITNESS:  As a clinical |
| 334 | 11 | pharmacologist at Janssen, I would |
| 334 | 12 | expect that the same information |
| 334 | 13 | provided in regards to the |
| 334 | 14 | clinical pharmacology of the drug |
| 334 | 15 | that was submitted to the EMEA |
| 334 | 16 | should be submitted to the FDA. |
| 334 | 17 | BY MR. OVERHOLTZ: |
| 334 | 18 | Q.  Do you know why anyone at |
| 334 | 19 | Janssen would ever think differently than |
| 334 | 20 | that? |

0:20

Re: [334:10-334:20]
**Def Obj** Lack of foundation as to 334:18-20.

Re: [334:10-334:20]
Pltf Resp An adequate foundation was properly laid and the witness answered the question, clearly in his role as a lead scientist at Janssen. It is relevant to inform the company's knowledge of the drug, and the duty of the company to act with reasonable care, as well as the duty which it assumes.

334:23 -  337:17 Moore, Kenneth 2016-07-12

| 334 | 23 | THE WITNESS:  Are you asking |

3:50

Re: [334:23-337:17]

Re: [334:23-337:17]

05/23/17 14:47

| | | Objections In | Responses In |
|---|---|---|---|

| 334 | 24 | do I know if anybody at Janssen |
| 335 | 1 | would not want the same clinical |
| 335 | 2 | pharmacology information submitted |
| 335 | 3 | to the EMEA to the FDA? |
| 335 | 4 | BY MR. OVERHOLTZ: |
| 335 | 5 | Q.   Right. |
| 335 | 6 | A.   I'm not aware of that. |
| 335 | 7 | Q.   Let me show you what we'll |
| 335 | 8 | mark as Exhibit Number 20. |
| 335 | 9 | (Document marked for |
| 335 | 10 | identification as Exhibit |
| 335 | 11 | Moore-20.) |
| 335 | 12 | BY MR. OVERHOLTZ: |
| 335 | 13 | Q.   This is Bates Number BPAG |
| 335 | 14 | 01560271, Record Number 880160.  That |
| 335 | 15 | means that we got this out of Bayer's |
| 335 | 16 | file as it was sent to Dr. Kubitza, |
| 335 | 17 | Dr. Perzborn, and Dr. Mueck at Bayer. |
| 335 | 18 | It's an e-mail chain from June of 2010. |
| 335 | 19 | I'll let you take a chance |
| 335 | 20 | to take a look at it and I'll ask you a |
| 335 | 21 | couple questions about it. |
| 335 | 22 | A.   Sure. |
| 335 | 23 | MR. OVERHOLTZ:  If I could |
| 335 | 24 | have 255700, and 255699. |
| 336 | 1 | BY MR. OVERHOLTZ: |
| 336 | 2 | Q.   So you see in Exhibit 20 |
| 336 | 3 | what they are talking about is including |
| 336 | 4 | a paper from Dr. Samama from the Journal |
| 336 | 5 | of Thrombosis and Hemostasis in the Afib |
| 336 | 6 | submission for Xarelto, correct? |
| 336 | 7 | A.   It seems you're referring to |
| 336 | 8 | the original e-mail from Nini Bode to |
| 336 | 9 | myself where it's talking about -- are |
| 336 | 10 | you referencing the 2010-4? |
| 336 | 11 | Q.   Yeah.  If you look down at |
| 336 | 12 | the -- I think the e-mail at the bottom |
| 336 | 13 | of the second page, you send an e-mail to |
| 336 | 14 | Dagmar.  You say, "Hi Dagmar and |
| 336 | 15 | Wolfgang" -- |
| 336 | 16 | A.   Mm-hmm. |
| 336 | 17 | Q.   -- "please see the e-mail |
| 336 | 18 | below from Nini." |
| 336 | 19 | A.   Right. |
| 336 | 20 | Q.   "I'm sure you've seen this |
| 336 | 21 | article.  Nice review of clotting assays |
| 336 | 22 | for riva." |
| 336 | 23 | A.   Mm-hmm. |
| 336 | 24 | Q.   Do you see that? |
| 337 | 1 | A.   Yeah. |
| 337 | 2 | Q.   And you sent that e-mail to |
| 337 | 3 | Dagmar and Wolfgang Mueck about the |
| 337 | 4 | article of the clotting assays for riva. |
| 337 | 5 | And you say, "Nini seemed to believe it |
| 337 | 6 | would be beneficial to mention this paper |
| 337 | 7 | within the clinical pharmacology section |
| 337 | 8 | of the CTD.  What do you think?" |
| 337 | 9 | Do you see that? |
| 337 | 10 | A.   I do, yes. |
| 337 | 11 | Q.   Okay.  You get a response |
| 337 | 12 | from Dagmar Kubitza.  And then Nini Bode |
| 337 | 13 | indicates that they are going to include |
| 337 | 14 | it in the clinical pharmacology section |
| 337 | 15 | of the -- of the submission to the FDA; |
| 337 | 16 | is that right? |
| 337 | 17 | A.   Looking at her e-mail, yes. |

**Def Obj** Lack of foundation as to 334:23-335:6. There is no foundation as to the top of the e-mail chain at Exhibit 20; the witness did not send or receive the e-mail. See exhibit objections to Moore 20.

Pltf Resp Witness answers the question from 324:23-335:6 and it is something he would be aware of as lead scientist at Janssen.  See 336:7-10 where the witness clearly indicates that this email was part of a chain that he was aware of and part of in the course of his job. he sends and receives emails in this chain about the drug.



| 338:4 | - | 340:23 Moore, Kenneth 2016-07-12 |
| 338 | 4 | THE WITNESS:  So I'm now |
| 338 | 5 | looking at the response from |
| 338 | 6 | Nini -- Nini to Dagmar, myself -- |
| 338 | 7 | BY MR. OVERHOLTZ: |
| 338 | 8 | Q.   Right. |

3:17

Re: [338:4-340:23]
**Def Obj** No objection to testimony, but Defendants object to underlying exhibit, which concerns foreign regulatory matters that are not relevant, and any probative

Re: [338:4-340:23]
Pltf Resp The testimony and the documents have nothing to do with any foreign label. The emails relate directly to the Witness' testimony that the same information about the drug that

05/23/17 14:47

| | Objections In | Responses In |
|---|---|---|

| | | |
|---|---|---|
| 338 9   A. -- and Elisabeth Perzborn. | value is substantially outweighed by undue | goes to the EMA should go to the FDA. They |
| 338 10   Q. Correct. | prejudice. FRE 403. See exhibit objections to | are emails from Defendants' employees about |
| 338 11   A. It says, "Thank you all. | Moore 21. | the importance of PT as a measure of Xarelto |
| 338 12   Elizabeth, reading the e-mail string | | concentration. It is probative of Defendants'" |
| 338 13   below, I conclude that the Samama paper | | knowledge of the value of providing this |
| 338 14   reference given will be included in | | information to prescribers and the public, while |
| 338 15   Module 2.7.2 by our ClinPharm colleagues | | also establishing notice, scienter, and motive |
| 338 16   and we don't need to include it in the | | on Defendants'" part to avoid such instructions |
| 338 17   preclinical pharm Module 6 point" -- | | and design elements in the United States label. |
| 338 18   "2.6.12." | | The emails are highly probative to notice, and |
| 338 19     That was the -- | | duty. |
| 338 20   Q. That's correct. So the -- | | |
| 338 21   based on the e-mail that we are seeing | | |
| 338 22   from June 9, 2010, after the back and | | |
| 338 23   forth between yourself and Dr. Kubitza | | |
| 338 24   and Dr. Mueck, Nini Bode says, "After | | |
| 339 1   reading this below we are going to | | |
| 339 2   include it in the clinical pharmacology | | |
| 339 3   section." | | |
| 339 4   A. That's what it states, yes. | | |
| 339 5   Q. Let me show you what we'll | | |
| 339 6   mark as Exhibit 21 and 22 so we know what | | |
| 339 7   we are talking about with the Samama | | |
| 339 8   paper. | | |
| 339 9     {Document marked for | | |
| 339 10   identification as Exhibit | | |
| 339 11   Moore-21.} | | |
| 339 12     {Document marked for | | |
| 339 13   identification as Exhibit | | |
| 339 14   Moore-22.} | | |
| 339 15   BY MR. OVERHOLTZ: | | |
| 339 16   Q. 21 is an e-mail attaching | | |
| 339 17   this, which is Bates Number 01182363, | | |
| 339 18   Record 255699. And the attachment is | | |
| 339 19   Bates Janssen 01182364, record 255700. | | |
| 339 20   That's the attachment. | | |
| 339 21     So just so you know where | | |
| 339 22   I'm going to go. | | |
| 339 23   A. Okay. | | |
| 339 24   Q. The e-mail that we looked at | | |
| 340 1   on Exhibit 21 attaches an article by | | |
| 340 2   Professor Samama and others from 2010 in | | |
| 340 3   the thrombosis and hemostasis journal | | |
| 340 4   regarding "Assessment of Laboratory | | |
| 340 5   Assays to Measure Rivaroxaban, an Oral, | | |
| 340 6   Direct Factor Xa Inhibitor," right? | | |
| 340 7   A. It looks like the article | | |
| 340 8   seems to outline different assays and the | | |
| 340 9   methodology behind it. | | |
| 340 10   Q. Okay. And this was the same | | |
| 340 11   article that you were talking about in | | |
| 340 12   your e-mail that we looked at in | | |
| 340 13   Exhibit 20 that you had e-mailed about | | |
| 340 14   whether to include it in the clinical | | |
| 340 15   pharmacology section of the submission to | | |
| 340 16   the FDA. | | |
| 340 17     Do you recall that? | | |
| 340 18   A. It was information with | | |
| 340 19   regard to some of these assays that seem | | |
| 340 20   relevant, yes. | | |
| 340 21   Q. So just so we know what we | | |
| 340 22   are talking about before we read the | | |
| 340 23   e-mail, let's just -- | | |

| 342:6 - 343:22 Moore, Kenneth 2016-07-12 | 1:36 | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 342 6   Q. Okay. So let me just go | | **Re: [342:6-343:22]** | Re: [342:6-343:22] |
| 342 7   back for a minute and talk about this. | | **Def Obj** No objection to testimony, but | Pltf Resp See immediate response above to |
| 342 8     The -- the e-mail that we | | Defendants object to underlying exhibit, | objection 338:4-340:23. See response to |
| 342 9   looked at in Exhibit 20 referenced | | which concerns foreign regulatory matters | objections to 28:23-31:17. |
| 342 10   including this submission to the -- in | | that are not relevant, and any probative | |
| 342 11   the Module 2.7.2 in the regulatory | | value is substantially outweighed by undue | |
| 342 12   submission that would go to the EMA; is | | prejudice. FRE 403. See exhibit objections to | |
| 342 13   that correct? | | Moore 21. | |

| | | |
|---|---|---|
| 342 14 | A.   That is the -- that is the | |
| 342 15 | designation of the module for the | |
| 342 16 | clinical pharmacology review that would | |
| 342 17 | be sent, I guess, both to the EMEA and | |
| 342 18 | the FDA. | |
| 342 19 | Q.   Okay.  And that was -- that | |
| 342 20 | was the e-mail that was from June 9th of | |
| 342 21 | 2010, right? | |
| 342 22 | A.   It appears to be here, yes. | |
| 342 23 | Q.   Okay.  So now, if we look at | |
| 342 24 | Exhibit 21 which we're looking at | |
| 343  1 | June 15th of 2010. | |
| 343  2 | A.   Mm-hmm. | |
| 343  3 | Q.   If I can find it. | |
| 343  4 |         That's the Bates 01182363. | |
| 343  5 | It attaches the actual Samama paper, | |
| 343  6 | correct? | |
| 343  7 | A.   Yes, I believe so. | |
| 343  8 | Q.   Okay.  And if we can look at | |
| 343  9 | the Samama paper for a minute just so | |
| 343 10 | that we know what we are talking about. | |
| 343 11 | That's Exhibit 22. | |
| 343 12 |         And you agree with me that | |
| 343 13 | this paper was looking at different | |
| 343 14 | laboratory assays used to measure | |
| 343 15 | rivaroxaban, correct? | |
| 343 16 | A.   I would have to take time to | |
| 343 17 | look through the -- paper itself, but | |
| 343 18 | based on the -- | |
| 343 19 | Q.   That's what the title says. | |
| 343 20 | A.   -- the general title and | |
| 343 21 | abstract, that appears that's what they | |
| 343 22 | are doing. | |

| | | |
|---|---|---|
| **345:1  -  348:16 Moore, Kenneth 2016-07-12** | | **3:53** |
| 345  1 |         MR. OVERHOLTZ:  Yes, | |
| 345  2 | Exhibit 22.  And it's the Bates | |
| 345  3 | Number from Janssen's file of | |
| 345  4 | 01182364 that was attached to | |
| 345  5 | Exhibit 21. | |
| 345  6 | BY MR. OVERHOLTZ: | |
| 345  7 | Q.   And there is a section that | |
| 345  8 | describes these different assays that | |
| 345  9 | were evaluated.  And one of those assays | |
| 345 10 | that was evaluated was prothrombin time, | |
| 345 11 | correct? | |
| 345 12 | A.   That is correct. | |
| 345 13 | Q.   Okay.  And also one of the | |
| 345 14 | assays that was used was this CoaguChek | |
| 345 15 | XS, which is another PT test? | |
| 345 16 | A.   I'm not so familiar with the | |
| 345 17 | CoaguChek, quite honestly. | |
| 345 18 | Q.   Okay. | |
| 345 19 | A.   I can go back and look at | |
| 345 20 | the article. | |
| 345 21 | Q.   Okay.  So if we can go back | |
| 345 22 | to the results page, which is the -- one, | |
| 345 23 | two, three -- fourth page. | |
| 345 24 | A.   Okay. | |
| 346  1 | Q.   It's the overall of this -- | |
| 346  2 | one, two, three -- yeah, there you go. | |
| 346  3 |         And then right under the | |
| 346  4 | "Results" page, there is a section for | |
| 346  5 | prothrombin time. | |
| 346  6 |         Do you see that? | |
| 346  7 | A.   Yes. | |
| 346  8 | Q.   It says, "The direct Factor | |
| 346  9 | Xa inhibitor rivaroxaban induced a | |
| 346 10 | concentration-dependent prolongation of | |
| 346 11 | PT.  However, the clotting time increase | |
| 346 12 | varied depending on the thromboplastin | |
| 346 13 | reagent used." | |
| 346 14 |         Do you see that? | |

| | |
|---|---|
| 346 15 | A.  I do, yes. |
| 346 16 | Q.  And I don't know if we |
| 346 17 | talked much about the fact that different |
| 346 18 | reagents can result in different |
| 346 19 | measurements.  But that's one of the |
| 346 20 | reasons why the Neoplastin agent was |
| 346 21 | selected by Janssen and Bayer to use in |
| 346 22 | the clinical studies program, because it |
| 346 23 | had the closest linear relationship with |
| 346 24 | drug concentration, right? |
| 347  1 | A.   It seemed to be the most |
| 347  2 | sensitive, yes. |
| 347  3 | Q.  Okay.  It says, |
| 347  4 | "International normalized ratio, INR |
| 347  5 | conversion, did not reduce this |
| 347  6 | variation."  Then it says, "The |
| 347  7 | concentration dependent increase of PT |
| 347  8 | was linear over a broad concentration |
| 347  9 | range with all PT reagents as shown for |
| 347 10 | rivaroxaban." |
| 347 11 | Do you see that? |
| 347 12 | A.  I do, yes. |
| 347 13 | Q.  Okay.  Now, if you look with |
| 347 14 | me on the next column, without getting |
| 347 15 | too deep into this, generally what it |
| 347 16 | describes at the top is there was this |
| 347 17 | linear relationship between PT and the |
| 347 18 | concentration of rivaroxaban in plasma, |
| 347 19 | the results of PT measurement should be |
| 347 20 | expressed in plasma concentration of |
| 347 21 | rivaroxaban in micrograms per milliliter, |
| 347 22 | and that's to account for the differences |
| 347 23 | in reagents used, correct? |
| 347 24 | A.  Again, based on what is |
| 348  1 | written here, I assume that's correct, |
| 348  2 | yeah. |
| 348  3 | Q.  And so then if we can turn |
| 348  4 | over to the discussion section.  That's |
| 348  5 | after -- Table 3 is at the top.  There's |
| 348  6 | a discussion section. |
| 348  7 | Do you see that? |
| 348  8 | A.   Yes. |
| 348  9 | Q.  If you look with me at the |
| 348 10 | very bottom of the discussion section, it |
| 348 11 | says, "Therefore, PT sensitivity would be |
| 348 12 | a better assay than aPTT for monitoring |
| 348 13 | the anticoagulant effects of |
| 348 14 | rivaroxaban." |
| 348 15 | Do you see that? |
| 348 16 | A.  I see that statement, yes. |

**349:17 - 351:11 Moore, Kenneth 2016-07-12**                    1:44

| | |
|---|---|
| 349 17 | Q.  And then if you look with me |
| 349 18 | down at the bottom of that second column, |
| 349 19 | it says under -- right above the little |
| 349 20 | gray box. |
| 349 21 | Do you see that? |
| 349 22 | A.   Yes. |
| 349 23 | Q.  It says, "Under these |
| 349 24 | conditions, PT could be used for |
| 350  1 | monitoring the effects of rivaroxaban in |
| 350  2 | the clinical setting, if considered |
| 350  3 | necessary, at peak plasma levels but not |
| 350  4 | at trough levels." |
| 350  5 | Do you see that? |
| 350  6 | A.  I do, yes. |
| 350  7 | Q.  Okay.  Then if we can go to |
| 350  8 | kind of the next-to-last paragraph for |
| 350  9 | the study. |
| 350 10 | The "in conclusion" |
| 350 11 | paragraph? |
| 350 12 | A.   Yes. |
| 350 13 | Q.  The first paragraph in the |

| | Objections In | Responses In |
|---|---|---|

350 14  second column.
350 15  A.  Yes.
350 16  Q.  It says, "In conclusion, PT
350 17  with rivaroxaban-specific calibration or
350 18  using CoaguChek XS, dRVV screen, one-step
350 19  PiCT, and HepTest seem to be appropriate
350 20  assays to determine the pharmacodynamic
350 21  effects of rivaroxaban."
350 22      Did I read that correctly?
350 23  A.  It appears so, yes.
350 24  Q.  There's then a statement
351  1  about dRVV.  Then it says, "However, more
351  2  experiments need to be carried out to
351  3  confirm the preliminary results presented
351  4  in this paper.  The PT method is widely
351  5  available in all laboratories at anytime
351  6  of the day and should be preferred to
351  7  PiCT and HepTest."
351  8      Did you have a general
351  9  understanding that PT was a widely
351 10  available test?
351 11  A.  Yes.

**351:12 -  352:2   Moore, Kenneth 2016-07-12**    0:33
351 12  Q.  Okay.  It then talks about
351 13  the fact that commercially available PT
351 14  tests that provide results as a
351 15  percentage of normal or convert to INR
351 16  should not be used for monitoring the
351 17  anticoagulant effects of direct Factor Xa
351 18  inhibitors, such as rivaroxaban.
351 19      That's something that was
351 20  discovered, is that INR really doesn't
351 21  correlate to the PD affects of Xarelto,
351 22  correct?
351 23  A.  That's correct.
351 24  Q.  INR as a sensitivity index
352  1  is directly correlated to warfarin?
352  2  A.  That is correct.

**352:3  -  354:1   Moore, Kenneth 2016-07-12**    1:44
352  3  Q.  Okay.  Now, if you look with
352  4  me in the study, there's an
352  5  acknowledgment section just below that.
352  6      Do you see that?
352  7  A.  Yes.
352  8  Q.  It says, "The authors would
352  9  like to acknowledge Shahid Salaria, who
352 10  provided medical writing services with
352 11  funding from Bayer Schering Pharma AG and
352 12  Johnson & Johnson Pharmaceutical
352 13  Research & Development."
352 14      Do you see that?
352 15  A.  I do, yes.
352 16  Q.  So J&J and Bayer both
352 17  actually supported this study by
352 18  Professor Samama, correct?
352 19  A.  It seems so, yes.
352 20  Q.  And then if we can take a
352 21  look at the e-mail that attached this
352 22  from Nini Bode for a second, on June 15th
352 23  of 2010.  That's Exhibit 21.
352 24      And she writes this e-mail
353  1  to several people at Janssen including
353  2  yourself, correct?
353  3  A.  That is correct.
353  4  Q.  Okay.  And the subject of
353  5  her e-mail is "Inclusion in the VTE
353  6  prevention Afib submission of attempts to
353  7  find assay for rivaroxaban measurement in
353  8  clinical practice."  And then the
353  9  attachment is the Samama paper, right?
353 10  A.  That is the subject line,

**Objections In column:**

Re: [352:3-354:1]
**Def Obj** Lack of foundation and calls for
speculation as to 353:22-354:1.  No objection
to remaining testimony, but Defendants
object to underlying exhibit, which concerns
foreign regulatory matters that are not
relevant, and any probative value is
substantially outweighed by undue prejudice.
FRE 403.  See exhibit objections to Moore 21.

**Responses In column:**

Re: [352:3-354:1]
Pltf Resp Mr. Moore was lead pharmacologist
at Janssen, worked with Dr. Samama on these
PK/PD issues, and was part of this email chain.
He indicates just below of his awreness of
Samama's work.  He is in position to know why
company would not have been previously
aware of this study about their own drug.  The
emails are probative to the company's
knowledge of the conclusions of Samama paper
about issues critical in this case, the capability
to measure levels of the drug, and whether the
company should provide that information to
the public and regulatroy authorities including
the FDA,  Goes to credibility and notice.  See
above response to objection 338:4-340:23. See
response to objections to 28:23-31:17.

Objections
In

Responses In

| | |
|---|---|
| 353 11 | yes. |
| 353 12 | Q.  It says, "Dear all.  For the |
| 353 13 | upcoming VTE treatment, Bayer only and |
| 353 14 | Afib submission, preclinical is ahead of |
| 353 15 | clinical with regards to writing CDT |
| 353 16 | modules.  We uncovered the attached paper |
| 353 17 | by Samama on attempts to find an assay to |
| 353 18 | measure rivaroxaban in clinical |
| 353 19 | practice." |
| 353 20 | Do you see that? |
| 353 21 | A.  I do, yes. |
| 353 22 | Q.  Do you know why Janssen had |
| 353 23 | to uncover this attached paper in June of |
| 353 24 | 2010 with one of the people that |
| 354 1 | sponsored the study? |

**354:4  -  355:6 Moore, Kenneth 2016-07-12**          0:53

| | |
|---|---|
| 354 4 | THE WITNESS:  I can't speak |
| 354 5 | to what Nini was obviously trying |
| 354 6 | to state there. |
| 354 7 | BY MR. OVERHOLTZ: |
| 354 8 | Q.  Okay.  Do you know that |
| 354 9 | Professor Samama had been a consultant |
| 354 10 | for Janssen and continued to be so after |
| 354 11 | this? |
| 354 12 | A.  I am aware that Professor |
| 354 13 | Samama had done a lot of work in regards |
| 354 14 | to the different assays that could |
| 354 15 | potentially be looked at for rivaroxaban. |
| 354 16 | Q.  It says, "For now, we will |
| 354 17 | include the paper in Module 2.6.2, |
| 354 18 | pharmacology written summary, essentially |
| 354 19 | using the abstract as draft text." |
| 354 20 | Do you see that? |
| 354 21 | A.  I do, yes. |
| 354 22 | Q.  Then says, "After global |
| 354 23 | review planned end June 2010, there is a |
| 354 24 | possibility to remove it again." |
| 355 1 | Do you see that? |
| 355 2 | A.  I do, yes. |
| 355 3 | Q.  Do you know why she was |
| 355 4 | talking about removing this paper that |
| 355 5 | looks at ways to measure rivaroxaban in |
| 355 6 | the clinical setting from the submission? |

Re: [354:4-355:6]

**Def Obj** Lack of foundation and calls for speculation as to 354:4-6 and 355:3-6. No objection to remaining testimony in this designation, but Defendants object to underlying exhibit, which concerns foreign regulatory matters that are not relevant, and any probative value is substantially outweighed by undue prejudice. FRE 403. See exhibit objections to Moore 21.

*Overruled 607 401*

Re: [354:4-355:6]

Pltf Resp Mr. Moore was lead pharmacologist at Janssen, worked with Dr. Samama on these PK/PD issues, and was part of this email chain. He indicates just below of his awreness of Samama's work.   He is in position to know why company would not have been previously aware of this study about their own drug.  The emails are probative to the company's knowledge of the conclusions of Samama paper about issues critical in this case, the capability to measure levels of the drug, and whether the company should provide that information to the public and regulatory authorities including the FDA,  Goes to credibility and notice.  See above response to objection 338:4-340:23. See response to objections to 28:23-31:17.

**355:9  -  356:11 Moore, Kenneth 2016-07-12**          0:48

| | |
|---|---|
| 355 9 | THE WITNESS:  No.  Again, I |
| 355 10 | can't speak to what Nini was |
| 355 11 | planning to do or what she was |
| 355 12 | suggesting. |
| 355 13 | I do know that with every |
| 355 14 | filing, as more research becomes |
| 355 15 | available, we update all the |
| 355 16 | sections as appropriate.  The work |
| 355 17 | that Dr. Samama had done was – |
| 355 18 | continued well past this |
| 355 19 | publication and looked at other |
| 355 20 | assays. |
| 355 21 | Maybe that's what she's |
| 355 22 | referring to. |
| 355 23 | BY MR. OVERHOLTZ: |
| 355 24 | Q.  She's talking about making a |
| 356 1 | decision by end of June 2010 in her |
| 356 2 | e-mail, right? |
| 356 3 | A.  According to the e-mail, |
| 356 4 | yes. |
| 356 5 | Q.  Okay.  She says, "On the |
| 356 6 | preclinical team, we would want to make |
| 356 7 | sure this is done in alignment with the |
| 356 8 | joint clinical/regulatory/commercial |

Re: [355:9-356:11]

**Def Obj** Lack of foundation and calls for speculation as to 355:9-22. No objection to remaining testimony in this designation, but Defendants object to underlying exhibit, which concerns foreign regulatory matters that are not relevant, and any probative value is substantially outweighed by undue prejudice. FRE 403. See exhibit objections to Moore 21.

Re: [355:9-356:11]

Pltf Resp Mr. Moore was lead pharmacologist at Janssen, worked with Dr. Samama on these PK/PD issues, and was part of this email chain. He indicates just below of his awreness of Samama's work.   He is in position to know why company would not have been previously aware of this study about their own drug.  The emails are probative to the company's knowledge of the conclusions of Samama paper about issues critical in this case, the capability to measure levels of the drug, and whether the company should provide that information to the public and regulatroy authorities including the FDA,  Goes to credibility and notice.  See above response to objection 338:4-340:23. See response to objections to 28:23-31:17.

05/23/17 14:47

| | Objections In | Responses In |
|---|---|---|

356  9      strategy."
356 10          Do you see that?
356 11      A.  I do, yes.

**356:12 - 356:16 Moore, Kenneth 2016-07-12**                          0:13
356 12      Q.  Now, did you know there was
356 13      a commercial strategy at Janssen with
356 14      respect to whether or not measurements of
356 15      Xarelto levels in the clinical setting
356 16      should be done?

**356:19 - 356:22 Moore, Kenneth 2016-07-12**                          0:06
356 19          THE WITNESS:  I'm not
356 20      familiar with a commercial
356 21      strategy in regards to what Nini
356 22      is implying or referencing.

**356:24 - 357:11 Moore, Kenneth 2016-07-12**                          0:28
356 24      Q.  She says, "Hence, we have
357  1      several questions."  First she says,
357  2      "With regard to the upcoming VTE
357  3      treatment, Afib submissions, what is the
357  4      strategy regarding rivaroxaban
357  5      measurements in clinical practice?"
357  6          Do you see that?
357  7      A.  I do, yes.
357  8      Q.  Do you agree that the most
357  9      important strategy should be to do
357 10      whatever is necessary to make the drug as
357 11      safe as possible for patients?

**Re: [356:24-357:11]**
**Def Obj** Lack of foundation and calls for speculation as to 357:8-11. No objection to remaining testimony in this designation, but Defendants object to underlying exhibit, which concerns foreign regulatory matters that are not relevant, and any probative value is substantially outweighed by undue prejudice. FRE 403. See exhibit objections to Moore 21.

Re: [356:24-357:11]
Pltf Resp Mr. Moore was lead pharmacologist at Janssen, worked with Dr. Samama on these PK/PD issues, and was part of this email chain. He indicates just below of his awreness of Samama's work.  He is in position to know why company would not have been previously aware of this study about their own drug.  The emails are probative to the company's knowledge of the conclusions of Samama paper about issues critical in this case, the capapbility to measure levels of the drug, and whether the company should provide that information to the public and regulatroy authorities including the FDA,  Goes to credibility and notice.  See above response to objection 338:4-340:23. See response to objections to 28:23-31:17.

*[handwritten: Overruled. re: notice, intent, credibility]*

**357:14 - 357:20 Moore, Kenneth 2016-07-12**                          0:07
357 14          THE WITNESS:  Again, I would
357 15      agree that that is an important
357 16      strategy, along with many others,
357 17      yes.
357 18      BY MR. OVERHOLTZ:
357 19      Q.  Do you think it's the most
357 20      important strategy?

**Re: [357:14-357:20]**
**Def Obj** Lack of foundation and calls for speculation. Defendants object to underlying exhibit, which concerns foreign regulatory matters that are not relevant, and any probative value is substantially outweighed by undue prejudice. FRE 403. See exhibit

Re: [357:14-357:20]
Pltf Resp Mr. Moore was lead pharmacologist at Janssen, worked with Dr. Samama on these PK/PD issues, and was part of this email chain. He indicates just below of his awreness of Samama's work.   He is in position to know why company would not have been previously

05/23/17 14:47

| | Objections In | Responses In |
|---|---|---|
| | objections to Moore 21. | aware of this study about their own drug. The emails are probative to the company's knowledge of the conclusions of Samama paper about issues critical in this case, the capability to measure levels of the drug, and whether the company should provide that information to the public and regulatroy authorities including the FDA.  Goes to credibility and notice.  See above response to objection 338:4-340:23. See response to objections to 28:23-31:17. See response to objection 338:4-340:23. See response to objections to 28:23-31:17. |

357:23 -   359:24 Moore, Kenneth 2016-07-12                     1:59

| | | Re: [357:23-359:24] | Re: [357:23-359:24] |
|---|---|---|---|
| 357 23 | THE WITNESS: I can't speak | **Def Obj** Lack of foundation and calls for | Pltf Resp See response to objection 338:4- |
| 357 24 | to the strategy of what Johnson -- | speculation as to 357:23-358:4. Defendants | 340:23. See response to objections to 28:23- |
| 358 1 | what Janssen does.  But I do | object to underlying exhibit, which concerns | 31:17.Mr. Moore was lead pharmacologist at |
| 358 2 | absolutely agree that safety is an | foreign regulatory matters that are not | Janssen, worked with Dr. Samama on these |
| 358 3 | important aspect of drug | relevant, and any probative value is | PK/PD issues, and was part of this email chain. |
| 358 4 | development, absolutely. | substantially outweighed by undue prejudice. | He indicates just below of his awareness of |
| 358 5 | BY MR. OVERHOLTZ: | FRE 403. See exhibit objections to Moore 21. | Samama's work.   He is in position to know why |
| 358 6 | Q.   Certainly important for | | company would not have been previously |
| 358 7 | doctors and their patients? | | aware of this study about their own drug.  The |
| 358 8 | A.   Yes. | | emails are probative to the company's |
| 358 9 | Q.   The next point says, "Number | | knowledge of the conclusions of Samama paper |
| 358 10 | 2, do we want health authorities outside | | about issues critical in this case, the capability |
| 358 11 | EMA to find out about the Samama paper | | to measure levels of the drug, and whether the |
| 358 12 | themselves and draw their own | | company should provide that information to |
| 358 13 | conclusions, or do we point them to the | | the public and regulatroy authorities including |
| 358 14 | Samama paper and present it together with | | the FDA.  Goes to credibility and notice.  See |
| 358 15 | the joint Bayer/J&J agreed message | | above response to objection 338:4-340:23. See |
| 358 16 | regarding rivaroxaban measurements?" | | response to objections to 28:23-31:17. |
| 358 17 | Do you see that? | | |
| 358 18 | A.   I do, yes. | | |
| 358 19 | Q.   Okay.  Now, when she talks | | |
| 358 20 | about health authorities outside the EMA, | | |
| 358 21 | we've said the EMA is the European | | |
| 358 22 | regulatory authority for drugs, right? | | |
| 358 23 | A.   That is correct. | | |
| 358 24 | Q.   Okay.  And so the FDA would | | |
| 359 1 | be a health authority outside the EMA, | | |
| 359 2 | right? | | |
| 359 3 | A.   It would be one of many. | | |
| 359 4 | Q.   Okay.  She then asks, "Is | | |
| 359 5 | there agreement with Bayer regarding 1 | | |
| 359 6 | and 2?" | | |
| 359 7 | Do you see that? | | |
| 359 8 | A.   I do see that, yes. | | |
| 359 9 | Q.   In her Point Number 2 she | | |
| 359 10 | says, "For the latter case," -- which was | | |
| 359 11 | about presenting it together with the | | |
| 359 12 | joint Bayer/J&J message regarding | | |
| 359 13 | rivaroxaban measurements -- "For the | | |
| 359 14 | latter case, what is the joint Bayer/J&J | | |
| 359 15 | message and how prominent, i.e., in which | | |
| 359 16 | CTD module do we want to present it?" | | |
| 359 17 | That's what she asks, | | |
| 359 18 | correct? | | |
| 359 19 | A.   That's what it states here, | | |
| 359 20 | yes. | | |
| 359 21 | Q.   Sometimes when you submit | | |
| 359 22 | things to regulatory authorities, you can | | |
| 359 23 | make it less prominent or more prominent, | | |
| 359 24 | right? | | |

Objections In

Responses In

0:31

360:3  -  360:13 Moore, Kenneth 2016-07-12

| 360 | 3 | THE WITNESS: In the |
| 360 | 4 | documents that I work with we -- |
| 360 | 5 | it is a full disclosure of the |
| 360 | 6 | scientific information that we -- |
| 360 | 7 | we collected. |
| 360 | 8 | It is organized in a |
| 360 | 9 | scientifically and logical method. |
| 360 | 10 | I don't think we point out one |
| 360 | 11 | section over the other in regards |
| 360 | 12 | to the clinical pharmacology of |
| 360 | 13 | the drug. |

Re: [360:3-360:13]
**Def Obj** No objection to testimony, but Defendants object to underlying exhibit, which concerns foreign regulatory matters that are not relevant, and any probative value is substantially outweighed by undue prejudice. FRE 403.  See exhibit objections to Moore 21.

Re: [360:3-360:13]
Pltf Resp Mr. Moore was lead pharmacologist at Janssen, worked with Dr. Samama on these PK/PD issues, and was part of this email chain. He indicates just below of his awareness of Samama's work.   He is in position to know why company would not have been previously aware of this study about their own drug.  The emails are probative to the company's knowledge of the conclusions of Samama paper about issues critical in this case, the capability to measure levels of the drug, and whether the company should provide that information to the public and regulatroy authorities including the FDA.  Goes to credibility and notice.  See above response to objection 338:4-340:23.  See response to objections to 28:23-31:17. See response to objection 338:4-340:23. See response to objections to 28:23-31:17.

0:22

360:17  -  361:3 Moore, Kenneth 2016-07-12

| 360 | 17 | Q.   But let me see if I can ask |
| 360 | 18 | it this way. |
| 360 | 19 | A.   Okay. |
| 360 | 20 | Q.   When you present something |
| 360 | 21 | in a submission to a health authority |
| 360 | 22 | like the F -- FDA, you can either call |
| 360 | 23 | the FDA's attention to it by putting it |
| 360 | 24 | in a prominent section of the submission |
| 361 | 1 | or you can put it in a less important |
| 361 | 2 | section of a large drug submission, |
| 361 | 3 | correct? |

Re: [360:17-361:3]
**Def Obj** No objection to testimony, but Defendants object to underlying exhibit, which concerns foreign regulatory matters that are not relevant, and any probative value is substantially outweighed by undue prejudice. FRE 403.  See exhibit objections to Moore 21.

Re: [360:17-361:3]
Pltf Resp See above response and responses to objection 338:4-340:23. See response to objections to 28:23-31:17.

0:04

361:6  -  361:8 Moore, Kenneth 2016-07-12

| 361 | 6 | THE WITNESS: Could you help |
| 361 | 7 | me understand what is a prominent |
| 361 | 8 | part of the submission? |

Re: [361:6-361:8]
**Def Obj** No objection to testimony, but Defendants object to underlying exhibit, which concerns foreign regulatory matters that are not relevant, and any probative value is substantially outweighed by undue prejudice. FRE 403.  See exhibit objections to Moore 21.

Re: [361:6-361:8]
Pltf Resp See above response and responses to objection 338:4-340:23. See response to objections to 28:23-31:17. See response to objection 338:4-340:23. See response to objections to 28:23-31:17.

0:24

361:10  -  361:21 Moore, Kenneth 2016-07-12

| 361 | 10 | Q.   Well, let me ask you this. |
| 361 | 11 | When Ms. Bode sent you this e-mail in |
| 361 | 12 | 2010, she talked about how prominent -- |
| 361 | 13 | she said, "i.e., in which CTD module." |
| 361 | 14 | Do you see that? |
| 361 | 15 | A.   I do, yeah. |

Re: [361:10-361:21]
**Def Obj** No objection to testimony, but Defendants object to underlying exhibit, which concerns foreign regulatory matters that are not relevant, and any probative value is substantially outweighed by undue

Re: [361:10-361:21]
Pltf Resp See above response and responses to objection 338:4-340:23. See response to objections to 28:23-31:17. See response to objection 338:4-340:23. See response to objections to 28:23-31:17.

05/23/17 14:47

| | Objections In | Responses In |
|---|---|---|

361 16    Q.  Okay.  So there are
361 17    different modules in a submission to FDA,
361 18    to a health authority, correct?
361 19    A.   Yes, there is.
361 20    Q.  Okay.  And some are more
361 21    prominent than others in the submission?

prejudice. FRE 403. See exhibit objections to Moore 21.

---

**361:24 -   362:22 Moore, Kenneth 2016-07-12**                                     0:42

361 24          THE WITNESS: I -- I guess
362  1    I'm -- I'm having difficulty in
362  2    defining what prominent is when it
362  3    comes to the different modules.
362  4          From a clinical pharmacology
362  5    standpoint, we generate Modules
362  6    7 -- 2.7.1 and 2.7.2.  Those in my
362  7    mind, as clinical pharmacology,
362  8    are prominent modules.
362  9          And, you know, from --
362 10    because that is an accumulation of
362 11    all of the information that we
362 12    have had both scientifically
362 13    regarding the pharmacokinetic and
362 14    pharmacodynamic aspects of the
362 15    drug that we've collected in the
362 16    many years in studying the drug,
362 17    so I would say that that's a
362 18    pretty prominent document.  So I
362 19    don't know how to compare that to
362 20    others, who from a clinical
362 21    standpoint may feel that their
362 22    documents are more prominent.

Re: [361:24-362:22]
**Def Obj** No objection to testimony, but Defendants object to underlying exhibit, which concerns foreign regulatory matters that are not relevant, and any probative value is substantially outweighed by undue prejudice. FRE 403. See exhibit objections to Moore 21.

Re: [361:24-362:22]
Pltf Resp See above response and responses to objection 338:4-340:23. See response to objections to 28:23-31:17. See response to objection 338:4-340:23. See response to objections to 28:23-31:17.

---

**362:24 -   363:6  Moore, Kenneth 2016-07-12**                                      0:19

362 24    Q.  So certainly with respect to
363  1    Xarelto, an anticoagulant, clinical
363  2    pharmacology information and how to
363  3    measure clinical pharmacology type
363  4    measurements, PK/PD measurements, would
363  5    be prominent for a health authority's
363  6    consideration?

Re: [362:24-363:6]
**Def Obj** Lack of foundation and calls for speculation. Defendants object to underlying exhibit, which concerns foreign regulatory matters that are not relevant, and any probative value is substantially outweighed by undue prejudice. FRE 403. See exhibit objections to Moore 21.

Re: [362:24-363:6]
Pltf Resp See above response and responses to objection 338:4-340:23. See response to objections to 28:23-31:17. See response to objection 338:4-340:23. See response to objections to 28:23-31:17.

---

**363:9  -   363:16 Moore, Kenneth 2016-07-12**                                      0:19

363  9          THE WITNESS: It would be --
363 10    it would be important to let the
363 11    regulatory agencies know the
363 12    information that we have collected
363 13    to date in regards to the assays
363 14    that assess the pharmacodynamic
363 15    parameters within development of
363 16    the program.  And we did that.

Re: [363:9-363:16]
**Def Obj** Lack of foundation and calls for speculation. Defendants object to underlying exhibit, which concerns foreign regulatory matters that are not relevant, and any probative value is substantially outweighed by undue prejudice. FRE 403. See exhibit objections to Moore 21.

Re: [363:9-363:16]
Pltf Resp See above response and responses to objection 338:4-340:23. See response to objections to 28:23-31:17. See response to objection 338:4-340:23. See response to objections to 28:23-31:17.

05/23/17 14:47

| | Objections In | Responses In |
|---|---|---|

**363:17 - 363:23 Moore, Kenneth 2016-07-12**          0:11

363 17  And so the assays that
363 18  are -- some of the assays that are
363 19  listed here in the publication as
363 20  far as prothrombin time, we
363 21  certainly did assess. And it was
363 22  part of Module 7 point -- 2.7.2 in
363 23  our submissions.

Re: [363:17-363:23]
**Def Obj** Lack of foundation and calls for speculation. Defendants object to underlying exhibit, which concerns foreign regulatory matters that are not relevant, and any probative value is substantially outweighed by undue prejudice. FRE 403. See exhibit objections to Moore 21.

Re: [363:17-363:23]
Pltf Resp See above response and responses to objection 338:4-340:23. See response to objections to 28:23-31:17. See response to objection 338:4-340:23. See response to objections to 28:23-31:17.

*[handwritten annotation across page: "Overruled ... What I heard was that would be asked if the subject would ... refer given to EMA ... would be given to FSA ... 40%/60 1/60?"]*

**364:1 - 364:10 Moore, Kenneth 2016-07-12**          0:21

364 1  Q.  She notes after Point 3,
364 2  that, "Note, EMA" -- that is the European
364 3  authority -- "is fully aware of the
364 4  ongoing efforts regarding setting up a
364 5  method to measure rivaroxaban in clinical
364 6  practice, as there are update reports
364 7  every six months as part of the EMA
364 8  postapproval commitment."
364 9  Do you see that?
364 10  A.  I do, yes.

Re: [364:1-364:10]
**Def Obj** The testimony relates to foreign regulatory matters that are not relevant, and any probative value is substantially outweighed by undue prejudice. FRE 403.

Re: [364:1-364:10]
Pltf Resp See above response and responses to objection 338:4-340:23. See response to objections to 28:23-31:17. See response to objection 338:4-340:23. See response to objections to 28:23-31:17.

**364:11 - 365:16 Moore, Kenneth 2016-07-12**          1:07

364 11  Q.  Okay. And so that was
364 12  something that she was informing you in
364 13  2010 about, that there was actually a
364 14  commitment by Bayer and the EMA to report
364 15  about the efforts to find a way to
364 16  measure rivaroxaban levels in clinical
364 17  practice, right?
364 18  A.  That is my understanding,
364 19  yes.
364 20  Q.  She says, "Note, for the
364 21  U.S. there is the specific requirement to
364 22  submit in Module 5.3.4 other study
364 23  reports, a summary of relevant published
364 24  literature. This typically is a Medline
365 1  search listing and a short conclusion
365 2  like everything published was already
365 3  discussed in other modules, or
365 4  conclusions reached in other modules are
365 5  not changed by these data.
365 6  "For" -- "specifically for
365 7  the Samama April 2010 paper, a one-line
365 8  conclusion could be added in line with
365 9  the joint Bayer/J&J message on
365 10  rivaroxaban measurements in clinical
365 11  practice."

Re: [364:11-365:16]
**Def Obj** Lack of foundation and calls for speculation as to 365:14-16. The testimony relates to foreign regulatory matters that are not relevant, and any probative value is substantially outweighed by undue prejudice. FRE 403.

Re: [364:11-365:16]
Pltf Resp See above response and responses to objection 338:4-340:23. See response to objections to 28:23-31:17. See response to objection 338:4-340:23. See response to objections to 28:23-31:17.

05/23/17 14:47

| | | Objections In | Responses In |
|---|---|---|---|

365 12          Do you see that?
365 13     A.   I do, yes.
365 14     Q.   Okay.  She was suggesting a
365 15     less prominent way of providing the
365 16     information to the FDA, correct?

**365:21 -   366:2  Moore, Kenneth 2016-07-12                    0:09**

365 21          Could you repeat that question?
365 22     BY MR. OVERHOLTZ:
365 23     Q.   Sure.  She was suggesting
365 24     that there might be a less prominent way
366  1     to include this information in the
366  2     submission to the FDA?

Re: [365:21-366:2]
**Def Obj** Lack of foundation and calls for
speculation. The testimony relates to foreign
regulatory matters that are not relevant, and
any probative value is substantially
outweighed by undue prejudice. FRE 403.

Re: [365:21-366:2]
Pltf Resp See above response and responses to
objection 338:4-340:23. See response to
objections to 28:23-31:17. See response to
objection 338:4-340:23. See response to
objections to 28:23-31:17.

*Sustained*
*Speculation for him to say what "she intended"*

**366:5 -   366:8  Moore, Kenneth 2016-07-12                    0:18**

366  5          THE WITNESS:  I don't -- I
366  6     really don't know whether or not
366  7     that was the intent of what she
366  8     wrote.

Re: [366:5-366:8]
**Def Obj** Lack of foundation and calls for
speculation. The testimony relates to foreign
regulatory matters that are not relevant, and
any probative value is substantially
outweighed by undue prejudice. FRE 403.

Re: [366:5-366:8]
Pltf Resp See above response and responses to
objection 338:4-340:23. See response to
objections to 28:23-31:17. See response to
objection 338:4-340:23. See response to
objections to 28:23-31:17.

**366:11 -   366:13  Moore, Kenneth 2016-07-12                   0:07**

366 11          MR. OVERHOLTZ:  Let me show
366 12     you what we'll mark as Exhibit
366 13     Number 23.

Re: [366:11-366:13]
**Def Obj** See exhibit objections to Moore 23.

Re: [366:11-366:13]
Pltf Resp The document is highly relevant to the
company's knowdge of the ability to measure
Xarelto levels, and the commercial motive to
avoid any mention of monitoring. Mr Moore
receives the enmail in his role as lead clinical
pharmacologist at Janssen.  He has been a
regular part of this discussion. It is relevant to
how commercial strategy played a role in
company decision making regarding publicizing
valid scientific information re4levant to the safe
use of the drug.    See response to objection
338:4-340:23. See response to objections to
28:23-31:17.

**366:18 -   366:24  Moore, Kenneth 2016-07-12                   1:05**

366 18     Q.   This is Janssen 06608858.
366 19     It's Record Number zero -- I mean
366 20                                  1023223
366 21          This is an e-mail response
366 22     from June 15, 2010, from Nauman Shah to
366 23     Nini Bode's e-mail.
366 24     A.   Okay.

**367:1 -   367:12  Moore, Kenneth 2016-07-12                    0:28**

367  1     Q.   Now, when Nauman Shah
367  2     responds to Nini Bode, he says, "Thanks
367  3     for forwarding this on.  From a
367  4     commercial strategy standpoint we do not
367  5     want to recommend or encourage the use of
367  6     any measurements for rivaroxaban, given
367  7     they will not accomplish the primary
367  8     purpose that most clinicians have for
367  9     measuring levels in chronic treatment
367 10     situations:  Compliance."
367 11          Do you see that?
367 12     A.   I do, yes.

**367:13 -   368:6  Moore, Kenneth 2016-07-12                    0:42**

367 13     Q.   Okay.  Now, you and I talked
367 14     about a little bit about that earlier,
367 15     that one of the ways -- ways that you can
367 16     use measuring rivaroxaban levels is just

| | Objections In | Responses In |
|---|---|---|

367 17    to determine whether or not the drug is
367 18    on board and the patient's taking the
367 19    drug, right?
367 20    A.  Yes.
367 21    Q.  Okay.  And what Nauman Shah
367 22    points out is, because Xarelto is
367 23    different than warfarin, it doesn't
367 24    really reach this steady state that the
368 1    test may provide an indication of whether
368 2    rivaroxaban is on board.  It doesn't
368 3    convey whether the patient has been
368 4    taking the drug regularly, right?
368 5    A.  That's basically what he
368 6    states in the next sentence.



_Sustained_

**368:7 - 368:11 Moore, Kenneth 2016-07-12**
368 7    Q.  Okay.  Now, do you recall
368 8    coming to understand that there was a
368 9    commercial strategy within Janssen to
368 10    avoid recommending or encouraging the use
368 11    of any measurements of rivaroxaban?

0:13

Re: [368:7-368:11]
**Def Obj** Lack of foundation and calls for speculation.

Re: [368:7-368:11]
Pltf Resp The document is highly relevant to the company's knowdge of the ability to measure Xarelto levels, and the commercial motive to avoid any mention of monitoring, Mr Moore receives the enmail in his role as lead clinical pharmacologist at Janssen.  He has been a regular part of this discussion. It is relevant to how commercial strategy played a role in company decision making regarding publicizing valid scientific infomation re4levant to the safe use of the drug.   See response to objection 338:4-340:23. See response to objections to 28:23-31:17.

**368:14 - 368:24 Moore, Kenneth 2016-07-12**
368 14    THE WITNESS:  No, I -- I
368 15    can't speak to what Nauman Shah
368 16    has stated here with regards to
368 17    the commercial strategy
368 18    standpoint.
368 19    I know that we've -- as I
368 20    mentioned, we -- we have assessed
368 21    a lot of different pharmacodynamic
368 22    assays and parameters and provided
368 23    all that information to the -- the
368 24    regulatory agencies.

0:22

Re: [368:14-368:24]
**Def Obj** Lack of foundation and calls for speculation.

Re: [368:14-368:24]
Pltf Resp The document is highly relevant to the company's knowdge of the ability to measure Xarelto levels, and the commercial motive to avoid any mention of monitoring, Mr Moore receives the enmail in his role as lead clinical pharmacologist at Janssen.  He has been a regular part of this discussion. It is relevant to how commercial strategy played a role in company decision making regarding publicizing valid scientific infomation re4levant to the safe

05/23/17 14:47

Objections
In

Responses In



use of the drug.   See response to objection
338:4-340:23. See response to objections to
28:23-31:17.

**369:2  -   369:6  Moore, Kenneth 2016-07-12**

369   2      Q.   I mean, there are other
369   3          reasons to measure the concentration
369   4          levels of rivaroxaban in blood plasma
369   5          than simply looking at whether it's on
369   6          board or not, correct?

0:15

Re: [369:2-369:6]
**Def Obj** Lack of foundation and calls for
speculation.

Re: [369:2-369:6]
**Pltf Resp** The document is highly relevant to the
company's knowdge of the ability to measure
Xarelto levels, and the commercial motive to
avoid any mention of monitoring,  Mr Moore
receives the enmail in his role as lead clinical
pharmacologist at Janssen.   He has been a
regular part of this discussion. It is relevant to
how commercial strategy played a role in
company decision making regarding publicizing
valid scientific infomation re4levant to the safe
use of the drug.    See response to objection
338:4-340:23. See response to objections to
28:23-31:17.

**369:9  -   370:3  Moore, Kenneth 2016-07-12**

369   9          THE WITNESS:  To -- to my
369   10         knowledge, again, the times that a
369   11         physician may want to know if
369   12         rivaroxaban is -- a level of
369   13         rivaroxaban is within the plasma
369   14         is, as we mentioned, compliance,
369   15         and maybe emergency surgery
369   16         situations when they are making a
369   17         decision whether or not they
369   18         should wait for the half-life of
369   19         the drug to -- to washout or
369   20         whether or not they know to go
369   21         into a surgery and prepare for the
369   22         subject to be anticoagulated.
369   23           So those are two examples of
369   24         times when a physician may want to
370   1          understand whether or not
370   2          rivaroxaban is actually in the
370   3          system or not.

0:39

Re: [369:9-370:3]
**Def Obj** Lack of foundation and calls for
speculation.

Re: [369:9-370:3]
**Pltf Resp** The document is highly relevant to the
company's knowdge of the ability to measure
Xarelto levels, and the commercial motive to
avoid any mention of monitoring,  Mr Moore
receives the enmail in his role as lead clinical
pharmacologist at Janssen.   He has been a
regular part of this discussion. It is relevant to
how commercial strategy played a role in
company decision making regarding publicizing
valid scientific infomation re4levant to the safe
use of the drug. See response to objection
338:4-340:23. See response to objections to
28:23-31:17.

**370:5  -   370:11  Moore, Kenneth 2016-07-12**

370   5      Q.   You also believe that
370   6          measurement of rivaroxaban concentration
370   7          levels could be used to make sure that a
370   8          patient's plasma levels of the drug are

0:22

| | Objections In | Responses In |
|---|---|---|

| 370 | 9 | within the expected range of -- of |
| 370 | 10 | treatment concentration range seen for |
| 370 | 11 | most patients, correct? |

**370:14 - 370:23 Moore, Kenneth 2016-07-12**                                          0:23

| 370 | 14 | THE WITNESS: You would be |
| 370 | 15 | a -- you would be able to only use |
| 370 | 16 | an assay, be it a PT assay to |
| 370 | 17 | indirectly measure rivaroxaban |
| 370 | 18 | concentration or a formal assay to |
| 370 | 19 | measure rivaroxaban concentration |
| 370 | 20 | to see whether or not the PT value |
| 370 | 21 | or the concentration assessed from |
| 370 | 22 | that assay fell within what was |
| 370 | 23 | observed in the ROCKET trial. |

**371:1 - 371:7 Moore, Kenneth 2016-07-12**                                          0:13

| 371 | 1 | Q. It says, "Finally, it's my |
| 371 | 2 | understanding that while the measurements |
| 371 | 3 | may indicate current rivaroxaban levels |
| 371 | 4 | in the body, they don't correlate to |
| 371 | 5 | risks of bleeding or other outcomes." |
| 371 | 6 | Do you see that? |
| 371 | 7 | A. I do, yes. |

**371:8 - 371:13 Moore, Kenneth 2016-07-12**                                          0:15

| 371 | 8 | Q. Okay. But you know that |
| 371 | 9 | there were studies conducted within -- by |
| 371 | 10 | Janssen that actually did determine that |
| 371 | 11 | there was a correlation between higher |
| 371 | 12 | levels of rivaroxaban in the body and |
| 371 | 13 | higher risk of bleeding, correct? |

**Re: [371:8-371:13]**
**Def Obj** Lack of foundation and calls for speculation.

**Re: [371:8-371:13]**
Pltf Resp Plaintiffs revise this desigation to start at 371:1  Mr. Moore is able to clearly nswer the question based on his role as lead clinical pharmacologist at janssen and his role in knowing about all Pk?PD studies on the drug. See response to objection 338:4-340:23

**371:16 - 372:4 Moore, Kenneth 2016-07-12**                                          0:29

| 371 | 16 | THE WITNESS: The Phase II |
| 371 | 17 | studies looked at multiple doses, |
| 371 | 18 | in which case they showed that as |
| 371 | 19 | you increase the dose, you |
| 371 | 20 | certainly can increase your risk |
| 371 | 21 | of bleeding. Within a particular |
| 371 | 22 | dose level, for example |
| 371 | 23 | 20 milligrams, to my knowledge, |
| 371 | 24 | there is no differences in |
| 372 | 1 | exposure within 20 milligrams that |
| 372 | 2 | would lead a patient to a greater |
| 372 | 3 | risk of bleeding. And that's what |
| 372 | 4 | I assume he is referring to. |

**Re: [371:16-372:4]**
**Def Obj** Lack of foundation and calls for speculation.

**Re: [371:16-372:4]**
Pltf Resp Mr. Moore is able to clearly nswer the question based on his role as lead clinical pharmacologist at janssen and his role in knowing about all Pk?PD studies on the drug. See response to objection 338:4-340:23

**372:6 - 372:19 Moore, Kenneth 2016-07-12**                                          0:38

| 372 | 6 | Q. Okay. At this point in |
| 372 | 7 | time, had the analysis of the exposure |
| 372 | 8 | response analysis in the ACS TIMI 46 |
| 372 | 9 | study been completed? |
| 372 | 10 | A. By 2010? |
| 372 | 11 | Q. Right. |
| 372 | 12 | A. I can't say for sure whether |

**Re: [372:6-372:19]**
**Def Obj** This testimony addresses ACS, which is a non-approved indication that relates to a different patient population and different dosing. It is not relevant, any probative value is substantially outweighed by undue prejudice, and it will confuse the issue. See

**Re: [372:6-372:19]**
Pltf Resp The testimony is relevant to company's knowledge of PK/PD information about the drug. Exposure and bleeding response relationships are not limited by indication or dose.  The company's knowledge of valid Pk/PD finsings related to the drug are

05/23/17 14:47

| | Objections In | Responses In |

372 13  or not that was completed by this time.
372 14  Q.  Okay.  Are you aware that
372 15  that analysis showed that both for area
372 16  under the curve, CMAX, and CMIN there was
372 17  a statistically significant correlation
372 18  for those patients with the highest
372 19  levels and increased bleeding risk?

FRE 401 and 403.

relevant to notice and duty.  Company witnesses in emails have referred to the ACS data as the best data the company had on the relationship between bleeding and drug exposure.  See response to objections to 28:23-31:17.



**372:22 - 373:3  Moore, Kenneth 2016-07-12**  0:08
372 22      THE WITNESS:  I would have
372 23  to either take a look at the
372 24  analysis that was run or refer you
373 1  back again to the modeling
373 2  simulation colleagues that did
373 3  such analyses.

Re: [372:22-373:3]
**Def Obj** See objections to 372:6-19 regarding ACS.

Re: [372:22-373:3]
Pltf Resp See above response and response to objections to 28:23-31:17.

**373:7 - 373:16  Moore, Kenneth 2016-07-12**  0:23
373 7      Let me ask you this.  Nauman
373 8  Shah goes on and says, "Therefore,
373 9  assuming this is indeed the case, we are
373 10  planning to stick with a simple strategy
373 11  to not recommend measurement."
373 12      Do you see that?
373 13  A.  I do, yes.
373 14  Q.  And that became the strategy
373 15  moving forward for Janssen and Bayer for
373 16  Xarelto, correct?

Re: [373:7-373:16]
**Def Obj** See objections to 372:6-19 regarding ACS.

Re: [373:7-373:16]
Pltf Resp See above response and response to objections to 28:23-31:17.

**373:19 - 374:1  Moore, Kenneth 2016-07-12**  0:20
373 19      THE WITNESS:  Again, based
373 20  on what he says, I would assume
373 21  that it is -- there is, again, no
373 22  need for routine monitoring of
373 23  rivaroxaban, which is consistent
373 24  across the studies that were
374 1  conducted.

Re: [373:19-374:1]
**Def Obj** Lack of foundation and calls for speculation as to 373:14-16.

Re: [373:19-374:1]
Pltf Resp Mr. Moore answers the question, he was familiar with the company's statements related to the ability to measure phamacokinetic and pharmacodynamic activity of the drug, in his role as lead clinical pharmacologist at Janssen for Xarelto.  See response to objection 338:4-340:23

**374:13 - 374:19  Moore, Kenneth 2016-07-12**  0:16
374 13  Q.  Sure.  One of the things
374 14  that Janssen wanted to make sure with
374 15  respect to anything that they recommended
374 16  with respect to measurement of
374 17  rivaroxaban levels was that they were not
374 18  implying that there was a need for

Re: [374:13-374:19]
**Def Obj** Lack of foundation and calls for speculation.

Re: [374:13-374:19]
Pltf Resp Mr. Moore answers the question, he was familiar with the company's statements related to the ability to measure phamacokinetic and pharmacodynamic activity of the drug, in his role as lead clinical

05/23/17 14:47

| | | Objections In | Responses In |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 374 19 | routine clinical monitoring, right? | | pharmacologist at janssen for Xarelto.  See response to objection 338:4-340:23See response to objection 338:4-340:24 |

**374:22 -  375:9 Moore, Kenneth 2016-07-12**    0:25

| | |
|---|---|
| 374 22 | THE WITNESS: There had been |
| 374 23 | substantial analyses that were |
| 374 24 | done from the start of the program |
| 375 1 | before I even started and then |
| 375 2 | after, that assessed the different |
| 375 3 | markers that potentially could be |
| 375 4 | used to indirectly measure |
| 375 5 | rivaroxaban concentration. |
| 375 6 | None of that analysis showed |
| 375 7 | that routine monitoring would |
| 375 8 | be -- would be needed for this |
| 375 9 | type of medication. |

Re: [374:22-375:9]
**Def Obj** Lack of foundation and calls for speculation.

Re: [374:22-375:9]
Pltf Resp Mr. Moore answers the question, he was familiar with the company's statements related to the ability to measure phamacokinetic and pharmacodynamic activity of the drug, in his role as lead clinical pharmacologist at janssen for Xarelto.  See response to objection 338:4-340:23See response to objection 338:4-340:25

**375:11 -  375:12 Moore, Kenneth 2016-07-12**    0:04

| | |
|---|---|
| 375 11 | Q.  Let me see if we can look at |
| 375 12 | Exhibit Number 24. |

Re: [375:11-375:12]
**Def Obj** See exhibit objections to Moore 24.

Re: [375:11-375:12]
Pltf Resp See response to objection 338:4-340:26

**375:17 -  375:24 Moore, Kenneth 2016-07-12**    1:05

| | |
|---|---|
| 375 17 | Q.  This is Janssen 01182389, |
| 375 18 | Record Number 255705.  And this is a |
| 375 19 | response from Christopher Nessel to |
| 375 20 | Nauman Shah's e-mail related to this |
| 375 21 | inclusion of the Samama paper and the |
| 375 22 | submissions. |
| 375 23 | Did you have a chance to |
| 375 24 | take a look at Christopher Nessel's |

**375:23 -  377:24 Moore, Kenneth 2016-07-12**    2:03

| | |
|---|---|
| 375 23 | Did you have a chance to |
| 375 24 | take a look at Christopher Nessel's |
| 376 1 | response? |
| 376 2 | A.  Yeah. I was reading the |
| 376 3 | second paragraph here.  Okay. |
| 376 4 | Q.  He responds and says, "I |
| 376 5 | agree with Nauman that a direct |
| 376 6 | measurement akin to the INR would not |
| 376 7 | likely be of substantial clinical |
| 376 8 | utility. I have heard at several |
| 376 9 | advisory boards, though, that some |
| 376 10 | indicator of the presence of rivaroxaban |

| | Objections In | Responses In |
|---|---|---|

376 11    would be useful," correct?
376 12    A.   That is correct.
376 13    Q.   Okay.  And when he talks
376 14    about advisory boards, the company would
376 15    sometimes put together boards of outside
376 16    consultants, physicians, and scientists
376 17    that would provide information to them,
376 18    to the company, related to what they
376 19    would like to see or not see related to
376 20    the drug.  Is that a fair statement?
376 21    A.   I think that's a fair
376 22    statement, yes.
376 23    Q.   Okay.  He says, "No test
376 24    will indicate long-term compliance,"
377 1    which you and I talked about, right?
377 2    A.   Correct.
377 3    Q.   Okay.  He says, "An
377 4    indicator test, though, would be
377 5    informative to the physician considering
377 6    a procedure in a patient for whom the
377 7    last dose is uncertain.  The management
377 8    of a patient presenting to the ER with
377 9    peritoneal signs and rivaroxaban on the
377 10    medication list would be quite
377 11    challenging to the attending surgeon,
377 12    even if the patient was reasonably sure
377 13    about the time of their last dose.  A
377 14    simple appendectomy might not be a
377 15    problem, but I would be very reluctant to
377 16    get into an aortic dissection unless I
377 17    was certain about the coagulation status
377 18    of the patient."
377 19        Do you see that?
377 20    A.   I do, yes.
377 21    Q.   "I believe there is clinical
377 22    utility in an on/off test for this
377 23    compound."
377 24    Do you see that?



378:1   -   378:11 Moore, Kenneth 2016-07-12                    0:18
378 1    A.   I do, yes.
378 2    Q.   He says, "This can be kept
378 3    distinct from, and, therefore, avoid
378 4    confusion with routine clinical
378 5    monitoring."
378 6        Do you see that?
378 7    A.   I do, yes.
378 8    Q.   And that was an important
378 9    goal for the company, was to make sure
378 10    that they avoided any recommendation of
378 11    routine clinical monitoring, right?

Re: [378:1-378:11]
**Def Obj** Lack of foundation and calls for
speculation as to 378:8-11;

Re: [378:1-378:11]
Pltf Resp Mr. Moore was lead clinical
pharmacologist involved in high level company
discussions involving management, c=scientists,
and marketing, and was in position to be aware
of the company's basis for not recommeneding
routine monitoring with Xarelto. he testified
this was a core compnent of the drug's profile.
See response to objection 338:4-340:23

378:14  -   378:21 Moore, Kenneth 2016-07-12                    0:46
378 14    THE WITNESS:  Again, I can't
378 15    speak to whether or not that was a
378 16    goal.  I know that we consistently

Re: [378:14-378:21]
**Def Obj** Lack of foundation and calls for
speculation.

Re: [378:14-378:21]
Pltf Resp See above response and response to
objection 338:4-340:24

05/23/17 14:47

| | | Objections In | Responses In |
|---|---|---|---|

| 378 17 | assessed the data that was at hand | | |
| 378 18 | to see whether or not monitoring | | |
| 378 19 | was appropriate for Xarelto. So, | | |
| 378 20 | again, I can't speak to whether or | | |
| 378 21 | not it was a quote-unquote goal. | | |

**379:21 - 380:2 Moore, Kenneth 2016-07-12**      0:15

| 379 21 | Q.   Okay.  So one of the topics |
| 379 22 | we've been talking about is the idea that |
| 379 23 | Xarelto is recommended for use and that |
| 379 24 | it does not -- does not require routine |
| 380  1 | clinical monitoring, right? |
| 380  2 | A.   Correct. |

**382:18 - 383:23 Moore, Kenneth 2016-07-12**      1:05

| 382 18 | Q.   Okay.  Now, I think you told |
| 382 19 | me before that Professor Samama continued |
| 382 20 | to work on additional assay work with |
| 382 21 | respect to measuring riva concentrate -- |
| 382 22 | riva concentration levels, correct? |
| 382 23 | A.   That is correct. |
| 382 24 | Q.   Okay.  As well as there were |
| 383  1 | actually other companies that worked on |
| 383  2 | assays to measure rivaroxaban |
| 383  3 | concentration levels, correct? |
| 383  4 | A.   Yes.  There were some |
| 383  5 | companies within the EU that worked on |
| 383  6 | other assays that could potentially |
| 383  7 | measure that, yes. |
| 383  8 | Q.   One of those assays was an |
| 383  9 | anti-Factor Xa assay; is that right? |
| 383 10 | A.   If I could be more specific, |
| 383 11 | that was an anti-Factor Xa assay with |
| 383 12 | rivaroxaban calibrators and controls. |
| 383 13 | Q.   Okay.  And that was |
| 383 14 | developed by Stago; is that right? |
| 383 15 | A.   I believe Stago was one of a |
| 383 16 | few companies that were looking into it, |
| 383 17 | yes. |
| 383 18 | Q.   And Bayer and Janssen worked |
| 383 19 | with Stago in the development of an |
| 383 20 | anti-Factor Xa assay with rivaroxaban |
| 383 21 | calibrators and controls; is that right? |
| 383 22 | A.   I believe we supported Stago |
| 383 23 | in their efforts, yes. |

**384:8 - 385:1 Moore, Kenneth 2016-07-12**      0:47

| 384  8 | Q.   All right.  Is it a fair |
| 384  9 | statement that you believe that the |
| 384 10 | anti-Factor Xa assays with specific |
| 384 11 | rivaroxaban calibrators and controls |
| 384 12 | could be used for therapeutic monitoring |
| 384 13 | of Xarelto? |
| 384 14 | A.   I believe it could be used |
| 384 15 | to, again, indirectly measure rivaroxaban |
| 384 16 | concentration within the plasma. |
| 384 17 | Q.   Okay.  And if a physician |
| 384 18 | wanted to use PT to measure rivaroxaban |
| 384 19 | levels, you believe that the right agent |
| 384 20 | to use would be the Neoplastin plus |
| 384 21 | reagent; is that right? |
| 384 22 | A.   If a physician wanted to |
| 384 23 | indirectly measure rivaroxaban |
| 384 24 | concentrations in plasma, they can use PT |
| 385  1 | with Neoplastin plus reagent, yes. |

**385:2 - 385:6 Moore, Kenneth 2016-07-12**      0:14

| 385  2 | Q.   Okay.  Did you believe that |
| 385  3 | if a physician used PT and used |
| 385  4 | the Neoplastin plus reagent PT test, that |
| 385  5 | that could be used for therapeutic |
| 385  6 | monitoring of Xarelto in patients? |

| | | | | Objections In | Responses In |
|---|---|---|---|---|---|

**385:9  -  385:18 Moore, Kenneth 2016-07-12**                     0:20

385  9          THE WITNESS:  Again, I
385 10          would -- I don't feel qualified
385 11          enough to say that using PT or the
385 12          anti-Factor Xa could be used
385 13          specifically for that specific drug
385 14          monitoring, versus what the assay
385 15          was intended for, which was to
385 16          measure -- indirectly measure the
385 17          concentrations of rivaroxaban
385 18          within the plasma.

**390:1  -  392:9  Moore, Kenneth 2016-07-12**                     2:30

390  1     Q.   Now, you actually worked on
390  2     the information related to the use of
390  3     PCCs for rivaroxaban reversal; is that
390  4     correct?
390  5     A.   I performed two studies that
390  6     assessed the use of PCCs to assess the
390  7     pharmacodynamic effects of rivaroxaban.
390  8     Q.   By PCCs.  What are PCCs?
390  9     A.   PCCs are prothrombin complex
390 10     concentrate, which is an already marketed
390 11     product by another company that is
390 12     sometimes used with hemophilia and other
390 13     conditions that people may have a
390 14     bleeding condition for.
390 15     Q.   Okay.  And so I may ask you
390 16     a couple questions tomorrow about your
390 17     PCC studies.  But generally you have
390 18     published on -- you actually published on
390 19     a couple of the studies related to the
390 20     use of PCCs; is that right?
390 21     A.   I published one study as
390 22     secondary author to Marcel Levi, who was
390 23     on our team at the time.
390 24     Q.   Now, bullet Point Number 2,
391  1     do you see that it says, "Therapeutic
391  2     monitoring."
391  3          Do you see that?
391  4     A.   I do, yes.
391  5     Q.   Okay.  You said,
391  6     "Therapeutic monitoring.  I believe there
391  7     is preference to use anti-Factor Xa
391  8     chromogenic assay with specific
391  9     rivaroxaban calibrators and controls
391 10     versus PT, based on the work done by
391 11     Bayer and Samama et al."
391 12          Do you see that?
391 13     A.   I do, yes.
391 14     Q.   Okay.  "Now I believe this
391 15     assay is available in the EU, and we are
391 16     trying to develop this assay in the
391 17     U.S.," correct?
391 18     A.   That is correct.
391 19     Q.   And that was your
391 20     understanding about what was going on
391 21     back in July of 2012, right?
391 22     A.   That is correct.
391 23     Q.   Has that assay been approved
391 24     in the United States at this point?
392  1     A.   Not as far as I know.  No.
392  2     Q.   Okay.  Now -- but you had an
392  3     understanding, obviously, when you wrote
392  4     this e-mail in July of 2012 that Bayer
392  5     had done work with Samama to look at the
392  6     use of an anti-Factor Xa assay versus PT
392  7     in measuring rivaroxaban levels, right?
392  8     A.   That was my understanding,
392  9     yes.

**392:10  -  392:21 Moore, Kenneth 2016-07-12**                    0:29

392 10     Q.   Okay.  You then state, "if

Objections
In

Responses In

| | | |
|---|---|---|
| 392 11 | PT is used, then recommend using the PT | |
| 392 12 | assay with Neoplastin Plus reagent {as | |
| 392 13 | that was the reagent used throughout | |
| 392 14 | rivaroxaban development)." | |
| 392 15 | Do you see that? | |
| 392 16 | A. Yes. | |
| 392 17 | Q. And you were making that | |
| 392 18 | recommendation with respect to the | |
| 392 19 | subject of therapeutic monitoring, | |
| 392 20 | correct? | |
| 392 21 | A. Based on that, yes. | |

**448:15 - 448:23 Moore, Kenneth 2016-07-13**                    0:23

| | |
|---|---|
| 448 15 | Q. Now, I want to show you a |
| 448 16 | couple of statements. And I just want to |
| 448 17 | see what -- whether or not you agree with |
| 448 18 | these statements or not. |
| 448 19 | The first is that generally, |
| 448 20 | higher PT values are associated with |
| 448 21 | greater bleeding risk. And I'd just like |
| 448 22 | to know whether or not you agree with |
| 448 23 | that statement now. |

Re: [448:15-448:23]
**Def Obj** Misstates the facts and evidence and lack of foundation.

Re: [448:15-448:23]
Pltf Resp These involving core pharmacology issues for the drug, and whether Mr. Moore, as lead clinical pharmacologist at Janssen for Xarelto agrees with the stetments or not. He is able to answer and provide his understanding.

**449:2 - 449:24 Moore, Kenneth 2016-07-13**                    1:00

| | |
|---|---|
| 449 2 | THE WITNESS: Are we talking |
| 449 3 | about PT values within a single |
| 449 4 | dose or across doses? |
| 449 5 | BY MR. OVERHOLTZ: |
| 449 6 | Q. I think we're talking about |
| 449 7 | higher PT values in patients that are |
| 449 8 | taking Xarelto. I'm not trying to |
| 449 9 | distinguish between a particular dose. |
| 449 10 | I'm not looking at the 20-milligram dose, |
| 449 11 | I'm not looking at the 15. Generally, |
| 449 12 | higher PT values. And i'm not even |
| 449 13 | talking about Xarelto. |
| 449 14 | Just generally, higher PT |
| 449 15 | values in patients are associated with |
| 449 16 | greater bleeding risk? |
| 449 17 | A. Well, I'll make the caveat |
| 449 18 | that generally higher PT values in |
| 449 19 | patients are potentially associated with |
| 449 20 | a greater bleeding risk. |
| 449 21 | Q. Okay. You would add -- you |
| 449 22 | would add that they are potentially |
| 449 23 | associated? |
| 449 24 | A. Potentially. |

Re: [449:2-449:24]
**Def Obj** Misstates the facts and evidence and lack of foundation.

Re: [449:2-449:24]
Pltf Resp These involving core pharmacology issues for the drug, and whether Mr. Moore, as lead clinical pharmacologist at Janssen for Xarelto agrees with the stetments or not. He is able to answer and provide his understanding.

**451:22 - 453:3 Moore, Kenneth 2016-07-13**                    1:22

| | |
|---|---|
| 451 22 | Q. So you don't believe that an |
| 451 23 | increase in PT is equal to an increase in |
| 451 24 | bleeding risk? |
| 452 1 | A. Within a dose. |
| 452 2 | Q. So within a dose, a group of |
| 452 3 | patients taking 20 milligrams of Xarelto |
| 452 4 | and you looked at patients with differing |
| 452 5 | PT values from low to high, you don't |
| 452 6 | believe there's an increased bleeding |
| 452 7 | risk in those patients with higher PTs? |
| 452 8 | A. It would be hard based on |
| 452 9 | the data that I have observed to make |
| 452 10 | that conclusion that there is a higher |
| 452 11 | risk, because the frequency of bleeding |
| 452 12 | events that occurred with patients that |

| | | | Objections In | Responses In |
|---|---|---|---|---|

452 13    have a bleeding event versus not having a
452 14    bleeding event, the PT values that we
452 15    have observed in those two patient groups
452 16    were very similar and substantially
452 17    overlapped.
452 18        So to say that within a
452 19    dose, for example 20 milligrams that you
452 20    had pointed out, it would be hard for me
452 21    to say that somebody has a higher risk if
452 22    I know that there's a substantial number
452 23    of patients that have the exact same or
452 24    higher PT value that showed no bleeding
453  1    event.
453  2        So I struggle with that
453  3    terminology.

453:4  -  453:16 Moore, Kenneth 2016-07-13          0:25
453  4    Q.  Okay.  So PT, prothrombin
453  5    time, is a measure of what?
453  6    A.  It is, as I think we pointed
453  7    out yesterday, a measure of the body's
453  8    ability to coagulate.  It's one of.
453  9    There's other metrics.  But it's one
453 10    measure, yeah.
453 11    Q.  And a higher PT indicates a
453 12    greater difficulty in coagulating the
453 13    blood for a patient.  Would you agree
453 14    with that?
453 15    A.  Logically -- logically that
453 16    would make sense, yes.

453:17 -  454:19 Moore, Kenneth 2016-07-13          1:03
453 17    Q.  Okay.  So if logically that
453 18    makes sense then -- how does the
453 19    statement that within a particular dose,
453 20    increases in PT are not associated with
453 21    increased bleeding risk, if logically
453 22    higher PTs are related to a difficulty in
453 23    coagulation of the blood for a patient?
453 24    A.  Because I don't think PT
454  1    alone is responsible for bleeding.  All
454  2    right?  So from my understanding of
454  3    prothrombin time, which is just a marker
454  4    of -- or one of many that you could
454  5    potentially bleed, there is a full
454  6    cascade of events that potentially can
454  7    occur during a bleeding event.  It's not
454  8    as simple as saying that PT is directly
454  9    related to that.
454 10        And it could be -- you know,
454 11    again, I'm not a clinician.  This is not
454 12    an area of my expertise.  I'm not a
454 13    hematologist by any stretch of the
454 14    imagination.
454 15        So from what I understand,
454 16    the complexity of bleeding and complexity
454 17    of bleeding risk has more to do -- has a
454 18    lot more to do than just prothrombin
454 19    time.

454:20 -  455:13 Moore, Kenneth 2016-07-13          0:50
454 20    Q.  And I understand that you're
454 21    not a doctor, right?  You've never
454 22    treated patients?
454 23    A.  No, I have not.
454 24    Q.  But if you had two patients
455  1    in a clinical study, let's say, and both
455  2    patients are taking Xarelto
455  3    20 milligrams, and one has a PT in the --
455  4    in the 40s --
455  5    A.  Right.
455  6    Q.  -- by Neoplastin and the
455  7    other has a PT around 14, and they both

05/23/17 14:47

Objections In

Responses In

| | | | |
|---|---|---|---|
| 455 | 8 | come into the hospital because they have | |
| 455 | 9 | an emergent event and needs surgery, the | |
| 455 | 10 | one with the PT of 40 has a greater | |
| 455 | 11 | bleeding risk in that surgery than the | |
| 455 | 12 | one with the PT of 14. Would you agree | |
| 455 | 13 | with that? | |

**455:16 -   456:4  Moore, Kenneth 2016-07-13**                    0:24

| | | |
|---|---|---|
| 455 | 16 | THE WITNESS: The caveat |
| 455 | 17 | that I'm not a doctor, I'm not a |
| 455 | 18 | surgeon, I'd have to -- you know, |
| 455 | 19 | defer you to my clinical |
| 455 | 20 | colleagues to, you know, prior to |
| 455 | 21 | surgery what a PT of 40, if that |
| 455 | 22 | would be a concern for them going |
| 455 | 23 | into surgery. |
| 455 | 24 | Obviously, as -- as we |
| 456 | 1 | pointed out, a PT of 40 gives a -- |
| 456 | 2 | a general idea of how the body is |
| 456 | 3 | again anticoagulated. That's |
| 456 | 4 | about all I could say. |

**486:15 -   486:19  Moore, Kenneth 2016-07-13**                    0:13

| | | |
|---|---|---|
| 486 | 15 | Q.   Yeah. When it comes to |
| 486 | 16 | using the drug in adults for the Afib |
| 486 | 17 | indication, the company never did any |
| 486 | 18 | testing of the use of monitoring and dose |
| 486 | 19 | adaptation for those patients, correct? |

**486:22 -   487:5  Moore, Kenneth 2016-07-13**                    0:13

| | | |
|---|---|---|
| 486 | 22 | THE WITNESS: We did not |
| 486 | 23 | routinely monitor within the |
| 486 | 24 | ROCKET program. |
| 487 | 1 | BY MR. OVERHOLTZ: |
| 487 | 2 | Q.   So you didn't test whether |
| 487 | 3 | monitoring and potential dose adjustments |
| 487 | 4 | would benefit patients in the ROCKET |
| 487 | 5 | program? |

**487:8  -   488:16  Moore, Kenneth 2016-07-13**                    1:29

| | | |
|---|---|---|
| 487 | 8 | THE WITNESS: May I -- may I |
| 487 | 9 | ask what you mean by "test"? |
| 487 | 10 | BY MR. OVERHOLTZ: |
| 487 | 11 | Q.   Well, why don't you just |
| 487 | 12 | by -- whatever you think the comment with |
| 487 | 13 | the word "test" means. |
| 487 | 14 | A.   I guess I struggle with the |
| 487 | 15 | word "test," just because that makes it |
| 487 | 16 | seem that there is a -- a result at the |
| 487 | 17 | end of the day. |
| 487 | 18 | I know that we've done |
| 487 | 19 | substantial review of the data, again, |
| 487 | 20 | from -- from beginning to end looking at |
| 487 | 21 | all avenues of the different |
| 487 | 22 | pharmacodynamic effects of rivaroxaban, |
| 487 | 23 | looking at the concentrations, and |
| 487 | 24 | whether or not there's a correlation to |
| 488 | 1 | any outcome, be it safety or efficacy, |
| 488 | 2 | and had a -- had a difficult time being |
| 488 | 3 | able to point to one -- one PD value or |
| 488 | 4 | concentration that could directly |
| 488 | 5 | correlate to an outcome. |
| 488 | 6 | So I don't know -- I don't |
| 488 | 7 | know how you used the word "test." But I |
| 488 | 8 | know that we certainly evaluated whether |
| 488 | 9 | or not monitoring was needed |
| 488 | 10 | substantially. |
| 488 | 11 | Q.   Okay. Outside of reviewing |
| 488 | 12 | data, did you actually study in a |
| 488 | 13 | clinical trial, whether it be Phase II or |
| 488 | 14 | the Phase III ROCKET study, whether |
| 488 | 15 | monitoring and potential dose adjustment |
| 488 | 16 | would benefit patients taking Xarelto? |

Objections In

Responses In

**488:19 - 489:4 Moore, Kenneth 2016-07-13**   0:20

| | |
|---|---|
| 488 19 | THE WITNESS:  May I ask you |
| 488 20 | to repeat the question again? |
| 488 21 | BY MR. OVERHOLTZ: |
| 488 22 | Q.   Sure.  Let me ask you this |
| 488 23 | way.  Isn't it true that you never |
| 488 24 | conducted any study that determined |
| 489  1 | whether or not monitoring and dose |
| 489  2 | adjustment potentially, based on the |
| 489  3 | monitoring, would benefit patients taking |
| 489  4 | Xarelto? |

**489:7 - 489:13 Moore, Kenneth 2016-07-13**   0:14

| | |
|---|---|
| 489  7 | THE WITNESS:  And this is a |
| 489  8 | specific study, clinical study |
| 489  9 | that you want run in healthy |
| 489 10 | normals or healthy volunteers or |
| 489 11 | patients or anything like that? |
| 489 12 | BY MR. OVERHOLTZ: |
| 489 13 | Q.   Or even a Phase III study. |

**489:16 - 490:8 Moore, Kenneth 2016-07-13**   0:33

| | |
|---|---|
| 489 16 | THE WITNESS:  The -- again, |
| 489 17 | I don't know how that study would |
| 489 18 | be conducted and how -- I don't |
| 489 19 | know how I would do it any |
| 489 20 | differently than what Bayer and -- |
| 489 21 | and Janssen and we had done in the |
| 489 22 | past. |
| 489 23 | So I don't -- I don't know |
| 489 24 | if there was a specific study with |
| 490  1 | a primary objective to look at |
| 490  2 | that.  I -- I don't know if that |
| 490  3 | has ever been done.  All I do know |
| 490  4 | is that all the studies that were |
| 490  5 | conducted did assess whether or |
| 490  6 | not monitoring would have been |
| 490  7 | prudent.  That's all. |
| 490  8 | BY MR. OVERHOLTZ: |



**490:9 - 491:20 Moore, Kenneth 2016-07-13**   1:20

| | |
|---|---|
| 490  9 | Q.   Okay.  Let's look at the |
| 490 10 | attachment that was to this e-mail, which |
| 490 11 | is Exhibit 29, for a minute.  That's |
| 490 12 | Record 231309, Janssen 00827613. |
| 490 13 | And this was the document |
| 490 14 | that you had reviewed and sent comments |
| 490 15 | back on that we looked at in Exhibit 28. |
| 490 16 | Do you see that? |
| 490 17 | A.   Yes. |
| 490 18 | Q.   Okay.  And there's comments |
| 490 19 | out to the right side.  It says, "Comment |
| 490 20 | TM1," and these are kind of your |
| 490 21 | initials. |
| 490 22 | Do you see that? |
| 490 23 | A.   Yes. |
| 490 24 | Q.   Okay.  I'd like to bring |
| 491  1 | your attention down to the -- there's a |
| 491  2 | paragraph kind of labeled in bold, the |
| 491  3 | anti-Xa assay? |
| 491  4 | A.   Yeah -- yes. |
| 491  5 | Q.   Okay.  And it says that, |
| 491  6 | "The anti-Xa is a chromogenic assay |
| 491  7 | that is more sensitive to rivaroxaban |
| 491  8 | than prothrombin time and is the |
| 491  9 | preferred clinical assay for a |
| 491 10 | demonstration of presence of a Xa |
| 491 11 | inhibitor drug." |
| 491 12 | Do you see that? |
| 491 13 | A.   I do, yes. |
| 491 14 | Q.   Okay.  And it talks about it |
| 491 15 | can be used in research settings as an |

**Re: [490:9-491:20]**
**Def Obj** Incomplete designation; the full question and the corresponding answer also must be designated. This testimony relates to an anti-Factor Xa assay, which has not been cleared for use in the United States and is not at issue in this case because Plaintiffs' have dropped their design defect claim. This testimony should not be allowed. FRE 403; Cologne v. Shell Oil Co., No. 12-735, 2013 WL 5781705 (E.D. La. Oct. 25, 2013) (Fallon, J.); accord Overpeck v. Roger's Supermarket, LLC, No. 12-124, 2013 WL 4500469, at *4 (N.D. Miss. Aug. 21, 2013). See also exhibit objections to Moore 29.

**Re: [490:9-491:20]**
Pltf Resp This testimony relates to Mr. Moore's comments that PD parameters like PT and Anti-Xa are similar, and speak to the "risk of bleeding"  Anti-Xa are approved in the US, but not a Xarelto specific calibrated set.  But the testimony is relevant to tohe company's knowedge of the meaning of PD tests like PT and Anti-Xa, the usefulness of such tests, and speaks directly to the duty of the company to eveałuate Ant-Xa, along with PT as valid useful test for determining the risk of bleeding.

Objections
In

Responses In



| | | |
|---|---|---|
| 491 16 | indirect method to estimate plasma | |
| 491 17 | rivaroxaban concentrations. | |
| 491 18 | Do you see that? | |
| 491 19 | A.  Yes, I do. | |
| 491 20 | Q.  And then you make a comment | |

**491:21 -   492:9 Moore, Kenneth 2016-07-13**          0:33

491 21     about that statement, out to the right,
491 22     Comment Number 4, that, "This is a
491 23     marketed assay in Europe, and I think
491 24     this goes beyond the research setting at
492  1     this point, however not yet approved in
492  2     the U.S."
492  3          Correct?
492  4     A.  That's correct.
492  5     Q.  And we talked about that
492  6     yesterday, that it's approved in Europe,
492  7     there are assays approved in Europe, but
492  8     not yet here in the United States?
492  9     A.  As far as I understand, yes.

**492:10 -   494:13 Moore, Kenneth 2016-07-13**          1:54

| | | Re: [492:10-494:13] | Re: [492:10-494:13] |
|---|---|---|---|
| 492 10 | Q.  Okay.  So if we read the | **Def Obj** See objections to 490:9-491:20 | Pltf Resp This testimony relates to Mr. Moore's |
| 492 11 | next statement, you -- in this paper that | regarding Plaintiffs' dismissal of the design | comments that PD parameters like PT and Anti- |
| 492 12 | you comment on, it says, "S. Samama" -- | defect claim. | Xa are similar, and speak to the "risk of |
| 492 13 | we talked about Professor Samama. | | bleeding" Anti-Xa tests are approved in the US, |
| 492 14 | "Samama, et al., "Laboratory | | but not a Xarelto specific calibrated set.   But |
| 492 15 | assessment of rivaroxaban:  A review." | | the testimony is relevant to tohe company's |
| 492 16 | "Noted:  In situations where | | knowedge of the meaning of PD tests like PT |
| 492 17 | assessment of rivaroxaban exposure may be | | and Anti-Xa, the usefulness of such tests, and |
| 492 18 | helpful, anti-Factor Xa chromogenic | | speaks directly to the duty of the company to |
| 492 19 | assays in tandem with standard | | eveeluate Ant-Xa, along with PT as valid useful |
| 492 20 | calibration curves generated with the use | | test for determining the risk of bleeding. |
| 492 21 | of rivaroxaban calibrators and controls | | |
| 492 22 | could be used.  It is important to note | | |
| 492 23 | that test results will be affected by the | | |
| 492 24 | timing of blood sampling after | | |
| 493  1 | rivaroxaban intake. | | |
| 493  2 | "in addition, the | | |
| 493  3 | anti-Factor Xa method measures the drug | | |
| 493  4 | concentration and not the intensity of | | |
| 493  5 | the drug's anticoagulant activity, and a | | |
| 493  6 | higher than expected rivaroxaban plasma | | |
| 493  7 | level does not necessarily indicate an | | |
| 493  8 | increased risk of bleeding | | |
| 493  9 | complications." | | |
| 493 10 | Do you see that? | | |
| 493 11 | A.  I do, yes. | | |
| 493 12 | Q.  Okay.  And then there's a | | |
| 493 13 | little dotted line that goes out to the | | |
| 493 14 | right with your comment.  If you can see | | |
| 493 15 | that. | | |
| 493 16 | A.  Right. | | |
| 493 17 | Q.  Okay.  And if we look at | | |
| 493 18 | your comment, you say, "This is true of | | |
| 493 19 | all PD parameters for rivaroxaban. | | |
| 493 20 | Elevations in PT, aPTT, et cetera, only | | |
| 493 21 | speak to the risk of bleeding, not that a | | |
| 493 22 | bleed will automatically occur if you | | |
| 493 23 | reach a certain level." | | |
| 493 24 | Do you see that? | | |
| 494  1 | A.  I do. | | |
| 494  2 | Q.  So -- and we talked about | | |
| 494  3 | the fact that elevations in PT don't mean | | |
| 494  4 | you're going to bleed automatically; | | |
| 494  5 | there has to be something that happens to | | |
| 494  6 | you for the bleed to occur? | | |
| 494  7 | A.  Something more than just | | |
| 494  8 | that, yes. | | |
| 494  9 | Q.  Okay.  "But the" -- "but the | | |
| 494 10 | elevations in PT, aPTT, et cetera, only | | |
| 494 11 | speak to the risk of bleeding." | | |
| 494 12 | Do you see that? | | |

|  |  | Objections in | Responses in |
|--|--|--|--|

494 13     A.  I do.

**494:14 -   494:23 Moore, Kenneth 2016-07-13**                                    0:41
494 14     Q.  So whenever we looked at the
494 15     statement before and I asked you whether
494 16     you agreed with higher PT values are
494 17     associated with greater bleeding risk,
494 18     and you said potentially associated with
494 19     greater bleeding risk, did you agree with
494 20     the statement, then, based on what you
494 21     said in your comments back in 2014, that
494 22     higher or elevated PT values are
494 23     associated with greater bleeding risk?

**495:3  -   496:1 Moore, Kenneth 2016-07-13**                                     0:50
495  3          THE WITNESS: Okay.  So --
495  4     and I understand your question.
495  5          Within the context of this
495  6     response and my comment here is
495  7     thinking about as you increase the
495  8     dose.  If you increase the dose,
495  9     you increase the potential for
495 10     that PT to increase also.
495 11          If you're increasing the
495 12     dose and you increase the PT, then
495 13     you can potentially increase your
495 14     risk of bleeding.
495 15          What I attempted to clarify
495 16     within the comment here that you
495 17     asked, is within a particular
495 18     dose, be it 10 milligrams, 15 or
495 19     20, if you individually look at
495 20     that dose that a patient is
495 21     getting, I have not seen any
495 22     evidence that an increase in PT
495 23     would necessarily lead to an
495 24     increase in bleeding risk based on
496  1     the data that we've observed.

**496:20 -   496:24 Moore, Kenneth 2016-07-13**                                    0:18
496 20     Q.  But if we look back at the
496 21     document.  What you stated was that
496 22     elevations in PT speak to the risk of
496 23     bleeding, right?
496 24     A.  Correct.

**497:20 -   497:24 Moore, Kenneth 2016-07-13**                                    0:18
497 20     Q.  Do you believe that the
497 21     dose, the range of plasma concentrations
497 22     that were seen in the ROCKET study in
497 23     people taking the 20-milligram dose is
497 24     the therapeutic range for the drug?

**498:3  -   498:17 Moore, Kenneth 2016-07-13**                                    0:29
498  3          THE WITNESS: So the
498  4     concentrations that we've observed
498  5     in the ROCKET trial that we've
498  6     collected from the subpopulation,
498  7     would I agree that that is the
498  8     therapeutic range?  I believe that
498  9     that is the range of
498 10     concentrations that were observed
498 11     in a Phase III trial that showed
498 12     that the drug is non-inferior to
498 13     warfarin, and hence was approved
498 14     for that indication.
498 15     BY MR. OVERHOLTZ:
498 16     Q.  Sometimes I've seen that
498 17     referred to as the "on-treatment range."

**498:20 -   498:24 Moore, Kenneth 2016-07-13**                                    0:12
498 20     BY MR. OVERHOLTZ:
498 21     Q.  Is that right?

05/23/17 14:47

| | Objections In | Responses In |
|---|---|---|

498 22   A.   It's not a term that I've
498 23   used within clinical pharmacology.  But
498 24   it may be a term that others may use.

**499:1 - 499:5 Moore, Kenneth 2016-07-13**   0:06
499  1   Q.   Okay.  The -- in determining
499  2   the therapeutic range, is it appropriate
499  3   to use the on-treatment range to
499  4   determine the therapeutic range for the
499  5   drug?

Re: [499:1-499:5]
**Def Obj** Lack of foundation and calls for speculation.

Re: [499:1-499:5]
Pltf Resp The witness is the lead clinical pharmacologist on Xarelto. He is able to answer the question clearly in his role, and specifically agrees he would refer physician to range observed in the Rocket trial.

*(handwritten: Overruled / when / area / 401)*

**499:8 - 499:16 Moore, Kenneth 2016-07-13**   0:21
499  8   THE WITNESS:  If one was
499  9   interested in estimating or
499 10   knowing if their patients -- if
499 11   the concentration of the drug in a
499 12   patient was in a particular range
499 13   for that dose of drug, I would
499 14   refer them back to the range of
499 15   concentrations observed in the
499 16   ROCKET trial.

**499:18 - 499:19 Moore, Kenneth 2016-07-13**   0:04
499 18   Q.   You would refer them to what
499 19   percentile for the range?

**499:22 - 500:1 Moore, Kenneth 2016-07-13**   0:06
499 22   BY MR. OVERHOLTZ:
499 23   Q.   The 5th and 95th?  The 25th
499 24   and 75th?  Or the zero to
500  1   100th percentile?

*(handwritten: Sustained / 401 & then / passes 401 then / 403)*

**500:4 - 500:8 Moore, Kenneth 2016-07-13**   0:08
500  4   THE WITNESS:  I would refer
500  5   them to the data that we've
500  6   collected.  I don't know if -- I
500  7   can't say it would be a particular
500  8   percentage range.

**500:10 - 501:4 Moore, Kenneth 2016-07-13**   0:44
500 10   Q.   You are aware that in
500 11   certain countries, the company actually
500 12   does report the concentration ranges for
500 13   the various indications that were seen in
500 14   clinical trials and actually puts that
500 15   information into the product labeling,
500 16   including in Europe as well as in
500 17   New Zealand?  Are you aware of that?
500 18   A.   Yeah, I'm aware that there
500 19   are differences in how different
500 20   regulatory agencies design the label and
500 21   request certain things.  So, yes, I'm
500 22   aware that some agencies may request a
500 23   concentration range.
500 24   Q.   And are you aware that the
501  1   company has included, when providing the
501  2   range, the 5th and 95th percentile as the
501  3   treatment range from the studies for
501  4   those indications?

Re: [500:10-501:4]
**Def Obj** This testimony concerns foreign regulatory matters that are not relevant, and any probative value is substantially outweighed by undue prejudice. FRE 403.

Re: [500:10-501:4]
Pltf Resp Testimony is relevant to the company's knowledge of therapeutic ranges for drug exposure, and what could be shared with physicians.  The testimony doesn't focus on foreign labeling, but instead the witness' knowledge that the information is known and available to the company.  It does not involve issues of foreign regulatory requirements.

**501:7 - 501:18 Moore, Kenneth 2016-07-13**   0:41
501  7   THE WITNESS:  I am less
501  8   aware of that since that wasn't a
501  9   request for the U.S. label, which
501 10   I have some involvement in.  Those

Re: [501:7-501:18]
**Def Obj** This testimony concerns foreign regulatory matters that are not relevant, and any probative value is substantially

Re: [501:7-501:18]
Pltf Resp Testimony is relevant to the company's knowledge of therapeutic ranges for drug exposure, and what could be shared with

05/23/17 14:47

| | | Objections In | Responses In |
|---|---|---|---|

outweighed by undue prejudice. FRE 403.

physicians.  The testimony doesn''t focus on foreign labeling, but instead the witness' knowledge that the information is known and available to the company.  It does not involve issues of foreign regulatory requirements.

| 501 | 11 | type of label questions, when you |
|---|---|---|
| 501 | 12 | are talking about outside of the |
| 501 | 13 | U.S., EMEA or Australia or Canada |
| 501 | 14 | or anything like that, those are |
| 501 | 15 | all decisions made by our partner, |
| 501 | 16 | Bayer, in conjunction with |
| 501 | 17 | regulatory, clinical, and clinical |
| 501 | 18 | pharmacology. |

**506:3  -  506:21 Moore, Kenneth 2016-07-13**                    1:49

| 506 | 3 | Q.  Okay.  Did anyone at Bayer |
|---|---|---|
| 506 | 4 | make you aware they were concerned that |
| 506 | 5 | using monitoring with dose adjustment |
| 506 | 6 | could potentially have implications on |
| 506 | 7 | the Afib indication? |
| 506 | 8 | A.  No, they did not. |
| 506 | 9 | Q.  That was something that they |
| 506 | 10 | made you aware of, that they had that |
| 506 | 11 | concern? |
| 506 | 12 | A.  Not that I'm aware of, no. |
| 506 | 13 | Q.  Let's look at what we'll |
| 506 | 14 | call Exhibit 31. |
| 506 | 15 | (Document marked for |
| 506 | 16 | identification as Exhibit |
| 506 | 17 | Moore-31.) |
| 506 | 18 | BY MR. OVERHOLTZ: |
| 506 | 19 | Q.  It's going to be Record |
| 506 | 20 | Number -- while they find the document -- |
| 506 | 21 | 834573.  And it is Janssen 05647614. |

**506:22  -  507:18 Moore, Kenneth 2016-07-13**                    1:33

| 506 | 22 | This is an e-mail chain from |
|---|---|---|
| 506 | 23 | the September 2014 time frame. |
| 506 | 24 | A.  Yes. |
| 507 | 1 | Q.  And the subject is Stago. |
| 507 | 2 | A.  Okay. |
| 507 | 3 | Q.  Okay.  So it looks like an |
| 507 | 4 | Anita Knapp-Ryseck e-mails you regarding |
| 507 | 5 | Stago at 11:05 a.m. on September 22, |
| 507 | 6 | 2014 |
| 507 | 7 | Stago is the company -- one |
| 507 | 8 | of the companies that was developing an |
| 507 | 9 | anti-Factor Xa assay that Janssen was |
| 507 | 10 | working with, correct? |
| 507 | 11 | A.  That's correct. |
| 507 | 12 | Q.  Okay.  And it says, "Hi, |
| 507 | 13 | Todd.  Regarding the Stago assay, can you |
| 507 | 14 | please have a look at the footnote text I |
| 507 | 15 | have right now in yellow and let me know |
| 507 | 16 | of any changes." |
| 507 | 17 | Do you see that? |
| 507 | 18 | A.  Yes. |

Re: [506:22-507:18]
**Def Obj** See objections to 490:9-491:20 regarding Plaintiffs' dismissal of the design defect claim. See also exhibit objections to Moore 31.

Re: [506:22-507:18]
Pltf Resp Relevant to plaintiffs failure to warn claim. Relevant to notice and motive.

**508:11  -  508:15 Moore, Kenneth 2016-07-13**                    0:09

| 508 | 11 | Q.  Okay.  And you respond to |
|---|---|---|
| 508 | 12 | Anita above that with an e-mail on |
| 508 | 13 | September 22, 2014. |
| 508 | 14 | Do you see that? |
| 508 | 15 | A.  I do. |

Re: [508:11-508:15]
**Def Obj** See objections to 490:9-491:20 regarding Plaintiffs' dismissal of the design defect claim. See also exhibit objections to Moore 31.

Re: [508:11-508:15]
Pltf Resp See response objections to 506:22-507:18.

**509:1  -  509:15 Moore, Kenneth 2016-07-13**                    0:36

| 509 | 1 | Q.  Okay.  And you say, "Hi, |
|---|---|---|
| 509 | 2 | Anita.  Within the Exploratory Objectives |
| 509 | 3 | section, we should probably change the |
| 509 | 4 | text to read, 'one, to indirectly measure |
| 509 | 5 | rivaroxaban concentrations through the |
| 509 | 6 | Stago assay at select sides.' |
| 509 | 7 | "I would remove any mention |
| 509 | 8 | of the word 'monitoring?'" |

Re: [509:1-509:15]
**Def Obj** See objections to 490:9-491:20 regarding Plaintiffs' dismissal of the design defect claim. See also exhibit objections to Moore 31.

Re: [509:1-509:15]
Pltf Resp This testimony is about the defendants removing "monitoring" or any mention of monitoring from medical publications because its not consistent with their marketing objectives. Foundation established and the quesiton does not call for speculation.

05/23/17 14:47

| | Objections In | Responses In |
|---|---|---|

509  9      Do you see that?
509  10     A.  I do, yes.
509  11     Q.  Okay. So you are talking
509  12     about changing the word "monitoring" from
509  13     her footnote and changing it to
509  14     "measure," correct?
509  15     A.  That is correct.

**509:16 -   509:19 Moore, Kenneth 2016-07-13**                    0:07
509  16     Q.  And one of the reasons you
509  17     made that suggestion is because you don't
509  18     want to raise any red flags to this
509  19     concept of monitoring, right?

**509:22 -   510:5 Moore, Kenneth 2016-07-13**                     0:11
509  22     THE WITNESS:  If I remember
509  23     correctly, it's just more
509  24     appropriate to say "indirectly
510  1      measuring."
510  2      BY MR. OVERHOLTZ:
510  3      Q.  Red flags could have
510  4      implications to the other indications for
510  5      Xarelto, right?

**Re: [509:22-510:5]**
**Def Obj** Lack of foundation and calls for speculation as to 510:3-9.

**510:8 -   510:9 Moore, Kenneth 2016-07-13**                     0:03
510  8      THE WITNESS:  I can't
510  9      comment in regards to that.

**Re: [510:8-510:9]**
**Def Obj** Lack of foundation and calls for speculation as to 510:3-9.

**511:18 -   513:13 Moore, Kenneth 2016-07-13**                   1:31
511  18     Q.  Let's -- let's look and see.
511  19     If you can look, there's a response by
511  20     Catherine Van den Boom.
511  21     Do you see that?
511  22     A.  I do.
511  23     Q.  It says, "Hi, Anita and
511  24     Todd. I like the text. Do we need to
512  1      mention somewhere, outline or BB, that
512  2      this is for the 510(k) application for
512  3      the Stago in the U.S.?"
512  4      Do you see that?
512  5      A.  I do, yes.
512  6      Q.  So Stago was actually
512  7      applying using the 510(k) process to have
512  8      their assay approved for use in the
512  9      United States or cleared for use in the
512  10     United States; is that right?
512  11     A.  That's my understanding.
512  12     Q.  Okay. And so you respond
512  13     and said, "I don't think it would be
512  14     necessary for the study outline. Perhaps
512  15     it would be okay for the BB."
512  16     And that's briefing book?
512  17     A.  Yes.
512  18     Q.  Okay. And that's what goes
512  19     to the FDA?
512  20     A.  Yes.
512  21     Q.  Okay. Anita Knapp-Ryseck
512  22     responds and says, "That sounds good."
512  23     And then Liza Pina responds to you on the
512  24     very top of the page on September 22,
513  1      2014, at 5 -- at 5:09.
513  2      Do you see that e-mail?
513  3      A.  I do, yes.
513  4      Q.  Okay. And Liza Pina says,
513  5      "Todd, your suggestions sound good. The
513  6      word 'monitoring' raises an unwanted
513  7      flag."
513  8      Do you see that?
513  9      A.  I do, yes.
513  10     Q.  Okay. So not only does

**Re: [511:18-513:13]**
**Def Obj** See objections to 490:9-491:20 regarding Plaintiffs' dismissal of their design defect claim.

Re: [511:18-513:13]
Pltf Resp This testimony is about the defendants removing "monitoring" or any mention of monitoring from medical publications because its not consistent with their marketing objectives. Foundation established and the quesiton does not call for speculation.

| | Objections In | Responses In |
|---|---|---|

513 11    using the word "monitoring" raise a red
513 12    flag, it's an unwanted flag by the
513 13    company, correct?

**513:16 - 513:19 Moore, Kenneth 2016-07-13**    0:06
513 16    THE WITNESS: I can't speak
513 17    to what Liza meant when she said
513 18    an unwanted flag in this
513 19    particular regard.

Re: [513:16-513:19]
**Def Obj** Lack of foundation and calls for
speculation.

**513:20 - 513:24 Moore, Kenneth 2016-07-13**    0:13
513 20    I know Liza was relatively
513 21    new to the company by the time she
513 22    came onto the team. So I -- I
513 23    really can't speak to what she
513 24    meant by that.

**521:9 - 521:19 Moore, Kenneth 2016-07-13**    0:24
521 9    Q. Okay. So one of the things
521 10    that we looked at yesterday was this
521 11    diagram that I drew that's not yet been
521 12    marked because I haven't finished drawing
521 13    on it yet. It says, "Routine clinical
521 14    monitoring, Xarelto does not require."
521 15    That's one of the claims that are made to
521 16    physicians and patients in the United
521 17    States about the use of Xarelto is that
521 18    it does not require monitoring, correct?
521 19    A. That's correct.

Re: [521:9-521:19]
**Def Obj** No objection to testimony, but
Defendants object to underlying exhibit,
which is a handmade document created by
Plaintiffs' counsel. See exhibit objections to
Moore 32.

Re: [521:9-521:19]
Pltf Resp The witness agreed with the
demonstrative exhibit and the content on the
demonstrative.

**524:10 - 524:17 Moore, Kenneth 2016-07-13**    0:25
524 10    Q. I asked whether or not you
524 11    agreed with the statement that Janssen
524 12    nor Bayer never studied monitoring, and
524 13    by "study" I mean that they use
524 14    monitoring during a clinical study in
524 15    which the blood levels, the PD or PK
524 16    measurements, would be used to
524 17    potentially dose adapt for the patients.

Re: [524:10-524:17]
**Def Obj** Lack of foundation and calls for
speculation.

Re: [524:10-524:17]
Pltf Resp See response to objection 338:4-
340:24

**524:20 - 525:3 Moore, Kenneth 2016-07-13**    0:22
524 20    THE WITNESS: I am not aware
524 21    of studies -- and again, there
524 22    could have been work that was done
524 23    by Bayer. There's a long history
524 24    before I ever started with it.
525 1    I am not aware of studies
525 2    that had an objective of dose
525 3    adjustment based on monitoring.

Re: [524:20-525:3]
**Def Obj** Lack of foundation and calls for
speculation.

Re: [524:20-525:3]
Pltf Resp See response to objection 338:4-
340:24

**525:5 - 525:16 Moore, Kenneth 2016-07-13**    1:05
525 5    Q. Okay. So let me show you
525 6    what we'll mark as Exhibit Number 33.
525 7    (Document marked for
525 8    identification as Exhibit
525 9    Moore-33.)
525 10    BY MR. OVERHOLTZ:
525 11    Q. Record Number 161 -- hold on
525 12    one second. Let me show you what we'll
525 13    mark as Exhibit 33, which is 144360. And
525 14    we can go ahead and provide Exhibit 34,
525 15    which is 144361.
525 16    (Document marked for

Re: [525:5-525:16]
**Def Obj** See exhibit objections to Moore 33
and Moore 34.

Re: [525:5-525:16]
Pltf Resp See plaintiffs response to the
objections to Moore 33 and 34

**525:20 - 526:6 Moore, Kenneth 2016-07-13**    0:21
525 20    Q. So I'm showing you this
525 21    e-mail and the attachment from
525 22    August 2014. The subject is, "Hold for
525 23    review of time sensitive PR
525 24    communication." That went to several
526 1    people in J&J including the Xarelto core
526 2    team.

Re: [525:20-526:6]
**Def Obj** See exhibit objections to Moore 33
and Moore 34.

Re: [525:20-526:6]
Pltf Resp See plaintiffs response to the
objections to Moore 33 and 35

05/23/17 14:47

| | | | Objections In | Responses In |
|---|---|---|---|---|

| 526 | 3 | Just so you know, you're not | | |
| 526 | 4 | copied on this e-mail at this point in | | |
| 526 | 5 | time. | | |
| 526 | 6 | A.  Okay. | | |

**527:20 -  528:3  Moore, Kenneth 2016-07-13**                    0:18

| 527 | 20 | Q.  All right.  Well, let's look |
| 527 | 21 | at the top of 144360.  And you can see |
| 527 | 22 | that Kristina Chang sets this e-mail |
| 527 | 23 | chain off, and she attaches -- she |
| 527 | 24 | attaches a document for field on |
| 528 | 1 | August 14th at 9:38 a.m. |
| 528 | 2 | Do you see that? |
| 528 | 3 | A.  I do see that. |

**Re: [527:20-528:3]**
**Def Obj** See exhibit objections to Moore 33 and Moore 34.

**Re:** [527:20-528:3]
**Pltf Resp** See plaintiffs response to the objections to Moore 33 and 36

**528:20 -  530:23  Moore, Kenneth 2016-07-13**                    1:52

| 528 | 20 | Q.  And Paul Burton e-mails and |
| 528 | 21 | he attaches this attachment that we're -- |
| 528 | 22 | that you're looking at in Exhibit -- is |
| 528 | 23 | it 33 and 34?  And says, "I think the |
| 528 | 24 | edits for clarity are valuable.  I would |
| 529 | 1 | keep the information in the middle |
| 529 | 2 | column, that we performed testing for |
| 529 | 3 | monitoring in early and late stage trials |
| 529 | 4 | and were able to confidently conclude |
| 529 | 5 | that monitoring is neither necessary nor |
| 529 | 6 | required with Xarelto use in routine |
| 529 | 7 | clinical practice." |
| 529 | 8 | Do you see that? |
| 529 | 9 | A.  I do, yes. |
| 529 | 10 | Q.  Okay.  And then he says, "I |
| 529 | 11 | am cc'ing Todd Moore, our PK/PD leader |
| 529 | 12 | for Xarelto, just to keep him looped in |
| 529 | 13 | on this important topic." |
| 529 | 14 | Right? |
| 529 | 15 | A.  I see that, yes. |
| 529 | 16 | Q.  Okay.  So then if we look at |
| 529 | 17 | the Exhibit 34, which is the attachment, |
| 529 | 18 | and we look at the first page, you see |
| 529 | 19 | there's three columns across the top. |
| 529 | 20 | One is lawsuits. |
| 529 | 21 | Do you see that? |
| 529 | 22 | A.  I do. |
| 529 | 23 | Q.  Okay.  And second is routine |
| 529 | 24 | blood monitoring.  Do you see that? |
| 530 | 1 | A.  I do. |
| 530 | 2 | Q.  And then AE rate |
| 530 | 3 | comparisons.  Do you see that? |
| 530 | 4 | A.  Yes. |
| 530 | 5 | Q.  Okay.  And if you can look |
| 530 | 6 | with me in the routine blood monitoring |
| 530 | 7 | column, the -- the Column 2, it says, |
| 530 | 8 | "Given the variability of blood |
| 530 | 9 | thinning effect of warfarin, we developed |
| 530 | 10 | Xarelto with reliability in mind.  That's |
| 530 | 11 | why in the early stages of development |
| 530 | 12 | and continuing into Phase III trials it |
| 530 | 13 | was critical for us to understand the |
| 530 | 14 | predictability of blood thinning effect |
| 530 | 15 | of Xarelto.  In order to assess this, we |
| 530 | 16 | conducted blood monitoring in several of |
| 530 | 17 | our trials, all of which demonstrated |
| 530 | 18 | that Xarelto delivered a reliable and |
| 530 | 19 | predictable blood thinning effect and |
| 530 | 20 | that the medicine does not require |
| 530 | 21 | routine monitoring." |
| 530 | 22 | Do you see that? |
| 530 | 23 | A.  I do, yes. |

**Re: [528:20-530:23]**
**Def Obj** This testimony is not relevant; it relates to the routine monitoring of Xarelto, a claim Plaintiffs expressly abandoned this claim in the face of summary judgment and Daubert briefing. Pls.' Opp to Def's Dosing, Monitoring and Design Preemption MSJ [Rec. Doc. 5652] at 2; Pls.' Opp to Def's LPLA Design Defect MSJ [Rec. Doc. 5606] at 10 n.30]. The testimony also is not relevant because it relates to PR communications regarding Xarelto lawsuits other than Plaintiffs. Any probative value is substantially outweighed by undue prejudice. See FRE 403; exhibit objections to Moore 34.

**Re:** [528:20-530:23]
**Pltf Resp** The witness admits that the Defendants did not "truly test for monitoring".The evidence is relevant to Plaintiff™'s failure to warn claim.  It establishes that Defendants knew they might not have the safest dose for patients with Afib which made it even more important to instruct physicians about the advisability of measuring and the ability to measure, the anticoagulant effect of Xarelto using Neoplastin PT  and or to include in its design of Xarelto an anti-Factor Xa assay and reversal agent.

**532:6  -  532:16  Moore, Kenneth 2016-07-13**                    0:27

| 532 | 6 | Q.  Okay.  So now let's look at |
| 532 | 7 | what we'll mark as Exhibit Number 35. |
| 532 | 8 | (Document marked for |

**Re: [532:6-532:16]**
**Def Obj** See objections to 528:20-530:23 regarding routine monitoring and exhibit

**Re:** [532:6-532:16]
**Pltf Resp** See above response.  Witness in this email says he "truly" doesn™t belive the

| | | Objections In | Responses In |
|---|---|---|---|
| 532 9 | identification as Exhibit | objections to Moore 35. | company tested for monitoring. he was the clinical pharmacologist for Xarelto.   Relevant to |
| 532 10 | Moore-35.) | | plaintiffs failure to warn claim. Relevant to |
| 532 11 | BY MR. OVERHOLTZ: | | notice and motive. The witness admits that the |
| 532 12 | Q.   That is going to be Record | | Defendants did not "truly test for monitoring". |
| 532 13 | Number 161823, and this is a follow-up | | |
| 532 14 | e-mail from the e-mail that we just | | |
| 532 15 | looked at from Paul Burton regarding | | |
| 532 16 | this. | | |

**535:10 -   536:11 Moore, Kenneth 2016-07-13**                                    0:43

| | | **Re: [535:10-536:11]** | Re: [535:10-536:11] |
|---|---|---|---|
| 535 10 | in his e-mail, right? | **Def Obj** See objections to 528:20-530:23 | Pltf Resp See above response.  Witness in this |
| 535 11 | MR. ZELLERS: Object to | regarding routine monitoring and exhibit | email says he "truly" doesn''t belive the |
| 535 12 | form. | objections to Moore 35. | company tested for monitoring. he was the |
| 535 13 | THE WITNESS:  I'm sorry. | | clincal pharmacologist for Xarelto.  Relevant to |
| 535 14 | What is the specific question? | | plaintiffs failure to warn claim. Relevant to |
| 535 15 | I'm sorry. | | notice and motive. The witness admits that the |
| 535 16 | BY MR. OVERHOLTZ: | | Defendants did not "truly test for monitoring". |
| 535 17 | Q.   Let's try to start over and | | |

| | | **Re: [535:19-536:7]** | Re: [535:19-536:7] |
|---|---|---|---|
| 535 18 | make sure we're following each other. | **Def Obj** See objections to 528:20-530:23 | Pltf Resp See above response.  Witness in this |
| 535 19 | Paul Burton sends an e-mail | regarding routine monitoring and exhibit | email says he "truly" doesn''t belive the |
| 535 20 | on September -- August 14, 2014, at | objections to Moore 35. | company tested for monitoring. he was the |
| 535 21 | 10:43 a.m. -- | | clincal pharmacologist for Xarelto.  Relevant to |
| 535 22 | A.   Yes. | | plaintiffs failure to warn claim. Relevant to |
| 535 23 | Q.   -- in which he attaches a | | notice and motive. The witness admits that the |
| 535 24 | file, a draft field comment reactive only | | Defendants did not "truly test for monitoring". |
| 536 1 | edits PowerPoint. | | |
| 536 2 | A.   Yes. | | |
| 536 3 | Q.   Okay.  And we looked at that | | |
| 536 4 | PowerPoint exhibit in Exhibit Number 34 | | |
| 536 5 | in which there was this Operation Clarity | | |
| 536 6 | document. | | |
| 536 7 | Do you recall that? | | |
| 536 8 | MR. ZELLERS: Object to | | |
| 536 9 | form. | | |
| 536 10 | THE WITNESS:  He is | | |
| 536 11 | referring to this document. | | |

**535:19 -   536:7   Moore, Kenneth 2016-07-13**                                    0:26

| | Objections In | Responses In |
|---|---|---|
| 535 19  Paul Burton sends an e-mail<br>535 20  on September -- August 14, 2014, at<br>535 21  10:43 a.m. --<br>535 22  A.  Yes.<br>535 23  Q.  -- in which he attaches a<br>535 24  file, a draft field comment reactive only<br>536 1  edits PowerPoint.<br>536 2  A.  Yes.<br>536 3  Q.  Okay.  And we looked at that<br>536 4  PowerPoint exhibit in Exhibit Number 34<br>536 5  in which there was this Operation Clarity<br>536 6  document.<br>536 7  Do you recall that? | **Re: [535:19-536:7]**<br>**Def Obj** See objections to 528:20-530:23<br>regarding routine monitoring and exhibit<br>objections to Moore 35.<br>**Re: [535:10-536:11]**<br>**Def Obj** See objections to 528:20-530:23<br>regarding routine monitoring and exhibit<br>objections to Moore 35. | Re: [535:10-536:11]<br>Pltf Resp See above response.  Witness in this<br>email says he "truly" doesn"t belive the<br>company tested for monitoring.  he was the<br>clinical pharmacologist for Xarelto.  Relevant to<br>plaintiffs failure to warn claim. Relevant to<br>notice and motive.  The witness admits that the<br>Defendants did not "truly test for monitoring". |

**537:6  -  537:17 Moore, Kenneth 2016-07-13**                    0:21

| 537 6  Q.  The e-mail is from -- the<br>537 7  e-mail is from 33, Exhibit 33, and<br>537 8  Exhibit 35 --<br>537 9  A.  I was just looking at the<br>537 10  text to make sure that the text listed in<br>537 11  this exhibit under an e-mail sent by Paul<br>537 12  Burton on Thursday, August 14th was the<br>537 13  same text that I read in Exhibit 33.<br>537 14  Q.  Correct.<br>537 15  A.  And it appears to be the<br>537 16  same text.<br>537 17  Q.  Same text.  The only | **Re: [537:6-537:17]**<br>**Def Obj** See objections to 528:20-530:23<br>regarding routine monitoring and exhibit<br>objections to Moore 35. Incomplete<br>designation; only half of the question is<br>designated at 537:17. | Re: [537:6-537:17]<br>Pltf Resp See above response.  Witness in this<br>email says he "truly" doesn"t belive the<br>company tested for monitoring. he was the<br>clinical pharmacologist for Xarelto.  Relevant to<br>plaintiffs failure to warn claim. Relevant to<br>notice and motive.  The witness admits that the<br>Defendants did not "truly test for monitoring". |

**537:18  -  537:23 Moore, Kenneth 2016-07-13**                    0:23

| 537 18  difference is the timestamp seems to be<br>537 19  different.  This one says 2:42:47 p.m.,<br>537 20  and the one on Exhibit 35 says 10:43 a.m.<br>537 21  A.  Again, all I can confirm is<br>537 22  that the text in the two seems to be the<br>537 23  same.  I can't speak to anything else. | | |

**538:8  -  538:14 Moore, Kenneth 2016-07-13**                    0:18

| 538 8  Q.  He's referring to -- he's<br>538 9  responding to an e-mail in both exhibits<br>538 10  sent by Roxanne O. McGregor-Beck,<br>538 11  correct, on August 14, 2014, in which the<br>538 12  text says, "I prefer the version Michael<br>538 13  edited, more concise and to the point."<br>538 14  A.  I see that. | **Re: [538:8-538:14]**<br>**Def Obj** See objections to 528:20-530:23<br>regarding routine monitoring and exhibit<br>objections to Moore 35. | Re: [538:8-538:14]<br>Pltf Resp See above response.  Witness in this<br>email says he "truly" doesn"t belive the<br>company tested for monitoring.  he was the<br>clinical pharmacologist for Xarelto.  Relevant to<br>plaintiffs failure to warn claim. Relevant to<br>notice and motive.  The witness admits that the |

05/23/17 14:47

| | Objections In | Responses In |
|---|---|---|
| | | Defendants did not "truly test for monitoring". |

**544:14 - 547:12 Moore, Kenneth 2016-07-13**    **2:27**

| | | |
|---|---|---|
| 544 14 Q. Okay. And so you were able | Re: [544:14-547:12] | Re: [544:14-547:12] |
| 544 15 to respond to him, though, if we look at | **Def Obj** See objections to 528:20-530:23 | Pltf Resp See above response. Witness in this |
| 544 16 Exhibit 35. Do you see where -- if you | regarding routine monitoring and exhibit | email says he "truly" doesn'"t belive the |
| 544 17 look at the e-mail on the first page from | objections to Moore 35. | company tested for monitoring. he was the |
| 544 18 Ms. Judy Wagner to you on August 14th. | | clincal pharmacologist for Xarelto. Relevant to |
| 544 19 Do you see that? | | plaintiffs failure to warn claim. Relevant to |
| 544 20 A. Yes. | | notice and motive. The witness admits that the |
| 544 21 Q. And she says, "Hi, Todd. | | Defendants did not "truly test for monitoring". |

544 22    Can you please take a look at the
544 23    statements made, second column re routine
544 24    blood monitoring and verify accuracy?"
545  1     So she's talking about
545  2    routine blood monitoring and asking you
545  3    to verify the accuracy, right?
545  4  A. That's what it states in
545  5    this e-mail.
545  6  Q. "I am also looking for a
545  7    reference for this statement. Is this
545  8    anywhere in the ROCKET study report?
545  9    This statement will be going out to sales
545 10    representatives to address
545 11    questions/challenges related to
545 12    monitoring of rivaroxaban."
545 13     Do you see that?
545 14  A. Yes, I do.
545 15  Q. And so then you respond to
545 16    Judy's e-mail.
545 17     Do you see that? Up above?
545 18  A. I do.
545 19  Q. On August 15th. And you
545 20    state, "Dear Judy." And you copy Paul
545 21    Burton on your e-mail, right?
545 22  A. Mm-hmm.
545 23  Q. You copy Kenneth Turner,
545 24    your supervisor, right?
546  1  A. Yes.
546  2  Q. Christopher Nessel and Anne
546  3    Vosatka, right?
546  4  A. That's right.
546  5  Q. As well as Dagmar Kubitza
546  6    over at Bayer, right?
546  7  A. Correct.
546  8  Q. And you say, "I am concerned
546  9    with the statement made in the middle
546 10    column, testing for monitoring was
546 11    performed in early and late stage
546 12    trials."
546 13     Do you see that?
546 14  A. I do.
546 15  Q. Was there a version of the
546 16    PR statement that included language that
546 17    specifically made the quote, "Testing for
546 18    monitoring was performed in early and
546 19    late stage trials?"
546 20  A. I don't recall.
546 21  Q. And you said, "I don't

Objections In

Responses In

| 546 22 | believe this statement is accurate. |
| 546 23 | After discussing this with Dagmar this |
| 546 24 | morning, perhaps a better strategy would |
| 547  1 | be to highlight the results from the |
| 547  2 | multiple large postmarketing studies that |
| 547  3 | appear to show a consistent bleeding |
| 547  4 | profile and was determined in the pivotal |
| 547  5 | Phase III trials." |
| 547  6 | Correct?  Do you see that? |
| 547  7 | A.  Yes. |
| 547  8 | Q.  And then you state, "I state |
| 547  9 | this because I don't believe we truly |
| 547 10 | tested for monitoring." |
| 547 11 | Do you see that? |
| 547 12 | A.  I do, yes. |

547:13 - 547:18 Moore, Kenneth 2016-07-13    0:16

| 547 13 | Q.  Okay.  So when you e-mailed |
| 547 14 | Judy Wagner and your boss and Dagmar |
| 547 15 | Kubitza over at Bayer in August 15th of |
| 547 16 | 2014, you did not believe that the |
| 547 17 | companies had truly tested for |
| 547 18 | monitoring, correct? |

547:21 - 549:10 Moore, Kenneth 2016-07-13    1:12

| 547 21 | THE WITNESS:  Within the |
| 547 22 | context of this e-mail and what -- |
| 547 23 | if I remember correctly, it wasn't |
| 547 24 | so much that we didn't assess for |
| 548  1 | monitoring.  I didn't know, as I |
| 548  2 | still to this day don't know, how |
| 548  3 | one tests for monitoring.  And if |
| 548  4 | any statement went out to the |
| 548  5 | public using the term "testing for |
| 548  6 | monitoring," myself as the |
| 548  7 | clinical pharmacologist at that |
| 548  8 | time would have difficulty in |
| 548  9 | trying to explain what that is. |
| 548 10 | That's why I tried to |
| 548 11 | reroute them in saying, well, we |
| 548 12 | assessed, again, across all the |
| 548 13 | Phase III trials, and even better |
| 548 14 | when you take a look at the |
| 548 15 | postmarketing data, all of it is |
| 548 16 | very consistent.  And we certainly |
| 548 17 | have done numerous ways of |
| 548 18 | assessing the data from our early |
| 548 19 | Phase I trials all the way through |
| 548 20 | the Phase III trials to see |
| 548 21 | whether or not we could actually |
| 548 22 | correlate any sort of |
| 548 23 | pharmacodynamic or pharmacokinetic |
| 548 24 | effect to any outcome, which we |
| 549  1 | have not. |
| 549  2 | But to have a statement |
| 549  3 | within their document saying, "We |
| 549  4 | tested for monitoring," I just |
| 549  5 | didn't know what testing meant. |
| 549  6 | And, therefore, I didn't think it |
| 549  7 | would be appropriate from a |
| 549  8 | scientific standpoint for me to |
| 549  9 | back that up if I couldn't |
| 549 10 | adequately describe it. |

549:18 - 550:8 Moore, Kenneth 2016-07-13    0:32

| 549 18 | Q.  But let me ask you this. |
| 549 19 | When you respond to this e-mail in |
| 549 20 | August 15, 2014, and you said you were |
| 549 21 | concerned with the statement and that you |
| 549 22 | also said, "I don't believe we truly |
| 549 23 | tested for monitoring," you're saying |
| 549 24 | that was because you didn't understand |
| 550  1 | what testing meant? |



Re: [549:18-550:8]

**Def Obj** See objections to 528:20-530:23 regarding routine monitoring and exhibit objections to Moore 35.

Re: [549:18-550:8]

Pltf Resp See above response.  Witness in this email says he "truly" doesn"t belive the company tested for monitoring. he was the clinical pharmacologist for Xarelto.  Relevant to plaintiffs failure to warn claim. Relevant to notice and motive.  The witness admits that the Defendants did not "truly test for monitoring."

05/23/17 14:47

**Objections In**

**Responses In**



| | |
|---|---|
| 550  2 | A.  I don't -- I couldn't say as |
| 550  3 | the scientist that was working with the |
| 550  4 | Xarelto at the time, in the ClinPharm |
| 550  5 | department, that if somebody would come |
| 550  6 | to me and ask me, "How did you test for |
| 550  7 | monitoring," I don't know how I would be |
| 550  8 | able to answer them. |

---

**550:9  -  550:19 Moore, Kenneth 2016-07-13**

| | |
|---|---|
| 550  9 | Q.   You were the clinical |
| 550 10 | pharmacology lead for Xarelto at Janssen |
| 550 11 | Pharmaceuticals from 2010 to 2015, |
| 550 12 | correct? |
| 550 13 | A.   That is correct. |
| 550 14 | Q.   I'm a lawyer sitting here at |
| 550 15 | a table in 2016.  And I know how you |
| 550 16 | would test for routine clinical |
| 550 17 | monitoring in a clinical study.  You're |
| 550 18 | telling me that you don't understand |
| 550 19 | that? |

**0:22**

**Re: [550:9-550:19]**
**Def Obj** Argumentative and not relevant. FRE 401 and 403. Implying that because a lawyer sitting at a table allegedly knows how to conduct a hypothetical test in a clinical trial, a clinical pharmacologist also should know how to conduct the test is asked only to harass the witness and inflame the jury.

Re: [550:9-550:19]
Pltf Resp The question is relevant and appropriate in light of the witness' role within the company, and his stated knowledge of the document discussed in this questioning is highly relevant to a critical issue in the case, and whether the company acted with reasonable care in saying that monitoring would not be helful, when in fact Mr. Moore admits the comapny never even tested for monitoring.  The Q&A goes to the witness' credibility and truthfulness, and his denials of not knowing what "tested" meant, when he is the person who wrote the email.

_Overruled_

---

**550:22 -  550:23 Moore, Kenneth 2016-07-13**

| | |
|---|---|
| 550 22 | THE WITNESS:  How would you |
| 550 23 | test for monitoring? |

**0:01**

**Re: [550:22-550:23]**
**Def Obj** Argumentative and not relevant. FRE 401 and 403. Implying that because a lawyer sitting at a table allegedly knows how to conduct a hypothetical test in a clinical trial, a clinical pharmacologist also should know how to conduct the test is asked only to harass the witness and inflame the jury.

Re: [550:22-550:23]
Pltf Resp The question is relevant and appropriate in light of the witness' role within the company, and his stated knowledge of the drugs development.  The document discussed in this questioning is highly relevant to a critical issue in the case, and whether the company acted with reasonable care in saying that monitoring would not be helful, when in fact Mr. Moore admits the comapny never even tested for monitoring.  The Q&A goes to the witness' credibility and truthfulness, and his denials of not knowing what "tested" meant, when he is the person who wrote the email.

---

**551:4  -  551:10 Moore, Kenneth 2016-07-13**

| | |
|---|---|
| 551  4 | The company could have |
| 551  5 | tested a routine clinical monitoring |
| 551  6 | strategy in either the ROCKET trial or |
| 551  7 | another trial to determine whether or not |
| 551  8 | that would benefit patient care and |
| 551  9 | improve efficacy and improve safety, |
| 551 10 | correct? |

**0:13**

---

**551:13 -  553:8  Moore, Kenneth 2016-07-13**

| | |
|---|---|
| 551 13 | THE WITNESS:  I believe a -- |
| 551 14 | the company assessed that, both |
| 551 15 | companies, Bayer and Janssen, |
| 551 16 | assessed that paradigm, looking at |
| 551 17 | all the data we collected today |
| 551 18 | and found that that was truly -- |
| 551 19 | that was not necessary based on |
| 551 20 | the fact, again, that we |
| 551 21 | collected showed that monitoring |
| 551 22 | in that particular case wasn't |
| 551 23 | necessary, that it was -- it had |
| 551 24 | no idea of looking at a |
| 552  1 | correlation between any of the PK |

**1:15**

05/23/17 14:47

| | | | Objections In |
|---|---|---|---|

552 2    and PD parameters, at least from a
552 3    clinical pharmacology standpoint,
552 4    that would lead to an outcome. So
552 5    I can't speak for the company in
552 6    general from a clinical
552 7    pharmacology standpoint. But I
552 8    can only tell you that when
552 9    looking at the data at hand,
552 10    looking at either the PK or PD
552 11    data, trying to correlate it to
552 12    some sort of outcome, we weren't
552 13    able to justify that that would be
552 14    able to be used as a monitoring
552 15    technique.
552 16    Now, if we did find -- and
552 17    we still continue today, to look
552 18    at all the data that comes in.
552 19    And as the data presents itself,
552 20    if in the future we -- we see that
552 21    is of benefit, of course, then
552 22    that becomes, you know, you know,
552 23    part of the -- the next steps.
552 24    But to date, again,
553 1    everything that I've seen in my
553 2    short-term time with rivaroxaban,
553 3    I have not seen that.
553 4    BY MR. OVERHOLTZ:
553 5    Q.  There wasn't -- the company
553 6    knew how to use routine clinical
553 7    monitoring in a study but just didn't do
553 8    it in the ROCKET study, correct?

553:11 -    554:9   Moore, Kenneth 2016-07-13         0:33
553 11    THE WITNESS:  I think the
553 12    company was aware of, obviously,
553 13    the assays that could be used to
553 14    measure the pharmacodynamic
553 15    effect.  And we did do that within
553 16    the study itself.
553 17    I can't speak to the design
553 18    of the study or what they went
553 19    into in the beginning and how they
553 20    were going to use the
553 21    pharmacodynamic data.  But I know
553 22    what we did with the
553 23    pharmacodynamic data once it was
553 24    obtained.
554 1    We took a look at all the
554 2    data that was obtained, and then
554 3    tried -- again, looking at it, if
554 4    there was any correlation to the
554 5    data, be it pharmacodynamic or
554 6    pharmacokinetic, whether or not
554 7    that would lead to an outcome or
554 8    inform us in regards to an
554 9    outcome, which it has not.

555:12 -    555:20  Moore, Kenneth 2016-07-13         1:11
555 12    Q.  Let me show you what we'll
555 13    mark as Exhibit 36 and 37.
555 14    All right.  So this is an
555 15    e-mail, Record Number 1357997, Janssen
555 16    08066931.  And the attachment to it --
555 17    that's Exhibit Number 36.
555 18    The attachment to it is
555 19    e-mail Number 37 -- I mean Exhibit Number
555 20    37, which is the PowerPoint attachment.

555:21 -    556:16  Moore, Kenneth 2016-07-13         0:53
555 21    And so if you can take a
555 22    look with me at that on Exhibit 36. You
555 23    see that that's the same e-mail from Judy
555 24    Wagner that you responded to in which you

Re: [555:21-556:16]
Def Obj See objections to 528:20-530:23
regarding routine monitoring and exhibit
objections to Moore 36 and Moore 37.

Re: [555:21-556:16]
Pltf Resp This evidence in these documents is
highly releant, in it establishes the context of
Mr. Moore's statement to the other company

05/23/17 14:47

Objections In

Responses In

| | | |
|---|---|---|
| 556 1 | demonstrated some concern for use of the | executives and scientists that he "truly" didnt |
| 556 2 | statement regarding testing for | believe the company had tested for monitoring, |
| 556 3 | monitoring. | yet the company has told physicians and |
| 556 4 | Do you see that? | patients, and jruires that monitoring wouldnt |
| 556 5 | "Hi, Todd. Can you please | help.  Relevant to plaintiffs failure to warn |
| 556 6 | take a look at the statements made in the | claim. Relevant to notice and motive.  The |
| 556 7 | second column?" | witness admits that the Defendants did not |
| 556 8 | A.  I can confirm that the text | "truly test for monitoring". |
| 556 9 | is the same. | |
| 556 10 | Q.  Okay. And this is an e-mail | |
| 556 11 | that she sent to you on August 14, 2014, | |
| 556 12 | where she asked you to take a look at | |
| 556 13 | those statements that she made.  And she | |
| 556 14 | attaches what we'll look at as Exhibit 37 | |
| 556 15 | if we can, which is another version of | |
| 556 16 | this draft field communication document. | |

401, 602

overruled

**556:24 - 557:13 Moore, Kenneth 2016-07-13**    0:38

| | |
|---|---|
| 556 24 | Q.  All right. It says -- and |
| 557 1 | the title of this is, "Addressing |
| 557 2 | Misperceptions Regarding Our Medicine." |
| 557 3 | Do you see that? |
| 557 4 | A.  I do, yeah. |
| 557 5 | Q.  And it has the same three |
| 557 6 | columns, lawsuits, routine blood |
| 557 7 | monitoring, and AE rate comparisons, that |
| 557 8 | we saw with Exhibit Number 34. |
| 557 9 | A.  The column -- column headers |
| 557 10 | are the same, yes. |
| 557 11 | Q.  All right.  Now, if we look |
| 557 12 | at the second column, the second column |
| 557 13 | has different language in it, correct? |

**Re: [556:24-557:13]**
**Def Obj** See objections to 528:20-530:23
regarding routine monitoring and exhibit
objections to Moore 36 and Moore 37.

Re: [556:24-557:13]
Pltf Resp See above response.  This evidence in
these documents is highly releant, in it
establishes the context of Mr. Moore's
statment to the other company executives and
scientists that he "truly" didnt believe the
company had tested for monitoring, yet the
company has told physicians and patients, and
jruires that monitoring wouldnt help.  Relevant
to plaintiffs failure to warn claim. Relevant to
notice and motive.  The witness admits that the
Defendants did not "truly test for
monitoring".Relevant to plaintiffs failure to
warn claim. Relevant to notice and motive.  The
witness admits that the Defendants did not
"truly test for monitoring".

**557:18 - 557:21 Moore, Kenneth 2016-07-13**    0:08

| | |
|---|---|
| 557 18 | THE WITNESS: It appears |
| 557 19 | that the -- the text is different |
| 557 20 | from what the text is in the |
| 557 21 | prior. |

**Re: [557:18-557:21]**
**Def Obj** See objections to 528:20-530:23
regarding routine monitoring and exhibit
objections to Moore 36 and Moore 37.

Re: [557:18-557:21]
Pltf Resp See above response.  This evidence in
these documents is highly releant, in it
establishes the context of Mr. Moore's

| Objections In | Responses In |
|---|---|

statment to the other company executives and scientists that he "truly" didnt believe the company had tested for monitoring, yet the company has told physicians and patients, and jruires that monitoring wouldnt help.  Relevant to plaintiffs failure to warn claim. Relevant to notice and motive.  The witness admits that the Defendants did not "truly test for monitoring".Relevant to plaintiffs failure to warn claim. Relevant to notice and motive.  The witness admits that the Defendants did not "truly test for monitoring".

---

**557:23 - 559:13 Moore, Kenneth 2016-07-13**    1:34

557 23   Q.  Fine.  So if we can look at
557 24   the text for the second column, it
558 1   says --
558 2     MR. OVERHOLTZ:  And maybe we
558 3   can blow up the routine blood
558 4   monitoring.
558 5     THE WITNESS:  We're looking
558 6   at exhibit -- which one?
558 7     MR. OVERHOLTZ:  37.
558 8     THE WITNESS:  Okay.
558 9   BY MR. OVERHOLTZ:
558 10   Q.  And it says -- this is the
558 11   attachment to the Judy Wagner e-mail to
558 12   you asking you to review.
558 13   And it says, "Testing for
558 14   monitoring was performed in early and
558 15   late stage trials and we were able to
558 16   confidently conclude that routine
558 17   coagulation monitoring is neither
558 18   necessary nor required with Xareito use
558 19   in routine clinical practice."
558 20     Correct?
558 21   A.  That's what the text says.
558 22   Q.  Okay.  And if you look at
558 23   your e-mail response in Exhibit
558 24   Number 36 -- I'm sorry -- 35, when you
559 1   respond to Judy, quote --
559 2     MR. OVERHOLTZ:  Please pull
559 3   up Exhibit 35 real quick.
559 4   BY MR. OVERHOLTZ:
559 5   Q.  You quote from the middle
559 6   column, and when you say, "I'm concerned
559 7   with the statement in the middle column,"
559 8   you quote that same text, "testing for
559 9   monitoring was performed in early and
559 10   late stage trials."
559 11     Correct?
559 12   A.  That appears what I did,
559 13   yes.

**560:18 - 561:21 Moore, Kenneth 2016-07-13**    1:13

560 18   Q.  Sure.  When Paul Burton
560 19   e-mails and says, "I think the edits for
560 20   clarity are valuable.  I would keep the
560 21   information in the middle column that we
560 22   performed," he then is quoting language
560 23   directly from -- from the language we saw
560 24   in Exhibit 37, which was, "testing for

**Re: [557:23-559:13]**
**Def Obj** See objections to 528:20-530:23 regarding routine monitoring and exhibit objections to Moore 36 and Moore 37.

Re: [557:23-559:13]
Pltf Resp See above response.  This evidence in these documents is highly releant, in it establishes the context of Mr. Moore's statment to the other company executives and scientists that he "truly" didnt believe the company had tested for monitoring, yet the company has told physicians and patients, and jruires that monitoring wouldnt help.  Relevant to plaintiffs failure to warn claim. Relevant to notice and motive.  The witness admits that the Defendants did not "truly test for monitoring".Relevant to plaintiffs failure to warn claim. Relevant to notice and motive.  The witness admits that the Defendants did not "truly test for monitoring".

Objections
In

Responses In

| 561 | 1 | monitoring in early and late stage trials |
| 561 | 2 | and we were able to confidently conclude |
| 561 | 3 | that monitoring is neither necessary nor |
| 561 | 4 | required with Xarelto use in routine |
| 561 | 5 | clinical practice." |
| 561 | 6 | Correct? |
| 561 | 7 | A.  I don't believe he's |
| 561 | 8 | quoting.  He's ref -- but he uses some of |
| 561 | 9 | the same wording that occurs within this |
| 561 | 10 | document. |
| 561 | 11 | Q.  He uses the same words from |
| 561 | 12 | Exhibit 37? |
| 561 | 13 | A.  Not exactly, but is pretty |
| 561 | 14 | close. |
| 561 | 15 | Q.  Pretty close? |
| 561 | 16 | A.  Pretty close. |
| 561 | 17 | Q.  Okay.  So then -- so it |
| 561 | 18 | was -- when you respond to Judy in |
| 561 | 19 | Exhibit 35, the first page of Exhibit 35, |
| 561 | 20 | it's that statement that you are |
| 561 | 21 | expressing concern about, right? |

**561:24 -  562:15 Moore, Kenneth 2016-07-13**                     0:50

| 561 | 24 | THE WITNESS:  I can't -- I |
| 562 | 1 | can't remember if this, which is |
| 562 | 2 | Exhibit 37, was the exact thing |
| 562 | 3 | that Judy had sent me.  But the |
| 562 | 4 | term, "testing for monitoring was |
| 562 | 5 | performed in early and late stage |
| 562 | 6 | trials" is the same text as |
| 562 | 7 | appears in the attachment.  So... |
| 562 | 8 | BY MR. OVERHOLTZ: |
| 562 | 9 | Q.  Right.  And I'll represent |
| 562 | 10 | to you that as we saw in Exhibit 36, it |
| 562 | 11 | was that -- Exhibit 37 was the attachment |
| 562 | 12 | to that e-mail from Judy Wagner to you |
| 562 | 13 | that you responded to. |
| 562 | 14 | A.  Okay. |
| 562 | 15 | Q.  Okay? |

**562:16 -  563:17 Moore, Kenneth 2016-07-13**                     1:29

| 562 | 16 | I'll have you look at what |
| 562 | 17 | we'll mark as Exhibit Number 38. |
| 562 | 18 | (Document marked for |
| 562 | 19 | identification as Exhibit |
| 562 | 20 | Moore-38.) |
| 562 | 21 | BY MR. OVERHOLTZ: |
| 562 | 22 | Q.  This is Record Number |
| 562 | 23 | 1357450 |
| 562 | 24 | Now, if you can look through |
| 563 | 1 | Exhibit 38, which is Bates Janssen |
| 563 | 2 | 0806220.  You see the subject e-mail, |
| 563 | 3 | it's the same hold for review of time |
| 563 | 4 | sensitive PR communication. |
| 563 | 5 | It picks up on the e-mail |
| 563 | 6 | that you sent to Judy on August 15 of |
| 563 | 7 | 2014, where you expressed concern of the |
| 563 | 8 | statement in the middle column, "Testing |
| 563 | 9 | for monitoring was performed in early and |
| 563 | 10 | late stage trials," at the bottom of |
| 563 | 11 | Page 2. |
| 563 | 12 | And then Paul Burton |
| 563 | 13 | responds to you in the middle of Page 2. |
| 563 | 14 | Just let me know when you're |
| 563 | 15 | there with Paul Burton's response to you. |
| 563 | 16 | A.  Sure.  You just want me to |
| 563 | 17 | read Paul's response? |

**563:18 -  563:20 Moore, Kenneth 2016-07-13**                     0:35

| 563 | 18 | Q.  Yes.  And then I'm going to |
| 563 | 19 | ask you a couple questions about it. |
| 563 | 20 | A.  Okay. |

Re: [562:16-563:17]
**Def Obj** See objections to 528:20-530:23
regarding routine monitoring and exhibit
objections to Moore 36 and Moore 37.

*[handwritten:]* Overruled. Overruled. Mt material. 602 Mt 401

Re: [562:16-563:17]
**Pltf Resp** See above response.  This evidence in
these documents is highly releant, in it
establishes the context of Mr. Moore's
statment to the other company executives and
scientists that he "truly" didnt believe the
company had tested for monitoring, yet the
company has told physicians and patients, and
jruires that monitoring wouldnt help.  Relevant
to plaintiffs failure to warn claim. Relevant to
notice and motive.  The witness admits that the
Defendants did not "truly test for
monitoring".Relevant to plaintiffs failure to
warn claim. Relevant to notice and motive.  The
witness admits that the Defendants did not
"truly test for monitoring".

05/23/17 14:47

| Objections In | Responses In |
|---|---|

563:21 - 566:19 Moore, Kenneth 2016-07-13                                              2:31

| | |
|---|---|
| 563 21   Q.  Okay. So Paul responds to | Re: [563:21-566:19] |
| 563 22   your e-mail expressing concern about the | **Def Obj** See objections to 528:20-530:23 |
| 563 23   statement where you said that you didn't | regarding routine monitoring and exhibit |
| 563 24   believe that you had truly tested for | objections to Moore 36 and Moore 37. |
| 564 1   monitoring, tested the need for | |
| 564 2   monitoring. | |
| 564 3      You say -- he says, "Hi, | |
| 564 4   Todd. Thanks. I think this wording has | |
| 564 5   evolved over the last week or two. We | |
| 564 6   did have a strategy in Phase I and II of | |
| 564 7   the Mueck paper, correct? So do more | |
| 564 8   intense testing and monitoring. And my | |
| 564 9   recollection was that in ROCKET, monthly | |
| 564 10   PK monitoring was also done. So based on | |
| 564 11   that, the language, and I was involved | |
| 564 12   with its evolution, below surfaced." | |
| 564 13      Do you see that? | |
| 564 14   A.  That's what it states, yes. | |
| 564 15   Q.  And he was wrong about the | |
| 564 16   monthly PK monitoring in ROCKET, right? | |
| 564 17   A.  That's correct, he was | |
| 564 18   incorrect. | |
| 564 19   Q.  Yeah, there was PD | |
| 564 20   monitoring, but that was only done at | |
| 564 21   Week 12 and Week 24, correct? | |
| 564 22   A.  Per the design of the trial, | |
| 564 23   yes. | |
| 564 24   Q.  "That did seem reasonable to | |
| 565 1   me," he says, "that we did PK and PD | |
| 565 2   testing in both early and late phase | |
| 565 3   studies, so tested a monitoring strategy | |
| 565 4   and concluded that it was not needed in | |
| 565 5   clinical practice." | |
| 565 6      Do you see that? | |
| 565 7   A.  That's what it states, yes. | |
| 565 8   Q.  He says, "What do you think? | |
| 565 9   Give your expert opinion, because this is | |
| 565 10   an important point and one we need to be | |
| 565 11   aligned on and clearly supported by the | |
| 565 12   data." | |
| 565 13      Do you see that? | |
| 565 14   A.  I do. | |
| 565 15   Q.  So now you respond to | |
| 565 16   Mr. Burton on August 15, 2014. And it | |
| 565 17   starts on the middle of Page 1. | |
| 565 18      You see your response there, | |
| 565 19   3:07 p.m.? | |
| 565 20   A.  Yeah, I do. Can I read it? | |
| 565 21   Q.  Sure. I'm going to read it. | |
| 565 22   A.  Okay. Go ahead. Better you | |
| 565 23   than me. | |
| 565 24   Q.  Okay. It says, "Hi, Paul. | Re: [565:24-566:11] |
| 566 1   Thanks for your response. Perhaps I | **Def Obj** See objections to 528:20-530:23 |
| 566 2   misunderstood what is meant by 'testing | regarding routine monitoring and exhibit |
| 566 3   for monitoring' in this regards. During | objections to Moore 36 and Moore 37. |
| 566 4   Phase I and II clinical development, we | |
| 566 5   collected intensive PK and PD to help | |
| 566 6   characterize the drug's profile. We have | |
| 566 7   a lot of data on this. However, I don't | |
| 566 8   know if we can consider any of this | |
| 566 9   'testing for monitoring.' I don't | |
| 566 10   believe Bayer performed or could perform | |
| 566 11   any specific analysis for this." | |
| 566 12      Do you see that? | |
| 566 13   A.  I do see that, yes. | |
| 566 14   Q.  Okay. And during ROCKET, | |
| 566 15   there was no use of routine clinical | |
| 566 16   monitoring for the Xarelto patients, | |
| 566 17   correct? | |
| 566 18   A.  There was no routine | |
| 566 19   monitoring for the Xarelto patients. | |

Re: [563:21-566:19]
Pltf Resp See above response. This evidence in these documents is highly relevant, in it establishes the context of Mr. Moore's statement to the other company executives and scientists that he "truly" didnt believe the company had tested for monitoring, yet the company has told physicians and patients, and jruires that monitoring wouldnt help. Relevant to plaintiffs failure to warn claim. Relevant to notice and motive. The witness admits that the Defendants did not "truly test for monitoring".Relevant to plaintiffs failure to warn claim. Relevant to notice and motive. The witness admits that the Defendants did not "truly test for monitoring".

Re: [565:24-566:11]
Pltf Resp See above response. This evidence in these documents is highly relevant, in it establishes the context of Mr. Moore's statement to the other company executives and scientists that he "truly" didnt believe the company had tested for monitoring, yet the company has told physicians and patients, and jruires that monitoring wouldnt help. Relevant to plaintiffs failure to warn claim. Relevant to notice and motive. The witness admits that the Defendants did not "truly test for monitoring".Relevant to plaintiffs failure to warn claim. Relevant to notice and motive. The witness admits that the Defendants did not "truly test for monitoring".

Overruled
401, 602, 602
info. intent

Objections
In

Responses In

565:24 -   566:11 Moore, Kenneth 2016-07-13                                    0:34
565 24      Q.   Okay. It says, "Hi, Paul.
566  1      Thanks for your response. Perhaps I
566  2      misunderstood what is meant by 'testing
566  3      for monitoring' in this regards.  During
566  4      Phase I and II clinical development, we
566  5      collected intensive PK and PD to help
566  6      characterize the drug's profile.  We have
566  7      a lot of data on this.  However, I don't
566  8      know if we can consider any of this
566  9      'testing for monitoring.'  I don't
566 10      believe Bayer performed or could perform
566 11      any specific analysis for this."

Re: [563:21-566:19]
**Def Obj** See objections to 528:20-530:23
regarding routine monitoring and exhibit
objections to Moore 36 and Moore 37.
Re: [565:24-566:11]
**Def Obj** See objections to 528:20-530:23
regarding routine monitoring and exhibit
objections to Moore 36 and Moore 37.

Re: [565:24-566:11]
Pltf Resp See above response.  This evidence in
these documents is highly releant, in it
establishes the context of Mr. Moore's
statment to the other company executives and
scientists that he "truly" didnt believe the
company had tested for monitoring, yet the
company has told physicians and patients, and
jruires that monitoring wouldnt help.  Relevant
to plaintiffs failure to warn claim. Relevant to
notice and motive.  The witness admits that the
Defendants did not "truly test for
monitoring".Relevant to plaintiffs failure to
warn claim. Relevant to notice and motive.  The
witness admits that the Defendants did not
"truly test for monitoring".

570:15 -   570:22 Moore, Kenneth 2016-07-13                                    0:17
570 15      Q.   Okay. You then said, "We
570 16      did collect some PK samples as part of
570 17      the ROCKET trial, evident in the slides
570 18      that I sent previously.  But this was a
570 19      population PK approach with limited
570 20      samples with limited subjects."
570 21           Did I read that correctly?
570 22      A.   That is correct.

Re: [570:15-570:22]
**Def Obj** See objections to 528:20-530:23
regarding routine monitoring and exhibit
objections to Moore 36 and Moore 37.

Re: [570:15-570:22]
Pltf Resp See above response.  This evidence in
these documents is highly releant, in it
establishes the context of Mr. Moore's
statment to the other company executives and
scientists that he "truly" didnt believe the
company had tested for monitoring, yet the
company has told physicians and patients, and
jruires that monitoring wouldnt help.  Relevant
to plaintiffs failure to warn claim. Relevant to
notice and motive.  The witness admits that the
Defendants did not "truly test for
monitoring".Relevant to plaintiffs failure to
warn claim. Relevant to notice and motive.  The
witness admits that the Defendants did not
"truly test for monitoring".

570:23 -   571:10 Moore, Kenneth 2016-07-13                                    0:24
570 23      Q.   "The main purpose of the POP
570 24      PK approach was to again characterize the

Re: [570:23-571:10]
**Def Obj** See objections to 528:20-530:23

Re: [570:23-571:10]
Pltf Resp See above response.  This evidence in

05/23/17 14:47

| | | Objections In |
|---|---|---|

| 571 | 1 | PK profile and identify which intrinsic |
| 571 | 2 | characteristics affected the profile, |
| 571 | 3 | which ended up being very consistent with |
| 571 | 4 | the previous POP PK analyses.  While we |
| 571 | 5 | collected much more PD data, took sparse |
| 571 | 6 | samples from most of the study |
| 571 | 7 | population, and we can describe the |
| 571 | 8 | changes in these PD markers" -- |
| 571 | 9 | Do you see that? |
| 571 | 10 | A.  I do. |

regarding routine monitoring and exhibit
objections to Moore 36 and Moore 37.

these documents is highly releant, in it
establishes the context of Mr. Moore's
statment to the other company executives and
scientists that he "truly" didnt believe the
company had tested for monitoring, yet the
company has told physicians and patients, and
jruires that monitoring wouldnt help.  Relevant
to plaintiffs failure to warn claim. Relevant to
notice and motive.  The witness admits that the
Defendants did not "truly test for
monitoring".Relevant to plaintiffs failure to
warn claim. Relevant to notice and motive.  The
witness admits that the Defendants did not
"truly test for monitoring".



---

**571:11 -   572:17   Moore, Kenneth 2016-07-13**                                   1:13

| 571 | 11 | Q.  Okay.  So I just want to ask |
| 571 | 12 | you, when it talks about the sparse |
| 571 | 13 | samples for most of the study population, |
| 571 | 14 | that's talking about the samples that |
| 571 | 15 | were taken at Week 12 and Week 24, |
| 571 | 16 | correct? |
| 571 | 17 | A.  That's what I was referring |
| 571 | 18 | to. |
| 571 | 19 | Q.  Okay.  So the two samples |
| 571 | 20 | taken from the patients in the ROCKET |
| 571 | 21 | trial, correct? |
| 571 | 22 | A.  Correct. |
| 571 | 23 | Q.  Okay. So you say, "And we |
| 571 | 24 | can describe the changes in these PD |
| 572 | 1 | markers (PT probably being the most |
| 572 | 2 | relevant due to its close correlation to |
| 572 | 3 | PK), we performed just observational |
| 572 | 4 | types of analyses (basically showing |
| 572 | 5 | trends)... e.g., with higher PT values, |
| 572 | 6 | you generally see a higher rate of |
| 572 | 7 | bleeding, which I don't think anyone |
| 572 | 8 | would be surprised about." |
| 572 | 9 | Do you see that? |
| 572 | 10 | A.  Yes. |
| 572 | 11 | Q.  Okay.  So that's what you |
| 572 | 12 | said in your e-mail back to Paul Burton |
| 572 | 13 | in response to his discussion regarding |
| 572 | 14 | saying that testing for monitoring had |
| 572 | 15 | been performed on August 15th of 2014, |
| 572 | 16 | correct? |
| 572 | 17 | A.  Correct. |

Re: [571:11-572:17]
**Def Obj** See objections to 528:20-530:23
regarding routine monitoring and exhibit
objections to Moore 36 and Moore 37.

Re: [571:11-572:17]
Pltf Resp See above response.  This evidence in
these documents is highly releant, in it
establishes the context of Mr. Moore's
statment to the other company executives and
scientists that he "truly" didnt believe the
company had tested for monitoring, yet the
company has told physicians and patients, and
jruires that monitoring wouldnt help.  Relevant
to plaintiffs failure to warn claim. Relevant to
notice and motive.  The witness admits that the
Defendants did not "truly test for
monitoring".Relevant to plaintiffs failure to
warn claim. Relevant to notice and motive.  The
witness admits that the Defendants did not
"truly test for monitoring".

---

**572:21 -   573:5   Moore, Kenneth 2016-07-13**                                   0:41

| 572 | 21 | Q.  Okay.  So if we take a look |
| 572 | 22 | at that and we look back at the diagram |
| 572 | 23 | that you and I looked at in |
| 572 | 24 | Exhibit 32 regarding the ROCKET trial and |
| 573 | 1 | within the Afib population, the statement |
| 573 | 2 | that increased PT generally related to an |
| 573 | 3 | increased bleeding risk, and you said you |
| 573 | 4 | disagreed, right? |
| 573 | 5 | A.  That is correct. |

Re: [572:21-573:5]
**Def Obj** See objections to 528:20-530:23
regarding routine monitoring and exhibit
objections to Moore 36 and Moore 37.

Re: [572:21-573:5]
Pltf Resp See above response.  This evidence in
these documents is highly releant, in it
establishes the context of Mr. Moore's
statment to the other company executives and
scientists that he "truly" didnt believe the
company has told physicians and patients, and
jruires that monitoring wouldnt help.  Relevant

| | Objections In | Responses In |
|---|---|---|
| | | to plaintiffs failure to warn claim. Relevant to notice and motive. The witness admits that the Defendants did not "truly test for monitoring".Relevant to plaintiffs failure to warn claim. Relevant to notice and motive. The witness admits that the Defendants did not "truly test for monitoring". |

**573:6   -   573:20** Moore, Kenneth 2016-07-13                                  0:42

573  6      Q.   Okay.  But in 2014, when you
573  7      were talking to Paul Burton at the
573  8      company, you said that your review of the
573  9      approach in the ROCKET study, that you
573 10      could describe changes in the PD markers
573 11      and that PT probably being the most
573 12      relevant due to its close correlation of
573 13      PK.  "We performed just observational
573 14      types analyses, basically showing trends,
573 15      for example, with higher PT values you
573 16      generally see a higher rate of bleeding,
573 17      which I don't think anyone would be
573 18      surprised about."
573 19           Right?
573 20      A.   That's correct.

Re: [573:6-573:20]
**Def Obj** See objections to 528:20-530:23 regarding routine monitoring and exhibit objections to Moore 36 and Moore 37.

Re: [573:6-573:20]
Pltf Resp See above response.  This evidence in these documents is highly relevant, in it establishes the context of Mr. Moore's statment to the other company executives and scientists that he "truly" didnt believe the company had tested for monitoring, yet the company has told physicians and patients, and jruires that monitoring wouldnt help.  Relevant to plaintiffs failure to warn claim. Relevant to notice and motive.  The witness admits that the Defendants did not "truly test for monitoring".Relevant to plaintiffs failure to warn claim. Relevant to notice and motive. The witness admits that the Defendants did not "truly test for monitoring".

**573:24  -   574:22** Moore, Kenneth 2016-07-13                                  1:01

573 24      Q.   Okay.  So let's go back to
574  1      the -- that version of the document.  You
574  2      can look with me down at the bottom of
574  3      the page.  It says, "In comparison, I
574  4      believe dabigatran collected much more PK
574  5      samples through their Phase III study and
574  6      was able to identify a difference in
574  7      trough concentrations that may lead to
574  8      bleeding."
574  9           Do you see that?
574 10      A.   Yes.
574 11      Q.   Okay.  And that was in
574 12      response to -- you said that in the
574 13      ROCKET trial, in the POP PK portion of
574 14      the ROCKET trial, that was the study in
574 15      about 281 patients; is that correct?
574 16      A.   That is correct.
574 17      Q.   That was -- 161 actually
574 18      took Xarelto in that?
574 19      A.   I believe so, yes.
574 20      Q.   Okay.  So that was about 161
574 21      patients out of about 7,000 in the ROCKET

Re: [573:24-574:22]
**Def Obj** See objections to 528:20-530:23 regarding routine monitoring and exhibit objections to Moore 36 and Moore 37.

Re: [573:24-574:22]
Pltf Resp See above response.  This evidence in these documents is highly relevant, in it establishes the context of Mr. Moore's statment to the other company executives and scientists that he "truly" didnt believe the company had tested for monitoring, yet the company has told physicians and patients, and jruires that monitoring wouldnt help.  Relevant to plaintiffs failure to warn claim. Relevant to notice and motive.  The witness admits that the Defendants did not "truly test for monitoring".Relevant to plaintiffs failure to warn claim. Relevant to notice and motive. The witness admits that the Defendants did not "truly test for monitoring".

05/23/17 14:47

| | | | Objections In | Responses In |
|---|---|---|---|---|
| 574 22 | | study that took Xarelto, correct? | | |

574:23 - 574:24 Moore, Kenneth 2016-07-13                    0:02
574 23      A.   I would have to look at the
574 24           numbers specifically, but --

575:1 - 575:4 Moore, Kenneth 2016-07-13                     0:06
575  1      Q.   It was a small number of
575  2           patients.  You agree with that?
575  3      A.   In proportion to the entire
575  4           study, yes.

Re: [575:1-575:4]
**Def Obj** See objections to 528:20-530:23 regarding routine monitoring and exhibit objections to Moore 36 and Moore 37.

Re: [575:1-575:4]
Pltf Resp See above response.  This evidence in these documents is highly releant, in it establishes the context of Mr. Moore's statment to the other company executives and scientists that he "truly" didnt believe the company had tested for monitoring, yet the company has told physicians and patients, and jruires that monitoring wouldnt help.  Relevant to plaintiffs failure to warn claim. Relevant to notice and motive.  The witness admits that the Defendants did not "truly test for monitoring".Relevant to plaintiffs failure to warn claim. Relevant to notice and motive.  The witness admits that the Defendants did not "truly test for monitoring".

575:16 - 577:15 Moore, Kenneth 2016-07-13                   2:06
575  16     Q.   And you had said you had
575  17          "sent a slide deck that showed that CMAX,
575  18          CMIN, area under the curve versus
575  19          bleeding, (small subject N) and there was
575  20          no evidence these parameters, which is
575  21          certainly comforting but the data is
575  22          limited."
575  23               Do you see that?
575  24     A.   I see that.
576  1      Q.   If we turn to the next page.
576  2           You say to Paul Burton in your e-mail,
576  3           "Without taking significantly more PK and
576  4           PD samples in the Phase III studies and
576  5           performing a more rigorous type of
576  6           analysis, more than observational,
576  7           perhaps a regression type, et cetera, I
576  8           don't know if we can truly say we 'tested
576  9           the need for monitoring.'"
576  10               Do you see that?
576  11     A.   I do, yes.
576  12     Q.   And that's what you told
576  13          Paul Burton and other colleagues,
576  14          including Dagmar Kubitza, in August 15th
576  15          of 2014, correct?
576  16     A.   That is correct.
576  17     Q.   And then if we can look --
576  18          Paul Burton responds to you in the first
576  19          e-mail in this exhibit.
576  20               He says, "Okay, Todd,
576  21          thanks.  I think it comes down to what we
576  22          have done and how to accurately portray
576  23          that."
576  24               Do you see that?
577  1      A.   I do, yes.

Re: [575:16-577:15]
**Def Obj** See objections to 528:20-530:23 regarding routine monitoring and exhibit objections to Moore 36 and Moore 37.

Re: [575:16-577:15]
Pltf Resp See above response.  This evidence in these documents is highly releant, in it establishes the context of Mr. Moore's statment to the other company executives and scientists that he "truly" didnt believe the company had tested for monitoring, yet the company has told physicians and patients, and jruires that monitoring wouldnt help.  Relevant to plaintiffs failure to warn claim. Relevant to notice and motive.  The witness admits that the Defendants did not "truly test for monitoring".Relevant to plaintiffs failure to warn claim. Relevant to notice and motive.  The witness admits that the Defendants did not "truly test for monitoring".

05/23/17 14:47

| | Objections In | Responses In |
|---|---|---|

577  2    Q.   "Rather than additional
577  3    e-mails, may I set up a very brief call
577  4    on Monday to discuss and come to a firm
577  5    position?"
577  6          Do you see that?
577  7    A.   I do, yes.
577  8    Q.   Do you recall whether you
577  9    had that call with Paul Burton?
577  10   A.   It's -- it's been some time.
577  11   I -- I don't recall -- I don't recall yes
577  12   or no.  I just don't.  Sorry.
577  13   Q.   You believe what you were
577  14   telling Paul Burton in 2014 was right and
577  15   accurate?

**577:18  -  578:5 Moore, Kenneth 2016-07-13**                    0:40

577  18         THE WITNESS:  I believe what
577  19   I wrote back in 2014 was my
577  20   understanding of, or my attempt to
577  21   understand the statement that was
577  22   made in their documents and what
577  23   we had done to date to say that
577  24   we've assessed the different
578  1    clinical pharmacology profiles of
578  2    the drug in relation to -- in
578  3    relation to this.  So, yes, you
578  4    know, it's as accurate as it was
578  5    at that time.

**Re: [577:18-578:5]**

**Def Obj** See objections to 528:20-530:23
regarding routine monitoring and exhibit
objections to Moore 36 and Moore 37.

**Re: [577:18-578:5]**

Pltf Resp See above response. This evidence in
these documents is highly releant, in it
establishes the context of Mr. Moore's
statement to the other company executives and
scientists that he "truly" didnt believe the
company has told physicians and patients, and
jruires that monitoring wouldnt help.  Relevant
to plaintiffs failure to warn claim. Relevant to
notice and motive.  The witness admits that the
Defendants did not "truly test for
monitoring".Relevant to plaintiffs failure to
warn claim. Relevant to notice and motive.  The
witness admits that the Defendants did not
"truly test for monitoring".

**581:9  -  582:24 Moore, Kenneth 2016-07-13**                    1:53

581  9    Q.   Now, let me -- I'm going to
581  10   show you what we'll mark as Exhibit
581  11   Number 40.
581  12         (Document marked for
581  13   identification as Exhibit
581  14   Moore-40.)
581  15   BY MR. OVERHOLTZ:
581  16   Q.   Here is an extra set.  I
581  17   only have one extra set.  I don't think
581  18   Jay is going to want a full copy of that.
581  19         Generally, this is --
581  20   document is Janssen -- starts with
581  21   Janssen Bates 08490576 and it goes
581  22   through Janssen 08490942.  If you can see
581  23   with me here, it's a pretty big stack of
581  24   documents.  And it has -- the first page
582  1    has the riva ROCKET Afib folder with that
582  2    Bates number that we saw below that
582  3    starts with the 576 and goes all the way
582  4    through that last Bates number.
582  5          And this was a physical file
582  6    that was produced to us by Janssen that
582  7    was found in your office.
582  8          I'm going to ask you whether
582  9    or not you recognize this physical file
582  10   that you kept on Xarelto.
582  11   A.   I recognize it seems to be
582  12   my handwriting, yes.
582  13   Q.   Okay.  And this would have
582  14   been one of the physical files that you
582  15   would have included in the box that they
582  16   came and took copies of; is that right?
582  17   A.   I assume it was part of
582  18   that, yes.
582  19   Q.   And this was a physical file
582  20   that you kept in the regular course of
582  21   your business as either associate
582  22   director or scientific director at
582  23   Janssen; is that right?
582  24   A.   Yes.

**584:5  -  584:20 Moore, Kenneth 2016-07-13**                    0:36

584  5    Q.   Okay.  Johnson & Johnson

Re: [584:5-584:20]                    Re: [584:5-584:20]

05/23/17 14:47

| | | Objections In | Responses In |
|---|---|---|---|
| 584 | 6 | Pharmaceutical Research & Development, a | **Def Obj** See exhibit objections to Moore 41. |
| 584 | 7 | division of Janssen Pharmaceutical NV | |
| 584 | 8 | analysis plan for pharmacometrics support | |
| 584 | 9 | of study on rivaroxaban, prevention of | |
| 584 | 10 | stroke, in subjects with nonvalvular | |
| 584 | 11 | atrial fibrillation. | |
| 584 | 12 |     And it has handwriting on | |
| 584 | 13 | it.  Do you see that? | |
| 584 | 14 | A.   Mm-hmm. | |
| 584 | 15 | Q.   Does that handwriting appear | |
| 584 | 16 | to be your handwriting? | |
| 584 | 17 | A.   It appears to be my | |
| 584 | 18 | handwriting, yes. | |
| 584 | 19 | Q.   So I also want to introduce | |
| 584 | 20 | what we'll mark as Exhibit Number 41. | |

Pltf Resp Exhibit 41 is from Todd Moore's file,
He admits it is his hard copy file, and that the
notes are his notes.  Highly relevant to
establish his knowledge regarding the drug and
its development, and what he understood was
the company's knowledge.

**584:21 -   586:23** Moore, Kenneth 2016-07-13     2:54

| | | Re: [584:21-586:23] | Re: [584:21-586:23] |
|---|---|---|---|
| 584 | 21 |     (Document marked for | **Def Obj** See exhibit objections to Moore 41. |
| 584 | 22 | identification as Exhibit | |
| 584 | 23 | Moore-41.) | |
| 584 | 24 | BY MR. OVERHOLTZ: | |
| 585 | 1 | Q.   This is Janssen 08485020 | |
| 585 | 2 | through 08485046.  And this was also a | |
| 585 | 3 | physical file that was produced to us | |
| 585 | 4 | that was labeled at the top, "Riva CMAX | |
| 585 | 5 | and CMIN."  And it's got the Bates Number | |
| 585 | 6 | 08485020.  And it starts with Record | |
| 585 | 7 | Number 1395454. | |
| 585 | 8 |     Was this also a file that | |
| 585 | 9 | you kept in your regular course of | |
| 585 | 10 | business, in your employment with Janssen | |
| 585 | 11 | related to Xarelto? | |
| 585 | 12 | A.   It appears it is, yes. | |
| 585 | 13 | Q.   And so if you look, this was | |
| 585 | 14 | the file that you kept in the regular | |
| 585 | 15 | course of business, what we've marked as | |
| 585 | 16 | Exhibit Number 41.  And did -- if you can | |
| 585 | 17 | take a look with me at kind of the third | |
| 585 | 18 | document that has Bates Number 08485023. | |
| 585 | 19 | It has the Janssen label on the top? | |
| 585 | 20 | A.   Okay, yes. | |
| 585 | 21 | Q.   And it has a lot of | |
| 585 | 22 | handwriting, a lot of notes. | |
| 585 | 23 | A.   Right. | |
| 585 | 24 | Q.   Okay.  The first note at the | |
| 586 | 1 | top left is, "Apixaban versus | |
| 586 | 2 | rivaroxaban." | |
| 586 | 3 |     Do you see that? | |
| 586 | 4 | A.   I do, yes. | |
| 586 | 5 | Q.   That's the one with Record | |
| 586 | 6 | Number 1395455.  Do you see that? | |
| 586 | 7 | A.   Record Number 1395454? | |
| 586 | 8 | Q.   The actual page with the | |
| 586 | 9 | Janssen logo at the top. | |
| 586 | 10 | A.   Oh, I'm sorry.  There's a | |
| 586 | 11 | different Record Number. | |
| 586 | 12 | Q.   I'm sorry. | |
| 586 | 13 | A.   1395455. | |
| 586 | 14 | Q.   The writing on that page, | |
| 586 | 15 | does that seem to be your handwriting? | |
| 586 | 16 | A.   It appears to be my | |
| 586 | 17 | handwriting, yes. | |
| 586 | 18 | Q.   And you would have kept this | |
| 586 | 19 | file regarding riva, CMAX, and CMIN that | |
| 586 | 20 | we attached as Exhibit 41 in your regular | |
| 586 | 21 | course of employment in your job as | |
| 586 | 22 | clinical pharmacology leader for Xarelto? | |
| 586 | 23 | A.   Yes. | |

Pltf Resp Exhibit 41 is from Todd Moore's file,
He admits it is his hard copy file, and that the
notes are his notes.  Highly relevant to
establish his knowledge regarding the drug and
its development, and what he understood was
the company's knowledge.

**683:3  -   683:5** Moore, Kenneth 2016-07-13     0:09

05/23/17 14:47

| | | Objections In | Responses In |
|---|---|---|---|
| | | | |

683   3    Q.   Let me show you what we'll
683   4    mark as Exhibit Number 51, which is
683   5    Janssen 22751035.

**Re: [683:3-683:5]**
**Def Obj** This testimony relates to dosing and whether other dosing regimens should have been studied. Plaintiffs specifically abandoned all claims about dosing in the face of preemption and Daubert challenges. See Pls.' Opp'n to Defs.' Dosing, Monitoring and Design Preemption MSJ [Doc. 5652] at 2 ("Plaintiffs are not asserting that the Defendants should unilaterally lower the approved dose of Xarelto to provide a different dosing regimen without FDA approval . . . ."); Pls.' Opp'n to Defs.' LPLA Design Defect MSJ [R. Doc. 5606] at 10 n.30 ("[T]he failure to test theory is not being presented by Mr. Boudreaux or Mrs. Orr."). This testimony should not be allowed. FRE 403; Cologne v. Shell Oil Co., No. 12-735, 2013 WL 5781705 (E.D. La. Oct. 25, 2013) (Fallon, J.); accord Overpeck v. Roger's Supermarket, LLC, No. 12-124, 2013 WL 4500469, At *4 (N.D. Miss. Aug. 21, 2013). See also exhibit objections to Moore 51.

**Re: [683:3-683:5]**
Pltf Resp Xarelto dosing and its once daily dosing regimen result in high inter patient variability  making it important to instruct physicians about the advisability of measuring, the ability to measure and the anticoagulant effect in a particular patient using PT Neoplastin.  Once a day dosing has not been abandoned and is relevant to plaintiff's failure to warn and design defect claims. Relevant to plaintiffs failure to warn claim. Relevant to notice and motive.

---

**683:9 -   683:14 Moore, Kenneth 2016-07-13**
683   9    Q.   This is an e-mail chain from
683  10    May of last year, 2015.  And the subject
683  11    is QD versus BID.
683  12         And I want to draw your
683  13    attention -- we'll start with the first
683  14    e-mail in the chain --

0:37

**Re: [683:9-683:14]**
**Def Obj** See objections to 683:3-5 regarding dosing.

**Re: [683:9-683:14]**
Pltf Resp See response to objections to 683:3-5 regarding dosing.

---

**683:19 -   683:19 Moore, Kenneth 2016-07-13**
683  19         THE WITNESS: Okay.

0:06

**Re: [683:19-683:19]**
**Def Obj** See objections to 683:3-5 regarding dosing.

**Re: [683:19-683:19]**
Pltf Resp See response to objections to 683:3-5 regarding dosing.

---

**683:21 -   684:18 Moore, Kenneth 2016-07-13**
683  21    Q.   There is an e-mail from an
683  22    M. Kwong to a Jeff Maggard at the very
683  23    first e-mail on this chain, May of 2015.
683  24    Subject is "QD versus BID," and says,
684   1    "This concern" -- if you look with me in
684   2    the first paragraph, second sentence.
684   3         Says, "This concern/question
684   4    comes up as I'm hearing this in the field
684   5    as well as from sales counterparts, both
684   6    on the primary care and CVI teams
684   7    questioning not only the once-daily dose,
684   8    but trying to associate BID as a safer
684   9    alternative."
684  10         Do you see that?
684  11    A.   That's what's stated.
684  12    Q.   "Not only are we hearing
684  13    about BID being safer, but also I've
684  14    heard several times that missing a
684  15    once-a-day is worse than missing a
684  16    twice-daily dose."
684  17         Do you see that?
684  18    A.   That is what's stated.

0:51

**Re: [683:21-684:18]**
**Def Obj** See objections to 683:3-5 regarding dosing.

**Re: [683:21-684:18]**
Pltf Resp See response to objections to 683:3-5 regarding dosing.

---

**685:12 -   685:24 Moore, Kenneth 2016-07-13**
685  12    Q.   Sure.  It says, "Todd, we
685  13    look forward to your thoughts on this.
685  14    It is a huge issue for the sales team."
685  15         Do you see that?

0:20

**Re: [685:12-685:24]**
**Def Obj** See objections to 683:3-5 regarding dosing.

**Re: [685:12-685:24]**
Pltf Resp See response to objections to 683:3-5 regarding dosing.

|  | Objections In | Responses In |

```
685 16    A.  I do see that.
685 17    Q.  And she is responding to an
685 18    e-mail that Mae Kwong wrote where she
685 19    said, "Hi, Todd. I'm forwarding to you a
685 20    message I sent to the West sales trainer
685 21    regarding QD versus BID."
685 22         That's once-daily versus
685 23    twice-daily, right?
685 24    A.  That's correct.

686:1  -  687:22 Moore, Kenneth 2016-07-13                    1:48
686  1    Q.  "As a resident PK/PD expert,
686  2    I heard this was an issue that hit home
686  3    for you during speaker training and
686  4    wanted to gather any thoughts from you
686  5    for the MSL, as well as any contributions
686  6    you may see for our commercial colleagues
686  7    as well."
686  8         Do you see that?
686  9    A.  I do, yes.
686 10    Q.  Okay.  And then you respond
686 11    to this e-mail, right?
686 12    A.  I do, yes.
686 13    Q.  Okay.  And you say, "Dear,
686 14    Kathy and Mae.  I'm not sure this is a
686 15    topic easily discussed via e-mail.  And I
686 16    can probably use a little more context to
686 17    ensure I'm on the same page.  But in
686 18    general, the question around BID versus
686 19    QD, from a purely scientific perspective,
686 20    regardless of the type of therapy, when
686 21    comparing two different dose regimens,
686 22    both of which provide a total daily dose
686 23    or total daily response, the BID regimen
686 24    generally provides lower peak values and
687  1    higher trough values, thereby reducing
687  2    the peak-to-trough ratio and creating an
687  3    environment of more consistent
687  4    exposure/response compared to a QD
687  5    regimen."
687  6         Follow with me?
687  7    A.  Yes, I do.
687  8    Q.  "That generally provides
687  9    higher peak and lower trough values
687 10    creating a higher peak-to-trough ratio...
687 11    Again, in comparison (however the total
687 12    daily dose/response is generally the
687 13    same).  This is with any drug."
687 14         Do you see that?
687 15    A.  Yes, I do.
687 16    Q.  So you are talking about
687 17    that the peak-to-trough ratio when it's
687 18    reduced in a drug through a BID regimen
687 19    creates an environment of more consistent
687 20    exposure response compared to a
687 21    once-daily regimen.  That's what you say
687 22    in this e-mail, right?

687:24  -  688:8 Moore, Kenneth 2016-07-13                    0:22
687 24    Q.  Okay.  You say, "if your
688  1    goal," in the next paragraph, "is to have
688  2    more consistent drug exposure during the
688  3    day or have a therapeutic range
688  4    maintained based on some biomarker like
688  5    PT, aPTT, ETP or anti-Factor Xa for
688  6    example, you would want to limit the
688  7    peak-to-trough fluctuation and increase
688  8    the frequency of administration."

688:9  -  688:10 Moore, Kenneth 2016-07-13                    0:02
688  9         Do you see that?
688 10    A.  I do, yes.
```

Re: [686:1-687:22]
**Def Obj** See objections to 683:3-5 regarding dosing.

Re: [686:1-687:22]
**Pltf Resp** See response to objections to 683:3-5 regarding dosing.



Re: [687:24-688:8]
**Def Obj** See objections to 683:3-5 regarding dosing.

Re: [687:24-688:8]
**Pltf Resp** See response to objections to 683:3-5 regarding dosing.

Re: [688:9-688:10]
**Def Obj** See objections to 683:3-5 regarding dosing.

Re: [688:9-688:10]
**Pltf Resp** See response to objections to 683:3-5 regarding dosing.

05/23/17 14:47

| | | | |
|---|---|---|---|
| 688:11 - | 688:24 | Moore, Kenneth 2016-07-13 | 0:31 |
| 688 | 11 | Q.   "Giving the drug BID or TID, | |
| 688 | 12 | et cetera..." | |
| 688 | 13 | Do you see that? | |
| 688 | 14 | A.   Mm-hmm.  Yes, I do. | |
| 688 | 15 | Q.   "However I don't think | |
| 688 | 16 | anyone, be it the prescribing community, | |
| 688 | 17 | key opinion leaders, regulatory agencies, | |
| 688 | 18 | or Pharma, have identified what biomarker | |
| 688 | 19 | or what an ideal therapeutic range would | |
| 688 | 20 | be for these NOACs." | |
| 688 | 21 | Do you see that? | |
| 688 | 22 | A.   Yes. | |
| 688 | 23 | Q.   And Janssen hasn't either in | |
| 688 | 24 | May of 2015; is that right? | |

| | | | |
|---|---|---|---|
| 689:3  - | 689:5 | Moore, Kenneth 2016-07-13 | 0:22 |
| 689 | 3 | THE WITNESS:  We have not | |
| 689 | 4 | found an ideal therapeutic range, | |
| 689 | 5 | or at least identified one. | |

| | | | |
|---|---|---|---|
| 698:13 - | 701:21 | Moore, Kenneth 2016-07-13 | 2:41 |
| 698 | 13 | Can you tell the ladies and | |
| 698 | 14 | gentlemen of the jury just a little bit | |
| 698 | 15 | about yourself.  Where did you grow up? | |
| 698 | 16 | A.   I grew up in Northern | |
| 698 | 17 | New Jersey.  It's a town called Randolph, | |
| 698 | 18 | New Jersey. | |
| 698 | 19 | Q.   Where do you live now? | |
| 698 | 20 | A.   I live closer to Southern | |
| 698 | 21 | New Jersey, a town called Florence. | |
| 698 | 22 | Q.   Are you married? | |
| 698 | 23 | A.   I am. | |
| 698 | 24 | Q.   Do you have any children? | |
| 699 | 1 | A.   I have two children, one | |
| 699 | 2 | boy, one girl. | |
| 699 | 3 | Q.   How old are your children? | |
| 699 | 4 | A.   My son is 11 and my daughter | |
| 699 | 5 | is 14. | |
| 699 | 6 | Q.   When you are not working at | |
| 699 | 7 | Janssen, what types of things do you like | |
| 699 | 8 | to do? | |
| 699 | 9 | A.   Carting them around to all | |
| 699 | 10 | their activities. | |
| 699 | 11 | Q.   Carting around your kids? | |
| 699 | 12 | A.   Yes, that is. | |
| 699 | 13 | Q.   Do they have any activities | |
| 699 | 14 | that are favorites of theirs? | |
| 699 | 15 | A.   My son enjoys soccer, which | |
| 699 | 16 | was one of my past loves and pastimes. | |
| 699 | 17 | And my daughter enjoys swimming and also | |
| 699 | 18 | plays a little soccer here and there. | |
| 699 | 19 | Q.   Do you still continue to | |
| 699 | 20 | follow soccer in -- in addition to your | |
| 699 | 21 | son? | |
| 699 | 22 | A.   Yeah.  Yeah, I do.  We | |
| 699 | 23 | both -- we both enjoy following the same | |
| 699 | 24 | professional teams.  We go to local games | |
| 700 | 1 | here in the U.S.  We follow the | |
| 700 | 2 | Philadelphia Union, for example, and -- | |
| 700 | 3 | and some of the international teams, like | |
| 700 | 4 | Manchester United and so forth.  We have | |
| 700 | 5 | a lot of fun as a family doing those | |
| 700 | 6 | things. | |
| 700 | 7 | Q.   Is soccer in the Olympics | |
| 700 | 8 | coming up? | |
| 700 | 9 | A.   It is in the Olympics. | |
| 700 | 10 | Unfortunately, the U.S. did not make the | |
| 700 | 11 | Olympic team this year. | |
| 700 | 12 | Q.   Can you please tell the jury | |
| 700 | 13 | a little bit about your educational | |
| 700 | 14 | background. | |
| 700 | 15 | A.   Sure.  I received a | |

| | Objections In | Responses In |
|---|---|---|

| | |
|---|---|
| 700 16 | bachelors in biology from the University |
| 700 17 | of Delaware. And after graduating from |
| 700 18 | the University of Delaware, was looking |
| 700 19 | for different jobs within research, and |
| 700 20 | spent a short period of time at Clemson |
| 700 21 | University, and then from that, ended up |
| 700 22 | getting a job in New York City with my |
| 700 23 | now wife. |
| 700 24 | Worked in New York City for |
| 701 1 | a short period of time, a small company |
| 701 2 | called Merit Behavioral Care. It was one |
| 701 3 | of those kind of intro jobs right out of |
| 701 4 | school. Not really in the field of |
| 701 5 | interest that I was looking for, but |
| 701 6 | needed the job, got security, and so |
| 701 7 | forth. |
| 701 8 | Q. Did you at some point |
| 701 9 | continue your education? |
| 701 10 | A. I did. Moving from New York |
| 701 11 | back to New Jersey, I worked for a |
| 701 12 | company called Schering-Plough, which was |
| 701 13 | a larger pharmaceutical company at that |
| 701 14 | time. From Schering-Plough, I went to |
| 701 15 | Bristol-Myers at which time at |
| 701 16 | Bristol-Myers I pursued a master's degree |
| 701 17 | in biology at Fairleigh Dickinson |
| 701 18 | University. |
| 701 19 | Q. Did you obtain your master's |
| 701 20 | degree? |
| 701 21 | A. I did, yes. |

**708:10 - 714:6   Moore, Kenneth 2016-07-13                        6:07**

| | |
|---|---|
| 708 10 | Q. As of early 2010, you got |
| 708 11 | involved with Xarelto; is that right? |
| 708 12 | A. That's correct. |
| 708 13 | Q. Do I understand that you |
| 708 14 | were the clinical pharmacology leader on |
| 708 15 | Xarelto at Janssen from early 2010 until |
| 708 16 | March of 2015? |
| 708 17 | A. That is correct. |
| 708 18 | Q. What was clinical |
| 708 19 | pharmacology's role in the development of |
| 708 20 | Xarelto? And let me be a little more |
| 708 21 | specific. With respect to the atrial |
| 708 22 | fibrillation indication, what type of |
| 708 23 | work did you and your group do? |
| 708 24 | A. Okay. So I came onto the |
| 709 1 | team, as you pointed out, in 2010 when |
| 709 2 | the atrial fibrillation indication by the |
| 709 3 | ROCKET study was well underway. |
| 709 4 | My transition into that role |
| 709 5 | required me to get caught up on the types |
| 709 6 | of work that was done by our partners, |
| 709 7 | Bayer, and to help collect all that |
| 709 8 | information to prepare for the filing. |
| 709 9 | That was my primary role. |
| 709 10 | Q. When you say "filing," what |
| 709 11 | do you mean? |
| 709 12 | A. I'm sorry. It is the -- the |
| 709 13 | process in which we take all of the |
| 709 14 | scientific and medical and all the data |
| 709 15 | we have on the drug itself and submit it |
| 709 16 | to a regulatory agency for their review |
| 709 17 | and hopefully approval. |
| 709 18 | Q. Have you done other things |
| 709 19 | at Janssen relating to Xarelto in your |
| 709 20 | role as the clinical pharmacology lead? |
| 709 21 | A. Yes. I continued actually |
| 709 22 | running and conducting what we still |
| 709 23 | consider Phase 1 type studies. These are |
| 709 24 | studies that are generally conducted, as |
| 710 1 | I pointed out before, in healthy |
| 710 2 | individuals. |

710  3      So I ran -- I designed and
710  4   conducted a half a dozen or so studies
710  5   that continue to classify -- not
710  6   classify, but characterize is a better
710  7   description, our understanding of
710  8   Xarelto.
710  9   Q.   What types of studies have
710 10   or are you running with Xarelto?
710 11   A.   Sure.  Studies done in the
710 12   past included assessing things like the
710 13   pharmacokinetics and pharmacodynamics
710 14   when you give Xarelto in subjects --
710 15   subjects that have some renal impairment
710 16   but also taking a concomitant drug.  I
710 17   assessed studies with crushing the
710 18   tablet, administering it via an NG tube,
710 19   or administering it on top of applesauce
710 20   or another substance.
710 21      I assessed a study when we
710 22   looked at switching from rivaroxaban to
710 23   warfarin.  I looked at a study or
710 24   designed a study that assessed the use of
711  1   PCCs, which is prothrombin
711  2   concentrates -- prothrombin concentrates
711  3   on the reversal effects of
711  4   pharmacodynamic factors.
711  5      I assessed the
711  6   pharmacokinetic and dynamics with those
711  7   patients that are on dialysis.
711  8      Most recently, the study
711  9   data that is currently being run that I'm
711 10   finishing now is another type of study
711 11   that looks at both the use of PCC and TXa
711 12   as a potential marketed agent that could
711 13   be used to hopefully reverse the
711 14   pharmacodynamic effects of rivaroxaban.
711 15   Q.   Generally, do you publish
711 16   the work and the studies that you're
711 17   involved with?
711 18   A.   Yes, I do.
711 19   Q.   I am looking at your
711 20   curriculum vitae.  And it appears that
711 21   the last five pages of your CV list out
711 22   abstracts and publications and
711 23   presentations that you've made; is that
711 24   right?
712  1   A.   That is correct.
712  2   Q.   Approximately how many of
712  3   those relate to Xarelto?
712  4   A.   I've -- it's including the
712  5   one that is currently finished, the study
712  6   that I'm now working on, I've published
712  7   every study that I've conducted with
712  8   Xarelto.  So, again, I think it's almost
712  9   a half dozen.
712 10   Q.   One of the publications that
712 11   you were involved in was the "Population
712 12   Pharmacokinetics and Pharmacodynamics of
712 13   Rivaroxaban in Patients With Non-Valvular
712 14   Atrial Fibrillation, the Results From
712 15   ROCKET-AF"; is that right?
712 16   A.   That's correct.
712 17   Q.   Ihab Girgis is the first
712 18   named author on that publication?
712 19   A.   That's correct.
712 20   Q.   What generally did that
712 21   publication relate to?
712 22   A.   Oh, the publication related
712 23   to specifically the substudy within the
712 24   ROCKET trial itself where we assess the
713  1   kinetic and dynamic parameters within the
713  2   subjects who are enrolled in that
713  3   substudy.

|  | Objections In | Responses In |
|---|---|---|

713 4       So the purpose of that was a
713 5    population pharmacokinetic or population
713 6    pharmacodynamic assessment in which case
713 7    you take the data that you -- that you
713 8    took from -- the data that you have from
713 9    the 126 or so subjects that received
713 10   Xarelto in that substudy and you modeled
713 11   out what the potential pharmacokinetic
713 12   and dynamic parameters would be for that
713 13   population.
713 14       The important thing about
713 15   population PK and PD modeling -- and I --
713 16   and I'm not an expert in it. But it's
713 17   certainly what Ihab could -- can explain
713 18   a little bit better, is the need to look
713 19   at what intrinsic factors could
713 20   potentially affect Xarelto's kinetic
713 21   profile.
713 22       And when I say "intrinsic
713 23   factors," I think as we discussed before,
713 24   those are things like renal function or
714 1    age or body weight or things like that.
714 2    You see how those differences in people
714 3    that have different renal function or
714 4    weight or age, how that would affect the
714 5    kinetic profile or the dynamic profile of
714 6    the drug.

714:21 -   718:3  Moore, Kenneth 2016-07-13                    4:19

714 21   Q.  I want to ask you some
714 22   questions about the work that you have
714 23   done in terms of analyzing the
714 24   pharmacokinetic and pharmacodynamic data
715 1    from the ROCKET study.
715 2        But before I do that, are
715 3    you a member of any professional
715 4    organizations?
715 5    A.  I'm currently a member of
715 6    the New York Academy of Sciences, and I
715 7    am currently a member of the American
715 8    Heart Association.
715 9    Q.  In your work at Janssen have
715 10   you received any awards or other
715 11   recognition?
715 12   A.  I've received a few awards
715 13   in regards to my work, not only on
715 14   Xarelto, but other compounds that I've
715 15   worked with.
715 16   Q.  You have been asked a number
715 17   of questions today. And I'd like to
715 18   follow up on a few things. You were
715 19   asked a series of questions about
715 20   monitoring or measuring Xarelto in a
715 21   pediatric population.
715 22       Do you recall those
715 23   questions?
715 24   A.  Yes. Specific to the
716 1    congenital heart defect, for the Fontan
716 2    surgery, I remember that afterwards.
716 3    Q.  Could you take a brief look
716 4    or just pull out of your exhibit stack,
716 5    Exhibits 28 through 31.
716 6    A.  Okay. Yes.
716 7    Q.  Mr. Moore, is it accurate
716 8    that all of these exhibits, Exhibit 28
716 9    through 31, relate to the pediatric study
716 10   that you were describing?
716 11       MR. OVERHOLTZ:  Object to
716 12   form.
716 13       THE WITNESS:  Yes, it
716 14   appears it is.
716 15   BY MR. ZELLERS:
716 16   Q.  Tell the ladies and

**Objections In**

**Responses In**

| | | |
|---|---|---|
| 716 17 | gentlemen of the jury very briefly what | |
| 716 18 | Exhibits 28 through 31 relate to. | |
| 716 19 | A.  It appears that Exhibits 28 | |
| 716 20 | through 31 are talking about the design | |
| 716 21 | and concept of running a trial with | |
| 716 22 | pediatric patients with congenital heart | |
| 716 23 | disease or have undergone what's called | |
| 716 24 | the Fontan procedure.  And, again, I'm | |
| 717  1 | not a clinician, but it is a medical | |
| 717  2 | condition that unfortunately some | |
| 717  3 | children are -- are born with that it | |
| 717  4 | involves very invasive heart surgery to | |
| 717  5 | correct the -- the issue. | |
| 717  6 | In addition to that, from | |
| 717  7 | what I understand from the -- the surgery | |
| 717  8 | is that, obviously, because of the | |
| 717  9 | differences in physiology, they react to | |
| 717 10 | drugs slightly differently, and it's a | |
| 717 11 | fairly frail population. | |
| 717 12 | Q.  Is this a different, unique | |
| 717 13 | patient population? | |
| 717 14 | A.  This was a population that | |
| 717 15 | the FDA had asked us to investigate after | |
| 717 16 | approval and make it part of the | |
| 717 17 | pediatric -- the overall pediatric | |
| 717 18 | development program.  So both -- both | |
| 717 19 | Bayer and Janssen kind of split up the | |
| 717 20 | responsibilities for assessing the | |
| 717 21 | pediatric development, where Bayer had -- | |
| 717 22 | is still conducting their studies.  We | |
| 717 23 | were left -- Janssen was left | |
| 717 24 | specifically to look at this population, | |
| 718  1 | which is again the -- the congenital | |
| 718  2 | heart defect population after the Fontan | |
| 718  3 | surgery. | |

| | | |
|---|---|---|
| 720:20 - | 721:15 Moore, Kenneth 2016-07-13 | 0:55 |
| 720 20 | Q.  As of March of 2015, you | |
| 720 21 | took on the position of scientific | |
| 720 22 | director cardiovascular disease? | |
| 720 23 | A.  That's correct. | |
| 720 24 | Q.  Very briefly, what is your | |
| 721  1 | role or your responsibilities now as | |
| 721  2 | scientific director? | |
| 721  3 | A.  Well, for the last -- since | |
| 721  4 | taking the position, I still continue on | |
| 721  5 | conducting studies.  I alluded to the | |
| 721  6 | fact that we were looking at a study | |
| 721  7 | right now to assess the pharmacokinetic | |
| 721  8 | and pharmacodynamic changes when using | |
| 721  9 | agents like PCCs or TXa to reverse the | |
| 721 10 | pharmacodynamic of rivaroxaban.  So that | |
| 721 11 | would be an example of some of the work I | |
| 721 12 | would do.  So there's -- there's still | |
| 721 13 | responsibilities for me to design and | |
| 721 14 | conduct and report on further studies | |
| 721 15 | with rivaroxaban. | |

| | | |
|---|---|---|
| 726:22 - | 728:19 Moore, Kenneth 2016-07-13 | 2:09 |
| 726 22 | Q.  Please take a brief look at | |
| 726 23 | Deposition Exhibit 51. | |
| 726 24 | You were asked some | |
| 727  1 | questions about QD versus BID dosing; is | |
| 727  2 | that right? | |
| 727  3 | A.  That's correct. | |
| 727  4 | Q.  What is QD dosing? | |
| 727  5 | A.  QD dosing is the same as OD | |
| 727  6 | dosing or once daily. | |
| 727  7 | Q.  What is BID dosing? | |
| 727  8 | A.  BID is, again, another | |
| 727  9 | acronym -- acronym for twice-daily | |
| 727 10 | dosing. | |
| 727 11 | Q.  Counsel asked you a number | |

Objections
In

Responses In

727 12  of questions about this document. I will
727 13  not repeat those questions. But at the
727 14  bottom of your e-mail, the first e-mail
727 15  on deposition -- strike that.
727 16      The e-mail at the top of
727 17  Deposition Exhibit 51, did you reach a
727 18  conclusion?
727 19  A.   Yes.  Towards the end of the
727 20  second paragraph.
727 21  Q.   What conclusion did you
727 22  reach?
727 23  A.   As I stated here.  "But
727 24  there is no data to support the claim
728  1  that a BID regimen is safer than a QD
728  2  regimen between these compounds."
728  3  Q.   Can you explain very briefly
728  4  what you mean by that?
728  5  A.   What I mean is that there
728  6  has been no direct head-to-head trials
728  7  conducted to look at apixaban that has a
728  8  BID regimen versus rivaroxaban which has
728  9  a QD regimen.
728 10      Now, apixaban can make any
728 11  claims that they feel proper to do so.
728 12  But without actually ever comparing a BID
728 13  regimen to a QD regimen in a
728 14  well-controlled clinical trial,
728 15  everything is just speculative.  And
728 16  that's what I was trying to say. There's
728 17  no data to support that a BID regimen is
728 18  better than a QD regimen until such a
728 19  trial is actually performed.

728:20 -   731:16 Moore, Kenneth 2016-07-13          3:41
728 20  Q.   Take a look, if you will, at
728 21  Deposition Exhibit 35.  And while you are
728 22  pulling that out, please also take out
728 23  Deposition Exhibit 37.
728 24  A.   Okay.
729  1  Q.   Were you asked back in
729  2  August of 2014 to comment on the language
729  3  that is in -- on the second page of
729  4  Deposition Exhibit 37 in the middle of
729  5  the page under "Routine Blood
729  6  Monitoring," and specifically, "Testing
729  7  for monitoring was performed in early and
729  8  late stage trials"?
729  9  A.   Yes, I was asked to comment
729 10  on that.
729 11  Q.   Who asked you to comment on
729 12  that?
729 13  A.   From this e-mail, it was
729 14  Judy Wagner.
729 15  Q.   What was your general
729 16  assessment as to whether or not you felt
729 17  it was accurate to state, "Testing for
729 18  monitoring was performed in early and
729 19  late stage trials"?
729 20  A.   Yeah, as I pointed out
729 21  previously that I wasn't clear on what
729 22  they meant about testing for monitoring.
729 23  As I pointed out, I'm not even sure how
729 24  you would test for monitoring, so to
730  1  speak.  I was more concerned that we were
730  2  being accurate scientifically in how we
730  3  were explaining what was done to the
730  4  prescribing community about routine blood
730  5  monitoring.
730  6      Now, as I pointed out many
730  7  times in the past, we have consistently
730  8  looked at the data, pharmacokinetic,
730  9  pharmacodynamic, across the entire
730 10  development program, to try to see

Objections
In

Responses In

| | | |
|---|---|---|
| 730 11 | whether or not monitoring would have been | |
| 730 12 | applicable for this type of drug. | |
| 730 13 | To date -- and we still are | |
| 730 14 | looking at this. But to date, we have | |
| 730 15 | not been able to correlate any of that PK | |
| 730 16 | or PD or anything to say that routine | |
| 730 17 | monitoring would be needed for this type | |
| 730 18 | of medication. | |
| 730 19 | Q. Did you discuss with | |
| 730 20 | Dr. Burton your issue with the phrase | |
| 730 21 | "testing for monitoring"? | |
| 730 22 | A. I communicated that in | |
| 730 23 | e-mail form that I was concerned with the | |
| 730 24 | terminology that was used. | |
| 731 1 | Q. What did Dr. Burton | |
| 731 2 | recommend or say to you? And to make | |
| 731 3 | this easier, please take a look at | |
| 731 4 | Deposition Exhibit 38. | |
| 731 5 | A. There is a response from | |
| 731 6 | Dr. Burton on 8/15/2014, which he says, | |
| 731 7 | "Okay, Todd. Thanks. I think it comes | |
| 731 8 | down to what we have done and how to | |
| 731 9 | accurately portray that." | |
| 731 10 | Q. What did you understand that | |
| 731 11 | to mean? | |
| 731 12 | A. I understood that to tell | |
| 731 13 | the prescribing community exactly what we | |
| 731 14 | had done, what the evidence showed. | |
| 731 15 | Q. Please take a look at what | |
| 731 16 | we will mark as Deposition Exhibit 54. | |

**731:21 - 731:24 Moore, Kenneth 2016-07-13**                                    0:38

| | | |
|---|---|---|
| 731 21 | Q. 54 is Janssen Bates Number | |
| 731 22 | 10423941 through 942 with an additional | |
| 731 23 | attachment, which is Janssen Bates Number | |
| 731 24 | 10423977 | |

**740:8 - 741:17 Moore, Kenneth 2016-07-13**                                    1:29

| | | |
|---|---|---|
| 740 8 | Q. How do you measure the | |
| 740 9 | amount of Xarelto that is in a patient's | |
| 740 10 | body? | |
| 740 11 | A. Traditionally, you would do | |
| 740 12 | it directly. And you would have a | |
| 740 13 | specialized assay, a liquid | |
| 740 14 | chromatography assay, the LCMS-type | |
| 740 15 | assay, that you would, per, you know, | |
| 740 16 | nanogram per mL assess what the actual | |
| 740 17 | concentration of the drug is in the | |
| 740 18 | plasma. That would be the traditional | |
| 740 19 | way of doing that, and that's the way we | |
| 740 20 | do it for our kinetic studies. | |
| 740 21 | Alternatively, since that | |
| 740 22 | assay very specific and generally run | |
| 740 23 | at specialized research centers, there is | |
| 740 24 | maybe ways you can indirectly measure | |
| 741 1 | that concentration. And we found, at | |
| 741 2 | least for Xarelto, there is a relatively | |
| 741 3 | good correlation, a close to linear | |
| 741 4 | correlation between prothrombin time and | |
| 741 5 | concentration. But also anti-Factor Xa. | |
| 741 6 | So PT and anti-Factor Xa in my mind would | |
| 741 7 | be two reasonably good, indirect ways of | |
| 741 8 | measuring rivaroxaban concentration in | |
| 741 9 | plasma. | |
| 741 10 | Q. Is anti-Factor Xa, is that | |
| 741 11 | assay available for use in the United | |
| 741 12 | States? | |
| 741 13 | A. It is not available in the | |
| 741 14 | United States. | |
| 741 15 | Q. Is that because the FDA has | |
| 741 16 | not approved that assay or cleared that | |
| 741 17 | assay as of this time? | |

Objections
In

Responses In

| 741:20 - | 742:1 | Moore, Kenneth 2016-07-13 | 0:12 |
|---|---|---|---|

741  20           THE WITNESS:  I don't know
741  21     the specifics of the filing.  I do
741  22     know we supported Stago in their
741  23     filing of it.  But, yes, as far as
741  24     I know it has not been approved by
742   1     the FDA yet for commercial use.

| 742:15 - | 745:1 | Moore, Kenneth 2016-07-13 | 2:40 |
|---|---|---|---|

742  15     Q.   A substudy was done on
742  16     patients in the ROCKET trial where both
742  17     pharmacokinetic and pharmacodynamic
742  18     measures were taken at the same time; is
742  19     that right?
742  20     A.   That's correct.
742  21     Q.   Did you look at that data
742  22     and assess that there was any
742  23     relationship between the plasma
742  24     concentration of Xarelto and bleeding?
743   1     A.   Yes, we did.
743   2     Q.   What did you look at?
743   3     A.   We were able to calculate
743   4     the parameters, the typical parameters
743   5     we'd look at in pharmacokinetics being
743   6     CMAX which is the maximum concentration,
743   7     CMIN which is the minimum concentration,
743   8     and also a statistical term called AUC,
743   9     or area under the curve, which is
743  10     generally known or believed to be the
743  11     overall systemic exposure of the drug.
743  12          So those three parameters,
743  13     CMAX, CMIN, and AUC, we evaluated and to
743  14     see what those values were in comparison
743  15     to those that had a bleed and those that
743  16     did not have a bleed.
743  17     Q.   You did that research and
743  18     analysis approximately when, do you
743  19     recall?
743  20     A.   That research and analysis
743  21     was done by Bayer Drugs in the line of
743  22     assessing the ROCKET data after the study
743  23     had completed prior to the actual AdCom.
743  24     Q.   Would it have been some time
744   1     in 2011?
744   2     A.   I believe so, yes.
744   3     Q.   You were shown, and we can
744   4     go back to Deposition Exhibit 28, where
744   5     you made reference to some of the work
744   6     that was done in the substudy, and
744   7     particularly the relationship of your
744   8     analysis to bleeding; is that right?
744   9     A.   In Number 28 --
744  10     Q.   And I'm looking
744  11     specifically -- do you have Deposition
744  12     Exhibit Number 28?
744  13     A.   I do, yes.
744  14     Q.   I'm looking at the second
744  15     e-mail on the first page, the last four
744  16     lines of the second paragraph where you
744  17     state, "I included a few slides from the
744  18     POP PK portion of the ROCKET trial in the
744  19     deck I sent previously."
744  20     A.   I see that, yes.
744  21     Q.   And there certainly was no
744  22     evidence that these parameters was linked
744  23     or were linked to bleeding; is that
744  24     right?
745   1     A.   That is correct.

| 763:15 - | 764:3 | Moore, Kenneth 2016-07-13 | 0:33 |
|---|---|---|---|

763  15     Q.   Based upon the analysis of
763  16     the pharmacokinetic data from the
763  17     ROCKET AF study, did you reach any

| | Objections In | Responses In |
|---|---|---|

763 18    conclusion as to whether or not there i-
763 19    a relationship between the plasma
763 20    concentration of Xarelto and bleeding 0-
763 21    the risk of bleeding?
763 22    A.   Simply looking at the
763 23    pharmacokinetic data from the substudy in
763 24    the ROCKET trial, no, I could not
764  1    correlate any of those pharmacokinetic
764  2    parameters to a risk -- or a risk of
764  3    bleeding or a bleeding event.

**771:10 -   771:20  Moore, Kenneth 2016-07-13**                    0:40
771 10    A.   Yes.
771 11    Q.   First one I want to ask you
771 12    about is Exhibit 56, and that was the
771 13    ClinPharm Core, 2 September 2011,
771 14    PowerPoint that he showed you.
771 15    A.   Okay.
771 16    Q.   And he particularly directed
771 17    you to one of the slides that was
771 18    contained in that PowerPoint.  That was,
771 19    I think, CP-027.
771 20    A.   Yes.

**773:2  -   773:7  Moore, Kenneth 2016-07-13**                    0:08
773  2    Q.   Okay.  Now, the principal
773  3    safety endpoint event for ROCKET was
773  4    what?
773  5    A.   I think it was bleeding.
773  6    Q.   Was it major bleeds?
773  7    A.   I would have to go back to

**773:21 -   774:2  Moore, Kenneth 2016-07-13**                    0:26
773 21    Q.   Okay.  Now -- so of the over
773 22    14,000 people in the ROCKET study, there
773 23    were only 200 -- I'm sorry -- 314 out of
773 24    over 14,000 people that actually had
774  1    measurements taken at peak for their PT;
774  2    is that correct?

**774:5  -   774:14  Moore, Kenneth 2016-07-13**                    0:30
774  5        THE WITNESS:  I can state or
774  6        agree that 252 plus 62 of those PT
774  7        values in total, yes.
774  8    BY MR. OVERHOLTZ:
774  9    Q.   Okay.  And one of the
774 10    criticisms that the FDA had of the
774 11    analysis was that most of the people did
774 12    not get their sample for their PT taken
774 13    until sometime between 12 and 24 hours,
774 14    correctly?

**774:17 -   774:19  Moore, Kenneth 2016-07-13**                    0:02
774 17        THE WITNESS:  That was a
774 18        topic that was brought up in
774 19        their -- in their review.

**777:15 -   777:22  Moore, Kenneth 2016-07-13**                    0:17
777 15    Q.   Okay.  So most of the data,
777 16    you would agree, for PT measurements in
777 17    the sparse sampling across the ROCKET
777 18    population came from doses that were not
777 19    peak and were in this defined post dose
777 20    period; is that right?
777 21    A.   Based on what's represented
777 22    here, yes.

**777:23 -   778:1  Moore, Kenneth 2016-07-13**                    0:06
777 23    Q.   Okay.  Now, one of the
777 24    fundamental -- this analysis is basically
778  1    fundamentally flawed, right?

**778:4  -   778:4  Moore, Kenneth 2016-07-13**                    0:00

Re: [777:23-778:1]
**Def Obj** Mistates the facts

Overruled

Objections
In

Responses In

778   4          THE WITNESS:  I disagree.

**778:6   -   778:7** Moore, Kenneth 2016-07-13                                    0:03
  778   6     Q.   The FDA did not accept this

Re: [778:6-778:7]
**Def Obj** Argumentative, misstates the facts
and documents.

Re: [778:6-778:7]
Pltf Resp Witness in a position to know that
answer to this question, was part of the
process with the FDA analysis of the
relationship between PT and bleeding, and the
witness answers question by pointing out that
the FDA did a different analysis.

  778   7          analysis, correct?

**778:10   -   778:20** Moore, Kenneth 2016-07-13                                 0:20
  778  10          THE WITNESS:  The FDA
  778  11     performed their own analysis.
  778  12     BY MR. OVERHOLTZ:
  778  13     Q.   Okay.  And the fundamental
  778  14     flaw with this analysis is that it is
  778  15     looking -- it's trying to compare
  778  16     peoples' PT of those who didn't bleed
  778  17     versus those who bled, as opposed to
  778  18     analyzing those people that actually had
  778  19     bleeding events.  Do you agree with that
  778  20     or disagree?

Re: [778:10-778:20]
**Def Obj** Incomplete designation at 778:13-20;
witness did not understand the question and
asked counsel to rephrase. Misleads the jury.
Argumentative, misstates the facts and
documents.

Re: [778:10-778:20]
Pltf Resp Witness was questioned about this
analysis by Janssen's counsel.  This cross is
apprpriate inquiry into the witness'
understanding into methodological flaws with
the Janssen analysis.

**778:23   -   778:24** Moore, Kenneth 2016-07-13                                 0:01
  778  23          THE WITNESS:  Would you mind
  778  24     rephrasing the question, please?

**779:2   -   779:6** Moore, Kenneth 2016-07-13                                   0:16
  779   2     Q.   Yeah.  The fundamental flaw
  779   3     is this attempt to determine correlation
  779   4     between PT and bleeding risk by comparing
  779   5     PT measurements of people that didn't
  779   6     bleed and people that bleed.

Re: [779:2-779:6]
**Def Obj** Incomplete designation; counsel did
not wait for witness to answer. Misleads the
jury. Argumentative, misstates the facts and
documents.

Re: [779:2-779:6]
Pltf Resp Witness was questioned about this
analysis by Janssen's counsel.  This cross is
apprpriate inquiry into the witness'
understanding into methodological flaws with
the Janssen analysis. Necessary Pre-cursor to
question at 779:10

**779:9   -   779:22** Moore, Kenneth 2016-07-13                                  0:30
  779   9     BY MR. OVERHOLTZ:
  779  10     Q.   Do you agree or disagree
  779  11     with that?
  779  12     A.   I disagree that is a flaw,
  779  13     but that is the way it is done.
  779  14     Q.   Okay.  Because, as you have
  779  15     said in some of documents that we've
  779  16     seen, that in order for there to bleed,
  779  17     you need some type of an event, right?
  779  18     A.   Some sort of physiological
  779  19     event that would lead to bleeding.
  779  20     Q.   Okay.  Because you can have
  779  21     a high PT and not bleed?
  779  22     A.   As far as I know, yes.

Overruled

Sustained

**779:23   -   779:24** Moore, Kenneth 2016-07-13                                 0:07
  779  23     Q.   Okay.  And so you -- it's
  779  24     kind of like drunk driving, right?

Re: [779:23-779:24]
**Def Obj** Not admissible under 403.

Re: [779:23-779:24]
Pltf Resp Questions are highly relevant and

| | Objections In | Responses In |
|---|---|---|
| | Argumentative and inflammatory. Plaintiffs' counsel's comparison of Xarelto use to "drunk driving" and comparison of the alleged increased risk of bleeding associated with Xarelto use to the increased risk of an accident while driving drunk is merely to inflame the jury. Misstates facts; there is no health benefit to drunk driving, but there is a tremendous health benefit to Xarelto, which is a live-saving medication that has benefitted millions of patients. | responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen™'s analysis of Bleeders vs. No Bleeders. The analysis is looking at safety outcomes. The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn't mean the increased risk is not present. |

_Sustained_

| | | |
|---|---|---|
| **780:3 - 780:5 Moore, Kenneth 2016-07-13** | 0:01 | |
| 780 3   THE WITNESS: In what | | |
| 780 4   regards, may I ask? | | |
| 780 5   BY MR. OVERHOLTZ: | | |

**Re: [780:3-780:5]**
**Def Obj** Not admissible under 403. Argumentative and inflammatory. Plaintiffs' counsel's comparison of Xarelto use to "drunk driving" and comparison of the alleged increased risk of bleeding associated with Xarelto use to the increased risk of an accident while driving drunk is merely to inflame the jury. Misstates facts; there is no health benefit to drunk driving, but there is a tremendous health benefit to Xarelto, which is a live-saving medication that has benefitted millions of patients.

Re: [780:3-780:5]
Pltf Resp Questions are highly relevant and responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen™'s analysis of Bleeders vs. No Bleeders. The analysis is looking at safety outcomes. The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn't mean the increased risk is not present.

| | | |
|---|---|---|
| **780:8 - 780:9 Moore, Kenneth 2016-07-13** | 0:03 | |
| 780 8   Driving drunk increases the | | |
| 780 9   risk of an accident, right? | | |

**Re: [780:8-780:9]**
**Def Obj** Not admissible under 403.

Re: [780:8-780:9]
Pltf Resp Questions are highly relevant and

05/23/17 14:47

**Objections**
In

responsive cross examination to the Witness'

Argumentative and inflammatory. Plaintiffs' counsel's comparison of Xarelto use to "drunk driving" and comparison of the alleged increased risk of bleeding associated with Xarelto use to the increased risk of an accident while driving drunk is merely to inflame the jury. Misstates facts; there is no health benefit to drunk driving, but there is a tremendous health benefit to Xarelto, which is a live-saving medication that has benefitted millions of patients.

**Responses in**

responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen's analysis of Bleeders vs. No Bleeders.  The analysis is looking at safety outcomes.  The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn't mean the increased risk is not present.


Sustained

---

**780:12 -   780:15 Moore, Kenneth 2016-07-13**                    0:08

| 780 | 12 |        THE WITNESS:  I -- I don't |
|---|---|---|
| 780 | 13 |   know much about the topic of |
| 780 | 14 |   driving drunk, fortunately.  But |
| 780 | 15 |   that -- it sounds right, yeah. |

Re: [780:12-780:15]
**Def Obj** Not admissible under 403. Argumentative and inflammatory. Plaintiffs' counsel's comparison of Xarelto use to "drunk driving" and comparison of the alleged increased risk of bleeding associated with Xarelto use to the increased risk of an accident while driving drunk is merely to inflame the jury. Misstates facts; there is no health benefit to drunk driving, but there is a tremendous health benefit to Xarelto, which is a live-saving medication that has benefitted millions of patients.

Re: [780:12-780:15]
Pltf Resp Questions are highly relevant and responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen's analysis of Bleeders vs. No Bleeders.  The analysis is looking at safety outcomes.  The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn't mean the increased risk is not present.

---

**781:9 -   781:12 Moore, Kenneth 2016-07-13**                    0:06

| 781 | 9 |   Q.  But you agree that there are |
|---|---|---|
| 781 | 10 |   people that drive drunk home from bars |
| 781 | 11 |   every single night and get home safely, |
| 781 | 12 |   right? |

Re: [781:9-781:12]
**Def Obj** Not admissible under 403. Argumentative and inflammatory. Plaintiffs' counsel's comparison of Xarelto use to

Re: [781:9-781:12]
Pltf Resp Questions are highly relevant and responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No

05/23/17 14:47

| | Objections | Responses |
|---|---|---|

In "drunk driving" and comparison of the alleged increased risk of bleeding associated with Xarelto use to the increased risk of an accident while driving drunk is merely to inflame the jury. Misstates facts; there is no health benefit to drunk driving, but there is a tremendous health benefit to Xarelto, which is a live-saving medication that has benefitted millions of patients. Lack of personal knowledge; witness states that he does not know enough about the topic to address counsel's questions. See Tr. at 781:24-782:1.

Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen'"s analysis of Bleeders vs. No Bleeders.  The analysis is looking at safety outcomes.  The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn'"t mean the increased risk is not present.

---

**781:15 - 782:7  Moore, Kenneth 2016-07-13**                              0:26

781  15     THE WITNESS: I'm sorry. I
781  16     really don't know that. I'm not
781  17     one that's around people that
781  18     drive drunk. I myself don't drive
781  19     drunk.
781  20         I mean, if I could see some
781  21     statistics that tell me that
781  22     that's the case, then maybe I can
781  23     make an educated statement about
781  24     it. But I don't know enough about
782  1      it. Sorry.
782  2   BY MR. OVERHOLTZ:
782  3   Q.  You would need statistics to
782  4     tell you that there are drunk drivers
782  5     that get home safely every single night?
782  6   A.  I would need to see some
782  7     evidence.

**Re: [781:15-782:7]**
**Def Obj** Not admissible under 403. Argumentative and inflammatory. Plaintiffs' counsel's comparison of Xarelto use to "drunk driving" and comparison of the alleged increased risk of bleeding associated with Xarelto use to the increased risk of an accident while driving drunk is merely to inflame the jury. Misstates facts; there is no health benefit to drunk driving, but there is a tremendous health benefit to Xarelto, which is a live-saving medication that has benefitted millions of patients. Lack of personal knowledge; witness states that he does not know enough about the topic to address counsel's questions. See Tr. at 781:24-782:1.

Re: [781:15-782:7]
Pltf Resp Questions are highly relevant and responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen'"s analysis of Bleeders vs. No Bleeders.  The analysis is looking at safety outcomes.  The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn'"t mean the increased risk is not present.

---

**782:8 - 782:10  Moore, Kenneth 2016-07-13**                              0:05

782  8   Q.  But you have no doubt that
782  9     driving drunk increases your risk of
782  10    having an accident, right?

**Re: [782:8-782:10]**
**Def Obj** Not admissible under 403. Argumentative and inflammatory. Plaintiffs'

Re: [782:8-782:10]
Pltf Resp Questions are highly relevant and responsive cross examination to the Witness'

| | Objections In | Responses In |
|---|---|---|
| | counsel's comparison of Xarelto use to "drunk driving" and comparison of the alleged increased risk of bleeding associated with Xarelto use to the increased risk of an accident while driving drunk is merely to inflame the jury. Misstates facts; there is no health benefit to drunk driving, but there is a tremendous health benefit to Xarelto, which is a live-saving medication that has benefitted millions of patients. | explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen""s analysis of Bleeders vs. No Bleeders.  The analysis is looking at safety outcomes.  The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn""t mean the increased risk is not present. |

**782:13 -   782:17** Moore, Kenneth 2016-07-13                                     0:08

| | | |
|---|---|---|
| 782 13 | THE WITNESS: I would agree | Re: [782:13-782:17] |
| 782 14 | that you would be at probably | Def Obj Not admissible under 403. |
| 782 15 | greater risk of driving with | Argumentative and inflammatory. Plaintiffs' |
| 782 16 | impairment, be it drunk or | counsel's comparison of Xarelto use to |
| 782 17 | otherwise, yeah. | "drunk driving" and comparison of the |

Re: [782:13-782:17]
Pltf Resp Questions are highly relevant and responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen""s analysis of Bleeders vs. No Bleeders.  The analysis is looking at safety outcomes.  The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn""t mean the increased risk is not present.

(alleged increased risk of bleeding associated with Xarelto use to the increased risk of an accident while driving drunk is merely to inflame the jury. Misstates facts; there is no health benefit to drunk driving, but there is a tremendous health benefit to Xarelto, which is a live-saving medication that has benefitted millions of patients.)

**782:19 -   782:23** Moore, Kenneth 2016-07-13                                     0:09

| | | |
|---|---|---|
| 782 19 | Q.   Just because more people | Re: [782:19-782:23] |
| 782 20 | drive drunk and get home safely than have | Def Obj Not admissible under 403. |
| 782 21 | accidents doesn't mean that driving drunk | Argumentative and inflammatory. Plaintiffs' |
| 782 22 | doesn't increase your risk for having an | counsel's comparison of Xarelto use to |
| 782 23 | accident, does it? | "drunk driving" and comparison of the |

Re: [782:19-782:23]
Pltf Resp Questions are highly relevant and responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with

**Objections In**

**Responses In**

alleged increased risk of bleeding associated with Xarelto use to the increased risk of an accident while driving drunk is merely to inflame the jury. Misstates facts; there is no health benefit to drunk driving, but there is a tremendous health benefit to Xarelto, which is a live-saving medication that has benefitted millions of patients.

Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen''s analysis of Bleeders vs. No Bleeders.  The analysis is looking at safety outcomes.  The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn''t mean the increased risk is not present.

---

**783:2  -   783:11  Moore, Kenneth 2016-07-13**

| | |
|---|---|
| 783  2 | THE WITNESS: I'm sorry. |
| 783  3 | I'm going to ask you to repeat |
| 783  4 | that again. I'm just trying to |
| 783  5 | follow the -- |
| 783  6 | BY MR. OVERHOLTZ: |
| 783  7 | Q.  Just because someone drives |
| 783  8 | while they're intoxicated and doesn't |
| 783  9 | have an accident doesn't mean that they |
| 783 10 | haven't increased their risk of having an |
| 783 11 | accident, right? |

0:14

**Re: [783:2-783:11]**
**Def Obj** Not admissible under 403. Argumentative and inflammatory. Plaintiffs' counsel's comparison of Xarelto use to "drunk driving" and comparison of the alleged increased risk of bleeding associated with Xarelto use to the increased risk of an accident while driving drunk is merely to inflame the jury. Misstates facts; there is no health benefit to drunk driving, but there is a tremendous health benefit to Xarelto, which is a live-saving medication that has benefitted millions of patients.

Re: [783:2-783:11]
Pltf Resp Questions are highly relevant and responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen''s analysis of Bleeders vs. No Bleeders.  The analysis is looking at safety outcomes.  The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn''t mean the increased risk is not present.

---

**783:14  -   784:1  Moore, Kenneth 2016-07-13**

| | |
|---|---|
| 783 14 | THE WITNESS:  Again, I -- I |
| 783 15 | am not -- I'm not an expert in the |
| 783 16 | toxicities of alcohol and their |
| 783 17 | ability to drive drunk and whether |
| 783 18 | or not that leads to an increased |
| 783 19 | or decreased risk of having an |
| 783 20 | accident. |
| 783 21 | From the little I know, I |
| 783 22 | assume, you know, that if somebody |
| 783 23 | is driving impaired, sure, that |
| 783 24 | may increase their risk of having |
| 784  1 | an accident. |

0:24

**Re: [783:14-784:1]**
**Def Obj** Not admissible under 403. Argumentative and inflammatory. Plaintiffs' counsel's comparison of Xarelto use to "drunk driving" and comparison of the alleged increased risk of bleeding associated with Xarelto use to the increased risk of an accident while driving drunk is merely to inflame the jury. Misstates facts; there is no health benefit to drunk driving, but there is a tremendous health benefit to Xarelto, which is a live-saving medication that has benefitted

Re: [783:14-784:1]
Pltf Resp Questions are highly relevant and responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen''s analysis of

| | Objections In | Responses In |
|---|---|---|
| | millions of patients. | Bleeders vs. No Bleeders.  The analysis is looking at safety outcomes.  The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn''t mean the increased risk is not present. |

**784:3  -  784:4  Moore, Kenneth 2016-07-13**                    0:03

784   3          Q.   What about Russian roulette?

784   4               Are you familiar with that?

**Re: [784:3-784:4]**

**Def Obj** Not admissible under 403.
Argumentative and inflammatory. Plaintiffs'
counsel's comparison of playing of "Russian
Roulette" to using Xarelto and comparison of
the risk of death associated with playing
Russian Roulette to the alleged increased risk
of bleeding associated with Xarelto use is
merely to inflame the jury. Misstates facts;
there is not a 1 in 6 chance of bleeding on
Xarelto. There is no benefit from Russian
Roulette; there is a huge benefit to Xarelto.

**Re: [784:3-784:4]**

Pltf Resp Questions are highly relevant and
responsive cross examination to the Witness'
explanation of the Janssen Bleeders vs No
Bleeders analysis used by Defense Counsel with
Witness. Question uses an appropriate analogy
to the fact there is a difference between
observing that an outcome may or not occur,
and observing whether the causative factor has
increased the risk for such outcome to occur.
The benefits of Xarelto are not relevant to the
issue presented by Janssen''s analysis of
Bleeders vs. No Bleeders.  The analysis is
looking at safety outcomes.  The analogy is
relevant to an outcomes analysis and the fact
that a risk is increased does not always mean
that you will see the negative outcome, but
that doesn''t mean the increased risk is not
present.

**784:7  -  784:8  Moore, Kenneth 2016-07-13**                    0:01

784   7               THE WITNESS:  Vaguely, but I

784   8          would ask you to explain it to me.

**Re: [784:7-784:8]**

**Def Obj** Not admissible under 403.

**Re: [784:7-784:8]**

Pltf Resp Questions are highly relevant and

05/23/17 14:47

| Objections In | Responses In |
|---|---|
| Argumentative and inflammatory. Plaintiffs' counsel's comparison of playing of "Russian Roulette" to using Xarelto and comparison of the risk of death associated with playing Russian Roulette to the alleged increased risk of bleeding associated with Xarelto use is merely to inflame the jury. Misstates facts; there is not a 1 in 6 chance of bleeding on Xarelto. There is no benefit from Russian Roulette; there is a huge benefit to Xarelto. | responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen''s analysis of Bleeders vs. No Bleeders.  The analysis is looking at safety outcomes.  The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn''t mean the increased risk is not present. |

**784:10 -   784:15** Moore, Kenneth 2016-07-13                    0:18

| | |
|---|---|
| 784 10    Q.   You know, know, Russian roulette,<br>784 11    you load the gun, it has six chambers,<br>784 12    and you put one bullet in it.  Now, a<br>784 13    person playing Russian roulette has<br>784 14    increased their risk of shooting<br>784 15    themselves.  Wouldn't you agree? | Re: [784:10-784:15]<br>**Def Obj** Not admissible under 403. Argumentative and inflammatory. Plaintiffs' counsel's comparison of playing of "Russian Roulette" to using Xarelto and comparison of the risk of death associated with playing Russian Roulette to the alleged increased risk of bleeding associated with Xarelto use is merely to inflame the jury. Misstates facts; there is not a 1 in 6 chance of bleeding on Xarelto. There is no benefit from Russian Roulette; there is a huge benefit to Xarelto. | Re: [784:10-784:15]<br>Pltf Resp Questions are highly relevant and responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen''s analysis of Bleeders vs. No Bleeders.  The analysis is looking at safety outcomes.  The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn''t mean the increased risk is not present. |

**784:18 -   784:21** Moore, Kenneth 2016-07-13                    0:07

| | |
|---|---|
| 784 18    THE WITNESS:  So if it's a<br>784 19    chamber of one and six, they have<br>784 20    a one in six chance of shooting<br>784 21    themselves. | Re: [784:18-784:21]<br>**Def Obj** Not admissible under 403. Argumentative and inflammatory. Plaintiffs' counsel's comparison of playing of "Russian | Re: [784:18-784:21]<br>Pltf Resp Questions are highly relevant and responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No |

| | Objections In | Responses In |
|---|---|---|
| | Roulette" to using Xarelto and comparison of the risk of death associated with playing Russian Roulette to the alleged increased risk of bleeding associated with Xarelto use is merely to inflame the jury. Misstates facts; there is not a 1 in 6 chance of bleeding on Xarelto. There is no benefit from Russian Roulette; there is a huge benefit to Xarelto. | Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen"'s analysis of Bleeders vs. No Bleeders. The analysis is looking at safety outcomes. The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn""t mean the increased risk is not present. |

**784:23 - 785:9  Moore, Kenneth 2016-07-13**                                  **0:24**

| 784 23 | Q.   Okay.  And so every time |
| 784 24 | they pull that trigger, they increase |
| 785 1 | their risk of shooting themselves.  Would |
| 785 2 | you agree? |
| 785 3 | A.   I -- is it an increase or |
| 785 4 | how is the game played? |
| 785 5 | Q.   Compared to not -- compared |
| 785 6 | to not pulling the trigger, if someone is |
| 785 7 | playing Russian roulette, every time they |
| 785 8 | pull that trigger, they increase the risk |
| 785 9 | of shooting themselves, right? |

| Re: [784:23-785:9] | Re: [784:23-785:9] |
|---|---|
| **Def Obj** Not admissible under 403. Argumentative and inflammatory. Plaintiffs' counsel's comparison of playing of "Russian Roulette" to using Xarelto and comparison of the risk of death associated with playing Russian Roulette to the alleged increased risk of bleeding associated with Xarelto use is merely to inflame the jury. Misstates facts; there is not a 1 in 6 chance of bleeding on Xarelto. There is no benefit from Russian Roulette; there is a huge benefit to Xarelto. | Pltf Resp Questions are highly relevant and responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen"'s analysis of Bleeders vs. No Bleeders. The analysis is looking at safety outcomes. The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn""t mean the increased risk is not present. |

**785:12 -  785:14  Moore, Kenneth 2016-07-13**                              **0:03**

| 785 12 | THE WITNESS:  Again, I'm not |
| 785 13 | an expert in Russian roulette, but |
| 785 14 | the logic seems to be there. |

| Re: [785:12-785:14] | Re: [785:12-785:14] |
|---|---|
| **Def Obj** Not admissible under 403. Argumentative and inflammatory. Plaintiffs' | Pltf Resp Questions are highly relevant and responsive cross examination to the Witness' |

| Objections In | Responses In |
|---|---|
| counsel's comparison of playing of "Russian Roulette" to using Xarelto and comparison of the risk of death associated with playing Russian Roulette to the alleged increased risk of bleeding associated with Xarelto use is merely to inflame the jury. Misstates facts; there is not a 1 in 6 chance of bleeding on Xarelto. There is no benefit from Russian Roulette; there is a huge benefit to Xarelto. | explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen''s analysis of Bleeders vs. No Bleeders.  The analysis is looking at safety outcomes.  The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn''t mean the increased risk is not present. |

**785:16 -   785:20 Moore, Kenneth 2016-07-13**                                    0:09

| | Re: [785:16-785:20] | Re: [785:16-785:20] |
|---|---|---|
| 785 16   Q.   They can pull the trigger | **Def Obj** Not admissible under 403. | Pltf Resp Questions are highly relevant and |
| 785 17      five times and not shoot themselves, but | Argumentative and inflammatory. Plaintiffs' | responsive cross examination to the Witness' |
| 785 18      that doesn't mean that they haven't | counsel's comparison of playing of "Russian | explanation of the Janssen Bleeders vs No |
| 785 19      increased their risk of getting shot, | Roulette" to using Xarelto and comparison of | Bleeders analysis used by Defense Counsel with |
| 785 20      does it? | the risk of death associated with playing | Witness. Question uses an appropriate analogy |
| | Russian Roulette to the alleged increased risk | to the fact there is a difference between |
| | of bleeding associated with Xarelto use is | observing that an outcome may or not occur, |
| | merely to inflame the jury. Misstates facts; | and observing whether the causative factor has |
| | there is not a 1 in 6 chance of bleeding on | increased the risk for such outcome to occur. |
| | Xarelto. There is no benefit from Russian | The benefits of Xarelto are not relevant to the |
| | Roulette; there is a huge benefit to Xarelto. | issue presented by Janssen''s analysis of |
| | | Bleeders vs. No Bleeders.  The analysis is |
| | | looking at safety outcomes.  The analogy is |
| | | relevant to an outcomes analysis and the fact |
| | | that a risk is increased does not always mean |
| | | that you will see the negative outcome, but |
| | | that doesn''t mean the increased risk is not |
| | | present. |

**785:23 -   786:13 Moore, Kenneth 2016-07-13**                                    0:37

| | Re: [785:23-786:13] | Re: [785:23-786:13] |
|---|---|---|
| 785 23         THE WITNESS:  It seems if | **Def Obj** Not admissible under 403. | Pltf Resp Questions are highly relevant and |
| 785 24      you have a revolver with six | Argumentative and inflammatory. Plaintiffs' | responsive cross examination to the Witness' |
| 786  1      chambers and you pull the trigger | counsel's comparison of playing of "Russian | explanation of the Janssen Bleeders vs No |
| 786  2      five times without releasing the | Roulette" to using Xarelto and comparison of | Bleeders analysis used by Defense Counsel with |
| 786  3      bullet, yes, you would say that | the risk of death associated with playing | Witness. Question uses an appropriate analogy |
| 786  4      they safely got through the five | Russian Roulette to the alleged increased risk | to the fact there is a difference between |
| 786  5      times, but it doesn't -- it | of bleeding associated with Xarelto use is | observing that an outcome may or not occur, |
| 786  6      doesn't diminish the risk that | merely to inflame the jury. Misstates facts; | and observing whether the causative factor has |
| 786  7      they took. | there is not a 1 in 6 chance of bleeding on | increased the risk for such outcome to occur. |
| 786  8   BY MR. OVERHOLTZ: | Xarelto. There is no benefit from Russian | The benefits of Xarelto are not relevant to the |
| 786  9   Q.   So sending patients out in | Roulette; there is a huge benefit to Xarelto. | issue presented by Janssen''s analysis of |
| 786 10      the world with PTs equal to 100, over | | Bleeders vs. No Bleeders.  The analysis is |
| 786 11      100, and 75, and 50, that's basically | | looking at safety outcomes.  The analogy is |
| 786 12      sending them out to play Russian | | relevant to an outcomes analysis and the fact |
| 786 13      roulette, isn't it? | | |

| | Objections In | Responses In |
|---|---|---|

that a risk is increased does not always mean that you will see the negative outcome, but that doesn't mean the increased risk is not present.

**786:19 -   786:19 Moore, Kenneth 2016-07-13**                    0:04

786 19        A.   I would disagree.

**Re: [786:19-786:19]**
**Def Obj** Not admissible under 403. Argumentative and inflammatory. Plaintiffs' counsel's comparison of playing of "Russian Roulette" to using Xarelto and comparison of the risk of death associated with playing Russian Roulette to the alleged increased risk of bleeding associated with Xarelto use is merely to inflame the jury. Misstates facts; there is not a 1 in 6 chance of bleeding on Xarelto. There is no benefit from Russian Roulette; there is a huge benefit to Xarelto.

Re: [786:19-786:19]
Pltf Resp Questions are highly relevant and responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen™'s analysis of Bleeders vs. No Bleeders.  The analysis is looking at safety outcomes.  The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn't mean the increased risk is not present.

**786:20 -   787:3 Moore, Kenneth 2016-07-13**                    0:30

786 20        Q.   And speaking of that, in the
786 21        12 hours post dose, when you sample
786 22        patients, over 7,000 patients that got
786 23        those samples taken post dose, you had
786 24        PTs that ranged from somewhere down
787  1        around -- a little above zero all the way
787  2        to nearly 125.  That's a pretty big
787  3        variability in PT, isn't it?

**Re: [786:20-787:3]**
**Def Obj** Not admissible under 403. Argumentative and inflammatory. Plaintiffs' counsel's comparison of playing of "Russian Roulette" to using Xarelto and comparison of the risk of death associated with playing Russian Roulette to the alleged increased risk of bleeding associated with Xarelto use is merely to inflame the jury. Misstates facts; there is not a 1 in 6 chance of bleeding on Xarelto. There is no benefit from Russian Roulette; there is a huge benefit to Xarelto.

Re: [786:20-787:3]
Pltf Resp Questions are highly relevant and responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen™'s analysis of Bleeders vs. No Bleeders.  The analysis is looking at safety outcomes.  The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn't mean the increased risk is not present.

**787:6 -   787:11 Moore, Kenneth 2016-07-13**                    0:07

| | Objections In | Responses In |
|---|---|---|

787  6    THE WITNESS:  It is a
787  7    variability in PT.  The
787  8    significance of that, I can't tell
787  9    you.
787 10    BY MR. OVERHOLTZ:
787 11    Q.   It's huge, isn't it?

**Re: [787:6-787:11]**
**Def Obj** Not admissible under 403. Argumentative and inflammatory. Plaintiffs' counsel's use of "huge" and comparison of playing of "Russian Roulette" to using Xarelto and comparison of the risk of death associated with playing Russian Roulette to the alleged increased risk of bleeding associated with Xarelto use is merely to inflame the jury. Misstates facts; there is not a 1 in 6 chance of bleeding on Xarelto. There is no benefit from Russian Roulette; there is a huge benefit to Xarelto.

Re: [787:6-787:11]
Pltf Resp Questions are highly relevant and responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen™s analysis of Bleeders vs. No Bleeders.   The analysis is looking at safety outcomes.  The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn™t mean the increased risk is not present.

---

**787:14 -   787:18 Moore, Kenneth 2016-07-13**    0:06

787 14    THE WITNESS:  I would ask
787 15    you to define what "huge" is in
787 16    this context.
787 17    BY MR. OVERHOLTZ:
787 18    Q.   It's giant.

**Re: [787:14-787:18]**
**Def Obj** Not admissible under 403. Argumentative and inflammatory. Plaintiffs' counsel's use of "giant" and comparison of playing of "Russian Roulette" to using Xarelto and comparison of the risk of death associated with playing Russian Roulette to the alleged increased risk of bleeding associated with Xarelto use is merely to inflame the jury. Misstates facts; there is not a 1 in 6 chance of bleeding on Xarelto. There is no benefit from Russian Roulette; there is a huge benefit to Xarelto.

Re: [787:14-787:18]
Pltf Resp "Huge"question is directly relevant to the variability of the drug shown by janssen's own analysis used by Defense counsel with witness.   Questions are highly relevant and responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur.

---

**787:21 -   787:23 Moore, Kenneth 2016-07-13**    0:02

787 21    THE WITNESS:  Again, things
787 22    like "huge" and "giant" aren't
787 23    typically scientific terms we use.

**Re: [787:21-787:23]**
**Def Obj** Not admissible under 403. Argumentative and inflammatory. Plaintiffs'

Re: [787:21-787:23]
Pltf Resp "Huge"question is directly relevant to the variability of the drug shown by janssen's

05/23/17 14:47

| Objections In | Responses In |
|---|---|

counsel's use of "giant" and "huge" and his comparison of playing of "Russian Roulette" to using Xarelto and comparison of the risk of death associated with playing Russian Roulette to the alleged increased risk of bleeding associated with Xarelto use is merely to inflame the jury. Misstates facts; there is not a 1 in 6 chance of bleeding on Xarelto. There is no benefit from Russian Roulette; there is a huge benefit to Xarelto.

own analysis used by Defense counsel with witness.   Questions are highly relevant and responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur.

---

**788:1 - 788:1 Moore, Kenneth 2016-07-13**

| 788 | 1 | Q.  It's deadly, isn't it? |
|---|---|---|

0:01

Re: [788:1-788:1]
**Def Obj** Not admissible under 403. Argumentative and inflammatory. Plaintiffs' counsel's use of "deadly" and implication that Xarelto use is "deadly" is merely to inflame the jury. Misstates facts.

Re: [788:1-788:1]
Pltf Resp Questions are highly relevant and responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen™'s analysis of Bleeders vs. No Bleeders.  The analysis is looking at safety outcomes.  The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn™t mean the increased risk is not present.

---

**788:4 - 788:11 Moore, Kenneth 2016-07-13**

| 788 | 4 | THE WITNESS:  Again, the |
|---|---|---|
| 788 | 5 | term "deadly" doesn't apply within |
| 788 | 6 | this context. |
| 788 | 7 | BY MR. OVERHOLTZ: |
| 788 | 8 | Q.  It's a callous disregard for |
| 788 | 9 | the safety of patients given -- callus |
| 788 | 10 | disregard for the patients given Xarelto, |
| 788 | 11 | isn't it? |

0:14

Re: [788:4-788:11]
**Def Obj** Not admissible under 403. Argumentative and inflammatory. Plaintiffs' counsel's use of "deadly," and implication that Xarelto use is "deadly," and the incorrect statement that it is a "callous disregarding for the safety of patients" is merely to inflame the jury. Misstates facts.

Re: [788:4-788:11]
Pltf Resp Questions are highly relevant and responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur,

05/23/17 14:47

| | Objections In | Responses In |
|---|---|---|
| | | and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen''s analysis of Bleeders vs. No Bleeders. The analysis is looking at safety outcomes. The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn''t mean the increased risk is not present. |

**788:14 -   788:17 Moore, Kenneth 2016-07-13**                                     0:04

788  14          THE WITNESS:  Again, I would
788  15     disagree.
788  16     BY MR. OVERHOLTZ:
788  17     Q.   Completely negligent, right?

Re: [788:14-788:17]
**Def Obj** Not admissible under 403, Argumentative and Inflammatory. Plaintiffs' counsel's incorrect statements that it is a "callous disregarding for the safety of patients" and "completely negligent" are merely to inflame the jury. Misstates facts.

Re: [788:14-788:17]
Pltf Resp Questions are highly relevant and responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen''s analysis of Bleeders vs. No Bleeders.  The analysis is looking at safety outcomes.  The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn''t mean the increased risk is not present.

**788:20 -   788:21 Moore, Kenneth 2016-07-13**                                     0:00

788  20          THE WITNESS:  I would
788  21     disagree.

Re: [788:20-788:21]
**Def Obj** Not admissible under 403, Argumentative and Inflammatory. Plaintiffs' counsel's use of "completely negligent" is merely to inflame the jury. Misstates facts.

Re: [788:20-788:21]
Pltf Resp Questions are highly relevant and responsive cross examination to the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen''s analysis of Bleeders vs. No Bleeders.  The analysis is looking at safety outcomes.  The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn''t mean the increased risk is not present.

**788:23 -   789:4 Moore, Kenneth 2016-07-13**                                     0:19

788  23     Q.   Let's look at the trough PT
788  24     values.  The trough PT values range from
789   1     somewhere around between zero and 25 all
789   2     the way to nearly 100 trough PT values
789   3     for some of the patients.  That's a huge
789   4     variability in trough PT, isn't it?

**789:7 -   789:17 Moore, Kenneth 2016-07-13**                                     0:22

789   7          THE WITNESS:  Not
789   8     necessarily.
789   9     BY MR. OVERHOLTZ:
789  10     Q.   When you saw that, did you
789  11     jump up in front of the people at the
789  12     meeting and say, "Wait, we have to stop.
789  13     We do not have low variability between
789  14     patients with this drug.  We have some
789  15     patients that are having ridiculously
789  16     high PTs at trough taking our medication
789  17     when we sampled them"?

**789:20 -   790:14 Moore, Kenneth 2016-07-13**                                    0:47
  789  20          THE WITNESS:  I disagree.
  789  21      And that's because what this is
  789  22      represented here, as you nicely
  789  23      pointed out as far as the time of
  789  24      post dose and trough and peak, is
  790   1      all based when the patient took
  790   2      their last dose of drug, correct?
  790   3          So the trough values here
  790   4      represent all the subjects that we
  790   5      have data on that the sample was
  790   6      taken near the trough time point.
  790   7          Now, what it doesn't say is
  790   8      if all those subjects took their
  790   9      dose with the evening meal at the
  790  10      exact same time the day prior.
  790  11      BY MR. OVERHOLTZ:
  790  12      Q.   In fact, of the over 14,000
  790  13      patients in the study, you only had
  790  14      sample data from 3,300, right?

**790:17 -   790:24 Moore, Kenneth 2016-07-13**                                    0:16
  790  17          THE WITNESS:  3,300 in
  790  18      regards to?
  790  19      BY MR. OVERHOLTZ:
  790  20      Q.   The trough measurement?
  790  21      A.   Whatever is the addition of
  790  22      811 and 2,574.
  790  23      Q.   This sparse PD sampling
  790  24      program just wasn't very good, was it?

**791:3  -   791:8 Moore, Kenneth 2016-07-13**                                     0:09
  791   3          THE WITNESS:  I disagree.  I
  791   4      think it was, again, appropriate
  791   5      for the study and the design.
  791   6      BY MR. OVERHOLTZ:
  791   7      Q.   It was not up to what the
  791   8      protocol called for, was it?

**791:11 -   791:21 Moore, Kenneth 2016-07-13**                                    0:15
  791  11          THE WITNESS:  Again, I can't
  791  12      speak to the way the protocol was
  791  13      designed or the conduct of the
  791  14      study.  From the data that we
  791  15      received, it seemed this was an
  791  16      appropriate way to look at the
  791  17      data.
  791  18      BY MR. OVERHOLTZ:
  791  19      Q.   You guys amended the
  791  20      protocol to call for a pre-dose sample,
  791  21      right?

**791:24 -   792:12 Moore, Kenneth 2016-07-13**                                    0:24
  791  24          THE WITNESS:  That was
  792   1      before my time on the study.
  792   2      BY MR. OVERHOLTZ:
  792   3      Q.   But you understood that was
  792   4      the case, right?
  792   5      A.   I would have to go back and
  792   6      take a look at the amendment to confirm
  792   7      what you said is accurate or not.
  792   8      Q.   And -- but you did it too
  792   9      late, right, and, therefore, you didn't
  792  10      have pre-dose samples, and that's why we
  792  11      don't see a pre-dose PT value for any of
  792  12      these patients on this chart, right?

**792:15 -   793:7 Moore, Kenneth 2016-07-13**                                     0:25
  792  15          THE WITNESS:  The difference
  792  16      between pre-dose and trough, each
  792  17      trough is generally considered
  792  18      pre-dose.

| | Objections In | Responses In |
|---|---|---|

792 19   BY MR. OVERHOLTZ:
792 20   Q.   I'm talking about before you
792 21   ever take the drug.
792 22   A.   Which would be considered
792 23   trough.
792 24   Q.   I mean before they ever
793  1   take -- before the study even begins.
793  2   A.   Oh, so you're asking to see
793  3   whether or not any of them have any drug
793  4   concentrations of rivaroxaban prior to
793  5   ever coming into the study?
793  6   Q.   PT measurements, prestudy PT
793  7   measurements.

**793:11 -   794:6   Moore, Kenneth 2016-07-13**                     0:40
793 11   Q.   That was what the protocol
793 12   was amended to require, correct?
793 13   A.   Again, I can't speak to the
793 14   specifics of the amendment.  I have to go
793 15   back.
793 16   Q.   Now, the other thing that
793 17   this analysis didn't do was take the
793 18   people that had bleeding events and break
793 19   them up by PT quartiles, right?
793 20   A.   We did not do a quartile
793 21   analysis.
793 22   Q.   Or a terciles analysis,
793 23   right?
793 24   A.   Or a terciles analysis.
794  1   Q.   Okay.  That's what you did
794  2   for some of your other studies, right?
794  3   A.   I personally did not do any
794  4   of those.
794  5   Q.   For ROCKET, the company
794  6   didn't do that type of analysis, right?

**794:9   -   794:15   Moore, Kenneth 2016-07-13**                     0:10
794  9         THE WITNESS:  We did not do
794 10   a quartile analysis.  These were
794 11   the types of analysis we did.
794 12   BY MR. OVERHOLTZ:
794 13   Q.   And sometimes when you don't
794 14   want to know the answer to something, you
794 15   just don't ask the question, right?

Re: [794:9-794:15]
**Def Obj** Lacks foundation. Not admissible under 403. Argumentative.

Re: [794:9-794:15]
Pltf Resp Questions are highly relevant and responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen™'s analysis of Bleeders vs. No Bleeders.  The analysis is looking at safety outcomes.  The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn't™t mean the increased risk is not present.

**794:18 -   794:22  Moore, Kenneth 2016-07-13**                     0:07
794 18         THE WITNESS:  No, that's
794 19   incorrect.  I think the team, when
794 20   looking at the data, felt that
794 21   this was an appropriate way to
794 22   explain what we saw.

Re: [794:18-794:22]
**Def Obj** Lacks foundation. Not admissible under 403. Argumentative.

Re: [794:18-794:22]
Pltf Resp Questions are highly relevant and responsive cross examination to the Witness' explanation of the Janssen Bleeders vs No Bleeders analysis used by Defense Counsel with

05/23/17 14:47

Objections
In

Responses In

Witness. Question uses an appropriate analogy to the fact there is a difference between observing that an outcome may or not occur, and observing whether the causative factor has increased the risk for such outcome to occur. The benefits of Xarelto are not relevant to the issue presented by Janssen's analysis of Bleeders vs. No Bleeders.  The analysis is looking at safety outcomes.  The analogy is relevant to an outcomes analysis and the fact that a risk is increased does not always mean that you will see the negative outcome, but that doesn't mean the increased risk is not present.

---

**800:24 -  802:4   Moore, Kenneth 2016-07-13**                                1:55

| | |
|---|---|
| 800 24 | Q.   Let me show you what we'll |
| 801  1 | mark as Exhibit Number 57. |
| 801  2 | Okay.  So if you can look |
| 801  3 | with me. Let me pull it up here. I |
| 801  4 | don't know, we may have to go back to the |
| 801  5 | Elmo, but we'll see if I can bring it up |
| 801  6 | on the computer. |
| 801  7 | This is Record Number |
| 801  8 | 1085822.  It's got a Bayer Bates stamp of |
| 801  9 | 01306152, and you see it's the Center for |
| 801 10 | Drug Evaluation Research Clinical |
| 801 11 | Pharmacology and Biopharmaceutics Review. |
| 801 12 | If you look on the next page.  It's |
| 801 13 | regarding Xarelto. |
| 801 14 | A.   Okay. |
| 801 15 | Q.   And if you look with me on |
| 801 16 | that third page -- the second -- I guess |
| 801 17 | the second real page of the review.  The |
| 801 18 | indication is, "Reduce the risk of stroke |
| 801 19 | and systemic embolism in patients with |
| 801 20 | nonvalvular atrial fibrillation." |
| 801 21 | That is the Afib, correct? |
| 801 22 | A.   That is correct. |
| 801 23 | Q.   I want to draw your |
| 801 24 | attention, if I can, to a couple of |
| 802  1 | things.  If you can turn with me over |
| 802  2 | to -- it's about ten pages over.  And it |
| 802  3 | says, "Clinical Pharmacology Review." |
| 802  4 | Like that. |

Re: [800:24-802:4]
**Def Obj** See objections to 683:3-5 regarding dosing and exhibit objections to Moore 57. In addition, the testimony at 807:1-808:3 addresses ACS, which is a non-approved indication that relates to a different patient population and different dosing. It is not relevant, any probative value is substantially outweighed by undue prejudice, and it will confuse the issues. See FRE 401 and 403.

Re: [800:24-802:4]
Pltf Resp See response to objections to 683:3-5 regarding dosing. See reesponse to objections to 28:23-31:17.

---

**802:23 -  808:3   Moore, Kenneth 2016-07-13**                               4:24

| | |
|---|---|
| 802 23 | THE WITNESS: Okay. |
| 802 24 | BY MR. OVERHOLTZ: |
| 803  1 | Q.   All right.  If we can go |
| 803  2 | back a page.  You got it right in front of you? |
| 803  3 | A.   I do, yes. |
| 803  4 | Q.   Okay.  Now, this is dated |
| 803  5 | January 5, 2011, correct? |
| 803  6 | A.   January 5, 2011, correct. |
| 803  7 | Q.   Okay.  And have you seen |
| 803  8 | this document before? |
| 803  9 | A.   Yes, I have. |
| 803 10 | Q.   And this was the clinical |
| 803 11 | pharmacology review by the FDA, correct? |
| 803 12 | A.   That appears to be, yes. |
| 803 13 | Q.   Okay.  If you can turn with |
| 803 14 | me over to Page 5 of this part of the |
| 803 15 | document.  There is a "Clinical |
| 803 16 | Pharmacology Summary" section.  Do you |

Re: [802:23-808:3]
**Def Obj** See objections to 683:3-5 regarding dosing and exhibit objections to Moore 57. In addition, the testimony at 807:1-808:3 addresses ACS, which is a non-approved indication that relates to a different patient population and different dosing. It is not relevant, any probative value is substantially outweighed by undue prejudice, and it will confuse the issues. See FRE 401 and 403.

Re: [802:23-808:3]
Pltf Resp See response to objections to 683:3-5 regarding dosing. See reesponse to objections to 28:23-31:17.

| | | |
|---|---|---|
| 803 | 17 | see that? |
| 803 | 18 | A.   Yes, I do. |
| 803 | 19 | Q.   Okay.  And there's a |
| 803 | 20 | Section 2.3, "Pharmacokinetics of |
| 803 | 21 | Rivaroxaban." |
| 803 | 22 | Do you see that? |
| 803 | 23 | A.   Yes, I do. |
| 803 | 24 | Q.   Okay.  And if you look with |
| 804 | 1 | me about three pages down, this has the |
| 804 | 2 | food increases, area under the curve and |
| 804 | 3 | CMAX of the 20-milligram dose by |
| 804 | 4 | approximately 39 and 76 percent |
| 804 | 5 | respectively, right? |
| 804 | 6 | A.   That's what it says. |
| 804 | 7 | Q.   And those are numbers we've |
| 804 | 8 | saw -- we've seen before, correct? |
| 804 | 9 | A.   What we've seen before, yes. |
| 804 | 10 | Q.   Okay.  Now, if we can turn |
| 804 | 11 | over to the next page.  There's a |
| 804 | 12 | section called 2.4, "Exposure |
| 804 | 13 | Pharmacodynamic Outcome Relationships." |
| 804 | 14 | Do you see that? |
| 804 | 15 | A.   I do, yes. |
| 804 | 16 | Q.   And this is the FDA's |
| 804 | 17 | clinical pharmacology review.  It says, |
| 804 | 18 | "Concentration dependent changes in |
| 804 | 19 | pharmacodynamic measures such as |
| 804 | 20 | prothrombin time, Factor Xa activity, and |
| 804 | 21 | prothrombinase induced clotting time for |
| 804 | 22 | rivaroxaban were observed.  The PT |
| 804 | 23 | measurements increased linearly with |
| 804 | 24 | rivaroxaban concentrations.  The |
| 805 | 1 | linear" -- "the linear relationship |
| 805 | 2 | observed in SPAF patients was similar to |
| 805 | 3 | that observed in healthy subjects." |
| 805 | 4 | Do you see that? |
| 805 | 5 | A.   I do, yes. |
| 805 | 6 | Q.   And that's consistent with |
| 805 | 7 | what we talked about about the |
| 805 | 8 | close-to-linear relationship between PT, |
| 805 | 9 | PTT, and rivaroxaban concentration, |
| 805 | 10 | correct? |
| 805 | 11 | A.   Yes, they use the term |
| 805 | 12 | "linear," where to be more specific it's |
| 805 | 13 | close to linear, but, yes. |
| 805 | 14 | Q.   Okay.  Now, if we look at |
| 805 | 15 | third bullet point in this "Exposure |
| 805 | 16 | Pharmacodynamic Outcome Relationships" |
| 805 | 17 | section.  It says, "Major bleeding events |
| 805 | 18 | increased with an increase in PT, |
| 805 | 19 | measured mostly during 12 to 24 hours |
| 805 | 20 | post rivaroxaban dose over the observed |
| 805 | 21 | range." |
| 805 | 22 | Do you see that? |
| 805 | 23 | A.   I do, yes. |
| 805 | 24 | Q.   Okay.  So the FDA in their |
| 806 | 1 | analysis believed that major bleeding |
| 806 | 2 | events increased with increase in PT, |
| 806 | 3 | correct? |
| 806 | 4 | A.   That is what they state, |
| 806 | 5 | yes. |
| 806 | 6 | Q.   Now, if you can look with me |
| 806 | 7 | over at Page 9 of this document.  There's |
| 806 | 8 | a section called, "Is the Proposed Dose |
| 806 | 9 | and Dosing Regimen Justified?" |
| 806 | 10 | Do you see that? |
| 806 | 11 | A.   Yes, I do. |
| 806 | 12 | Q.   Okay.  It says, "The dose |
| 806 | 13 | selection in ROCKET-AF was based on |
| 806 | 14 | results from two DVT studies.  And the |
| 806 | 15 | sponsor concluded that 20 milligrams |
| 806 | 16 | once-daily dose has desired safety and |
| 806 | 17 | efficacy profile for studies supporting |

Objections
In

Responses In

806 18    the SPAF indication. However, the
806 19    difference between the once-daily and
806 20    twice-daily regimen for the same total
806 21    daily dose was not studied within a
806 22    single study, and the cross-study
806 23    comparisons were inconclusive."
806 24         Do you see that?
807 1     A.  I do see that, yes.
807 2     Q.  "Further, a recently
807 3     concluded TIMI ACS 46, a dose-selection
807 4     study conducted in patients with acute
807 5     coronary syndrome, covering a total daily
807 6     dose range of 5 to 20 milligrams as once
807 7     or twice-daily regimen showed numerical
807 8     advantage for the safety and efficacy for
807 9     the twice-daily regimen."
807 10        Do you see that?
807 11    A.  Within ACS, yes.
807 12    Q.  So the sponsor selected a
807 13    twice-daily regimen for the ongoing Phase
807 14    III ACS program based on the results from
807 15    TIMI ACS 46.
807 16        "The pharmacokinetic and
807 17    pharmacodynamic characteristics suggest
807 18    that a twice-daily regimen might offer
807 19    lower peak-to-trough ratio in PT levels
807 20    within a dosing interval compared to the
807 21    once-daily regimen. See Figure 1."
807 22        Do you see that?
807 23    A.  Yes, I do.
807 24    Q.  Okay. So that's talking
808 1     about a lower peak-to-trough ratio,
808 2     right?
808 3     A.  That is correct.

**810:11 -  810:18 Moore, Kenneth 2016-07-13**                    0:23
810 11    Q.  Okay. So what the FDA has
810 12    done here is taking -- has taken the --
810 13    the dose of 20 milligrams and shown the
810 14    PT fluctuation on a per-day basis in the
810 15    red dashed line.
810 16        Do you see that?
810 17    A.  This was a simulated plot PT
810 18    of QD versus BID.

**811:10 -  813:24 Moore, Kenneth 2016-07-13**                    2:22
811 10    Q.  And so if we flip over to          Re: [811:10-813:24]           Re: [811:10-813:24]
811 11    the -- two pages later, we can see what  **Def Obj** See objections to 683:3-5   Pltf Resp See response to objections to 683:3-5
811 12    Figure 2 was. Figure 2 is a diagram of   regarding dosing.            regarding dosing.
811 13    prothrombin time and the relationship to
811 14    rivaroxaban plasma concentration.
811 15        Do you see that?
811 16    A.  I do, yes.
811 17    Q.  Okay. And it says,
811 18    "Prothrombin time increases linearly with
811 19    rivaroxaban concentration. Data from the
811 20    PK/PD subset of ROCKET-AF is shown.
811 21    Solid curve is the trend line."
811 22        Do you see that?
811 23    A.  Yes, I do.
811 24    Q.  This data that the FDA is
812 1     basing their analysis on comes from the
812 2     ROCKET PK/PD subset, right?
812 3     A.  Okay.
812 4     Q.  So if we go back and look at
812 5     our chart, there is Figure 1. The FDA
812 6     has simulated the PT time course for the
812 7     20-milligram given once daily with the
812 8     red dashed line.
812 9         Do you see that?
812 10    A.  I do.
812 11    Q.  Okay. And then we see, they
812 12    have also simulated what it would be if

05/23/17 14:47

| | | Objections In | Responses In |
|---|---|---|---|

812 13 it was dosed 10-milligram twice daily.
812 14  Do you see that?
812 15 A.  I see that simulation, yes.
812 16 Q.  Okay. Based on that
812 17 simulation, you can see that the peak PT
812 18 values are higher for the 20-milligram
812 19 once-daily dose compared to the
812 20 10-milligram twice-daily based on the
812 21 FDA's simulation, correct?
812 22 A.  The peaks are higher, yes.
812 23 Q.  Okay. And the troughs for
812 24 the 20-milligram once-daily PT time
813  1 course based on the FDA simulation are
813  2 lower than those for the 10-milligram
813  3 twice-daily simulation, correct?
813  4 A.  The troughs are lower for
813  5 the 20-milligram once daily.
813  6 Q.  If we can turn over to the
813  7 next page. It says at the top, "There
813  8 are no meaningful dose ranging studies in
813  9 the target population of patients with
813 10 atrial fibrillation; hence, it is not
813 11 clear whether the 20-milligram daily dose
813 12 selected in ROCKET-AF is optimal for the
813 13 SPAF indication.
813 14  "Nevertheless, the results
813 15 from the ROCKET-AF showed rivaroxaban
813 16 20 milligrams once daily to be
813 17 non-inferior to dose-adjusted warfarin."
813 18  Correct?
813 19 A.  That is correct.
813 20 Q.  Did the ROCKET study have a
813 21 goal to show superiority when it came to
813 22 bleeding for rivaroxaban compared to
813 23 warfarin?
813 24  MR. ZELLERS: Object to

**814:1 - 814:6  Moore, Kenneth 2016-07-13**  0:05
814  1 form.
814  2  THE WITNESS: I would have
814  3 to go back and look at the design
814  4 of the study and what the
814  5 objectives were, but I thought it
814  6 was a non-inferior design study.

Re: [814:1-814:6]
**Def Obj** See objections to 683:3-5 regarding dosing.

Re: [814:1-814:6]
Pltf Resp See response to objections to 683:3-5 regarding dosing.

**815:1 - 818:5  Moore, Kenneth 2016-07-13**  2:51
815  1 Q.  Okay. Now, if you can look
815  2 with me over to Section 3.3 on Page 12.
815  3 It says, "What are the characteristics of
815  4 the PD outcome relationship for safety?"
815  5  Do you see that?
815  6 A.  Yes.
815  7 Q.  It says, "The probability
815  8 for major bleeding event, the primary
815  9 safety endpoint" -- so that tells us that
815 10 the primary safety endpoint that
815 11 Exhibit 55 that we looked at before was
815 12 looking at was major bleeding event,
815 13 correct?
815 14 A.  Major bleeding event as the
815 15 primary safety endpoint, yes.
815 16 Q.  It says, "The probability
815 17 for major bleeding event, the primary
815 18 safety endpoint as defined as clinically
815 19 overt bleeding" -- and it gives the
815 20 information regarding the units of packed
815 21 red blood cells or whole blood or
815 22 bleeding at critical sites or fatal
815 23 outcome -- "increased with an increase in
815 24 pre-dose PT as shown in Figure 4."
816  1  Do you see that?
816  2 A.  That's what it states.
816  3 Q.  And so if we look at Figure

Re: [815:1-818:5]
**Def Obj** See objections to 683:3-5 regarding dosing.

Re: [815:1-818:5]
Pltf Resp See response to objections to 683:3-5 regarding dosing.

05/23/17 14:47

**Objections**
**In**

**Responses In**

| | | |
|---|---|---|
| 816 | 4 | 4, there are two curves shown that looks |
| 816 | 5 | at both the percentage of major bleed |
| 816 | 6 | compared to prothrombin time on the left |
| 816 | 7 | using the logistic regression analysis, |
| 816 | 8 | right? |
| 816 | 9 | A.   Yes. |
| 816 | 10 | Q.   Okay.  And if we can look at |
| 816 | 11 | the one on the left for a second.  Okay. |
| 816 | 12 | And what that demonstrates is that as the |
| 816 | 13 | PT increases, according to their analysis |
| 816 | 14 | based on pre-dose PT, that there is a -- |
| 816 | 15 | the percentage of patients with a major |
| 816 | 16 | bleed increases; is that correct? |
| 816 | 17 | A.   I'm looking at (a), logistic |
| 816 | 18 | regression figure. |
| 816 | 19 | Q.   Correct. |
| 816 | 20 | A.   And as I see based on the |
| 816 | 21 | quartile, division of -- I guess division |
| 816 | 22 | of prothrombin time with percent |
| 816 | 23 | bleeding, your question is whether or not |
| 816 | 24 | as you get to the last quartile your |
| 817 | 1 | percent with major bleeding increases? |
| 817 | 2 | Q.   Correct. |
| 817 | 3 | A.   I would say that's what the |
| 817 | 4 | figure shows. |
| 817 | 5 | Q.   Okay.  And that's what the |
| 817 | 6 | FDA says in their description.  "Major |
| 817 | 7 | bleeding event increased with an increase |
| 817 | 8 | in pre-dose PT over the observed range |
| 817 | 9 | per protocol on-treatment analysis set. |
| 817 | 10 | Probability of major bleeding with a |
| 817 | 11 | pre-dose PT with rivaroxaban shown in (a) |
| 817 | 12 | logistic regression model EMAX, and (b) |
| 817 | 13 | Cox regression model with a plot |
| 817 | 14 | indicating probability of an event within |
| 817 | 15 | one year. |
| 817 | 16 | "The PT measurements made |
| 817 | 17 | either at Week 12 or Week 24, whichever |
| 817 | 18 | was closer to the reported major bleeding |
| 817 | 19 | event was used for the analysis.  The |
| 817 | 20 | majority of the PT measurements were made |
| 817 | 21 | during the 12 to 24 hours after the |
| 817 | 22 | previous dose and is referred to as the |
| 817 | 23 | pre-dose PT." |
| 817 | 24 | Do you see that? |
| 818 | 1 | A.   Yes, I do. |
| 818 | 2 | Q.   Okay.  And the analysis on |
| 818 | 3 | the right is the Cox regression analysis, |
| 818 | 4 | Analysis B, correct? |
| 818 | 5 | A.   That's what it states. |

**818:6  -  818:14  Moore, Kenneth 2016-07-13**

| | | |
|---|---|---|
| 818 | 6 | Q.   Okay.  And it shows |
| 818 | 7 | prothrombin time as a range of 10 to 36 |
| 818 | 8 | across the bottom and a probability of |
| 818 | 9 | major bleed within one year. |
| 818 | 10 | Do you see that? |
| 818 | 11 | A.   That's what the axis says. |
| 818 | 12 | Q.   Okay.  And that curve also |
| 818 | 13 | shows an increase in probability of major |
| 818 | 14 | bleed as PT increases, correct? |

**818:17  -  818:22  Moore, Kenneth 2016-07-13**

| | | |
|---|---|---|
| 818 | 17 | THE WITNESS:  Are you asking |
| 818 | 18 | me to interpret the graph itself? |
| 818 | 19 | BY MR. OVERHOLTZ: |
| 818 | 20 | Q.   I'm just saying does that |
| 818 | 21 | curve show an increase in probability as |
| 818 | 22 | PT increases? |

**819:2  -  819:3  Moore, Kenneth 2016-07-13**

| | | |
|---|---|---|
| 819 | 2 | Q.   Based on this analysis by |



0:16

Re: [818:6-818:14]
**Def Obj** See objections to 683:3-5 regarding
dosing.

Re: [818:6-818:14]
Pltf Resp See response to objections to 683:3-5
regarding dosing.

0:06

Re: [818:17-818:22]
**Def Obj** See objections to 683:3-5 regarding
dosing.

Re: [818:17-818:22]
Pltf Resp See response to objections to 683:3-5
regarding dosing.

0:03

Re: [819:2-819:3]

Re: [819:2-819:3]

05/23/17 14:47

| | Objections In | Responses In |
|---|---|---|

| | | |
|---|---|---|
| 819   3       the FDA? | Def Obj See objections to 683:3-5 regarding dosing. | Pltf Resp See response to objections to 683:3-5 regarding dosing. |

**819:6 - 819:8 Moore, Kenneth 2016-07-13**

| | 0:15 | |
|---|---|---|
| 819   6         THE WITNESS:  If reading the | Re: [819:6-819:8] | Re: [819:6-819:8] |
| 819   7         curve, I would say that the trend | Def Obj See objections to 683:3-5 regarding | Pltf Resp See response to objections to 683:3-5 |
| 819   8         line is -- is curving upwards. | dosing. | regarding dosing. |

**819:21 - 820:1 Moore, Kenneth 2016-07-13**

| | 0:06 | |
|---|---|---|
| 819   21     Q.   4.1.4.4.  "Prothrombin Time, | Re: [819:21-820:1] | Re: [819:21-820:1] |
| 819   22     Major Bleeding Relationship For | Def Obj See objections to 683:3-5 regarding | Pltf Resp See response to objections to 683:3-5 |
| 819   23     Rivaroxaban." | dosing. | regarding dosing. |
| 819   24         Do you see that? | | |
| 820   1     A.   I do see that, yes. | | |

**820:16 - 821:19 Moore, Kenneth 2016-07-13**

| | 1:06 | |
|---|---|---|
| 820   16     Q.   Let's look at Table 5, if we | Re: [820:16-821:19] | Re: [820:16-821:19] |
| 820   17     can for a minute.  If we look at Table 5, | Def Obj See objections to 683:3-5 regarding | Pltf Resp See response to objections to 683:3-5 |
| 820   18     we see that the incidence and event rate | dosing. | regarding dosing. |
| 820   19     for first major bleeding adjudicated by | | |
| 820   20     CEC while on treatment. | | |
| 820   21         Do you see that? | | |
| 820   22     A.   I do, yes. | | |
| 820   23     Q.   And what the FDA has done | | |
| 820   24     here is broken up PT into quartiles, | | |
| 821   1     right?  There's four of them. | | |
| 821   2     A.   Yes.  There are four of | | |
| 821   3     them, yes. | | |
| 821   4     Q.   One is less than 14.  Then | | |
| 821   5     you've got 14 to 16, 16 to 19.8, and then | | |
| 821   6     greater than 19.8, right? | | |
| 821   7     A.   So you didn't say them | | |
| 821   8     precisely, but, yes, in general. | | |
| 821   9     Q.   14.2 to 16.6, 16.6 to 19.8, | | |
| 821   10    right? | | |
| 821   11    A.   Yes. | | |
| 821   12    Q.   Okay.  And then what it | | |
| 821   13    shows is it calculates the incidence, the | | |
| 821   14    percentage, right? | | |
| 821   15    A.   Mm-hmm. | | |
| 821   16    Q.   Okay.  And what we see as | | |
| 821   17    the quartiles increase, the percent of | | |
| 821   18    patients, the incidence with major | | |
| 821   19    bleeds, increases, correct? | | |

**821:22 - 822:12 Moore, Kenneth 2016-07-13**

| | 0:36 | |
|---|---|---|
| 821   22         THE WITNESS:  Again, based | Re: [821:22-822:12] | Re: [821:22-822:12] |
| 821   23         on the simulation, yes. | Def Obj See objections to 683:3-5 regarding | Pltf Resp See response to objections to 683:3-5 |
| 821   24     BY MR. OVERHOLTZ: | dosing. | regarding dosing. |
| 822   1     Q.   The patients in the highest | | |
| 822   2     quartile of PT above 20 have a | | |
| 822   3     7.14 percent incidence of major bleeds | | |
| 822   4     compared to only 3.12 for those with a PT | | |
| 822   5     less than 14.2. | | |
| 822   6         Do you see that?  7.14 | | |
| 822   7     compared to the first quartile of 3.12. | | |
| 822   8     A.   Oh, yes.  Sorry. | | |
| 822   9     Q.   So over twice as many major | | |
| 822   10    bleeds in the fourth quartile group | | |
| 822   11    compared to the first quartile group, | | |
| 822   12    correct? | | |

**822:15 - 823:22 Moore, Kenneth 2016-07-13**

| | 0:58 | |
|---|---|---|
| 822   15        THE WITNESS:  Even though it | Re: [822:15-823:22] | Re: [822:15-823:22] |
| 822   16        says "Quartile 3." I mean | Def Obj See objections to 683:3-5 regarding | Pltf Resp See response to objections to 683:3-5 |
| 822   17        that's a typo on their behalf. | dosing. | regarding dosing. |
| 822   18    BY MR. OVERHOLTZ: | | |
| 822   19    Q.   I assume it's a typo.  It's | | |

Objections
In

Responses In

822 20    clearly the fourth quartile of PT.
822 21    A.   Sure.
822 22    Q.   Okay.  And then if we look
822 23    at event rate, they calculate event rate
822 24    per 100 percent, don't they?
823 1     A.   They simulate that, yes.
823 2     Q.   Okay.  And we can see there
823 3     that if we look at the event rate of the
823 4     fourth quartile, people with a PT
823 5     measurement pre-dose of greater than
823 6     19.8, their number is 4.29.  If we
823 7     compare that to the event rate per
823 8     100 years for the first quartile of 1.88,
823 9     also greater than two times increase on
823 10    event rate.
823 11         Do you see that?
823 12    A.   I do see that, yes.
823 13    Q.   Okay.  Now, it looks like
823 14    the FDA went further and actually looked
823 15    at the difference between the U.S. and
823 16    other countries.
823 17         Do you see that?
823 18    A.   In Table 6?
823 19    Q.   Yes.
823 20    A.   I see the columns' names
823 21    that say U.S. with an N and other
823 22    countries with an N.



**823:23 -   824:7 Moore, Kenneth 2016-07-13**
823 23    Q.   Okay.  It says, "Increasing
823 24    bleeding rate was observed in U.S.
824 1     compared to the rest of the world for
824 2     rivaroxaban."
824 3          Do you see that?
824 4     A.   I do, yes.
824 5     Q.   Now, that information is not
824 6     contained in the product labeling in the
824 7     United States, is it?

0:15    Re: [823:23-824:7]           Re: [823:23-824:7]
        **Def Obj** See objections to 683:3-5 regarding     Pltf Resp See response to objections to 683:3-5
        dosing.                       regarding dosing.

**824:10 -   824:16 Moore, Kenneth 2016-07-13**
824 10         THE WITNESS:  This event
824 11    rate, the simulator event -- event
824 12    rate estimated by the FDA?
824 13    BY MR. OVERHOLTZ:
824 14    Q.   No, not simulated.  This is
824 15    from the PK/PD subset.
824 16    A.   What --

0:10    Re: [824:10-824:16]          Re: [824:10-824:16]
        **Def Obj** See objections to 683:3-5 regarding     Pltf Resp See response to objections to 683:3-5
        dosing.                       regarding dosing.

**824:19 -   825:10 Moore, Kenneth 2016-07-13**
824 19         THE WITNESS:  I'm sorry.
824 20    Can you point to the column or
824 21    the --
824 22    BY MR. OVERHOLTZ:
824 23    Q.   The sentence that says, "An
824 24    increasing bleeding rate was observed in
825 1     U.S. compared to the rest of the world
825 2     for rivaroxaban."
825 3     A.   That's what the sentence
825 4     says.
825 5     Q.   Yes.  I'm asking, does that
825 6     information, that there was an observed
825 7     increased bleeding rate in the U.S. based
825 8     on the sparse PD sampling in the ROCKET
825 9     study, that information is not in the
825 10    U.S. label for Xarelto, is it?

0:24    Re: [824:19-825:10]          Re: [824:19-825:10]
        **Def Obj** See objections to 683:3-5 regarding     Pltf Resp See response to objections to 683:3-5
        dosing.                       regarding dosing.

**825:13 -   825:17 Moore, Kenneth 2016-07-13**
825 13         THE WITNESS:  I can't say
825 14    whether it is or not.  That would
825 15    be a clinical question.  It's not
825 16    an area in the label that I'm
825 17    familiar with.

0:07    Re: [825:13-825:17]          Re: [825:13-825:17]
        **Def Obj** See objections to 683:3-5 regarding     Pltf Resp See response to objections to 683:3-5
        dosing.                       regarding dosing.

05/23/17 14:47

| | Objections In | Responses In |
|---|---|---|

825:19 -   826:7 Moore, Kenneth 2016-07-13

0:27

825  19      Q.   Okay.  As the clinical
825  20      pharmacology lead for Xarelto back in
825  21      2011 when this document was produced by
825  22      the FDA, do you think it was important
825  23      that you knew what was in the label with
825  24      respect to PD outcome relationships?
826  1            MR. ZELLERS:  Object to
826  2      form.
826  3            THE WITNESS:  I believe that
826  4      we worked with the FDA to develop
826  5      the label, so the FDA was again
826  6      happy with the information that we
826  7      put within the label, yeah.

826:21 -   827:18 Moore, Kenneth 2016-07-13

0:45

826  21      Q.   Okay.  So if we look at
826  22      Table 6, which is the incidence and event
826  23      rate for first major bleeding while on
826  24      treatment, according to PT, U.S. versus
827  1      rest of world."
827  2            Do you see that?  That's
827  3      what Table 6 is, right?
827  4      A.   Title of Table 6.
827  5      Q.   Okay.  And they again break
827  6      it up into the quartiles based on PT
827  7      between less than 14, 14.2 to 16.6,
827  8      Quartile 3, 16.6 to 19.8, and Quartile 4,
827  9      greater than or equal to 19.8.
827  10            Do you see that?
827  11      A.   That is how they defined
827  12      them.
827  13      Q.   Okay.  And they -- and as we
827  14      see the incidence rate in the Quartile 3
827  15      and Quartile 4, the top two quartiles are
827  16      higher than the incidence rates in the
827  17      lower quartiles of PT based on this FDA
827  18      analysis, correct?

Re: [826:21-827:18]
**Def Obj** See objections to 683:3-5 regarding dosing.

Re: [826:21-827:18]
Pltf Resp See response to objections to 683:3-5 regarding dosing.

827:21 -   828:18 Moore, Kenneth 2016-07-13

0:42

827  21            THE WITNESS:  You are
827  22      looking at the percentages?
827  23      BY MR. OVERHOLTZ:
827  24      Q.   Yes.
828  1      A.   So the percentage of 13.8?
828  2      Q.   Right.
828  3      A.   I would say that, yes, those
828  4      percentages are higher at the fourth
828  5      quartile compared to the first quartile.
828  6      Q.   And the numbers increase as
828  7      the quartile on PT goes up, correct?
828  8      A.   Again, I would have to
828  9      calculate it and take a greater look at
828  10      it.  But it appears to increase, yes.
828  11      Q.   Okay.  It goes from 7.4, to
828  12      8.7, to 11.8, to 13.8, correct?
828  13      A.   Yes.
828  14      Q.   Not double, but almost
828  15      nearly double the incidence rate in the
828  16      fourth quartile compared to the first
828  17      quartile according to this analysis run,
828  18      right?

Re: [827:21-828:18]
**Def Obj** See objections to 683:3-5 regarding dosing.

Re: [827:21-828:18]
Pltf Resp See response to objections to 683:3-5 regarding dosing.

828:21 -   828:23 Moore, Kenneth 2016-07-13

0:03

828  21            THE WITNESS:  It is not
828  22      double, no.  But there is an
828  23      increase.

Re: [828:21-828:23]
**Def Obj** See objections to 683:3-5 regarding dosing.

Re: [828:21-828:23]
Pltf Resp See response to objections to 683:3-5 regarding dosing.

831:20 -   832:19 Moore, Kenneth 2016-07-13

0:50

831  20      Q.   Now, if we compare event

Re: [831:20-832:19]

Re: [831:20-832:19]



| | | Objections In | Responses In |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 831 21 | rates per 100 years as calculated by the | **Def Obj** See objections to 683:3-5 regarding dosing. | Pltf Resp See response to objections to 683:3-5 regarding dosing. |
| 831 22 | FDA, now you are significantly higher, | | |
| 831 23 | over double, than those event rates in | | |
| 831 24 | other countries based on the rivaroxaban | | |
| 832 1 | PT pre-dose that were observed in the | | |
| 832 2 | ROCKET study, isn't that right? | | |
| 832 3 | MR. ZELLERS: Object to | | |
| 832 4 | form. | | |
| 832 5 | THE WITNESS: I'm not an | | |
| 832 6 | expert on the way they calculated | | |
| 832 7 | these numbers. And I certainly | | |
| 832 8 | didn't do it myself. Now, | | |
| 832 9 | certainly I'm not an expert when | | |
| 832 10 | it comes to calculating the event | | |
| 832 11 | rate per 100 patient years. | | |
| 832 12 | I would say that there's a | | |
| 832 13 | higher -- the numbers in this | | |
| 832 14 | chart are higher in the U.S. | | |
| 832 15 | versus those for other countries. | | |
| 832 16 | I'd stipulate to the fact that the | | |
| 832 17 | U.S. has an N of 819 while the | | |
| 832 18 | other countries have an N of | | |
| 832 19 | | | |

5,353.00

**833:16 -   834:18** Moore, Kenneth 2016-07-13                                           1:04

| | |
|---|---|
| 833 16 | Q.   I just want to ask you a |
| 833 17 | couple more questions then we'll be |
| 833 18 | finished. |
| 833 19 | One of the questions that |
| 833 20 | counsel asked you was about some of your |
| 833 21 | publications. |
| 833 22 | Do you recall that? |
| 833 23 | A.   Yes, sir. |
| 833 24 | Q.   And your -- one of the |
| 834 1 | publications you said you were involved |
| 834 2 | in, involved the use of PCCs to -- |
| 834 3 | prothrombin complex concentrates to |
| 834 4 | reverse the blood thinning effects of |
| 834 5 | Xarelto. |
| 834 6 | Do you recall that? |
| 834 7 | A.   It was reverse the |
| 834 8 | pharmacodynamic effects of Xarelto. |
| 834 9 | Q.   And now when it comes to -- |
| 834 10 | let me ask you this. Prothrombin time |
| 834 11 | is -- and we talked about this before -- |
| 834 12 | is the time it takes the blood to clot, |
| 834 13 | right? |
| 834 14 | A.   It is one measure to assess |
| 834 15 | the body's status of anticoagulation. |
| 834 16 | Q.   And would you agree that the |
| 834 17 | blood thinning effects of Xarelto is |
| 834 18 | related to its ability to increase PT? |

**834:21 -   835:4** Moore, Kenneth 2016-07-13                                           0:20

| | |
|---|---|
| 834 21 | THE WITNESS: It certainly |
| 834 22 | affects PT. |
| 834 23 | BY MR. OVERHOLTZ: |
| 834 24 | Q.   Now, when it comes to |
| 835 1 | reversing the effects of Xarelto, would |
| 835 2 | you agree that the most important factor |
| 835 3 | for Janssen is a reduction of prothrombin |
| 835 4 | time? |

**835:7 -   838:7** Moore, Kenneth 2016-07-13                                           2:39

| | |
|---|---|
| 835 7 | THE WITNESS: Not -- not |
| 835 8 | specifically, no. That would be |
| 835 9 | one out of several markers I think |
| 835 10 | we would look at. We wouldn't |
| 835 11 | necessarily isolate PT as being |
| 835 12 | the only desired pharmacodynamic |
| 835 13 | marker we would like to see |
| 835 14 | reduced. |
| 835 15 | BY MR. OVERHOLTZ: |

05/23/17 14:47

| | | Objections In | | Responses In |
|---|---|---|---|---|

| | | |
|---|---|---|
| 835 16 | Q.   Okay.  Let me show you what | |
| 835 17 | we'll mark as Exhibits 58, 59 and 60. | |
| 835 18 | (Document marked for | |
| 835 19 | identification as Exhibit | |
| 835 20 | Moore-58.) | |
| 835 21 | (Document marked for | |
| 835 22 | identification as Exhibit | |
| 835 23 | Moore-59.) | |
| 835 24 | (Document marked for | |
| 836  1 | identification as Exhibit | . |
| 836  2 | Moore-60.) | |
| 836  3 | MR. OVERHOLTZ:  They all go | |
| 836  4 | together.  That's why I'm doing it | |
| 836  5 | that way. | |
| 836  6 | 58, 59, and 60, is the | |
| 836  7 | final. | |
| 836  8 | BY MR. OVERHOLTZ: | |
| 836  9 | Q.   And if we can just take a | |
| 836 10 | look at 50 -- at 58 first, which is | |
| 836 11 | 146656, Janssen 00316789, and its | |
| 836 12 | attachment Janssen -- or a version of the | |
| 836 13 | attachment, it says Janssen 04379473. | |
| 836 14 | Let's look at Exhibit 58 | |
| 836 15 | first, which is that there was this | |
| 836 16 | e-mail from a Kristina Chang to you and | |
| 836 17 | several others regarding a final PCC | |
| 836 18 | press release. | |
| 836 19 | Do you see that? | |
| 836 20 | A.   I do, yes. | |
| 836 21 | Q.   Okay.  And it says, | |
| 836 22 | "Attachments Janssen ISTH PCC data press | |
| 836 23 | release final June 30th." | |
| 836 24 | Do you see that? | |
| 837  1 | A.   Yes. | |
| 837  2 | Q.   Okay.  And she says, "Team. | |
| 837  3 | There's some very minor late-breaking | |
| 837  4 | edits.  The final that will be issued on | . |
| 837  5 | July 2nd is attached." | |
| 837  6 | Do you see that? | |
| 837  7 | A.   There was some minor | |
| 837  8 | late-breaking -- the final issued on | |
| 837  9 | July 2nd.  Yes. | |
| 837 10 | Q.   Okay.  Now, do you recall | |
| 837 11 | having the opportunity to review the | |
| 837 12 | press release related to the PCC, | |
| 837 13 | prothrombin complex concentrates press | |
| 837 14 | release that Janssen was involved with? | |
| 837 15 | A.   The press release itself? | |
| 837 16 | Q.   Yeah. | |
| 837 17 | A.   I believe I did, yeah. | |
| 837 18 | Q.   Okay.  And so if you'll look | |
| 837 19 | with me at Exhibit 59.  This wasn't the | |
| 837 20 | attachment to the e-mail, but we found | |
| 837 21 | this in your file -- | |
| 837 22 | A.   Mm-hmm. | |
| 837 23 | Q.   -- just kind of in your file | |
| 837 24 | as an edited Word version. | |
| 838  1 | But this is the -- the PCC | |
| 838  2 | presentation at ISTH press release.  It's | |
| 838  3 | Record 16255 at the top, and Janssen | |
| 838  4 | | 437943 |
| 838  5 | Do you see that? | |
| 838  6 | A.   Yes. | . |
| 838  7 | Q.   Okay. | |

| | | |
|---|---|---|
| 838:14 - 841:4 | Moore, Kenneth 2016-07-13 | 2:15 |
| 838 14 | Q.   And this is a draft of the | |
| 838 15 | PCC press release for the International | |
| 838 16 | Society of Thrombosis and Hemostasis | |
| 838 17 | annual meeting, correct? | |
| 838 18 | A.   That's correct. | |
| 838 19 | Q.   Okay.  And if you look with | |
| 838 20 | me over to the right, there's some | |

| | |
|---|---|
| 838 21 | comments from TM, and they have your |
| 838 22 | name, Todd, there. |
| 838 23 | Do you see that? |
| 838 24 | A.  That is correct, yes. |
| 839 1 | Q.  As you can see, you made |
| 839 2 | some comments, like for example in the |
| 839 3 | first sentence of this draft, it said, |
| 839 4 | "Janssen Research & Development announced |
| 839 5 | today results of an open label single |
| 839 6 | center parallel group study showing that |
| 839 7 | a type of medication called prothrombin |
| 839 8 | complex concentrates, PCC, can reverse |
| 839 9 | the blood thinning effects" -- scratched |
| 839 10 | out -- "pharmacodynamic" -- scratched |
| 839 11 | out -- "anticoagulant effect of |
| 839 12 | Xarelto/rivaroxaban." |
| 839 13 | Do you see that? |
| 839 14 | A.  I do, yes. |
| 839 15 | Q.  Okay.  If you -- then if you |
| 839 16 | look with me at the kind of the title of |
| 839 17 | the press release, the one in bold, it |
| 839 18 | says, "Anticoagulant Antidote Effective |
| 839 19 | in Reversing Blood Thinner Effects of |
| 839 20 | Xarelto." |
| 839 21 | Do you see that? |
| 839 22 | A.  I do, yes. |
| 839 23 | Q.  And you say there, "I don't |
| 839 24 | believe we can call three-factor and |
| 840 1 | four-factor PCC actual antidote. |
| 840 2 | Remember this was an exploratory study." |
| 840 3 | Do you see that? |
| 840 4 | A.  I do, yes. |
| 840 5 | Q.  And if you look with me at |
| 840 6 | the end, there's some comments down |
| 840 7 | below.  You see the comment TM5, comment |
| 840 8 | TM5?  Do you see that? |
| 840 9 | A.  I do, yes. |
| 840 10 | Q.  And if we kind of follow |
| 840 11 | that line back to the anticoagulant |
| 840 12 | effect, you say, "Perhaps we can be a |
| 840 13 | little more specific and add the reversal |
| 840 14 | of pharmacodynamic effects or a |
| 840 15 | combination of the two statements." |
| 840 16 | Do you see that? |
| 840 17 | A.  I do, yes. |
| 840 18 | Q.  Okay.  Now, let me show you, |
| 840 19 | if you take a look with me at Exhibit |
| 840 20 | Number 60.  That's the 141657 Record |
| 840 21 | Number.  This was kind of the final |
| 840 22 | version of the press release. |
| 840 23 | A.  Do you want me to read the |
| 840 24 | entire document? |
| 841 1 | Q.  No.  I'm just asking if you |
| 841 2 | have it in front of you. |
| 841 3 | A.  I have Exhibit Number 60, |
| 841 4 | yes. |

| | | |
|---|---|---|
| 842:4 - 844:20 | Moore, Kenneth 2016-07-13 | 2:33 |
| 842 4 | You can see this is -- the | |
| 842 5 | title has been changed in this final | |
| 842 6 | version based on kind of your comment. | |
| 842 7 | It's now called, "Prothrombin Complex | |
| 842 8 | Concentrates Can Reverse Blood Thinning | |
| 842 9 | Effects of Xarelto." | |
| 842 10 | Do you see that? | |
| 842 11 | A.  I do, yes. | |
| 842 12 | Q.  Okay.  Now, I want to show | |
| 842 13 | you something.  If we can look down at | |
| 842 14 | the first paragraph quote on the second | |
| 842 15 | page, Page 2 of 8. | |
| 842 16 | Do you see that? | |
| 842 17 | A.  Page 2 of 8, first | |
| 842 18 | paragraph? | |

|  | Objections In | Responses In |
|---|---|---|

842 19   Q.   Yeah, at the top.  It says,
842 20   "'PCCs can be used to reverse the blood
842 21   thinning effects of anticoagulants such
842 22   as warfarin, but are important in
842 23   emergency situations involving
842 24   uncontrolled bleeding,' says Dr. Marcel
843 1   Levi, professor of medicine and dean of
843 2   medicine at the Academic Medical Center
843 3   of the University of Amsterdam. 'These
843 4   data provide additional information on
843 5   how to potentially reverse the
843 6   anticoagulant effects of Xarelto.'"
843 7        Do you see that?
843 8   A.   I do see that, yes.
843 9   Q.   Dr. Levi was one of the
843 10   doctors that you worked with in this
843 11   study using PCCs to reverse the, as you
843 12   described, pharmacodynamic or
843 13   anticoagulant effects of Xarelto, right?
843 14   A.   He was a physician that
843 15   consulted on the study, yes.
843 16   Q.   Okay.  Now, if we can look
843 17   down to the third paragraph regarding the
843 18   conclusions of the study, it says, "Both
843 19   three- and four-factor PCCs were found to
843 20   partially reverse the Xarelto-induced
843 21   prolongation of prothrombin time, PT -
843 22   the time it takes the blood to clot - in
843 23   healthy subjects, with the latter
843 24   reducing the mean PT by 2.5 to
844 1   3.5 seconds (versus .6 to 1.0 second
844 2   reduction associated with three-factor
844 3   PCCs)."
844 4        Do you see that?
844 5   A.   That's what it states, yes.
844 6   Q.   So in this analysis that was
844 7   conducted by you and others at Janssen
844 8   with Dr. Levi, the reversal of the
844 9   anticoagulant effects was based on a
844 10   reduction of prothrombin time, the time
844 11   it takes the blood to clot, correct?
844 12   A.   That was one of the many
844 13   analyses that we performed.
844 14   Q.   And if you look with me in
844 15   the next sentence -- and this is a
844 16   release from 2013, July 2nd.  It says,
844 17   "There is currently no approved reversal
844 18   agent for Xarelto."
844 19        Do you see that?
844 20   A.   That's what it states.

846:13 -   849:21 Moore, Kenneth 2016-07-13                3:56

846 13   Q.   Looking at Deposition
846 14   Exhibit 57, essentially the FDA performed
846 15   a quartile analysis of the PT data from
846 16   the ROCKET study; is that right?
846 17   A.   In general, yes.
846 18   Q.   And on the basis of that
846 19   analysis, the FDA reached a conclusion
846 20   that the data showed a correlation
846 21   between PT and risk of bleeding; is that
846 22   right?
846 23   A.   Based on the quartile
846 24   analysis, yes.
847 1   Q.   Did you and your colleagues,
847 2   in essence perform your own analyses of
847 3   the ROCKET study data?
847 4   A.   Yes, we did.
847 5   Q.   In part, are the analyses
847 6   that you and your colleagues performed
847 7   what we marked as Deposition Exhibits 55
847 8   and 56?
847 9   A.   That would be correct.

| | Objections In | Responses In |
|---|---|---|

347 10   Q.   Do you agree with the FDA's
347 11   conclusion that there is a correlation
347 12   between PT and risk of bleeding based on
347 13   the ROCKET study data?
347 14   A.   We took issue with the
347 15   quartile analysis that they made and the
347 16   conclusions that they made.
347 17   Q.   Why do you disagree with the
347 18   FDA's conclusions and analysis as to
347 19   whether or not there was a correlation
347 20   between PT and the risk of bleeding?
347 21   A.   I believe some of the issues
347 22   that were brought up by the bio -- the
347 23   modeling and simulation group and other
347 24   clinical pharmacology members at both
348 1   Bayer and Janssen pointed out that the
348 2   quartile analysis, A, lacked -- or didn't
348 3   account for, it seemed, other covariates
348 4   that occur in the upper quartiles that
348 5   were observed.
348 6          So what it doesn't take into
348 7   account are all the other potential
348 8   intrinsic factors or even extrinsic
348 9   factors that the patients may have that
348 10   also may increase their bleeding risk.
348 11          So what we took issue with
348 12   is making a direct assessment of just PT
348 13   without taking into the fact that
348 14   patients in that upper quartile, we don't
348 15   know what their age was, their healthy,
348 16   what their comorbidities were, all the
348 17   other factors that may combine and lead
348 18   up to a bleeding event.
348 19          Again, bleeding is not so
348 20   simple just to say bleeding is correlated
348 21   to a change in PT.  There's so much more
348 22   that goes on in that -- in that instance.
348 23   Q.   Did the FDA do an analysis
348 24   of PT levels of patients who did not have
349 1   bleeding events in the ROCKET study?
349 2   A.   I'm not aware of that type
349 3   of analysis within the document they
349 4   provided.
349 5   Q.   The analysis that you and
349 6   your colleagues performed looked at both
349 7   the PT levels of patients who experienced
349 8   a bleeding event and PT levels of
349 9   patients who did not, correct?
349 10   A.   That is correct.
349 11   Q.   Those are Deposition
349 12   Exhibits 55 and 56, which we have covered
349 13   earlier in your examination; is that
349 14   right?
349 15   A.   That is correct.
349 16   Q.   Do you believe that the
349 17   analyses that were performed by Janssen
349 18   and by Bayer with respect to the ROCKET
349 19   study data were scientifically valid?
349 20   A.   I believe they were
349 21   scientifically valid and appropriate.

**849:22 -   850:10 Moore, Kenneth 2016-07-13**                          0:39

349 22   Q.   You were not involved in any
349 23   decisions with respect to the dose
349 24   studied in the ROCKET atrial fibrillation
350 1   study; is that right?
350 2   A.   That is correct.  I was not.
350 3   Q.   The dose that was studied,
350 4   20 milligram and 15 milligram for
350 5   patients that had moderate renal
350 6   insufficiency, showed that absorption in
350 7   the atrial fibrillation patient
350 8   population was safe and effective,

Objections
In

Responses In

359    9      correct?
359   10      A.   That is correct.

05/23/17 14:47