**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)                    MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                                SECTION L

THIS DOCUMENT RELATES TO:                       JUDGE ELDON E. FALLON

Joseph Orr, Jr., et al. v. Janssen et al.       MAGISTRATE NORTH
Case No. 2:15-cv-03708

<u>**ORDER**</u>

Considering the foregoing *Ex Parte* Motion filed by Bayer HealthCare Pharmaceuticals

Inc., Bayer Pharma AG Janssen Pharmaceuticals, Inc., and Janssen Research & Development,

LLC, , for leave to file Exhibit A to Defendants' Motion to Exclude Irrelevant and Prejudicial

Opinions of Dr. Peter G. Liechty Based on Alleged Design-Defect Claims that Have Been

Dismissed with Prejudice in the above-captioned matter UNDER SEAL (Rec. Doc. ___)

        IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the

pleadings UNDER SEAL.

        New Orleans, Louisiana, this ___ day of June, 2017.

                                        _____
                                        UNITED STATES DISTRICT JUDGE