UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen, et al. Case No. 2:15-cv-03708 | |

### O R D E R

Considering Defendants' Joint *Ex Parte* Motion for Leave to File Under Seal Exhibits A-J to Defendants' Brief in Opposition to the Admission of Certain Documents Reflecting Communications with Foreign Regulators,

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Exhibits A-J to Defendants' Brief in Opposition to the Admission of Certain Documents Reflecting Communications with Foreign Regulators (Doc. 6705) be and are hereby **FILED UNDER SEAL.**

New Orleans, Louisiana, this _____ day of June, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE