**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |
| Joseph Orr, Jr., et al. v. Janssen, et al. Case No. 2:15-cv-03708 | |

# Exhibits A-J

## to Defendants' Brief in Opposition to the Admission of Certain Documents Reflecting Communications with Foreign Regulators

# FILED UNDER SEAL