MINUTE ENTRY
FALLON, J.
JUNE 2, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 15-3708 – Orr, et al v. Janssen, et al | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON          Friday, June 2, 2017, <u>8:15 am</u>
Case Manager: Dean Oser                              (Continued from 6/1/17)
Court Reporter: Lainie Smith/Toni Tusa

Appearances:   Andy Birchfield, Esq., Brian Barr, Esq., Jerry Meunier, Esq., Brad Honnold, Esq., and Emily Jeffcott, Esq., for Plaintiffs
Beth Wilkinson, Esq., and David Dukes, Esq., for Bayer Defendants
James Irwin, Esq. for Janssen Defendants

<u>JURY TRIAL</u>
<u>Plaintiffs' Witnesses Continued:</u>
Out of the presence of the jury
Plaintiffs' Motion to Preclude Expert Testimony from Dr. Cuong Bui, (6678), after argument, motion was DENIED.
Jury returns
Dr. Cuong Bui – sworn and testified
Video Deposition of Andrea Horvat-Bröker was played in lieu of her live testimony
Video Deposition of Kenneth Todd Moore was played in lieu of his live testimony
Plaintiffs' oral motion to withdraw their Motion to Present Testimony of Dr. Bui by Prior Videotaped Deposition, (6648) and Motion for Expedited Hearing on doc. 6648 (6649 - GRANTED


Court adjourned at 5:05pm until Monday, June 5, 2017, at 8:30am


JS10:     5:52