UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**Earl Smith v. Janssen Research & Development, LLC, et al.**
**Civil Action No.: 2:16-cv-14689-EEF-MBN**

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff Earl Smith, by and through his counsel of record and pursuant to Federal Rule of Civil Procedure 41(a)(2), requests that the above-styled action be voluntarily dismissed without prejudice against all defendants. Undersigned counsel takes this action at the request of Plaintiff. There have been no counterclaims filed against Plaintiff. No other claims by any other Plaintiff are affected by this motion.

Dated this 5th day of June, 2017.

**Respectfully submitted,**

*/s/ Ryan L. Thompson*
**WATTS GUERRA LLP**
**Ryan L. Thompson**
*Attorney in Charge*
Texas State Bar No. 24046969
5726 W. Hausman, Suite 119
San Antonio, Texas 78249
Telephone: 210.448.0500
Fax: 210.448.0501
Email: rlt-bulk@wattsguerra.com
**ATTORNEYS FOR PLAINTIFF**

1

## CERTIFICATE OF SERVICE

      I hereby certify that on June 5, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                        */s/ Ryan L. Thompson*
                                                          Ryan L. Thompson