UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**Earl Smith v. Janssen Research & Development, LLC, et al.**
**Civil Action No.: 2:16-cv-14689-EEF-MBN**

### ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE

On the _____ day of _____, 2017, Plaintiff, Earl Smith's, Voluntary Dismissal without Prejudice was considered by the Court. The Court having deemed fully advised of the premises, reviewed Plaintiff's motion is of the opinion that the motion should be GRANTED.

IT IS HEREBY ORDERED that Plaintiff Earl Smith's Motion for Voluntary Dismissal without Prejudice is GRANTED, and that plaintiff's claims against all defendants in *Earl Smith v. Janssen Research & Development, LLC et al* (Civil Action No. 2:16-cv-14689) are hereby voluntarily DISMISSED, without Prejudice. Each side shall bear their own attorneys' fees and costs.

ENTERED_____

                                                                    Hon. Eldon E. Fallon
                                                                    U.S. District Court Judge