1  kinds of problems?

2  A.   Yes, that's fair to say.

3  Q.   And with your experience with people having hemorrhages on

4  anticoagulants, not on anticoagulants, on warfarin, on other

5  anti-DOAC, anticoagulants like Xarelto or Pradaxa or whatever,

6  as we sit here today, you cannot say that this hemorrhage would

7  have been any different had she been on any other

8  anticoagulant, can you?

9  A.   Well, I mean, I think that in general, from the

10 neurosurgical community, we're much more comfortable dealing

11 with anticoagulation such as warfarin because we have the

12 ability to give reversal agents very quickly and would likely

13 give us in general more options upfront.

14 Q.   But insofar as Mrs. Orr's condition is concerned, you

15 can't say that her event or its outcome would have been any

16 different had she been on warfarin; is that correct?

17 A.   I can't say from an outcome perspective, no.

18 Q.   So a reversal agent is a helpful thing to have for you in

19 a setting like this, but when we're talking about Mrs. Orr and

20 when we talk about her and the size of her bleed and its

21 location, you cannot state that a reversal agent for her, had

22 she been on warfarin, would have made any difference; is that

23 correct?

24 A.   I don't know, because if she was on warfarin, I would have

25 given her a reversal agent, and we likely would have had a