UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Orr v. Bayer Corp., et al.* Case No. 2:15-cv-03708 | * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion for Expedited Hearing filed by Plaintiffs;

IT IS ORDERED by the Court that the motion is GRANTED and a hearing on Plaintiffs' Motion to Preclude Testimony from Dr. Cuong Bui [Rec. Doc. 6678] is set on an expedited basis for the 2nd day of June, 2017 at 8:15 a.m.

NEW ORLEANS, LOUISIANA, this 2nd day of June, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE