UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>FRANK FALLON,<br><br>      Plaintiff,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., BAYER HEALTHCARE PHARMACEUTICALS, INC.: BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>      Defendants. | NOTICE OF APPEARANCE<br><br>Civil Action No.: 2:16-CV-12732-EEF-MBN |

## **NOTICE OF APPEARANCE**

Please take notice, Joseph D. Lane of The Cochran Firm – Dothan P.C., herby enters his appearance as counsel for Plaintiff, Frank Fallon. Please serve a copy of all notices, correspondence, motions, orders and the like to the undersigned at the contact information listed below.

1

Dated: June 5, 2017

                        Respectfully submitted,

                        By: /s/ Joseph D. Lane
                        Joseph D. Lane
                        AL Bar ASB 9991 N75-J
                        111 E. Main Street
                        Dothan, AL 36301
                        phone: (334) 673-1555
                        fax: (334) 699-7229
                        e-mail: JoeLane@CochranFirm.com
                        *Counsel for plaintiffs*