# EXHIBIT 1

| | |
|---|---|
| **From:** | Michael Weinkowitz <MWeinkowitz@lfsblaw.com> |
| **Sent:** | Thursday, April 13, 2017 5:18 PM |
| **To:** | 'arnold.new@courts.phila.gov' |
| **Cc:** | Daniel Gallucci; Laura Feldman; Rosemary Pinto; Abernethy, David F. (David.Abernethy@dbr.com); Bixler, Al; 'Allen, Matthew (Matthew.Allen@courts.phila.gov)'; 'Annette.Ferrara@courts.phila.gov'; carly bishow; Kristen Bozzutto; Thompson, Stanley |
| **Subject:** | Xarelto MDL rulings on various dispositive and expert motions |
| **Attachments:** | !6196 ORDER AND REASONS Denying PMSJ Fed Preempt.pdf; !6197 ORDER AND REASONS Denying MPSJ re Failure to Warn.pdf; Daubert rulings 08519266935.pdf |

Dear Judge New

Attached please find Judge Fallon's various rulings on dispositive and expert motions in the MDL.

Respectfully,

**Michael M. Weinkowitz, Esquire**
**LEVIN SEDRAN & BERMAN**
**510 Walnut Street -- Suite 500**
**Philadelphia, PA 19106**
**(215) 592-1500**
**(215) 592-4663 – fax**

**Admitted and Practicing in Pennsylvania, New Jersey and New York**

On the Web at **www.lfsblaw.com**

**CONFIDENTIALITY NOTE: This E-mail message contains information belonging to the law firm of Levin Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.**