# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |

Joseph J. Boudreaux, Jr. et al. v. Janssen et al.
Case No. 2:14-cv-02720

Joseph Orr, Jr., Jr., et al. v. Janssen et al.
Case No. 2:15-cv-03708

## ORDER

Considering the Motion for Expedited Hearing filed by Defendants;

IT IS ORDERED by the Court that the motion is GRANTED and a hearing on Defendants' Motion to Vacate April 13, 2017 Order on Preemption of Plaintiffs' Design-Defect Claims [Rec. Doc. 6717] is set on an expedited basis for the ____ day of June, 2017 at _____ a.m.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE