UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |

This Document relates to:

**Rose Whalen *v. Janssen Research & Development, LLC et al;***
**Civil Action No. 15-CV-6578**

## ORDER

This matter comes before the Court on Plaintiff's Motion to Substitute Maggie Whalen, as Personal Representative of the Estate of Rose Whalen as Plaintiff in the place of Rose Whalen, in the above referenced action. The Court having reviewed the pleadings and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is HEREBY GRANTED. The Clerk of the Court is hereby directed to correct the Caption to reflect the substituted party.

New Orleans, Louisiana, this 2nd day of June, 2017.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge