xarelto product liability - new (011146.0274)
Deposition Designations for Berkowitz S 20161019, Berkowitz S 20161020

| | Objections In | Responses In | Rulings |
|---|---|---|---|

16:9   -   16:18   Berkowitz, Scott 2016-10-19                    0:18
    16   9        Q.   Sir, could I get you to
    16   10       state your name and full title for the
    16   11       record.
    16   12       A.   Scott Darrell Berkowitz.
    16   13       I'm a vice president at Bayer
    16   14       Pharmaceutical.  I oversee the group
    16   15       called thrombosis group in development.
    16   16       Q.   Okay.  And you've held that
    16   17       title for how long?
    16   18       A.   Since 2007.

17:23   -   18:8   Berkowitz, Scott 2016-10-19                    0:29
    17   23       Q.   Just from a 30,000-foot
    17   24       view, can you give me a thumbnail sketch
    18   1        of your work in Xarelto.
    18   2        A.   Well, I joined the company
    18   3        in 2006 as a -- in a position that we
    18   4        call global clinical leader.  This is in
    18   5        essence a physician who oversees an --
    18   6        either an indication of a drug and
    18   7        provides strategy as well as operation
    18   8        expertise to the team.

19:3   -   19:12   Berkowitz, Scott 2016-10-19                    0:14
    19   3        Q.   So you came in in 2006 --       Re: [19:3-19:12]                      Pending
    19   4        A.   '6.                             Pltf Obj Object as not
    19   5        Q.   -- so that was roughly          necessary for
    19   6        between the time of Phase II and      completeness and
    19   7        Phase III?                            therefore should be
    19   8        A.   Correct, yes.                    played in Defendants
    19   9        Q.   And so you had more             direct, if at all.
    19   10       involvement in Phase III obviously than  Confusing in that it
    19   11       you did in Phase II?                  raises topics without
    19   12       A.   Correct.                         foundation.

19:18   -   20:3   Berkowitz, Scott 2016-10-19                    0:21
    19   18       Q.   Now, I want to spend some       Re: [19:18-20:3]                      Pending
    19   19       time with you this morning talking about  Pltf Obj Object as not
    19   20       the concept of monitoring as that has  necessary for
    19   21       been discussed with the use of        completeness, and
    19   22       anticoagulants and Xarelto.  Do you know  duplicative of later
    19   23       what I mean by "monitoring"?          testimony designated by
    19   24       A.   Well, I know what monitoring    plaintiffs.  If played at
    20   1        is, but I'm not sure what you mean by  all, should be played in
    20   2        "monitoring."  So maybe you could tell me  Defendants' direct.
    20   3        what you're thinking with the word.

20:4   -   20:20   Berkowitz, Scott 2016-10-19                    0:38
    20   4        Q.   Well, when the label for        Re: [20:4-20:20]                      Pending
    20   5        Xarelto says, "No routine monitoring  Pltf Obj Object as not
    20   6        required," do you have an understanding  necessary for
    20   7        of what that means?                   completeness, and
    20   8        A.   Yes.                             duplicative of later
    20   9        Q.   Can you give me your          1 testimony designated by

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| | | | plaintiffs. If played at all, should be played in Defendants' direct. | | |

20 10   understanding of what that means?
20 11   A.   What's meant with that
20 12   phrase is that you don't have to do a
20 13   blood test to keep the drug in the
20 14   appropriate range for the different
20 15   indications, unlike a drug like a vitamin
20 16   K antagonist, warfarin, where that is a
20 17   requirement. It doesn't mean that you
20 18   don't watch the patient, monitor the
20 19   patient. It's more about measuring a
20 20   value.

**21:13   -   21:23   Berkowitz, Scott 2016-10-19**    0:23
21 13   Q.   Okay. So what you're saying
21 14   is you don't have to regularly come in
21 15   and have a blood test taken like you
21 16   would with warfarin on Xarelto, right?
21 17   A.   Well, almost. We instruct
21 18   people about it from the very beginning
21 19   as and the teams and then out to physicians,
21 20   the patients on anticoagulants, whatever
21 21   they are, need to be regularly followed,
21 22   but in terms of drawing the blood as you
21 23   said, that's correct.

Re: [21:13-21:23] Pltf Obj No objection, provided counters are played for completeness.
Re: [21:13-21:23] Pltf Obj Object as not necessary for completeness, and duplicative of later testimony designated by plaintiffs. If played at all, should be played in Defendants' direct. Also hearsay.

Pending

**23:5   -   23:8   Berkowitz, Scott 2016-10-19**    0:08
23 5   It's just a little bit semantics. We
23 6   can -- if we all know what we're talking
23 7   about with the word, then I think we're
23 8   fine. I think that's a good description.

Re: [23:5-23:8] Pltf Obj Object as not necessary for completeness, and duplicative of later testimony designated by plaintiffs. If played at all, should be played in Defendants' direct.

Pending

**24:13   -   25:3   Berkowitz, Scott 2016-10-19**    0:29
24 13   Q.   Okay. Do you agree with me
24 14   that drug companies have a responsibility
24 15   to provide information to doctors on how
24 16   to use a drug safely?
24 17   A.   I think it's what we try to
24 18   do every day, and when we develop labels
24 19   and when we develop our protocols for the
24 20   trial so they can be useful, I think
24 21   that's what we try to do. So I agree in
24 22   that sense.
24 23   Q.   Okay. Do you agree with me
24 24   that if a company is aware of a way to
25 1   use a drug more safely, they have an
25 2   obligation to provide that information to
25 3   doctors?

**25:6   -   25:11   Berkowitz, Scott 2016-10-19**    0:12
25 6   THE WITNESS: I would agree
25 7   that if there is knowledge that
25 8   would be helpful, then it's
25 9   important to have that. But if
25 10   there's not data to show that,
25 11   then it doesn't help.

**25:13   -   26:6   Berkowitz, Scott 2016-10-19**    0:47

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 25 13 | Q. Now, we talked about this a | Re: [25:13-26:6] | Re: [25:13-26:6] | Pending |
| 25 14 | little bit. You do agree that a doctor | Def Obj R, Concede - | Pltf Resp Relevant to | |
| 25 15 | prescribing Xarelto should be monitoring | Routine Monitoring | Plaintiffs' Failure to | |
| 25 16 | the patient -- I'm not talking about | | warn claims and | |
| 25 17 | taking blood tests, but monitoring the | | claims concerning | |
| 25 18 | patient for signs of overanticoagulation? | | need for | |
| 25 19 | A. Yes. And | | measurement. | |
| 25 20 | underanticoagulation. But yes. These | | | |
| 25 21 | are potent medicines, and they need to be | | | |
| 25 22 | observed. It's not just about a lab | | | |
| 25 23 | test, whatever that is. | | | |
| 25 24 | Q. Right. I want to show you | | | |
| 26 1 | what we'll mark as Exhibit Number 1. | | | |
| 26 2 | (Document marked for | | | |
| 26 3 | identification as Exhibit | | | |
| 26 4 | Berkowitz-1.) | | | |
| 26 5 | MR. BARR: And this is | | | |
| 26 6 | Plaintiff's 398481. | | | |
| | | | | |
| 26:14 - 26:23 | Berkowitz, Scott 2016-10-19 | 0:24 | | |
| 26 14 | Q. Sure. What I'm going to | Re: [26:14-26:23] | Re: [26:14-26:23] | Pending |
| 26 15 | focus your attention on is the e-mail | Def Obj R, Concede - | Pltf Resp Provides | |
| 26 16 | that starts -- it's from you. It says | Routine Monitoring | context for | |
| 26 17 | from Scott Berkowitz sent on April 25th, | | document. | |
| 26 18 | 2011. And it's "Re: Para on HB | | | |
| 26 19 | monitoring for Question 22 and related | | | |
| 26 20 | DVT Question 35." And it starts, "Dear | | | |
| 26 21 | Olga." | | | |
| 26 22 | Do you see that? | | | |
| 26 23 | A. Yes. | | | |
| | | | | |
| 26:24 - 27:6 | Berkowitz, Scott 2016-10-19 | 1:37 | | |
| 26 24 | Q. If you want to take a second | Re: [26:24-27:6] | | Pending |
| 27 1 | to review it, that's fine. Have you had | Pltf Obj Object as not | | |
| 27 2 | a chance to read that, sir? | necessary for | | |
| 27 3 | A. Not completely. I'm just | completeness and | | |
| 27 4 | down to the next-to-the-last paragraph. | misleading in that it | | |
| 27 5 | I have not seen this since it was | suggests witness was | | |
| 27 6 | written. | not given adequate time | | |
| | | to review the document. | | |
| | | | | |
| 27:9 - 29:5 | Berkowitz, Scott 2016-10-19 | 1:26 | | |
| 27 9 | Q. There's a question that you | Re: [27:9-29:5] | | Pending |
| 27 10 | respond to. It says, "We have a related | Pltf Obj Object as not | | |
| 27 11 | question for DVT. And here is my current | necessary for | | |
| 27 12 | draft." | completeness and if | | |
| 27 13 | Do you see that? | played at all, should be | | |
| 27 14 | A. First page? | played in Defendants' | | |
| 27 15 | Q. On the first page, yes, sir. | direct. | | |
| 27 16 | A. Okay. | | | |
| 27 17 | Q. "Question 35. A | | | |
| 27 18 | recommendation to follow hemoglobin | | | |
| 27 19 | hematocrit levels during treatment to be | | | |
| 27 20 | discussed and implemented in the product | | | |
| 27 21 | information as appropriate." | | | |
| 27 22 | Did I read that correctly? | | | |
| 27 23 | A. Yes. This is a question, I | | | |
| 27 24 | assume, from -- I'm not sure where it's | | | |
| 28 1 | from. It's a question we're responding | | | |
| 28 2 | to. | | | |
| 28 3 | Q. It's a question from a | | | |
| 28 4 | regulatory authority? | | | |

overrule[d]

04/20/17 15:10

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

28  5    A.   Okay.
28  6    Q.   I'm asking you.  Do you know
28  7    that?
28  8    A.   I don't know that for a
28  9    fact.  But it looks like a kind of
28 10    question that you might get when you are
28 11    submitting a product.  So...
28 12    Q.   Okay.  Do you know what
28 13    would have been in submission in April of
28 14    2011 that would get these types of
28 15    questions?
28 16    A.   We did a number of
28 17    indications at the time.  Well, several,
28 18    not a number.  But we had the atrial
28 19    fibrillation.  We had DVT treatment.  We
28 20    also had pulmonary embolism.  I'm not
28 21    sure.  It's in that range.
28 22    Q.   Okay.
28 23    A.   This is talking about DVT
28 24    trials.
29  1    Q.   Right.  And the response is,
29  2    "Hemoglobin values were not monitored in
29  3    the 1/17/02 DVT and 11/8/99 trials.
29  4    Rather, patients were assessed at regular
29  5    intervals.

**29:6  -  30:16  Berkowitz, Scott 2016-10-19**   1:18

29  6         "In good anticoagulation
29  7    management practice, clinical
29  8    surveillance of any patient receiving
29  9    anticoagulation therapy is a must."
29 10         Did I read that correctly?
29 11    A.   You read that correctly.
29 12    Q.   And then it goes on to say,
29 13    "As these are potent medications whose
29 14    effect can be altered by the patient's
29 15    general health and current medications,
29 16    good clinical surveillance of the patient
29 17    consists of periodic visits to the
29 18    healthcare provider with a systematic
29 19    approach involving a review of the
29 20    patient's general clinical medication and
29 21    bleeding histories since the last visit,
29 22    and a detailed physical examination for
29 23    evidence of bleeding, obvious or occult."
29 24         Did I read that correctly?
30  1    A.   Correct.
30  2    Q.   And then I want to point
30  3    down to the last paragraph of what you
30  4    write.  You write, "The applicant's
30  5    position is that clinical surveillance as
30  6    performed in general anticoagulation
30  7    management practice is the best way to
30  8    follow patients on anticoagulant
30  9    medications, including rivaroxaban, and
30 10    is recommended throughout the treatment
30 11    period.  Routine hemoglobin monitoring is
30 12    of low yield and appears to be clinically
30 13    unnecessary.  Hemoglobin testing has a
30 14    place when guided by clinical suspicion."
30 15         Did I read that correctly?
30 16    A.   Yes.

Objections In (for 29:6-30:16):
Re: [29:6-30:16]
Def Obj R, Concede -
Routine Monitoring,
Incomplete

Responses In (for 29:6-30:16):
Re: [29:6-30:16]
Pltf Resp Relevant to
Plaintiffs' Failure to
warn claims and
claims concerning
need for
measurement.

Rulings: Pending

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

32:10 - 32:16   Berkowitz, Scott 2016-10-19                                   0:44
  32 10   I'll hand you a current label.  This is
  32 11   labeled "current Xarelto label."  It
  32 12   doesn't have a number.  This will be
  32 13   Exhibit 2.
  32 14   (Document marked for
  32 15   identification as Exhibit
  32 16   Berkowitz-2.)

32:20 - 33:1   Berkowitz, Scott 2016-10-19                                   0:09
  32 20   Q.  Well, are you familiar with
  32 21   the United States label?
  32 22   A.  Yes.  I don't know it word
  32 23   for word.  And they change periodically
  32 24   with some adjustments, but I'm familiar
  33 1   with it.

33:24 - 34:12   Berkowitz, Scott 2016-10-19                                   0:23
  33 24   Q.  I'm looking for the
  34 1   statement: "Clinical surveillance of any          Re: [33:24-34:12]                          Pending
  34 2   patient receiving anticoagulation therapy          Pltf Obj Object as non-
  34 3   is a must."                                        responsive to question
  34 4   A.  Well, I don't know why it                      and not necessary for
  34 5   would say it is a must.  That's my                 completeness.
  34 6   opinion about -- as a coagulation
  34 7   physician.  So -- in my draft document.
  34 8   So I'm not sure if it will say those
  34 9   exact words.
  34 10   But I'm -- if you're aware
  34 11   of where it is, maybe you can point me to
  34 12   it, because I'm not.

34:13 - 34:16   Berkowitz, Scott 2016-10-19                                   0:07
  34 13   Q.  I don't believe it's in the
  34 14   label.                                             Re: [34:13-34:16]        Re: [34:13-34:16]        Pending
  34 15   A.  Okay.  I don't know if it is                   Def Obj Attorney         Pltf Resp It is a
  34 16   or not.                                            colloquy (not a          question that the
                                                            question), PK, LF, R,    witness cleary
                                                            Concede - Routine        understood and
                                                            Monitoring               answered.

34:17 - 34:19   Berkowitz, Scott 2016-10-19                                   0:05
  34 17   Q.  Can you point to anything in                   Re: [34:17-34:19]        Re: [34:17-34:19]        Pending
  34 18   the label that says "surveillance of               Def Obj R, Concede -     Pltf Resp Relevant to
  34 19   patients on Xarelto is a must"?                     Routine Monitoring       Plaintiffs' Failure to
                                                                                     warn claims and
                                                                                     claims concerning
                                                                                     need for
                                                                                     measurement.

34:22 - 35:3   Berkowitz, Scott 2016-10-19                                   0:10
  34 22   THE WITNESS:  I would have                         Re: [34:22-35:3]         Re: [34:22-35:3]         Pending
  34 23   to search my computer because I                    Def Obj R, Concede -     Pltf Resp Relevant to
  34 24   think this would take too long to                  Routine Monitoring       Plaintiffs' Failure to
  35 1   check the whole thing.  I don't                                              warn claims and
  35 2   know where they might put it.  I                                             claims concerning
  35 3   mean, it might be in warnings.                                               need for
                                                                                     measurement.

35:6 - 35:7   Berkowitz, Scott 2016-10-19                                   0:03
  35 6   Q.  Well, let's look at the                         Re: [35:6-35:7]          Re: [35:6-35:7]          Pending
  35 7   warnings section.  That's Section 5.               Def Obj R, Concede -     Pltf Resp Relevant to

| | | Objections<br>In<br>Routine Monitoring | Responses In | Rulings |
|---|---|---|---|---|
| | | | Plaintiffs' Failure to<br>warn claims and<br>claims concerning<br>need for<br>measurement. | |
| 35:13 - 35:14  Berkowitz, Scott 2016-10-19 | 0:03 | | | |
| 35 13        A.  That's fine.  Yes.  Right. | | Re: [35:13-35:14] | Re: [35:13-35:14]    Pending | |
| 35 14        Let's look at it and see. | | Def Obj R, Concede -<br>Routine Monitoring | Pltf Resp Relevant to<br>Plaintiffs' Failure to<br>warn claims and<br>claims concerning<br>need for<br>measurement. | |
| 35:15 - 36:8  Berkowitz, Scott 2016-10-19 | 0:38 | | | Pending |
| 35 15        Q.  So the first section is | | Re: [35:15-36:8] | | |
| 35 16        Section 5.1, "Increased risk of | | Pltf Obj Object as non- | | |
| 35 17        thrombotic events after premature | | responsive to question | | |
| 35 18        discontinuation." You don't see anything | | and not necessary for | | |
| 35 19        in there, do you? | | completeness. | | |
| 35 20        A.  No.  This is focusing on -- | | | | |
| 35 21        on something different.  So we need | | | | |
| 35 22        something that talks about the general | | | | |
| 35 23        care. | | | | |
| 35 24        Q.  Okay.  And risk of bleeding, | | | | |
| 36  1        anything in there? | | | | |
| 36  2        A.  Information on promptly | | | | |
| 36  3        evaluating signs and symptoms of blood | | | | |
| 36  4        loss.  That's important. | | | | |
| 36  5        Q.  But anything in there | | | | |
| 36  6        telling the doctor that they need to | | | | |
| 36  7        maintain clinical surveillance of the | | | | |
| 36  8        patient? | | | | |
| 36:11 - 37:2  Berkowitz, Scott 2016-10-19 | 0:31 | | | Pending |
| 36 11            THE WITNESS:  Well, you | | Re: [36:11-37:2] | | |
| 36 12        know, this is a -- what we are | | Pltf Obj Object as non- | | |
| 36 13        talking about here is routine care | | responsive to question | | |
| 36 14        with any anticoagulant including | | and not necessary for | | |
| 36 15        this one.  So one of the things | | completeness. | | |
| 36 16        about the USPI, and one of the | | | | |
| 36 17        things about companies putting | | | | |
| 36 18        information is that we don't tell | | | | |
| 36 19        doctors how to practice.  That's | | | | |
| 36 20        not our purview from the company | | | | |
| 36 21        and the -- from the FDA | | | | |
| 36 22        standpoint, their part is in | | | | |
| 36 23        protecting patients.  But they | | | | |
| 36 24        don't tell the physicians what -- | | | | |
| 37  1        what to do unless there's | | | | |
| 37  2        something specific. | | | | |
| 37:4 - 37:7  Berkowitz, Scott 2016-10-19 | 0:06 | | | |
| 37  4        Q.  So you would agree with me | | Re: [37:4-37:7] | Re: [37:4-37:7]    Pending | |
| 37  5        that at least in the warning section, you | | Def Obj R, Concede - | Pltf Resp Relevant to | |
| 37  6        don't see that language that you | | Routine Monitoring, A | Plaintiffs' Failure to | |
| 37  7        reference in your response? | | | warn claims and<br>claims concerning<br>need for<br>measurement. | |
| 37:10 - 37:16  Berkowitz, Scott 2016-10-19 | 0:11 | | | |
| 37 10            THE WITNESS:  Well, as I | | Re: [37:10-37:16] | | Pending |
| 37 11        have said, that's -- that's my | | Pltf Obj Object as non- | | |

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 37 12 | opinion as a coagulation physician | responsive to question | | |
| 37 13 | for many years. That's my draft. | and not necessary for | | |
| 37 14 | I don't know the other factors | completeness. | | |
| 37 15 | that lead to it coming in and | | | |
| 37 16 | it's -- what we can look at so | | | |

37:17 - 37:18 Berkowitz, Scott 2016-10-19      0:06

| | | | | |
|---|---|---|---|---|
| 37 17 | far, I don't see those words that | **Re: [37:17-37:18]** | Re: [37:17-37:18]      Pending | |
| 37 18 | you mention. But it is practice. | **Def Obj** R, Concede - | Pltf Resp Relevant to | |
| | | Routine Monitoring, A. | Plaintiffs' Failure to | |
| | | Incomplete | warn claims and | |
| | | | claims concerning | |
| | | | need for | |
| | | | measurement. | |

47:1 - 47:14 Berkowitz, Scott 2016-10-19      1:03

| | | | | |
|---|---|---|---|---|
| 47 1 | Q. The next document I want to | **Re: [47:1-47:14]** | Re: [47:1-47:14]      Pending | |
| 47 2 | point you to is plaintiffs' 99874. | **Def Obj** LF, H, R, | Pltf Resp Provides | |
| 47 3 | MR. BARR: We'll mark this | Concede - Routine | context for | |
| 47 4 | as Exhibit 4. | Monitoring | document and | |
| 47 5 | (Document marked for | | testimony. Witness | |
| 47 6 | identification as Exhibit | | provides foundation | |
| 47 7 | Berkowitz-4.) | | testimony. Business | |
| 47 8 | BY MR. BARR: | | record. | |
| 47 9 | Q. You see that this is some | | | |
| 47 10 | minutes on agenda from a laboratory | | | |
| 47 11 | methods advisory board meeting held on | | | |
| 47 12 | December 19, 2006, in Paris. Do you see | | | |
| 47 13 | that? | | | |
| 47 14 | A. I do. | | | |

48:4 - 48:16 Berkowitz, Scott 2016-10-19      0:22

| | |
|---|---|
| 48 4 | Q. Do you remember a meeting in |
| 48 5 | Paris talking about laboratory methods -- |
| 48 6 | laboratory methods advisory board? |
| 48 7 | A. I barely remember it. I |
| 48 8 | mean, we've had many, many meetings. But |
| 48 9 | I know that this is something that we |
| 48 10 | were working on. |
| 48 11 | Q. Would you have attended this |
| 48 12 | meeting? |
| 48 13 | A. If it says in here I |
| 48 14 | attended the meetings, I would have |
| 48 15 | attended. It doesn't always mean that I |
| 48 16 | would. But I see my name there. |

49:2 - 49:17 Berkowitz, Scott 2016-10-19      0:42

| | | | | |
|---|---|---|---|---|
| 49 2 | Q. Are you ready? Do you | Re: [49:2-49:17] | Pending | |
| 49 3 | recall why the company had a laboratory | **Pltf Obj** Object as non- | | |
| 49 4 | methods advisory board? | responsive to question | | |
| 49 5 | A. Well, those of us who | and not necessary for | | |
| 49 6 | develop anticoagulants, this is something | completeness. | | |
| 49 7 | that's important in general, just to have | | | |
| 49 8 | some sense of what's going on. We like | | | |
| 49 9 | to have some measures, because we're only | | | |
| 49 10 | left with clinical outcomes. So we're | | | |
| 49 11 | always looking for a surrogate marker. | | | |
| 49 12 | Unfortunately in our field, unlike some | | | |
| 49 13 | others, like cardiovascular where you can | | | |
| 49 14 | follow blood pressure in cardiovascular, | | | |
| 49 15 | we don't have great ones, but we're | | | |
| 49 16 | looking to do that with each of the | | | |
| 49 17 | molecules. | | | |

04/20/17 15:10

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

**49:18 - 50:16  Berkowitz, Scott 2016-10-19**  (0:56)

| | | |
|---|---|---|
| 49 18 | Q.  Okay.  And was this advisory | |
| 49 19 | board a group of independent experts in | |
| 49 20 | the field outside of the company? | |
| 49 21 | A.  Let's take a look at the | |
| 49 22 | list again. | |
| 49 23 | Yes.  So there are external | |
| 49 24 | consultants and then attendees from Bayer | |
| 50 1 | and from Johnson & Johnson. | |
| 50 2 | Q.  Okay.  And just so I | |
| 50 3 | understand what this is, are the | |
| 50 4 | consultants and the attendees from Bayer | |
| 50 5 | and J&J members of the board, or is this | |
| 50 6 | just consultants? | |
| 50 7 | A.  It's usually the -- it's for | |
| 50 8 | the consultants, and what we strongly do | |
| 50 9 | is, it's emphasized in our development | |
| 50 10 | team.  We're there to listen to the | |
| 50 11 | consultants.  We add where it's needed. | |
| 50 12 | And of course, some of us are experts in | |
| 50 13 | the area, but we work at the company, so | |
| 50 14 | we -- we have that free interchange.  The | |
| 50 15 | goal is, of course, to listen to the | |
| 50 16 | advisors. | |

**Objections In:**
Re: [49:18-50:16]
Def Obj LF, H, R,
Concede - Routine
Monitoring

**Responses In:**
Re: [49:18-50:16]
Pltf Resp Provides
context for
document and
testimony.  Witness
provides foundation
testimony.  Business
record.

**Rulings:** Pending

---

**50:17 - 51:2  Berkowitz, Scott 2016-10-19**  (0:20)

| | | |
|---|---|---|
| 50 17 | Q.  And this group of | |
| 50 18 | consultants -- let's see, there's -- one, | |
| 50 19 | two, three, four, five, six -- seven of | |
| 50 20 | them.  Are these all respected people in | |
| 50 21 | the field? | |
| 50 22 | A.  In different areas of the | |
| 50 23 | field, except I cannot remember a | |
| 50 24 | Dr. Calatzis.  And I know of the -- I | |
| 51 1 | know of the other people or know them | |
| 51 2 | personally. | |

**Objections In:**
Re: [50:17-51:2]
Pltf Obj Object as not
necessary for
completeness and if
played at all, should be
played in Defendants'
direct.

**Rulings:** Pending

---

**54:3 - 54:11  Berkowitz, Scott 2016-10-19**  (0:23)

| | | |
|---|---|---|
| 54 3 | Q.  All right.  Let's go to the | |
| 54 4 | conclusions, action items at the end of | |
| 54 5 | this on Page 6.  I'm looking at Number 1. | |
| 54 6 | It says, "Routine monitoring of | |
| 54 7 | rivaroxaban is not necessary." | |
| 54 8 | So that's the statement that | |
| 54 9 | you just made, right? | |
| 54 10 | A.  It happens to be.  I didn't | |
| 54 11 | know it was here. | |

**Objections In:**
Re: [54:3-54:11]
Def Obj LF, H, R,
Concede - Routine
Monitoring

**Responses In:**
Re: [54:3-54:11]
Pltf Resp Foundation
established by
document.  Business
record exception to
hearsay.  Relevant to
Plaintiffs' Failure to
warn claims and
claim for need for
measurement.

**Rulings:** Pending

---

**56:9 - 56:21  Berkowitz, Scott 2016-10-19**  (0:25)

| | | |
|---|---|---|
| 56 9 | Q.  Does the minutes go on to | |
| 56 10 | say, "But the drug can be monitored very | |
| 56 11 | well by several options.  This is a clear | |
| 56 12 | advantage of the substance comparing | |
| 56 13 | other anticoagulants.  The aspect that | |
| 56 14 | Bayer is open to monitoring and supports | |
| 56 15 | physicians that want to monitor their | |
| 56 16 | patients should facilitate the market | |
| 56 17 | introduction of rivaroxaban." | |
| 56 18 | Did I read that correctly? | |

**Objections In:**
Re: [56:9-56:21]
Def Obj LF, H, R,
Concede - Routine
Monitoring

**Responses In:**
Re: [56:9-56:21]
Pltf Resp Foundation
established by
document.  Business
record exception to
hearsay.  Relevant to
Plaintiffs' Failure to
warn claims and
claim for need for
measurement.

**Rulings:** Pending

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

56 19   A.  You read -- you read what it
56 20   says there correctly.  Whether it's
56 21   accurate or not is different.

**56:22 - 58:2**    Berkowitz, Scott 2016-10-19    1:07

56 22   Q.   Is there anything you're
56 23   aware of that gives you the idea that
56 24   Bayer was open to monitoring when it came
57 1   to rivaroxaban?
57 2   A.   Well, we're a very
57 3   science-driven company.  And certainly in
57 4   clinical development.  So we're open to
57 5   see if we could find methods to do that
57 6   if they're needed.  Not having the
57 7   clinical trials done, we have to prove
57 8   our belief.  So we are open to it.  But
57 9   our -- we're now in 2016.  And from that
57 10   decade of work, we believe that you do
57 11   not need routine monitoring.  That's
57 12   substantiated.
57 13   Q.   That was the decision the
57 14   company made in the original development
57 15   of this drug back in the early 2000s,
57 16   that we weren't going to have a drug that
57 17   required monitoring, correct?
57 18   A.   I object to your view of
57 19   saying that it's a decision that was
57 20   made.  It's an aspirational goal, because
57 21   why would you want to develop another
57 22   warfarin?  We don't need that.  So why do
57 23   you do the science, do the trials, put
57 24   the patients through all this, if you're
58 1   going to have the same thing as warfarin?
58 2   So it was a goal.

**Re: [56:22-58:2]**
**Pltf Obj** Object as non-responsive to question and not necessary for completeness.  If played at all it should be in Defendants' direct.

Pending

**59:4 - 59:6**    Berkowitz, Scott 2016-10-19    0:06

59 4   Q.   The company never conducted
59 5   any trials to determine whether or not
59 6   monitoring was required, correct?

**Re: [59:4-59:6]**
**Def Obj** PK, R, P, Concede - Routine Monitoring, Concede-Failure to Test

Re: [59:4-59:6]
Pltf Resp Within the scope of witness's responsibilities and knowledge. Relevant to Plaintiffs' Failure to warn claims and claim for need for measurement.

Pending

**59:7 - 59:13**    Berkowitz, Scott 2016-10-19    0:10

59 7   A.   We don't do trials to
59 8   determine that.  We do trials to
59 9   determine if the drug is efficacious and
59 10   safe.
59 11   Q.   The answer to my question is
59 12   you never conducted a trial to determine
59 13   whether or not monitoring was necessary?

**Re: [59:7-59:13]**
**Pltf Obj** Object as non-responsive and misleading.

Pending

**59:16 - 59:19**    Berkowitz, Scott 2016-10-19    0:06

59 16   THE WITNESS:  I can only say
59 17   that I don't remember a trial that
59 18   was specifically designed to do
59 19   that.

**Re: [59:16-59:19]**
**Def Obj** PK, R, P, Concede - Routine Monitoring, Concede-

Re: [59:16-59:19]
Pltf Resp Within the scope of witness's responsibilities and

Pending

04/20/17 15:10

|  | Objections In Failure to Test | Responses In | Rulings |
|---|---|---|---|
|  |  | knowledge. Relevant to Plaintiffs' Failure to warn claims and claim for need for measurement. |  |

**60:4 - 61:7  Berkowitz, Scott 2016-10-19**    1:12

```
60  4    Q.   Now, you're aware very early
60  5    on that both Bayer and Janssen, as we
60  6    talked about, decided they only wanted to
60  7    pursue Xarelto if it was a drug that did
60  8    not require monitoring.
60  9         Do you remember that?
60 10    A.  I don't remember that
60 11    exactly.  As I said, that's a goal.  If
60 12    it had turned out that it needed to be
60 13    monitored, I can't tell you what would
60 14    happen.
60 15    Q.  Okay.  Let me show you
60 16    Plaintiffs' 936154.
60 17         MR. BARR:  This will be
60 18    Exhibit 5.
60 19         (Document marked for
60 20    identification as Exhibit
60 21    Berkowitz-5.)
60 22    BY MR. BARR:
60 23    Q.  You see that this is a
60 24    document titled "Clinical Development
61  1    Plan, Go/No go Criteria, Bayer."
61  2         Do you see that?
61  3    A.  I do.
61  4    Q.  And the date of this is May
61  5    5th, 2003.
61  6         Do you see that?
61  7    A.  Yes.
```

**Re: [60:4-61:7]**
**Def Obj** PK, LF, R, P, Concede - Routine Monitoring

Re: [60:4-61:7] Pltf Resp Within the scope of witness's responsibilities and knowledge. Relevant to Plaintiffs' Failure to warn claims and claim for need for measurement.     Pending

**61:8 - 61:10  Berkowitz, Scott 2016-10-19**    0:04

```
61  8    Q.  So this would have been
61  9    before you came to the company, correct?
61 10    A.  Yes.  About three years.
```

**61:11 - 61:22  Berkowitz, Scott 2016-10-19**    0:14

```
61 11    Q.  But you reviewed this
61 12    document -- document to prepare for this
61 13    deposition, correct?
61 14    A.  Not correct.  I don't
61 15    remember seeing it.
61 16    Q.  Well, it's certainly on the
61 17    list that was given to us of documents
61 18    that were at least given to you to look
61 19    at.
61 20    A.  Well, then maybe -- maybe I
61 21    did see it.  But I honestly don't
61 22    remember it.
```

**Re: [61:11-61:22]**
**Def Obj** LF, PK

Re: [61:11-61:22] Pltf Resp Prooper attempt to refresh recollection.     Pending

**62:19 - 62:23  Berkowitz, Scott 2016-10-19**    0:08

```
62 19    Q.  Okay.  And -- and the -- the
62 20    document lists the owner as the global
62 21    clinical leader.  Is that the role you
62 22    now serve?
62 23    A.  No.
```

*Overruled*

04/20/17 15:10

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 64:17 - 64:21 | Berkowitz, Scott 2016-10-19 | 0:08 | | | |

64 17  Q.  This indication is the
64 18  prevention of venous thromboembolism.  Do
64 19  you see that?
64 20  A.  Oh yes, you're right.  I see
64 21  it.  Mm-hmm.

Re: [64:17-64:21]
**Pltf Obj** Object as duplicative of testimony designated by plaintiff

Pending

---

| 65:6 - 65:21 | Berkowitz, Scott 2016-10-19 | 0:32 | | | |

65 6  Q.  Okay.  And this document
65 7  lists here for the VTE prevention
65 8  indication, no-go.  Do you see that?
65 9  A.  The criteria for no-go.
65 10  Q.  Right.
65 11  A.  Specific criteria it says.
65 12  Q.  And one of -- and it says,
65 13  "No dose decreased the DVT incidence
65 14  below 20 percent or a DVT incidence below
65 15  20 percent was reached only in those dose
65 16  groups with a major bleeding rate above 4
65 17  to 5 percent.  Therapeutic index too
65 18  narrow.  Unable to go for fixed
65 19  unmonitored dose."
65 20  Do you see that?
65 21  A.  I see it.

Re: [65:6-65:21]
**Def Obj** PK, LF, R, P, Concede - Routine Monitoring, Relevance-RECORD/RECORD 4/DVT/PE

Re: [65:6-65:21]
Pltf Resp Within the scope of witness's responsibilities and knowledge.  Relevant to Plaintiffs' Failure to warn claims and claim for need for measurement.

Pending

---

| 66:1 - 66:6 | Berkowitz, Scott 2016-10-19 | 0:15 | | | |

66 1  Q.  So according to this
66 2  document, under the clinical development
66 3  plan, it was a no-go if the -- if the VTE
66 4  prevention indication could not be
66 5  developed unless it was unmonitored,
66 6  right?

Re: [66:1-66:6]
**Pltf Obj** Object as duplicative of testimony designated by plaintiff

Pending

---

| 66:9 - 66:16 | Berkowitz, Scott 2016-10-19 | 0:14 | | | |

66 9  THE WITNESS:  Well, what
66 10  you're looking at is a living kind
66 11  of document.  It appears at this
66 12  particular point in time, it said
66 13  unable to go fixed unmonitored
66 14  dose.  What exactly that means
66 15  is -- is not actually stated,
66 16  so --

Re: [66:9-66:16]
**Pltf Obj** Object as non-responsive and also duplicative of testimony designated by plaintiff

Pending

---

| 67:2 - 67:11 | Berkowitz, Scott 2016-10-19 | 0:17 | | | |

67 2  THE WITNESS:  So I'm just
67 3  simply saying that it's written
67 4  here just as you note under the
67 5  no-go specific criteria, of the
67 6  number of things they are looking
67 7  for, including therapeutic index
67 8  not too narrow.  Unable to go for
67 9  fixed unmonitored dose.  So that's
67 10  their target in 2003.  That's the
67 11  goal.

Re: [67:2-67:11]
**Pltf Obj** Object as non-responsive and also duplicative of testimony designated by plaintiff

Pending

---

| 67:13 - 67:17 | Berkowitz, Scott 2016-10-19 | 0:08 | | | |

67 13  Q.  Mm-hmm.  So in 2003, the
67 14  decision is made that if we can't go
67 15  forward on an unmonitored dose, this is a
67 16  no-go, right?
67 17  A.  No --

Re: [67:13-67:17]
**Def Obj** PK, LF, R, P, Concede - Routine Monitoring, Relevance-RECORD/RECORD

Re: [67:13-67:17]
Pltf Resp Within the scope of witness's responsibilities and materials reviewed.

Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | 4/DVT/PE | Foundation established by document and testimony.  Relevant to Plaintiffs' Failure to warn claims and claim for need for measurement.  Established no-go criteria procedure to provide context for following A-Fib testimony. | |

**67:20 - 67:24** Berkowitz, Scott 2016-10-19   0:07

| | | | |
|---|---|---|---|
| 67 20 | THE WITNESS:  Again, it says | **Re: [67:20-67:24]** | Re: [67:20-67:24]   Pending |
| 67 21 | "no-go specific criteria."  But | **Def Obj** PK, LF, R, P, | Pltf Resp Within the |
| 67 22 | it's not a decision.  It's just a | Concede - Routine | scope of witness's |
| 67 23 | guidepost for what you are going | Monitoring, Relevance- | responsibilities and |
| 67 24 | to do going forward. | RECORD/RECORD | materials reviewed. |
| | | 4/DVT/PE | Foundation |
| | | | established by |
| | | | document and |
| | | | testimony.  Relevant |
| | | | to Plaintiffs' Failure |
| | | | to warn claims and |
| | | | claim for need for |
| | | | measurement. |
| | | | Established no-go |
| | | | criteria procedure to |
| | | | provide context for |
| | | | following A-Fib |
| | | | testimony. |

**68:2 - 68:13** Berkowitz, Scott 2016-10-19   0:44

| | | | |
|---|---|---|---|
| 68 2 | Q.  Now, I want to show you | **Re: [68:2-68:13]** | Pending |
| 68 3 | 936155 which is Exhibit 6. | **Def Obj** PK, LF, R, P, | Re: [68:2-68:13] |
| 68 4 | (Document marked for | Concede - Routine | Pltf Resp Within the |
| 68 5 | identification as Exhibit | Monitoring | scope of witness's |
| 68 6 | Berkowitz-6.) | | responsibilities and |
| 68 7 | BY MR. BARR: | | materials reviewed. |
| 68 8 | Q.  Just for purposes of the | | Foundation |
| 68 9 | record, this is the same document but now | | established by |
| 68 10 | we're dealing with the prevention of | | document and |
| 68 11 | stroke in patients with atrial | | testimony.  Relevant |
| 68 12 | fibrillation. | | to Plaintiffs' Failure |
| 68 13 | A.  Yes, I see that. | | to warn claims and |
| | | | claim for need for |
| | | | measurement. |

**68:14 - 68:22** Berkowitz, Scott 2016-10-19   0:15

| | | | |
|---|---|---|---|
| 68 14 | Q.  Everything about it is the | | Pending |
| 68 15 | same, same date, same owner, correct? | Re: [68:14-68:22] | |
| 68 16 | A.  Well, same owner.  I haven't | **Pltf Obj** Object as non | |
| | | necessary for | |

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|

68 17  been able to compare it all.  But I
68 18  would --
68 19  Q.  Okay.
68 20  A.  I would have to look and
68 21  see.  But it's the same BAY number.  I
68 22  don't know about IP number, et cetera.

completeness and misleading in that it suggests he was not permitted to review document.

---

**69:5  -  69:8  Berkowitz, Scott 2016-10-19**  0:10

69  5  Q.  If you look under the box
69  6  that says "Phase II-A to Phase III-A."
69  7  You see it also has those same no-go and
69  8  go criteria, right?

**Re: [69:5-69:8]**
**Pltf Obj** Object as non necessary for completeness and misleading in that it suggests he was not permitted to review document.

Pending

---

**69:17  -  69:21  Berkowitz, Scott 2016-10-19**  0:06

69 17  THE WITNESS:  So I see
69 18  no-go, and there are general
69 19  criteria and several to consider,
69 20  and then specific criteria, same
69 21  thing, several to consider.

**Re: [69:17-69:21]**
**Pltf Obj** Object as non necessary for completeness and misleading in that it suggests he was not permitted to review document.

Pending

---

**69:23  -  71:3  Berkowitz, Scott 2016-10-19**  0:57

69 23  Q.  And then there's also a go
69 24  criteria, correct?
70  1  A.  There's a go criteria,
70  2  correct.
70  3  Q.  But under the no-go criteria
70  4  it also says for the -- can we call
70  5  the -- the atrial fibrillation stroke
70  6  prevention, can we call that SPAF?
70  7  A.  We -- sure.  We do.  Stroke
70  8  prevention and atrial fibrillation.
70  9  Mm-hmm.
70 10  Q.  So for the SPAF indication,
70 11  it also says, "Unable to go for fixed
70 12  unmonitored dose is a no-go criteria,"
70 13  correct?
70 14  A.  Well, again, it's one of a
70 15  number listed there.
70 16  Q.  Okay.  Now, I want to --
70 17  well, are you aware that in 2005 Bayer
70 18  entered a collaboration agreement with,
70 19  it was Ortho-McNeil at the time, but
70 20  ultimately became Janssen for the
70 21  co-development and promotion of Xarelto?
70 22  A.  Yes.
70 23  Q.  Have you ever read that
70 24  agreement?
71  1  A.  Not cover to cover.  I've
71  2  seen it.  It's rather thick is all I
71  3  remember.

**Re: [69:23-71:3]**
**Def Obj** PK, LF, R, P, Concede - Routine Monitoring

Re: [69:23-71:3]
Pltf Resp Within the scope of witness's responsibilities and materials reviewed. Foundation established by document and testimony.  Relevant to Plaintiffs' Failure to warn claims and claim for need for measurement.

Pending

---

**71:15  -  71:17  Berkowitz, Scott 2016-10-19**  0:11

71 15  Q.  Well, let me show you.  It's
71 16  Exhibit 7741.  I did not bring the entire
71 17  collaboration agreement.

**Re: [71:15-71:17]**
**Def Obj** PK, LFR, Concede - Routine

Re: [71:15-71:17]
Pltf Resp Within the scope of witness's

Pending

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | Monitoring, | responsibilities and materials reviewed. Foundation established by document and testimony.  Relevant to Plaintiffs' Failure to warn claims and claim for need for measurement. | |

**71:22 - 72:4** Berkowitz, Scott 2016-10-19    0:05

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 71 22 | (Document marked for | **Re: [71:22-72:4]** | Re: [71:22-72:4] | Pending |
| 71 23 | identification as Exhibit | **Def Obj** LF, PK, R, | Pltf Resp Within the | |
| 71 24 | Berkowitz-7.) | Concede - Routine | scope of witness's | |
| 72 1 | BY MR. BARR: | Monitoring, | responsibilities and | |
| 72 2 | Q.   This is Exhibit E to the | | materials reviewed. | |
| 72 3 | collaboration agreement. | | Foundation | |
| 72 4 | A.   Okay. | | established by | |
| | | | document and | |
| | | | testimony.  Relevant | |
| | | | to Plaintiffs' Failure | |
| | | | to warn claims and | |
| | | | claim for need for | |
| | | | measurement. | |

**73:3 - 73:18** Berkowitz, Scott 2016-10-19    0:38

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 73 3 | Q.   And it's BAY 597 -- | **Re: [73:3-73:18]** | Re: [73:3-73:18] | Pending |
| 73 4 | BAY 59-7939.  That's rivaroxaban, | **Def Obj** LF, PK, R, | Pltf Resp Within the | |
| 73 5 | correct? | Concede - Routine | scope of witness's | |
| 73 6 | A.   That is. | Monitoring, | responsibilities and | |
| 73 7 | Q.   Okay. | | materials reviewed. | |
| 73 8 | U.S. commercial strategy and | | Foundation | |
| 73 9 | initial marketing plan, Johnson & | | established by | |
| 73 10 | Johnson, September 2005.  Do you see | | document and | |
| 73 11 | that? | | testimony.  Relevant | |
| 73 12 | A.   I do. | | to Plaintiffs' Failure | |
| 73 13 | Q.   What I want you to go to is | | to warn claims and | |
| 73 14 | Page 3, and I'm looking at the paragraph | | claim for need for | |
| 73 15 | that says, "The BAY target product | | measurement. | |
| 73 16 | profile is summarized by the following." | | | |
| 73 17 | Do you see that? | | | |
| 73 18 | A.   Yes. | | | |

**74:22 - 75:12** Berkowitz, Scott 2016-10-19    0:25

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 74 22 | Q.   We're looking at it, it says, | **Re: [74:22-75:12]** | Re: [74:22-75:12] | Pending |
| 74 23 | "The BAY target product profile is | **Def Obj** LF, PK, MD, R, | Pltf Resp Within the | |
| 74 24 | summarized by the following." | Concede - Routine | scope of witness's | |
| 75 1 | Do you see that? | Monitoring | responsibilities and | |
| 75 2 | A.   I see that. | | materials reviewed. | |
| 75 3 | Q.   Okay.  And what I want to | | Foundation | |
| 75 4 | point you to is the last bullet point on | | established by | |
| 75 5 | Page 4.  It says, "Use of the product." | | document and | |
| 75 6 | And the product in this case is Xarelto, | | testimony.  Relevant | |
| 75 7 | right? | | to Plaintiffs' Failure | |
| 75 8 | A.   Yes, it's in that category. | | to warn claims and | |

04/20/17 15:10

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| | | | | claim for need for measurement. | |

| 75 | 9 | Q. "Use of the product shall | | | |
| 75 | 10 | not require routine monitoring." | | | |
| 75 | 11 | Did I read that right? | | | |
| 75 | 12 | A. Yeah. | | | |

**75:13  -  75:18  Berkowitz, Scott 2016-10-19**    0:08

| 75 | 13 | Q. It uses the word "shall," | Re: [75:13-75:18] | | Pending |
| 75 | 14 | right? | Pltf Obj Object as non- | | |
| 75 | 15 | A. Yeah, in a future -- future | responsive and | | |
| 75 | 16 | sense. That's their hope. | speculation. | | |
| 75 | 17 | Q. Well, that's not a hope, is | | | |
| 75 | 18 | it? Is "shall" a hope? | | | |

**75:23  -  76:3  Berkowitz, Scott 2016-10-19**    0:08

| 75 | 23 | THE WITNESS: In a document | Re: [75:23-76:3] | | Pending |
| 75 | 24 | that's written in 2005 without the | Pltf Obj Object as non- | | |
| 76 | 1 | trials done, that's aspirational. | responsive and | | |
| 76 | 2 | That's not a requirement. I mean, | speculation. | | |
| 76 | 3 | the results will come out, right? | | | |

**76:5  -  76:13  Berkowitz, Scott 2016-10-19**    0:26

| 76 | 5 | Q. Does it -- does it say, "We | Re: [76:5-76:13] | | Pending |
| 76 | 6 | hope that the product will not require | Pltf Obj Object as non- | | |
| 76 | 7 | monitoring"? | responsive and | | |
| 76 | 8 | A. No. I was not saying that's | speculation. | | |
| 76 | 9 | what it says in the document. I was | | | |
| 76 | 10 | saying, when you asked about "shall," | | | |
| 76 | 11 | that's not a commandment. It's | | | |
| 76 | 12 | aspirational. It's what they are | | | |
| 76 | 13 | expecting and hoping to happen. | | | |

**76:14  -  77:8  Berkowitz, Scott 2016-10-19**    0:35

| 76 | 14 | Q. Now, you're certainly aware | Re: [76:14-77:8] | Re: [76:14-77:8] | Pending |
| 76 | 15 | that there were instructions from the | Def Obj R, Concede - | Pltf Resp Within the | |
| 76 | 16 | leaders at Bayer to resist monitoring, | Routing Monitoring, | scope of witness's | |
| 76 | 17 | correct? | Attorney | responsibilities and | |
| 76 | 18 | MR. HOROWITZ: Objection to | colloquy/objections | materials reviewed. | |
| 76 | 19 | form. | | Foundation | |
| 76 | 20 | THE WITNESS: That's not | | established by | |
| 76 | 21 | correct, in my interpretation. I | | document and | |
| 76 | 22 | never received any instructions or | | testimony. Relevant | |
| 76 | 23 | know of anyone that received | | to Plaintiffs' Failure | |
| 76 | 24 | instructions that you can't | | to warn claims and | |
| 77 | 1 | develop a molecule. | | claim for need for | |
| 77 | 2 | As I've said, a molecule | | measurement. | |
| 77 | 3 | that does not have it. But it's | | | |
| 77 | 4 | certainly our goal. And those of | | | |
| 77 | 5 | us who have worked in the field a | | | |
| 77 | 6 | long time, and there are a number | | | |
| 77 | 7 | at Bayer, as well as myself, this | | | |
| 77 | 8 | is what we're trying to do. | | | |

**77:10  -  77:15  Berkowitz, Scott 2016-10-19**    0:12

| 77 | 10 | Q. Okay. Let me show you what | Re: [77:10-77:15] | Re: [77:10-77:15] | Pending |
| 77 | 11 | I'm going to mark as Exhibit Number 8. | Def Obj LF, R, Concede - | Pltf Resp Foundation | |
| 77 | 12 | This is Plaintiffs' 399453. | Routine Monitoring, H | established by | |
| 77 | 13 | (Document marked for | | document and | |
| 77 | 14 | identification as Exhibit | | testimony. Relevant | |
| 77 | 15 | Berkowitz-8.) | | to Plaintiffs' Failure | |

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | to warn claims and marketing claims, and claim for need for measurement. Business record. | |

**78:3 - 78:12  Berkowitz, Scott 2016-10-19**          0:25

| 78 | 3 | Q. You ready? You see -- we're |
| 78 | 4 | going to start with the e-mail that |
| 78 | 5 | starts -- it looks like it's from |
| 78 | 6 | Mr. Glombitza. |
| 78 | 7 | Do you see that? |
| 78 | 8 | A. I do. |
| 78 | 9 | Q. On April 28, 2011. It's to |
| 78 | 10 | Kemal Malik. It copies a whole series of |
| 78 | 11 | people, including yourself, right? I can |
| 78 | 12 | circle you. |

**Re: [78:3-78:12]**
**Def Obj** LF, R, Concede - Routine Monitoring, H

Re: [78:3-78:12]          Pending
Pltf Resp Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and marketing claims, and claim for need for measurement. Business record.

**78:17 - 78:18  Berkowitz, Scott 2016-10-19**          0:02

| 78 | 17 | THE WITNESS: I see it. |
| 78 | 18 | Thank you. |

**Re: [78:17-78:18]**
**Def Obj** LF, R, Concede - Routine Monitoring, H

Re: [78:17-78:18]          Pending
Pltf Resp Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and marketing claims, and claim for need for measurement. Business record.

**78:20 - 78:24  Berkowitz, Scott 2016-10-19**          0:13

| 78 | 20 | Q. And it's subject, "Xarelto, |
| 78 | 21 | DVT and SPAF, list of questions, Day 1 |
| 78 | 22 | for release, strategy of response." |
| 78 | 23 | Do you see that? |
| 78 | 24 | A. Yes. |

**Re: [78:20-78:24]**
**Def Obj** LF, R, Concede - Routine Monitoring, H

Re: [78:20-78:24]          Pending
Pltf Resp Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and marketing claims, and claim for need for measurement. Business record.

**79:1 - 79:5  Berkowitz, Scott 2016-10-19**          0:16

| 79 | 1 | Q. And Mr. Glombitza on the |
| 79 | 2 | next page writes, "Dear Kemal," right? |
| 79 | 3 | Do you see that? |
| 79 | 4 | A. Oh, yes. I'm sorry. I |
| 79 | 5 | thought you were going to continue. |

Re: [79:1-79:5]
**Pltf Obj** Object as not necessary for completeness.

Pending

**79:10 - 79:20  Berkowitz, Scott 2016-10-19**          0:25

| 79 | 10 | Q. Who is Kemal Malik? |
| 79 | 11 | A. Dr. Malik is on the board of |
| 79 | 12 | Bayer now. His position was, I believe, |
| 79 | 13 | at the time head of clinical development. |

**Re: [79:10-79:20]**
**Def Obj** LF, R, Concede - Routine Monitoring, H, Incomplete

Re: [79:10-79:20]          Pending
Pltf Resp Foundation established by document and

16

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 79 14 | | No. Sorry. Head of development. | | testimony. Relevant | |
| 79 15 | | Q. Is that higher or lower in | | to Plaintiffs' Failure | |
| 79 16 | | the chain than you? | | to warn claims and | |
| 79 17 | | A. Higher than me. | | marketing claims, | |
| 79 18 | | Q. And Mr. Glombitza lists | | and claim for need | |
| 79 19 | | pushback items. | | for measurement. | |
| 79 20 | | Do you see that? | | Business record. | |

| 79:21 - 79:22 | Berkowitz, Scott 2016-10-19 | 0:03 | | | |
|---|---|---|---|---|---|
| 79 21 | A. Yeah, it looked like from me | | Re: [79:21-79:22] | | Pending |
| 79 22 | reading it, a list of questions. | | Pltf Obj Object as not | | |
| | | | necessary for | | |
| | | | completeness. | | |

| 80:10 - 80:18 | Berkowitz, Scott 2016-10-19 | 0:13 | | | |
|---|---|---|---|---|---|
| 80 10 | THE WITNESS: Okay. I see a | | Re: [80:10-80:18] | Re: [80:10-80:18] | Pending |
| 80 11 | space under Bernhard's name that | | Def Obj LF, R, Concede - | Pltf Resp Foundation | |
| 80 12 | says "pushback items." | | Routine Monitoring, H, | established by | |
| 80 13 | BY MR. BARR: | | Incomplete | document and | |
| 80 14 | Q. Okay. And one of the | | | testimony. Relevant | |
| 80 15 | pushback items listed is, "No specific | | | to Plaintiffs' Failure | |
| 80 16 | monitoring." | | | to warn claims and | |
| 80 17 | Do you see that? | | | marketing claims, | |
| 80 18 | A. Yes. It says, "Hemoglobin | | | and claim for need | |
| | | | | for measurement. | |
| | | | | Business record. | |

| 80:19 - 80:23 | Berkowitz, Scott 2016-10-19 | 0:09 | | | |
|---|---|---|---|---|---|
| 80 19 | renal coagulation." | | Re: [80:19-80:23] | | Pending |
| 80 20 | Q. So that is what | | Pltf Obj Object to non- | | |
| 80 21 | Mr. Glombitza is relating to Mr. Malik or | | responsive portion of | | |
| 80 22 | Dr. Malik as something that we need to | | answer and not | | |
| 80 23 | push back on, right? | | necessary for | | |
| | | | completeness. | | |

| 81:2 - 81:7 | Berkowitz, Scott 2016-10-19 | 0:09 | | | |
|---|---|---|---|---|---|
| 81 2 | THE WITNESS: Yeah, I don't | | Re: [81:2-81:7] | | Pending |
| 81 3 | know exactly what he means by this | | Pltf Obj Object to non- | | |
| 81 4 | laundry list and what it relates | | responsive portion of | | |
| 81 5 | to. As I read the rest of the | | answer and not | | |
| 81 6 | e-mail, I don't see anything in it | | necessary for | | |
| 81 7 | about monitoring or not. | | completeness. | | |

| 81:9 - 81:13 | Berkowitz, Scott 2016-10-19 | 0:10 | | | |
|---|---|---|---|---|---|
| 81 9 | Q. Now let's look at | | Re: [81:9-81:13] | Re: [81:9-81:13] | Pending |
| 81 10 | Dr. Malik's response to Mr. Glombitza, | | Def Obj LF, R, Concede - | Pltf Resp Foundation | |
| 81 11 | which is on the first page. And this is | | Routine Monitoring, H | established by | |
| 81 12 | May 3rd, 2011, correct? | | | document and | |
| 81 13 | A. Correct. | | | testimony. Relevant | |
| | | | | to Plaintiffs' Failure | |
| | | | | to warn claims and | |
| | | | | marketing claims, | |
| | | | | and claim for need | |
| | | | | for measurement. | |
| | | | | Business record. | |

| 81:14 - 81:21 | Berkowitz, Scott 2016-10-19 | 0:13 | | | |
|---|---|---|---|---|---|
| 81 14 | Q. And you received this e-mail | | Re: [81:14-81:21] | | Pending |

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

81 15    as well, correct?
81 16    A.   Well, I'm listed on it.  I
81 17    can't say that I remember it.
81 18    Q.   Okay.  Do you make a habit
81 19    of reading e-mails that are sent to you?
81 20    A.   I try to.  I get 125 to 130
81 21    a day, so sometimes it's a challenge.

**Pltf Obj** Object to non-responsive portion of answer and not necessary for completeness.

---

**81:24  -  82:5**    Berkowitz, Scott 2016-10-19     0:12
81 24    Q.   Okay.  And it says, "Dear
82  1    Bernhard, thanks.  A few considerations
82  2    from my side."  And Number 2 he says,
82  3    "Monitoring should be resisted."
82  4         Did I read that correctly?
82  5    A.   That's correct.

**Re: [81:24-82:5]**
**Def Obj** LF, R, Concede - Routine Monitoring, H

Re: [81:24-82:5]    Pending
Pltf Resp Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and marketing claims, and claim for need for measurement. Business record.

---

**82:6   -   82:8**    Berkowitz, Scott 2016-10-19     0:06
82  6    Q.   That's Dr. Malik.  Fair to
82  7    say he's your boss?
82  8    A.   He is my boss's boss's boss.

**Re: [82:6-82:8]**
**Def Obj** LF, R, Concede - Routine Monitoring, H

Re: [82:6-82:8]    Pending
Pltf Resp Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and marketing claims, and claim for need for measurement. Business record.

---

**82:9   -   82:16**    Berkowitz, Scott 2016-10-19     0:14
82  9    Q.   He is way up there?
82 10    A.   Yes, he's way up there.
82 11    This is not the way our company works.
82 12    We're not directed -- it's not
82 13    hierarchical in that sense.  We're
82 14    trusted as the clinical developers to do
82 15    what's -- basically we call it following
82 16    the science.

**Re: [82:9-82:16]**
**Pltf Obj** Object to non-responsive portion of answer and not necessary for completeness.  If played at all, should be in Defendant's direct.

   Pending

---

**82:17  -  82:20**    Berkowitz, Scott 2016-10-19     0:11
82 17    Q.   Okay.  So your boss's boss's
82 18    boss wrote an e-mail May 3rd, 2011, that
82 19    said, "Monitoring should be resisted,"
82 20    right?

**Re: [82:17-82:20]**
**Def Obj** LF, R, Concede - Routine Monitoring, H, A

Re: [82:17-82:20]    Pending
Pltf Resp Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and marketing claims, and claim for need for measurement. Business record.

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

**82:23 - 83:2**   Berkowitz, Scott 2016-10-19   0:04

| | | | | |
|---|---|---|---|---|
| 82 23 | THE WITNESS: The e-mail | Re: [82:23-83:2] | Re: [82:23-83:2] | Pending |
| 82 24 | actually says, "A few | **Def Obj** LF, R, Concede - | Pltf Resp Foundation | |
| 83 1 | considerations from my side," | Routine Monitoring, H, A | established by | |
| 83 2 | among which that was listed. | | document and | |
| | | | testimony. Relevant | |
| | | | to Plaintiffs' Failure | |
| | | | to warn claims and | |
| | | | marketing claims, | |
| | | | and claim for need | |
| | | | for measurement. | |
| | | | Business record. | |

**85:16 - 86:22**   Berkowitz, Scott 2016-10-19   1:06

| | | | | |
|---|---|---|---|---|
| 85 16 | Q.   Where does she fall in the | Re: [85:16-86:22] | | Pending |
| 85 17 | hierarchy? If Dr. Malik is your boss's | **Pltf Obj** Object to non- | | |
| 85 18 | boss's boss, where is Mr. Alpers in the | responsive portion of | | |
| 85 19 | hierarchy? | answer, speculation, | | |
| 85 20 | A.   Our structure is not in the | and not necessary for | | |
| 85 21 | hierarchy in that sense. It's a matrix | completeness. If played | | |
| 85 22 | organization. She is in project | at all, should be in | | |
| 85 23 | management. That's part of development. | Defendant's direct. | | |
| 85 24 | It's not -- it's not in the clinical | | | |
| 86 1 | development group that I'm in, but we | | | |
| 86 2 | work together on these projects. That's | | | |
| 86 3 | what I mean by "matrix." So that's the | | | |
| 86 4 | best I could say. | | | |
| 86 5 | Q.   Do you have any sense of | | | |
| 86 6 | what her role with Xarelto was? | | | |
| 86 7 | A.   Well, we have different team | | | |
| 86 8 | members. We have clinical development | | | |
| 86 9 | physicians. We have statisticians. We | | | |
| 86 10 | have regulatory advice. We have project | | | |
| 86 11 | managers that help guide timelines and | | | |
| 86 12 | pull things together to bring information | | | |
| 86 13 | to management. Does that help? | | | |
| 86 14 | Q.   Yeah, yeah. I'm just | | | |
| 86 15 | trying -- but you don't know specifically | | | |
| 86 16 | what her role was? | | | |
| 86 17 | A.   Well, we have on -- at the | | | |
| 86 18 | time in 2010, she was one of the global | | | |
| 86 19 | project managers. Exactly what | | | |
| 86 20 | responsibilities were assigned to her as | | | |
| 86 21 | opposed to some of the others, I don't | | | |
| 86 22 | remember. | | | |

**90:18 - 91:3**   Berkowitz, Scott 2016-10-19   0:15

| | | | | |
|---|---|---|---|---|
| 90 18 | THE WITNESS: So as I read | Re: [90:18-91:3] | | Pending |
| 90 19 | this, I mean, I don't remember | **Pltf Obj** Object to non- | | |
| 90 20 | getting a direct -- someone | responsive portion of | | |
| 90 21 | telling me to do that. | answer, speculation, | | |
| 90 22 | What I read is someone -- is | and not necessary for | | |
| 90 23 | two things. Someone who doesn't | completeness. If played | | |
| 90 24 | speak English as their primary | at all, should be in | | |
| 91 1 | language. And this wording that | Defendant's direct. | | |
| 91 2 | you and I discussed in the | | | |
| 91 3 | beginning about what is | | | |

**91:6 - 91:9**   Berkowitz, Scott 2016-10-19   0:08

| | | | | |
|---|---|---|---|---|
| 91 6 | a -- you know, a demand, don't do | Re: [91:6-91:9] | | Pending |
| 91 7 | this. I think there's a -- trying | **Pltf Obj** Object to non- | | |
| 91 8 | to explain our thinking in terms | responsive portion of | | |

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

91  9          of how we view it.

answer, speculation, and not necessary for completeness.  If played at all, should be in Defendant's direct.

---

91:11  -  91:15  Berkowitz, Scott 2016-10-19          0:09

91 11          Q.   So you don't recall anybody,
91 12          other than Mr. Malik's e-mail, coming to
91 13          you and saying let's not talk too much
91 14          about monitoring?  Nobody ever did that
91 15          to you?

Re: [91:11-91:15]
**Pltf Obj** Object to non-responsive portion of answer, speculation, and not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

---

91:19  -  92:7  Berkowitz, Scott 2016-10-19          0:19

91 19          THE WITNESS:  No.  That's
91 20          not how it works in our company.
91 21          And I don't believe that that's
91 22          the case.  I have not heard that
91 23          in meetings.  I mean, I think you
91 24          may look at the e-mail from
92  1          Dr. Malik and say that's what he
92  2          was saying.  But I know Dr. Malik,
92  3          and I know that he wouldn't do
92  4          that.  But e-mail is not the best
92  5          form to discuss those things
92  6          because they can be
92  7          misinterpreted.

Re: [91:19-92:7]
**Pltf Obj** Object to non-responsive portion of answer, speculation, and not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

---

92:9  -  92:10  Berkowitz, Scott 2016-10-19          0:02

92  9          Q.   You know he wouldn't do that
92 10          even though he did do it?

Re: [92:9-92:10]
**Pltf Obj** Object to non-responsive portion of answer, speculation, and not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

---

92:13  -  92:23  Berkowitz, Scott 2016-10-19          0:15

92 13          THE WITNESS:  Well, he
92 14          wrote -- he wrote a sentence.  But
92 15          as you know, what gets put in
92 16          e-mail doesn't give all the
92 17          context like you and I can do back
92 18          and forth.
92 19          And I know Dr. Malik, and
92 20          that's just not the kind of thing
92 21          he does.  That's -- the culture
92 22          that we have at Bayer is not like
92 23          that.

Re: [92:13-92:23]
**Pltf Obj** Object to non-responsive portion of answer, speculation, and not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

---

94:23  -  95:5  Berkowitz, Scott 2016-10-19          0:27

94 23          Q.   Let me show you what I'm
94 24          going to mark as Exhibit Number 10.
95  1          MR. BARR:  And this is
95  2          Plaintiffs' 177638.
95  3          (Document marked for

**Re: [94:23-95:5]**
**Def Obj** LF, R Concede - Routine Monitoring, H

Re: [94:23-95:5]
Pltf Resp Foundation established by document and testimony. Relevant

Pending

04/20/17 15:10

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| | | | | to Plaintiffs' Failure to warn claims and marketing claims, and claim for need for measurement. Business record. | |

95  4  identification as Exhibit
95  5  Berkowitz-10.)

**95:12  -  96:5**  Berkowitz, Scott 2016-10-19    0:29

| | | |
|---|---|---|
| 95  12  Q.  You see that this is an | **Re: [95:12-96:5]** | Re: [95:12-96:5]    Pending |
| 95  13  e-mail from Gerlind Holberg? | **Def Obj** LF, R Concede - | Pltf Resp Foundation |
| 95  14  A.  Gerlind Holberg. | Routine Monitoring, H | established by |
| 95  15  Q.  And -- and this is sent to a | | document and |
| 95  16  group of people including yourself, | | testimony. Relevant |
| 95  17  right? | | to Plaintiffs' Failure |
| 95  18  A.  Yes. | | to warn claims and |
| 95  19  Q.  You are on the second line | | marketing claims, |
| 95  20  there, right? | | and claim for need |
| 95  21  A.  I see it.  Mm-hmm. | | for measurement. |
| 95  22  Q.  This is July 16, 2012, | | Business record. |
| 95  23  correct? | | |
| 95  24  A.  Yes.  Mm-hmm. | | |
| 96  1  Q.  Okay.  Who is Gerlind | | |
| 96  2  Holberg? | | |
| 96  3  A.  Gerlind Holberg is one of | | |
| 96  4  the medical affairs colleagues in the -- | | |
| 96  5  on the program at the time. | | |

**96:6  -  96:17**  Berkowitz, Scott 2016-10-19    0:19

| | | |
|---|---|---|
| 96  6  Q.  And do -- do you recall in | **Re: [96:6-96:17]** | Pending |
| 96  7  2016 what Gerlind's responsibility was in | **Pltf Obj** Object for lack | |
| 96  8  2012? | of personal knowledge. | |
| 96  9  A.  Not exactly.  It's a medical | Q/A not necessary for | |
| 96  10  affairs group.  It's different than | completeness. | |
| 96  11  clinical development so I don't know | | |
| 96  12  exact role. | | |
| 96  13  Q.  I mean -- | | |
| 96  14  A.  She's on the Xarelto | | |
| 96  15  program.  She's -- I don't know what | | |
| 96  16  responsibilities her manager assigned | | |
| 96  17  her. | | |

**97:4  -  97:14**  Berkowitz, Scott 2016-10-19    0:23

| | | |
|---|---|---|
| 97  4  Q.  Okay.  And what she has sent | **Re: [97:4-97:14]** | Re: [97:4-97:14]    Pending |
| 97  5  around is a review of a manuscript that | **Def Obj** LF, R Concede - | Pltf Resp Foundation |
| 97  6  looks like it was written by Dr. Mueck. | Routine Monitoring, H | established by |
| 97  7  Do you see that? | | document and |
| 97  8  A.  He is the lead author. | | testimony. Relevant |
| 97  9  Q.  Right.  And -- and she has | | to Plaintiffs' Failure |
| 97  10  enclosed some comments to this article, | | to warn claims and |
| 97  11  correct?  And that's just what she says | | marketing claims, |
| 97  12  on her e-mail, "comments enclosed," | | and claim for need |
| 97  13  right? | | for measurement. |
| 97  14  A.  Right. | | Business record. |

**97:15  -  98:3**  Berkowitz, Scott 2016-10-19    0:28

| | | |
|---|---|---|
| 97  15  Q.  And so did the medical | **Re: [97:15-98:3]** | Pending |
| 97  16  affairs group have the ability to provide | **Pltf Obj** Object as non- | |
| 97  17  comments to manuscripts that were going | responsive and not | |
| 97  18  to be put forward for publication? | necessary for | |

21

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

```
97  19      A.   My memory is medical                completeness.
97  20   affairs, of course, but not commercial,
97  21   not market.
97  22      Q.   Okay.  And she is in medical
97  23   affairs?
97  24      A.   She is medical affairs.  She
98   1   is a veterinary physician.  She has a
98   2   veterinary degree, but she has a long
98   3   history in drug development.
```

**98:4   -   98:12**  Berkowitz, Scott 2016-10-19    0:13

```
98   4      Q.   Okay.  And what she writes
98   5   is, she says, "Comments enclosed.  Please
98   6   try to refrain from the term 'monitoring'
98   7   when talking about NOACs."
98   8           Do you see that?
98   9      A.   I see that.
98  10      Q.   Okay.  And Xarelto is a
98  11   NOAC, right?
98  12      A.   It is.
```

Re: [98:4-98:12]   Pending
**Def Obj** LF, R Concede - Routine Monitoring, H

Re: [98:4-98:12] Pltf Resp Foundation established by document and testimony. Relevant to Plaintiffs' Failure to warn claims and marketing claims, and claim for need for measurement. Business record.

**99:8   -   99:11**  Berkowitz, Scott 2016-10-19    0:17

```
99   8      Q.   Okay.  All right.  And you
99   9   certainly received that e-mail, correct?
99  10      A.   Received it.  But many
99  11   people are entitled to their comments.
```

Re: [99:8-99:11]   Pending
**Pltf Obj** Object as non-responsive and not necessary for completeness.

**99:12 - 99:23**  Berkowitz, Scott 2016-10-19    0:22

```
99  12      Q.   Well, do you agree that
99  13   there are certain situations where
99  14   measuring coagulation levels could be
99  15   helpful for both the patient and the
99  16   doctor?
99  17      A.   Are you talking about
99  18   rivaroxaban?
99  19      Q.   Yes, sir.
99  20      A.   I -- there could be urgent
99  21   situations where that -- I can't think of
99  22   very frequent ones, but I can think that
99  23   there could be.
```

Re: [99:12-99:23]   Pending
**Pltf Obj** R, P, Concede - Routine Monitoring, LF, S, V, O

**99:24 - 100:7**  Berkowitz, Scott 2016-10-19    0:20

```
99  24      Q.   Okay.  Do you recall a
100  1   presentation you did in 2015, you were
100  2   asked to speak and give the
100  3   counterpoint -- it's a point-counterpoint
100  4   presentation about whether or not NOACs
100  5   should be monitored?  Do you remember
100  6   that?
100  7      A.   I do.
```

Re: [99:24-100:7]   Pending
**Def Obj** R, Concede - Routine Monitoring

Re: [99:24-100:7] Pltf Resp Relevant to Plaintiffs' Failure to warn claims and claim for need for measurement.

**100:8 - 101:15**  Berkowitz, Scott 2016-10-19    1:00

```
100  8      Q.   And -- and you presented.  I
100  9   believe Bob Temple presented.
100 10      A.   Correct.
100 11      Q.   I don't know if there were
100 12   others.
100 13      A.   Other people on the panel.
```

Re: [100:8-101:15]   Pending
**Pltf Obj** Object as not necessary for completeness.  If played at all should be played in Defendants' direct.

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | |
|---|---|---|
| 100 | 14 | But this was a point-counterpoint kind of |
| 100 | 15 | debate thing. |
| 100 | 16 | Q.  You were -- were you asked |
| 100 | 17 | by the company or were you asked from |
| 100 | 18 | people outside the company to come make |
| 100 | 19 | this presentation? |
| 100 | 20 | A.  I was asked by the |
| 100 | 21 | organizers of the outside group which is |
| 100 | 22 | the -- the cardiac safety research |
| 100 | 23 | consortium, which is a -- a group of |
| 100 | 24 | independent academic and it -- it -- it's |
| 101 | 1 | a group.  It has pharmacy, |
| 101 | 2 | pharmaceutical.  It has regulatory like |
| 101 | 3 | FDA.  And it has other academics on |
| 101 | 4 | the -- on the group. |
| 101 | 5 | Q.  Do you know why they came to |
| 101 | 6 | you? |
| 101 | 7 | A.  Well, I was on the |
| 101 | 8 | organizing committee.  And I -- we all |
| 101 | 9 | gave our views.  Dr. Temple was on the |
| 101 | 10 | committee as well.  He -- he gave his |
| 101 | 11 | views.  And they asked me to do it.  I |
| 101 | 12 | don't know why except that I have that |
| 101 | 13 | view and I've been in coagulation since |
| 101 | 14 | 1985. So maybe some of it was out of |
| 101 | 15 | respect. |

**103:19 -   104:5** Berkowitz, Scott 2016-10-19          0:45

| | | | |
|---|---|---|---|
| 103 | 19 | This will be Exhibit 12. | Re: [103:19-104:5] |
| 103 | 20 | (Document marked for | Def Obj R, Concede - |
| 103 | 21 | identification as Exhibit | Routine Monitoring |
| 103 | 22 | Berkowitz-12.) | |
| 103 | 23 | MR. BARR:  And it's | |
| 103 | 24 | Plaintiffs' 3083260. | |
| 104 | 1 | BY MR. BARR: | |
| 104 | 2 | Q.  I've handed you Exhibit 12. | |
| 104 | 3 | Is this your PowerPoint presentation that | |
| 104 | 4 | you gave at the CSRC symposium? | |
| 104 | 5 | A.  It appears to be. | |

Re: [103:19-104:5]     Pending
Pltf Resp Relevant to
Plaintiffs' Failure to
warn claims and
claim for need for
measurement.

**104:6   -   104:19** Berkowitz, Scott 2016-10-19          0:31

| | | | |
|---|---|---|---|
| 104 | 6 | Q.  Okay.  And this is a | Re: [104:6-104:19] |
| 104 | 7 | PowerPoint you put together for a | Def Obj R, Concede - |
| 104 | 8 | symposium that was titled "Is there a | Routine Monitoring |
| 104 | 9 | role for pharmacokinetic/pharmacodynamics | |
| 104 | 10 | dosing for novel anticoagulants," right? | |
| 104 | 11 | A.  Yes.  That's part of the | |
| 104 | 12 | second session on precision dosing. | |
| 104 | 13 | Q.  And yours is, "Counterpoint: | |
| 104 | 14 | PK dosing strategy is impractical and may | |
| 104 | 15 | not add value," right? | |
| 104 | 16 | A.  Correct. | |
| 104 | 17 | Q.  And Mr. Temple gave the | |
| 104 | 18 | point to the counterpoint? | |
| 104 | 19 | A.  Dr. Temple. | |

Re: [104:6-104:19]     Pending
Pltf Resp Relevant to
Plaintiffs' Failure to
warn claims and
claim for need for
measurement.

**105:14   -   106:9** Berkowitz, Scott 2016-10-19          0:39

| | | | |
|---|---|---|---|
| 105 | 14 | Q.  All right.  I'm on Page 9 of | Re: [105:14-106:9] |
| 105 | 15 | your PowerPoint.  It's titled "Is there a | Def Obj R, Concede - |
| 105 | 16 | rationale for monitoring?" | Routine Monitoring, |
| 105 | 17 | Do you see that? | Concede-PT/Dose |
| 105 | 18 | A.  Yeah. | Adjustments |
| 105 | 19 | Q.  And your first bullet point | |

Re: [105:14-106:9]     Pending
Pltf Resp Relevant to
Plaintiffs' Failure to
warn claims and
claim for need for
measurement.

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | |
|---|---|
| 105 20 | is, "When is it valuable to monitor |
| 105 21 | routinely," correct? |
| 105 22 | A.   Yes. |
| 105 23 | Q.   And that would be when you |
| 105 24 | have a patient regularly come in and have |
| 106  1 | their blood tested to determine what |
| 106  2 | their anticoagulation levels are, right? |
| 106  3 | A.   And then determine what to |
| 106  4 | do with those levels. |
| 106  5 | Q.   Right.  Then determine if |
| 106  6 | you need to either dose adjust or remove |
| 107  7 | them from therapy possibly, correct? |
| 106  8 | A.   Well, unlikely to remove |
| 106  9 | from therapy but adjust the dose.  I |

**106:10 -    106:13 Berkowitz, Scott 2016-10-19**    0:06

| | |
|---|---|
| 106 10 | mean, unless there was some serious |
| 106 11 | problem.  But by and large it's about |
| 106 12 | keeping them in the therapeutic range |
| 106 13 | like you have to do with warfarin. |

Re: [106:10-106:13]
**Def Obj** R, Concede -
Routine Monitoring,
Concede-PT/Dose
Adjustments

Re: [106:10-106:13]    Pending
Pltf Resp Relevant to
Plaintiffs' Failure to
warn claims and
claim for need for
measurement.

**106:20 -    107:8 Berkowitz, Scott 2016-10-19**    0:29

| | |
|---|---|
| 106 20 | Q.   That would be one of the |
| 106 21 | reasons you may monitor, right? |
| 106 22 | A.   I don't know so much if it's |
| 106 23 | to switch, but rather whether you're |
| 106 24 | getting the dose therapeutically the way |
| 107  1 | you want it to be. |
| 107  2 | Q.   Okay.  So you believe if a |
| 107  3 | person is stable on an anticoagulant, |
| 107  4 | they shouldn't be switched? |
| 107  5 | A.   Well, if it's effective and |
| 107  6 | it's safe, and they're stable and |
| 107  7 | reliably you feel comfortable with it, I |
| 107  8 | don't recommend switching. |

Re: [106:20-107:8]
**Def Obj** R, Concede -
Routine Monitoring,
Concede-PT/Dose
Adjustments, O

Re: [106:20-107:8]    Pending
Pltf Resp Relevant to
Plaintiffs' Failure to
warn claims and
claim for need for
measurement.
Within scope of
witness's experience
and responsibilities.

**108:6  -    109:6 Berkowitz, Scott 2016-10-19**    0:38

| | |
|---|---|
| 108  6 | Q.   Okay.  And so what you lay |
| 108  7 | out is you lay out four criteria for when |
| 108  8 | is it valuable to monitor routinely.  And |
| 108  9 | your Number 1 is, "Test accurately and |
| 108 10 | precisely measure drug levels," correct? |
| 108 11 | A.   These are not listed in any |
| 108 12 | order.  They're not including all of |
| 108 13 | them. |
| 108 14 | Q.   That's fair. |
| 108 15 | A.   They're just there. |
| 108 16 | "Test accurately and |
| 108 17 | precisely measure drug levels." |
| 108 18 | Q.   Okay.  And then your second |
| 108 19 | one is, "Target window validated and can |
| 108 20 | be maintained," correct? |
| 108 21 | A.   Yes. |
| 108 22 | Q.   And your third one is, "Test |
| 108 23 | results predict clinical outcome," |
| 108 24 | correct? |
| 109  1 | A.   Correct. |
| 109  2 | Q.   And then your fourth is, |
| 109  3 | "Modifying treatment on basis of test |
| 109  4 | result improves outcome," correct? |

Re: [108:6-109:6]
**Pltf Obj** Object to non-
responsive portion of
the answer.  Not
necessary for
completeness.

Pending

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 109 | 5 | A. If there's proof of that, | | |
| 109 | 6 | yes. | | |

**111:17 -   114:12** Berkowitz, Scott 2016-10-19                              1:55

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 111 | 17 | Q.   Then you list, "When is it | **Re: [111:17-114:12]** | Re: [111:17-114:12]   Pending | |
| 111 | 18 | valuable to measure," correct? | **Def Obj** R, Concede - | Pltf Resp Relevant to | |
| 111 | 19 | A.   Yes. | Routine Monitoring, | Plaintiffs' Failure to | |
| 111 | 20 | Q.   And you say, "When we need | Concede-PT/Dose | warn claims and | |
| 111 | 21 | to know drug levels, PK, or coagulation | Adjustments, Attorney | claim for need for | |
| 111 | 22 | effect, PD," right? | colloquy/objections | measurement.  No | |
| 111 | 23 | A.   Yes. | | objection to | |
| 111 | 24 | Q.   And with Xarelto, the main | | removing | |
| 112 | 1 | coagulation effect that you were looking | | colloquy/objections. | |
| 112 | 2 | at was PT, correct? | | | |
| 112 | 3 | A.   Well, PT is not a very good | | | |
| 112 | 4 | measure.  It's the best of the routine | | | |
| 112 | 5 | tests that are available in hospitals. | | | |
| 112 | 6 | But even then, it's not good, because not | | | |
| 112 | 7 | all the hospitals use the same | | | |
| 112 | 8 | thromboplastin reagent. | | | |
| 112 | 9 | Q.   Well, in your clinical | | | |
| 112 | 10 | trials, the decision was made that PT was | | | |
| 112 | 11 | good enough to serve as a PK surrogate, | | | |
| 112 | 12 | correct? | | | |
| 112 | 13 | A.   It matches depending on the | | | |
| 112 | 14 | timing with the concentration.  But it's | | | |
| 112 | 15 | not what you would use in practice to | | | |
| 112 | 16 | take care of patients. | | | |
| 112 | 17 | Q.   It's linear -- | | | |
| 112 | 18 | A.   When tested, as you said. | | | |
| 112 | 19 | Q.   It's linear correlated to -- | | | |
| 112 | 20 | PT has a linear correlation to the drug | | | |
| 112 | 21 | plasma concentration with Xarelto, | | | |
| 112 | 22 | correct? | | | |
| 112 | 23 | MR. HOROWITZ:  Objection to | | | |
| 112 | 24 | form. | | | |
| 113 | 1 | THE WITNESS:  Depending on | | | |
| 113 | 2 | the time that it's taken. | | | |
| 113 | 3 | BY MR. BARR: | | | |
| 113 | 4 | Q.   Okay.  And also the reagent | | | |
| 113 | 5 | used? | | | |
| 113 | 6 | A.   Definitely the reagent, | | | |
| 113 | 7 | because there are some that are -- | | | |
| 113 | 8 | there's one in particular that's very | | | |
| 113 | 9 | sensitive.  There are others that are | | | |
| 113 | 10 | sensitive; some that are insensitive. | | | |
| 113 | 11 | Q.   Let's talk about that for a | | | |
| 113 | 12 | second. | | | |
| 113 | 13 | A.   Sure. | | | |
| 113 | 14 | Q.   As I understand it, the one | | | |
| 113 | 15 | that's really sensitive is Neoplastin? | | | |
| 113 | 16 | A.   Well, we tested a few.  I | | | |
| 113 | 17 | don't know exactly how many, six or so. | | | |
| 113 | 18 | But there are a number more.  But of the | | | |
| 113 | 19 | ones that are were tested and used in the | | | |
| 113 | 20 | clinical trials that were easier to | | | |
| 113 | 21 | obtain, there is the Neoplastin Plus that | | | |
| 113 | 22 | was used.  And that seemed to match the | | | |
| 113 | 23 | best. | | | |
| 113 | 24 | Q.   So the Neoplastin Plus, in | | | |
| 114 | 1 | your view, is the best match for the | | | |
| 114 | 2 | reagent, correct? | | | |
| 114 | 3 | MR. HOROWITZ:  Objection to | | | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

114 4     form. Asked and answered.
114 5       THE WITNESS: Of the few
114 6     reagents that were tested. You
114 7     have to remember these agents are
114 8     designed to test warfarin. They
114 9     were refined over years to test
114 10     warfarin, so not for rivaroxaban
114 11     or any of the NOACs. They're not
114 12     for that purpose.

**114:14 - 115:7 Berkowitz, Scott 2016-10-19**      0:38

114 14    Q. Okay. But in your clinical
114 15    trials, you used PT Neoplastin as a
114 16    surrogate rather than taking actual PK
114 17    samples and getting blood plasma
114 18    concentrations, correct?
114 19    A. That's not correct.
114 20    Q. I'm sorry. In your Phase
114 21    III -- in ROCKET.
114 22    A. In Phase III. We usually do
114 23    our PK work in our Phase II, because
114 24    that's where you can -- you really have
115 1    better control of the sampling and stuff
115 2    so it's more accurate. It's very
115 3    difficult to do in Phase III.
115 4      So we did do PT testing, to
115 5    have something to match up with. But
115 6    that wasn't to try to show whether it
115 7    would be of value or not.

**Re: [114:14-115:7]**
**Pltf Obj** Object to non-responsive answer. Not necessary for completeness. If played at all, should be in Defendant's direct.

Pending

**115:8 - 116:7 Berkowitz, Scott 2016-10-19**      0:40

115 8    Q. So you go on and you list
115 9    several bullet points on when you may
115 10    need to know drug levels and coagulation
115 11    levels under the, "When is it valuable to
115 12    measure?"
115 13    A. When is it valuable.
115 14    Q. You list, "Assess
115 15    adherence," right?
115 16    A. Could be used there. If
115 17    there's no drug on board, then you're
115 18    going to be suspicious.
115 19    Q. Right.
115 20    A. Not taking the medicine.
115 21    Q. Or they could just be at
115 22    trough, right?
115 23    A. Well, it depends on the
115 24    sensitivity. If you did a PT at trough,
116 1    you might not be able to detect it
116 2    because it's insensitive down there.
116 3    Q. Detect overdose?
116 4    A. If you thought someone took
116 5    an overdose and you thought they might be
116 6    at a high level, you could use it for
116 7    them.

**Re: [115:8-116:7]**
**Def Obj** R, Concede - Routine Monitoring, Concede-PT/Dose Adjustments

Re: [115:8-116:7]
Pltf Resp Relevant to Plaintiffs' Failure to warn claims and claim for need for measurement.

Pending

**116:8 - 116:11 Berkowitz, Scott 2016-10-19**      0:11

116 8    Q. Do you know, as you sit here
116 9    today, what a high level PT would be to
116 10    tell somebody whether or not they were
116 11    overdosed on rivaroxaban?

**Re: [116:8-116:11]**
**Pltf Obj** Object to non-responsive answer. Not necessary for

Pending

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

completeness. If played at all, should be in Defendant's direct.

116:13 -   116:20 Berkowitz, Scott 2016-10-19      0:11

| | |
|---|---|
| 116 13 | THE WITNESS: We don't have |
| 116 14 | a level, and we have the issue |
| 116 15 | with the PT that in different labs |
| 116 16 | they have different ranges. I |
| 116 17 | mean, they are not markedly |
| 116 18 | different, but they are different. |
| 116 19 | So there's no cutoff that we're |
| 116 20 | aware of. |

Re: [116:13-116:20]
**Pltf Obj** Object to non-responsive answer. Not necessary for completeness. If played at all, should be in Defendant's direct.

Pending

116:22 -   117:1 Berkowitz, Scott 2016-10-19      0:09

| | |
|---|---|
| 116 22 | Q.  Are you aware of a blood |
| 116 23 | plasma concentration that would indicate |
| 116 24 | overdose? |
| 117 1 | A.  No, I'm not. |

Re: [116:22-117:1]
**Def Obj** R,

Re: [116:22-117:1] Pending
Pltf Resp Relevant to Plaintiffs' Failure to warn claims and claim for need for measurement.

117:7 -   117:17 Berkowitz, Scott 2016-10-19      0:24

| | |
|---|---|
| 117 7 | Q.  Okay. So even though you're |
| 117 8 | saying when is it valuable to measure and |
| 117 9 | one of those things is detect overdose, |
| 117 10 | you have no information that you can |
| 117 11 | provide the doctor as to what an overdose |
| 117 12 | is, correct? |
| 117 13 | A.  Well, I guess it depends on |
| 117 14 | how you term "overdose." Overdose |
| 117 15 | meaning people take too much medicine, |
| 117 16 | maybe a suicide attempt or something like |
| 117 17 | that.  That's what I meant by overdose. |

Re: [117:7-117:17]
**Pltf Obj** Object to non-responsive answer. Not necessary for completeness. If played at all, should be in Defendant's direct.

Pending

117:18 -   118:24 Berkowitz, Scott 2016-10-19      0:55

| | |
|---|---|
| 117 18 | Q.  But you still -- if you're |
| 117 19 | going to test, if you're going to |
| 117 20 | measure, that measurement has to mean |
| 117 21 | something, right? |
| 117 22 | A.  Absolutely. |
| 117 23 | Q.  And if you've given doctors |
| 117 24 | no data as to what that measurement |
| 118 1 | means, how is the doctor going to do |
| 118 2 | anything with this test?  What is he |
| 118 3 | going to look to that tells him this |
| 118 4 | patient is overdosed? |
| 118 5 | MR. HOROWITZ: Objection to |
| 118 6 | form. |
| 118 7 | THE WITNESS: Well, I think |
| 118 8 | we have to understand that the PT |
| 118 9 | is just a semi-quantitative |
| 118 10 | measure. It's a high or low, on |
| 118 11 | board or not, maybe higher than |
| 118 12 | you might expect.  We have ranges |
| 118 13 | in some of the clinical |
| 118 14 | pharmacology pages -- papers of |
| 118 15 | what we've seen in trials.  So |
| 118 16 | something could be used, but I |
| 118 17 | don't know of a, you know, across |
| 118 18 | the board level that if it's above |
| 118 19 | that then that's a problem. |

Re: [117:18-118:24]
**Def Obj** R, C, V, S, Attorney colloquy/objections

Re: [117:18-118:24] Pending
Pltf Resp Relevant to Plaintiffs' Failure to warn claims and claim for need for measurement. Within scope of witness's experience and responsibilities. No objection to removing colloquy.

| | Objections In | Responses In | Rulings |
|---|---|---|---|

```
118  20              I mean, any of us could
118  21          guess by looking at those numbers
118  22          that something much higher than
118  23          that, of course.  I mean, I think
118  24          doctors can understand that.
```

119:19 - 120:9  Berkowitz, Scott 2016-10-19                    0:22

```
119  19          Q.  Okay.  We'll come back to
119  20          that.  You also have, "Evaluate potential
119  21          drug interactions," right?
119  22          A.  These are just -- these are
119  23          general for all drugs.
119  24          Q.  Right.
120   1          A.  Yes.
120   2          Q.  "Disease of the metabolizing
120   3          organs," right?
120   4          A.  Sure.
120   5          Q.  "Plan timing of urgent
120   6          surgery," right?
120   7          A.  That's a convenience thing
120   8          of wanting to know if there's drug on
120   9          board before you do a procedure.
```

**Re: [119:19-120:9]**
**Pltf Obj** Object to non-responsive answer.  Not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

121:21 - 123:10  Berkowitz, Scott 2016-10-19                    1:08

```
121  21          Q.  It would certainly be
121  22          beneficial to a doctor in that situation
121  23          to be told, "Run a PT, find out what
121  24          their drug level is, and then you know
122   1          whether or not there's drug on board and
122   2          whether or not you can proceed to surgery
122   3          or if you have to wait 24 hours,"
122   4          correct?
122   5          A.  No.  I'm sorry.  I have to
122   6          disagree.  I mean, if the prothrombin
122   7          time is prolonged, it's possible that
122   8          there's drug on board.  There could be
122   9          other reasons that the prothrombin time
122  10          is prolonged.  If you're looking for a
122  11          magic number for when to go in for
122  12          surgery, that doesn't exist.  But you
122  13          have drug on board, and that's what the
122  14          doctors need to know.
122  15              I mean, it's not okay to
122  16          have a level at say 50 or 100, but not
122  17          okay to do surgery at some other number.
122  18          It's on board or not.  And then you have
122  19          to understand when the possibility of
122  20          when they took the drug, what the
122  21          metabolism might be.
122  22              But if it's urgent surgery,
122  23          you just got to go.
122  24          Q.  So you think they just need
123   1          to ignore the warning?
123   2          A.  No one is saying to ignore
123   3          the warning.  And I'm not saying that.
123   4          I'm just simply saying when you're faced
123   5          with that situation, then having just
123   6          some number come back and tell you,
123   7          that's not the whole story.  You have to
123   8          know the whole patient.  You have to know
123   9          the drugs they're taking and the one that
123  10          you are concerned about.
```

**Re: [121:21-123:10]**
**Pltf Obj** Object to non-responsive answer and improper expert opinion. Not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

**126:1 - 127:8 Berkowitz, Scott 2016-10-19**   1:18

| | | | | Pending |

```
126  1   Q.  All right.  Dr. Berkowitz,
126  2   we're continuing with Exhibit 12 in front
126  3   of you.
126  4        And I have moved to the next
126  5   page, which is titled "When it is not
126  6   valuable to monitor or measure," correct?
126  7   A.  Yes.
126  8   Q.  Okay.  So the point of this
126  9   slide, as I understand it, is to say when
126 10   these conditions exist, there's no value
126 11   in either routine monitoring or
126 12   measuring, correct?
126 13   A.  In essence.  I mean, in
126 14   essence, yes.
126 15   Q.  Do each -- you say when.
126 16   And you list -- one, two, three, four,
126 17   five, six, seven -- eight different
126 18   factors.
126 19        Do you see that?
126 20   A.  I do.
126 21   Q.  What you're meaning by this,
126 22   do all eight of these have to be true for
126 23   monitoring not to be valuable or does
126 24   just one of these have to be true for
127  1   monitoring not to be valuable?
127  2   A.  Probably depends on which
127  3   one.  But you don't have to have all
127  4   eight.  These are just conditions that
127  5   talk about -- you have to remember we're
127  6   giving a 15-minute talk.  So you're
127  7   basically just trying to give the lay of
127  8   the land.
```

Re: [126:1-127:8]
**Pltf Obj** Not necessary for completeness.  If played at all, should be in Defendant's direct.

**129:20 - 130:20 Berkowitz, Scott 2016-10-19**   0:56

```
129 20   Q.  So for the indications in
129 21   which you're giving 20 milligrams
129 22   once-a-day, okay?
129 23   A.  Okay.
129 24   Q.  It's your position that it
130  1   is not valuable to monitor or measure
130  2   those patients, correct?
130  3   A.  In general, there's not a
130  4   need to routinely monitor in those
130  5   patients.
130  6   Q.  When you say "in general,"
130  7   that means there could be situations
130  8   where it may be valuable to monitor those
130  9   patients.  Are you talking about purely
130 10   the instances you listed on the page
130 11   before when you said when is it valuable
130 12   to measure?
130 13   A.  This is a general statement
130 14   that talks about monitor and measure.
130 15   Remember, that's what you mentioned.  And
130 16   that's an opportunity -- so it's a
130 17   conglomerate.  And we talked about just
130 18   very recently conditions where you might
130 19   want to measure.  So that's why I said it
130 20   would depend.
```

Re: [129:20-130:20]
**Def Obj** R, Concede - Routine Monitoring, Concede-PT/Dose Adjustments, Concede-Dose Too High

Re: [129:20-130:20]   Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement.

**130:21 - 131:13 Berkowitz, Scott 2016-10-19**   0:26

```
130 21   Q.  Okay.  Let's go two pages
```

Re: [130:21-131:13]   Pending

29

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 130  22    over.  You have -- | **Pltf Obj** Not necessary | | |
| 130  23    A.  Page number? | for completeness.  If | | |
| 130  24    Q.  It's Page 12. | played at all, should be | | |
| 131  1    A.  Thank you. | in Defendant's direct. | | |
| 131  2    Q.  "What we should do rather | Object to 131:13 as | | |
| 131  3    than monitor/measure a level." | confusing. | | |
| 131  4        Do you see that? | | | |
| 131  5    A.  I do. | | | |
| 131  6    Q.  And you have monitor the | | | |
| 131  7    patient, right? | | | |
| 131  8    A.  Yes. | | | |
| 131  9    Q.  That's what we talked about | | | |
| 131  10   this morning, correct? | | | |
| 131  11   A.  Yes, when we were defining | | | |
| 131  12   the terms.  Right. | | | |
| 131  13   Q.  Then you have, "Know the | | | |

**135:5  -  135:12** Berkowitz, Scott 2016-10-19    0:50

| 135  5        Okay.  The PowerPoint that | **Re: [135:5-135:12]** | Re: [135:5-135:12]    Pending |
|---|---|---|
| 135  6    we just talked about was your position on | **Def Obj** R, Concede - | Pltf Resp Relevant to |
| 135  7    whether or not there is value in | Routine Monitoring, | Plaintiffs' failure to |
| 135  8    monitoring or measuring, correct? | Concede-PT/Dose | warn claims and |
| 135  9    A.  Yes, it says that in the | Adjustments | claims relating to |
| 135  10   document that it's the opinion of mine. | | need for |
| 135  11   Not necessarily the opinions of others in | | measurement. |
| 135  12   the company or outside. | | |

**135:24  -  136:8** Berkowitz, Scott 2016-10-19    0:19

| 135  24   Q.  The only position the | **Re: [135:24-136:8]** | Re: [135:24-136:8]    Pending |
|---|---|---|
| 136  1    company has put out that you know of is | **Def Obj** R, Concede - | Pltf Resp Relevant to |
| 136  2    the position in the label that says no | Routine Monitoring, | Plaintiffs' failure to |
| 136  3    routine monitoring is necessary, right? | | warn claims and |
| 136  4    A.  Right.  That's the -- the | | claims relating to |
| 136  5    message to the physicians, that they | | need for |
| 136  6    don't need to be looking for some test to | | measurement. |
| 136  7    check every so often on patients | | |
| 136  8    routinely. | | |

**136:9  -  136:18** Berkowitz, Scott 2016-10-19    0:42

| 136  9    Q.  Okay.  Let me show you -- | **Re: [136:9-136:18]** | Re: [136:9-136:18]    Pending |
|---|---|---|
| 136  10   we'll mark these as Exhibits 13 and 14. | **Def Obj** R, Concede - | Pltf Resp Relevant to |
| 136  11       {Document marked for | Routine Monitoring, H | Plaintiffs' failure to |
| 136  12   identification as Exhibit | | warn claims and |
| 136  13   Berkowitz-13.) | | claims relating to |
| 136  14       {Document marked for | | need for |
| 136  15   identification as Exhibit | | measurement. |
| 136  16   Berkowitz-14.) | | |
| 136  17      MR. BARR:  And this is | | |
| 136  18   Plaintiffs' 1158770 and 1158771. | | |

**136:20  -  137:3** Berkowitz, Scott 2016-10-19    0:29

| 136  20   Q.  I'm going to start with a |
|---|
| 136  21   cover e-mail before I go to the |
| 136  22   attachment.  You see this is a string of |
| 136  23   e-mails that includes Dr. Spiro and then |
| 136  24   you're also copied on some of these.  Do |
| 137  1    you see that? |
| 137  2    A.  Okay.  Now -- yeah, I see |
| 137  3    that. |

**137:4  -  137:13** Berkowitz, Scott 2016-10-19    0:29

| 137  4    Q.  You're specifically | **Re: [137:4-137:13]** | Re: [137:4-137:13]    Pending |
|---|---|---|
| 137  5    forwarded this by Dr. Spiro on June 18, | **Def Obj** R, PK, Concede - | Pltf Resp Relevant to |

04/20/17 15:10

| | | Objections In Routine Monitoring, | Responses In | Rulings |
|---|---|---|---|---|

| | | | Plaintiffs' failure to warn claims and claims relating to need for measurement. Witness in email chain and document within scope of responsibilities and experience. | |

137  6   2008.  Do you see that on the first page?
137  7   A.   Well, no.  I'm forwarded on
137  8   the 16th.
137  9   Q.   You're right.  Just so you
137 10   can see where you are.  You're right.
137 11   A.   Correct.  Okay, but
137 12   that's -- and that's on the -- yeah, I
137 13   see.  That's on the 17th.

**137:16 -   137:22 Berkowitz, Scott 2016-10-19**    0:09

137 16   Q.   And this is a "slides for
137 17   Thursday Belgium advisory board."
137 18       Do you see that?
137 19   A.   I do.
137 20   Q.   Do you know what that's a
137 21   reference to?
137 22   A.   I do not.

| | Objections | Responses | Rulings |
|---|---|---|---|
| | Re: [137:16-137:22] Pltf Obj Not necessary for completeness. | | Pending |

**137:23 -   138:1 Berkowitz, Scott 2016-10-19**    0:05

137 23   Q.   Do you know why Dr. Spiro
137 24   would have been sending these to you?
138  1   A.   He reports to me.

| | Objections | Responses | Rulings |
|---|---|---|---|
| | Re: [137:23-138:1] Def Obj R, PK, Concede - Routine Monitoring, | Re: [137:23-138:1] Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement. Witness in email chain and document within scope of responsibilities and experience. | Pending |

**138:2  -   138:16 Berkowitz, Scott 2016-10-19**    0:31

138  2   Q.   Okay.  Would you have had --
138  3   does he -- does he have to send this type
138  4   of stuff to you before he presents at an
138  5   advisory board or anything like that?
138  6   A.   No.  It's a courtesy to --
138  7   you know, to me, I assume to let me see
138  8   the work that he's doing.
138  9   Q.   Do you review the material
138 10   that Dr. Spiro sends to you?
138 11   A.   In a -- in a way.  I review
138 12   some things.  But Dr. Spiro has a
138 13   tremendous amount of experience in the
138 14   field.  He helped bring low-molecular
138 15   weight heparin to North America.  So I
138 16   don't have to check everything he does.

| | Objections | Responses | Rulings |
|---|---|---|---|
| | Re: [138:2-138:16] Pltf Obj Not necessary for completeness. Irrelevant and prejudicial. | | Pending |

**139:9  -   140:8 Berkowitz, Scott 2016-10-19**    0:54

139  9   Q.   This is -- the PowerPoint is
139 10   titled "Agenda Advisory Board June 19th."
139 11   Right?
139 12   A.   Yeah, I guess we -- we had
139 13   said that was '08 --
139 14   Q.   That would be 2008 according
139 15   to the e-mail, correct?
139 16   A.   Okay.
139 17   Q.   And it lists a series of
139 18   agenda points, with one of them being

| | Objections | Responses | Rulings |
|---|---|---|---|
| | Re: [139:9-140:8] Def Obj R, PK, Concede - Routine Monitoring, | Re: [139:9-140:8] Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement. Witness in email chain and document within scope of | Pending |

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | responsibilities and experience. | |
|---|---|---|---|---|
| 139 | 19 | Xarelto and monitoring. And that's -- | | |
| 139 | 20 | the speaker is listed as Dr. Theodoro | | |
| 139 | 21 | Spiro, global clinical leader, correct? | | |
| 139 | 22 | A. Correct. | | |
| 139 | 23 | Q. And he reported to you, | | |
| 139 | 24 | correct? | | |
| 140 | 1 | A. In 2008, yeah. | | |
| 140 | 2 | Q. Okay. And so let's go into | | |
| 140 | 3 | Dr. Spiro's presentation. That is on | | |
| 140 | 4 | Page 22 of the PowerPoint. | | |
| 140 | 5 | A. Current thoughts. | | |
| 140 | 6 | Q. Xarelto and monitoring, | | |
| 140 | 7 | current thoughts, do you see that? | | |
| 140 | 8 | A. I'm there. Mm-hmm. | | |

**140:9  -  140:13 Berkowitz, Scott 2016-10-19**    0:14

| | | | | |
|---|---|---|---|---|
| 140 | 9 | Q. Okay. The next page, it's | Re: [140:9-140:13] | Pending |
| 140 | 10 | anticoagulation in the past. Monitoring | **Pltf Obj** Not necessary | |
| 140 | 11 | required. Coumadin PT. Heparin aPTT. | for completeness. | |
| 140 | 12 | Right? | Irrelevant. | |
| 140 | 13 | A. Yes. | | |

**140:14  -  140:17 Berkowitz, Scott 2016-10-19**    0:10

| | | | | |
|---|---|---|---|---|
| 140 | 14 | Q. And then if you go to | **Re: [140:14-140:17]** | Re: [140:14-140:17]   Pending |
| 140 | 15 | Page 26 it says, "Monitoring." Do you | **Def Obj** R, PK, Concede - | Pltf Resp Relevant to |
| 140 | 16 | see that? | Routine Monitoring, | Plaintiffs' failure to |
| 140 | 17 | A. Monitoring. | | warn claims and |
| | | | | claims relating to |
| | | | | need for |
| | | | | measurement. |
| | | | | Witness in email |
| | | | | chain and document |
| | | | | within scope of |
| | | | | responsibilities and |
| | | | | experience. |

**140:20  -  141:10 Berkowitz, Scott 2016-10-19**    0:31

| | | | | |
|---|---|---|---|---|
| 140 | 20 | Q. And it says, "How to monitor | **Re: [140:20-141:10]** | Re: [140:20-141:10]   Pending |
| 140 | 21 | this plurality of substances. Specific | **Def Obj** R, PK, Concede - | Pltf Resp Relevant to |
| 140 | 22 | anti-Xa and anti-IIa methods in every | Routine Monitoring, | Plaintiffs' failure to |
| 140 | 23 | lab." | Incomplete | warn claims and |
| 140 | 24 |     Do you see that? | | claims relating to |
| 141 | 1 | A. Question mark. Mm-hmm. | | need for |
| 141 | 2 | Q. Right. "The good news. | | measurement. |
| 141 | 3 | Routine monitoring required only with | | Witness in email |
| 141 | 4 | Coumadin and heparin," right? | | chain and document |
| 141 | 5 | A. Yes, I see that. | | within scope of |
| 141 | 6 | Q. Okay. And then Dr. Spiro | | responsibilities and |
| 141 | 7 | writes that "all the other substances," | | experience. |
| 141 | 8 | and that would include rivaroxaban, | | |
| 141 | 9 | correct? | | |
| 141 | 10 | A. I can only surmise that. I | | |

**141:11  -  141:12 Berkowitz, Scott 2016-10-19**    0:02

| | | | | |
|---|---|---|---|---|
| 141 | 11 | can't -- it doesn't say. I don't know. | Re: [141:11-141:12] | Pending |
| 141 | 12 | That's what we are talking about, so... | **Pltf Obj** Object as non- | |
| | | | responsive. | |

**141:18  -  142:14 Berkowitz, Scott 2016-10-19**    0:38

| | | | | |
|---|---|---|---|---|
| 141 | 18 | Q. Okay. And he's talking | **Re: [141:18-142:14]** | Re: [141:18-142:14]   Pending |
| 141 | 19 | about how to monitor this plurality of | **Def Obj** R, PK, Concede - | Pltf Resp Relevant to |
| 141 | 20 | substances, and he's talking about | Routine Monitoring, | Plaintiffs' failure to |

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

141 21    anti-Xa drugs, right?
141 22    A.   Yes.
141 23    Q.   Okay.  And he says, "All the
141 24    other substances require monitoring only
142  1    in special situations," right, that's the
142  2    good news?
142  3    A.   That's what the slide says.
142  4    Q.   And then he says the bad
142  5    news.  "There are many special
142  6    situations."  Do you see that?
142  7    A.   Yep.
142  8    Q.   Very low weight.  Bleeding
142  9    under anticoagulation.  Compliance.
142 10    Progression of thromboembolism.
142 11    Accumulation.  Critically ill patients.
142 12    Pregnancy.  Children.  Obesity.
142 13          Did I read all that right?
142 14    A.   Yes.

Responses In: warn claims and claims relating to need for measurement. Witness in email chain and document within scope of responsibilities and experience.

---

142:15 -   142:17 Berkowitz, Scott 2016-10-19        0:11
142 15    Q.   So according to Dr. Spiro in
142 16    2008, there are special situations with
142 17    Xarelto that require monitoring, right?

Responses In: Re: [142:15-142:17]
**Pltf Obj** Object as non-responsive, argumentative, and calls for speculation.  Not necessary for completeness.  If played at all, should be in Defendant's direct.

Rulings: Pending

---

142:20 -   142:22 Berkowitz, Scott 2016-10-19        0:02
142 20          THE WITNESS:  I'm sorry.  I
142 21    have to disagree with you.  That's
142 22    not what the slides say.

Responses In: Re: [142:20-142:22]
**Pltf Obj** Object as non-responsive, argumentative, and calls for speculation.  Not necessary for completeness.  If played at all, should be in Defendant's direct.

Rulings: Pending

---

143:1  -   143:22 Berkowitz, Scott 2016-10-19        0:43
143  1    A.   They just raise the -- the
143  2    issue of areas to look.  That's what the
143  3    question marks all over it are about.
143  4    Q.   Okay.  Do you know of any
143  5    studies the company actually did to
143  6    determine in these special situations
143  7    whether or not monitoring would be
143  8    required?
143  9    A.   If -- if you look at the --
143 10    the -- the label and if you look back at
143 11    the different trials, Phase I trials and
143 12    all that work, that's where a lot of that
143 13    was done with -- with, you know,
143 14    half-life in young and elderly, with
143 15    obesity, gender.  These kinds of studies
143 16    were done.
143 17    Q.   Okay.  But the Phase I
143 18    trials were before 2008, correct?
143 19    A.   Yeah, they should have been.
143 20    Q.   Okay.  So these shouldn't

Responses In: Re: [143:1-143:22]
**Pltf Obj** Object as non-responsive, argumentative, and calls for speculation.  Not necessary for completeness.  If played at all, should be in Defendant's direct.

Rulings: Pending

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

143 21    have been question marks in 2008,
143 22    correct?

**144:1 - 144:13 Berkowitz, Scott 2016-10-19**    0:22

144 1      THE WITNESS: I -- I guess
144 2      you need to understand how the
144 3      science is done. You don't just
144 4      do one trial and then all the
144 5      answers are there. We continually
144 6      evaluate this over time. So we
144 7      don't make the assumption until
144 8      we've got all the trials out and
144 9      we have years of experience and a
144 10     large number of patients. So
144 11     we're just looking at someone
144 12     presenting his view on how things
144 13     might be and what to think about.

Re: [144:1-144:13]
**Pltf Obj** Object as non-responsive, argumentative, and calls for speculation. Not necessary for completeness. If played at all, should be in Defendant's direct.

Pending

**146:6 - 146:14 Berkowitz, Scott 2016-10-19**    0:21

146 6      Q.   And you believe you answered
146 7      all of these questions about the bad news
146 8      with many special situations that require
146 9      monitoring is it is not required?
146 10     A.   I don't think that one slide
146 11     in 2008, you know, gives a sense about
146 12     what's going on with all the work from
146 13     that time before or that time going
146 14     forward to 2016.

Re: [146:6-146:14]
**Pltf Obj** Object as non-responsive and argumentative. Not necessary for completeness. If played at all, should be in Defendant's direct.

Pending

**146:15 - 146:19 Berkowitz, Scott 2016-10-19**    0:12

146 15     Q.   With any of these special
146 16     situations in 2016, do you indicate that
146 17     monitoring is required?
146 18     A.   We have not found it to be
146 19     so.

Re: [146:15-146:19]
**Def Obj** R, PK, Concede - Routine Monitoring,

Re: [146:15-146:19]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement. Witness in email chain and document within scope of responsibilities and experience.

Pending

**147:9 - 148:13 Berkowitz, Scott 2016-10-19**    1:20

147 9      Can you name any specific
147 10     study where you answered the question
147 11     about whether or not monitoring was
147 12     required in any of these special
147 13     situations?
147 14     A.   I don't believe that --
147 15     MR. HOROWITZ: Form.
147 16     Go ahead. Sorry.
147 17     THE WITNESS: I don't
147 18     believe that one specific study
147 19     answers these types of questions.
147 20     As I said, we study it during all
147 21     of the indications and the
147 22     subgroup analysis and we have the
147 23     Phase I studies. So there won't
147 24     be one study that could answer
148 1      this for you.

Re: [147:9-148:13]
**Def Obj** R, PK, Concede - Routine Monitoring, Concede - Failure to Test, Attorney colloquy/objections

Re: [147:9-148:13]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement. Witness in email chain and document within scope of responsibilities and experience.

Pending

|  |  | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 154  8 | BY MR. BARR: | | | |
| 154  9 | Q.   Well, your sentence is, | | | |
| 154 10 | except for PT, all of the others are not | | | |
| 154 11 | considered to be suitable, right? | | | |
| 154 12 | MR. HOROWITZ:  Form.  Asked | | | |
| 154 13 | and answered. | | | |
| 154 14 | THE WITNESS:  The PT was | | | |
| 154 15 | considered suitable.  The others | | | |
| 154 16 | were not considered suitable.  It | | | |

**154:17 -   154:20 Berkowitz, Scott 2016-10-19**     0:06

| | | | | |
|---|---|---|---|---|
| 154 17 | doesn't mean that it would be | Re: [154:17-154:20] | | Pending |
| 154 18 | reliable, validated, et cetera. | **Pltf Obj** Object as non- | | |
| 154 19 | Certainly going forward, we'd look | responsive. | | |
| 154 20 | at it. | | | |

**154:22 -   155:1  Berkowitz, Scott 2016-10-19**     0:09

| | | | | |
|---|---|---|---|---|
| 154 22 | Q.   Okay.  So according to your | Re: [154:22-155:1] | Re: [154:22-155:1] | Pending |
| 154 23 | response PT is suitable? | **Def Obj** R, PK, LF, | Pltf Resp Relevant to | |
| 154 24 | A.   Certainly should be looked | Concede - Routine | Plaintiffs' failure to | |
| 155  1 | at going forward. | Monitoring, Relevance- | warn claims and | |
| | | Foreign Regulatory, MD | claims relating to | |
| | | | need for | |
| | | | measurement and | |
| | | | need to evaluate | |
| | | | dosing in individual | |
| | | | patients. Within the | |
| | | | scope of | |
| | | | responsibilities and | |
| | | | experience of | |
| | | | witness. | |

**278:20 -   278:24 Berkowitz, Scott 2016-10-19**     0:12

| | | | | |
|---|---|---|---|---|
| 278 20 | Q.   Providing reference ranges | Re: [278:20-278:24] | Re: [278:20-278:24] | Pending |
| 278 21 | for doctors in the United States to look | **Def Obj** R, LF, PK, | Pltf Resp Relevant to | |
| 278 22 | at could be as simple as providing the | Relevance-Foreign | Plaintiffs' failure to | |
| 278 23 | data that was provided in the Canadian | Regulatory, | warn claims and | |
| 278 24 | label, right? | | claims relating to | |
| | | | need for | |
| | | | measurement and | |
| | | | need to evaluate | |
| | | | dosing in individual | |
| | | | patients. Within the | |
| | | | scope of | |
| | | | responsibilities and | |
| | | | experience of | |
| | | | witness. | |

**279:3  -   279:15 Berkowitz, Scott 2016-10-19**     0:22

| | | | | |
|---|---|---|---|---|
| 279  3 | THE WITNESS:  I don't | Re: [279:3-279:15] | Re: [279:3-279:15] | Pending |
| 279  4 | remember what's in the Canadian | **Def Obj** R, LF, PK, | Pltf Resp Relevant to | |
| 279  5 | label, so I am not sure I can | Relevance-Foreign | Plaintiffs' failure to | |
| 279  6 | answer that. | Regulatory | warn claims and | |
| 279  7 | BY MR. BARR: | | claims relating to | |
| 279  8 | Q.   Okay.  Well, let's look at | | need for | |
| 279  9 | it. | | measurement and | |
| 279 10 | {Document marked for | | need to evaluate | |
| 279 11 | identification as Exhibit | | dosing in individual | |
| 279 12 | Berkowitz-26.) | | patients. Within the | |
| 279 13 | MR. BARR:  I'm going to hand | | scope of | |

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| 279 14    you Exhibit Number 26, which is<br>279 15    Plaintiffs' 77266. | | responsibilities and<br>experience of<br>witness. | |

---

279:21 -    282:12 Berkowitz, Scott 2016-10-19                                            2:06

| | | | |
|---|---|---|---|
| 279 21    Q.   And what it says is -- this<br>279 22    is an e-mail from Suzanne Morency.  Do<br>279 23    you know that person?<br>279 24    A.   Yes.<br>280  1    Q.   Who is she?<br>280  2    A.   She works in regulatory at<br>280  3    our Canadian office.<br>280  4    Q.   Okay.  And you're -- you are<br>280  5    one of the recipients of this e-mail,<br>280  6    correct?<br>280  7    A.   Yes.<br>280  8    Q.   And this is February 10,<br>280  9    2015, right?<br>280 10    A.   Yes.<br>280 11    Q.   Okay.  If you go to the next<br>280 12    page, it says, "A seven-day information<br>280 13    request was received from Health Canada<br>280 14    for the class labeling NC currently under<br>280 15    review."<br>280 16        Do you know what that NC<br>280 17    means?<br>280 18    A.   I'm sorry.  I lost my place.<br>280 19    Okay.  Class labeling NC currently under<br>280 20    review.  I don't.<br>280 21    Q.   Okay.  It says, "A copy of<br>280 22    the annotated PM submitted to Health<br>280 23    Canada is attached."<br>280 24        Do you see that?<br>281  1    A.   Yes.<br>281  2    Q.   Is that product monograph?<br>281  3    A.   Product monograph.  Yeah.<br>281  4    Q.   It says, "Health Canada's<br>281  5    comments.  In dosage and administration,<br>281  6    there's a new paragraph to be included.<br>281  7    At the beginning of this section, add the<br>281  8    word 'antagonist' after 'as for any<br>281  9    non-vitamin K.'"<br>281 10        Do you see that?<br>281 11    A.   Yeah.<br>281 12    Q.   When we go down a little<br>281 13    further, it says "Health Canada proposed<br>281 14    changes."<br>281 15        Do you see that?<br>281 16    A.   Yeah.<br>281 17    Q.   Okay.  It says, "As for any<br>281 18    non-vitamin K antagonist oral<br>281 19    anticoagulant drug, before initiating<br>281 20    Xarelto ensure that the patient<br>281 21    understands and is prepared to accept<br>281 22    adherence to NOAC therapy as directed."<br>281 23        Do you see that?<br>281 24    A.   I do.<br>282  1    Q.   And then it provides a<br>282  2    Xarelto dosage, the plasma concentration<br>282  3    range, concentration maximum, the range<br>282  4    at trough, the PT at max, and the PT at | **Re: [279:21-282:12]**<br>**Def Obj** R, LF, PK,<br>Relevance-Foreign<br>Regulatory, Incomplete | Re: [279:21-282:12]    Pending<br>Pltf Resp Relevant to<br>Plaintiffs' failure to<br>warn claims and<br>claims relating to<br>need for<br>measurement and<br>need to evaluate<br>dosing in individual<br>patients. Within the<br>scope of<br>responsibilities and<br>experience of<br>witness. | |

_Sustained_

_Foreign label —<br>irrelevant here not<br>also 403 confusing<br>what applies FDA or Canadian<br>about FDA_

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 148 | 2 | BY MR. BARR: | | | |
| 148 | 3 | Q.   Was there any study designed | | | |
| 148 | 4 | to answer the question on whether or not | | | |
| 148 | 5 | elderly people required monitoring? | | | |
| 148 | 6 | A.   I'm not aware of a -- a | | | |
| 148 | 7 | particular study for that.  As I said, we | | | |
| 148 | 8 | look at each indication at the different | | | |
| 148 | 9 | doses for each of these kinds of groups. | | | |
| 148 | 10 | So if you look at the trials, you'll see | | | |
| 148 | 11 | in the manuscripts the sub-groups like | | | |
| 148 | 12 | elderly or -- or body weight.  That's | | | |
| 148 | 13 | where you'll get the most information. | | | |

150:2  -   150:14 Berkowitz, Scott 2016-10-19                              0:30

| | | | | | |
|---|---|---|---|---|---|
| 150 | 2 | Q.   Now let's go to Exhibit 16, | **Re: [150:2-150:14]** | Re: [150:2-150:14] | Pending |
| 150 | 3 | which is one of those attachments.  And | **Def Obj** R, PK, LF, | Pltf Resp Relevant to | |
| 150 | 4 | this is Plaintiffs' 372322.  You see that | Concede - Routine | Plaintiffs' failure to | |
| 150 | 5 | this is "Bayer Healthcare AG Xarelto | Monitoring, Relevance- | warn claims and | |
| 150 | 6 | 15-milligram film-coated tablets and | Foreign Regulatory | claims relating to | |
| 150 | 7 | 20-milligram film-coated tablets response | | need for | |
| 150 | 8 | to list of questions, clinical aspects." | | measurement. | |
| 150 | 9 | Do you see that? | | Within the scope of | |
| 150 | 10 | A.   I do. | | responsibilities and | |
| 150 | 11 | Q.   Do you know where these | | experience of | |
| 150 | 12 | questions came from? | | witness. | |
| 150 | 13 | A.   It sounds like they came | | | |
| 150 | 14 | from the European authorities. | | | |

150:15 -   150:17 Berkowitz, Scott 2016-10-19                              0:05

| | | | | | |
|---|---|---|---|---|---|
| 150 | 15 | Q.   And it's list of questions, | **Re: [150:15-150:17]** | | Pending |
| 150 | 16 | Day 60.  Draft due by end of March. | **Pltf Obj** Not necessary | | |
| 150 | 17 | Do you see that? | for completeness. | | |

150:19 -   150:21 Berkowitz, Scott 2016-10-19                              0:04

| | | | | | |
|---|---|---|---|---|---|
| 150 | 19 | Q.   And it's specifically for | **Re: [150:19-150:21]** | Re: [150:19-150:21] | Pending |
| 150 | 20 | the Afib indication, right? | **Def Obj** R, PK, LF, | Pltf Resp Relevant to | |
| 150 | 21 | A.   Correct. | Concede - Routine | Plaintiffs' failure to | |
| | | | Monitoring, Relevance- | warn claims and | |
| | | | Foreign Regulatory | claims relating to | |
| | | | | need for | |
| | | | | measurement. | |
| | | | | Within the scope of | |
| | | | | responsibilities and | |
| | | | | experience of | |
| | | | | witness. | |

150:22 -   151:3 Berkowitz, Scott 2016-10-19                              0:09

| | | | | | |
|---|---|---|---|---|---|
| 150 | 22 | Q.   And the author is listed as | **Re: [150:22-151:3]** | Re: [150:22-151:3] | Pending |
| 150 | 23 | John Paolini and Dagmar Kubitza, right? | **Def Obj** R, PK, LF, | Pltf Resp Relevant to | |
| 150 | 24 | A.   Yes. | Concede - Routine | Plaintiffs' failure to | |
| 151 | 1 | Q.   Are those both Bayer | Monitoring, Relevance- | warn claims and | |
| 151 | 2 | employees? | Foreign Regulatory, LF | claims relating to | |
| 151 | 3 | A.   Yes. | | need for | |
| | | | | measurement. | |
| | | | | Within the scope of | |
| | | | | responsibilities and | |
| | | | | experience of | |
| | | | | witness. | |

151:15 -   154:16 Berkowitz, Scott 2016-10-19                              2:34

| | | | | | |
|---|---|---|---|---|---|
| 151 | 15 | Q.   It says, Question 17, | **Re: [151:15-154:16]** | Re: [151:15-154:16] | Pending |
| 151 | 16 | "Monitoring of coagulation parameters may | **Def Obj** R, PK, LF, | Pltf Resp Relevant to | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | Concede - Routine Monitoring, Relevance- Foreign Regulatory MD, A, Attorney colloquy/objections | Plaintiffs' failure to warn claims and claims relating to need for measurement. Within the scope of responsibilities and experience of witness.  No objection to removing colloquy. | |

151 17  be considered in situations of bleedings
151 18  or perceived increased bleeding risk.
151 19  More firm recommendations on how this can
151 20  be performed in clinical routine are
151 21  requested to be implemented in the SPC."
151 22      And can you just tell people
151 23  what the SPC is?
151 24  A.   That's a summary of product
152  1  characteristics.  That's the -- what we
152  2  call the USPI in the U.S.  That's for
152  3  Europe.
152  4  Q.   Okay.  And then it goes on
152  5  to say, "Monitoring of coagulation
152  6  parameters may be considered in
152  7  situations of bleedings or perceived
152  8  increased bleeding risk.  More firm
152  9  recommendations on how this can be
152 10  performed in clinical routine are
152 11  requested to be implemented in the SPC.
152 12  The applicant should ensure that such
152 13  reliable biological tests are available
152 14  before granting of the new indication as
152 15  such monitoring is of importance in this
152 16  extended target population of
152 17  rivaroxaban-treated patients."
152 18      Did I read that correctly?
152 19  A.   Yes.
152 20  Q.   Okay.  So according to the
152 21  EMA in this new indication, monitoring
152 22  was of importance, correct?
152 23      MR. HOROWITZ:  Form.
152 24      THE WITNESS:  Their question
153  1  is posing it as being important,
153  2  and they are asking our response
153  3  on it.
153  4  BY MR. BARR:
153  5  Q.   Okay.  And your response is,
153  6  "The applicant has investigated several
153  7  laboratory assays throughout the clinical
153  8  development program in order to assess
153  9  the appropriateness of laboratory assays.
153 10  Inhibition of Factor Xa, PT, aPTT, and
153 11  HepTest were measured in nearly all
153 12  studies and correlations with plasma
153 13  concentrations were established.  Except
153 14  for PT, the tests were not considered
153 15  suitable for following the
153 16  pharmacodynamic effects of rivaroxaban
153 17  because of a curvilinear relationship or
153 18  a low sensitivity of a PK/PD
153 19  relationship."
153 20      Did I read that right?
153 21  A.   Yeah.
153 22  Q.   Okay.  So according to your
153 23  response, PT was considered suitable for
153 24  following the pharmacodynamic effects of
154  1  rivaroxaban, correct?
154  2      MR. HOROWITZ:  Form.
154  3      THE WITNESS:  Well, that's
154  4  just a very small portion of the
154  5  whole thorough response.  So of
154  6  the tests that are available, PT
154  7  would be one for consideration.

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | |
|---|---|---|
| 282 5 | trough, on Neoplastin, correct? | |
| 282 6 | A.   Yes. | |
| 282 7 | Q.   And you looked at earlier | |
| 282 8 | today the U.S. label.  You would agree | |
| 282 9 | with me that none of this information is | |
| 282 10 | in the U.S. label, correct? | |
| 282 11 | A.   Well, I don't remember | |
| 282 12 | seeing it in the label, but that's not | |

**282:13 -   282:15 Berkowitz, Scott 2016-10-19**    0:06

| | | |
|---|---|---|
| 282 13 | completely up to the company.  The | **Re: [282:13-282:15]** |
| 282 14 | authority decides on what will go in and | **Pltf Obj** Object as non- |
| 282 15 | go out in the final run. | responsive. |

Pending

**296:1   -   296:20 Berkowitz, Scott 2016-10-19**    1:15

| | |
|---|---|
| 296 1 | Q.   Who is Dr. Califf? |
| 296 2 | A.   Dr. Califf was the head of |
| 296 3 | the Duke Clinical Research Institute at |
| 296 4 | Duke University, and he is now the FDA |
| 296 5 | commissioner. |
| 296 6 | Q.   Has he ever told you that he |
| 296 7 | has concerns about the GI bleed risk with |
| 296 8 | Xarelto? |
| 296 9 | A.   Well, I believe there was |
| 296 10 | discussion about all the bleeding that we |
| 296 11 | see with the antithrombotic.  If there's |
| 296 12 | something specific, I mean, obviously GI |
| 296 13 | bleeding and the -- where we saw |
| 296 14 | increases were of concern to all of us. |
| 296 15 |         MR. BARR:  Let me hand you |
| 296 16 | Exhibit 29.  And this is |
| 296 17 | Plaintiffs' 3673723. |
| 296 18 |         (Document marked for |
| 296 19 | identification as Exhibit |
| 296 20 | Berkowitz-29.) |

**Re: [296:1-296:20]**
**Def Obj** R, P, H, LF,
Concede-Label/Risk of
Bleeding

Re: [296:1-296:20]
Pltf Resp Relevant to
Plaintiffs' failure to
warn claims and
claims relating to
need for
measurement and
need to evaluate
dosing in individual
patients. Within the
scope of
responsibilities and
experience of
witness. Witness
can relay knowledge
of discussions,
particularly where
subsequent exhibits
are business records.

Pending

**297:21 -   298:11 Berkowitz, Scott 2016-10-19**    0:32

| | |
|---|---|
| 297 21 | Q.   Okay.  In general, this is a |
| 297 22 | series of e-mails about a -- a draft |
| 297 23 | ROCKET-AF bleeding event manuscript that |
| 297 24 | eventually turns into a discussion about |
| 298 1 | GI mucosal bleeding with Xarelto, |
| 298 2 | correct? |
| 298 3 | A.   Right.  Trying to understand |
| 298 4 | the GI bleeding signal.  As you probably |
| 298 5 | know, there was a -- something new found |
| 298 6 | with the Factor Xa inhibitors that there |
| 298 7 | seemed to be a little more GI bleeding |
| 298 8 | and there was less intracranial |
| 298 9 | hemorrhage and critical organ bleeding. |
| 298 10 | And that was a new pattern to us as |
| 298 11 | physicians with anticoagulants. |

**Re: [297:21-298:11]**
**Def Obj** R, P, H, LF,
Concede-Label/Risk of
Bleeding

Re: [297:21-298:11]
Pltf Resp Relevant to
Plaintiffs' failure to
warn claims and
claims relating to
need for
measurement and
need to evaluate
dosing in individual
patients. Within the
scope of
responsibilities and
experience of
witness. Witness
can relay knowledge

Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | of discussions, particularly where subsequent exhibits are business records. | |

| | | | |
|---|---|---|---|
| **298:20 -    299:4  Berkowitz, Scott 2016-10-19** | 0:22 | | |
| 298 20    Q.    You offer a theory on May 2, | | **Re: [298:20-299:4]** | Re: [298:20-299:4]    Pending |
| 298 21    2012, as to why there may be higher GI | | **Def Obj** R, P, LF, | Pltf Resp Relevant to |
| 298 22    bleeds with Xarelto, right? | | Concede-Label/Risk of | Plaintiffs' failure to |
| 298 23    A.    Well, it was first focused, | | Bleeding | warn claims and |
| 298 24    I think, on a statement about some of the | | | claims relating to |
| 299  1    things that were said, and I had to go | | | need for |
| 299  2    back to my clinical pharmacology | | | measurement and |
| 299  3    colleagues to -- to brush up on what had | | | need to evaluate |
| 299  4    been learned in their studies. | | | dosing in individual |
| | | | patients. Within the |
| | | | scope of |
| | | | responsibilities and |
| | | | experience of |
| | | | witness.  Witness |
| | | | can relay knowledge |
| | | | of discussions, |
| | | | particularly where |
| | | | subsequent exhibits |
| | | | are business records. |

| | | | |
|---|---|---|---|
| **299:5  -    299:8  Berkowitz, Scott 2016-10-19** | 0:07 | | |
| 299  5    Q.    Right. | | **Re: [299:5-299:8]** | Pending |
| 299  6    A.    So, yes, we were trying to | | **Pltf Obj** Object as non- | |
| 299  7    address that issue and try to have some | | responsive. | |
| 299  8    understanding about -- about it. | | | |

| | | | |
|---|---|---|---|
| **300:15 -    301:16  Berkowitz, Scott 2016-10-19** | 0:52 | | |
| 300 15    Q.    Dr. Califf writes on May 8, | | **Re: [300:15-301:16]** | Re: [300:15-301:16]    Pending |
| 300 16    2012 -- | | **Def Obj** R, P, H, LF, | Pltf Resp Relevant to |
| 300 17    A.    Yeah. | | Concede-Label/Risk of | Plaintiffs' failure to |
| 300 18    Q.    "This sounds fine" -- | | Bleeding | warn claims and |
| 300 19    A.    Mm-hmm. | | | claims relating to |
| 300 20    Q.    -- "but somewhere down the | | | need for |
| 300 21    line we need to really explore the GI | | | measurement and |
| 300 22    bleeding issue." | | | need to evaluate |
| 300 23    A.    Yeah. | | | dosing in individual |
| 300 24    Q.    "It's the only real | | | patients. Within the |
| 301  1    liability in helping people avoid it, | | | scope of |
| 301  2    deal with it, would be great." | | | responsibilities and |
| 301  3    Did I read that right? | | | experience of |
| 301  4    A.    Yes. | | | witness.  Witness |
| 301  5    Q.    What has Bayer done since | | | can relay knowledge |
| 301  6    this e-mail from Dr. Califf to really | | | of discussions, |
| 301  7    explore the GI bleeding issue, to help | | | particularly where |
| 301  8    people either avoid it or deal with it? | | | subsequent exhibits |
| 301  9    A.    Well, when he says | | | are business records. |
| 301 10    "exploring," what I believe he meant was | | | |
| 301 11    looking into our databases and trying to | | | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

301 12  understand what was going on.  What we've
301 13  learned since that time is that patients
301 14  who have issues with their GI tract are
301 15  more likely to bleed, as we talked about
301 16  before.

**301:17 - 302:2 Berkowitz, Scott 2016-10-19**  0:21
301 17      So, I mean, that -- what's
301 18  been done is to look at the ongoing
301 19  trials and the future trials.  This is an
301 20  area of interest for our GPV, our global
301 21  pharmacovigilance area, where they look
301 22  at adverse events that come in.  We look
301 23  at sub-groups in the trials.  And that's
301 24  how we try to evaluate it.
302  1      So it's sort of -- it's
302  2  something that we look at going forward.

Re: [301:17-302:2]
Pltf Obj Object as non-responsive.

Pending

**303:9 - 303:11 Berkowitz, Scott 2016-10-19**  0:11
303  9  Q.  Has Bayer put out any
303 10  information to help people avoid this
303 11  increased risk of GI bleeding?

Re: [303:9-303:11]
Def Obj R, Concede-Label/Risk of Bleeding

Re: [303:9-303:11]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims involving need to measure/monitor patients, including those at heightened risk for bleeding.

Pending

**303:13 - 304:18 Berkowitz, Scott 2016-10-19**  0:56
303 13      THE WITNESS:  Well, the
303 14  label and the discussions with
303 15  doctors, the education of doctors
303 16  and patients, patients who have
303 17  susceptibility to bleeding have to
303 18  be watched carefully.
303 19  BY MR. BARR:
303 20  Q.  What in the United States
303 21  label helps doctors in the United States
303 22  avoid GI bleeding with Xarelto?
303 23  A.  Again, the doctors have to
303 24  look at the patient's characteristics and
304  1  make a determination whether
304  2  anticoagulation is right for them.
304  3  Q.  So what you're saying as I
304  4  understand it is they -- certain patients
304  5  that are at risk of these GI bleeds, it
304  6  just may be inappropriate to
304  7  anticoagulate them with anything?
304  8  A.  That's true.  If we have,
304  9  for example, a patient with a history of
304 10  duodenal ulcer, we have to be very
304 11  careful about anticoagulating him.  For
304 12  patients that have a -- a AV malformation
304 13  in the intestine, we have to be careful
304 14  about that.
304 15  Q.  Are these contraindications
304 16  listed in the United States label?
304 17  A.  They're not
304 18  contraindications necessarily.  Again, we

Re: [303:13-304:18]
Def Obj R Concede-Label/Risk of Bleeding

Re: [303:13-304:18]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims involving need to measure/monitor patients, including those at heightened risk for bleeding.

Pending

**304:19 - 304:24 Berkowitz, Scott 2016-10-19**  0:14

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| 304 19 | talked a lot today about bleeding, but | | | Pending |
| 304 20 | not at all about the thrombotic risk that | Re: [304:19-304:24] | |
| 304 21 | these patients suffer, which is manyfold | Pltf Obj Object as non- | |
| 304 22 | higher.  And that's the balance.  It's a | responsive and improper | |
| 304 23 | benefit-risk that we have to deal with. | expert opinion and | |
| 304 24 | And that's what the doctors do. | speculation. | |

305:1 -   305:2  Berkowitz, Scott 2016-10-19                                    0:02

| 305  1 | Q.  I understand that. | | | Pending |
| 305  2 | A.  Good. | Re: [305:1-305:2] | |
| | | Pltf Obj Object as non- | |
| | | responsive and improper | |
| | | expert opinion and | |
| | | speculation. | |

305:3 -   305:12  Berkowitz, Scott 2016-10-19                                   0:23

| 305  3 | Q.  But are any of these | Re: [305:3-305:12] | Re: [305:3-305:12] | Pending |
| 305  4 | clinical issues that you've described | Def Obj R, Concede- | Pltf Resp Relevant to | |
| 305  5 | that put somebody at a higher risk of a | Label/Risk of Bleeding | Plaintiffs' failure to | |
| 305  6 | GI bleed, are any of those issues | | warn claims and | |
| 305  7 | described in the United States label as | | claims involving | |
| 305  8 | things doctors need to take account of to | | need to | |
| 305  9 | determine whether or not somebody should | | measure/monitor | |
| 305 10 | be put on Xarelto? | | patients, including | |
| 305 11 | A.  Well, again, I'm not the | | those at heightened | |
| 305 12 | expert on the USPI label.  We would have | | risk for bleeding. | |

305:13 -   305:16  Berkowitz, Scott 2016-10-19                                  0:10

| 305 13 | to talk with other colleagues who may | | | Pending |
| 305 14 | know it more or spend more time looking | Re: [305:13-305:16] | |
| 305 15 | at the label as we did before.  So I'm | Pltf Obj Object as non- | |
| 305 16 | not aware. | responsive. | |

305:17 -   306:3  Berkowitz, Scott 2016-10-19                                   0:34

| 305 17 | Q.  I want to look at one more | Re: [305:17-306:3] | Re: [305:17-306:3] | Pending |
| 305 18 | of your e-mails in this chain.  It's your | Def Obj R, P, H, Concede- | Pltf Resp Relevant to | |
| 305 19 | e-mail on May 8, 2012.  It's on Bates | Dose Too High | Plaintiffs' failure to | |
| 305 20 | | | warn claims and | |  (2811) |
| 305 21 | You've written an e-mail to | | claims involving | |
| 305 22 | Shaun Goodman, Graeme Hankey, Robert | | need to | |
| 305 23 | Califf, and you've cc'd a group of | | measure/monitor | |
| 305 24 | people, correct? | | patients, including | |
| 306  1 | A.  Yes.  They're the co-authors | | those at heightened | |
| 306  2 | and members of the ROCKET-AF steering | | risk for bleeding. | |
| 306  3 | committee. | | Business record | |

307:11 -   307:22  Berkowitz, Scott 2016-10-19                                 0:23

| 307 11 | Q.  What you write is, "For the | Re: [307:11-307:22] | Re: [307:11-307:22] | Pending |
| 307 12 | clinical development for the two Factor | Def Obj R, P, H, Concede- | Pltf Resp Relevant to | |
| 307 13 | Xa inhibitors furthest along, the | Dose Too High, | Plaintiffs' failure to | |
| 307 14 | exposure target accepted has been | Relevance-Non- | warn claims and | |
| 307 15 | different.  The doses of rivaroxaban | approved indications, | claims involving | |
| 307 16 | appear slightly on the high end of what | | need to | |
| 307 17 | is needed for efficacy in the various | | measure/monitor | |
| 307 18 | indications, and apixaban doses appear | | patients, including | |
| 307 19 | more on the lower end excluding ACS, my | | those at heightened | |
| 307 20 | opinion." | | risk for bleeding. | |
| 307 21 | Did I read that right? | | Business record | |
| 307 22 | A.  Yes.  In 2012. | | | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

**307:23 - 309:9 Berkowitz, Scott 2016-10-19**     1:08

```
307 23   Q.   So it's your opinion in
307 24   2012, that the dose of rivaroxaban is on
308  1   the high end of what's needed for
308  2   efficacy, right?
308  3   A.   Well, at that time looking
308  4   at the data that we have and the
308  5   information that we have that's not here,
308  6   we know that the apixaban dose is set
308  7   lower.
308  8         We know it's set lower
308  9   because the scientists have told us it
308 10   was set lower.  It's set lower because
308 11   they were second to market and they
308 12   wanted to get there faster.
308 13         So looking at their data and
308 14   seeing that they failed in an orthopedic
308 15   study and failed in an ACS study, we find
308 16   them to be on the lower end.
308 17   Q.   Okay.  But you actually
308 18   write Xarelto is slightly on the high end
308 19   of what's needed for efficacy, right?
308 20   A.   I don't know that I'm right.
308 21   All I know is that our goal, we always
308 22   try to balance the efficacy with the
308 23   safety.  And we would like to, especially
308 24   four years ago, and maybe it's not
309  1   possible with any of the Xa inhibitors
309  2   because now we have edoxaban out and we
309  3   have apixaban out there in a lot more
309  4   patients so we can see the bleeding
309  5   profile.
309  6         We are unable to uncouple
309  7   the bleeding from the efficacy.  If we
309  8   could adjust that, that would be a great
309  9   thing.
```

Re: [307:23-309:9]
**Def Obj** R, P, Concede-Dose Too High

Re: [307:23-309:9]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims involving need to measure/monitor patients, including those at heightened risk for bleeding.

Pending

**309:10 - 309:16 Berkowitz, Scott 2016-10-19**     0:10

```
309 10   Q.   Okay.  But --
309 11   A.   So no one can make the
309 12   assumption, looking at that, that
309 13   we're -- compared to apixaban, we dose a
309 14   little higher than they do.  Whether they
309 15   would be successful or not, that's a
309 16   different story.
```

Re: [309:10-309:16]
**Pltf Obj** Object as non-responsive.

Pending

**310:11 - 310:14 Berkowitz, Scott 2016-10-19**     0:09

```
310 11   Q.   So your opinion in 2012 was
310 12   that the dose of rivaroxaban given was
310 13   higher than necessary for efficacy,
310 14   right?
```

Re: [310:11-310:14]
**Pltf Obj** Object as non-responsive, argumentative, and calls for speculation.  Not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

**310:18 - 310:19 Berkowitz, Scott 2016-10-19**     0:01

```
310 18   Q.   That's what it says?
310 19   A.   Incorrect.
```

Re: [310:18-310:19]
**Pltf Obj** Object as non-

Pending

43

|  | Objections In | Responses In | Rulings |
|---|---|---|---|
|  | responsive, argumentative, and calls for speculation. Not necessary for completeness. If played at all, should be in Defendant's direct. |  |  |

| 310:23 - 311:6 Berkowitz, Scott 2016-10-19 | 0:10 | Re: [310:23-311:6] | Pending |
|---|---|---|---|
| 310 23 Q.  How else can you interpret | | **Pltf Obj** Object as non- | |
| 310 24 that? | | responsive, | |
| 311 1 A.  It says doses of rivaroxaban | | argumentative, and calls | |
| 311 2 are appear -- and I don't know what that | | for speculation. Not | |
| 311 3 means -- slightly on the high end -- | | necessary for | |
| 311 4 Q.  You wrote -- | | completeness. If played | |
| 311 5 A.  -- of efficacy. | | at all, should be in | |
| 311 6 Q.  These are your words. | | Defendant's direct. | |

| 311:10 - 312:4 Berkowitz, Scott 2016-10-19 | 0:27 | Re: [311:10-312:4] | Pending |
|---|---|---|---|
| 311 10 THE WITNESS:  This is an | | **Pltf Obj** Object as non- | |
| 311 11 e-mail. E-mails can have flaws in | | responsive, | |
| 311 12 them. They're not 100 percent | | argumentative, and calls | |
| 311 13 accurate, and they're not like us | | for speculation. Not | |
| 311 14 talking back and forth, are they? | | necessary for | |
| 311 15 They don't have the depth. They | | completeness. If played | |
| 311 16 don't have the context. They | | at all, should be in | |
| 311 17 don't have any of that. They're | | Defendant's direct. | |
| 311 18 just communication in a quick | | | |
| 311 19 form. | | | |
| 311 20 So I don't think it's | | | |
| 311 21 appropriate to take any of these | | | |
| 311 22 e-mails and just say that's the | | | |
| 311 23 gospel, especially as research is | | | |
| 311 24 going on in time. | | | |
| 312 1 So you're just seeing us at | | | |
| 312 2 work. And what we think on one | | | |
| 312 3 day could be a little bit | | | |
| 312 4 different the next day. | | | |

| 312:15 - 314:19 Berkowitz, Scott 2016-10-19 | 1:51 | Re: [312:15-314:19] | Pending |
|---|---|---|---|
| 312 15 Q.  Your opinion in 2012 was | | **Pltf Obj** Object as non- | |
| 312 16 that the dose of rivaroxaban was slightly | | responsive, | |
| 312 17 on the high end of what is needed for | | argumentative, and calls | |
| 312 18 efficacy? | | for speculation. Not | |
| 312 19 A.  I'm sorry. | | necessary for | |
| 312 20 Q.  Right? | | completeness. If played | |
| 312 21 A.  No, not right. That's why | | at all, should be in | |
| 312 22 I'm interjecting. Sorry. Go ahead. | | Defendant's direct. | |
| 312 23 Q.  So what you wrote isn't what | | | |
| 312 24 you meant? | | | |
| 313 1 A.  Well, it may not be, but -- | | | |
| 313 2 it may not be, it may be, because I don't | | | |
| 313 3 know exactly what I was thinking at that | | | |
| 313 4 moment. We only know the words on the | | | |
| 313 5 page. But there's a lot going on at this | | | |
| 313 6 time. During the time that we developed | | | |
| 313 7 rivaroxaban, which was ahead of apixaban, | | | |
| 313 8 you have to understand that the | | | |
| 313 9 guidelines for atrial fibrillation | | | |
| 313 10 allowed aspirin for CHADS2 patients. | | | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | |
|---|---|---|
| 313 11 | That's a weak anticoagulant being used -- | |
| 313 12 | or antiplatelet being used. | |
| 313 13 | And we all were concerned | |
| 313 14 | about using these novel anticoagulants in | |
| 313 15 | patients who were at high risk.  We only | |
| 313 16 | wanted patients to receive them that | |
| 313 17 | could tolerate the possibility of the | |
| 313 18 | side effects.  We didn't know what the | |
| 313 19 | profile would be. | |
| 313 20 | So we target to be | |
| 313 21 | efficacious. | |
| 313 22 | Apixaban targeted to be | |
| 313 23 | safe, already knowing that the Xa's were | |
| 313 24 | effective.  So in wording it in a general | |
| 314  1 | term, I don't have values there.  I don't | |
| 314  2 | know exactly what I'm trying to express. | |
| 314  3 | I believe it's just that our interest is | |
| 314  4 | efficacy.  That is the FDA's interest, | |
| 314  5 | efficacy. | |
| 314  6 | Bleeding has become more | |
| 314  7 | important over the years.  Not that it | |
| 314  8 | wasn't important to us, but you have to | |
| 314  9 | understand we were facing the issue of | |
| 314 10 | trying to improve on warfarin. | |
| 314 11 | So as I look at it, when I | |
| 314 12 | look at the agents, then I see for | |
| 314 13 | rivaroxaban, is it possible that a lower | |
| 314 14 | dose could be better, as you were saying, | |
| 314 15 | is it possible? Could be.  But we think | |
| 314 16 | that the work that's been done shows that | |
| 314 17 | rivaroxaban at 20 milligrams is | |
| 314 18 | appropriate, and 15 for patients with | |
| 314 19 | renal failure is appropriate. | |

**315:23 - 316:9 Berkowitz, Scott 2016-10-19**  0:21

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 315 23 | Q.  Okay.  Then the other | Re: [315:23-316:9] | Re: [315:23-316:9]    Pending | |
| 315 24 | question that I wanted to ask was, you | **Def Obj** R, P, Concede- | Pltf Resp Relevant to | |
| 316  1 | know, you were saying that could a | Dose Too High | Plaintiffs' failure to | |
| 316  2 | 10-milligram dose be better? | | warn claims and | |
| 316  3 | A.  No. I didn't say that. | | claims involving | |
| 316  4 | Q.  You were asking -- well, you | | need to | |
| 316  5 | were asking if a lower dose could be | | measure/monitor | |
| 316  6 | better, right? | | patients, including | |
| 316  7 | A.  I was simply saying that you | | those at heightened | |
| 316  8 | don't get the opportunity to perfect | | risk for bleeding. | |
| 316  9 | exactly what it is.  You used your Phase | | | |

**316:10 - 316:14 Berkowitz, Scott 2016-10-19**  0:13

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 316 10 | II studies, whatever you can do, your | Re: [316:10-316:14] | Pending | |
| 316 11 | modeling.  And then you do the clinical | **Pltf Obj** Object as non- | | |
| 316 12 | trial.  Once the clinical trial is done, | responsive and | | |
| 316 13 | then you have your dose.  It either works | argumentative. | | |
| 316 14 | or it doesn't.  And it worked. | | | |

**316:15 - 316:22 Berkowitz, Scott 2016-10-19**  0:15

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 316 15 | Q.  So let me just try to get | Re: [316:15-316:22] | Re: [316:15-316:22]    Pending | |
| 316 16 | this right.  You said, is it possible | **Def Obj** Incomplete, | Pltf Resp Relevant to | |
| 316 17 | that a lower dose could be better as you | Concede-Dose too High, | Plaintiffs' failure to | |
| 316 18 | were saying, is it -- it is possible? | Concede-Failure to Test, | warn claims and | |
| 316 19 | Could be. | R, P | claims involving | |
| 316 20 | Right?  That's what you | | need to | |
| 316 21 | said? | | measure/monitor | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

316 22     A.  Could, would, should, yeah.

patients, including those at heightened risk for bleeding.

**317:1  -   317:11 Berkowitz, Scott 2016-10-19**     0:20

317  1     Q.  You would agree with me that
317  2     you never tested that dose, a lower dose,
317  3     in Phase III patients, right?
317  4     A.  For atrial fibrillation --
317  5     Q.  Yes.
317  6     A.  -- we tested 20 milligrams
317  7     with 15 milligrams for patients in
317  8     moderate renal failure.
317  9     Q.  The reason that you don't
317 10     know that answer is because you never did
317 11     the study to find out, right?

Re: [317:1-317:11]
**Def Obj** R, P, Concede-Dose Too High, Concede-Failure to Test, AR

Re: [317:1-317:11]    Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims involving need to measure/monitor patients, including those at heightened risk for bleeding.

**317:14  -   317:15 Berkowitz, Scott 2016-10-19**     0:01

317 14     THE WITNESS:  There's lots
317 15     of doses we didn't test.  But you

Re: [317:14-317:15]
**Def Obj** R, P, Concede-Dose Too High, Concede-Failure to Test, AR

Re: [317:14-317:15]    Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims involving need to measure/monitor patients, including those at heightened risk for bleeding.

**317:16  -   317:19 Berkowitz, Scott 2016-10-19**     0:05

317 16     can't do those kinds of trials by
317 17     adding two, three, four, five
317 18     different dosing arms.  That's a
317 19     Phase II study.

**318:8  -   318:24 Berkowitz, Scott 2016-10-19**     0:35

318  8     Q.  Earlier in the day, in
318  9     the -- in the last session, we talked
318 10     about Professor Jeff Weitz.  Do you
318 11     remember that?
318 12     A.  Yeah.
318 13     Q.  Are you aware that he
318 14     disagrees with you as far as whether or
318 15     not there is a need to measure with
318 16     Xarelto?
318 17     A.  I don't know that we have
318 18     much disagreement.  i know Dr. Weitz
318 19     personally.
318 20     Q.  Okay.  Well, let's -- let's
318 21     look at his e-mails and attachments.
318 22     MR. BARR:  This will be
318 23     Exhibit 30.  And it's Plaintiffs'
318 24

Re: [318:8-318:24]
**Def Obj** R, P, LF, H, Concede-PT/Dose Adjustment, Concede-Routine Monitoring

Re: [318:8-318:24]    Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims involving need to measure/monitor patients, including those at heightened risk for bleeding. Foundation established by testimony and document. Business record.

107527

**321:18  -   322:9 Berkowitz, Scott 2016-10-19**     0:28

321 18     All right.  I want to flip
321 19     towards the back.  It's the third --
321 20     third page from the back.  And it's a
321 21     slide titled, "Monitoring Versus
321 22     Measuring Anti" -- "Anticoagulant Effect
321 23     of NOACs."
321 24     Do you see that?
322  1     A.  Yeah.  Monitoring versus

Re: [321:18-322:9]
**Def Obj** R, P, LF, H, Concede-PT/Dose Adjustment, Concede-Routine Monitoring

Re: [321:18-322:9]    Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims involving need to measure/monitor patients, including

04/20/17 15:10

|  |  |  | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 322 | 2 | measuring? | | those at heightened risk for bleeding. Foundation established by testimony and document. Business record. | |
| 322 | 3 | Q.  Yes, sir. | | | |
| 322 | 4 | A.  Mm-hmm.  Go ahead. | | | |
| 322 | 5 | Q.  And it says, "We do need to | | | |
| 322 | 6 | measure.  We don't need to monitor." | | | |
| 322 | 7 | A.  Okay. | | | |
| 322 | 8 | Q.  Did I read that right? | | | |
| 322 | 9 | A.  Yes. | | | |

**323:13 - 324:15 Berkowitz, Scott 2016-10-19**     0:45

| 323 | 13 | Q.  And it says, "When do we | **Re: [323:13-324:15]** | Re: [323:13-324:15]   Pending | |
|---|---|---|---|---|---|
| 323 | 14 | need to know drug levels or coagulation | **Def Obj** R, P, LF, H, | Pltf Resp Relevant to | |
| 323 | 15 | effects"? | Concede-PT/Dose | Plaintiffs' failure to | |
| 323 | 16 | A.  Next slide. | Adjustment, Concede- | warn claims and | |
| 323 | 17 | Q.  Next slide. | Routine Monitoring | claims involving | |
| 323 | 18 | A.  Yes. | | need to | |
| 323 | 19 | Q.  It's, "Assess adherence. | | measure/monitor | |
| 323 | 20 | Detect overdose.  Evaluate potential drug | | patients, including | |
| 323 | 21 | interactions.  Plan timing of urgent | | those at heightened | |
| 323 | 22 | surgery.  Diagnose potential causes of | | risk for bleeding. | |
| 323 | 23 | stroke or bleeding.  Decide on use of | | Foundation | |
| 323 | 24 | thrombolytics." | | established by | |
| 324 | 1 | Right? | | testimony and | |
| 324 | 2 | A.  Yes, that's what it says. | | document. Business | |
| 324 | 3 | Q.  Those are many of the same | | record. | |
| 324 | 4 | special circumstances that we've talked | | | |
| 324 | 5 | about, correct? | | | |
| 324 | 6 | A.  Correct. | | | |
| 324 | 7 | Q.  Then you go to the next | | | |
| 324 | 8 | page.  It says, "Routine assays can be | | | |
| 324 | 9 | used to determine anticoagulant effects." | | | |
| 324 | 10 | Do you see that? | | | |
| 324 | 11 | A.  I do. | | | |
| 324 | 12 | Q.  And for rivaroxaban it has | | | |
| 324 | 13 | anti-Xa assays and sensitive PT, right? | | | |
| 324 | 14 | A.  Right.  Meaning the | | | |
| 324 | 15 | Neoplastin. | | | |

**324:16 - 324:21 Berkowitz, Scott 2016-10-19**     0:10

| 324 | 16 | Q.  Right.  Saying that can be | **Re: [324:16-324:21]** | | Pending |
|---|---|---|---|---|---|
| 324 | 17 | used to determine anticoagulant effect, | **Pltf Obj** Object as non- | | |
| 324 | 18 | right? | responsive and | | |
| 324 | 19 | A.  Well, it's talking about | argumentative.  Not | | |
| 324 | 20 | what routine assays might be available | necessary for | | |
| 324 | 21 | now in the laboratory around the world. | completeness.  If played | | |
| | | | at all, should be in | | |
| | | | Defendant's direct. | | |

**325:7 - 325:12 Berkowitz, Scott 2016-10-19**     0:16

| 325 | 7 | Q.  Let me restate my question | **Re: [325:7-325:12]** | | Pending |
|---|---|---|---|---|---|
| 325 | 8 | to make sure it's clear what I'm talking | **Pltf Obj** Object as non- | | |
| 325 | 9 | about. | responsive and | | |
| 325 | 10 | He says that in the case of | argumentative.  Not | | |
| 325 | 11 | rivaroxaban, Xarelto, sensitive PT can be | necessary for | | |
| 325 | 12 | used to determine anticoagulant effects. | completeness.  If played | | |
| | | | at all, should be in | | |
| | | | Defendant's direct. | | |

**325:16 - 325:18 Berkowitz, Scott 2016-10-19**     0:03

| | Objections In | Responses In | Rulings |
|---|---|---|---|

325 16    Q.  That's what that checkmarks
325 17    next to rivaroxaban and sensitive PT
325 18    means, right?

Re: [325:16-325:18]
**Pltf Obj** Object as non-responsive and argumentative.  Not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

---

325:21 -   326:7  Berkowitz, Scott 2016-10-19
   0:17

325 21    THE WITNESS:  No.  I'm
325 22    sorry.  I can't agree to that.
325 23    This is a slide showing a table of
325 24    potential tests that could be
326  1    used.  For example, look at
326  2    dabigatran, aPTT is listed.  The
326  3    thrombin time and the dilute
326  4    thrombin time and the ETT.  The
326  5    best would be the ETT.  So it's
326  6    not saying anything different than
326  7    what we've been saying.

Re: [325:21-326:7]
**Pltf Obj** Object as non-responsive and argumentative.  Not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

---

326:9  -   326:21  Berkowitz, Scott 2016-10-19
   0:23

326  9    Q.  Well, I thought your
326 10    testimony was that PT could not be used?
326 11    A.  No, that was not my
326 12    testimony.  My testimony is that it's not
326 13    the best test to use.  It's not very
326 14    reliable.  It gives you a qualitative or
326 15    semi-quantitative.  It's not what we
326 16    would recommend that physicians use
326 17    because we don't think it's the best
326 18    test.
326 19    If you use a test that's not
326 20    precise and accurate, then you can get
326 21    results that are not valuable.

Re: [326:9-326:21]
**Pltf Obj** Object as non-responsive and argumentative.  Not necessary for completeness.  If played at all, should be in Defendant's direct.

Pending

_Overruled_

---

328:12 -   328:16  Berkowitz, Scott 2016-10-19
   0:14

328 12    The idea of clinicians
328 13    wanting to be able to measure the
328 14    anticoagulant effect of any anticoagulant
328 15    was known to Bayer in the early 2000s,
328 16    right?

Re: [328:12-328:16]
**Def Obj** R, PK, LF

Re: [328:12-328:16] Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness.  Foundation established by the witness.

Pending

_Overruled_

---

328:19 -   329:6  Berkowitz, Scott 2016-10-19
   0:17

328 19    THE WITNESS:  I can't say
328 20    what was known to Bayer before I
328 21    got there.
328 22    I can say that some of us

Re: [328:19-329:6]
**Def Obj** R, PK, LF

Re: [328:19-329:6] Pltf Resp Relevant to Plaintiffs' failure to warn claims and

Pending

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| 328 23 | have been in the field a long time |
| 328 24 | trying to develop antithrombotics, |
| 329  1 | and many of us, like Dr. Weitz and |
| 329  2 | myself, who is not of the company, |
| 329  3 | but those of us who are |
| 329  4 | hematologist, we measure.  We like |
| 329  5 | to measure.  This is how we check |
| 329  6 | things. |

Responses In: claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness. Foundation established by the witness.

---

**329:7  -  329:23 Berkowitz, Scott 2016-10-19**   0:24

| 329  7 | Doctors like to do that |
| 329  8 | because they're used to heparin |
| 329  9 | and warfarin.  They grew up |
| 329 10 | thinking they had to do that.  It |
| 329 11 | was a big change for |
| 329 12 | low-molecular-weight heparins to |
| 329 13 | come along and not need to be |
| 329 14 | monitored.  It was very hard. |
| 329 15 | And you see the same thing |
| 329 16 | now.  Doctors would like to |
| 329 17 | measure because it makes them feel |
| 329 18 | like it's doing something.  But |
| 329 19 | you have to have a test that |
| 329 20 | allows you, that tells you that |
| 329 21 | it's really doing something, not |
| 329 22 | just treating the doctor, but |
| 329 23 | actually treating the patient. |

Objections In: Re: [329:7-329:23]
Pltf Obj Object as non-responsive, speculative, and argumentative.  Not necessary for completeness.

Rulings: Pending

Greenly (signature)

---

**330:1  -  330:16 Berkowitz, Scott 2016-10-19**   0:31

| 330  1 | Q.   Okay.  But for purposes of a |
| 330  2 | patient in the United States where an |
| 330  3 | anti-Factor Xa assay is not available, |
| 330  4 | the only thing that's available is PT |
| 330  5 | with Neoplastin, correct? |
| 330  6 | A.   Sorry. I have to correct |
| 330  7 | you just a little bit.  There's |
| 330  8 | anti-Factor Xa assays, and there's the |
| 330  9 | rivaroxaban assay that's based on the |
| 330 10 | platform.  If you mean the platform, yes. |
| 330 11 | Unfortunately, not at this time do we |
| 330 12 | have the test, but we're hopeful it will |
| 330 13 | be available. |
| 330 14 | Q.   So the only thing that a |
| 330 15 | doctor can use in present practice today |
| 330 16 | is PT Neoplastin, right? |

---

**330:19 -  330:21 Berkowitz, Scott 2016-10-19**   0:06

| 330 19 | THE WITNESS: In practice |
| 330 20 | today, that would be the closest |
| 330 21 | we could get.  This could change. |

---

**357:10 -  358:3 Berkowitz, Scott 2016-10-19**   2:15

| 357 10 | Q.   Okay. I'm going to hand you |
| 357 11 | what I'm going to mark as Exhibit 35. |
| 357 12 | It's Plaintiffs' 1094747. |
| 357 13 | (Document marked for |

Objections In: Re: [357:10-358:3]
Pltf Obj Not necessary for completeness and unrelated to testimony

Rulings: Pending

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

357 14     identification as Exhibit

357 15     Berkowitz-35.)

357 16   BY MR. BARR:

357 17   Q.   It's my understanding, based

357 18   upon the way these were produced, and you

357 19   can confirm this or not, that these are

357 20   your notes from your custodial file.  Do

357 21   you recognize these?

357 22   A.   I haven't looked at it in a

357 23   long time.  It looks like notes that I

357 24   took in speaking with Dr. Mueck to get

358  1   some history on what they faced early on

358  2   with the design of the program.  So it

358  3   looks like something I might produce.

Objections In (top right): designated by Plaintiffs. If played at all, it should be in Defendants' direct.

366:22 -  369:4  Berkowitz, Scott 2016-10-19     2:00

366 22     "But we test in prevention

366 23   and treatment setting a once versus

366 24   twice-a-day and conclude on clinical data

367  1   that once-a-day fine and then go to Phase

367  2   III and confirm."

367  3     Did I read that right?

367  4   A.   I think so.

367  5   Q.   "If you just" -- "if you

367  6   just a PK guy, say half-life of 9 to

367  7   11 hours, then you should use

367  8   twice-a-day, but we have done clinical

367  9   work and then clinical confirmation."

367 10     Did I read that one right?

367 11   A.   Yeah.  I think I understand

367 12   what I was writing here.

367 13   Q.   Okay.  Help me out.

367 14   A.   Well, it was basically the

367 15   concept we were just speaking about.  So

367 16   the half-life of rivaroxaban for a young

367 17   healthy volunteer is 5 to 9 hours.  The

367 18   half-life in young elderly patients is 9

367 19   to 13 hours.  It usually gets said that

367 20   the half-life is something like 5 to

367 21   9 hours or something.  But it varies a

367 22   bit.

367 23     The problem is that the

367 24   half-life in the circulation has no -- no

368  1   important meaning in coagulation, because

368  2   it's the pharmacodynamic effect that

368  3   makes the difference.

368  4     What happened was, we

368  5   initially started testing the drug as

368  6   twice-a-day, because the half-life might

368  7   make you think that.  But it turned out

368  8   that when we did more sophisticated

368  9   coagulation tests, or more sophisticated

368 10   than a PT or a PTT, but did like thrombin

368 11   generation, it turns out that thrombin is

368 12   inhibited beyond 24 hours.  Now, that

368 13   wasn't realized at first in the program.

368 14   So you'll see the first dosing studies

368 15   were BID.

368 16     When it was realized that OD

368 17   might be possible, we did another study.

368 18   We added on a study.  It actually

368 19   lengthened the program.  It cost us about

368 20   a year.  But we added on a once-a-day arm

Objections In (middle right): Re: [366:22-369:4] Pltf Obj Not necessary for completeness and unrelated to testimony designated by Plaintiffs. If played at all, it should be in Defendants' direct.

Rulings: Pending

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 368 21 | in the orthopedic and tested it, and it | | | |
| 368 22 | looked clinically good in Phase II. | | | |
| 368 23 | That's -- that's how it went. So the | | | |
| 368 24 | important lesson from it to me, although | | | |
| 369 1 | it's miss -- mistaken a lot even today, | | | |
| 369 2 | half-life for an anticoagulant isn't the | | | |
| 369 3 | major important thing. It's the | | | |
| 369 4 | pharmacodynamic effect. | | | |

**369:18 - 369:21 Berkowitz, Scott 2016-10-19**   0:13

| | | | | |
|---|---|---|---|---|
| 369 18 | Q.  Do you remember a time when | **Re: [369:18-369:21]** | Re: [369:18-369:21] | Pending |
| 369 19 | both Janssen and Bayer were considering | **Def Obj** R, P, Concede- | Pltf Resp MIL ruling | |
| 369 20 | conducting a ROCKET2 study? | Dose too High, Concede- | reserved on Rocket | |
| 369 21 | A.  Yes. | OD Dosing, Relevance- | 2. Relevant to | |
| | | ROCKET 2 | Plaintiffs' failure to | |
| | | | warn claims and | |
| | | | claims involving | |
| | | | need to | |
| | | | measure/monitor | |
| | | | patients, including | |
| | | | those at heightened | |
| | | | risk for bleeding. | |

**372:6 - 372:20 Berkowitz, Scott 2016-10-19**   0:39

| | | | | |
|---|---|---|---|---|
| 372 6 | Q.  Yet it was not conducted, | **Re: [372:6-372:20]** | | Pending |
| 372 7 | primarily because it turned out there was | **Pltf Obj** Object as | | |
| 372 8 | no risk to the product in the market, | incomplete. Also object | | |
| 372 9 | right? | to hearsay as to FDA's | | |
| 372 10 | A.  No, that's not correct. I | concerns and irrelevant | | |
| 372 11 | think that's not the case. But what I | and prejudicial | | |
| 372 12 | think ultimately turned the tide on that | testimony concerning | | |
| 372 13 | was the edoxaban data, the -- the fourth, | other product. | | |
| 372 14 | or third Xa inhibitor, when they did look | | | |
| 372 15 | at their BID in lower doses, and there, | | | |
| 372 16 | there was loss of efficacy. And this is | | | |
| 372 17 | our greatest concern and the FDA's | | | |
| 372 18 | greatest concern. And so at that point | | | |
| 372 19 | then it became clear to us that that's | | | |
| 372 20 | probably not the best step. | | | |

**498:10 - 498:16 Berkowitz, Scott 2016-10-20**   0:38

| | | | | |
|---|---|---|---|---|
| 498 10 | Q.  Okay. We can move on. | | | |
| 498 11 | Now let's look at some | | | |
| 498 12 | papers that were published by Dr. Mueck. | | | |
| 498 13 | I want to start with what I'll mark as | | | |
| 498 14 | Exhibit 48. This is Plaintiffs' 177639. | | | |
| 498 15 | (Document marked for | | | |
| 498 16 | identification as Exhibit | | | |

**500:12 - 500:21 Berkowitz, Scott 2016-10-20**   0:19

| | | | | |
|---|---|---|---|---|
| 500 12 | Q.  Now, this manuscript is | **Re: [500:12-500:21]** | Re: [500:12-500:21] | Pending |
| 500 13 | titled "Rivaroxaban and Other Novel Oral | **Def Obj** LF, PK | Pltf Resp Relevant to | |
| 500 14 | Anticoagulants: Pharmacokinetics in | | Plaintiffs' failure to | |
| 500 15 | healthy subjects, specific patient | | warn claims and | |
| 500 16 | populations and relevance of coagulation | | claims relating to | |
| 500 17 | monitoring." Correct? | | need for | |
| 500 18 | A.  Yes. | | measurement and | |
| 500 19 | Q.  And this is written by | | need to evaluate | |
| 500 20 | Dr. Mueck among others, right? | | dosing in individual | |
| 500 21 | A.  Yes. | | patients. Within the | |
| | | | scope of | |

**500:22 - 501:2 Berkowitz, Scott 2016-10-20**   0:07

| | | |
|---|---|---|
| | | responsibilities and |

04/20/17 15:10

|  | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 500 22   Q.   It's going to be published | | experience of | |
| 500 23   in the journal Thrombosis, right? | | witness. Foundation | |
| 500 24   A.   That's the target journal. | | established by the | |
| 501  1   This is Draft 6. So I don't know the | | witness. | |
| 501  2   final paper. | | | |

501:22 -   502:23 Berkowitz, Scott 2016-10-20                     0:52

| | | | |
|---|---|---|---|
| 501 22   Q.   And just so the jury | | Re: [501:22-502:23] | Pending |
| 501 23   understands, can you explain what CMAX | | Pltf Obj Object to | |
| 501 24   and area under the curve are? | | 502:11-23 as not | |
| 502  1   A.   Well, CMAX is the | | necessary for | |
| 502  2   concentration maximum, so it would be the | | completeness and | |
| 502  3   peak value that has a time range | | confusing to the jury. | |
| 502  4   somewhere in the order of two to | | | |
| 502  5   four hours after a dose is given in | | | |
| 502  6   general. | | | |
| 502  7          The area under the curve is | | | |
| 502  8   a calculation of the concentration all | | | |
| 502  9   during the 24-hour period or whatever | | | |
| 502 10   period you choose. | | | |
| 502 11   Q.   Okay. It says, "Top and | | | |
| 502 12   bottom of the shaded boxes correspond to | | | |
| 502 13   the upper 75 percent and lower 25 percent | | | |
| 502 14   percentiles respectively. The central | | | |
| 502 15   white bands represent the median. | | | |
| 502 16   Whiskers correspond to the lowest and | | | |
| 502 17   highest data points within in 1-1/2 times | | | |
| 502 18   interquartile range calculated from the | | | |
| 502 19   center of the data. | | | |
| 502 20          "Points beyond this range | | | |
| 502 21   are possible outliers indicated by | | | |
| 502 22   horizontal lines," right? | | | |
| 502 23   A.   Yes. | | | |

504:18 -   505:21 Berkowitz, Scott 2016-10-20                     0:52

| | | | |
|---|---|---|---|
| 504 18   Q.   And the CMAX ranges from | Re: [504:18-505:21] | Re: [504:18-505:21] | Pending |
| 504 19   just below 200 -- | Def Obj LF, PK, Attorney | Pltf Resp Relevant to | |
| 504 20   A.   Yes. | colloquy/objections | Plaintiffs' failure to | |
| 504 21   Q.   -- to just below 500? | | warn claims and | |
| 504 22   A.   Yes. | | claims relating to | |
| 504 23   Q.   Right. So that's a roughly | | need for | |
| 504 24   two-and-a-half-fold difference right? | | measurement and | |
| 505  1   A.   Using simple math | | need to evaluate | |
| 505  2   calculations, yes. | | dosing in individual | |
| 505  3   Q.   Right. So two -- so people | | patients. Within the | |
| 505  4   taking the same pill, their blood plasma | | scope of | |
| 505  5   concentration ranges from just below 200 | | responsibilities and | |
| 505  6   to somebody else taking the same pill to | | experience of | |
| 505  7   just below 500, right? | | witness. Foundation | |
| 505  8          MR. HOROWITZ:  Form. | | established by the | |
| 505  9          THE WITNESS:  In this study | | witness. No | |
| 505 10   in these however many patients you | | objection to removal | |
| 505 11   said it was, that's the finding | | of colloquy. | |
| 505 12   that they have here. | | | |
| 505 13   BY MR. BARR: | | | |
| 505 14   Q.   And do you believe that that | | | |
| 505 15   is a significant variation in | | | |
| 505 16   concentration? | | | |
| 505 17   A.   No. | | | |
| 505 18   Q.   No. How would you describe | | | |

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

505 19   that variation?
505 20   A.   I would call it moderate,
505 21   but I'm not a clinical pharmacologist.

506:24 -   507:10 Berkowitz, Scott 2016-10-20          0:20
506 24   Q.   I'm just asking you what          Re: [506:24-507:10]          Pending
507  1   your characterization of the variability          Pltf Obj Object as
507  2   with Xarelto is.  And I thought I heard          duplicative of testimony
507  3   you say moderate; is that right?          designated by plaintiff
507  4   A.   What you heard me say is I'm
507  5   not a clinical pharmacologist, and we
507  6   should talk to those specialists.  But my
507  7   understanding is that it's moderate.
507  8   From what I've seen from drugs and what
507  9   I've seen from rivaroxaban, that fits
507 10   into a more moderate category.

508:8 -   508:17 Berkowitz, Scott 2016-10-20          0:26
508  8          I've handed you a -- a paper          Re: [508:8-508:17]          Re: [508:8-508:17]          Pending
508  9   from Dr. Mueck, Stampfuss, Kubitza and          Def Obj LF, PK          Pltf Resp Relevant to
508 10   Becka.  And this is titled "Clinical          Plaintiffs' failure to
508 11   Pharmacokinetic and Pharmacodynamic          warn claims and
508 12   Profile of Rivaroxaban."          claims relating to
508 13          Do you see that?          need for
508 14   A.   Yes.          measurement and
508 15   Q.   And this is published in          need to evaluate
508 16   September -- on September 3, 2013, right?          dosing in individual
508 17   A.   Yes.  Online.  Mm-hmm.          patients. Within the
                                                        scope of
                                                        responsibilities and
                                                        experience of
                                                        witness. Foundation
                                                        established by the
                                                        witness.

509:9 -   510:11 Berkowitz, Scott 2016-10-20          0:57
509  9   Q.   And if you go down about a          Re: [509:9-510:11]          Re: [509:9-510:11]          Pending
509 10   third of the way through the abstract, do          Def Obj LF, PK          Pltf Resp Relevant to
509 11   you see the sentence that starts          Plaintiffs' failure to
509 12   "Variability"?          warn claims and
509 13   A.   A third. I'm sorry. Yes.          claims relating to
509 14   Got it.          need for
509 15   Q.   Okay. It says, "Variability          measurement and
509 16   in the pharmacokinetic parameters is          need to evaluate
509 17   moderate, coefficient of variation 30 to          dosing in individual
509 18   40 percent," correct?          patients. Within the
509 19   A.   Yes.          scope of
509 20   Q.   So, according to this paper,          responsibilities and
509 21   the variation is moderate, correct?          experience of
509 22   A.   That's what it's saying          witness. Foundation
509 23   here. For -- now it's taking all the          established by the
509 24   pharmacokinetic parameters together.          witness.
510  1   Q.   Which is consistent with
510  2   what you understand?
510  3   A.   What I understood.
510  4   Q.   Okay. So now let's go to
510  5   Table 3. You understand that Table 3 in
510  6   this paper is data from the ROCKET trial,
510  7   correct?
510  8   A.   Well, looking at the table,
510  9   I understand it's data from the various

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

510 10    trials that we've done, including the
510 11    ROCKET trial.

510:12 -    510:19 Berkowitz, Scott 2016-10-20          0:15

510 12    Q.   Okay.  And I'm looking at
510 13    the stroke prevention in patients with AF
510 14    20 milligrams once a day.  Okay?
510 15    A.   So you're looking at the
510 16    patients with the creatinine clearance
510 17    greater or equal to 50?
510 18    Q.   Yes, sir.
510 19    A.   Right?  Okay.

**Re: [510:12-510:19]**
**Pltf Obj** Object as not
necessary for
completeness.  If played
at all should be played in
Defendants' direct.

Pending

511:5 -    512:11 Berkowitz, Scott 2016-10-20          1:01

511 5    A.   Well, the concentration at
511 6    trough is basically as low as the
511 7    concentration might be before the next
511 8    dose.  So the -- the time period could
511 9    vary unlike the CMAX which has a more
511 10    narrow range that you would be sampling
511 11    from.
511 12    Q.   Right.  Okay.  So the
511 13    concentration trough, the mean is 44,
511 14    right, 44 micrograms per liter, correct?
511 15    A.   That's what it says for --
511 16    for the stroke prevention row.
511 17    Q.   And the 5th to
511 18    95th percentile is 12 to 137 micrograms
511 19    per liter, right?
511 20    A.   Yeah.
511 21    Q.   That's a tenfold difference,
511 22    correct?
511 23    A.   Well, again, doing simple
511 24    math, that's a -- well, not quite.
512 1    Q.   It's actually more than 10.
512 2    A.   I'm sorry.  From 18 to 136?
512 3    Q.   No, from 12 to -- you're
512 4    looking at --
512 5    A.   Oh, I'm sorry.  I'm on the
512 6    wrong line.  Yep, I lost my place.
512 7                Yes.  Mm-hmm.
512 8    Q.   Okay.  So it's actually a
512 9    slightly greater than tenfold increase,
512 10    right?
512 11    A.   But you can call it tenfold.

**Re: [511:5-512:11]**
**Def Obj** LF, PK

Re: [511:5-512:11]
Pltf Resp Relevant to
Plaintiffs' failure to
warn claims and
claims relating to
need for
measurement and
need to evaluate
dosing in individual
patients. Within the
scope of
responsibilities and
experience of
witness.  Foundation
established by the
witness.

Pending

512:12 -    512:18 Berkowitz, Scott 2016-10-20          0:17

512 12    Q.   Okay.  And so that -- that
512 13    gets back to the original idea that
512 14    different patients taking the same
512 15    20-milligram pill at trough, there is a
512 16    tenfold variation in their blood plasma
512 17    concentration at trough, right, across
512 18    the 5th and 95th percentile?

**Re: [512:12-512:18]**
**Pltf Obj** Object as not
necessary for
completeness.  If played
at all should be played in
Defendants' direct.

Pending

512:21 -    513:1  Berkowitz, Scott 2016-10-20          0:06

512 21                THE WITNESS:  Again, I think
512 22    the -- one has to understand how
512 23    the samples are drawn, and there's
512 24    a wide window for trough.  So you
513 1    are going to get a wider spread.

**Re: [512:21-513:1]**
**Pltf Obj** Object as not
necessary for
completeness.  If played
at all should be played in
Defendants' direct.

Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

**513:12 -   514:13 Berkowitz, Scott 2016-10-20**                    1:07

| | | | |
|---|---|---|---|
| 513 12   Q.   Okay. But then if you go to | Re: [513:12-514:13] | | Pending |
| 513 13   CMAX, there is a median of 249, correct? | **Pltf Obj** Object as not | | |
| 513 14   A.   Yes. | necessary for | | |
| 513 15   Q.   I'm sorry. It's the | completeness. If played | | |
| 513 16   geometric mean. Geometric mean of 249, | at all should be played in | | |
| 513 17   correct? | Defendants' direct. | | |
| 513 18   A.   Sorry. Let me check the | | | |
| 513 19   footnote. Yes, geometric mean. Correct. | | | |
| 513 20   Q.   And the variation in the 5th | | | |
| 513 21   to 95th percentile is 184 to | | | |
| 513 22   343 micrograms per liter, right? | | | |
| 513 23   A.   Yes. | | | |
| 513 24   Q.   Approximately a twofold | | | |
| 514  1   difference, right? | | | |
| 514  2   A.   So as we had noted a more | | | |
| 514  3   narrow, a more narrow range and a more | | | |
| 514  4   narrow fold. | | | |
| 514  5   Q.   Right. So according to this | | | |
| 514  6   data, it's a narrower range at CMAX and a | | | |
| 514  7   wider range at trough, right? | | | |
| 514  8   A.   Well, according to this | | | |
| 514  9   data, what I was saying was that the | | | |
| 514 10   sampling time is wider. Now as I said, | | | |
| 514 11   I'm not a clinical pharmacologist, but as | | | |
| 514 12   a clinician, that's how I understand it. | | | |
| 514 13   That's how I look at the data. | | | |

**514:14 -   514:19 Berkowitz, Scott 2016-10-20**                    0:44

| | | | |
|---|---|---|---|
| 514 14   Q.   Okay. Now, I want to show | Re: [514:14-514:19] | Re: [514:14-514:19]   Pending | |
| 514 15   you -- I'm going to show you what I'm | **Def Obj** LF, PK, H | Pltf Resp Within the | |
| 514 16   going to mark as 50 and 51. | | scope of | |
| 514 17   Exhibit 50 is Plaintiffs' | | responsibilities and | |
| 514 18   3668403, and Exhibit 51 is Plaintiffs' | | experience of | |
| 514 19 | | witness. Foundation | |

3668404

**515:23 -   516:9 Berkowitz, Scott 2016-10-20**                    0:12

| | | | |
|---|---|---|---|
| 515 23   Q.   And -- and maybe to try and | | established by | |
| 515 24   help you out here, I'm not really going | | testimony and | |
| 516  1   to ask you about the e-mail. I was | | document. Business | |
| 516  2   showing this to you, to show you that you | | record. | |
| 516  3   hadn't seen this before. That's really | | | |
| 516  4   the only reason I'm giving you this | | | |
| 516  5   exhibit. | | | |
| 516  6   A.   Oh okay. | | | |
| 516  7   Q.   I didn't -- I didn't want | | | |
| 516  8   there to be confusion that this was | | | |
| 516  9   something that you had seen before. | | | |

**517:18 -   519:21 Berkowitz, Scott 2016-10-20**                    2:02

| | | | |
|---|---|---|---|
| 517 18   Q.   You see this is a PowerPoint | Re: [517:18-519:21] | Re: [517:18-519:21]   Pending | |
| 517 19   from Janssen titled "Rivaroxaban Project | **Def Obj** LF, PK, R, H, | Pltf Resp Relevant to | |
| 517 20   100, Quantitative Sciences," correct? | Concede-Routine | Plaintiffs' failure to | |
| 517 21   A.   Yeah. | Monitoring, C, Attorney | warn claims and | |
| 517 22   Q.   It was attached to an | colloquy/objections | claims relating to | |
| 517 23   e-mail, which is Exhibit 50, that was | | need for | |
| 517 24   dated October 10, 2015, correct? | | measurement and | |
| 518  1   A.   Yes. | | need to evaluate | |
| 518  2   Q.   Okay. And I'm looking at | | dosing in individual | |
| 518  3   Page 4 of the PowerPoint, which is titled | | patients. Within the | |
| 518  4   "Dabigatran." | | scope of | |
| 518  5         Do you see that? | | responsibilities and | |
| 518  6   A.   Yes. | | experience of | |

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | witness. Foundation established by testimony and document. Business record. No objection to removing colloquy. | |

518 7   Q.   And there's a blue box on
518 8   the bottom two-thirds of the page with a
518 9   bold heading, "A case for routine
518 10   monitoring?"
518 11         Do you see that?
518 12   A.   Yes.
518 13   Q.   And there's a statement
518 14   right after that that says, "Relatively
518 15   high intersubject variability in Phase
518 16   III Afib trial C trough displayed a
518 17   420 percent and 450 percent variability."
518 18         Did I read that correctly?
518 19   A.   Yeah.
518 20   Q.   Okay.  So at trough,
518 21   according to this document, dabigatran
518 22   had a 420 percent variability for the
518 23   120 milligrams twice a day, and a
518 24   450 percent variability at trough for the
519 1   150 milligram twice a day, correct?
519 2         MR. HOROWITZ:  Form.
519 3         THE WITNESS:  Just reading
519 4   what they say in this slide.
519 5   That's what it says.
519 6   BY MR. BARR:
519 7   Q.   And in this slide, a 420 to
519 8   450 percent variability is described as
519 9   high intersubject variability, correct?
519 10   A.   No.  It's described as
519 11   relatively high.
519 12   Q.   Fair enough.
519 13   A.   That's not the same thing.
519 14   Q.   Fair enough.  Relatively
519 15   high intersubject variability, correct?
519 16   A.   Yes.
519 17   Q.   Whereas if you look at the
519 18   Mueck paper that we just looked at, at
519 19   trough there is a tenfold difference for
519 20   patients on 20 milligrams, correct?  Do
519 21   you remember that?

520:2  -  521:5   Berkowitz, Scott 2016-10-20         0:34

520 2   Q.   That's a thousand percent
520 3   increase, correct?
520 4         MR. HOROWITZ:  Same
520 5   objection.
520 6         THE WITNESS:  Again, you're
520 7   doing simple math with clinical
520 8   pharmacology numbers that I'm not
520 9   expert in.  So I can't really help
520 10   you here.  I think you need to
520 11   talk to the people who do the
520 12   clinical pharmacology.
520 13   BY MR. BARR:
520 14   Q.   You would agree with me that
520 15   a tenfold different variability in trough
520 16   is a thousand percent variability,
520 17   correct?
520 18         MR. HOROWITZ:  Objection.
520 19   Same objections.
520 20         THE WITNESS:  Simple math
520 21   says that.
520 22   BY MR. BARR:
520 23   Q.   So the answer to that is

**Re: [520:2-521:5]**
**Def Obj** LF, PK, R, A,
Attorney
colloquy/objections

Re: [520:2-521:5]           Pending
Pltf Resp Relevant to
Plaintiffs' failure to
warn claims and
claims relating to
need for
measurement and
need to evaluate
dosing in individual
patients. Within the
scope of
responsibilities and
experience of
witness. Foundation
established by
testimony and
document.  Business
record.  No objection
to removing
colloquy.

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | |
|---|---|
| 520  24 | yes? |
| 521  1 | A.   I don't know what that means |
| 521  2 | in a clinical pharmacology sense. |
| 521  3 | Q.   But the answer to my |
| 521  4 | question is yes, that's a thousand |
| 521  5 | percent variability? |

**521:11 -   521:15 Berkowitz, Scott 2016-10-20**          0:07

| | |
|---|---|
| 521  11 | THE WITNESS:  The question |
| 521  12 | is did you do your math right? |
| 521  13 | BY MR. BARR: |
| 521  14 | Q.   Yes. |
| 521  15 | A.   It sounds like it. |

Objections In: Re: [521:11-521:15] **Def Obj** LF, PK, R, A, Attorney colloquy/objections

Responses In: Re: [521:11-521:15]   Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness.  Foundation established by testimony and document.  Business record.  No objection to removing colloquy.

**523:10 -   523:14 Berkowitz, Scott 2016-10-20**          0:12

| | |
|---|---|
| 523  10 | Q.   I'll show you Exhibit 52. |
| 523  11 | And this is Plaintiffs' 80333. |
| 523  12 | (Document marked for |
| 523  13 | identification as Exhibit |
| 523  14 | Berkowitz-52.) |

Objections In: Re: [523:10-523:14] **Pltf Obj** R,P, LF, PK, Relevance-Time
Re: [523:10-523:14] **Def Obj** R,P, LF, PK, H, Relevance-Time

Responses In: Re: [523:10-523:14]   Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.  Business record.

**523:19 -   524:1 Berkowitz, Scott 2016-10-20**          0:14

| | |
|---|---|
| 523  19 | Q.   So you see that this is a |
| 523  20 | series of e-mails that got forwarded to |
| 523  21 | you by Ms. Kubitza.  Do you see that? |
| 523  22 | A.   Dr. Kubitza, yes. |
| 523  23 | Q.   Right.  And she sent this to |

Objections In: Re: [523:19-524:1] **Def Obj** LF, PK, H, Relevance-Time

Responses In: Re: [523:19-524:1]   Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

523 24     you on August 18, 2014, correct?
524 1       A.   Yes.

need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.  Business record.

---

**524:7  -   525:16 Berkowitz, Scott 2016-10-20**          1:14

524 7      Q.   And she writes to you, "Dear
524 8      both" -- well, you and Dr. Derix.  It
524 9      says, "Dear both.  Some background
524 10    information for the discussion to come
524 11    later this week.  Best regards, Dagmar."
524 12    A.   Yeah.
524 13    Q.   Correct?
524 14       So what I want to do is I
524 15    want to start looking at this.  And I'm
524 16    going to start with the e-mail from Paul
524 17    Burton that starts on the bottom of the
524 18    page at 20944.
524 19    A.   Okay.
524 20    Q.   Do you see the e-mail from
524 21    Paul Burton?
524 22    A.   Yes.
524 23    Q.   And this is August 14, 2014,
524 24    correct?
525 1      A.   Yes.
525 2      Q.   All right.  And he sends an
525 3      e-mail to, it looks like a group of
525 4      people at Janssen primarily, correct?
525 5      A.   Correct.
525 6      Q.   Okay.  And he says, "I think
525 7      the edits for clarity are valuable.  I
525 8      would keep the information in the middle
525 9      column that we perform testing for
525 10    monitoring in early and late stage trials
525 11    and were able to confidently conclude
525 12    that monitoring is neither necessary nor
525 13    required with Xarelto use in routine
525 14    clinical practice."
525 15       Did I read that correctly?
525 16    A.   Yes.

**Re: [524:7-525:16]**
**Pltf Obj** Object as not necessary for completeness and if played at all, should be played in Defendants' direct.

Pending

---

**525:17 -   525:21 Berkowitz, Scott 2016-10-20**          0:08

525 17    Q.   Okay.  You agree with me
525 18    that the label indicates that routine
525 19    monitoring is not required with Xarelto,
525 20    correct?
525 21    A.   That's correct.

**Re: [525:17-525:21]**
**Def Obj** R, P, Concede-Routine Monitoring, PK, LF, Relevance-Time

Re: [525:17-525:21]   Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. Business record. | |

**526:20 -   527:19 Berkowitz, Scott 2016-10-20**                    0:47

| | | | |
|---|---|---|---|
| 526 20 | Q.   Okay.  Do you agree or | **Re: [526:20-527:19]** | Pending |
| 526 21 | disagree with that statement? | **Pltf Obj** Object as non | |
| 526 22 | A.   Well, my memory of it, I | responsive and | |
| 526 23 | mean, we did a little bit of PK in small | argumentative.  Not | |
| 526 24 | samples in the ROCKET trial, 160 or so. | necessary for | |
| 527 1 | But we did our work, as -- as I | completeness.  If played | |
| 527 2 | mentioned, in Phase II where we looked at | at all should be in | |
| 527 3 | these connections with bleeding and | Defendants' direct. | |
| 527 4 | events the best we could from that work. | | |
| 527 5 | Q.   So is that an agreement or a | | |
| 527 6 | disagreement?  I just want to -- | | |
| 527 7 | A.   Well, I guess it depends | | |
| 527 8 | what we talked about, early or late stage | | |
| 527 9 | trials.  But if it -- I mean, I'm | | |
| 527 10 | thinking of -- you know, Phase II I think | | |
| 527 11 | of the middle.  So early I think of as | | |
| 527 12 | Phase I.  So I'm not sure what he means | | |
| 527 13 | by early or late stage trials.  But to | | |
| 527 14 | me, the bulk of the work doing the | | |
| 527 15 | comparisons that you asked about us doing | | |
| 527 16 | a study, maybe we were missing each other | | |
| 527 17 | in terms of -- of the discussion before | | |
| 527 18 | the break, but we did that work in Phase | | |
| 527 19 | II.  And we looked at those connections. | | |

**527:20 -   529:4 Berkowitz, Scott 2016-10-20**                    1:14

| | | | |
|---|---|---|---|
| 527 20 | Q.   Okay.  Now, I want to look | **Re: [527:20-529:4]** | Re: [527:20-529:4]        Pending |
| 527 21 | at one of the responses from Todd Moore. | **Def Obj** R, P, Concede- | Pltf Resp Relevant to |
| 527 22 | This is on Page 20943. | Routine Monitoring, PK, | Plaintiffs' failure to |
| 527 23 | You see the e-mail from Todd | LF, H, Relevance-Time | warn claims and |
| 527 24 | Moore dated August 15, 2014, in the | | claims relating to |
| 528 1 | middle of the page? | | need for |
| 528 2 | A.   I see one August 15th. | | measurement and |
| 528 3 | Q.   I'm sorry.  August 15, 2014, | | need to evaluate |
| 528 4 | in the middle of the page. | | dosing in individual |
| 528 5 | A.   Yes. | | patients.  Within the |
| 528 6 | Q.   Okay.  And -- and remind the | | scope of |
| 528 7 | jury who Todd Moore is again? | | responsibilities and |
| 528 8 | A.   Todd Moore is a -- a | | experience of |
| 528 9 | clinical pharmacologist at Johnson & | | witness and witness |
| 528 10 | Johnson. | | received |
| 528 11 | Q.   Okay.  He says, "Dear Judy. | | email/document. |
| 528 12 | I'm concerned with the statement in the | | Foundation |
| 528 13 | middle column, 'testing for monitoring | | established by |
| 528 14 | was performed in early and late stage | | testimony and |
| 528 15 | trials.' | | document.  Business |
| 528 16 | "I don't believe this | | record. |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

---

**526:2 - 526:8  Berkowitz, Scott 2016-10-20**    0:15

| | | |
|---|---|---|
| 526  2    Q.   Okay. According to | **Re: [526:2-526:8]** | Re: [526:2-526:8]    Pending |
| 526  3    Dr. Burton here, he believes that the | **Def Obj** R, P, Concede- | Pltf Resp Relevant to |
| 526  4    companies tested for monitoring in early | Routine Monitoring, PK, | Plaintiffs' failure to |
| 526  5    and late stage trials and were able to | C, LF, H, Relevance-Time | warn claims and |
| 526  6    confidently conclude that monitoring is | | claims relating to |
| 526  7    neither necessary nor required with | | need for |
| 526  8    Xarelto use, correct? | | measurement and |

need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.  Business record.

---

**526:11 - 526:19 Berkowitz, Scott 2016-10-20**    0:07

| | | |
|---|---|---|
| 526  11    THE WITNESS: Well, that's | **Re: [526:11-526:19]** | Re: [526:11-526:19]    Pending |
| 526  12    what it -- he's writing in his | **Def Obj** R, P, Concede- | Pltf Resp Relevant to |
| 526  13    e-mail here. I'm just reading | Routine Monitoring, PK, | Plaintiffs' failure to |
| 526  14    that. I don't know what he | LF, H, Relevance-Time | warn claims and |
| 526  15    actually believes. | | claims relating to |
| 526  16    BY MR. BARR: | | need for |
| 526  17    Q.   Okay. Well, that's what he | | measurement and |
| 526  18    wrote, correct? | | need to evaluate |
| 526  19    A.   That's what he wrote, yes. | | dosing in individual |

|  | Objections In | Responses In | Rulings |
|---|---|---|---|

528 17 statement is accurate. After discussing
528 18 this with Dagmar this morning, perhaps a
528 19 better strategy would be to highlight the
528 20 results from the multiple large
528 21 postmarketing-type studies that appear to
528 22 show a consistent bleeding profile as was
528 23 determined in the pivotal Phase III
528 24 trials, correct? I state this because I
529  1 don't believe we truly tested for
529  2 monitoring."
529  3         Did I read that correctly?
529  4   A.  That's what's written here.

**529:5  -  529:8 Berkowitz, Scott 2016-10-20**   0:07

| | | | |
|---|---|---|---|
| 529  5   Q.  So Todd Moore, the clinical | Re: [529:5-529:8] | | Pending |
| 529  6       pharmacologist at Janssen, is saying, we | Pltf Obj Object as non | | |
| 529  7       never truly tested for monitoring, | responsive and | | |
| 529  8       correct? | argumentative. Not | | |
| | necessary for | | |
| | completeness. If played | | |
| | at all should be in | | |
| | Defendants' direct. | | |

**529:11 -  529:24 Berkowitz, Scott 2016-10-20**   0:20

| | | | |
|---|---|---|---|
| 529 11      THE WITNESS:  I'm not sure I | Re: [529:11-529:24] | | Pending |
| 529 12      take that completely from what he | Pltf Obj Object as non | | |
| 529 13      said. I think he corrects the | responsive and | | |
| 529 14      version about the early and late | argumentative. Not | | |
| 529 15      stage when he says, I don't | necessary for | | |
| 529 16      believe this statement is correct. | completeness. If played | | |
| 529 17          And then as you go on | at all should be in | | |
| 529 18      further, then he says, I state | Defendants' direct. | | |
| 529 19      this -- that portion about I don't | | | |
| 529 20      believe we truly tested for | | | |
| 529 21      monitoring. But I don't know | | | |
| 529 22      what -- if he means in one of | | | |
| 529 23      those programs or at all.  It | | | |
| 529 24      doesn't say that. | | | |

**530:2  -  530:12 Berkowitz, Scott 2016-10-20**   0:18

| | | | |
|---|---|---|---|
| 530  2   Q.  Okay. You agree with him on | Re: [530:2-530:12] | Re: [530:2-530:12] | Pending |
| 530  3       that statement, don't you? | Def Obj R, P, Concede- | Pltf Resp Relevant to | |
| 530  4   A.  I agree with him on the | Routine Monitoring, PK, | Plaintiffs' failure to | |
| 530  5       statement about the early and late stage. | LF, H, Relevance-Time | warn claims and | |
| 530  6       But as -- as we had spoken about earlier, | | claims relating to | |
| 530  7       in the Phase II program we looked at the | | need for | |
| 530  8       connection of -- of bleeding and PT and | | measurement and | |
| 530  9       you can find this information in our | | need to evaluate | |
| 530 10      files. | | dosing in individual | |
| 530 11          But I'm not sure what | | patients. Within the | |
| 530 12      exactly he meant by that. | | scope of | |

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. Business record. | |

**530:13 -   530:23 Berkowitz, Scott 2016-10-20**     0:20

| | | |
|---|---|---|
| 530 13 | Q.   Okay.  Well, let's look -- | Re: [530:13-530:23] |
| 530 14 | he -- I think he clarifies a little | **Pltf Obj** Object to |
| 530 15 | later. | colloquy.  Not necessary |
| 530 16 | If you go to the -- the | for completeness. |
| 530 17 | first page.  This is just to give you the | |
| 530 18 | beginning of the e-mail.  You see his | |
| 530 19 | e-mail starts right there on the bottom, | |
| 530 20 | from Todd Moore to Dr. Burton, August 15, | |
| 530 21 | 2014.  It's right on -- | |
| 530 22 | A.   Oh yeah.  Right.  I do see | |
| 530 23 | it.  Mm-hmm. | |

Pending

**530:24 -   531:24 Berkowitz, Scott 2016-10-20**     0:47

| | | |
|---|---|---|
| 530 24 | Q.   So then, you flip to the | Re: [530:24-531:24] |
| 531 1 | next page, and he says, "Thanks for your | **Def Obj** R, P, Concede- |
| 531 2 | response.  Perhaps I misunderstood what | Routine Monitoring, PK, |
| 531 3 | is meant by testing for monitoring in | LF, H, Relevance-Time, |
| 531 4 | this regard.  During the Phase I and II | MD |
| 531 5 | clinical development we collected | |
| 531 6 | intensive PK and PD to help characterize | |
| 531 7 | the drug's profile.  We have a lot of | |
| 531 8 | data on this.  However, I don't know if | |
| 531 9 | we can consider any of this testing for | |
| 531 10 | monitoring" -- "monitoring.  I don't | |
| 531 11 | believe Bayer performed or could perform | |
| 531 12 | any specific analysis for this." | |
| 531 13 | Did I read that correctly? | |
| 531 14 | A.   Yes. | |
| 531 15 | Q.   So he's saying we didn't do | |
| 531 16 | any testing for monitoring at all, | |
| 531 17 | correct? | |
| 531 18 | MR. HOROWITZ:  Object to the | |
| 531 19 | form. | |
| 531 20 | THE WITNESS:  He's saying | |
| 531 21 | that there is -- from his memory | |
| 531 22 | that no testing -- "testing for | |
| 531 23 | monitoring" or -- that we could | |
| 531 24 | perform that. | |

Re: [530:24-531:24]   Pending
Pltf Resp Relevant to
Plaintiffs' failure to
warn claims and
claims relating to
need for
measurement and
need to evaluate
dosing in individual
patients. Within the
scope of
responsibilities and
experience of
witness and witness
received
email/document.
Foundation
established by
testimony and
document.  Business
record.

**532:2 -   532:8 Berkowitz, Scott 2016-10-20**     0:17

| | | |
|---|---|---|
| 532 2 | Q.   Okay.  Then if you go down | Re: [532:2-532:8] |
| 532 3 | to the bottom, he says, "Without taking | **Pltf Obj** Object as non |
| 532 4 | significantly more PK and PD samples in | responsive and |
| 532 5 | the Phase III studies." | argumentative.  Not |
| 532 6 | And there was a specific | necessary for |
| 532 7 | decision not to take PK samples from all | completeness.  If played |
| 532 8 | patients in the Phase III studies, right? | at all should be in |

Pending

04/20/17 15:10

|  | | | Objections In Defendants' direct. | Responses In | Rulings |
|---|---|---|---|---|---|

| | | | 0:05 | Re: [532:13-532:16] | | Pending |

**532:13 -   532:16 Berkowitz, Scott 2016-10-20**

| 532 13 | We did not take PK samples |
| 532 14 | in all patients in their Phase |
| 532 15 | III, as we did all that work in |
| 532 16 | the Phase II. |

Re: [532:13-532:16]
**Pltf Obj** Object as non responsive and argumentative.  Not necessary for completeness.  If played at all should be in Defendants' direct.

Pending

**532:18 -   533:9 Berkowitz, Scott 2016-10-20**     0:29

| 532 18 | Q.   But you had a small subgroup |
| 532 19 | of patients in the ROCKET trial that you |
| 532 20 | did some PK at Week 12 and Week 24, |
| 532 21 | correct? |
| 532 22 | A.   Well, a small subgroup at |
| 532 23 | Week 12 and 24 is a far cry from doing |
| 532 24 | the 360,000 samples that we got during |
| 533  1 | the whole trial. |
| 533  2 | So that you can have a |
| 533  3 | little better control.  And then that's a |
| 533  4 | lot of the issue for us is in Phase II |
| 533  5 | where you can control the setting and |
| 533  6 | control the sampling, have the tubes, get |
| 533  7 | the timing right.  That's a -- that's a |
| 533  8 | more reliable way to do it.  And that's |
| 533  9 | how we chose to do it for this program. |

Re: [532:18-533:9]
**Pltf Obj** Object as non responsive and argumentative.  Not necessary for completeness.  If played at all should be in Defendants' direct.

Pending

**533:10 -   533:23 Berkowitz, Scott 2016-10-20**     0:26

| 533 10 | Q.   Okay.  He says, "Without |
| 533 11 | taking significantly more PK and PD |
| 533 12 | samples in the Phase III studies and |
| 533 13 | performing a more rigorous type of |
| 533 14 | analysis, more than observational, |
| 533 15 | perhaps a regression type, et cetera, I |
| 533 16 | don't know if we can truly say we tested |
| 533 17 | the need for monitoring." |
| 533 18 | Correct? |
| 533 19 | A.   That's what he writes. |
| 533 20 | Q.   So he -- he reiterates, |
| 533 21 | "Without substantially more data there's |
| 533 22 | no way that we can truly say we tested |
| 533 23 | for monitoring," correct? |

Re: [533:10-533:23]
**Def Obj** R, P, Concede-Routine Monitoring, PK, LF, H, Relevance-Time, MD

Re: [533:10-533:23]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. Business record.

Pending

**534:2  -   534:9 Berkowitz, Scott 2016-10-20**     0:09

| 534  2 | THE WITNESS:  Just -- just |
| 534  3 | confirming what he says in the |
| 534  4 | document. |
| 534  5 | BY MR. BARR: |

Re: [534:2-534:9]
**Def Obj** R, P, Concede-Routine Monitoring, PK, LF, Relevance-Time, MD,

Re: [534:2-534:9]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and

Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

534  6    Q.   Well, do you agree with
534  7    that?
534  8    A.   Well, I'm not an expert on
534  9    the clinical pharmacology.  So I can't

**Objections In:** Incomplete

**Responses In:** claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

---

**534:10 - 535:5  Berkowitz, Scott 2016-10-20**    0:53

534  10    say.  But all I can say is that we did
534  11    that work in Phase II and we -- we didn't
534  12    see a need in doing the various
534  13    indications that we study, because we
534  14    didn't just study one indication.  We
534  15    didn't see how that would be of benefit.
534  16    Q.   Okay.  Can you identify
534  17    which Phase II studies where the
534  18    companies looked at PK/PD versus
534  19    outcomes?
534  20    A.   Well, I think you can look
534  21    at the FDA AdCom briefing document where
534  22    we list those.  I don't know their
534  23    numbers offhand.  But if you check that,
534  24    I think you'll find the comparisons in PK
535  1    and PD.
535  2    Q.   And you're specifically
535  3    correlating those to outcomes?
535  4    A.   I know for a fact that they
535  5    discuss bleeding outcomes.

**Objections In:** Re: [534:10-535:5] Pltf Obj Object as non responsive and argumentative.  Not necessary for completeness.  If played at all should be in Defendants' direct.  Also object to hearsay reference to FDA transcripts.

**Rulings:** Pending

---

**535:15 - 535:20  Berkowitz, Scott 2016-10-20**    0:08

535  15    Q.   Let me hand you what I'm
535  16    marking as Exhibit 53, which is
535  17    Plaintiffs' 3388635.
535  18    (Document marked for
535  19    identification as Exhibit
535  20    Berkowitz-53.)

**Objections In:** Re: [535:15-535:20] Def Obj R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment,

**Responses In:** Re: [535:15-535:20] Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for

**Rulings:** Pending

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | Concede-Routine Monitoring | measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. | |

536:3  -  536:11 Berkowitz, Scott 2016-10-20          0:21

| 536 | 3 | Q.  You see this is a series of |
|---|---|---|
| 536 | 4 | e-mails between you and your colleagues |
| 536 | 5 | at Bayer on November 9, 2015, correct? |
| 536 | 6 | A.  Yes. |
| 536 | 7 | Q.  And y'all are discussing the |
| 536 | 8 | subject difficulties with preparing slide |
| 536 | 9 | presentation for EMA workshop. |
| 536 | 10 |         Do you see that? |
| 536 | 11 | A.  Yes. |

**Re: [536:3-536:11]**
**Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, Concede-Routine Monitoring

Re: [536:3-536:11]          Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

536:12 -  536:24 Berkowitz, Scott 2016-10-20          0:29

| 536 | 12 | Q.  Okay. And you write to your |
|---|---|---|
| 536 | 13 | colleagues on November 9th, and you say, |
| 536 | 14 | "I'm running into difficulty determining |
| 536 | 15 | what slides and data should be presented |
| 536 | 16 | at the EMA workshop, and in terms of a |
| 536 | 17 | draft slide set, haven't gotten very far. |
| 536 | 18 | As you know, the ten minutes we are |
| 536 | 19 | allotted are in the very last section at |
| 536 | 20 | the end of the meeting entitled |
| 536 | 21 | "Session 4:  Future perspectives.  What |
| 536 | 22 | could be done?" |
| 536 | 23 |         Do you remember this? |
| 536 | 24 | A.  Yes. |

**Re: [536:12-536:24]**
**Pltf Obj** Object as not necessary for completeness.

Pending

537:1  -  538:3 Berkowitz, Scott 2016-10-20          0:55

| 537 | 1 | Q.  And what was this EMA |
|---|---|---|
| 537 | 2 | workshop? |
| 537 | 3 | A.  Well, I don't know the -- |
| 537 | 4 | all the details about it.  But EMA had a |
| 537 | 5 | workshop on whether some kind of |
| 537 | 6 | therapeutic dose monitoring could be |

**Re: [537:1-538:3]**
**Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment,

Re: [537:1-538:3]          Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 537 | 7 | useful in improving benefit-risk. As I | Concede-Routine Monitoring | measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. |
| 537 | 8 | understand it, there was a number of | | |
| 537 | 9 | companies there. There were lawyers | | |
| 537 | 10 | there. There were journalist there. It | | |
| 537 | 11 | was a broad meeting with the CHMP. | | |
| 537 | 12 | Q.   And just so the record is | | |
| 537 | 13 | clear and people understand, the EMA is | | |
| 537 | 14 | the European equivalent of the FDA, | | |
| 537 | 15 | correct? | | |
| 537 | 16 | A.   Yes.  The European Medicines | | |
| 537 | 17 | Agency. | | |
| 537 | 18 | Q.   Okay.  And the therapeutic | | |
| 537 | 19 | drug monitoring, there was discussion | | |
| 537 | 20 | about whether or not you could monitor | | |
| 537 | 21 | either blood plasma concentrations or a | | |
| 537 | 22 | PD marker and then have dose adjustments | | |
| 537 | 23 | based on whatever the blood testing | | |
| 537 | 24 | showed, right? | | |
| 538 | 1 | A.   Well, that was part of it. | | |
| 538 | 2 | It was mostly about whether you could add | | |
| 538 | 3 | benefit to the care. | | |

| 538:4   -   538:7 | | Berkowitz, Scott 2016-10-20 | 0:07 | | |
|---|---|---|---|---|---|
| 538 | 4 | Q.   Okay.  And if I recall | | Re: [538:4-538:7] | Pending |
| 538 | 5 | correctly, Bayer's position was -- is | | Pltf Obj Object as non-responsive. | |
| 538 | 6 | that would not add benefit to the care, | | | |
| 538 | 7 | correct? | | | |

| 538:9   -   538:14 | | Berkowitz, Scott 2016-10-20 | 0:08 | | |
|---|---|---|---|---|---|
| 538 | 9 | THE WITNESS:  My | | Re: [538:9-538:14] | Pending |
| 538 | 10 | understanding of our position then | | Pltf Obj Object as non-responsive. | |
| 538 | 11 | was the very same, that it would | | | |
| 538 | 12 | not add benefit over and above | | | |
| 538 | 13 | patient characteristics as we've | | | |
| 538 | 14 | said or what is in our label. | | | |

| 538:16   -   539:4 | | Berkowitz, Scott 2016-10-20 | 0:25 | | |
|---|---|---|---|---|---|
| 538 | 16 | Q.   Okay.  So I want to go down | | Re: [538:16-539:4] | Re: [538:16-539:4] | Pending |
| 538 | 17 | to your last paragraph on the first page. | | Def Obj R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, Concede-Routine Monitoring | Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. |
| 538 | 18 | You say, "I need your help in deciding | | | |
| 538 | 19 | and obtaining slides that will directly | | | |
| 538 | 20 | address the description provided for our | | | |
| 538 | 21 | section, which is, 'This session aims to | | | |
| 538 | 22 | discuss ways to fill the gaps in our | | | |
| 538 | 23 | knowledge about PK/PD measurements as | | | |
| 538 | 24 | well as how to better use the available | | | |
| 539 | 1 | data, future scenarios on how knowledge | | | |
| 539 | 2 | can be obtained should be depicted,'" | | | |
| 539 | 3 | correct? | | | |
| 539 | 4 | A.   Mm-hmm. | | | |

| 539:5   -   539:10 | | Berkowitz, Scott 2016-10-20 | 0:10 | | |
|---|---|---|---|---|---|
| 539 | 5 | Q.   So that is the description | | Re: [539:5-539:10] | Pending |
| 539 | 6 | for the section that you've been asked -- | | Pltf Obj Object as not | |

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | | necessary for completeness. | | |
|---|---|---|---|

539  7    the company has been asked to present on,
539  8    correct?
539  9    A.  I think that's a
539  10   word-for-word lift from the agenda.

| 539:11 -   540:2 Berkowitz, Scott 2016-10-20 | 0:31 | | |
|---|---|---|---|

539 11    Q.  Okay.  And you say, "It is
539 12    our position that we do not have gaps.
539 13    And other than the modeling and
539 14    simulation project which is ongoing, we
539 15    do not have more to suggest."
539 16        Did I read that correctly?
539 17    A.  Yes.
539 18    Q.  Okay.  So you certainly said
539 19    on November 9, 2015, that when it comes
539 20    to your knowledge and data about PK/PD
539 21    measurements that it was your position
539 22    that the company does not have gaps,
539 23    correct?
539 24    A.  It's my position and this is
540  1    talking about the position of the group,
540  2    not just myself, that we don't have gaps.

**Re: [539:11-540:2]**
**Def Obj** R, P, LF,
Relevance-Time,
Relevance-Foreign
Regulatory, Concede-
PT/Dose Adjustment,
Concede-Routine
Monitoring, Concede-
Failure to Test

Re: [539:11-540:2]
Pltf Resp Relevant to
Plaintiffs' failure to
warn claims and
claims relating to
need for
measurement and
need to evaluate
dosing in individual
patients. Within the
scope of
responsibilities and
experience of
witness and witness
received
email/document.
Foundation
established by
testimony and
document.

Pending

| 540:3 -   540:14 Berkowitz, Scott 2016-10-20 | 0:30 | | |
|---|---|---|---|

540  3    Q.  Okay.  So you believe, as
540  4    you sit here today, that the company does
540  5    not have gaps in its PK/PD data, correct?
540  6    A.  Well, as I've stated to you,
540  7    I'm not a PK/PD expert.  I'm talking
540  8    about some major gap involved that we
540  9    need to help patients.  Now, there might
540  10   be things that clinical pharmacologists
540  11   could come up with or other people could
540  12   come up with.  But although here I'm
540  13   representing the group here, that is my
540  14   view, that there are no major gaps.

**Re: [540:3-540:14]**
**Def Obj** R, P, LF,
Relevance-Time,
Relevance-Foreign
Regulatory, Concede-
PT/Dose Adjustment,
Concede-Routine
Monitoring, Concede-
Failure to Test

Re: [540:3-540:14]
Pltf Resp Relevant to
Plaintiffs' failure to
warn claims and
claims relating to
need for
measurement and
need to evaluate
dosing in individual
patients. Within the
scope of
responsibilities and
experience of
witness and witness
received
email/document.
Foundation
established by
testimony and
document.

Pending

| 540:15 -   540:19 Berkowitz, Scott 2016-10-20 | 0:12 | | |
|---|---|---|---|

540 15    Q.  Okay.  So if there are no
540 16    gaps in your PK/PD data, no major gaps in
540 17    your PK/PD data, what is the maximum
540 18    safe -- maximum safe blood plasma
540 19    concentration of Xarelto?

**Re: [540:15-540:19]**
**Def Obj** R, P, LF,
Relevance-Time,
Relevance-Foreign
Regulatory, Concede-

Re: [540:15-540:19]
Pltf Resp Relevant to
Plaintiffs' failure to
warn claims and
claims relating to

Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test | need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. | |

**540:21 -   540:23 Berkowitz, Scott 2016-10-20**   0:03

| | | | |
|---|---|---|---|
| 540  21 | THE WITNESS:  We discussed | **Re: [540:21-540:23]** | Re: [540:21-540:23]   Pending |
| 540  22 | this yesterday.  We don't have | **Def Obj** R, P, LF, | Pltf Resp Relevant to |
| 540  23 | definitive level for that. | Relevance-Time, | Plaintiffs' failure to |
| | | Relevance-Foreign | warn claims and |
| | | Regulatory, Concede- | claims relating to |
| | | PT/Dose Adjustment, | need for |
| | | Concede-Routine | measurement and |
| | | Monitoring, Concede- | need to evaluate |
| | | Failure to Test | dosing in individual |
| | | | patients. Within the |
| | | | scope of |
| | | | responsibilities and |
| | | | experience of |
| | | | witness and witness |
| | | | received |
| | | | email/document. |
| | | | Foundation |
| | | | established by |
| | | | testimony and |
| | | | document. |

**541:2 -   541:6 Berkowitz, Scott 2016-10-20**   0:10

| | | | |
|---|---|---|---|
| 541  2 | Q.  Okay.  If there are no major | **Re: [541:2-541:6]** | Re: [541:2-541:6]   Pending |
| 541  3 | gaps in your PK/PD data, what is the | **Def Obj** R, P, LF, | Pltf Resp Relevant to |
| 541  4 | absolute minimum blood plasma | Relevance-Time, | Plaintiffs' failure to |
| 541  5 | concentration necessary to successfully | Relevance-Foreign | warn claims and |
| 541  6 | reduce stroke risk? | Regulatory, Concede- | claims relating to |

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test | need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. | |

| 541:9 - 541:10 Berkowitz, Scott 2016-10-20 | 0:04 | | |
|---|---|---|---|
| 541  9          THE WITNESS:  I'm not aware<br>541  10          of having that.  Are these major | | **Re: [541:9-541:10]**<br>**Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test | Re: [541:9-541:10]<br>Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. | Pending |

| 541:11 - 541:11 Berkowitz, Scott 2016-10-20 | 0:00 | | |
|---|---|---|---|
| 541  11          gaps? | | **Re: [541:11-541:11]**<br>**Pltf Obj** Object to non-responsive portion of the answer. | | Pending |

| 542:22 - 543:9 Berkowitz, Scott 2016-10-20 | 0:22 | | |
|---|---|---|---|
| 542  22          Q.   Okay.  Are you able to<br>542  23          provide the range of concentration needed<br>542  24          so that people maintain sufficient stroke<br>543  1          benefit without excessive bleed risk?<br>543  2          Can you give that range of concentration?<br>543  3          MR. HOROWITZ:  Objection to<br>543  4          form.<br>543  5          THE WITNESS:  I'm not aware<br>543  6          of a range, because it hasn't been<br>543  7          necessary to have that, once we<br>543  8          have the dose tested and the<br>543  9          clinical trials. | | **Re: [542:22-543:9]**<br>**Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test, C, Attorney colloquy/objection | Re: [542:22-543:9]<br>Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | | experience of witness and witness received email/document. Foundation established by testimony and document. No objection to removing colloquy. | |

543:11 -   543:15 Berkowitz, Scott 2016-10-20    0:13

| 543 11 | Q.   Okay. So let's make this |
|---|---|
| 543 12 | about Factor Xa inhibition then.  If |
| 543 13 | there are no gaps in your PK/PD data, |
| 543 14 | what is the maximum safe Factor Xa |
| 543 15 | inhibition level? |

Re: [543:11-543:15]
Pltf Obj Object as non-responsive and argumentative.  Not necessary for completeness.

Pending

543:22 -   544:5 Berkowitz, Scott 2016-10-20    0:12

| 543 22 | THE WITNESS:  Again, as I |
|---|---|
| 543 23 | said before, it's not no gaps. |
| 543 24 | It's no major gaps. I don't see |
| 544 1 | this as a major gap when we have |
| 544 2 | the dose for patients.  If you |
| 544 3 | need more information on this, |
| 544 4 | then I suggest you talk with our |
| 544 5 | clinical pharmacologists. |

Re: [543:22-544:5]
Pltf Obj Object as non-responsive and argumentative.  Not necessary for completeness.

Pending

544:7 -   544:10 Berkowitz, Scott 2016-10-20    0:11

| 544 7 | Q.   If there are no major gaps |
|---|---|
| 544 8 | in your PK/PD data, what is the absolute |
| 544 9 | minimum necessary Factor Xa inhibition |
| 544 10 | level to successfully reduce stroke risk? |

Re: [544:7-544:10]
Def Obj R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test

Re: [544:7-544:10]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

Pending

544:13 -   544:17 Berkowitz, Scott 2016-10-20    0:07

| 544 13 | THE WITNESS:  As we have |
|---|---|
| 544 14 | the -- I don't have a level for |
| 544 15 | that as we have the clinical trial |
| 544 16 | data which shows the effectiveness |
| 544 17 | of preventing stroke in patients. |

Re: [544:13-544:17]
Def Obj R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-

Re: [544:13-544:17]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to

Pending

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test

need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

---

**544:19 -   544:23** Berkowitz, Scott 2016-10-20          0:12

544  19      Q.   If there is no major gaps in
544  20      your PK/PD data, what is the range of
544  21      Factor Xa inhibition needed to maintain
544  22      stroke protection without excessive bleed
544  23      risk?

**Re: [544:19-544:23]**
**Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test

Re: [544:19-544:23]    Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

---

**545:2   -   545:10** Berkowitz, Scott 2016-10-20          0:20

545   2         THE WITNESS:  I don't have
545   3      any levels that I can give you
545   4      because we have the clinical trial
545   5      data, which I find more important.
545   6      BY MR. BARR:
545   7      Q.   Okay.  Let's try PT.
545   8          If there are no major gaps
545   9      in your PK/PD data, what is the maximum
545  10      safe PT prolongation due to Xarelto?

**Re: [545:2-545:10]**
**Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test

Re: [545:2-545:10]    Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. | | |

| 545:13 - | 545:20 Berkowitz, Scott 2016-10-20 | | 0:13 | |
|---|---|

| 545 13 | THE WITNESS: I don't think |
| 545 14 | that exists. I don't think that |
| 545 15 | exists. |
| 545 16 | BY MR. BARR: |
| 545 17 | Q.  Okay. If there are no major |
| 545 18 | gaps in your PK/PD data, what is the |
| 545 19 | minimum PT prolongation needed to |
| 545 20 | successfully reduce stroke risk? |

**Re: [545:13-545:20]**
**Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test

Re: [545:13-545:20]   Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

| 545:23 - | 546:10 Berkowitz, Scott 2016-10-20 | | 0:25 | |
|---|---|

| 545 23 | THE WITNESS: As we've |
| 545 24 | discussed, the PT is not the best |
| 546 1 | test for measuring rivaroxaban. |
| 546 2 | For that question and the question |
| 546 3 | before, they are not major gaps. |
| 546 4 | BY MR. BARR: |
| 546 5 | Q.  If there are no major gaps |
| 546 6 | in your PK/PD data, are you able to |
| 546 7 | provide a range of PT prolongation that |
| 546 8 | shows somebody has effectively -- |
| 546 9 | reducing the risk of stroke without |
| 546 10 | putting them at excessive bleed risk? |

**Re: [545:23-546:10]**
**Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test

Re: [545:23-546:10]   Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

|  |  | Objections In | Responses In | Rulings |
|---|---|---|---|---|

**546:13 - 547:4 Berkowitz, Scott 2016-10-20** — 1:32

| | |
|---|---|
| 546 13 | THE WITNESS: As noted |
| 546 14 | before, I think the PT is an |
| 546 15 | inappropriate test to be testing |
| 546 16 | for rivaroxaban. So your |
| 546 17 | questions are not pertinent to the |
| 546 18 | clinician. |
| 546 19 | BY MR. BARR: |
| 546 20 | Q. Do you believe a correlation |
| 546 21 | analysis has been conducted between PT |
| 546 22 | and bleeding events with Xarelto? |
| 546 23 | A. As I mentioned in the FDA |
| 546 24 | AdCom document, you'll find that |
| 547 1 | correlation. |
| 547 2 | Q. Okay. Then would you agree |
| 547 3 | that it's known within the company as PT |
| 547 4 | goes up, bleed risk goes up? |

**Re: [546:13-547:4]**
**Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test

Re: [546:13-547:4]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

Pending

**547:6 - 548:7 Berkowitz, Scott 2016-10-20** — 1:24

| | |
|---|---|
| 547 6 | THE WITNESS: I -- I think |
| 547 7 | we understand that as the PT go |
| 547 8 | up, as -- as flawed as the test is |
| 547 9 | for rivaroxaban, that bleeding |
| 547 10 | risk may go up. |
| 547 11 | BY MR. BARR: |
| 547 12 | Q. Okay. And you -- would you |
| 547 13 | agree that PT has been shown in Phase I |
| 547 14 | and Phase II clinical studies to be a |
| 547 15 | reliable exposure marker for Xarelto |
| 547 16 | plasma concentrations when a sensitive |
| 547 17 | assay is used? |
| 547 18 | A. I would agree that if you |
| 547 19 | use a PT with a Neoplastin plus reagent, |
| 547 20 | which is sensitive, that then you can get |
| 547 21 | some fix, some semi-quantitative fix on |
| 547 22 | the rivaroxaban concentration, but would |
| 547 23 | recommend using the assay that's specific |
| 547 24 | for rivaroxaban. |
| 548 1 | Q. Okay. Now, PT, was |
| 548 2 | certainly sufficient in the company's |
| 548 3 | view to be used as a biomarker to be |
| 548 4 | carried forward as a PK surrogate in all |
| 548 5 | Phase III trials for an exposure response |
| 548 6 | analysis, correct? |
| 548 7 | A. I believe that's correct. |

**Re: [547:6-548:7]**
**Def Obj** R, P, LF, Relevance-Time, Relevance-Foreign Regulatory, Concede-PT/Dose Adjustment, Concede-Routine Monitoring, Concede-Failure to Test

Re: [547:6-548:7]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

Pending

**548:8 - 548:13 Berkowitz, Scott 2016-10-20** — 0:14

| | |
|---|---|
| 548 8 | Q. And -- and that's because of |
| 548 9 | the established linear relationship |
| 548 10 | between rivaroxaban blood plasma |
| 548 11 | concentration and PT, right? |
| 548 12 | A. Well, when you use the |
| 548 13 | sensitive reagent for PT, not for all PT. |

**Re: [548:8-548:13]**
**Pltf Obj** Object as duplicative of testimony designated by plaintiff

Pending

**548:14 - 548:20 Berkowitz, Scott 2016-10-20** — 0:14

| | |
|---|---|
| 548 14 | Q. Fair enough. So when you |

**Re: [548:14-548:20]**

Re: [548:14-548:20]

Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| 548 15   use the sensitive reagent Neoplastin, PT<br>548 16   has an established linear relationship<br>548 17   with rivaroxaban blood plasma<br>548 18   concentration, correct?<br>548 19   A.   That's correct.  You can see<br>548 20   a linear relationship. | **Def Obj** R, P, LF,<br>Relevance-Time,<br>Relevance-Foreign<br>Regulatory, Concede-<br>PT/Dose Adjustment,<br>Concede-Routine<br>Monitoring, Concede-<br>Failure to Test | Pltf Resp Relevant to<br>Plaintiffs' failure to<br>warn claims and<br>claims relating to<br>need for<br>measurement and<br>need to evaluate<br>dosing in individual<br>patients. Within the<br>scope of<br>responsibilities and<br>experience of<br>witness and witness<br>received<br>email/document.<br>Foundation<br>established by<br>testimony and<br>document. | |
| 549:8   -   549:12 Berkowitz, Scott 2016-10-20<br>549  8          Let me give you Exhibit 54.<br>549  9      And this is Plaintiffs' 1097767.<br>549 10          (Document marked for<br>549 11      identification as Exhibit<br>549 12      Berkowitz-54.) | 0:54<br><br>**Re: [549:8-549:12]**<br>**Def Obj** R, P, H,<br>Relevance-Time, LF | Re: [549:8-549:12]<br>Pltf Resp Relevant to<br>Plaintiffs' failure to<br>warn claims and<br>claims relating to<br>need for<br>measurement and<br>need to evaluate<br>dosing in individual<br>patients. Within the<br>scope of<br>responsibilities and<br>experience of<br>witness and witness<br>received<br>email/document.<br>Foundation<br>established by<br>testimony and<br>document.  Business<br>record. | Pending |
| 551:4   -   551:9 Berkowitz, Scott 2016-10-20<br>551  4      Q.   Okay.  And so we -- we<br>551  5      looked at this earlier today, and this is<br>551  6      the e-mail from Dr. Mueck to yourself<br>551  7      copying multiple other of your colleagues<br>551  8      on May 28, 2014, correct?<br>551  9      A.   Yes. | 0:13<br><br>**Re: [551:4-551:9]**<br>**Def Obj** R, P, H,<br>Relevance-Time, LF | Re: [551:4-551:9]<br>Pltf Resp Relevant to<br>Plaintiffs' failure to<br>warn claims and<br>claims relating to<br>need for | Pending |

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. Business record. | |

**552:3 - 552:11 Berkowitz, Scott 2016-10-20**                     0:21

| | | | |
|---|---|---|---|
| 552  3  Q. "Based on the established | **Re: [552:3-552:11]** | Re: [552:3-552:11]    Pending | |
| 552  4      linear relationship between rivaroxaban | **Def Obj** R, P, H, | Pltf Resp Relevant to | |
| 552  5      plasma concentration and prothrombin | Relevance-Time, LF | Plaintiffs' failure to | |
| 552  6      time, PT, carry PT measured at peak and | | warn claims and | |
| 552  7      trough in all pivotal Phase III programs | | claims relating to | |
| 552  8      to use them as PT" -- "PK surrogate for | | need for | |
| 552  9      subsequent exposure/response, mainly | | measurement and | |
| 552 10      bleeding event analyses," right? | | need to evaluate | |
| 552 11  A.  Yes. | | dosing in individual | |
| | | patients. Within the | |
| | | scope of | |
| | | responsibilities and | |
| | | experience of | |
| | | witness and witness | |
| | | received | |
| | | email/document. | |
| | | Foundation | |
| | | established by | |
| | | testimony and | |
| | | document.  Business | |
| | | record. | |

**552:17 - 553:12 Berkowitz, Scott 2016-10-20**                     1:06

| | | | |
|---|---|---|---|
| 552 17  Q.  Do you know if that was ever | **Re: [552:17-553:12]** | Re: [552:17-553:12]    Pending | |
| 552 18      done, this exposure response dealing | **Def Obj** R, P, H, | Pltf Resp Relevant to | |
| 552 19      mainly with bleeding events? | Relevance-Time, LF | Plaintiffs' failure to | |
| 552 20  A.  It -- it's been done. I | | warn claims and | |
| 552 21      mean it's going on. | | claims relating to | |
| 552 22  Q.  Okay. And what that | | need for | |
| 552 23      analysis shows is that bleed risk | | measurement and | |
| 552 24      increases with -- as PT goes up, right? | | need to evaluate | |
| 553  1      MR. HOROWITZ: Well, | | dosing in individual | |
| 553  2      objection to form. | | patients. Within the | |
| 553  3      THE WITNESS:  P -- well, | | scope of | |
| 553  4      we've established that already, | | responsibilities and | |
| 553  5      right?  As the PT goes up there's | | experience of | |
| 553  6      an increased risk of bleeding. | | witness and witness | |
| 553  7  BY MR. BARR: | | received | |
| 553  8  Q.  Okay.  And -- and you | | email/document. | |
| 553  9      certainly agree with that, right, you | | Foundation | |
| 553 10      personally? | | established by | |
| 553 11  A.  I agree that that's what was | | testimony and | |
| 553 12      found. | | document.  Business | |

04/20/17 15:10

|  | Objections In | Responses In | Rulings |
|---|---|---|---|
|  |  | record. |  |

**553:23 - 554:7  Berkowitz, Scott 2016-10-20**

| 553 | 23 | Do you think it would be |
| 553 | 24 | misleading to inform anyone that there is |
| 554 | 1 | no correlation between bleeding events |
| 554 | 2 | and blood plasma concentration of |
| 554 | 3 | Xarelto? |
| 554 | 4 | MR. HOROWITZ: Form. |
| 554 | 5 | THE WITNESS: I wouldn't |
| 554 | 6 | think that that would be a |
| 554 | 7 | right -- a correct statement. |

0:17

Re: [553:23-554:7]
**Def Obj** R, P, Relevance-Time, LF, A, AR, Attorney colloquy/objections

Re: [553:23-554:7]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. No objection to removal of colloquy.

Pending

**555:1 - 555:17  Berkowitz, Scott 2016-10-20**

| 555 | 1 | Q. What is it that would not be |
| 555 | 2 | a correct statement? |
| 555 | 3 | A. I don't have the benefit of |
| 555 | 4 | reading it like you do off the screen, |
| 555 | 5 | but... |
| 555 | 6 | It sounded like you said the |
| 555 | 7 | correlation between bleeding risk and |
| 555 | 8 | increased concentration. It's well-known |
| 555 | 9 | and again something -- a topic we talked |
| 555 | 10 | about yesterday, that anticoagulants, if |
| 555 | 11 | you increase their -- their blood |
| 555 | 12 | concentration, there's an increased risk |
| 555 | 13 | of bleeding. Unfortunately we're not |
| 555 | 14 | able to uncouple bleeding from efficacy, |
| 555 | 15 | meaning decrease in strokes and blood |
| 555 | 16 | clots to the lung, et cetera. That's not |
| 555 | 17 | yet possible. |

0:31

Re: [555:1-555:17]
**Def Obj** R, P, Relevance-Time, LF

Re: [555:1-555:17]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

Pending

**555:18 - 556:3  Berkowitz, Scott 2016-10-20**

| 555 | 18 | Q. Let me show you |
| 555 | 19 | Exhibit 55 -- |
| 555 | 20 | MR. DENTON: 54. |
| 555 | 21 | MR. BARR: 54, as Roger has |
| 555 | 22 | corrected me, which will be |

0:24

Re: [555:18-556:3]
**Def Obj** R, P, Relevance-Time, LF

Re: [555:18-556:3]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to

Pending

04/20/17 15:10

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

555 23   Plaintiffs' 1075492.

555 24

556 1   (Document marked for

556 2   identification as Exhibit

556 3   Berkowitz-54.)

*Responses In (continued from previous):* need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

---

**556:9 - 556:17 Berkowitz, Scott 2016-10-20**   0:17

556 9   Q.   Now, you see that this is a

556 10   series of e-mails internal at Bayer,

556 11   right?

556 12   A.   Yes.

556 13   Q.   Okay.   And in -- the top

556 14   e-mail is -- is an e-mail from you, but

556 15   it includes multiple of your colleagues,

556 16   right?

556 17   A.   Yes.

**Objections In:** Re: [556:9-556:17] Def Obj R, P, Relevance-Time, LF

**Responses In:** Re: [556:9-556:17] Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document.

**Rulings:** Pending

---

**556:18 - 557:4 Berkowitz, Scott 2016-10-20**   0:20

556 18   Q.   And we've talked about a

556 19   number of these before.   I don't believe

556 20   we've talked about Claudia Henn.   Who is

556 21   she?

556 22   A.   Claudia Henn is a physician

556 23   in the medical affairs division.

556 24   Q.   Okay.   And you're talking

557 1   about corrections to Document 1A Version

557 2   04181, right?

557 3   A.   That's what the subject line

557 4   says.

**Objections In:** Re: [556:18-557:4] Pltf Obj Object as not necessary for completeness.   If played at all should be played in Defendants' direct.

**Rulings:** Pending

---

**557:5 - 557:7 Berkowitz, Scott 2016-10-20**   0:04

557 5   Q.   And this is April 18, 2015,

557 6   right?

557 7   A.   Yes.

**Objections In:** Re: [557:5-557:7] Def Obj R, P, Relevance-Time, LF

**Responses In:** Re: [557:5-557:7] Pltf Resp Relevant to Plaintiffs' failure to

**Rulings:** Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. | |

**557:8 - 557:10** Berkowitz, Scott 2016-10-20  0:07

| | | | |
|---|---|---|---|
| 557  8 | Q.  And do you remember | | |
| 557  9 | specifically what that document was? | | |
| 557  10 | A.  Not exactly. | | |

| | Re: [557:8-557:10] **Pltf Obj** Object as not necessary for completeness. If played at all should be played in Defendants' direct. | | Pending |
|---|---|---|---|

**557:16 - 557:18** Berkowitz, Scott 2016-10-20  0:03

| | | | |
|---|---|---|---|
| 557  16 | Q.  There's an e-mail from | | |
| 557  17 | Dr. Henn? | | |
| 557  18 | A.  Yes. | | |

| | Re: [557:16-557:18] **Pltf Obj** Object as not necessary for completeness. If played at all should be played in Defendants' direct. | | Pending |
|---|---|---|---|

**557:19 - 557:22** Berkowitz, Scott 2016-10-20  0:07

| | | | |
|---|---|---|---|
| 557  19 | Q.  On April 18, 2015, | | |
| 557  20 | forwarding Document 1A. | | |
| 557  21 | Do you see that? | | |
| 557  22 | A.  Yes. | | |

| | **Re: [557:19-557:22] Def Obj** R, P, Relevance-Time, LF | Re: [557:19-557:22] **Pltf Resp** Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. | Pending |
|---|---|---|---|

**557:23 - 558:15** Berkowitz, Scott 2016-10-20  0:41

| | | | |
|---|---|---|---|
| 557  23 | Q.  Okay.  And she has -- she | | |
| 557  24 | says, "I've read the document, and I'm | | |
| 558  1 | fine with it.  I've only added a | | |

| | Re: [557:23-558:15] **Pltf Obj** Object as not necessary for | | Pending |
|---|---|---|---|

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| 558 | 2 | subheader, clinical trial program, in the | completeness. If played | | |
| 558 | 3 | Chapter 2.1.1 analysis of the | at all should be played in | | |
| 558 | 4 | relationship." And she goes on, right? | Defendants' direct. | | |
| 558 | 5 | A.  Okay. | | | |
| 558 | 6 | Q.  And then she has -- one, | | | |
| 558 | 7 | two, three -- four kind of bullet points | | | |
| 558 | 8 | within her e-mail, right? | | | |
| 558 | 9 | A.  Yeah. | | | |
| 558 | 10 | Q.  Okay. If you look right | | | |
| 558 | 11 | above that, you see your e-mail back to | | | |
| 558 | 12 | her. So you see you've responded to | | | |
| 558 | 13 | Dr. Henn on the page before on April 18, | | | |
| 558 | 14 | 2015? | | | |
| 558 | 15 | A.  Yes. | | | |

**558:16 - 559:18 Berkowitz, Scott 2016-10-20**   1:03

| 558 | 16 | Q.  Okay. And what you say is, | **Re: [558:16-559:18]** | Re: [558:16-559:18]   Pending |
| 558 | 17 | "Thank you for addressing these remaining | **Def Obj** R, P, Relevance- | Pltf Resp Relevant to |
| 558 | 18 | questions, which I also noted. My | Time, LF | Plaintiffs' failure to |
| 558 | 19 | thoughts are in red below," right? | | warn claims and |
| 558 | 20 | A.  Right. | | claims relating to |
| 558 | 21 | Q.  So you took the text from | | need for |
| 558 | 22 | her e-mail, and you added some comments | | measurement and |
| 558 | 23 | to it, right? | | need to evaluate |
| 558 | 24 | A.  That's what it says. | | dosing in individual |
| 559 | 1 | Q.  Okay. So what I want to | | patients. Within the |
| 559 | 2 | look at is your comments to Point Number | | scope of |
| 559 | 3 | 4 in Dr. Henn's e-mail. Are you with me? | | responsibilities and |
| 559 | 4 | A.  Yes. | | experience of |
| 559 | 5 | Q.  Bullet Point 4 is, "In | | witness and witness |
| 559 | 6 | summary no obvious relationship between | | received |
| 559 | 7 | PT and bleeding events was observed in | | email/document. |
| 559 | 8 | any of these analyses. There were wide | | Foundation |
| 559 | 9 | overlaps of the distribution of PT values | | established by |
| 559 | 10 | between patients with bleeding events of | | testimony and |
| 559 | 11 | different severities and patients without | | document. |
| 559 | 12 | bleeding events within the box plots | | |
| 559 | 13 | which did not allow the determination of | | |
| 559 | 14 | a threshold of PT to identify patients at | | |
| 559 | 15 | higher risk of bleeding for any of the | | |
| 559 | 16 | studies." | | |
| 559 | 17 |      Did I read that correctly? | | |
| 559 | 18 | A.  Yes. | | |

**559:19 - 559:24 Berkowitz, Scott 2016-10-20**   0:07

| 559 | 19 | Q.  And then your comment is | | |
| 559 | 20 | below. | | |
| 559 | 21 |      Do you see that? | | |
| 559 | 22 | A.  Well, I see the writing | | |
| 559 | 23 | below it. It's not in color. So I can't | | |
| 559 | 24 | tell if it's mine. | | |

**560:1 - 560:9 Berkowitz, Scott 2016-10-20**   0:17

| 560 | 1 | Q.  Okay. It says, "No, I don't | **Re: [560:1-560:9]** | Re: [560:1-560:9]   Pending |
| 560 | 2 | think we can simply state no correlation | **Def Obj** R, P, Relevance- | Pltf Resp Relevant to |
| 560 | 3 | to plasma concentration." | Time, LF | Plaintiffs' failure to |
| 560 | 4 | A.  Excuse me. Actually, it's | | warn claims and |
| 560 | 5 | probably not mine, because later it has | | claims relating to |
| 560 | 6 | my initials in the colon, and then my | | need for |
| 560 | 7 | statement. But if it were in color and | | measurement and |
| 560 | 8 | as it said in red, we could see better. | | need to evaluate |
| 560 | 9 | Q.  Okay. We'll get to that, | | dosing in individual |

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | patients. Within the scope of responsibilities and experience of witness and witness received email/document. Foundation established by testimony and document. | |

**560:10 -   561:3  Berkowitz, Scott 2016-10-20**                    0:33

| 560 | 10 | and maybe we can clear this up.  There's |
|---|---|---|
| 560 | 11 | a comment below Number 4 that says, "No, |
| 560 | 12 | I don't think we can simply state no |
| 560 | 13 | correlation to plasma concentration. |
| 560 | 14 | This would be too simplified and could be |
| 560 | 15 | misleading as there are correlations to |
| 560 | 16 | CMAX, area under the curve, et cetera in |
| 560 | 17 | dose-finding trials, e.g., this is my |
| 560 | 18 | understanding.  Am I right?" |
| 560 | 19 |      Do you see that? |
| 560 | 20 | A.   Yes. |
| 560 | 21 | Q.   And then there's an SDB. |
| 560 | 22 | That's you, right? |
| 560 | 23 | A.   That's me. |
| 560 | 24 | Q.   You say, "I believe you are |
| 561 | 1 | correct and this is an appropriate way to |
| 561 | 2 | state it," right? |
| 561 | 3 | A.   That's what it says. |

**Re: [560:10-561:3]**
**Def Obj** R, P, Relevance-
Time, LF

Re: [560:10-561:3]           Pending
Pltf Resp Relevant to
Plaintiffs' failure to
warn claims and
claims relating to
need for
measurement and
need to evaluate
dosing in individual
patients. Within the
scope of
responsibilities and
experience of
witness and witness
received
email/document.
Foundation
established by
testimony and
document.

**561:4  -   561:10  Berkowitz, Scott 2016-10-20**                    0:10

| 561 | 4 | Q.   So you agree that you can't |
|---|---|---|
| 561 | 5 | simply state there's no correlation to |
| 561 | 6 | plasma concentration and that that would |
| 561 | 7 | be too simplified and could be |
| 561 | 8 | misleading, right? |
| 561 | 9 | A.   Exactly as I had said |
| 561 | 10 | previously. |

**Re: [561:4-561:10]**
**Def Obj** R, P, Relevance-
Time, LF

Re: [561:4-561:10]           Pending
Pltf Resp Relevant to
Plaintiffs' failure to
warn claims and
claims relating to
need for
measurement and
need to evaluate
dosing in individual
patients. Within the
scope of
responsibilities and
experience of
witness and witness
received
email/document.
Foundation
established by
testimony and
document.

**561:11 -   561:15  Berkowitz, Scott 2016-10-20**                    0:14

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| 566 12 | talked about before, that it's not | responsive, argumentative, calls for speculation, improper expert opinion. Also not necessary for completeness. If played at all should be in Defendants' direct. | | |
| 566 13 | about just having an elevated PT | | | |
| 566 14 | level or an elevated | | | |
| 566 15 | concentration. Patients bleed | | | |
| 566 16 | because of other clinical factors | | | |
| 566 17 | and then you have an | | | |
| 566 18 | antithrombotic, whatever it is, on | | | |
| 566 19 | board. | | | |

**570:19 -  570:23 Berkowitz, Scott 2016-10-20**      0:21

| 570 19 | Q.  Okay.  I want to get back to |
| 570 20 | this idea of PT being predictive of bleed |
| 570 21 | risk.  Okay.  And I want to show you what |
| 570 22 | I'm marking as Exhibit 55.  And this is |
| 570 23 | Plaintiffs' 1094903. |

Re: [570:19-570:23] **Def Obj** R, P, Relevance-Time, LF

Re: [570:19-570:23] Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Foundation established by testimony and document.    Pending

**571:15 -  572:4 Berkowitz, Scott 2016-10-20**      0:27

| 571 15 | Do you recognize Exhibit 55 |
| 571 16 | as your notes that are taken in the |
| 571 17 | ordinary course of business? |
| 571 18 | A.  They look like notes that I |
| 571 19 | would take. |
| 571 20 | Q.  You don't have anything that |
| 571 21 | would suggest these are not your notes, |
| 571 22 | correct? |
| 571 23 | A.  Correct. |
| 571 24 | Q.  And so these are your notes |
| 572 1 | from a consolidation call on the Xarelto |
| 572 2 | P -- PK/PD statement July 31, 2014, |
| 572 3 | right? |
| 572 4 | A.  Correct. |

Re: [571:15-572:4] **Def Obj** R, P, Relevance-Time, LF

Re: [571:15-572:4] Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Foundation established by testimony and document.    Pending

**572:5  -  572:12 Berkowitz, Scott 2016-10-20**      0:11

| 572 5 | Q.  Do you recall this |
| 572 6 | consolidation call or what that would |
| 572 7 | have been about? |
| 572 8 | A.  Not exactly. |
| 572 9 | Q.  So you don't have any memory |
| 572 10 | of a call on this, who was on the call, |
| 572 11 | anything like that? |
| 572 12 | A.  No. |

Re: [572:5-572:12] **Pltf Obj** Object as not necessary for completeness.

Pending

**572:13 -  572:21 Berkowitz, Scott 2016-10-20**      0:23

| 572 13 | Q.  Okay.  Well, you -- you take |
| 572 14 | a few notes here.  And I want to point |
| 572 15 | to, you note that bleeding tend to higher |
| 572 16 | values, correct? |

Re: [572:13-572:21] **Def Obj** R, P, Relevance-Time, LF

Re: [572:13-572:21] Pltf Resp Relevant to Plaintiffs' failure to warn claims and    Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

561  11    Q.  Right. Okay. So if anyone
561  12  is out there telling people that there's
561  13  no correlation between plasma
561  14  concentration and bleeding, they're
561  15  misleading them, correct?

**Re: [561:11-561:15]**
**Pltf Obj** Object as non-responsive, speculative and not necessary for completeness.

Pending

---

561:18 -  562:2  Berkowitz, Scott 2016-10-20    0:13
561  18    THE WITNESS:  If anyone is
561  19  out there saying that, it may
561  20  simply be the lack of
561  21  understanding as it's been quite
561  22  complicated.  You've seen the
561  23  years in which we've been
561  24  discussing this back and forth.  I
562  1  don't believe that anybody is
562  2  intentionally misleading patients.

**Re: [561:18-562:2]**
**Pltf Obj** Object as non-responsive, speculative and not necessary for completeness.

Pending

---

562:4  -  562:6  Berkowitz, Scott 2016-10-20    0:03
562  4    Q.  Well, whether they are doing
562  5  it intentionally or not, it's still
562  6  misleading, correct?

**Re: [562:4-562:6]**
**Pltf Obj** Object as non-responsive, speculative and not necessary for completeness.

Pending

---

562:9  -  562:12  Berkowitz, Scott 2016-10-20    0:04
562  9    THE WITNESS:  It depends on
562  10  what they are saying.  We would
562  11  have to see what you're actually
562  12  talking about.

**Re: [562:9-562:12]**
**Pltf Obj** Object as non-responsive, speculative and not necessary for completeness.

Pending

---

564:18 -  564:21  Berkowitz, Scott 2016-10-20    0:09
564  18    Q.  So do you agree that PT is
564  19  predictive of bleeding with Xarelto?
564  20  Whether you like the test or not, do you
564  21  agree that it's predictive of bleeding?

**Re: [564:18-564:21]**
**Pltf Obj** Object as non-responsive, calls for speculation, improper expert opinion.  Also not necessary for completeness.  If played at all should be in Defendants' direct.

Pending

---

564:24 -  565:11  Berkowitz, Scott 2016-10-20    0:19
564  24    THE WITNESS:  So in the work
565  1  that we've discussed in the Phase
565  2  II, we can see that there's a
565  3  correlation with it.  What we've
565  4  also seen with that is that
565  5  whether patients have a high PT or
565  6  not, if you look at patients with
565  7  bleeding outcomes with bleeding
565  8  events, you can find patients with
565  9  and without high PT.
565  10    So in that sense it's not
565  11  helpful to me as a physician.

**Re: [564:24-565:11]**
**Pltf Obj** Object as non-responsive, argumentative, calls for speculation, improper expert opinion.  Also not necessary for completeness.  If played at all should be in Defendants' direct.

Pending

---

566:10 -  566:19  Berkowitz, Scott 2016-10-20    0:12
566  10    THE WITNESS:  Simply
566  11  referring to what we've already

**Re: [566:10-566:19]**
**Pltf Obj** Object as non-

Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

572 17   A.   What's that -- I -- yeah, it
572 18   says, "Bleeding tend to higher values."
572 19   As I look through these though, it seems
572 20   like I'm taking notes of what different
572 21   people might be saying.

claims relating to need for measurement and need to evaluate dosing in individual patients. Foundation established by testimony and document.

---

**572:22 -  573:8 Berkowitz, Scott 2016-10-20**   0:21

572 22   Q.   Okay.  When you take notes
572 23   like this, do you write if you disagree
572 24   with something?
573  1   A.   No.  As a matter of fact,
573  2   usually it would have corrections of
573  3   spelling if they were like my final notes
573  4   or ones that I was using.  If they are
573  5   just something, if I'm at a meeting and I
573  6   want to take down some concepts so I can
573  7   use them while I'm at the telecon, it
573  8   would look like this, rather rough.

**Re: [572:22-573:8]**
**Pltf Obj** Object as non-responsive.

Pending

---

**573:9  -  573:14 Berkowitz, Scott 2016-10-20**   0:07

573  9   Q.   Okay.  Okay.  And -- and
573 10   another one of your notes is, "PT is
573 11   predictive of bleeding so cannot say
573 12   that."
573 13       Did I read that right?
573 14   A.   Yes, you read that right.

**Re: [573:9-573:14]**
**Def Obj** R, P, Relevance-Time, LF

Re: [573:9-573:14]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Foundation established by testimony and document.

Pending

---

**573:15 -  573:24 Berkowitz, Scott 2016-10-20**   0:17

573 15   I'm not exactly sure what that means.
573 16   Say what?  I'm not sure.  It says P --
573 17   says, "PT is predictive of bleeding so
573 18   cannot say that."
573 19       So I don't know what that --
573 20   Q.   Yeah, I mean, the notes
573 21   aren't written in a way where we can
573 22   understand what it is you're noting that
573 23   cannot be said.
573 24   A.   Right.

**Re: [573:15-573:24]**
**Pltf Obj** Object as non-responsive.

Pending

---

**574:1  -  574:10 Berkowitz, Scott 2016-10-20**   0:10

574  1   Q.   But they do establish your
574  2   note that PT is predictive of bleeding,
574  3   right?
574  4       MR. HOROWITZ:  Object to the
574  5   form.
574  6       THE WITNESS:  Yeah, I mean,

**Re: [574:1-574:10]**
**Def Obj** R, P, Relevance-Time, LF, M, MD, Attorney colloquy/objections

Re: [574:1-574:10]
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for

Pending

04/20/17 15:10

| | | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|---|

| 574 | 7 | this -- this is saying that PT is |
| 574 | 8 | predictive of bleeding which is |
| 574 | 9 | something that we've said over and |
| 574 | 10 | over the last couple hours. |

measurement and need to evaluate dosing in individual patients. Foundation established by testimony and document.  Neither testimony nor document mischaracterized as witness agreed with the examiner.

---

**582:5 - 582:7 Berkowitz, Scott 2016-10-20**    0:07

| 582 | 5 | Q.   Would you agree with me that |
| 582 | 6 | Bayer itself has concluded that bleed |
| 582 | 7 | risk increases with PT? |

**Re: [582:5-582:7]**
**Def Obj** R, P, Relevance-Time, LF, AF

Re: [582:5-582:7]      Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Foundation established by testimony and document.  Does not assume facts not in evidence as witness confirms statement consistent with his own prior testimony.

---

**582:10 - 582:15 Berkowitz, Scott 2016-10-20**    0:10

| 582 | 10 | THE WITNESS:  I believe I |
| 582 | 11 | stated all morning that there's |
| 582 | 12 | seen a relationship into the risk |
| 582 | 13 | of bleeding when you isolate it as |
| 582 | 14 | you have in looking at PK samples, |
| 582 | 15 | PT samples and the like. |

**Re: [582:10-582:15]**
**Def Obj** R, P, Relevance-Time, LF, AF

Re: [582:10-582:15]      Pending
Pltf Resp Relevant to Plaintiffs' failure to warn claims and claims relating to need for

| | Objections In | Responses In | Rulings |
|---|---|---|---|

measurement and need to evaluate dosing in individual patients. Foundation established by testimony and document. Does not assume facts not in evidence as witness confirms statement consistent with his own prior testimony.

---

**584:6  -  584:18 Berkowitz, Scott 2016-10-20**          0:44

| 584 6 | Q. Okay. You understand the |
| 584 7 | FDA also believes that -- that an |
| 584 8 | increased PT leads to increased bleed |
| 584 9 | risk, correct? |
| 584 10 | MR. HOROWITZ: Object to the |
| 584 11 | form. |
| 584 12 | THE WITNESS: I would assume |
| 584 13 | that that's the -- I mean, we had |
| 584 14 | agreement on that, that -- in |
| 584 15 | preparation of the AdCom and for |
| 584 16 | going forward. So I would assume |
| 584 17 | that's -- that's still their |
| 584 18 | position. |

Re: [584:6-584:18]
**Pltf Obj** R, P, Relevance-Time, LF, AF, M, MD, PK, S, Attorney colloquy/objections
Re: [584:6-584:18]
**Def Obj** R, P, Relevance-Time, LF, AF, M, MD, PK, S, Attorney colloquy/objections

Re: [584:6-584:18]        Pending
**Pltf Resp** Relevant to Plaintiffs' failure to warn claims and claims relating to need for measurement and need to evaluate dosing in individual patients. Foundation established by testimony and document. Does not assume facts not in evidence as witness confirms statement consistent with his knowledge. Does not mischaraterize document nor testimony as no document at issue and witness agreed. No objection to removal of colloquy.

---

**585:19 -  586:17 Berkowitz, Scott 2016-10-20**          0:31

| 585 19 | Q. Dr. Berkowitz, as you know, |
| 585 20 | I'm Jeff Horowitz. I represent Bayer and |
| 585 21 | I'm going to ask you some questions now |
| 585 22 | both in follow-up to some of the things |
| 585 23 | you were asked by plaintiffs' counsel |
| 585 24 | and -- and give you a chance to maybe |
| 586 1 | explain some things. Okay? |
| 586 2 | A. Okay. |
| 586 3 | Q. I understand you are a |
| 586 4 | medical doctor? |
| 586 5 | A. I am. |
| 586 6 | Q. Are you board certified in a |
| 586 7 | particular area? |
| 586 8 | A. In internal medicine. |

Re: [585:19-588:5]
**Pltf Obj** Object to 587:12-588:2 as misleading, prejudicial, or irrelevant.
Re: [585:19-588:5]
**Pltf Obj** Object as leading. Object to 587:4-588:1 as irrelevant.

Pending

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 586  9   Q.  And are you actually | | | |
| 586 10   licensed to practice medicine? | | | |
| 586 11   A.  Yes, I am. | | | |
| 586 12   Q.   Currently what states are | | | |
| 586 13   you licensed? | | | |
| 586 14   A.  Pennsylvania, North | | | |
| 586 15   Carolina.  Although I've had licenses in | | | |
| 586 16   other states, but as I'm not in those | | | |
| 586 17   areas I released them. | | | |

| 588:15 -    589:4  Berkowitz, Scott 2016-10-20 | 0:23 | | |
|---|---|---|---|
| 588 15   Q.   Okay.  You said you | | Re: [588:15-594:11] | Pending |
| 588 16   currently work at Bayer? | | Pltf Obj Object to | |
| 588 17   A.  I currently work at Bayer. | | 589:15-594:11 as | |
| 588 18   Q.  How long have you worked at | | leading, lack of | |
| 588 19   Bayer? | | foundation, and attempt | |
| 588 20   A.  Just over ten years now. | | to introduce expert | |
| 588 21   Almost ten and a half. | | opinion through | |
| 588 22   Q.  Since April of 2006? | | corporate witness. | |
| 588 23   A.  April 2006. | | Re: [588:15-594:11] | |
| 588 24   Q.  What's your current role at | | Pltf Obj Object to | |
| 589  1   Bayer? | | leading and improper | |
| 589  2   A.  I am vice president and head | | expert opinion. | |
| 589  3   of the thrombosis group in clinical | | | |
| 589  4   development. | | | |

| 589:23 -    590:14  Berkowitz, Scott 2016-10-20 | 0:41 | | |
|---|---|---|---|
| 589 23   Q.  And explain for the jury, if | | Re: [588:15-594:11] | Pending |
| 589 24   you would, please, what your personal | | Pltf Obj Object to | |
| 590  1   work primarily focuses on as the head of | | 589:15-594:11 as | |
| 590  2   thrombosis group, global head, and with | | leading, lack of | |
| 590  3   an eye towards clinical development at | | foundation, and attempt | |
| 590  4   Bayer. | | to introduce expert | |
| 590  5   A.  So my job is to oversee our | | opinion through | |
| 590  6   antithrombotics portfolio.  Those are | | corporate witness. | |
| 590  7   drugs that are trying to address the | | Re: [588:15-594:11] | |
| 590  8   conditions of blood clotting.  So stroke, | | Pltf Obj Object to | |
| 590  9   deep vein thrombosis, leg clots, | | leading and improper | |
| 590 10   pulmonary emboli, which are clots.  They | | expert opinion. | |
| 590 11   can cause shortness of breath and | | | |
| 590 12   patients to die.  These kind of | | | |
| 590 13   conditions.  So we work to develop drugs | | | |
| 590 14   to prevent these. | | | |

| 592:9 -    594:11  Berkowitz, Scott 2016-10-20 | 1:50 | | |
|---|---|---|---|
| 592  9   Q.  There was a fair amount of | | Re: [588:15-594:11] | Pending |
| 592 10   talk with counsel for the plaintiffs | | Pltf Obj Object to | |
| 592 11   about the risk side of the equation with | | 589:15-594:11 as | |
| 592 12   respect to Xarelto and anticoagulants and | | leading, lack of | |
| 592 13   antithrombotics.  The benefit side, what | | foundation, and attempt | |
| 592 14   is the benefit side and how does it | | to introduce expert | |
| 592 15   relate to what you were just describing | | opinion through | |
| 592 16   to us? | | corporate witness. | |
| 592 17   A.  Well, the benefit side is | | Re: [588:15-594:11] | |
| 592 18   that we can identify in many patients | | Pltf Obj Object to | |
| 592 19   risk factors that lead them to clot.  And | | leading and improper | |
| 592 20   then on the -- so that would be | | expert opinion. | |
| 592 21   preventive type of preventing these blood | | | |
| 592 22   vessels -- sorry -- these blood clots. | | | |
| 592 23        It's important to remember | | | |
| 592 24   that the hemostatic system is a balance. | | | |
| 593  1   And certain clots can be good if you have | | | |
| 593  2   a break in the blood vessel or a peptic | | | |

611 (c)

see Morvant, supra

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

593  3   ulcer.  You develop a clot to close that
593  4   down.  That's physiologic.  The body is
593  5   doing that on purpose.
593  6        But it becomes pathologic
593  7   when it goes beyond the usual need when
593  8   some disease state occurs or you have
593  9   certain risk factors.  So we inhibit
593 10   those clots.
593 11        And then there's another
593 12   group where you have a clot, and you
593 13   treat that clot.  So there's the
593 14   preventive or prophylaxis like we talked
593 15   about in SPAF, and there's the treatment
593 16   kind.  Once you get it, what do you do.
593 17   Q.  Just to make that a bit more
593 18   understandable for folks like myself, do
593 19   blood clots cause strokes?
593 20   A.  Yes.  That's the -- that's
593 21   the cause of most of the strokes is a
593 22   blood clot.
593 23   Q.  And do people die who have
593 24   blood clots?
594  1   A.  People do die.  First of
594  2   all, about 60 percent of the clots that
594  3   you get in SPAF, these blood clots are
594  4   debilitating strokes.  They're not little
594  5   ones.
594  6   Q.  So when we're talking about
594  7   the efficacy side of the equation in
594  8   these medications that you work on, are
594  9   we talking about medications that are
594 10   designed to basically prevent these types
594 11   of things from occurring?

594:13 - 594:21 Berkowitz, Scott 2016-10-20        0:13

594 13        THE WITNESS:  The goal of
594 14   developing these drugs is to take
594 15   care of these major unmet needs
594 16   where people have a high risk of
594 17   clotting, and these are -- these
594 18   are among the top two or three
594 19   causes of death in the world.
594 20   BY MR. HOROWITZ:
594 21   Q.  To save people's lives?

Re: [594:13-594:21]
Pltf Obj Object as
leading and improper
expert opinion through
corporate witness.
Re: [594:13-594:21]
Pltf Obj Object to
leading and improper
expert opinion.

Pending

594:23 - 594:24 Berkowitz, Scott 2016-10-20        0:01

594 23        THE WITNESS:  That's the
594 24   whole point, yeah.

Re: [594:23-594:24]
Pltf Obj Object as
leading and improper
expert opinion through
corporate witness.
Re: [594:23-594:24]
Pltf Obj Object to
leading and improper
expert opinion.

Pending

595:16 - 597:7 Berkowitz, Scott 2016-10-20        1:24

595 16   Q.  Are there different phases
595 17   of clinical trials?
595 18   A.  Yes.
595 19   Q.  Could you just briefly

Re: [595:16-599:14]
Pltf Obj Object as
leading and improper
expert opinion through

Pending

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

595 20 describe for us the different phases and
595 21 then explain to the jury where you fit
595 22 into the picture?
595 23 A.   Yeah.  So once drugs get
595 24 into humans, because there's a phase of
596  1 discovery of a compound, there's what we
596  2 call preclinical, where they're tested in
596  3 animal models that might be related to
596  4 human disease.  Then there are the three
596  5 or four phases of clinical trials.
596  6        So there's the Phase I
596  7 trials, which is when we're often first
596  8 in humans and we're looking at the PK and
596  9 PD, getting a fix -- excuse me -- on how
596 10 the drug is handled by the body and what
596 11 the drug does to the body -- to the drug.
596 12 Sorry.  What the body does to the drug.
596 13 So it's a back and forth.
596 14        Excuse me.  There's a second
596 15 phase we call Phase II.  This is usually
596 16 where we do the dose ranging where we'll
596 17 look at a wide range of doses.  We'll do
596 18 more of the pharmacokinetic work and
596 19 pharmacodynamic work.
596 20        And then we have Phase III
596 21 where we'll do the clinical trials where
596 22 we have a certain indication, a medical
596 23 need or area to treat, whether it's
596 24 preventing stroke after atrial
597  1 fibrillation, whether it's treating blood
597  2 clots as we had mentioned that are in the
597  3 leg and go to the lungs, whether it's
597  4 embolic stroke of undetermined source or
597  5 acute coronary syndrome.
597  6        All those things would have
597  7 their own clinical trials.

**Objections In (top):** corporate witness.
Re: [595:16-599:14]
**Pltf Obj** Object to leading and improper expert opinion.

599:6  -  600:1  Berkowitz, Scott 2016-10-20      0:36

599  6 Q.   The focus of your work is
599  7 largely which phase?
599  8 A.   So I work primarily in Phase
599  9 III.
599 10 Q.   And those are the larger
599 11 trials to try and provide substantial
599 12 evidence on safety and efficacy or
599 13 benefit-risk?
599 14 A.   Yeah.  Most of --

Re: [595:16-599:14]
**Pltf Obj** Object as leading and improper expert opinion through corporate witness.
Re: [595:16-599:14]
**Pltf Obj** Object to leading and improper expert opinion.

**Responses In:** Pending

599 15        MR. BARR:  Objection.
599 16        THE WITNESS:  Most of my
599 17 work has been the pivotal Phase
599 18 III trials, the trials that come
599 19 to the regulatory authorities for
599 20 the indication.  So they're very
599 21 large, often 1-, 2-, 3,000, up to
599 22 currently 27,000 patients that we
599 23 evaluate the therapies for their
599 24 safety and their efficacy.
600  1 BY MR. HOROWITZ:

Re: [599:16-618:10]
**Pltf Obj** Object to 599:16-24 as leading. Object to 601:1-602:2 for lack of foundation and misleading.  Object to 605:09-607:3 as improper attempt to introduce expert opinion through corporate

**Responses In:** Pending

| | Objections In | Responses In | Rulings |
|---|---|---|---|

witness.  Object to
614:06-16 as leading.
Object to 608:13-618:10
as leading and improper
expert testimony.
**Re: [599:16-618:10]**
**Pltf Obj** Object to
leading and lack of
foundation and
improper expert
opinion.  Also object to
references to other
anticoagulants and
improper expert
bolstering.

---

**600:21 -   602:2**  Berkowitz, Scott 2016-10-20          1:09

| 600 | 21 | Q.   How many doctors or clinical |
| 600 | 22 | trial folks report to you now? |
| 600 | 23 | A.   I have seven physicians |
| 600 | 24 | reporting to me at this time. |
| 601 | 1 | Q.   And they all work on various |
| 601 | 2 | clinical trials? |
| 601 | 3 | A.   Different aspects of our |
| 601 | 4 | clinical trials.  We have a very large |
| 601 | 5 | program with Xarelto.  The company has |
| 601 | 6 | invested in this over a long period of |
| 601 | 7 | time in many different areas of unmet |
| 601 | 8 | need, which is a very exciting part to me |
| 601 | 9 | as I've spent my life developing |
| 601 | 10 | antithrombotic drugs.  So we're having |
| 601 | 11 | the opportunity to look at other areas of |
| 601 | 12 | unmet need that often go ignored, and |
| 601 | 13 | then doctors are left with not having the |
| 601 | 14 | information. |
| 601 | 15 | Q.   When you use the phrase |
| 601 | 16 | "unmet need," what do you mean? |
| 601 | 17 | A.   Well, these are areas where |
| 601 | 18 | we don't think the current standard of |
| 601 | 19 | care is sufficient or there may not be |
| 601 | 20 | any good therapy at the time.  So our |
| 601 | 21 | goal is to -- we focus first -- that's |
| 601 | 22 | how we make our decision as to where to |
| 601 | 23 | go, is where there isn't the most |
| 601 | 24 | important need, but where we think a |
| 602 | 1 | particular molecule in a particular class |
| 602 | 2 | will be effective. |

**Re: [599:16-618:10]**
**Pltf Obj** Object to
599:16-24 as leading.
Object to 601:1-602:2
for lack of foundation
and misleading.  Object
to 605:09-607:3 as
improper attempt to
introduce expert opinion
through corporate
witness.  Object to
614:06-16 as leading.
Object to 608:13-618:10
as leading and improper
expert testimony.
**Re: [599:16-618:10]**
**Pltf Obj** Object to
leading and lack of
foundation and
improper expert
opinion.  Also object to
references to other
anticoagulants and
improper expert
bolstering.

Pending

Overrule

---

**641:13 -   641:17** Berkowitz, Scott 2016-10-20          0:10

| 641 | 13 | Q.   Is it fair to say when you |
| 641 | 14 | chose to come to Bayer in 2006, that you |
| 641 | 15 | had spent virtually your entire |
| 641 | 16 | professional career working in the area |
| 641 | 17 | of antithrombosis? |

**Re: [637:1-641:17]**
**Pltf Obj** Object to 637:1-
638:11 as leading and
irrelevant.  Object to
641:13-17 as leading

Pending

| | Objections In | Responses In | Rulings |
|---|---|---|---|

Re: [637:1-641:17]
**Pltf Obj** Object to leading and lack of foundation and improper expert opinion. Also object to references to other anticoagulants and improper expert bolstering.

641:19 -   642:4   Berkowitz, Scott 2016-10-20

0:11

641  19          THE WITNESS:  In -- in
641  20     essence, it's been 20 -- it's been
641  21     26 years, just in the
641  22     antithrombotics, another five
641  23     years in coagulation in general.
641  24     So I've spent my whole career
642   1     there.
642   2   BY MR. HOROWITZ:
642   3   Q.   Your entire career?
642   4   A.   Yeah.

Re: [641:19-645:24]
**Pltf Obj** Object as leading and improper expert opinion through corporate witness.
Re: [641:19-645:24]
**Pltf Obj** Object to leading and lack of foundation and improper expert opinion. Also object to references to other anticoagulants and improper expert bolstering.

Pending

655:5  -   657:14  Berkowitz, Scott 2016-10-20

2:01

655   5   Q.   Let me ask about OD versus
655   6     BID and that decision that you're talking
655   7     about.  What do you mean that was a
655   8     follow-the-science type of decision?
655   9   A.   Well, you know, the initial
655  10     part -- and I think Mr. Barr and I
655  11     discussed this.  When one first looks at
655  12     drug in general, we often look at the
655  13     half-life and it give us a sense of what
655  14     a drug might be if it's oral.  Is it once
655  15     a day, twice a day, three times a day.
655  16     That's a first step.
655  17          But coagulation is a little
655  18     bit different.  And initially Xarelto was
655  19     the same way.  It was looked at first
655  20     from the half-life.  And it started off
655  21     in twice-a-day dosing.  And several
655  22     trials were done.  There were three
655  23     orthopedic trials done that way.
655  24          While that was going on,
656   1     then some more sophisticated coagulation
656   2     testing was done.  First they do the
656   3     usual, PT, PTT, the things that we have
656   4     available in hospital labs.  But there
656   5     was another test being developed back in
656   6     that time which is used now, although not
656   7     so easy to do as a PT, PTT.  And that's
656   8     called the thrombin generation time.
656   9          And the bottom line is, it's
656  10     just a measure of how a molecule might
656  11     affect thrombin.  Thrombin, as we said,
656  12     is an important molecule in coagulation.

Re: [655:5-657:22]
**Pltf Obj** Object as leading and improper expert opinion through corporate witness.
Re: [655:5-657:22]
**Pltf Obj** Object to leading.  Object to improper expert opinion and lack of foundation.

Pending

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| 656 | 13 | So what we learned in those |
| 656 | 14 | studies -- and actually, I should say |
| 656 | 15 | what they learned, because I wasn't there |
| 656 | 16 | at the company -- was that the molecule |
| 656 | 17 | inhibited thrombin for over 24 hours. |
| 656 | 18 | The PT, you know, there's a shorter |
| 656 | 19 | period of time.  The half-life, shorter |
| 656 | 20 | period. |
| 656 | 21 | But our goal with |
| 656 | 22 | coagulation is affecting the clotting in |
| 656 | 23 | the patient, not in the test tube, not in |
| 656 | 24 | the PT test or PTT test or any of those |
| 657 | 1 | tests, but in the patient. |
| 657 | 2 | And so they started adding |
| 657 | 3 | OD, once a day, in the testing.  Well, |
| 657 | 4 | that's following the science.  It cost |
| 657 | 5 | us, I think, nine months or a year.  We |
| 657 | 6 | added another program, could have gone to |
| 657 | 7 | market if things were successful a year |
| 657 | 8 | earlier, but that wasn't the way they |
| 657 | 9 | developed that molecule. |
| 657 | 10 | There's four orthopedic |
| 657 | 11 | dosing studies, two DVT/PE studies, a |
| 657 | 12 | full range in ACS.  That's the kind of |
| 657 | 13 | thing that a scientist really appreciates |
| 657 | 14 | inside a company. |

**658:24 - 664:19 Berkowitz, Scott 2016-10-20**                                      4:52

| | | | Objections | |
|---|---|---|---|---|
| 658 | 24 | BY MR. HOROWITZ: | Re: [657:24-666:5] | Pending |
| 659 | 1 | Q.  Let me back up a little bit. | **Pltf Obj** Object as | |
| 659 | 2 | When you get to Bayer and you're working | leading and improper | |
| 659 | 3 | on Xarelto, what was the problem and what | expert opinion through | |
| 659 | 4 | was the unmet medical need, if you will, | corporate witness. | |
| 659 | 5 | that you and the scientists and doctors | Re: [657:24-666:5] | |
| 659 | 6 | at Bayer were trying to solve in | **Pltf Obj** Object to | |
| 659 | 7 | developing a drug like Xarelto? | leading.  Object to | |
| 659 | 8 | A.  Well, there were several | improper expert opinion | |
| 659 | 9 | indications that still need -- that | and lack of foundation. | |
| 659 | 10 | needed, and there are some that -- that | | |
| 659 | 11 | need and aren't yet attacked, at that | | |
| 659 | 12 | time. | | |
| 659 | 13 | But -- so the prophylaxis or | | |
| 659 | 14 | prevention of blood clots after total hip | | |
| 659 | 15 | and total knee surgery is a really | | |
| 659 | 16 | important area.  These patients, if -- if | | |
| 659 | 17 | a knee patient does not have any | | |
| 659 | 18 | prophylaxis, they have a 50 to 65 percent | | |
| 659 | 19 | rate of having a blood clot in their leg. | | |
| 659 | 20 | And if it's a hip, then it's on the order | | |
| 659 | 21 | of 40 to 50 percent.  So something needs | | |
| 659 | 22 | to be done. | | |
| 659 | 23 | But what did we have?  We | | |
| 659 | 24 | had aspirin, which -- which some doctors | | |
| 660 | 1 | still use.  We had warfarin, which takes | | |
| 660 | 2 | days and up to two weeks to be in | | |
| 660 | 3 | steady-state.  And by then the -- the | | |
| 660 | 4 | risk is almost over.  We had heparin, | | |
| 660 | 5 | which means that patients had to inject | | |
| 660 | 6 | themselves.  So there was an area where | | |
| 660 | 7 | an oral drug could be of benefit. | | |
| 660 | 8 | There was the treatment of | | |
| 660 | 9 | deep vein thrombosis and pulmonary | | |
| 660 | 10 | embolism.  Again, what did we have? | | |

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

660 11  Unfractionated heparin, low

660 12  molecular-weight heparin, warfarin.

660 13  And then we had SPAF. So we

660 14  had -- and -- and then there are others

660 15  after that. So those are what we were

660 16  looking at.

660 17  Q.   Okay. And those are the

660 18  particular indications you were looking

660 19  at, correct?

660 20  A.   Yes.

660 21  Q.   Okay. What about in

660 22  comparison to warfarin, low

660 23  molecular-weight heparin, and heparin,

660 24  what were the -- the issues with those

661  1  drugs that you were trying to solve by

661  2  developing Xarelto?

661  3  A.   Well, the goal was to try to

661  4  be able to give the medication without

661  5  worry about food, that whatever food that

661  6  the patient took or whatever drugs that

661  7  they took. So the goal was to try to

661  8  find a drug that had predictable

661  9  pharmacokinetics and pharmacodynamics.

661 10  What -- what do I mean? I

661 11  mean that we know what range the patient

661 12  will be in for their -- their

661 13  concentration maximum and when the drug

661 14  would be eliminated and when you could

661 15  give the drug again, and you can do that

661 16  day in and day out.

661 17  Q.   And do you consider Xarelto

661 18  to be an improvement over warfarin and

661 19  heparin and low molecular-weight heparin?

661 20  A.   I certainly do not discount

661 21  the value of warfarin and its

661 22  effectiveness. But it's so hard to use,

661 23  many patients don't want to be on it,

661 24  can't be on it. And doctors can't manage

662  1  it. And I certainly consider Xarelto to

662  2  be a major achievement.

662  3  If we think about what

662  4  happens to a patient today versus when --

662  5  we are talking 15 years ago -- who has

662  6  deep vein thrombosis with risk of

662  7  pulmonary embolism, what happens today.

662  8  They go to the doctor's office or

662  9  emergency department and what would

662 10  happen 15 years ago is they would be

662 11  admitted to the hospital, and they would

662 12  be started on unfractionated heparin.

662 13  And today they go to the doctor's office.

662 14  They are in an emergency room. They get

662 15  oral Xarelto. In two hours the doctor

662 16  knows that it's effective and they can go

662 17  home. I would say that's a major advance

662 18  for patients and doctors in the

662 19  healthcare system.

662 20  Q.   I've heard the phrase "fixed

662 21  dosing without the need for routine

662 22  anticoagulation monitoring" with respect

662 23  to Xarelto. Are you familiar with that

662 24  phrase?

663  1  A.   I -- I've heard that term

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

663 2    before, yes.
663 3    Q.   Okay.  What does fixed
663 4    dosing mean?
663 5    A.   Fixed dosing just means that
663 6    we -- we've studied a range of doses to
663 7    get us into Phase III.  We choose a dose.
663 8    We test it, and if it's effective and
663 9    safe, that -- that patients can get that
663 10   dose, then it's fixed at that dose.
663 11          Some adjustments might be
663 12   needed.  For example, in SPAF, we know
663 13   that patients with moderate renal failure
663 14   need some dose adjustment.  We tested for
663 15   that.  So you can think of us giving two
663 16   doses in the SPAF ROCKET-AF program.  But
663 17   we fixed it at that dose after doing some
663 18   study.
663 19   Q.   Does every indication for
663 20   Xarelto have the same dose?
663 21   A.   Well, that's something
663 22   unique to the program.  We studied
663 23   Xarelto indication by indication.  That's
663 24   time consuming, resource consuming.  But
664 1    each patient population is different and
664 2    needs to be tested according to the
664 3    patient population.  So this is why we
664 4    have, in many, many cases, different
664 5    doses for the different indications.
664 6    Q.   For example, what are the --
664 7    what are the two doses for SPAF, or -- or
664 8    atrial fibrillation that you just
664 9    mentioned?
664 10   A.   So we use a 20 milligrams
664 11   once a day for patients unless their
664 12   creatinine clearance, which is a measure
664 13   of kidney function, is in the range of
664 14   49 milliliters per minute down to
664 15   30 milliliters per minute.  If it's lower
664 16   than that, then we recommend not to be
664 17   using Xarelto.
664 18   Q.   And what about VTE
664 19   prevention for somebody who has had

665:18 -   666:5  Berkowitz, Scott 2016-10-20                    0:25
665 18   Q.   Okay.  I want to talk about          Re: [657:24-666:5]          Pending
665 19   a topic now that we talked a lot about   Pltf Obj Object as
665 20   over the last day and a half with counsel leading and improper
665 21   for plaintiffs, this idea of therapeutic expert opinion through
665 22   drug monitoring.                         corporate witness.
665 23          Are you with me?                  Re: [657:24-666:5]
665 24   A.   Yeah.  Mm-hmm.                      Pltf Obj Object to
666 1    Q.   First of all, do patients           leading.  Object to
666 2    taking Xarelto for any of these          improper expert opinion
666 3    indications we just went through, need to and lack of foundation.
666 4    have routine anticoagulation therapeutic
666 5    drug monitoring done?

666:7 -   666:19 Berkowitz, Scott 2016-10-20                    0:22
666 7    THE WITNESS:  It's our           Re: [666:7-666:19]          Pending
666 8    opinion that routine therapeutic Pltf Obj Object as
666 9    drug monitoring is not needed for leading
666 10   Xarelto after the large clinical Re: [666:7-666:19]

| | Objections In | Responses In | Rulings |
|---|---|---|---|

666 11        Phase III programs and indications
666 12        that we've studied and the PK/PD
666 13        work that has been done in
666 14        Phase II.
666 15    BY MR. HOROWITZ:
666 16    Q.   Do patients taking Xarelto
666 17    for any of these indications need to have
666 18    their blood monitored to make sure they
666 19    are getting the proper dose?

**Objections In:**
Pltf Obj Object to leading. Object to improper expert opinion and lack of foundation.

666:21 -   669:12 Berkowitz, Scott 2016-10-20     2:04

666 21        THE WITNESS:  No.  We do not
666 22    believe they need to -- to be
666 23    done.  And that's not just because
666 24    we want to say that, but because
667  1    we have the trial proof to show
667  2    that and the -- the
667  3    pharmacokinetic and
667  4    pharmacodynamic information.
667  5    BY MR. HOROWITZ:
667  6    Q.   And what is it about the
667  7    pharmaco and -- pharmacodynamic or the
667  8    PK/PD profile of Xarelto that makes it so
667  9    you don't need to do this type of
667 10    monitoring?
667 11    A.   Well, we see that the --
667 12    when the CMAX comes in for -- for
667 13    patients, and when the drug is
667 14    eliminated, we know that we can give it
667 15    once a day.  It does not accumulate.  So
667 16    you -- you can give the next day the next
667 17    dose and there won't be this build-up of
667 18    drug because it's metabolized.  We
667 19    understand its metabolism very well.  We
667 20    know that it has several roots of
667 21    elimination.  So it's not primary renal.
667 22    It's partly renal and partly liver.
667 23        Actually a third goes out
667 24    the kidney unchanged, one third is
668  1    metabolized by the kidneys, and one third
668  2    is metabolized by the liver.  So it has a
668  3    nice spread.
668  4        We know that food doesn't
668  5    affect it.  We know that food improves
668  6    absorption, but it's important to
668  7    understand that Xarelto is not at high
668  8    doses well absorbed.  It works very well
668  9    under doses of say 60 milligrams which is
668 10    higher than we often use, that we ever
668 11    use actually, but as you increase it,
668 12    there's less and less absorption of the
668 13    drug.  It's not that soluble.
668 14        So these are characteristics
668 15    that are important to managing that part
668 16    about not needing routine coagulation
668 17    monitoring.
668 18    Q.   Okay.  And when we talk
668 19    about routine coagulation monitoring with
668 20    respect to anticoagulants, just to be
668 21    clear again, define that for us, what is
668 22    it you're talking about?
668 23    A.   I'm sorry.  Routine --
668 24    Q.   Yeah, routine

**Objections In:**
Re: [666:21-669:12]
Pltf Obj Object as leading and improper expert opinion through corporate witness.
Re: [666:21-669:12]
Pltf Obj Object to leading.  Object to improper expert opinion and lack of foundation.  Object to hearsay anecdotal evidence.

**Rulings:** Pending

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

669  1   anticoagulation monitoring --
669  2   A.   Oh.
669  3   Q.   -- or anticoagulation
669  4   monitoring.
669  5   A.   Just meeting a requirement
669  6   that we have to check periodically to
669  7   make sure that the drug is in a certain
669  8   level, that's not necessary.
669  9   Q.   And is that one of the
669 10   problems that Xarelto was developed to
669 11   solve, the need for that with a drug like
669 12   warfarin?

669:14 -   670:8   Berkowitz, Scott 2016-10-20      0:36
669 14   THE WITNESS:  It is my
669 15   opinion that that's the major
669 16   importance.  I'm not really
669 17   understanding why one would want
669 18   to develop a drug that needs
669 19   monitoring if we could put our
669 20   efforts -- we're only going to get
669 21   to do, in this world, a few kinds
669 22   of projects.  And I would think
669 23   that's where the -- the
669 24   development should be, in drugs
670  1   that don't need to be monitored.
670  2   BY MR. HOROWITZ:
670  3   Q.   Okay.  And to be clear, does
670  4   the absence of the need for the routine
670  5   anticoagulation monitoring recommendation
670  6   mean that doctors don't need to bring
670  7   their patients in for visits to check on
670  8   them or keep an eye on them?

**Objections In (669:14-670:8):**
Re: [669:14-670:8]
Pltf Obj Object as leading and improper expert opinion through corporate witness.
Re: [669:14-670:8]
Pltf Obj Object to leading.  Object to improper expert opinion and lack of foundation.  Object to hearsay anecdotal evidence.

**Rulings:** Pending

670:10 -   672:19   Berkowitz, Scott 2016-10-20      1:52
670 10   THE WITNESS:  No, I think
670 11   this is a misunderstanding.
670 12   What -- what's happened over the
670 13   years is people have become --
670 14   with warfarin, we're focusing on
670 15   the INR visit.  The visit where
670 16   they come at least once a month to
670 17   see the doctor to check the blood
670 18   test.  But anticoagulants,
670 19   whatever they are, are potent
670 20   medicines.  It's not candy.  These
670 21   patients have to be watched
670 22   carefully.  You have to know your
670 23   patient.  You have to watch them
670 24   and -- and ask them the questions
671  1   every month or -- or few weeks or
671  2   whatever you choose.  But you have
671  3   to find a time to talk with the
671  4   patient about how they are doing
671  5   on their medicine and their
671  6   thrombotic disease.  This requires
671  7   physicians to watch their
671  8   patients.
671  9   BY MR. HOROWITZ:
671 10   Q.   Why don't you take a look at
671 11   Exhibit 12, if you will.  This is a slide
671 12   presentation that counsel for plaintiffs
671 13   marked as an exhibit and asked you some

**Objections In (670:10-678:8):**
Re: [670:10-678:8]
Pltf Obj Object as leading and improper expert opinion through corporate witness.
Re: [670:10-678:8]
Pltf Obj Object to leading.  Object to improper expert opinion and lack of foundation.  Object to hearsay anecdotal evidence.

**Rulings:** Pending

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

671 14   questions about.
671 15        Do you recall that?
671 16   A.  I do.
671 17   Q.   And have there been kind of
671 18   ongoing discussions in the medical and
671 19   scientific community about monitoring
671 20   with respect to the new or -- or novel
671 21   oral anticoagulants?
671 22   A.   Yes.  It's -- it's
671 23   understandably uncomfortable when doctors
671 24   have been monitoring drugs like warfarin
672  1   or adjusting PTTs and monitoring
672  2   unfractionated heparin, that when you
672  3   have medications that don't need that it
672  4   seems a little uncomfortable.
672  5   Q.   And remind us, give us some
672  6   context for this slide deck.
672  7        First of all, did you
672  8   prepare Exhibit 12, the slides?
672  9   A.   I did.
672 10   Q.   What's the context of this
672 11   presentation?
672 12   A.   Well, I was asked to give a
672 13   presentation in a point-counterpoint kind
672 14   of debate at this cardiac safety research
672 15   consortium symposium -- symposium on
672 16   December 3, 2015.
672 17   Q.   And did you, in fact, give
672 18   this presentation?
672 19   A.   I did.

673:7 -  673:9  Berkowitz, Scott 2016-10-20       0:03
673  7   Q.   And specifically what was
673  8   the topic that you were asked to present
673  9   upon?

Re: [670:10-678:8]
**Pltf Obj** Object as
leading and improper
expert opinion through
corporate witness.
Re: [670:10-678:8]
**Pltf Obj** Object to
leading.  Object to
improper expert opinion
and lack of foundation.
Object to hearsay
anecdotal evidence.

Pending

675:4 -  678:8  Berkowitz, Scott 2016-10-20       2:31
675  4   Q.   Let's take a look at Slide
675  5   3. I want to walk through some of these
675  6   slides.  Take us through Slide 3. At the
675  7   top it says, "Initial PK/PD measurement.
675  8   Should we do it?"  Is this the first
675  9   section that you just described for us
675 10   how you broke down your presentation?
675 11   A.   Yes.  It was first to
675 12   discuss that, and here we talked about
675 13   clinical value of performing such a
675 14   measurement for NOACs, and there are a
675 15   couple other points on slides afterwards.
675 16   But this was the main one here about
675 17   whether NOAC -- whether there's clinical
675 18   value for making one of these PK/PD
675 19   measurements for NOACs.

Re: [670:10-678:8]
**Pltf Obj** Object as
leading and improper
expert opinion through
corporate witness.
Re: [670:10-678:8]
**Pltf Obj** Object to
leading.  Object to
improper expert opinion
and lack of foundation.
Object to hearsay
anecdotal evidence.

Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

675 20  Q.  And What's the point that
675 21  you make about clinical value?
675 22  A.  Well, it's important when
675 23  you're going to measure that there has to
675 24  be an appropriateness of the measure.  In
676  1  other words, the measure that you choose
676  2  has to be appropriate.
676  3          And it has to be the right
676  4  time to measure.  It's very easy to
676  5  measure for warfarin because warfarin is
676  6  a long-acting medication.  It takes two
676  7  weeks for the patients to be stably
676  8  anticoagulated.  It takes days for them
676  9  to come off the medication.  So you can
676 10  sample at any time.  That's easy to do.
676 11          But these drugs, having a
676 12  short half-life and having a short peak
676 13  and the elimination and the trough,
676 14  that's very difficult to determine the
676 15  very best time to do that.  And then what
676 16  proof is there of clinical worth of even
676 17  taking the measurement?  And that is not
676 18  available at this time.
676 19  Q.  When you say initial
676 20  measurement, what do you mean by that?
676 21  A.  Initial measurement, I
676 22  didn't remember if I had said that, about
676 23  an initial measurement.
676 24  Q.  In other words, the
677  1  beginning of therapy?
677  2  A.  Oh, that's what someone
677  3  would mean about initial measurement,
677  4  yes.
677  5  Q.  Okay.  And what was your
677  6  view with respect to the need to do that
677  7  for Xarelto?
677  8  A.  Well, we don't find a need
677  9  to take a measurement in the routine
677 10  situation.  So when patients have
677 11  whatever condition, you put them on a
677 12  medication, you don't routinely need to
677 13  check a level.
677 14  Q.  And why is that?
677 15  A.  Again, because the PK and PD
677 16  are predictive.  When you give the dose,
677 17  you know what you're getting, assuming
677 18  that you follow the rules of the
677 19  labeling.  So if they are on CYP3A4
677 20  inhibitors, you don't use the medication
677 21  and these things.
677 22  Q.  Okay.  Let's just go through
677 23  a few of these bullet points.  The first
677 24  bullet says, "Appropriateness of the
678  1  measure."
678  2          Do you see that?
678  3  A.  Yes.
678  4  Q.  And I know you mentioned
678  5  that, but what does that mean?
678  6  A.  Simply that the routine
678  7  coagulation tests that we have in the
678  8  laboratory --

| | Objections In | Responses In | Rulings |
|---|---|---|---|

Pending

| | | |
|---|---|---|
| 678 12 | A.  -- are not designed to | **Re: [678:12-680:20]** |
| 678 13 | measure any of the drugs with the | **Pltf Obj** Object as |
| 678 14 | exception of the PTT and the PT.  Now, as | leading and improper |
| 678 15 | I've mentioned both of those tests | expert opinion through |
| 678 16 | actually were developed to detect factor | corporate witness. |
| 678 17 | deficiencies back in the 1960s.  Over | **Re: [678:12-680:20]** |
| 678 18 | time, it was found that they could be | **Pltf Obj** Object to |
| 678 19 | useful if modified to monitor heparin | leading.  Object to |
| 678 20 | with a PTT or with warfarin, the PT test. | improper expert opinion |
| 678 21 | So, the routine tests that | and lack of foundation. |
| 678 22 | doctors order from the coagulation lab | Object to hearsay |
| 678 23 | are not useful in use in the novel | anecdotal evidence. |
| 678 24 | anticoagulants. | |
| 679  1 | Q.   It says under there, "Not | |
| 679  2 | originally designed for this purpose." | |
| 679  3 | What does that mean with respect to PT | |
| 679  4 | and warfarin -- and Xarelto? | |
| 679  5 | A.   Well, as I had mentioned, | |
| 679  6 | that the test was not originally designed | |
| 679  7 | for any monitoring purpose.  But what | |
| 679  8 | happens now is there are a number of | |
| 679  9 | commercial companies that make the | |
| 679 10 | thromboplastin reagent.  That's a reagent | |
| 679 11 | that's needed to perform the PT test. | |
| 679 12 | They are made to be | |
| 679 13 | sensitive to -- they're made two ways, | |
| 679 14 | either to be sensitive to warfarin or to | |
| 679 15 | be sensitive to pick up a lupus | |
| 679 16 | anticoagulant.  This is a rare condition | |
| 679 17 | that some patients can have. | |
| 679 18 | But basically, the | |
| 679 19 | companies' focus, you know, sort of | |
| 679 20 | specialty, is focusing on these two areas | |
| 679 21 | for the PT test.  They're not -- they're | |
| 679 22 | not developed, though, for rivaroxaban, | |
| 679 23 | dabigatran, Eliquis, or edoxaban. | |
| 679 24 | Q.   You were asked a lot of | |
| 680  1 | questions even about a specific assay of | |
| 680  2 | PT test called the Neoplastin assay that | |
| 680  3 | was actually used to measure in the | |
| 680  4 | clinical trials of Xarelto.  Do you | |
| 680  5 | recall those questions? | |
| 680  6 | A.   Yes. | |
| 680  7 | Q.   And plaintiffs' counsel | |
| 680  8 | suggested in his questions to you that | |
| 680  9 | Bayer should tell doctors to do a PT test | |
| 680 10 | with the Neoplastin PT assay at the | |
| 680 11 | initiation or beginning of therapy.  Do | |
| 680 12 | you recall those questions? | |
| 680 13 | A.   I remember that. | |
| 680 14 | Q.   Do you agree with that | |
| 680 15 | suggestion by counsel for plaintiffs that | |
| 680 16 | Bayer should be telling doctors to do a | |
| 680 17 | PT test with the Neoplastin PT assay at | |
| 680 18 | the beginning of therapy to make | |
| 680 19 | decisions about whether to give a patient | |
| 680 20 | Xarelto or what dose to give the patient? | |

680:22 -   682:14 Berkowitz, Scott 2016-10-20                    1:14

| | | |
|---|---|---|
| 680 22 | THE WITNESS:  No.  Sorry.  I | **Re: [680:22-682:14]** |
| 680 23 | can't agree with that for a number | **Pltf Obj** Object as |
| 680 24 | of reasons.  The PT test, as I | leading and improper |
| 681  1 | mentioned, is not developed for | expert opinion through |

Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| | |
|---|---|
| 681 2 | this. The Neoplastin reagent, of |
| 681 3 | the few that were tested, but |
| 681 4 | there are a number worldwide, was |
| 681 5 | the most sensitive. But it's not |
| 681 6 | the best test for this. |
| 681 7 | And doctors, most of the |
| 681 8 | time, if not all the time, don't |
| 681 9 | have control over what reagent is |
| 681 10 | used in their hospital. That's |
| 681 11 | determined by the pathology |
| 681 12 | department that runs the lab and |
| 681 13 | the procurement department that |
| 681 14 | obtains the reagent in bulk |
| 681 15 | supply. |
| 681 16 | So they get what they can |
| 681 17 | get, and get what they can afford. |
| 681 18 | And if they have a strong desire |
| 681 19 | to have one, that's fine. But it |
| 681 20 | may not work for other situations. |
| 681 21 | So to have doctors do that |
| 681 22 | without any proof that there is |
| 681 23 | any benefit to it, and the fact |
| 681 24 | that the test is not good, means |
| 682 1 | that they could do something with |
| 682 2 | the dose that would be not have |
| 682 3 | been shown in clinical trials. |
| 682 4 | So that's dangerous. Now we |
| 682 5 | are talking about instead of |
| 682 6 | thinking about, oh, well, maybe we |
| 682 7 | could prevent bleeding, then we're |
| 682 8 | talking about not preventing |
| 682 9 | stroke and pulmonary embolism. |
| 682 10 | BY MR. HOROWITZ: |
| 682 11 | Q. And to be clear, if a doctor |
| 682 12 | makes an adjustment of dose and the dose |
| 682 13 | is too low, what's the potential issue |
| 682 14 | for the patient? |

Objections In (Re: [680:22-682:14]):

**Re: [680:22-682:14]**
**Pltf Obj** Object to leading. Object to improper expert opinion and lack of foundation. Object to hearsay anecdotal evidence.

corporate witness. Also speculative as to what agents other doctors have or what their practices are.

| | |
|---|---|
| 682:16 - | 686:24 Berkowitz, Scott 2016-10-20 |

3:15

| | |
|---|---|
| 682 16 | THE WITNESS: Yeah, the |
| 682 17 | potential problem is, of course, |
| 682 18 | that you wouldn't have efficacy. |
| 682 19 | If you had a patient on |
| 682 20 | 15 milligrams and -- because they |
| 682 21 | had renal failure and you decided |
| 682 22 | to put them on 10 based on a PT |
| 682 23 | level and not based on the |
| 682 24 | clinical characteristics of the |
| 683 1 | patient, that's not evidence-based |
| 683 2 | medicine and that's not what we |
| 683 3 | do. |
| 683 4 | That, in my mind, is |
| 683 5 | treating the patient -- sorry -- |
| 683 6 | treating the physician, making |
| 683 7 | them feel better. And I |
| 683 8 | understand why they might. But |
| 683 9 | it's not evidence-based. So it's |
| 683 10 | not treating the patient. It's |
| 683 11 | making the doctor feel better. |
| 683 12 | BY MR. HOROWITZ: |
| 683 13 | Q. Let's go to the next bullet |
| 683 14 | point on Page 3, "Appropriate time to |
| 683 15 | measure." What did you mean by that? |

**Re: [682:16-690:22]**
**Pltf Obj** Object as leading and improper expert opinion through corporate witness. Also speculative as to what agents other doctors have or what their practices are.
**Re: [682:16-690:22]**
**Pltf Obj** Object to leading. Object to improper expert opinion and lack of foundation. Object to hearsay anecdotal evidence.

Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

683 16    A.   Well, again, the NOACs have
683 17    a shorter half-life.  So the timing of
683 18    the sample is much more critical than it
683 19    is with an INR, which you can check
683 20    almost at any time.  And you have to
683 21    decide, well, which are we going to look
683 22    at?  Should we look at peak?  Do we look
683 23    at trough?  Do we look at the mid range?
683 24        And then you're also
684 1    dependent on when to take the sample
684 2    according to when the patient says they
684 3    last took the medication.  We're all
684 4    human, and sometimes we don't remember
684 5    yesterday when we took our Xarelto pill
684 6    or any other pill.
684 7        And that timing is important
684 8    in trying to dose the medication.  I'm
684 9    sorry.  I didn't mean dose.  I meant in
684 10    testing the medication.
684 11    Q.   Let's look at the next
684 12    bullet point.  "Proof of the clinical
684 13    worth of taking the measurement."  I
684 14    think you've probably explained this.
684 15    But give it to us in a short,
684 16    understandable way.
684 17    A.   Right.  When you take a
684 18    value, whatever measurement that you
684 19    take, the value of the concentration
684 20    level or of the PT is fleeting, because
684 21    the concentration level in the blood is
684 22    changing.
684 23        That's not like how it is
684 24    with warfarin where it's fairly constant
685 1    during the day.
685 2        So there's very little
685 3    lasting information beyond the moment of
685 4    testing.  And so you're trying to kind of
685 5    play catchup.  Remember, you know, the
685 6    sample won't come to you with a result
685 7    the next minute.  It probably will take
685 8    an hour or so to get it back.  You have
685 9    to judge, okay, where might the patient
685 10    be on the curve?
685 11        And despite the work that's
685 12    been done so far, there hasn't been any
685 13    direct association made with that having
685 14    a benefit.  So where we are right now is
685 15    that it's just not proven to be of
685 16    clinical benefit.
685 17        The clinical trial data and
685 18    the patient characteristics are what are
685 19    important.
685 20    Q.   All right.  Let's go to
685 21    Slide 5.  You may have just covered the
685 22    first bullet point.  "Value added for the
685 23    patient by taking the measurement not
685 24    clear."
686 1        Have you explained that to
686 2    us or is there anything you want to add
686 3    here?
686 4    A.   Yeah, well, this is another
686 5    important point, I think, about
686 6    coagulation, that when we see a patient

| | Objections In | Responses In | Rulings |
|---|---|---|---|

686  7    who has a blood clot or we see a patient
686  8    that comes in with a bleeding event,
686  9    that, that -- what the value, whether --
686 10    what the value is of a NOAC at that time
686 11    is not when the event occurred.  You
686 12    don't know that.  That could happen
686 13    minutes before.  It could be hours
686 14    before.  It could be days before.  Clots
686 15    in the legs start in the valves and tiny
686 16    vessels.  And then they grow and grow and
686 17    grow.
686 18            By the time they're
686 19    symptomatic to you and me, there could be
686 20    hours and days that have gone by.  So the
686 21    measurement is not of value in that
686 22    situation.
686 23            So that's the point of that
686 24    bullet.

689:3  -  690:22 Berkowitz, Scott 2016-10-20                1:48

689  3    Q.   Let me ask you, plaintiffs'
689  4    counsel in -- in his questions to you
689  5    asked you about the correlation between
689  6    blood plasma concentration of rivaroxaban
689  7    and bleeding risk.
689  8            Do you recall that?
689  9    A.   Right.
689 10    Q.   And he asked you questions
689 11    about whether it would be misleading to
689 12    say that there's no correlation between
689 13    Xarelto blood plasma concentration and
689 14    bleeding risk.
689 15            Do you recall that
689 16    conversation?
689 17    A.   Yes, it was a little bit
689 18    confusing, because there was some mixup
689 19    with concentrations and PTs.  And I was
689 20    not clear on some of the questions.
689 21    Q.   Okay.  In what phase of the
689 22    clinical trials did the company primarily
689 23    look at the PK/PD parameters and blood
689 24    plasma concentration and bleeding risk?
690  1    A.   So all that work was done in
690  2    the Phase III -- sorry -- the Phase II
690  3    studies, the dosing studies.  So the
690  4    orthopedic for phase II studies.  The VTE
690  5    treatment Phase II studies.  We also had
690  6    ACS studies.
690  7    Q.   And -- and how would you
690  8    characterize the range of doses that were
690  9    looked at in Phase II?
690 10    A.   Well, there we -- we went to
690 11    a range from 1.25 milligrams, I believe,
690 12    all the way up to 80 milligrams.  These
690 13    are 80 milligrams, of course, and -- and
690 14    above 20 milligrams as we know we don't
690 15    use, but we did a wide range in those
690 16    studies.  That is the purpose of them.
690 17    Q.   Okay.  And what did you see
690 18    in the Phase II when you looked at this
690 19    broad or wide range of doses, what did
690 20    you see with respect to concentration
690 21    increases at those higher doses and the

**Responses / Rulings column:**

Pending

Re: [682:16-690:22]
Pltf Obj Object as
leading and improper
expert opinion through
corporate witness.  Also
speculative as to what
agents other doctors
have or what their
practices are.
Re: [682:16-690:22]
Pltf Obj Object to
leading.  Object to
improper expert opinion
and lack of foundation.
Object to hearsay
anecdotal evidence.

04/20/17 15:10

|  | Objections In | Responses In | Rulings |
|---|---|---|---|

690 22          correlation to bleeding risk?

690:24 -    691:18 Berkowitz, Scott 2016-10-20          0:35

690 24                    THE WITNESS: Well, I think
691 1          this is where the confusion came
691 2          in. So I was thinking about our
691 3          work in Phase II, and when you get
691 4          up into that range, into 60 and
691 5          80 milligrams, then you certainly
691 6          can see some increase and
691 7          relationship to bleeding risk.
691 8          But it's not in the phase -- in
691 9          the indication doses that we use
691 10          like 20 milligrams or
691 11          10 milligrams in the -- the
691 12          different indications we have
691 13          approval for.
691 14 BY MR. HOROWITZ:
691 15          Q.  Do you see a correlation
691 16          between bleeding risk and blood plasma
691 17          concentration within the therapeutic
691 18          doses?

Re: [690:24-691:18]
Pltf Obj Object as
leading
Re: [690:24-691:18]
Pltf Obj Object to
leading. Object to
improper expert opinion
and lack of foundation.
Object to hearsay
anecdotal evidence.

Pending

691:20 -    692:9 Berkowitz, Scott 2016-10-20          0:19

691 20                    THE WITNESS: I -- I don't
691 21          believe that's been shown. I
691 22          don't think we saw that. I think
691 23          we saw it in those -- we just saw
691 24          it in our Phase II studies where
692 1          we really looked at this
692 2          carefully, at the high ranges.
692 3 BY MR. HOROWITZ:
692 4          Q.  The high range of doses?
692 5          A.  High range of -- of doses as
692 6          part of that whole program. Looking
692 7          for -- we didn't know where it was going
692 8          to come in, but that's where it came in,
692 9          at doses that are not used or approved.

Re: [691:20-692:9]
Pltf Obj Object as
leading
Re: [691:20-692:9]
Pltf Obj Object to
leading. Object to
improper expert opinion
and lack of foundation.
Object to hearsay
anecdotal evidence.

Pending

693:11 -    694:18 Berkowitz, Scott 2016-10-20          1:15

693 11          Q.  Let's go back to your slide
693 12          deck. Let's turn to Slide 9. I think
693 13          we're up to B now.
693 14          A.  Yes.
693 15          Q.  Is there a rationale for
693 16          monitoring?
693 17          A.  It was the middle section of
693 18          the talk.
693 19          Q.  Okay. And -- and what are
693 20          you conveying with respect to your first
693 21          bullet point: "When is it valuable to
693 22          monitor routinely?"
693 23          A.  Yeah, so this is a -- just a
693 24          general discussion of -- of monitoring.
694 1          And here we are talking about monitoring
694 2          in a routine way of labs. And the
694 3          question is just when is it valuable to
694 4          monitor routinely. So what situations
694 5          would you consider.
694 6                    So if you have a test that
694 7          accurately and precisely measures the
694 8          drug levels, if you have a target window
694 9          that validated and maintained, if the

Re: [693:11-694:18]
Pltf Obj Object as
leading
Re: [693:11-694:18]
Pltf Obj Object to
leading. Object to
improper expert opinion
and lack of foundation.
Object to hearsay
anecdotal evidence.

Pending

04/20/17 15:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | |
|---|---|---|
| 694 | 10 | test actually predicts clinical outcome, |
| 694 | 11 | and if modifying the treatment on the |
| 694 | 12 | basis of the test result is shown to |
| 694 | 13 | improve outcome, these would be |
| 694 | 14 | situations where that could make a |
| 694 | 15 | difference. And you might want to |
| 694 | 16 | monitor routinely. |
| 694 | 17 | Q.  Has that ever been shown for |
| 694 | 18 | Xarelto? |

694:20 -   697:2   Berkowitz, Scott 2016-10-20                    1:48

| | | | |
|---|---|---|---|
| 694 | 20 | THE WITNESS:  That's not | **Pending** |
| 694 | 21 | been shown for Xarelto. | |
| 694 | 22 | BY MR. HOROWITZ: | |
| 694 | 23 | Q.  Let's take a look at the | |
| 694 | 24 | next slide, Page 10. | |
| 695 | 1 | A.  Yeah. | |
| 695 | 2 | Q.  Now, this is titled "When is | |
| 695 | 3 | it not valuable to monitor or measure?" | |
| 695 | 4 | Is -- is there a difference | |
| 695 | 5 | between monitor and measure in your mind? | |
| 695 | 6 | A.  Yes.  I -- I think when -- | |
| 695 | 7 | we have to be careful about the words | |
| 695 | 8 | that we use and we want to be clear with | |
| 695 | 9 | each other when we use them. | |
| 695 | 10 | So in these -- in this | |
| 695 | 11 | context, we've been using monitor to mean | |
| 695 | 12 | checking periodically and being required | |
| 695 | 13 | to do that, a laboratory test.  That's as | |
| 695 | 14 | opposed to being able to measure. | |
| 695 | 15 | Something that the company has worked on | |
| 695 | 16 | for years and has achieved with other | |
| 695 | 17 | commercial companies. | |
| 695 | 18 | We do have a laboratory test | |
| 695 | 19 | that can be used to measure.  It's not | |
| 695 | 20 | yet approved in the U.S., but it's | |
| 695 | 21 | something we've worked hard with the | |
| 695 | 22 | companies to allow. | |
| 695 | 23 | Q.  What test is that? | |
| 695 | 24 | A.  Well, this is a test that's | |
| 696 | 1 | not based on the PT test, because that -- | |
| 696 | 2 | although research was done on that, it's | |
| 696 | 3 | just not reliable as a -- as a base for | |
| 696 | 4 | the test. | |
| 696 | 5 | Q.  Let me pause you there. | |
| 696 | 6 | When you say research was done on that, | |
| 696 | 7 | who did that research? | |
| 696 | 8 | A.  Well, the way we worked for | |
| 696 | 9 | this is we weren't trying to have a | |
| 696 | 10 | commercial test of our own from Bayer. | |
| 696 | 11 | So the company worked with | |
| 696 | 12 | actually five companies that are | |
| 696 | 13 | diagnostics companies, and we gave | |
| 696 | 14 | intellectual support along with academic | |
| 696 | 15 | leaders and provided substance to use to | |
| 696 | 16 | do the testing.  So it was done | |
| 696 | 17 | independently, but we -- we talked with | |
| 696 | 18 | the thought leaders on that. | |
| 696 | 19 | Q.  Did you also provide Dr. Ted | |
| 696 | 20 | Spiro to work on that? | |
| 696 | 21 | A.  Yes, Dr. Ted Spiro's a -- he | |
| 696 | 22 | is actually a pathologist initially, but | |
| 696 | 23 | worked in antithrombotics for many years. | |

Objections In:

Re: [694:20-697:2]
**Pltf Obj** Object as
leading
Re: [694:20-697:2]
**Pltf Obj** Object to
leading.  Object to
improper expert opinion
and lack of foundation.
Object to hearsay
anecdotal evidence.

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

```
696  24      And he reports to me.  He had expertise
697   1      in that area, so he's been working on
697   2      that.
```

697:19 -   698:18 Berkowitz, Scott 2016-10-20                    0:56

```
697  19      Q.   Yeah.  What was -- what
697  20      was -- why was the company looking at PT
697  21      in terms of developing a test that could
697  22      measure prothrombin time in the context
697  23      of the Xarelto development program?
697  24      A.   Well, they were looking at
698   1      it not that the PT itself would be, but
698   2      that you could use it as a base to
698   3      develop a test.  And it's simpler.  So --
698   4      and doctors would have some -- more
698   5      familiarity, the lab would -- it would be
698   6      a little bit easier.  So that's the
698   7      start.  I mean, if you could, you would.
698   8          But -- but doing that work,
698   9      it turned out that the anti-Factor Xa
698  10      assay, which is a little bit more
698  11      complicated was a better base, a more
698  12      reliable base to develop the entire test
698  13      on.
698  14      Q.   So as between the PT test,
698  15      even when using Neoplastin assay and
698  16      anti-Factor Xa, for measuring
698  17      rivaroxaban, it turned out the
698  18      anti-Factor Xa was the better way to go?
```

Re: [697:19-698:18]
**Pltf Obj** Object as leading. Lack of foundation. Calls for expert opinion from corporate witness.
Re: [697:19-698:18]
**Pltf Obj** Object to leading. Object to improper expert opinion and lack of foundation. Object to hearsay anecdotal evidence.

Pending

698:21 -   699:1 Berkowitz, Scott 2016-10-20                    0:04

```
698  21          THE WITNESS: Yeah, because
698  22      the PT test was -- was just not
698  23      sensitive, especially at the lower
698  24      levels.
699   1          BY MR. HOROWITZ:
```

Re: [698:21-701:17]
**Pltf Obj** Object as leading. Lack of foundation. Calls for expert opinion from corporate witness.
Re: [698:21-701:17]
**Pltf Obj** Object to leading. Object to improper expert opinion and lack of foundation. Object to hearsay anecdotal evidence.

Pending

704:20 -   708:11 Berkowitz, Scott 2016-10-20                    3:03

```
704  20      Q.   Let's go back to your slide
704  21      deck, Page 12.  The title is, "What we
704  22      should do rather than monitor measure a
704  23      level."  And the first bullet point is,
704  24      "Monitor the patient."  What do you mean
705   1      by that?
705   2      A.   Yes, I get a little vehement
705   3      about this point, because I care so much
705   4      about patients.  But, you know, despite
705   5      spending my career in developing
705   6      antithrombotic medications, it was never
705   7      about not being able to see the patient.
705   8      In other words, be free of seeing them
705   9      for six months.  As I said,
705  10      anticoagulants are very potent medicines.
705  11      But they have a very important purpose.
705  12          But we have to watch the
```

Re: [704:20-708:11]
**Pltf Obj** Object as leading and improper expert opinion through corporate witness.
Re: [704:20-708:11]
**Pltf Obj** Object to leading.  Object to improper expert opinion and lack of foundation. Object to hearsay anecdotal evidence. Also prejudicial discussions of patient care.

Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

705 13   patient. It's always about the patient.
705 14   So we need to understand them. As they
705 15   he age, they get new patient
705 16   characteristics to worry about. They get
705 17   different medications. And we must see
705 18   them periodically and ask them the litany
705 19   of questions about, for example, did they
705 20   have some bleeding around the gums.
705 21   Maybe they forgot when they brushed their
705 22   teeth two weeks ago and you remind of
705 23   that when you ask.
705 24          Or did they have blood on
706  1   the toilet tissue. You ask them about
706  2   the kinds of things that could hint that
706  3   there could be a problem in the future
706  4   and then you act.
706  5          So you don't -- it's not
706  6   just about checking an INR, which is
706  7   convenient. And in some ways, just easy
706  8   to do and not even talk to the patient.
706  9   I checked the INR every four weeks.
706 10   Everything is fine. It's much more than
706 11   just doing a lab test.
706 12   Q.   What do you mean by the
706 13   second-to-last bullet point, "Measure for
706 14   the right reasons"? Explain that to us.
706 15   A.   I think you have to have
706 16   some understanding of what you're
706 17   measuring for. You have to have a reason
706 18   to do it. If a patient said to you, you
706 19   know, I'm having frequent episodes of
706 20   bleeding, but maybe they're more minor.
706 21   Maybe it is gum bleeding or maybe it is
706 22   on the toilet tissue, that could be an
706 23   indication where you might want to check
706 24   it and see if maybe it is at some level.
707  1          But it's more than just
707  2   checking the drug. It's checking
707  3   creatinine clearance. It's checking
707  4   hemoglobin. It's measuring certain
707  5   things that will provide you value. You
707  6   have to be able to interpret the result
707  7   when you get it; otherwise, you increase
707  8   the risk of errors in patient care.
707  9   Q.   The last bullet point,
707 10   "Treat the patient, not a level," what
707 11   does that mean?
707 12   A.   Well, you know, oftentimes
707 13   we'll get a PT value. Let's say it's an
707 14   INR of 3.2. Is that -- that's high.
707 15   Yeah. What do you do? Do you change
707 16   them? Do you change their dose? They've
707 17   been stable for months. You get a 3.2 or
707 18   3.5.
707 19          That's not what most
707 20   physicians should do. They should go
707 21   over the questions with the patient. Did
707 22   their diet change? Did they get new
707 23   medications? Did something change in
707 24   their life? Did they have an infection?
708  1   And if all of that seems pretty stable,
708  2   you're more likely to bring them back in
708  3   a few days and recheck it and see if it

105

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

| 708 | 4 | still is high. | | | |
| 708 | 5 | If it's high then, then you | | | |
| 708 | 6 | may make a change.  But you don't just | | | |
| 708 | 7 | get a list of INRs on your patients that | | | |
| 708 | 8 | day and just start adjusting doses | | | |
| 708 | 9 | without talking with the patient.  You | | | |
| 708 | 10 | treat and monitor the patient, not the | | | |
| 708 | 11 | level. | | | |

**727:7  -   727:11 Berkowitz, Scott 2016-10-20**   0:10

| 727 | 7 | Q.   That said, does the U.S. |
| 727 | 8 | label for Xarelto provide information to |
| 727 | 9 | doctors who need in your view to make |
| 727 | 10 | appropriate decisions about how to best |
| 727 | 11 | treat their patients? |

Re: [727:7-727:11]
**Pltf Obj** Object as leading and lack of foundation and improper expert opinion through corporate witness; also object as calling for legal conclusion.
Re: [727:7-727:11]
**Pltf Obj** Object to leading; improper expert opinion.

Pending

**727:13  -   727:14 Berkowitz, Scott 2016-10-20**   0:00

| 727 | 13 | THE WITNESS:  I think it |
| 727 | 14 | does. |

Re: [727:13-727:14]
**Pltf Obj** Object as leading and lack of foundation and improper expert opinion through corporate witness; also object as calling for legal conclusion.
Re: [727:13-727:14]
**Pltf Obj** Object to leading; improper expert opinion.

Pending

**727:16  -   727:21 Berkowitz, Scott 2016-10-20**   0:09

| 727 | 16 | Q.   Why don't we take a look at |
| 727 | 17 | a few.  Why don't we look at, example, |
| 727 | 18 | Section 5, the warning and precautions |
| 727 | 19 | section. |
| 727 | 20 | A.   Right. |
| 727 | 21 | Q.   What is Section 5.2 headed? |

Re: [727:16-727:21]
**Pltf Obj** Object as leading and lack of foundation and improper expert opinion through corporate witness; also object as calling for legal conclusion.
Re: [727:16-727:21]
**Pltf Obj** Object to leading; improper expert opinion.

Pending

**728:4  -   728:6 Berkowitz, Scott 2016-10-20**   0:03

| 728 | 4 | Q.   What, if anything, does it |
| 728 | 5 | say with regard to evaluation of |
| 728 | 6 | patients? |

Re: [728:4-728:6]
**Pltf Obj** Object as leading and lack of

Pending

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | foundation and improper expert opinion through corporate witness; also object as calling for legal conclusion.<br>**Re: [728:4-728:6]**<br>**Pltf Obj** Object to leading; improper expert opinion. | | |

**728:9 - 729:1** Berkowitz, Scott 2016-10-20                0:30

| | | | |
|---|---|---|---|
| 728 9 | THE WITNESS: Well, as we | **Re: [728:9-729:1]** | Pending |
| 728 10 | had discussed about how we care | **Pltf Obj** Object as | |
| 728 11 | for patients, promptly evaluate | leading and lack of | |
| 728 12 | any signs or symptoms of blood | foundation and | |
| 728 13 | loss and consider the need for | improper expert opinion | |
| 728 14 | blood replacement. | through corporate | |
| 728 15 | So clearly that's evidence | witness; also object as | |
| 728 16 | that you have to watch patients on | calling for legal | |
| 728 17 | anticoagulants. | conclusion. | |
| 728 18 | BY MR. HOROWITZ: | **Re: [728:9-729:1]** | |
| 728 19 | Q.   What about, for example, | **Pltf Obj** Object to | |
| 728 20 | Section 5.4, use in patients with renal | leading; improper expert | |
| 728 21 | impairment.  What does it say with | opinion. | |
| 728 22 | respect to patients and what does it -- | | |
| 728 23 | what type of information is provided to | | |
| 728 24 | doctors about patients with nonvalvular | | |
| 729 1 | atrial fibrillation? | | |

**729:4 - 729:13** Berkowitz, Scott 2016-10-20                0:17

| | | | |
|---|---|---|---|
| 729 4 | THE WITNESS: In that | **Re: [729:4-729:13]** | Pending |
| 729 5 | particular situation, it says | **Pltf Obj** Object as | |
| 729 6 | periodically assess renal function | leading and lack of | |
| 729 7 | as clinically indicated; that is, | foundation and | |
| 729 8 | more frequently in situations in | improper expert opinion | |
| 729 9 | which renal function may decline, | through corporate | |
| 729 10 | and adjust therapy accordingly to | witness; also object as | |
| 729 11 | the dosage and administration | calling for legal | |
| 729 12 | Section of 2.4 where we provide | conclusion. | |
| 729 13 | that information. | **Re: [729:4-729:13]** | |

**733:17 - 734:11** Berkowitz, Scott 2016-10-20                0:40

| | | | |
|---|---|---|---|
| 733 17 | One of the things you spent | **Pltf Obj** Object to leading; improper expert opinion. | |
| 733 18 | some time talking about was language | | |
| 733 19 | about PT in the United States product | | |
| 733 20 | insert.  Do you remember that? | | |
| 733 21 | A.   Yes. | | |
| 733 22 | Q.   And you said there was | | |
| 733 23 | language about PT that was proposed by | | |
| 733 24 | Janssen I believe, that the regulatory | | |
| 734 1 | authority would not allow into the label; | | |
| 734 2 | is that correct? | | |
| 734 3 | A.   What I said was that we have | | |
| 734 4 | standard language in our CCDS, our core | | |
| 734 5 | data sheet, and we include it in the SPC. | | |
| 734 6 | I know that we use it for all the labels, | | |
| 734 7 | and that it was initially there and then | | |
| 734 8 | during the interchange back and forth | | |
| 734 9 | it's not.  And they -- they struck it. | | |
| 734 10 | They have their reasons for why they do | | |
| 734 11 | different things but that's what I know. | | |

**734:12 - 734:21** Berkowitz, Scott 2016-10-20                0:20

| | Objections In | Responses In | Rulings |
|---|---|---|---|

734 12    Q.   But you were not involved in
734 13    label negotiations between Janssen and
734 14    the FDA for the United States product
734 15    insert, were you?
734 16    A.   No.  That's not correct.
734 17    I -- I am.  I'm not deeply involved in
734 18    it.  They keep us in communication.  We
734 19    may comment on the label that they go
734 20    back and forth.  So there's some
734 21    interaction.  But they are responsible.

**735:1  -  735:10 Berkowitz, Scott 2016-10-20**    0:21
735  1           You were not yourself
735  2    directly involved in the negotiations,
735  3    negotiating the label, with the FDA?
735  4    A.   No.  That's part of the
735  5    regulatory positions at J&J.
735  6    Q.   And as I believe you
735  7    testified to, you don't know why the FDA
735  8    struck that language, do you?
735  9    A.   I don't remember why that
735 10    was.

**735:20  -  736:1 Berkowitz, Scott 2016-10-20**    0:11
735 20    Q.   Okay.  Let me show you what
735 21    I'm going to mark as Exhibit 58.  And
735 22    this will be Plaintiffs' 2905274.
735 23        {Document marked for
735 24        identification as Exhibit
736  1        Berkowitz-58.}

Re: [735:20-736:1] / Re: [735:20-736:1]   Pending
**Def Obj** R, P, Relevance- / Pltf Resp Relevant to
Foreign Regulatory, LF, / failure to warn
PK / claims and witness's
/ false statement that
/ FDA struck warning
/ language.  Witness
/ previously
/ established
/ foundation and
/ knowledge regarding
/ labeling
/ negotiations.

**736:6  -  736:10 Berkowitz, Scott 2016-10-20**    0:10
736  6    Q.   Exhibit 58 is a document
736  7    entitled "Xarelto USPI Label Contingency
736  8    Document" from LRC, April 23, 2009,
736  9    correct?
736 10    A.   Yes.

Re: [736:6-736:10] / Re: [736:6-736:10]   Pending
**Def Obj** R, P, Relevance- / Pltf Resp Relevant to
Foreign Regulatory, LF, / failure to warn
PK / claims and witness's
/ false statement that
/ FDA struck warning
/ language.  Witness
/ previously
/ established
/ foundation and
/ knowledge regarding
/ labeling
/ negotiations.

**737:13  -  737:22 Berkowitz, Scott 2016-10-20**    0:18
737 13    Q.   If you look you see there's
737 14    a statement in the middle of the box that
737 15    says, "Will we need to add a new 5.4
737 16    laboratory section like Lovenox?"
737 17        Do you see that?

Re: [737:13-737:22] / Re: [737:13-737:22]   Pending
**Def Obj** R, P, Relevance- / Pltf Resp Relevant to
Foreign Regulatory, LF, / failure to warn
PK / claims and witness's
/ false statement that

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|

737 18    A.  I do.
737 19    Q.  You understand that Section
737 20     5 is the warning section of the United
737 21     States product insert, right?
737 22    A.  Yes.

**Re: [737...]** (Responses In) FDA struck warning language.  Witness previously established foundation and knowledge regarding labeling negotiations.

---

**738:4  -  738:23** Berkowitz, Scott 2016-10-20          0:37

738  4    Q.  It says, "Only if section is
738  5     requested, consider modifying
738  6     significantly without stool occult blood
738  7     test and PT is not insensitive."
738  8         Do you see that?
738  9    A.  Yeah.
738 10    Q.  Okay.  And what it says
738 11     is -- and then it lists the language from
738 12     the Canadian label.
738 13         Do you see that?
738 14    A.  I do.
738 15    Q.  And so the instructions is
738 16     only give this if the section is
738 17     requested, right?
738 18    A.  Well, it says, "Only if
738 19     section is requested, consider modifying
738 20     significantly without stool occult blood
738 21     test and PT is not insensitive."
738 22    Q.  Right.
738 23    A.  Yeah.

Objections In: **Re: [738:4-738:23]**
**Def Obj** R, P, Relevance-Foreign Regulatory, LF, PK

Responses In: Re: [738:4-738:23]     Pending
Pltf Resp Relevant to failure to warn claims and witness's false statement that FDA struck warning language.  Witness previously established foundation and knowledge regarding labeling negotiations.

---

**739:12 -  740:5** Berkowitz, Scott 2016-10-20          0:35

739 12    Q.  If you go over to the third
739 13     box there on the bottom, it just has in
739 14     bold, "Number 1, defend not having any
739 15     laboratory monitoring statement in the
739 16     warning section," doesn't it?
739 17    A.  Sorry.  Where are you?
739 18    Q.  This box right here.
739 19    A.  Okay.  Thank you.
739 20    Q.  It says, "Defend not having
739 21     any laboratory monitoring statement,"
739 22     doesn't it?
739 23    A.  Yes.
739 24    Q.  And this is in the warning
740  1     section?
740  2    A.  Yes.
740  3    Q.  And it strikes out "if
740  4     needed" all of this language about PT,
740  5     correct?

Objections In: **Re: [739:12-740:5]**
**Def Obj** R, P, Relevance-Foreign Regulatory, LF, PK, MD, Concede-Routine Monitoring, Concede-PT/Dose Adjustment

Responses In: Re: [739:12-740:5]     Pending
Pltf Resp Relevant to failure to warn claims and witness's false statement that FDA struck warning language.  Witness previously established foundation and knowledge regarding labeling negotiations.  No mischaracterization of document as witness confirmed reading was correct.

---

**740:18 -  740:23** Berkowitz, Scott 2016-10-20          0:07

740 18         THE WITNESS:  Yeah, I'm not
740 19     sure exactly if this is all the
740 20     language about PT or not.  I just

Objections In: **Re: [740:18-740:23]**
**Def Obj** R, P, Relevance-Foreign Regulatory, LF,

Responses In: Re: [740:18-740:23]     Pending
Pltf Resp Relevant to failure to warn

04/20/17 15:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | PK, MD, Concede-Routine Monitoring, Concede-PT/Dose Adjustment | claims and witness's false statement that FDA struck warning language. Witness previously established foundation and knowledge regarding labeling negotiations. No mischaracterization of document as witness confirmed reading was correct. | |

740 21  see a Section 2, it says "if
740 22  needed" and everything is struck
740 23  from there.

---

**741:1 - 741:6 Berkowitz, Scott 2016-10-20**  `0:16`

741  1  Q.  Okay.  Are you aware of at
741  2  any point Janssen requesting the FDA to
741  3  include language about PT in the warning
741  4  section of the label?
741  5  A.  I'm not aware of the
741  6  detailed discussions and negotiations.

| Objections In | Responses In | Rulings |
|---|---|---|
| Re: [741:1-741:6] **Def Obj** R, P, Relevance-Foreign Regulatory, LF, PK, MD, Concede-Routine Monitoring, Concede-PT/Dose Adjustment | Re: [741:1-741:6] Pltf Resp Relevant to failure to warn claims and witness's false statement that FDA struck warning language. Witness previously established foundation and knowledge regarding labeling negotiations. No mischaracterization of document as witness confirmed reading was correct. | Pending |

**741:7 - 741:10 Berkowitz, Scott 2016-10-20**  `0:11`

741  7  As I had said, I know in our core data
741  8  sheet and in our other labels we include
741  9  data about PT, and that's what I had said
741  10  before.  And that's what I can say now.

---

**801:6 - 803:21 Berkowitz, Scott 2016-10-20**  `2:07`

801  6  Q.  Doctor, I just -- once
801  7  again, Jeff Horowitz on behalf of Bayer.
801  8  I just want to follow up very quickly on
801  9  one document that plaintiffs' counsel has
801  10  asked you about a couple of times now.
801  11  It's Exhibit 54.  Do you have that in
801  12  front of you?
801  13  A.  I do.
801  14  Q.  If you recall, you were
801  15  asked questions, really twice now, about
801  16  the e-mail from Claudia Henn and some --
801  17  on September 18th and some of the
801  18  comments that you provided in response
801  19  to, frankly, the comments that are set
801  20  forth in the e-mail.
801  21  Do you recall that?
801  22  A.  Yes.
801  23  Q.  And in particular, there are
801  24  some comments that were made at the
802  1  end -- after Paragraph 4 at the end at

| Objections In | Responses In | Rulings |
|---|---|---|
| Re: [801:6-803:21] Pltf Obj Objection to leading. | | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| 802 | 2 | the very bottom of Bates Page 482. You |
|---|---|---|
| 802 | 3 | were asked a lot of questions about that |
| 802 | 4 | particular paragraph. Do you recall |
| 802 | 5 | that? |
| 802 | 6 | A.   I do. |
| 802 | 7 | Q.   Okay. Were you shown by |
| 802 | 8 | counsel for plaintiff the very first |
| 802 | 9 | e-mail in the chain at the top, if you go |
| 802 | 10 | to the first page? Was this covered with |
| 802 | 11 | you in questioning by plaintiffs' |
| 802 | 12 | counsel? |
| 802 | 13 | A.   No, this wasn't. |
| 802 | 14 | Q.   Okay. And is this an e-mail |
| 802 | 15 | that you wrote on April 18, 2015, that |
| 802 | 16 | added additional comment? |
| 802 | 17 | A.   Yes. It says, "Correction |
| 802 | 18 | of Document 1A version." So that's the |
| 802 | 19 | subject. |
| 802 | 20 | Q.   And what's the comment that |
| 802 | 21 | you said you forgot to add? Can you tell |
| 802 | 22 | us what that was? |
| 802 | 23 | A.   It looked like I had a |
| 802 | 24 | follow-up later in the afternoon of that |
| 803 | 1 | day. It says, "Dear all, I forgot to add |
| 803 | 2 | one comment, which is now in the attached |
| 803 | 3 | version." |
| 803 | 4 | Q.   What did you say? |
| 803 | 5 | A.   I say, "Attempting to |
| 803 | 6 | incorporate posthoc dose adjustments for |
| 803 | 7 | a drug that does not have a narrow |
| 803 | 8 | therapeutic range, marked pharmacokinetic |
| 803 | 9 | variability, or a compliance issue after |
| 803 | 10 | clinical trials outcomes" -- sorry -- |
| 803 | 11 | "clinical outcomes trials have proven its |
| 803 | 12 | efficacy and safety and postmarketing |
| 803 | 13 | surveillance has consistently shown a |
| 803 | 14 | positive benefit-risk balance is |
| 803 | 15 | scientifically inappropriate. Altering |
| 803 | 16 | the current dose regimens in such a way |
| 803 | 17 | could lead to loss of efficacy with no |
| 803 | 18 | certainty of improvement in safety." |
| 803 | 19 | MR. HOROWITZ: Doctor, I |
| 803 | 20 | have no further questions. Thank |
| 803 | 21 | you. |

04/20/17 15:10