MINUTE ENTRY
FALLON, J.
JUNE 5, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 15-3708 – Orr, et al v. Janssen, et al | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON	Monday, June 5, 2017, <u>8:44am</u>
Case Manager: Dean Oser	(Continued from 6/2/17)
Court Reporter: Mary Thompson/Karen Ibos

Appearances:	Andy Birchfield, Esq., Brian Barr, Esq., Jerry Meunier, Esq., Brad Honnold, Esq., and Emily Jeffcott, Esq., for Plaintiffs
Beth Wilkinson, Esq., and David Dukes, Esq., for Bayer Defendants
James Irwin, Esq. for Janssen Defendants

<u>JURY TRIAL</u>
<u>Plaintiffs' Witnesses Continued:</u>
Dr. Peter Liechty – sworn, offered as an expert in the field of neurosurgery - accepted and testified
Video Deposition of Dr. David Berkowitz was played in lieu of his live testimony
Jury dismissed for the day at 5:35pm – Out of the Presence of the Jury, Defendants' Motion to Exclude the Admission of Certain Documents Reflecting Communications with Foreign Regulators – (6705) - DENIED

Court adjourned at 5:33pm until Tuesday, June 6, 2017, at 8:30am

JS10:   6:38