## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to:<br>Kathy Cobb, as Surviving Heir of Doris Smith, Deceased v. Janssen Research & Development, LLC<br>E.D. La. No. 2:17-cv-01017 | JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

### PLAINTIFF'S MOTION TO DEEM PRIOR SERVICE VALID OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

NOW INTO COURT, through undersigned counsel, comes plaintiff, Kathy Cobb, as surviving heir of Doris Smith, and respectfully moves this Court for an order declaring that prior service of her Complaint and Summons on Defendant Bayer Pharma AG is valid. In the alternative, Plaintiff respectfully moves the Honorable Court for an extension of time within which to serve process on Defendant Bayer Pharma AG. In support of this Motion, Plaintiff submits her contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiff respectfully requests that this Court exercise its discretion and enter an Order declaring service to be valid, or in the alternative, enter an Order granting an extension of time within which to serve process.

Dated: May 31, 2017

By: */s/ Aimee Robert*  
Aimee Robert  
Scott Brooks  
JOHNSON LAW GROUP  
2925 Richmond Avenue  
Suite 1700  
Houston, TX 77098  
Telephone: (713) 626- 9336  
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Aimee Robert*  
Attorney for Plaintiff
