## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to:<br>Kathy Cobb, as Surviving Heir of Doris Smith, Deceased v. Janssen Research & Development, LLC<br>E.D. La. No. 2:17-cv-01017 | JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on Wednesday, June 28, 2017, Plaintiff, Kathy Cobb's Motion to Deem Prior Service Valid or in the Alternative for an Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG will be presented to the Court for a ruling without the necessity of an oral hearing.

Dated: May 31, 2017

                                                          Respectfully submitted,
                                                          By: */s/ Aimee Robert*
                                                          Aimee Robert
                                                          Scott Brooks
                                                         JOHNSON LAW GROUP
                                                          2925 Richmond Avenue
                                                          Suite 1700
                                                          Houston, TX 77098
                                                          Telephone: (713) 626- 9336
                                                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

          */s/ Aimee Robert*
          Attorney for Plaintiff