UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Orr, et al  v. Janssen Research,  et al.* | * | JUDGE ELDON E. FALLON |
| **Case No. 2:15-cv-03708** | * | |
| | * | MAGISTRATE JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JURY VERDICT INTERROGATORIES

### QUESTION #1

Do you find by a preponderance of the evidence that the Defendants failed to provide adequate warnings and instructions for the safe use of Xarelto to either or both of Mrs. Sharyn Orr's physicians, Dr. Maurice St. Martin and Dr. Cuong Bui?

YES _____          NO _____

> ➢ *If you answered "yes" to Question #1, please proceed to Questions #2.*

> ➢ *If you answered "no" to Question #1, please skip all remaining questions, date and sign this verdict form where indicated on the last page, and inform the Marshall you have reached a verdict.*

### QUESTION #2

Do you find by a preponderance of the evidence that the Defendants' failure to provide adequate warnings and instructions was a proximate cause of Mrs. Orr's death?

YES _____          NO _____

> ➢ *If you answered "yes" to Question #2, please proceed to Questions #4.*

> ➢ *If you answered "no" to Question #2, please proceed to Question #3.*

### QUESTION #3

Do you find by a preponderance of the evidence that the Defendants' failure to provide adequate warnings and instructions deprived Mrs. Sharyn Orr of a chance of survival?

YES _____          NO _____

> *If you answered "yes" to Question #3, please proceed to Questions #5.*

> *If you answered "no" to Question #3, please skip all remaining questions, date and sign this verdict form where indicated on the last page, and inform the Marshall you have reached a verdict.*

## QUESTION #4

Please state the amounts which you find by a preponderance of the evidence will fairly and adequately compensate Plaintiffs for the following elements of damages:

1) Mrs. Sharyn Orr's conscious pain and suffering prior to her death. $_____

2) Medical bills for the treatment of Mrs. Orr prior to her death. $_____

3) Funeral and burial expenses associated with Mrs. Orr's death. $_____

4) Joseph Orr, Jr.'s:

   a. loss of his wife's love, affection and society; $_____

   b. loss of his wife's financial support; and $_____

   c. loss of his wife's material services. $_____

5) Joseph Orr, III's loss of his mother's love, affection and society. $_____

6) Kelli Orr Walker's loss of her mother's love, affection and society. $_____

7) Kim Orr DeAgano's loss of her mother's love, affection and society. $_____

➢ *If you answered Question #4, please do not answer Question #5, but simply date and sign this verdict form where indicated on the last page and inform the Marshall you have reached a verdict.*

**QUESTION #5**

Please state the amount which you find by a preponderance of the evidence will fairly and adequately compensate Plaintiffs for the loss of a chance of Mrs. Sharyn Orr's survival.

$_____

➢ *Please date and sign this verdict form where indicated on the last page and inform the Marshall you have reached a verdict.*

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
JURY FOREPERSON