| | | | | Objections In | Responses In |
|---|---|---|---|---|---|
| 15:14 - 16:5 | | Shah, Nauman 2016-08-03 | 0:15 | | |
| | 15 14 | Q. Could you state your name | | Re: [15:14-16:5] | |
| | 15 15 | for the record. | | Def Obj By agreement of the parties, the parties' objections and | |
| | 15 16 | A. Nauman Shah. | | Court's rulings to the designations and underlying exhibits for | |
| | 15 17 | Q. And where do you currently | | the deposition testimony of Mr. Nauman Shah that were filed in | |
| | 15 18 | reside? | | Boudreaux are considered filed in Orr. See R. Doc. 6325 and 6325- | |
| | 15 19 | A. I live in Flemington, New | | 1. This objection report is submitted for the Court's ruling on | |
| | 15 20 | Jersey. | | Defendants' objections to the new testimony added by Plaintiffs, | |
| | 15 21 | Q. And are you currently | | which can be found at 620:16-621:1, 623:6-22, 625:15-24, 628:11- | |
| | 15 22 | employed? | | 629:2, 629:16-630:17, and 631:21-635:15. | |
| | 15 23 | A. I am. | | | |
| | 15 24 | Q. And what -- who are you | | | |
| | 16 1 | employed with? | | | |
| | 16 2 | A. I'm employed by Janssen | | | |
| | 16 3 | Pharmaceuticals, which is the -- the | | | |
| | 16 4 | pharmaceutical division of Johnson & | | | |
| | 16 5 | Johnson. | | | |
| 16:16 - 16:18 | | Shah, Nauman 2016-08-03 | 0:03 | | |
| | 16 16 | Q. Do you no longer have any | | | |
| | 16 17 | responsibilities for Xarelto? | | | |
| | 16 18 | A. That is correct. | | | |
| 16:19 - 16:24 | | Shah, Nauman 2016-08-03 | 0:12 | | |
| | 16 19 | Q. Okay. And how long have you | | | |
| | 16 20 | worked for Janssen or a Johnson & Johnson | | | |
| | 16 21 | company? | | | |
| | 16 22 | A. I have worked for Janssen or | | | |
| | 16 23 | Johnson & Johnson since 2000 -- January | | | |
| | 16 24 | of 2003. So 13 years. | | | |
| 17:12 - 17:15 | | Shah, Nauman 2016-08-03 | 0:06 | | |
| | 17 12 | Q. Okay. So you've worked for | | | |
| | 17 13 | the drug industries for about 20 years? | | | |
| | 17 14 | A. Yes, over 20 years. | | | |
| | 17 15 | 23 years. | | | |
| 20:6 - 20:13 | | Shah, Nauman 2016-08-03 | 0:12 | | |
| | 20 6 | Q. In your 20-plus years of | | | |
| | 20 7 | working for a pharmaceutical company, I | | | |
| | 20 8 | understand that you've led or played a | | | |
| | 20 9 | major role in marketing multiple | | | |
| | 20 10 | blockbuster drugs, correct? | | | |
| | 20 11 | A. I have played a role in | | | |
| | 20 12 | multiple drugs that have been successful, | | | |
| | 20 13 | yes. | | | |
| 614:16 - 616:4 | | Shah, Nauman 2016-08-04 | 1:08 | | |
| | 614 16 | Q. So I think you and I have | | Re: [614:16-616:4] | Re: [614:16-616:4] |
| | 614 17 | talked about on a couple of occasions | | Def Obj Objections to testimony and Shah 49: This testimony | Pltf Resp The document touches on issues |
| | 614 18 | that from a marketing standpoint in the | | and the underlying document relates to conversations regarding | beyond concomitant use of Xarelto with |
| | 614 19 | Afib indication, one important | | drug interactions and potential dose increases for patients who | other medications. The Court has |
| | 614 20 | differentiator for Xarelto versus Eliquis | | were on combined P-gp and strong CYP3A4 inducers. The issues | repeatedly ruled now that dosing is relevant |
| | 614 21 | and Pradaxa was the fact that it was | | in this case do not relate to drug interactions, nor is there any | and admissible. The contents of this exhibit |
| | 614 22 | taken once daily, correct? | | evidence that Mrs. Orr was on these combined medication | show that marketing individuals influenced |
| | 614 23 | A. Yes. That was one of the | | types. Plaintiffs also take this document out of context; the text | the make-up of the Xarelto despite scientist |
| | 614 24 | advantages. | | of the underlying e-mail from Ms. Kinaszczuk relied on by | within the company suggesting adding a |
| | 615 1 | Q. And because Pradaxa and | | Plaintiffs specifically addressed the potential for doubling the | different dosing regimen in draft label. |
| | 615 2 | Eliquis, your competitors, were | | Xarelto dose for DVT patients who were on combined P-gp and | Additionally, Mr. Shah is on the email so |
| | 615 3 | twice-a-day drugs, correct? | | strong CYP3A4 inducers. If these potential discussions were | there is no issue with foundation or |
| | 615 4 | A. Correct. | | applied to AFib patients, that would have meant increasing the | hearsay. Also, this testimony is not |
| | 615 5 | Q. And Pradaxa and Eliquis had | | dose to 40 mg total per day. Potential dose increases also are | cumulative because we have had no similar |
| | 615 6 | a label that allowed them to be | | not an issue in this case. This evidence is not relevant, its | testimony about marketing™s role in |
| | 615 7 | advertised and promoted as having | | probative value is outweighed by undue prejudice, and it will | labeling and their input that twice daily |
| | 615 8 | superior efficacy and safety to warfarin, | | confuse the issues. FRE 401 and 403. Introduction of the | dosing should not appear in the label, so |
| | 615 9 | correct? | | evidence also will unduly delay the trial, as it will require rebuttal | there is nothing cumulative about it. There |
| | 615 10 | A. Superior efficacy on stroke | | evidence from Defendants to clarify the confusion. In addition, | is no risk of undue prejudice and this is a |
| | 615 11 | risk reduction was common for both of | | to the extent Plaintiffs introduce this evidence as it relates solely | proper area of inquiry. |
| | 615 12 | them. Not superior bleeding. | | to dosing, it is cumulative and not in proportion to the purpose | |
| | 615 13 | Q. Eliquis couldn't market | | for which "dosing" information has been offered. Plaintiffs have | |
| | 615 14 | itself or advertise itself as having | | dismissed their design defect and dosing claims, yet during the | |
| | 615 15 | superior efficacy to warfarin, correct? | | first four days of trial, Plaintiffs introduced hours of testimony on | |

Handwritten annotation: Overruled, 401, not 403, 602 re: intent material

| | | Objections In | Responses In |
|---|---|---|---|
| 615 16 | A. Eliquis could market itself | dosing from 8 different witnesses. Finally, Mr. Shah specifically testified that he did not recall the discussions surrounding this document, and introducing it merely uses him as a prop to read the document into the record. | |
| 615 17 | as having superior efficacy to warfarin. | | |
| 615 18 | Q. Xarelto could not, right? | | |
| 615 19 | A. Xarelto could not. | | |
| 615 20 | Q. From a marketing standpoint, | | |
| 615 21 | do you agree that it was important for | | |
| 615 22 | you all to end up with a label that had | | |
| 615 23 | no dosing regimen whatsoever that was | | |
| 615 24 | more than once a day? | | |
| 616 1 | A. Was it important? It was | | |
| 616 2 | the only way that we studied -- studied | *Overruled 10p* | |
| 616 3 | the dosing in ROCKET, so we didn't expect | | |
| 616 4 | the FDA to alter the dosing. | | |

616:18 - 616:24 Shah, Nauman 2016-08-04   0:15

| 616 18 | Q. Well, there are certain | Re: [616:18-616:24] | Re: [616:18-616:24] |
|---|---|---|---|
| 616 19 | drugs that should be avoided when taking | Pltf Obj Improper counter-designation; no use of concomitant medications mentioned in the affirmative designation. The counter is confusing and inappropriate. | Def Resp Plaintiffs' objection to Defendants' counter-designation supports Defendants' position that the entire line of questioning on Shah 49 should not be admitted. If Defendants' objections are overruled, however, this is admissible under FRE 106. As explained in Defendants' objection to Shah 49 and the related testimony, Shah 49 relates to the concomitant use of medications, and this testimony is necessary to explain this so the jury can put the document and related testimony into context. |
| 616 20 | Xarelto, correct? | | |
| 616 21 | A. I believe there are some | | |
| 616 22 | drugs, if my memory is correct, listed in | | |
| 616 23 | the package insert that the FDA cautioned | | |
| 616 24 | about taking concomitantly with Xarelto. | | |

619:7 - 620:15 Shah, Nauman 2016-08-04   0:56

| 619 7 | Q. There was another set of |
|---|---|
| 619 8 | drugs that were not -- you can't take |
| 619 9 | with Xarelto because it decreases the |
| 619 10 | amount of Xarelto in your blood, correct? |
| 619 11 | A. I think that's what the |
| 619 12 | package insert says. |
| 619 13 | Q. And they were PGP and |
| 619 14 | cytochrome P450 3A4 inducers, right? |
| 619 15 | A. That's right. |
| 619 16 | Q. Are you remembering this |
| 619 17 | now? |
| 619 18 | A. It's starting to come back |
| 619 19 | to me. |
| 619 20 | Q. And one of those inducers is |
| 619 21 | St. John's Wort, correct? |
| 619 22 | A. Yes, that's correct, I |
| 619 23 | believe. |
| 619 24 | Q. And one of those antibiotics |
| 620 1 | is called rifampin. Sound familiar? |
| 620 2 | A. It does sound familiar, yes. |
| 620 3 | Q. And epilepsy drugs like |
| 620 4 | Tegretol and Dilantin, right? |
| 620 5 | A. Yes. |
| 620 6 | Q. So folks with epilepsy that |
| 620 7 | are on those drugs can't take Xarelto |
| 620 8 | because it decreases the amount of |
| 620 9 | Xarelto in their blood, correct? |
| 620 10 | A. Yes. So those drug |
| 620 11 | interactions would indicate watch-outs |
| 620 12 | for people in terms of concomitant |
| 620 13 | medications that could either increase |
| 620 14 | the blood levels of Xarelto or decrease |
| 620 15 | the blood levels of Xarelto. |

*Overruled*

620:16 - 621:1 Shah, Nauman 2016-08-04   0:18

| 620 16 | Q. Do you recall in 2011 you | Re: [620:16-621:1] | Re: [620:16-621:1] |
|---|---|---|---|
| 620 17 | were involved in discussions about a | Def Obj See objections to 620:16-621:1 above. | Pltf Resp Please see Plaintiffs' response to 620:16-621:1 above. |
| 620 18 | proposed draft label for submission to | | |
| 620 19 | the FDA? | | |
| 620 20 | A. I could have been. I don't | | |
| 620 21 | recall specifically. | | |
| 620 22 | Q. You were -- okay. You were | | |
| 620 23 | part of what's called the label working | | |
| 620 24 | group, correct? | | |
| 621 1 | A. Yes, I was. | | |

621:2 - 621:22 Shah, Nauman 2016-08-04   0:48

| 621 2 | Q. And the label working group |
|---|---|
| 621 3 | is a subgroup of the LRC, the label |
| 621 4 | review committee, correct? |
| 621 5 | A. I wouldn't call it a |
| 621 6 | subgroup. It was the level below the LRC |
| 621 7 | that worked. And then our regulatory |
| 621 8 | people would take ownership because they |
| 621 9 | had ownership ultimately for the label. |

| | | | Objections In | Responses In |
|---|---|---|---|---|
| | 621 10 and then take it to the LRC for review.<br>621 11 Q. Okay. And who was the<br>621 12 person in regulatory that would take<br>621 13 input from your subcommittee -- the<br>621 14 subcommittee to the LRC? Was it Judy<br>621 15 Kinaszczuk?<br>621 16 A. Gosh, I can't remember the<br>621 17 exact team that was there. There were<br>621 18 multiple people. I think Judy was the<br>621 19 project manager. She would be the one,<br>621 20 if my memory is correct. And then Sanjay<br>621 21 Jalota obviously ultimately ended up<br>621 22 regulatory in R&D. | | | |
| 622:9 - 623:1 | Shah, Nauman 2016-08-04<br>622 9 Q. Do you remember back in 2011<br>622 10 discussions about a draft label that<br>622 11 included a dosing regimen of 10<br>622 12 milligrams twice a day with concomitant<br>622 13 administration of PGP and strong<br>622 14 cytochrome CY3A4 inducers? Do you<br>622 15 remember a discussion about that?<br>622 16 A. I don't recall the specific<br>622 17 discussion. But I have no reason to<br>622 18 argue that it may have happened. I don't<br>622 19 recall the specifics though.<br>622 20 Q. Okay. Do you know whether<br>622 21 in the final label that -- in 2011,<br>622 22 whether there was any circumstances where<br>622 23 Xarelto for Afib was to be taken twice<br>622 24 daily?<br>623 1 A. I don't recall. | 0:57 | Re: [622:9-623:1]<br>Pltf Obj The answers are speculative and lack foundation. The witness testified that they do not remember.<br><br>*Overruled* | Re: [622:9-623:1]<br>Def Resp Plaintiffs' objection to Defendants' counter-designation supports Defendants' position that the entire line of questioning on Shah 49 should not be admitted. If Defendants' objections are overruled, however, this testimony is admissible under FRE 106 so that the jury can put the document and Mr. Shah's related testimony on it into context. |
| 623:6 - 623:22 | Shah, Nauman 2016-08-04<br>623 6 Q. I'm handing you Shah-49.<br>623 7 49? Yes.<br>623 8 A. Okay.<br>623 9 Q. This appears to be an e-mail<br>623 10 between you and Judy. Can you pronounce<br>623 11 her name for me?<br>623 12 A. I think it's Kinaszczuk.<br>623 13 Q. Kinaszczuk. That's what we<br>623 14 will call her at least for this<br>623 15 deposition. An e-mail between you and<br>623 16 Judy Kinaszczuk on August 15, 2011. Do<br>623 17 you see that?<br>623 18 A. I do.<br>623 19 Q. And was this an e-mail that<br>623 20 was sent and received in the regular<br>623 21 course of Janssen's business?<br>623 22 A. Yes. | 0:48 | Re: [623:6-623:22]<br>Def Obj See objections to 620:16-621:1 above. | Re: [623:6-623:22]<br>Pltf Resp Please see Plaintiffs' response to 620:16-621:1 above. |
| 625:7 - 625:14 | Shah, Nauman 2016-08-04<br>625 7 Q. Were all these folks up here<br>625 8 members of the label working group?<br>625 9 A. It seems like too long of a<br>625 10 list. But many of them I would say were.<br>625 11 I can't -- I can't be sure if all of them<br>625 12 were. Some people may have just been<br>625 13 copied here just for informational<br>625 14 purposes. | 0:19 | *Overruled* | |
| 625:15 - 625:24 | Shah, Nauman 2016-08-04<br>625 15 Q. Okay. The Xarelto -- I'll<br>625 16 go back to where we were reading. "The<br>625 17 Xarelto atrial fibrillation LWG requests<br>625 18 your LRC ex-committee review and approval<br>625 19 of several revisions to the USPI by | 0:21 | Re: [625:15-625:24]<br>Def Obj See objections to 620:16-621:1 above. | Re: [625:15-625:24]<br>Pltf Resp Please see Plaintiffs' response to 620:16-621:1 above. |

|  | Objections In | Responses In |
|---|---|---|

```
625 20    August 16th via the voting buttons and
625 21    will be submitted to the FDA no later
625 22    than August 19, 2011."
625 23        Did I read that correctly?
625 24    A.  You did.

626:21 - 628:9  Shah, Nauman 2016-08-04    1:11
626 21    Q.  Do you know -- and you
626 22    probably don't, but I should ask. Do you
626 23    know if there was -- it appears that
626 24    there was a vote on this particular label
627  1    that is being circulated, because it
627  2    talks about via voting button.
627  3        Do you see that?
627  4    A.  I do. So the date on this
627  5    indicates to me, because it's August 15,
627  6    2011, that this was prior to the actual
627  7    FDA AdCom. We were preparing the label
627  8    for review -- final review by the FDA.
627  9        The final label obviously
627 10    would ultimately come from the FDA, but
627 11    given this timing, it was certainly early
627 12    in that process.
627 13    Q.  What I'm trying to figure
627 14    out is, it says "via the label" -- "the
627 15    voting buttons."
627 16        Do you see that?
627 17    A.  Yes.
627 18    Q.  How -- where would I go?
627 19    Where would you go, Mr. Shah --
627 20    A.  Mm-hmm.
627 21    Q.  -- to find out what the vote
627 22    was on this particular label, how would
627 23    you find that out?
627 24    A.  I wouldn't know that. That
628  1    would only go to the regulatory folks.
628  2    Q.  So -- so the -- so the
628  3    person to really talk to about that might
628  4    be Judy Kinaszczuk?
628  5    A.  Yes. I think that that
628  6    would be the accurate person. There was
628  7    no way for me to know who had voted what
628  8    or struck down what after this label
628  9    working group.
```



```
628:11 - 629:2  Shah, Nauman 2016-08-04    0:36
628 11        Now, if we go back up to the
628 12    e-mail, you -- apparently, you replied
628 13    just to Judy, correct?
628 14    A.  Yes.
628 15    Q.  And that was on August 15,
628 16    2011, right?
628 17    A.  That is correct.
628 18    Q.  And you say, "Judy, I'm
628 19    looking through this. I am obviously
628 20    supportive of the items below. However,
628 21    one area that concerns me is the proposed
628 22    twice-daily dosing versus QD dosing for
628 23    the section Page 5, 2.5, use with P-GP
628 24    and strong CYP3A4 inducers."
629  1        Did I read that correctly?
629  2    A.  Yes, you did.
```

| | Re: [628:11-629:2] | Re: [628:11-629:2] |
|---|---|---|
| | Def Obj See objections to 620:16-621:1 above. | Pltf Resp Please see Plaintiffs' response to 620:16-621:1 above. |

```
629:16 - 630:17  Shah, Nauman 2016-08-04    0:48
629 16        You were concerned that
629 17    there was a section of the label --
629 18    A.  Mm-hmm.
629 19    Q.  -- that was being discussed
629 20    and that was going to be sent to the FDA
629 21    that included proposed twice-daily dosing
629 22    versus once-daily dosing, correct?
629 23    A.  For a specific situation.
629 24    So I was obviously expressing concern,
630  1    but my recommendation was for the team to
630  2    discuss further.
630  3    Q.  Okay. But you -- you're not
630  4    a doctor, right?
630  5    A.  No.
630  6    Q.  And you're not an expert in
```

| | Re: [629:16-630:17] | Re: [629:16-630:17] |
|---|---|---|
| | Def Obj See objections to 620:16-621:1 above. | Pltf Resp Please see Plaintiffs' response to 620:16-621:1 above. |

|  | Objections In | Responses In |
|---|---|---|

```
630  7    pharma -- pharmacodynamics, correct?
630  8    A.  No.  I don't have a
630  9    pharmacology degree.
630 10    Q.  Right.  And you -- you
630 11    really have no scientific background
630 12    whatsoever in terms of determining what
630 13    the appropriate dose is, whether it's
630 14    twice a day or once a day for concomitant
630 15    use of Xarelto/rivaroxaban with these
630 16    other drugs, right?
630 17    A.  That's absolutely right.
```

630:18 - 631:20  Shah, Nauman 2016-08-04    0:53
```
630 18    Q.  All right.  So you were
630 19    really looking at this from a marketing
630 20    standpoint?
630 21    A.  No.  I was actually asking
630 22    for an opinion.
630 23    Q.  So -- but what you -- you
630 24    were concerned about the fact that the
631  1    label that was being discussed and was
631  2    proposed had twice-daily dosing, correct?
631  3    A.  I -- look, I mean, I don't
631  4    actually state what the concern was.  So
631  5    what I'm asking for is, you know, one of
631  6    my biggest concerns ever for any drug
631  7    that I've worked on is to ensure that
631  8    there is proper context on dosing, that
631  9    dosing is clear.  It's not something that
631 10    people are going to mess up or take
631 11    inappropriately.
631 12         So what I'm asking here is,
631 13    I obviously clearly write, "I'm obviously
631 14    supportive of the items below."  That
631 15    includes all the items listed.  And then
631 16    I state that I have a concern about this
631 17    in this specific section which obviously
631 18    related to drug-drug interactions.  "Can
631 19    we please have this be discussed
631 20    further."
```

631:21 - 635:15  Shah, Nauman 2016-08-04    2:43
```
631 21    Q.  If you would turn to the
631 22    second page.
631 23    A.  Yes.
631 24    Q.  It is --
632  1    A.  Page 2?
632  2    Q.  Yeah, Page 2.  And if you
632  3    would look, if you can see where I'm
632  4    pointing on mine.  Right down there.  It
632  5    starts with "concomitant use of Xarelto."
632  6         Do you see that that is the
632  7    section that you were raising questions
632  8    about the dosing?  Do you see that?
632  9    A.  Yes.  Exactly.
632 10    Q.  It's Page 5.  And then you
632 11    see above it, it's 2.5 use with P-GP and
632 12    strong CYP3A4 inducers.  Do you see that?
632 13    A.  Yeah, I do.
632 14    Q.  And do you see it -- after
632 15    it -- see where it's St. John's Wort
632 16    should be avoided.  You see that?
632 17    A.  Okay.  I see --
632 18    Q.  Paragraph down, "Concomitant
632 19    use of Xarelto"?
632 20    A.  Yes, I see it.
632 21    Q.  All right.  Let's go to the
632 22    sentence that starts, "Taking the
632 23    recommended dose twice a day should be
632 24    considered if these drugs must be
633  1    co-administered."
633  2         That's pretty clear, right?
633  3    A.  Yeah.  That's the opinion of
633  4    whoever wrote that, yes.
633  5    Q.  Right.  And the folks that
633  6    are writing this -- who wrote this are
633  7    scientists, correct?
633  8    A.  Yes.
633  9    Q.  Okay.  Now, if you go back
```

Re: [631:21-635:15]
Def Obj See objections to 620:16-621:1 above.

Re: [631:21-635:15]
Pltf Resp Please see Plaintiffs' response to 620:16-621:1 above.



| | Objections In | Responses In |
|---|---|---|

```
633 10    to your -- if you go back to your
633 11    e-mail --
633 12    A.  Mm-hmm.
633 13    Q.  -- where you are questioning
633 14    whether the label has -- should say
633 15    proposed twice-daily dosing in that
633 16    section --
633 17    A.  Yes.
633 18    Q.  -- you say in the last
633 19    paragraph, "Given what the division is
633 20    focusing on, I think recommending
633 21    twice-daily dosing may not be optimal
633 22    right now."
633 23    A.  Okay.
633 24    Q.  Okay.  So you're not a
634  1    scientist, but you're saying that you
634  2    don't think that twice-daily dosing
634  3    should be in the label in this section,
634  4    correct?
634  5    A.  I'm -- I'm requesting based
634  6    on what I'm writing here -- and obviously
634  7    it's to Judy only -- is to allow for
634  8    further dialogue on that and to make sure
634  9    that the team gets it right.
634 10    Q.  Then you say, "I think
634 11    recommending twice-daily dosing may not
634 12    be optimal right now."
634 13    A.  So --
634 14    Q.  That's more than -- that's
634 15    more than -- strike that.
634 16         This does not say, I'd like
634 17    to have further discussion, right?
634 18    A.  I don't get to be the
634 19    decisionmaker on this label, anyway.
634 20    Q.  Okay.  You know that the
634 21    label that -- the final label does not
634 22    include twice-daily dosing in this
634 23    section, correct?
634 24    A.  I believe that's -- that's
635  1    correct, if that's what the label is as
635  2    of today.
635  3    Q.  Okay.  And you do write,
635  4    "Given that what the division is focusing
635  5    on, I think recommending twice-daily
635  6    dosing may not be optimal right now."
635  7    A.  I do write that.
635  8    Q.  And you write that without
635  9    any scientific background to be able to
635 10    make that determination, correct?
635 11    A.  I wouldn't say without any
635 12    scientific background.  I think I had a
635 13    pretty good knowledge of the medicine at
635 14    that point.  But, no, I'm not a
635 15    scientist.
```



Sustained to [?] 3 (inconsistent [?] at least prior [?] that [?] w/ [?] does not [?] [illegible]

635:16 - 635:22 Shah, Nauman 2016-08-04   0:15

```
635 16    Q.  And you're also not an
635 17    expert in pharmacodynamics, correct?
635 18    A.  I'm definitely not an expert
635 19    in pharmacology, but I knew the Xarelto
635 20    data pretty darn well.  And obviously,
635 21    ultimately the FDA would determine what
635 22    ended up in the label or not.
```

Re: [635:16-635:22]
Pltf Obj At the deposition, there was a motion to strike the answer as non-responsive. The deponent is not a regulatory expert and the portion of the answer that claims that "ultimately the FDA would determine what ended up in the label or not" is potentially confusing and not supported by the evidence, and lacks adequate foundation. This is an inappropriate counter-designation and should not be allowed to play.

Re: [635:16-635:22]
Def Resp Plaintiffs' objection to Defendants' counter-designation supports Defendants' position that the entire line of questioning on Shah 49 should not be admitted. If Defendants' objections are overruled, however, this testimony is admissible under FRE 106 so that the jury can put the document and Mr. Shah's related testimony on it into context.

658:10 - 659:4 Shah, Nauman 2016-08-04   0:40

```
658 10    Q.  Okay.  Let's jump back in
658 11    time to 2009.
658 12    A.  Okay.
658 13    Q.  I know we're doing a lot of
658 14    time travel.  In February 2009, you were
658 15    director of marketing leading the team
658 16    responsible for the Xarelto launch,
658 17    correct?
658 18    A.  Yes.
658 19    Q.  And do you recall in early
658 20    2009 discussions about Janssen
658 21    collaborating with Portola to develop a
658 22    Factor Xa specific antidote -- Factor Xa
658 23    specific antidote?
```

| | | | Objections In | Responses In |
|---|---|---|---|---|

```
658 24        A.   At a very high level, I
659  1        remember hearing that there was a
659  2        potential collaboration. I wasn't
659  3        involved in the evaluation or due
659  4        diligence on it.

666:8  -  666:17 Shah, Nauman 2016-08-04                    0:21
666  8        Q.   I've handed you what's been
666  9        marked as Shah-54. For the record, it's
666 10        Record Number 105-5561, Bates Number
666 11        Xarelto-Janssen 07189114.
666 12             Mr. Shah, this appears to be
666 13        another set of meeting minutes of the
666 14        compound development team for
666 15        February 19, 2009.
666 16             Do you see that?
666 17        A.   I do.

667:6  -  668:2 Shah, Nauman 2016-08-04                     0:34
667  6        Q.   I want you to go to Page 3.
667  7        This appears to be the meeting minutes
667  8        from the meeting a month after the
667  9        meeting that we just talked about in
667 10        Shah-53, correct?
667 11        A.   Okay. Yep.
667 12        Q.   "Commercial update." Do you
667 13        see where I am?
667 14        A.   Yes, I do.
667 15        Q.   It says, "Final
667 16        recommendation on antidote.
667 17        Commercial" -- and that's marketing,
667 18        right?
667 19        A.   Yes.
667 20        Q.   -- "has completed the
667 21        evaluation and recommends not to pursue
667 22        this opportunity. Position statement
667 23        placed in CDT MTG eRoom folder for
667 24        today's meeting."
668  1             Do you see that?
668  2        A.   I do.

670:13 -  670:17 Shah, Nauman 2016-08-04                    0:09
670 13        Q.   Okay. We know that at the
670 14        time Xarelto was launched in 2011, it was
670 15        launched without an available antidote to
670 16        reverse bleeding, correct?
670 17        A.   That is correct.

670:18 -  670:22 Shah, Nauman 2016-08-04                    0:12
670 18        Q.   And that was a decision that
670 19        Janssen made to launch it without an
670 20        antidote, correct?
670 21        A.   We did not have an option
670 22        available at that time for an antidote.

683:12 -  683:21 Shah, Nauman 2016-08-04                    0:19
683 12        Q.   Do you know that Bayer was
683 13        considering developing an antidote that
683 14        worked specifically on Xarelto?
683 15        A.   I heard about that.
683 16        Q.   Okay. And do you recall
683 17        that you attended compound development
683 18        team meetings in or around early 2011
683 19        where that was discussed?
683 20        A.   That topic was brought to
683 21        the CDT for us to be aware of it, yes.

686:1  -  686:3 Shah, Nauman 2016-08-04                     0:06
686  1        Q.   I'm handing you Shah-58 and
686  2        Shah-59, which are another e-mail and
686  3        attachment.

690:18 -  690:21 Shah, Nauman 2016-08-04                    0:11
690 18        Q.   If you look at the first
690 19        slide, it says, "Xarelto rivaroxaban
690 20        specific antidote BAY 1110262," correct?
690 21        A.   Yes.

691:2  -  691:10 Shah, Nauman 2016-08-04                    0:15
```

|  | Objections In | Responses In |
|---|---|---|

| | | |
|---|---|---|
| 691 2   Q. Now, would this have been a | | |
| 691 3   set of slides that somebody would have | | |
| 691 4   presented at the global development | | |
| 691 5   committee meeting? | | |
| 691 6   A. Based on the e-mail, I | | |
| 691 7   assume it looks like, yes. | | |
| 691 8   Q. Do you know who presented | | |
| 691 9   them? | | |
| 691 10  A. I would have no idea. | | |

691:11 - 693:11 Shah, Nauman 2016-08-04        1:13

| | | |
|---|---|---|
| 691 11  Q. And you recall -- I think | | |
| 691 12  you testified, that generally you have a | | |
| 691 13  recollection of Bayer -- Bayer developing | | |
| 691 14  an antidote back around this period of | | |
| 691 15  time? | | |
| 691 16  A. Yes. And it looks like this | | |
| 691 17  document was from Bayer because they're | | |
| 691 18  the only one that would have put Xarelto | | |
| 691 19  in quotes. | | |
| 691 20  Q. Okay. And you're pointing | | |
| 691 21  to the first page of the slide? | | |
| 691 22  A. Yes, I am. | | |
| 691 23  Q. And actually, if you look at | | |
| 691 24  the first page of the slide, on the | | |
| 692 1   right-hand side, it's got the Bayer -- | | |
| 692 2   A. It's actually got the Bayer | | |
| 692 3   logo. There you go. Okay. | | |
| 692 4   Q. All right. So if we go to | | |
| 692 5   Page 2. | | |
| 692 6   A. Yes. | | |
| 692 7   Q. It says "Project rationale." | | |
| 692 8   A. Yeah. | | |
| 692 9   Q. And it says, "Anticoagulants | | |
| 692 10  are associated with bleeding risk." | | |
| 692 11       You agree with that? | | |
| 692 12  A. Yes, all anticoagulants are. | | |
| 692 13  Q. And, "There is an unmet | | |
| 692 14  medical need for effective antidotes for | | |
| 692 15  anticoagulants in general." | | |
| 692 16       Did I read that correctly? | | |
| 692 17  A. You did. | | |
| 692 18  Q. And do you agree with that? | | |
| 692 19  A. There is, yes. | | |
| 692 20  Q. And next bullet point, it | | |
| 692 21  says, "No specific antidotes are | | |
| 692 22  available for the new anticoagulants." | | |
| 692 23       Did I read that correctly? | | |
| 692 24  A. You did. | | |
| 693 1   Q. And is that accurate as of | | |
| 693 2   this time? | | |
| 693 3   A. Thank you. That's what I | | |
| 693 4   was going to say. Yes, at that time it | | |
| 693 5   was. | | |
| 693 6   Q. And if you look at the | | |
| 693 7   second bullet point down, it says, | | |
| 693 8   "Life-threatening bleeds can be expected | | |
| 693 9   in 1 to 3 percent of Xarelto patients." | | |
| 693 10       Do you see that? | | |
| 693 11  A. Yes, I do. | | |

694:2 - 694:18 Shah, Nauman 2016-08-04        0:30

| | | |
|---|---|---|
| 694 2   Q. Next bullet point, it says, | | |
| 694 3   "Physicians report significant interest | | |
| 694 4   in an antidote 'security blanket,'" | | |
| 694 5   correct? | | |
| 694 6   A. Yes. That's how I would | | |
| 694 7   describe it as well. | | |
| 694 8   Q. Right. And we saw it in | | |
| 694 9   that prior PowerPoint slide that one of | | |
| 694 10  the barriers to prescribing Xarelto after | | |
| 694 11  launch of the Afib indication, you knew | | |
| 694 12  that doctors were talking about it not | | |
| 694 13  having an antidote, correct? | | |
| 694 14  A. Yes. And that's what we | | |
| 694 15  found in our market research was | | |
| 694 16  basically they wanted a security blanket | | |
| 694 17  in case -- in case something ever | | |
| 694 18  happened. | | |

| | | | Objections In | Responses In |
|---|---|---|---|---|
| 705:3 - | 706:11 Shah, Nauman 2016-08-04 | 1:06 | | |
| 705 3 | Q. I've given you what's marked | | | |
| 705 4 | as Shah-60, Mr. Shah. Let me just read | | | |
| 705 5 | for the record. It's Record Number | | | |
| 705 6 | 303724, Xarelto-Janssen 01429151. | | | |
| 705 7 | This appears to be a set of | | | |
| 705 8 | meeting minutes from the compound | | | |
| 705 9 | development team meeting of February 15, | | | |
| 705 10 | 2009. Does it look like that? | | | |
| 705 11 | A. Yes, it does. | | | |
| 705 12 | Q. All right. And your name | | | |
| 705 13 | appears as a core CDT member? | | | |
| 705 14 | A. It does. | | | |
| 705 15 | Q. And it's highlighted. Does | | | |
| 705 16 | that mean that you were at the meeting? | | | |
| 705 17 | A. Attendees in bold, then, | | | |
| 705 18 | yes, I -- I think that's what it means. | | | |
| 705 19 | Q. Okay. And you are listed as | | | |
| 705 20 | the commercial leader, correct? | | | |
| 705 21 | A. I am. | | | |
| 705 22 | Q. If you could turn to the | | | |
| 705 23 | second page. | | | |
| 705 24 | A. Mm-hmm. | | | |
| 706 1 | Q. And if you -- I'm sorry. If | | | |
| 706 2 | you go back to the first page. It is, | | | |
| 706 3 | "Compound Development Team Meeting, | | | |
| 706 4 | Recommendation on Pursuing Bayer | | | |
| 706 5 | Developed Rivaroxaban Antidote." | | | |
| 706 6 | Do you see that? | | | |
| 706 7 | A. I do. | | | |
| 706 8 | Q. And is this the ad hoc | | | |
| 706 9 | meeting that was talked about in the | | | |
| 706 10 | prior e-mail for considering the Bayer | | | |
| 706 11 | antidote around this time? | | | |
| 706:16 - | 711:16 Shah, Nauman 2016-08-04 | 3:42 | | |
| 706 16 | Q. Okay. Going to the second | | | |
| 706 17 | page. | | | |
| 706 18 | A. Okay. | | | |
| 706 19 | Q. First, the bullet point | | | |
| 706 20 | there says as a -- strike that. | | | |
| 706 21 | "As a lifesaving product, it | | | |
| 706 22 | may command the necessary price to | | | |
| 706 23 | justify high COGs and development." | | | |
| 706 24 | What is COGs? | | | |
| 707 1 | A. COG stands for cost of | | | |
| 707 2 | goods. | | | |
| 707 3 | Q. Okay. And so if I | | | |
| 707 4 | understand what this is saying is that, | | | |
| 707 5 | is that an antidote if it's developed, | | | |
| 707 6 | because it's a lifesaving product you | | | |
| 707 7 | might be able to charge a lot more for | | | |
| 707 8 | it? | | | |
| 707 9 | A. No, actually -- well, it's | | | |
| 707 10 | saying, I guess, command the necessary -- | | | |
| 707 11 | can it command the necessary price, | | | |
| 707 12 | because the -- the production cost here | | | |
| 707 13 | is very high, apparently, for this Bayer | | | |
| 707 14 | specific -- Bayer antidote. | | | |
| 707 15 | Q. Okay. And so one of the | | | |
| 707 16 | things that's being considered and | | | |
| 707 17 | factored as to whether or not to pursue | | | |
| 707 18 | the Bayer antidote is what price can be | | | |
| 707 19 | commanded for the antidote itself, | | | |
| 707 20 | correct? | | | |
| 707 21 | A. It appears that the team is | | | |
| 707 22 | stating or the information is stating | | | |
| 707 23 | that the development and -- or the | | | |
| 707 24 | production cost is high, and obviously, | | | |
| 708 1 | there would need to be a price that could | | | |
| 708 2 | be high enough to justify supporting | | | |
| 708 3 | that. | | | |
| 708 4 | Q. Okay. | | | |
| 708 5 | A. And the belief, to your | | | |
| 708 6 | point, is that because it would be | | | |
| 708 7 | lifesaving, that hopefully that would be | | | |
| 708 8 | possible. | | | |
| 708 9 | Q. Third bullet point down. It | | | |

| | Objections In | Responses In |
|---|---|---|

```
708 10    says, "Dabigatran developing specific
708 11    antibody. Lack of antidote could become
708 12    a competitive disadvantage for riva."
708 13        And dabigatran is Pradaxa,
708 14    correct?
708 15    A.  It is.
708 16    Q.  And did I read that sentence
708 17    correctly?
708 18    A.  You did.
708 19    Q.  And so one of the things
708 20    that's being considered here as to
708 21    whether or not to pursue the Bayer
708 22    antidote is the fact that Pradaxa is
708 23    developing a specific antidote, correct?
708 24    A.  It is one of the factors,
709  1    yes.
709  2    Q.  And we saw that -- we saw
709  3    that actually Pradaxa has successfully
709  4    completed that and they do have an
709  5    antidote and they are advertising that,
709  6    correct?
709  7    A.  Yes, they recently launched
709  8    one.
709  9    Q.  And it says, "Lack of an
709 10    antidote could become a competitive
709 11    disadvantage for riva."
709 12        Do you see that?
709 13    A.  I do.
709 14    Q.  And does that mean that not
709 15    having an antidote could decrease sales
709 16    versus Pradaxa if it did develop an
709 17    antidote?
709 18    A.  Yes, potentially.
709 19    Q.  And that was one of the
709 20    things that was being considered at the
709 21    time?
709 22    A.  That was one of the
709 23    considerations.
709 24    Q.  All right.  Next bullet
710  1    point down.  "Health authorities and
710  2    physicians have expressed a keen interest
710  3    in having effective antidotes to
710  4    anticoagulant drugs.  Clear desire for
710  5    such a product."
710  6        Did I read that correctly?
710  7    A.  Yes, you did.
710  8    Q.  All right.  And that was
710  9    verified and consistent with -- with your
710 10    market research shortly after Xarelto
710 11    launched, correct?
710 12    A.  It was.
710 13    Q.  And this was in -- this
710 14    meeting was in February of 2011, months
710 15    before the launch in Afib, correct?
710 16    A.  It was approximately --
710 17    sorry.  It's getting late in the day.
710 18    Approximately nine months prior to the
710 19    launch, correct.
710 20    Q.  And would it be fair to say
710 21    that based on the reading of this fourth
710 22    bullet point, that your company knew that
710 23    health authorities and physicians had
710 24    expressed a keen interest in having
711  1    effective antidotes to anticoagulant
711  2    drugs and that there was a clear desire
711  3    for such a product before you launched
711  4    Xarelto?
711  5    A.  We were aware of all of that
711  6    but did not have a viable opportunity at
711  7    that time to bring one to the market,
711  8    especially prior to launch or at the same
711  9    time as launch.
711 10    Q.  Right.  And we saw in 2009 a
711 11    decision was made not to pursue the
711 12    Portola antidote at that point in time,
711 13    correct?
711 14    A.  I believe that that is
711 15    correct, for whatever reason the team
711 16    decided.
```

| | | | Objections In | Responses In |
|---|---|---|---|---|

711:17 - 712:3  Shah, Nauman 2016-08-04    0:19
711 17    Q.  Right. So there was an --
711 18    an opportunity to develop the Portola
711 19    antidote in 2009 which would have been
711 20    two years before launch. The team
711 21    decided not to do that, correct?
711 22    A.  Well, Portola would have
711 23    actually been the one developing, and I
711 24    think the opportunity was should we
712  1    invest in it at that time or should we
712  2    invest in it later as it gains more data
712  3    to give us confidence that it was real.

721:4 - 722:6  Shah, Nauman 2016-08-04    0:48
721  4    Q.  From a regulatory
721  5    standpoint, was there anything that
721  6    stopped the company from saying, you know
721  7    what, let's develop an antidote before we
721  8    launch this drug so that we -- if
721  9    somebody bleeds while on the drug, we can
721 10    reverse it?
721 11    A.  The regulatory pathway,
721 12    again I would defer to our regulatory
721 13    colleagues because an antidote pathway, I
721 14    don't know if it was clear at that time
721 15    because nothing had been approved as an
721 16    antidote on the market.
721 17    Q.  Okay. And was there
721 18    anything that prohibited Janssen in 2009
721 19    from deciding, you know what, we'll
721 20    collaborate with Portola and we'll get
721 21    an -- on -- on what they are looking at,
721 22    we'll give them money and we'll work with
721 23    them to get an antidote going? There was
721 24    nothing that prohibited the company from
722  1    doing that in 2009, correct?
722  2    A.  I would say that the thing
722  3    that would have inhibited us would have
722  4    been the lack of confidence into whether
722  5    that was real or not. But other than
722  6    that, nothing.

722:17 - 723:8  Shah, Nauman 2016-08-04    0:34
722 17    Q.  The company was aware of the
722 18    Portola option in 2009, correct?
722 19    A.  We knew it was an option.
722 20    We just didn't know how confident we
722 21    could be in that option as to whether it
722 22    was viable or not.
722 23    Q.  And the commercial -- we saw
722 24    documents where the commercial folks
723  1    recommended that they not -- that the
723  2    company not pursue that from a commercial
723  3    standpoint, correct?
723  4    A.  We saw documents where
723  5    somebody in the CDT, some commercial
723  6    folks recommended that. I just don't
723  7    know which antidote they were talking
723  8    about.

750:13 - 751:7  Shah, Nauman 2016-08-04    2:22
750 13    Q.  I'm handing you Shah-62.
750 14    For the record, Shah-62 is 119-111, Bates
750 15    Number Xarelto-Janssen 00114696.
750 16        Take a minute and let me
750 17    know when you're ready.
750 18    A.  Okay.
750 19    Q.  Okay. This is an e-mail
750 20    from Nancy -- am I pronouncing this
750 21    right? Ondovik?
750 22    A.  Good guess.
750 23    Q.  We'll keep it at that.
750 24    A.  Okay.
751  1    Q.  E-mail from Nancy Ondovik to
751  2    several people on the Xarelto team,
751  3    including yourself?
751  4    A.  Yes.
751  5    Q.  This is -- the e-mail was

|  |  | Objections In | Responses In |
|---|---|---|---|
| 751 6 | December sent 19, 2011? | | |
| 751 7 | A. Yes, that's correct. | | |

| 751:15 - | 752:12 Shah, Nauman 2016-08-04 | 0:39 | | |
|---|---|---|---|---|
| 751 15 | Q. Okay. So it's one and a | | | |
| 751 16 | half months after Xarelto was approved | | | |
| 751 17 | and on the market for Afib, correct? | | | |
| 751 18 | A. About six months after the | | | |
| 751 19 | approval for the orthopedic indication, | | | |
| 751 20 | and about a month and a half after the AF | | | |
| 751 21 | indication. | | | |
| 751 22 | Q. Correct. And Xarelto was | | | |
| 751 23 | launched without an antidote, correct, | | | |
| 751 24 | and that is a discussion that was | | | |
| 752 1 | happening about an antidote after that | | | |
| 752 2 | time, correct? | | | |
| 752 3 | A. That is correct. | | | |
| 752 4 | Q. And she says in the first | | | |
| 752 5 | paragraph, "Hello, everyone. Just wanted | | | |
| 752 6 | to let you know that Bob and I | | | |
| 752 7 | communicated our decision not to move to | | | |
| 752 8 | diligence or pursue the riva antidote | | | |
| 752 9 | opportunity any further with Bayer late | | | |
| 752 10 | last week." | | | |
| 752 11 | Did I read that correctly? | | | |
| 752 12 | A. You did. | | | |

| 753:13 - | 753:20 Shah, Nauman 2016-08-04 | 0:12 | | |
|---|---|---|---|---|
| 753 13 | Q. And, "Bayer was | | | |
| 753 14 | understandably disappointed by this | | | |
| 753 15 | decision and hoped to share more details | | | |
| 753 16 | on the program and their rationale and | | | |
| 753 17 | reasons for moving forward with this | | | |
| 753 18 | antidote as part of the diligence | | | |
| 753 19 | process," correct? | | | |
| 753 20 | A. Yes. | | | |

| 754:18 - | 754:22 Shah, Nauman 2016-08-04 | 0:08 | | |
|---|---|---|---|---|
| 754 18 | Q. "They were quite surprised | | | |
| 754 19 | that we decided to stop prior to | | | |
| 754 20 | completing diligence." | | | |
| 754 21 | Did I read that correctly? | | | |
| 754 22 | A. You did. | | | |

| 756:21 - | 757:11 Shah, Nauman 2016-08-04 | 0:34 | | |
|---|---|---|---|---|
| 756 21 | Q. Okay. The main -- next | | | |
| 756 22 | paragraph. "The main messages | | | |
| 756 23 | communicated to Bayer were that after | | | |
| 756 24 | careful consideration and additional | | | |
| 757 1 | analytic work, there was limited clinical | | | |
| 757 2 | need for a riva-specific antidote as well | | | |
| 757 3 | as limited potential for the antidote to | | | |
| 757 4 | generate incremental revenue to the riva | | | |
| 757 5 | program, either through sales of the | | | |
| 757 6 | antidote or increased sales of riva, | | | |
| 757 7 | based on our current understanding of the | | | |
| 757 8 | riva TPP and the U.S. regulatory | | | |
| 757 9 | landscape." | | | |
| 757 10 | Did I read that correctly? | | | |
| 757 11 | A. You did. | | | |

| 759:21 - | 760:5 Shah, Nauman 2016-08-04 | 0:17 | | |
|---|---|---|---|---|
| 759 21 | Q. Would you agree with me that | | | |
| 759 22 | as long as there's a chance of somebody | | | |
| 759 23 | bleeding on Xarelto from a clinical | | | |
| 759 24 | standpoint, from a patient's perspective, | | | |
| 760 1 | that there would always be a need for an | | | |
| 760 2 | antidote? | | | |
| 760 3 | A. There would be a need for | | | |
| 760 4 | modalities to manage that bleeding. I | | | |
| 760 5 | would agree with that. | | | |

| 760:8 - | 760:21 Shah, Nauman 2016-08-04 | 0:29 | | |
|---|---|---|---|---|
| 760 8 | But if I may finish my | | | |
| 760 9 | thought for a minute, since we didn't | | | |
| 760 10 | move to the next question. By modality, | | | |
| 760 11 | to be clear for the jury and everyone | | | |
| 760 12 | else, what I mean is there needs to be | | | |
| 760 13 | options, whether it's a precise antidote | | | |

| | | | Objections In | Responses In |
|---|---|---|---|---|
| 760 14 | or whether it's, like, the things that | | | |
| 760 15 | people do with warfarin where they apply | | | |
| 760 16 | vitamin K and it seems to help. | | | |
| 760 17 | That's, in essence, what I | | | |
| 760 18 | mean by modalities. There need to | | | |
| 760 19 | identified some modalities to control a | | | |
| 760 20 | very serious bleeding should one ever | | | |
| 760 21 | occur. | | | |
| 788:22 - 789:8 | Shah, Nauman 2016-08-04 | 0:26 | | |
| 788 22 | Q. And are you married? | | | |
| 788 23 | A. I am married. | | | |
| 788 24 | Q. Do you have children? | | | |
| 789 1 | A. I do. | | | |
| 789 2 | Q. How many children do you | | | |
| 789 3 | have? | | | |
| 789 4 | A. I am the proud father of | | | |
| 789 5 | three daughters and two step-daughters. | | | |
| 789 6 | My twins are Morgan and Lea. They're | | | |
| 789 7 | 13 years old. And my younger one is | | | |
| 789 8 | Amira. She is only 20 months. | | | |
| 790:9 - 790:12 | Shah, Nauman 2016-08-04 | 0:03 | | |
| 790 9 | Q. Where did you go to college? | | | |
| 790 10 | A. I went to Penn. | | | |
| 790 11 | Q. University of Pennsylvania? | | | |
| 790 12 | A. I did. | | | |
| 790:15 - 790:17 | Shah, Nauman 2016-08-04 | 0:04 | | |
| 790 15 | Q. What did you major in? | | | |
| 790 16 | A. Biological basis of | | | |
| 790 17 | behavior. | | | |
| 794:8 - 794:16 | Shah, Nauman 2016-08-04 | 0:18 | | |
| 794 8 | Q. Do you have any degrees | | | |
| 794 9 | after you graduated college and your | | | |
| 794 10 | degree from the University of | | | |
| 794 11 | Pennsylvania? | | | |
| 794 12 | A. Yes. When I -- I decided a | | | |
| 794 13 | few years ago, once I decided to stay in | | | |
| 794 14 | the industry, to return to graduate | | | |
| 794 15 | school. And I received an MBA in | | | |
| 794 16 | finance. | | | |
| 794:23 - 796:16 | Shah, Nauman 2016-08-04 | 1:19 | | |
| 794 23 | Q. Could you define marketing | | | |
| 794 24 | in the context of working for a | | | |
| 795 1 | pharmaceutical company like Janssen? | | | |
| 795 2 | A. Yes. I mean, first of all, | | | |
| 795 3 | you know, it's interesting. It is very | | | |
| 795 4 | different than marketing in some other | | | |
| 795 5 | aspects. I've been asked this question | | | |
| 795 6 | multiple times, even in internal | | | |
| 795 7 | meetings, as to -- you know, what do | | | |
| 795 8 | you -- what is it that marketing does. | | | |
| 795 9 | And I think it's very different than | | | |
| 795 10 | working in an industry like consumer | | | |
| 795 11 | products or the car industry where you | | | |
| 795 12 | are focused on creating brochures and | | | |
| 795 13 | simply advertising. | | | |
| 795 14 | I think in our -- in our | | | |
| 795 15 | case we have -- and you can do all that | | | |
| 795 16 | without any regulation. | | | |
| 795 17 | We're obviously a regulated | | | |
| 795 18 | industry -- | | | |
| 795 19 | Q. By that you mean -- let me | | | |
| 795 20 | interrupt you. | | | |
| 795 21 | A. Yep. | | | |
| 795 22 | Q. Regulated by the Food and | | | |
| 795 23 | Drug Administration? | | | |
| 795 24 | A. That is correct. By the | | | |
| 796 1 | Food and Drug Administration based on | | | |
| 796 2 | laws that the federal government has | | | |
| 796 3 | created and in some cases state | | | |
| 796 4 | governments have created. | | | |
| 796 5 | Obviously, it's a different | | | |
| 796 6 | aspect in that we are working to | | | |
| 796 7 | communicate information about products | | | |
| 796 8 | but also educate both the healthcare | | | |

|  |  | Objections In | Responses In |
|---|---|---|---|
| 796 9 | provider community as well as patients. |  |  |
| 796 10 | And -- and I think that that makes it a |  |  |
| 796 11 | lot different. |  |  |
| 796 12 | Q. In terms of checks and |  |  |
| 796 13 | balances on marketers for pharmaceutical |  |  |
| 796 14 | companies, there's the FDA on one hand; |  |  |
| 796 15 | is that correct? |  |  |
| 796 16 | A. That is correct. |  |  |
| 797:24 - | 798:20 Shah, Nauman 2016-08-04 0:49 |  |  |
| 797 24 | Q. FDA plays a role in |  |  |
| 798 1 | reviewing -- has the ability to review |  |  |
| 798 2 | marketing materials from pharmaceutical |  |  |
| 798 3 | companies? |  |  |
| 798 4 | A. Yes, that's absolutely true. |  |  |
| 798 5 | So every material that we create that is |  |  |
| 798 6 | used in promotion or advertising is |  |  |
| 798 7 | submitted to the FDA by our regulatory |  |  |
| 798 8 | department. FDA keeps those things on |  |  |
| 798 9 | file. They proactively review either |  |  |
| 798 10 | some or all. Obviously, it varies by |  |  |
| 798 11 | individual -- product individual |  |  |
| 798 12 | situation. There are a number of |  |  |
| 798 13 | materials or -- or campaigns that we may |  |  |
| 798 14 | submit for proactive review at times. |  |  |
| 798 15 | DTC ads, for example, our television ads |  |  |
| 798 16 | have to be, by Janssen policy and by the |  |  |
| 798 17 | Pharma guidelines, submitted for review |  |  |
| 798 18 | by the FDA and have to be approved by the |  |  |
| 798 19 | FDA prior to us launching those on |  |  |
| 798 20 | television. |  |  |