**Exhibit A**
**(Deficient Plaintiff Fact Sheet)**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 1. | Amelung, George | Cochran Legal Group | 2:16-cv-15057 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information) |
| 2. | Basmajian, Geraldine | Beasley Allen | 2:16-cv-15921 | Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information); Medical records provided do not demonstrate alleged injury |
| 3. | Beaver, John | Slater Slater Schulman LLP | 2:16-cv-10411 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 4. | Campbell, Charles | Cochran Legal Group | 2:16-cv-15064 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 5. | Carey, William | Cochran Legal Group | 2:16-cv-15066 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 6. | Cornelius Graves, Susie Mae | Slater Slater Schulman LLP | 2:16-cv-10678 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide proof that user received samples; Failure to respond to question in Section I (core case information) |
| 7. | Davidson, Steven | Cochran Legal Group | 2:16-cv-15072 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 8. | Davis, Walter | Slater Slater Schulman LLP | 2:16-cv-09736 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 9. | Desmarais, Roger | Cochran Legal Group | 2:16-cv-15076 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 10. | Dodson, Charles | Marc J. Bern & Partners LLP | 2:16-cv-16574 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information) |
| 11. | Donajkowski, Ruben | Cochran Legal Group | 2:16-cv-15077 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified; Failure to provide response containing the month and year for each alleged injury identified in PFS section I.D.1; Failure to provide response containing the month and year for each hospitalization identified; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 12. | Douglas, Cleveland | Slater Slater Schulman LLP | 2:16-cv-7885 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 13. | Dugas, Shirlene | Lenze Kamerrer Moss, PLC. | 2:16-cv-14348 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 14. | Fernandez, Octavio | Cochran Legal Group | 2:16-cv-15094 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 15. | Fischer, Michael | Lenze Kamerrer Moss, PLC. | 2:16-cv-06591 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing the month and year for each hospitalization identified; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 16. | Furnish, Joann | J. William Savage, PC | | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified; Failure to provide response containing city and state for each prescribing physician identified; Failure to respond to question in Section I (core case information) |
| 17. | Glidewell, Jerry | Cochran Legal Group | 2:16-cv-15105 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 18. | Gray, Johnny | Cochran Legal Group | 2:16-cv-15112 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 19. | Hills, David | Cochran Legal Group | 2:16-cv-15119 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 20. | Humpal, Charles A | Fears | Nachawati | 2:16-cv-12931 | Medical records provided do not demonstrate alleged injury |
| 21. | Jackson, Sherrail | Slater Slater Schulman LLP | 2:16-cv-8675 | Records provided do not show Xarelto use |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 22. | Jenkins, Bobbie Joe | Lieff Cabraser Heimann & Bernstein, LLP | 2:16-cv-15622 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 23. | Kalman, Brenda | Slater Slater Schulman LLP | 2:16-cv-06495 | Medical records provided do not demonstrate alleged injury |
| 24. | Karr, Amy | The Michael Brady Lynch Law Firm | 2:16-cv-15928 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 25. | Lawson, Rebecca | Johnson Law Group | 2:16-cv-16479 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide first and last name of each prescribing physician identified |
| 26. | Marable, Willie | Cochran Legal Group | 2:16-cv-15123 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 27. | Mcgowen, Alma | Slater Slater Schulman LLP | 2:16-cv-06692 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical records provided do not demonstrate alleged injury |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 28. | Morin, Rudolfo | Cochran Legal Group | 2:16-cv-15128 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing city and state; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information) |
| 29. | Paige, Peggy | Beasley Allen | 2:16-cv-11679 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide month and year for each beginning and end date of use identified; Failure to respond to question in Section I (core case information) |
| 30. | Pedroza, Elsie | Kelley & Ferraro LLP | 2:16-cv-14408 | Failure to provide all nine digits of social security number; Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 31. | Peterson, John | Slater Slater Schulman LLP | 2:16-cv-06531 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 32. | Pickett, Keisha | Cochran Legal Group | 2:16-cv-15127 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 33. | Rivera, Joseph | The Gallagher Law Firm LLP | 2:16-cv-13423 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information); Records provided do not show Xarelto use |
| 34. | Rivers, Donny | Cochran Legal Group | 2:16-cv-15151 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 35. | Rudisil, Mary | Slater Slater Schulman LLP | 2:16-cv-06692 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 36. | Sandidge, William | Cochran Legal Group | 2:16-cv-15154 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information); Records provided do not show Xarelto use |
| 37. | Sheridan, Joyce | Cochran Legal Group | 2:16-cv-15155 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing city and state for each pharmacy identified; Failure to respond to question in Section I (core case information) |
| 38. | Stanley, Marcus A | Kenneth H. Baker | 2:16-cv-05845 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 39. | Stone, Clifford | Cochran Legal Group | 2:16-cv-15157 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information); Medical records provided do not demonstrate alleged injury |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 40. | Thompson, Leora | Cochran Legal Group | 2:16-cv-15159 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide first and last name of each prescribing physician identified; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information) |
| 41. | Troutman, Harold | Nemeroff Law Firm | 2:16-cv-12880 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 42. | Vanness, Chester | Slater Slater Schulman LLP | 2:16-cv-10240 | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 43. | Wake, Kenneth | Slater Slater Schulman LLP | 2:16-cv-10254 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide first and last name of each prescribing physician identified; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 44. | Watkins, Roger | Cochran Legal Group | 2:16-cv-15160 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing city and state for each prescribing physician identified; Failure to respond to question in Section I (core case information) |
| 45. | Williams, Patricia | Slater Slater Schulman LLP | 2:16-cv-7095 | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 46. | Winters, Orlando K | Slater Slater Schulman LLP | 2:16-cv-03903 | Failure to respond to question in Section I (core case information); Medical records provided do not demonstrate alleged injury |