# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| William Henry v. Janssen Research & Development, LLC, et al.; Case No. 2:15-cv-0224 | MAGISTRATE NORTH |
| Dora Mingo v. Janssen Research & Development, LLC, et al.; Case No. 2:15-cv-03367 | |

## DECLARATION OF ANGELA M. GIUSTI, PH.D., IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PUNITIVE DAMAGES

I, Angela M. Giusti, Ph.D., declare and state as follows:

1. I am Senior Director, Oncology Alliance Management for Janssen Pharmaceuticals, Inc. and have personal knowledge of the facts set forth below pertaining to the prescription medication Xarelto® in the United States.

2. Janssen Research & Development, LLC ("JRD") is a New Jersey limited liability company and has its principal place of business in Raritan, New Jersey.

3. Johnson & Johnson ("J&J") is a New Jersey corporation and has its principal place of business in New Brunswick, New Jersey. J&J does not design, develop, manufacture, test, package, promote, market, distribute, label or sell Xarelto. J&J does not hold the New Drug Application ("NDA") for Xarelto.

4. Janssen Pharmaceuticals, Inc. ("JPI") is a Pennsylvania corporation and has its principal place of business in Titusville, New Jersey.

5. Janssen Ortho LLC ("Janssen Ortho") is a Delaware limited liability company and has its principal place of business in Puerto Rico. Janssen Ortho manufactures Xarelto that is sold in its finished form in the United States in Puerto Rico.

6. JRD submitted the New Drug Application ("NDA") for Xarelto from its New Jersey offices.

7. JPI received the FDA Approval Letter for Xarelto in July 2011, in its New Jersey offices.

8. Decisions concerning changes to Xarelto label were made at the JRD's offices in New Jersey.

9. The major decisions regarding marketing and materials by JPI are made in JPI's offices in New Jersey.

10. FDA's communications concerning Xarelto are addressed to the offices of JPI or JRD in New Jersey.

I, Angela M. Giusti, do hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

This 7 day of June 2017.

_____
Angela M. Giusti

2