**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN)                    MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                                 SECTION L

THIS DOCUMENT RELATES TO:                        JUDGE ELDON E. FALLON

                                                 MAGISTRATE NORTH

**Dora Mingo, et al. v. Janssen**
**Research & Development, et al.**
**Case No. 2:15-cv-03469**

**William Henry v. Janssen Research & Development,**
**LLC f/k/a Johnson & Johnson Pharmaceutical**
**Research and Development, LLC, et al.**
**Case No. 2:15-cv-0224**

## EXHIBITS 5-7

## TO DEFENDANTS' RENEWED JOINT *DAUBERT* MOTION TO EXCLUDE EXPERT OPINIONS AND TESTIMONY REGARDING UNAPPROVED DOSING AND MONITORING REGIMENS

# FILED UNDER SEAL