# Exhibit 9

Protected - Subject to Further Protective Review

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
IN RE: XARELTO           )  MDL No. 2592
(RIVAROXABAN)            )
PRODUCTS LIABILITY       )  SECTION:  L
LITIGATION               )
                         )  JUDGE ELDON E.
                         )  FALLON
THIS DOCUMENT RELATES    )
TO ALL CASES             )  MAG. JUDGE NORTH
```

FRIDAY, DECEMBER 2, 2016

- - -

Videotaped deposition of Phillip Cuculich, M.D., held at the offices of SCHLICHTER, BOGARD & DENTON, L.L.P., 100 South Fourth Street, Suite 1200, St. Louis, Missouri, commencing at 9:03 a.m., on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri & Kansas Certified Court Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

```
 1              A P P E A R A N C E S :
 2
        SCHLICHTER, BOGARD & DENTON, L.L.P.
 3      BY:  KRISTINE KRAFT, ESQUIRE
                 kkraft@uselaws.com
 4      100 South Fourth Street, Suite 1200
        St. Louis, Missouri 63102
 5      (314) 621-6115
 6
 7      LEVIN PAPANTONIO THOMAS MITCHELL
        RAFFERTY & PROCTOR, P.A.
 8      BY:  NED MCWILLIAMS, ESQUIRE
                 nmcwilliams@levinlaw.com
 9      316 South Baylen Street, Suite 600
        Pensacola, Florida  32502
10      (850) 435-7000
        Counsel for Plaintiffs
11
12
        KAYE SCHOLER, LLP
13      BY: JULIE B. DU PONT, ESQUIRE
                 Julie.dupont@kayescholer.com
14      250 West 55th Street
        New York, New York 10019
15      (212) 836-8000
        Counsel for Defendants Bayer
16      HealthCare Pharmaceuticals and Bayer
        Pharma AG
17
18
        SEDGWICK, LLP
19      BY:  DAVID M. COVEY, ESQUIRE
                 david.covey@sedgwicklaw.com
20      225 Liberty Street, 28th Floor
        New York, New York  10281
21      (212) 422-0202
        Counsel for Janssen Pharmaceuticals
22
23
24
25
```

Protected - Subject to Further Protective Review

Page 3

 1       DRINKER BIDDLE & REATH, LLP
         BY:   SEAN A. KENNEDY, ESQUIRE
 2             sean.kennedy@dbr.com
         600 Campus Drive
 3       Florham Park, New Jersey  07932
         (973) 549-7000
 4       Counsel for Janssen Pharmaceuticals
 5
    V I D E O G R A P H E R :
 6       ED FOPPE, CLVS,
         Golkow Technologies, Inc.
 7
                         - - -
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1              So one of the ways that I think
 2   we could deliver rivaroxaban in a safer way
 3   to our patients would be to do these sorts of
 4   blood tests.
 5        Q.    But is there a specific number
 6   of PT that would -- you would tell doctors in
 7   the label to discontinue Xarelto at?
 8        A.    Right.
 9              MR. MCWILLIAMS:  Object to
10         form.
11              THE WITNESS:  You know, again,
12         I'm not writing these sorts of
13         recommendations.  I think that
14         certainly there's a gradation as we've
15         talked about before.  A PT of 20 is
16         lower risk of bleeding than 30 is
17         lower risk of 40.
18              Where do we want to draw that
19         cutoff?  We'd have to look at all of
20         the data that's available.
21              Of the data that I have access
22         to, of the things that I've shared, it
23         would make sense to at least report
24         what that PT is to the prescribing
25         physician.  And if that PT is 40 or
```

Protected - Subject to Further Protective Review

Page 225

```
 1         more, it's akin to having an INR
 2         that's, you know, very high, higher
 3         than 4.  We know that those patients
 4         are at higher risk for bleeding.
 5              It would be very helpful, and I
 6         think very safe, for patients to know
 7         that they are a, quote/unquote, super
 8         responder or that their levels of
 9         blood thinning are beyond what we
10         consider normal and are in risky
11         range.
12              So if you ask me for a specific
13         line to draw in the sand, I don't have
14         that for you.  I would tell you that
15         in my practice if, you know, I would
16         be able to do these sorts of things, I
17         would talk to patients when their
18         Neoplastin PT got above 30, 35, 40,
19         and I'd say, "This is -- this may be
20         abnormal.  We don't know, we don't
21         have guidance from the FDA on this,
22         but this may be abnormal, and this may
23         require us to rethink your
24         anticoagulation strategy."
25
```

Protected - Subject to Further Protective Review

Page 349

```
 1                    CERTIFICATE
 2
 3           I, CARRIE A. CAMPBELL, Registered
     Diplomate Reporter, Certified Realtime
 4   Reporter and Certified Shorthand Reporter, do
     hereby certify that prior to the commencement
 5   of the examination, Phillip Cuculich, M.D.
     was duly sworn by me to testify to the truth,
 6   the whole truth and nothing but the truth.
 7           I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
 8   testimony as taken stenographically by and
     before me at the time, place and on the date
 9   hereinbefore set forth, to the best of my
     ability.
10
             I DO FURTHER CERTIFY that I am
11   neither a relative nor employee nor attorney
     nor counsel of any of the parties to this
12   action, and that I am neither a relative nor
     employee of such attorney or counsel, and
13   that I am not financially interested in the
     action.
14
15
16
             _____
17           CARRIE A. CAMPBELL,
             NCRA Registered Diplomate Reporter
18           Certified Realtime Reporter
             California Certified Shorthand
19           Reporter #13921
             Missouri Certified Court Reporter #859
20           Illinois Certified Shorthand Reporter
             #084-004229
21           Texas Certified Shorthand Reporter #9328
             Kansas Certified Court Reporter #1715
22           Notary Public
23           Dated:  December 6, 2016
24
25
```