# Exhibit 16

Protected - Subject to Further Protective Review

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :MDL 2592
PRODUCTS LIABILITY LITIGATION:
                                  :SECTION L
THIS DOCUMENT RELATES TO    :
ALL CASES                      :JUDGE ELDON E. FALLON
                                  :MAG. JUDGE NORTH

- - -

NOVEMBER 22, 2016

- - -

- PROTECTED -
- SUBJECT TO FURTHER PROTECTIVE REVIEW -

Videotaped deposition of ROBERT C. GOSSELIN, held at The Fairmont Hotel, 170 South Market Street, San Jose, California, on the above date, beginning at approximately 6:23 a.m., before Diane S. Martin, Certified Shorthand Reporter and Certified Realtime Reporter.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

```
                                                              Page 2

 1              A P P E A R A N C E S:
 2
 3    For the Plaintiffs:
 4         FERRER POIROT WANSBROUGH
           BY:  RUSS ABNEY, ESQ.
 5         2603 Oak Lawn, Suite 300
           Dallas, Texas 75219
 6         866-589-0257
           rabney@lawyerworks.com
 7
 8         LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY &
           PROCTOR, P.A.
 9         BY:  NED McWILLIAMS, ESQ.
           316 S. Baylen Street, Suite 600
10         Pensacola, Florida  32502
           850-435-7000
11         nmcwilliams@levinlaw.com
12
13
      For the Bayer defendants:
14
           NELSON MULLINS RILEY & SCARBOROUGH LLP
15         BY:  JANE T. DAVIS, ESQ.
           151 Meeting Street, Suite 600
16         Charleston, South Carolina  29401
           843-534-4317
17         jane.davis@nelsonmullins.com
18
      For the Janssen defendants:
19
           IRWIN FRITCHIE URQUHART & MOORE LLC
20         BY:  KIM E. MOORE, ESQ.
                CARLOS A. BENACH, ESQ.
21         400 Poydras Street, Suite 2700
           New Orleans, Louisiana  70130
22         kmoore@irwinllc.com
           cbenach@irwinllc.com
23
24
25    The Videographer:      Joseph Mourgos
```

1 validate rivaroxaban concentrations or associate
2 concentrations with hemorrhagic or thrombotic events;
3 correct?
4     A.  I'm not sure you read that verbatim, but --
5 but I would say what's written is correct.
6     Q.  So my question, sir, was that your own work
7 demonstrates there -- there may be a need for an assay?
8 You would agree with that?
9     A.  There are assays already available.
10    Q.  Okay.  But no assay to date has been FDA
11 approved or consistent enough to validate
12 rivaroxaban concentration or associate
13 concentrations with hemorrhagic or thrombotic
14 events; correct?
15          MR. ABNEY:  Object to form.
16          THE WITNESS:  Those are multiple issues,
17 and one is clinical.
18          And as far as the assays being FDA
19 approved, there are -- there are no FDA-approved
20 mass spec --
21          MS. MOORE:  We -- we --
22          THE WITNESS:  -- assays.
23          MS. MOORE:  -- covered that.
24          THE WITNESS:  No, we --
25          MR. ABNEY:  Don't interrupt the witness,

Protected - Subject to Further Protective Review

Page 307

1  please. Let him finish his answer.
2           THE WITNESS: We didn't cover mass spec.
3  Because most laboratories can perform mass spec
4  without getting FDA approval. Those are lab
5  already developed tests. There are no commercial
6  kits that are FDA approved for use --
7  BY MS. MOORE:
8      Q. And that's --
9      A. -- for measuring DOACs --
10     Q. And so --
11          MR. ABNEY: No, please don't interrupt
12 the --
13          MS. MOORE: I --
14          MR. ABNEY: -- witness. Let him finish his
15 answer.
16          MS. MOORE: I -- let -- calm down. It's
17 okay.
18          I didn't mean to interrupt you at all.
19          MR. ABNEY: Well, you've done it three
20 times in the middle --
21          MS. MOORE: No.
22          MR. ABNEY: -- of his answer. So --
23          MS. MOORE: I -- I just -- I'm sorry. We're
24 trying to get through it. It's late in the day. It's
25 okay.

Protected - Subject to Further Protective Review

Page 374

1       REPORTER'S CERTIFICATE

2       The undersigned Certified Shorthand Reporter
3  licensed in the State of California does hereby
4  certify:
5       I am authorized to administer oaths or
6  affirmations pursuant to Code of Civil Procedure,
7  Section 2093(b), and prior to being examined, the
8  witness was duly administered an oath by me.
9       I am not a relative or employee or attorney or
10 counsel of any of the parties, nor am I a relative or
11 employee of such attorney or counsel, nor am I
   financially interested in the outcome of this action.
12      I am the deposition officer who
13 stenographically recorded the testimony in the
14 foregoing deposition, and the foregoing transcript is a
15 true record of the testimony given by the witness.
16      Before completion of the deposition, review of
17 the transcript [X] was [ ] was not requested.  If
18 requested, any changes made by the deponent (and
19 provided to the reporter) during the period allowed are
20 appended hereto.
21      In witness whereof, I have subscribed my name
22 this ____ day of _____, 2016.
23
24                              _____
25                              DIANE S. MARTIN, CSR No. 6464