UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |

Dora Mingo, et al. v. Janssen
Research & Development, et al.
Case No. 2:15-cv-03469

William Henry v. Janssen Research & Development,
LLC f/k/a Johnson & Johnson Pharmaceutical
Research and Development, LLC, et al.
Case No. 2:15-cv-0224

## O R D E R

Considering Defendants' Joint *Ex Parte* Motion for Leave to File Under Seal Exhibits 5-7 and 10-11 to Defendants' Renewed Joint *Daubert* Motion to Exclude Expert Opinions and Testimony Regarding Unapproved Dosing and Monitoring Regimens.

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Exhibits 5-7 and 10-11 to Defendants' Renewed Joint *Daubert* Motion to Exclude Expert Opinions and Testimony Regarding Unapproved Dosing and Monitoring Regimens (Doc. 6740) be and are hereby **FILED UNDER SEAL.**

New Orleans, Louisiana, this _____ day of June, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE