**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |

Dora Mingo, et al. v. Janssen
Research & Development, et al.
Case No. 2:15-cv-03469

William Henry v. Janssen Research & Development,
LLC f/k/a Johnson & Johnson Pharmaceutical
Research and Development, LLC, et al.
Case No. 2:15-cv-0224

# EXHIBITS 5-7

## TO DEFENDANTS' RENEWED JOINT *DAUBERT* MOTION TO EXCLUDE EXPERT OPINIONS AND TESTIMONY REGARDING UNAPPROVED DOSING AND MONITORING REGIMENS

# FILED UNDER SEAL