UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     MDL No. 2592
PRODUCTS LIABILITY LITIGATION

SECTION L

THIS DOCUMENT RELATES TO:     JUDGE ELDON E. FALLON

MAGISTRATE NORTH

Dora Mingo, et al. v. Janssen
Research & Development, et al.
Case No. 2:15-cv-03469

## O R D E R

Considering Defendants' *Ex Parte* Motion for Leave to File Under Seal Exhibits 1-8 to Defendants' Motion for Partial Summary Judgment Based on the Learned-Intermediary Doctrine,

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Exhibits 1-8 to Defendants' Joint Motion for Partial Summary Judgment Based on the Learned-Intermediary Doctrine (Doc. 6742) be and are hereby **FILED UNDER SEAL.**

New Orleans, Louisiana, this _____ day of June, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE