UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:
JAMES CARL WRIGHT o/b/o
His deceased wife, Ann Wright v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:15-CV-002934

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andre' P. LaPlace for the Plaintiff and moves this Honorable Court for an order substituting Carla Parker on behalf of her deceased father, James Carl Wright, for the following reasons:

I.

On July 27, 2015 James Wright filed a Complaint in the above referenced matter.

II

On February 14, 2016 James Wright died.

III.

The decedents daughter, Carla Parker, is the Proper Party Plaintiff and wishes to be substituted on behalf of James Wright, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 7th day of June, 2017.

By: /s/Andre' P. LaPlace
Andre' P. LaPlace(#8039)
*Attorney for the Plaintiff*
2762 Continental Drive, Ste. 103
Baton Rouge, Louisiana 70808
Telephone No. (225)924-6898
Facsimile No. (225)924-6877
alaw@andrelaplace.com

By: /s/Rebecca A. Cunard
Rebecca A. Cunard(#20154)
*Attorney for the Plaintiff*
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, Louisiana 70809
Telephone No. (225)925-2978
Facsimile No. (225)925-8192
Rebecca@CunardLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

s/Andre' P. LaPlace
**ANDRE' P. LAPLACE (#8039)**