# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH
State File Number: 101 2016-04818

**1. DECEASED LEGAL NAME:** James Carl Wright Sr
**2. DATE AND TIME OF DEATH:** Feb 14, 2016 0941
**3. ALIAS NAME(S) (IF ANY):** None Given
**5. COUNTY OF DEATH:** Elmore
**6. CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE:** Wetumpka, 36092
**7. PLACE OF DEATH:** Elmore Community Hospital
**8. SEX:** Male
**10. SERVED IN ARMED FORCES:** Yes
**11. AGE:** 82
**12. DATE OF BIRTH:** Sep 25, 1933
**13. BIRTHPLACE:** Alabama
**14. SOCIAL SECURITY NUMBER:** 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
**15. MARITAL STATUS:** Widowed
**17. RESIDENCE STATE:** Alabama
**18. RESIDENCE COUNTY:** Elmore
**19. CITY, TOWN OR LOCATION AND ZIP CODE:** Wetumpka, 36092
**20. STREET ADDRESS:** 209 Country Club Drive
**21. INFORMANT NAME, RELATIONSHIP AND ADDRESS:** Carla W Parker, Daughter, 365 Madeira Circle, Saint Petersburg, FL 33715
**22. FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE:** James Louis Wright
**23. MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE:** Zelma Irene Hines
**24. DISPOSITION OF BODY:** Burial
**25. CEMETERY OR CREMATORY:** Pine View Gardens
**26. LOCATION:** Wetumpka, Alabama
**27. DATE OF DISPOSITION:** Feb 20, 2016
**28. FUNERAL DIRECTOR:** Glenda H Gassett
**30. DATE SIGNED:** Feb 16, 2016
**31. FUNERAL HOME NAME AND ADDRESS:** Gassett Funeral Home, P O Box 54, Wetumpka, AL 36092

**MEDICAL CERTIFICATION:** X CORONER
**34. NAME:** Brad Linville, Coroner
**36. DATE SIGNED:** Feb 16, 2016
**37. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH:** 84632 Tallassee Hwy, Eclectic, Alabama 36024
**38. REGISTRAR:** Catherine Molchan Donald
**39. DATE FILED:** Feb 16, 2016

## CAUSE OF DEATH

**40. PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH**

| | | Interval |
|---|---|---|
| IMMEDIATE CAUSE | A. Cardiopulmonary Respiratory Arrest | Unknown |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| UNDERLYING CAUSE | B. Arrhythmia | Unknown |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | C. | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | D. | |

**41. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH**

**42. MANNER OF DEATH:** Natural Causes
**45. AUTOPSY:** No
**46. TOXICOLOGY:** No
**48. TOBACCO USE CONTRIBUTED TO DEATH:** Unknown

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2016-157-146-0

February 19, 2016

Catherine Molchan Donald
State Registrar of Vital Statistics