MINUTE ENTRY
FALLON, J.
JUNE 7, 2017

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

The parties reported to the Court that they continue to discuss the potential dismissal of certain defendants named in the third and fourth bellwether trials (Mingo and Henry), and therefore request that the Court extend the briefing deadline of June 7, 2017 for the dispositive motions relating to these entities in those cases. The Court agreed to the extension of the briefing deadline to June 21, 2017 for the dispositive motions relating to these entities in the Mingo and Henry cases.