# EXHIBIT 4

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE:   XARELTO           ) MDL 2592
      (rivaroxaban) PRODUCTS     )
 5    LIABILITY LITIGATION       ) Section:  L
                                 )
 6                               ) JUDGE ELDON E. FALLON
      THIS DOCUMENT RELATES      )
 7    TO ALL CASES               ) MAG. JUDGE NORTH
 8
 9
10
11
12
13
14      Videotaped deposition of WAYNE LOUIS BACKES,
15    PH.D., taken on Thursday, November 17, 2016, in
16    the office of The Lambert Firm, A.P.L.C., 701
17    Magazine Street, New Orleans, Louisiana 70130,
18    commencing at 9:07 a.m.
19
20
21
22
23
      Reported by:
24    AURORA M. PERRIEN
      CERTIFIED COURT REPORTER
25    REGISTERED PROFESSIONAL REPORTER
```

```
 1                     I N D E X
                                              Page
 2
            Caption...........................1
 3
            Appearances.......................3
 4
            Agreement of Counsel..............5
 5
            Reporter's Certificate..........289
 6
 7
                   E X A M I N A T I O N
 8
            MR. SLONIM........................7
 9
            MR. SARVER......................213
10
11
                     E X H I B I T S
12
            Exhibit No. 1....................13
13          Defendants' Notice with Subpoena Duces
            Tecum or Oral Videotaped Deposition...
14
            Exhibit No. 2....................17
15          Curriculum Vitae, Wayne L. Backes
16          Exhibit No. 3....................28
            Expert Report of Wayne L. Backes
17
            Exhibit No. 4...................104
18          "Clinical Pharmacokinetic and
            Pharmacodynamic Profile of Rivaroxaban"
19
            Exhibit No. 5...................160
20          "Safety, pharmacodynamics, and
            pharmacokinetics of BAY 59-7939--an
21          oral, direct Factor Xa inhibitor..."
22          Exhibit No. 6...................164
            "Rivaroxaban, Population Pharmacokinetic
23          Analyses in Patients Treated for Acute
            Deep-Vein Thrombosis and Exposure..."
24
            Exhibit No. 7...................208
25          (Invoices)
```

```
 1                A P P E A R A N C E S
 2    REPRESENTING PLAINTIFFS:
 3          SCHLICHTER, BOGARD & DENTON, L.L.P.
            BY:  ROGER DENTON, ESQ.
 4          100 South 4th Street, Suite 1200
            St. Louis, Missouri 63102
 5          314.621.6115
            Rdenton@uselaws.com
 6
            THE LAMBERT FIRM, A.P.L.C.
 7          BY:  EMILY C. JEFFCOTT, ESQ.
            701 Magazine Street
 8          New Orleans, Louisiana 70130
            504.561.1750
 9          Ejeffcott@thelambertfirm.com
10          THOMAS, MITCHELL, RAFFERTY, PROCTOR, P.A.
            BY:  NED McWILLIAMS, ESQ.
11          316 South Baylen Street, Suite 60
            Pensacola, Florida 32502
12          850.435.7000
            Nmcwilliams@levinlaw.com
13
14
15
      REPRESENTING BAYER HEALTHCARE PHARMACEUTICALS,
16    INC. AND BAYER PHARMA AG:
17          KAY SCHOLER, L.L.P.
            BY:  BERT L. SLONIM, ESQ.
18          250 West 55th Street
            New York, New York 10019-9710
19          212.836.8897
            Bert.slonim@kayescholer.com
20
            KAY SCHOLER, L.L.P.
21          BY:  PAMELA J. YATES, ESQ.
            1999 Avenue of the Stars, Suite 1600
22          Los Angeles, California 90067-6048
            310.788.1278
23          Pamela.yates@kayescholer.com
24
25
```

```
 1   REPRESENTING JANSSEN PHARMACEUTICALS, INC.,
     JANSSEN RESEARCH & DEVELOPMENT, L.L.C., JANSSEN
 2   ORTHO, L.L.C., and JOHNSON AND JOHNSON:
 3          BARRASSO, USDIN, KUPPERMAN, FREEMAN
            & SARVER, L.L.C.
 4          BY:  RICHARD E. SARVER, ESQ.
            909 Poydras Street, Suite 2400
 5          New Orleans, Louisiana 70112
            504.589.9700
 6          Rsarver@barrassousdin.com
 7          BARRASSO, USDIN, KUPPERMAN, FREEMAN
            & SARVER, L.L.C.
 8          BY:  ANDREA M. PRICE, ESQ.
            909 Poydras Street, Suite 2400
 9          New Orleans, Louisiana 70112
            504.589.9700
10          Aprice@barrassousdin.com
11
12
13
     ALSO PRESENT:
14
            MELISSA BARDWELL, VIDEOGRAPHER
15
16
17
18
19
20
21
22
23
24
25
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1              I -- could you repeat that question
 2         again?
 3  BY MR. SLONIM:
 4      Q.   Yes.
 5           Do you agree that the FDA has publicly
 6  stated that there is no approved assay to measure
 7  either the anticoagulant effect or the
 8  concentration of any of the NOAC medications,
 9  including but not limited to Xarelto?
10      A.   I dot not recall seeing that.
11      Q.   Do you know if PT, prothrombin time, has
12  been approved by the FDA to measure the level of
13  Xarelto or the degree of anticoagulation?
14           MR. DENTON:
15               Object to the form.
16           THE WITNESS:
17               It has not been -- it -- it has been
18           -- I believe it has been recommended to be
19           -- to be used, but it has not been
20           established yet.  And a particular
21           concentration has not been -- a particular
22           prothrombin time has not been established.
23           And the -- and the conditions as far as
24           the thromboplastins are concerned has not
25           been established yet.  But it has been
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1         C E R T I F I C A T E
2      This certification is valid only for
3   a transcript accompanied by my original signature
4   and original seal on this page.
5      I, AURORA M. PERRIEN, Registered Professional
6   Reporter, Certified Court Reporter, in and for the
7   State of Louisiana, as the officer before whom
8   this testimony was taken, do hereby certify that
9   WAYNE LOUIS BACKES, PH.D., after having been duly
10  sworn by me upon the authority of R.S. 37:2554,
11  did testify as hereinbefore set forth in the
12  foregoing 288 pages; that this testimony was
13  reported by me in the stenotype reporting method,
14  was prepared and transcribed by me or under my
15  personal direction and supervision, and is a true
16  and correct transcript to the best of my ability
17  and understanding; that the transcript has been
18  prepared in compliance with transcript format
19  guidelines required by statute or by rules of the
20  board; and that I am informed about the complete
21  arrangement, financial or otherwise, with the
22  person or entity making arrangements for
23  deposition services; that I have acted in
24  compliance with the prohibition on contractual
25  relationships, as defined by Louisiana Code of

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1   Civil Procedure Article 1434 and in rules and
2   advisory opinions of the board; that I have no
3   actual knowledge of any prohibited employment or
4   contractual relationship, direct or indirect,
5   between a court reporting firm and any party
6   litigant in this matter nor is there any such
7   relationship between myself and a party litigant
8   in this matter.  I am not related to counsel or to
9   the parties herein, nor am I otherwise interested
10  in the outcome of this matter.
11
12
13
14
15                 AURORA M. PERRIEN, CCR, RPR
16
17
18
19
20
21
22
23
24
25