# EXHIBIT 5

Protected - Subject to Further Protective Review

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN):MDL 2592

PRODUCTS LIABILITY LITIGATION:

:SECTION L

THIS DOCUMENT RELATES TO      :

ALL CASES                     :JUDGE ELDON E. FALLON

:MAG. JUDGE NORTH


- - -

NOVEMBER 22, 2016

- - -


- PROTECTED -

- SUBJECT TO FURTHER PROTECTIVE REVIEW -


Videotaped deposition of ROBERT C.
GOSSELIN, held at The Fairmont Hotel, 170 South
Market Street, San Jose, California, on the above
date, beginning at approximately 6:23 a.m., before
Diane S. Martin, Certified Shorthand Reporter and
Certified Realtime Reporter.


GOLKOW TECHNOLOGIES, INC.

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Protected - Subject to Further Protective Review

```
                                                             Page 2

 1                   A P P E A R A N C E S:
 2
 3   For the Plaintiffs:
 4            FERRER POIROT WANSBROUGH
              BY:  RUSS ABNEY, ESQ.
 5            2603 Oak Lawn, Suite 300
              Dallas, Texas 75219
 6            866-589-0257
              rabney@lawyerworks.com
 7
 8            LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY &
              PROCTOR, P.A.
 9            BY:  NED McWILLIAMS, ESQ.
              316 S. Baylen Street, Suite 600
10            Pensacola, Florida  32502
              850-435-7000
11            nmcwilliams@levinlaw.com
12
13
     For the Bayer defendants:
14
              NELSON MULLINS RILEY & SCARBOROUGH LLP
15            BY:  JANE T. DAVIS, ESQ.
              151 Meeting Street, Suite 600
16            Charleston, South Carolina  29401
              843-534-4317
17            jane.davis@nelsonmullins.com
18
     For the Janssen defendants:
19
              IRWIN FRITCHIE URQUHART & MOORE LLC
20            BY:  KIM E. MOORE, ESQ.
                   CARLOS A. BENACH, ESQ.
21            400 Poydras Street, Suite 2700
              New Orleans, Louisiana  70130
22            kmoore@irwinllc.com
              cbenach@irwinllc.com
23
24
25   The Videographer:      Joseph Mourgos
```

Protected - Subject to Further Protective Review

Page 203

1    bullet points is that in your opinion, Neoplastine CI

2    Plus is the most suitable reagent among this class of

3    reagents that are used to perform a test, the PT test,

4    the results of which cannot qual -- cannot quantify the

5    anticoagulant effect of rivaroxaban?

6         A.   Specifically for rivaroxaban, yes.

7         Q.   Would you agree that there is no FDA-approved

8    method, calibrator or control for using PT to assess

9    the anticoagulant effect of rivaroxaban?

10        A.   That is a true statement.

11        Q.   Do you agree that the FDA does not require

12   routine laboratory testing of Xarelto for any purpose?

13        A.   I'm unaware, again, the FDA requirements for

14   Xarelto.

15        Q.   So you just don't know one way or the other;

16   is that your testimony?

17        A.   Yes.

18        Q.   Looking at the chart that you have on page 31

19   of your report about doubling the clotting time from

20   various studies, if you look at Neoplastin on the

21   left-hand side, am I right that the Barrett -- you cite

22   the Barrett 2010 paper as reporting that with using the

23   Neoplastine CI Plus, the amount required to double the

24   clotting time of rivaroxaban was 546?

25        A.   Yes.

Protected - Subject to Further Protective Review

Page 374

 1                    REPORTER'S CERTIFICATE

 2           The undersigned Certified Shorthand Reporter

 3   licensed in the State of California does hereby

 4   certify:

 5           I am authorized to administer oaths or

 6   affirmations pursuant to Code of Civil Procedure,

 7   Section 2093(b), and prior to being examined, the

 8   witness was duly administered an oath by me.

 9           I am not a relative or employee or attorney or

10   counsel of any of the parties, nor am I a relative or

11   employee of such attorney or counsel, nor am I

     financially interested in the outcome of this action.

12           I am the deposition officer who

13   stenographically recorded the testimony in the

14   foregoing deposition, and the foregoing transcript is a

15   true record of the testimony given by the witness.

16           Before completion of the deposition, review of

17   the transcript [X] was [ ] was not requested.  If

18   requested, any changes made by the deponent (and

19   provided to the reporter) during the period allowed are

20   appended hereto.

21           In witness whereof, I have subscribed my name

22   this ____ day of _____, 2016.

23

24                         _____

25                         DIANE S. MARTIN, CSR No. 6464