UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : | |
| | : : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

For the reasons set forth during the Order to Show Cause Hearing conducted on April 19, 2017, the following Orders shall be addressed at the Order to Show Cause Hearing to be held on June 28, 2017 at at 9:30 am, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana:

- Defendants' Motions for Order to Show Cause Regarding Plaintiffs Who Have Failed to Submit a Plaintiff Fact Sheet: Docket Numbers 6602, 6606, 6617, and 6619.

- Defendants' Motion for Order to Show Cause Regarding Plaintiffs With Alleged Plaintiff Fact Sheet Deficiencies: 6610, 6611, 6623, and 6624.

- Plaintiff Elaine Dixon's Motion to Dismiss Without Prejudice, Docket Number 5257.

The following motions will also be be addressed at the Order to Show Cause Hearing to be held on June 28, 2017 at at 9:30 am in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana:

- Plaintiff Lisa Fultz's Motion to Dismiss Without Prejudice, Docket Number 6349.

- Plaintiff Joanne Fahy's Motion to Dismiss Without Prejudice, Docket Number 6416.

- Plaintiff Judy Goff's Motion to Dismiss Without Prejudice, Docket Number 6420.

2

- Plaintiff Harry Sherman's Motion to Dismiss Without Prejudice, Docket Number 6580.

- Plaintiff Earl Smith's Motion to Dismiss Without Prejudice, Docket Number 6710.

New Orleans, Louisiana, on this 6th day of June 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge