UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) ) ) | SECTION L |
| | ) | JUDGE ELDON E. FALLON |
| | ) ) | MAG. JUDGE NORTH |

**This Document Relates to:**

*Joyce Howe v. Janssen Research & Development LLC, et al;* **Case No.: 2:15-cv-06733**

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Michael Howe, as a surviving spouse and personal representative of the estate of Joyce Howe, is substituted for Plaintiff Joyce Howe, in the above captioned cause.

New Orleans, Louisiana this 5th day of June, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge