# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL NO. 2592** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**

*Shiffa Spitzer v. Janssen Research & Development LLC, et al;* **Case No.: 2:15-cv-04490**

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Danny Jaghab, as a surviving son and personal representative of the estate of Shiffa Spitzer, is substituted for Plaintiff Shiffa Spitzter, in the above captioned cause.

New Orleans, Louisiana this 5th day of June, 2017.

_____

Hon. Eldon E. Fallon
United States District Court Judge