UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |
| Dora Mingo, et al. v. Janssen Research & Development, et al. Case No. 2:15-cv-03469 | |

### O R D E R

Considering Defendants' Joint *Ex Parte* Motion for Leave to File Under Seal Exhibits 3-5 to Defendants' Joint Motion for Partial Summary Judgment on State-Law Grounds as to Plaintiffs' Design-Defect Claim,

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Exhibits 3-5 to Defendants' Joint Motion for Partial Summary Judgment on State-Law Grounds as to Plaintiffs' Design-Defect Claim (Doc. 6753) be and are hereby **FILED UNDER SEAL.**

New Orleans, Louisiana, this _____ day of June, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE