UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  PRODUCTS LIABILITY LITIGATION | MDL NO. 2592  SECTION L  JUDGE ELDON E. FALLON  MAG. JUDGE NORTH |

**This Document Relates to:**

*All Cases Listed in "Exhibit A"*

## ORDER

The Court, after considering the Plaintiff's Joint Motion for Withdrawal and Substitution of Counsel, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT attorney Jeffrey D. Meyer be withdrawn and that attorney Russell T. Abney be substituted as counsel of record for all cases listed in and attached hereto as "Exhibit A".

New Orleans, Louisiana this 5th day of June, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge

# EXHIBIT A

| Case Caption | Civil Action No. |
| --- | --- |
| Beukema v. Janssen Research & Development LLC, et al. | 2:16-cv-07331 |
| Bilger v. Janssen Research & Development LLC, et al. | 2:16-cv-07335 |
| Harvey v. Janssen Research & Development LLC, et al | 2:16-cv-07314 |
| Anderson v. Janssen Research & Development LLC, et al. | 2:17-cv-01297 |
| Barker v. Janssen Research & Development LLC, et al. | 2:16-cv-07338 |
| Baxter v. Janssen Research & Development LLC, et al. | 2:16-cv-07332 |
| Bookout, et al. v. Janssen Research & Development LLC, et al. | 2:16-cv-03075 |
| Brown v. Janssen Research & Development LLC, et al. | 2:16-cv-16878 |
| Brown v. Janssen Research & Development LLC, et al. | 2:16-cv-13369 |
| Burgess v. Janssen Research & Development LLC, et al. | 2:16-cv-07336 |
| Burgess v. Janssen Research & Development LLC, et al. | 2:16-cv-7347 |
| Caples v. Janssen Research & Development LLC, et al. | 2:16-cv-07351 |
| Carroll v. Janssen Research & Development LLC, et al. | 2:16-cv-07352 |
| Cauthen v. Janssen Research & Development LLC, et al. | 2:16-cv-07345 |
| Clark v. Janssen Research & Development LLC, et al. | 2:16-cv-02946 |
| Crawford v. Janssen Research & Development LLC, et al. | 2:16-cv-07329 |
| Davis v. Janssen Research & Development LLC, et al. | 2:16-cv-07342 |
| Futch v. Janssen Research & Development LLC, et al. | 4:16-cv-00109 |
| Galifaro v. Janssen Research & Development LLC, et al. | 2:16-cv-07355 |
| Gardner v. Janssen Research & Development LLC, et al. | 2:16-cv-07535 |
| Gary v. Janssen Research & Development LLC, et al. | 2:16-cv-06928 |

| | |
|---|---|
| George v. Janssen Research & Development LLC, et al. | 2:16-cv-07312 |
| Giroux v. Janssen Research & Development LLC, et al. | 2:17-cv-04784 |
| Guth, et al. v. Janssen Research & Development LLC, et al. | 2:16-cv-03463 |
| Hall v. Janssen Research & Development LLC, et al. | 2:16-cv-07313 |
| Hernandez v. Janssen Research & Development LLC, et al. | 2:16-cv-07315 |
| Hick v. Janssen Research & Development LLC, et al. | 2:16-cv-07316 |
| Iacobelli v. Janssen Research & Development LLC, et al. | 2:16-cv-07354 |
| Jackson v. Janssen Research & Development LLC, et al. | 2:16-cv-07349 |
| James v. Janssen Research & Development LLC, et al. | 2:16-cv-07348 |
| Jill v. Janssen Research & Development LLC, et al. | 2:16-cv-07533 |
| Jones v. Janssen Research & Development LLC, et al. | 2:16-cv-07339 |
| Joyner v. Janssen Research & Development LLC, et al. | 2:16-cv-07334 |
| King v. Janssen Research & Development LLC, et al. | 2:16-cv-07343 |
| Krontos v. Janssen Research & Development LLC, et al. | 2:16-cv-07356 |
| Leboff v. Janssen Research & Development LLC, et al. | 2:16-cv-07350 |
| Liebow v. Janssen Research & Development LLC, et al. | 2:16-cv-00899 |
| Lorincz v. Janssen Research & Development LLC, et al. | 2:16-cv-06931 |
| Manno v. Janssen Research & Development LLC, et al. | 2:16-cv-07317 |
| Mauney v. Janssen Research & Development LLC, et al. | 2:16-cv-07427 |
| Schoenrock v. Janssen Research & Development LLC, et al. | 2:16-cv-07325 |
| McDaniel v. Janssen Research & Development LLC, et al. | 2:16-cv-07318 |
| Milton v. Janssen Research & Development LLC, et al. | 2:16-cv-13370 |

| | |
|---|---|
| Mongeon v. Janssen Research & Development LLC, et al. | 2:16-cv-13024 |
| Moore v. Janssen Research & Development LLC, et al. | 2:16-cv-09234 |
| Morris v. Janssen Research & Development LLC, et al. | 2:16-cv-07319 |
| Moses v. Janssen Research & Development LLC, et al. | 2:16-cv-07346 |
| Munson v. Janssen Research & Development LLC, et al. | 2:16-cv-07344 |
| Nixon-Carter v. Janssen Research & Development LLC, et al. | 2:16-cv-07337 |
| O'Donnell v. Janssen Research & Development LLC, et al. | 2:16-cv-07320 |
| Paluso v. Janssen Research & Development LLC, et al. | 2:16-cv-07321 |
| Peguese v. Janssen Research & Development LLC, et al. | 2:16-cv-07353 |
| Prera-Monroy v. Janssen Research & Development LLC, et al. | 2:16-cv-07481 |
| Redding v. Janssen Research & Development LLC, et al. | 2:16-cv-07333 |
| Reed v. Janssen Research & Development LLC, et al. | 2:16-cv-07322 |
| Rhames v. Janssen Research & Development LLC, et al. | 2:16-cv-07340 |
| Rice v. Janssen Research & Development LLC, et al. | 2:16-cv-07323 |
| Robertson v. Janssen Research & Development LLC, et al. | 2:16-cv-07324 |
| Sailors, et al. v. Janssen Research & Development LLC, et al. | 2:16-cv-06530 |
| Saldivar et al v. Janssen Research & Development LLC, et al. | 2:16-cv-13487 |
| Schneider v. Janssen Research & Development LLC, et al. | 2:16-cv-06622 |
| Scott v. Janssen Research & Development LLC, et al. | 2:16-cv-9222 |
| Smith v. Janssen Research & Development LLC, et al. | 2:16-cv-07326 |
| Sobczak v. Janssen Research & Development LLC, et al. | 2:16-cv-15293 |
| Spiroff v. Janssen Research & Development LLC, et al. | 2:15-cv-06129 |

| | |
|---|---|
| Tenorio v. Janssen Research & Development LLC, et al. | 2:16-cv-00255 |
| Thompson v. Janssen Research & Development et al | 2:16-cv-07327 |
| Tingler v. Janssen Research & Development LLC, et al. | 2:16-cv-07330 |
| Wallce v. Janssen Research & Development LLC, et al. | 2:16-cv-15147 |
| Walton v. Janssen Research & Development LLC, et al. | 2:16-cv-07341 |
| Wells v. Janssen Research & Development LLC, et al. | 2:16-cv-06936 |
| White v. Janssen Research & Development LLC, et al. | 2:16-cv-07328 |
| Wilkerson-Wongus v. Janssen Research & Development LLC, et al. | 2:16-cv-06933 |
| Williams v. Janssen Research & Development LLC, et al. | 2:16-cv-13014 |