# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *   MDL NO. 2592 |
| | *   SECTION L |
| | * |
| | *   JUDGE ELDON E. FALLON |
| | * |
| | *   MAG. JUDGE NORTH |
| *********************************************   * | |

**THIS DOCUMENT RELATES TO:**
   **ALL CASES**

## ORDER

Regarding Defendants' Motion to Exclude certain testimony of Dr. Peter Liechty (R. Doc. 6706), this motion is moot as Dr. Liechty has already testified in the trial in this matter.

Accordingly, **IT IS ORDERED** that the Motion (R. Doc. 6706) is hereby rendered **MOOT**.

New Orleans, Louisiana, this 6th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE