MINUTE ENTRY
FALLON, J.
JUNE 7, 2017

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

The Court has been informed that the parties have agreed to a short extension for the filing by Defendants of a Daubert motion relating to the certain opinions of Dr. Henry Rinder in the Mingo case (third bellwether trial) previously set for June 7, 2017.

Accordingly, **IT IS ORDERED** that the due date for filing the motion is now extended to Monday, June 12, 2017. The plaintiffs will also have an extension to July 12, 2017 to filed an opposition to this motion. The defendants reply brief deadline is unaffected by this excension.