UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Dora Mingo v. Janssen et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:15-cv-03469 | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT 2 TO
# PLAINTIFFS' MOTION TO PRECLUDE
# CERTAIN TESTIMONY FROM RICHARD FRIEDMAN, MD

# FILED UNDER SEAL