UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Dora Mingo v. Janssen et al.* Case No. 2:15-cv-03469 | * * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER RE: CERTAIN TESTIMONY FROM RICHARD FRIEDMAN, MD**

Before the Court is Plaintiffs' Motion to Preclude Certain Testimony from Richard Friedman, MD. Having reviewed the parties' briefs and the applicable law, **IT IS ORDERED** that Plaintiffs' motion is **GRANTED.** Dr. Friedman shall be precluded from testifying about: (1) what may or may not have happened to Ms. Mingo if she had been using an anticoagulant other than Xarelto; and (2) what caused Ms. Mingo's bleeding event.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**