UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Dora Mingo v. Janssen et al.* Case No. 2:15-cv-03469 | * * * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

Considering the Motion for Leave to File Exhibit to Plaintiffs' Motion to Preclude Certain Testimony From Richard Friedman, MD, Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibit 2 attached Plaintiffs' Motion to Preclude Certain Testimony From Richard Friedman, MD [Rec. Doc. 6763] be is hereby filed UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge