UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph Orr, Jr., et al. v. Janssen et al. Case No. 2:15-cv-03708 | MAGISTRATE NORTH |

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC, , for leave to file Exhibit A to Defendants' Motion to Exclude Irrelevant and Prejudicial Opinions of Dr. Peter G. Liechty Based on Alleged Design-Defect Claims that Have Been Dismissed with Prejudice in the above-captioned matter UNDER SEAL (Rec. Doc. 6706)

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the pleadings UNDER SEAL.

New Orleans, Louisiana, this 5th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE

1