UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　　　　MDL No. 2592
PRODUCTS LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　SECTION L

THIS DOCUMENT RELATES TO:　　　　　　 JUDGE ELDON E. FALLON

　　　　　　　　　　　　　　　　　　　　　MAGISTRATE NORTH

Joseph Orr, Jr., et al. v. Janssen, et al.
Case No. 2:15-cv-03708

# O R D E R

Considering Defendants' Joint *Ex Parte* Motion for Leave to File Under Seal Exhibits A-J to Defendants' Brief in Opposition to the Admission of Certain Documents Reflecting Communications with Foreign Regulators,

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Exhibits A-J to Defendants' Brief in Opposition to the Admission of Certain Documents Reflecting Communications with Foreign Regulators (Doc. 6705) be and are hereby **FILED UNDER SEAL.**

New Orleans, Louisiana, this __6th__ day of June, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE