UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO: **JURY TRIAL DEMANDED**

**CORINE KROPP V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.**

CIVIL ACTION NO.: 2:15-cv-4266

## NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on July 19, 2017, at 9:00 o'clock a.m. or as soon thereafter as counsel can be heard, for an Order on Plaintiff's Motion for Voluntary Dismissal Without Prejudice, and for such other and further relief as the Court may deem just and appropriate.

Date: May 30, 2017

                                                        **HILLIARD MUÑOZ GONZALES LLP**

                                                        By: /s/ Robert C. Hilliard
                                                            Robert C. Hilliard
                                                            Texas Bar No. 09677700
                                                            Catherine Tobin
                                                            Texas State Bar No. 24013642
                                                            John Martinez
                                                            Texas State Bar No. 24010212

                                                            T. Christopher Pinedo
                                                            Texas State Bar No. 00788935

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Office
361-882-3015 Fax
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:        JURY TRIAL DEMANDED

CORINE KROPP V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.

CIVIL ACTION NO.: 2:15-cv-4266

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Submission has, contemporaneously with or before filing, been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592, pursuant to Pre-Trial Order No. 17.

HILLIARD MUÑOZ GONZALES LLP

By: /s/ T. Christopher Pinedo
  Robert C. Hilliard
  Texas Bar No. 09677700
  Catherine Tobin
  Texas State Bar No. 24013642
  T. Christopher Pinedo
  Texas State Bar No. 00788935
  John Martinez
  Texas State Bar No. 24010212

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Office
361-882-3015 Fax
*Attorneys for Plaintiff*