UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO: **JURY TRIAL DEMANDED**

BONITA JOY LARSEN V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.

CIVIL ACTION NO.: 2:15-cv-4268

## ORDER

Considering the Motion for Leave to File Plaintiff's Motion to Dismiss Without Prejudice;

IT IS ORDERED that the motion is GRANTED and that Plaintiff's Motion to Dismiss Without Prejudice be and is hereby filed.

Signed, this _____ day of _____, 2017

_____
Hon. Eldon E. Fallon
U.S. District Court Judge