UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL No. 2592 |
| IN RE: XARELTO (RIVAROXABAN) | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
|  | : |  |
|  | : | JUDGE ELDON E. FALLON |
|  | : |  |
|  | : | MAGISTRATE JUDGE NORTH |
|  | : |  |
| _____ | : |  |

**THIS DOCUMENT RELATES TO:**

**HABTE ARAYA**
**2:16-cv-01085**

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

    Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Habte Araya.

    Dated: June 9, 2017.

    Respectfully submitted,

    **BURNETT LAW FIRM**

By:  */s/ Riley L. Burnett, Jr.*
      Riley L. Burnett, Jr.
      Texas Bar No. 03428900
      E-mail: rburnett@rburnettlaw.com
      Amy L. Collins
      Texas Bar No. 24074054
      E-mail: acollins@rburnettlaw.com
      55 Waugh Drive, Suite 803
      Houston, Texas 77007
      Telephone: (832) 413-4410
      Facsimile: (832) 900-2120

      ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED:     June 9, 2017

                                                               */s/ Riley L. Burnett, Jr.*
                                                               Riley L. Burnett, Jr.