UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

ISMAEL MALDONADO, as Executor of the Estate of JOHN CLINE, deceased
Civil Action No.: 2:16-cv-15225

RUBY HAMMOND
Civil Action No.: 2:16-cv-16727

RYAN HAWKINS
Civil Action No.: 2:16-cv-16724

BEULAH HENRY
Civil Action No.: 2:16-cv-08585

ANTONIO MORENO
Civil Action No.: 2:16-cv-17137

GUADALUPE ARREDONDO
Civil Action No.: 2:17-cv-03457

SUSAN THOMAS, Executor of the Estate, ROBERT LIVENSTEIN, deceased
Civil Action No.: 2:17-cv-03435

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

      COMES NOW, Donald C. Green II of the law firm Kennedy Hodges, LLP and formally enters his appearance as counsel for the Plaintiffs in the above captioned matters.

1

Dated: June 9, 2017

                              Respectfully submitted,

                              KENNEDY HODGES, LLP

                              By: /s/ Donald C. Green II
                              David W. Hodges
                              dhodges@kennedyhodges.com
                              Gabriel A. Assaad
                              gassaad@kennedyhodges.com
                              Donald C. Green II
                              dgreen@kennedyhodges.com
                              4409 Montrose Blvd, Ste 200
                              Houston, TX 77006
                              Telephone: (713) 523-0001
                              Facsimile: (713) 523-1116

## CERTIFICATE OF SERVICE

     I hereby certify that that on the 9th of June, 2017, a copy of the foregoing Notice of Appearance has contemporaneously been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                /s/ Donald C. Green II
                                              Donald C. Green II