MINUTE ENTRY
FALLON, J.
JUNE 8, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL |
| | NO. 2592 |
| REF: C.A. 15-3708 – Orr, et al v. Janssen, et al | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON   Thursday, June 8, 2017, 8:35am
Case Manager: Dean Oser       (Continued from 6/7/17)
Court Reporter: Mary Thompson/Karen Ibos

Appearances: Andy Birchfield, Esq., Brian Barr, Esq., Jerry Meunier, Esq., Brad Honnold,
      Esq., and Emily Jeffcott, Esq., for Plaintiffs
      Beth Wilkinson, Esq., and David Dukes, Esq., for Bayer Defendants
      James Irwin, Esq. for Janssen Defendants

JURY TRIAL
Plaintiffs' Witnesses Continued:
Dr. G. Randolph Rice, sworn, offered as an expert in the field of economics, accepted and
testified
Joseph Orr, Jr. – sworn and testified

Plaintiffs rest

Out of the presence of the jury – Defendants' Rule 50 Motion for Judgment as a Matter of Law -
after argument, motion was DENIED

Defendants' Witnesses:
Dr. Sammy Khatib – sworn, offered as an expert cardiologist and electrophysiology, and labeling
of anti-coagulants – accepted and testified
Dr. Vanessa Piazza – sworn, offered as an expert in the field of emergency medicine, evaluation
and treatment of bleeding events and assessment of clotting functions, accepted and testified

Court adjourned at 4:22pm until Friday, June 9, 2017 at 8:30 am

JS10:   5:48