MINUTE ENTRY
FALLON, J.
JUNE 9, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 15-3708 – Orr, et al v. Janssen, et al | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON        Friday, June 9, 2017, <u>8:39am</u>
Case Manager: Dean Oser                                (Continued from 6/8/17)
Court Reporter: Mary Thompson/Karen Ibos

Appearances:    Andy Birchfield, Esq., Brian Barr, Esq., Jerry Meunier, Esq., Brad Honnold, Esq., and Emily Jeffcott, Esq., for Plaintiffs
                   Beth Wilkinson, Esq., and David Dukes, Esq., for Bayer Defendants
                   James Irwin, Esq. for Janssen Defendants

<u>JURY TRIAL</u>
<u>Defendants' Witnesses:</u>
Testimony of Dr. Vanessa Piazza resumes -
Dr. Najeeb Thomas - sworn, offered as expert in the field of neurology, accepted and testified

Defendants rest

Jury was excused for the day to return Monday, June 12, 2017 at 9:00am.

Out of the presence of the jury –Defendant's Rule 50(a) Motion for Judgment as a Matter of Law – DENIED

Court adjourned at 2:04pm until Monday, June 12, 2017 at 9:00 am

JS10:    3:49