UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

RUBY HAMMOND
Civil Action No.: 2:16-cv-16727

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE PROCESS**

COMES NOW Plaintiff, by and through her undersigned counsel, in the above listed action, and respectfully moves the Court for an order granting Plaintiff a permissive extension under Rule 4(m) of sixty (60) days from entry of such order within which to serve process on Defendants for the reasons set forth in the Memorandum in Support filed concurrently with this Motion.

Plaintiff respectfully requests that this Court exercise its discretion and enter an order granting Plaintiff sixty (60) days within which to serve process on Defendants.

Dated: June 9, 2017

Respectfully submitted,

KENNEDY HODGES, LLP

By: /s/ Donald C. Green II
David W. Hodges
dhodges@kennedyhodges.com
Gabriel A. Assaad
gassaad@kennedyhodges.com
Donald C. Green II
dgreen@kennedyhodges.com
4409 Montrose Blvd., Ste 200.
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that that on the 9th of June, 2017, a copy of the foregoing Motion for Dismissal has contemporaneously been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Donald C. Green II
Donald C. Green II