UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

RUBY HAMMOND
Civil Action No.: 2:16-CV-16727

## AFFIDAVIT OF LIZA VERA

Pursuant to 28 U.S.C. § 1746, the undersigned declares as follows:

1. My name is Liza Vera. I am over 18 years of age, of sound mind and capable of making this declaration. The facts stated within this declaration are within my personal knowledge and are true and correct.

2. I am employed as a Process Service Coordinator for Stratos Legal.

3. Stratos Legal is utilized as a process service company by Kennedy Hodges, LLP for the vast majority of its cases, including cases relating to the Xarelto MDL.

4. On December 12, 2016, Stratos Legal received an email from Kim Black, paralegal for Kennedy Hodges, LLP, requesting that service be performed for the above-mentioned case against all Defendants named in the complaint and for which summons were requested.

5. Based on information and belief, on May 15, 2017, Kennedy Hodges, LLP received a notification that the above-mentioned case had not been served.

6. Stratos Legal was informed of this process service issue on May 17, 2017.

7. After a thorough search through the Stratos Legal electronic system and associated email accounts, no evidence could be found that Stratos Legal had processed this request for service.

1

8. Accordingly, Defendants in the above-referenced matter were not served due to a mishandling of the service request by Stratos Legal and not through any error on the part of Kennedy Hodges, LLP or any of its employees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 2, 2017___ (date).

_____Liza Vera_____
Liza Vera

2