UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

RUBY HAMMOND
Civil Action No.: 2:16-cv-16727

### ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE PROCESS

BEFORE THE COURT is Plaintiff's Motion for Extension of Time to Serve Process. Upon Consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Serve Process is GRANTED. The Court hereby grants Plaintiff sixty (60) days from the date of this order to serve process on Defendants.

Signed this _____ day of _____, 2017.

_____
Hon. Eldon E. Fallon
U.S. District Court Judge

1