UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>RUBY HAMMOND<br>Civil Action No.: 2:16-cv-16727 | <u>JURY TRIAL DEMANDED</u> |

<u>NOTICE OF SUBMISSION</u>

Please take notice that the above-listed Plaintiff will bring his Motion for Extension of Time Within Which to Serve Process on Defendants for submission before the Honorable Eldon E. Fallon on Wednesday, July 5, 2017 at 9:00 a.m.

        Respectfully submitted,

        KENNEDY HODGES, LLP

        By: <u>/s/ Donald C. Green II</u>
        David W. Hodges
        dhodges@kennedyhodges.com
        Gabriel A. Assaad
        gassaad@kennedyhodges.com
        Donald C. Green II
        dgreen@kennedyhodges.com
        4409 Montrose Blvd., Ste 200.
        Houston, TX 77006
        Telephone: (713) 523-0001
        Facsimile: (713) 523-1116

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on June 9, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: All counsel of record.

      /s/ Donal C. Green II
      Donald C. Green II