Protected - Subject to Further Protective Review

1    I think they had pretty much -- it seemed like

2    they had decided they were going to wait.  So I'm

3    not -- I'm not really sure how the second CT would

4    play in there.  But I -- I don't -- I don't get

5    the sense that they were doing it as a -- as a

6    planning step.

7         Q.  But that's something that -- that doctors

8    do in situations like this?  They -- they do

9    serial CT scans to see if the patient's bleed has

10   progressed, see if herniation has gotten worse,

11   see if other things are going on, to keep

12   evaluating the patient; right?

13        A.  Yeah.  I mean, look at an ICU or a neuro

14   ICU.  They -- they get at least one a day and

15   sometimes more.  So I -- I know we're talking

16   about different sets of patients.  But yeah, I

17   mean, they get -- they get scanned a lot.  They

18   get a lot of radiation.

19        Q.  Now, if we go to Page 11 of your report --

20   no.  Actually, this is really -- yeah.  Let me

21   start on Page 11.  You said in that first full

22   paragraph, second sentence I believe, "I calculate

23   this lost opportunity in Mrs. Orr's case to be

24   60%, meaning . . . it is more probable than not

25   that" emergency "neurosurgical intervention as

Protected - Subject to Further Protective Review

1    described would have resulted in Mrs. Orr's

2    survival with a functional neurological outcome."

3           Did I read that correctly?

4       A.  You read correctly.  Yes.

5       Q.  And is -- is that your opinion?

6       A.  Yeah.  If -- I -- I feel like that is my

7    opinion if they were able to do an emergent --

8    emergent control of the ventricular situation, you

9    know, immediately upon arrival.

10          Q.  And how did you do what you said you did?

11   How did you calculate that lost opportunity?

12      A.  Well, like I -- like I told you before, I

13   basically sort of went by the -- I went by the

14   mortality in primary intraventricular hemorrhage

15   versus the typical mortality seen in these

16   extension bleeds and just -- you know, I -- I -- I

17   think -- I think her mortality was still very

18   high.  If you sat around -- sat around and talked

19   about a -- you know, they're talking about

20   40 percent mortality.  I mean, that's not low.

21   But I just think, you know, it -- it's -- it's

22   markedly better than maybe what would have been

23   predicted by the extension-type studies, you know,

24   that would show extension from a secondary source.

25          Q.  So you --

Protected - Subject to Further Protective Review

```
 1        A.  But I -- I -- I came about it basically

 2   that way, through the back door, from looking at

 3   the better survival of primary intraventricular

 4   hemorrhages.

 5        Q.  And -- and that's -- that's coming from

 6   the Arboix article that you cited on Page --

 7        A.  Arboix.  Oh.  Actually --

 8        Q.  -- 10?

 9        A.  -- there was -- there were a number of

10   them that, you know, basically -- and those

11   actually were fairly consistent without a lot of

12   outliers.  The -- you know, the four that we

13   looked at and the UpToDate, I mean, it's --

14   it's -- they were all in that sort of 30s to --

15   30s to 40 percent range in mortality.  They were

16   pretty consistent.

17        Q.  So -- but you've said here -- first of

18   all, the -- the word you used was "calculate."  So

19   there -- there wasn't actually a calculation.

20   There wasn't an equation used.  Is that what

21   you're telling me?

22        A.  A hundred percent minus 40 percent, yeah,

23   that's sort of what I -- sort --

24        Q.  And --

25        A.  -- of how I came about.
```