## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Orr v. Bayer Corp., et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:15-cv-03708 | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

---

### PLAINTIFFS' MEMORANDUM OF LAW IN RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW AT THE CLOSE OF EVIDENCE (R. DOC. 6776-1)

---

Plaintiffs submit this response in opposition to *Defendants' Motion for Judgment as a Matter of Law at the Close of Evidence.*[1]

Defendants are not entitled to judgment as a matter of law at the close of evidence under Fed. R. Civ. P. 50(a) for all the reasons set forth in *Plaintiff's opposition to Defendants' Motion for Judgment as a Matter of Law at the Close of Plaintiff's Case*[2] (Rec. No. 6782) and *Plaintiffs response in opposition to Defendants' Further Memorandum (Regarding Preemption) in Support of their Motion for Judgment as a Matter of Law at the Close of Plaintiffs' Case*[3] (Rec. No. 6783) both of which are incorporated herein as if set forth in their entirety.

Dated: June 9, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113

---

[1] Rec. Doc. 6776-1.

[2] Rec. Doc. 6770-1.

[3] Rec. Doc. 6771.

Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

*/s/ Gerald E. Meunier*
Gerald E. Meunier (Bar No. 9471)
*GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC*
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

**Plaintiffs' Liaison Counsel**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 9, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Gerald E. Meunier*
**GERALD E. MEUNIER**