UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TAREQ ALTAHA,<br>    Plaintiff | )<br>)<br>) | MDL 2592<br>Case No. 2:16-cv-17267 |
| v. | )<br>) | |
| | ) | Judge: Eldon E. Fallon |
| JANSSEN RESEARCH & DEVELOPMENT LLC<br>    *et al.* | )<br>) | |
| | ) | Mag. Judge: Michael North |
|     Defendants | )<br>) | |

NOTICE OF APPEARANCE OF DAVID B. VERMONT

and

MOTION OF DAVID A. PEARLMAN TO WITHDRAW
AS ATTORNEY FOR PLAINTIFF

David B. Vermont hereby enters his appearance as counsel for Plaintiff Tareq Altaha.

In addition, in light of Mr. Vermont's entering this case, Attorney David A. Pearlman wishes to withdraw as counsel for the Plaintiff in this case, as Mr. Pearlman is no longer employed by Helmsdale Law, LLP.

A proposed Order is attached hereto.

Dated: June 10, 2017

                                    RESPECTFULLY SUBMITTED,

                                    By _____
                                    David B. Vermont, Esq.
                                    HELMSDALE LAW, LLP
                                    Six Consultant Place, Suite 100-A
                                    Durham, NC 27707-3598
                                    (424) 249-7942
                                    Fax: (424) 249-7990
                                    dvermont@helmsdalelaw.com

                                    Attorney for Plaintiff


                                    _____
                                    David A. Pearlman
                                    Helmsdale Law, LLP
                                    6 Consultant Place, 100A
                                    Durham, NC 27707
                                    Direct: (424) 249-7924
                                    Facsimile: (424) 249-7990
                                    dpearlman@helmsdalelaw.com


### Certificate of Service

The undersigned hereby certifies that on the 10th of June, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Counsel for all Defendants by operation of the court's electronic filing system.

                                    _____
                                    David B. Vermont, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAREQ ALTAHA,<br>    Plaintiff<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC<br>    *et al.*<br><br>    Defendants | MDL 2592<br>Case No. 2:16-cv-17267<br><br><br>Judge: Eldon E. Fallon<br><br><br>Mag. Judge: Michael North |

[PROPOSED] ORDER

Attorney David B. Vermont is hereby admitted as counsel for Plaintiff Tareq Altaha. In addition, attorney David A. Pearlman's request to withdraw as counsel in this case is hereby allowed.

Dated: June ____, 2017

_____
Judge Eldon E. Fallon
United States District Court Judge