UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TAREQ ALTAHA, | ) | MDL 2592 |
|     Plaintiff | ) | Case No. 2:16-cv-17267 |
| | ) | |
| v. | ) | |
| | ) | Judge: Eldon E. Fallon |
| JANSSEN RESEARCH & DEVELOPMENT LLC | ) | |
|     *et al.* | ) | |
| | ) | Mag. Judge: Michael North |
|     Defendants | ) | |
| | ) | |

[PROPOSED] ORDER

Attorney David B. Vermont is hereby admitted as counsel for Plaintiff Tareq Altaha. In addition, attorney David A. Pearlman's request to withdraw as counsel in this case is hereby allowed.

Dated: June ____, 2017

_____
Judge Eldon E. Fallon
United States District Court Judge