UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIMBERLY DUDEK, | ) | MDL 2592 |
|     Plaintiff | ) | Case No. 2:16-cv-17995 |
| | ) | |
| v. | ) | |
| | ) | Judge: Eldon E. Fallon |
| JANSSEN RESEARCH & DEVELOPMENT LLC | ) | |
|     *et al.* | ) | |
| | ) | Mag. Judge: Michael North |
|     Defendants | ) | |
| | ) | |

[PROPOSED] ORDER

Attorney David B. Vermont is hereby admitted as counsel for Plaintiff Kimberly Dudek. In addition, attorney David A. Pearlman's request to withdraw as counsel in this case is hereby allowed.

Dated: June \_\_\_\_, 2017

_____
Judge Eldon E. Fallon
United States District Court Judge