UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARILYN HAYES,<br>　　Plaintiff<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC<br>　*et al.*<br><br>　　Defendants | MDL 2592<br>Case No. 2:16-cv-14783<br><br><br>Judge: Eldon E. Fallon<br><br><br>Mag. Judge: Michael North |

[PROPOSED] ORDER

Attorney David B. Vermont is hereby admitted as counsel for Plaintiff Marilyn Hayes. In addition, attorney David A. Pearlman's request to withdraw as counsel in this case is hereby allowed.

Dated: June ____, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Judge Eldon E. Fallon
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge