UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ESTATE OF BENNIE MILLER,<br>　　Plaintiff<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC<br>　*et al.*<br><br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL 2592<br>Case No. 2:16-cv-13580<br><br><br>Judge: Eldon E. Fallon<br><br><br>Mag. Judge: Michael North |

[PROPOSED] ORDER

Attorney David B. Vermont is hereby admitted as counsel for Plaintiff Estate of Bennie Miller. In addition, attorney David A. Pearlman's request to withdraw as counsel in this case is hereby allowed.

Dated: June ____, 2017

                                                                         _____
                                                                         Judge Eldon E. Fallon
                                                                         United States District Court Judge