UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICIA JARMAN,<br>    Plaintiff | )<br>)<br>) | MDL 2592<br>Case No. 2:15-cv-05918 |
| v. | )<br>)<br>) | Judge: Eldon E. Fallon |
| JANSSEN RESEARCH & DEVELOPMENT LLC<br>    *et al.* | )<br>)<br>) | Mag. Judge: Michael North |
|     Defendants | )<br>) | |

NOTICE OF APPEARANCE OF DAVID B. VERMONT

and

MOTION OF DAVID A. PEARLMAN TO WITHDRAW
AS ATTORNEY FOR PLAINTIFF

David B. Vermont hereby enters his appearance as counsel for Plaintiff Patricia Jarman.

In addition, in light of Mr. Vermont's entering this case, Attorney David A. Pearlman wishes to withdraw as counsel for the Plaintiff in this case, as Mr. Pearlman is no longer employed by Helmsdale Law, LLP.

A proposed Order is attached hereto.

Dated: June 10, 2017

                            RESPECTFULLY SUBMITTED,

                            By _____
                            David B. Vermont, Esq.
                            HELMSDALE LAW, LLP
                            Six Consultant Place, Suite 100-A
                            Durham, NC 27707-3598
                            (424) 249-7942
                            Fax: (424) 249-7990
                            dvermont@helmsdalelaw.com

                            Attorney for Plaintiff


                            _____
                            David A. Pearlman
                            Helmsdale Law, LLP
                            6 Consultant Place, 100A
                            Durham, NC 27707
                            Direct: (424) 249-7924
                            Facsimile: (424) 249-7990
                            dpearlman@helmsdalelaw.com


### Certificate of Service

The undersigned hereby certifies that on the 10th of June, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Counsel for all Defendants by operation of the court's electronic filing system.

                            _____
                            David B. Vermont, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICIA JARMAN, <br> Plaintiff | ) <br> ) <br> ) | MDL 2592 <br> Case No. 2:15-cv-05918 |
| v. | ) <br> ) <br> ) | Judge: Eldon E. Fallon |
| JANSSEN RESEARCH & DEVELOPMENT LLC <br> *et al.* <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) | Mag. Judge: Michael North |

[PROPOSED] ORDER

Attorney David B. Vermont is hereby admitted as counsel for Plaintiff Patricia Jarman. In addition, attorney David A. Pearlman's request to withdraw as counsel in this case is hereby allowed.

Dated: June ____, 2017

_____
Judge Eldon E. Fallon
United States District Court Judge