UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CELESTE KLOPFENSTEIN and STEPHEN KLOPFENSTEIN | ) | MDL 2592 |
| Plaintiffs | ) | Case No. 2:16-cv-17272 |
| | ) | |
| v. | ) | |
| | ) | Judge: Eldon E. Fallon |
| JANSSEN RESEARCH & DEVELOPMENT LLC *et al.* | ) ) | |
| | ) | Mag. Judge: Michael North |
| Defendants | ) ) | |

NOTICE OF APPEARANCE OF DAVID B. VERMONT

and

MOTION OF DAVID A. PEARLMAN TO WITHDRAW
<u>AS ATTORNEY FOR PLAINTIFFS</u>

David B. Vermont hereby enters his appearance as counsel for Plaintiffs Celeste Klopfenstein and Stephen Klopfenstein.

In addition, in light of Mr. Vermont's entering this case, Attorney David A. Pearlman wishes to withdraw as counsel for the Plaintiffs in this case, as Mr. Pearlman is no longer employed by Helmsdale Law, LLP.

A proposed Order is attached hereto.

Dated: June 10, 2017

 Respectfully Submitted,

By _____
David B. Vermont, Esq.
HELMSDALE LAW, LLP
Six Consultant Place, Suite 100-A
Durham, NC 27707-3598
(424) 249-7942
Fax: (424) 249-7990
dvermont@helmsdalelaw.com

Attorney for Plaintiffs

_____
David A. Pearlman
Helmsdale Law, LLP
6 Consultant Place, 100A
Durham, NC 27707
Direct: (424) 249-7924
Facsimile: (424) 249-7990
dpearlman@helmsdalelaw.com

## Certificate of Service

The undersigned hereby certifies that on the 10th of June, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Counsel for all Defendants by operation of the court's electronic filing system.

_____
David B. Vermont, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CELESTE KLOPFENSTEIN and STEPHEN KLOPFENSTEIN, <br>    Plaintiffs <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC <br>   *et al.* <br><br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) | MDL 2592 <br><br> Case No. 2:16-cv-17272 <br><br> Judge: Eldon E. Fallon <br><br> Mag. Judge: Michael North |

## [PROPOSED] ORDER

Attorney David B. Vermont is hereby admitted as counsel for Plaintiffs Celeste Klopfenstein and Stephen Klopfenstein. In addition, attorney David A. Pearlman's request to withdraw as counsel in this case is hereby allowed.

Dated: June ____, 2017

_____
Judge Eldon E. Fallon
United States District Court Judge