UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CELESTE KLOPFENSTEIN and STEPHEN KLOPFENSTEIN,<br>    Plaintiffs<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC<br>  *et al.*<br><br>    Defendants | ) MDL 2592<br>)<br>) Case No. 2:16-cv-17272<br>)<br>)<br>)<br>) Judge: Eldon E. Fallon<br>)<br>)<br>) Mag. Judge: Michael North<br>)<br>) |

[PROPOSED] ORDER

Attorney David B. Vermont is hereby admitted as counsel for Plaintiffs Celeste Klopfenstein and Stephen Klopfenstein. In addition, attorney David A. Pearlman's request to withdraw as counsel in this case is hereby allowed.

Dated: June ____, 2017

_____
Judge Eldon E. Fallon
United States District Court Judge