UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SONJA ASHBY and<br>FRANKLIN D. ASHBY,<br>  Plaintiffs<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC<br>  *et al.*<br><br>  Defendants | MDL 2592<br><br>Case No. 2:16-cv-14785<br><br>Judge: Eldon E. Fallon<br><br>Mag. Judge: Michael North |

[PROPOSED] ORDER

Attorney David B. Vermont is hereby admitted as counsel for Plaintiffs Sonja Ashvy and Franklin D. Ashby. In addition, attorney David A. Pearlman's request to withdraw as counsel in this case is hereby allowed.

Dated: June ____, 2017

_____
Judge Eldon E. Fallon
United States District Court Judge