UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROGER A. EVENSON and ALICE EVENSON, <br>     Plaintiffs <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC <br>   *et al.* <br><br>     Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL 2592 <br><br> Case No. 2:16-cv-14758 <br><br> Judge: Eldon E. Fallon <br><br> Mag. Judge: Michael North |

[PROPOSED] ORDER

Attorney David B. Vermont is hereby admitted as counsel for Plaintiffs Roger A. Evenson and Alive Evenson. In addition, attorney David A. Pearlman's request to withdraw as counsel in this case is hereby allowed.

Dated: June ____, 2017

 

_____
Judge Eldon E. Fallon
United States District Court Judge