MINUTE ENTRY
FALLON, J.
JUNE 6, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 15-3708 – Orr, et al v. Janssen, et al | SECTION: L (5) |

| | |
|---|---|
| BEFORE JUDGE ELDON E. FALLON | Tuesday, June 6, 2017, 8:29am |
| Case Manager: Dean Oser | (Continued from 6/5/17) |
| Court Reporter: Mary Thompson/Karen Ibos | |

Appearances:   Andy Birchfield, Esq., Brian Barr, Esq., Jerry Meunier, Esq., Brad Honnold, Esq., and Emily Jeffcott, Esq., for Plaintiffs
Beth Wilkinson, Esq., and David Dukes, Esq., for Bayer Defendants
James Irwin, Esq. for Janssen Defendants

JURY TRIAL
Plaintiffs' Witnesses Continued:
Continuation of the Video Deposition of Dr. David Berkowitz was played in lieu of his live testimony
Sanjay Jalota, appeared live via video feed from the U.S. District Court for the District of New Jersey, sworn and testified
Video Deposition of Susan Geiger was played in lieu of her live testimony
Video Deposition of Nauman Shah was played in lieu of his live testimony
Dr. Suzanne Parisian, sworn, offered as an expert in the FDA, FDA regulations, labeling of drugs, medical pathology and clinical trials, accepted and testified.

Court adjourned at 5:05pm until Wednesday, June 7, 2017, at 8:00am

JS10: 6:10