UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:
JAMES CARL WRIGHT o/b/o
His deceased wife, Ann Wright v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:15-CV-002934

### ORDER

Considering the foregoing Motion to Substitute:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Carla Parker, on behalf of her deceased father, James Wright, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this 9th day of June, 2017.

_____
United States District Judge