## UNITED STATED DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |
| | : | |

**THIS DOCUMENT RELATES TO:**

*KAREN LEE THOMPSON V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:17-cv-02796**

### EX PARTE MOTION TO AMEND COMPLAINT

COMES NOW Plaintiff Karen Lee Thompson, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 15(a)(1)(A) files this Ex Parte Motion to Amend Complaint, and in support would show the Court as follows:

Plaintiff seeks to amend the complaint to include the additional injury date of September 3, 2013. A copy of Plaintiff's First Amended Complaint is attached hereto as Exhibit A.

Plaintiff Karen Lee Thompson's Complaint was filed via LAED CM/ECF on March 31, 2017 and service was executed thereafter on May 24, 2017. It is hereby requested that this Ex Parte Motion to Amend Complaint be granted.

Dated: <u>June 12, 2017</u>                                          Respectfully submitted,

                                                                    /s/ David P. Matthews
                                                                    DAVID P. MATTHEWS
                                                                    Texas Bar No.: 13206200
                                                                    WENDY C. ELSEY
                                                                    Texas Bar No.: 24053186
                                                                    Matthews & Associates
                                                                    2905 Sackett St.
                                                                    Houston, TX  77098
                                                                    713.222.8080
                                                                    713.535.7184 – facsimile
                                                                    dmatthews@dpmlawfirm.com
                                                                    welsey@dpmlawfirm.com

                                                                    ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2017, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                    /s/ David P. Matthews
                                                                    David P. Matthews