UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*KAREN LEE THOMPSON V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
Civil Action No.: 2:17-cv-02796

## ORDER GRANTING EX PARTE MOTION TO AMEND COMPLAINT

This matter having come before the Court on the Ex Parte Motion to Amend Complaint, and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) and applicable Pretrial Order No. 11C, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff Karen Lee Thompson's Ex Parte Motion to Amend Complaint is GRANTED.  Plaintiff is hereby granted leave to file the First Amended Complaint tendered with the Motion, and the Clerk of the Court is ordered to file the First Amended Complaint into the records of this matter.

Entered this _____ day of _____, 2017 into the United States Eastern District Court of Louisiana.

_____ _____
HONORABLE DISTRICT JUDGE ELDON E. FALLON

1