MINUTE ENTRY
FALLON, J.
JUNE 12, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 15-3708 – Orr, et al v. Janssen, et al | SECTION: L (5) |
| BEFORE JUDGE ELDON E. FALLON | Monday, June 12, 2017, 7:59am |
| Case Manager: Dean Oser | (Continued from 6/9/17) |
| Court Reporter: Tana Hess | |

Appearances:  Andy Birchfield, Esq., Brian Barr, Esq., Jerry Meunier, Esq., Brad Honnold, Esq., and Emily Jeffcott, Esq., for Plaintiffs
Beth Wilkinson, Esq., and David Dukes, Esq., for Bayer Defendants
James Irwin, Esq. for Janssen Defendants
Lyndsey Boney, IV, Esq. for Defendants

Out of the presence of the Jury, the parties' objections to the jury charges were addressed by the Court.

Jury returns
Closing Arguments began.
Jury charged and instructed by Court.

Jury retires for deliberation at 12:30pm

Sanjay Jalota, previously sworn – appeared via phone, Plaintiffs proffered exhibits

Jury returned from deliberations at 3:32pm

VERDICT: - See verdict form attached.
The Court orders that the verdict be entered into the record and be made judgment of the Court.
Jury polled; all answer in affirmative.

The Jury is thanked and excused.


JS10:   3:50