UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

REF: C.A. 15-3708 – Orr, et al v. Janssen, et al

SECTION: L (5)

## CERTIFICATION OF TRIAL EXHIBITS

Undersigned counsel have reviewed all of the exhibits in the possession of the Court and certify that these comprise all of the exhibits admitted into evidence by the Court during the course of the trial. Said exhibits, excluding any proffers, will be sent to the jury for use in their deliberations.

New Orleans, Louisiana, this __12th__ day of __June__, 2017

_____          _____ (JANSSEN)
Neil D. Overholtz                                    Charles Miller
                                                              _____ (BAYER)
Counsel for Plaintiffs                           Counsel for Defendants