UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Orr et al. v. Janssen Research, et al.* Case No. 2:15-cv-3708 | * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JURY VERDICT INTERROGATORIES

### QUESTION #1

Do you find by a preponderance of the evidence that the Defendants failed to provide adequate warnings and instructions for the safe use of Xarelto to either or both of Mrs. Sharyn Orr's physicians:

    a)  Dr. Maurice St. Martin      YES _____      NO _____

    b)  Dr. Cuong Bui?               YES _____      NO _____

> ➤ *If you answered "yes" to <u>either or both</u> (a) or (b), please proceed to Question #2.*

> ➤ *If you answered "no" to <u>both</u> (a) and (b), please skip all remaining questions, date and sign this verdict form where indicated on the last page, and inform the Marshal that you have reached a verdict.*

### QUESTION #2

Do you find by a preponderance of the evidence that the Defendants' failure to provide adequate warnings and instructions was a proximate cause of Mrs. Orr's death?

YES _____      NO _____

> ➤ *If you answered "yes" to this question, please proceed to Question #4.*

> ➤ *If you answered "no" to this question, please proceed to Question #3.*

**QUESTION #3**

Do you find by a preponderance of the evidence that the Defendants' failure to provide adequate warnings and instructions deprived Mrs. Sharyn Orr of a chance of survival?

YES _____    NO _____

> ➤ *If you answered "yes" to this question, please proceed to Question #5.*
>
> ➤ *If you answered "no" to this question, please skip all remaining questions, date and sign this verdict form where indicated on the last page, and inform the Marshall you have reached a verdict.*

**QUESTION #4**

Please state the amounts which you find by a preponderance of the evidence will fairly and adequately compensate Plaintiffs for the following elements of damages.

1. Mrs. Sharyn Orr's conscious pain and suffering prior to her death.  $_____

2. Medical bills for the treatment of Mrs. Orr prior to her death.  $_____

3. Funeral and burial expenses associated with Mrs. Orr's death.  $_____

4. Joseph Orr, Jr.'s:

    a. loss of his wife's love, affection and society;  $_____

    b. loss of his wife's financial support; and  $_____

    c. loss of his wife's material services.  $_____

5. Joseph Orr, III's loss of his mother's love, affection and society  $_____

6. Kelli Orr Walker's loss of her mother's love, affection and society.  $_____

7. Kim Orr DeAgano's loss of her mother's love, affection and society.  $_____

> ➤ *If you answered Question #4, please do not answer Question #5, but simply date and sign this verdict form where indicated on the last page and inform the Marshall you have reached a verdict.*

**QUESTION #5**

Please state the amounts which you find by a preponderance of the evidence will fairly and adequately compensate Plaintiffs for the following elements of damages.

    The loss of a chance of Mrs. Sharyn      $ _____
    Orr's survival.

> *Please date and sign this verdict form where indicated on the last page and inform the Marshall you have reached a verdict.*

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
JURY FOREPERSON