UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| ***Boudreaux v. Bayer Corp., et al.*** | * | JUDGE ELDON E. FALLON |
| **Case No. 2:14-cv-02720** | * | |
| | * | MAGISTRATE JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# EXHIBIT 4 TO
# PLAINTIFFS' MEMORANDUM IN SUPPORT OF
# RULE 59 MOTION FOR A NEW TRIAL

*Journal of Thrombosis and Haemostasis*, 11: 756–760                                                                 DOI: 10.1111/jth.12149

**OFFICIAL COMMUNICATION OF THE SSC**

# Measuring oral direct inhibitors of thrombin and factor Xa: a recommendation from the Subcommittee on Control of Anticoagulation of the Scientific and Standardization Committee of the International Society on Thrombosis and Haemostasis

T. BAGLIN,* A. HILLARP,† A. TRIPODI,‡ I. ELALAMY,§ H. BULLER¶ and W. AGENO**

*Cambridge Haemophilia and Thrombophilia Centre, Addenbrookes Hospital, Cambridge University Hospitals NHS Trust, Cambridge, UK; †Department of Clinical Chemistry, University Hospital, University and Regional Laboratories Region Skane, Malmo, Sweden; ‡Angelo Bianchi Bonomi Hemophilia and Thrombosis Center, Department of Clinical Sciences and Community Health, Università degli Studi di Milano and IRCCS Cà Granda Maggiore Hospital Foundation, Milano, Italy; §Service Hematologie Biologie, Hopital Tenon, Paris, France; ¶Department of Vascular Medicine, Academic Medical Center, Amsterdam, the Netherlands; and **Department of Clinical and Experimental Medicine, University of Insubria, Varese, Italy*

**To cite this article:** Baglin T, Hillarp A, Tripodi A, Elalamy I, Buller H, Ageno W. Measuring oral direct inhibitors of thrombin and factor Xa: a recommendation from the Subcommittee on Control of Anticoagulation of the Scientific and Standardization Committee of the International Society on Thrombosis and Haemostasis. J Thromb Haemost 2013; 11: 756–60.

## Introduction

Oral direct inhibitors (ODIs) of thrombin and factor Xa are now approved as anticoagulant drugs. The first two drugs to complete phase III clinical trials for thrombo-prophylaxis in orthopedic surgery and the treatment of patients with atrial fibrillation or venous thromboembolism (VTE) were dabigatran and rivaroxaban. These small molecules are given at fixed doses with no requirement for monitoring, as pharmacokinetic and pharmacodynamic responses are reliably predicted in patients with adequate renal function who are not taking other interacting drugs. However, there will be clinical circumstances in specific patients when measurement of the anticoagulant effect of an ODI will be required. Such clinical scenarios may include the following:

1 Bleeding;
2 Before surgery or an invasive procedure when the patient has taken the drug in the previous 24 h, or longer if creatinine clearance (CrCl) is $< 50$ mL min$^{-1}$;
3 Identification of subtherapeutic or supratherapeutic levels in patients taking other drugs that are known to significantly affect pharmacokinetics;

4 Identification of subtherapeutic or supratherapeutic levels in patients at the extremes of body weight;
5 Patients with deteriorating renal function;
6 Perioperative management;
7 Reversal of anticoagulation;
8 Suspicion of overdose;
9 Assessment of compliance in patients suffering thrombotic events while on treatment (although this application may be limited by the short half-life of ODIs).

This Scientific and Standardization Committee recommendation considers two types of coagulation assay for each ODI. The first type of test is one that is readily available in most laboratories, is easily performed, and is semiquantitative for use in an emergency or urgent clinical scenario. The result of this type of test should be considered as indicating supratherapeutic, therapeutic or subtherapeutic anticoagulation. This type of test should not be used to determine the plasma concentration of the drug. The second type of test is one that gives quantitative results to be used to determine drug levels. Drug levels can also be measured directly by non-coagulation tests such as HPLC–tandem mass spectrometry.

Laboratory measurements are dependent on when the last dose of drug was taken, and therefore require interpretation with reference to the dose, anticipated half-life, and potential factors that influence pharmacokinetics. The effect of ODIs has been determined in vitro by spiking normal samples with a known concentration of active compound, or ex vivo with plasma samples from treated volunteers and patients.

*Correspondence:* Trevor Baglin, Cambridge Haemophilia and Thrombophilia Centre, Addenbrookes Hospital, Cambridge University Hospitals NHS Trust, UK.
Tel.: +44 1223 217128; fax: +44 1223 596437
E-mail: trevor.baglin@addenbrookes.nhs.uk

Received 6 August 2012, accepted 10 January 2013

© 2013 International Society on Thrombosis and Haemostasis

## Effect on coagulation tests and interpretation

It is likely that coagulation tests will be performed on patients taking anticoagulants as part of clinical assessment, e.g. admission to the accident and emergency department. The prothrombin time (PT), activated partial thromboplastin time (APTT), thrombin time (TT) and fibrinogen level can be affected, and recognition of this and the interpretation of results requires education of front-line clinical staff in many specialties. Thrombin-based measurement of fibrinogen can be significantly affected by dabigatran, but with marked variation with different reagents. Some substantially underestimate the fibrinogen concentration, whereas others (with higher thrombin concentrations and/or higher dilutions of test plasma) are much less affected. ODIs do not interfere with the D-dimer assay, but D-dimer levels are lower in patients treated with anticoagulant drugs. Patients taking dabigatran or rivaroxaban could have a prolonged APTT and/or PT (and a low fibrinogen level with dabigatran), and the results might wrongly be interpreted as suggesting disseminated intravascular coagulation. However, dabigatran and rivaroxaban do not cause thrombocytopenia, and the D-dimer level is likely to be low.

## Dabigatran

Dabigatran etexilate is an oral prodrug that is hydrolyzed to the direct thrombin inhibitor dabigatran. The recommended usual dose for prevention of VTE is 220 mg once daily, reduced to 150 mg in patients with moderate renal insufficiency (CrCl of 30–50 mL $min^{-1}$), in patients over 75 years of age, and in patients treated with drugs that are strong inhibitors of P glycoprotein. The recommended dose for stroke prevention in patients with atrial fibrillation is 150 mg twice daily, reduced to 110 mg twice daily in patients over 80 years of age and in patients considered to be at increased risk of bleeding.

Peak plasma levels are reached 2 h after ingestion. The Summary of Product Characteristics (SPC) indicates that the steady-state geometric mean dabigatran peak plasma concentration, measured at ~ 2 h after administration of 150 mg of dabigatran etexilate twice daily, was 175 ng $mL^{-1}$, with a range of 117–275 ng $mL^{-1}$ (25th–75th percentile range). The dabigatran geometric mean trough concentration, measured at trough in the morning, at the end of the dosing interval (i.e. 12 h after the 150 mg dabigatran evening dose), was, on average, 91.0 ng $mL^{-1}$, with a range of 61.0–143 ng $mL^{-1}$ (25th–75th percentile range). $C_{max}$ and the area under the plasma concentration–time curve were dose-proportional. Plasma concentrations of dabigatran showed a biexponential decline, with a mean terminal half-life of 11 h, in healthy elderly subjects. After multiple doses, a terminal half-life of approximately 12–14 h was observed. The half-life was independent of dose. The half-life is

prolonged if renal function is impaired. With a CrCl of 80 mL $min^{-1}$, the half-life is 13 h, and it increases to 27 h when the CrCl is below 30 mL $min^{-1}$. Dabigatran should not be prescribed in patients with severe renal failure when the CrCl is < 30 mL $min^{-1}$.

There is a dose-dependent effect of dabigatran on laboratory clotting tests [1–4].

### APTT

The APTT is sensitive to dabigatran, showing a curvilinear concentration–response relationship, with a steep increase at low concentrations and linearity above a dabigatran concentration of 400 ng $mL^{-1}$. In patients receiving 150 mg twice daily, the median peak APTT ratio is approximately two times that in controls, and the median trough APTT is ~ 1.5 times that in controls [3]. Above 100 ng $mL^{-1}$, the APTT is invariably prolonged [2]. APTT results are influenced by coagulometers and reagents, but reasonable agreement is generally observed, regardless of contact-phase activator or phospholipid content [2], with results usually within 10% of a reference measurement [3], although limited information is currently available. Findings of high APTT may indicate supratherapeutic levels (ratio of > 2.5), but need to be interpreted with caution, as the anticoagulant effect may be underestimated by the APTT [2,3]. The APTT is useful as a readily available method for determining the relative degree of anticoagulation, but should not be used to determine the plasma drug level.

### PT

The PT is relatively insensitive to dabigatran [2,3]. At 100 ng $mL^{-1}$, the PT is typically within the normal range [2]. There is also extreme variation in PT reagent sensitivity [2]. The International Normalized Ratio (INR)/International Sensitivity Index (ISI) methodology used for vitamin K antagonists is not suitable for measurement of dabigatran.

### TT

The TT is sensitive to the antithrombin effect of dabigatran, with a linear concentration–response relationship over the therapeutic range [2,3]. TT results are highly dependent on reagent batch and coagulometer. At dabigatran concentrations > 600 ng $mL^{-1}$, the maximum measurement is often exceeded. The dilute TT is a sensitive dabigatran-calibrated thrombin clotting time that can be used to determine the drug concentration at levels < 300 ng $mL^{-1}$ [3].

### Ecarin clotting time (ECT)

The ECT is sensitive and linearly related to dabigatran concentration, but is not widely available. Dabigatran

© 2013 International Society on Thrombosis and Haemostasis

calibrators are required if results similar to those obtained with the dilute TT are required.

### Fibrinogen

Measurement of fibrinogen can be significantly affected, with gross underestimation of the fibrinogen concentration, and marked variation with different reagents [2].

### Antithrombin and anti-FXa assays

There is considerable variation in antithrombin assays. Those based on thrombin inhibition as the endpoint overestimate antithrombin concentrations in the presence of dabigatran. Antithrombin assays based on inhibition of FXa are not affected. Anti-FXa assays are not affected by dabigatran.

### Other tests

The effect of dabigatran on other coagulation tests has been evaluated, but these tests are not routinely available in most coagulation laboratories. Assays influenced by dabigatran include thrombin generation [5] and the prothrombinase-induced clotting time [5,6]. Thrombin generation measured by thrombography is also affected by dabigatran [7], but the reaction kinetics are complex, and paradoxical stimulation of thrombin generation has been reported [8].

### Recommendation

1 The APTT, with most available reagents, can be used to determine the relative intensity of anticoagulation caused by dabigatran, e.g. in an emergency or urgent clinical situation. The APTT should not be used to quantify the drug plasma concentration. Further studies are required to determine the relative sensitivity of APTT reagents to dabigatran, in order to give more specific recommendations regarding the choice of APTT reagent.
2 Each laboratory should be aware of the sensitivity of their APTT assays to dabigataran, and this can be achieved by the use of commercially available dabigatran plasma calibrants.
3 A normal TT indicates a very low or undetectable level of dabigatran.
4 The dilute TT in combination with dabigatran calibrant plasmas can be used to determine the drug level.

### Rivaroxaban

Rivaroxaban is an oral direct inhibitor of FXa. The recommended usual dose for prevention of VTE is 10 mg once daily, for the treatment of VTE it is 15 mg twice daily for 3 weeks followed by 20 mg once daily, and for stroke prevention in patients with atrial fibrillation it is 20 mg once daily to be reduced to 15 mg once daily in patients with renal impairment and a CrCl of 15–50 mL min$^{-1}$.

Peak plasma levels are reached 2–4 h after ingestion. The SPC for rivaroxaban states that pharmacokinetics are approximately linear up to $\sim 15$ mg once daily. At higher doses, rivaroxaban shows dissolution-limited absorption, with decreased bioavailability and a decreased absorption rate with increasing dose. Rivaroxaban 10 mg once daily results in a steady-state $C_{max}$ of $\sim 125$ μg L$^{-1}$. In patients receiving rivaroxaban 20 mg once daily for treatment of acute deep vein thrombosis, the geometric mean concentrations 2–4 h and $\sim 24$ h after dosing (roughly representing the maximum and minimum concentrations during the dose interval) were 215 μg L$^{-1}$ (22–535 μg L$^{-1}$) and 32 μg L$^{-1}$ (6–239 μg L$^{-1}$), respectively. The half-life of rivaroxaban is dependent on renal function, and it should not be prescribed when the CrCl is < 15 mL min$^{-1}$.

There is a dose-dependent effect of rivaroxaban on laboratory clotting tests [1,9,10].

### APTT

The APTT is sensitive to rivaroxaban, with a curvilinear concentration–response relationship. However, at low concentrations (< 50 ng mL$^{-1}$), the APTT is less sensitive to rivaroxaban than to dabigatran for an equivalent plasma concentration. In patients receiving 20 mg daily, the APTT ratio at peak is approximately 1.5–2 times that in controls, and at trough it is not significantly prolonged [9,10]. APTT results are influenced by coagulometers and reagents, and some reagents are insensitive, with no prolongation of the APTT even at peak levels [9]. Findings of high APTT with some APTT reagents indicate supratherapeutic levels, but some reagents underestimate the anticoagulant effect [9].

### PT

PT assays that include predilution (Owren type) of the sample before analysis are, in general, much less sensitive than assays that do not incorporate predilution (Quick type). When a Quick-type PT reagent with known sensitivity is used, the PT is useful as a readily available method for determining the relative degree of anticoagulation in patients taking rivaroxaban. A normal PT ratio with most reagents excludes a clinically significant intensity of anticoagulation caused by rivaroxaban. Although some degree of anticoagulation cannot be excluded by a normal PT, the intensity could be regarded as low. Further studies are required to determine the relative sensitivity of PT reagents to rivaroxaban, in order to give more specific recommendations regarding the choice of reagent. Rivaroxaban plasma calibrator sets are available, and can be used to optimize rivaroxaban measurements with the

© 2013 International Society on Thrombosis and Haemostasis

PT test. Further studies in patients treated with rivaroxaban are required to determine their usefulness. A recent study showed that the INR/ISI methodology used for vitamin K antagonists is not suitable for measurement of rivaroxaban, because it dramatically magnifies the between-thromboplastin variability in response to this drug [11]. Conversely, an INR/ISI methodology valid for rivaroxaban is feasible, and proved to be effective in minimizing the between-thromboplastin variability in response to this drug [11].

*TT*

The TT is not prolonged by rivaroxaban.

*ECT*

The ECT is not prolonged by rivaroxaban.

*Antithrombin and anti-FXa assays*

Antithrombin assays using thrombin inhibition as the endpoint are not affected by rivaroxaban. Antithrombin assays based on FXa inhibition are affected. Anti-FXa assays are sensitive to rivaroxaban [10,12,13]. Rivaroxaban plasma calibrator sets can be used to optimize rivaroxaban measurements by the use of specific anti-FXa assays [10,13]. Assays including exogenous antithrombin are unsuitable, as they overestimate rivaroxaban levels [14].

*Other tests*

The effect of rivaroxaban on other coagulation tests has been evaluated, but these tests are not routinely available in most coagulation laboratories. Tests with sensitivity to rivaroxaban include thrombin generation [4,15] and the prothrombinase-induced clotting time [16].

**Recommendation**

1 A PT assay with a plain thromboplastin can be used to determine the relative intensity of anticoagulation caused by rivaroxaban, e.g. in an emergency or urgent clinical scenario. Further studies are required to determine the relative sensitivity of PT reagents to rivaroxaban, in order to give more specific recommendations regarding the choice of PT reagent.

2 Each laboratory should be aware of the sensitivity of their PT assay to rivaroxaban, and this can be achieved by the use of commercially available rivaroxaban plasma calibrants.

3 Anti-FXa assays (without exogenous antithrombin) and specific PT assays can be used with rivaroxaban plasma calibrants to determine the drug level.

**Disclosure of Conflict of Interests**

T. Baglin, H. Buller, I. Elalamy and W. Ageno have received honoraria from Bayer and Boehringer Ingelheim for participation in Advisory Boards, and support for attendance at educational and scientific meetings. The other authors state that they have no conflict of interest.

**References**

1 Freyburger G, Macouillard G, Labrouche S, Sztark F. Coagulation parameters in patients receiving dabigatran etexilate or rivaroxaban: two observational studies in patients undergoing total hip or total knee replacement. *Thromb Res* 2011; **127**: 457–65.
2 Lindahl TL, Baghaei F, Blixter IF, Gustafsson KM, Stigendal L, Sten-Linder M, Strandberg K, Hillarp A. Effects of the oral, direct thrombin inhibitor dabigatran on five common coagulation assays. *Thromb Haemost* 2011; **105**: 371–8.
3 van Ryn J, Stangier J, Haertter S, Liesenfeld KH, Wienen W, Feuring M, Clemens A. Dabigatran etexilate – a novel, reversible, oral direct thrombin inhibitor: interpretation of coagulation assays and reversal of anticoagulant activity. *Thromb Haemost* 2010; **103**: 1116–27.
4 Wienen W, Stassen JM, Priepke H, Ries UJ, Hauel N. In-vitro profile and ex-vivo anticoagulant activity of the direct thrombin inhibitor dabigatran and its orally active prodrug, dabigatran etexilate. *Thromb Haemost* 2007; **98**: 155–62.
5 Graff J, von Hentig N, Misselwitz F, Kubitza D, Becka M, Breddin HK, Harder S. Effects of the oral, direct factor Xa inhibitor rivaroxaban on platelet-induced thrombin generation and prothrombinase activity. *J Clin Pharmacol* 2007; **47**: 1398–407.
6 Calatzis A, Peetz D, Haas S, Spannagl M, Rudin K, Wilmer M. Prothrombinase-induced clotting time assay for determination of the anticoagulant effects of unfractionated and low-molecular-weight heparins, fondaparinux, and thrombin inhibitors. *Am J Clin Pathol* 2008; **130**: 446–54.
7 Green L, Lawrie AS, Patel R, Stephens RC, Mackie IJ, Chitolie A, Haddad FS, Machin SJ. The effect of total hip/knee replacement surgery and prophylactic dabigatran on thrombin generation and coagulation parameters. *Thromb Res* 2012; **130**: 775–9.
8 Wagenvoord RJ, Deinum J, Elg M, Hemker HC. The paradoxical stimulation by a reversible thrombin inhibitor of thrombin generation in plasma measured with thrombinography is caused by alpha-macroglobulin-thrombin. *J Thromb Haemost* 2010; **8**: 1281–9.
9 Hillarp A, Baghaei F, Fagerberg Blixter I, Gustafsson KM, Stigendal L, Sten-Linder M, Strandberg K, Lindahl TL. Effects of the oral, direct factor Xa inhibitor rivaroxaban on commonly used coagulation assays. *J Thromb Haemost* 2011; **9**: 133–9.
10 Samama MM, Martinoli JL, Le Flem L, Guinet C, Plu-Bureau G, Depasse F, Perzborn E. Assessment of laboratory assays to measure rivaroxaban – an oral, direct factor Xa inhibitor. *Thromb Haemost* 2010; **103**: 815–25.
11 Tripodi A, Chantarangkul V, Guinet C, Samama MM. The International Normalized Ratio calibrated for rivaroxaban has the potential to normalize prothrombin time results for rivaroxaban-treated patients: results of an in vitro study. *J Thromb Haemost* 2011; **9**: 226–8.
12 Asmis LM, Alberio L, Angelillo-Scherrer A, Korte W, Mendez A, Reber G, Seifert B, Stricker H, Tsakiris DA, Wuillemin WA. Rivaroxaban: quantification by anti-FXa assay and influence on coagulation tests. A study in 9 Swiss laboratories. *Thromb Res* 2011; **129**: 492–8.

© 2013 International Society on Thrombosis and Haemostasis

13 Samama MM, Contant G, Spiro TE, Perzborn E, Guinet C, Gourmelin Y, Le Flem L, Rohde G, Martinoli JL. Evaluation of the anti-factor Xa chromogenic assay for the measurement of rivaroxaban plasma concentrations using calibrators and controls. *Thromb Haemost* 2012; **107**: 379–87.

14 Mani H, Rohde G, Stratmann G, Hesse C, Herth N, Schwers S, Perzborn E, Lindhoff-Last E. Accurate determination of rivaroxaban levels requires different calibrator sets but not addition of antithrombin. *Thromb Haemost* 2012; **108**: 191–8.

15 Gerotziafas GT, Elalamy I, Depasse F, Perzborn E, Samama MM. In vitro inhibition of thrombin generation, after tissue factor pathway activation, by the oral, direct factor Xa inhibitor rivaroxaban. *J Thromb Haemost* 2007; **5**: 886–8.

16 Harder S, Parisius J, Picard-Willems B. Monitoring direct FXa-inhibitors and fondaparinux by Prothrombinase-induced Clotting Time (PiCT): relation to FXa-activity and influence of assay modifications. *Thromb Res* 2008; **123**: 396–403.

© 2013 International Society on Thrombosis and Haemostasis