UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Boudreaux v. Bayer Corp., et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:14-cv-02720 | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT 5 TO
# PLAINTIFFS' MEMORANDUM IN SUPPORT OF
# RULE 59 MOTION FOR A NEW TRIAL

6/10/2017 History - International Society on Thrombosis and Haemostasis, Inc.

Case 2:14-md-02592-EEF-MBN   Document 6818-6   Filed 06/12/17   Page 2 of 3



MENU

# HISTORY

Share   |

**Mission**

The International Society on Thrombosis and Haemostasis (ISTH) is a global not-for-profit membership organization advancing the understanding, prevention, diagnosis and treatment of thrombotic and bleeding disorders.

The Society is dedicated to transformative scientific discoveries and clinical practices, the development of young professionals and the education of physicians, scientists and allied health professionals wherever they may live.

At the ISTH, we initiate and promote education and outreach initiatives, research activities, scientific meetings, peer-reviewed publications, expert committees and the development of standards allowing a common language and approach to basic and clinical science all over the world.

**ISTH History**

In 1954, a small group of investigators used seed money from the National Heart, Lung and Blood Institute (NHLBI) to form the International Committee on Thrombosis and Haemostasis (ICTH).

The members were well-known for their contributions to the fields of blood coagulation and hemorrhagic disorders, so news about their group spread quickly within the scientific community.

Interest grew, and the ICTH began to consider expanding the scope of its mission. The number of scientists who wanted to attend its meetings increased each year, but because of its small size, the Committee could only accommodate a few attendees.

**Planning for Expansion**

## Log In

🔒 Sign In securely

Haven't joined yet?

## Latest News

**6/8/2017**
What's Trending? See the Most Accessed Articles in JTH

**5/31/2017**
JTH Editors Highlight Three Articles in June Issue Preview

**5/26/2017**
See What's Trending in JTH: Read the Most Viewed Articles

## Calendar

6/10/2017 History - International Society on Thrombosis and Haemostasis, Inc.

Case 2:14-md-02592-EEF-MBN   Document 6818-6   Filed 06/12/17   Page 3 of 3



Join Mailing List    Jobs    Print Page    Contact Us    Sign In    Join      Enter search criteria...

MENU

thrombosis, fibrinolysis and thrombolysis, and the urgent problems of thromboembolic disorders.

**Birth of a New Society**

In 1969, at the ICTH's 15th Annual Meeting in Bath, UK, its members finally came to a vote—unanimously approving the creation of the International Society on Thrombosis and Haemostasis (ISTH).

The Society chose Fritz Koller of Switzerland as its President and Sol Sherry of the USA as Chairman of the newly-formed ISTH Council. Almost 200 scientists joined the Society that year.

Today, the ISTH is the leading thrombosis- and hemostasis-related professional organization in the world with more than 4,000 members in 94 countries.

6/9/2017 » 6/10/2017
International CTEPH Conference (ICC) 2017

6/14/2017 » 6/17/2017
Society for Vascular Medicine (SVM) 28th Annual Scientific Sessions

6/15/2017 » 6/18/2017
6th International Congress on Neuropathic Pain

6/17/2017 » 6/18/2017
Society for Vascular Medicine (SVM) Vascular and Endovascular Board Review Course

Home  |  Mission  |  Join Us  |  JTH  |  ISTH Academy  |  Contact  |  Jobs

© 2015 International Society on Thrombosis and Haemostasis, Inc. All rights reserved. Disclaimer

Membership Management Software Powered by YourMembership  ::  Legal