UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| ***Boudreaux v. Bayer Corp., et al.*** | * | JUDGE ELDON E. FALLON |
| **Case No. 2:14-cv-02720** | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

---

# EXHIBIT 6 TO
# PLAINTIFFS' MEMORANDUM IN SUPPORT OF
# RULE 59 MOTION FOR A NEW TRIAL

---

6/10/2017                    Resources and Partners - International Society on Thrombosis and Haemostasis, Inc.

Case 2:14-md-02592-EEF-MBN   Document 6818-7   Filed 06/12/17   Page 2 of 22



# RESOURCES AND PARTNERS

**Filter By Category:** All Categories ▼

The ISTH works closely with an array of organizations in related specialties around the world.

A list of these organizations and resources are included below. Please note that the ISTH is not responsible for the content of these sites and linking to them does not imply endorsement. The ISTH is also not responsible for how these sites collect information. Once you leave the ISTH website, you are subject to that site's privacy policies.

To be included on this list, email the ISTH at headquarters@isth.org.

Online Resources

- **Anticoagulation Centers of Excellence**
  Anticoagulation Centers of Excellence is a program of the Anticoagulation Forum.

- **Bloodline**
  Comprehensive hematology research and resources in one Internet location

- **Canadian Venous Thromboembolism Clinical Trials and Outcomes Research (CanVECTOR)**
  CanVECTOR is a pan-Canadian, patient-oriented community development program centered on venous thromboembolism (VTE) related research, training, and knowledge translation.

- **Centers for Disease Control and Prevention (CDC)**
  CDC is dedicated to collecting, analyzing, and interpreting health data (surveillance), scientific studies to determine how health events

## Log In

USERNAME

PASSWORD

SIGN IN

Connect

Forgot your password?

Haven't joined yet?

## Latest News

**6/8/2017**
What's Trending? See the Most Accessed Articles in JTH

**5/31/2017**
JTH Editors Highlight Three Articles in June Issue Preview

**5/26/2017**
See What's Trending in JTH: Read the Most



MENU

- **Clot Connect**
  An education and outreach project led by the University of North Carolina at Chapel Hill's Blood Clot Outreach Program.

- **Clot Connect - New DVT/ PE brochure**
  A new brochure produced by Clot Connect for patients with new DVT or PE

- **ClotCare**
  ClotCare provides up-to-date information and expert insight on anticoagulation and antithrombotic therapy topics. The site has resources for healthcare professionals and patients, an email update service, and an expert editorial board that will respond directly to questions via email.

- **CLOT-ED**
  Coagulation Lysis or Thrombosis

- **EU Clinical Trials Register**
  Register of EU Clinical Trials

- **EU Initiative on von Willebrands disease**
  Quality of life & management of living resources, molecular & clinical markers for diagnosis & management of Type I von Willebrands disease.

- **Hematology Vision**
  Since 2011 Hematology Visions has been a trusted source of Hematology news online. Hematology Vision is an independent service from Optimal Clinical, bringing Hematologists the latest developments in from research, conferences and clinical research.

- **International Factor IX Treatment Network**
  The International Factor IX Treatment Network is a study group formed with the goal of investigating the treatment and complications of hemophilia B.

- **Investigators Against ThromboEmbolism(INATE)**
  An international, multidisciplinary website, aimed at healthcare professionals and patients, dedicated to the use of clinical evidence and real-world experience to improve the management of venous thromboembolism.

- **Medline Plus**
  A service of the U.S. National Library of Medicine & National Institutes of Health.

Musculoskeletal Ultrasound in Hemophilia: Joint Anatomy and Basics of MSKUS (Web Modules)

**6/9/2017 » 6/10/2017**
International CTEPH Conference (ICC) 2017

**6/14/2017 » 6/17/2017**
Society for Vascular Medicine (SVM) 28th Annual Scientific Sessions

**6/15/2017 » 6/18/2017**
6th International Congress on Neuropathic Pain

**6/17/2017 » 6/18/2017**
Society for Vascular Medicine (SVM) Vascular and Endovascular Board Review Course

6/10/2017     Resources and Partners | International Society on Thrombosis and Haemostasis, Inc.

Case 2:14-md-02592-EEF-MBN Document 6818-7 Filed 06/12/17 Page 4 of 22



Join Mailing List   Jobs   Print Page   Contact Us   Sign In   Join    Enter search criteria...

MENU

management of this common inherited bleeding disorder. The Panel was also charged to base each recommendation on the current science and to indicate the strength of the relevant literature for each recommendation.

- **PubMed**
  PubMed comprises more than 22 million citations for biomedical literature from MEDLINE, life science journals, and online books.

- **Rare Coagulation Disorders Resource Room**
  The Rare Coagulation Disorders Resource Room (www.rarecoagulationdisorders.org), a dynamic, open-access website, was developed through a collaboration of the international RBDD Registry (http://www.rbdd.org/), the Indiana Hemophilia & Thrombosis Center (www.ihtc.org), and the Rare Coagulation Disorders Subcommittee of the National Hemophilia Foundation (NHF, www.hemophilia.org), a group appointed by NHF's Medical and Scientific Advisory Council. The Resource Room provides current and searchable information on the basic science, clinical management, available laboratory and genetic testing, clinical trials, and global research initiatives for these very rare and heterogeneous coagulation disorders.

- **Related Society Newsletter -APSTH**
  View all past issues of the Asian-Pacific Society on Thrombosis and Haemostasis newsletter here.

- **RODIN (Research Of Determinants of INhibitor) Study**
  Research Of Determinants of INhibitor development among previously untreated patients with severe hemophilia in Europe.

- **Transfusion News**
  Featuring videos, news articles, breaking news and commentary from experts in the field, Transfusion News brings you the latest news in blood banking, transfusion medicine, tissue transplantation, blood policies, hematopoietic stem cells, cellular therapies and related fields.

- **Trigger**
  Trigger is an electronic newsletter for researchers working on the biology of Tissue Factor, Factor VII and Tissue Factor Pathway Inhibitor (TFPI).

6/10/2017    Resources and Partners - International Society on Thrombosis and Haemostasis, Inc.

Case 2:14-md-02592-EEF-MBN Document 6818-7 Filed 06/12/17 Page 5 of 22



Join Mailing List    Jobs    Print Page    Contact Us    Sign In    Join

Enter search criteria...

MENU

- **AHA Council on Arteriosclerosis, Thrombosis and Vascular Biology**
  The Council on Arteriosclerosis, Thrombosis and Vascular Biology
  contributes to the mission and objectives of the American Heart
  Association through efforts in the fields of arteriosclerosis,
  thrombosis and vascular biology. The council advances and
  coordinates research, addresses prevention, improves methods for
  diagnosis and treatment, and works actively with other organizations
  concerned with these issues.

- **American Association for Clinical Chemistry**
  The American Association for Clinical Chemistry AACC is an
  international society comprised of medical professionals with an
  interest in clinical chemistry, clinical laboratory science, and
  laboratory medicine.

- **American Association for the Advancement of Science**
  The American Association for the Advancement of Science, "Triple A-
  S" (AAAS), is an international non-profit organization dedicated to
  advancing science around the world by serving as an educator,
  leader, spokesperson and professional association.

- **American Association of Blood Banks**
  AABB advances the practice and standards of transfusion medicine
  and cellular therapies to optimize patient and donor care and safety.

- **American College of Cardiology**
  The mission of the American College of Cardiology (ACC) is to to
  transform cardiovascular care and improve heart health.

- **American College of Surgeons**
  The American College of Surgeons is dedicated to improving the care
  of the surgical patient and to safeguarding standards of care in an
  optimal and ethical practice environment.

- **American Heart Association**
  American Heart Association's mission is to build healthier lives, free
  of cardiovascular diseases and stroke.

- **American Neurological Association**
  The American Neurological Association is a professional society of
  academic neurologists and neuroscientists devoted to advancing the
  goals of academic neurology; to training and educating neurologists
  and other physicians in the neurologic sciences; and to expanding
  both our understanding of diseases of the nervous system and our
  ability to treat them.

Join Mailing List    Jobs    Print Page    Contact Us    Sign In    Join

Enter search criteria...



MENU

- **American Society of Pediatric Hematology Oncology**
  The American Society of Pediatric Hematology/Oncology (ASPHO) is a multidisciplinary organization dedicated to promoting optimal care of children and adolescents with blood disorders and cancer by advancing research, education, treatment and professional practice.

- **American Thrombosis & Hemostasis Network**
  The American Thrombosis and Hemostatis Network (ATHN) is a nonprofit organization committed to advancing and improving care for individuals affected by bleeding and thrombotic disorders.

- **American Venous Forum**
  The American Venous Forum (AVF), is dedicated to improving the care of patients with venous and lymphatic disease. Founded in 1987, AVF fosters cutting edge research and clinical innovation and educates health care professionals, patients and policy makers about venous and lymphatic diseases.

- **Anticoagulation Forum**
  The Anticoagulation Forum is a multidisciplinary nonprofit organization of health care professionals that will improve the quality of care for patients taking antithrombotic medications.

- **Argentine Group on Hemostasis and Thrombosis-Grupo CAHT**
  Grupo Cooperativo Argentino de Hemostasia y Trombosis

- **Asian-Pacific Society on Thrombosis and Hemostasis**
  The objectives of APSTH are: to foster and advance clinical and scientific knowledge in the field of thrombosis, hemostasis and vascular biology in the Asian and Pacific regions; to promote scientific exchange and cooperation through scientific meetings and publications; and to promote international harmonization in clinical studies, standardization of nomenclature and practices in the Asian and Pacific regions.

- **Association of American Physicians**
  The Association of American Physicians is a nonprofit, professional organization founded in 1885 by seven physicians, including Dr. William Osler, for "the advancement of scientific and practical medicine." Now the Association is composed of about 1200 active members and approximately 550 emeritus and honorary members from the United States, Canada and other countries. The goals of its members include the pursuit of medical knowledge, and the

Join Mailing List    Jobs    Print Page    Contact Us    Sign In    Join        Enter search criteria...



MENU

- **Association of Pediatric Hematology/Oncology Nurses**
  APHON is the professional organization for pediatric hematology/oncology nurses and other pediatric hematology/oncology healthcare professionals. Its members are dedicated to promoting optimal nursing care for children, adolescents, and young adults with cancer and blood disorders, and their families. APHON provides the leadership and expertise to pediatric hematology/oncology nurses by defining and promoting the highest standards of practice and care to the pediatric, adolescent, and young adult communities.

- **Australasian Society of Thrombosis & Haemostasis**
  The Australasian Society of Thrombosis and Haemostasis represents over 200 clinicians and scientists committed to promoting and fostering the acquisition, exchange and diffusion of knowledge and ideas relating to normal and abnormal haemostasis. The Society serves as a forum for bringing together a broad array of disciplines which relate to bleeding, thrombosis and cognate fields.

- **Australian & New Zealand Society of Blood Transfusion**
  The Australian & New Zealand Society of Blood Transfusion (ANZSBT) comprises members from diverse scientific, technical and medical backgrounds working within the areas of Blood Tranfusion and Transfusion Medicine within Australia and New Zealand.

- **Australian Society for Medical Research**
  The Australian Society for Medical Research (ASMR) is the peak professional society representing Australian health and medical research.

- **Australian Vascular Biology Society**
  The Australian Vascular Biology Society is an organization active throughout Australia and New Zealand which aims to foster research communication by scientists and clinicians from a broad range of disciplines but with a unifying interest in biology of the cardiovascular system.

- **Australiasian Society of Clinical Immunology and Allergy**
  The mission of ASCIA is to advance the science and practice of clinical immunology and allergy, by promoting education and the highest standard of ethical medical practice.

- **Austrian Society of Hematology and Oncology**
  The Austrian Society of Hematology & Oncology (ÖGHO) is the

6/10/2017  Resources and Partners | International Society on Thrombosis and Haemostasis, Inc.

Case 2:14-md-02592-EEF-MBN Document 6818-7 Filed 06/12/17 Page 8 of 22

Join Mailing List   Jobs   Print Page   Contact Us   Sign In   Join   Enter search criteria...



MENU

- **Belgian Hemophilia Society**
  Belgian Hemophilia Society

- **Belgian Society on Thrombosis and Haemostasis**
  The Belgian Society on Thrombosis & Haemostasis, a non-profit medical research organization, seeks to foster and advance science relating to thrombosis, haemostasis, and vascular biology.

- **British Blood Transfusion Society**
  The main objective of the society is to advance the study of all aspects of blood transfusion for the public benefit, and to promote research and development.

- **British Committee for Standards in Haematology**
  BCSH provides up to date evidence based guidelines for both clinical and laboratory haematologists on the diagnosis and treatment of haematological disease. The guidelines are written according to the BCSH process by a team of expert Consultants and clinical scientists currently practicing in the UK.

- **British Society for Haematology**
  The objects for which the Society was established are: to advance the practice and study of haematology and to facilitate contact between persons interested in haematology.

- **British Society for Haemostasis & Thrombosis**
  The objectives of the British Society for Haemostasis and Thrombosis are the advancement of public education and the promotion of all branches of medical science concerned with haemostasis and thrombosis.

- **Bulgarian Scientific Society of Clinical and Transfusion Haematology**
  Bulgarian Scientific Medical Society of Clinical and Transfusion Haematology / NDKTH organizes a forum of specialists with higher education in the field of hematology.

- **Canadian Hematology Society**
  The mission of the Canadian Hematology Society (CHS) is to lead and influence the practice of hematology in Canada through being a recognized and valued voice of the Canadian hematology community.

- **Canadian Pediatric Thrombosis Hemostasis Network**
  The CPTHN is a group of health care professionals dedicated to



Join Mailing List    Jobs    Print Page    Contact Us    Sign In    Join     Enter search criteria...

MENU

- **Centers for Disease Control and Prevention**
  CDC Mission-Collaborating to create the expertise, information, and tools that people and communities need to protect their health – through health promotion, prevention of disease, injury and disability, and preparedness for new health threats.

- **Clinica y Laboratorio Biotecnologico**
  Goal: Providing a service in the area of serious diagnosis, paraclinical, general and/or specialized, always at the forefront of technology in our country.

- **Clinical and Laboratory Standards Institute**
  The Clinical and Laboratory Standards Institute (CLSI) is a global, nonprofit, standards-developing organization that promotes the development and use of voluntary consensus standards and guidelines within the health care community.

- **College of American Pathologists**
  The College of American Pathologists, the leading organization of board-certified pathologists, serves patients, pathologists, and the public by fostering and advocating excellence in the practice of pathology and laboratory medicine worldwide.

- **Czech Society for Thrombosis and Haemostasis CLS JEP**
  The Czech Society for Thrombosis and Haemostasis brings together experts in all theoretical and clinical disciplines dealing with disorders of hemostasis, physiology and pathophysiology, diagnosis and treatment against diseases associated with impaired hemostasis.

- **Czech Society of Hematology**
  Established in 1951, the Czech Society of Hematology is a professional association of hematologists in the Czech Republic.

- **Danish Society on Thrombsis & Haemostasis**
  Danish Society on Thrombosis and Haemostasis (DSTH) works to raise awareness of thrombosis and disorders of haemostasis. DSTH is growing rapidly and has more than 550 active members from across the country.

- **Danubian League against Thrombosis and Haemorrhagic Disorders**
  The DLTH is a group of scientists dedicated to research, education and improvement of the lives of those who suffer with diseases and disorders of thrombosis, hemostasis and their underlying vascular

6/10/2017    Resources and Partners - International Society on Thrombosis and Haemostasis, Inc.

Case 2:14-md-02592-EEF-MBN Document 6818-7 Filed 06/12/17 Page 10 of 22



Join Mailing List   Jobs   Print Page   Contact Us   Sign In   Join

Enter search criteria...

MENU

clinical cancer research organizations in the United States, and conducts clinical trials in all types of adult cancers.

- **Eastern Vascular Society**
  The Mission of the Society is to (1) enhance the ability to provide vascular care and serve disparate communities through a commitment to diversity and inclusion and (2) promote diversity and inclusion within the society in vascular surgery education, training, and research.

- **Egypt - Working Group for Lipidology, Vascular Biology & Research**
  The mission is: L owering cholesterol in the community and, I mproving standards of patient care through, P roviding accurate medical information and, I mproving national data base by, D eveloping and supporting medical research

- **Egyptian Society of Cardiology**
  CardioEgypt website is the official website for the Egyptian Society of Cardiology. It is supported by a strong staff and is developing to reach international standards. The website includes several sections that support the different working groups of the Society as well as a special section for the yearly meetings.

- **Egyptian Society of Haematology**
  ESH is established in year 1977 as a chapter of the Egyptian Medical Association (EMA). ESH comprises more than 500 haematologists and is dedicated to promote knowledge and scientific information for understanding and implementing all aspects of haematology.

- **Egyptian Society of Paediatric Haematology and Oncology**
  Egyptian Society of Paediatric Haematology and Oncology

- **Emirates Society of Haematology**
  The Society works to foster the specialty of Haematology in the UAE and form links with colleagues in the UAE,countries, and the international Haematology community. The attention is focused on improvement in quality of care for patients suffering from conditions prevalent throughout UAE.

- **Estonian Society of Haematology**
  The Estonian Society of Hematology promotes research in the field of hematology, develops interdisciplinary cooperation between scientific fields and encourages partnerships with related organizations and associations around the world.

6/10/2017
Case 2:14-md-02592-EEF-MBN Document 6818-7 Filed 06/12/17 Page 11 of 22
Resources and Partners - International Society on Thrombosis and Haemostasis, Inc.

Join Mailing List    Jobs    Print Page    Contact Us    Sign In    Join

Enter search criteria...



MENU

international approach organizing international Congresses on thrombosis, educational courses and symposia oriented to the advance in the fight against thrombosis.

- **European Association for Haemophilia and Allied Disorders**
  The European Association for Haemophilia and Allied Disorders is a multi-disciplinary association of healthcare professionals who provide care for individuals with haemophilia and other bleeding disorders. Our purpose is to promote clinical care, education and research for this group of patients across the continent.

- **European Haemophilia Consortium**
  The EHC is working to reduce the burden of the disease on both the individual and on society. Its mission is to improve the quality of life of people with Haemophilia in Europe. The EHC facilitates consultation, discussion and dissemination of information on important issues related to bleeding disorders.

- **European Hematology Association**
  The European Hematology Association (EHA) aims to promote excellence in clinical practice, research and education in European hematology.

- **European Medicines Agency**
  The European Medicines Agency is a decentralised agency of the European Union, located in London. The Agency is responsible for the scientific evaluation of medicines developed by pharmaceutical companies for use in the European Union.

- **European School of Haematology**
  The European School of Haematology (ESH) is a non-profit institution for continuing education founded in 1986, to promote and facilitate access to state of the art and cutting-edge knowledge in haematology and related disciplines, at the European level. ESH travels throughout all of Europe, North America, North Africa and the Middle East to organise conferences, training courses and laboratory workshops with a faculty of international experts selected for their scientific expertise and didactic skills.

- **European Society of Cardiology - AVB Working Group**
  The ESC Working Group on Atherosclerosis and Vascular Biology is dedicated to become a platform for discussing the underlying mechanism of atherosclerosis with special focus on the young cardiologist.

6/10/2017    Resources and Partners – International Society on Thrombosis and Haemostasis, Inc.

Case 2:14-md-02592-EEF-MBN   Document 6818-7   Filed 06/12/17   Page 12 of 22

Join Mailing List    Jobs    Print Page    Contact Us    Sign In    Join    Enter search criteria...



MENU

and scientific research on all aspects of thrombosis and haemostasis.

- **European Vascular Biology Organisation**
  EVBO was launched in 2006, after discussion between European vascular biologists who recognised that there is a need for a democratic society to provide a united focus and forum for vascular biologists in Europe, primarily by organising conferences but also by maintaining and enhancing an interactive network of researchers; evolving from the experience of the previous European Vascular Biology Association and building on the achievements of the FP6 European Vascular Genomics Network (EVGN).

- **Finnish Association of Haematology**
  Finnish Association of Haematology

- **Foundation for Women & Girls with Blood Disorders**
  The Foundation for Women & Girls with Blood Disorders seeks to ensure that all women and adolescent girls with blood disorders are correctly diagnosed and optimally treated and managed at every life stage.

- **French Society of Vascular Medicine**
  The French Society of Vascular Medicine (SFMV) meets the vast majority of vascular physicians, liberals and employees and has more than 1,800 dues-paying members in 2012. Its aim is the development of Vascular Medicine on scientific, educational, and quality of care.

- **French Society on Haematology**
  French Society of Hematology aims to promote the development of hematology, promote research and exchanges in hematology and involve individuals and groups who are interested in hematology.

- **GEHT : Study Group on Haemostasis and Thrombosis**
  The GEHT is a study group of the French Society of Hematology. GEHT meets the academic, hospital practitioners and researchers from public and private sectors as well as members of the pharmaceutical or diagnostic work in the field of Haemostasis and Thrombosis. In this area, the GEHT mission is to support basic and clinical research to improve medical practice and research, promote industrial innovation, and ensure international collaborations.

6/10/2017    Resources and Partners - International Society on Thrombosis and Haemostasis, Inc.

Case 2:14-md-02592-EEF-MBN Document 6818-7 Filed 06/12/17 Page 13 of 22

Join Mailing List   Jobs   Print Page   Contact Us   Sign In   Join

Enter search criteria...



MENU

The German Society for Hematology and Oncology Association is an organization of scientists and physicians who specialize in the research, diagnosis and treatment of blood disorders and malignant solid tumors.

- **German Society for Internal Medicine**
  The German Society of Internal Medicine (DGIM) was founded in 1882 in Wiesbaden as a "Congress of Internal Medicine" and today has more than 22,000 members of the largest medical and scientific societies in Europe. The DGIM represents the interests of internists in clinical practice, teaching and research, training and education.

- **German Society for Transfusion Medicine and Immunohematology**
  German Society for Transfusion Medicine and Immunohematology

- **German Society of Angiology - Society for Vascular Medicine**
  The DGA is a multidisciplinary medical society to promote research and training in the field of vascular medicine.

- **German Society of Hematology and Oncology**
  The German Society for Hematology and Oncology Association is an organization of scientists and physicians who specialize in the research, diagnosis and treatment of blood disorders and malignant solid tumors. The DGHO promote scientific exchange in this area by national and international conferences and encourages research collaborations.

- **GTH - Society on Thrombosis and Haemostasis Research**
  The Society brings together researchers from the German-speaking world and supports research and dissemination of knowledge in the field of hemostasis and thrombosis.

- **Haematology Association of Ireland**
  The Haematology Association of Ireland nurtures the development of haematology knowledge and research on the Island of Ireland.

- **Haematology Society of Australia & New Zealand**
  The Haematology Society of Australia & New Zealand (HSANZ) aims to inform members of the most recent developments in haematology, and to advance knowledge and inspire continued professional development in this exciting discipline.

- **Haemophilia Foundation of Nigeria**
  The Mission of the Foundation is to educate, advocate and provide

6/10/2017     Resources and Partners - International Society on Thrombosis and Haemostasis, Inc.

Case 2:14-md-02592-EEF-MBN Document 6818-7 Filed 06/12/17 Page 14 of 22

Join Mailing List    Jobs    Print Page    Contact Us    Sign In    Join

Enter search criteria...



MENU

- **Hematology Society of Taiwan**
  The Hematology Society of Taiwan aims to raise standards in hematology, promote study of hematology, enable members to socialize and exchange research results, and develop links with hematology groups in other countries.

- **Hemostasis & Thrombosis Research Society**
  The mission of the Hemostasis and Thrombosis Research Society, Inc. is to advance research, education and mentorship to improve care of persons with disorders of hemostasis and thrombosis.

- **Hong Kong Association of Blood Transfusion and Haematology**
  The primary objectives of the Association are: to promote and maintain interest in a high level of ethical and professional standards, and to contribute to the advancement of knowledge in the field of blood transfusion, haematology and related disciplines; to provide a forum for presentation and discussion in these fields and to facilitate interchange of ideas and information among members; and to establish and foster connections with related bodies and other bodies outside Hong Kong.

- **Hong Kong Society of Haematology**
  The Hong Kong Society of Haematology is a non-profit association amongst clinical and laboratory hematology personnel, aiming to promote the study of hematology.

- **Hungarian Society of Thrombosis and Haemostasis**
  Bringing together expert scientists, the Society studies thromboembolic disease pathogenesis, the coagulation-fibrinolytic system, and endothelial cells through basic research, clinical practice and the development of diagnostic tools and drug tests. Its goal is to provide a forum to disseminate information and to promote the work of young researchers and clinicians around the world.

- **Hungarian Society of Thrombosis and Haemostasis**
  The Society aims to study thromboembolic disease pathogenesis, the coagulation-fibrinolytic system, and endothelial cell system dealing with basic research, clinical practice and the development of diagnostic tools, home drug tests of these professionals, and also to provide a forum for the dissemination of the results of their operations, to promote the work of young researchers and clinicians and to promote research around the world.

6/10/2017
Case 2:14-md-02592-EEF-MBN Documents 6818-7 Filed 06/12/17 Page 15 of 22
Resources and Partners – International Society on Thrombosis and Haemostasis, Inc.

Join Mailing List    Jobs    Print Page    Contact Us    Sign In    Join

Enter search criteria...



MENU

as basic scientists, with special interest in research on thrombosis. Its mission is to promote research, education and ongoing scientific information on recent developments on arterial and venous thrombosis and antithrombotic therapy.

- **International Fibrinogen Research Society**
  The IFRS functions principally to promote scientific knowledge on fibrinogen and organize the International Fibrinogen Workshops which meet in alternate years.

- **International Society for Fibrinolysis and Proteolysis**
  The ISFP was founded to stimulate scientific research relating to any aspect of proteolysis which is relevant to human biology and pathology.

- **International Society for Laboratory Hematology**
  The International Society for Laboratory Hematology (ISLH)is a growing international group of laboratory hematology professionals serving as a forum for the dissemination of new ideas and information in all of the disciplines within laboratory hematology.

- **International Society of Applied Cardiovascular Biology**
  The International Society for Applied Cardiovascular Biology (ISACB) is devoted to enhancing discovery, development and clinical translation of cutting edge biomedical science for innovative, state of the art cardiovascular diagnostic and therapeutic modalities.

- **International Society of Blood Transfusion**
  The International Society of Blood Transfusion (ISBT) is the premier international professional society for the field encompassing transfusion and transplantation science and medicine.

- **International Society of Cerebral Blood Flow and Metabolism**
  This Corporation is organized and shall be operated exclusively for the purpose of promoting the advancement of education in the science of cerebral blood flow and metabolism throughout the world.

- **International Society of Extracellular Vesicles**
  A not-for-profit organization whose aim is to provide a forum for all aspects of microvesicle and exosome research.

- **International Society of Hematology**
  The International Society of Hematology (ISH) is the professional body concerned with advancing scientific research as well as the practice of hematology at both clinical and laboratory levels.

6/10/2017　Resources and Partners - International Society on Thrombosis and Haemostasis, Inc.

Case 2:14-md-02592-EEF-MBN   Document 6818-7   Filed 06/12/17   Page 16 of 22



- **Japanese Society of Hematology**
  The Japanese Society of Hematology was founded in 1937. The Society takes pride in being the second oldest hematological society in the world, next to the French Society of Hematology.

- **Japanese Society of Pediatric Hematology / Oncology**
  The JSPHO conducts academic research of pediatric oncology and pediatric blood disorders, public relations and other corporations, to contribute to the improvement of pediatric cancer care and blood disorders in children in Japan.

- **Japanese Society on Thrombosis and Hemostasis**
  The Japanese Society on Thrombosis and Hemostasis represents over 1200 clinicians, basic and clinical scientists in medicine as well as pharmacology and biology, who are committed to investigating a wide spectrum of sciences related to normal and abnormal hemostasis, thrombotic and thromboembolic disorders, to promoting the exchange and diffusion of the knowledge and concepts of these topics, and to making contributions to the health and welfare of people in Japan as well as in other countries.

- **Joint Committee for Taceability in Laboratory Medicine**
  The goal of the JCTLM is to provide a worldwide platform to promote and give guidance on internationally recognized and accepted equivalence of measurements in laboratory medicine and traceability to appropriate measurement standards.

- **Kenya Society for Thrombosis and Haemostasis (website coming soon)**
  The KSTH was formed in 2015. More information will be coming soon.

- **Latin American Cooperative Group of Hemostasis and Thrombosis - Grupo CLAHT**
  Grupo CLAHT works with various countries in the region to promote awareness in bleeding and thrombotic adisorders and also has established various committees working in many areas, most notably, hemophilia, von Willebrand disease, thrombophilia, therapy antithrombotic, standardization and quality controls.

- **Mexican Association for the Study of Hematology**
  Mexican Association for the study of hematology

Join Mailing List    Jobs    Print Page    Contact Us    Sign In    Join

Enter search criteria...



MENU

leadership for a research, training, and education program to promote the prevention and treatment of heart, lung, and blood diseases and enhance the health of all individuals so that they can live longer and more fulfilling lives.

- **National Hemophilia Foundation - USA**
  The US-based National Hemophilia Foundation is dedicated to finding better treatments and cures for inheritable bleeding disorders and to preventing the complications of these disorders through education, advocacy and research.

- **Nordic Hemophilia Council**
  The NHC is a forum of physicians responsible for the diagnosis and treatment of hemophilia, other bleeding disorders and thrombophilic disorders in the five Nordic countries. Their aim is to standardize and improve the care of patients with the relevant conditions

- **North American Society on Thrombosis and Hemostasis**
  The North American Society on Thrombosis and Hemostasis is a regional professional society dedicated to the advancement of thrombosis and hemostasis research, education and clinical care. Membership is free and open to scientists and clinicians in the field.

- **North American Specialized Coagulation Laboratory Association**
  A primary mission of NASCOLA is to provide external quality assessment for tests used to diagnose bleeding or prothrombotic disorders, thereby promoting high standards of performance and practice for specialized coagulation laboratories in the USA, Canada, and Mexico, and in countries in Central America and the Caribbean.

- **North American Thrombosis Forum**
  The North American Thrombosis Forum (NATF) is a multi-disciplinary organization founded with the objective of improving patient care through the advancement of thrombosis education.

- **North American Vascular Biology Organization**
  The mission of NAVBO is to promote the study of vascular biology. The purpose of the society is to provide a forum whereby members disseminate and share knowledge related to the scientific field of vascular biology, to ensure the translation of knowledge from basic science to clinical practice

6/10/2017         Resources and Partners – International Society on Thrombosis and Haemostasis, Inc.

Case 2:14-md-02592-EEF-MBN Document 6818-7 Filed 06/12/17 Page 18 of 22

Join Mailing List    Jobs    Print Page    Contact Us    Sign In    Join     Enter search criteria...



MENU

- **Romanian Society of Haemostasis and Thrombosis**
  RSHT is an association that proposes to support by any way (courses, guidelines, workshops, symposia, specialized laboratories), the study and popularization of the methods for diagnosis and treatment of haemostatic diseases not only between specialists but also in general population. Also, RSHT proposesto establish professional relations with corresponding foreign associations and to include Romanian current haemostasis in their educational activity.

- **Romanian Society of Hematology**
  Romanian Society of Hematology is a scientific association that aims to promote the practice and study of hematology and to facilitate contact between persons interested in the medical field.

- **Russian Scientific Society-Clinical Hemostasis**
  Scientific Society "Clinical gemostaziologiya" was formed and registered in 2005 and brings together professionals whose professional activity is connected with the questions of pathology of blood coagulation in various fields of applied medicine.

- **Saudi Scientific Hematology Society**
  The society was established to be an official league for all doctors, scientists, technologists, patients and everyone with interest in hematology and transfusion medicine.

- **Serbian Haemostasis and Thrombosis Association**
  Serbian Society of Haemostasis and Thrombosis (SSHT) is organization that gathers professionals dealing with haemostasis and other associated medical specialties with the objective to improve global knowledge in the field of haemostasis in order to achieve efficient prevention, diagnosis and treatment of haemostasis disorders.

- **Slovakian Society of Hemostasis and Thrombosis**
  SSHT was established to bring together scientists across the Slovak Republic. Its mission is to defend the interests and needs of people with impaired blood clotting. It also promotes improvement of treatment, rehabilitation and spa care and welfare of patients.

- **Slovenian Society of Hematology**
  The main aims of our Society are: - to provide and organize permanent training for our members; - to propose national guidelines for haematology; - to propose the curriculum for specialist training in haematology; - to promote scientific research; - to

6/10/2017    Resources and Partners – International Society on Thrombosis and Haemostasis, Inc.

Case 2:14-md-02592-EEF-MBN Document 6818-7 Filed 06/12/17 Page 19 of 22



Join Mailing List   Jobs   Print Page   Contact Us   Sign In   Join    Enter search criteria...

MENU

- **Society for Vascular Medicine**
  The goals of the Society are to improve the integration of vascular biological advances into medical practice, and to maintain high standards of clinical vascular medicine.

- **Society for Vascular Ultrasound**
  SVU is the only professional organization completely dedicated to the advancement of noninvasive vascular technology used in the diagnosis of vascular disease.

- **Society of General Internal Medicine**
  The Society of General Internal Medicine is a national medical society of 3,000 physicians who are the primary internal medicine faculty of every medical school and major teaching hospital in the United States. SGIM members teach medical students, residents, and fellows how to care for adult patients. They also conduct research that improves primary care, preventative measures, and treatment services for patients. Our mission is to lead excellence, change, and innovation in clinical care, education, and research in general internal medicine to achieve health care delivery that is comprehensive, technologically-advanced and individualized; instills trust within a culture of respect; is efficient in the use of time, people, and resources; is organized and financed to achieve optimal health outcomes; maximizes equity, and continually learns and adapts.

- **South African Society of Thrombosis and Hemostasis**
  The Southern African Society of Thrombosis and Haemostasis (SASTH) is a scientific and educational organization aiming to bring together clinicians and scientists from a broad array of disciplines dealing with thrombosis, haemostasis and vascular biology.

- **South Asian Society on Atherosclerosis and Thrombosis**
  Vascular diseases are major contributors to morbidity and mortality. SASAT was created to rase awareness, develop educational and preventive programs. The goal is early diagnosis of risk, better management of risks, and life style changes in order to significantly reduce the health burden of metabolic diseases such as obesity, hypertension, atherosclerosis, thrombosis and stroke.

- **Spanish Association of Hematology and Hemotherapy**
  The goal of the Association is the promotion, development and dissemination of the integrity and content of the specialty of

6/10/2017    Resources and Partners - International Society on Thrombosis and Haemostasis, Inc.

Case 2:14-md-02592-EEF-MBN Document 6818-7 Filed 06/12/17 Page 20 of 22

Join Mailing List    Jobs    Print Page    Contact Us    Sign In    Join     Enter search criteria...



MENU

nonprofit that by promoting research on these topics, as well as participation and communication among its members, aims to achieve progress in the following areas of pathology thrombotic and haemostasis: pathogenesis, prevention, diagnosis and treatment.

- **Study Group on Thrombosis of the Italian Society of Cardiology**
  The general aim of the Study Group is to create an aggregation tool to strengthen and support the work that is carried out for years in many Italian centers by the various professionals involved in cardiovascular disease.

- **Surfaces in Biomaterials Foundation**
  The Surfaces in Biomaterials Foundation is dedicated to exploring creative solutions to technical challenges at the BioInterface by fostering education and multidisciplinary cooperation among industrial, academic, clinical and regulatory communities.

- **Swedish Society of Hematology**
  SFH was formed in 1962. The main task was initially to help hematology scientific meetings and congresses. Over the years, the data expanded and now also includes training, education, scholarships, quality and union issues.

- **Swedish Society on Thrombosis and Haemostasis**
  The association's goal is to promote the development and dissemination of knowledge in the field of thrombosis and hemostasis, the organization of seminars, training courses and conferences, and promoting research. It is associated with the Swedish international medical association in the Swedish Medical Association.

- **Swiss Association for Transfusion Medicine**
  SCHWEIZERISCHEN VEREINIGUNG FÜR TRANSFUSIONSMEDIZIN

- **Thai Society of Hematology**
  The goal of the Society is to promote and support the education, training and research in the field of hematology in medical focus and other related disciplines, and also for Advancement of Science, and to the advancement of knowledge and to the benefit of the public. It also helps to coordinate and exchange knowledge and ideas with associations and institutions both domestic and foreign.

- **The Argentina Society of Hematology**
  SAH brings together professionals working in the field of hematology

6/10/2017     Resources and Partners - International Society on Thrombosis and Haemostasis, Inc.

Case 2:14-md-02592-EEF-MBN   Document 6818-7   Filed 06/12/17   Page 21 of 22

Join Mailing List    Jobs    Print Page    Contact Us    Sign In    Join

Enter search criteria...



MENU

The purpose of the association in our country is to provide information on hematology and hematological disciplines to medical professionals working together through communication, study and research, in Turkey and on international levels.

- **United Kingdom Haemophilia Centre Doctors' Organisation**
  The United Kingdom Haemophilia Centre Doctors' Organisation is an association of medical practitioners who work within the Haemophilia Centre's of England, Scotland, Northern Ireland or Wales and have an interest in the care of people with Haemophilia or other inherited bleeding disorders

- **USFDA-Vaccines, Blood & Biologics**
  US Food and Drug Administration section on vaccines, blood and biologics

- **Vascular Biology Working Group**
  The group's mission is to improve the cardiovascular health of patients by providing a forum for the review, exchange, and assimilation of findings from vascular biology research for dissemination to the clinical medicine community.

- **Vascular Disease Foundation**
  The Vascular Disease Foundation collaborates with corporations, organizations, governmental entities and individuals. We create educational information and public awareness campaigns about vascular disease both separately and collectively, all with the goal of reaching as many people as possible.

- **WHO-IEQAS**
  International External Quality Assessment Scheme of WHO

- **World Association of Societies of (Anatomic and Clinical) Pathology (WASP)**
  Commission on World Standards of the World Association of Societies of Pathology (COWS of WASP)

- **World Federation of Hemophilia**
  The World Federation of Hemophilia improves and sustains care for people with inherited bleeding disorders around the world.

- **World Health Organization**
  WHO is the directing and coordinating authority for health within the United Nations system. It is responsible for providing leadership on global health matters, shaping the health research agenda, setting

6/10/2017 Resources and Partners - International Society on Thrombosis and Haemostasis, Inc.

Case 2:14-md-02592-EEF-MBN Document 6818-7 Filed 06/12/17 Page 22 of 22



Join Mailing List    Jobs    Print Page    Contact Us    Sign In    Join

Enter search criteria...

MENU

Home | Mission | Join Us | JTH | ISTH Academy | Contact | Jobs

© 2015 International Society on Thrombosis and Haemostasis, Inc. All rights reserved. Disclaimer

Membership Management Software Powered by YourMembership  ::  Legal