UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Boudreaux v. Bayer Corp., et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:14-cv-02720 | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT 7 TO
# PLAINTIFFS' MEMORANDUM IN SUPPORT OF RULE 59 MOTION FOR A NEW TRIAL




# WHO WE ARE

The ESC is a world leader in the discovery and dissemination of best practices in cardiovascular medicine.

We are a not-for-profit medical society led by expert volunteers. We unite Member National Cardiac Societies, cardiovascular ESC sub-specialty communities, Affiliated Cardiac Societies, distinguished Fellows of the ESC and individual members from around the world. This network allows us to reach out to the global cardiology community and keep our finger on the pulse of cardiology. Diversity is our strength.



**DOWNLOAD THE CORPORATE BROCHURE**



## 95 000 MEMBERS

We unite cardiovascular health care professionals across all sub-specialties, roles and career stages around the world. Find out how you can join the global cardiology community.

**SEE MORE ❯**

We use cookies to optimise the design of this website and make continuous improvement. By continuing your visit, you consent to the use of cookies. Learn more

**I AGREE** ✓     ✕



# 56 MEMBER NATIONAL CARDIAC SOCIETIES

ESC member National Cardiac Societies are involved in advancing ESC science and sharing this knowledge and best practice with their members.

**DISCOVER ❯**



# 27 SUBSPECIALTY COMMUNITIES

The ESC is unique in representing the full spectrum of cardiology. Our established sub-specialty communities enable us to address every aspect of cardiology.

**DISCOVER ❯**



# 43 AFFILIATED CARDIAC SOCIETIES

We use cookies to optimise the design of this website and make continuous improvement. By continuing your visit, you consent to the use of cookies. Learn more    **I AGREE**    ✕

The ESC has European roots, but a global scope - collaboration with ESC Affiliated Cardiac Societies is essential to advancing the worldwide battle against cardiovascular disease.

SEE MORE >

## 4 300 FELLOWS OF THE ESC

Fellow of the ESC (FESC) is a title of honour awarded to individuals who have distinguished themselves in a cardiovascular field. It is a symbol of excellence. Apply online between 15 June and 30 September.

APPLY ONLINE >

We use cookies to optimise the design of this website and make continuous improvement. By continuing your visit, you consent to the use of cookies. Learn more

I AGREE ✓      ✕