UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| ***Boudreaux v. Bayer Corp., et al.*** | * | JUDGE ELDON E. FALLON |
| **Case No. 2:14-cv-02720** | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT 13 TO
# PLAINTIFFS' MEMORANDUM IN SUPPORT OF
# RULE 59 MOTION FOR A NEW TRIAL

# CHMP Assessment Report for the Post-Authorisation Measure LEG 036

## Xarelto

International non-proprietary name: Rivaroxaban

Procedure No. EMEA/H/C/944

Marketing authorisation holder: Bayer Pharma AG

| Date of this report: | 29 May 2015 |
| --- | --- |
| Deadline for comments: | 10 June 2015 |
| CHMP discussion | June 2015 |



EXHIBIT
tabbies®
Darix-36
(3071269)

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_15368512

# CHMP Assessment Report for the Post-Authorisation Measure LEG 036

## Xarelto

International non-proprietary name: Rivaroxaban

Procedure No. EMEA/H/C/944

Marketing authorisation holder: Bayer Pharma AG

| Date of this report: | 29 May 2015 |
|---|---|
| Deadline for comments: | 10 June 2015 |
| CHMP discussion | June 2015 |

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_15368512

## Administrative information

| Name of the Rapporteur | **Name: Kristina Dunder** |
| | Email: kristina.dunder@mpa.se |
| Rapporteur contact person: | **Name: Lisa Landberg** |
| | Tel:     + 46 (0) 18 17 46 00 |
| | Email: lisa.landberg@mpa.se |
| Names of the Rapporteur's assessors | **Name: Britt-Marie Emanuelsson** |
| | Email: britt-marie.emanuelsson@mpa.se |
| | **Name: Bengt Ljungberg** |
| | Email: bengt.ljungberg@mpa.se |
| Name of the EMA contact: | **Name: Catherine Drai** |
| | Email: catherine.drai@ema.europa.eu |

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_15368513

**Table of contents**

**1. Introduction** ............................................................................................ **4**

1.1. Steps taken for the assessment ............................................................................ 4

**2. Assessment of the post-authorisation measure LEG 036** ...................... **5**

**3. Overall conclusion after plenary discussion at the June CHMP meeting  21**

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER
                                                          XARELTO_JANSSEN_15368514

# 1. Introduction

This report covers the post-authorisation discussion requested by the CHMP at the March meeting:

The request was worded as follows:

*You are requested to discuss if the benefit-risk balance based on available data could be enhanced by implementing therapeutic drug monitoring (TDM). Your response should address both the overall target population as defined by the licensed indications and subgroups at particular risk of over- of undertreatment. As anti-Xa activity is well correlated to exposure to rivaroxaban, the applicant is requested to provide a plan to explore the suitability of developing a validated anti-Xa test.*

*You should also discuss the design and feasibility of a future prospective clinical trial which could potentially support recommendations on TDM in case further data may be helpful.*

The request has been divided and responded to as three separate questions by the MAH which are assessed in this report.

General background and approved indications:

Xarelto (rivaroxaban) is a selective direct factor Xa inhibitor.

The approved indications are

The 10 mg Xarelto tablet is approved for prevention of venous thromboembolism (VTE) in patients undergoing major orthopaedic surgery of the lower limbs for a treatment duration of two weeks in major knee surgery and five weeks in major hip surgery.

The Xarelto 20 mg/15 mg tablets have been approved in the indications "Prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation" and "Treatment of deep vein thrombosis (DVT) and for the prevention of recurrent DVT and pulmonary embolism (PE)".

Xarelto 2.5 mg is indicated for treatment of "Prevention of cardiovascular death, myocardial infarction and stent thrombosis in patients after an acute coronary syndrome (ACS) (non-ST elevation or ST elevation myocardial infarction or unstable angina) in combination with acetylsalicylic acid (ASA) alone or with ASA plus thienopyridines clopidogrel or ticlopidine".

## 1.1. Steps taken for the assessment

| | |
|---|---|
| Submission date: | 20 April 2015 |
| Start of procedure: | 26 April 2015 |
| CHMP Rapporteur's preliminary assessment report circulated on: | 29 May 2015 |
| CHMP member comments | 10 June 2015 |
| CHMP Rapporteur's updated assessment report circulated on: | 25 June 2015 |
| CHMP discussion: | June 2015 |

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_15368515

## 2. Assessment of the post-authorisation measure LEG 036

**Request 1: The MAH is requested to discuss if the benefit-risk balance based on available data could be enhanced by implementing therapeutic drug monitoring (TDM). The response should address both the overall target population as defined by the licensed indications and subgroups at particular risk of over- or undertreatment.**

**Summary of the MAH response:**

Overall analysis of Therapeutic Drug Monitoring (TDM)

Therapeutic drug monitoring (TDM) when used in clinical practice entails the measurement of a specific drug at designated intervals to assess the need for dose adjustment to maintain a constant concentration in a patient's bloodstream. The goal is to improve patient care by individually adjusting the dose of difficult-to-manage drugs for which clinical experience or clinical trials have shown it improved outcome in the general or special populations. It is unnecessary to employ TDM for the majority of medications, and is primarily used for monitoring drugs with narrow therapeutic ranges, drugs with marked pharmacokinetic variability, and medications for which target concentrations are difficult to monitor, or in the case of compliance issues. Examples of drugs whose use in clinical practice is benefited by TDM include antiepileptics, mood stabilisers, antipsychotics, unfractionated heparin, and Vitamin K antagonists (VKAs).

Analysis of the relationship between rivaroxaban PK/PD parameters and bleeding events

In the course of identifying an effective and safe dose of rivaroxaban to be further investigated in the phase III clinical development program, the relationship between PK parameters and bleeding events was analyzed in a limited number of phase II studies: in three global phase II clinical studies, namely in one of the three studies for the prevention of venous thromboembolism (VTE) after elective hip (THR) or knee replacement (TKR) surgery (ODIXa-OD.HIP /SN 11527) and in the two studies in treatment of deep vein thrombosis (DVT) and secondary prevention of VTE after an initial DVT (ODIXa-DVT/ SN 11223 and EINSTEIN-DVT/ SN 11528) and furthermore also in one study performed exclusively in Japanese patients with non-valvular atrial fibrillation (AF) treated for stroke prevention (J-ROCKET AF/ SN 12620).

In the dose ranging studies PK parameters such as Cmax and AUC values increased with rivaroxaban dose as expected and bleeding risk increased with dose but bleeding incidences typically obtained with rivaroxaban doses of up to 20 mg od were modest and similar to those seen in the comparator groups. The data obtained from the analyses performed within the individual dose groups in the dose escalation phase II study ODIXa-OD.HIP  as well as within the single treatment group in the J-ROCKET AF study do not indicate that subjects with bleeding events exhibit higher Cmax, Ctrough or AUC values compared to patients without bleeding events; the distribution of exposure parameters in subjects with bleeding events as compared to subjects without bleeding events is largely overlapping.

As prolongations of the pharmacodynamic (PD) marker prothrombin time (PT) have been shown in phase I and phase II clinical studies to correlate with rivaroxaban plasma concentrations when the assay is performed with a sensitive thromboplastin reagent (i.e. Neoplastin® Plus), PT had been used as exposure marker instead of PK parameters throughout the phase III clinical development program. Sparse blood samples were collected for PD evaluations from the majority of randomized subjects at pre-specified time points, but not specifically at the time of a bleeding or efficacy event as these analyses were not aimed at establishing routine coagulation monitoring.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_15368516

It has to be noted that when interpreting results of clotting tests such as the PT, the PK profile of rivaroxaban has to be taken into account. Thus, as expected results of the PT are dependent on plasma concentration which are driven by the rivaroxaban dose, the timing of measurement relative to the drug intake (i.e. peak vs trough) and patient characteristics (eg renal function, hepatic function, age, intake of certain co-medications).

In the phase III studies RECORD 1-4 (SN11354, SN 11357, SN 11356, SN11355) for prevention of VTE in patients undergoing THR or TKR, the EINSTEIN DVT and PE studies (SN 11702) for treatment and secondary prevention of VTE, the ROCKET-AF study (SN 11630) for stroke prevention in patients with non-valvular AF, the J-ROCKET-AF study (SN 12620) and for stroke prevention in Japanese patients with non-valvular AF, the PT using Neoplastin® was measured at baseline and post-baseline (time points depending on the specific trial), and/or at peak and/or trough. The distribution of PT was contrasted for various patient subgroups, at different time points as well as for patients with and without bleeding events (any bleeding and different severities of bleeding). In summary, no obvious relationship between PT and bleeding events was observed in any of these analyses. There were wide overlaps of the distribution of PT values between patients with bleeding events of different severities and patients without bleeding events observed within the box plots which did not allow the determination of a threshold of PT to identify patients at higher risk of bleeding for any of the studies.

In the prevention of major acute cardiovascular events after acute coronary syndromes phase III study (ATLAS 2 TIMI 51 BAY 59-7939/13194), PT measurements were not performed. PK or PD event analysis for ACS was confounded by the co-medication of two or at least one antiplatelet agent which would impact the outcome.

In addition to the analyses described above analyses of bleeding events were also performed by subjects grouped into quartiles of (postbaseline) PT at peak and trough. These analyses show that patients in the upper quartile tend to have more bleeding compared to the lower quartiles. It has to be noted though that these analyses do not account for the fact that subjects grouped by quartiles of PT may differ with respect to bleeding risk factors, e.g. in the pooled analysis of the RECORD 1-3 studies the upper quartile comprised more elder subjects, more women, subjects with slightly decreased creatinine clearance and more normal weighted subjects than the lower 3 quartiles.

Post marketing surveillance

A company's assessment on the relationship between PK and PD regarding increase in bleeding risk and relationship with rivaroxaban dose has been requested in the final PRAC Rapporteur Assessment Report of the PSUR No 10. This topic has been addressed in the PSUR No 11 (covering period from16 Sep 2013 to15 Mar 2014).

Beside the above described data from clinical trials, analysis of data received for post marketing surveillance cases, with or without bleeding events, is hampered by the fact that case reports do not contain information on coagulation tests, type of test, onset of bleeding and blood collection times (steady-state 'peak', 'trough' and time 'postdose', when treated with either 5 mg, 10 mg, 15 mg, 20 mg or 30 mg TDD Xarelto). In summary, post marketing cases did not provide any further significant insight beyond the already existing information from the clinical trials and established rivaroxaban drug profile.

Upon PRAC PSUR final assessment report of the PSUR No 11 (as of 09 October 2014), the PRAC rapporteur commented the following:

*Rapporteur assessment comment: No new safety data from identified and potential risks, or from*

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_15368517

*the total cases.*

*For the relationship between PK and PD regarding increased bleeding risk, and relationship with dose, no threshold for prothrombin time predictive of bleeding could be identified, and the MAH states that using PT as predictor for bleeding is not advised. Dose relationship is more established, and it is already stated in the SmPC that patients being exposed to a dose above 20mg should be monitored for bleeding. No further action is needed.*

<u>Discussion on Therapeutic Drug Monitoring (TDM)</u>

Rivaroxaban was developed as an oral, direct-acting antithrombotic agent that would not need individual dose-adjustment and routine coagulation monitoring as compared to VKAs. Rivaroxaban does not have marked pharmacokinetic variability, and in the Phase II VTE treatment studies showed a relatively flat dose response. Rivaroxaban was designed to provide a viable alternative to the effective but difficult to use in practice VKAs. The profile of this factor Xa inhibitor is one of fixed oral dosing, predictable pharmacokinetics and pharmacodynamics including a high bioavailability (80-100 %), low potential for clinically relevant drug or food interactions, and a more predictable anticoagulant effect as judged by the close correlation between plasma levels and appropriate pharmacodynamic markers observed in development, which taken together obviates the need for coagulation monitoring and frequent dose adjustment. It has several pathways of metabolism, and a dual mode of elimination with only 1/3 of the active substance undergoing direct renal clearance. The bioavailability after oral administration of direct thrombin inhibitors (DTI) that have reached the marketplace has been low (20% for ximelagatran, 6-7% for dabigatran). For dabigatran, which is mainly eliminated via the kidneys, the bioavailability is independent of the dose of the prodrug. Even small increases in the bioavailability can lead to substantial changes in exposure. Similarly, the exposure of this DTI is greatly influenced by the presence of renal impairment. This is not the case for rivaroxaban, which is not a direct thrombin inhibitor but in contrast is a Factor Xa inhibitor. As shown in the Population PK / PD analysis in SPAF patients, in the ROCKET AF trial PK/PD sub-study, an increase in drug exposure of only about 26% would be observed for a patient with moderate renal impairment with 2.4 mg/dL serum creatinine (approximate CrCL of 30 mL/min).

The MAH has investigated several laboratory assays throughout the clinical development program. In order to assess the appropriateness of laboratory assays, inhibition of FXa, Prothrombin Time (PT), aPTT, and Heptest® were measured in Phase I and II studies and correlations with plasma concentrations were established. Except for PT, the tests were not considered to be suitable for following the pharmacodynamics effect of rivaroxaban because of a curvilinear relationship (inhibition of FXa activity, Heptest) or a low sensitivity (aPTT) of the PK/PD relationship.

Due to the different clinical requirements of each indication, based on the preventive or therapeutic character of the anticoagulation, as well as concomitant therapy with co-medication affecting the coagulation system, the dose and dosing regimen of rivaroxaban was carefully investigated. A dose finding study was performed in each indication separately, except for the SPAF indication for which it was agreed upfront to use the dose finding from VTE treatment. Based on the clinical data of the individual phase II dose-finding studies, the optimal dose was selected for the individual indications, and confirmed by the pivotal Phase III studies. The dose selection for the pivotal phase III studies are discussed in detail in the clinical overview of the respective submissions.

In Phase III clinical trials (RECORD 1-4 studies, EINSTEIN studies, ROCKET-AF and J-ROCKET-AF studies) sparse blood samples were collected for PT evaluations from the majority of randomized subjects at pre-specified time points, but not specifically at the time of a bleeding or efficacy event, as the purpose of these analyses was not aimed at establishing routine coagulation monitoring. The short

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_15368518

half-life of rivaroxaban (5-13 hours), its rapidly changing PK- and corresponding PD-profile over each 24 hour period, and the interrelation of factors having an effect both on PT and on bleeding outcomes complicated an accurate interpretation of the relationship between observed post-baseline PT values and subsequent risk of bleeding. There are no definitive data in the rivaroxaban clinical trial program to correlate an outcome with plasma concentrations: peak and trough levels for rivaroxaban have not been temporally correlated with efficacy or bleeding/safety outcomes. Post marketing surveillance cases to date, with or without bleeding events, have not provided more insight; the data is hampered by the fact that case reports often do not contain information on coagulation tests, type of test, onset of bleeding and blood collection times (steady-state 'peak', 'trough' and time 'postdose', when treated with either 5 mg, 10 mg, 15 mg, 20 mg or 30 mg TDD Xarelto). Thus, post marketing cases have not provided any further significant insight beyond the already existing information and established rivaroxaban drug profile from clinical trials.

In summary, despite substantial efforts, a threshold of exposure that would identify patients at an increased risk of bleeding in the overall population or in subgroups of patients categorized by age, weight, or renal function could not be identified. Therefore, the MAH has not obtained data that suggests routine coagulation monitoring or TDM would optimize the benefit/risk profile of rivaroxaban.

Benefit/Risk Profile of rivaroxaban without TDM

As of 15-Sep-2014, in completed and ongoing phase II and III company sponsored interventional clinical trials involving > 84,000 patients so far (with > 47,000 patients exposed to rivaroxaban), rivaroxaban has demonstrated a favorable benefit/risk profile when administered at fixed doses without coagulation monitoring. For all of the large phase III studies extensive subgroup analyses contrasting rivaroxaban to standard of care with respect to safety, efficacy and net clinical outcomes were done to explore benefit-risk in major patient subcohorts represented in the trials. Furthermore, based on the data established in these clinical studies, authorities worldwide have approved fixed doses of rivaroxaban without routine coagulation monitoring for the different indications. With current dosing for indications established in Phase III pivotal outcomes trials, it is not necessary to seek a concentration to target. As discussed in the PSURs, rivaroxaban is well tolerated in a real-life setting and without important adverse effects except the potential for bleeding, as expected with an anticoagulant. Up to date post marketing data are consistent with the experience from clinical trials and support a positive benefit-risk balance. It is of value to note that due to limited absorption a ceiling effect with limited increase in average plasma exposure is expected at supratherapeutic doses of 50 mg rivaroxaban or above. Rare cases of overdose (including one up to 1,960 mg) have been reported without bleeding complications or other adverse reactions.

Up to date post-marketing data are consistent with the experience from clinical trials and support a positive benefit-risk balance. A comprehensive analysis of loss of effectiveness in spontaneous reports during rivaroxaban administration has been performed and reported in PBRERs.

Although there is no need to monitor the anticoagulant effect of rivaroxaban during routine clinical practice, in certain infrequent situations like overdosage, acute bleeding, urgent surgery, or suspected non-compliance, assessment of the anticoagulant effect of rivaroxaban may be appropriate. Accordingly, measuring PT using a sensitive thromboplastin reagent such as Neoplastin Plus, or a commercially available Factor-Xa assay using rivaroxaban-specific calibrators and controls, may be useful to inform clinical decisions in these circumstances (for details please refer to section 3).

Would TDM enhance the benefit/risk balance and substantially add to what has been accomplished in the large clinical outcome trial programs in regard to optimized dosing? The MAH believes not. The

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_15368519

endeavor is complicated by the numerous factors that affect the collection, analysis, and interpretation of drug concentration data. These include time, route and dose of drug given, time of blood sampling, handling and storage conditions, precision and accuracy of the analytical method, co-medications and, last but not least, clinical status of the patient (i.e. disease, renal/hepatic status, biologic tolerance to drug therapy, etc.). Strong consideration needs to be given to how TDM could have a negative impact on the benefit/risk balance for Xarelto.  Including such monitoring is cumbersome in clinical practice when it is a component of those drug regimens for which it is necessary. Adding a TDM approach without a compelling need increases the burden of clinical care, likely will compromise overall patient adherence, and could affect efficacy outcomes. There is the risk of underdosing or selection of doses not tested in clinical trials for a particular indication is possible. It may lead to clinical actions which may be inappropriate due to random clinical laboratory variations that can occur, unnecessary follow-up investigations and interventions, and ultimately an increase overall health care costs without proven benefit. As a result, a worsening of the benefit/risk balance may be expected.

Attempting to incorporate post hoc dose adjustments for a drug that does not have a narrow therapeutic range, marked pharmacokinetic variability, or a compliance issue after clinical outcomes trials have proven its efficacy and safety, and post marketing surveillance has consistently shown a positive benefit/risk balance, is scientifically inappropriate.  Altering the current dose regimens in such a way could lead to loss of efficacy with no certainty of improvement in safety.

Summary

In summary, rivaroxaban is an effective treatment, as determined in an extensive clinical development program, administered at fixed doses and without coagulation monitoring, and which was non-inferior or superior to the standard of care in the Phase III trials performed that led to regulatory approval for various clinical indications. The incidence of the main safety adverse event, bleeding, is low. Post marketing surveillance continues to support a positive benefit-risk balance. Given the limited variability in PK exposure, shallow exposure-response relationship previously described, and the complicated intrinsic/non-drug related risk factors, the MAH expects that the future collection of PK/PD samples will not provide more certainty or additional understanding in regard to the exposure-response relationship above what has been learned in large clinical trials. Randomized controlled trials have not included attempts at dose adjustment based on rivaroxaban concentrations or coagulation assays, and there is no data to show that this would improve outcomes. The idea that TDM could allow a more optimized benefit/risk balance for rivaroxaban has been considered by the MAH, but our assessement is that this is a hypothesis that is not supported by the available evidence from our extensive clinical development program involving > 84,000 patients so far (> 47,000 patients exposed to rivaroxaban), which have included careful PK/PD evaluations. The MAH finds no persuasive evidence that implementing TDM would further enhance the benefit/risk balance of rivaroxaban over and above what the clinical trials and post-marketing surveillance have provided.

Assessors' comments: It is recognized that all phase III studies supportive of the approved indications were performed without TDM guided dose adjustments. The MAH has in his detailed response to this question rather extensively described the data supportive for the approved indications with some focus on subpopulations potentially susceptible to increased bleeding risk, i.e. elderly, low BW, renal impairment. It is, however, not questioned by the Rapporteur that the overall B/R balance is favourable with the approved treatment strategy based on a standard doses without routinely applied estimations of drug exposure. The purpose with CHMP initiative is rather to discuss whether further improvement of the B/R balance can be achieved by recommendations for some form of TDM.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_15368520

It is accepted that it is not possible at this stage from the data as presented and analysed to reliably define definite cut-offs or a specific target range for estimated plasma concentrations in any of the approved indications. It is also agreed that the exposure/effect relationships apparently are rather flat as compared with heparins and the older oral anticoagulants. It is also agreed that the multiple elimination pathways for Xarelto is an advantage which can be expected to reduce risks for dramatic effects on exposure due to e.g. renal/hepatic impairment.

As there are multiple factors influencing the individual bleeding risk it cannot be expected that a certain estimated drug concentration would be of high predictive value in the individual patient. Nevertheless, in the Rapporteur's opinion, the compiled preclinical and clinical experience strongly indicates that plasma exposure is of importance for the bleeding risk and one factor among several worth to take into account in attempts to clinically estimate the bleeding risk in an individual. This correlation between exposure and bleeding risk is more apparent in the clinical study results for more susceptible patient groups, e.g. ACS patients where a combination with intense platelet inhibition resulted in a relatively high bleeding incidence.

The SPC:s for different strengths already include some general guidance for laboratory evaluation of drug exposure (see response assessment for q2 for details) but there may be room for more specific guidance and refined recommendations.

In order to bring the discussion forward the MAH is requested

- to perform a post-hoc overall population pharmacokinetic (PPK) analysis using all available PK data in all target populations. The model should be fully reported.

- to simulate/predict Cmax, Ctrough and AUC at steady state following current dose recommendations in all approved indications. Exposure predictions in identified sub-groups ie renal impairment, elderly, hepatic impairment should also be presented

- to perform a post-hoc overall PKPD analysis using all available data including all target populations, on PT and Xa as PD variables. The model should be fully reported.

- to perform a post-hoc PKPD analysis on bleeding events and thromboembolism using Cmax, Ctrough and AUC as exposure variable, using all available data in all different target populations and identifying covariates including among others renal impairment, elderly, hepatic impairment, co-treatment with antihaemostatic drugs. The model should be fully reported.

- to clarify/comment on the uncertainty of a determined plasma concentration value bearing in mind variability in the bioanalytical assay and intra-individual variability. The MAH should also comment on/discuss how soon after a dose adjustment a blood sample could be taken to correctly mirror the new systemic exposure.

to possible to provide more detailed advice in the SPCs in relation to the reported predicted/achieved plasma concentrations. The ranges now given are wide and may not be regarded as very helpful for clinical decision-making. The MAH should also include information on intra-individual variability on the important variables for safety monitoring.

**Request 2: As anti-Xa activity is well correlated to exposure to rivaroxaban, the applicant is requested to provide a plan to explore the suitability of developing a validated anti-Xa test.**

**Summary of the MAH response:**

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

Xarelto® 10 mg film coated tablets were approved in the European Union (EU) 30 September 2008 for the indication "prevention of venous thromboembolism (VTE) in adult patients undergoing elective hip or knee replacement surgery". One of the Follow-up Measures (FUMs) as detailed in the Letter of Undertaking prepared by the marketing authorization holder (MAH) at the time of opinion specified that the MAH would "continue his work to validate modified commercially available tests for estimations of the pharmacodynamics activity of rivaroxaban (or rivaroxaban plasma concentration) that could be used in routine clinical setting. After development of an appropriate validated method, the applicant should explore options to include recommendations in the Summary of Product Characteristics (SPC) including methodology for monitoring of pharmacokinetics (PK). Progress to be reported regularly to the Committee for Medicinal Products for Human Use (CHMP) with the first report within 6 months and thereafter together with Periodic Safety Update Report (PSUR) updates" (FUM 014).

In order to fulfil the follow up measure, after approval of Xarelto 10 mg film-coated tablet the MAH has started collaborations with several Manufacturers and Suppliers of Laboratory Instruments and Reagents that are managing IVDs within this directive frame as certified companies for ISO 13485 and ISO 9001. The efforts were focused on the development of rivaroxaban calibrators and controls and the adaptation of established anti-factor Xa assay methods which in combination were to be validated on multiple automated laboratory instruments. The objective of this approach was to allow individual clinical laboratories to measure rivaroxaban plasma concentrations over a broad range including low rivaroxaban concentrations (e.g. 20 ng/mL) and high Rivaroxaban concentrations (e.g. 500 ng/mL) with well-defined precision and accuracy. The availability of CE marked In Vitro Diagnostics assays to clinical laboratories in the European Union was reported in the 5th Rivaroxaban Laboratory Test Update Report, submitted on 10th November 2011 with the response to FU2 14.4 together with PSU-005, version 6 to fulfil the first part of the follow-up measure.

With Type II variation EMEA/H/C/000944/II/016/G the availability of these tests was implemented into the European Product information section 4.4 and 5.1.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_15368522

*5.1 Pharmacodynamic properties*

...

*Pharmacodynamic effects*

...

*There is no need for monitoring of coagulation parameters during treatment with rivaroxaban in clinical routine. However, if clinically indicated, rivaroxaban levels can be measured by calibrated quantitative antifactor- Xa tests (see section 5.2).*

Please see below the respective paragraph from the CHMP assessment report dated 19 April 2012 (EMA/CHMP/83776/2012).

### 2.2.3. Update of sections 4.4, 5.1, 5.2 to address the post authorisation commitment FU2 14.4

The introduction of a commercially available test for the measurement of the rivaroxaban activity/concentration has been evaluated in FUMs 14 and 18. An assessment of these FUMs has been distributed to the CHMP January 20, 2012 describing the anti-factor Xa assay method introduced. In summary the following commercially available laboratory assays were investigated:

| Assay | Manufacturer | CE-Mark |
|---|---|---|
| STA-Rotachrom® Heparin Assay | Diagnostica Stago | Yes |
| STA®-Liquid anti Xa Assay | Diagnostica Stago | Yes |
| Coamatic® Heparin assay | Chromogenix* | Yes |
| Biophen Heparin 6® Assay | Hyphen BioMed | Yes |
| Biophen DiXaI Assay | Hyphen BioMed† | Yes |
| Technochrom anti-Xa Assay | Technoclone | Yes |

\* Distributer – Haemochrom Diagnostica
† Based on information from the manufacture CE mark certification has been achieved (not yet published on manufacturer's website)

When calibration was performed with rivaroxaban in plasma, these tests allowed for detection of rivaroxaban plasma concentrations with acceptable precision from 20 ng/mL up to 500 ng/mL.

It is proposed not to delete the sentence referring to the effect of rivaroxaban on aPTT and Hep Test, as it provides important information to the treating physician on the interpretation of the results from these routine tests.

The CHMP agreed with the MAH proposal to add information regarding the calibrated test in section 5.1 and 5.2 of the SmPC but also requested to add information in section 4.4 related to the monitoring of coagulation parameters since it represents important information for prescribers as follows:

*There is no need for monitoring of coagulation parameters during treatment with rivaroxaban in clinical routine. **However, if clinically indicated rivaroxaban levels can be measured by calibrated quantitative anti-Factor Xa tests (see section 5.1 and 5.2).***

The text proposal has been implemented in the currently approved SmPCs of the 15 and 20 mg strengths as follows:

*Pharmacokinetic data in patients*

*In patients receiving rivaroxaban for treatment of acute DVT 20 mg once daily the geometric mean concentration (90% prediction interval) 2 -4 h and about 24 h after dose (roughly representing*

---

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_15368523

*maximum and minimum concentrations during the dose interval) was 215 (22 - 535) and 32 (6 - 239) µg/l, respectively.*

In analogy to this text, the following is approved for the SmPC of the 10 mg strength:

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_15368524

*Pharmacokinetic data in patients*

*In patients receiving rivaroxaban for prevention of VTE 10 mg once daily the geometric mean concentration (90% prediction interval) 2 - 4 h and about 24 h after dose (roughly representing maximum and minimum concentrations during the dose interval) was 101 (7 - 273) and 14 (4 - 51) µg/l, respectively.*

A respective paragraph was approved for the SmPC of the 2.5 mg strength:

*Pharmacokinetic data in patients*

*In patients receiving rivaroxaban 2.5 mg twice daily for the prevention of atherothrombotic events in patients with ACS the geometric mean concentration (90 % prediction interval) 2 - 4 h and about 12 h after dose (roughly representing maximum and minimum concentrations during the dose interval) was 47 (13 - 123) and 9.2 (4.4 - 18) µg/l, respectively.*

<u>Summary:</u>

With reference to the available tests above the MAH states that by now the requested anti- Xa tests are already commercially available. Exceptional situations where it might be useful to have knowledge of rivaroxaban exposure in order to facilitate clinical decisions, e.g., overdose and emergency surgery, are mentioned in the SmPC in section 4.4. The information on the plasma levels observed with the different rivaroxaban doses in clinical trials was implemented into the currently approved European Product information in section 5.2 (wording please see above).

Assessor's comments: The efforts undertaken by the MAH to provide recommendations for laboratory estimations of rivaroxaban activity/concentrations are recognised and they have been evaluated in previous procedures as described by the MAH. The strategy to focus on anti-Xa tests is supported by the available PK/PD data. In addition some information on PT tests is also included in the SPCs. However further information is sought. It is unclear to what extent calibrators/controls with known rivaroxaban concentrations are widely available for the anti Xa tests. Is there a need for different sets of calibrators for use as the doses given and estimated concentrations in the pivotal studies vary over a rather large range between the different target populations? It should also be clarified if there are testing manuals for the laboratory staff available. Reassurance is sought that such manuals are available clarifying practical details as well as the expected relationships between estimated fXa inhibition and rivaroxaban concentrations.

It can be noted that no information on the rivaroxaban concentrations achieved with the 15 mg dose alternative is provided in the SPCs. However, this is acceptable as this dose is aiming for an exposure in patients with renal impairment comparable to the exposure obtained with 20 mg in patients with mild/normal renal function.

No information on the achieved concentrations in the clinical studies of the atrial fibrillation patient group is provided in the SPCs. In the context of this procedure an explanation for this apparent inconsistency should be provided.

How helpful the intervals given for the rivaroxaban concentrations in the SPC:s may be somewhat doubtful as they are considerably wide. Possibly, and as a result of this procedure, Information of more obvious clinical value could be added.

For the convenience of the Reader the general information in all SPC for the different strengths is provided below

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_15368525

Section 5.1

*Dose-dependent inhibition of factor Xa activity was observed in humans. Prothrombin time (PT) is influenced by rivaroxaban in a dose dependent way with a close correlation to plasma concentrations (r value equals 0.98) if Neoplastin is used for the assay. Other reagents would provide different results. The readout for PT is to be done in seconds, because the INR (International Normalised Ratio) is only calibrated and validated for coumarins and cannot be used for any other anticoagulant.*

Section 5.2

*The activated partial thomboplastin time (aPTT) and HepTest are also prolonged dose-dependently; however, they are not recommended to assess the pharmacodynamic effect of rivaroxaban. There is no need for monitoring of coagulation parameters during treatment with rivaroxaban in clinical routine. However, if clinically indicated, rivaroxaban levels can be measured by calibrated quantitative antifactor- Xa tests (see section 5.2).*

In the SPC for the 15 and 20 mg tablets following additional information is provided

Section 5.1

*In patients receiving rivaroxaban for treatment of DVT and PE and prevention of recurrence, the 5/95 percentiles for PT (Neoplastin) 2 - 4 hours after tablet intake (i.e. at the time of maximum effect) for 15 mg rivaroxaban twice daily ranged from 17 to 32 s and for 20 mg rivaroxaban once daily from 15 to 30 s. At trough (8 - 16 h after tablet intake) the 5/95 percentiles for 15 mg twice daily ranged from 14 to 24 s and for 20 mg once daily (18 - 30 h after tablet intake) from 13 to 20 s. In patients with non-valvular atrial fibrillation receiving rivaroxaban for the prevention of stroke and systemic embolism, the 5/95 percentiles for PT (Neoplastin) 1 - 4 hours after tablet intake (i.e. at the time of maximum effect) in patients treated with 20 mg once daily ranged from 14 to 40 s and in patients with moderate renal impairment treated with 15 mg once daily from 10 to 50 s. At trough (16 - 36 h after tablet intake) the 5/95 percentiles in patients treated with 20 mg once daily ranged from 12 to 26 s and in patients with moderate renal impairment treated with 15 mg once daily from 12 to 26 s.*

**Request 3: The MAH should also discuss the design and feasibility of a future prospective clinical trial which could potentially support recommendations on TDM in case further data may be helpful.**

**Summary of the MAH response:**

<u>Introduction</u>

Rivaroxaban was developed to provide reliable anticoagulation without the requirement for therapeutic drug monitoring. In the ROCKET AF trial in stroke prevention for atrial fibrillation rivaroxaban has demonstrated a favorable benefit risk profile without therapeutic drug monitoring as compared to warfarin. While warfarin requires INR monitoring to adjust the dose accordingly due to its narrow therapeutic window and drug-drug and drug-food interactions, rivaroxaban has a broad therapeutic window and does not require such monitoring due to a highly predictable PK PD response. Rivaroxaban underwent an extensive development program that covered a broad spectrum of indications. Due to the different clinical requirements of each indication, based on the preventive or therapeutic character of the anticoagulation, as well as concomitant therapy with comedication affecting the coagulation system, the dose and dosing regimen of rivaroxaban was carefully investigated. A dose finding study

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_15368526

was performed in each indication separately, except for the SPAF indication for which it was agreed upfront to use the dose finding from VTE treatment. Based on the clinical data of the individual phase II dose-finding studies, the optimal dose was selected for the individual indications, and confirmed by the pivotal Phase III studies. With the large and comprehensive clinical development program of rivaroxaban the MAH did substantial dose-finding work and PK/PD analyses and was unable - despite extensive efforts - to find parameters suggesting that therapeutic drug monitoring (TDM) would further optimize the benefit risk profile of rivaroxaban. Please refer to the response to request 1 for more details. In addition to the evidence generated by the clinical development program on rivaroxaban dose finding, clinical characteristics of the patient including demographic factors and concomitant conditions have an impact on plasma concentrations and result in a large interand intra-patient variability. Therewith the relationship between drug levels and clinical outcomes can easily be confounded by clinical characteristics and the characterized relationship between exposure and response is at group level. There is no evidence for rivaroxaban that a single threshold value for plasma concentration or PD markers could predict the outcome of ischemic or bleeding events at individual patient levels, and there is no available evidence for the definition of a therapeutic window of rivaroxaban that would improve the benefit risk ratio.

Design and feasibility of a potential future prospective trial

The design and feasibility of future prospective clinical trials for rivaroxaban which may be

able to provide data on an improved benefit risk profile with TDM as compared to without

TDM is outlined below. Some important considerations need to be made before discussing the

design of a potential study program:

- Rivaroxaban is approved in multiple indications in the EU with different dosing regimens. The indications are based on 8 phase III trials performed without TDM. Each indication had its own dedicated dose finding program to determine the optimal dose. Accordingly a study would be needed for each individual indication and dosing regimen for rivaroxaban to identify a target therapeutic level on which to base therapeutic drug monitoring.

- Individual patient characteristics differ between the indications and may also change over time. Clinical characteristics including demographic factors and concomitant conditions impact the plasma concentration.

- The characterized relationship between exposure and response is at group level. The interand intra-patient variability will be difficult to account for when investigating a potential correlation between rivaroxaban plasma concentration and clinical outcomes as the relationship between drug levels and clinical outcomes can easily be confounded by clinical characteristics.

- Measurement of rivaroxaban plasma concentration for a TDM approach would not only need to be accurate, precise and performed at the adequate time point after rivaroxaban intake, but also predictive of ischemic and bleeding outcomes.

- No meaningful cut off value is currently available for rivaroxaban that could determine a potential improvement of the benefit risk profile and would thus needed to be reliably established as a first step in additional clinical trials.

- The adequate time point to measure rivaroxaban plasma concentration to determine such a cut off value remains unclear as it has not been established in clinical trials whether peak or

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_15368527

trough levels are the major determinants impacting the risk for an ischemic versus bleeding event for rivaroxaban. It may be reasonable to do so at steady state trough.

- To determine peak plasma concentrations requires multiple measurements after the intake of rivaroxaban and is thus hardly feasible, especially in clinical practice. Measurement of trough levels would thus be the only possible option, however the clinically relevant cutoff value remains unclear and the measurement needs to be done within a very small time window and before the next intake for an OD regimen of rivaroxaban to adequately reflect trough levels.

- Correct timing of the blood draws for PK need to be followed strictly to obtain correct and reliable results. Any slight deviation from the time of the blood draw to last dose taken will result in incorrect and misleading plasma concentrations. Therefore the general feasibility of measuring plasma concentration in daily clinical practice remains questionable and is prone to error for the above mentioned reasons.

Based on an extensive clinical development program and on large Phase III clinical outcome trials which showed that the direct Factor Xa inhibitor rivaroxaban has a favourable benefit risk ratio without the need for a TDM, health regulatory approvals were obtained in multiple clinical indications. This has been reassessed also by the PRAC within the PSUR /PBRER procedures in the last years where the MAH was asked to provide respective data. Nonetheless, per CHMP request the MAH has given thought to what potential prospective clinical trial design proposals could be considered to investigate the additional value of TDM, and presents these thoughts below. A meaningful and reliable cut-off value needs to be established to predict clinical outcomes first followed by a large outcome study to show that a TDM based approach indeed improves net clinical outcomes. Based on the points outlined a step-wise approach would need to be taken for each approved indication separately:

1. Phase II dose-finding study for TDM approach: Determine reliable cut-off values for rivaroxaban plasma concentrations that are predictive and reliable for clinical events, patients with and without events have to be included.

2. Large Phase III outcome study: If meaningful cut-off values for TDM could be established in the Phase II study, a large outcome study would be needed to show superiority of the TDM based approach versus the normal dosing approach to show a clinically meaningful improvement of the benefit risk ratio with the TDM approach.

Phase II study dose-ranging study for TDM approach

The goal of a TDM approach is to improve the benefit risk profile of rivaroxaban, i.e. aim for further reduction of ischemic as well as bleeding events. A potential association between the plasma concentration and clinical occurrence of ischemic and bleeding events would thus need to be established first in a Phase II study. To be able to identify a meaningful and reliable cut-off value for the plasma concentration, both patients with an acute ischemic or bleeding event and patients without such an event would be needed. In both patient populations, with and without event, blood samples for PK have to take place at a pre-defined and reliable time point. In patients with an event, the blood samples for PK have to be taken closely related to the time of the acute event as concomitant conditions may impact the plasma concentration and these may change promptly in the setting of an ischemic or bleeding event.

However, there are several difficulties with the feasibility.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_15368528

First, identification of patients with an acute event may be challenging as these patients are admitted ad hoc to the emergency department/ hospital and would need to be identified in the acute setting or ideally at the time point of thrombus development/ start of bleeding which may differ from the time point of onset of symptoms.

Secondly, determination of the exact time of last rivaroxaban intake will likely not be reliable since patients may not remember the correct time they took the last rivaroxaban tablet, especially in an emergency situation. To reliably determine rivaroxaban plasma concentrations at trough levels, the timing of the blood draws for PK need to be followed strictly to obtain correct results. Any deviation from the time of the blood draw to last dose taken will result in incorrect and misleading plasma concentrations and consequently in wrong assumptions on TDM. In an emergency setting and with the timing of the last rivaroxaban dose being uncertain, timing of measurement after intake of last dose will be difficult to standardize and is prone to error for the above mentioned reasons.

Thirdly, clinical characteristics including demographic factors and concomitant conditions impact the plasma concentration as well as the occurrence of ischemic and bleeding events. The characterized relationship between exposure and response is therefore at group level. It will be difficult to account for the inter-and intra-patient variability when assessing the potential correlation between rivaroxaban plasma concentration and clinical outcomes.

<u>Large Phase III outcome study to show superiority of the TDM based approach versus the normal dosing approach</u>

To investigate a potential improvement of benefit risk ratio of a dose adaption with TDM, a large outcome study would be needed to demonstrate superiority of a TDM based approach versus the established dosing approach. To show a significant improvement in the benefit risk ratio of the TDM based approach superiority for both a reduction in ischemic as well as bleeding events would need to be demonstrated.

Given the low event rates with the current rivaroxaban dosing regimens (for example, stroke prevention in atrial fibrillation with on-treatment major bleeding of 3.6 per 100 patient years and stroke/SE rates of 1.7 per 100 patient years) a large number of subjects would need to be randomized for demonstrating superiority of a TDM based rivaroxaban dosing approach. More specifically, for a power of 80% (based on 1:1 randomization, 2-sided alpha of 5%, 12 months of subject accrual plus 12 months FU of last randomized subject and 10% of subjects lost to follow-up/stopped study drug after 12 month) one would need a total of about 30,000 /120,000 subjects to demonstrate superiority with an assumed relative risk reduction of 20%/10% (ie. HR=0.8/0.9) when looking at major bleeding (rate of 1.7%/yr). For the stroke/SE efficacy endpoint (rate of 3.6%/yr) one would need about 14,000 /160,000 subjects assuming a RRR of 20%/10% with TDM, [see Attachment 1]. The potential effect size of a TDM based dosing approach is however completely unknown.

The magnitude of effect of the rivaroxaban plasma concentration on clinical events would also strongly depend on clinical and demographic characteristics. This would require enrollment of specific patient populations, such as increased age. Considering that powering such a trial would require a large sample size, adequately reflecting the specific patient populations will make enrollment even more challenging.

As outlined above **such a study program would be required for each indication** and dosing regimen separately and would consist of two studies each. The results from the first dosefinding study need to be available for the design of the large outcome study to follow. If such a program would be

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_15368529

done in patients with specific characteristics, it would even take longer as enrolment challenges add to the overall long timelines.

<u>Summary and conclusion</u>

In summary, rivaroxaban has a highly predictable PK PD response and was investigated in an extensive clinical development program. A dose finding study was performed in each indication separately to carefully determine the optimal dose and dosing regimen for rivaroxaban, except for the SPAF indication for which it was agreed upfront to use the dose finding from VTE treatment. Based on the results of the phase II dose-finding studies, the approved dosing regimens were tested in large pivotal Phase III studies demonstrating noninferiority or even superiority as compared to standard of care. There is no evidence that the benefit risk profile of rivaroxaban could be further optimized by TDM as compared to without TDM.

A potential study program to investigate if a TDM based approach would reveal a superior benefit risk balance requires a study program to be set up for each approved indication separately. Such a study program would need to be designed in a step-wise approach with two consecutive studies performed for each indication. First the clinically relevant cut-off value of the plasma concentration in relation to efficacy and bleeding events would need to be determined in a Phase II study. If such a cut-off value of the plasma concentration could be defined, a large Phase III demonstrating superiority with regards to clinical outcomes has to demonstrate statistically significant better efficacy and safety of the TDM based approach as compared to the approved dose adaption. A large sample size is required to show superiority in the light of low event rates with the approved rivaroxaban dosing regimens. Consequently such a study program would take several years until finalization and availability of results and the overall feasibility remains questionable.

Finally, it should be considered that a TDM based approach inherits substantial risks for incorrect dose adaption, particularly in real life clinical practice. Plasma concentration of rivaroxaban varies over time and timing errors as well as inter-and intra-individual differences in patient characteristics will have major impact on the dose adaption. A TDM based approach for rivaroxaban may thus not be feasible in daily clinical practice and may even incur more risks than benefits for the patient due to potential erroneous dose adaptions. In conclusion the MAH is of the opinion that such a study program is not feasible and the outcome is questionable due to the considerations outlined above. 1.

Attachment 1

<u>Sample Size Scenarios for Superiority Testing</u>

In Rocket AF the following annualized on-treatment event rates were observed for the rivaroxaban treatment group

   major bleeding: 3.6 %/yr

   stroke/SE: 1.7 %/yr

Below figure shows the total number of subjects needed for 80% power with a log rank test and a hypothesized 10%/20% relative risk reduction (ie. HR=0.9/0.8) with test treatment (rivaroxaban TDM) vs control treatment (approved rivaroxaban dosing regimen) for annualized control rates ranging from 1.7%/yr to 9.0%/yr. based on the assumption of

   superiority is tested (2-sided) at alpha=5%

   1:1 randomization

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_15368530

12 months subject accrual (constant over time), 12 months follow-up of last randomized subjects

10% of subjects lost to follow-up/stopped study drug after 12 month, on-treatment analysis



Total N Needed for 80% Power - by Control Rate

Accrual Time=1 Total Time=2 Prop Ctrl=0.50 α=0.05 Power=0.80 Entry=Uniform ....

Assessor's comments It is agreed that with current knowledge it is not realistic to define a certain target range to titrate all treated patients towards. Nevertheless and as discussed in Request 1 the exposure to rivaroxaban is an important factor to take into account for clinical decisions in some situations. Thus, minimum requirements would be to provide information on what the predicted/estimated plasma concentrations were in the pivotal trials together with recommendations for how the concentrations can be estimated in clinical routine when this is considered needed in specific clinical situations. For the time being it appears reasonable to discuss if the recommendations provided in the SPC can be improved and to what extent appropriate tools for laboratory estimations of concentrations are widely available (Request 2).

It is agreed with the MAH that clinical studies of a generally applied TDM guided dosing compared with currently approved non-monitored standard doses focussing on efficacy/safety outcomes would be an extensive undertaking. The low incidence rates together with realistic expectations of the potential differences in efficacy/safety outcomes would require huge studies. It would probably be necessary to make such comparisons in each of the approved indications as the size of the therapeutic index can be assumed to vary between them.

An alternative simpler approach could be that in a first step to perform simulations/modelling on the relationships between exposure on one hand and bleedings and thromboembolism on the other as discussed in relation to Request 1. This could potentially result in more narrow target ranges than the currently pure descriptive ranges derived from standard dosing that now are provided in the SPC:s. In a second step it could be investigated in clinical studies if TDM guided dosing would result in fewer outliers where increased risks for loss of efficacy/bleedings could be assumed.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_15368531

If such an exercise would be successful a TDM guided dosing could be recommended as an alternative e.g. in patients that for clinical reasons are judged to be susceptible.

A discussion on the principles and feasibility for such a strategy is requested.

## 3. Overall conclusion after plenary discussion at the June CHMP meeting

The CHMP discussed this report together with asssessment reports of other NOACS in order to have a general approach to the issue of potential therapeutic monitoring with centrally approved NOACs (Xarelto, Lixiana, Pradaxa and Eliquis).

Overall the CHMP considered that there is a need to further discuss this issue in a public workshop, while continuing gathering information for each product, as relevant. Therefore a List of Questions has been adopted.

The outcome of the CHMP discussion is presented below :

The CHMP is planning several initiatives to shed further light on the utility of implementing limited or targeted PK or PD measurements in the clinical use of the new oral anticoagulants for more individualised dosing. One of the initiatives is a public expert workshop to take place in Q4 2015.

Questions raised to the MAH :

As a comprehensive basis for further discussion, already available analyses as well as additional analyses of the relationship between dose, exposure, pharmacodynamics markers and important efficacy and safety outcomes for each of the licensed indications should be provided including the following:

- Population pharmacokinetic analysis
- Prediction of exposure ($C_{trough}$, $C_{max}$ and AUC) at steady state following recommended doses, including exposure predictions in subgroups of particular interest (e.g. elderly, patients with renal impairment, concomitant medication influencing exposure…)
- Pharmacokinetic-pharmacodynamic analysis
  - o $C_{trough}$, $C_{max}$ and AUC should be included as exposure variables
  - o PT and factor Xa activity should be included as pharmacodynamic variables
  - o Important clinical outcomes such as thromboembolic events and major bleeding events should also be included in the analysis
  - o Covariates (e.g. age, renal function, concomitant medication) influencing the analysis should be identified and discussed
  - • The MAH is also requested to provide a summary of the calibrated quantitative anti-factor Xa assay in terms of variability of the bioanalytical assay, including intra-subject variability.

The MAH should provide time lines in writing by July 15th as to when these analyses can be made available.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_15368532

Following the expert workshop meeting and the assessment of the analyses, questions on further recommendations and possible SmPC revisions as well as further initiatives with regard to targeted PK or PD measurements must be expected.

It should be noted that the aforementioned expert workshop meeting will not await the completion of the requested analyses, but will be held in parallel to obtain experts' opinion on the available data and the clinical challenges in using NOACs without guidance from PK or PD measurements.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_15368533