UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| ***Boudreaux v. Bayer Corp., et al.*** | * | JUDGE ELDON E. FALLON |
| **Case No. 2:14-cv-02720** | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT 14 TO
# PLAINTIFFS' MEMORANDUM IN SUPPORT OF
# RULE 59 MOTION FOR A NEW TRIAL

**Xarelto® Rivaroxaban**
**Brief Description of Significant Activities Undertaken by Applicant during the**
**Regulatory Review Period**

| Date of FDA Contact | Brief Description of Contact/Activity |
| --- | --- |
| May 29, 2002 | Submission of initial IND application |
| June 5, 2002 | FDA acknowledged IND submission; **June 30, 2002 effective date of IND** |
| July 3, 2002 | Submission of Protocol Amendment protocol 10850 |
| July 29, 2002 | FDA comments re: Protocol 10850 |
| July 31, 2002 | Request Type B Meeting |
| August 5, 2002 | Submission of pharm/tox report PH-32076 |
| August 26, 2002 | FDA confirmed Type B meeting date |
| Sept. 4, 2002 | Submission of pharm/tox report PH-32333 |
| Sept. 6, 2002 | Submission of Briefing Document |
| Sept. 20, 2002 | Submission of Revised Questions in Briefing Document |
| Sept. 27, 2002 | Submission of response to FDA comments received July 29, 2002 |
| October 2, 2002 | Submission of pharm/tox report PH-32303 |
| October 10, 2002 | FDA Meeting |
| November 1, 2002 | Submission of 2 pharm/tox reports PH-32339 and PH-32348 |
| November 18, 2002 | Submission of pharm/tox report PH-32386 |
| November 19, 2002 | FDA comments/recommendations after pharmacology review |
| December 4, 2002 | FDA Official Minutes of October 10, 2002 Meeting |
| December 13, 2002 | Submitted Bayer Corporate Name Change |
| January 15, 2003 | FDA acknowledgement of Bayer Corporate Name Change |
| March 6, 2003 | Submission of Revised IB |
| April 17, 2003 | Submission of CMC Amendment |
| May 23, 2003 | Request Type C Meeting |
| May 29, 2003 | Submission of 2 pharm/tox reports PH-32627 and R-8312 |
| June 5, 2003 | FDA confirmed by phone Type C meeting date |
| June 11, 2003 | FDA confirmed by Fax Type C meeting date |
| June 24, 2003 | Submission of Briefing Document |
| July 18, 2003 | FDA sent responses to Meeting Request Questions |
| July 25, 2003 | FDA Meeting |
| July 29, 2003 | Submission of Annual Report |
| August 19, 2003 | FDA Official Minutes of July 25, 2003 Meeting |
| October 15, 2003 | Submission of Phase 3 protocol 10945 |
| November 10, 2003 | Submission of 6 pharm/tox reports PH-32735, PH-32791, PH-32792, PH-32793, PH-32794, and PH-32682. |
| November 24, 2003 | Submission of CMC Amendment |
| December 11, 2003 | Submission of 2 Clinical Reports: study 10848 and 10850 |

M1

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

| December 17, 2003 | Submission of 7 pharm/tox reports PH-32948, PH-32946, PH-32846, PH-32913, PH-32914, PH-33015, and PH-33056. |
|---|---|
| | |
| January 9, 2004 | Submission of Revised IB, version 7.1 |
| January 19, 2004 | Submission of Sub-study 10944/10945 |
| March 1, 2004 | Submission of Protocol Amendment study 10945 |
| March 10, 2004 | Submission of 5 pharm/tox reports PH-31969A, PH-31991A, PH-32966, PH-33092, and R-8340. |
| May 19, 2004 | Informed FDA by phone that highest dose in study 10944 was discontinued |
| May 26, 2004 | Informed FDA by letter that highest dose in study 10944 was discontinued |
| June 17, 2004 | Submission of 4 pharm/tox reports PH-33250, PH-33256, PH-33273, and PH-33320.<br>Submission of 8 new clinical reports: study 10842, study 10842 Amendment, study 10992, study 10847, study 10991, study 10993, study 11127, and PH-33230. |
| July 28, 2004 | Submission of Annual Report |
| July 30, 2004 | Submission of Revised IB, version 8 |
| August 16, 2004 | Submission of response to FDA question/comments received November 19, 2002 regarding pharm/tox review.<br>Submission of pharm/tox report PH-33256, |
| September 7, 2004 | Submission of Protocol Amendment #2 study 10945 |
| October 26, 2004 | Submission of clinical report PH-33444;<br>Submission of 5 pharm/tox reports PH-33368, PH-33380, PH-33395, PH-33414, and PH-33434. |
| December 2, 2004 | Submission of pharm/tox report PH-33496 |
| December 10, 2004 | Submission of safety data |
| | |
| January 20, 2005 | Submission of 4 pharm/tox reports PH-33561, PH-33582, PH-33609, and PH-33611;<br>Submission of 4 clinical reports MRR-00081, MRR-00081A, PH-33003, PH-33308 |
| February 15, 2005 | Submission of Revised IB, version 9 |
| March 17, 2005 | Submission of 4 clinical reports PH-33320, PH-33582, PH-33599, and MRR-00086 |
| March 18, 2005 | Submission of 8 pharm/tox reports: PH-33320, PH-33582, PH-33599, PH-33623, PH-33681, PH-33718, PH-33719, PH-33780 |
| March 23, 2005 | Submission Request for Special Protocol Assessment, 2-yr carcinogenicity studies |
| April 19, 2005 | Submission of 2 pharm/tox reports: PH-33051A, PH-33755;<br>Submission of 5 clinical reports: PH-33730, PH-32952, PH-33775, PH-33776, PH-33800. |
| April 22, 2005 | Request Type B End of Phase 2 Meeting |
| May 3, 2005 | Type B End of Phase 2 Meeting Date Confirmed |

M2

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_06628659

| May 4, 2005 | FDA recommendations received regarding Request for Special Protocol Assessment, 2-yr carcinogenicity studies |
| May 25, 2005 | Submission of clinical report MRR-00135 |
| June 2, 2005 | Submission of Briefing Document for Type B Meeting |
| June 30, 2005 | Request Type A Meeting; carcinogenicity SPA request |
| July 5, 2005 | Type B End of Phase 2 Meeting with FDA |
| July 14, 2005 | Submission of Annual Report |
| July 20, 2005 | FDA Official Minutes of Type B Meeting received |
| August 4, 2005 | Submission of 9 pharm/tox reports: PH-33092A, PH-33230A, PH-33880, PH-33897, PH-33902, PH-33906, PH-33916, PH-33917, and PH-33918. |
| August 15, 2005 | Request Type C Meeting |
| August 25, 2005 | Submission of clinical report MRR-00161 |
| August 29, 2005 | FDA Confirmed Type C Meeting Date |
| September 22, 2005 | Submission of clinical report PH-34050 |
| October 3, 2005 | Request Type B End of Phase 2 CMC Meeting |
| October 6, 2005 | Submission of pharm/tox report PH-34016 |
| October 19, 2005 | Submission of Briefing Document for Type C Meeting |
| October 25, 2005 | FDA confirmed Type B CMC meeting date |
| November 1, 2005 | Submission of Revised IB, version 10 |
| November 3, 2005 | Submission of Briefing Document for Type B CMC Meeting |
| November 10, 2005 | Submission 3 pharm/tox reports: PH-34045, PH-34088,and PH-34107 |
| November 15, 2005 | FDA Faxed partial responses to meeting questions |
| November 18, 2005 | FDA Type C Meeting |
| November 30, 2005 | FDA Official Minutes of Type C Meeting received |
| December 1, 2005 | FDA Faxed responses to CMC Meeting questions |
| December 2, 2005 | FDA Type B CMC Meeting cancelled; Submission 2 pharm/tox reports: PH-33395 and PH-34138 |
| December 8, 2005 | Submission 4 clinical reports: PH-33951, PH-34102, PH-34035, PH-33957 |
| December 14, 2005 | Submission of pharm/tox report: PH-34235; Submission of request for Special Protocol Assessment study 11354; Submission of request for Special Protocol Assessment study 11357. |
| December 22, 2005 | Submission request for Special Protocol Assessment 2 year carcinogenicity studies; Submission of request for Special Protocol Assessment study 11356; Submission of request for Special Protocol Assessment study 11355. |
| | |
| January 19, 2006 | Submission Operations Manual and DSMB Charter for Phase 3 studies; Submission of CMC information |
| January 27, 2006 | FDA Comments received re: SPAs for studies 11354 and 11357 |
| January 31, 2006 | Bayer Agreed to accept FDA requested changes for SPAs for studies 11354 and 11357 |
| February 3, 2006 | FDA Comments received re: SPAs for studies 11355 and 11356 |

M3

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

| February 6, 2006 | Submission 3 pharm/tox reports: PH-34189, PH-34198, and PH-34235 |
| February 10, 2006 | Confirmed date for FDA teleconference re: SPAs stat issues |
| February 15, 2006 | FDA teleconference |
| March 2, 2006 | FDA Faxed Official Minutes of Teleconference Feb. 15; FDA Faxed Official Minutes of Teleconference Feb. 23. |
| March 3, 2006 | Re-submitted SPA request for study 11354 |
| March 7, 2006 | Re-submitted SPA request for study 11357 |
| March 13, 2006 | Re-submitted SPA request for study 11356 |
| March 15, 2006 | Re-submitted SPA request for study 11355 |
| March 24, 2006 | Submission 3 clinical reports: PH-34168, PH-34169, and PH-34140 |
| April 7, 2006 | Submission 2 pharm/tox reports: PH-34378 and PH-34379 |
| April 20, 2006 | FDA Approved SPAs for studies 11354 and 11357 |
| April 25, 2006 | FDA Approved SPA for study 11355 |
| April 28, 2006 | FDA Approved SPA for study 11356 |
| May 15, 2006 | Submission of Protocol 12090 |
| May 22, 2006 | Submission of Revised IB, version 11 |
| June 1, 2006 | FDA teleconference re: carcinogenicity protocols |
| June 2, 2006 | FDA Faxed Official Minutes of teleconference re: carcinogenicity protocols |
| June 5, 2006 | Submission of clinical report MRR 00174 |
| June 9, 2006 | Re-submitted SPA request for carcinogenicity studies; Submission of Revised IB, version 11 amend. 1 |
| June 27, 2006 | Re-submitted SPA request for carcinogenicity studies |
| June 30, 2006 | FDA corrected Minutes of June 1, 2006 teleconference |
| July 26, 2006 | Submission of Annual Report |
| August 8, 2006 | FDA Fax regarding dosing in carcinogenicity studies received |
| August 10, 2006 | Bayer agreed to FDA carcinogenicity dosing recommendation |
| August 23, 2006 | Submission of ISS (Integrated Safety Summary) |
| August 29, 2006 | Submission of Revised IB, version 11 amendments 2 and 3 |
| October 13, 2006 | Submission of CMC Information Amendment |
| October 24, 2006 | Submission of Revised IB, version 12 amendment 1 |
| November 7, 2006 | Submission of 6 pharm/tox reports: PH-31969, PH-33092, PH-33230, PH-34897, PH-34610, and PH-34647 |
| December 5, 2006 | Discussed "rolling" NDA with FDA |
| December 15, 2006 | Submission of CMC Information Amendment |
| | |
| January 10, 2007 | Submission of a pharm/tox report: PH-34553 |
| January 23, 2007 | Request Type C Pre-clinical Meeting |
| February 7, 2007 | FDA Letter Confirming Type C Pre-clinical Meeting |
| February 13, 2007 | Submission of pharm/tox report: PH-34783 |
| February 19, 2007 | Submission of Briefing Document for Type C Pre-clinical Meeting |
| February 28, 2007 | Request Type A Stat.-Clinical Meeting |
| March 9, 2007 | FDA Letter Confirming Type A Stat.-Clinical Meeting |
| March 15, 2007 | FDA Type A Teleconference Meeting |

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_06628661

| March 20, 2007 | FDA Faxed Official Minutes of March 15 Type A Meeting |
|---|---|
| March 20, 2007 | FDA Type C Pre-clinical Meeting |
| March 22, 2007 | Submission of Revised Statistical Analysis Plan for RECORD 3 Study |
| March 22, 2007 | FDA Faxed Official Minutes of March 20 Type C Meeting |
| May 21, 2007 | Submission of CMC Information Amendment |
| May 29, 2007 | Submission of Xarelto® Trade Name |
| June 13, 2007 | Submission of REECORD 4 Protocol Amendment 1, ver. 2.1 |
| June 22, 2007 | Submission of RECORD 3 Abstract Prior to Public Release |
| June 27, 2007 | Submission of 16 pharm/tox reports |
| June 29, 2007 | Teleconference to Discuss Results of RECORD 1 and 3 Trials |
| July 19, 2007 | Discuss 4 Separate Meetings with FDA Regarding NDA Filing |
| July 24, 2007 | Request Type C Pre-NDA Meeting |
| July 27, 2007 | FDA Confirmed Meeting Date for Type C Pre-NDA Meeting |
| August 21, 2007 | Submit Carton Mock-up and Draft Brief Label |
| August 23, 2007 | Brief Discussion of eCTD format for NDA |
| August 28, 2007 | Submit Briefing Document for Type C Pre-NDA FDA Meeting; Submit Annual Report |
| September 10, 2007 | Request  Type B Pre-NDA CMC Meeting |
| September 14, 2007 | Request Type B pre-NDA Meeting to Discuss eCTD |
| September 24, 2007 | FDA Responses Received for Sept. 27 Pre-NDA Meeting |
| September 27, 2007 | FDA Pre-NDA Meeting Long Term Safety Data and NDA Date |
| September 28, 2007 | Confirmation of FDA Pre-NDA CMC Meeting Date |
| October 2, 2007 | FDA Confirmed Date for Pre-NDA eCTD Meeting |
| October 3, 2007 | Discussed Postponing 2 FDA Confirmed Meetings |
| October 11, 2007 | Cancelled Pre-NDA Meeting Scheduled for Nov.15 |
| October 12, 2007 | Submit Briefing Document for Type B CMC Pre-NDA Meeting |
| October 17, 2007 | FDA Tentatively Scheduled Pre-NDA eCTD "demo" Meeting |
| October 19, 2007 | Official FDA Minutes of September 27 FDA Meeting Received |
| October 22, 2007 | FDA Confirmed re-scheduled Pre-NDA eCTD "demo" Meeting |
| November 8, 2007 | FDA Responses Received for Nov. 16 Pre-NDA Meeting |
| November 9, 2007 | Submit Briefing Document for Type B Pre-NDA eCTD Meeting |
| November 15, 2007 | Cancel CMC Pre-NDA Meeting; All Issues Resolved |
| December 7, 2007 | Submission of CMC Information Amendment |
| December 7, 2007 | FDA Sent Preliminary Responses re: Pre-NDA eCTD Meeting |
| December 10, 2007 | Submit Clarifying Questions Prior to FDA Pre-NDA eCTD Meeting |
| December 12, 2007 | Submit Clarifying Questions Prior to FDA Pre-NDA eCTD Meeting |
| December 13, 2007 | Pre-NDA eCTD Meeting |
| December 20, 2007 | Notify FDA of Bayer's New Corporate Name and NJ Address |
|  |  |
| January 11, 2008 | FDA Official Minutes of Dec. 13 Pre-NDA eCTD Meeting |
| January 15, 2008 | Discuss NDA Filing Date and NDA Number Request |
| January 23, 2008 | Submit Reviewer's Guide for NDA Structure Prior to FDA Meeting |
| January 28, 2008 | Submission of CMC Information Amendment |
| January 29, 2008 | Meeting to Present eCTD NDA Format/Content Linking Structure |

M5

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| February 5, 2008 | Submission of CMC Information Amendment |
| February 7, 2008 | FDA Official Minutes of Jan. 29 eCTD NDA Format Meeting |
| February 14, 2008 | Submit "Stat." Response F/U to Dec. 13 and Jan. 29 Meetings |
| February 15, 2008 | Submit Interim Results of Mouse Carcinogenicity Study |
| March 5, 2008 | FDA Response to Interim Mouse Carcinogenicity Results |
| March 17, 2008 | Submission of CMC Information Amendment |
| March 20, 2008 | FDA Response to CMC Proposal; FDA Requested a "Stat." Teleconference |
| March 24, 2008 | Submission of CMC Information Amendment; FDA Acknowledged Receipt of Corporate Name Change |
| March 25, 2008 | FDA "Stat." Teleconference |
| April 4, 2008 | FDA Official Minutes of March 25 "Stat" Teleconfernece |
| April 15, 2008 | Submit Response to "Stat." Teleconference |
| May 6, 2008 | Submit IB Version 13 and Amend. 1 and 2 |
| May 29, 2008 | Submit Copy of RECORD 4 Press Release |
| July 16, 2008 | Letter of Authorization: FDA to Refer to Bayer IND for J&J NDA |
| July 24, 2008 | Submit 7 Clinical Study Reports |
| July 25, 2008 | Submit 12 Clinical Study Reports |
| July 28, 2008 | Submit 5 Clinical Study Reports |
| July 28, 2008 | NDA Submitted |
| July 29, 2008 | FDA Cover Letter receipt Acknowledgement of New NDA |
| August 4, 2008 | Amendment to RECORD 4 Study Report |
| August 5, 2008 | Letter from FDA: NDA Receipt Acknowledgement |
| August 6, 2008 | Inform FDA of Intent to Transfer IND to J&J |
| August 7, 2008 | Request for European Label for Rivaroxaban |
| August 7, 2008 | NDA Introduction Meeting correspondence |
| August 11, 2008 | European Final Summary Product Characteristics (SPC) & Amendment to the RECORD 4 MRR  (AA41857) Study Report |
| August 13, 2008 | Submit 29 Pre-Clinical Study Reports; Inform FDA that IND Transfer to J&J Effective Aug. 15. |
| September 3, 2008 | SAE (Serious Adverse Event) Reporting Unblinding of Subjects |
| September 4, 2008 | Request CP Electronic Datasets |
| September 4, 2008 | NDA Introduction Meeting correspondence |
| September 18, 2008 | NDA Introduction Meeting |
| October 3, 2008 | MAGELLAN Study - FDA Request for Additional Information |
| October 6, 2008 | CMC Request Page 3 of FDA Filing Letter |
| October 15, 2008 | Submission of Clinical Pharmacology Sets Study Data |
| October 15, 2008 | Call with FDA re: CMC and Labeling Comments in Filing Letter and Proposal for Two Meetings |
| October 22, 2008 | FDA CMC Request for Information |
| October 31, 2008 | Follow-up Call on CMC, NDA questions, Trade Name and Liver Meeting |
| November 4, 2008 | Submission of Information on Multiple Bleeding Event Analysis |
| November 6, 2008 | Provide ECG Datasets |
| November 6, 2008 | Submission of Safety Data, including information on CMC, ISS, |

M6

|  | Unblinded SAEs |
| --- | --- |
| November 14, 2008 | Submission of RECORD 4 Data with Dr. D. Craig Loucks |
| November 21, 2008 | Submission in Response to Office of Compliance Request re: RECORD 4 Study ICFs |
| November 25, 2008 | Submission of 4 Month Safety Update: Ongoing Clinical Studies |
| November 25, 2008 | Submission of Chemistry and Manufacturing Information |
| November 25, 2008 | Submission of Case Report Forms from Clinical Studies |
| December 1, 2008 | Letter from FDA: November 17, 2008 Official Meeting Minutes |
| December 4, 2008 | FDA sent Mid-Cycle Completed Review |
| December 4, 2008 | Sponsor Monitor Inspections |
| December 5, 2008 | Letter from FDA: Response Requested re: Statistical CMC Clinical Pharmacology Sections |
| December 8, 2008 | Dr. Susan Thompson (FDA DSI) NDA Routine Sponsor Monitor Inspection |
| December 12, 2008 | Letter from FDA: NDA Clinical Section Review: RFI |
| December 12, 2008 | Follow-up on Mid-Cycle Questions, CMC Telecon Minutes, SSP, and Clinical Questions |
| December 16, 2008 | Statistical Datasets; Response to Information Request Letter |
| December 16, 2008 | December 12, 2008 IR Letter Clarification |
| December 16, 2008 | IR Letter Clarification/Dataset Size Clarification |
| December 18, 2008 | Information request: CRFs |
| December 19, 2008 | Response to Information Request Letter: CMC, Stats, ClinPharm |
| December 24, 2008 | Unblinded SAEs |
| December 30, 2008 | Fax from FDA: Inspections in Shanghai, China |
|  |  |
| January 7, 2009 | Response to Information Request Letter: Response to Statistics Question 2b |
| January 7, 2009 | Fax from FDA: FDA Advisory Committee Meeting |
| January 9, 2009 | eCRF Navigation Question |
| January 9, 2009 | Response to the December 12, 2008 Clinical IR Letter |
| January 10, 2009 | Safety Report SN 711 |
| January 14, 2009 | Responses to Information Request Letter (December 12, 2008) |
| January 16, 2009 | Follow-up Call with FDA on IR Responses and 6 Month Safety Update Timeline |
| January 23, 2009 | Letter from FDA: January 9, 2009 Official Meeting Minutes |
| January 23, 2009 | Information Request dated January 21, 2009 |
| January 23, 2009 | Information Request dated January 12, 2009 |
| January 23, 2009 | February 2, 2009 Telecon and Information Request Clarifications |
| January 27, 2009 | Response to Question 1c of Information Request Letter (December 12, 2008) |
| January 27, 2009 | Telecon with Division Director Regarding FDA Advisory Committee Meeting March 19, 2009 |
| January 28, 2009 | Letter from FDA: January 16, 2009 Official Meeting (Teleconference) Minutes |
| January 28, 2009 | Letter from FDA: January 23, 2009 Official Meeting |

M7

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_06628664

| | (Teleconference) Minutes |
|---|---|
| January 29, 2009 | Responses to Information Request Letter (December 12, 2008) |
| January 30, 2009 | Response to Question 3 of Information Request Letter (January 12, 2009) |
| January 30, 2009 | Follow-up on February 2, 2009 Telecon Attendees |
| February 2, 2009 | Response to Questions 7, 8, and 9 of Information Request (January 21, 2009) |
| February 2, 2009 | 6 Month Safety Update |
| February 2, 2009 | FDA Telecon: February 2, 2009 Meeting Participants |
| February 5, 2009 | Letter from FDA: Discipline Review Letter |
| February 11, 2009 | FDA Correspondence - Letter from FDA: Clinical and Statistical Comments |
| February 12, 2009 | FDA Advisory Committee Meeting March 19, 2009 Briefing Document |
| February 13, 2009 | Email from FDA: Information Request |
| February 13, 2009 | Letter from FDA: February 2, 2009 Official Meeting (Teleconference) Minutes |
| February 19, 2009 | Letter from FDA: Information Request Letter |
| February 20, 2009 | Responses to Information Request Letter (February 10, 2009) |
| February 23, 2009 | Email/Attachment to FDA: Information Request February 13, 2009 |
| February 24, 2009 | Responses to Information Request (January 28, 2009) |
| February 25, 2009 | Additional Response to Information Request (December 12, 2008) |
| February 25, 2009 | Response to Question 1 of Discipline Review Letter (February 5, 2009) |
| March 2, 2009 | Response to Information Request (February 11, 2009) |
| March 3, 2009 | Responses to Information Request (February 13, 2009) |
| March 3, 2009 | Sponsor Monitor Inspection - Raritan |
| March 4, 2009 | Response to Information Request Letter (February 19, 2009) and Question 2 of Discipline Review Letter (February 5, 2009) |
| | |
| March 6, 2009 | Letter from FDA: February 9, 2009 Official Meeting Minutes |
| March 6, 2009 | Responses to Information Request (February 20, 2009) |
| March 11, 2009 | Responses to Information Request (March 10, 2009) |
| March 11, 2009 | Additional Information in Response to Q2 of Information Request Letter (February 19, 2009) |
| March 12, 2009 | Clarification of Response to Information Request (February 13, 2009) |
| March 16, 2009 | Response to March 4, 2009 Information Request |
| March 18, 2009 | Letter from FDA: March 6, 2009 Official Meeting Minutes |
| March 18, 2009 | Letter from FDA: March 13, 2009 Official Meeting Minutes |
| March 19, 2009 | FDA Advisory Committee Meeting |
| March 25, 2009 | Clarification of Response to Information Request (February 13, 2009 and March 4, 2009) |
| March 26, 2009 | Follow-up Call re: Request from Biopharmaceutics Reviewer for Individual Dissolution Results |

M8

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

| March 26, 2009 | Email to FDA: Biopharmaceutics Request for Rivaroxaban Dissolution Information |
|---|---|
| March 26, 2009 | Response to Information Request (March 6, 2009) |
| April 1, 2009 | Biostatistics Meeting April 24, 2009 - Pre-Meeting Questions |
| April 1, 2009 | Letter from FDA: March 9, 2009 Official Meeting Minutes |
| April 1, 2009 | Letter from FDA: April 1, 2009 Official Meeting Minutes |
| April 7, 2009 | Responses to Information Request (March 11, 2009) |
|  |  |
| April 9, 2009 | Email/Attachments to FDA: Response to April 1, 2009 Information Request-Background Information for Record 4 Sites 14010, 14004, and 14045 |
| April 17, 2009 | Responses to Information Request (April 6, 2009) |
| April 24, 2009 | Responses to CMC Information Request (April 17, 2009) |
| April 24, 2009 | Letter from FDA: April 24, 2009 Official Meeting Minutes |
| April 28, 2009 | Email to FDA: CMC Inspection |
| April 29, 2009 | Follow-up Call re: CMC Inspection Scheduling (Wuppertal) |
| April 30, 2009 | Letter from FDA: 21 Apr 2009 Official Meeting Minutes |
| May 1, 2009 | Letter from FDA: CMC Section DMF Files 21580, 21581, and 21592 Inadequate to Support the NDA |
| May 5, 2009 | Module 1 Financial Disclosure |
| May 11, 2009 | Update on PDUFA Date |
| May 11, 2009 | CMC Amendment for Trade Blister Packs |
| May 19, 2009 | Additional Clarification to Response to Information Request 1 (20 Feb 2009) |
| May 20, 2009 | Updated Investigator's Brochure |
| May 20, 2009 | DMF Responses: DMF 21592, DMF 21580, DMF 21581 |
| May 21, 2009 | CMC Amendment for Trade Blister Packs |
|  |  |
| May 27, 2009 | Letter from FDA: Complete Response to NDA (Review with Comments and Recommendations) |
| May 28, 2009 | FDA Complete Response Letter (27 May 2009) Proposed Clarifications Meeting |
|  |  |
| May 29, 2009 | Email/Attachment to FDA: Type A Meeting Request |
| May 29, 2009 | Request for Type A Telecon/Meeting |
| June 4, 2009 | Complete Response Letter – Meeting Request for Clarification of Terms |
| June 5, 2009 | Follow-up Call re: Quality Items in Complete Response Letter |
| June 8, 2009 | Complete Response Letter – Clarification Questions |
| June 10, 2009 | Proposal for Addressing Complete Response Letter |
| June 11, 2009 | Additional Clarification on Q2a Complete Response Proposal |
| June 16, 2009 | Complete Response Letter Clarification |
| June 18, 2009 | Complete Response Letter correspondence |
| June 18, 2009 | Follow-up Call re: Clarification Responses from FDA to Telecon 19 Jun 3:00 to 4:30 PM EST |

M9

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_06628666

| June 19, 2009 | FDA Meeting Minutes Complete Response Clarifications Teleconference |
|---|---|
| June 22, 2009 | NDA Complete Response Letter – Question 2(a) and IND 75,931 ACS SAP |
| July 2, 2009 | Responses to Agency Recommendations and Revised Proposal for Q2a of the Complete Response Letter |
| July 8, 2009 | Supplemental Audit Plan for Q1(c) of the Complete Response Letter |
| July 14, 2009 | Letter from FDA: 19 Jun 2009 Official Meeting Minutes |
| July 14, 2009 | FDA Recommendation for a New Liver Adjudication Panel (NDA 22.406 Complete Response Clarification Meeting Minutes) |
| July 29, 2009 | Email from FDA: Draft Comments on Proposed Supplemental Audit Plan |
| July 31, 2009 | FDA teleconference minutes-clarification on FDA CR Letter |
| August 14, 2009 | Letter from FDA: General Advice Feedback on Supplemental Audit Plan |
| August 28, 2009 | Email with Attachment from FDA: Feedback from the ONDQA Project Manager on Questions about the CRL from CMC RA |
| August 28, 2009 | Email from FDA: Response to FDA CRL Labeling |
| | |
| October 6, 2009 | Updated Patent Information |
| October 13, 2009 | Letter with Attachment from FDA: Memorandum of Teleconference Minutes of 31 Jul 2009 |
| October 13, 2009 | FDA Comments on the Proposed Liver Adjudication Panel Procedural Charter (NDA 22.406 Complete Response Clarification Meeting Minutes) |
| October 16, 2009 | Cross Study Data Monitoring Board (CS DSMB) Charter(delete) |
| October 19, 2009 | FDA Type C ROCKET Monitoring Meeting Minutes(delete) |
| October 21, 2009 | J&J ROCKET-AF Monitoring Meeting Response to Question 5 (part of question 6) (delete) |
| October 21, 2009 | Patent Update |
| November 2, 2009 | Email from FDA: eCTD File Question and Response |
| November 6, 2009 | FDA Rivaroxaban Type B Pre-NDA Meeting Minutes(delete) |
| November 13, 2009 | FDA Teleconference minutes on un-blinding of liver data LAP |
| December 10, 2009 | Letter from FDA: 13 Nov 2009 Official Meeting Minutes |
| | |
| January 18, 2010 | Type A Meeting Request |
| January 22, 2010 | Letter from FDA: Meeting Granted 05 Mar 2010 |
| February 4, 2010 | FDA Type C Meeting – 05 Mar 2010 – To be Rescheduled |
| March 5, 2010 | Type C Meeting Background Information 07 Apr 2010 |

M10

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

| March 8, 2010 | Email to FDA: Meeting Background Package; FYI – 7 Apr Meeting |
| March 8, 2010 | Email from FDA: Meeting Background Package; To Opt Out of Meeting |
| April 7, 2010 | FDA Response to Rivaroxaban Cross Referencing Proposal in the NDA e-mail |
| April 7, 2010 | FDA Meeting re: Falcon and Bayer Audits |
| April 19, 2010 | J&J Submission of Falcon/Bayer Audits to FDA (DSI) Follow-up to 7 Apr 2010 Meeting: |
| April 27, 2010 | FDA Letter re: Warning Letter Issued by FDA to Craig Buettner regarding Conduct of a Study |
| April 29, 2010 | Complete Response Timeframe Extension Request |
| April 30, 2010 | FDA Letter re: 'Notice of Initiation of Disqualification Proceedings and Opportunity to Explain" letter issued to Dr. David Craig Loucks |
| May 7, 2010 | Official Meeting Minutes of 07 April 2010 |
| May 10, 2010 | FDA Letter Granting Extension until 27 May 2011 the Resubmission of a Complete Response to FDA Action Letter dated 27 May 2009 |
| June 10, 2010 | Complete Response – Record 4 Study Data Verification SAP (Study 11355) |
| August 2, 2010 | Information Request – Written Response due on or before 30 August 2010 |
| August 6, 2010 | Email to FDA regarding DSI Feedback on the Falcon and Bayer audits – Clarification Requested |
| August 10, 2010 | Email to FDA regarding Clarification for FDA DSI Requests for Additional Datasets |
| August 11, 2010 | Email from FDA regarding Clarification for FDA DSI Requests for Additional Datasets; Responses Noted |
| August 23, 2010 | Telecon Minutes –CR DSI Information Request of 02- Aug-2010 |
| September 2, 2010 | Type C Meeting Request to obtain guidance and concurrence from the Agency regarding the rivaroxaban exposures in special populations of interest and potential dose reduction |
| September 7, 2010 | CR DSI IR Response Bayer and Falcon Audits for the RECORD Studies and Reference to the DSI Information Request Received 02 Aug 2010 |
| September 13, 2010 | CR Renal DDI Study Meeting Request (telecom) – FDA Meeting Granted Letter Attached – Type C Meeting Teleconference Scheduled for 14-Oct-10 |

M11

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_06628668

| September 24, 2010 | J&J Response to DSI IR Q2 and Q3 of August 2, 2010 (cover letter) |
|---|---|
| October 14, 2010 | Summary of FDA teleconference on Renal DDI Study Meeting from 14-Oct-10 |
| October 15, 2010 | Question on Resubmission of documents – Information may be linked no need to submit twice |
| October 15, 2010 | Type C Meeting Minutes from 14-Oct-2010 Meeting |
| October 20, 2010 | FDA Draft Label in Word Format Agreement |
| November 9, 2010 | Foreign Labeling Question – Proposal is Acceptable to FDA |
| November 22, 2010 | FDA Additional Analyses Request |
| | |
| | |
| | |
| | |
| December 30 2010 | Sponsor Complete Response filed 30-Dec-2010 |
| January 4, 2011 | Notification of Amendment to DMF 21592 which includes updated site specific stability data and stability evaluation, as well as updated container closure description information |
| January 13, 2011 | Liver Related Safety Information |
| January 13, 2011 | Acknowledgement for Receipt of Complete Response CMC in pdf form |
| January 13, 2011 | Screen Shot of Module 1 to Assist in location of Complete Response Document |
| January 13, 2011 | Liver-related safety information from studies ROCKET AF 11630, J-ROCKET 12620, EINSTEIN 11702, EINSTEIN Extension 11899, EINSTEIN PE 11702 |
| January 13, 2011 | Call re: email request from ONDQA project manager for location of Bayer stability commitment as request in 27-May-2009 agency complete response letter |
| January 14, 2011 | FDA in receipt of 30-Dec-2010 resubmission – complete Class 2 Response to 27-May-2009 action letter |
| January 27, 2011 | Information request from the FDA Hematology division for clinical narratives in a SAS dataset |
| February 3, 2011 | General Correspondence Response to IR 27-Jan-2011 |
| February 4, 2011 | Teleconference Scheduled to Discuss the Patient Narratives Provided in the Complete Response is cancelled |
| February 5, 2011 | Clinical Pharmacology Section in Submission – Information Request |
| February 7, 2011 | Clarification of a Typographical Error – for Rivaroxaban, not Section 505(b) for Heparin Sodium Injection |
| February 18, 2011 | Response to Information Request IR dated 07-Feb-2011 |
| February 25, 2011 | Request for Proprietary Name Review: Primary Name: XARELTO |

M12

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_06628669

| | |
|---|---|
| | (rivaroxaban) Alternate Name: Not Submitted |
| February 28, 2011 | Copy of Cover Letter and Request for Proprietary Name Review Provided to the Division of Medication Error Prevention and Analysis |
| March 25, 2011 | Response to Information Request of 16-Mar-2011 |
| April 13, 2011 | Request from ONDQA Project Manager for Updated 356h Establishment Information for NDA 22-406; Follow-up re: Timing for Dissolution Response |
| April 18, 2011 | Establishment Update |
| April 21, 2011 | Agency Information Request Relating to DMF 21580 CMC Section |
| April 25, 2011 | Response to IR 14-Apr-2011 |
| April 25, 2011 | Updated Response to IR 14-Apr-2011 |
| April 28, 2011 | Response to CMC Information Request of 08-Apr-2011 |
| May 3, 2011 | Request for Bayer Pooled Adverse Events Analysis Dataset for EINSTEIN DVT – 11702, Extension – 11899, and EINSTEIN PE – 11702 with Cutoff Date of 31-Dec-2010 |
| May 3, 2011 | CMC Dissolution Specification for Rivaroxaban 15mg and 20mg Tablets |
| May 4, 2011 | Drug Product Specification Update and DMF 21529 Update Notification |
| May 6, 2011 | Response to Information Request of 27-Apr-2011 – Bayer Pooled Adverse Events Analysis Dataset for EINSTEIN DVT (11702) Extension (11899) and EINSTEIN PE (11702) |
| May 10, 2011 | Updated 10mg Packaging Components |
| May 11, 2011 | Copy of DMF 21592 Information Into Module 3 of NDA |
| May 11, 2011 | Courtesy Copy of DMF 21592 Information Into Module 3 of NDA Submission – Cover Letter and CMC Information |
| May 12, 2011 | Agency Notification That the Proposed Proprietary Name, XARELTO, is Conditionally Acceptable |
| May 17, 2011 | Information Request Regarding the Label |
| May 19, 2011 | Information Request Regarding Tables for SAEs, AEs, Bleeding Events, and Drug-Related AEs Based on an Integrated Safety Analysis for RECORD 1-3, Excluding RECORD 4 |
| May 25, 2011 | Response to Information Request of 17-May-2011 and 19-May-2011 |
| June 8, 2011 | Response to Information Request of 02-Jun-2011 |
| June 8, 2011 | FDA Sending Draft USPI Within a Few Days |
| June 13, 2011 | Redlined Version of Label Provided for Review |
| June 13, 2011 | FDA Label Review – Comments Regarding the Container Carton and Blister Pack Labels |
| June 14, 2011 | Proposed Post Marketing Trial Request |
| June 16, 2011 | Comments Regarding FDA Label Review Request and Change of Sponsor Name |
| June 16, 2011 | Label Review with Comments |
| June 17, 2011 | Response to Information Request – Hypersensitivity Cases |

M13

| June 17, 2011 | Final Version of the GPC Consulting Report and the RECORD 1-4 Justification Request |
| June 17, 2011 | PMR – PMC Comments |
| June 20, 2011 | Company Name Change and Updated Label Components Based on FDA Comments |
| June 21, 2011 | FDA Minutes of Teleconference to Discuss Bleeding in Table 1 of the Label |
| June 21, 2011 | Agreement to Teleconferences with FDA-Telecon with Clinical Pharmacology on 23-Jun-2011 and Telecon with Representatives of the Division of Scientific Investigations DRI and Clinical on 27-Jun-2011 |
| June 22, 2011 | Clarification on the Post Marketing Requirement |
| June 22, 2011 | Final Proposed Post-marketing Request |
| June 23, 2011 | Agency Comments to Sponsor Response to FDA Regarding Draft Label |
| June 24, 2011 | Meeting Minutes from the 23-Jun-2011 Teleconference Regarding the Clinical Pharmacology Section of the Label |
| June 24, 2011 | Background Material for the 27-Jun-2011 Meeting Regarding the RECORD 4 Study |
| June 24, 2011 | PMR Clarification Request Extension for Submission of Timeline |
| June 28, 2011 | Sponsor Response to FDA Label Comments |
| June 28, 2011 | Agency Acknowledgement of Corporate Name Change from Ortho-McNeil-Janssen Pharmaceuticals, Inc. to Janssen Pharmaceuticals, Inc. for XARELTO |
| | |
| June 29, 2011 | Two Issues from Review of Updates to the Carton and Label Containers |
| June 29, 2011 | Updated PMC for Review With Request to Confirm Agreement and to Let Agency Know If Timelines Remain the Same |
| June 29, 2011 | Updated Label with Updates and Comments Under Table 2 Footnote and in Section 12.3 |
| June 29, 2011 | Updated Labels for the Bottle, Carton, and HUD Blister |
| June 29, 2011 | Notification that USPI for 30-Jun-2011 Meeting Will Be Sent |
| June 29, 2011 | Final PI Provided |
| June 30, 2011 | PMRs and PMC Provided for Review |
| July 1, 2011 | Approval Letter for NDA 22-406 |

#4,425,062

M14

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_06628671