UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Boudreaux v. Bayer Corp., et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:14-cv-02720 | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT 20 TO
# PLAINTIFFS' MEMORANDUM IN SUPPORT OF
# RULE 59 MOTION FOR A NEW TRIAL

THE LANIER LAW FIRM, PLLC
Tower 56 – 126 East 56th Street, 6th Floor
New York, New York 10022
(212) 421-2800

**SEEGER WEISS LLP**
550 Broad Street, Suite 920
Newark, NJ 07102
(973) 639-9100
**Attorneys for Plaintiffs**

**FILED**
JAN 1 8 2007
Carol E. Higbee, P.J.Cv.


Jan 18 2007
3:37PM

| | |
|---|---|
| KATHLEEN HERMANS MESSERSCHMIDT as Administrator of the Estate of BRIAN HERMANS | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: ATLANTIC COUNTY |
| VS. | DOCKET No.: ATL-L-5520-05MT |
| | VIOXX LITIGATION |
| MERCK & CO., INC. | Case Code Number: 619 |
| FREDERICK HUMESTON, *et al*, Plaintiffs, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: ATLANTIC COUNTY |
| VS. | DOCKET No.: ATL-L-2272-03 |
| MERCK & CO., INC. | VIOXX LITIGATION |
| Defendant. | Case Code Number: 619 |

This matter having been opened to the Court on application by The Lanier Law Firm and Seeger Weiss, counsel for plaintiffs, for an Order to exclude evidence or discussion that Merck employees or family members of Merck employees took VIOXX and the Court having considered the submissions of the parties and for good cause shown,

IT IS on this __18__ day of ____Jan____, 2007,

ORDERED that the motion to exclude evidence or discussion that Merck employees or family members of Merck employees took VIOXX. is hereby granted for the reasons set forth on the record.

ORDERED that plaintiff shall serve a copy of this Order within 7 days of the date hereof.

Hon. Carol E. Higbee P.J.C.