UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Boudreaux v. Bayer Corp., et al.* Case No. 2:14-cv-02720 | * * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER RE: PLAINTIFFS' RULE 59 MOTION FOR A NEW TRIAL

Before the Court is Plaintiffs' Rule 59 Motion for a New Trial. Having reviewed the parties' briefs and the applicable law, **IT IS ORDERED** that Plaintiffs' motion is **GRANTED.** A new trial will be granted. The parties shall meet and confer, and submit a proposed date for that trial to commence.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**