IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 <br><br> Judge Eldon E. Fallon |

# Expert Report of Henry Michael Rinder, M.D.

By: _____[signature]_____          Date: 11/30/2016
Henry Michael Rinder, M.D.

**EXPERT REPORT OF HENRY RINDER, M.D.**

*Dora Mingo, et al. v. Janssen Research & Development, LLC, et al.*

**November 30, 2016**

I have been asked to opine as to whether Xarelto was a substantial contributing factor to Dora Mingo's gastrointestinal (GI) hemorrhage. In formulating the opinions articulated in this report, which I hold to a reasonable degree of medical certainty, I reviewed the list of materials attached to this report (Appendix A), including Ms. Mingo's relevant medical records. In forming my opinions, I have employed the same scientific method that I apply in the clinical setting when evaluating patients who present with or are at risk for hematologic disorders, including bleeding or thrombosis. My approach to diagnosis, evaluation of risk:benefit, and my recommendations for treatment remain the same whether I am retained as an expert in a litigation setting or treating a patient in the clinical setting. I also rely on my knowledge and experience gained over the past 30 years as a physician.

I have reviewed all of the relevant medical records and depositions regarding Ms. Mingo. The following is my summary of her medical history and my opinions regarding both her care and the events of her individual history. I incorporate by reference my general report in its entirety.

For my background and qualifications, as well as my *curriculum vitae*, prior testimony, and fee schedule, please refer to my general report in this matter.

I reserve the right to supplement this report as information becomes available.

**Summary of Opinions**

1. In forming my opinions, I considered all potential risk factors for GI bleeding. Based on my review of the relevant materials and information, and after ruling in and ruling out potential risk factors, I conclude to a reasonable degree of medical certainty that, although Ms. Mingo's gastric ulcer was the likely anatomic etiology of her GI bleeding, her use of Xarelto was the most probable cause of her clinically significant GI hemorrhage. Further, to the extent any other factors also may have contributed, it is my opinion to a reasonable degree of medical certainty that Xarelto was the most substantial and significant contributing factor to her GI hemorrhage, and her need for hospitalization including her multiple transfusions.

2. At the time of her GI hemorrhage, Ms. Mingo underwent a GI workup which identified a gastric fundus ulcer as the likely anatomical source of bleeding. However, acute and major hemorrhage from such ulcers is not typical and a major hemorrhage is commonly precipitated by another cause, such as over-anticoagulation.

1

3. I have reasonably ruled out Ms. Mingo's use of other medications as a potential cause of her hemorrhage.
    a. While the use of Aspirin could potentially be associated with a risk of bleeding, this patient had no bleeding episodes while she was on Aspirin prior to institution of Xarelto, and she continued on Aspirin after Xarelto was discontinued with no incident of bleeding. Therefore, Aspirin can be ruled out as a potential cause of the major hemorrhage. Further, the only relevant medication that was different at the time of the hemorrhage was Xarelto.
    b. Once the ulcer was cauterized and Xarelto was discontinued, her GI bleeding ceased without any other treatment. In addition, after her discharge from the hospital, other medications including Aspirin were continued, and she has not suffered any subsequent GI bleeding event, further confirming that Xarelto was a substantial factor in causing her GI hemorrhage.

4. As evidenced in part by the prolonged prothrombin time (PT) on January 24, 2015 taken approximately 10 hours after her second dose of Xarelto and the prolonged PT on admission for her GI hemorrhage (three hours after her last Xarelto dose), it is my opinion that Ms. Mingo had an unnecessary high risk of Xarelto-dependent major bleeding. Had her physicians known to test for Xarelto anticoagulant activity (the latter measured with the PT (Neoplastin)) at the onset of Xarelto treatment, her excessive exposure and unnecessary high risk of major bleeding would have been identified, and she could have been [a] titrated to a lower dose, or [b] had Xarelto discontinued and been switched to an anticoagulant with a lesser risk of bleeding, such as Eliquis or Pradaxa (Lip, JACC 2012 and Thromb Haemostas 2016; Graham JAMA 2016).

**Case Summary**

Ms. Mingo was born on ▮▮▮▮▮▮▮▮▮▮; she is a retired school teacher and mother of four.

Her medical history includes: anxiety/depression, hyperlipidemia, osteoarthritis, diabetes, and hypertension. She was diagnosed with chronic kidney disease in June 2014.[1] She was chronically taking Lortab, Metformin, Xanax, vitamin D, Lovastatin, Potassium, Lasix, and Aspirin 81mg, which she had been taking since at least 2010. There was no history of bleeding.

On January 6, 2015, Ms. Mingo was hospitalized for elective right total hip surgery. Her post-operative Hemoglobin (Hgb) on January 9th was 8.7. She was discharged on January 9th on Aspirin 81mg and Lovenox, the latter as prophylaxis for venous thromboembolism (VTE). She

---

[1] While her reported eGFR results were above 60 from at least 2011, there are at least two instances during her hospitalizations for hip surgery in January 2015 (55) and her GI hemorrhage in February 2015 (57).

was instructed to use Lovenox and Aspirin 81 mg for seven days following surgery and then transition to Aspirin 325 mg for continued DVT prophylaxis.

On January 22, 2015, she was diagnosed via ultrasound with a right peroneal deep vein thrombosis (DVT). At this time, she had discontinued Lovenox and was taking Aspirin 325 mg, per her doctor's orders.

On January 22, 2015, her PT was normal at 12.5 sec (1904 hours). This PT test was performed before Ms. Mingo received Xarelto. Per the hospital's protocol, she was started on Coumadin 10 mg at 21:00 on the evening of January 22, 2015. However, on the morning of January 23, 2015, her treating physician, Dr. Renie Jordon, switched Ms. Mingo to Xarelto. Dr. Jordon ordered that Ms. Mingo take Xarelto 15mg twice daily for 21 days, then transition to Xarelto 20mg once daily. Ms. Mingo received her first dose of Xarelto 15 mg at 0830 hours on the morning of January 23, 2015. Her second dose of Xarelto 15 mg was administered at 2040 hours on the evening of January 23, 2015. On the morning of January 24, 2015, her Hgb was 11.2 and her PT was elevated at 23.6 sec (0623 hours). After her discharge on January 24th, she filled her prescription at Walgreen's for Xarelto 15mg BID x 20 days (40 tablets).

On February 2, 2015 (day 11 of Xarelto 15mg BID), she was seen at King's Daughter Hospital Emergency Room for bilateral edema. Her Hgb at the time was 8.6. Ms. Mingo denied any bleeding symptoms including dark stools. However, upon examination, she was found to have "weakly heme-positive stool." A nuclear medicine GI bleed scan was negative, and Ms. Mingo was released from the Emergency Room the same day.

On February 13, 2015, she was admitted to the hospital due to tarry stools and symptoms of blood loss. Her admission labs showed Hgb of 6.4, GFR >60, and PT 26.2 sec/ INR 2.34 (the latter collected at 1043 hours). Xarelto was discontinued. She was treated with four (4) units of red blood cells and two (2) units of fresh frozen plasma. An upper endoscopy found a small oozing gastric fundus ulcer which was cauterized. She was also given Protonix. An ultrasound found no evidence of lower extremity DVT. A GI consultation on February 14, 2015 stated that she should "resume Xarelto." However, a second note states that the patient was concerned about Xarelto (presumably related to her bleeding complication), and therefore, she was discharged on Aspirin only. Xarelto was never restarted.

**Xarelto Dosing Regimen for Acute DVT/PE**

Xarelto is approved for the treatment and reduction in the risk of recurrence of DVT and PE, employing an initial intensive treatment dosage phase in which patients are administered 15 mg orally twice daily for the first 21 days, followed by a longer term reduction in risk of recurrence phase in which patients are administered 20 mg orally once daily.

3

Bayer and Janssen (the manufacturers/sponsors of Xarelto) achieved this indication[2] based on the primary EINSTEIN Phase III study, which was made up of DVT and PE trials, both of which fell under a single trial protocol. [The EINSTEIN Investigators. *Oral Rivaroxaban for Symptomatic Venous Thromboembolism*. N Engl J Med (2010) 363;26: 2499-2510; The EINSTEIN-PE Investigators. *Oral Rivaroxaban for the Treatment of Symptomatic Pulmonary Embolism*. N Engl J Med (2012) 366;14: 1287-97.] Additionally, Bayer and Janssen relied on the results of the EINSTEIN Extension study. [Romualdi, E., et al. *Oral rivaroxaban after symptomatic venous thromboembolism: the continued treatment study (EINSTEIN-Extension study)*. Expert Rev. Cardiovasc. Ther. (2011) 9;7: 841-844.]

At the time Ms. Mingo initiated Xarelto for treatment of her DVT, and prior to her February 2015 GI hemorrhage, the standard of care was the administration of heparin, either unfractionated (UFH) or low molecular weight (LMWH) during an initial intensive treatment followed by long-term treatment with Warfarin. This treatment is personalized for minimizing risk due to hemorrhage or recurrent thrombosis by employing [a] weight-based dosing (LMWH) and/or [b] dose adjustment via monitoring of anticoagulant activity by measuring partial thromboplastin time (PTT) for UFH and INR for Warfarin; see discussion in my general report regarding Warfarin administration.

**Discussion of Ms. Mingo's GI Hemorrhage**

In February 2015, Ms. Mingo suffered a significant major GI hemorrhage, requiring transfusion of four (4) red cell units. Potential risk factors for such a GI hemorrhage include: coagulopathy; liver disease; anticoagulant therapy; use of steroids or nonsteroidal anti-inflammatory medications (NSAIDs); Aspirin use; alcohol abuse; other medications that induce a bleeding diathesis; and specific pathologic conditions such as arteriovenous malformation (AVM), gastritis, colorectal cancer, esophageal or gastric cancer, peptic ulcer disease, varices, Mallory-Weiss tear, polyps, colitis, hemorrhoids, perforation, and acid reflux disease.

Based on the relevant medical records, as well as my training and clinical experience, I considered the above-referenced risk factors and was able to rule out the following risk factors as not applicable to Ms. Mingo's major GI hemorrhage.

There was no history, physical examination findings, or laboratory evidence to suggest the presence of significant liver disease or alcohol abuse. Therefore, I was able to rule out these risk factors.

---

[2] The application for this indication was submitted as a supplement to the indication for VTE prevention after hip/knee surgery, which was based on the RECORD studies.

4

Regarding pathologic or anatomical conditions, during her admission , Ms. Mingo underwent a GI workup including an upper endoscopy that revealed a gastric fundus ulcer, which was treated. Such gastric ulcers can be the result of H. pylori infection, which was not found in Ms. Mingo's case or medications such as steroids, NSAIDs, or Aspirin. Ms. Mingo was using Aspirin 325 mg daily but no other NSAIDs or steroids. The concomitant use of anticoagulants, such as Xarelto, can greatly increase the risk of inducing hemorrhage from a gastric ulcer. Thus, while the gastric fundus ulcer may have been the anatomical source of her GI bleeding, it is likely that the concomitant use of Xarelto prompted the acute, symptomatic hemorrhage.

Regarding a medication-induced bleeding diathesis, none of Ms. Mingo's medications listed at the time of her hospital admission, besides Aspirin and Xarelto, are reasonably expected to induce a bleeding diathesis; hence, the other medications are ruled out as a cause of the GI hemorrhage. While Ms. Mingo's concomitant use of Aspirin could potentially be associated with a risk of bleeding, she had no incidence of anemia or bleeding episodes while she was on Aspirin for years prior to institution of Xarelto, and she continued on Aspirin after Xarelto was discontinued with no further incident of bleeding. Therefore, Aspirin can be ruled out as a potential cause of her major hemorrhage.

Regarding anticoagulant use, on admission for her GI hemorrhage Ms. Mingo's medications included only Xarelto 15 mg bid. Xarelto is an anticoagulant associated with a significantly increased risk of gastrointestinal hemorrhage compared with warfarin [Yao J Am Heart Assoc 2016], apixaban [Lip, JACC 2012 and Thromb Haemostas 2016], and dabigatran [Graham 2016].[3] It is likely that Ms. Mingo began bleeding early in the course of her Xarelto therapy since her Hgb had decreased from 11.2 to 8.6 by day 10 of Xarelto anticoagulation, further confirming that Xarelto was a substantial factor in causing her GI hemorrhage. Further, as noted above, after her discharge from the hospital, other medications, including Aspirin were continued, and she has not suffered any subsequent GI hemorrhage or other symptoms of bleeding. In addition to the above considerations, Ms. Mingo suffered the hemorrhage less than one month after starting Xarelto, which was the only change in her medications relevant to hemorrhage risk.

Regarding coagulopathy, bleeding in the gastrointestinal tract can occur because of an inherited or acquired (other than anticoagulation with Xarelto) coagulopathy. In this case, the lack of relevant prior bleeding history, the absence of laboratory evidence (other than the prolonged PT associated with Xarelto use), and the lack of a succeeding bleeding history exclude the presence of coagulopathies other than anticoagulation with Xarelto. Moreover, the day after initiating Xarelto therapy, Ms. Mingo had a PT (collected at 0623 hours) that was much higher than the normal range at 23.6 sec. Then, on admission for her GI hemorrhage, Ms. Mingo had a PT (collected between 1000-1100 hours) that was again much higher than the normal range at 26.2

---

[3] For further discussion regarding the risks and benefits of Xarelto, see my general report in this matter.

5

sec; Ms. Mingo testified that she took her morning dose of Xarelto at approximately 700 hours with her breakfast; thus, her PT was significantly elevated three (3) hours after taking Xarelto. Had Ms. Mingo's treating physicians been informed of the general linear correlation between PT measurements and Xarelto concentrations, and the correlation of PT with risk of bleeding on Xarelto (as discussed in detail in my general report), Ms. Mingo's excessive exposure and unnecessary high risk of bleeding would have been identified at the onset of her treatment. Moreover, had Ms. Mingo's treating physicians been instructed to test for her Xarelto anticoagulant activity through PT using the Neoplastin reagent at the onset of Xarelto treatment, again her excessive exposure, and unnecessary high risk of bleeding, would have been identified and she could have been [a] titrated to a lower daily Xarelto dose, or [b] had Xarelto discontinued and been switched to an anticoagulant with a lesser risk of bleeding, such as Eliquis [Lip, JACC 2012 and Thromb Haemostas 2016] or Pradaxa [Graham JAMA 2016].

After extensive review, and having ruled in and ruled out potential risk factors, as discussed above, I conclude to a reasonable degree of medical certainty that Ms. Mingo's use of Xarelto was the most probable cause of her GI hemorrhage in February 2015. Further, to the extent any other factors also may have contributed to the GI hemorrhage, it is my opinion to a reasonable degree of medical certainty that Xarelto was the most substantial and significant contributing factor to her GI hemorrhage, and the need for hospitalization and transfusions.