Protected - Subject to Further Protective Review

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*****************************

| | |
|---|---|
| IN RE:  XARELTO | MDL No. 2592 |
| (RIVAROXABAN) | Section L |
| PRODUCTS LIABILITY | Judge Eldon Fallon |
| LITIGATION | Mag. Judge North |

THIS DOCUMENT RELATES TO:
DORA MINGO
Case No. 2:15-CV-03469
*****************************

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

VIDEOTAPED DEPOSITION OF HENRY M. RINDER, MD

Tuesday, February 7, 2016
8:05 a.m.

Held At:
 Douglas & London, PC
 50 Maiden Lane
 New York, New York

REPORTED BY:
Maureen O'Connor Pollard, RMR

Golkow Technologies, Inc. - 1.877.370.DEPS

Protected - Subject to Further Protective Review

Page 118

1  diagnosed as having a gastric ulcer, correct?
2       A.   Let's see.  I believe it was an oozing
3  gastric fundus ulcer, correct.
4       Q.   Okay.  And you would agree with me
5  that Xarelto did not cause the creation of that
6  gastric ulcer, right?
7            MR. DENTON:  Object to the form.
8       A.   So I am not aware of -- I am not aware
9  of data that shows a physiology of Xarelto in
10 the initiation of ulceration of the stomach.
11 BY MS. HOFFMANN:
12      Q.   So you're --
13      A.   That does not -- I'm sorry, let me
14 finish.
15           That does not mean that Xarelto may
16 not have a role in the progression of an ulcer
17 or an erosion of the stomach once it is present.
18      Q.   And my question, Doctor, quite simply
19 was that you would agree that Xarelto did not
20 cause the creation of that gastric ulcer.  You
21 would agree with that statement, right?
22           MR. DENTON:  I object to the form.
23 Asked and answered.
24      A.   Well, I think, with all due respect,
25 that is not a medically valid way that I think I

Protected - Subject to Further Protective Review

Page 119

1   can answer the question.  People have
2   ulceration, erosions of their gastrointestinal
3   tract all the time.  Those heal on their own,
4   they heal with medication, they wax and wane.
5             In a patient on anticoagulation,
6   especially with Xarelto which is known to have a
7   higher risk of GI bleeding compared to the other
8   anticoagulants, that may potentiate not just the
9   bleeding which has been noted by one of your
10  experts, but also may prevent, because of that
11  potentiation, healing of that ulcer.  Therefore,
12  I'm afraid that I can't agree with the way that
13  you're terming that.
14  BY MS. HOFFMANN:
15       Q.   Doctor, can you say to a reasonable
16  degree of medical certainty that without that
17  ulcer, it's more probable than not that
18  Ms. Mingo would have had a gastric bleed?
19            MR. DENTON:  I object to the form of
20  the question.
21       A.   I'm sorry, can you state that again?
22  BY MS. HOFFMANN:
23       Q.   Sure.  Let me see if I can do it a
24  different way.
25            MR. DENTON:  You had a double negative

Protected - Subject to Further Protective Review

Page 141

1    endoscopy prior to this.  We have no predictive
2    ability.  I would defer the EGD -- there was an
3    EGD done on this patient on February 14th, so
4    that physician is examining the ulcer.  I would
5    defer -- I would defer that opinion to someone
6    who actually saw the ulcer who might be able to
7    give a physical examination of that to determine
8    whether they thought it was recent or not.
9         Q.   Okay.  And you can't do that, based on
10   the records you've had available to you, you
11   can't say if it had been there for years, if it
12   was more recent, but we do know as of that date
13   she clearly had a gastric ulcer?
14             MR. DENTON:  Object to the form.
15   Asked and answered.
16        A.   We know that the ulcer was confirmed
17   in her February 14th admission.
18   BY MS. YATES:
19        Q.   Right.
20        A.   We know that on February 2nd she had
21   weakly heme positive stools.  I think the fact
22   she had an ulcer confirmed on February 14th and
23   that she had weekly heme positive stools on
24   February 2nd, I think a reasonable physician
25   would be concerned that she has the ulcer

Protected - Subject to Further Protective Review

Page 142

```
 1    developed by February 2nd, but whether that --
 2    and we see ulcers in postoperative patients and
 3    post-hospitalized patients all the time.  Stress
 4    ulcers are a common part of patients who have
 5    been hospitalized who then return with symptoms,
 6    or if they're anticoagulated with bleeding.
 7            So it's certainly possible that it was
 8    there, but I don't have a crystal ball.  As I
 9    said, I would defer to the GI specialist who
10    examined the ulcer by endoscopy.
11        Q.   Doctor, what does "anatomic etiology"
12    mean?
13        A.   So in my -- in the way that I consider
14    bleeding, the aspect of trying to determine the
15    source of bleeding is important to discriminate
16    between actual separate lesions such as a
17    cancer, a malignancy, a lesion that requires
18    surgical, or intervention.  Those are, to my
19    mind, lesions that are macroscopic.  They are
20    lesions that can be seen, you can see bleeding
21    from the lesion, you may see oozing, as in the
22    case of Ms. Mingo, from that lesion.  That is
23    something where because there is a gross
24    macroscopic abnormality, to me that is an
25    anatomic lesion.
```