# PRIVILEGED AND HIGHLY CONFIDENTIAL INFORMATION

Patient: Dora Mingo
Records Provider:
Plaintiff Fact Sheet

,

Records Obtained: 01/20/2016

750006.002.0001 - 750006.002.0021
DMingo-PFS-000001 - DMingo-PFS-000021

Records provided by:
The Marker Group
13105 Northwest Fwy
Houston, TX 77040
713-460-9070
PDF version generated on 01/20/2016(NWF002)
21 pages plus cover sheet

# PRIVILEGED AND HIGHLY CONFIDENTIAL INFORMATION

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | Master File No.: MDL No. 2592 |
| This Document Relates To: MDL Case No. 2:15-cv-03469 | Plaintiff: MINGO, DORA |

## PLAINTIFF FACT SHEET

This Fact Sheet must be completed by each plaintiff who has filed a lawsuit related to the use of Xarelto® by the plaintiff or a plaintiff's decedent. Please answer every question to the best of your knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect. For each question, where the space provided does not allow for a complete answer, please attach additional sheets so that all answers are complete. When attaching additional sheets, clearly label what question your answer pertains to.

In filling out this form, please use the following definitions: (1) "**health care provider**" means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, or psychological care or advice, and any pharmacy, weight loss center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care, and/or treatment of the plaintiff or plaintiff's decedent; (2) "**document**" means any writing or record of every type that is in your possession, including but not limited to written documents, documents in electronic format, cassettes, videotapes, photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical copies, and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form.

Information provided by plaintiff will only be used for purposes related to this litigation and may be disclosed only as permitted by the protective order in this litigation. This Fact Sheet is completed pursuant to the Federal Rules of Civil Procedure governing discovery (or, for state court case, the governing rules of civil of the state in which the case is pending).

DMingo-PFS-000001

## I.    CORE CASE INFORMATION

A. Please provide the following information for the civil action that you filed:

| Caption: | Dora Mingo v. Janssen Research & Development, LLC, et al |
|---|---|
| Court and Docket No. | U.S. District Court, Eastern District of Louisiana 2:15-cv-03469 |
| Plaintiff's Attorney: | Birchfield, Andy D, David B. Byrne, III<br>C. Gibson Vance<br>Beasley Allen Crow Methvin Portis & Miles, PC<br>218 Commerce Street<br>Montgomery, Alabama 36104-2540<br>(334) 269-2343 |

B. Please provide the following information for the individual on whose behalf this action was filed:

| Name: | MINGO, DORA | Social Security Number : | ███████ |
|---|---|---|---|
| Address: | ███████ | Date of Birth: | ███████ |

C. Please provide the following information regarding usage of Xarelto®.
   **YOU MUST ATTACH COPIES OF PRESCRIPTION AND/OR PHARMACY
   RECORDS DEMONSTRATING USE OF XARELTO®**

| Prescription 1 | | | | |
|---|---|---|---|---|
| Dates of Use: | 01/23/2015 - 02/13/2015 | | Dosage: | 30 mg |
| Reason for Prescription: | | Treatment of Deep Vein Thrombosis (DVT) | | |
| Name and Address of Prescribing Physician(s): | | Zevallos, Gabriel<br>1506 Harrison Avenue, McComb, Mississippi USA 39648 | | |
| Name and Address of Pharmac(ies): | | Walgreens<br>906 Marlon Avenue,<br>McComb, Mississippi USA<br>39648 | Other: | |

D. Please provide the following information regarding the event(s) you attribute to use of
   Xarelto®. **YOU MUST ATTACH MEDICAL RECORDS DEMONSTRATING ALLEGED
   INJURY:**

   1.    Please select the injury you allege in this lawsuit (check the one(s) that apply):

| | |
|---|---|
| Brain/Cerebral Hemorrhage | |
| Death | |
| Gastrointestinal Bleeding | ✓ |
| Heart Attack | |
| Kidney Bleeding | |
| Nosebleeds | |
| Rectal Bleeding | |
| Respiratory Failure | |
| Stroke (Hemorrhagic) | |
| Stroke (Ischemic) | |
| Vaginal or Uterine Bleeding | |
| Unspecified Internal Bleeding | |
| Other * | ✓ |

\* If you checked other, identify all injuries that you are claiming that are not listed in the above chart.

 Anemia

For each event above, please specify:

| Injury: Other | | |
|---|---|---|
| Date of Diagnosis: | 02/3/2015 | |
| Name and Address of Diagnosing Physician(s): | Hercules, Peter,  427 Highway 51, Brookhaven, MS USA 39601 | |
| Hospitalized? | No | Date(s) of Hospitalization(s): --/-/---- - --/-/---- |
| Reason for Hospitalization(s): | | |
| Name and Address of Hospital(s) and Medical  Provider(s): | | |

| Injury: Gastrointestinal Bleeding | | |
|---|---|---|
| Date of Diagnosis: | 02/13/2015 | |
| Name and Address of Diagnosing Physician(s): | Ajagbe, Olukunle,  212 Marion Avenue, McComb, MS USA 39648 | |
| Hospitalized? | Yes | Date(s) of Hospitalization(s): 02/13/2015 - 02/15/2015 |
| Reason for Hospitalization(s): | Gastrointestinal Bleeding | |
| Name and Address of Hospital(s) and Medical  Provider(s): | Southwest Mississippi Regional Medical Center ,  215 Marion Avenue, McComb, MS USA 39648 | |

| Injury: Gastrointestinal Bleeding | | |
|---|---|---|
| Date of Diagnosis: | 02/13/2015 | |
| Name and Address of Diagnosing Physician(s): | Haddad, Dany,  212 Marion Avenue, McComb, MS USA 39648 | |
| Hospitalized? | Yes | Date(s) of Hospitalization(s): 02/13/2015 - 02/15/2015 |
| Reason for Hospitalization(s): | Gastrointestinal Bleed | |
| Name and Address of Hospital(s) and Medical  Provider(s): | Southwest Mississippi Regional Medical Center ,  215 Marion Avenue, McComb, MS USA 39648 | |

Submitted Electronically through MDL Centrality on 10/06/2015

DMingo-PFS-000003

| Injury: Gastrointestinal Bleeding | | |
|---|---|---|
| Date of Diagnosis: | 02/13/2015 | |
| Name and Address of Diagnosing Physician(s): | Keith, Stephen,  212 Marion Avenue, McComb, MS USA 39648 | |
| Hospitalized? | Yes | Date(s) of Hospitalization(s): 02/13/2015 - 02/15/2015 |
| Reason for Hospitalization(s): | Gastrointestinal Bleeding | |
| Name and Address of Hospital(s) and Medical  Provider(s): | Southwest Mississippi Regional Medical Center ,  215 Marion Avenue, McComb, MS USA 39648 | |

E. If you are completing this questionnaire in a representative capacity (*e.g.*, on behalf of the estate of a deceased person), please complete the following:

| Name: | Not Applicable |
|---|---|
| Address: | , USA |
| Capacity in which you are representing the individual: | |
| If you were appointed as a representative by a court, state the State, Court and Case Number: | |
| Relationship to the Represented Person: | |
| State the date and place of death of the decedent(if applicable) | |

If you are completing this questionnaire in a representative capacity, please respond to the remaining questions with respect to the person whose medical treatment involved the use of Xarelto.  Those questions using the term "You" refer to the person whose treatment involved the use of Xarelto.  If the individual is deceased, please respond as of the time immediately prior to his or her death unless a different time period is specified.

## II.     PERSONAL INFORMATION

A.     Background Information

    1.     Name:  MINGO, DORA

    2.     Maiden or other names you have used or by which you have been known:
       Dora McLaughlin

    3.     Medicare Health Insurance Claim Number (if applicable):

    4.     Place of Birth:  Hattiesburg, Mississippi

    5.     Sex:   Male: ☐  Female: ☑

DMingo-PFS-000004

6.    Identify each address at which you have resided during the last ten (10) years
      and the approximate dates during which you lived at each address (most recent first):

| Street Address | City, State, Zip | Dates Resided | |
|---|---|---|---|
| | | **From** | **To** |
| ▮ | ▮ | 12/??/1992 | To Present |

### B.    Family Information

1.  Have you ever been married? Yes ☑  No ☐

    *If yes*, for each marriage in the last five years, state the spouse's name, the date of
    marriage, the date the marriage ended, the nature of termination (*e.g.*, death,
    divorce, etc.), and that spouse's present address:

| Spouse's Name | Date of Marriage | Date Marriage Ended | Nature of Termination | Spouse's Present Address (if known) |
|---|---|---|---|---|
| Not Applicable | --/--/---- | --/--/---- | | |

2.  Has your spouse filed a loss of consortium or other claim in this lawsuit?
    Yes ☐   No ☑   N/A ☐

3.  If you have children, please identify each child's name, address, and date of birth:

| Child's Name | Address | Date of Birth |
|---|---|---|
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |

### C.    Educational History:   Identify each high school, vocational school, college, university or other post-secondary educational institution you attended, the institution's address, the dates of attendance, and the diplomas or degrees awarded:

| Name of School | Address and Telephone Number (if known) | Dates of Attendance | Diploma/Degree Awarded |
|---|---|---|---|
| Perry Central High | Beaumont, | 08/20/?? - 05/16/1965 | Diploma |
| Alcorn State University | Lorman, | 06/3/1965 - 05/20/1970 | Degree |
| Jackson State University | Jackson, | 01/8/1992 - 05/30/1993 | Degree |

© 2015 BrownGreer PLC                    5                    Plaintiff ID 3764

DMingo-PFS-000005

D.   <u>Employment History</u>

Whether or not you are making a lost wage claim, please respond to all questions in this section except as noted:

1.   Are you currently employed? Yes ☐     No ☑

*If yes*, identify your current employer with name, address and telephone number and your position there:

Name:

Address and Telephone No:

Position:

2.   Are you making a claim for lost wages or lost earning capacity? Yes ☐    No ☑

3.   Only if you are asserting a wage loss claim:  Please provide the address for each employer identified above and state the following for the last seven (7) years:

4.   Have you ever been out of work for more than thirty (30) days for reasons related to your health in the last seven (7) years ? Yes ☐    No ☑

*If yes*, please state the dates, employer, and health condition:

E.   <u>Worker's Compensation and Disability Claims:</u> Within the last 10 years, have you ever filed for workers' compensation, social security, and/or state or federal disability benefits? Yes ☐    No ☑

If Yes, then as to each application, separately state the following:

F.   <u>Military Service</u>

1.   Have you ever served in any branch of the military? Yes ☐    No ☑

*If yes*, Branch and dates of service:

*If yes*, were you discharged for any reason relating to your health (whether physical, physical, psychiatric, or other health condition)? Yes ☐    No ☐

If yes, state the condition:

G.   <u>Life Insurance:</u>  Within the last 7 years, have you ever been denied life insurance? Yes ☐    No ☑

*If yes*, please state when, the name of the life insurance company, and the company's stated reason for denial (if any):

DMingo-PFS-000006

H.   <u>Other Lawsuits</u>:  Within the last ten (10) years, have you filed a lawsuit, relating to any bodily injury, or made a claim, *other than* in the present suit? Yes ☐   No ☑

    *If yes*, state:

    Nature of the case:

    Where was it filed?

    Attorney name:

I.   <u>Prior Convictions</u>:  Have you ever been convicted of, or pled guilty (or no contest) to, a felony and/or a crime involving an act of dishonesty or providing a false statement within the last ten (10) years?  Yes ☐   No ☑

    *If yes*, please provide the following: (Charge to which you plead guilty or were convicted of):

    Charge:

    Court where action was pending:

J.   <u>Computer Use:</u> Apart from communications to or from your attorney, have you communicated via email, visited any chat rooms, or publicly posted a comment, message or blog entry on a public internet site regarding your experience with or injuries you attribute to Xarelto, other New Oral Anticoagulants, atrial fibrillation, or the risk of stroke or blood clots during the past five (5) years?  (You should include all postings on public social network sites including Twitter, Facebook, MySpace, LinkedIn, or "blogs" that address the topics above).

    Yes: ☐   No: ☑   Do Not Recall: ☐

    If yes, please identify where and when you made such public posts and the substance of what was posted.

K.   <u>Bankruptcy</u>:  In the last 5 years, have you filed for bankruptcy? Yes ☐   No ☑

## III.   CLAIM INFORMATION

A.   <u>Xarelto Use:</u>

   1. Relevant History

      a.   Provide in the chart below the name(s) and address(es) of the health care provider(s) who prescribed or provided Xarelto:

| Name of health care provider(s) | Address, City, State and Zip |
|---|---|
| Zevallos, Gabriel | 1506 Harrison Avenue, McComb, MS USA 39648 |
| Zachary, Debbie | 804 Robb Street, Summit, MS USA 39666 |

© 2015 BrownGreer PLC        7         Plaintiff ID 3764

DMingo-PFS-000007

b.   When were you first diagnosed with the condition for which you were prescribed Xarelto?  <u>01/22/2015</u>

c.   Prior to taking Xarelto, how did you manage or treat this condition
(describe - if applicable and cross-reference if answered in section VI. A.)?

<u>Not Applicable</u>

d.   In the chart below, please identify all healthcare providers who treated you in connection with this condition:

| Name of health care provider(s) | Address, City, State and Zip |
|---|---|
| Williams, Clifton | 1017 Delaware Avenue, McComb, MA USA 39648 |
| Jordon, Renie | 421 Marion Avenue, McComb, MS USA 39648 |

2.   Are you currently taking Xarelto? Yes ☐    No ☑

3.   Provide below the name(s) and address(es) of the pharmacy(ies) or other store(s) or location(s) from which you obtained Xarelto:

| Name of Pharmacy or other Store/Location | Address, City, State and Zip |
|---|---|
| Walgreens | 906 Marlon Avenue, McComb, MS USA 39648 |

4.   Have you ever received any samples of Xarelto? Yes ☐    No ☑    Do Not Recall ☐

*If yes*, please state the following:

Who Provided?

When?

5.   Were you ever given any written instructions, including any prescriptions, packaging, package inserts, literature, medication guides, or dosing instructions, regarding Xarelto? Yes ☑    No ☐    Do Not Recall ☐

*If yes*, please describe the documents if you no longer have them.  If you have the documents, please produce them:

<u>Prescription Printout</u>

6.   Were you given any oral instructions from a Healthcare Provider regarding your use of Xarelto? Yes ☐    No ☑    Do Not Recall ☐

*If yes*, please identify each Healthcare Provider who provided the oral instructions:

Submitted Electronically through MDL Centrality on 10/06/2015

DMingo-PFS-000008

7.   Do you have in your possession, or does your attorney have, the packaging from the Xarelto you allege to have used? Yes ☐    No ☑

*If yes*, who currently has custody of the Xarelto packaging?

8.   Have you ever seen any advertisements (*e.g.*, in magazines or television commercials) for Xarelto? Yes ☑    No ☐    Do Not Recall  ☐

*If yes*, identify the advertisement or commercial, and approximately when you saw the advertisement or commercial:

Advertisement: <u>Television commercials and magazine articles, do not recall dates.</u>

9.   Other than through your attorneys, have you had any communication, oral or written, with any of the Defendants or their representatives?

Yes ☐    No ☑    Do Not Recall  ☐

*If yes*, please identify:

Date of Communication:

Method of Communication:

Name of Representative:

Substance of communication between you and any representative(s) of the Defendants:

B.   1.   Identify the primary treating physician for the injuries you claim in this case with address and dates of treatment.

Physician: <u>Hercules, Peter</u>  <u>427 Highway 51, Brookhaven, MS USA 39601</u>

Dates Of Treatment: <u>02/3/2015</u>   -   <u>02/3/2015</u>

Physician: <u>Keith, Stephen</u>  <u>212 Marion Avenue, McComb, MS USA 39648</u>

Dates Of Treatment: <u>02/13/2015</u>   -   <u>02/15/2015</u>

2.   Were you treated by any health care provider or at any hospital for this/these injury(ies) who is not identified in the Core Case Information section above? Yes ☑    No ☐

If "Yes", please provide the following information:

Submitted Electronically through MDL Centrality on 10/06/2015

**DMingo-PFS-000009**

| Name of health care provider and Hospital | Address, City, State and Zip | Approx. date(s) of treatment |
|---|---|---|
| Ajagbe, Olukunle | 212 Marion Avenue, McComb, MS USA 39648 | 02/13/2015 - 02/15/2015 |
| Willams, Zach | 427 Highway 51 North, Brookhaven, MS USA 39601 | 02/3/2015 - 02/3/2015 |
| Haddad, Dany | 212 Marion Avenue, McComb, MS USA 39648 | 02/13/2015 - 02/15/2015 |

3. At the time you experienced the event you attribute to your use of Xarelto®, were you undergoing treatment for any other medical conditions? If so, describe the condition, the treatment, and identify the healthcare providers treating you.

Condition: <u>Not Applicable</u>

Treatment:

Provider:

4. At the time you experienced the event you attribute to your use of Xarelto® what other prescription and over the counter medications were you taking?

<u>Aspirin; Azor; Ferrous Sulfate; Lovastatin; Metformin; Potassium Chloride; Xanax; Vitamin D; Furosemide</u>

5. Had you ever suffered the type of bodily injury(ies) before the date set forth in your answer to Question I(D)(1) above? Yes ☐   No ☑

a. *If yes*, state the date and healthcare provider that diagnosed the condition at the time:

b. Do you claim that Xarelto worsened a previously existing injury/condition? Yes ☐   No ☑

*If yes*, set forth the injury/condition, whether or not you had already recovered from that injury/condition before you first used Xarelto, and, if so, the date you recovered from the injury/condition:

C. Do you claim that your use of Xarelto caused or aggravated any psychiatric and/or psychological condition(s) for which treatment was sought and for which damages are being sought in this lawsuit? Yes ☐   No ☑

If "Yes", please state the following as it pertains to your treatment of any psychiatric and/or psychological condition(s) in the last ten (10) years:.

D. <u>Medical Expenses:</u> If known, please list all of your medical expenses, including amounts billed or paid by insurers and other third-party payors, which are related to any condition which you claim was caused by Xarelto for which you seek recovery in the action which you have filed.

DMingo-PFS-000010

| Provider | Date | Expense |
|---|---|---|
| Hercules, Peter | 02/3/2015 | |
| Keith, Stephen | 02/13/2015 | |

E.   <u>Lost Wages:</u>   If you are making a claim that you lost wages or suffered impairment of earning capacity, state the annual gross income you derived from your employment for each of the five (5) years prior to the injury or condition you claim was caused by Xarelto.

State the annual gross income for every year following the injury or condition you claim was caused by Xarelto

F.   Have you had any discussions with any doctor or other healthcare provider about whether Xarelto caused or contributed to your injury?  Yes ☐   No ☒   Do Not Recall ☐

*If yes*, please identify:

Name of health care provider:

Address:

Date of discussion:

What were you told?  (Describe discussion regarding Xarelto):

[If discussed with more than one doctor, please answer for each doctor, using additional pages as necessary.]

## IV.   <u>LIST OF HEALTHCARE PROVIDERS</u>

A.   <u>Healthcare Providers:</u>  Identify each physician, doctor, or other health care provider who has provided treatment to you for any reason in the past twelve (12) years and the reason for consulting the health care provider or mental health care provider (attach additional sheets as necessary).

| Name | Address | Approximate Dates | Reason for Consultation, if known or recalled |
|---|---|---|---|
| Jordon, Renie | 421 Marion Avenue, McComb, MS USA 39648 | 01/22/2015 - 01/24/2015 | Deep Vein Thrombosis |
| Hercules, Peter | 427 Highway 51, Brookhaven, MS USA 39601 | 02/3/2015 - 02/3/2015 | Anemia; Gastrointestinal Bleed |
| Betty Richardson | 421 Marion Avenue, McComb, MS USA 39648 | ??/??/2015 - ??/??/2015 | Primary Care |
| Mary Thornton | 300 Rawls Drive, McComb, MS USA 39648 | ??/??/2015 - ??/??/2015 | Gastrointestinal Bleed |
| Keith, Stephen | 212 Marion Avenue, McComb, MS USA 39648 | 02/13/2015 - 02/15/2015 | Gastrointestinal Bleed |
| Jennifer D. Gholston | 804 Robb Street, Summit, MS USA 39666 | ??/??/2011 - To Present | Family Care |

DMingo-PFS-000011

B. <u>Hospitals, Clinics, and Other Facilities:</u> Identify each hospital, clinic, surgery center, physical therapy or rehabilitation center, or other healthcare facility where you have received inpatient <u>or</u> outpatient treatment (including emergency room treatment) in the past twelve (12) years (attach additional sheets as necessary):

| Name | Address | Approximate Dates | Reason for Treatment, if known or recalled |
|------|---------|-------------------|--------------------------------------------|
| Southwest Mississippi Regional Medical Center | 215 Marion Avenue, McComb, MS USA 39648 | 01/22/2015 - 01/24/2015 | Deep Vein Thrombosis |
| Southwest Family Medicine | 421 Marion Avenue, McComb, MS USA 39648 | 03/9/2015 - 03/9/2015 | Gastrointestinal Bleed |
| Southwest Mississippi Regional Medical Center | 215 Marion Avenue, McComb, MS USA 39648 | 02/13/2015 - 02/15/2015 | Anemia; Gastrointestinal Bleed |
| King's Daughter Medical | 427 Highway 51 North, Brookhaven, MS USA 39601 | 02/3/2015 - 02/3/2015 | Anemia; Gastrointestinal Bleed |

C. <u>Laboratories:</u> Identify each laboratory at which your blood was tested in the past ten (10) years:

| Name | Address and Telephone Number | Approximate Date Taken | Reason, if known or recalled |
|------|------------------------------|------------------------|------------------------------|
| Southwest Mississippi Regional Medical Center | 215 Marion Avenue, McComb, MS USA 39648 | 01/18/2015 | Blood Clot |

D. <u>Pharmacies:</u> Identify each pharmacy, drugstore, and/or other supplier (including mail order) where you have had prescriptions filled or from which you have ever received any prescription medication in the past ten (10) years (attach additional sheets as necessary):

| Name of Pharmacy | Address of Pharmacy | Approximate Dates |
|------------------|---------------------|-------------------|
| Walgreens | 906 Marion Avenue, McComb, MS USA 39648 | ??/??/2015 - ??/??/2015 |

E. <u>Insurance Carriers:</u> Identify each health insurance carrier which provided you with medical coverage and/or pharmacy benefits for the last ten (10) years, the named insured, the named insured's social security number, and the policy number (attach additional sheets as necessary)

| Carrier | Address | Name of Insured SSN (if not Xarelto user) | Policy Number | Approximate Dates of Coverage |
|---------|---------|-------------------------------------------|---------------|-------------------------------|
| WellCare | Post Office 31372, Tampa, FL USA 33631 | Mingo, Dora | ▉ | ??/??/2015 - ??/??/2015 |
| Medicare | | Mingo, Dora | ▉ | 02/1/2013 - ??/??/?? |

## V.     MEDICAL BACKGROUND

A.  Height and weight at the time of your claimed injury: Height:  <u>5' 2</u>     Weight:

B.  <u>Tobacco Use History:</u>  For the ten (10) year period prior to your use of Xarelto up to the present, check the answer and fill in the blanks applicable to your history of tobacco use, including cigarettes, cigars, pipes, and/or chewing tobacco/snuff.

☐   I have never used tobacco

☑   I used tobacco in the ten-year period prior to my use of Xarelto

☐   I did not use tobacco in the ten-year period prior to my use of Xarelto

Types of Tobacco Used: ☑Cigarettes ☐Cigars ☐Pipes ☐Chewing tobacco/snuff

Approximate Amount used: on average __10__ per day for __11__ years

I currently use tobacco:  Yes ☑     No ☐

C.   <u>Alcohol Use History</u>:  For the ten (10) year period prior to your use of Xarelto up to the present, did you drink alcohol (beer, wine, etc.)? Yes ☐     No ☑

*If "Yes", what was your approximate average alcohol consumption during that time?*

Drinks per week/monthly/year/other:  Per

If other, describe:

D.   <u>Marijuana and Illicit Drug Use</u>
1.   Have you used marijuana or any illicit drug of any kind (*e.g.*, cocaine, ecstasy, heroin, methamphetamines, etc.) within the last ten (10) years before, or at any time after, your alleged injuries?

Yes ☐     No ☑     Do Not Recall ☐

If yes, identify each substance and state when you first and last used it:

2.   Did you use marijuana or any illegal drug while taking Xarelto? Yes ☐     No ☑

3.   Have you ever frequently used marijuana or an illegal drug? Yes ☐     No ☑

E.   Within the five (5) days leading up to your injury, had you undergone any surgery? Yes ☐     No ☑

*If yes*, please explain:

F.   Have you ever before experienced a blood clot? Yes ☑     No ☐
*If yes*, describe (1) the site of blood clot, (2) date of clot, and (3) the treatment received:

DMingo-PFS-000013

Site Of Blood Clot: <u>Right lower extremity</u>

Date Of Blood Clot: <u>01/22/2015</u>

Treatment Received: <u>Xarelto</u>

G.   Have you ever been diagnosed with a genetic coagulopathy? Yes ☐    No ☑
*If yes*, describe (1) the type of coagulopathy, (2) date diagnosed, (3) by whom diagnosed, and (4) how treated:

H.   In the fifteen (15) years period prior to when you first took Xarelto, were you ever diagnosed or treated for any of the following conditions?  For each condition for which you answer yes, please provide the additional information requested below:

| Condition | Yes | No | Unknown/ Not sure |
|---|---|---|---|
| Anemia (or low blood count/low hematocrit) | | ✔ | |
| Adrenal insufficiency | | ✔ | |
| Amyloid angiopathy | | ✔ | |
| Atrial fibrillation | | ✔ | |
| Blood clots or thrombosis | ✔ | | |
| Bleeding/Clotting disorders (hemophilia, VonWillebrand's disease, others) | | ✔ | |
| Blood disorder or dyscrasia | | ✔ | |
| Blood transfusion | | ✔ | |
| Cancer of any type | | ✔ | |
| Cerebral or brain hemorrhage | | ✔ | |
| Cerebral aneurysm | | ✔ | |
| Congestive heart failure | | ✔ | |
| Crohn's Disease | | ✔ | |
| Cystitis | | ✔ | |
| Deep Vein Thrombosis (DVT) | ✔ | | |
| Diabetes | ✔ | | |
| Diverticulitis | | ✔ | |
| Gastrointestinal bleeding | | ✔ | |
| Gastrointestinal disease | | ✔ | |
| Heart attack or Myocardial Infarction (MI) | | ✔ | |
| Hemorrhages (intestinal, vaginal, renal) | | ✔ | |
| Hypertension (High Blood Pressure) | ✔ | | |
| Hypotension (Low Blood Pressure) | | ✔ | |
| Inflammatory Bowel Disease or Irritable Bowel Syndrome | | ✔ | |

Submitted Electronically through MDL Centrality on 10/06/2015

DMingo-PFS-000014

| Condition | Yes | No | Unknown/ Not sure |
|---|---|---|---|
| Irregular heartbeat, arrhythmia, heart palpitations, tachycardia (rapid heartbeat), bradycardia (slow heartbeat) | | ✔ | |
| Kidney Problems (disease, infections, stones, protein in urine, etc.) | | ✔ | |
| Liver Disease (hepatitis B/C, cirrhosis, cysts, abnormalenzymes, etc.) | | ✔ | |
| Lupus | | ✔ | |
| Pulmonary Embolism / blood clot in lung | | ✔ | |
| Renal Insufficiency | | ✔ | |
| Stroke of any type (hemorrhagic, ischemic, etc.) | | ✔ | |
| Transient Ischemic Attack (TIA) | | ✔ | |
| Ulcerative Colitis | | ✔ | |
| Vascular disease of any type (including vascular malformation, vasculitis or peripheral vascular disease) | | ✔ | |

I.   For each condition for which you answered yes in the previous chart, please provide the information requested below (attach additional sheets as necessary)

| Condition | Treating Healthcare Provider or Facility | Address. City and State | Approx Date of Onset, if known | Other |
|---|---|---|---|---|
| Blood clots or thrombosis | Zevallos, Gabriel | 1506 Harrison Avenue, McComb, MS USA 39648 | 01/22/2015 | |
| Deep Vein Thrombosis (DVT) | Zevallos, Gabriel | 1506 Harrison Avenue, McComb, MS USA 39648 | 01/22/2015 | |
| Diabetes | Jennifer Gholston | 804 Robb Street, Summit, MS USA 3966 | ??/??/2005 | |
| Hypertension (High Blood Pressure) | Kent Kyzar | 200 Hospital Drive, Tylertown, MS USA 39667 | ??/??/2005 | |

J.  Have you ever had any medical procedure performed in which a stent was used?
       Yes  ☐  No  ☑   I do not recall or know:  ☐

   *If yes:*  Type of Stent:          Approximate Date:


# VI.      ADDITIONAL MEDICATIONS

A   For each anticoagulant listed below, identify if you have used it, the reason for use, the dates of use, adverse effects (if any), reason for discontinuation, and name of prescriber.

Submitted Electronically through MDL Centrality on 10/06/2015

DMingo-PFS-000015

| Medication | Used? Y/N | Dates of Use | Dosage | Reason For Use | Adverse Effects (If Any) | Reason for Discontinuation | Prescribing Physician |
|---|---|---|---|---|---|---|---|
| Coumadin (warfarin) | Y | 01/6/2015 - 01/22/2015 | | Hip Replacement; Deep Vein Thrombosis | | | |
| Pradaxa | N | | | | | | |
| Eliquis | N | | | | | | |
| Savaysa | N | | | | | | |
| Lovenox | Y | 01/22/2015 - ??/??/?? | 89 mg | Deep Vein Thrombosis | | | Williams, Clifton |

B.   Do you currently take, or have you ever taken in the last ten (10) years, any of the following medications or supplements? (Generic name is followed by brand name):

| Name of Medication | Yes | No | Not Sure/ Unknown | Condition for which taken | Treating Physician | Name of dispensing pharmacy |
|---|---|---|---|---|---|---|
| Aggrenox (Aspirin and Extended Release Dipyridamole in Combination) | | ✓ | | | | |
| Amiodarone (Cordarone, Pacerone) | | ✓ | | | | |
| Anisindione (Miradon) | | ✓ | | | | |
| Aspirin once a day for more than two weeks | ✓ | | | | Jennifer Gholston | Walgreens |
| Cimetidine (Tagamet) | | ✓ | | | | |
| Dronaderone (Multaq) | | ✓ | | | | |
| Heparin | | ✓ | | | | |
| Mannitol | | ✓ | | | | |
| Non-Steroidal Anti-Inflammatory drugs (NSAIDs) regularly for more than four (4) weeks consecutively (including Ansaid, Pontsel, Toradol, Acular, Feldene,Naprosyn,Lodine) | | ✓ | | | | |
| Plavix (Clopidogrel) | | ✓ | | | | |
| Prasugrel (Effient) | | ✓ | | | | |
| St. John's Wort | | ✓ | | | | |

Submitted Electronically through MDL Centrality on 10/06/2015

DMingo-PFS-000016

C.  Are there any prescription medications that you have taken on a regular basis in the seven (7) year period before you first took Xarelto? For purposes of this question, "regular basis" mean that you were directed by a health care provider to take a medication for at least forty-five (45) consecutive days.Yes ☑    No ☐

If "Yes", please provide the following information for each prescription medication:

| Name of Prescription Medication Used on a Regular Basis | The health care provider(s) that Prescribed the medication | Approx. Dates/years taken |
|---|---|---|
| Metformin | Jennifer Gholston | ??/??/2010 - ??/??/2015 |
| Potassium Chloride | Jennifer Gholston | ??/??/2011 - ??/??/2015 |
| Xanax | Jennifer Gholston | ??/??/2012 - ??/??/2015 |
| Azor | Jennifer Gholston | ??/??/2010 - ??/??/2015 |

## VII.  FACT WITNESSES

A.  Please identify all persons who you believe possess information concerning your alleged injury(ies) and current medical conditions, other than your health care providers, and state their name, address, and his/her/their relationship to you (attach additional sheets as necessary):

| Name | Address | Relationship to You |
|---|---|---|
| ▉▉▉▉ | ▉▉▉▉▉▉▉▉▉ | Daughter |

B.  If there are individuals who witnessed your injury as it occurred, other than your health care providers, and who are not listed in the chart directly above, please identify them here by name, address, and their relationship to you.

Name:  Not Applicable

Address:    City:    State:    Zip:

Relationship to You:

## VIII.  DECEASED INDIVIDUALS AND AUTOPSY INFORMATION

A.  Are you filling this out on behalf of an individual who is deceased?
Yes ☐    No ☑

If yes, please state the following from the Death Certificate of the individual, and attach a copy of the letter of administration.

(NOTE:  In lieu of the following, please attach a copy of the death certificate.)

Date of death:    --/--/----

Place of death:

© 2015 BrownGreer PLC                  17                  Plaintiff ID 3764

DMingo-PFS-000017

Cause of death:

B.   Are you filling this out on behalf of an individual who is deceased and on whom an autopsy was performed? Yes ☐   No ☑

If yes, please attach a copy of the autopsy report.

## IX.  DOCUMENT REQUESTS

Produce all documents in your possession, including writings on paper or in electronic form (if you have any of the following materials in your custody or possession, please indicate which documents you have and attach a copy of them to this PFS) and signed authorizations as requested herein:

1.   All non-privileged documents you reviewed that assisted you in the preparation of the answers to this Plaintiff Fact Sheet. Yes ☑   No ☐

2.   A copy of all medical records and/or documents relating to the use of Xarelto and treatment for any disease, condition or symptom referred to in any of your responses to the questions above for the past twelve (12) years. Yes ☑   No ☐

3.   A copy of all prescription records and/or documents related to use of Xarelto. Yes ☑   No ☐

4.   All laboratory reports and results of blood tests performed on you. Yes ☑   No ☐

5.   All documents reflecting your use of any prescription drug or medication in the past twelve (12) years, including documents sufficient to identify all anticoagulation medications that you have taken. Yes ☑   No ☐

6.   If you have been the claimant or subject of any workers' compensation, social security or other disability proceeding within the last ten (10) years, all documents relating to such proceeding. Yes ☐   No ☑

7.   All documents constituting, concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed with or provided to you in connection with your use of Xarelto. Yes ☐   No ☑

8.   Copies of advertisements or promotions for Xarelto and articles discussing Xarelto. Yes ☐   No ☑

9.   Copies of the entire packaging, including the box and label for Xarelto (plaintiffs or their counsel must maintain the originals of the items requested in this subpart). Yes ☐   No ☑

10.   All documents relating to your purchase of Xarelto including, but not limited to, receipts, prescriptions, prescription records, containers, labels, or records of purchase. Yes ☐   No ☑

11.   All documents known to you and in your possession which mention Xarelto or any alleged health risks or hazards related to Xarelto in your possession at or before the time of the injury alleged in your Complaint, other than legal documents, documents provided by your attorney or documents obtained or created for the purpose of seeking

DMingo-PFS-000018

legal advice or assistance. Yes ☐    No ☑

12.  All documents in your possession or anyone acting on your behalf (not your lawyer) obtained directly or indirectly from any of the Defendants. Yes ☐    No ☑

13.  All documents constituting any communications or correspondence between you and any representative of the Defendants. Yes ☐    No ☑

14.  All photographs, drawing, journals, slides, videos, DVDs or any other media, including any "day in the life" videos, photographs, recordings or other media that you may utilize to demonstrate damages or relating to your alleged injury.
Yes ☐    No ☑

15.  Any and all documentation of Plaintiff's use of social media, Internet postings, or other electronic networking website (including, but not limited to, Facebook, MySpace, LinkedIn, Google Plus, Windows Live, YouTube, Twitter, Instagram, Pinterest, blogs, and Internet chat rooms/message boards) relating to Xarelto or any of your claims in this lawsuit. Yes ☐    No ☑

16.  If you claim you have suffered a loss of earnings or earning capacity, your federal tax returns for each of the five (5) years preceding the injury you allege to be caused by Xarelto, and every year thereafter or W-2s for each of the five (5) years preceding the injury you allege to be caused by Xarelto, and every year thereafter.
Yes ☐    No ☑

17.  Copies of all documents you (and not your lawyer) obtained from any source related to Xarelto or to the alleged effects of using Xarelto. Yes ☐    No ☑

18.  If you claim any loss from medical expenses, copies of all bills from any physician, hospital, pharmacy or other health care providers. Yes ☐    No ☑

19.  Copies of all records of any other expenses allegedly incurred as a result of the injuries alleged in the complaint. Yes ☐    No ☑

20.  Copies of any writings comprising or relating to any public statements made by you relating to this litigation in your possession. Yes ☐    No ☑

21.  Copies of letters testamentary or letters of administration relating to your status as plaintiff (if applicable). Yes ☐    No ☑

22.  Decedent's death certificate and autopsy report (if applicable).
Yes ☐    No ☑

23.  All bankruptcy petitions and orders of discharge (if applicable) for all bankruptcy claims made by you or your spouse since the date of your first ingestion of Xarelto.
Yes ☐    No ☑

24.  Signed authorizations in the forms attached hereto (where applicable).

☑    Plaintiff reserves right to supplement additional documentation.

DMingo-PFS-000019

## X.  DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, information and belief formed after due diligence and reasonable inquiry, that I have supplied all the documents requested in Part IX of this Plaintiff Fact Sheet, to the extent that such documents are in my possession or in the possession of my lawyers, and that I have supplied the Authorizations attached to this declaration.

| Signature | Andy D. Birchfield, Jr. | Date | 10/6/15 |
|-----------|--------------------------|------|---------|

DMingo-PFS-000020

19. Copies of all records of any other expenses allegedly incurred as a result of the injuries alleged in the complaint.  Yes ☐   No ☒

20. Copies of any writings comprising or relating to any public statements made by you relating to this litigation in your possession. Yes ☐   No ☒

21. Copies of letters testamentary or letters of administration relating to your status as plaintiff (if applicable). Yes ☐   No ☒

22. Decedent's death certificate and autopsy report (if applicable). Yes ☐   No ☒

23. All bankruptcy petitions and orders of discharge (if applicable) for all bankruptcy claims made by you or your spouse since the date of your first ingestion of Xarelto. Yes ☐   No ☒

24. Signed authorizations in the forms attached hereto (where applicable).

## X.   DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, information and belief formed after due diligence and reasonable inquiry, that I have supplied all the documents requested in Part IX of this Plaintiff Fact Sheet, to the extent that such documents are in my possession or in the possession of my lawyers, and that I have supplied the Authorizations attached to this declaration.

_Dora Mingo_                                    _9/22/15_
Signature                                              Date

79727246.2

20

DMingo-PFS-000021