**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN)              MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                          SECTION L

THIS DOCUMENT RELATES TO:                 JUDGE ELDON E. FALLON

                                          MAGISTRATE NORTH

Dora Mingo, et al. v. Janssen
Research & Development, et al.
Case No. 2:15-cv-03469


# EXHIBITS 4-6


## TO DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE EXPERT
## OPINIONS AND TESTIMONY OF PLAINTIFF'S
## <u>CASE-SPECIFIC EXPERT DR. HENRY RINDER</u>


# FILED UNDER SEAL