Protected - Subject to Further Protective Review

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
                                       MDL No. 2592
 3
     IN RE: XARELTO
 4   (RIVAROXABAN)                     SECTION L
     PRODUCTS LIABILITY
 5   LITIGATION
                                       JUDGE ELDON E. FALLON
 6
                                       MAG. JUDGE NORTH
 7
     THIS DOCUMENT RELATES TO:
 8   Dora Mingo v. Janssen Research &
     Development, et al.;
 9   Civil Case No: 2:15-cv-03469
10
     PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
11
12
           *****************************************
13
              VIDEOTAPED DEPOSITION OF DORA MINGO
14
           *****************************************
15
               Taken at Holiday Inn Express
16                    105 Holiday Lane
                 McComb, Mississippi 39648
17               on Monday, June 20, 2016,
           beginning at approximately 9:34 a.m.
18
19         **********************************
20                   ANGELI ENGLISH
21              Shorthand Reporter #1897
22                   Notary Public
23            GOLKOW TECHNOLOGIES, INC.
24       877.370.3377 ph | 917.591.5672 fax
25                 deps@golkow.com
```

```
 1    Xarelto.
 2        Q    Okay.  And so did you change the dosage
 3    on your fact sheet?  Is that what prompted the
 4    update?
 5        A    Yes.
 6        Q    When I --
 7        A    Because -- go on.  Because I was
 8    taking -- when I was -- Lovenox, and it did fine.
 9    My daughter was giving it to me after I had my
10    surgery.  I did fine.
11        Q    Okay.  The Lovenox, Jileta was giving
12    that to you after your hip surgery?
13        A    Yes.  Right.
14        Q    Okay.  And that would have been in --
15        A    That was January.
16        Q    January.  Okay.
17        A    I took it for seven days, seven shots
18    in my stomach.
19        Q    And Jileta gave you that?
20        A    Yes, ma'am.
21        Q    Okay.  I got you.
22        A    Yes, ma'am.
23        Q    And you didn't have any trouble with
24    the Lovenox?
25        A    No, ma'am.
```

Protected - Subject to Further Protective Review

```
 1      A    Yes.
 2      Q    -- on the 15th?
 3      A    Yes.
 4      Q    Okay.  Did your doctors order you to
 5  continue taking Xarelto?
 6      A    No.
 7      Q    Okay.  Do you still take aspirin to
 8  this day?
 9      A    Yes, I do.  Yes I do.
10      Q    Did you take aspirin and Lovenox at the
11  same time?
12      A    Yes.
13      Q    Whenever you were taking Lovenox in the
14  seven days?
15      A    Yes.
16      Q    Okay.  Did you develop a DVT while you
17  were on Lovenox?
18      A    No.
19      Q    Okay.  Let's pull up Defendants
20  Exhibit 7, now.
21      A    Where is 7?
22      Q    I'll help you find it.  I think this is
23  it right here?
24      A    That's 7?
25      Q    That's it.  Okay.
```