Protected - Subject to Further Protective Review

```
 1           IN THE UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  XARELTO (RIVAROXABAN)     MDL NO. 2592
     PRODUCTS LIABILITY LITIGATION
 5
                                       SECTION L
 6
                                   JUDGE ELDON E. FALLON
 7                                 MAG. JUDGE NORTH
 8   **************************************************
      PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
 9
     This Document Relates To:
10    Dora Mingo v. Janssen Research &
11    Development, et al.
12    Civil Case No. 2:15-cv-03469
13
14
15      ***********************************************
     VIDEOTAPED DEPOSITION OF RENIE ARMSTRONG JORDON, M.D.
16      ***********************************************
17            Taken at Holiday Inn Express
                   105 Holiday Lane,
18              McComb, Mississippi,
                  August 12, 2016,
19      beginning at approximately 12:40 p.m.
20
21
22         ***********************************
                 AMY M. KEY, RPR, CSR
23                  Notary Public
24
25
```

Protected - Subject to Further Protective Review

1    yeah.

2        Q.   So in the emergency room the day before,
3    on January 22nd, she was started on Lovenox and
4    Coumadin; is that correct?
5        A.   That is correct.
6        Q.   And what's the reason that she would have
7    been started on Lovenox and Coumadin?
8        A.   Well, Lovenox works quickly.  It's
9    short-term coverage to prevent for the clot.  The
10   clot that was there is going to be there.  Nothing
11   is going to happen to that one.  And the Coumadin is
12   to prevent further clot.  The Coumadin takes three
13   or four days before it kicks in the system before it
14   becomes therapeutic, so she will need coverage
15   during that time.
16            So if she had remained on Lovenox and
17   Coumadin, she would have been in the hospital four
18   or five days, whenever.
19       Q.   And so after evaluating her, you decided
20   or you determined that she needed to continue on
21   anticoagulation therapy; is that correct?
22       A.   Yeah.
23       Q.   And so I want to focus -- I know you
24   mentioned it briefly for a second.  I want to focus
25   on what led to Ms. Mingo being switched to Xarelto.

1      So before you prescribed Xarelto to
2  Ms. Mingo, did you perform a risk and benefit
3  analysis?
4      A.   I usually discuss with the patient --
5  there are a number of factors.  There is cost,
6  hospitalization, whether they can follow up if they
7  are going to be on Coumadin as an outpatient.
8  There's frequent checks, frequent office visits and
9  all of that.  And this is explained to them.
10          And what's usually explained to them is
11  that, look, we can either go one route.  We can go
12  Lovenox and Coumadin.  And then after that you will
13  be on the medication for six to nine months.  There
14  will be frequent office visits.  And you can remain
15  in the hospital three or four days until the
16  Coumadin becomes therapeutic.
17          And then there's a series of new drugs,
18  you know, including Pradaxa and Eliquis.  In this
19  case, I chose Xarelto, where, you know, once you
20  take the drug, it's claimed that 30 minutes to an
21  hour after you take the first drug you're basically
22  anticoagulated.  You don't need to be hospitalized.
23  And post-hospital visits in the clinic is routine.
24  You don't have to come to check anything.
25          And most patients opt for the convenience

Protected - Subject to Further Protective Review

1  of not checking. And they're the one who made the
2  choice of which road they want to go. And,
3  apparently, in this case, it was decided that she
4  would go on Xarelto.
5      Q. So you would have walked through all the
6  different factors with her, what warfarin and
7  Lovenox would include and require and Xarelto. You
8  walked through both sets of factors, correct?
9      A. Right.
10     Q. And did you also discuss with her the
11 risks of Xarelto?
12     A. Yes. That is one of the main things.
13 Because in all these new -- new anticoagulants on
14 the market, you tell the patients.
15         Now, the package insert, the TV ads, you
16 know, they claim that these drugs are superior to
17 warfarin, not only the risk of bleed, but there's
18 cerebral bleed, GI bleed. The risk is either
19 equivalent or less. And then, as I said, the
20 convenience that you don't have to test after you
21 take the drug.
22         And, as I said, you know, most patients
23 after digesting that information make the case that
24 they want to go on that product, yeah.
25     Q. So before you would have prescribed

Protected - Subject to Further Protective Review

1  taking these medications."
2      A.   Yeah.  When she was discharged, Dr. --
3  this is Dr. Zevallos stopped her aspirin.
4      Q.   And would you agree with me that if
5  someone was taking both aspirin and Xarelto at the
6  same time, that their risk of bleeding would be
7  increased even further with those two medications?
8           MR. VANZANDT:  Object to form.
9           THE WITNESS:  No.  You prefaced the
10      question -- it's not unusual for them to be
11      combined.  There's nothing that says the risk
12      of bleeding -- yeah, there's a heightened
13      risk of bleeding, but it's not uncommon
14      because they do different things.
15  BY MS. PRUITT:
16      Q.   Right.
17      A.   Yes.
18      Q.   In other words, would it be fair to say
19  they're prescribed together, but it may increase the
20  risk of bleeding slightly?
21      A.   Slightly, yes.
22           MR. VANZANDT:  Object to form.
23           THE WITNESS:  I will agree with that,
24      yes.
25  BY MS. PRUITT:

Protected - Subject to Further Protective Review

1  A.  No.  I just perused the chart to see what
2  was the complication she suffered and what was done,
3  you know, and I pulled up the GI notes to see what
4  they found, yeah.
5      Q.  And would you defer to her treating
6  gastroenterologist, Dr. Keith, as to what may have
7  caused her bleed when she went back to the
8  hospital --
9          MR. VANZANDT:  Object to form.
10 BY MS. PRUITT:
11     Q.  -- in 2015?
12     A.  Well, I can only say what the chart said.
13 He said she had an antral gastric ulcer of
14 4 millimeters, something like that, that he had to
15 cauterize, yes.
16     Q.  And if Dr. Keith has testified under oath
17 that it's his opinion that the aspirin is what
18 caused her to develop the ulcer, would you have any
19 reason to disagree with that?
20         MR. VANZANDT:  Object to form.
21         THE WITNESS:  That would be speculative.
22    I don't know what caused her ulcer.  It's one
23    of the reasons it could be, but I don't know.
24 BY MS. PRUITT:
25     Q.  Whenever you prevent the formation of