Protected - Subject to Further Protective Review

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3

 4
    IN RE: XARELTO (RIVAROXABAN)MDL NO. 2592
 5  PRODUCTS LIABILITY
    LITIGATION                      SECTION L
 6
                                    JUDGE ELDON E. FALLON
 7
                                    MAG. JUDGE NORTH
 8

 9  ***************************************************
10  THIS DOCUMENT RELATES TO:
11  Dora Mingo v. Janssen Research &
    Development, et al;
12
    Civil Case No. 2:15-cv-03469
13
14  PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
15                       *******
16                  EXPERT DEPOSITION
                           OF
17             STEPHEN P. KEITH, M.D.,
             taken at Holiday Inn Express,
18                 105 Holiday Lane,
                 McComb, Mississippi
19           on Thursday, August 11, 2016,
         beginning at approximately 8:03 a.m.
20
21
         ***************************************
22
               Angela Dawn Dillard, CSR
23        Certified Shorthand Reporter, #1763
24
25
```

```
 1   but --
 2        Q.   But it is a history?
 3        A.   -- it -- it's been, correct.  It's an
 4   historical issue for her, yes.
 5        Q.   And it looks like she was on
 6   medications, looks like ---
 7        A.   She was on iron, yes.
 8        Q.   Yeah, that was --
 9        A.   Right.
10        Q.   She had been on iron for some time.
11   What other medications was she on?  Aspirin,
12   Xarelto?
13        A.   She was on Xarelto, Lortab, Xanax,
14   potassium supplement, Lasix, a vitamin D,
15   metformin, Lovastatin, Chlorcon.  And I've got
16   Lasix twice in there.
17        Q.   Okay.
18        A.   Azor, Aspirin, alprazolam, which is also
19   Xanax.
20        Q.   And the Aspirin and the Xarelto also had
21   a -- is known risk -- a known potential risk, the
22   risk of bleeding?
23        A.   Yes.
24        Q.   And specifically the risk of GI
25   bleeding, correct?
```

1  well.
2      Q.   Okay.  And in Mrs. Mingo's case --
3      A.   Uh-huh (affirmative).
4      Q.   -- what did you see?
5      A.   Let's see, the esophagus was essentially
6  normal.  There was no evidence for bleeding in
7  the esophagus.  She did have a small hernia,
8  which was really clinically insignificant in this
9  situation.  And so the top of the stomach --
10     Q.   Is that the fundus?
11     A.   Yes, cardia and fundus, and then the
12 body were inspected.  And there was an ulcer seen
13 in the fundus actually, which is high up in the
14 stomach.
15     Q.   Okay.
16     A.   And there was some oozing, which is, you
17 know, some bleeding occurring from that ulcer,
18 but not aggressively, not like a -- an active
19 arterial stream, this was just an oozing ulcer.
20     Q.   And what did you do?
21     A.   Therapeutically initially, ablation with
22 APC means to burn that vessel with a, you know,
23 argon gas, therapeutic heat essentially.
24          And then two modalities tend to be
25 better than one in a situation where there's

Protected - Subject to Further Protective Review

```
 1      Q.   -- for her severe anemia?
 2      A.   Correct.
 3      Q.   She's still having problems with the
 4  anemia?
 5      A.   Yeah, it's going to take time for that
 6  to resolve though.
 7      Q.   Okay.
 8      A.   I mean, she's still anemic leaving the
 9  hospital, but she's in a reasonable range though.
10  But, you know, she's on iron and that gives time
11  for the --
12      Q.   Okay.
13      A.   -- the bone marrow to make red cells,
14  and that anemia will gradually correct though.
15  But, you know, as long as their transfused,
16  somewhere in that range, then that's fine to
17  leave the hospital then.
18      Q.   Under etiology it says PUD, peptic ulcer
19  disease?
20      A.   Uh-huh (affirmative).
21      Q.   And etiology means the cause of --
22      A.   Correct, yeah, the underlying cause.
23      Q.   And that was a question I had.  What is
24  causing her anemia?
25      A.   That blood loss from the ulcer.
```

Protected - Subject to Further Protective Review

```
 1      Q.   And is the -- did the Xarelto cause the
 2   anemia?
 3      A.   No.
 4      Q.   Okay.
 5      A.   It -- it caused her to bleed more, but
 6   not to cause the ulcer though.
 7      Q.   Thank you.
 8      A.   I mean, just like if you cut your hand
 9   and you're on an anticoagulant, you're going to
10   bleed more than if you weren't on an
11   anticoagulant, but it doesn't -- didn't cause the
12   cut though.
13      Q.   Because the anticoagulant is doing its
14   job?
15      A.   Right.
16      Q.   I mean, you're supposed to --
17      A.   Yeah, you're supposed to bleed, that's
18   right.  It doesn't cause you to bleed, it just
19   causes you to bleed more.
20           I mean, the only time you'll have
21   bleeding with an anticoagulant is if you're super
22   therapeutic, then you can have spontaneous
23   bleeding then but, you know, so that's more --
24   that's typically the case we've seen with
25   Coumadin.  If someone's INR is really high then
```

Protected - Subject to Further Protective Review

1       A.    Can't say that there would be any
2   difference really, no.
3   BY MS. MOORE:
4       Q.    Okay.  And along those lines, you can't
5   say, even if she hadn't been on any
6   anticoagulant, given her Aspirin history or use
7   of Aspirin she still could have experienced that
8   GI bleed, correct?
9       A.    Yes.
10      Q.    Dr. Jordan prescribed the FDA approved
11  dose for Ms. Mingo.
12      A.    Uh-huh (affirmative).
13      Q.    You're not questioning the dose or his
14  prescription for Ms. Mingo, correct?
15      A.    No.
16      Q.    And you've not seen any evidence that
17  her -- her being Ms. Mingo's -- creatinine
18  clearance was ever less than 30, correct?
19      A.    No.
20      Q.    That's all the questions except for --
21  that's all the questions I have for now.  Thank
22  you so much.
23      A.    Sure thing.
24      Q.    I may come back in a few minutes.
25                     EXAMINATION

1  a drug like Xarelto wouldn't initiate a bleed?
2      A.   I think any drug like Xarelto can cause
3  spontaneous bleeding if it's super therapeutic.
4      Q.   What do you mean by that?
5      A.   You see it more with Coumadin.
6      Q.   What do you mean by super therapeutic?
7      A.   Super therapeutic, if someone has an INR
8  of 10 to 20, somewhere in that range.  Super
9  therapeutic is significantly above the desired
10  therapeutic range.
11     Q.   Okay.
12     A.   So once that gets up into that range
13  then there can be spontaneous bleeding like
14  you've said in healthy tissue as well.
15     Q.   Okay.  And if a person is overly
16  anticoagulated on Xarelto that can certainly
17  exacerbate a bleed from say an ulcer, correct?
18     A.   Correct.  Yes, that's fair to say.
19     Q.   And you're not testifying today are you
20  that you hold the opinion that Xarelto had
21  nothing to do with the extent of her bleeding on
22  February 12, 2015 and February 13, 2015 are you?
23          MS. MOORE:  Object to the form of the
24    question.
25     A.   I would say that as opposed to her not

```
 1   being on the Xarelto --
 2        Q.   Yes.
 3        A.   -- she would have bled more being on the
 4   Xarelto.
 5        Q.   She would -- okay.  Explain again what
 6   you mean by that.
 7        A.   Well, the presence of Xarelto means that
 8   she would have bled more than if she had not been
 9   on the Xarelto.
10        Q.   And, in fact, see did; is that right?
11        A.   Yes.  Well --
12             MS. MOORE:  Object to the form of the
13    question.  You may respond.
14        A.   To what extent she would have bled not
15   being on Xarelto I don't know, but because she
16   was also on Aspirin, it's a contributing factor,
17   and she's got platelet intake -- platelet
18   antagonism on board, so I don't know how much
19   that contributed but it's a factor certainly.
20   BY MR. BYRNE:
21        Q.   The procedure that you performed on
22   February 13, 2015, in your opinion, was that a
23   reasonable and medical necessary procedure?
24        A.   In that situation, yes, very reasonable.
25        Q.   Okay.  Had you not performed that
```