# Expert Report of Vince Herrin, M.D.

## Xarelto Litigation

*Mingo v. Janssen, et al.*; Case No. 2:15-cv-3469

_____        _____06 Jan 17_____
Vincent E. Herrin, MD, FACP                                    Date

I am Professor of Medicine in the Division of Hematology and Medical Oncology and the Director of the Medicine Residency Program at the University of Mississippi Medical Center.  I am a native Mississippian.  I graduated from Mississippi College in 1990 and from the University of Mississippi School of Medicine in 1994.  I then completed an internship and residency in internal medicine at UMMC in 1997 and a fellowship in hematology/oncology at UMMC in 2000.  Between 2000 and 2005, I was on active duty with the Medical Corps of the United States Navy.  Since 2005, I have been on faculty at UMMC.  I am board certified in internal medicine, hematology, and oncology.  Further information regarding my background and qualifications are included in my CV, which is attached as Exhibit A.

I have reviewed the laboratory records of Ms. Dora Mingo and the corresponding medical records.  In assessing her medical condition, I used the same methods that I use in my practice as a hematologist.  I have formed my opinions based on my education, expertise, training in internal medicine and hematology, and literature listed in Exhibit B.  The opinions reached and expressed in this report, I hold to a reasonable degree of medical certainty.  I reserve the right to amend my opinions if I am presented with additional relevant information.

Over the 2014-2015 time period, Ms. Mingo had laboratory blood testing on several occasions, including Complete Blood Count (CBC) tests.  CBC tests measure components in the blood, such as red blood cells (RBCs), white blood cells (WBCs) and platelets, and also includes various markers for anemia such as hemoglobin (Hgb), hematocrit (Hct), red blood cell distribution width (RDW) and mean corpuscular volume (MCV). As such, the CBC test provides useful information for diagnosing and treating anemia.

Anemia occurs when you have a lower than normal amount of RBCs in the blood.  There are various types of anemia and these are all confirmed with a CBC test.  A low level of hemoglobin is a sign of anemia.  Hemoglobin is found in RBCs and is the carrier for oxygen as it is delivered to the body.  Iron is a key component in hemoglobin and thus is important in the blood's function of transporting oxygen from the lungs to the rest of the body.  One cause of a low hemoglobin is a deficiency of iron, i.e. iron deficiency anemia occurs when the body does not have enough iron to produce hemoglobin.

Hematocrit is a measure of the concentration of RBCs in the blood.  When a patient's hematocrit is low, it means that he/she does not have adequate red blood cell concentration. The CBC test also measures the average size of RBCs by a value known as the mean corpuscular volume (MCV) and red blood cell distribution width (RDW), which measures variation in RBC size.  The size of mature RBCs is typically fairly consistent, while immature RBCs are larger.  For example, an increased variation in RBC size, and thus higher RDW, in the blood could occur when the bone marrow is rapidly producing new RBCs to replace those that have been lost (e.g., due to a bleed).   Or, once storage iron is gone the newly produced RBC's are smaller because they contain less hemoglobin; as such, a high RDW is often the earliest marker of anemia and, in some instances, may be the first indication that a patient is experiencing bleeding.  This, in time, is often followed by drops in the patient's hemoglobin and hematocrit.

Blood loss is a cause of iron deficiency anemia because when you lose blood, you necessarily lose iron.  Women are much more likely to have iron deficiency anemia due to blood loss that occurs due to pregnancy, menstrual bleeding and uterine fibroids. Pregnant women, for example, require greater amounts of blood to support the fetus and, therefore, experience iron deficiency anemia with much more frequency.  Mild iron deficiency anemia may go unnoticed and often goes undiagnosed, but as the body becomes more deficient in iron, a patient's symptoms of anemia worsen, including extreme

fatigue, weakness, shortness of breath or fast heartbeat and cold hands and feet. Slow, chronic blood loss within the body, such as from a gastritis, a peptic ulcer or colorectal cancer, can cause iron deficiency anemia. Also, the regular use of nonsteroidal anti-inflammatory drugs, especially aspirin, has been shown to cause gastrointestinal bleeding.

Analysis of Ms. Mingo's Hematology History

Ms. Dora Mingo was diagnosed with a gastrointestinal bleed on February 13, 2015. However, her laboratory values and corresponding medical records during the time preceding this diagnosis indicate that she likely had been slowly bleeding for some time. I have compiled the following chart to illustrate the changes in Ms. Mingo's hematologic parameters. I have bolded those values that were abnormal or otherwise indicative of anemia and tend to show support for my opinions in this case.

| Date | Hgb | Hct | RDW/RDW SD | MCV |
|---|---|---|---|---|
| 5/28/13 | **11.7** [12.0-16.0] | 36.9 [36-48] | 16.3 [11.5-16.0] | 87.9 [78-102] |
| 9/14/13 | 12.5 [11.6-15.2] | 39.5 [34.4-46.4] | 15.9 [11.0-15.0] | 85.5 [78-98] |
| 3/10/14 | 12.6 [12.0-16.0[ | 40.1 [36-48] | 15.9 [11.5-16.0] | 85.1 [78-102] |
| 6/16/14 | 12.6 [11.4-15.0] | 39.7 [33.0-45.0] | 15.4 [11.0-15.4] | 83.8 [80-98] |
| 12/4/14 | 13.1 [12.0-16.0] | 42.0 [36-48] | **16.8** [11.5-16.0] | 86.8 [78-102] |
| 12/29/14 | 12.6 [12.0-16.0] | 39.6 [37.0-47.0] | **48.5** [36.4-46.3] | 86.3 [77-99] |
| 1/06/15 ORTHOPEDIC SURGERY | | | | |
| 1/07/15 | **10.2** [12.0-16.0] | **30.9** [37.0-47.0] | 45.8 [36.4-46.3] | 84.9 [77-99] |
| 1/08/15 | **9.7** [12.0-16.0] | **28.7** [37.0-47.0] | 45.4 [36.4-46.3] | 83.7 [77-99] |
| 1/09/15 | **8.7** [12.0-16.0] | **26.4** [37.0-47.0] | 45.6 [36.4-46.3] | 84.3 [77-99] |
| 1/22/16 DVT DIAGNOSIS | | | | |
| 1/22/15 | **11.2** [11.6-15.2] | 35.2 [34.4-46.4] | 15.4 [11.0-15.0] | 84.2 [78-98] |
| 1/23/16 XARELTO PRESCRIPTION | | | | |
| 2/2/15 | **8.6** [11.2-15.2] | **27.2** [34.0-45.6] | 15.2 [11.6-15.2] | 84.2 [81.4-95] |
| 2/3/15 | **8.2** [12.0-16.0] | **27.8** [36-48] | 15.5 [11.5-16.0] | 88.0 [78-102] |
| 2/12/15 | **5.8** [12.0-16.0] | **19.8** [36-48] | 15.7 [11.5-16.0] | 82.2 [78-102] |
| 2/13/15 | **6.4** [11.6-15.2] | **20.0** [34.4-48.4] | 16.2 [11.0-15.0] | 81.5 [78-98] |
| 2/14/15 | **9.8** [11.6-15.2] | **29.4** [34.4-48.4] | 15.7 [11.0-15.0] | 85.0 [78-98] |

| | | | | |
|---|---|---|---|---|
| 2/15/15 | 9.9 [11.6-15.2] | 29.8 [34.4-48.4] | **16.1 [11.0-15.0]** | 83.8 [78-98] |
| 2/19/15 | **11.1 [11.6-15.2]** | **34.5 [34.4-46.4]** | **15.8 [11.0-15.0]** | 85.2 [78-98] |
| 2/26/15 | 11.6 [11.6-15.2] | 35.7 [34.4-46.4] | **16.6 [11.0-15.0]** | 84.0 [78-98] |
| 3/9/15 | 11.7 [11.6-15.2] | 35.2 [34.4-46.4] | **17.5 [11.0-15.0]** | 82.8 [78-98] |
| 3/30/15 | **11.5 [11.6-15.2]** | 36.6 [34.4-46.4] | **18.8 [11.0-15.0]** | 81.0 [78-98] |
| 7/6/15 | 13.1 [11.6-15.2] | 40.9 [34.4-46.4] | **17.5 [11.0-15.0]** | 81.6 [78-98] |
| 12/21/15 | 14.4 [11.7-15.5] | 46.5 [35.0-45.0] | **16.0 [11.0-15.0]** | 88.0 [80-100] |
| 1/19/16 | 13.0 [11.6-15.2] | 40.2 [34.4-46.4] | **14.8 [11.0-15.0]** | 83.7 [78-98] |
| 2/1/16 | 13.0 [11.6-15.2] | 41.5 [34.4-46.4] | **14.9 [11.0-15.0]** | 84.0 [78-98] |
| 2/2/16 | 13.8 [12.0-16.0] | 43.8 [37.4-48.3] | **51.6 [38.6-53.6]** | 87.1 [81-102] |
| 2/15/16 | 14.6 [11.6-15.2] | **47.5 [34.4-46.4]** | 15.3 [11.0-15.0] | 85.0 [78-98] |

It is my opinion to a reasonable degree of medical certainty that Ms. Mingo was showing signs and symptoms of anemia before her orthopedic surgery on 1/6/2015. I agree with Ms. Mingo's treating gastroenterologist's records that, based on treatment, testing and follow-up evaluations of Ms. Mingo, conclude she had chronic anemia due to peptic ulcer disease. Based on my review of Ms. Mingo's hematology history and corresponding medical records, the evidence strongly suggests that this is a patient who most likely suffered from a slow, occult bleed as a result of peptic ulcer disease that pre-dated her use of Xarelto.

Records indicate that Ms. Mingo was diagnosed with anemia on August 20, 2013, which appears to be based on the results of a May 2013 lab showing a low hemoglobin of 11.7 and an elevated RDW of 16.3. Pharmacy records show only one prescription for ferrous sulfate (Iron 325 mg) before she had the gastrointestinal bleed, and it was dispensed on December 20, 2014. Prior medical records do not indicate a prescription for ferrous sulfate or any recommendation for Ms. Mingo to take an iron supplement. Nor is iron listed as a current medication in Ms. Mingo's medical records until a pre-operative orthopedic evaluation record dated December 29, 2014, before Ms. Mingo underwent a total hip replacement on January 6, 2015. Any tarry or black stools that Ms. Mingo experienced after her surgery she attributed to taking iron pills. Notably, when Ms. Mingo presented with the gastrointestinal bleed and severe anemia on 2/13/2015, the ER Physician documented that Ms. Mingo reported having black stools as of 1/9/15, but that she related it to taking the iron pills.

On 12/4/14, although Ms. Mingo's hemoglobin and hematocrit were within normal limits, her RDW was high at 16.8 [reference range 11.5-16.0]. As described above, this is often the first sign of impending

4

anemia, as it represents an abnormality in red cell production.  Three weeks later, on 12/29/14, her hemoglobin had dropped from 13.1 to 12.6, but was still within the normal range.  Her hematocrit had dropped from 42.0 to 39.6 during this same time period, but was also still in the normal range.  Her RDW remained high at 48.5 [reference range 36.4-46.3].

On 1/6/15, Ms. Mingo's anemia was exacerbated by total hip replacement surgery. Her hemoglobin value decreased from 10.2 on 1/7/15 to 8.7 on 1/9/15, and from a hematocrit value of 30.9 on 1/7/15 to 26.4 on 1/9/15.  Although the trend downward in hemoglobin and hematocrit can be attributed to the surgery itself, it might not completely explain the significant drop in Ms. Mingo's hemoglobin and hematocrit as compared to her baseline values. This, coupled with earlier elevated RDW, could suggest that Ms. Mingo was experiencing a slow bleed from a source other than the surgical site.

Notably, Ms. Mingo was administered Lovenox in the hospital on 1/7/15, 1/8/15 and 1/9/2015, and at discharge was prescribed Lovenox injections for seven days.  Lovenox is an aqueous solution containing enoxaparin sodium, a low molecular weight heparin. Enoxaparin is an anticoagulant often used in the hospital to treat or prevent a type of blood clot called deep vein thrombosis (DVT), which is well known to occur after a hip or knee replacement surgery.

Ms. Mingo's hemoglobin and hematocrit rebounded slightly following the discontinued use of Lovenox on or around 1/16/15. On 1/22/15, her hemoglobin and hematocrit were 11.2 and 35.2, respectively.  On this same date, Ms. Mingo was diagnosed with DVT and prescribed Xarelto 15mg to treat this condition and prevent the recurrence of future blood clots.  Once again, Ms. Mingo's anemia became worse while on anticoagulation therapy.

Anticoagulants like Xarelto do not cause blood loss or anemia.  However, if a bleeding injury is already present, such as a gastric or peptic ulcer, the use of anticoagulants, especially when used in conjunction with aspirin, interferes with the body's natural ability to clot off the injury to stop the bleeding.

I have reviewed the expert report submitted by Dr. Henry Rinder in this case and, based on my background, education and training and experience in the field of hematology, disagree with his opinions as follows.

> (1) I can state to a reasonable degree of medical certainty that Ms. Mingo's ulcer was the anatomic etiology of her GI bleed that was diagnosed on 2/13/15.  All anticoagulants can exacerbate a pre-existing bleeding tendency, but Xarelto was not a probable or proximate cause of the ulcer and thus was not the underlying genesis of the bleed.  Patients with bleeding ulcers very often require blood transfusions due to bleeding, so it cannot be concluded that Xarelto was the basis for Ms. Mingo needing a blood transfusion.  Xarelto does not cause stomach ulcers or peptic ulcer disease like that which was discovered to have been the source of Ms. Mingo's bleed.  No medical literature exists to lend any support for a theory that a novel oral anticoagulant causes ulcerations of the stomach or duodenal tissues. For the reasons stated above, and based on a reasonable degree of medical certainty, I am of the opinion that Ms. Mingo's peptic ulcer disease was diagnosed because of her hip surgery and subsequent need for anticoagulation, and was likely caused by her chronic use of aspirin and other NSAIDs.  If Ms. Mingo was in fact already bleeding before the time of her surgery, but had never been prescribed an anticoagulant, that ulcer would have likely continued to go undiagnosed as an occult bleed.  The absence of anticoagulation therapy following total hip replacement surgery

would have placed Ms. Mingo at high risk for DVT. The absence of anticoagulation therapy following the diagnosis of DVT on 1/22/15, would have placed Ms. Mingo at high risk for recurrent DVT or even death from pulmonary embolism.

(2)     Neither aspirin use nor chronic NSAID use can be ruled out as a cause or contributing factor to the bleed on 2/13/15. Peer-reviewed literature supports my opinion that aspirin and non-steroidal medications are known separate and independent causes of gastric ulcers, such as the oozing ulcer discovered by EGD of Ms. Mingo on 2/13/15.

(3)     PT does not provide a reliable measure whatsoever of the amount of exposure to Xarelto in any given patient or at any given point in time during his/her anticoagulation therapy. If there is any evidence of a direct relationship between PT and plasma concentration, it has not been determined to generate reliable information for the care and treatment of any particular patient taking Xarelto, much less at any given point in time during therapeutic use of Xarelto. PT is not used within the medical community as a means of determining the degree of coagulation or anticoagulation of any particular patient taking Xarelto or any other novel oral anticoagulant. To my knowledge, there is no reason to test or assess for plasma concentrations in Xarelto patients.

My fees are $300/hour for legal review and $500/hour for deposition. I have not testified in the past four years.