Protected - Subject to Further Protective Review

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------§
IN RE:  XARELTO (RIVAROXABAN)      § MDL NO. 2592
PRODUCTS LIABILITY LITIGATION      §
                                   § SECTION L
                                   §
THIS DOCUMENT RELATES TO:          § MAG. JUDGE NORTH
DORA MINGO, NO. 15-03469           §
                                   §
_____§
```
- - -

- - -

FRIDAY, FEBRUARY 10, 2017

- - -

PROTECTED - SUBJECT TO FURTHER
PROTECTIVE REVIEW
- - -

      Videotaped deposition of ALAN JONES, M.D., held at Bradley, Arant, Boult, Cummings, One Jackson Place, 188 East Capitol Street, Suite 400, Jackson, Mississippi, commencing at 7:11 a.m., on the above date, before Kelly J. Lawton, Registered Professional Reporter, Licensed Court Reporter, and Certified Court Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Protected - Subject to Further Protective Review

Page 185

1        pharmacokinetics, but, you know, a rough
2        estimate, I would say perhaps maybe the 11th,
3        maybe the 12th.
4   BY MR. HONNOLD:
5        Q.   And why it is that you say that?
6        A.   Just by that time she would have had the
7   opportunity to cycle through several half-lives, and
8   so the -- the intended effect would be negligent,
9   nil, or close to that.
10       Q.   On the bottom of Page 14, you say that you
11  disagree with -- with Dr. Rinder's opinion that
12  aspirin can be ruled out as a cause of Ms. Mingo's
13  gastrointestinal bleed.
14            Do you see that --
15       A.   Yes.
16       Q.   -- at the bottom of Page 14?
17            And so when you say that -- that it's
18  impossible to rule something out, clinically, what
19  does that -- what does that mean, the mere fact it's
20  impossible to rule something out?  What . . .
21       A.   Well, number one, when you're taking two
22  medications that effect the coagulation system in
23  two -- two different mechanisms, there would be no
24  way to assign the relative contribution of each of
25  those medicines to the event at hand, the bleed at

Protected - Subject to Further Protective Review

Page 186

1  hand.  So you can't -- by virtue of that, you can't
2  rule out that there was no contribution of aspirin.
3  That's one thing.
4            The second is part of his -- in his report,
5  part of his decision-making is that she had taken
6  aspirin prior to her hip surgery and had never been
7  diagnosed with a GI bleed.  And then after she was
8  taken off the Xarelto and continued on the aspirin,
9  she didn't have a GI bleed or had not since been
10 diagnosed with a GI bleed.
11           And I think that the fault in that theory is
12 that she, in the interval, had an argon ablation and
13 hemoclip placed in the area that was potentially
14 going to bleed, and, therefore, that is what stopped
15 the future bleeding from occurring, not the fact that
16 she continued aspirin and didn't have bleeding.
17           So it's too much confounding to assign any
18 type of contribution of aspirin or lack of
19 contribution of aspirin to the bleeding.
20      Q.   So on Page 15, in the -- in the last sentence
21 of that main paragraph on Page 15 you say, quote:
22 The GI intervention was the reason for no further
23 bleeding and serves to highlight the fact the aspirin
24 cannot be ruled out as a culprit in the bleeding
25 using this evidence relied upon by Dr. Rinder.