Protected - Subject to Further Protective Review

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   XARELTO (RIVAROXABAN)   § MDL NO. 2591
PRODUCTS LIABILITY LITIGATION    §
                                 § SECTION L
                                 §
THIS DOCUMENT RELATES TO:        § MAG. JUDGE NORTH
DORA MINGO, NO. 15-03469         §
                                 §
                                 §

- - -

- - -

WEDNESDAY, FEBRUARY 8, 2017

- - -

PROTECTED - SUBJECT TO FURTHER

PROTECTIVE REVIEW

- - -

    Videotaped deposition of VINCENT E. HERRIN, M.D., held at Bradley, Arant, Boult, Cummings, One Jackson Place, 188 East Capitol Street, Suite 400, Jackson, Mississippi, commencing at 11:09 a.m., on the above date, before Kelly J. Lawton, Registered Professional Reporter, Licensed Court Reporter, and Certified Court Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Golkow Technologies, Inc. - 1.877.370.DEPS

Protected - Subject to Further Protective Review

Page 10

1  It's possible that any anticoagulant can contribute
2  to worsening of bleeding, certainly.
3      Q.   And I understand that and I appreciate that
4  distinction about the 100 percent.
5           Would you agree with me it's more likely than
6  not that her exposure to Xarelto exacerbated her
7  underlying GI bleed?
8      A.   It's possible that Xarelto made her bleeding
9  worse.
10     Q.   Okay.  And I -- and I -- again, I agree lots
11 of things in life are possible.  But in -- in legal
12 terms, we need to talk in probabilities.  Do you
13 think it's more likely than not?
14     A.   It's -- it's --
15          MS. WAY:  Object to the form of the question.
16          THE WITNESS:  It's truly impossible to know
17     the -- the contribution of Aspirin versus the --
18     the contribution of Xarelto.
19 BY MR. McWILLIAMS:
20     Q.   Okay.  But she had no history of -- of
21 requiring hospitalization in an intensive care unit
22 or transfusion whenever she was just on Aspirin;
23 correct?
24     A.   That's true.  She was never on both at the
25 same time, and she was never just on Xarelto.  So