**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE:  XARELTO (RIVAROXABAN)**          **MDL No. 2592**
**PRODUCTS LIABILITY LITIGATION**

                                                                **SECTION L**

**THIS DOCUMENT RELATES TO:**               **JUDGE ELDON E. FALLON**

                                                                **MAGISTRATE NORTH**

**Dora Mingo, et al. v. Janssen**
**Research & Development, et al.**
**Case No. 2:15-cv-03469**


**EXHIBITS 4-6**


**TO DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE EXPERT**
**OPINIONS AND TESTIMONY OF PLAINTIFF'S**
**CASE-SPECIFIC EXPERT DR. HENRY RINDER**


# FILED UNDER SEAL