**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO PRODUCTS LIABILITY LITIGATION

MDL

NO. 2592

REF: C.A. 15-3708 – Orr, et al v. Janssen, et al

SECTION: L (5)

O R D E R

      IT IS ORDERED that the clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above numbered and entitled case.

      IT IS FURTHER ORDERED that the clerk pay to The Commerce Restaurant, the sum of $ 124.00, for LUNCH provided for the jury in this matter on June 12, 2017.

      New Orleans, Louisiana, this   12th   day of June, 2017.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**