500 Poydras
Rm 468
J. Fallon  @ 12:00

| | | |
|---|---|---|
| (1) - Chef Salad | 9.75 |
| (1) - Shrimp Garden | 11.25 |
| (2) - Ceasar Salad | 15.50 |
| (1) - Grilled Chicken salad | 10.00 |
| (1) - Sautéed Shrimp Salad | 11.25 |
| (1) - Hot Sausage on Bun | 7.00 |
| (1) - Smoke Sausage on Bun | 7.00 |
| (1) Grilled Chicken on Bun | 8.50 |
| (1) Grilled Chicken on French | 9.50 |
| (2) - Beans w/meat | 18.50 |
| (1) Fries | 3.25 |
| (2) Yam Fries | 7.50 |

total: 119.00
5.00

124.00

MDL 1492

THE COMMERCE RESTAURANT
300 Camp Street
New Orleans, LA 70130
(504) 561-9239

LA 15 3708

CASH RECEIPT

DATE: 6/12/17  PERSONS: ___
SERVER: Casey   AMOUNT: 124.00

Orr, et al ✓   Thank You   Jansson, et al