| Joseph Orr, Jr., et al | VS. | Janssen Research & Development, LLC, et al | DISTRICT COURT Eastern District of Louisiana |
|---|---|---|---|
| PLAINTIFFS' ATTORNEYS Andy Birchfield, Brian Barr, Jerry Meunier, Brad Honnold, Emily Jeffcott | | DEFENDANTS' ATTORNEYS Beth Wilkinson, James Irwin, David Dukes and Lyndsey Boney, IV | DOCKET NUMBER: MDL 2592 REF: 15-3708 |
| | | | TRIAL DATES – May 30, 2017 – June 12, 2017 |
| PRESIDING JUDGE Eldon E. Fallon | | COURT REPORTERS Karen Ibos, Lanie Smith, Toni Tusa, Mary Thompson and Tana Hess | CASE MANAGER: Dean Oser |

# ATTACHED ARE THE TRIAL EXHIBIT LISTS OF BOTH PLAINTIFFS AND DEFENDANTS USED DURING THE TRIAL OF THIS MATTER HELD MAY 30, 2017 THROUGH JUNE 12, 2017