# ADMITTED PLAINTIFF EXHIBITS

| PLAINTIFF EXHIBIT NUMBER | PLAINTIFF RECORD NUMBER | DESCRIPTION | WITNESS |
|---|---|---|---|
| **MAY 30, 2017** | | | |
| PX1 | 132656 | Nessel depo. ex. 69 - 12/19/2011 Email from Gary Peters re : Califf proposal | Christopher Nessel |
| PX2 | 271862 | Nessel depo. ex. 70 - 01/03/2012 Email from Chris Nessel re: ROCKET 2 | Christopher Nessel |
| PX3 | 277764 | Nessel depo. ex. 71 - 01/11/2012 Email from Paul Burton re LCM - J&J pre-meeting | Christopher Nessel |
| **MAY 31, 2017** | | | |
| PX4 | 5767781 | FDA Summary Review 11/04/2011 | Frank Smart |
| PX5 | 5768873 | FDA AdCom Transcript 9/8/2011 | Frank Smart |
| PX6 | 690563 | Attached to 690562, 02/24/2012 Rivaroxaban and Atrial Fibrillation: The Need for ROCKET AF Booster | Frank Smart |
| PX8 | 3674039 | 04/03/2012 Email re: FW: ROCKET AF PK/PD | Frank Smart |
| PX9 | 690562 | Peters depo. ex. 24 - 02/27/2012 Email from Califf attaching ROCKET Booster proposal | Gary Peters |
| PX10 | 690563 | PX 10 is a duplicate of PX 6. Peters depo. ex. 25 - Attached to 690562, 02/24/2012 Rivaroxaban and Atrial Fibrillation: The Need for ROCKET AF Booster | Gary Peters |
| PX11 | 132656 | PX 11 is a duplicate of PX 1. Peters depo. ex. 27 - 12/19/2011 Email from Gary Peters re : Califf proposal | Gary Peters |
| PX12 | 132952 | Peters depo. ex. 28 - 02/28/2012 Email from Gary Peters re: ROCKET Booster proposal from Rob Califf | Gary Peters |
| PX13 | 132953 | Peters depo. ex. 29 - Attached to | Gary Peters |

| | | 132952,  02/28/2012/28/2012 Riva & Atrial Fibrillation: The Need for ROCKET AF Booster (Califf proposal) | |
| PX14 | 307612 | Torr depo. ex. 04 - Joint Steering Committee Meeting Minutes from 06/ 26/ 2016 | Patricia Torr |
| PX15 | 1482662 | Torr depo. ex. 05 – 03/01/2012 Email from Patricia Torr to Nauman Shah Re FW: confidential | Patricia Torr |
| PX16 | 1482663 | Torr depo. ex. 06 – Attached  to 1482662, 02/24/2012 Rivaroxaban and Atrial Fibrillation: The Need for ROCKET AF Booster | Patricia Torr |
| PX17 | 311045 | Torr depo. ex. 07 - 01/10/2012 Email Re RE: LCM - J&J pre-meeting | Patricia Torr |
| PX18 | 2501312 | Torr depo. ex. 08 – 01/10/2012  Email from Patricia Torr to Michael Moye Re Fw: LCM - J&J pre-meeting | Patricia Torr |
| PX19 | 1428185 | Torr depo. ex. 09 – 01/10/2012 Email from Michael Moye to Patricia Torr re RE: LCM - J&J pre-meeting | Patricia Torr |
| PX20 | 259501 | Torr depo. ex. 10 - 01/10/2012 Email from Patricia Torr Re RE: LCM - J&J pre-meeting | Patricia Torr |
| PX21 | 2579936 | Torr depo. ex. 11 - 12/12/2013 Email from Patricia Torr and Rudy Shah Re Re: GDC | Patricia Torr |
| PX22 | 2564466 | Torr depo. ex. 16 –02/24/2014 Email re: MARS background | Patricia Torr |
| PX23 | 2564467 | Torr depo. ex. 17 – Attached to 2564466, 02/24/2014 Powerpoint MARS Background | Patricia Torr |
| **JUNE 1, 2017** | | | |
| PX24 | 4627032 | Glombitza depo. ex. 01 - 12/08/2013 Email from Glombitza to Glombitza re: CV Bernhard Glombitza | Bernhard Glombitza |
| PX25 | 4618416 | Glombitza depo. ex. 02 - 10/24/2011 Resume of Dr. Bernhard Glombitza | Bernhard Glombitza |
| PX26 | 4627314 | Glombitza depo. ex. 04 - | Bernhard Glombitza |

| | | 08/29/2013 Email between Kemal Malik and Glombitza re: OD Decision | |
|---|---|---|---|
| PX27 | 4627316 | Glombitza depo. ex. 05 - 08/29/2013 Email from Glombitza to Malik re: OD Decision | Bernhard Glombitza |
| PX28 | 4627317 | Glombitza depo. ex. 06 - Attached to 4627316,  06/08/2004 "Follow-up Factor Xa Discussion Powerpoint" | Bernhard Glombitza |
| PX29 | 3789131 | Glombitza depo. ex. 07 - 11/02/2014 Email from Glombitza to Berkowitz re: history docs | Bernhard Glombitza |
| PX30 | 3789132 | Glombitza depo. ex. 08 - Attached to 3789131, 11/02/2014 Target Indications | Bernhard Glombitza |
| PX31 | 3789134 | Glombitza depo. ex. 09 - Attached to 3789131, 05/26/2004 Powerpoint re: Factor Xa inhibitor | Bernhard Glombitza |
| PX33 | 1284617 | Glombitza depo. ex. 11 - 05/10/2004 Powerpoint: Bay 59-7939 Factor Xa Inhibitor | Bernhard Glombitza |
| PX34 | 1231088 | Glombitza depo. ex. 12 - 04/26/2006 Email from Glombitza presentation for today's GDC-MC 06:30pm CET | Bernhard Glombitza |
| PX35 | 1231089 | Glombitza depo. ex. 13 - 04/26/2006 Powerpoint: Rivaroxaban GDC-MC presentation | Bernhard Glombitza |
| PX36 | 948640 | Glombitza depo. ex. 14 - 05/31/2006 Email from Malik to Glombitza & others re: Rivaroxaban DP3 Decisions 2006 | Bernhard Glombitza |
| PX37 | 2682668 | Glombitza depo. ex. 21 - 11/2/2004 Powerpoint: Kick-Off Meeting, Factor Xa Partnering | Bernhard Glombitza |
| PX38 | 1285633 | Glombitza depo. ex. 23 - 3/10/2005 Email from Kubitza to Glombitza re: DRAFT DD minutes May 1 and 2 | Bernhard Glombitza |
| PX39 | 1285634 | Glombitza depo. ex. 24 - 03/10/2005 Bay 59-7939 Due Diligence Novartis March 1 and 2, 2005, Draft | Bernhard Glombitza |
| PX40 | 1231133 | Glombitza depo. ex. 25 - | Bernhard Glombitza |

| | | 05/03/2005 Email from Kallabis re: BAY 59-7939 DD Final Minutes March 10 & 11 | |
|------|---------|---|---|
| PX41 | 1231134 | Glombitza depo. ex. 26 - Attached to 1231133, 05/03/2005 Bay 59-7939 Due Diligence March 10 and 11, 2005 | Bernhard Glombitza |
| PX42 | 777972 | Glombitza depo. ex. 27 - 09/8/2005 Email re: BO diligence presentation Sept 7 | Bernhard Glombitza |
| PX43 | 2420139 | Glombitza depo. ex. 28 - 09/11/2005 Email re: Presentations of today's | Bernhard Glombitza |
| PX44 | 1283671 | Glombitza depo. ex. 30 - 09/25/2005 Email from Glombitza re: Xa/Development Plan/Budget | Bernhard Glombitza |
| PX45 | 873308 | Glombitza depo. ex. 35 - 04/29/2005 Email from Glombitza re: Due Diligence Pfizer Xa | Bernhard Glombitza |
| PX46 | 1751116 | Glombitza depo. ex. 38 - 05/26/2005 Email from Kallabis re: BAY 59-7939 DD April 27 non-CMC draft minutes | Bernhard Glombitza |
| PX47 | 1751117 | Glombitza depo. ex. 39 - Attached to 1751116, 04/27/2005 Draft BAY 59-79392 Due Dilgence April 27, 2005 | Bernhard Glombitza |
| PX48 | 4618220 | Glombitza depo. ex. 40 - 04/07/2008 DevCo Minutes April 9, 2008 | Bernhard Glombitza |
| PX49 | 4622236 | Glombitza depo. ex. 41- 03/31/2008 Email from Glombitza re: ACS BoM | Bernhard Glombitza |
| PX50 | 4622237 | Glombitza depo. ex. 42 - Attached to 4622236, 04/02/2008 Powerpoint: Xarelto/Rivaroxaban ACS Phase III, BSP Board of Management | Bernhard Glombitza |
| PX51 | 4629259 | Glombitza depo. ex. 43 - 12/07/2011 Email from Glombitza re: Thoughts on how we might handle Xarelto in AF pts who develop an ACS event | Bernhard Glombitza |
| PX52 | 4628940 | Glombitza depo. ex. 45 - 11/08/2011 Email from Glombitza re: Update: ATLAS Release and | Bernhard Glombitza |

| | | QnA | |
|---|---|---|---|
| PX53 | 887396 | Glombitza depo. ex. 49 - 04/11/2005 Email from Glombitza re: R + D-MC - presentation: BAY 59-7939 Status and plan of clin dev phase III VTE-Prevention 3 | Bernhard Glombitza |
| PX54 | 887358 | Glombitza depo. ex. 51 - 06/15/2005 Email chain from Glombitza re: WG: MC2005-06-17 Presentation material BAY 59-7939 Factor Xa inhibitor including the attachment MC 05-06-17 Factor Xa Inhibitor BAY 59-7939 final Powerpoint | Bernhard Glombitza |
| PX55 | 887359 | Glombitza depo. ex. 52 - Attached to 887358, 06/17/2005 Powerpoint: Factor Xa Strategy Update, MC June 17, 2005 | Bernhard Glombitza |
| PX56 | 5769165.134 | 8/20/2013 Sharyn Orr Medical Record | Francisco Cruz |
| PX57 | 5769165.129 | 10/23/2013 Sharyn Orr Medical Record | Francisco Cruz |
| PX58 | 5769165.105 | 9/10/2014 Sharyn Orr Medical Record | Francisco Cruz |
| PX59 | 5769165.101 | PPT- Creatinine Clearance | Francisco Cruz |
| PX60 | 932284 | Spiro depo. ex. 06 - 10/18/2006 Final Agenda: Paris meeting | Theodore Spiro |
| PX61 | 449266 | Spiro depo. ex. 07 - Laboratory Methods Advisory Board - meeting minutes held December 19, 2006 | Theodore Spiro |
| PX62 | 1160715 | Spiro depo. ex. 09 - 11/09/2006 Email re: Advisory Board on Lab Monitoring in Dec | Theodore Spiro |
| PX63 | 417291 | Spiro depo. ex. 12 - 08/17/2007 Email | Theodore Spiro |
| PX64 | 1690921 | Spiro depo. ex. 18 - 06/17/2009 Email re: A-GEST Review ISTH | Theodore Spiro |
| PX65 | 1699945 | Spiro depo. ex. 19 - 08/31/2009 Email re: Riva Lab Monitoring Trial: Secrecy Agreement | Theodore Spiro |
| PX66 | 1701567 | Spiro depo. ex. 21  Effects of Rivaroxaban, a Novel, Oral, Direct Factor Xa Inhibitor, on Coagulation Assays | Theodore Spiro |

| PX67 | 1145884 | Spiro depo. ex. 22 - 06/18/2009 Email re: IS-ISTH Poster | Theodore Spiro |
|------|---------|---------|---------|
| PX68 | 1145885 | Spiro depo. ex. 23 -Attached to 1145884, Draft of Effects of Rivaroxaban, a Novel, Oral, Direct Factor Xa Inhibitor, on Coagulation Assays from 06/16/2009 | Theodore Spiro |
| PX69 | 1145886 | Spiro depo. ex. 24 - Attached to 1145884, Draft of Effects of rivaroxaban, a novel, oral, direct Factor Xa inhibitor, on coagulation assays from 02/04/2009 | Theodore Spiro |
| PX70 | 1160578 | Spiro depo. ex. 30 - 01/13/2007 Email from Spiro re: Help needed: Medical/clinical response to comments in transcipt of BMS Investors Relations meeting on apixiban program | Theodore Spiro |
| PX71 | 411373 | Spiro depo. ex. 35 - 04/28/2008 Email from Debroye re: Monitoring with Rivaroxaban | Theodore Spiro |
| PX72 | 1158771 | Spiro depo. ex. 36 - Powerpoint: "TES edits Advisory Board Agenda and Presentations" from 06/19/2008 | Theodore Spiro |
| PX73 | 1097767 | Spiro depo. Ex. 53- 05/28/2014 Email from Wolfgang Mueck WG: Clinical Pharmacology/Clinical Sciences PK/PD | Theodore Spiro |
| **JUNE 2, 2017** | | | |
| PX74 | 5769152.459 | Orr Medical Records from Ochsner from 04/24/2015 | Cuong Bui |
| PX75 | 5769152.232 | Orr Consult Notes 03/04/2016 | Cuong Bui |
| PX76 | 2695595 | Horvat-Brocker depo. ex. 10 - Follow Up Questionnaire for Bleeding | Andrea Horvat-Broecker |
| PX77 | 2195444 | Horvat-Brocker depo. ex. 13 - 01/27/2014 Follow Up Questionnaire for Intracranial Haemorrhage (ICH) | Andrea Horvat-Broecker |
| PX78 | 1389694 | Moore depo. ex. 01 - 01/22/2010 Email re: Rivaroxaban Program Overview | Kenneth Todd Moore |
| PX79 | 1389695 | Moore depo. ex. 02 - Attached to 1389694, 01/2010 Rivaroxaban Overview Powerpoint | Kenneth Todd Moore |
| PX80 | 1363457 | Moore depo. ex. 19 - 11/18/2010 | Kenneth Todd Moore |

| | | | |
|---|---|---|---|
| | | Email thread re: Xarelto Afib CCDS Questions (235-9203) | |
| PX81 | 880160 | Moore depo. ex. 20 - 06/09/2010 Email re: Preparation for Afib Submission Paper Samama on Clotting Assays | Kenneth Todd Moore |
| PX82 | 255699 | Moore depo. ex. 21- 06/15/2010 Email re: Inclusion in VTEPr/Afib Submission Attempts to Find Assay | Kenneth Todd Moore |
| PX83 | 255700 | Moore depo. ex. 22 - Clotthing Assays Samama PDF from 04/2010 | Kenneth Todd Moore |
| PX84 | 1023223 | Moore depo. ex. 23 - 06/15/2010 Email re: Inclusion to VTEPr/Afib Submission | Kenneth Todd Moore |
| PX85 | 255705 | Moore depo. ex. 24 -06/16/2010 Email re: Inclusion in VTEPR/Afib Submission | Kenneth Todd Moore |
| PX89 | 231309 | Moore depo. ex. 29 - Anti-Xa Levels and Rivaroxaban from 2005 | Kenneth Todd Moore |
| PX90 | 834573 | Moore depo. ex. 31 - 09/22/2014 Email re: Stago | Kenneth Todd Moore |
| PX92 | 144360 | Moore depo. ex. 33 - 08/14/2014 Email re: Hold for Review of Time Sensitive PR Communication | Kenneth Todd Moore |
| PX93 | 144361 | Moore depo. ex. 34 - Operation Clarity: Addressing and Correcting Misperceptions Regarding Our Medicine (DRAFT) | Kenneth Todd Moore |
| PX94 | 161823 | Moore depo. ex. 35 - 08/15/2014 Email re: Hold for Review of Time Sensitive PR Communication | Kenneth Todd Moore |
| PX95 | 1357997 | Moore depo. ex. 36 - 08/14/2014 Email re: Hold for Review of Time Sensitive PR Communication | Kenneth Todd Moore |
| PX96 | 1357998 | Moore depo. ex. 37 - Draft Field Communication Hot Topics Powerpoint from 08/14 | Kenneth Todd Moore |
| PX97 | 1357450 | Moore depo. ex. 38 - 08/15/2014 Email re: Hold for Review of Time Sensitive PR Communication | Kenneth Todd Moore |
| PX98 | 1395718 | Moore depo. ex. 40 Riva ROCKET AFib Hardcopy File Produced from Moore's Office | Kenneth Todd Moore |
| PX99 | 1395454 | Moore depo. ex. 41 - Riva CMAX & CMIN | Kenneth Todd Moore |
| PX100 | 4440518 | Moore depo. ex. 51 - 05/28/2015 | Kenneth Todd Moore |

|  |  | Email re: QD v. BID |  |
|---|---|---|---|
| PX101 | 2070035 | Moore depo. ex. 54 - 08/20/2014 Email re: 2014 Cycle Meeting Xarelto Brand Update 2014 Cycle Meeting PDF | Kenneth Todd Moore |
| PX102 | 2122147 | Moore depo. ex. 55 - 08/19/2011PowerPoint - Clin. Pharm Core Part 1.  Used in depo. with coverpage, slides 52, 53, and 54 | Kenneth Todd Moore |
| PX103 | 1369009 | Moore depo. ex. 56  Switching Warfarin and INR PowerPoint | Kenneth Todd Moore |
| PX104 | 1085822 | Moore depo. ex. 57 - ClinPharm Biopharmaceuticals review PDF from 01/05/2011 | Kenneth Todd Moore |
| PX105 | 141656 | Moore depo. ex. 58 - 06/30/2013 Email re: Final PCC Press Release | Kenneth Todd Moore |
| PX106 | 166255 | Moore depo. ex. 59 - Draft press release re: PCC Reverse the Anti-coagulant Effect of Xarelto in Healthy Subjects. | Kenneth Todd Moore |
| PX107 | 141657 | Moore depo. ex. 60 –07/02/2013 News Release: Prothrombin Complex Concentrates can Reverse Blood Thinning Effects of Xarelto | Kenneth Todd Moore |
| **JUNE 5, 2017** | | | |
| PX109 | 5769229.5 | 04/24/2015 - Emergency Medical Services Records | Peter Leichty |
| PX110 | 5769152.13 | 04/24/2015 11:30 PM - Ochsner Baptist Vitals and Nuerological Exam Records | Peter Leichty |
| PX111 | 5769152.63 | 04/24/2015 11:16 PM - Ochsner Baptist INR and APPT Lab Records | Peter Leichty |
| PX112 | 5769152.461 | 04/24/2015 11:16 PM - Ochsner Baptist INR and PT Lab Records | Peter Leichty |
| PX113 | 5769152.483 | 04/25/2015 12:24 AM - Sharyn Orr Medical Record | Peter Leichty |
| PX114 | 5769298.12 | 04/24/2015 11:41 PM - CT Scan Image | Peter Leichty |
| PX115 | 5769298.16 | 04/24/2015 11:41 PM - CT Scan Image | Peter Leichty |
| PX116 | 5769152.14 | 04/25/2015 12:08 AM -  Sharyn Orr Medical Record | Peter Leichty |
| PX117 | 5769152.22 | 04/25/2015 1:15 AM - Ochsner Main Admission Record | Peter Leichty |

| PX118 | 5769155.2852 | 04/25/2015 - Ochsner Main Medical Neurological Exam Records with GCS and NIH Stroke Scale | Peter Leichty |
|---|---|---|---|
| PX119 | 5769299.49 | 04/25/2015 4:24 AM - CT Scan Image | Peter Leichty |
| PX120 | 5769155.2849 | 04/25/2015 - Sharyn Orr Medical Record | Peter Leichty |
| PX121 | 5769152.236 | 04/25/2015 - Sharyn Orr Medical Record | Peter Leichty |
| PX122 | 5769155.2914 | 04/25/2015 - Sharyn Orr Medical Record | Peter Leichty |
| PX123 | 5769152.261 | 04/25/2015 - Sharyn Orr Medical Record | Peter Leichty |
| PX124 | 5769301.52 | 04/25/2015 11:40 PM - CT Scan Image | Peter Leichty |
| PX125 | 5769152.35 | 04/25/2015 - Ochsner Main Medical Record regarding tPA injection. | Peter Leichty |
| PX126 | 5769152.33 | 04/25/2015 - Ochsner Main Medical Discharge Record | Peter Leichty |
| **JUNE 6, 2017** | | | |
| PX129 | 5767482 | Berkowitz depo. ex. 02 - 08/2016 Current Xarelto Label | Scott Berkowitz |
| PX130 | 3083260 | Berkowitz depo. ex. 12 - 12/03/2015 Powerpoint: Counterpoint PK Based Dosing Strategy | Scott Berkowitz |
| PX131 | 372322 | Berkowitz depo. ex. 16 - 11/04/14 Response to List of Questions | Scott Berkowitz |
| PX132 | 358604 | Berkowitz depo. ex. 23 - 11/30/2011 Email re: Xarelto Antidote Clinical Experience Study Design Concepts | Scott Berkowitz |
| PX133 | 3673723 | Berkowitz depo. ex. 29 - 08/11/2012 Email re: Further Thoughts on GI Mucosal Bleeding and Anticoagulants | Scott Berkowitz |
| PX134 | 1070527 | Berkowitz depo. ex. 30 - 03/29/2015 Email re: Help Obtaining Think Thank Summary Slides | Scott Berkowitz |
| PX135 | 1070529 | Berkowitz depo. ex. 31- 02/03/2015 Powerpoint: Opportunities and Challenges of Using a Pharmacometric Approach | Scott Berkowitz |
| PX136 | 1094747 | Berkowitz depo. ex. 35- 10/15/2014 Discussion with Wolfgang Mueck 101514 | Scott Berkowitz |
| PX137 | 1097767 | PX 137 is a duplicate of PX 73. | Scott Berkowitz |

| | | Berkowitz depo. ex. 45 - 05/28/2014 Email from Wolfgang Mueck WG: Clinical Pharmacology/Clinical Sciences PK/PD | |
|---|---|---|---|
| PX138 | 177639 | Berkowitz depo. ex. 48 - Rivaroxaban and Other Novel Oral Anticoagulants Pharmacokinetics in Healthy Subjects Thrombosis Invited Review (Mueck) from 07/11/2012 | Scott Berkowitz |
| PX139 | 3261528 | Berkowitz depo. ex. 49 - Mueck (2014) - Mueck M, Stampfuss J, Kubitza D, Becka M. Clinical Pharmacokinetic and Pharmacodynamic Profile of Rivaroxaban.Clin Pharmacokinet. 2014; 53:1-16 | Scott Berkowitz |
| PX140 | 80333 | Berkowitz depo. ex. 52 – 08/18/2014 WG: HOLD for Review of time sensitive PR communication | Scott Berkowitz |
| PX141 | 3388635 | Berkowitz depo. ex. 53 - 11/09/2015 Email re: Difficulties with Preparing Slide Presentations for EMA Workshop | Scott Berkowitz |
| PX142 | 1075492 | Berkowitz depo. ex. 54 - 04/18/2015 Email re: Correction RE Document 1a | Scott Berkowitz |
| PX143 | 1094903 | Berkowitz depo. ex. 55- 07/31/2014 Consolidation Call - Xarelto PK/PD Statement | Scott Berkowitz |
| PX144 | 2905274 | Berkowitz depo. ex. 58 04/23/2009 Xarelto USPI Labeling Contingency Document Form LRC | Scott Berkowitz |
| PX145 | 303724 | 02/15/2011 Compound Development Team Meeting - Recommendation on Pursuing Bayer Developed Rivaroxaban Antidote | Sanjay Jalota |
| PX146 | 119114 | 02/01/2011 Email from Sigmond Johnson to Shah and others re: Ad Hoc CDT- Riva Antidote | Sanjay Jalota |
| PX147 | 119115 | PX 147 is a duplicate of 181. Attached to 119114, 01/19/2010 Powerpoint Rivaroxaban Specific Antidote (BAY 1110262) - Working draft for information | Sanjay Jalota |
| PX148 | 119111 | 12/19/2011Email from Nancy Ondovik to Shah and others Re Project Boss: Riva Antidote | Sanjay Jalota |

| | | Communication | |
|---|---|---|---|
| PX149 | 254968 | 10/14/2011 Email Re: For 10-13-11 Xarelto afib LWG | Sanjay Jalota |
| PX150 | 254969 | 04/23/2009 Guidance for Industry Warnings and Precautions, Contraindications, and Box Warning Sections of Labeling for Human Prescription Drugs | Sanjay Jalota |
| PX151 | 2905273 | 06/01/2011 Email from Jalota re: FW: Xarelto LWG May 13: ORS Med Guide and Afib USPI Labeling Contingency Document | Sanjay Jalota |
| PX152 | 2905274 | PX 152 is a duplicate of PX 144. 04/23/2009 Xarelto USPI Labeling Contingency Document Form LRC | Sanjay Jalota |
| PX153 | 862186 | 04/08/2009 Email chain from An Thyssen re; Xarelto 4-3-09 LWG Action Items | Sanjay Jalota |
| PX154 | 204244 | 06/17/2010 Email from Troy Sarich re: Inclusion in VTEP/AFib submissions of attempts to find assay for rivaroxaban measurement in clinical practice | Sanjay Jalota |
| PX155 | 804456 | 01/27/2011 Email between Jalota, Gareth Tucke re: Proposed ISTH submission – anti-Xa and PT field studies | Sanjay Jalota |
| PX156 | 497386 | 04/05/2013 Email from Fiona Legge to Jalota et al SUBJECT: FW: A-GEST Review of Riva in Emergency Care Manuscript GDR57(7951)-review by 11-April | Sanjay Jalota |
| PX163 | 5768754 | FDA Draft Briefing Document for the Cardiovascular and Renal Drugs Advisory Committee Meeting September 8, 2011 | Sanjay Jalota |
| PX164 | 634528 | 07/23/2009 Email from Gary Peters re: Planned Technical Reports for ROCKET Filing | Sanjay Jalota |
| PX165 | 731161 | 08/26/2011  Email from Jalota to Alla Rhoge et al. | Sanjay Jalota |
| PX166 | 731162 | Attachment- 08/25/2011FDA ROCKET AF AdCom Alignment Meeting II Topline Final Meting Minutes | Sanjay Jalota |
| PX167 | 256336 | 08/22/2011Email from Barbara | Sanjay Jalota |

|  |  | Wittreich to Jalota et al. SUBJECT: Notes from Mock #4 |  |
|---|---|---|---|
| PX168 | 256337 | Mock #4 Pre and Post Meeting with External Consultants | Sanjay Jalota |
| PX169 | 229986 | 09/11/2011 Email from Troy Sarich-re: Board & SATAC on monday | Sanjay Jalota |
| PX170 | 5767369 | 2011 Approved Label for AFib | Sanjay Jalota |
| PX171 | 3041252 | Geiger depo. ex. 02 - Powerpoint: Xarelto Rivaroxaban by Susan Geiger | Susan Geiger |
| PX172 | 7741 | Geiger depo. ex. 05 - Collaboration Agreement between Bayer/J&J | Susan Geiger |
| PX173 | 1426816 | Geiger depo. ex. 34 - Xarelto 2012 Business Plan - Driving Growth Powerpoint | Susan Geiger |
| PX174 | 3043971 | Geiger depo. ex. 39 - 04/08/08 Xarelto DRAFT US Commercial Strategy and Marketing Plan | Susan Geiger |
| PX175 | 3043970 | Geiger depo. ex. 40 - 07/29/2008 Email from Shah to Geiger re: One More item | Susan Geiger |
| PX176 | 3054065 | Geiger depo. ex. 42- 04/26/2010 Powerpoint: Xarelto 2010 Strategic Plan Brand Summary | Susan Geiger |
| PX177 | 1356534 | Geiger depo. ex. 66 - 02/22/2012 Email re: Message from Judy Wicklum on behalf of the IM NSD Team | Susan Geiger |
| PX178 | 855530 | Shah depo ex. 49 - 08/15/2011 Email from Shah re: Request for LRC Ex-Committee Review and Approval: Xarelto Afib (Rocket) USPI overlay onto the orthopedic USPI | Nauman Shah |
| PX179 | 1055561 | Shah depo. ex. 54 - 02/19/2009 Johnson & Johnson RIVAROXABAN Compound Development Team Meeting Minutes | Nauman Shah |
| PX180 | 119114 | PX 180 is a duplicate of PX 146. Shah depo. ex. 58 02/22/2011 Email from Sigmund Johnson to Shah and others RE: Ad hoc CDT - Riva Antidote | Nauman Shah |
| PX181 | 119115 | Shah depo. ex. 59 - Attached to 119114, 01/19/2010 Powerpoint Rivaroxaban Specific Antidote (BAY 1110262) - Working draft for | Nauman Shah |

| | | information | |
|---|---|---|---|
| PX182 | 303724 | PX 182 is a duplicate of PX 145. Shah depo. ex. 60 -02/15/2011 Compound Development Team Meeting - Recommendation on Pursuing Bayer Developed Rivaroxaban Antidote | Nauman Shah |
| PX183 | 119111 | PX 183 is a duplicate of PX148. Shah depo. ex. 62 12/19/2011 Email from Nancy Ondovik to Shah and others Re Project Boss: Riva Antidote Communication | Nauman Shah |
| **JUNE 7, 2017** | | | |
| PX184 | 748350 | 03/14/2011 Email from Alison Blaus (FDA) to Alla Rhoge (Janssen) regarding NDA 202439-IR | Suzanne Parisian |
| PX185 | 5767300 | Xarelto Label- revised 9/2015 | Maurice St. Martin |
| PX186 | 5769453 | Sharyn Orr Blood Pressure readings | Maurice St. Martin |
| PX187 | 5769445 | June-July 2013 Sharyn Orr Blood Pressure readings March-April 2014 Sharyn Orr Blood Pressure readings. | Maurice St. Martin |
| **JUNE 8, 2017** | | | |
| PX188 | 5769249.40 | Sharyn Orr's W-2 (income) forms. | Randolph Rice |
| PX189 | 5769428 | Medical expenses related to Orr's hospital/ death | Joseph Orr, Jr. |
| PX 190 | 3061444 | Xarelto Monograph 11/24/ 2014 | Jalota |