# ADMITTED DEFENSE EXHIBITS

| Trial Exhibit # | Record # | Description |
|---|---|---|
| DTX 001 | DX 5840 | Center for Drug Evaluation and Research, Application Number 202439Orig1s000, ROCKET AF Reanalysis Reviews: Clinical Review, Statistical Review, Clinical Pharmacology Review |
| DTX 002 | DX 6 | Xarelto (rivaroxaban) Label (2/13/2014) |
| DTX 003 | DX 5009 | Email from Robert Califf to Jonathan Piccini; Elizabeth Cook re: Status update to your article in Journal of the American Heart Association Cardiovascular and Cerebrovascular Disease (Elec) - JAH3486 |
| DTX 004 | DX-Orr 6A | 4/16/2015 Sharyn Orr Medical Record |
| DTX 005 | DX-Orr 6C | Sharyn Orr Medications |
| DTX 006 | DX-Orr 239 | 3/5/2015 Sharyn Orr Medical Record |
| DTX 007 | DX-Orr 6B | Sharyn Orr Medical Record |
| DTX 008 | DX 11023 | One Spine Institute NPI |
| DTX 010 | DX-Orr 266 | 4/24/2015 Sharyn Orr Medical Record |
| DTX 011 | DX 5926 | Cover Letter submitting NDA 022406 |
| DTX 012 | DX 5379 | Draft Xarelto Label |
| DTX 013 | DX 5389 | COVER LETTER: Letter from Andrea Kollath to Ann Farrell re: Sponsor Complete Response, attaching Complete Response to FDA Letter of May 27, 2009 and Highlights of Prescribing Information |
| DTX 014 | DX 5390 | ATTACHMENT: Letter from Andrea Kollath to Ann Farrell re: Sponsor Complete Response, attaching Complete Response to FDA Letter of May 27, 2009 and Highlights of Prescribing Information |
| DTX 015 | DX 5913 | Cover Letter submitting NDA 202439 |
| DTX 016 | DX 5251 | Proposed Annotated Labeling Text NDA 202439 |
| DTX 017 | DX 5280 | COVER LETTER: Letter from Alla Rhoge to Norman Stockbridge re: New Drug Application - Response to Labeling Format Issues identified in 74-day letter attaching Highlights of Prescribing Information |
| DTX 018 | DX 5281 | ATTACHMENT 1: Letter from Alla Rhoge to Norman Stockbridge re: New Drug Application - Response to Labeling Format Issues identified in 74-day letter attaching Highlights of Prescribing Information |

| Trial Exhibit # | Record # | Description |
|---|---|---|
| DTX 019 | DX 5285 | COVER LETTER: Letter from Alla Rhoge to Norman Stockbridge re: New Drug Application - Proposed USPI revision in response to Potential Review Issue #2 identified in 74-day letter attaching Highlights of Prescribing Information |
| DTX 020 | DX 5286 | ATTACHMENT: Draft Xarelto Label |
| DTX 021 | DX 5221 | COVER LETTER: Email from Andrea Kollath to JoAnn Chittenden re: NDA 22406 FDA label review |
| DTX 022 | DX 5222 | ATTACHMENT: NDA 22406 label comments_6 13 11.doc |
| DTX 023 | DX 5353 | COVER LETTER: Email from Andrea Kollath to JoAnn Chittenden re: NDA 22-406 Label comments-Sponsor response |
| DTX 024 | DX 5355 | Janssen Sponsor Response to FDA NDA 22406 label comments |
| DTX 025 | DX 5357 | Letter from Richard Pazdur to Andrea Kollath re NDA Approval |
| DTX 026 | DX 5352 | Email from Andrea Kollath to GRO Archival Team re: NDA 22406 teleconference minutes |
| DTX 027 | DX 5224 | Regulatory Affairs Record of Contact - Subject: Update on Phase 1 Switching Study, USPI and Advisory Committee |
| DTX 028 | DX 5233 | Letter from Norman Stockbridge to Alla Rhoge re: NDA Approval for NDA 202439 |
| DTX 029 | DX 5689 | Officer/Employee List NDA 202439 |
| DTX 030 | DX 5613-A | Summary Minutes of the Cardiovascular and Renal Drugs Advisory Committee's 9/8/2011 Meeting.<br><br>EXCERPT OF Transcript of FDA Advisory Committee Meeting and Summary Minutes of the Cardiovascular and Renal Drugs Advisory Committee Meeting September 8, 2011. |
| DTX 031 | DX 5130 | Center for Drug Evaluation and Research - Application No. 202439Orig1s000 - Medical Review(s). |
| DTX 032 | DX 5842 | FDA press release - FDA analyses conclude that Xarelto clinical trial results were not affected by faulty monitoring device http://www.fda.gov/Drugs/DrugSafety/ucm524678.htm |
| DTX 033 | DX-Orr 38 | Sharyn Orr Medical Records -- St. Martin, Maurice E., Jr., M.D. |
| DTX 034 | DX-Orr 38 (Excerpt) | 1/2/2013 Sharyn Orr Medical Record |

| Trial Exhibit # | Record # | Description |
|---|---|---|
| DTX 035 | DX-Orr 181 (Excerpt) | 2/16/2014 Sharyn Orr Medical Record |
| DTX 036 | DX-Orr 38 (Excerpt) | 1/19/2015 Sharyn Orr Medical Record |
| DTX 037 | DX-Orr 38 (Excerpt) | 2/3/2015 Sharyn Orr Medical Record |
| DTX 038 | DX-Orr 38 (Excerpt) | 2/10/2015 Sharyn Orr Medical Record |
| DTX 039 | DX-Orr 38 (Excerpt) | 2/18/2015 Sharyn Orr Medical Record |
| DTX 040 | DX-Orr 43 (Excerpt) | 4/29/2011 EKG |
| DTX 041 | DX-Orr 181 (Excerpt) | 4/29/2011 Sharyn Orr Medical Record |
| DTX 042 | DX-Orr 43 (Excerpt) | 4/30/2011 Hospital discharge record |
| DTX 043 | DX-Orr 181 (Excerpt) | 2/19/2014 Sharyn Orr Medical Record |
| DTX 044 | DX-Orr 24 (Excerpt) | 2/23/2014 Dr. St. Martin record |
| DTX 045 | DX-Orr 24 (Excerpt) | 7/25/2014 Sharyn Orr Medical Record |
| DTX 046 | DX-Orr 43 (Excerpt) | 4/15/2015 Sharyn Orr Medical Record |
| DTX 047 | DX-Orr 13A | 4/24/2015 Sharyn Orr Medical Record |
| DTX 048 | DX-Orr 158 | 4/24/2015 Sharyn Orr Medical Record |
| DTX 049 | DX-Orr 170 | Ochsner Lab Reports |
| DTX 050 | DX-Orr 27 | Sharyn Orr CT Scans |
| DTX 051 | DX-Orr 181 (Excerpt) | 7/14/2014 Medical Record |
| DTX 052 | DX-Orr 14 (Excerpt) | 4/6/2015 Sharyn Orr Medical Record |