UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  XARELTO (RIVAROXABAN)  *
PRODUCTS LIABILITY LITIGATION  *      Docket No. 14-MD-2592
                               *
                               *      Section L
THIS DOCUMENT RELATES TO:      *
                               *      New Orleans, Louisiana
*Joseph Orr, et al.*           *
*v. Janssen Research &*         *      June 1, 2017
*Development, et. al.,*         *
Case No. 15-CV-3708            *
                               *
* * * * * * * * * * * * * * * *


TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE
VOLUME III - AFTERNOON SESSION


Appearances:


For the Plaintiffs:          Levin Papantonio Thomas Mitchell
                               Rafferty & Proctor, P.A.
                             BY:  BRIAN H. BARR, ESQ.
                                  NEIL E. MCWILLIAMS, JR., ESQ.
                             316 South Baylen Street, Suite 600
                             Pensacola, Florida  32502


For the Plaintiffs:          Beasley Allen Crow Methvin
                               Portis & Miles, PC
                             BY:  ANDY BIRCHFIELD, ESQ.
                             Post Office Box 4160
                             Montgomery, Alabama 36103


For the Plaintiffs:          Gainsburgh Benjamin David
                               Meunier & Warshauer, LLC
                             BY:  GERALD E. MEUNIER, ESQ.
                             1100 Poydras Street, Suite 2800
                             New Orleans, Louisiana 70163

Appearances:

| | |
|---|---|
| For the Plaintiffs: | Goza & Honnold, LLC<br>BY:  BRADLEY D. HONNOLD, ESQ.<br>11181 Overbrook Road, Suite 200<br>Leawood, Kansas 66211 |
| For the Plaintiffs: | The Lambert Firm, PLC<br>BY:  EMILY C. JEFFCOTT, ESQ.<br>701 Magazine Street<br>New Orleans, Louisiana 70130 |
| For Bayer Healthcare<br>Pharmaceuticals, Inc.<br>and Bayer Pharma AG: | Wilkinson Walsh + Eskovitz, LLP<br>BY:  BETH A. WILKINSON, ESQ.<br>1900 M Street NW, Suite 800<br>Washington, DC 20036 |
| For Bayer Healthcare<br>Pharmaceuticals, Inc.<br>and Bayer Pharma AG: | Nelson Mullins Riley &<br>  Scarborough, LLP<br>BY:  DAVID E. DUKES, ESQ.<br>1320 Main Street, 17th Floor<br>Columbia, South Carolina 29201 |
| For Janssen Pharmaceuticals,<br>Inc. and Janssen Research &<br>Development, LLC: | Irwin Fritchie Urquhart<br>  & Moore, LLC<br>BY:  JAMES B. IRWIN, ESQ.<br>400 Poydras Street, Suite 2700<br>New Orleans, Louisiana 70130 |
| Official Court Reporter: | Toni Doyle Tusa, CCR, FCRR<br>500 Poydras Street, Room B-275<br>New Orleans, Louisiana 70130<br>(504) 589-7778 |

Proceedings recorded by mechanical stenography, transcript
produced by computer.

**INDEX**

|  |  | Page |
|---|---|---|
| Francisco Cruz |  |  |
|  | Direct Examination By Ms. Jeffcott | 624 |
|  | Cross-Examination By Mr. Dukes | 631 |
|  |  |  |
| Theodore Spiro (Deposition) |  | 643 |
|  |  |  |
| Joseph Orr |  |  |
|  | Direct Examination By Mr. Birchfield | 707 |

| | |
|---|---|
| 1 | **AFTERNOON SESSION** |
| 2 | **(June 1, 2017)** |
| 3 | **THE COURT:**  Be seated, please. |
| 4 | You are still under oath, Doctor. |
| 5 | You may continue. |
| 6 | **FRANCISCO CRUZ,** |
| 7 | having been duly sworn, testified as follows: |
| 8 | **DIRECT EXAMINATION** |
| 9 | **BY MS. JEFFCOTT:** |
| 10 | **Q.**   Dr. Cruz, I would like to go back very briefly to the |
| 11 | September 10, 2014, record and just touch on one thing. |
| 12 | You were previously talking about Sharyn's chronic |
| 13 | kidney disease, and I kind of wanted to move into just one more |
| 14 | area, which was blood pressure. |
| 15 | On September 4 the blood pressure here was 120/80; is |
| 16 | that right? |
| 17 | **A.**   Yes. |
| 18 | **Q.**   Is that, in your perspective, a blood pressure that's well |
| 19 | controlled? |
| 20 | **A.**   Perfectly. |
| 21 | **Q.**   If you go further down, where it says "HTN," that's |
| 22 | hypertension, right? |
| 23 | **A.**   Yes. |
| 24 | **Q.**   What does it say next to that? |
| 25 | **A.**   "At goal." |

FRANCISCO CRUZ - DIRECT

01:19

1   **Q.**   I want to step in time a little bit further to the last
2   visit that you had with Sharyn.  That visit was on April 16,
3   2015.  That's under Tab 5.
4          Now, Doctor, if you could just quickly take a look at
5   this record and verify that this is, in fact, the last record
6   you had for Mrs. Orr from April 16, 2015.
7   **A.**   Yes, it is.
8          **MS. JEFFCOTT:**   Your Honor, at this time I would like
9   to admit Plaintiffs' Trial Exhibit 59.
10          **THE COURT:**   Any objection?
11          **MR. DUKES:**   No objection, Your Honor.
12          **THE COURT:**   Let it be admitted.
13          **MS. JEFFCOTT:**   That's Record 5769165.101.
14   **BY MS. JEFFCOTT:**
15   **Q.**   Just quickly, Dr. Cruz.  On this record I don't see any
16   mention of chronic kidney disease.  Was she still at a Stage 4
17   at this point?
18   **A.**   I believe so.
19   **Q.**   What I really want to focus in on is the blood pressure,
20   which was 200/90.  That's elevated significantly, correct?
21   **A.**   Yes.
22   **Q.**   Over the preceding months from where she had the September
23   reading of 120/80 to 200/90, there was a progression of her
24   blood pressure increasing.  Is that fair?
25   **A.**   It appears so.  Again, she had white coat syndrome, so she

FRANCISCO CRUZ - DIRECT

01:21

1    may have been a little bit overstimulated that day.  But, yes,
2    that's a big change from the previous.
3    **Q.**    You mentioned earlier -- well, you mentioned again white
4    coat syndrome.  Did you have any discussions with any of
5    Mrs. Orr's other physicians regarding white coat syndrome?
6              **MR. DUKES:**  Objection, Your Honor.  Hearsay.
7              **THE COURT:**  Sustained.
8    BY MS. JEFFCOTT:
9    **Q.**    Is there anything in the record regarding white coat
10   syndrome with respect to previous visits?
11   **A.**    Yes.
12   **Q.**    In terms of this visit, what made you believe that white
13   coat syndrome could still be an aspect of this high blood
14   pressure reading?
15   **A.**    If you review -- when I see the patients, I review the
16   previous notes and look at the blood pressures and how they
17   fluctuate.  I had access at that time to the blood pressure
18   readings she had brought in, so I was confident that her blood
19   pressures are probably better controlled at home than they are
20   when she sees me, in general.  So I didn't write "white coat
21   syndrome," but I also didn't really address blood pressure at
22   that visit.
23              She was not symptomatic.  She didn't have headaches,
24   shortness of breath, or any other complaints at that time.
25   **Q.**    When you say "symptomatic," are you talking about the

**FRANCISCO CRUZ - DIRECT**

01:22   1    hypertensive emergency, those symptoms?

2    **A.**    Correct.

3    **Q.**    Would you have discussed what those symptoms would have

4    been with Sharyn?

5    **A.**    Yes.

6    **Q.**    So why would you have discussed those symptoms with her?

7    **A.**    Many times blood pressures would be elevated at home, and

8    she actually had an elevated blood pressure at home in the

9    past.   It's just good for patients to understand if it's a

10   certain level and you feel okay, then you don't need to rush to

11   the hospital; but if it's a certain level and you don't feel

12   okay -- headaches, dizziness, nausea -- then it's something to

13   be more concerned about, maybe seek care of a physician or at

14   the very least check your blood pressures if you feel that way

15   at home.   And it gives me more information if you call me.

16   **Q.**    Other symptoms for this hypertensive emergency, that

17   includes shortness of breath?

18   **A.**    It can.

19   **Q.**    Tightness?

20   **A.**    Yes.

21   **Q.**    Were there any other symptoms?

22   **A.**    Dizziness, headaches, chest pain, shortness of breath.

23   Those are the main ones.

24   **Q.**    Do you recall if on the evening of April 24, 2015, you

25   received a call from Mrs. Orr?

628

## FRANCISCO CRUZ - DIRECT

01:23

1  A.   April 24?  I don't think so.

2  Q.   If she had been experiencing those symptoms of a

3  hypertensive emergency, would you have expected her to call

4  you?

5          MR. DUKES:  Objection, Your Honor.  It calls for

6  speculation, beyond the care and treatment by the doctor.

7          THE COURT:  Did you instruct her to do anything?

8          THE WITNESS:  Yes.  I would have instructed all my

9  patients that if they feel symptoms that I just described, to

10  call my office.

11  BY MS. JEFFCOTT:

12  Q.   Dr. Cruz, on this day, April 16, 2015, did you change the

13  course of treatment with respect to her blood pressure

14  medication?

15  A.   I did, but it's not listed that way here.  I changed her

16  fluid pill from Lasix to torsemide, which will improve the

17  swelling she had and also lower her blood pressure.

18  Q.   That would have helped with her blood pressure.  Would

19  that have also assisted with her nephrotic syndrome?

20  A.   Yes.

21  Q.   So, again, it was what we talked about earlier, that some

22  medications have dual purposes, and simply because -- if a

23  patient is on five medications, it doesn't mean they are on one

24  specific purpose.  Is that fair?

25  A.   Yes.

629

**FRANCISCO CRUZ - DIRECT**

01:25

1    **Q.**   Now, in changing Sharyn's medications, what was the goal

2    with respect to her blood pressure?

3    **A.**   Well, the goal was always to try to maintain a systolic

4    blood pressure of less than 140, if possible.  For her the goal

5    was also to try to remove fluid because she had a lot of

6    swelling in her legs.

7    **Q.**   With respect to the medication changes that you just

8    described, were those all the options that you had?

9    **A.**   No, I did not exhaust all my options.

10   **Q.**   So this wasn't any sort of end-of-course treatment for

11   Sharyn?

12   **A.**   No.

13   **Q.**   Just a few more questions.

14           Did you treat Sharyn after she was hospitalized for

15   her intraventricular bleed?

16   **A.**   No.

17   **Q.**   Did you review CT scans of her hemorrhage?

18   **A.**   No.

19   **Q.**   Did you review any of her medical records from that

20   hospitalization?

21   **A.**   No.

22   **Q.**   As I believe you stated in your depositions, you don't

23   know what caused Sharyn's --

24           **MR. DUKES:**  Objection, Your Honor.  Beyond the scope

25   of a treating physician.  He just testified he didn't have any

**FRANCISCO CRUZ - DIRECT**

01:27   1   treatment after that time.

2               THE COURT:  Ask him does he know.

3   BY MS. JEFFCOTT:

4   Q.   Do you know what caused Sharyn's intraventricular

5   hemorrhage?

6   A.   No.

7   Q.   Were you surprised to learn that Sharyn had passed?

8   A.   Yes.

9   Q.   Why is that?

10   A.   She was very functional and stable.  The last time I saw

11   her, she didn't have any complaints.  We had a plan in action.

12   She was pretty typical-type patient that I see.  I expected her

13   to continue down this path, maybe be on dialysis one day, but I

14   didn't see any reason to think otherwise.

15               MS. JEFFCOTT:  That's all the questions I have.  I

16   pass the witness.

17               THE COURT:  Any cross?

18               MR. DUKES:  May it please the Court.

19                    Good afternoon, Dr. Cruz.

20               THE WITNESS:  Good afternoon.

21               MR. DUKES:  Good afternoon, ladies and gentlemen.

22   I'm David Dukes, and I'm one of the lawyers representing the

23   defendants in the case.

24

25

FRANCISCO CRUZ - CROSS

01:28

1                          CROSS-EXAMINATION

2     BY MR. DUKES:

3     Q.    You and I have never met before, have we?

4     A.    I don't believe so.

5     Q.    You understand that the Bayer and Janssen defendants are

6     not criticizing your treatment of Mrs. Orr, correct?

7     A.    Correct.

8     Q.    You understand when I ask questions about Mrs. Orr's

9     medical history, I'm also not criticizing Mrs. Orr's treatment?

10    A.    Yes, sir, I do.

11    Q.    Now, there's no doubt in your mind that high blood

12    pressure that Mrs. Orr had was real and had real consequences

13    to her, correct?

14    A.    Yes.

15    Q.    Long-standing chronic hypertension, or high blood

16    pressure, increases the risk of stroke, doesn't it?

17    A.    That is correct.

18    Q.    It also increases the risk of intracranial hemorrhage, or

19    bleeds in the brain, correct?

20    A.    It can.

21    Q.    Now, Ms. Orr actually had physical evidence of damage to

22    her organs from hypertension, didn't she?

23    A.    Yes, she did.

24    Q.    For example, she had a biopsy of her kidney that showed

25    that her kidneys were damaged from high blood pressure,

FRANCISCO CRUZ - CROSS

01:29

1    correct?

2    **A.**    That's correct.

3    **Q.**    Let me show you Slide 1.  Now, you agree that some of the

4    effects of high blood pressure are hemorrhagic stroke,

5    retinopathy, which is -- tell the jury what retinopathy is.

6    **A.**    Damage to the retinal part of the eye due to the high

7    blood pressure and/or diabetes.

8    **Q.**    -- cardiovascular disease, renal failure, and heart

9    disease.  Do you agree that those are all things that could be

10   caused by high blood pressure?

11   **A.**    Yes.

12   **Q.**    Significantly high blood pressure is a very serious

13   condition, isn't it?

14   **A.**    Yes.

15   **Q.**    Let me hand you Exhibit DX Orr 6A.  Now, do you recognize

16   this as excerpts of medical records from your file?

17   **A.**    Yes.

18           **MR. DUKES:**  Your Honor, I would move to admit

19   DX Orr 6A.  We will put a defense exhibit number on it at the

20   end of the day.

21           **THE COURT:**  Okay.

22           **MR. DUKES:**  Could we call up D06AR.3.1, please.

23   **BY MR. DUKES:**

24   **Q.**    Now, if you look at the page that's numbered down in the

25   bottom right corner, 134, do you see that?

FRANCISCO CRUZ - CROSS

01:31

1    **A.**   Yes, I do.

2    **Q.**   This is the August 20, 2013, visit when Mrs. Orr came to

3    see you, correct?

4    **A.**   That is correct.

5    **Q.**   At that time her blood pressure was 190/90, right?

6    **A.**   Yes.

7    **Q.**   Knowing nothing other than the fact that her blood

8    pressure is 190/90, that was something that would concern you,

9    right?

10   **A.**   Yes.

11   **Q.**   Now, if you look at page 4 of the same exhibit, it's

12   got -- page 135 in the lower right-hand corner.  Now, this is a

13   medical record that shows a visit with Dr. St. Martin on

14   July 8, 2013, right?

15   **A.**   Yes, it is.

16          **MR. DUKES:**  If we could call out D06AR.4.1.

17   **BY MR. DUKES:**

18   **Q.**   If you look here in the far right corner, it says "See

19   Cruz."  That's Dr. St. Martin referring Mrs. Orr to go see you,

20   correct?

21   **A.**   Yes.

22   **Q.**   On this day, July 8, 2013, Dr. St. Martin refers to

23   Mrs. Orr's blood pressure as being 204/93; is that right?

24   **A.**   Yes, it is.

25   **Q.**   He goes on to state she has had high blood pressure for 20

FRANCISCO CRUZ - CROSS

01:32

1    to 30 years, right?

2    A.    Yes.

3    Q.    This record also contains a list of Mrs. Orr's current

4    medications, doesn't it?

5    A.    Yes, it does.

6    Q.    One of these is -- you may have to help me with the

7    pronunciations.  One is metoprolol; is that right?

8    A.    Yes.

9    Q.    That's for the treatment of high blood pressure?

10   A.    Yes.

11   Q.    Another one is diltiazem?

12   A.    Yes.

13   Q.    That's for the treatment of high blood pressure?

14   A.    Yes, it is.

15   Q.    And another one is hydrochlorothiazide?

16   A.    Very good.  That's a tricky one.

17   Q.    It's written phonetically in my outline.  And that's for

18   the treatment of high blood pressure also, right?

19   A.    Yes, it is.

20   Q.    Another one is benazepril, and that's for the treatment of

21   high blood pressure?

22   A.    Yes.

23   Q.    So as of July 8, 2013, when you first started treating

24   Mrs. Orr, she was also on four different medications to treat

25   her high blood pressure, right?

**FRANCISCO CRUZ - CROSS**

01:33

1    **A.**    That's correct.

2    **Q.**    Now, chronic kidney disease and diabetes are also

3    significant medical issues, aren't they?

4    **A.**    Yes.

5    **Q.**    When you were treating Ms. Orr, she had both diabetes and

6    chronic kidney disease, right?

7    **A.**    Yes.

8    **Q.**    When you were treating Mrs. Orr, you were aware that the

9    target blood pressure range for patients that have some renal

10   impairment is 130/80 instead of 140/90, right?

11   **A.**    It is.

12   **Q.**    Let me hand you DX Orr 6E.

13           Now, this is a two-page document that shows blood

14   pressure readings Mrs. Orr took at her home, correct?

15   **A.**    That is correct.

16   **Q.**    So these were not taken at your office?

17   **A.**    Correct.

18   **Q.**    I want you just to look at these just to refresh your

19   recollection.  And your understanding was that Mrs. Orr was on

20   blood pressure medications, multiple blood pressure drugs when

21   she took these readings at home; is that right?

22   **A.**    That is right.

23   **Q.**    If you just skim these, even these blood pressure readings

24   that were taken at home, on four blood pressure medications,

25   she was still in the hypertensive range, wasn't she?

01:35

1    **A.**    Yes, she was.

2    **Q.**    So is it fair to say that despite aggressive efforts to

3    control Mrs. Orr's hypertension, she still had high blood

4    pressure readings at home when she was taking her blood

5    pressure?

6    **A.**    My only concern about that statement is aggressive.  I

7    think there were things and are things that can be done other

8    than what was being done at the time to improve the blood

9    pressures.  But, yes, she was on four medicines and it wasn't

10   perfectly controlled, that is correct.

11   **Q.**    Despite these efforts to control her high blood pressure

12   and your treating her with your experience, you really weren't

13   able to control that blood pressure, correct?

14   **A.**    At times we did better than others.  Overall we did not

15   hit our 130/80.

16   **Q.**    Now, you mentioned that in your opinion, Mrs. Orr had some

17   component of white coat syndrome, correct?

18   **A.**    Yes.

19   **Q.**    But despite the fact that she may have had some component

20   of white coat syndrome, what you know from physical evidence is

21   that her kidneys had been damaged by high blood pressure,

22   correct?

23   **A.**    That is correct.

24   **Q.**    Now, white coat syndrome I think is generally acknowledged

25   as a stress response; in the sense of white coat, it's a stress

**FRANCISCO CRUZ - CROSS**

01:36

1  response to doctors, right?

2  **A.**   That's right.

3  **Q.**   But it's generally acknowledged that someone who has white

4  coat syndrome probably will also react to stresses -- other

5  type stresses and have a higher blood pressure, right?

6  **A.**   Most likely, yes.

7  **Q.**   Now, could we call up DO6AR.2.1.  We're looking back at

8  Exhibit DX Orr 6A, and I'm looking at page 133.  So this is

9  October 1, 2013, and this was Mrs. Orr's blood pressure on

10 October 1, 2013, in your office, and it was 200/100, right?

11 **A.**   Yes.

12 **Q.**   If we call up DO6AR.1.1.  Here I'm looking at your -- what

13 you have in front of you, page 101.  This is the last time that

14 you saw Mrs. Orr on April 16, 2015, correct?

15 **A.**   Yes.

16 **Q.**   And her blood pressure at that time was 200/90; is that

17 right?

18 **A.**   Yes.

19 **Q.**   At that time you changed the Lasix she was taking to a

20 stronger medicine, torsemide; is that right?

21 **A.**   That is correct.

22 **Q.**   The reason to do that was you were trying to remove more

23 fluid from her body, which would reduce her blood pressure,

24 right?

25 **A.**   Yes.

FRANCISCO CRUZ - CROSS

01:38

1    **Q.**   You also added metolazone as an additional

2    blood-pressure-lowering drug, correct?

3    **A.**   That's correct.

4    **Q.**   Now, let me hand you Exhibit DX Orr 6C.  Now, this is a

5    medication list for Mrs. Orr from your office records?

6    **A.**   Yes, it is.

7         **MR. DUKES:**  Your Honor, I would move to admit

8    DX Orr 6C.

9         **THE COURT:**  Any objection?

10        **MS. JEFFCOTT:**  No objection.

11        **THE COURT:**  It will be admitted.

12   BY MR. DUKES:

13   **Q.**   Now, across the top of this medication chart are dates,

14   and the last date is April 2015, right?

15   **A.**   Yes.

16   **Q.**   So according to this medication list of her hypertension

17   meds as of April 2015, she was on metoprolol, furosemide, which

18   you changed to torsemide, benazepril, Cardizem, and clonidine;

19   is that right?

20   **A.**   Yes, it is.

21   **Q.**   As we discussed on this visit on April 16, 2015, you also

22   added metolazone; is that right?

23   **A.**   That's correct.

24   **Q.**   That's the diuretic to try to reduce more fluids?

25   **A.**   Yes.

639

FRANCISCO CRUZ - CROSS

01:39

1  **Q.**   And, therefore, reduce blood pressure.  So the last time

2  you saw Mrs. Orr in your office in April of 2015, she was

3  taking six medications to try to lower her blood pressure,

4  correct?

5  **A.**   She was taking five, and I added the sixth.

6  **Q.**   So when she would have left your office, assuming she took

7  that medication, it would have been six?

8  **A.**   Correct.

9  **Q.**   The blood pressure reading that you took on that day, I

10  guess on five medications, was 200/90, right?

11  **A.**   Yes.

12  **Q.**   That's what prompted you to add the sixth medication?

13  **A.**   I think it was more the swelling.  In my note I didn't

14  address hypertension, high blood pressure specifically, but it

15  does have that effect to lower blood pressure.

16  **Q.**   Blood pressure at these levels, in that 20 [sic] to 90

17  range for a long period of time, that can cause heart attacks

18  and strokes, right?

19  **A.**   If prolonged, absolutely.

20  **Q.**   Now, I think you said on direct examination Mrs. Orr

21  became your patient because she was recommended to you by her

22  cardiologist, Dr. St. Martin, right?

23  **A.**   Yes.

24  **Q.**   When you were treating Mrs. Orr, you believed that she had

25  damages to her kidneys caused by her high blood pressure,

FRANCISCO CRUZ - CROSS

01:41

1  didn't you?

2  A.   Yes.

3  Q.   People with kidney disease are at a higher risk of stroke,

4  aren't they?

5  A.   Yes.

6  Q.   Stroke is also a possible consequence of diabetes, isn't

7  it?

8  A.   Yes.

9  Q.   Diabetes is a serious condition that can cause damage to

10  blood vessels, literally from your brain and your eyes, all the

11  way down to your toes, isn't it?

12  A.   That is correct.

13  Q.   Now, if you look back at Exhibit DX Orr 6A, the last page

14  was 136, and I'll call it up on the screen and make it easy.

15  We call it DO6AR.5.1.

16         This record reflects Mrs. Orr had had diabetes for

17  15 years by the time you start treating her, correct?

18  A.   That is correct.

19  Q.   Now, let me hand you DX Orr 239.  Now, these are

20  additional excerpts from your office records identified by

21  Bates S4 Cruz 103 to 105, correct?

22  A.   Yes.

23         MR. DUKES:  Your Honor, I would move to admit these,

24  Exhibit DX Orr 239.

25         MS. JEFFCOTT:  No objection.

641

FRANCISCO CRUZ - CROSS

01:42

1          **THE COURT:**  It will be admitted.

2     **BY MR. DUKES:**

3     **Q.**   If we could call up DO239.1.1.

4          So by the time you saw Mrs. Orr on March 5, 2015, you

5     had decided that it was time to discuss with her that your

6     opinion was ultimately she was going to need kidney dialysis?

7     **A.**   Yes.

8     **Q.**   And you have said this on direct, but the note where it

9     says "PD when needed" in the middle of your notes, that means

10    the peritoneal dialysis that you described I think after lunch,

11    right?

12    **A.**   That is correct.

13    **Q.**   Now let me show you Slide 3.  Let's just call up Slide 3.

14         Do you agree this summarizes Mrs. Orr's overall

15    health condition:  she had hypertension, she had diabetes,

16    kidney disease, atrial fibrillation, and heart failure?

17    **A.**   Yes, she did.

18    **Q.**   Now, as of March 15, 2015, you believe the word

19    "declining" accurately described Mrs. Orr's overall health,

20    don't you?

21    **A.**   I'm sorry.  Where is this?

22    **Q.**   Let me ask the question a different way.

23    **A.**   Sure.

24    **Q.**   You have testified before that as of March 15, 2015, if

25    there's one word that you could come up with to describe

FRANCISCO CRUZ - CROSS

01:44

1   Mrs. Orr's health, it would be the word "declining"?

2   A.   Yes.

3   Q.   Let me give you Defense Exhibit Orr 6B.  It is a copy of

4   Mrs. Orr's death certificate from your files, correct?

5   A.   Yes.

6       MR. DUKES:  Your Honor, I would move to admit Defense

7   Exhibit Orr 6B.

8       MS. JEFFCOTT:  No objection.

9       THE COURT:  Let it be admitted.

10  BY MR. DUKES:

11  Q.   If we call up on board DO6B.1.1.

12      Now, I've actually got a better copy that will show

13  better on the board, which will be DX Orr 192.

14      So if we look, date of death, May 4, 2015, and the

15  death certificate says immediate cause, intracerebral

16  hemorrhage, correct?

17  A.   Yes.

18  Q.   And sequentially lists conditions leading to the cause and

19  indicated there as hypertension, correct?

20  A.   Correct.

21      MR. DUKES:  Thank you, Dr. Cruz.  I don't have any

22  other questions at this time.  I appreciate it.

23      THE WITNESS:  Thank you.

24      THE COURT:  Any redirect?

25      MS. JEFFCOTT:  No, Your Honor.

THEODORE SPIRO - DEPOSITION

01:45

1    **THE COURT:**  You are excused.  Thank you, Doctor.

2    **MR. BIRCHFIELD:**  Your Honor, at this time we will

3    present the videotape deposition of Theodore Spiro, M.D., that

4    was taken on May 10 and 11, 2016, in New York City.

5         Dr. Spiro began his career as a Bayer global

6    clinical leader in 2006, and his present role is senior

7    director clinician.  The deposition starts with questioning by

8    an attorney for the Orr family, followed by questioning by an

9    attorney for the defendants, and then is followed by

10   questioning by an attorney for the Orr family.  I'm a little

11   hesitant to say this, Judge, but I believe it's about an hour

12   and 45 minutes total.

13        **THE COURT:**  In a half an hour or so, we will stand

14   up.

15                    **THEODORE SPIRO,**

16   having been duly sworn, testified by deposition [as played]:

17                     **EXAMINATION**

18   **Q.**   Where do you currently work, Dr. Spiro?

19   **A.**   I work in New Jersey.

20   **Q.**   So, what company?

21   **A.**   For Bayer HealthCare Pharmaceuticals.

22   **Q.**   What's your current position with Bayer?

23   **A.**   My current position is senior director clinician.

24   **Q.**   Do you have any particular either drugs or areas of focus

25   that you're currently assigned to?

644

THEODORE SPIRO - DEPOSITION

01:47

1  A.   I work in the cardiology and coagulation therapeutic area

2  in the thrombosis group.  And I work primarily on rivaroxaban.

3  Q.   Since you joined Bayer -- and I think we will figure out

4  it was sometime in early 2006 or the 2006 timeframe -- has

5  rivaroxaban been the primary drug you have worked on?

6  A.   Yes, it has.

7  Q.   Was one of your responsibilities to interact and to be a

8  liaison with the people at J&J on the development of Xarelto?

9  A.   Yes, it was.

10 Q.   Now, at some point did you also take on some

11 responsibilities related to the life cycle management of

12 Xarelto?

13 A.   Yes.  I worked on the life cycle management program during

14 its initial development.

15 Q.   Whenever it uses the term "life cycle management," it's

16 not talking about the life of patients, right?

17 A.   No, it's not talking about the life of patients.

18 Q.   It's talking about the life of a drug?

19 A.   Correct.

20 Q.   By life of the drug, does that mean how long it can stay

21 on patent?

22 A.   Yes.  The life cycle management program is a program that

23 takes place during the time that a product is covered by patent

24 and not yet available in a generic form.

25 Q.   Obtaining other indications for a drug beyond the primary

THEODORE SPIRO - DEPOSITION

01:49

1  indication is one way of extending the life of the drug; is

2  that correct?

3  **A.**   Yes, it is.

4  **Q.**   Do you recall learning at Bayer that the ACS indication

5  was a high priority for them?

6  **A.**   Yes, I did.

7  **Q.**   Was the acute coronary syndrome indication program part of

8  the life cycle management activities for Xarelto?

9  **A.**   Yes, it was.

10  **Q.**   Now, so we have talked about some of the different

11  projects that you were involved with at your time at Bayer.  We

12  are going to talk more specifically about some of those as the

13  day goes on.

14          One of the things we didn't really talk about was you

15  worked with -- on the issue of assay development for

16  determining exposure levels to Xarelto.

17  **A.**   To measure concentrations, plasma concentrations.

18  **Q.**   Was that work specific to any particular indication, or

19  was it an across-the-board, drug-based project?

20  **A.**   It was a development -- assay development that would be

21  applicable to all indications under development.

22  **Q.**   Was that something you began working on very soon after

23  you started with Bayer?

24  **A.**   Within the first year, yes.

25  **Q.**   How did you --

THEODORE SPIRO - DEPOSITION

01:50

1   A.   Within the second year.

2   Q.   Your work on the assay development began, you said, a few

3   months after you started with the company.  How long did you

4   continue to be involved with that project?

5   A.   Our first -- our completion of the project took place in

6   2012, so from 2006, when I joined the company and became aware

7   of the assay development activities that were already ongoing,

8   and then intensified over the years with the approval of --

9   first approvals of indications and the requirements from the

10  European Medicines Agency to support assay development.

11  Q.   Was there a team or a committee that was assigned to

12  working on this assay development project with Bayer?

13  A.   Yes, there was.

14  Q.   Was there some pushback within Bayer on doing assay

15  development?

16  A.   Of course, we had already developed an assay for the drug,

17  because in order to develop a drug, we have to have a method or

18  methods to measure its concentrations for a Phase I program.

19  So we had a gold standard assay that was available and

20  published at some point in time in the literature as a method.

21  We were looking at additional assay development in order to

22  have assays more available at the level of a routine clinical

23  laboratory.

24  Q.   Dr. Spiro, earlier you told me about a meeting you put

25  together to look at assay development with respect to measuring

THEODORE SPIRO - DEPOSITION

01:52

1    Xarelto plasma concentrations in patients.  Do you recall that?
2    A.    Yes, I do.
3    Q.    We are referring to the meeting you put together in Paris
4    in December of 2006?
5    A.    Yes, I was.
6    Q.    What was the purpose of that meeting in December of 2006?
7    A.    It was to discuss laboratory methods that could be used to
8    measure rivaroxaban pharmacodynamic effects that potentially
9    might be used to measure rivaroxaban concentrations in
10   biological fluids such as plasma or urine.
11   Q.    Was one of the considerations for this meeting to
12   determine whether or not assays could be used for measuring
13   plasma concentrations that could be used for monitoring
14   patients who were taking Xarelto?
15   A.    Our development program for rivaroxaban proceeded on the
16   basis of an unmonitored approach to anticoagulant
17   administration.  We had a very well studied anticoagulant
18   available for use in the clinics, but it required routine
19   monitoring and dosage adjustment.
20   Q.    Warfarin?
21   A.    The Vitamin K antagonist class of drugs, including
22   warfarin, which is used very commonly here in the United States
23   and elsewhere.
24   Q.    So these novel oral anticoagulants like Xarelto, the
25   development plan for Xarelto was to create an unmonitored drug.

THEODORE SPIRO - DEPOSITION

01:54

1    That was your understanding of the development program?

2    A.   Yes.  The clinical community together was looking for

3    novel oral anticoagulants, as they were called then, that would

4    not require a dosage adjustment and would be effective in the

5    group of indications for which the vitamin K antagonists,

6    including warfarin, were used.

7    Q.   Let me ask you about the renal insufficiency for a moment.

8    What was the potential problem of higher drug concentrations in

9    renally insufficient patients?

10   A.   In the moderate -- patients with moderate renal

11   insufficiency, there was an increase in the concentrations and

12   exposure to the drug.  So there was a discussion that we might

13   want to use reduced doses in that patient population.  And

14   that, in fact, was implemented in the atrial fibrillation

15   study.

16   Q.   That was because of the higher drug concentrations in that

17   population?

18   A.   A lower dose would provide the same drug concentrations in

19   the moderate renal failure patient, as would the higher dose in

20   the patients with mild or normal renal function.

21   Q.   Patients with higher drug concentrations would be at

22   higher risk of bleeding, correct?

23   A.   That would have to be studied within the specific

24   indication and the dose level that was used in the trial to

25   determine if there was a correlation.

THEODORE SPIRO - DEPOSITION

01:56

1    Q.    Bayer was concerned that if renal insufficient patients

2    ended up with higher drug concentrations, they would be at a

3    greater risk of bleeding; is that correct?

4    A.    We knew that the exposure in the patients with moderate

5    renal insufficiency and Class III, IV, the more advanced liver

6    disease patients, was higher than in the patients without liver

7    disease and without renal insufficiency.  Accordingly, in these

8    patient populations we needed to be concerned about the effect

9    of the drug, particularly in relationship to bleeding.

10   Q.    Let me show you what we will mark as Exhibit 6.  This is

11   Record 932284.  It's Bates BPAG01855345.  It's labeled "Final

12   Agenda" at the top.

13            On the second page it has a date of 19 December 2006.

14   Do you see that?

15   A.    Yes.

16   Q.    Does this look like to you the agenda for the Paris

17   meeting that you put together with respect to assay development

18   and measurement of plasma drug concentrations of Xarelto?

19   A.    Yes, it does.

20   Q.    If you look with me, there's a list of consultants in the

21   middle of the page.  Do you see that?

22   A.    Yes.

23   Q.    The first one is Michel Meyer Samama.  Do you see that?

24   A.    Yes.

25   Q.    Did you, in fact, work with Dr. Samama in assay

650

THEODORE SPIRO - DEPOSITION

01:58

1   development with respect to your job at Bayer with the Xarelto?

2   A.   Yes, I did.

3   Q.   How did you come about consulting with Dr. Samama on this

4   assay development issue?

5   A.   Professor Samama was a well-known hematologist in the

6   world of antithrombotic drugs.  I had been working with him

7   since 1988, so we knew each other over a long period of time,

8   up to his demise this past year.

9        He was already, when I joined Bayer, involved with

10  the company in looking at different types of coagulation

11  testing that could be used for helping determine the degree of

12  anticoagulation present in patients being treated with the

13  non-vitamin K, or the novel oral anticoagulants.

14  Q.   So Bayer was already working with Dr. Samama, but you had

15  a relationship with Dr. Samama from your past work?

16  A.   Correct.

17  Q.   Let's look at the second page, just to see who attended

18  from Bayer.  It looks like the planned attendees were Elizabeth

19  Perzborn -- she worked in the preclinical development part of

20  Bayer with Xarelto?

21  A.   Yes, she did.

22  Q.   Yourself as planned attendee.  Dr. Misselwitz, correct?

23  A.   Correct.

24  Q.   Scott Berkowitz?

25  A.   Yes.

THEODORE SPIRO - DEPOSITION

02:00

1  Q.  Dagmar Kubitza?

2  A.  Yes.

3  Q.  Let's take a look at the final agenda on the first page.

4  There are several different items listed there.  Do you see

5  that?

6  A.  Yes.

7  Q.  Under Item 3, listed prothrombin time, do you see that?

8  A.  Yes.

9  Q.  Prothrombin time is sometimes abbreviated as PT, correct?

10  A.  Correct.

11  Q.  So you learned that Bayer, in their development program up

12  to this point in time, had used a specific prothrombin time --

13  PT -- reagent in their testing, correct?

14  A.  Correct.

15  Q.  Was that the Neoplastin reagent?

16  A.  Yes, it was.

17  Q.  Using that Neoplastin reagent, did you learn that people

18  at Bayer that had been involved in the development believed

19  there was a strong correlation between PT and drug exposure

20  levels?

21  A.  There was a correlation between the prothrombin time

22  prolongation in seconds and the concentration of rivaroxaban

23  present in the patient plasma.

24  Q.  So you understood from the people at Bayer that had worked

25  on this development that using the Neoplastin PT, there was a

THEODORE SPIRO - DEPOSITION

02:01

1   correlation between the PT using that reagent and plasma

2   concentration of Xarelto.  Is that fair?

3   **A.**   Yes, it is.

4   **Q.**   Who did you learn that information from, specifically, at

5   Bayer?

6   **A.**   I think it would have been in discussion certainly with

7   the clinical pharmacologists involved in the program.  That

8   would have been Dr. Dagmar Kubitza and Dr. Wolfgang Mueck.  And

9   certainly Dr. Frank Misselwitz would have also been

10  communicating to me that information.

11  **Q.**   Number 5, a factor Xa inhibitory assay.  Do you see that?

12  **A.**   Yes.

13  **Q.**   You were aware that there were actually factor Xa

14  inhibitory assays available on the market at this time,

15  correct?

16  **A.**   Yes, there were.

17  **Q.**   Did you understand whether or not they would work in

18  evaluating the activity of Xarelto in patients that were taking

19  Xarelto?

20  **A.**   These assays were very specialized assays.  As I remember,

21  they were research-use-only assays, and they were not widely

22  used in clinical -- in the clinical settings.

23       We did discuss them at the meeting, and our

24  conclusion was that they were not generalizable to a broad

25  community of practitioners and laboraticians.

THEODORE SPIRO - DEPOSITION

02:03

1   **Q.**   They weren't as available as a test like PT?

2   **A.**   Exactly.

3   **Q.**   PT would be considered a widely available test?

4   **A.**   Coagulation test being used for the past 60, 70 years.

5   **Q.**   Do you see there's a conclusion section?

6   **A.**   Yes.

7   **Q.**   Then there is a second bullet point, "recommendations for

8   monitoring."  Do you see that?

9   **A.**   Yes.

10  **Q.**   There are two options there:  short term and long term?

11  **A.**   Yes.

12  **Q.**   So as of December 2006, leading this meeting, ideas for

13  short-term and long-term monitoring recommendations were part

14  of the discussion at Bayer.  Do you agree?

15  **A.**   Yes, they were.

16  **Q.**   So let's look at what we will mark as Exhibit 7.  The

17  record number is 449266, Exhibit 7.  The Bates is

18  BPAG 01277713.  This is a document that's labeled "Laboratory

19  Methods, Advisory Board meeting minutes, held 19 December 2006,

20  Paris Meridien Etoile Hotel."  It has the agenda as well as

21  what looks to be meeting minutes.  Do you see that?

22  **A.**   Yes, I do.

23  **Q.**   This is in regard to the Paris meeting we have been

24  talking about, correct?

25  **A.**   Correct.

THEODORE SPIRO - DEPOSITION

02:04

1   **Q.**   It looks like the agenda from the first page is pretty
2   much the same as the agenda we saw before, so let's start on
3   the second page, and we can look at the participants again.
4   And again, we have essentially the same list of participants,
5   including Dr. Samama, Dr. Haas, Dr. Gray, Dr. Morrissey.
6   There's a Jean-Luc Martinoli.  Do you know who that was?
7   **A.**   Yes, I do.
8   **Q.**   Who is that?
9   **A.**   He was a director of research at the Diagnostica Stago in
10  France in Gennevilliers, the location of the company where he
11  worked.
12  **Q.**   So he worked at Stago, and Stago was a laboratory assay
13  development and marketing company; is that correct?
14  **A.**   Coagulation assay -- a company specializing in the
15  production of assays and automats with a particular focus on
16  thrombosis and anticoagulation.
17  **Q.**   Stago, in fact, was the Neoplastin assay that had been
18  used by the team at Bayer in measuring PT in the development of
19  Xarelto, correct?
20  **A.**   They provided the reagent kits to Roche, and Roche
21  provided them to Bayer.  So, yes, directly and indirectly.
22  **Q.**   You were attendee from Bayer, along with Elisabeth
23  Perzborn, Frank Misselwitz, Scott Berkowitz, Dagmar Kubitza.
24  Wolfgang Mueck also was added as an attendee.  Do you see that?
25  **A.**   Yes.

THEODORE SPIRO - DEPOSITION

02:06

1   **Q.**   Harald Kallabis, do you see that at the bottom?

2   **A.**   Yes.

3   **Q.**   Who was Harald Kallabis?

4   **A.**   Harald Kallabis is -- was -- is a global project manager

5   in the Bayer organization, clinical development organization.

6   **Q.**   He had Xarelto responsibility?

7   **A.**   Yes.

8   **Q.**   And then it says that Gary Peters from J&J attended?

9   **A.**   Yes.

10  **Q.**   It says [as read]:  "What is the purpose of testing plasma

11  samples?  Identification of overdose, achievable.  Assessment

12  of compliance, achievable.  Correlation with clinical outcomes,

13  difficult to achieve," question mark.

14          Do you see that?

15  **A.**   Yes, I do.

16  **Q.**   Do you know what it meant by "correlation with clinical

17  outcomes"?

18  **A.**   The development program for the -- for these non-vitamin K

19  oral anticoagulants, as we now refer to them, was predicated on

20  using a nonmonitored approach, so without dosage -- dosage

21  adaptations to achieve clinical -- the desired clinical

22  outcomes.

23          So we were -- since our strategy was to not use the

24  dosage adjustments that we, for instance, used with warfarin in

25  later programs, we were specifically testing whether it was

THEODORE SPIRO - DEPOSITION

02:08

1    possible with an anticoagulant to have a fixed dose across a

2    broad range of patients within specific indications.  And the

3    whole program was predicated on the need for not having a

4    second generation of drugs, such as the vitamin K antagonists

5    that required monitoring and dose adaptation.

6    Q.   So one of the discussions that took place in your meeting

7    in December 2006 in Paris is whether or not measurement of or

8    monitoring of either PT or drug plasma concentrations could be

9    correlated to these efficacy or safety outcomes, correct?

10   A.   Yes.  That was the part of the conversation, yes.

11   Q.   In fact, if you will look with me on the next page, there

12   are several bullet points.  The first bullet point on that

13   page, the first full bullet point says [as read]:  "Arixtra no

14   monitoring option had a negative impact on drug acceptance in

15   the clinic."

16           That was a different anticoagulant drug?

17   A.   Yes, it was -- is.

18   Q.   And then it says [as read]:  "A smaller rather than a

19   larger objective in rivaroxaban monitoring should be targeted."

20           Do you see that?

21   A.   Yes.

22   Q.   And then if you look with me down one, two, three, four --

23   No. 4, the fourth bullet point down, it says [as read]:  "Will

24   the manufacturer provide information about correlation of

25   plasma concentrations and preclinical and clinical outcomes?"

THEODORE SPIRO - DEPOSITION

02:10

1              Do you see that?

2    A.    Yes.

3    Q.    So that was a question that these physician consultants

4    that had been invited to this advisory board meeting had as to

5    whether or not the company was going to be able to provide this

6    correlation between either safety or efficacy events and how

7    those correlated with the plasma concentration of the drug,

8    correct?

9    A.    Yes.  The question was asked in that regard.

10   Q.    The two main types of assays that were discussed at this

11   meeting seem to be both use of some type of PT assay or

12   potentially use of a factor Xa assay, which was clearly not as

13   widely available or widely used in the clinical practice at

14   this point in time, correct?

15   A.    Correct.

16   Q.    And now, when it comes to the factor Xa inhibitory assay,

17   those were used for Lovenox monitoring, correct?

18   A.    For Lovenox monitoring we used a different assay, an

19   anti-factor Xa assay.  It's a slightly different assay.  This

20   one is measuring the blocking of transformation of factor X to

21   factor Xa, and the other is measuring the amount of

22   anti-factor Xa in the assay.  I would have to look more

23   directly into these assays' methodology to really very well

24   explain it to interested parties.

25   Q.    Thank you.

THEODORE SPIRO - DEPOSITION

02:12

1    A.    But the anti-factor Xa assay was the assay that we used

2    for monitoring the low-molecular-weight heparins.

3    Q.    So factor Xa inhibitory assays were discussed.  One was

4    presented by Dagmar Kubitza that used a certain way of

5    measuring factor Xa inhibition, correct?

6    A.    Yes.

7    Q.    The other looked at a different type of assay factor Xa

8    inhibition assay that had been used for the monitoring of

9    low-molecular-weight heparin in a clinic.  Is that fair?

10   A.    Yes, that's fair.

11   Q.    And in discussion of the second type that had been used in

12   monitoring in low-molecular-weight heparin, there were several

13   points under that section, including the section that clinical

14   relevance is generally accepted.

15              Do you see that?

16   A.    Yes.

17   Q.    The next point says [as read]:  "Rivaroxaban standards

18   could be prepared as calibration reagents and tests used to

19   quantitate rivaroxaban plasma levels which could then be

20   correlated to the pharmacokinetic of the dose being

21   administered to see whether the patient was within the expected

22   concentration ranges, given the timing of the sample draw."

23              Do you see that?

24   A.    Yes.

25   Q.    So it was discussed at this meeting that these factor Xa

THEODORE SPIRO - DEPOSITION

02:13

1    inhibition assays that used added factor Xa bovine source could
2    be calibrated to be used to measure rivaroxaban plasma levels
3    and then correlate that to see whether the patient was in the
4    level that you expect him to be, considering when they took the
5    dose of the drug, right?
6    A.   Yes, that is correct.
7    Q.   First bullet point, it just says that [as read] "PT is a
8    global clotting test used for work-up thrombosis, and more
9    particularly, bleeds."
10           Does it say that?
11   A.   Yes, it does.
12   Q.   That was what was described at the meeting in Paris 2006?
13   A.   Correct.
14   Q.   If you look with me down one, two, three, four -- the
15   fifth bullet point, it says [as read]:  "PT calibration with
16   the drug itself may be possible."
17           Do you see that?
18   A.   Yes.
19   Q.   Then the next bullet point says [as read]:  "Prothrombin
20   time correlates well with rivaroxaban plasma concentrations,
21   but slope of correlation varies substantially between reagent
22   systems."
23           Do you see that?
24   A.   Yes.
25   Q.   The next section is [as read] "Activated Partial

660

02:14

1    Thromboplastin Time, aPTT."

2            Do you see that?

3    A.   Yes.

4    Q.   Did you come to understand that there was also some

5    testing that had been done that had correlated aPTT with

6    Xarelto plasma concentrations?

7    A.   Yes.

8    Q.   Let's switch it -- let's flip over to the conclusions

9    section.  It says [as read]:  "Routine monitoring of

10   rivaroxaban (Xarelto) is not necessary, but the drug can be

11   monitored very well by several options."

12           Do you see that?

13   A.   Yes.

14   Q.   So in 2006 this advisory board meeting that you put

15   together in Paris and the -- the meeting minutes that you wrote

16   concluded that Xarelto could be monitored very well by several

17   options, correct?

18   A.   Yes, but let me clarify one -- one word.  When we said

19   "monitoring," we meant measuring the plasma concentrations, and

20   we did not have in mind a monitoring with the purpose of dosage

21   adaptation based on the results of the measured concentrations.

22   Q.   What would you do if you measured someone's plasma

23   concentrations and they were way too high?

24   A.    Interesting question.  I think the clinical context of

25   the -- the clinical context would have to be looked at.  If the

THEODORE SPIRO - DEPOSITION

02:16

1   patient was a patient with renal failure and had deteriorating

2   renal functioning, you probably would hold the dose.

3   **Q.**   What if they didn't have renal failure?  Would you

4   withhold the dose as well?

5   **A.**   As I said, it's a hypothetical question.  The information

6   that we have from our Phase I and Phase II programs is that

7   these types of observations would not be routine.  We did not

8   have available strategies to address this type of specific

9   condition.  In a clinical practice you might want to hold one

10  day's dose of medication, but that's not something that is

11  recommended in our prescribing information provided to

12  physicians.

13  **Q.**   The next sentence says [as read]:  "This is a clear

14  advantage of the substance" -- talking about the fact that the

15  drug can be monitored very well by several options.  "This is a

16  clear advantage of the substance, comparing other

17  anticoagulants.  The aspect that Bayer is open to monitoring

18  and supports physicians that want to monitor their patients

19  should facilitate the market introduction of rivaroxaban."

20          Do you see that?

21  **A.**   Yes.

22  **Q.**   Were you guys telling these consultants at this Paris

23  meeting that Bayer was open to monitoring?

24  **A.**   We were using the term "monitoring" in the context of

25  measurement of concentrations of drug so that in specific

THEODORE SPIRO - DEPOSITION

02:18

1  patients, the amount of drug in the plasma could be determined.

2  But we did not mean by this monitoring the type of monitoring

3  that was under -- that had been conducted for the vitamin K

4  antagonist, which was monitoring to obtain the specific

5  intensity of pharmaco- -- of coagulation inhibition.  So it was

6  a different type of approach.

7  Q.    All right.  So in the meeting minutes, under "Conclusion,"

8  you wrote that [as read] "The aspect that Bayer is open to

9  monitoring and supports physicians that want to monitor their

10 patients should facilitate the market introduction of

11 rivaroxaban."  Correct?

12 A.    Yes, it said that.

13 Q.    Okay.  And it specifically talks about that Bayer supports

14 physicians that want to monitor their patients.  Do you see

15 that?

16 A.    Yes, I see that.

17 Q.    So when you wrote that Bayer would support physicians that

18 want to monitor their patients, that aspect, what type of

19 monitoring the patients were you talking about?

20 A.    Well, when we had this meeting, we were exploring what

21 might be done in specific clinical situations.  Situations that

22 were being discussed included the -- as I previously mentioned,

23 the very small patients, such as a child.  It included patients

24 with renal failure where we were concerned about accumulation

25 of drug.  It included issues related to compliance, liver --

THEODORE SPIRO - DEPOSITION

02:20

1    patients with impaired liver function, specific clinical

2    settings where we knew there could be increased exposures to

3    rivaroxaban, and when the drug became available clinically in

4    the clinic when physicians might require tools to measure its

5    concentration.

6    **Q.**   Let me show you what we will mark as Exhibit 9, which is

7    Bates 11 -- I'm sorry, Record 1160715, Bates BHCP02678338.   And

8    this is an email chain, and I believe we are looking in

9    November of 2006 between Frank Misselwitz and yourself, as well

10   as Elisabeth Perzborn is involved.   Do you see that?

11   **A.**   Yes.

12   **Q.**   And it starts with an email that Frank Misselwitz had sent

13   to you on November 6, 2006.   Do you see that?

14          He says [as read]:   "I would like to make sure that

15   you organize a prep meeting, ideally in Wuppertal, before the

16   ASH, in order to fully align our presentation, but also the

17   agenda and the goals of this meeting."   Right?

18   **A.**   Yes.

19   **Q.**   ASH was the -- is the Society of Hematology?   Is that the

20   American Society of Hematology?

21   **A.**   Yes, it is.

22   **Q.**   The next thing he told you was that [as read] "The

23   external communication shall always be" -- in quotes --

24   "'rivaroxaban does not require regular coagulation monitoring,

25   but due to its predictable PK/PD profile, it can be monitored

THEODORE SPIRO - DEPOSITION

02:22   1   if necessary (in subpopulation, in case of overdose . . .).'"

2        That's what he told you, right?

3   A.   That is what he wrote.

4   Q.   He said [as read]:  "We do not intend to develop methods

5   for routine/regular coag monitoring of rivaroxaban."

6        That's the next thing he told you, correct?

7   A.   Correct.

8   Q.   It says [as read]:  "There was some irritation amongst the

9   invited colleagues around the question:  What are main goals

10  for this meeting?"

11       Do you recall hearing there was irritation amongst

12  the invited colleagues about the goals for the meeting?

13  A.   I don't recall the specific meeting that he is referring

14  to, because it was over 10 years ago, but this is what is

15  written in his memorandum.

16  Q.   This is an email chain from, looks like, August of 2007

17  between Dr. Samama and Elisabeth Perzborn.  Then Elisabeth

18  Perzborn forwards the information to a large group at Bayer,

19  including yourself.

20       So first Dr. Samama emails Dr. Perzborn and describes

21  two protocols for studies that he would like to do with respect

22  to Xarelto.  Is that a fair statement?

23  A.   Yes.

24  Q.   Then Dr. Perzborn forwards Dr. Samama's email where he

25  lays out the two protocols for studies to Dr. Misselwitz, your

THEODORE SPIRO - DEPOSITION

02:23

1    supervisor, yourself, as well as several other people at Bayer,

2    including Dr. Kubitza, Dr. Mueck, Dr. Berkowitz, as well as

3    Harald Kallabis and Bernhard Glombitza.  Do you see that?

4    A.   Yes.

5    Q.   What about Martina Evertz?  Did you know who she was?

6    A.   Yes.  She would have been in the marketing organization.

7    Q.   So she was in marketing, right?

8    A.   Right.

9    Q.   You say "Dear All" -- you received this email from

10   Dr. Perzborn, right?

11   A.   Yes.

12   Q.   She says [as read]:  "Dear all, As you know,

13   Professor Samama is very interested in the question what is the

14   best way to monitor Xarelto if necessary."  Do you see that?

15   A.   Yes.

16   Q.   Let me ask you this:  Is part of the review process for --

17   a study related to laboratory assays, did that require the

18   approval of marketing at Bayer?

19   A.   To the best of my knowledge, no, marketing would not have

20   been involved in that.

21   Q.   Earlier you and I talked about the fact that if you

22   measured someone and their drug plasma concentrations were too

23   high, one of the things you could do in the clinical setting is

24   miss a dose, correct?

25   A.   Yes, that would be an option.

666

THEODORE SPIRO - DEPOSITION

02:25

1  Q.   What would you do next for that patient?  Would you put
2  them back on the exact same dose when they have already
3  demonstrated that they are -- they have high plasma
4  concentrations of the drug?
5  A.   It's a difficult question.  It would have to be viewed in
6  the context of an individual patient as to what might be done.
7  What always was an alternative for certain types of patients
8  would be treatments with standard of care.
9  Q.   So don't put them back on Xarelto?
10  A.   That's an option.
11  Q.   Instead switch them over to a warfarin therapy, perhaps?
12  A.   Perhaps.
13         MR. BARR:  Your Honor, it might be a good stretch
14  point.
15         THE COURT:  We will take an opportunity to stand up a
16  minute.
17         (Brief recess.)
18         THE COURT:  All right.
19  BY MR. DUKES:
20  Q.   Let me show you what we will mark as Exhibit 18.  This is
21  Record 1690921, Bates BHCP 05104216.  It's an email chain that
22  goes several pages.  It starts with an email from Yong-Ling Liu
23  at Chameleon to several people at Bayer.
24         If we can start on the bottom of the first page.  You
25  see at the very bottom there's an email from Nancy Cook-Bruns

667

THEODORE SPIRO - DEPOSITION

02:27

1    to yourself on June 17, 2009, copying Elisabeth Perzborn, where
2    she says "Dear Theo" at the top of the second page [as read]:
3    "Can you please get in touch with Garreth?"
4    A.   Yes.
5    Q.   She says [as read]:  "Dear Theo, can you please get in
6    touch with Garreth at Chameleon regarding the poster from
7    Dr. Samama for ISTH."  Do you see that?
8    A.   Yes.
9    Q.   So you see where she forwards the Samama poster related to
10   the effects of rivaroxaban, a novel oral direct factor Xa
11   inhibitor on coagulation assays for your review?
12   A.   Yes.
13   Q.   In response to that, Warren Cowell at Bayer responds.  Do
14   you see that?
15   A.   Yes.
16   Q.   Just above?
17   A.   Uh-huh.
18   Q.   Warren Cowell is listed as global project leader, global
19   health economics outcomes and reimbursement.  Do you see that?
20   A.   Yes.
21   Q.   He says [as read]:  "Dear Yong-Ling, Please see some
22   comments from a nonspecialist perspective."
23        If we can look at the top of the next page, there is
24   two bullet points.  He says -- the first bullet point [as
25   read]:  "There is an assumption explicitly stated that riva

THEODORE SPIRO - DEPOSITION

02:29

1   does not require routine monitoring which is presented within

2   this poster of as contextual information but also positioned as

3   one of the 'communication objectives.'"  Do you see that?

4   A.   Yes, I do.

5   Q.   He says [as read]:  "Perhaps we should explain or

6   reference this claim as I am not sure how this claim is

7   currently supported or even if it is defensible."

8        Do you see that?

9   A.   Yes, I do.

10  Q.   Did you ever talk to Dr. Cowell about his concerns about

11  the claim for no routine monitoring may not even be defensible?

12  A.   No, I did not have any -- I do not remember having

13  conversations with Warren Cowell, no, in this regard.

14  Q.   So Warren Cowell says [as read]:  "Also, from the

15  contextual perspective it may not be clear to nonspecialists

16  how any results of riva assays would be used in clinical

17  practice, i.e., if a physician already knows a patient has

18  overdosed/bled on riva, what would they do with the results of

19  such an assay?"

20       So he is asking what is a physician supposed to do

21  with the results of these measurements, right?

22  A.   There are, I think, clinical situations in which it is

23  helpful to know the concentration of rivaroxaban -- what the

24  concentration of rivaroxaban is in the plasma of the specific

25  patient.  This brings us to the assumption that the patient can

THEODORE SPIRO - DEPOSITION

02:30

1  tell us that, in fact, he or she is using rivaroxaban.

2         I don't know exactly what Warren Cowell's background

3  was, so it's difficult for me to understand exactly where

4  his -- where his concern is directed.  But as an example, a

5  patient who has overdosed on -- as has been reported in the

6  literature -- 100 tablets of rivaroxaban, it may be helpful to

7  know that this patient has a certain plasma concentration and

8  be able to monitor it for -- measure it for one or two days to

9  see that the drug is being eliminated from the plasma

10  compartment and to take measures during that period of time to

11  protect the patient from risk of bleeding.

12         The assay, as we were thinking about it, was a

13  measurement assay and not a dose-adaptation assay.  We were

14  considering it to be of value and of use in the setting of a

15  patient who might require an emergency surgery, as an example,

16  to provide guidance to the surgeon as to the concentration of

17  rivaroxaban in the -- in a patient's plasma.

18         So there are some situations in which the -- this

19  information can be of use to a physician, I think, in this

20  ongoing discussion where we are continuing the conversation of

21  when and where that might be the case.

22  Q.   This is the question:  If you are going to create a way to

23  measure the drug levels, isn't the right thing to do to tell

24  physicians what they should do about it?

25  A.   At this point in time we are developing the assay -- we

THEODORE SPIRO - DEPOSITION

02:33

1    are not developing the assay.  We are supporting diagnostic

2    companies that specialize in coagulation testing.  We are

3    supporting some companies in their efforts to develop assays

4    for measurement of rivaroxaban.

5              We agree that there is a need to have an assay for

6    measurement.  We are not developing dose-adapted -- treatment

7    regimens that require dosage adjustments, but we do feel that

8    as the use of these non-vitamin K oral anticoagulants

9    increases, in particular with the additional indications under

10   investigation, that the circumstances in which a measurement

11   might be helpful to a physician would increase.  I have already

12   mentioned two of the more obvious situations:  suicidal

13   attempts, overdoses; and the -- in the setting of a requirement

14   for an emergency surgery or invasive procedures.  But we do not

15   have further -- we don't really have further instructions to

16   give to physicians, because, again, our development program is

17   predicated on a treatment regimen that has a larger therapeutic

18   window than was the case for the vitamin K antagonist and does

19   not require a dose-adaptation assay.

20   Q.   If you can look with me at the top of the fourth page,

21   there is an email from Sue Pagano responding further to this

22   stream.  And she copies Chris Nessel at J&J as well as several

23   people at Bayer.  And she -- tell me when you've got that page.

24   A.   I've got it.

25   Q.   You see where it is signed "Sue" there at the top?

THEODORE SPIRO - DEPOSITION

02:35

1   **A.**   Yes.

2   **Q.**   She says [as read]:  "Sorry for the delay.  Been on the

3   road.  The discussion below is compelling and confusing to

4   physicians.  But Peter, Paul, Roger, and Warren, clinical

5   colleagues, need to make the final decision on whether we

6   should elaborate on the INR/warfarin, riva, need to resist

7   monitoring with riva."  Do you see that?

8   **A.**   Yes.

9   **Q.**   Chris Nessel responds -- did you know Dr. Nessel?

10   **A.**   Yes, I know Dr. Nessel.

11   **Q.**   He was with J&J, correct?

12   **A.**   Yes.

13   **Q.**   He says [as read]:  "Dear Sue, as I review the poster,

14   there are at least two issues extant.  The first is to

15   appropriately caution clinicians against monitoring the

16   pharmacological activity of rivaroxaban.  I recommend

17   strengthening the introduction as follows:  Change 'there is no

18   requirement for routine coagulation monitoring' to there is no

19   clinical value or utility in routine coagulation monitoring."

20         "The absence of a requirement does not adequately

21   convey the matter.  The trials were performed without any

22   coagulation monitoring, not even if it was desired."

23         Did I read that correctly?

24   **A.**   Yes, you did.

25   **Q.**   He says [as read]:  "Moreover, I disagree that monitoring

THEODORE SPIRO - DEPOSITION

02:37

1    may be valuable in certain instances."  Do you see that?

2    **A.**   Yes, I do.

3    **Q.**   He says [as read]:  "It may be desired, but that is

4    distinctly different from the presence of clinical value."

5          Do you see that?

6    **A.**   Yes.

7    **Q.**   He says [as read]:  "In the absence of an antidote or

8    reversal agent, what is the clinician supposed to do with the

9    result of a monitoring assay?"  He gives an example of a

10   rivaroxaban level of .35 micrograms per milliter.

11          Do you see that?

12   **A.**   Yes.

13   **Q.**   So he is again questioning what is a physician supposed to

14   do with a result from one of these measuring assays, correct?

15   **A.**   Yes.

16   **Q.**   You said on the first page of the email [as read]:  "Re:

17   Monitoring, it is necessary to have a test in the routine

18   clinical laboratory ideally for measuring rivaroxaban blood

19   concentrations in unusual clinical situations."

20          And we went through that before, those examples that

21   you gave, correct?

22   **A.**   Yes, correct.

23   **Q.**   But you had a conflict because you were given an objective

24   that we are going to communicate that this drug does not

25   require monitoring, is a fixed dose, and does not require dose

**THEODORE SPIRO - DEPOSITION**

02:38

1   adaptation; but that is in direct conflict with providing

2   information, as Dr. Nessel points out, related to testing the

3   levels of the drug without providing the physicians any

4   contextual information on how to use that information?

5   **A.**   It's 2009, and we are beginning to have ongoing clinical

6   experience with the drug in 2009.  And we have a request from

7   our Bayer, our primary regulatory agency, the European

8   Medicines Agency, to make available to the European community a

9   method for measuring rivaroxaban concentrations.  Assay

10  development work is ongoing for apixaban and edoxaban at the

11  same time.

12          We don't have a dose -- adjusted-dosing regimen.  And

13  we are only beginning to see the types of complications that

14  will occur in the patient population that is not enrolled in a

15  randomized, controlled clinical trial.  So we are not seeing

16  the diversity of patients that we see in clinical practice.

17          We are gaining experience with the drug, and we are

18  developing at the same time methods for quantification of the

19  drug in the patient plasma.

20          In order to have these methods available to

21  physicians for further assessment and evaluation, as the use of

22  the drug becomes more and more widespread in the European Union

23  and potentially in the United States as well, when the Food and

24  Drug Administration approves this assay for routine clinical

25  use, not yet the case, only research use only.

674

THEODORE SPIRO - DEPOSITION

02:40

1   Q.   So you have had a chance to review Exhibit 19, familiarize

2   yourself with it a little bit?

3   A.   Yes.

4   Q.   Let's turn our attention to that email from July 3 of 2009

5   at 4:00 p.m.  And you email Dr. Eby and copy several other

6   people, including Dr. Samama, as well as some of the folks at

7   Stago, correct?

8   A.   Yes.

9   Q.   Dr. Eby was Charles Eby and he was a laboratory genomic

10  medicine -- division of laboratory genomic medicine at the

11  Washington University School of Medicine in St. Louis,

12  Missouri, correct?

13  A.   Yes, that's correct.

14  Q.   The subject of the email is [as read] "Rivaroxaban Xarelto

15  laboratory monitoring assay development field trial."  Correct?

16  A.   Correct.

17  Q.   And you say [as read]:  "Dear Dr. Eby, I'm contacting you

18  on behalf of Professor Samama, Laboratoire Biomnis, and

19  Dr. Martinoli, Diagnostica Stago, to invite you to participate

20  to a program in which we are assessing methods to develop

21  monitoring procedures for novel anticoagulants, in specific a

22  direct factor Xa inhibitor, rivaroxaban."  Correct?

23  A.   Yes, that is correct.

24  Q.   You ask him to let you know if he was interested in

25  participating in the program.  Do you see that?

THEODORE SPIRO - DEPOSITION

02:42

1  **A.**   Yes.

2  **Q.**   So Dr. Eby responded to you -- if you flip with me to the

3  next page -- on July 7, 2009, and says "Hello, Dr. Spiro."  Do

4  you see that?

5  **A.**   Yes, I do.

6  **Q.**   He says [as read]:  "I am very interested in this

7  important topic.  There will definitely be situations where

8  laboratory monitoring of the anticoagulant activity of oral

9  direct Xa and IIa inhibitors will be necessary."

10        Do you see that?

11  **A.**   Yes.

12  **Q.**   He says [as read]:  "I am on the faculty of Washington

13  University School of Medicine, department of pathology."

14  That's in St. Louis, correct?

15  **A.**   Correct, that is in St. Louis.

16  **Q.**   He says [as read]:  "My department has a contract to

17  provide laboratory director services to Barnes-Jewish Hospital,

18  which is where all Washington University faculty practice

19  medicine.  I cannot direct laboratory employees to conduct

20  tests to support a commercial project, no matter how modest the

21  time, reagent, and equipment requirements, without external

22  financial support.

23        "This would require a contract between Washington

24  university and Bayer/Stago, legal review, and an overhead

25  charge of approximately 26 percent."  Correct?

THEODORE SPIRO - DEPOSITION

02:43

1   **A.**   Yes, that is what it says.

2   **Q.**   Then he wants you to let him know if you would be

3   interested in pursuing the collaboration, right?

4   **A.**   Correct, that is what he said.

5   **Q.**   You respond to him later that day, and you copy

6   Dr. Martinoli and Dr. Samama on July 7 at 11:12 a.m.  Do you

7   see that?

8   **A.**   Yes.

9   **Q.**   You let him know that these issues regarding compensation

10  or funding by Bayer has arisen before, right?

11  **A.**   Yes.

12  **Q.**   You say [as read]:  "This trial and its protocol are a

13  hybrid project.  While Bayer is the sponsor in terms of

14  financial support, the program falls closer to an

15  investigator-initiated study -- ISS [sic] -- than to a

16  company-sponsored study.  However, as we, Bayer, are more

17  involved in this program than is the case for the usual IIS,

18  Bayer 'sponsorship' is cited."  Do you see that?

19  **A.**   Yes.

20  **Q.**   You then let him know that based on the discussions with

21  Dr. Samama and Dr. Martinoli at Stago, that we have decided not

22  to offer compensation and apply this decision to all

23  participating.  The actual logistics behind securing additional

24  corporate funding for this study and the logistics behind

25  negotiating contracts with 15 laboratories would engender many

THEODORE SPIRO - DEPOSITION

02:44

1    months of delay in the startup and completion of this field

2    trial of calibrators and controls platformed on the PT assay as

3    described in the protocol."  Did I read that correctly?

4    A.   Yes, and that answers also your question of which assay we

5    were talking about in this email string.

6    Q.   So this would be talking about the PT assay field trial

7    test?

8    A.   Prothrombin time assay.

9    Q.   [As read]:  "The purposes of this study is to assess

10   clinically practicable tools for measuring rivaroxaban blood

11   concentrations."  Did I read that correctly?

12   A.   Yes, you did.

13   Q.   [As read]:  "For Bayer, no financial incentive exists in

14   the development of such tools, as Bayer has no longer a

15   clinical laboratory business, sold to Siemens two years ago."

16          Do you see that?

17   A.   Yes.

18   Q.   That was your explanation of why Bayer was not interested

19   in funding his laboratory's participation, correct?

20   A.   We did not have a budget to fund individual laboratories

21   for this program.  The collaboration that was in place was

22   between Bayer -- I think we were Bayer Schering AG at that

23   time.  Diagnostica Stago and Professor Samama, Biomnis.  We

24   were supporting in particular Diagnostica Stago's interest in

25   having the rivaroxaban measurement assay available as one of

THEODORE SPIRO - DEPOSITION

02:46

1    their tests in order for them to stay current with the
2    contemporary evolution of coagulation treatments being used in
3    the clinic.
4    Q.    So what you told Dr. Eby was, even though the purpose of
5    the study was to assess clinically practicable tools for
6    measured rivaroxaban blood concentrations, Bayer didn't have
7    any financial incentive to develop such tools, because they
8    didn't have a laboratory business anymore, right?
9    A.    Oh, yes.  We didn't have a specific incentive ourselves to
10   further develop assays, which we might have done if we had
11   maintained our laboratory division, but that was gone.
12   Q.    Now, if I can show you what we will mark as Exhibit 22,
13   which is Record 1145884, and that's Bates 02485568.  This is an
14   email from the next day from Yong-Ling Liu at Chameleon, the
15   medical writing company we talked about, to yourself, Garreth
16   Tucker, at Chameleon, as well as also Anja Alpers at Bayer.
17           Do you see that?
18   A.    Yes.
19   Q.    This is on June 18, 2009, a day later, and it refers to
20   Dr. Samama's ISTH poster.  Do you see that?
21   A.    Yes.
22   Q.    Yong-Ling Liu thanks yourself and Anja for taking the time
23   to discuss Dr. Samama's ISTH poster with us today.  [As read]:
24   "As mentioned, some concerns were raised during the GEST review
25   process regarding the messages around the aims of these studies

THEODORE SPIRO - DEPOSITION

02:48

1   and the conclusions about the potential use of some of these

2   assays for measuring pharmacodynamics of rivaroxaban."

3           Do you see that?  We are talking about Dr. Samama's

4   paper, right?

5   A.   Yes, Dr. Samama's poster.

6   Q.   This is the paper that he is listed as the lead author on

7   at the top of the page, right?  This poster?

8   A.   Yes.

9   Q.   He ended up being the lead author in this published paper

10  as well, correct?

11  A.   Yes.

12  Q.   The next paragraph says [as read]:  "In light of the

13  discussion we had yesterday with the A-GEST members, we have

14  modified the introduction to reflect that although routine

15  coagulation monitoring is not required, some assays may be of

16  value in certain rare circumstances.  In addition, it was

17  suggested that the potential utility of PiCt, Hep test, or PT

18  for the measurement of rivaroxaban should be deleted from the

19  conclusion.  We have therefore modified the conclusion to give

20  a more general statement about the potential of these assays."

21  Do you see that?

22  A.   Yes, I do.

23  Q.   The next paragraph says [as read]:  "In addition, it is

24  agreed that a therapeutic plasma concentration range of

25  rivaroxaban should be given in the objective.  Your input on

THEODORE SPIRO - DEPOSITION

02:49

1  this would be very much appreciated.  Please see the comments

2  in the attached draft poster for detail.  Please also find

3  attached for your reference the accepted abstract."

4          Do you see that?

5  A.   Yes, I do.

6  Q.   So if we could mark as the next exhibit 23.  This is

7  Record 1145885.  Then we can also mark as Exhibit 24 1145886.

8  So 23 is Bates 02485571 and 24 is Bates 02485586.

9          **MR. BIRCHFIELD:**  Your Honor, could we take a break?

10          **THE COURT:**  Okay.  Let's do a 15-minute break at this

11  time.  Court will stand in recess.

12          (Recess.)

13          **THE COURT:**  Be seated, please.

14          This is the last lap folks.  This is the last

15  part of the day.

16          Let's play it.

17  Q.   These were the attachments of the emails from Yong-Ling

18  Liu, the writer at Chameleon.  You see the first is similar to

19  the draft we saw before of the poster.  It's the draft for GEST

20  on the front page.  Do you see that?

21  A.   Yes, I do.

22  Q.   So if you recall, when we looked at 1701567, which I think

23  it's Exhibit 22, that conclusion -- or actually 21, that

24  conclusion, the first bullet point said [as read]:  "Although

25  there was no requirement for routine coagulation monitoring

THEODORE SPIRO - DEPOSITION

03:12

1   with rivaroxaban, appropriate assays may be useful in certain
2   circumstances."
3         Now, if we look at the conclusion in Exhibit 23, as
4   indicated in the email, the conclusion has been changed to say
5   that the appropriate assay may be useful in rare circumstances.
6   Correct?
7   A.   Yes, that is correct.
8   Q.   So the third bullet point in Exhibit 21 that had been
9   circulated around and comments had been received from people
10  like Christopher Nessel and Warren Cowell indicated there was a
11  linear relationship between prothrombin time and Xarelto
12  concentrations and that those prothrombin time measurements
13  could be expressed as Xarelto plasma concentrations.
14        Do you recall that in Point No. 3 we talked about?
15  A.   Yes.
16  Q.   Now, if we look at the conclusions in Exhibit 23 after the
17  call with Chameleon, the medical writing company, that
18  paragraph is not there anymore, correct?
19  A.   Correct, it is no longer there.
20  Q.   That's consistent with the email from Yong-Ling Liu that
21  during the discussion with the A-GEST members, it was suggested
22  that the potential utility for PT for the measurement of
23  rivaroxaban should be deleted from the conclusion.  [As read]:
24  "We have therefore modified the conclusion to give a more
25  general statement about the potential of these assays."

THEODORE SPIRO - DEPOSITION

03:13

1          That's what's been done in this new draft of the

2   poster, correct?

3   A.   Yes, that appears to be the case.

4   Q.   So the conclusion that we saw from Dr. Samama's poster

5   that was circulated around to Chris Nessel and others had a

6   fourth bullet point that said [as read]:  "Prothrombin time

7   assay calibrated to Xarelto concentration appears to be a

8   simple and valuable assay for measuring the pharmacodynamic

9   effects of Xarelto in a standardized manner."  Do you see that?

10  A.   Yes, I do.

11  Q.   Then the bullet point on the new version of the poster

12  after this call with Chameleon says [as read]:  "Further

13  development will be required to establish one of these assays

14  as a simple, reliable, and accurate test for rivaroxaban plasma

15  concentration."  Do you see that?

16  A.   Yes, I do see that.

17  Q.   These were all changes that Chameleon made on behalf of

18  the discussion that was had with the Bayer A-GEST publication

19  committee, correct?

20  A.   Yes, that appears to be the case.

21  Q.   My simple question was:  Did you provide information --

22  were you able to provide information to Yong-Ling Liu related

23  to a therapeutic plasma concentration range that could be given

24  in the objective of Dr. Samama's paper for ISTH?

25  A.   I don't remember if I gave that or not.  Would it have

03:15   1   been possible to give a therapeutic concentration range for the

2   one approved indication?

3        Yes, it would have been.

4   **Q.**   Okay.  You don't believe the company has ever provided to

5   clinicians a therapeutic plasma concentration range in any of

6   their labeling or studies for the product, correct?

7   **A.**   In the prescribing information in the United States, I do

8   not believe there is a table showing estimated or measured

9   plasma concentrations for the three approved doses available to

10   the clinicians.

11        In publications in the medical literature, we have

12   provided that information, and it is present in those

13   publications.

14   **Q.**   This is Exhibit 30.  The record number is 1160578.  The

15   Bates is BHCP 02677981.  It's an email chain between yourself

16   and Scott Berkowitz at Bayer.  Earlier in the email chain it

17   includes some others in the company, including some folks from

18   J&J as well.  I will give you a second to look at it.

19        You asked the question:  "Is the 20/15 approach the

20   best one in AF?  AFib.  I can provide you with all the

21   reassurance that a strong maybe allows."  Do you see that?

22   **A.**   Yes, I see that.

23   **Q.**   [As read]:  "Is a BID 10-milligram" -- BID, twice daily --

24   "strategy possibly safer and similar and more effective than a

25   20-milligram QD" -- once daily -- "strategy?"

THEODORE SPIRO - DEPOSITION

03:17

1              That's the next question you ask, correct?

2    **A.**    Correct.

3    **Q.**    If the only confidence you have that you have selected a

4    dose for the Phase III trial is a strong maybe, wouldn't it be

5    prudent to perhaps consider testing a different dosing regimen

6    in the Phase III trial to determine whether or not you might be

7    able to come up with a safer and more effective dose for the

8    patients that are going to be treated?

9    **A.**    I guess my answer would stay the same:  possibly.  But we

10   did not see this with the low-molecular-weight heparins when we

11   compared once-daily and twice-daily regimens in the venous

12   thromboembolism treatment.

13   **Q.**    The next thing you say is [as read]:  "The future of Bayer

14   Healthcare AG, of course, rides on this decision, and the OS

15   element of this puzzle impacts the entire game."

16              That's what you said to Ted Spiro back in

17   January 2007, correct?

18   **A.**    Right.  That's what Theodore Spiro said to Scott Berkowitz

19   in 2007.  I understand what you said.

20   **Q.**    Because of the many types of situations in which

21   monitoring of rivaroxaban exposure levels as measured by plasma

22   concentration might be important, that's the reason why you

23   were working on these potential assays that could be used for

24   monitoring?

25   **A.**    Yes, that is correct.

THEODORE SPIRO - DEPOSITION

03:19

1   **Q.**   Let me show you what we will mark as Exhibit 35, which is

2   Record 411373, Bates BPAG 01136560.  This is an email chain

3   between Corinne Debroye, Elisabeth Perzborn, and yourself back

4   in 2008.  We can start with the first email, if we can, which

5   was an email from Corinne Debroye to Elisabeth Perzborn, and

6   the subject line was [as read] "Monitoring with rivaroxaban."

7        Do you see that?

8   **A.**   Yes, I do.

9   **Q.**   And Corinne Debroye was a medical adviser, hematology,

10  with Bayer in Belgium, correct?

11  **A.**   Yes, she was.

12  **Q.**   And Corinne Debroye forwards this email to you, if you

13  look with me on the first page of this email that ends in 560,

14  and copies Martine Debecker and several others.  And then

15  Corinne Debroye -- Elisabeth Perzborn forwards this to you and

16  then Corinne Debroye responds.  Do you see that?

17  **A.**   Yes, I see that.

18  **Q.**   So what Elisabeth Perzborn says in the email that she

19  forwarded to you on April 23, 2008, at 15:46, if you flip with

20  me to the next page, says [as read]:  "Dear Corinne.  Thank you

21  very much for letting me know the suggestions for Walter

22  Wijns."

23        Are you with me?

24  **A.**   Yes.

25  **Q.**   Okay.  [As read] "What I learned from you and various

686

THEODORE SPIRO - DEPOSITION

03:21

1    colleagues from the different countries is the demand of having

2    the possibility to monitor rivaroxaban if required."

3         Do you see that?

4    A.   Yes, I do.

5    Q.   What Elisabeth Perzborn is recognizing, based on her

6    communication with Corinne Debroye in Belgium, is the

7    colleagues that were from different countries were wanting to

8    have the possibility to monitor Xarelto, correct?

9    A.   They are looking for the ability to, I think, measure

10   rivaroxaban plasma concentrations.  They know that we do not

11   have an adjusted dose program that would be an adjusted dosing

12   regimen that would be amenable to traditional drug monitoring,

13   as the drug was developed to not require monitoring and dosage

14   adaptation.

15   Q.   So then Corinne Debroye responds to Dr. Perzborn and

16   copies you on April 28, 2008, on the first page.  Do you have

17   that email?

18   A.   Yes, I do.

19   Q.   It says [as read]:  "Dear Elisabeth, thank you very much

20   for your feedback.  Meanwhile, I contacted Dr. Arnouts from the

21   hemostasis lab from the University Hospital Leuven, and he

22   agreed that monitoring needs to be possibly preferably with the

23   anti-Xa and that calibration should be done with Xarelto."

24   Correct?

25   A.   Yes, that is what is written here.

THEODORE SPIRO - DEPOSITION

03:22

1  Q.   So this advisory board that was being held in Brussels in

2  June 2008, the main topic was going to be monitoring of

3  rivaroxaban, Xarelto, correct?

4  A.   Yes, it was, as indicated here.

5  Q.   I'm going to show you what we will mark as Exhibit 36,

6  which is Record 1158771.  And this is Bates BHCP 02644383.

7           And if you look with me on the first page, just so we

8  are clear what you're looking at, there is -- this file was

9  produced to us as a PowerPoint file, and the file name was

10  described as [as read] "TES Edits Advisory Board, 19 June 2008,

11  Agenda and Presentation bis.powerpoint."

12           Do you see that?

13  A.   Yes.

14  Q.   If we look at the screen, it talks about the TES edits

15  advisory board.  The TES, that would be yourself?

16  A.   Correct.

17  Q.   So if we look at the first page of the PowerPoint

18  presentation, this is the agenda of the advisory board,

19  June 19, and then the next section is Xarelto and monitoring,

20  correct?

21  A.   Yes, it is.

22  Q.   You're listed as the presenter there and described as the

23  global clinical leader, correct?

24  A.   Yes.

25  Q.   So if we can flip over to page 25, there's a description

THEODORE SPIRO - DEPOSITION

03:24

1  of the new anticoagulants, correct?

2  A.   Yes, there is.

3  Q.   On the left side you see rivaroxaban listed at the top,

4  correct?

5  A.   Correct.

6  Q.   And the arrow points to the Xa circle, which means

7  rivaroxaban was one of the factor Xa inhibitors and the other

8  factor Xa inhibitor drugs are listed there, correct?

9  A.   Yes, that is the case.

10  Q.   Okay.  Now, let's flip to page 26, and there's a slide

11  that you had in your presentation called "Monitoring."

12       Do you see that?

13  A.   Yes.

14  Q.   And it says [as read]:  "How to monitor this plurality of

15  substances."

16       Do you see that?

17  A.   Yes.

18  Q.   And you describe specific anti Xa or anti-IIa methods in

19  every lab.  And that refers to the problem that if you try to

20  have one -- a test for every single drug, there would be a lot

21  of tests for a lab to have to run and to keep track of,

22  correct?

23  A.   Yes, that is one of the considerations.

24  Q.   And you basically describe you would have to have 20

25  different sets of specific calibrators or controls, correct?

THEODORE SPIRO - DEPOSITION

03:25

1   A.   Some number here.  It says 20.

2   Q.   So then you say the "good news."  Do you see that?

3   A.   Yes.

4   Q.   Okay.  And it says [as read]:  "Good news, routine

5   monitoring required only" -- and you have a picture of Coumadin

6   and a picture of heparin, correct?

7   A.   Yes.

8   Q.   And then in a yellow box you say [as read]:  "All the

9   other substances require monitoring only in special

10   situations."  Correct?

11  A.   Correct.

12  Q.   You and I discussed the fact that it was Bayer's position

13  with respect to this assay development that there were special

14  situations that would require monitoring.

15  A.   There are situations in which measurements of the plasma

16  concentration of the drug are important.

17  Q.   You and I certainly discussed that it was your position

18  that there were special situations that made monitoring of

19  Xarelto plasma concentration levels necessary, correct?

20  A.   Again, measurement because of the confusion between

21  monitoring and dose adaptation and measurement to understand

22  where a patient is at a specific point in time.

23  Q.   You did hold the opinion that it was necessary in certain

24  situations?

25  A.   Yes, and I hold the opinion that it is necessary in

THEODORE SPIRO - DEPOSITION

03:26   1    certain situations.

2    Q.   So you say [as read]:  "The good news was that routine

3    monitoring was required only in Coumadin and heparin and that

4    all the other substances require monitoring only in special

5    situations."

6           And you present the next slide.  If we can look at

7    page 27.  This slide is labeled "The Bad News," correct?

8    A.   That is correct.

9    Q.   Okay.  If you look with me over in the top right corner,

10   your presentation said [as read]:  "There are many special

11   situations."  Correct?

12   A.   That is what is written here, yes.

13   Q.   And "many" is bolded in dark black, correct?

14   A.   Correct.

15   Q.   Okay.  And we see on the left an example of very low

16   weight, correct?

17   A.   Yes.

18   Q.   Okay.  The next example, elderly people, do you see that?

19   A.   Yes.

20   Q.   You agree that elderly are a special situation that could

21   require monitoring, correct?

22   A.   They may require measurement, yes.

23   Q.   We see a pregnant woman, correct?

24   A.   Yes.

25   Q.   Okay.  Critically ill patients, and there's a picture of

THEODORE SPIRO - DEPOSITION

03:27   1   someone in a hospital setting, correct?

2   A.   Correct.

3   Q.   Children is listed, and there's a picture of a cute baby

4   looking at the camera, right?

5   A.   That is correct.

6   Q.   Okay.  Obesity, also a special situation that you

7   described, correct?

8   A.   Large body weight patients may require measurements, yes.

9   Q.   Okay.  What happens in the large body weight patients that

10  might require monitoring?

11  A.   There may be malabsorption in some patients who have had

12  surgical interventions to attempt weight loss.  There may be

13  inadequate amounts of drug for plasma volumes in extreme body

14  weight situations.

15  Q.   Are there situations in which obese patients have

16  accumulation as a result of their absorption issues?

17  A.   I don't have specific information in that regard.  I don't

18  know how to answer that question.

19  Q.   You haven't seen any of the information that certain of

20  these patients may end up accumulating the drug because simply

21  they are able to absorb more than another patient?

22  A.   No, I haven't seen that.

23  Q.   Bleeding under anticoagulation, in the middle, under

24  elderly people, do you see that?

25  A.   Yes, I do.

692

THEODORE SPIRO - DEPOSITION

03:29

1   Q.   So that's a special situation you identified that could

2   require monitoring, right?

3   A.   It could require measurement of plasma concentrations,

4   yes.

5   Q.   Now if we could look at page 49.  This is a slide called

6   [as read]:  "Prolongation of PT, multiple doses of 5, 10, 20,

7   30 milligrams twice daily for five days."

8           Do you see that?

9   A.   Yes, I do.

10  Q.   What you see is, for example, is that after the dose, you

11  see the graph shoot up, indicating a peak prothrombin time

12  after dosing; and then that number comes down before the second

13  dose during a one-day period, on the left side of the graph,

14  correct?

15  A.   Yes, that is correct.

16  Q.   What we see from here is that the higher the dose, the

17  greater change in prothrombin time during this short study

18  relating to prolongation of PT, correct?

19  A.   Yes, that is correct.

20  Q.   And that's not surprising.  Higher doses result in more

21  prolongation of PT, correct?

22  A.   Yes, that is correct.

23  Q.   And the reason why higher doses result in a prolongation

24  of PT is because higher doses result in higher exposures of the

25  drug in plasma concentration, correct?

THEODORE SPIRO - DEPOSITION

03:31

1  **A.**   Well, higher concentrations of the drug in the plasma and

2  the impact of the -- the resulting impact of the coagulation

3  test.

4  **Q.**   Okay.  So let's look at Slide 50, which is labeled

5  "Correlation of PT with PK."  So this is another one of those

6  correlation charts, and it again comes from -- you cite the

7  Kubitza article in your presentation, correct?

8  **A.**   Yes, this is Dr. Kubitza's slide.

9  **Q.**   And you used the slide in your presentation to the Belgium

10  advisory board, correct?

11  **A.**   Yes, it appears to be the case.

12  **Q.**   And so on the bottom is, again, plasma concentration of

13  Xarelto, right?

14  **A.**   Yes.

15  **Q.**   As expressed by micrograms per liter, correct?

16  **A.**   Yes, that is correct.

17  **Q.**   Then on the left is the prothrombin time as expressed in

18  seconds, correct?

19  **A.**   Correct.

20  **Q.**   And you see it starts at around that 12 mark, which I

21  think is a normal level that you see; and then as the plasma

22  concentration increases, generally the prothrombin time

23  increases as well, correct?

24  **A.**   That is the case within -- with this reagent system, the

25  Neoplastin reagent system likely used in this study.

**THEODORE SPIRO - DEPOSITION**

03:32

1  **Q.**   There's a correlation factor given there on the right as

2  well, right?

3  **A.**   Yes, it is.

4  **Q.**   And that .958 correlation factor generally reflects that

5  there's a strong correlation between prothrombin time, PT, and

6  the plasma concentrations of Xarelto as demonstrated by

7  Kubitza's study published in 2005, correct?

8  **A.**   Yes, that is correct.

9  **Q.**   There's a second study on the next page you cited, which

10  is study 10847.  Do you see that?

11  **A.**   Yes, I do.

12  **Q.**   And this is another study showing the correlation between

13  PT and plasma levels of Xarelto, correct?

14  **A.**   Yes, this is correct.

15  **Q.**   PT is expressed in seconds on the left, the prothrombin

16  time, and then exposure and plasma concentration is measured by

17  micrograms per liter on the bottom, correct?

18  **A.**   Yes, that is correct.

19  **Q.**   Okay.  This, again, is showing the strong correlation

20  between PT and Xarelto, correct?

21  **A.**   Yes, that is correct.

22  **Q.**   So were you worried about these patients that had these

23  high PTs compared to the other patients that had lower PTs at

24  the same concentration levels?

25  **A.**   One likely explanation for these elevated PTs,

THEODORE SPIRO - DEPOSITION

03:34

1    particularly the ones which are not measured, which are the
2    60s, is that they are contaminated samples.  Frequently in our
3    clinical trials we do find some samples that are drawn through
4    lines with heparin in them, and this is a common finding when
5    we do these types of studies.
6    Q.    Do you think it was worth investigating each of those
7    patients to determine whether or not there were potential
8    patients who had various reactions related to their PT that
9    were different than what you would see to the norm, with
10   respect for the same exposure levels?
11   A.    I would have to defer for these specific studies to the
12   individuals who conduct these Phase II trials.  I'm not sure
13   even who they might have been in that timeframe.  Such as Frank
14   Misselwitz might have been involved with these studies.  But
15   they are so -- these are highly technical plots and -- from
16   dose-finding studies in these patient populations.
17   Q.    Let me ask you a question about Slide 27, on the screen.
18   This is a slide where you said the bad news is there are many
19   special situations.
20          Does the labeling for the product in the
21   United States tell doctors that these are special situations
22   that require monitoring?
23   A.    To the best of my recollection, the prescribing
24   information in the United States does not include measurement
25   of rivaroxaban concentrations, and assays for rivaroxaban

THEODORE SPIRO – DEPOSITION

03:35

1    concentration measurement are not approved by the Food and Drug

2    Administration.

3    Q.    Would you agree that if a patient had more than one of

4    these special situations ongoing, such as an elderly person

5    with a very low weight, that could exaggerate their situation

6    with respect to their potential increased exposures in terms of

7    plasma concentration and potentially the increased concern for

8    those patients?

9    A.    As we become elderly and fall into the category of elderly

10   patients, we develop a variety of frailties and sensitivities

11   to all of the medications that we take.  Rivaroxaban is no

12   different.  In treating an elderly patient with an

13   anticoagulant, be it warfarin, be it rivaroxaban, be it

14   heparin, the specific underlying conditions in that patient --

15   and as an elderly patient, we become what we call complex or

16   sometimes interesting -- it makes or management quite -- more

17   challenging than in the case of a healthier younger individual.

18   Q.    There's no recommendation in the U.S. label for monitoring

19   rivaroxaban plasma concentration levels in elderly people,

20   correct?

21   A.    There's no -- that I remember, there is no recommendation

22   for measuring rivaroxaban concentrations in elderly patients.

23   We do not have an assay approved in the United States as an

24   in vitro diagnostic test for this purpose.

25   Q.    Is there any recommendation for any dose adaptation in the

THEODORE SPIRO - DEPOSITION

03:37   1   United States label for elderly patients?

2   **A.**   There is no recommendation specifically for elderly

3   patients.  Warnings are present in the label in situations of

4   decreased renal function, and elderly patients frequently have

5   decreased renal function.  So this has to be taken into

6   consideration when managing these patients.

7   **Q.**   Now, you mentioned a couple minutes ago that there was not

8   an approved assay for measuring plasma concentration levels of

9   Xarelto in the United States.  Do you recall that?

10   **A.**   Yes.

11   **Q.**   Neoplastin is a widely available assay for measuring PT in

12   the United States, correct?

13   **A.**   Yes.  The Neoplastin reagent is marketed by

14   Diagnostica Stago in the United States.

15   **Q.**   You agree it's widely available?

16   **A.**   I think Innovin is still the primary agent used in the

17   American laboratories, but I think the Neoplastin reagent may

18   be the second-most widely used reagent.

19   **Q.**   That is an existing PT assay available in the market,

20   correct?

21   **A.**   Correct.

22   **Q.**   There was a lot of discussion with plaintiffs' counsel

23   about use of the word "monitoring" versus "measure."  Do you

24   recall that?

25   **A.**   Yes.

THEODORE SPIRO - DEPOSITION

03:39

1   **Q.**   What you were developing, did you consider that to be

2   measure or monitor?

3   **A.**   We realized during the course of the development that the

4   use of the term "monitoring" engendered the association of

5   monitoring with dosage adaptation, and we understood that given

6   that our development program in Phase II and Phase III to date

7   had been a fixed-dose approach, that we needed to be clear that

8   we were not developing monitoring regimens that required dose

9   adjustments, but were rather developing testing systems that

10  allowed point measurements of drug concentration in plasma.

11  **Q.**   What are the circumstances under which one might want to

12  be able to measure how much rivaroxaban is in a patient's

13  blood?

14  **A.**   Well, we saw earlier today a very interesting slide, which

15  I can redirect our attention to, but basically we are looking

16  at patients with very special situations such as the very young

17  patient, pediatric indications; patients with impaired renal

18  function or worsening renal function on treatment; patients

19  with impaired hepatic function or worsening hepatic functioning

20  on treatment; extremes of body weight; emergency settings, such

21  as a patient who requires a spinal tap for assessment of a

22  spinal cord infection, this patient being potentially on a

23  non-vitamin K oral anticoagulant such as rivaroxaban; patients

24  requiring emergency surgery, also in the setting of their being

25  treated otherwise with a non-vitamin K oral antagonist such as

THEODORE SPIRO - DEPOSITION

03:41   1   rivaroxaban.

2   **Q.**   How would you characterize these situations?

3   **A.**   I would characterize these as special situations where we

4   need to understand more specifically what is occurring in an

5   individual patient in order to make certain types of decisions

6   as to what to do next and when to do it.

7   **Q.**   What is Spiro 52?  What is this paper?

8   **A.**   That is a review article that Professor Samama authored in

9   collaboration with colleagues from Bayer HealthCare and

10   Diagnostica Stago where we did a review article on the

11   laboratory assessment of rivaroxaban.

12   **Q.**   As a general matter, what is addressed within this

13   article?

14   **A.**   We provided an overview of the assay developments that had

15   taken place during the preceding several years, probably

16   beginning as early as 2004 and 2005.  We provided some

17   information concerning pharmacokinetic parameters associated

18   with rivaroxaban.  We provided information about clinical

19   situations in which laboratory testing for rivaroxaban might be

20   required.

21   **Q.**   Did you have many different conversations over the last

22   couple of days about the use of PT as a means to measure plasma

23   concentration in patients who have taken rivaroxaban?

24   **A.**   Yes, we did.

25   **Q.**   What do you say in the first paragraph with respect to

THEODORE SPIRO - DEPOSITION

03:43

1    whether or not prothrombin time is suitable for measuring

2    rivaroxaban?  What do you say in your published paper?

3    **A.**   We point out that the variability in the responses with

4    the different thromboplastin reagent kits results in a

5    too-large variation in the results, when they are expressed in

6    seconds, for specific patient samples that are tested.

7    **Q.**   What causes that variation?

8    **A.**   It's caused by the different international sensitivity

9    index of the thromboplastin reagents which are used in the

10   reagent kits.

11   **Q.**   Is the availability corrected by conversion of PT to INR

12   values?

13   **A.**   Using the formula that we have established for the

14   anti-vitamin K antagonist class of agents, in fact, the

15   variation between the assays is increased.

16   **Q.**   What is INR used to measure?

17   **A.**   The international normalized ratio referred to in

18   abbreviation form in the INR is used to standardize the

19   assessment of the intensity of anticoagulation effect obtained

20   with the vitamin K antagonist class of anticoagulants, or blood

21   thinners.  One commonly mentioned type of drug, in the

22   United States in particular, is warfarin, but in other

23   countries several other types of drugs are commonly used.

24   **Q.**   If you go down to the next paragraph, about halfway down,

25   there's a discussion that involves the Neoplastin reagent.  Do

701

THEODORE SPIRO - DEPOSITION

03:45  1    you see that?

2    A.    Yes.

3    Q.    You were asked a lot of questions, particularly this

4    afternoon, about the use of the Neoplastin reagent system to

5    measure PT in patients who have taken rivaroxaban.  Do you

6    recall that?

7    A.    Yes, I do.

8    Q.    What do you tell readers of your published article with

9    respect to PT, even if it's the Neoplastin reagent?

10   A.    Well, the bottom line of the concern about the assay from

11   the laboratician's perspective or the individual that is

12   actually working in the clinical laboratory is contained in the

13   last sentence [as read]:  "The assay lacks precision,

14   particularly at low rivaroxaban concentrations, and is,

15   therefore, not suitable for measuring rivaroxaban levels in

16   blood samples taken near the time of Ctrough.  In addition,

17   specific calibrators," et cetera.

18   Q.    Go ahead and read that.

19   A.    [As read]:  "In addition, specific calibrators for use

20   with the prothrombin time test are not commercially available."

21   Q.    I would like you to turn to the conclusion section of your

22   paper.

23   A.    Yes.

24   Q.    The first couple of sentences.  What do you tell doctors

25   who are reading your article with respect to whether or not

THEODORE SPIRO - DEPOSITION

03:46

1   routine coagulation monitoring is used for rivaroxaban?

2   **A.**   We tell them that the non-vitamin K oral anticoagulants --

3   or we refer to them here as target-specific, meaning they

4   target a specific coagulation factor -- that are used, are used

5   currently in clinical practice at fixed doses without the need

6   for routine coagulation monitoring.

7   **Q.**   Unlike the DKAH, right?

8   **A.**   Unlike the vitamin K antagonist, right.

9   **Q.**   That would include warfarin?

10  **A.**   Yes, that would include warfarin.

11  **Q.**   Rivaroxaban ain't warfarin, is it?

12  **A.**   No.  Rivaroxaban is not warfarin.

13  **Q.**   Dr. Spiro, I have a couple more questions for you.

14  Counsel for Bayer asked you some questions regarding the review

15  article that you were a coauthor on with Dr. Samama published

16  in *Thrombosis Journal* in 2013, "The laboratory assessment of

17  rivaroxaban:  A review."  Do you recall that?

18  **A.**   Yes, I do recall that.

19  **Q.**   He asked you about the statement the concentration of

20  target-specific oral anticoagulants may potentially need to be

21  measured in certain clinical situations?

22  **A.**   Yes.

23  **Q.**   Then it gives the examples of urgent surgery,

24  perioperative management, thromboembolic or bleeding events, or

25  in cases of suspected overdose.  Do you recall those questions?

THEODORE SPIRO - DEPOSITION

03:48

1   A.   Yes, I do.

2   Q.   In your review of the labeling for Xarelto in the

3   United States, does it make any recommendation that these

4   groups of patients need to be measured, depending on their

5   clinical situation?

6   A.   I would need to look at the U.S. label quickly again.

7   Q.   Okay.  I think it's 46.

8   A.   I do not find that it does.

9   Q.   If I could point your direction to page 6 of 7 in your

10  conclusion section.

11  A.   Yes.

12  Q.   That says [as read]:  "To conclude, the choice of

13  laboratory test for rivaroxaban will depend on the clinical

14  situation:  If a qualitative assessment of the presence of

15  rivaroxaban in the blood is needed, the PT test is suitable,

16  provided that a rivaroxaban-sensitive reagent is used."

17          Did I read that correctly?

18  A.   Yes, you did.

19  Q.   You agree with that statement that a PT test is suitable

20  if you want to make a qualitative assessment of the presence of

21  rivaroxaban in the blood?

22  A.   Yes.

23  Q.   PT has been suitable for Bayer to use regarding their

24  PK/PD measurements in their Phase II study programs, correct?

25  A.   It was used in the Phase III study programs.

THEODORE SPIRO - DEPOSITION

03:49

1   Q.   I want to show you what we will mark as Exhibit 53.  So if
2   you will look with me on the email on the first page, Wolfgang
3   Mueck is responding to Scott Berkowitz, his email, and copies
4   yourself, correct?
5   A.   Yes, he does.
6   Q.   This email is from May 28, 2014, and had to do with the
7   responses that we talked about earlier related to the EMA's
8   request regarding PK/PD information and bleeding risks,
9   correct?
10  A.   Yes.
11  Q.   You indicated that Dr. Mueck was one of the people
12  responsible for pharmacokinetics and pharmacological evaluation
13  of Xarelto, correct?
14  A.   Yes, he was involved in that.
15  Q.   He says [as read]:  "Hi, Scott.  First of all, let's
16  recall what our strategy has been, planned and executed for all
17  indications, see respective ClinPharm CTD Parts 2.7.2., i.e --
18  Bullet Point 1 -- do a comprehensive ClinPharm program to
19  profile rivaroxaban to the best we can.  Implement PK/PD
20  components in all Phase II dose-finding trials to characterize
21  PK/PD in the target population."  Correct?
22  A.   Yes, that is what he wrote.
23  Q.   Then I want you to focus on the Bullet Point 3.  He says
24  [as read]:  "Based on the established linear relationship
25  between rivaroxaban plasma concentration and prothrombin PT,

THEODORE SPIRO - DEPOSITION

03:51

1  carry PT measured at peak and trough, in all pivotal Phase III

2  programs to use them as a PK surrogate for subsequent

3  exposure/response, mainly bleeding event, analysis, all

4  conducted by Biometry/GIA."  Do you see that?

5  A.   Yes, I see that.

6  Q.   So the use of PT as a surrogate for exposure response

7  analysis, mainly bleeding events, was acceptable to Bayer for

8  their Phase III trial programs for Xarelto, correct?

9  A.   It was used during the Phase III program in the Bayer

10 indication studies.

11 Q.   You recalled being asked questions by counsel for Bayer

12 related to this back-and-forth between the term "monitor" and

13 "measure."  Do you recall that?

14 A.   Yes.

15 Q.   You indicated that at some point, based on the fact that

16 there was a development plan for a drug that would be a fixed

17 dose with no dose adaptation needed, that what you were really

18 talking about when you meant monitoring was measuring

19 rivaroxaban plasma concentration levels, correct?

20 A.   Correct.

21 Q.   What is the point of measuring Xarelto plasma

22 concentration levels if you are not going to do anything about

23 it?

24 A.   Measuring the Xarelto plasma concentrations allows you --

25 would allow a clinician to, as we have discussed, know whether

THEODORE SPIRO - DEPOSITION

03:52

1    a patient is taking Xarelto if it was not present.  If there
2    were concentrations present, to make decisions related to
3    proceeding with an invasive procedure or not proceeding with an
4    invasive procedure; if high levels were present in a specific
5    clinical setting, to stopping the medication until whatever
6    clinical setting that was resolved.  There could be a number of
7    specific actions taken other than dose adaptation.
8    Q.   So if a patient doesn't absorb the drug, they are not
9    being protected from a thromboembolic event, measuring could
10   help you identify those patients so that you could use a
11   different agent if possible?
12   A.   If possible.
13   Q.   On rechallenge, if you identified such patients, then
14   could it help you identify patients that were not proper
15   candidates for Xarelto?
16   A.   As I said, these specific clinical conditions are already
17   identified.  The use of a rivaroxaban test in these patients
18   would confirm the prudent use of the drug or the nonuse of the
19   drug in the specific clinical situation.
20            THE COURT:  Is that it?
21            MR. BIRCHFIELD:  Yes, Your Honor.
22            THE COURT:  Any other witness?
23            MR. BIRCHFIELD:  Yes.  At this time, Your Honor, we
24   would call Sharyn Orr's son, Joe Orr.
25            THE COURT:  Okay.  Come forward, please, sir.

JOSEPH ORR - DIRECT

03:54

```
 1                         JOSEPH ORR,
 2   having been duly sworn, testified as follows:
 3             THE DEPUTY CLERK:  State your full name and correct
 4   spelling for the record, please.
 5             THE WITNESS:  My name is Joseph Orr III.  Joseph is
 6   J-O-S-E-P-H.  Orr, O-R-R.
 7                       DIRECT EXAMINATION
 8   BY MR. BIRCHFIELD:
 9   Q.   Good afternoon, Joe.  Would you tell the jury where you
10   live, please, sir?
11   A.   Yes.  I live in Jefferson Parish in Metairie.
12   Q.   Have you lived in this area your entire life?
13   A.   Whole life.
14   Q.   Where did you go to high school?
15   A.   I went to Jesuit High School, graduated in 1989.
16   Q.   While you were in high school, were you involved in any
17   extracurricular activities?  What did you do?
18   A.   I was in a couple of music clubs.  I was also -- played
19   tennis, soccer, and baseball.
20   Q.   Sounds like sports was a big part of your family?
21   A.   Absolutely.
22   Q.   What did you do, Joe, after you graduated from high
23   school?  Did you go to college?
24   A.   I did go to college.  I actually went to LSU for one year.
25   Q.   We have heard about Tulane being a big part of your mom's
```

JOSEPH ORR - DIRECT

03:55

1   life.  How did your mom take you going off to LSU?

2   A.   Well, obviously she wasn't very happy.  So shortly after

3   that, I transferred to Tulane and that summer met my wife -- my

4   future wife, working at a summer camp before the following

5   year.

6   Q.   Now, the lovely lady sitting right by you throughout the

7   trial, is that your wife?

8   A.   That is.  That's Dori.

9   Q.   And so you met her at Tulane; is that right?

10  A.   No, I met her working in a summer camp, St. Lawrence the

11  Martyr, which ironically was my grammar school.

12  Q.   Did you graduate from Tulane?

13  A.   I did.

14  Q.   What was your degree in?

15  A.   I have a bachelor's of science in management with a major

16  in marketing from the A.B. Freeman School of Business.

17  Q.   Where do you work now?

18  A.   I work for Lanier Parking.  I've been in parking for about

19  19, almost 20 years.

20  Q.   And so describe for us what you do on a day-to-day basis.

21  A.   Basically I'm an operations manager, which primarily

22  consists of running -- overseeing all the day-to-day operations

23  of parking facilities, such as office towers, parking lots,

24  could be anything from a hotel, a valet, which would encompass

25  overseeing the accounting, the personnel, managing employees,

JOSEPH ORR - DIRECT

03:57

1    just the whole business for the most part.

2    **Q.**    How long have you and Dori been married?

3    **A.**    We have been married 20 years.

4    **Q.**    I think we heard earlier you have two sons; is that right?

5    **A.**    Yes, we do.  We have Jarrett, who is 17.  He is getting

6    ready to begin his senior year, also at Jesuit High School.  We

7    have a younger son who is 14, and he is getting ready to start

8    his freshman year at Holy Cross.

9    **Q.**    All right.  And so Jarrett is -- he's 14; is that right?

10   **A.**    No, Jarrett is 17.

11   **Q.**    I'm sorry.  Joshua is 14?

12   **A.**    Joshua is 14.

13   **Q.**    Is Joshua a pretty big athlete?

14   **A.**    Joshua is, yes, very much into athletics.  He plays

15   lacrosse and plays baseball.  When he was younger, he pretty

16   much played it all; played basketball, football, you name it,

17   soccer too.

18   **Q.**    Did Jarrett receive the Tiger Award at his school?

19   **A.**    No, Joshua actually --

20   **Q.**    I'm getting them backwards.

21   **A.**    That's okay.  Joshua actually received -- he was a Tiger

22   Award winner for Holy Cross for the last two years.  What that

23   basically entails is a group of his peers, along with his

24   teachers, they nominate 10 to 15 students per class basically

25   and award them for representing what they call a Holy Cross man

JOSEPH ORR - DIRECT

03:59

1   to the best of that class.  So he has won that the last two

2   years.

3   Q.   I want to turn now to your relationship with your mom.

4   Can you describe for the jury your relationship with your mom,

5   both as you were growing up and then as an adult?

6   A.   Absolutely.  My mom -- sorry.  My mom and I, we had a very

7   unique relationship.  I would lean on her quite often for

8   advice and to help me get through a lot of different situations

9   in life.  My mom was an extremely hard worker.  She dedicated

10  her whole life for the most part to -- excuse me -- helping

11  contribute to the success of us.  That's probably the best way

12  to describe it.  I always admired that.  When I was young --

13  sorry.

14       When I was younger, it never hit me.  I never got it.

15  And as I got older, I started realizing it and understanding

16  what she was doing and why she was doing what she was doing,

17  and I respected and admired that.  And as I got older, with my

18  wife and our kids, my relationship with my mom actually got

19  stronger and stronger.

20       We spent lots of time together.  Lots of time

21  together.  I would talk to my mom probably three to four times

22  a week about just various things that were going on, primarily

23  with the children, with our kids, with my sister's children,

24  whatever was going on in their lives.  It was extremely

25  important to have that relationship with my mother.

JOSEPH ORR - DIRECT

04:02

1      She was -- as Kim stated, I think very well -- she
2  was the rock that kept it all together.  She was responsible
3  for the most part -- and I don't know how she did it, but she
4  was responsible for keeping us all clicking, you know,
5  connecting I guess is the best word.  That's primarily it.
6  Q.   Joe, you have shared with me that you see a lot of your
7  mom in Dori; is that right?
8  A.   Absolutely.  My wife has a lot of the same qualities.  She
9  is a super mom.  She does everything for our boys.  She doesn't
10  miss hardly a beat.  She works just like my mom worked, just
11  constantly doing everything.  Sometimes I look at her, I'm
12  like, I don't know how you can do it, I mean, because I can't
13  do it.  So it's admirable to see that.  And the qualities that
14  she has remind me of my mom a lot.
15      It's kind of funny, because initially I didn't think
16  my mom and my fiancée, soon to be my wife, were going to
17  necessarily get along; but as they got older, they formed a
18  bond that was pretty impressive, pretty good, pretty strong
19  bond.
20  Q.   Joe, Kim told us about the special relationship that your
21  mom had with each of her grandchildren.  Can you tell us about
22  the relationship your mom had with your boys?
23  A.   Absolutely.  She had, as Kim said, a unique relationship
24  with each one of the grandkids.  With Jarrett being the oldest,
25  being the first grandchild, she pretty much got her name.  Her

JOSEPH ORR - DIRECT

04:04

1   name became Gaga.  And he somehow gave her that name, so that

2   was her name for the rest of the time.  But she had a good

3   relationship with Jarrett.

4          He played football at Jesuit in eighth and ninth

5   grade.  So, of course, she would go to those events and watch

6   him, and that was as recent as two to three years ago, and

7   would go watch his football games.

8          He also was an altar server and she would make a

9   point to attend church in our parish at St. Benilde in

10   Metairie, because we would go -- myself, my wife and my two

11   boys would go to Mass -- we are Catholics.  We would go to Mass

12   there, and she would make it a point to attend church regularly

13   on Sunday mornings to go see Jarrett serve.  And then soon

14   Joshua was also serving.

15   **Q.**  What about your mom's relationship with Joshua?

16   **A.**  With Josh it was a little different, but also very strong.

17   He, of course, was -- as we said already, was very involved in

18   athletics.  So growing up, she pretty much would go to like all

19   of his games, no matter what was going on.

20          The other thing is that I kind of left out earlier

21   with Jarrett, one of the unique things that my mom was able to

22   do, to go to a lot of Tulane events, the sporting events, with

23   my children.  She would attend, as y'all saw, I think, on the

24   video, as we all saw, that for a women's basketball game, our

25   two boys would go to a lot of those games with my mother and my

JOSEPH ORR - DIRECT

04:07   1   father, of course.  I don't want to leave him out.

2   **Q.**   Was Josh a big baseball player?

3   **A.**   He is.  He is a very big baseball player.  Still playing,

4   of course.

5   **Q.**   We heard from Kim that the night before your mom had her

6   stroke, that your mom was at a baseball game; is that right?

7   **A.**   That's correct.  My mom and my dad both went to a game on

8   the Thursday night before the incident on Friday, Friday night,

9   and she was there to watch my son Joshua play ball.

10          As a matter of fact -- I actually forgot about this,

11   but Dori reminded me of it -- she actually sent a text message

12   to my wife on that evening when her and my father arrived to

13   Jefferson playground in Jefferson Parish, letting my wife and I

14   know that she was sitting -- she was sitting behind home plate,

15   where she wanted to be to watch baseball.  So I thought that

16   was pretty neat.

17   **Q.**   Did Josh have a double-header that night?

18   **A.**   Josh did.  He actually -- he played -- the first game, if

19   I remember correctly, he played for Holy Cross, and I think

20   they played against Christian Brothers, if I'm not mistaken.

21   And so they played that game, and that game was probably like

22   an hour, hour and a half.  So then right after that, believe it

23   or not, he had another game from the area playground, which is

24   Cleary Playground, by our house.  They played another game

25   against another team at the same playground, so he changed out

04:09

1    of one uniform and got into another to play another game.

2    **Q.**   So your mom and your dad, were they there for both of

3    those games?

4    **A.**   They were.  They were both there.

5    **Q.**   Joe, was that the last time that you had time with your

6    mom before the stroke?

7    **A.**   It is.  It was.  Yeah.  My dad -- if I remember correctly,

8    my dad had left.  I forget at what point in time, but he had to

9    leave to go watch one of the other grandchildren's games.  I

10   can't remember if it was Dereck or Gregory, but I know it was

11   one of their games.  My wife had to leave as well.  She had to

12   go do something, run my older son somewhere, bring him

13   somewhere or something to that effect.  So it left me to spend

14   a lot of time, as we did quite often, with -- you know, with my

15   mom, just sitting in the stands and watching the game and

16   enjoying the games.

17   **Q.**   So did you and your mom, did y'all talk a lot that night?

18   **A.**   We did.  We talked quite a bit.

19   **Q.**   And so was there anything bothering your mom?  How did she

20   seem that evening?

21   **A.**   She seemed perfectly fine to me.  The only thing she

22   really -- excuse me.  The only thing she really was complaining

23   about was the heat and the mosquitoes were all over the place.

24   I mean, y'all know the mosquitoes.

25   **Q.**   Joe, we know that the next night is the night that your

04:10

1   mom had her stroke, the brain bleed.  Can you tell us how you

2   learned something was going on with your mom and what happened

3   that night.

4   **A.**   Okay.  Basically I remember laying in bed and receiving

5   either a phone call or a text -- might have been both -- from

6   my sister Kelli indicating that -- to call her, that something

7   had happened to my mother and that I needed to get in touch

8   with them because it was pretty important.

9         So I think I called her or -- I'm pretty sure I

10  called her.  She had said that my mom had suffered a medical

11  episode and that the EMTs were called and she was being brought

12  to Ochsner Baptist, I think, and then they were going to be

13  going over to the Ochsner main campus, and if I could meet them

14  over there.

15        So, of course -- under those circumstances, of

16  course, I decided to . . . to go there, and I got in my car.  I

17  arrived to the Ochsner main campus.  When I walked in, I walked

18  into the hospital, and my sisters and my father were in like a

19  waiting room, I guess, is what you would call it, maybe a

20  consultation room.  Anyway, they were in a room, and I walked

21  in there with them and talked to them and tried to understand

22  what had occurred, what happened.  They just said that my mom

23  had a major brain bleed at the time -- is what they thought it

24  was.

25  **Q.**   We heard earlier that initially your mom went to Ochsner

JOSEPH ORR - DIRECT

04:13   1   Baptist.  You weren't at Ochsner Baptist?

2   **A.**   I was not.

3   **Q.**   This was after she had been transferred to Ochsner main;

4   is that right?

5   **A.**   That is correct.

6   **Q.**   You said you joined your dad and your sisters in a

7   consultation room; is that correct?

8   **A.**   Yes, yes.

9   **Q.**   When you -- who told you that she had had a major bleed?

10   Was that your -- did you have a conversation with the doctor?

11   **A.**   If I recall correctly, I think it was one of my sisters.

12   If I remember.

13   **Q.**   So after you were there and your sisters told you that

14   your mom had had a major bleed, did you have a discussion with

15   a doctor?

16   **A.**   Yes.  Actually, as we were in the room, there was a doctor

17   that came into the room and basically was giving us what seemed

18   like an option that we could possibly look into, to perform

19   some form of medical procedure or surgery that could possibly

20   move forward to save my mom's life at that time.

21          Throughout that discussion we were also looking -- I

22   remember we were looking at a scan on a computer screen -- I

23   think it was on the left-hand side of the room or what have

24   you -- where he was basically showing us a picture of a brain

25   scan and what it meant.  And also during that same time, he was

04:15

1    asking what kind of medications my mom was taking at the time.

2              I don't know if it was my dad or one of my sisters,

3    but I remember one of my other family members saying she was on

4    Xarelto.  Shortly, like right after that was said, the doctor

5    that was in the room, his facial expression was -- it changed,

6    like, Oh, my God.  I don't think he said that, but it was just

7    like, oh, and his body language changed and he went out the

8    room.

9              I'm assuming he consulted with another doctor.  Then

10   the both of them came into the room and basically advised us

11   for all intents and purposes there was not much they could do

12   until the medication wore off, got out of the system.

13   Q.   Joe, after that consultation, did you have an opportunity

14   to see your mom?

15   A.   I did.  My wife had arrived to the hospital by this time,

16   and her and myself, we went into the room where my mom was

17   laying down on the bed, and I grabbed her hand and I told

18   her -- I squeezed her hand and I told her, I said, Mom, look,

19   I'm here for you.  Dori is here for you.  Whatever you need us

20   to do, you have got to let us know so we can help you.

21             I think Dori had even tried to lighten the moment,

22   like she always does a little bit, and she talked to my mom.

23   And if I remember correctly, it was Jarrett, my oldest son's

24   first day on his job.  He works for Plum Street Snoballs in

25   Lafreniere Park.  I think she told my mom that he had just

04:18

1    started his first day.  But as we were having the conversation

2    with my mom and I kept telling her -- I said, Look, you are a

3    fighter.  If you want to fight through this, you have to let us

4    know.

5         And she was squeezing my hand.  She was moving her

6    shoulders and her arms, and her legs kicking back and forth a

7    little bit, and gave me every indication that she was there,

8    that she was being responsive.  And I also told her, But if you

9    don't want to fight anymore because it's too hard and you want

10   to go, that's okay.  You have to let us know.

11        But she held on.  She held on to my hand.  She

12   squeezed my hand.  She moved, like I said, with her legs and

13   her arms.  And I felt at that moment that she was being

14   responsive, she was alive.  You know, I couldn't understand why

15   we couldn't do anything, why no one could do anything to help

16   her.  She was helping people her whole career, her whole life,

17   and I didn't understand that.

18   Q.   Joe, that conversation, the time or the encounter with

19   your mom in the room, that was shortly after your consultation

20   with the doctors; is that right?

21   A.   Exactly.

22   Q.   Kim walked us through the days following up until the time

23   of your mom's death.  I'm not going to ask you to do that.  But

24   were you there at the hospital much of that time, the days

25   between that Friday night, early Saturday morning --

04:20

1    **A.**    Yes.

2    **Q.**    -- and your mother's death?

3    **A.**    On the Saturday before they performed -- before we all

4    decided to perform the operation where they would insert the

5    shunts, we were around her constantly.  We were in and out the

6    hospital, around each other, consulting, what were we going to

7    do.  We had major decisions to make at that time.  Quite

8    honestly, we couldn't do anything, because there was no option

9    until that moment when the doctor put that option on the table.

10    Prior to that, we had no option.

11    **Q.**    Joe, the decision to bring this lawsuit, was that a

12    decision that you and your dad and your sisters, y'all made

13    together?

14    **A.**    We did.  Quite honestly, I was probably the most skeptical

15    to go forward with the lawsuit, primarily because this is hard.

16    It's hard.  I didn't want to go through this again and again

17    and again.  But the more and more I thought about it, I wanted

18    to make sure that I did the right thing for her and for other

19    people because I know what I saw in that room when she was

20    being responsive.

21            **THE COURT:**  Let's move on, Counsel.

22    **BY MR. BIRCHFIELD:**

23    **Q.**    Joe, last question.  Will you just describe for the jury

24    the impact of your mom's loss on you and your family.

25    **A.**    It's been really, really tough.  As I said earlier, my mom

04:22

1   was everything.  She was always there for us.  And you can't --

2   when you lose a loved one, obviously you can't pick up a phone,

3   you can't call them, you can't talk to them.  It hurts.  It

4   hurts.

5           MR. BIRCHFIELD:  Thank you, Joe.  No further

6   questions.  Mr. Irwin may have some questions for you.

7           MR. IRWIN:  Thank you very much, Mr. Orr.  We have no

8   questions.

9           THE COURT:  Thank you.  You are excused.

10          THE WITNESS:  Thank you.

11          THE COURT:  We will stop here and we will start

12  tomorrow at 8:30 again.  Court will stand in recess until 8:30

13  again.

14          Again, ladies and gentlemen, please leave your

15  notebooks in the conference room.  Don't speak to anyone about

16  the case.  Thank you very much for your attention today.

17          (Jury exited.)

18          THE COURT:  I'll see counsel tomorrow at 8:15.

19          Thank you very much.  Court will stand in

20  recess.

21          MR. MEUNIER:  We have Dr. Bui tomorrow.  So does the

22  Court want to take up our motion on his testimony?

23          THE COURT:  What is the motion, again?

24          MR. MEUNIER:  We have a motion dealing with the

25  disclosure requirements of the Rule 26 dealing with nonretained

04:24  1   experts.

2          MR. IRWIN:  We filed a motion in opposition this

3   afternoon.

4          MR. MEUNIER:  You may want a chance to look at it.

5          THE COURT:  I'll have to rule on it in the morning.

6          MR. MEUNIER:  Do you want to hear any argument?

7          THE COURT:  I understand the issue.  I have got it.

8   Thanks.

9          (Proceedings adjourned.)

10                         * * *

11                       **CERTIFICATE**

12          I, Toni Doyle Tusa, CCR, FCRR, Official Court

13   Reporter for the United States District Court, Eastern District

14   of Louisiana, certify that the foregoing is a true and correct

15   transcript, to the best of my ability and understanding, from

16   the record of proceedings in the above-entitled matter.

17

18

19                         _s/ Toni Doyle Tusa_
                           Toni Doyle Tusa, CCR, FCRR
20                         Official Court Reporter

21

22

23

24

25