UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  XARELTO (RIVAROXABAN) *
PRODUCTS LIABILITY LITIGATION *      Docket No. 14-MD-2592
                              *
                              *      Section L
THIS DOCUMENT RELATES TO:     *
                              *      New Orleans, Louisiana
*Joseph Orr, et al.*          *
*v. Janssen Research &*       *      June 2, 2017
*Development, et. al.,*       *
Case No. 15-CV-3708           *
                              *
* * * * * * * * * * * * * * * *


                TRANSCRIPT OF JURY TRIAL
        BEFORE THE HONORABLE ELDON E. FALLON
            UNITED STATES DISTRICT JUDGE
            VOLUME IV - AFTERNOON SESSION


<u>Appearances:</u>


For the Plaintiffs:          Levin Papantonio Thomas Mitchell
                               Rafferty & Proctor, P.A.
                             BY:  BRIAN H. BARR, ESQ.
                                  NEIL E. MCWILLIAMS, JR., ESQ.
                             316 South Baylen Street, Suite 600
                             Pensacola, Florida  32502


For the Plaintiffs:          Beasley Allen Crow Methvin
                               Portis & Miles, PC
                             BY:  ANDY BIRCHFIELD, ESQ.
                             Post Office Box 4160
                             Montgomery, Alabama 36103


For the Plaintiffs:          Gainsburgh Benjamin David
                               Meunier & Warshauer, LLC
                             BY:  GERALD E. MEUNIER, ESQ.
                             1100 Poydras Street, Suite 2800
                             New Orleans, Louisiana 70163

<u>Appearances:</u>

For the Plaintiffs:                Goza & Honnold, LLC
                                   BY:  BRADLEY D. HONNOLD, ESQ.
                                   11181 Overbrook Road, Suite 200
                                   Leawood, Kansas 66211


For the Plaintiffs:                The Lambert Firm, PLC
                                   BY:  EMILY C. JEFFCOTT, ESQ.
                                   701 Magazine Street
                                   New Orleans, Louisiana 70130


For Bayer Healthcare              Wilkinson Walsh + Eskovitz, LLP
Pharmaceuticals, Inc.             BY:  BETH A. WILKINSON, ESQ.
and Bayer Pharma AG:              1900 M Street NW, Suite 800
                                   Washington, DC 20036


For Bayer Healthcare              Nelson Mullins Riley &
Pharmaceuticals, Inc.                Scarborough, LLP
and Bayer Pharma AG:              BY:  DAVID E. DUKES, ESQ.
                                   1320 Main Street, 17th Floor
                                   Columbia, South Carolina 29201


For Janssen Pharmaceuticals,      Irwin Fritchie Urquhart
Inc. and Janssen Research &          & Moore, LLC
Development, LLC:                  BY:  JAMES B. IRWIN, ESQ.
                                   400 Poydras Street, Suite 2700
                                   New Orleans, Louisiana 70130


Official Court Reporter:          Toni Doyle Tusa, CCR, FCRR
                                   500 Poydras Street, Room B-275
                                   New Orleans, Louisiana 70130
                                   (504) 589-7778




Proceedings recorded by mechanical stenography, transcript
produced by computer.

## INDEX

|  | Page |
|---|---|
| Andrea Horvat-Bröcker (Deposition) | 827 |
| Kenneth Todd Moore (Deposition) | 843 |

1    **AFTERNOON SESSION**

2    **(June 2, 2017)**

3        **THE COURT:**  Be seated, please.  I understand we have

4    some comment about the doctor.

5        **MR. BIRCHFIELD:**  At the time of the lunch break, the

6    parties learned that Dr. Bui had a procedure that he needed to

7    attend to.  The parties -- both parties agreed that no further

8    testimony from Dr. Bui would be taken.

9        **THE COURT:**  Are you okay with that?

10       **MR. IRWIN:**  Yes, Your Honor, we are.

11       **THE COURT:**  Members of the jury, we will go to the

12   next witness, then.

13       **MR. BIRCHFIELD:**  Your Honor, at this time we present

14   the video testimony of Dr. Andrea Horvat-Bröcker that was taken

15   on February 24 through 27 in Amsterdam, in the Netherlands.

16   She began her career at Bayer in 2007 as a drug safety

17   scientist.  In September of 2014, she was promoted to leader

18   global safety -- lead global safety leader.

19           The deposition starts with questioning from the

20   attorneys for the Orr family and finishes with questions by the

21   attorney for the defendants.  Dr. Horvat-Bröcker testified in

22   German with the aid of a translator.  As with the prior

23   translated depositions, to save time we have removed the

24   portions of the deposition where the interpreter translated the

25   question from English to German.

01:31

1                      **ANDREA HORVAT-BRÖCKER,**

2   having been duly sworn, testified by deposition [as played]:

3                              **EXAMINATION**

4   **Q.**   Doctor, good morning.

5   **A.**   Good morning.

6   **Q.**   Will you tell me your full name, please.

7   **A.**   Andrea Horvat-Bröcker.

8   **Q.**   Doctor, can you from the outset just tell me what it is

9   exactly, as of right now, that you do for a living.

10  **A.**   I have the position of global safety leader at Bayer

11  Pharmaceutical.

12  **Q.**   That title of global safety leader, are you the only one

13  of those or are there more than one?

14  **A.**   No.  This refers to a whole group of risk management

15  people, different global safety leaders responsible for

16  different products.

17  **Q.**   Currently, then, is it true that each marketed product

18  that Bayer has in terms of pharmaceuticals would have its own

19  global safety leader?

20  **A.**   That is correct.

21  **Q.**   Have there ever been other global safety leaders for the

22  medicine called Xarelto, other than you?

23  **A.**   Yes.  We are a team of global safety leaders for Xarelto.

24  **Q.**   How many other global safety leaders are there for Xarelto

25  currently?

**ANDREA HORVAT-BRÖCKER - DEPOSITION**

01:33

1   A.   Apart from me, there are four other colleagues.

2   Q.   And you're a medical doctor; is that correct?

3   A.   Yes, that's correct.

4   Q.   And can you tell me, please, where you received your

5   medical education and training.

6   A.   That was at the Medical University of Zagreb in Croatia.

7   Q.   Can you recall whether you ever spent time working in an

8   emergency room or the emergency department at a hospital?

9   A.   During the course of my studies, yes, but I did not work

10  there.

11  Q.   Did you ever actually treat patients in the emergency room

12  or emergency department setting?

13  A.   No, I have not.

14  Q.   Do you currently hold an active license to practice

15  medicine?

16  A.   My active license is from Croatia.  I do not have one in

17  Germany.

18  Q.   Have you ever had a medical license anywhere outside of

19  Croatia?

20  A.   No.

21  Q.   You have come to understand, then, what signs and symptoms

22  bleeding patients might display when they go to the emergency

23  room as a result of developing acute gastrointestinal bleeding

24  from taking rivaroxaban?

25  A.   Yes.

ANDREA HORVAT-BRÖCKER - DEPOSITION

01:34

1  **Q.**   Also as part of that work, you've become familiar, then,

2  with the types of laboratory tests that might be ordered in the

3  emergency room or the emergency department for patients who

4  have acute gastrointestinal bleeding from taking rivaroxaban?

5  **A.**   Yes.   These are the standard lab tests that you do in

6  this -- these cases.

7  **Q.**   You understand that among those standard laboratory tests

8  that you just mentioned, one of those tests might be a CBC or

9  complete blood count?

10  **A.**   Yes, that's correct.

11  **Q.**   Among the series of tests that might be ordered on a

12  bleeding patient from rivaroxaban in the emergency room might

13  also be a serum chemistry series?

14  **A.**   Yes, that's correct.

15  **Q.**   In addition to those laboratory tests, you've seen the

16  literature discuss how a coagulation series or a set of

17  standard coagulation parameter tests would also be ordered on

18  such patients, correct?

19  **A.**   Yes, some doctors do this.

20  **Q.**   And the doctors that do do that, one of the coagulation

21  parameter tests that they might order would be the PT or

22  prothrombin time, correct?

23  **A.**   Yes, that's correct.

24  **Q.**   Well, those are things that you've actually seen discussed

25  and reported in the medical literature that you've either read

ANDREA HORVAT-BRÖCKER - DEPOSITION

01:36

1  yourself or been presented reviews on, correct?

2  A.   Yes.  If it was described like this in a publication, then

3  yes.

4  Q.   You have -- you either knew from your own medical training

5  or have learned in this medical literature review that we have

6  been discussing that when a patient presents with acute

7  gastrointestinal bleeding, it might be necessary to learn to

8  what degree the patient is anticoagulated, correct?

9  A.   That's correct.  If the patient is anticoagulated and if

10  we have this information.

11  Q.   If a physician knows that a patient is on an anticoagulant

12  and wishes to know to what degree that patient is

13  anticoagulated, the best tool that that physician has to learn

14  that information is through the various laboratory tests that

15  we have just discussed, correct?

16  A.   That's correct.  And it depends on what anticoagulant the

17  patient took.

18  Q.   You've certainly seen in medical literature that reports

19  on patients who have presented to the emergency room with acute

20  gastrointestinal bleeding as a result of taking rivaroxaban,

21  you've seen reports in the literature where those physicians

22  order laboratory tests such as a PT or a Neoplastin PT or a

23  HepTest or an anti-factor Xa test to determine the patient's

24  level of anticoagulation, correct?

25  A.   I haven't read this for myself, but it could be that

ANDREA HORVAT–BRÖCKER – DEPOSITION

01:37

1    doctors do this, do something like this.

2    **Q.**    What's your basis for saying that it could be that doctors

3    do undertake testing of that nature?

4    **A.**    It is known, among other things, from Phase II studies

5    that there is a correlation between PT and rivaroxaban

6    concentration.

7    **Q.**    And you said that that's known from Phase II clinical

8    studies?

9    **A.**    Yes, that's correct.

10    **Q.**    And so when you say that there is a relationship between a

11    patient taking rivaroxaban and the PT, what does that mean?

12    **A.**    It means that rivaroxaban has influence on the prothrombin

13    time, so rivaroxaban fulfills its pharmacological role, which

14    is anticoagulation -- its pharmacodynamic role, which is

15    anticoagulation.

16    **Q.**    And that pharmacodynamic role of Xarelto in the process of

17    anticoagulation, it can be measured through the PT, correct?

18    **A.**    Yes, that's correct.

19    **Q.**    And you've known that for several years, correct?

20    **A.**    Yes.

21    **Q.**    That's been part of your very basic understanding of how

22    Xarelto affects the human clotting cascade, correct?

23    **A.**    Correct.

24    **Q.**    In fact, the various forms of Bayer labeling or company

25    core data sheets specifically states such, correct, and talks

ANDREA HORVAT-BRÖCKER - DEPOSITION

01:40

1    about how the PT is highly or closely correlated with the level

2    of rivaroxaban in a patient's blood?

3    A.    Yes, it's addressed in various documents.

4    Q.    And, in fact, those various documents specifically state

5    that if a physician is in a clinical situation where he or she

6    wishes to learn that information about the anticoagulation

7    status of a patient taking rivaroxaban or Xarelto, that they

8    can order a PT test to learn that information about the

9    patient, correct?

10   A.    That's correct.  In certain situations this test could be

11   applied, but in other situations this doesn't have any

12   particular meaning.

13   Q.    But you've known for many years that, in fact, it could

14   have very important meaning in some situations, correct?

15   A.    Yes.  We addressed this.  In specific urgent situations --

16   for example, overdose or the need for an emergency operation --

17   this could provide some orientation for the doctor.

18   Q.    And the various Bayer documents that we have talked about

19   state such, correct?

20   A.    In some documents it is stated, yes.

21   Q.    Doctor, is it fair to state that you work in the area of

22   drug safety or pharmacovigilance at Bayer?

23   A.    Yes.

24   Q.    And can you tell me in your own words what those terms

25   mean to you?

ANDREA HORVAT-BRÖCKER - DEPOSITION

01:42

1   **A.**   I don't understand your question.  What do you mean what
2   this means to me?
3   **Q.**   The practice of pharmacovigilance, what does that mean to
4   you?
5   **A.**   In pharmacovigilance we are there for the safety of
6   patients; that is, we do monitoring and analysis and do
7   everything to minimize risk for patients.  If necessary, we do
8   everything to protect the patients and inform them.
9   **Q.**   If I understand what you're saying, then, is that part of
10  the role of pharmacovigilance is to figure out ways that risks
11  of taking medicine can be reduced so the patient can be
12  protected; is that right?
13  **A.**   Yes, that's correct.
14  **Q.**   And in your work on the Xarelto project, one of the many
15  things that you've done is to try to identify various risks and
16  hazards that might be -- that might be associated with a
17  patient taking Xarelto; is that right?
18  **A.**   Yes, that's correct.
19  **Q.**   And another important part of the practice of
20  pharmacovigilance is not only learning about and understanding
21  what risks might be associated with a medicine but trying to
22  come up with plans or strategies so that those risks might be
23  able to be better -- risks could be reduced or minimized or
24  treated in some way, correct?
25  **A.**   Yes, that's correct.

ANDREA HORVAT-BRÖCKER - DEPOSITION

01:44

1  Q.   All prescription medicines carry with them some degree of
2  risk, correct?
3  A.   That's correct.
4  Q.   Perhaps the greatest risk associated with Xarelto is the
5  risk of bleeding; is that right?
6  A.   Just like all other anticoagulants, Xarelto could cause
7  bleeding, yes.
8  Q.   But the bleeding that Xarelto can cause can be severe;
9  isn't that right?
10  A.   Among others, there could be severe bleeding events.
11  Q.   Those bleeding events can potentially be life threatening,
12  correct?
13  A.   That's correct.
14  Q.   Those bleeding events can also be fatal in some
15  unfortunate situations; isn't that right?
16  A.   That is possible.
17  Q.   I think in one of your prior answers you pointed something
18  else out to me and were trying to explain something to me, and
19  I want to go back and revisit that point.  It's true, isn't it,
20  Doctor, that patients, when they are given the same dose of
21  Xarelto, that different patients can react differently to the
22  same dose of medicine, correct?
23  A.   It's like in any other drug.
24  Q.   And so in that way your testimony is -- or what you're
25  trying to explain is that with many drugs, including Xarelto,

ANDREA HORVAT-BRÖCKER - DEPOSITION

01:46

1  that you can give the same dose to different patients and that

2  same dose of medicine can have a different result or impact

3  upon different patients, right?

4  A.   Yes, this could happen.

5  Q.   And from the pharmacological perspective, Doctor, that is

6  called inter-patient variability?

7  A.   That's correct.

8  Q.   And as it relates to a factor Xa inhibitor like Xarelto,

9  you can give the same dose of Xarelto to different people and

10 it will -- it will -- or it can result in those patients having

11 very different plasma concentration levels, right?

12 A.   Yes, this is the inter-patient variability, and you always

13 have this.

14 Q.   You've been aware for several years that the phenomenon of

15 inter-patient variability does exist when Xarelto is given to a

16 large population of patients?

17 A.   Yes, I know.

18 Q.   Doctor, you know, though, that different exposure levels

19 of Xarelto in different patients' bloodstream could place those

20 patients at different risks of bleeding -- between the two

21 patients, right?

22 A.   This is not only true for bleeding but also for thrombotic

23 events, which can occur with rivaroxaban or factor Xa

24 inhibitors.

25 Q.   What you're explaining there to me, Doctor, is that if

ANDREA HORVAT-BRÖCKER - DEPOSITION

01:48

1   different patients can have different levels on the top end, in

2   terms of increased exposure; they can also have different

3   levels at the bottom end, which is called the trough -- the

4   trough side, and there patients then can develop different

5   risks for having a stroke or a thromboembolic or

6   blood-clot-related event, right?

7   A.   Yes, that's correct.

8   Q.   Doctor, I want to hand you our next exhibit.  I'm going to

9   hand you what we have marked as Exhibit 10, which is

10  Record 2695595.  So what I would like you to do is go ahead and

11  look at this document and see if you can confirm for me that

12  yes, this is, in fact, a true and accurate copy of the

13  questionnaire that you know that your GPV group uses for

14  Xarelto bleeding follow-up.

15  A.   Yes it was.  I do not think that it is the most current

16  follow-up questionnaire for bleeding.

17  Q.   Doctor, I'm going to now hand you what we have marked as

18  deposition Exhibit 13.  We are going slightly out of order, but

19  I want you to take a minute to look at that document.

20          Have you had a chance to look at Exhibit 13?

21  A.   Yes, I have.

22  Q.   What is Exhibit 13?

23  A.   This is a filled-in, follow-up questionnaire for

24  intracranial bleeding for a patient who died.

25  Q.   And just so we are clear, then, you said this is a Xarelto

ANDREA HORVAT-BRÖCKER - DEPOSITION

01:50

1   follow-up questionnaire for intracranial hemorrhage, correct?

2   **A.**   Correct.

3   **Q.**   And it appears, Doctor, doesn't it, that this is, in fact,

4   a document that was, in fact, filled out by a reporter, but we

5   have taken out some of the specific patient identification,

6   correct?

7   **A.**   Okay.

8   **Q.**   Now, is Exhibit 13 the form of document that you believe

9   is still used by your group as the Xarelto follow-up

10   questionnaire for intracranial hemorrhage patients?

11   **A.**   Yes, this is the current form.

12   **Q.**   Do you think that there was some other form that was used

13   earlier that was different that was used to follow up on

14   intracranial hemorrhage?

15   **A.**   No, not specifically for intracranial bleeding.  We asked

16   about it under general bleeding, but not specifically as here,

17   and not in such detail.  It was included in the general

18   questionnaire on bleeding before.

19           So the general bleeding was in the form that is

20   Exhibit 10, and then we came up with a new form specifically

21   for intracranial bleeding.

22   **Q.**   And then at some point, Doctor, you then -- using

23   Exhibit 10 as a guide, you then prepared a separate document

24   that we have marked as Exhibit 13 that you then started -- that

25   you dedicated specifically to intracranial hemorrhage and you

**ANDREA HORVAT-BRÖCKER - DEPOSITION**

01:52

1  used exclusively for intracranial hemorrhage after that point

2  in time, correct?

3  **A.**  Correct.

4  **Q.**  As you look at Exhibit 10 in the context for which it was

5  used, do you have any idea as to why the creating physician or

6  physicians chose to include in the laboratory data that they

7  wished to receive when the form was filled out -- why they

8  chose to include both the -- or the hemoglobin, the hematocrit,

9  the platelet count, the patient's PT, the patient's PTT, and

10  the INR?

11  **A.**  I can't speak for my colleague, why he included -- he or

12  she included that, but I would do the same thing in the case of

13  bleeding because these are the tests that can be done and that

14  doctors will do in the case of a patient who's suffering from

15  pleading.

16  **Q.**  So it looks like the global safety leaders took the

17  position that they -- they did want to know what the

18  anticoagulation status of a Xarelto patient was when they had a

19  bleeding event, if possible, right?

20  **A.**  If possible.

21  **Q.**  Good morning, Dr. Horvat-Bröcker.

22  **A.**  Good morning.

23  **Q.**  Doctor, have you been working in pharmacovigilance during

24  your entire time at Bayer?

25  **A.**  Both functions are part of pharmacovigilance:  On the one

ANDREA HORVAT–BRÖCKER – DEPOSITION

01:54

1  hand, the group drug safety scientist; and on the other hand,

2  the global safety leader.  Both are part of pharmacovigilance.

3  They're different departments of pharmacovigilance.

4  Q.   How many years have you been working in pharmacovigilance?

5  A.   Since the beginning of 2007.  That makes it 9 or 10 years

6  now.

7  Q.   Over the course of the past few days, you've been asked a

8  number of questions about pharmacology, pharmacodynamics,

9  pharmacokinetics, and, in particular, prothrombin time.

10       Do you recall those questions?

11  A.   Yes, I recall.

12  Q.   Do you consider yourself an expert on pharmacology,

13  pharmacokinetics, or pharmacodynamics?

14  A.   No, absolutely not.

15  Q.   If you have questions about the pharmacology of Xarelto or

16  pharmacokinetics or pharmacodynamics relating to Xarelto, would

17  you refer those questions to others at Bayer?

18  A.   Yes, I would do that.

19  Q.   Who would you refer those questions to at Bayer?

20  A.   I would definitely contact my colleagues from clinical

21  pharmacology and also my colleagues from pharmacokinetics.

22  Q.   Is there anyone in particular in those departments that

23  you would refer those questions to?

24  A.   Yes.  That would be Dagmar Kubitza in clinical

25  pharmacology and Wolfgang Mueck in pharmacokinetics.

ANDREA HORVAT-BRÖCKER - DEPOSITION

01:57

**Q.**   Likewise, would you refer questions about the
relationship, if any, between prothrombin time and Xarelto and
risk of bleeding and bleeding events to people in clinical
pharmacology and pharmacokinetics?

**A.**   Yes, I would do that.

**Q.**   And would those people also be Dagmar Kubitza and Wolfgang
Mueck?

**A.**   Yes.

**Q.**   You were asked some questions during the course of the
past few days relating to intra-individual variability and
inter-individual variability.  Do you recall those questions?

**A.**   Yes, I recall.

**Q.**   Generally speaking, Doctor, are you the right person at
Bayer to answer questions about inter-patient variability and
intra-patient variability relating to Xarelto?

**A.**   No, I am not.

**Q.**   Who would you refer those questions to at Bayer?

**A.**   I would refer those to my colleagues in pharmacokinetics,
Wolfgang Mueck, and my colleague in clinical pharmacology,
Dagmar Kubitza.

         **MR. BIRCHFIELD:**  Your Honor, that concludes this
deposition.  At this time it would be helpful if we could take
a short break.  The next witness will be by videotape
deposition as well.

         **THE COURT:**  Let's take a break, then, 10 minutes.  We

01:59

1    will stand in recess.

2                **THE DEPUTY CLERK:**  All rise.

3                (Jury exited.)

4                **THE COURT:**  Be seated, please.  The next witness, who

5    will be called by deposition, is Mr. Kenneth Moore.  I had the

6    opportunity at the request of counsel to review the deposition

7    in advance and make certain evidence calls on various

8    objections.  I did so.  Defendants asked me to reconsider an

9    area of the deposition from 784.3 to 788.21.  This is an area

10   where the questioner is trying to put in some readily used

11   language, what the statistician is talking about.  We all

12   recognize that statisticians are very, very smart people, but

13   they think and they talk in a different language than ordinary

14   folks.  It reminds me of the statistician who goes rabbit

15   hunting with this old Cajun.  They see a rabbit, and the

16   statistician shoots once in the front and once in the back and

17   jumps up and down and says, We killed the rabbit.

18                That's the kind of thing they think in terms of.

19   The questioner used two examples to try to flesh this out a

20   little bit.  I found one a little problematic from a 403

21   standpoint and even a 401 standpoint, so I excluded that.  I

22   looked at the other one from the standpoint of Russian

23   roulette.  I felt that that wasn't problematic under 403 or

24   401.  I did find an example or an exhibit that was used that

25   had language in it that was harsh language, and I excluded that

02:02

1    exhibit.  But the other exhibit, Exhibit 26 and the other

2    material, I'm going to allow that to be in for that reason.

3             I think it's an attempt to make sense out of

4    what the party is saying and get that across to the jury.  So

5    I'm going to allow it.

6             **MR. BIRCHFIELD:**  Your Honor, we have incorporated

7    those changes.  My understanding is what we had to do was -- in

8    the video we spliced in -- the technicians spliced in a head

9    shot, to replace the portion of the exhibit that you excluded,

10   while that testimony is being played.

11            I just want to make sure that it's been verified

12   that everything is okay for us to proceed with that deposition.

13            **THE COURT:**  In five minutes I'll come back and take a

14   look at it.

15            **MR. BIRCHFIELD:**  Your Honor, just for the record, the

16   motion to -- regarding playing Dr. Bui's deposition or offering

17   his deposition testimony, we withdraw that.  Of course, that's

18   moot at this point, but for the record, we wanted to.  Thank

19   you.

20            **THE COURT:**  Court will stand in recess for five

21   minutes.

22            (Recess.)

23            **THE COURT:**  Be seated, please.

24            **MR. BIRCHFIELD:**  Ready, Your Honor?

25            **THE COURT:**  Yes.

02:18

1          **MR. BIRCHFIELD:**  At this time we will present the

2    videotape deposition of Kenneth Todd Moore.  It was taken on

3    July 12 and 13, 2016, in Princeton, New Jersey.

4                Kenneth Todd Moore is the scientific director of

5    cardiovascular disease at Janssen Pharmaceuticals.  Prior to

6    this position, he was the clinical pharmacology leader for

7    Xarelto and the pharmacokinetic and pharmacodynamic leader for

8    Xarelto.

9                The deposition will start by questioning from

10   the attorney from the Orr family, followed by questioning from

11   the attorney for the defendants.  A little more questioning by

12   the Orr family lawyers, and then finally by the attorney for

13   the defendants.

14               Your Honor, this will be our last videotape

15   deposition for the day, but it's two hours and 20 minutes.

16   Maybe if we could find a breaking point in about 45 minutes.

17          **THE COURT:**  Let me know at a good point.  We will

18   stand up, take a break, whatever we need to.

19          **MR. BIRCHFIELD:**  Thank you, Your Honor.

20          **THE COURT:**  We will get some extra coffee.  I know

21   you all can't wait to go home and watch television.

22                    **KENNETH TODD MOORE,**

23   having been duly sworn, testified by deposition [as played]:

24

25

**KENNETH TODD MOORE – DEPOSITION**

<div style="margin-left: 2em;">

1                           EXAMINATION

2    **Q.**   Why don't you state your full name for the record.

3    **A.**   Kenneth Todd Moore.

4    **Q.**   Why don't you tell us where you are currently employed.

5    **A.**   I'm currently employed for Janssen Pharmaceuticals.

6    **Q.**   What's your current position there at Janssen?

7    **A.**   I have the position of scientific director of

8    cardiovascular disease.

9    **Q.**   When you say Janssen Pharmaceuticals, Janssen is a

10   division of Johnson & Johnson?

11   **A.**   Subsidiary or something to that effect, yes.

12   **Q.**   In your position as -- I think you said you're scientific

13   director of cardiovascular disease.  Do you still have

14   continuing responsibility on Xarelto?

15   **A.**   I do, yes.

16   **Q.**   When did you first start your position of scientific

17   director of cardiovascular disease?

18   **A.**   That was around March of 2015.

19   **Q.**   Before you took your position as the scientific director

20   for CV, you were working in clinical pharmacology at Janssen;

21   is that right?

22   **A.**   That's correct.

23   **Q.**   What was your position, as far as that goes?

24   **A.**   My title was clinical pharmacology leader.

25   **Q.**   I think I should have probably been specific about

</div>

KENNETH TODD MOORE – DEPOSITION

02:21

1   Xarelto.

2   **A.**   Sure.

3   **Q.**   You had the clinical pharmacology lead job for Xarelto for

4   about 3 1/2 years, according to this, September 2011 to March

5   of 2015.  Does that sound about right?

6   **A.**   Yeah.  I took on the responsibilities for Xarelto in

7   clinical pharmacology around -- I guess it was late 2011.

8   **Q.**   Before that, when you were the clinical pharmacology

9   leader on Xarelto, according to what I've seen in the documents

10  and your résumé it looks like you were called the PK/PD, or

11  pharmacokinetic/pharmacodynamic leader for Xarelto?

12  **A.**   The titles have changed.  Obviously, within the department

13  your responsibilities change.  So I came in as a scientist and

14  came in to associate director and so forth.

15  **Q.**   When did you first start working for Janssen?

16  **A.**   2006.

17  **Q.**   I think I have some documents that indicate maybe there

18  was at least a transition from An Thyssen to you sometime early

19  2010.  Does that make sense?

20  **A.**   I would have to go back and see it.  It was a short

21  transition because she was changing roles.  So I was looking --

22  there was -- yeah, there was a transition.  I just don't recall

23  the exact dates.

24  **Q.**   Let's just talk about your education for a minute so we

25  can get a background of what we are doing.  You got a

KENNETH TODD MOORE - DEPOSITION

02:22

1   bachelor's degree in biology from the University of Delaware;

2   is that right?

3   A.   That's correct.

4   Q.   Looks like you got a master's in biology as well, with a

5   minor in pharmaceutical business management, from Fairleigh

6   Dickinson; is that right?

7   A.   That's correct.

8   Q.   You don't have a Ph.D.; is that right?

9   A.   No, I do not.

10  Q.   You don't have an MD, a medical doctor degree?

11  A.   No, I do not.

12  Q.   So it's okay for me to call you Mr. Moore instead of

13  Dr. Moore, right?

14  A.   I appreciate that.  Thank you.

15  Q.   Let me show you what we will mark as Exhibit 1, which is

16  Bates -- it's Bates Xarelto Janssen 08450536, and it's 1389694

17  record number.  I have a couple copies here for you.

18           You'll keep the ones with the yellow stickers on

19  them.

20  A.   Sure.

21  Q.   You will see this is an email from An Thyssen to you,

22  January 22, 2010, regarding the rivaroxaban program review.  Do

23  you see that?

24  A.   Right.

25  Q.   And according to this it says [as read]:  "Dear all, in

KENNETH TODD MOORE - DEPOSITION

02:23

1    order to facilitate the transition of rivaroxaban to Todd,

2    please find attached a PowerPoint presentation highlighting the

3    different aspects of the rivaroxaban program.  I hope this will

4    be of help for you."  And of course, she says [as read]:  "Best

5    regards, An."

6              When it says "to Todd," that's talking about you,

7    right?

8    A.    Yes.

9    Q.    That's what you go by at work?

10   A.    Yes, it is.

11   Q.    So if we can -- do you have the next one?  If we can

12   quickly look, just so you can kind of refresh your recognition

13   of the type of information she would have given you, which is

14   the attachment, the PowerPoint that she gave you.

15             This was titled an "Overview of the Project" that you

16   got from An Thyssen from January 2010.  Do you recall seeing

17   this PowerPoint?

18   A.    It's been several years ago.  I don't recall the specifics

19   of when I received it or -- but I'm sure I reviewed it when I

20   did, yes.

21   Q.    And then a different term -- that we see in a lot of these

22   documents -- we are going to see is pharmacodynamics or

23   peritoneal dialysis?

24   A.    Yes.

25   Q.    How is that study different than pharmacokinetics?

KENNETH TODD MOORE - DEPOSITION

02:24

1  **A.**   Sure.  So in contrast with pharmacokinetics, you assess

2  how the drug is handled by the body.  Now, in pharmacodynamics

3  you're assessing how the body is affected by the drug, and

4  there is various ways to assess that.

5  **Q.**   It's what happens to the body when you take the drug,

6  correct?

7  **A.**   It's more how the body responds to the drug.

8  **Q.**   PT is a measurement of a pharmacodynamic or PD effect; is

9  that right?

10  **A.**   It can be, yes.

11  **Q.**   There had been some PK/PD analysis that indicated that

12  there was a closer or more linear relationship between PT using

13  Neoplastin and drug concentration; is that right?

14  **A.**   So there is a close-to-linear relationship between PT and

15  plasma concentration to rivaroxaban.

16  **Q.**   So we are looking at a PowerPoint that An Thyssen had sent

17  to you in January 2010, and this is prior to the FDA approving

18  Xarelto for treatment of patients with AFib; is that right?

19  **A.**   That is correct.

20  **Q.**   Now, at this time period it was Janssen's position that PT

21  could be a good tool for -- as a surrogate measurement tool for

22  the plasma concentrations for Xarelto, right?

23  **A.**   I believe at that time, which is still thought today, if

24  you use Neoplastin Plus as the reagent for PT, you can

25  indirectly measure plasma concentrations of Xarelto.

KENNETH TODD MOORE - DEPOSITION

02:26

**Q.**   And that fact that PT using the Neoplastin reagent could be used as an indirect measurement of plasma concentration of Xarelto, that was an important fact for the company to tell the FDA with respect to getting the drug approved, correct?

**A.**   I don't know how important the factor was.  It was just part of the profile of the drug.

**Q.**   That fact was certainly part of the information that was submitted to the FDA when seeking approval for the AFib indication, correct?

**A.**   It was part of the information, sure.

**Q.**   It was certainly important for the company to be able to say that there's a method to that -- that could be used clinically to evaluate the amount of drug in someone's system?

**A.**   I believe in those rare circumstances where you would have a desire to understand if there is drug in your system, for example, for compliance, if there's a patient that goes in for emergency surgery, it would be a benefit to have that information, yes.

**Q.**   Certainly in a situation where you need to know is the drug -- and I've seen the term used is the drug on board, having that ability was something that was considered important by the company?

**A.**   Again, I can't speak to the importance of that, but it was part of the profile of the drug.

**Q.**   If there was difficulty in determining whether the drug

KENNETH TODD MOORE - DEPOSITION

02:28

1   was on board, that would not lead to a favorable view of the

2   drug as far as being able to safely use the drug.  Is that a

3   fair statement?

4   A.    Would you mind rephrasing that?

5   Q.    Sure.  If you are going to evaluate the safety of this

6   drug, certainly being able to determine whether or not the drug

7   is on board and how much would be important to that safety

8   analysis?

9   A.    Again, I probably would -- when it comes to concerns of

10  safety, I'm not a physician, so I would have to defer back to

11  my clinical colleagues to properly answer that question.

12  Q.    As the ClinPharm lead, was that something that was

13  communicated to you, that we believe it's important that we'd

14  able to determine whether and how much drug is on board in a

15  patient?

16  A.    I believe the only thing that was communicated to

17  ClinPharm, as a pharmacology lead, was that PT -- again, using

18  the proper reagent -- could be used as an indirect measure of

19  drug concentration.  The importance of that is a clinical

20  determination.

21  Q.    One of the things -- and we already talked about this --

22  that was being told in the information submitted to the FDA was

23  that PT had this close-to-linear relationship with plasma

24  concentrations when you used the Neoplastin reagent; is that

25  right?

**KENNETH TODD MOORE – DEPOSITION**

02:29

1  **A.**   That's correct.

2  **Q.**   Let me show you what we will mark as Exhibit 19.   When

3  Troy Sarich emailed you this in November 2010, you knew what

4  the CCDS was?

5  **A.**   Core company data sheet, yes.

6  **Q.**   That's something that's kept as part of European

7  regulatory requirements, to keep a company core data sheet on

8  the drug, correct?

9  **A.**   I believe so yes.

10  **Q.**   It's basically a compilation of everything the company

11  knows about the drug?

12  **A.**   I think it's the highlights of the important information.

13  **Q.**   As a scientist at Janssen, from your perspective, did you

14  believe that if information about the safe use of the drug was

15  going to be given to European regulatory authorities, that same

16  information should be provided to the FDA here in the

17  United States?

18  **A.**   As a clinical pharmacologist at Janssen, I would expect

19  that the same information provided in regards to the clinical

20  pharmacology of the drug that was submitted to the EMEA should

21  be submitted to the FDA.

22  **Q.**   Do you know why anyone at Janssen would ever think

23  differently than that?

24  **A.**   Are you asking do I know if anyone at Janssen would not

25  want the same clinical pharmacology information submitted to

KENNETH TODD MOORE – DEPOSITION

02:31  1    the EMEA to the FDA?

2    **Q.**    Correct.

3    **A.**    I'm not aware of that.

4    **Q.**    Let me show you what we will mark as Exhibit 20.

5              So you see in Exhibit 20, what they are talking about

6    is including a paper from Dr. Samama from the *Journal of*

7    *Thrombosis and Haemostasis* in the AFib submission for Xarelto,

8    correct?

9    **A.**    It seems you're referring to the original email from Nini

10   Bode to myself where it's talking about -- are you referencing

11   the 2010-4.

12   **Q.**    Yeah.  If you look down at the email at the bottom of the

13   second page, you send an email to Dagmar and you say [as read]:

14   "Hi Dagmar and Wolfgang, please see the email below from Nini.

15   I'm sure you've seen this article.  Nice review of clotting

16   assays for riva."

17   **A.**    Yes.

18   **Q.**    You sent that email to Dagmar and Wolfgang Mueck about the

19   article of the clotting assays for riva, and you say [as read]:

20   "Nini seemed to believe it would be beneficial to mention this

21   paper within the clinical pharmacology section of the CTD.

22   What do you think?"  Do you see that?

23   **A.**    I do.

24   **Q.**    Then you get a response from Dagmar Kubitza.  And then

25   Nini Bode indicates that they are going to include it in the

**KENNETH TODD MOORE - DEPOSITION**

02:32

1    clinical pharmacology section of the submission to the FDA; is

2    that right?

3    **A.**    I'm looking at her email.  Yes.  So I'm now looking at the

4    response from Nini to Dagmar, myself --

5    **Q.**    Right.

6    **A.**    -- Elisabeth Perzborn.  It says [as read]:  "Thank you

7    all.  Elisabeth, reading the email string below, I conclude

8    that the Samama paper reference given will be included in

9    Module 2.7.2 by our ClinPharm colleagues and we don't need to

10   include it in the preclinical pharmacology Module 2.6.2.

11            "That was the --"

12   **Q.**    Correct.  So they have -- based on the email we are seeing

13   from June 9, 2010, after the back-and-forth between yourself

14   and Dr. Kubitza and Dr. Mueck, Nini Bode says [as read]:

15   "After reading this below, we are going to include it in the

16   clinical pharmacology section."

17   **A.**    That's what it states, yes.

18   **Q.**    Let me show you what we'll mark as Exhibit 21 and 22 so we

19   know what we are talking about with the Samama paper.

20            The email we looked at on Exhibit 21 attaches an

21   article by Professor Samama and others from 2010 in the

22   *Thrombosis and Haemostasis* journal regarding assessment of

23   laboratory assays to measure rivaroxaban direct factor Xa

24   inhibitor," right?

25   **A.**    It looks at -- the article seems to outline different

KENNETH TODD MOORE – DEPOSITION

02:34

1    assays and the methodology behind them.

2    **Q.**   This was the same article that you were talking about in

3    your email we looked at in Exhibit 20.  You had emailed about

4    whether to include it in the clinical pharmacology section of

5    the submission to the FDA.  Do you recall that?

6    **A.**   It was information in regards to some of these assays that

7    seemed relevant.  Yes.

8    **Q.**   Just so we know what we are talking about before we read

9    the email -- let me just go back for a minute.  The email that

10   we looked at in Exhibit 20 referencing suiting this submission

11   to the -- in the Module 2.7.2 in the regulatory submission that

12   would go to the EMA; is that correct?

13   **A.**   That is the designation of the module for the clinical

14   pharmacology review.  That would be sent, I guess, both to the

15   EMEA and the FDA.

16   **Q.**   That was the email from June 9, 2010, right?

17   **A.**   It appears to be here, yes.

18   **Q.**   So now if we look at Exhibit 21, which we are looking at

19   June 15, 2010, that's Bates 01182363, it attaches the actual

20   Samama paper, correct?

21   **A.**   Yes, I believe so.

22   **Q.**   If we can look at the Samama paper for a minute just so we

23   know what we are talking about -- and that's Exhibit 22.

24           And you agree with me that this paper was looking at

25   different laboratory assays used to measure rivaroxaban,

KENNETH TODD MOORE - DEPOSITION

02:36

1   correct?

2   **A.**   I would have to take time to look through the paper

3   itself, but based on the --

4   **Q.**   That's what the title says.

5   **A.**   -- the general title on it and the abstract, it appears

6   that's what they are doing.

7   **Q.**   And there is a section that describes these different

8   assays that were evaluated.  One of those assays that was

9   evaluate was prothrombin time, correct?

10  **A.**   That is correct.

11  **Q.**   Also, one of the assays that was used was this

12  CoaguChek XS, which is another PT test, correct?

13  **A.**   I'm not that familiar with CoaguChek, quite honestly.  I

14  can go back and look at the article.

15  **Q.**   If we can look at this on the results page, which is --

16  one, two, three -- the fourth page, it says [as read]:  "The

17  direct factor Xa inhibitor rivaroxaban induced a

18  concentration-dependent prolongation of PT.  However, the

19  clotting time increase varied depending on the thromboplastin

20  reagent used."  Do you see that?

21  **A.**   I do, yes.

22  **Q.**   If you look near the very bottom of the discussion

23  session, it says [As read]:  "Therefore, PT sensitivity would

24  be a better assay than aPTT for monitoring the anticoagulant

25  effects of rivaroxaban."  Do you see that?

**KENNETH TODD MOORE - DEPOSITION**

02:37

1  A.   I see that statement.

2  Q.   It says [as read]:  "In conclusion, PT with

3  rivaroxaban-specific calibration or using CoaguChek XS, dRVV

4  screen, one step PiCT and Heptest seem to be appropriate assays

5  to determine the pharmacodynamic effects of rivaroxaban."

6       Did I read that correctly?

7  A.   It appears so, yes.

8  Q.   Then there's a statement about dRVV.  It says [as read]:

9  "However, more experiments need to be carried out to confirm

10  the preliminary results presented in this paper.  The PT method

11  is widely available in all laboratories at any time of the day

12  and should be preferred to PiCt and Heptest."

13       Did you have a general understanding that PT was a

14  widely available test?

15  A.   Yes.

16  Q.   It then talks about the fact that commercially available

17  PT tests that provide results as a percentage of normal or

18  convert to INR should not be used for monitoring the

19  anticoagulant effects of direct factor Xa inhibitors such as

20  rivaroxaban.  That was something that was discovered, that INR

21  really doesn't correlate to the PT effects of Xarelto, correct?

22  A.   That is correct.

23  Q.   INR as a sensitivity index is directly correlated to

24  warfarin?

25  A.   That is correct.

KENNETH TODD MOORE - DEPOSITION

02:38

1  **Q.**   If you look with me, there's an acknowledgment section

2  just below that.  Do you see that?

3  **A.**   I do.

4  **Q.**   It says [as read]:  "The authors would like to acknowledge

5  Shahid Salaria, who provided medical writing services with

6  funding from Bayer Schering Pharma AG and Johnson & Johnson

7  Pharmaceutical Research & Development."

8           Do you see that?

9  **A.**   I do, yes.

10  **Q.**   J&J and Bayer both actually supported this study by

11  Professor Samama, correct?

12  **A.**   It seems so, yes.

13  **Q.**   If we can take a look at the email that attached this from

14  Nini Bode for a second, on June 15, 2010, that's Exhibit 21.

15  She writes this email to several people at Janssen, including

16  yourself, correct?

17  **A.**   That is correct.

18  **Q.**   The subject of her email is "Inclusion in the VTE

19  prevention AFib submission of attempts to find assay for

20  rivaroxaban measurement in clinical practice," and then the

21  attachment is the Samama paper, right?

22  **A.**   That is the subject line, yes.

23  **Q.**   It says [as read]:  "Dear all.  For the upcoming VTE

24  treatment, Bayer only and AFib submission, preclinical is ahead

25  of clinical with regards to writing CTD modules.  We uncovered

**KENNETH TODD MOORE - DEPOSITION**

02:40

1    the attached paper by Samama on attempts to find an assay to

2    measure rivaroxaban in clinical practice."

3              Do you see that?

4    A.   I do, yes.

5    Q.   Do you know why Janssen had to uncover this attached paper

6    in June of 2010 when they were one of the people that sponsored

7    the study?

8    A.   I can't speak to what Nini was obviously trying to state

9    there.

10   Q.   Do you know that Professor Samama had been a consultant

11   for Janssen and continued to be so after this?

12   A.   I am aware that Professor Samama had done a lot of work in

13   regard to the different assays that could potentially be looked

14   at for rivaroxaban.

15   Q.   It says [as read]:  "For now, we will include the paper in

16   Module 2.6.2, pharmacology written summary, essentially using

17   the abstract as draft text."  Do you see that?

18   A.   I do, yes.

19   Q.   She then says [as read]:  "After global review planned end

20   June 2010, there is a possibility to remove it again."

21              Do you see that?

22   A.   I do, yes.

23   Q.   Do you know why she was talking about removing this paper

24   that looks at ways to measure rivaroxaban in the clinical

25   setting from the submission?

**KENNETH TODD MOORE - DEPOSITION**

02:41

1    A.    No.   Again, I can't speak to a what Nini was planning to

2    do or what she was suggesting.  I do know that with every

3    filing, as more research becomes available, we update all the

4    sections as appropriate.

5              The work that Dr. Samama had done was continued well

6    past this publication and looked at other assays.  Maybe that's

7    what she is referring to.

8    Q.    She is talking about making a decision by end of

9    June 2010, in her email, right?

10   A.    According to the email, yes.

11   Q.    She says [as read]:  "On the preclinical team, we would

12   want to make sure this is done in alignment with the joint

13   clinical regulatory commercial strategy."

14             Do you see that?

15   A.    I do, yes.

16   Q.    Now, did you know that there was a commercial strategy at

17   Janssen with respect to whether or not measurements of Xarelto

18   levels in the clinical setting should be done?

19   A.    I'm not familiar with a commercial strategy in regards to

20   what Nini is implying or referencing.

21   Q.    She says [as read]:  "Hence we have several questions.

22   First she says 'With regard to the upcoming VTE treatment, AFib

23   submissions, what is the strategy regarding rivaroxaban

24   measurements and clinical practice?'"

25             Do you see that?

KENNETH TODD MOORE - DEPOSITION

02:42

1    A.    I do, yes.

2    Q.    Do you agree that the most important strategy should be to

3    do whatever is necessary to make the drug as safe as possible

4    for patients?

5    A.    Again, I would agree that is an important strategy, along

6    with many others, yes.

7    Q.    Do you think it's the most important strategy?

8    A.    I can't speak to the strategy of what Janssen does, but I

9    do absolutely agree that safety is an important aspect of drug

10   development.   Absolutely.

11   Q.    Certainly important for doctors and their patients?

12   A.    Yes.

13   Q.    The next point says, No. 2 [as read]:   "Do we want health

14   authorities outside EMA to find out about the Samama paper

15   themselves and draw their own conclusions, or do we point them

16   to the Samama paper and present it together with the joint

17   Bayer/J&J agreed message regarding rivaroxaban measurements?"

18         Do you see that?

19   A.    I do, yes.

20   Q.    Now, when she talks about health authorities outside the

21   EMA, we have said EMA is the European regulatory authority for

22   drugs?

23   A.    That is correct.

24   Q.    So the FDA would be a health authority outside of the EMA,

25   right?

KENNETH TODD MOORE - DEPOSITION

1  A.   It would be one of many.

2  Q.   She then asks [as read]:  "Is there agreement with Bayer

3  regarding 1 and 2?"

4        Do you see that?

5  A.   I do see that, yes.

6  Q.   In her point 2 she said [as read]:  "For the latter

7  case" -- which was about presenting it together with the joint

8  Bayer/J&J agreed message regarding rivaroxaban measurements --

9  "For the latter case, what is the joint Bayer/J&J message and

10 how prominent, i.e., in which CTD module do we want to present

11 it?"

12        That's what she asked, correct?

13 A.   That's what it states here, yes.

14 Q.   Because sometimes when you submit things to regulatory

15 authorities, you can make it less prominent or more prominent,

16 right?

17 A.   In the documents that I work with, it is a full disclosure

18 of the scientific information that we collected.  It is

19 organized in a scientifically logical method.  I don't think we

20 point out one section over the other in regards to the clinical

21 pharmacology of the drug.

22 Q.   Let me see if I can ask it this way.  When you present

23 something in a submission to a health authority like the FDA,

24 you can either call the FDA's attention to it by putting it in

25 a prominent section of the submission or you can put it in a

KENNETH TODD MOORE - DEPOSITION

1  less important section of a large drug submission, correct?

2  **A.**   Could you help me understand what is a prominent part of

3  the submission?

4  **Q.**   Well, let me ask you this:  When Ms. Bode sent you this

5  email in 2010, she talked about how prominent -- she said,

6  "i.e., in which CTD module."  Do you see that?

7  **A.**   I do, yes.

8  **Q.**   So there are different modules in a submission to the FDA

9  and to a health authority, correct?

10  **A.**   Yes, there is.

11  **Q.**   Okay.  And some are more prominent than others in the

12  submission?

13  **A.**   Again, I guess I'm having difficulty in defining what

14  prominent is when it comes to the different modules.  From a

15  clinical pharmacology standpoint, we generate modules 7 --

16  2.7.1 and 2.7.2.  Those, in my mind, as clinical pharmacology,

17  are prominent modules.  And, you know, from -- because that was

18  an accumulation of all of the information we have had both

19  scientifically regarding the pharmacokinetic and

20  pharmacodynamic aspects of the drug that we have collected in

21  the many years in studying the drug.  So I would say that

22  that's a pretty prominent document.  So I don't know how to

23  compare that to others who from a clinical standpoint may feel

24  that their documents are more prominent.

25  **Q.**   So certainly with respect to Xarelto, an anticoagulant,

KENNETH TODD MOORE - DEPOSITION

02:46

1    clinical pharmacology information and how to measure clinical

2    pharmacology type measurements, PK/PD measurements, would be

3    prominent for a health authority's consideration?

4    A.   It would be important to let the regulatory agencies know

5    the information that we have collected to date in regards to

6    the assays that sets the pharmacodynamic parameters within

7    development of the program, and we did that.  And so the assays

8    that are -- some of the assays that are listed here in the

9    publication as far as prothrombin time we certainly did assess,

10   and it was part of Module 7 -- 2.7.2 in our submissions.

11   Q.   She notes after point 3 that [as read]:  "Note:  EMA" --

12   that's the European authority -- "is fully aware of the ongoing

13   efforts regarding setting up a method to measure rivaroxaban in

14   clinical practice, as there are update reports every six months

15   as a part of the EMA post-approval commitment."

16        Do you see that?

17   A.   I do, yes.

18   Q.   So that was something that she was informing you in 2010

19   about, that there was actually a commitment by Bayer and the

20   EMA to report about the efforts to find a way to measure

21   rivaroxaban levels in clinical practice, right?

22   A.   That's my understanding, yes.

23   Q.   She says [as read]:  "Note:  For the U.S. there is the

24   specific requirement to submit in Module 5.3.4 other study

25   reports, a summary of relevant published literature.  This

KENNETH TODD MOORE - DEPOSITION

02:48

1   typically is a MEDLINE search listing and a short conclusion,

2   like everything published was already discussed in other

3   modules, or conclusions reached in other modules are not

4   changed by these data.

5           "Specifically for the Samama April 2010 paper, a

6   one-line conclusion could be added in line with the joint

7   Bayer/J&J message on rivaroxaban measurements in clinical

8   practice."

9           Do you see that?

10  A.   I do, yes.

11  Q.   Let me show you what we'll mark as Exhibit 23.

12          Now, when Nauman Shah responds to Nini Bode, he says

13  [as read]:  "Thanks for forwarding this on.  From a commercial

14  strategy standpoint, we do not want to recommend or encourage

15  the use of any measurements for rivaroxaban, given they will

16  not accomplish the primary purpose that most clinicians have

17  been measuring levels in chronic treatment situations,

18  compliance."

19          Do you see that?

20  A.   I do, yes.

21  Q.   You and I talked a little bit about that earlier, that one

22  of the ways that you can use measuring rivaroxaban levels is

23  just determining whether or not the drug is on board and the

24  patient is taking the drug, right?

25  A.   Yes.

KENNETH TODD MOORE - DEPOSITION

02:49

1  **Q.**   And what Nauman Shah points out is because Xarelto is

2  different than warfarin, it doesn't really reach this steady

3  state that the test may provide an indication of whether

4  rivaroxaban is on board; it doesn't convey whether the patient

5  has been taking the drug regularly, right?

6  **A.**   That's basically what he states in the next sentence.

7  **Q.**   I mean, there are other reasons to measure the

8  concentration levels of rivaroxaban in blood plasma than simply

9  looking at whether it's on board or not, correct?

10 **A.**   To my knowledge, again, the times that a physician may

11 want to know if rivaroxaban is -- a level of rivaroxaban is

12 within the plasma is, as we mentioned, compliance and maybe

13 emergency surgery situations where they are making a decision

14 whether or not they should wait because of the half-life of the

15 drug to wash out or whether or not they know to go into the

16 surgery prepared for the subject to be anticoagulated.

17          So those are two examples of times when a physician

18 may want to understand whether or not rivaroxaban is actually

19 in the system or not.

20 **Q.**   You also believe that measurement of rivaroxaban

21 concentration levels could be used to make sure that a

22 patient's plasma levels of the drug are within the expected

23 range of concentration -- treatment concentration range seen

24 for most patients, correct?

25 **A.**   You would be able to only use an assay -- be it a PT assay

**KENNETH TODD MOORE - DEPOSITION**

02:51

1    to indirectly measure rivaroxaban concentration, or a formal

2    assay to measure rivaroxaban concentration -- to see whether or

3    not the PT value or the concentration assessed with an assay

4    fell within what was observed in the ROCKET trial.

5    Q.    It says [as read]:  "Finally, it's my understanding that

6    while the measurement may indicate current rivaroxaban levels

7    in the body, they don't correlate to risks of bleeding or other

8    outcomes."

9            Do you see that?

10   A.    I do, yes.

11   Q.    But you know that there were studies conducted within --

12   by Janssen that actually did determine that there was a

13   correlation between higher levels of rivaroxaban in the body

14   and higher risk of bleeding, correct?

15   A.    The Phase II studies looked at multiple doses, in which

16   case they showed that as you increase the dose, you certainly

17   can increase your risk of bleeding.  Within a particular dose

18   level, for example, 20 milligrams, to my knowledge there is no

19   differences in exposure within 20 milligrams that would lead a

20   patient to a greater risk of bleeding.  That's what I assume he

21   is referring to.

22   Q.    One of the things that Janssen wanted to make sure with

23   respect to anything that they recommended with respect to

24   measurement of rivaroxaban levels was that they were not

25   implying that there was a need for routine clinical monitoring,

KENNETH TODD MOORE - DEPOSITION

02:53

1    right?

2    **A.**   There had been substantial analyses that were done from

3    the start of the program, before I even started, and then

4    after, that assessed the different markers that potentially

5    could be used to indirectly measure rivaroxaban concentration.

6    None of that analyses showed that routine monitoring would be

7    needed for this type of medication.

8    **Q.**   Let me see if we can look at Exhibit 24.

9          Have you had a chance to take a look at Christopher

10   Nessel's response?

11   **A.**   Yes.  I was reading his second paragraph here.

12   **Q.**   He responds and says [as read]:  "I agree with Nauman that

13   a direct measurement akin to the INR would not likely be of

14   substantial clinical utility.  I have heard at several advisory

15   boards, though, that some indicator of the presence of

16   rivaroxaban would be useful."  Correct?

17   **A.**   That is correct.

18   **Q.**   And when he talks about advisory boards, the company would

19   sometimes put together boards of outside consultants,

20   physicians, and scientists that would provide information to

21   them, to the company, related to what they would like to see or

22   not see relating to the drug.  Is that a fair statement?

23   **A.**   I think that's a fair statement.

24   **Q.**   He says [as read]:  "No test will indicate long-term

25   compliance," which you and I talked about, right?

KENNETH TODD MOORE - DEPOSITION

02:54

1    **A.**    Correct.

2    **Q.**    He says [as read]:  "An indicator test, though, would be

3    informative to the physician considering a procedure in a

4    patient for whom the last dose is uncertain.  The management of

5    a patient presenting to the ER with peritoneal signs and

6    rivaroxaban on the medication list would be quite challenging

7    to the attending surgeon, even if the patient was reasonably

8    sure about the time of their last dose.  A simple appendectomy

9    might not be a problem, but I would be very reluctant to get

10   into an aortic dissection unless I was certain about the

11   coagulation status of the patient."

12           Do you see that?

13   **A.**    I do, yes.

14   **Q.**    [As read]:  "I believe there's clinical utility in an

15   on/off test for this compound."

16           Do you see that?

17   **A.**    I do, yes.

18   **Q.**    He says [as read]:  "This can be kept distinct from and,

19   therefore, avoid confusion with routine clinical monitoring."

20           Do you see that?

21   **A.**    I do, yes.

22   **Q.**    And that was an important goal for the company was to make

23   sure that they avoided any recommendation of routine clinical

24   monitoring, right?

25   **A.**    Again, I can't speak to whether or not that was a goal.  I

KENNETH TODD MOORE - DEPOSITION

02:55

1    know that we consistently assessed the data that was on hand to

2    see whether or not monitoring was appropriate for Xarelto.  So,

3    again, I can't speak to whether or not it was a clinical goal.

4    Q.    I think you told me before that Professor Samama continued

5    to work on additional assay work with respect to measuring riva

6    concentration levels, correct?

7    A.    That is correct.

8    Q.    Okay.  Is it a fair statement that you believe that the

9    anti-factor Xa assays with specific rivaroxaban calibrators and

10   controls could be used for therapeutic monitoring of Xarelto?

11   A.    I believe it could be used to, again, indirectly measure

12   rivaroxaban concentration within the plasma.

13   Q.    And if a physician wanted to use PT to measure rivaroxaban

14   levels, you believe the right agent to use would be the

15   Neoplastin Plus reagent; is that right?

16   A.    If a physician wanted to indirectly measure rivaroxaban

17   concentrations in plasma, they can use PT with Neoplastin Plus

18   reagent, yes.

19   Q.    Okay.  Now, you actually worked on the information related

20   to the use of PCCs for rivaroxaban reversal; is that correct?

21   A.    I performed two studies --

22   Q.    Okay.

23   A.    -- that assessed the use of PCCs to reduce the

24   pharmacodynamic effects of rivaroxaban.

25   Q.    And by PCCs, what are "PCCs"?

KENNETH TODD MOORE - DEPOSITION

02:57

1  A.   PCCs are prothrombin complex concentrate, which is an

2  already marketed product by another company that is sometimes

3  used with hemophilia and other conditions that people may have

4  a bleeding condition for.

5  Q.   Okay.  So I may ask you a couple questions tomorrow about

6  your PCC studies, but generally you published on -- you

7  actually published on a couple of studies related to the use of

8  PCCs; is that right?

9  A.   I published one study as secondary author to Marcel Levi,

10  who was on our team at the time.

11  Q.   Now, bullet point No. 2, do you see that?  It says

12  [as read]:  "Therapeutic monitoring."

13       Do you see that?

14  A.   I do, yes.

15  Q.   You said [as read]:  "Therapeutic monitoring.  I believe

16  there is preference to use anti-factor Xa chromogenic assay

17  with specific rivaroxaban calibrators and controls versus PT,

18  based on the work done by Bayer and Samama, et al."

19       Do you see that?

20  A.   I do, yes.

21  Q.   [As read]:  "Now I believe this assay is available in the

22  EU, and we are trying to develop this assay in the U.S."

23  Correct?

24  A.   That is correct.

25  Q.   That was your understanding about what was going on back

KENNETH TODD MOORE - DEPOSITION

02:58   1   in July of 2012, right?

2   **A.**   That is correct.

3   **Q.**   Has that assay been approved for use in the United States

4   at this point?

5   **A.**   Not as far as I know.

6   **Q.**   Okay.  Now -- but you had an understanding, obviously,

7   when you wrote this email in July of 2012, that Bayer had done

8   work with Samama to look at the use of an anti-factor Xa assay

9   versus PT in measuring rivaroxaban levels, right?

10   **A.**   That was my understanding, yes.

11   **Q.**   You then state [as read]:  "If PT is used, then recommend

12   using the PT assay with Neoplastin Plus reagent (as that was

13   the reagent used throughout rivaroxaban development)."

14          Do you see that?

15   **A.**   Yes, I do.

16   **Q.**   You were making that recommendation with respect to the

17   subject of therapeutic monitoring, correct?

18   **A.**   Based on that, yes.

19   **Q.**   Now, I want to show you a couple of statements.

20          **THE COURT:**  Do you want to the take a break at this

21   time?

22          **MR. BIRCHFIELD:**  Yes.

23          **THE COURT:**  Let's take an afternoon break, folks.

24          **THE DEPUTY CLERK:**  All rise.  15 minutes.

25          (Recess.)

KENNETH TODD MOORE – DEPOSITION

03:17   1          THE COURT:  Be seated, please.

2   Q.   Now, I want to show you a couple of statements and I just

3   want to see what -- whether or not you agree with these

4   statements or not.

5          The first is that, generally, higher PT values are

6   associated with greater bleeding risk.  And I'd just like to

7   know whether or not you agree with that statement now.

8   A.   Are we talking about PT values within a single dose or

9   across doses?

10  Q.   I think we are talking about higher PT values in patients

11  that are taking Xarelto.  I'm not trying to distinguish between

12  a particular dose.  I'm not looking at a 20-milligram dose; I'm

13  not looking at a 15.  Generally higher PT values.  And I'm not

14  even talking about Xarelto.  Just generally higher PT values in

15  patients are associated with greater bleeding risk.

16  A.   Well, I'll make the caveat that generally higher PT values

17  in patients are potentially associated with a greater bleeding

18  risk.

19  Q.   So you would add that they are potentially associated.

20          THE COURT:  What's the matter?

21          MR. BIRCHFIELD:  We are getting the closed captioning

22  fixed, Your Honor.

23  Q.   So you don't believe that an increase in PT is equal to an

24  increase in bleeding risk within a dose?

25          So within a dose -- a group of patients taking

KENNETH TODD MOORE - DEPOSITION

03:19

1   20 milligrams of Xarelto, and you looked at patients with

2   differing PT values, from low to high, you don't believe

3   there's an increased bleeding risk in those patients with

4   higher PTs?

5   **A.**   It would be hard, based on the data I observed, to make

6   that conclusion that there is a higher risk, because the

7   frequency of bleeding events that occur with patients that have

8   a bleeding event versus not having a bleeding event, the PT

9   values we have observed in those two patient groups were

10  similar and substantially overlapped.

11          To say that within a dose -- for example,

12  20 milligrams, as you pointed out -- it would be hard for me to

13  say that somebody has a higher risk if I know there are a

14  substantial number of patients that have the exact same or

15  higher PT value that showed no bleeding event.  So I struggle

16  with that terminology.

17  **Q.**   So PT, prothrombin time, is a measure of what?

18  **A.**   I think we pointed out yesterday, it is a measure of the

19  body's ability to coagulate.  It's one of -- there's other

20  metrics, but it's one measure.

21  **Q.**   A higher PT indicates a greater difficulty in coagulating

22  the blood for a patient.  Would you agree with that?

23  **A.**   Logically that would make sense, yes.

24  **Q.**   So if logically that makes sense, then how does the

25  statement that within a particular dose increases in PT are not

KENNETH TODD MOORE - DEPOSITION

03:21

1   associated with increased bleeding risk if logically higher PTs

2   are related to a difficulty in coagulation of the blood for a

3   patient?

4   **A.**   Because I don't think PT alone is responsible for

5   bleeding.  So from my understanding of prothrombin time, which

6   is just a marker of -- or one of many that you could

7   potentially bleed, there is a full cascade of events that

8   potentially can occur during bleeding events.  It's not as

9   simple as saying PT is directly related that.

10          Again, I'm not a clinician.  This is not an area of

11   my expertise.  I'm not a hematologist by any stretch of the

12   imagination.

13          So from what I understand, the complexity of bleeding

14   and complexity of bleeding risk has a lot more to do than just

15   prothrombin time.

16   **Q.**   I understand you're not a doctor.

17   **A.**   Right.

18   **Q.**   You've never treated patients.

19   **A.**   No, I have not.

20   **Q.**   But if you had two patients in a clinical study, let's

21   say, and both patients are taking Xarelto, 20 milligrams, and

22   one has a PT in the 40s by Neoplastin and the other has a PT

23   around 14 and they both come into the hospital because they

24   have an emergent event and need surgery, the one with the PT of

25   40 has a greater bleeding risk in that surgery than the one

KENNETH TODD MOORE - DEPOSITION

03:23

1   with the PT of 14.  Would you agree with that?

2   **A.**   With the caveat that I'm not a doctor, I'm not a surgeon,

3   I would have to defer you to my clinical colleagues to -- prior

4   to surgery what a PT of 40 -- if that would be a concern for

5   them going into surgery.

6          Obviously, as we pointed out, a PT of 40 gives a

7   general idea of how the body is, again, anticoagulated.  That's

8   about all I can say.

9   **Q.**   When it comes to using the drug in adults for the AFib

10  indication, the company never did any testing of the use of

11  monitoring and dose adaptation for those patients, correct?

12  **A.**   We did not routinely monitor within the ROCKET program.

13  **Q.**   You didn't test whether monitoring and potential dose

14  adjustments would benefit patients, in the ROCKET program?

15  **A.**   May I ask what you mean by "test"?

16  **Q.**   Well, why don't you just -- whatever you think the common

17  understanding of the word "test" is.

18  **A.**   I guess I struggle with the term "test" just because that

19  makes it seem that there is a result at the end of the day.  I

20  know that we have done substantial review of the data, again,

21  from beginning to end, looking at all avenues of the different

22  pharmacodynamic events of rivaroxaban, looking at the

23  concentrations and whether or not there's a correlation to any

24  outcome, be it safety or efficacy, and had a difficult time

25  being able to point to one PD value or concentration that could

KENNETH TODD MOORE - DEPOSITION

03:24

1   directly correlate to an outcome.

2           So I don't know how to use the word "test," but I

3   know that we certainly evaluated whether or not monitoring was

4   needed substantially.

5   Q.   Outside of reviewing data, did you actually study in a

6   clinical trial, whether the Phase II or Phase III ROCKET study,

7   whether monitoring and potential dose adjustment would benefit

8   patients taking Xarelto?

9   A.   May I ask you to repeat the question again.

10  Q.   Sure.  Let me ask you this way:  Isn't it true that you

11  never conducted any study that determined whether or not

12  monitoring and dose adjustment potentially -- based on the

13  monitoring -- would benefit patients taking Xarelto?

14  A.   This is a specific study, a clinical study run in healthy

15  normals or healthy volunteers or patients or anything like

16  that?

17  Q.   Or even a Phase III study.

18  A.   Again, I don't know how that study would be conducted.  I

19  don't know how I would do it any differently than what Bayer

20  and Janssen and we had done in the past.  So I don't know if

21  there was a specific study with a primary objective to look at

22  that.  I don't know if that has ever been done.

23          All I do know is that all the studies that were

24  conducted did assess whether or not monitoring would have been

25  prudent.

KENNETH TODD MOORE - DEPOSITION

03:26

1  Q.  So if we read the next statement in this paper that you

2  comment on, it's [as read] "Samama, et al., 'laboratory

3  assessment of rivaroxaban: A review.

4        "Noted:  In situations where assessment of

5  rivaroxaban exposure may be helpful, anti-factor Xa chromogenic

6  assays in tandem with standard calibration curves generated

7  with the use of rivaroxaban calibrations and controls could be

8  used.  It is important to note that test results will be

9  affected by the timing of blood sampling after rivaroxaban

10  intake.

11        "In addition, the anti-factor Xa method measures the

12  drug concentration and not the intensity of the drug's

13  anticoagulant activity, and a higher than expected rivaroxaban

14  plasma level does not necessarily indicate an increased risk of

15  bleeding complications."  Do you see that?

16  A.  I do.

17  Q.  Then there's a little dotted line that goes out to the

18  right with your comment.  You can see that.

19  A.  Right.

20  Q.  If we look at your comment, you say [as read]:  "This is

21  true of all PD parameters for rivaroxaban.  Elevations in PT,

22  aPTT, et cetera, only speak to the risk of bleeding, not that a

23  bleed will automatically occur if you reach a certain level."

24        Do you see that?

25  A.  I do.

## KENNETH TODD MOORE - DEPOSITION

03:28

1 **Q.**   We have talked about the fact that elevations in PT don't

2 mean you are going to bleed automatically.  There has to be

3 something that happens to you for the bleeding to occur?

4 **A.**   Something more than just that, yes.

5 **Q.**   [As read]:  "But the elevations in PT, aPTT, et cetera,

6 only speak to the risk of bleeding."  Do you see that?

7 **A.**   I do.

8 **Q.**   But if we look back at the document, what you stated was

9 that elevations in PT speak to the risk of bleeding, right?

10 **A.**   Correct.

11 **Q.**   Did anyone at Bayer make you aware they were concerned

12 that using monitoring with dose adjustment could potentially

13 have implications on the AFib indication?

14 **A.**   No, they did not.

15 **Q.**   That wasn't something they made you aware of, that they

16 had that concern?

17 **A.**   Not that I'm aware of, no.

18 **Q.**   Let's look at what we will call Exhibit 31.  This is an

19 email chain from the September 2014 timeframe?

20 **A.**   Yes.

21 **Q.**   The subject is "Stago."  It looks like an Anita

22 Knapp-Ryseck emails you regarding Stago at 11:05 a.m. on

23 September 22, 2014.

24         Stago was the company -- one of the companies that

25 was developing an anti-factor Xa that Janssen was working with,

**KENNETH TODD MOORE - DEPOSITION**

03:29  1   correct?

2   **A.**   That's correct.

3   **Q.**   It says [as read]:  "Hi Todd.  Regarding the Stago assay,

4   can you please have a look at the footnote text I have right

5   now in yellow and let me know if you have any changes."

6        Do you see that?

7   **A.**   Yes.

8   **Q.**   You respond to Anita above that with an email on

9   September 22, 2014.  Do you see that?

10  **A.**   I do.

11  **Q.**   You say [as read]:  "Hi, Anita.  Within the exploratory

12  objectives section, we should probably change the text to read

13  'one, to indirectly measure rivaroxaban concentrations through

14  the Stago assay at select sites.'

15       "I would remove any mention of the word

16  'monitoring.'"  Do you see that?

17  **A.**   I do, yes.

18  **Q.**   So you're talking about changing the word "monitoring"

19  from her footnote and changing it to "measure," correct?

20  **A.**   That is correct.

21  **Q.**   One of the reasons you made that suggestion is because you

22  don't want to raise any red flags to this concept of

23  monitoring, right?

24  **A.**   If I remember correctly, it just seemed more appropriate

25  to say "indirectly measuring."

KENNETH TODD MOORE - DEPOSITION

03:30

1  Q.   Red flags could have implications to the other indications
2  for Xarelto, right?
3  A.   I can't comment in regards to that.
4  Q.   Let's look and see -- if you can look -- there's a
5  response by Catherine Van den Boom.  Do you see that?
6  A.   I do.
7  Q.   It says [as read]:  "Hi Anita and Todd.  I like the text.
8  Do we need to mention somewhere, outline or BB, that this is
9  for the 510(k) application for Stago in the U.S.?"
10            Do you see that?
11  A.   I do, yes.
12  Q.   Stago was actually applying, using the 510(k) process, to
13  have their assay approved for use in the United States -- or
14  cleared for use in the United States; is that right?
15  A.   That's my understanding.
16  Q.   So you respond and say [as read]:  "I don't think it would
17  be necessary for the study outline.  Perhaps it would be okay
18  for the BB."  That's briefing book?
19  A.   Yes.
20  Q.   That's what goes to the FDA?
21  A.   Yes.
22  Q.   Anita Ryseck responds and says [as read]:  "That sounds
23  good."
24            And then Liza Pina responds to you on the very top of
25  the page on September 22, 2014, at 5:09.  Do you see that

KENNETH TODD MOORE – DEPOSITION

03:32  1  email?

2  **A.**   I do, yes.

3  **Q.**   And Liza Pina says [as read]:  "Todd, your suggestions

4  sound good.  The word 'monitoring' raises an unwanted flag."

5        Do you see that?

6  **A.**   I do, yes.

7  **Q.**   So not only does using the word "monitoring" raise a red

8  flag, it's an unwanted flag by the company, correct?

9  **A.**   I can't speak to what Liza meant when she said an unwanted

10  flag in this particular regards.  I know Liza was relatively

11  new to the company by the time she came on to the team, so I

12  really can't speak to what she meant by that.

13  **Q.**   All right.  So one of the things that we have looked at

14  yesterday was this diagram that I drew that's not yet been

15  marked, because I haven't finished drawing on it yet.  It says

16  [as read]:  "Routine clinical monitoring, Xarelto does not

17  require."

18        That's one of the claims that are made to physicians

19  and patients in the United States about the use of Xarelto is

20  that it does not require monitoring, correct?

21  **A.**   That's correct.

22  **Q.**   Okay.  I asked whether or not you agreed with the

23  statement that Janssen nor Bayer never studied monitoring, and

24  by "study" I mean that they used monitoring during a clinical

25  study in which the blood levels, the PD or PK measurements,

**KENNETH TODD MOORE – DEPOSITION**

03:33

1  would be used to potentially dose adapt for the patients.

2  **A.**   I am not aware of studies -- and again, there could have

3  been work that was done by Bayer.  There's a long history

4  before I ever started with it.  I am not aware of studies that

5  had an objective of dose adjustment based on monitoring.

6  **Q.**   So let me show you what we will mark as Exhibit 33.  And

7  we can go ahead and provide Exhibit 34, which is 144361.

8       So I'm showing you this email and the attachment from

9  August 2014.  The subject is [as read]:  "Hold for review of

10  time-sensitive PR communication."

11       That went to several people in J&J, including the

12  Xarelto core team.  Just so you know, you're not copied on this

13  email at this point in time.  Okay?

14       And Paul Burton emails and he attaches this

15  attachment that you're looking at -- is it Exhibit 33 and 34?

16  Yeah -- and says [as read]:  "I think the edits for clarity are

17  valuable.  I would keep the information in the middle column

18  that we performed testing for monitoring in early and late

19  stage trials and were able to confidently conclude that

20  monitoring is neither necessary nor required with Xarelto use

21  in routine clinical practice."

22       Do you see that?

23  **A.**   I do, yes.

24  **Q.**   And then he says [as read]:  "I am cc'ing Todd Moore, our

25  PK/PD leader for Xarelto, just to keep him looped in on this

**KENNETH TODD MOORE - DEPOSITION**

03:35   1   important topic."  Right?

2   **A.**   I see that, yes.

3   **Q.**   So then if we look at the Exhibit 34, which was the

4   attachment, and we look at the first page, you see there's

5   three columns across the top.  One is lawsuits.  Do you see

6   that?

7   **A.**   I do.

8   **Q.**   Okay.  The second is routine blood monitoring.  Do you see

9   that?

10   **A.**   I do.

11   **Q.**   And then AE rate comparisons.  Do you see that?

12   **A.**   Yes.

13   **Q.**   Okay.  If you can look with me in the routine blood

14   monitoring column, the column 2, it says [as read]:  "Given the

15   variability of the blood-thinning effect of warfarin, we

16   developed Xarelto with reliability in mind.  That's why in the

17   early stages of development and continuing into Phase III

18   trials, it was critical for us to understand the predictability

19   of blood-thinning effect of Xarelto.  In order to assess this,

20   we conducted blood monitoring in several of our trials, all of

21   which demonstrated that Xarelto delivered a reliable and

22   predictable blood-thinning effect and that the medicine does

23   not require routine monitoring."

24           Do you see that?

25   **A.**   I do, yes.

**KENNETH TODD MOORE - DEPOSITION**

03:36

1  **Q.**  So now let's look at what we will mark as Exhibit 35.

2  Paul Burton sends an email on August 14, 2014, at 10:43 a.m. --

3  **A.**  Yes.

4  **Q.**  -- in which he attaches a file, a draft field comment

5  reactive only edits PowerPoint.  And we looked at that

6  PowerPoint exhibit in Exhibit 34 in which there was this

7  Operation Clarity document.  Do you recall that?

8         The email is from Exhibit 33 and Exhibit 35 --

9  **A.**  I was just looking at the text to make sure that the text

10  listed in this exhibit under email sent by Paul Burton on

11  Thursday, August 14 was the same text I read in Exhibit 33.

12  **Q.**  Correct.

13  **A.**  And it appears to be the same text.

14  **Q.**  The same text.

15         He is referring to -- he is responding to an email in

16  both exhibits sent by Roxanne O. McGregor-Beck, correct, on

17  August 14, 2014, in which the text says [as read]:  "I prefer

18  the version Michael edited, more concise and to the point."

19  **A.**  I see that.

20  **Q.**  So you were able to respond to him, though, if we look at

21  Exhibit 35.  Do you see where -- if you look at the email on

22  the first page from Ms. Judy Wagner to you on August 14, do you

23  see that?

24  **A.**  Yes.

25  **Q.**  And she says [as read]:  "Hi, Todd.  Can you please take a

KENNETH TODD MOORE - DEPOSITION

03:38

1   look at the statements made, second column re: routine blood

2   monitoring and verify accuracy?"

3           So she is talking about routine blood monitoring and

4   asking you to verify the accuracy, right?

5   A.   That's what it states in this email.

6   Q.   [As read]:  "I am also looking for a reference for this

7   statement.  Is this anywhere in the ROCKET study report?  This

8   statement will be going out to sales representatives to address

9   questions/challenges related to monitoring of rivaroxaban."

10          Do you see that?

11  A.   Yes, I do.

12  Q.   On August 15.  And you state [as read]:  "Dear Judy" --

13  and you copy Paul Burton on your email, right?

14  A.   Uh-huh.

15  Q.   You copy Kenneth Turner, your supervisor, right?

16  A.   Yes.

17  Q.   Chris Nessel and Anne Vosatka, right?

18  A.   That is correct.

19  Q.   As well as Dagmar Kubitza over at Bayer, right?

20  A.   Correct.

21  Q.   And you say [as read]:  "I am concerned with the statement

22  made in the middle column, testing for monitoring was performed

23  in early and late stage trials."

24          Do you see that?

25  A.   I do.

KENNETH TODD MOORE – DEPOSITION

03:39

1   **Q.**   Okay.  Was there a version of the PR statement that

2   included language that specifically made the quote "testing for

3   monitoring was performed in early and late stage trials"?

4   **A.**   I don't recall.

5   **Q.**   And you said [as read]:  "I don't believe this statement

6   is accurate.  After discussing this with Dagmar this morning,

7   perhaps a better strategy would be to highlight the results

8   from the multiple large, post-marketing studies that appear to

9   show a consistent bleeding profile and was determined in the

10  pivotal Phase III trials."  Correct?

11          Do you see that?

12  **A.**   Yes.

13  **Q.**   And then you state [as read]:  "I state this because I

14  don't believe we truly tested for monitoring."

15          Do you see that?

16  **A.**   I do, yes.

17  **Q.**   So when you emailed Judy Wagner and your boss and Dagmar

18  Kubitza over at Bayer in August 15, 2014, you did not believe

19  that the companies had truly tested for monitoring, correct?

20  **A.**   Within the context of this email and what -- if I remember

21  correctly, it wasn't so much that we didn't assess for

22  monitoring.  I didn't know, as I still to this day don't know,

23  how one tests for monitoring.  And if any statement went out to

24  the public using the term "testing for monitoring," myself as

25  the clinical pharmacologist at that time would have difficulty

**KENNETH TODD MOORE – DEPOSITION**

03:40   1    in trying to explain what that is.

2              That's why I tried to reroute them in saying, well,

3    we assessed, again, across all the Phase III trials, and even

4    better, when you take a look at the post-marketing data, all of

5    it is very consistent.  And we certainly have done numerous

6    ways of assessing the data, from our early Phase I trials all

7    the way through the Phase III trials, to see whether or not we

8    could actually correlate any sort of pharmacodynamic or

9    pharmacokinetic effect to any outcome, which we have not.

10             But to have a statement within their document saying

11   we tested for monitoring, I just didn't know what "testing"

12   meant and, therefore, I didn't think it would be appropriate

13   from a scientific standpoint for me to back that up if I

14   couldn't adequately describe it.

15   **Q.**   Let me ask you this.  When you respond to this email in

16   August 15, 2014, and you said you were concerned with the

17   statement and that you also said, "I don't believe we truly

18   tested for monitoring," you're saying that that was because you

19   didn't understand what "testing" meant?

20   **A.**   I don't -- I couldn't say, as the scientist that was

21   working with Xarelto at the time in the ClinPharm department,

22   that if somebody would come to me, asking, How did you test for

23   monitoring, I don't know if I'd be able to answer them.

24   **Q.**   You were the clinical pharmacology lead for Xarelto at

25   Janssen Pharmaceuticals from 2010 until 2015, correct?

KENNETH TODD MOORE - DEPOSITION

03:42

1  A.   That is correct.

2  Q.   And I'm a lawyer sitting here at the table in 2016, and I

3  know how you would test for routine clinical monitoring in a

4  clinical study.  And you're telling me you don't understand

5  that?

6  A.   How would you test for monitoring?

7  Q.   The company could have tested a routine clinical

8  monitoring strategy in either the ROCKET trial or another trial

9  to determine whether or not that would benefit patient care and

10  improve efficacy and improve safety, correct?

11  A.   I believe the company assessed that, both companies, Bayer

12  and Janssen assessed that paradigm, looking at all the data we

13  collected today, and found that was -- that was not necessary

14  based on the fact, again, data we collected showed that

15  monitoring in that particular case wasn't necessary, that it

16  was -- we had no idea of looking at a correlation between any

17  of the PK or PD parameters, at least from a clinical

18  pharmacology standpoint, that would lead to an outcome.

19          So I can't speak for the company in general from a

20  clinical pharmacology standpoint.  I can only tell you that

21  when looking at the data and looking at either the PK or the PD

22  data and trying to correlate it to some sort of outcome, we

23  weren't able to justify that that could be used as a monitoring

24  technique.

25          Now, if we did find -- and we still continue, to this

KENNETH TODD MOORE - DEPOSITION

03:43

1   day, look at all the data that comes in and as the data
2   presents itself, if in the future we see that that is of
3   benefit, of course, then that becomes, you know, part of the
4   next steps.  But today, again, everything that I have seen in
5   my short-term time with rivaroxaban, I have not seen that.
6   **Q.**   There wasn't -- the company knew how to use routine
7   clinical monitoring in a study but just didn't do it in the
8   ROCKET study, correct?
9   **A.**   The company was aware of, obviously, the assays that could
10  be used to measure the pharmacodynamic effect, and we did do
11  that within the study itself.  I can't speak to the design of
12  the study or what they went into in the beginning and how they
13  were going to use the pharmacodynamic data, but I know what we
14  did with the pharmacodynamic data once it was obtained.
15          We took a look at all the data that was obtained and
16  then tried -- again, looking at it, if there was any
17  correlation to the data, be it pharmacodynamic or
18  pharmacokinetic, whether or not that would lead to an outcome
19  or inform us in regards to an outcome, which it has not.
20  **Q.**   Let me show you what we will mark as Exhibits 36 and 37.
21  And so if you can take a look with me, then, on Exhibit 36, and
22  this is the email that she sent to you on August 14, 2014,
23  where she asked you to take a look at those statements and
24  she -- and she attaches that we will look at, at Exhibit 37, if
25  we can, which is another version of this draft field

KENNETH TODD MOORE - DEPOSITION

03:44

1   communication document.

2           And it says -- and the title of this is "Addressing

3   Misperceptions Regarding our Medicine."  Do you see that?

4   A.   I do, yes.

5   Q.   It has the same three columns -- lawsuit, routine blood

6   monitoring, AE rate comparisons -- that we saw with Exhibit 34.

7   A.   The column headers are the same, yes.

8   Q.   And now, if we look at the second column, the second

9   column has different language in it, correct?

10  A.   It appears that the text is different from what the text

11  is in the prior.

12  Q.   So if we can look at the text for the second column, it

13  says -- and maybe we can blow up that routine blood monitoring

14  text on the right there.

15  A.   We are looking at exhibit which one?

16  Q.   37.

17  A.   Okay.

18  Q.   It says -- and this is the attachment to the Judy Wagner

19  email to you asking to review.  And it says [as read]:

20  "Testing for monitoring was performed in early and late stage

21  trials, and we were able to confidently conclude that routine

22  coagulation monitoring is neither necessary nor required with

23  Xarelto use in routine clinical practice."  Correct?

24  A.   That's what the text says.

25  Q.   If you look at your email response in Exhibit 36 -- oh,

**KENNETH TODD MOORE - DEPOSITION**

03:46

1    I'm sorry, 35, when you respond to Judy and quote --

2              We need to pull up Exhibit 35 real quick.  There we

3    go.

4              -- you quote from the middle column.  And when you

5    say [as read] "I'm concerned with the statement in the middle

6    column," you quote that same text, "testing for monitoring was

7    performed in early and in late stage trials."  Correct?

8    A.   That appears to be what I did, yes.

9    Q.   Sure.  When Paul Burton emails and says [as read] "I think

10   the edits for clarity are valuable.  I would keep the

11   information in the middle column that we performed," he is then

12   quoting language directly from the language we saw in

13   Exhibit 37, which was "testing for monitoring in early and late

14   stage trials, and we were able to confidently conclude that

15   monitoring is neither necessary nor required with Xarelto use

16   in routine clinical practice."

17   A.   I don't think he is quoting, but he uses some of the same

18   wording that occurs within this document.

19   Q.   He uses the same words from Exhibit 37?

20   A.   Not exactly, but it's pretty close.

21   Q.   Pretty close.

22             So then -- so when you respond to Judy in

23   Exhibit 35 -- the first page of Exhibit 35, it is that

24   statement that you are expressing concern about, right?

25   A.   I can't remember if this, which is Exhibit 37, was the

**KENNETH TODD MOORE – DEPOSITION**

03:48

1    exact thing that Judy had sent me, but the term "testing for

2    monitoring was performed in early and late stage trials" is the

3    same text as appears in the attachment, so . . .

4    **Q.**   I will represent to you, as we saw in Exhibit 36,

5    Exhibit 37 was the attachment to that email from Judy Wagner to

6    you that you responded to.

7    **A.**   Okay.

8    **Q.**   So then if we can look at what we will mark as Exhibit 38.

9    If you can look through Exhibit 38, which is Bates Janssen

10   08062260, you see the subject of the email is the same:  "Hold

11   for review of time-sensitive PR communication."

12          It picks up on the email you sent to Judy on

13   August 15, 2014, where you expressed concern with the statement

14   in the middle column -- "testing for monitoring was performed

15   in early- and late-stage trials" -- at the bottom of page 2.

16          And then Paul Burton responds to you in the middle of

17   page 2.  Just let me know when you are there with Paul Burton's

18   response to you.

19   **A.**   Okay.

20   **Q.**   So Paul responds to your email, expressing concern about

21   the statement where you said that you didn't believe that you

22   had truly tested for monitoring -- tested the need for

23   monitoring, and you say -- he says [as read]:  "Hi, Todd.

24   Thanks.  I think this wording has evolved over the last week or

25   two.  We did have a strategy in Phase I and II, the Mueck

**KENNETH TODD MOORE - DEPOSITION**

03:49

1   paper, correct?  So do more intense testing and monitoring.

2   And my recollection was that in ROCKET, monthly PK monitoring

3   was also done.  So based on that, the language -- and I was

4   involved in this evolution below surfaced."  Do you see that?

5   **A.**   That's what it states, yes.

6   **Q.**   He was wrong about the monthly PK monitoring in ROCKET,

7   right?

8   **A.**   That's correct.  He was incorrect.

9   **Q.**   There was PT monitoring, but that was only done on Week 12

10  and Week 24, correct?

11  **A.**   Per the design of the trial, yes.

12  **Q.**   [As read]:  "That did seem reasonable to me," he says,

13  "that we did PK/PD testing in both early- and late-phase

14  studies.  So tested a monitoring strategy and concluded it was

15  not needed in clinical practice."  Do you see that?

16  **A.**   That's what it states, yes.

17  **Q.**   He says [as read]:  "What do you think?  Give your expert

18  opinion because this is an important point and one we need to

19  be aligned on and clearly supported by the data."

20           Do you see that?

21  **A.**   I do.

22  **Q.**   So now you respond to Mr. Burton on August 15, 2014, and

23  it starts on the middle of page 1.  You see your response there

24  at 3:07 p.m.?

25  **A.**   Yeah, I do.  Can I read it?

KENNETH TODD MOORE - DEPOSITION

03:50

1   **Q.**   Sure.  I'm going to read it.

2   **A.**   Better you than me.

3   **Q.**   [As read]:  "Hi Paul.  Thanks for your response.  Perhaps

4   I misunderstood what is meant by 'testing for monitoring' in

5   this regards.  During Phase I and II clinical development, we

6   collected intensive PK and PD to help characterize the drug's

7   profile.  We have a lot of data on this.  However, I don't know

8   if we can consider any of this 'testing for monitoring.'  I

9   don't believe Bayer performed or could perform any specific

10  analysis for this."  Do you see that?

11  **A.**   I do see that, yes.

12  **Q.**   During ROCKET there was no use of routine clinical

13  monitoring for the Xarelto patients, correct?

14  **A.**   There was no routine monitoring for the Xarelto patients.

15  **Q.**   It says [as read]:  Hi, Paul.  Thanks for your response.

16  Perhaps I misunderstood what is meant by 'testing for

17  monitoring' in this regards.  During Phase I and II clinical

18  development, we collected intensive PK and PD to help

19  characterize the drug's profile.  We have a lot of data on

20  this.  However, I don't know if we can consider any of this

21  'testing for monitoring.'  I don't believe Bayer performed or

22  could perform any specific analysis for this."

23         He then said [as read]:  "We did collect some PK

24  samples as part of the ROCKET trial, evident in the slides I

25  sent previously, but this was a population PK approach with

895

**KENNETH TODD MOORE - DEPOSITION**

03:52

1  limited samples with limited subjects."

2           Did I read that correctly?

3  A.  That's correct.

4  Q.  I just want to ask you:  When it talks about the sparse

5  samples for most of the study population, that is talking about

6  the samples taken at Week 12 and Week 24, correct?

7  A.  That's what I was referring to.

8  Q.  Two samples taken from the patients in the ROCKET trial,

9  correct?

10  A.  Correct.

11  Q.  So you say [as read]:  "And we can describe the changes in

12  these PD markers (PT probably being the most relevant due to

13  its close correlation to PK), we performed just observational

14  types of analyzes (basically showing trends) . . . e.g., with

15  higher PT values, you generally see a higher rate of bleeding,

16  which I don't think anyone would be surprised about."

17           Do you see that?

18  A.  Yes.

19  Q.  That's what you said in your email back to Paul Burton in

20  response to his discussion regarding saying that testing for

21  monitoring had been performed on August 15, 2014, correct?

22  A.  Correct.

23  Q.  So if we take a look at that and we look back at the

24  diagram you and I looked at before in Exhibit 32 regarding the

25  ROCKET trial and within the AFib population, the statement that

KENNETH TODD MOORE – DEPOSITION

03:54

1   increased PT generally related to an increased bleeding risk,

2   and you said you disagreed, right?

3   **A.**   That is correct.

4   **Q.**   But in 2014, when you were talking to Paul Burton at the

5   company, you said that your review of the approach in the

6   ROCKET study, that you could describe changes in the PD markers

7   and that PT probably being the most relevant due to its close

8   correlation to PK.  [As read]:  "We performed just

9   observational-types analysis, basically showing trends, for

10   example, with higher PT values you generally see a higher rate

11   of bleeding, which I don't think anyone would be surprised

12   about."  Right?

13   **A.**   That's correct.

14   **Q.**   So let's go back to the good version of the document.  You

15   can look with me down at the bottom of the page.  It says [as

16   read]: "in comparison, I believe dabigatran collected much more

17   PK samples through their Phase III study and were able to

18   identify a difference in trough concentrations that may lead to

19   bleeding."  Do you see that?

20   **A.**   Yes.

21   **Q.**   That was in response to you.  You said that in the ROCKET

22   trial, in the pop PK portion of the ROCKET trial -- that was

23   the study in about 281 patients, is that right?

24   **A.**   That's correct.

25   **Q.**   That was 161 actually took Xarelto in that?

KENNETH TODD MOORE - DEPOSITION

03:55

1   **A.**   I believe so, yes.

2   **Q.**   So that was about 161 patients out of about 7,000 in the

3   ROCKET study that took Xarelto, correct?

4   **A.**   I would have to look at the numbers specifically.

5   **Q.**   It was a small number of the patients.  You agree with

6   that?

7   **A.**   In proportion to the entire study.

8   **Q.**   You had said you sent [as read] "slide deck that showed

9   that Cmax, Cmin, area under the curve versus bleeding (small

10   subject N), and there was no evidence these parameters [were

11   linked to bleed], which is certainly comforting, but the data

12   is limited."  Do you see that?

13   **A.**   I do, yes.

14   **Q.**   If we could turn to the next page, you say to Paul Burton

15   in your email [as read]:  "Without taking significantly more PK

16   and PD samples in the Phase III studies and performing a more

17   rigorous type of analysis, more than observational, perhaps a

18   redirection type, et cetera, I don't know if we can truly say

19   we quote 'tested the need for monitoring.'"

20         Do you see that?

21   **A.**   I do, yes.

22   **Q.**   That's what you told Paul Burton and other colleagues,

23   including Dagmar Kubitza, in August 15, 2014, correct?

24   **A.**   That is correct.

25   **Q.**   So then if we can look, Paul Burton responds to you, the

KENNETH TODD MOORE - DEPOSITION

03:57

1  first email in this exhibit.  He says [as read]:  "Okay, Todd,

2  thanks.  I think it comes down to what we have done and how to

3  accurately portray that."  Do you see that?

4  A.   I do, yes.

5  Q.   [As read]:  "Rather than additional emails, may I set up a

6  very brief call on Monday to discuss and come to a firm

7  position?"  Do you see that?

8  A.   I do, yes.

9  Q.   Do you recall whether you had that call with Paul Burton?

10  A.   It's been some time.  I don't recall.  I don't recall, yes

11  or no.  I just don't.  Sorry.

12  Q.   You believe what you were telling Paul Burton back in 2014

13  was right and accurate?

14  A.   I believe what I wrote back in 2014 was my understanding

15  or my attempt to understand the statement that was made in

16  their documents and what we had done to date to say that we

17  have assessed the different clinical pharmacology profiles of

18  the drug in relation to this.  So, yes, this is as accurate as

19  I was at that time.

20  Q.   Now, let me -- I'm going to show you what we will mark as

21  Exhibit 40.  Here's an extra set.  I'm going to ask you whether

22  or not you recognize this physical file that you kept on

23  Xarelto.

24  A.   I recognize it.  Seems to be my handwriting, yes.

25  Q.   This would have been one of the physical files that you

**KENNETH TODD MOORE - DEPOSITION**

03:58

1  would have included in the box that they came and took copies

2  of; is that right?

3  **A.**   I assume it was part of that, yes.

4  **Q.**   "Johnson & Johnson Pharmaceutical Research & Development,

5  a division of Janssen Pharmaceutical, NV analysis plan for

6  pharmacometrics support of study on rivaroxaban, prevention of

7  stroke, in subjects with nonvalvular atrial fibrillation."

8         Do you see that?

9  **A.**   Uh-huh.

10 **Q.**   Is that handwriting your handwriting?

11 **A.**   It appears to be my handwriting.

12 **Q.**   So I also want to introduce what we will mark as

13 Exhibit 41.  This is Janssen -- it's a new physical file,

14 Janssen 08485020 through 08485046.  And this was also a

15 physical file produced to us that was labeled at the top "Riva

16 Cmax and Cmin."  And it's got Bates 08485020.  It starts with

17 Record 1395454.  If you can take a look with me at kind of the

18 third document that has Bates 08485023 and has the Janssen

19 label on the top.

20 **A.**   Okay.  Yes.

21 **Q.**   It has a lot of handwriting, a lot of notes.

22 **A.**   Right.

23 **Q.**   The first note at the top left is "Apixaban versus

24 rivaroxaban."  Do you see that?

25 **A.**   I do, yes.

KENNETH TODD MOORE - DEPOSITION

04:00

1   **Q.**   The writing on that page, does that seem to be your
2   handwriting?
3   **A.**   It appears to be my handwriting, yes.
4   **Q.**   You would have kept this file regarding riva, Cmax and
5   Cmin, that we attached as Exhibit 41, in your regular course of
6   employment and your job as clinical pharmacology leader for
7   Xarelto?
8   **A.**   Yes.
9   **Q.**   Let me show you what we will mark as Exhibit 51, which is
10  Janssen 22751035.  There's an email from an M. Kwong to a Jeff
11  Maggard at the very first email on this chain, May 2015.  The
12  subject is "QD versus BID," and says this concerns -- if you
13  look with me in the first paragraph, second sentence [as read]:
14  "This concern/question comes up as I'm hearing this in the
15  field as well as from sales counterparts, both in the primary
16  care and CVI teams questioning not only the once-daily dose,
17  but trying to associate BID as a safer alternative."
18         Do you see that?
19  **A.**   That's what's stated.
20  **Q.**   [As read]:  "Not only are we hearing about BID being
21  safer, but also I have heard several times that missing a
22  once-a-day is worse than missing a twice-a-day dose."
23         Do you see that?
24  **A.**   That is what stated.
25  **Q.**   It says [as read]:  "Todd, we look forward to your

**KENNETH TODD MOORE – DEPOSITION**

04:02

1  thoughts on this.  It is a huge issue for the sales team."

2  　　　　　Do you see that?

3  **A.**  I do see that.

4  **Q.**  And she is responding to an email that Mae Kwong wrote

5  where she said [as read]:  "Hi, Todd.  I'm forwarding to you a

6  message I sent to the west sales trainer regarding QD versus

7  BID."

8  　　　　　That's once daily versus twice daily, right?

9  **A.**  That is correct.

10  **Q.**  [As read]:  "As our resident PK/PD expert, I heard this

11  was an issue that hit home for you during speaker training and

12  wanted to gather any thoughts from you for the MSLs, as well as

13  any contributions you may see for our commercial colleagues as

14  well."

15  　　　　　Do you see that?

16  **A.**  I do, yes.

17  **Q.**  And then you respond to this email, right?

18  **A.**  I do, yes.

19  **Q.**  Okay.  And you say [as read]:  "Dear Kathy and Mae, I'm

20  not sure this is a topic easily discussed via email.  And I can

21  probably use a little more context to ensure I'm on the same

22  page.  But in general, the question around BID versus QD, from

23  a purely scientific perspective, regardless of the type of

24  therapy, when comparing two different dose regimens, both of

25  which provide a total daily dose or total daily response, the

KENNETH TODD MOORE - DEPOSITION

04:03

1  BID regimen generally provides lower peak values and higher

2  trough values, thereby reducing the peak-to-trough ratio and

3  creating an environment of more consistent exposure/response

4  compared to a QD regimen."

5          Do you follow with me?

6  **A.**   Yes, I do.

7  **Q.**   [As read]:  "That generally provides higher peak and lower

8  trough values, creating a higher peak-to-trough ratio . . .

9  Again, in comparison (however, the total daily dose/response is

10  generally the same).  This is with any drug."

11          Do you see that?

12  **A.**   Yes, I do.

13  **Q.**   So you're talking about that the peak-to-trough ratio,

14  when it's reduced in a drug through a BID regimen, creates an

15  environment of more consistent exposure response compared to a

16  once-daily regimen.  That's what you say in this email, right?

17          You say [as read]:  "If your goal" -- in the next

18  paragraph -- "is to have more consistent drug exposure during

19  the day or have a therapeutic range maintained based on some

20  biomarker like PT, aPTT, ETP, or anti-factor Xa, for example,

21  you would want to limit the peak-to-trough fluctuation and

22  increase the frequency of administration."

23          Do you see that?

24  **A.**   I do.

25  **Q.**   [As read]:  "Giving the drug BID or TID, et cetera . . ."

**KENNETH TODD MOORE - DEPOSITION**

04:04

1           Do you see that?

2   A.   Uh-huh, yes, I do.

3   Q.   [As read]:  "However, I don't think anyone, be it the

4   prescribing community, key opinion leaders, regulatory

5   agencies, or Pharma, have identified what biomarker or what an

6   ideal therapeutic range would be for these NOACs."

7           Do you see that?

8   A.   Yes.

9   Q.   And Janssen hasn't either in May of 2015; is that right?

10  A.   We have not found an ideal therapeutic range.

11          **MR. BIRCHFIELD:**  Your Honor, this would be a good

12  time for a break, or for a stretch break at least.

13          **THE COURT:**  How much more do we have?

14          **MR. BIRCHFIELD:**  About 45, 50 minutes.

15          **THE COURT:**  Do you want to take a break or --

16  stretch?  Let's stand up, then.

17          (Video paused.)

18  Q.   Can you please tell the jury a little bit about your

19  educational background.

20  A.   Sure.  I received a bachelor's in biology from the

21  University of Delaware.  And after graduating from the

22  University of Delaware was looking for different jobs within

23  research and spent a short period of time at Clemson

24  University.  And then from that ended up getting a job in

25  New York City with my now wife.

**KENNETH TODD MOORE - DEPOSITION**

04:06

1            I worked in New York City for a short period of time,
2    a small company called Merit Behavioral Care.  It was one of
3    those kind of intro jobs right out of school.  Not really in
4    the field of interest that I was looking for, but we needed a
5    job, got security and so forth.
6    Q.   Did you at some point continue your education?
7    A.   I did.  Moving from New York back to New Jersey, I worked
8    for a company called Schering-Plough, which was a larger
9    pharmaceutical company at that time.  From Schering-Plough I
10   went to Bristol-Myers, at which time at Bristol-Myers I pursued
11   a master's degree in biology at Fairleigh Dickinson University.
12   Q.   Did you obtain your master's degree?
13   A.   I did.
14   Q.   As of early 2010, you got involved with Xarelto; is that
15   right?
16   A.   That's correct.
17   Q.   Do I understand that you were the clinical pharmacology
18   leader on Xarelto at Janssen from early 2010 until March of
19   2015?
20   A.   That is correct.
21   Q.   What was clinical pharmacology's role in the development
22   of Xarelto?  And let me be a little more specific.  With
23   respect to the atrial fibrillation indication, what type of
24   work did you and your group do?
25   A.   So I came onto the team, as you pointed out, in 2010, when

KENNETH TODD MOORE - DEPOSITION

04:08

1    the atrial fibrillation indication by the ROCKET study was well

2    underway.  My transition into that role required me to get

3    caught up on the types of work that was done by our partners,

4    Bayer, and to help collect all that information to prepare for

5    the filing.  That was my primary role.

6    **Q.**   When you say "filing," what do you mean?

7    **A.**   I'm sorry.  It is the process in which we take all of the

8    scientific and medical and all the data we have on the drug

9    itself and submit it to a regulatory agency for their review

10   and hopefully approval.

11   **Q.**   Have you done other things at Janssen relating to Xarelto

12   in your role as the clinical pharmacology lead?

13   **A.**   Yes.  I continue actually running and conducting what we

14   still consider Phase I type studies.  These are studies that

15   are generally conducted, as pointed out before, in healthy

16   individuals.  So I ran -- I designed and conducted a half dozen

17   or so studies that continue to classify -- or not classify, but

18   characterize is a better description, our understanding of

19   Xarelto.

20   **Q.**   What types of studies have or are you running with

21   Xarelto?

22   **A.**   Sure.  Studies done in the past included assessing things

23   like the pharmacokinetics and pharmacodynamics when you give

24   Xarelto in subjects that have some renal impairment but also

25   taking a concomitant drug, assess studies with crushing the

KENNETH TODD MOORE - DEPOSITION

04:10

1    tablet, administering it via an NJ tube or administering on top

2    of applesauce or another substance.

3            I assessed a study when we looked at switching from

4    rivaroxaban to warfarin.  I looked at a study or designed a

5    study that assessed the use of PCCs, which is prothrombin

6    concentrates, on the reversal effects of pharmacodynamic

7    factors.  I assessed the pharmacokinetics and dynamics with

8    those patients that are on dialysis.

9            And most recently the study that is currently being

10   run that I'm finishing now is another type of study that looks

11   at both the use of PCC and TXA as potential marketed agents

12   that can be used to hopefully reverse the pharmacodynamic

13   effects of rivaroxaban.

14   Q.   Generally do you publish the work and the studies that

15   you're involved with?

16   A.   Yes, I do.

17   Q.   One of the publications that you were involved in was the

18   "Population pharmacokinetics and pharmacodynamics of

19   rivaroxaban in patients with nonvalvular atrial fibrillation,

20   the results from ROCKET-AF."  Is that right?

21   A.   That's correct.

22   Q.   Ihab Girgis is the first named author on that publication?

23   A.   That's correct.

24   Q.   What generally did that publication relate to?

25   A.   The publication related to specifically the substudy

KENNETH TODD MOORE - DEPOSITION

04:11

1    within the ROCKET trial itself where we assessed the kinetic

2    and dynamic parameters within the subjects enrolled in that

3    substudy.  So the purpose of that was a population

4    pharmacokinetic or population pharmacodynamic assessment, in

5    which case you take the data that you took -- the data that you

6    have from the 126 or so subjects that received Xarelto in that

7    substudy and you modeled out what the potential pharmacokinetic

8    and dynamic parameters would be for that population.

9            The important thing about population PK and PD

10   modeling is -- and I'm not an expert, but it's certainly what

11   Ihab could explain a little bit better -- is the need to look

12   at what intrinsic factors could potentially affect Xarelto's

13   kinetic profile.  And when I say intrinsic factors, I think, as

14   discussed before, those are things like renal function or age

15   or body weight or things like that.  And you see how those

16   differences in people that have different renal function or

17   weight or age, how that would affect the kinetic profile or the

18   dynamic profile of a drug.

19   Q.   As of March of 2015, you took on the position of

20   scientific director, cardiovascular disease?

21   A.   That's correct.

22   Q.   Very briefly, what is your role or your responsibilities

23   now as scientific director?

24   A.   Well, for the last -- since taking the position, I still

25   continue on conducting studies.  I alluded to the fact that we

KENNETH TODD MOORE - DEPOSITION

04:13

1    were looking at a study right now to assess the pharmacokinetic
2    and pharmacodynamic changes when using agents like PCC or TXA
3    to reverse the pharmacodynamic effects of rivaroxaban.  So that
4    would be an example of some of the work I would do.  So there
5    are still responsibilities for me to design, conduct, and
6    report on further studies with rivaroxaban.
7    Q.   Please take a brief look at Deposition Exhibit 51.
8              You were asked some questions about QD versus BID
9    dosing; is that right?
10   A.   That's correct.
11   Q.   What is QD dosing?
12   A.   QD dosing is the same as OD dosing or once daily.
13   Q.   What is BID dosing?
14   A.   BID is, again, another acronym for twice-daily dosing.
15   Q.   Counsel asked you a number of questions about this
16   document.  I will not repeat those questions.  But at the
17   bottom of your email, the first email on Deposition Exhibit --
18   strike that.  The email at the top of Deposition Exhibit 51,
19   did you reach a conclusion?
20   A.   Yes, towards the end of the second paragraph.
21   Q.   All right.  What conclusion did you reach?
22   A.   As I stated here [as read]:  "But there is no data to
23   support the claim that a BID regimen is safer than a QD regimen
24   between these compounds."
25   Q.   Can you explain very briefly what you mean by that.

KENNETH TODD MOORE - DEPOSITION

04:15

1  **A.**   What I mean is that there's been no direct, head-to-head

2  trials conducted to look at apixaban that has a BID regimen

3  versus rivaroxaban that has a QD regimen.

4          Now, apixaban can make any claims that they feel

5  proper to do so, but without actually ever comparing a BID

6  regimen to a QD regimen in a well controlled clinical trial,

7  everything is just speculative.  And that's what I was trying

8  to say.  There's no data to support that a BID regimen is

9  better than a QD regimen until such a trial is actually

10  performed.

11  **Q.**   Take a look, if you will, at Deposition Exhibit 35.  While

12  you are pulling that out, please also take out Deposition

13  Exhibit 37.

14  **A.**   Okay.

15  **Q.**   Were you asked back in August of 2014 to comment on the

16  language that is in -- on the second page of Deposition

17  Exhibit 37 in the middle of the page under "Routine blood

18  monitoring," and specifically, "Testing for monitoring was

19  performed in early- and late-stage trials"?

20  **A.**   Yes, I was asked to comment on that.

21  **Q.**   Who asked you to comment on that?

22  **A.**   From this email, it was Judy Wagner.

23  **Q.**   What was your general assessment as to whether or not you

24  felt it was accurate to state testing for monitoring was

25  performed in early- and late-stage trials?

KENNETH TODD MOORE – DEPOSITION

04:17

1    A.   As I pointed out previously, that I wasn't clear on what

2    they meant about testing for monitoring.  And as I pointed out,

3    I'm not even sure how you would test for monitoring, so to

4    speak.  I was more concerned that we were being accurate

5    scientifically in how we were explaining what was done to the

6    prescribing community about routine blood monitoring.

7              Now, as I pointed out many times in the past, we have

8    consistently looked at the data, pharmacokinetic,

9    pharmacodynamic, across the entire development program to try

10   to see whether or not monitoring would have been applicable for

11   this type of drug.  And to date -- and we still are looking at

12   this, but to date, we have not been able to correlate any of

13   that PK or PD or anything to say that routine monitoring would

14   be needed for this type of medication.

15   Q.   Did you discuss with Dr. Burton your issue with the phrase

16   "testing for monitoring"?

17   A.   I communicated that in email form that I was concerned

18   with the terminology that was used.

19   Q.   What did Dr. Burton recommend or say to you to make this

20   easier?  Please take a look at Deposition Exhibit 38.

21   A.   There's a response from Dr. Burton on 8/14/2014, which he

22   says [as read]:  "Okay, Todd.  Thanks.  I think it comes down

23   to what we have done and how to accurately portray that."

24   Q.   What did you understand that to mean?

25   A.   I understood that to tell the prescribing community

**KENNETH TODD MOORE - DEPOSITION**

04:19

1    exactly what we had done, what the evidence showed.

2    **Q.**   Please take a look at what we will mark as Deposition

3    Exhibit 54.

4          54 is Janssen Bates 10423941 through 942, with an

5    additional attachment, which is Janssen Bates 10423977.

6          How do you measure the amount of Xarelto that is in a

7    patient's body?

8    **A.**   Traditionally, you would do it directly and you would have

9    a specialized assay liquid chromatography assay, the LCMS type

10   assay, that you would, per, you know, nanogram per mL assess

11   what the actual concentration of the drug is in the plasma.

12   That would be the traditional way of doing it, and that's the

13   way we do it for our kinetic studies.

14          Alternatively, since that assay is very specific and

15   generally run at specialized research centers, there is maybe

16   ways you can indirectly measure that concentration.  And we

17   found, at least for Xarelto, there's a relatively good

18   correlation, a close to linear correlation, between prothrombin

19   time and the concentration, but also anti-factor Xa.  So PT and

20   anti-factor Xa in my mind would be two reasonably good indirect

21   ways of measuring rivaroxaban concentration in plasma.

22   **Q.**   Anti-factor Xa, is that assay available for use in the

23   United States?

24   **A.**   It is not available in the United States.

25   **Q.**   Is that because the FDA has not approved that assay or

KENNETH TODD MOORE - DEPOSITION

04:21

1    cleared that assay as of this time?

2    **A.**   I don't know the specifics of the filing.  I do know we

3    supported Stago in their filing of it.  But, yes, as far as I

4    know, it has not been approved by the FDA yet for commercial

5    use.

6    **Q.**   A substudy was done on patients in the ROCKET trial where

7    both pharmacokinetic and pharmacodynamic measures were taken at

8    the same time; is that right?

9    **A.**   That's correct.

10   **Q.**   Did you look at that data and assess if there was any

11   relationship between the plasma concentration of Xarelto and

12   bleeding?

13   **A.**   Yes, we did.

14   **Q.**   What did you look at?

15   **A.**   We were able to calculate the parameters -- the typical

16   parameters we look at in pharmacokinetics, being Cmax, which is

17   the maximum concentration; Cmin, which is the minimum

18   concentration.  And also a statistical term "AUC," or area

19   under the curve, which is generally known or believed to be the

20   overall systemic exposure of the drug.

21          So those three parameters -- Cmax, Cmin and AUC -- we

22   evaluated to see what those values were in comparison to those

23   who had a bleed to those who do not have a bleed.

24   **Q.**   You did that research and analysis approximately when?  Do

25   you recall?

KENNETH TODD MOORE - DEPOSITION

04:23

1 A.   That research and analysis was done by Ihab Girgis in the
2 time of assessing the ROCKET data, after the study was
3 completed, prior to the actual AdCom.
4 Q.   Would it have been sometime in 2011?
5 A.   I believe so, yes.
6 Q.   You were shown -- and we can go back to deposition
7 Exhibit 38, where you made reference to some of the work that
8 was done in the substudy and particularly the relationship of
9 your analysis to bleeding.  Is that right?
10 A.   So No. 38.
11 Q.   I'm looking specifically -- do you have deposition
12 Exhibit 38?
13 A.   I do, yes.
14 Q.   I'm looking at the second email on the first page, the
15 last four lines of the second paragraph, where you state [as
16 read]:  "I included a few slides from the POP PK portion of the
17 ROCKET trial in the deck I sent previously."
18 A.   I see that, yes.
19 Q.   There certainly was no evidence that these parameters were
20 linked to bleeding; is that right?
21 A.   That is correct.
22 Q.   Based upon the analysis of the pharmacokinetic data from
23 the ROCKET AF study, did you reach any conclusion as to whether
24 or not there is a relationship between the plasma concentration
25 of Xarelto and bleeding or the risk of bleeding?

KENNETH TODD MOORE - DEPOSITION

04:24

1   A.   Strictly looking at the pharmacokinetic data from the
2   substudy in the ROCKET trial no, I could not correlate any of
3   those pharmacokinetic parameters to a risk of bleeding or a
4   bleeding event.
5   Q.   Mr. Moore, I'm going to try to go through some of this
6   stuff quickly so we can get out of here today.  But I want to
7   ask you a couple question about the documents that counsel for
8   Janssen showed you.  Okay?
9   A.   Yes.
10  Q.   The first one I want to ask you about is Exhibit 56.  That
11  was the ClinPharm Core, 2 September 2011, PowerPoint that he
12  showed you.
13  A.   Okay.
14  Q.   He particularly directed you to one of the slides that was
15  contained in that PowerPoint.  That was, I think, CP-O27?
16  A.   Yes.
17  Q.   Now, the principal safety endpoint event for ROCKET was
18  what?
19  A.   I think it was bleeding.
20  Q.   Was it major bleeds?
21  A.   I would have to go back to confirm what that was.
22  Q.   Now -- so of the over 14,000 people in the ROCKET study,
23  there were only 314 out of 14,000 people who actually had
24  measurements taken at peak for their PT; is that correct?
25  A.   I state or agree that 252 plus 62 of those PT values in

**KENNETH TODD MOORE - DEPOSITION**

04:26   1   total, yes.

2   **Q.**   One of the criticisms that the FDA had of the analysis was

3   that most of the people did not get their sample for their PT

4   taken until sometime between 12 and 24 hours, correct?

5   **A.**   That was a topic that was brought up in their review.

6   **Q.**   So most of the data, you would agree, for PT measurements

7   in the sparse sampling across the ROCKET population came from

8   doses that were not peak and were in this defined postdose

9   period; is that right?

10  **A.**   Based on what's represented here, yes.

11  **Q.**   This analysis is basically fundamentally flawed, right?

12  **A.**   I disagree.

13  **Q.**   The FDA did not accept this analysis, correct?

14  **A.**   The FDA performed their own analysis.

15  **Q.**   The fundamental flaw with this analysis is that it's

16  trying to compare people's PT of those who didn't bleed versus

17  those who bled as opposed to analyzing those people who

18  actually had bleeding events.

19          Do you agree with that or disagree?

20  **A.**   Would you mind rephrasing the question again, please?

21  **Q.**   Yeah.  The fundamental flaw is this attempt to determine

22  correlation between PT and bleeding risk by comparing PT

23  measurements of people that didn't bleed and people that bleed.

24          Do you agree or disagree with that?

25  **A.**   I disagree that's a flaw, but that is the way it is put.

KENNETH TODD MOORE - DEPOSITION

04:28

1   **Q.**   Because, as you have said, and some of the documents we
2   have seen, in order for there to be a bleed, you need some type
3   of an event, right?
4   **A.**   Some sort of physiological event that would lead to
5   bleeding.
6   **Q.**   Because you can have a high PT and not bleed?
7   **A.**   As far as I know, yes.
8   **Q.**   What about Russian roulette?  Are you familiar with that?
9   **A.**   Vaguely, but I would ask you to explain it to me.
10  **Q.**   So Russian roulette, you load the gun, it has six
11  chambers, you put one bullet in it.  Right?
12  **A.**   All right.
13  **Q.**   A person playing Russian roulette has increased their risk
14  of shooting themselves.  Would you agree?
15  **A.**   So it's a chamber of one in six.  They would have a
16  one-in-six chance of shooting themselves.
17  **Q.**   So every time they pull that trigger, they increase their
18  risk of shooting themselves.  Do you agree?
19  **A.**   Is it an increase -- or how is the game played?
20  **Q.**   Compared to not pulling the trigger.  If someone is
21  playing Russian roulette, every time they pull that trigger,
22  they increase their risk of shooting themselves, right?
23  **A.**   Again, I'm not an expert in Russian roulette, but the
24  logic appears to be there.
25  **Q.**   They can pull the trigger five times and not shoot

KENNETH TODD MOORE - DEPOSITION

04:29

1  themselves, but that doesn't mean they haven't increased their
2  risk of getting shot, does it?
3  **A.**   It seems if you have a revolver with six chambers and you
4  pull the chamber five times without releasing a bullet, yes,
5  you would say that they safely got through the five times, but
6  it doesn't diminish the risk that they took in taking that, I
7  guess.
8  **Q.**   So sending patients out in the world with PTs equal to
9  100 -- over 100 and 75 and 50, that's basically sending them
10  out to play Russian roulette, isn't it?
11  **A.**   I would disagree.
12  **Q.**   Speaking of that, in the 12 hours post dose, when you
13  sample patients, over 7,000 patients that got those samples
14  taken post dose, you had PTs that ranged from somewhere down
15  around -- a little above zero all the way to nearly 125?
16  That's a pretty big variability in PT, isn't it?
17  **A.**   It is a variability in PT.  The significance of that, I
18  can't tell you.
19  **Q.**   It's huge, isn't it?
20  **A.**   I would ask you to define what "huge" is in this context.
21  **Q.**   It's giant?
22  **A.**   Again, things like "huge" and "giant" aren't typically
23  scientific terms we use.
24  **Q.**   It's deadly, isn't it?
25  **A.**   Again, the term "deadly" doesn't apply within this

**KENNETH TODD MOORE - DEPOSITION**

04:31

1    context.

2    **Q.**   It's a callous disregard for the safety of patients, isn't

3    it?  Callous disregard for the safety of the patients given

4    Xarelto, isn't it?

5    **A.**   Again I would disagree.

6    **Q.**   Completely negligent, right?

7    **A.**   I would disagree.

8    **Q.**   Let's look at the trough PT values.  The trough PT values

9    range from somewhere around -- between zero and 025 all the way

10   to nearly 100.  Trough PT values for some of the patients,

11   that's a huge variability in trough PT, isn't it?

12   **A.**   Not necessarily.

13   **Q.**   When you saw that, did you jump up in front of the people

14   at the meeting and say, Wait.  We have to stop.  We do not have

15   low variability between patients with this drug.  We have some

16   patients that are having ridiculously high PTs at trough taking

17   our medication when we sampled them?

18   **A.**   I disagree.  That's because what this is representing

19   here, as you nicely pointed out, as far as the time of post

20   dose and trough and peak, is all based on when the patient took

21   their last dose of drug, correct?

22         So the trough values here represent all of the

23   subjects that we have data on, that the sample was taken near

24   the trough time point.

25         Now, what it doesn't say is if all those subjects

KENNETH TODD MOORE - DEPOSITION

04:32

1    took their dose with the evening meal at the exact same time

2    the day prior.

3    **Q.**   In fact, of the over 14,000 patients in the study, you

4    only had sample data from 3300, right?

5    **A.**   3300 in regards to?

6    **Q.**   The trough measurement.

7    **A.**   Whatever is the addition of 811 and 2574.

8    **Q.**   This sparse PD sampling program wasn't very good, was it?

9    **A.**   I disagree.  I think it was, again, appropriate for the

10   study and the design.

11   **Q.**   It was not up to what the protocol called for, was it?

12   **A.**   Again, I can't speak to the way the protocol was designed

13   or the conduct of the study.  But from the data we received, it

14   seemed this was an appropriate way to look at the data.

15   **Q.**   You guys amended the protocol to call for a predose

16   sample, right?

17   **A.**   That was before my time on the study.

18   **Q.**   But you understood that was the case, right?

19   **A.**   I would have to go back and take a look at the amendment

20   to confirm what you said is accurate or not.

21   **Q.**   Now, the other thing that this analysis didn't do was take

22   the people that had bleeding events and break them up by PT

23   quartiles, right?

24   **A.**   We did not do a quartile analysis.

25   **Q.**   Or a tertile analysis, right?

KENNETH TODD MOORE - DEPOSITION

04:34

1    **A.**   Or a tertile analysis.

2    **Q.**   That's what you did for some of your other studies, right?

3    **A.**   I personally did not do any of those.

4    **Q.**   But for ROCKET the company didn't do that type of

5    analysis, right?

6    **A.**   We did not do a quartile analysis.  These were the types

7    of analysis we did.

8    **Q.**   Sometimes when you don't want to know the answer to

9    something, you just don't ask the question, right?

10   **A.**   No, that's incorrect.  I think the team, when looking at

11   the data, felt that this was an appropriate way to explain what

12   we saw.

13   **Q.**   Let me show you what we will mark as Exhibit 57.  And you

14   see it's the Center for Drug Evaluation and Research, Clinical

15   Pharmacology and Biopharmaceutics review.  And if you look at

16   the second page, it's regarding Xarelto.

17   **A.**   Okay.

18   **Q.**   If you look with me on that third page, I guess the second

19   real page of the review, the indication is to reduce the risk

20   of stroke and systemic embolism in patients with nonvalvular

21   AFib.  This is the AFib, correct?

22   **A.**   That is correct.

23   **Q.**   Okay.  So what the FDA has done here is taken the dose of

24   20 milligrams and shown the PT fluctuations on a per day basis

25   in the red dashed line.  Do you see this?

KENNETH TODD MOORE - DEPOSITION

04:35

1   **A.**   This was a simulated plot of PT of QD versus BID.

2   **Q.**   So if we flip over to the next -- two pages later, we can

3   see what figure 2 was.  Figure 2 is a diagram of prothrombin

4   time and the relationship to rivaroxaban plasma concentration.

5   Do you see that?

6   **A.**   I do, yes.

7   **Q.**   It says [as read]:  "Prothrombin time increases linearly

8   with rivaroxaban concentration.  Data from the PK/PD subset of

9   ROCKET AF is shown.  Solid curve is the trend line."

10          Do you see that?

11  **A.**   Yes, I do.

12  **Q.**   So this data that the FDA is basing their analysis comes

13  from the ROCKET PK/PD subset, right?

14  **A.**   Okay.

15  **Q.**   So if we go back and look at our chart, there is -- on

16  Figure 1, the FDA has simulated the PT time course for the

17  20-milligram given once daily with the red dashed line.  Do you

18  see that?

19  **A.**   I do.

20  **Q.**   Okay.  And then we see they have also simulated what it

21  would be if it was dosed 10-milligram twice daily.  Do you see

22  that?

23  **A.**   I see that simulation, yes.

24  **Q.**   Based on that simulation, you can see that the peak PT

25  values are higher for the 20-milligram once-daily dose compared

**KENNETH TODD MOORE - DEPOSITION**

04:36

1   to the 10-milligram twice-daily, based on FDA simulation,

2   correct?

3   **A.**    The peaks are higher, yes.

4   **Q.**    The troughs for the 20-milligram once-daily PT time course

5   based on the FDA simulation are lower than those for the

6   10-milligram twice-daily simulation, correct?

7   **A.**    The troughs are lower for the 20-milligram once a day.

8   **Q.**    Okay.  If we can turn over to the next page, it says at

9   the top [as read]:  "There are no meaningful dose-ranging

10  studies in the target population in patients with atrial

11  fibrillation.  Hence, it is not clear whether the 20-milligram

12  daily dose selected in ROCKET AF is optimal for the SPAF

13  indication.  Nevertheless, the results from the ROCKET AF

14  showed rivaroxaban 20-milligram once-daily to be non-inferior

15  to dose-adjusted warfarin."  Correct?

16  **A.**    That's correct.

17  **Q.**    Did the ROCKET study have a goal to show superiority when

18  it came to bleeding for rivaroxaban compared to warfarin?

19  **A.**    I would have to go back and look at the design of the

20  study and what the objectives were, but I thought it was a

21  non-inferior design study.

22  **Q.**    Now, if you can look with me over to Section 3.3 on

23  page 12, it says [as read]:  "What are the characteristics of

24  the PD outcome relationship for safety?"

25          Do you see that?

KENNETH TODD MOORE - DEPOSITION

04:38

1  **A.**   Yes.

2  **Q.**   It says [as read]:  "The probability for major bleeding

3  event, the primary safety endpoint" -- so that tells us that

4  the primary safety endpoint that Exhibit 55 that we looked at

5  before was looking at was major bleeding event, correct?

6  **A.**   Major bleeding event as the primary safety endpoint, okay,

7  yes.

8  **Q.**   [As read]:  "The probability for a major bleeding event,

9  the primary safety endpoint as defined as clinically overt

10  bleeding" -- and it gives the information regarding the units

11  of packed red blood cells or whole blood or bleeding at

12  critical sites or fatal outcome -- "increased with an increase

13  in pre-dose PT as shown in Figure 4."

14      Do you see that?

15  **A.**   That's what it states.

16  **Q.**   Okay.  And so if we look at figure 4, there are two curves

17  shown that looks at the -- both the percentage of major bleed

18  compared to prothrombin time on the left, using the logistic

19  regression analysis, right?

20  **A.**   Yes.

21  **Q.**   If we can look at the one on the left for a second.

22      And what that demonstrates is that as the PT

23  increases, according to their analysis based on pre-dose PT,

24  that there is a -- the percentage of patients with a major

25  bleed increases; is that correct?

KENNETH TODD MOORE - DEPOSITION

04:39

1   A.   I'm looking at (a), logistic regression figure.

2   Q.   Correct.  Correct.

3   A.   And as I see, based on the quartile division of -- I guess

4   division prothrombin time with percent bleeding, your question

5   is whether or not as you get to the last quartile, your percent

6   of major bleeding increases?

7   Q.   Correct.

8   A.   I would say that that's what the figure shows.

9   Q.   Okay.  And that's what the FDA says in their description,

10  [as read]:  "Major bleeding events increased with an increase

11  in pre-dose PT over the observed range per protocol on

12  treatment analysis set.  Probability of major bleeding with a

13  pre-dose PT with rivaroxaban shown in (a) logistic regression

14  model Emax and (b) Cox regression model with a plot indicating

15  probability of an event within one year.  The PT measurements

16  made either at Week 12 or Week 24, whichever was closer to the

17  reported major bleeding event, was used for the analysis.  The

18  majority of the PT measurements were made during the 12 to

19  24 hours after the previous dose and is referred to as the

20  pre-dose PT."

21          Do you see that?

22  A.   Yes, I do.

23  Q.   Okay.  And the analysis on the right is the Cox regression

24  analysis, analysis (b), correct?

25  A.   That's what it states.

KENNETH TODD MOORE - DEPOSITION

04:40

1   **Q.**   And it shows prothrombin time as a range from 10 to 36

2   across the bottom, and then a probability of a major bleed

3   within one year.  Do you see that?

4   **A.**   That's what the axis says.

5   **Q.**   Okay.  And that curve also shows an increasing probability

6   of major bleed as PT increases, correct?

7   **A.**   Are you asking me to interpret the graph itself?

8   **Q.**   I'm just saying:  Does that curve show an increase in

9   probability as PT increases, based on this analysis by the FDA?

10  **A.**   Reading the curve, I would say that the trend line is

11  curving upwards.

12  **Q.**   Prothrombin time, major bleeding relationship for

13  rivaroxaban.  Do you see that?

14  **A.**   I do see that, yes.

15  **Q.**   Let's look at Table 5, if we can, for a minute.  If we

16  look at Table 5, we see that the incidence and event rate for

17  first major bleeding adjudicated by CEC while on treatment.  Do

18  you see that?

19  **A.**   I do, yes.

20  **Q.**   What the FDA has done here is broken up PT into quartiles,

21  right?  There's four of them.

22  **A.**   Yes.  There are four of them, yes.

23  **Q.**   Okay.  One is less than 14, then you have 14 to 16, 16 to

24  19.8, and then greater than 19.8, right?

25  **A.**   So you didn't say them precisely, but yes, in general.

926

KENNETH TODD MOORE - DEPOSITION

04:42   1   **Q.**   14.2 to 16.6, 16.6 to 19.8, right?

2   **A.**   Yes.

3   **Q.**   And then what it shows is it calculates the incidence, the

4   percentage, right?

5   **A.**   Uh-huh.

6   **Q.**   Okay.  And what we see as the quartiles increase, the

7   percent of patients -- the incidence with major bleeds

8   increases, correct?

9   **A.**   Again, based on the simulation, yes.

10   **Q.**   The patients in the highest quartile of PT, above 20, have

11   a 7.14 percent incidence of major bleeds compared to only 3.12

12   for those with a PT of less than 14.2.  Do you see that?  7.14

13   compared to the first quartile of 3.12.

14   **A.**   Oh, yes.  Sorry.

15   **Q.**   So over twice as many major bleeds in the fourth quartile

16   group compare to the first quartile group?

17   **A.**   Even though it says quartile 3, I assume that's a typo on

18   their behalf.

19   **Q.**   I assume it's a typo because it's clearly the fourth

20   quartile of PT, right?

21   **A.**   Sure.

22   **Q.**   And then if we look at event rate, they also calculate

23   event rate per 100 years, don't they?

24   **A.**   They simulate that, yes.

25   **Q.**   Okay.  And we can see there that if we look at the event

KENNETH TODD MOORE - DEPOSITION

1    rate of the fourth quartile people with a PT measurement

2    pre-dose of greater than 19.8, their number is 4.29.  And if we

3    compare that to the event rate per hundred years for the first

4    quartile of 1.88, also a greater than two times increase on

5    event rate.  Do you see that?

6    A.   I do see that, yes.

7    Q.   Now, it looks like the FDA went further and actually

8    looked at the difference between the U.S. and other countries.

9    Do you see that?

10   A.   In Table 6?

11   Q.   Yes.

12   A.   I see the columns' names that say U.S. with an N and other

13   countries with an N.

14   Q.   So it says [as read]:  "An increasing bleeding rate was

15   observed in the U.S. compared to the rest of the world for

16   rivaroxaban."

17           Do you see that?

18   A.   I do, yes.

19   Q.   Now, that information is not contained in the product

20   labeling for the United States, is it?

21   A.   This event rate, the simulated event rate estimated by the

22   FDA?

23   Q.   No, not simulated.  This is from the PK/PD subset.

24   A.   I'm sorry.  Could you point to the column that --

25   Q.   The sentence that says [as read]:  "An increasing bleeding

**KENNETH TODD MOORE – DEPOSITION**

04:44

1   rate was observed in U.S. compared to the rest of the world for

2   rivaroxaban."

3   **A.**   That's what the sentence says.

4   **Q.**   Yes.  And I'm asking:  Is that information that there was

5   an observed increased bleeding rate in the U.S. based on the

6   sparse desampling in the ROCKET study, that information is not

7   in the U.S. label for Xarelto, is it?

8   **A.**   I can't say whether it is or not.  That would be a

9   clinical question.  It's not an area of the label that I'm

10   familiar with.

11   **Q.**   As the clinical pharmacology lead for Xarelto back in

12   2011, when this document was produced by the FDA, do you think

13   it was -- was it important that you knew what was in the label

14   with respect to PD outcome relationships?

15   **A.**   I believe that we worked with the FDA to develop the

16   label, so the FDA was, again, happy with the information that

17   we put within the label, yeah.

18   **Q.**   Okay.  So if we look at Table 6, this is the incidence and

19   event rate for first major bleeding while on treatment

20   according to PT, U.S. versus rest of world.  Do you see that?

21   That's what Table 6 is, right?

22   **A.**   It's the title of Table 6.

23   **Q.**   And they again break it up into the quartiles based on PT

24   between less than 14, 14.2 to 16.6, quartile 3 is 16.6 to 19.8,

25   and quartile 4 greater than or equal to 19.8.  Do you see that?

KENNETH TODD MOORE - DEPOSITION

04:45

1  **A.**   That is how they define them.

2  **Q.**   And as we see, the incidence rate in the quartile 3 and

3  quartile 4, the top two quartiles, are higher than the

4  incidence rates in the lower quartiles of PT based on this FDA

5  analysis, correct?

6  **A.**   You are looking at the percentages?

7  **Q.**   Yes.

8  **A.**   So the percentage of 13.8?

9  **Q.**   Right.

10  **A.**   I would say that, yes, those percentages are higher at the

11  fourth quartile compared to the first quartile.

12  **Q.**   And the numbers increase as the quartile on PT goes up,

13  correct?

14  **A.**   Again, I would have to calculate it and take a greater

15  look at it, but it appears to increase, yes.

16  **Q.**   It goes from 7.4 to 8.7 to 11.8 to 13.8, correct?

17  **A.**   Yes.

18  **Q.**   Not double, but almost nearly double the incidence rate in

19  the fourth quartile compared to the first quartile, according

20  to this analysis, right?

21  **A.**   It is not double, no, but there is an increase.

22  **Q.**   Now, if we compare event rates per hundred years as

23  calculated by the FDA, they are significantly higher, over

24  double, than those event rates in other countries, based on the

25  rivaroxaban PT pre-dose that were observed in the ROCKET study;

KENNETH TODD MOORE - DEPOSITION

04:47

1   isn't that right?

2   **A.**   I'm not an expert on the way they calculated these

3   numbers, and I certainly didn't do it myself.  Certainly I'm

4   not an expert when it comes to calculating the event rate per

5   100 patient years.  I would say that there is a higher -- the

6   numbers in this chart are higher under the U.S. versus those

7   for other companies, while stipulating the fact that the U.S.

8   has an N of 819 while the other countries have an N of 5,353.

9   **Q.**   I want to ask you a couple more questions, and then we

10  will be finished.  One of the questions that counsel asked you

11  was about some of your publications.  Do you recall that?

12  **A.**   Yes, sir.

13  **Q.**   One of the publications you said you were involved in

14  involved the use of PCCs to -- prothrombin complex concentrates

15  to reverse the blood-thinning effects of Xarelto.  Do you

16  recall that?

17  **A.**   It was to reverse the pharmacodynamic effects of Xarelto.

18  **Q.**   Now, when it comes to -- let me ask you this:  Prothrombin

19  time is -- and we have talked about it before -- is the time

20  that it takes the blood to clot, right?

21  **A.**   It is one measure to assess the body's status of

22  anticoagulation.

23  **Q.**   And would you agree that the blood-thinning effects of

24  Xarelto is related to its ability to increase PT?

25  **A.**   It certainly affects PT.

**KENNETH TODD MOORE - DEPOSITION**

04:48

1  **Q.**   Now, when it comes to reversing the effects of Xarelto,
2  would you agree that the most important factor for Janssen is a
3  reduction of prothrombin time?
4  **A.**   Not -- not specifically, no.  That would be one out of
5  several markers I think we would look at.  We wouldn't
6  necessarily isolate PT as being the only desired
7  pharmacodynamic marker we would like to see reduced.
8  **Q.**   Okay.  Let me show you what we will mark as Exhibits 58,
9  59, and 60.
10        Let's look at Exhibit 58 first, which is that there
11  was this email from a Kristina Chang to you and several others
12  regarding a final PCC press release.  Do you see that?
13  **A.**   I do, yes.
14  **Q.**   And it says [as read]:  "Attachment Janssen ISTH PCC data
15  press release, final June 30."
16        Do you see that?
17  **A.**   Yes.
18  **Q.**   And she says [as read]:  "Team, there were some very
19  minor, late-breaking edits.  The final that will be issued on
20  July 2 is attached."
21        Do you see that?
22  **A.**   "There was some minor, late-breaking" -- "the final . . .
23  issued on July 2 is" -- yes.
24  **Q.**   Now, do you recall having the opportunity to review the
25  press release related to the PCC -- prothrombin complex

KENNETH TODD MOORE - DEPOSITION

04:49

1  concentrates -- press release that Janssen was involved with?

2  **A.**  The press release itself?

3  **Q.**  Yes.

4  **A.**  I believe I did, yeah.

5  **Q.**  Okay.  And so if you will look with me at Exhibit 59, this

6  wasn't the attachment to the email, but we found this in your

7  file --

8  **A.**  Uh-huh.

9  **Q.**  -- just kind of in your file as an edited Word version.

10  But this is the PCC presentation and ISTH press release.  It's

11  Record 166255 at the top and Janssen 00437943.  Do you see

12  that?

13  **A.**  Yes.

14  **Q.**  And this is a draft of the PCC press release for the

15  International Society of Thrombosis and Hemostasis annual

16  meeting, correct?

17  **A.**  That's correct.

18  **Q.**  If you look with me over to the right, there's some

19  comments from TM and they have your name, Todd, there.  Do you

20  see that?

21  **A.**  That is correct.

22  **Q.**  Okay.  As you can see, you made some comments, like, for

23  example, in the first sentence of this draft it said [as read]:

24  "Janssen Research & Development announced today results of an

25  open label, single center, parallel group study showing that a

**KENNETH TODD MOORE - DEPOSITION**

04:51  1  type of medication called prothrombin complex concentrates,

2  PCC, can reverse the blood-thinning effects" -- scratched

3  out -- "pharmacodynamics" -- scratched out -- "anticoagulant

4  effect of Xarelto/rivaroxaban."

5           Do you see that?

6  **A.**   I do, yes.

7  **Q.**   Then if you look with me at the -- kind of the title of

8  the press release, the one in bold, it says [as read]:

9  "Anticoagulant antidote effective in reversing blood thinner

10  effects of Xarelto."

11           Do you see that?

12  **A.**   I do, yes.

13  **Q.**   And you say there [as read]:  "I don't believe we can call

14  three-factor and four-factor PCC actual antidotes.  Remember,

15  this was an exploratory study."

16           Do you see that?

17  **A.**   I do, yes.

18  **Q.**   If you look with me again, there's some comments down

19  below -- do you see the comment TM5?  Comment TM5, do you see

20  that?

21  **A.**   I do, yes.

22  **Q.**   And if we kind of follow that line back to the

23  anticoagulant effect, you say [as read]:  "Perhaps we can be a

24  little more specific and add the reversal of pharmacodynamic

25  effects or a combination of the two statements."

KENNETH TODD MOORE - DEPOSITION

04:52

1              Do you see that?

2    **A.**   I do, yes.

3    **Q.**   Now, let me show you -- if you will take a look with me at

4    Exhibit 60, and that's the 141657 record number.  This was kind

5    of the final version of the press release.

6    **A.**   Do you want me to read the entire document?

7    **Q.**   No.  I'm just asking if you have it in front of you.

8    **A.**   I have Exhibit 60, yes.

9    **Q.**   You can see the title has been changed in this final

10   version, based on kind of your comment.  It's now called

11   "Prothrombin complex concentrates can reverse blood-thinning

12   effects of Xarelto."  Do you see that?

13   **A.**   I do, yes.

14   **Q.**   I want to show you something, if we can look down at the

15   first paragraph quote on the second page, page 2 of 8.  Do you

16   see that?

17   **A.**   Page 2 of 8, first paragraph?

18   **Q.**   Yes.

19   **A.**   At the top.

20   **Q.**   It says [as read]:  "'PCCs can be used to reverse the

21   blood-thinning effects of anticoagulants such as a warfarin but

22   are important in emergency situations involving uncontrolled

23   bleed,' said Dr. Marcel Levi, professor of medicine and dean of

24   medicine at the Academic Medical Center of the University of

25   Amsterdam.  These data provide additional information on how to

KENNETH TODD MOORE - DEPOSITION

04:53

1    potentially reverse the anticoagulant effects of Xarelto."

2                Do you see that?

3    A.    I do see that, yes.

4    Q.    Dr. Levi was one of the doctors you worked with in this

5    study on using PCCs to reverse the -- as you described --

6    pharmacodynamic or anticoagulant effects of Xarelto, right?

7    A.    He was a physician I consulted on the study, yes.

8    Q.    If we can look down to the third paragraph, regarding the

9    conclusions of this study, it says [as read]:  "Both three- and

10   four-factor PCCs were found to partially reverse the

11   Xarelto-induced prolongation of prothrombin time -- PT -- the

12   time it takes the blood to clot in healthy subjects, with the

13   latter reducing the mean PT by 2.5 to 3.5 seconds (versus .6 to

14   1.0-second reduction associated with three-factor PCCs)."

15               Do you see that?

16   A.    That's what it states, yes.

17   Q.    So in this analysis that was conducted by you and others

18   at Janssen with Dr. Levi, the reversal of the anticoagulant

19   effects was based on a reduction of prothrombin time, the time

20   it takes the blood to clot, correct?

21   A.    That was one of the many analyzes we performed.

22   Q.    If you look in the next sentence -- this is a release from

23   2013, July 2, it says [as read]:  "There is currently no

24   approved reversal agent for Xarelto."  Do you see that?

25   A.    That's what it states.

KENNETH TODD MOORE - DEPOSITION

04:55

1   **Q.**   Looking at deposition Exhibit 57, essentially the FDA

2   performed a quartile analysis of the PT data from the ROCKET

3   study; is that correct?

4   **A.**   In general, yes.

5   **Q.**   On the basis of that analysis, the FDA reached a

6   conclusion that the data showed a correlation between PT and

7   risk of bleeding; is that right?

8   **A.**   Based on the quartile analysis, yes.

9   **Q.**   Did you and your colleagues at Janssen perform your own

10  analyses of the ROCKET study data?

11  **A.**   Yes, we did.

12  **Q.**   In part, are the analyses that you and your colleagues

13  performed what we marked as deposition Exhibits 55 and 56?

14  **A.**   That would be correct.

15  **Q.**   Do you agree with the FDA's conclusion that there is a

16  correlation between PT and risk of bleeding based on the ROCKET

17  study data?

18  **A.**   We took issue with the quartile analysis that they made

19  and the conclusions that they made.

20  **Q.**   Why do you disagree with the FDA's conclusion and analysis

21  as to whether or not there was a correlation between PT and the

22  risk of bleeding?

23  **A.**   I believe some of the issues that were brought up by the

24  modeling simulation group and other clinical pharmacology

25  members at both Bayer and Janssen pointed out that the quartile

**KENNETH TODD MOORE - DEPOSITION**

04:57

1  analysis (a) lacked or didn't account for, it seems, other

2  covariance that may occur in the other quartiles that were

3  observed.

4       So what it doesn't take into account is all the other

5  potential intrinsic factors or even extrinsic factors that the

6  patients may have that also may increase their bleeding risk.

7       So what we took issue with is making a direct

8  assessment of just PT without taking in the fact that patients

9  in that upper quartile, we don't know what their age was, their

10  fertility, what their comorbidities were -- all the other

11  factors that may combine and lead up to a bleeding event.

12       Again, bleeding is not so simple, just to say

13  bleeding is correlated to a change of PT.  There is so much

14  more that goes on in that instance.

15  **Q.**   Did the FDA do an analysis of PT levels of patients who

16  did not have bleeding events in the ROCKET study?

17  **A.**   I'm not aware of that type of analysis within the document

18  they provided.

19  **Q.**   The analysis that you and your colleagues performed looked

20  at both the PT levels of patients who experienced bleeding

21  events and PT levels of patients who did not, correct?

22  **A.**   That is correct.

23  **Q.**   Those are deposition Exhibits 55 and 56, which we covered

24  earlier in your examination; is that right?

25  **A.**   That is correct.

KENNETH TODD MOORE – DEPOSITION

**Q.**   Do you believe that the analyses that were performed by Janssen and by Bayer with respect to the ROCKET study data were scientifically valid?

**A.**   I believe they were scientifically valid and appropriate.

**Q.**   You were not involved in any decisions with respect to the dose studied in the ROCKET atrial fibrillation study; is that right?

**A.**   That's correct.  I was not.

**Q.**   The dose that was studied, 20 milligrams, and 15 milligrams for patients that had moderate renal insufficiency, showed that rivaroxaban in the atrial fibrillation patient population was safe and effective, correct?

**A.**   That is correct.

            **THE COURT:**  Is that it?

            **MR. BIRCHFIELD:**  That's it, Your Honor.

            **THE COURT:**  Okay.  Folks, we will stop here and start back on Monday at 8:30.  Court will stand in recess.

                  Have a good weekend folks.  Please don't -- follow all the rules.  Don't look at the newspapers about this case or listen to any radio or television about this case, if there be any.  Have a good weekend.  We will see you all Monday.

            (Jury exited.)

            **THE COURT:**  Be seated, please.

05:00

1              Logistically, Andy, think about evaluating where
2    you are.  Just because you have depositions doesn't mean you
3    have to play them all.
4              **MR. BIRCHFIELD:**  Yes, sir.  We'll figure it out.
5              **THE COURT:**  See what you have done and what you
6    haven't done.
7              **MR. BIRCHFIELD:**  Monday we will have two live
8    witnesses.  We are evaluating, Your Honor, every day about what
9    we need in the depos and trying to reduce that.
10             **THE COURT:**  Keep in touch with them --
11             **MR. IRWIN:**  Yes, sir, Your Honor.
12             **THE COURT:**  -- Jim, so you know when to go.
13             **MR. IRWIN:**  Judge, one thing, please, sir.  We have
14   one logistical issue with the feed from Philadelphia on -- I
15   guess it's from New Jersey -- excuse me -- on Monday.  I know
16   you have seen the picture of the setting where the witness is.
17             **THE COURT:**  I haven't, but Dean sent it to me.
18             **MR. IRWIN:**  We definitely think that is an
19   improvement because he is not blocked by that monitor.  We
20   would like to see if we can accommodate that same setup in a
21   witness stand, if that's possible, in the courthouse.
22             **THE COURT:**  Yes.
23             **MR. IRWIN:**  I've spoken to Lenny about it.  He is
24   okay with it and we are okay with it.  Would Your Honor be okay
25   with it?

05:01

1          THE COURT:  That's fine.

2          MR. DAVIS:  Your Honor, what I told Jim is we are

3    okay with the setting the way it is.  We didn't pick it.  The

4    courthouse up there picked it.  But if they want to put it in a

5    jury stand, we have no problem with that.

6          THE COURT:  Good.  That's fine.

7          MR. DAVIS:  We just think whatever the courthouse

8    gives us and what Your Honor --

9          MR. IRWIN:  Provided the view is not compromised.

10         THE COURT:  That's fine.  If it's okay with you all,

11   it's fine with me.

12              Could we move that to the witness stand, or is

13   that impossible?

14         THE DEPUTY CLERK:  I don't know, Judge.  I don't know

15   if Steve is around.  They are gone.  It's 6:00 their time.

16   It's a conference room as opposed to a witness stand.

17         THE COURT:  It would probably be better in a witness

18   stand.

19              Okay.  Good night, folks.  Thank you very much.

20         THE DEPUTY CLERK:  All rise.

21         THE COURT:  I'll see you all at 8:15.

22         (Proceedings adjourned.)

23                          *  *  *

24

25

1                          **<u>CERTIFICATE</u>**

2              I, Toni Doyle Tusa, CCR, FCRR, Official Court

3    Reporter for the United States District Court, Eastern District

4    of Louisiana, certify that the foregoing is a true and correct

5    transcript, to the best of my ability and understanding, from

6    the record of proceedings in the above-entitled matter.

7

8

9                                    *s/ Toni Doyle Tusa*

                                     Toni Doyle Tusa, CCR, FCRR
10                                   Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25