## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: Glenn Fox, as Surviving Spouse of Annie Fox, Deceased v. Janssen Research & Development, LLC E.D. La. No. 2:16-cv-17986 | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| Scharmaine Foster, as Surviving Heir of Willie Mae Foster, Deceased v. Janssen Research & Development, LLC E.D. La. No. 2:17-cv-834 | |
| Elliott Chavez, as Surviving Heir of Anita Munoz, Deceased v. Janssen Research & Development, LLC E.D. La. No. 2:17-cv-1084 | |
| April Phillips-Bosley v. Janssen Research & Development, LLC E.D. La. No. 2:17-cv-1342 | |

## PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER PHARMA AG AND BAYER HEALTHCARE PHARMACEUTICALS

NOW INTO COURT, through undersigned counsel, comes plaintiffs, Glenn Fox, as surviving spouse of Annie Fox, deceased; Scharmaine Foster, as surviving heir of Willie Mae Foster, deceased; Elliott Chavez, as surviving heir of Anita Munoz, deceased; and April Phillips-Bosley. Plaintiffs respectfully move the Honorable Court for an extension of time within which to serve process on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals. In support of this Motion, Plaintiffs submits their contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiffs respectfully request that this Court exercise its discretion and enter an Order granting an extension of time within which to serve process.

Dated: June 14, 2017

By: */s/ Aimee Robert*
Aimee Robert
Scott Brooks
JOHNSON LAW GROUP
2925 Richmond Avenue
Suite 1700
Houston, TX 77098
Telephone: (713) 626- 9336
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Aimee Robert*
Attorney for Plaintiff