UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to:<br>Glenn Fox, as Surviving Spouse of Annie Fox, Deceased v. Janssen Research & Development, LLC<br>E.D. La. No. 2:16-cv-17986 | JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |
| Scharmaine Foster, as Surviving Heir of Willie Mae Foster, Deceased v. Janssen Research & Development, LLC<br>E.D. La. No. 2:17-cv-834 | |
| Elliott Chavez, as Surviving Heir of Anita Munoz, Deceased v. Janssen Research & Development, LLC<br>E.D. La. No. 2:17-cv-1084 | |
| April Phillips-Bosley v. Janssen Research & Development, LLC<br>E.D. La. No. 2:17-cv-1342 | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on Wednesday, June 28, 2017, Plaintiffs', Glenn Fox, as surviving spouse of Annie Fox, deceased; Scharmaine Foster, as surviving heir of Willie Mae Foster, deceased; Elliott Chavez, as surviving heir of Anita Munoz, deceased; and April Phillips-Bosley, Motion for an Extension of Time Within Which to Serve Process on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals will be presented to the Court for a ruling without the necessity of an oral hearing.

Dated: June 14, 2017

                                                 Respectfully submitted,
                                                 By:  */s/ Aimee Robert*
                                                 Aimee Robert
                                                 Scott Brooks
                                                 JOHNSON LAW GROUP
                                                 2925 Richmond Avenue
                                                 Suite 1700
                                                 Houston, TX 77098
                                                 Telephone: (713) 626- 9336
                                                 *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                 */s/ Aimee Robert*
                                                 Attorney for Plaintiff