## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** **PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| This Document relates to: Glenn Fox, as Surviving Spouse of Annie Fox, Deceased v. Janssen Research & Development, LLC E.D. La. No. 2:16-cv-17986 | **JUDGE ELDON E. FALLON** |
| Scharmaine Foster, as Surviving Heir of Willie Mae Foster, Deceased v. Janssen Research & Development, LLC E.D. La. No. 2:17-cv-834 | **MAG. JUDGE NORTH** |
| Elliott Chavez, as Surviving Heir of Anita Munoz, Deceased v. Janssen Research & Development, LLC E.D. La. No. 2:17-cv-1084 | |
| April Phillips-Bosley v. Janssen Research & Development, LLC E.D. La. No. 2:17-cv-1342 | |

### PROPOSED ORDER

IT IS ORDERED that the Plaintiffs', Glenn Fox, as surviving spouse of Annie Fox, deceased; Scharmaine Foster, as surviving heir of Willie Mae Foster, deceased; Elliott Chavez, as surviving heir of Anita Munoz, deceased; and April Phillips-Bosley, Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG is hereby GRANTED, and that Plaintiffs shall have thirty (30) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this _____ day of _____ 2017.

_____
Hon. Eldon E. Fallon
United States District Judge