UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**
*Allen, et al. v. Janssen Research & Development, LLC, et al., 15-3241 L (5)*

## PLAINTIFFS' MOTION TO DEEM PRIOR SERVICE VALID OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG

COMES NOW Plaintiffs, by and through undersigned counsel, in the above-captioned action and respectfully moves the Court for an Order declaring that the prior service of their complaint and Summons on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG are valid. In the alternative, Plaintiffs respectfully moves for an extension of time within which to serve process on Defendants. In support of this Motion, Plaintiffs submit their contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiff respectfully requests that the Court exercise its discretion and enter an Order declaring service to be valid, or in the alternative, enter an Order granting an extension of time within which to serve process.

Respectfully submitted,

Dated: June 14, 2017

/s/ Brian J. Leinbach
WALTER J. LACK
BRIAN J. LEINBACH
ANN A. HOWITT
Attorneys for Plaintiff

1

#420715

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2017 the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                        /s/ Brian J. Leinbach
                                        BRIAN J. LEINBACH

#420715