UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

*Allen, et al. v. Janssen Research & Development, LLC, et al., 15-3241 L (5)*

## DECLARATION OF BRIAN LEINBACH IN SUPPORT OF PLAINTIFFS' MOTION TO DEEM PRIOR SERVICE VALID OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG

I, Brian J. Leinbach, Esquire, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, state and declare as follows:

1.　　I am an attorney at the law firm of Engstrom, Lipscomb, & Lack, LLP, and am one of the attorneys of record representing Plaintiffs Brenda Allen, et al., in the above-referenced matter.

2.　　This declaration is submitted in support of Plaintiff's Motion to Deem Prior Service Valid or in the Alternative for an Extension of Time to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG.

3.　　Attached hereto as Exhibit 1 is a true and correct copy of the Notice of Service on Bayer Pharma AG, the registered mail receipt for Bayer Pharma AG and the certified receipt for Bayer Healthcare Pharmaceuticals, Inc.

1

4.     Attached hereto as Exhibit 2 is a true and correct copy of an email I received from Lindy D. Brown, counsel for Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG attaching an email dated August 31, 2015 to Brian Depew, also an attorney at Engstrom, Lipscomb & Lack attaching two letters advising Mr. Depew that prior service was not effect because the "Plaintiffs did not include a copy of the Severance Order or a list of individual cases associated with the Joint Complaint." It is my understanding that Mr. Depew never received this email.

5.     Attached hereto as Exhibit 3 is a summary our office received on April 3, 2017 notifying us that there were outstanding deficiency notices for the following Plaintiffs on the Brenda Allen Complaint:  Mollie A. McCormick, Ronnie Bradley and Brenda Allen.  This was the first notice our office had received of these deficiencies.  Our office had received other deficiency notices in this case, but not these notices.  It is suspected that they landed in our firm's spam filter.  Once received, our office promptly cured the deficiencies.  Upon receipt of this Notice, our office contacted MDL Centrality to notify them of the problem.

6.     Attached hereto as Exhibit 4 is a Notice of Unserved Complaint for the Ronnie D. Bradley case and the Brenda Allen Case that our office received on April 28, 2017.  This was the first such notice our office had received.

7.     Attached hereto as Exhibit 5 is a true and correct copy of Mary Langi's response that the required documents had been served per PTO No. 10 to xareltocomplaints@babc.com after serving certain Bayer Defendants via certified and registered mail.

8.     Attached hereto as Exhibit 6 is an email our office received from Maegan A. McCollum, Esq., with Bradley Arant Boult Cummings LLP, counsel for BHCP and BPAG, dated May 12, 2017, attaching two letters sent to Brian Depew on August 31, 2015 regarding service on Defendants BHCP and BPAG.

2

#420761

9.      Attached hereto as Exhibit 7 is a true and correct copy of my email dated May 16, 2017, responding to Ms. McCollum's email advising that we have no record of receiving the two letters dated August 31, 2015 and were unaware that BHCP and BPAG had rejected service of the Allen Complaint.

10.     Attached hereto as Exhibit 8 is a true and correct copy of the certified receipt signed by BHCP and returned on May 25, 2017 for the re-served documents set forth in PTO Nos. 10 and 11.

11.     Attached hereto as Exhibit 9 is a true and correct copy of the registered document showing that documents sent via registered mail to BPAG on May 16, 2017.  Receipt has not yet returned.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 14, 2017 at Los Angeles, California.

Brian J. Leinbach

#420761

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2017 the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Brian J. Leinbach
BRIAN J. LEINBACH

#420761

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 SECTION: L |
| ——————————— | ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON MAG. JUDGE NORTH |
| BRENDA ALLEN, et al | ) ) | |
| v. | ) ) | Civil Action No.: 15-3241 L (5) |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al | ) ) ) ) ) ) | |
| ——————————— | ) | |

## NOTICE OF SERVICE

Notice is hereby given that, pursuant to Pre-Trial Order #10, issued on March 24, 2015, Plaintiff has this date served the Complaint in the above entitled action upon

> Bayer Pharma AG
> Attn: Eva Gardyan-Eisenlohr
> General Counsel
> Muellerstrasse 178
> 13353 Berlin
> GERMANY

by sending same via Registered U.S. Mail, Return Receipt Requested, and via electronic mail to xareltocomplaints@babc.com.

DATED:  August 7, 2015                Respectfully submitted,

Walter J. Lack
Brian D. Depew
Elizabeth L. Crooke
*Attorneys for the Plaintiffs*

| Item Description *(Nature de l'envoi)* | ☒ Registered Article *(Envoi recommandé)* | | ☐ Insured Parcel *(Colis avec valeur déclarée)* |
|---|---|---|---|
| Article Number *(Numéro d'article)* 2305 0270 0000 9960 3291 | | Insured Value *(Valeur déclarée)* | |
| Office of Mailing *(Bureau de dépôt)* | | Date of Posting *(Date de dépôt)* 8/7/15 | |

Completed by the office of origin. *(A remplir par le bureau d'origine.)*

Name of Person or Firm Receiving the Article *(Nom ou raison sociale du destinataire)*
Bayer Pharma AG c/o Ceva Gordyan-Eisenlohn
Street and No. *(Rue et no.)*
Muellerstrasse 178          13353 Berlin
Place and Country *(Localité et pays)*
GERMANY

Completed at destination. *(A compléter à destination.)*

This receipt must be signed by: (1) the addressee; or (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)*          2

Postmark of the office of destination *(Timbre du bureau de destination)*

| Office of Destination Employee Signature *(Signature de l'agent du bureau de destination)* | Date 18.08.15 |
|---|---|

Signature of Addressee *(Signature du destinataire)*

PS Form **2865,** July 2013 *(Reverse)*  PSN 7530-01-000-9775                          UNITED STATES POSTAL SERVICE®

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Sop Dept.
CSC
Suite 400
2711 Centerville Rd.
Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☑ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)

7013 1090 0001 3154 1789

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**EXHIBIT 2**

**Ann Howitt**

| | |
|---|---|
| **From:** | Brown, Lindy <lbrown@bradley.com> |
| **Sent:** | Tuesday, May 16, 2017 12:12 PM |
| **To:** | Ronnie Thompson; McCollum, Maegan |
| **Cc:** | Brian Leinbach; Ann Howitt; Mary Langi |
| **Subject:** | FW: Xarelto: Allen Letters |

Mr. Leinbach,

Thank for your letter.  Below please find my August 31, 2015, email to Mr. Depew attaching the letters addressing service in Brenda Allen.  I believe that any attempted service on Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG at this time would be untimely.  Thank you.

Lindy D. Brown
Attorney | Bradley <http://www.bradley.com> lbrown@bradley.com <mailto:lbrown@bradley.com>
601.592.9905

From: Brown, Lindy
Sent: Monday, August 31, 2015 3:08 PM
To: 'bdepew@elllaw.com' <bdepew@elllaw.com>
Subject: Xarelto: Allen Letters

Please see attached.

BRADLEY ARANT
BOULT CUMMINGS LLP

_____

Lindy D. Brown

Attorney

_____

Phone

601.592.9905

Fax

1

601.948.3000

Email

lbrown@babc.com <mailto:lbrown@babc.com>

Website

www.babc.com <http://www.babc.com/>

_____

One Jackson Place

188 E. Capitol Street, Suite 400
Jackson, MS 39201

_____

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.



Lindy D. Brown
*Attorney*
Direct: (601) 592-9905
Fax: (601) 592-1405
lbrown@babc.com

August 31, 2015

**Via Electronic Mail**

Brian D. Depew, Esq.
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., Suite 1200
Los Angeles, CA 90067

Re:     Brenda Allen, et al. v. Janssen Research & Development LLC, et al., Civil Action No. 2:15-cv-03241 (E.D. La.)

Dear Mr. Depew:

This firm, with others, represents Bayer HealthCare Pharmaceuticals Inc. in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer HealthCare Pharmaceuticals Inc. has received the Complaint and Summons in the above-captioned action by Certified Mail, pursuant to the terms of Pre-Trial Order No. 10 ("PTO 10") in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592.

Pre-Trial Order No. 11 ("PTO 11") provides that "Service of the Joint Complaint, together with a copy of the applicable Severance Order and a list of the individual cases and their civil action numbers, shall be sufficient to effectuate service of process for each of the individual cases associated with the Joint Complaint." Plaintiffs did not include a copy of the Severance Order or a list of individual cases associated with the Joint Complaint. Accordingly, this attempt at service of the Joint Complaint on Bayer HealthCare Pharmaceuticals Inc. is not effective.

If you wish to serve Bayer HealthCare Pharmaceuticals Inc. with the Joint Complaint through PTO 11, then you must serve the Joint Complaint and Summons together with a copy of the Severance Order and the list of the individual cases with their civil action numbers.

Sincerely,

*Lindy D. Brown*

Lindy D. Brown

LDB/cfo


BRADLEY ARANT
BOULT CUMMINGS LLP

Lindy D. Brown
*Attorney*
Direct: (601) 592-9905
Fax: (601) 592-1403
lbrown@babc.com

August 31, 2015

**Via Electronic Mail**

Brian D. Depew, Esq.
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., Suite 1200
Los Angeles, CA 90067

Re:     Brenda Allen, et al. v. Janssen Research & Development LLC, et al., Civil Action No. 2:15-cv-03241 (E.D. La.)

Dear Mr. Depew:

This firm, with others, represents Bayer Pharma AG in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL").  Bayer Pharma AG received the Complaint and Summons in the above-captioned action by US Postal Service.

Pre-Trial Order No. 11 ("PTO 11") provides that "Service of the Joint Complaint, together with a copy of the applicable Severance Order and a list of the individual cases and their civil action numbers, shall be sufficient to effectuate service of process for each of the individual cases associated with the Joint Complaint."  Plaintiffs did not include a copy of the Severance Order or a list of individual cases associated with the Joint Complaint.  Accordingly, this attempt at service of the Joint Complaint on Bayer Pharma AG is not effective.

Furthermore, the terms of Pre-Trial Order No. 10 ("PTO 10") in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 require that the service documents be sent to Bayer Pharma AG by Registered Mail, Return Receipt Requested.

If you wish to serve Bayer Pharma AG with the Joint Complaint through PTO 11, then you must serve the Joint Complaint and Summons together with a copy of the Severance Order and the list of the individual cases with their civil action numbers by Registered Mail, Return Receipt Requested.

Sincerely,

Lindy D. Brown

Lindy D. Brown

LDB/cfo

**EXHIBIT 3**

**Ann Howitt**

| | |
|---|---|
| **From:** | noreply@mdlcentrality.com |
| **Sent:** | Monday, April 03, 2017 3:22 PM |
| **Subject:** | MDL Centrality Weekly Summary - MDL 2592 |
| **Importance:** | High |

This is a new email notification from the MDL Centrality Administrator that provides a weekly summary of MDL Centrality activity in MDL 2592 (In Re: Xarelto) for ENGSTROM, LIPSCOMB & LACK. This notification excludes inactive and/or dismissed plaintiffs.

To stop receiving this notification, click here to access MDL Centrality and update your email preferences using the communication center on the home page. If you have questions, please email us at MDLCentrality@browngreer.com.

| MDL 2592 (In Re: Xarelto) Case Snapshot 3/27/2017 to 4/3/2017 *This is a summary of your MDL Centrality activity for the last week and for the entire case.* | | |
|---|---|---|
| **Category** | **Total This Week** | **To** |
| 1. | Plaintiffs Registered | 0 | |
| 2. | Fact Sheets Served | 0 | |
| 3. | Plaintiffs Registered but PFS Not Served | 0 | |
| 4. | Amended Fact Sheets Served | 0 | |
| 5. | Documents Produced | 0 | |
| 6. | Deficiency Notices Served by Defendant | 0 | |
| 7. | Pending Deficiency Notices | 0 | |
| 8. | Defendant Fact Sheets Served | 0 | |
| 9. | Duplicate Plaintiffs Registered | 0 | |

| Deficiency Notices with No Response As of 4/3/2017 *The Defendant(s) issued Deficiency Notices for the plaintiffs listed below and you have not yet amended the PFS or documents.* | | |
|---|---|---|
| | **Plaintiff ID** | **Name** | **Deficiency** |
| 1. | 2822 | MCCORMICK, MOLLIE A | 10/1 |
| 2. | 2940 | BRADLEY, RONNIE D | 10/2 |
| 3. | 3083 | ALLEN, BRENDA | 10/1 |
| 4. | 4211 | KOLBER, ESTHER | 7/1 |

Thank you,

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**EXHIBIT 4**

**Ann Howitt**

| | |
|---|---|
| **From:** | MDL Centrality Administrator <noreply@mdlcentrality.com> |
| **Sent:** | Friday, April 28, 2017 1:48 PM |
| **To:** | Ann Howitt |
| **Subject:** | New Unserved Complaint Notice– MDL 2592 |
| **Importance:** | High |

This is an automated message from the MDL Centrality Administrator. Defendants have reviewed the Plaintiff Fact Sheet for the plaintiff listed below for substantial completeness pursuant to PTOs 13 and 14 and have determined that this lawsuit has not been served on Bayer. As no lawsuit has been served, the submission of this Plaintiff Fact Sheet does not result in the creation of a deadline for submission of a Defendant Fact Sheet by the unserved Defendant(s). If the lawsuit is served, any applicable deadlines will run from the date of service.

| | Plaintiff ID | Name | Law Firm | Date Filed |
|---|---|---|---|---|
| 1. | 3083 | ALLEN, BRENDA | ENGSTROM, LIPSCOMB & LACK | 4/28/2017 |

If you have questions regarding this notice, those inquiries should be directed to: XareltoMDL2592-PFSInquiries@babc.com. This Notice does not constitute a waiver of Defendants' right to identify additional deficiencies.

Click here to access MDL Centrality and use the View Documents button to view a pdf copy of this Notice.

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**Ann Howitt**

| | |
|---|---|
| **From:** | MDL Centrality Administrator <noreply@mdlcentrality.com> |
| **Sent:** | Friday, April 28, 2017 1:48 PM |
| **To:** | Ann Howitt |
| **Subject:** | New Unserved Complaint Notice– MDL 2592 |

**Importance:**          High

This is an automated message from the MDL Centrality Administrator. Defendants have reviewed the Plaintiff Fact Sheet for the plaintiff listed below for substantial completeness pursuant to PTOs 13 and 14 and have determined that this lawsuit has not been served on Bayer. As no lawsuit has been served, the submission of this Plaintiff Fact Sheet does not result in the creation of a deadline for submission of a Defendant Fact Sheet by the unserved Defendant(s). If the lawsuit is served, any applicable deadlines will run from the date of service.

| | Plaintiff ID | Name | Law Firm | Date Filed |
|---|---|---|---|---|
| 1. | 2940 | BRADLEY, RONNIE D | ENGSTROM, LIPSCOMB & LACK | 4/28/2017 |

If you have questions regarding this notice, those inquiries should be directed to: XareltoMDL2592-PFSInquiries@babc.com. This Notice does not constitute a waiver of Defendants' right to identify additional deficiencies.

Click here to access MDL Centrality and use the View Documents button to view a pdf copy of this Notice.

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**EXHIBIT 5**

## Ann Howitt

| | |
|---|---|
| **From:** | Mary Langi |
| **Sent:** | Monday, May 01, 2017 12:00 PM |
| **To:** | XareltoMDL2592-PFSInquiries@babc.com |
| **Cc:** | Ann Howitt; Brian Leinbach |
| **Subject:** | XARELTO:  Plaintiffs BONNIE BRADLEY & BRENDA ALLEN Deficiency Notice of failure to Serve Complaint |
| **Attachments:** | 2017 04-28 MDLCentrality Notice of nonservice of Complaint on Bayer.pdf; 2017 04-28 MDLCentrality Notice of nonservice of Complaint on Bayer.pdf |

Good morning,

I received the attached deficiency notices regarding unserved complaints for both Bonnie Bradley and Brenda Allen.  Brenda Allen is the first named plaintiff on the complaint that includes plaintiff Bonnie Bradley (among other plaintiffs).

On August 8, 2015, I served all the required service docs per PTO#10 to xareltocomplaints@babc.com after serving the Allen Complaint on Bayer Defendants via Certified U.S. Mail and Registered U.S. Mail.  A Notice of service was also included.

Please advise if there is something additional you are seeking with regards to the service of the Allen complaint on Bayer Defendants.

Thank you,

Mary Langi
Assistant to Ann A. Howitt
**ENGSTROM, LIPSCOMB & LACK**
10100 Santa Monica Boulevard., Suite 1200
Los Angeles, CA 90067
T: (310) 552-3800
F: (310) 552-9434

The information contained in this electronic communication and any document attached hereto or transmitted herewith is attorney-client privileged, work product, or otherwise confidential and intended for the exclusive use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and destroy this communication. Thank you for your cooperation.

**EXHIBIT 6**

**Ann Howitt**

| | |
|---|---|
| **From:** | McCollum, Maegan <mmccollum@bradley.com> |
| **Sent:** | Friday, May 12, 2017 11:31 AM |
| **To:** | Mary Langi |
| **Cc:** | Ann Howitt; Brian Leinbach; Inquiries, Xarelto; Brown, Lindy |
| **Subject:** | RE: XARELTO:  Plaintiffs BONNIE BRADLEY & BRENDA ALLEN Deficiency Notice of failure to Serve Complaint |
| **Attachments:** | 2015.08.31 Ltr Allen BHCP.PDF; 2015.08.31 Ltr Allen BPAG.PDF |

Mary,

Please see the attached letters from Lindy Brown that were sent to Brian Depew on August 31, 2015 rejecting previous attempts at service on BHCP and BPAG in the Brenda Allen joint complaint.

Best regards,
Maegan

**Maegan A. McCollum**
Attorney
e: mmccollum@bradley.com  w: bradley.com
d: 205.521.8885 f: 205.488.6885
Bradley Arant Boult Cummings LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119

LinkedIn | Facebook | Twitter | Instagram | Blogs | My Bio

**From:** Mary Langi [mailto:mlangi@elllaw.com]
**Sent:** Monday, May 01, 2017 2:00 PM
**To:** Inquiries, Xarelto <XareltoMDL2592-PFSInquiries@bradley.com>
**Cc:** Ann Howitt <ahowitt@elllaw.com>; Brian Leinbach <bleinbach@elllaw.com>
**Subject:** XARELTO: Plaintiffs BONNIE BRADLEY & BRENDA ALLEN Deficiency Notice of failure to Serve Complaint

Good morning,

I received the attached deficiency notices regarding unserved complaints for both Bonnie Bradley and Brenda Allen.  Brenda Allen is the first named plaintiff on the complaint that includes plaintiff Bonnie Bradley (among other plaintiffs).

On August 8, 2015, I served all the required service docs per PTO#10 to xareltocomplaints@babc.com after serving the Allen Complaint on Bayer Defendants via Certified U.S. Mail and Registered U.S. Mail.  A Notice of service was also included.

Please advise if there is something additional you are seeking with regards to the service of the Allen complaint on Bayer Defendants.

Thank you,

Mary Langi
Assistant to Ann A. Howitt
**ENGSTROM, LIPSCOMB & LACK**

1

10100 Santa Monica Boulevard., Suite 1200
Los Angeles, CA 90067
T: (310) 552-3800
F: (310) 552-9434

The information contained in this electronic communication and any document attached hereto or transmitted herewith is attorney-client privileged, work product, or otherwise confidential and intended for the exclusive use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and destroy this communication. Thank you for your cooperation.

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.



Lindy D. Brown
*Attorney*
Direct: (601) 592-9905
Fax: (601) 592-1405
lbrown@babc.com

August 31, 2015

**Via Electronic Mail**

Brian D. Depew, Esq.
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., Suite 1200
Los Angeles, CA 90067

Re:    Brenda Allen, et al. v. Janssen Research & Development LLC, et al., Civil Action No. 2:15-cv-03241 (E.D. La.)

Dear Mr. Depew:

This firm, with others, represents Bayer HealthCare Pharmaceuticals Inc. in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer HealthCare Pharmaceuticals Inc. has received the Complaint and Summons in the above-captioned action by Certified Mail, pursuant to the terms of Pre-Trial Order No. 10 ("PTO 10") in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592.

Pre-Trial Order No. 11 ("PTO 11") provides that "Service of the Joint Complaint, together with a copy of the applicable Severance Order and a list of the individual cases and their civil action numbers, shall be sufficient to effectuate service of process for each of the individual cases associated with the Joint Complaint." Plaintiffs did not include a copy of the Severance Order or a list of individual cases associated with the Joint Complaint. Accordingly, this attempt at service of the Joint Complaint on Bayer HealthCare Pharmaceuticals Inc. is not effective.

If you wish to serve Bayer HealthCare Pharmaceuticals Inc. with the Joint Complaint through PTO 11, then you must serve the Joint Complaint and Summons together with a copy of the Severance Order and the list of the individual cases with their civil action numbers.

Sincerely,

Lindy D. Brown

LDB/cfo



Lindy D. Brown
*Attorney*
Direct: (601) 592-9905
Fax: (601) 592-1405
lbrown@babc.com

August 31, 2015

<u>**Via Electronic Mail**</u>

Brian D. Depew, Esq.
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., Suite 1200
Los Angeles, CA 90067

Re:    Brenda Allen, et al. v. Janssen Research & Development LLC, et al., Civil Action No. 2:15-cv-03241 (E.D. La.)

Dear Mr. Depew:

This firm, with others, represents Bayer Pharma AG in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer Pharma AG received the Complaint and Summons in the above-captioned action by US Postal Service.

Pre-Trial Order No. 11 ("PTO 11") provides that "Service of the Joint Complaint, together with a copy of the applicable Severance Order and a list of the individual cases and their civil action numbers, shall be sufficient to effectuate service of process for each of the individual cases associated with the Joint Complaint." Plaintiffs did not include a copy of the Severance Order or a list of individual cases associated with the Joint Complaint. Accordingly, this attempt at service of the Joint Complaint on Bayer Pharma AG is not effective.

Furthermore, the terms of Pre-Trial Order No. 10 ("PTO 10") in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 require that the service documents be sent to Bayer Pharma AG by Registered Mail, Return Receipt Requested.

If you wish to serve Bayer Pharma AG with the Joint Complaint through PTO 11, then you must serve the Joint Complaint and Summons together with a copy of the Severance Order and the list of the individual cases with their civil action numbers by Registered Mail, Return Receipt Requested.

Sincerely,

Lindy D. Brown

LDB/cfo

**EXHIBIT 7**

**Ann Howitt**

| | |
|---|---|
| **From:** | Ronnie Thompson |
| **Sent:** | Tuesday, May 16, 2017 9:54 AM |
| **To:** | Maegan A. McCollum (mmccollum@bradley.com) |
| **Cc:** | Lindy D. Brown (lbrown@bradley.com); Brian Leinbach; Ann Howitt; Mary Langi |
| **Subject:** | Brenda Allen, et al. v. Janssen Research & Development LLC, et al. |
| **Attachments:** | 2017-05-15 BJL ltr to Maegan McCollum.pdf |

Dear Ms. McCollum,

Attached is a letter from Mr. Leinbach responding to you May 12, 2017 email to Mary Langi of our office.

Ronnie Thompson
Assistant to Brian J. Leinbach
Engstrom, Lipscomb & Lack
10100 Santa Monica Boulevard, 12th Floor
Los Angeles, CA  90067
PH:   310-552-3800, Ext. 351
FX:    310-552-9434
www.elllaw.com

ENGSTROM, LIPSCOMB @ LACK

LAW OFFICES

# ENGSTROM, LIPSCOMB & LACK

A PROFESSIONAL CORPORATION

10100 SANTA MONICA BOULEVARD, 12TH FLOOR

LOS ANGELES, CALIFORNIA 90067-4113

TELEPHONE 310-552-3800

FACSIMILE 310-552-9434

PAUL W. ENGSTROM (1941 – 2010)
LEE G. LIPSCOMB
WALTER J. LACK
STEVEN C. SHUMAN
ELIZABETH LANE CROOKE
BRIAN D. DEPEW
GARY A. PRAGLIN
ROBERT J. WOLFE (1961 – 2015)
DANIEL G. WHALEN
BRIAN J. HEFFERNAN
RICHARD P. KINNAN
PAUL A. TRAINA
BRIAN J. LEINBACH
ANN A. HOWITT
MARK E. MILLARD

STEVEN J. LIPSCOMB
GREGORY P. WATERS
ALEXANDRA J. NEWSOM
BRYAN C. PAYNE
ANDREW M. JACOBSON
IAN P. SAMSON
CHRISTOPHER A. KANNE
MICHAEL P. LEWIS
BRITTAN N. CORTNEY
ERIC R. BELL

GLORIA S. WELLER
DIRECTOR OF ADMINISTRATION

May 15, 2017

*Sent Via Email and First Class U.S. Mail*

Maegan A. McCollum, Esq.
Bradley Arant Boult Cummings LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119

> Re: Brenda Allen, et al. v. Janssen Research & Development LLC, et al.
> Re: Service of Process
> Our File: 38000/4336

Dear Ms. McCollum:

This letter pertains to your email sent to Mary Langi of our office on Friday, May 12, 2017 regarding your clients Bayer HealthCare Pharmaceuticals Inc. ("BHCP") and Bayer Pharma AG ("BPAG"). Thank you for your response. We don't have a record of having received the two letters dated August 31, 2015 and were unaware that BHCP and BPAG had rejected service of the Allen complaint. We request that you forward to our office a copy of the email transmittal page so that we can check into why it was not received by Mr. Depew.

In the meantime, we will reserve the complaint, together with a copy of the applicable Severance Order and a list of the individual cases and their civil action numbers. Please confirm that this will be sufficient for service to be effective.

Thank you so much for your cooperation.

Very truly yours,

BRIAN J. LEINBACH

BJL/aah
cc: Lindy D. Brown, Esq. (via email only)

#420410

**EXHIBIT 8**

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

Bayer Healthcare Pharm,
   Inc.
SOP Dept.
CSC, Suite 400
2711 Centerville Rd.

Wilmington, DE 19808

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 2139 6132 9214 38

2. Article Number (Transfer from service label)

7016 1370 0000 5829 0364

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                     ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                        ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery     ☒ Registered Mail™
☐ Certified Mail®                         ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery        Delivery
☐ Collect on Delivery                     ☐ Return Receipt for
☐ Collect on Delivery Restricted Delivery   Merchandise
    Mail                                  ☐ Signature Confirmation™
    Mail Restricted Delivery              ☐ Signature Confirmation
    .00)                                    Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt



USPS TRACKING #

9590 9402 2139 6132 9214 38

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

ANN A. HOWITT, ESQ.
**ENGSTROM, LIPSCOMB & LACK**
10100 Santa Monica Blvd., Suite 1200
Los Angeles, CA 90067

RECEIVED

MAY 25 2017

EL&L

38/4336

**EXHIBIT 9**

## U.S. Postal Service™ Signature Confirmation™ Receipt

Postage and Signature Confirmation fees must be paid before mailing.

**Article Sent To: (To be completed by mailer)**

SIGNATURE CONFIRMATION NUMBER: 3305 0270 0000 9960 3307

Eva Gardyn-Eisenbrg, ben. Counsel
(Please Print Clearly)
Muellerstrasse 178
13353 Berlin Germany
Bayer Pharm AG

POSTAL CUSTOMER:
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

Postmark
Here

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 153, January 2005                    (See Reverse)