UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

*Allen, et al. v. Janssen Research & Development, LLC, et al.*, 15-3241 L (5)

## DECLARATION OF BRIAN DEPEW IN SUPPORT OF PLAINTIFFS' MOTION TO DEEM PRIOR SERVICE VALID OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG

I, Brian Depew, Esquire, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, state and declare as follows:

1. I am an attorney at the law firm of Engstrom, Lipscomb, & Lack, LLP, and formerly one of the attorneys of record representing Plaintiffs Brenda Allen, et al., in the above-referenced matter. I filed a Motion to Withdraw as Attorney of Record on August 12, 2015. This Motion was granted and the signed order was filed on August 17, 2015.

2. This declaration is submitted in support of Plaintiff's Motion to Deem Prior Service Valid or in the Alternative for an Extension of Time to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG.

3. I have been informed that an email was sent to me on August 31, 2015 from Lindy D. Brown, counsel for Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG attaching two letters advising me that prior service was not effect because the "Plaintiffs did not include a

1

#420775

copy of the Severance Order or a list of individual cases associated with the Joint Complaint." I have no record of receiving this email. I went back and checked my in-box and it was not there. There were numerous other emails that I received on August 31, 2015 involving other matters. I rarely clean out my in-box. Had I received the email, I would have forwarded it to Brian Leinbach and Ann Howitt as they are they attorneys in our office who had taken over the handling of the Brenda Allen matter as of August 17, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 14, 2017 at Los Angeles, California.

_____
Brian D. Depew

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2017 the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                          /s/ Brian J. Leinbach
                                          BRIAN J. LEINBACH

#420775