# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Allen, et al. v. Janssen Research & Development, LLC, et al., 15-3241 L (5)*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on Monday, July 5, 2017, Plaintiffs' Motion to Deem Prior Service Valid or in the Alternative, Extension of Time to Serve Process on Defendant Bayer Healthcare Pharmaceutical, Inc. and Bayer Pharma AG will be presented to the Court for a ruling without the necessity of an oral hearing.

Respectfully submitted,

Dated: June 14, 2017

/s/ Brian J. Leinbach
WALTER J. LACK
BRIAN J. LEINBACH
ANN A. HOWITT
Attorneys for Plaintiff

1

#420716

## CERTIFICATE OF SERVICE

      I hereby certify that on June 14, 2017 the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                  /s/ Brian J. Leinbach
                                  BRIAN J. LEINBACH

#420716