# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Allen, et al. v. Janssen Research & Development, LLC, et al., 15-3241 L (5)*

## PROPOSED ORDER

IT IS ORDERED that the Motion to Deem Prior Service of Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG filed by the above-captioned Plaintiffs is hereby GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
Honorable Eldon E. Fallon
United States District Judge

#420766