## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)**<br>**PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: ELDON E. FALLON**<br><br>**MAG. JUDGE: MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

*Allen, et al. v. Janssen Research & Development, LLC, et al., 15-3241 L (5)*

### PROPOSED ORDER

IT IS ORDERED that the Motion for an Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG filed by the above-captioned Plaintiffs is hereby GRANTED, and that Plaintiffs shall have thirty (30) days from the date of this Order to complete service of process through the streamlined service procedures for the informal service of process set forth in Pretrial Order Nos. 10 and 11.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Honorable Eldon E. Fallon
United States District Judge

1

#420715