# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  ) <br> ) <br> PRODUCTS LIABILITY LITIGATION  ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Harriet Rosenstein v. Janssen Research & Development LLC, et al*

Case No.: 2:16-cv-00239

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Harriet Rosenstein on April 26, 2017.

Dated: May 25, 2017

Respectfully submitted,
By: _/s/ *Barrett Beasley*_
Barrett Beasley (#25984)
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
bbeasley@salim-beasley.com
Attorney for Plaintiffs

Case 2:14-md-02592-EEF-MBN Document 6628 Filed 05/25/17 Page 2 of 2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 25th day of May 2017.

> _/s/ Barrett Beasley_
> Barrett Beasley