UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Harriet Rosenstein v. Janssen Research & Development LLC, et al.*

**Civil Action No.: 2:16-cv-00239**

## ORDER

THIS MATTER, having come before the Court on Plaintiff's Motion to Substitute Party, and the Court having reviewed such and being otherwise sufficiently advised, it is hereby ORDERED that Plaintiff's Motion to Substitute is hereby GRANTED, and that Karen Cook, daughter of Hariet Rosenstein, is substituted as Plaintiff in this action.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
UNITED STATES DISTRICT JUDGE