IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) MDL NO. 2592 |
| | ) |
| | ) SECTION: L |
| PRODUCTS LIABILITY LITIGATION | ) |
| | ) JUDGE ELDON E. FALLON |
| | ) |
| | ) MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**RICHARD STANDLER v. JANSSEN PHARMACEUTICALS, INC., et al**

No. 2:16-cv-08783

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DMISSAL WITH PREJUDICE

NOW INTO COURT, comes John Jewell Pace and Co-Counsel Samuel C. Ward for the Plaintiff, **RICHARD STANDLER**. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Federal Rule of Civil Procedure 4l(a)(2), and hereby respectfully moves this Honorable Court to dismiss with prejudice the above action against all Defendants with each party to bear their own costs. Counsel for Plaintiff takes this action because Plaintiff, **RICHARD STANDLER**, passed away on February 17, 2017 and there is no Next Of Kin to be substituted on his behalf.

Undersigned Counsel, respectfully requests this Honorable Court grant this Motion for Voluntary Dismissal With Prejudice.

Respectfully submitted this 15th day of June, 2017.

        By: /s/ John Jewell Pace
        **John Jewell Pace (Bar #1115)**
        John Jewell Pace, A.P.L.C
        P.O. Box 14209
        Baton Rouge, LA 707898
        Telephone: (225) 686-3000
        Facsimile: (866) 912-2008
        Email: jjp@johnjpacelaw.com

        By: /s/ Samuel C. Ward
        **Samuel "Chuck" Ward (Bar # 29508)**
        Samuel C. Ward, Jr., & Associates
        660 Saint Ferdinand Street
        Baton Rouge, LA 70802
        Telephone: (225) 330-6677
        Facsimile: (225) 330-6680
        Email: samuelcward@aol.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 15th day of June, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

                                          /s/ John Jewell Pace
                                          **JOHN JEWELL PACE (#1115)**

                                          /s/ Samuel C. Ward
                                          **SAMUEL C. WARD (#29508)**