**IN THE UNITED STATES DISTRICT**
**COURT FOR THE EASTERN DISTRICT OF**
**LOUISIANA**

| | | |
|---|---|---|
| **IN RE:  XARELTO** | ) | **MDL NO. 2592** |
| **(RIVAROXABAN)** | ) | |
| | ) | **SECTION: L** |
| | ) | |
| **PRODUCTS LIABILITY** | ) | **JUDGE ELDON E.FALLON** |
| **LITIGATION** | ) | |
| | ) | |
| | ) | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

**RICHARD STANDLER v. JANSSEN**
**PHARMACEUTICALS, INC., et al**

**No. 2:16-cv-08783**

**NOTICE OF SUBMISSION OF MOTION TO VOLUNTARILY DISMISS WITH**
**PREJUDICE**

NOW INTO COURT, comes John Jewell Pace and Co-Counsel Samuel C. Ward

for the Plaintiff and file this Notice of Submission of Motion for Voluntary Dismissal

With Prejudice before the Honorable Eldon E. Fallon.

Respectfully submitted this 15th day of June, 2017.

By: /s/ John Jewell Pace
**John Jewell Pace (Bar #1115)**
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com

By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward (Bar # 29508)**
Samuel C. Ward, Jr., &
Associates
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330-6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2017 a true and correct copy of the foregoing

has been submitted to the Clerk of Court for filing and electronic service via the  Court's

CCM/ECF system on all counsel of record.


*/s/ John Jewell Pace*
**JOHN JEWELL PACE (#1115)**


*/s/ Samuel C. Ward*
**SAMUEL C. WARD (#29508)**