# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) MDL NO. 2592 ) ) SECTION: L ) |
| PRODUCTS LIABILITY LITIGATION | ) ) JUDGE ELDON E. FALLON ) ) MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**RICHARD STANDLER v. JANSSEN PHARMACEUTICALS, INC., et al**

No. 2:16-cv-08783

## ORDER

Considering the foregoing Motion:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Voluntary Dismissal With Prejudice is hereby GRANTED, with each party to bear their own costs.

_____
Eldon E. Fallon, United States District Court Judge