UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE FALLON<br>MAG. JUDGE NORTH |
| | RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES |

**THIS DOCUMENT RELATES TO:**

*Joseph Rivera v. Janssen Research & Development LLC, et al; No. 2:16-cv-13423*

COMES NOW Counsel for Plaintiff in the above matter, and files this Response to the Order to Show Cause entered by the Court on June 7, 2017 (Doc. 6748) and would respectfully show the Court the following:

I.

Defendants moved for an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (hereinafter referred to as PFSs) should not be dismissed with prejudice. The Court entered an Order to Show Cause on June 7, 2017 (Doc. 6748. One Plaintiff represented by The Gallagher Law Firm appears on Exhibit A (Doc. 6748-1) of the Court's Order to Show Cause as follows:

- *Joseph Rivera v. Janssen Research & Development LLC, et al; No. 2:16-cv-13423* (#33 in the Court's Order to Show Cause)

1

After the filing of Plaintiff's lawsuit, and after making multiple attempts to contact Plaintiff without a response, counsel for Plaintiff learned through an internet search that Mr. Rivera had passed away. To date, counsel for Plaintiff has been unable to make contact with the surviving spouse and/or relatives of Plaintiff Joseph Rivera to confirm his death and/or discuss this claim and the alleged PFS deficiencies. Counsel has made numerous attempts by telephone, email and written correspondence (via Federal Express and U.S. First Class mail) over the last year to contact Plaintiff's surviving spouse and daughter at various addresses and telephone numbers, but counsel has never received any response or return communication.

While decedent Plaintiff's medical records confirmed that decedent Plaintiff suffered bleeding, anemia and hematemesis, there is no confirmed use of Xarelto documented in the medical records.

Because Plaintiff's counsel has been unsuccessful in contacting the relatives of decedent Plaintiff, counsel has been unable to identify any other source of information and/or records that may contain proof of ingestion of Xarelto by decedent Plaintiff. Counsel for Plaintiff has also been unable to secure an executed Declaration Page by a representative of decedent Plaintiff's estate. As a result, counsel is unable to respond and cure the core PFS deficiencies.

Despite the best efforts of Plaintiff's counsel, counsel has been unable to successfully locate and communicate with the family members of decedent in order to cure the deficiencies in his PFS. While Counsel does not have written permission from Plaintiffs' representatives and/or family members to agree to a stipulation of dismissal of this claim, Counsel has no basis to contest such a dismissal as ordered by the Court at this time. However, in light of the inability of Plaintiff's counsel to confirm that decedent Plaintiff's relatives and/or estate representatives are aware of the imminent dismissal of this claim, Plaintiff's counsel would request that this Court

dismiss this matter without prejudice so that if decedent Plaintiff's relatives are ultimately located, they can have the opportunity to provide information and/or obtain records to confirm Mr. Rivera's Xarelto use and re-file their claim if proof of use is, in fact, confirmed.

Dated:  June 15, 2017.

                                      Respectfully submitted,

                                      s/ Michael T. Gallagher
                                      MICHAEL T. GALLAGHER
                                      (Texas Bar #07586000)
                                      THE GALLAGHER LAW FIRM LLP
                                      2905 Sackett Street
                                      Houston, TX 77098
                                      Telephone: (713) 222-8080
                                      Facsimile (713) 222-0066
                                      mike@gld-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Response to Defendants' Motion for Order to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                      s/ Michael T. Gallagher
                                      Michael T. Gallagher