UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Keith Foster v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-08024*

## ORDER

IT IS ORDERED that the Motion to Substitute Kristine E. Harrison on behalf of the estate of Keith Foster, the surviving natural daughter and Special Administrator of the Estate of Keith Foster, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this ___ day of _____, 2017.

_____
United States District Judge