MINUTE ENTRY
FALLON, J.
JUNE 14, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
    William Henry v. Janssen et al.
    Case No. 2:15-cv-00224

The parties requested that the Court postpone for two weeks the briefing of the Dispositive and Daubert Motions Regarding the Fourth (Henry) Bellwether Trial in order for the parties to further discuss briefing and issues for that trial. CMO No. 2G (Rec. Doc. 6600) sets the deadline of June 14, 2017 for the motions and briefs. Considering the request of the parties, the new deadline for filing Dispositive and Daubert Motions and Briefs Regarding the Fourth (Henry) Bellwether Trial is June 28, 2017. The parties will update the Court on the briefing of motions for the Fourth (Henry) Bellwether Trial before June 28, 2017.

*[signature]*