UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |
| ********************************************** | * |

THIS DOCUMENT RELATES TO:
    Joseph Orr, Jr., Jr., et al. v. Janssen et al.
    Case No. 2:15-cv-03708

## ORDER

The following motions pertained to the second bellwether trial which ended on June 12, 2017. As the trial has completed, these motions are moot.

- Joint MOTION for an Order (1) Dismissing with Prejudice Claims Based on Allegations that Plaintiffs have Abandoned and (2) Barring Scientific Evidence Based on Waiver of Daubert Arguments (R. Doc. 6485).

- MOTION to Expedite Hearing on Defendants' Motion to Vacate April 13, 2017 Order on Preemption of Plaintiffs' Design-Defect Claims (R. Doc. 6718).

- MOTION to Strike or in the Alternative, to Complete Instructions Regarding FDA's 'Changes Being Effected' Regulation (R. Doc. 6800).

Accordingly, **IT IS ORDERED** that the above-mentioned motions are hereby rendered **MOOT**.

New Orleans, Louisiana, this 13th day of June, 2017.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE