UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> : <br> : <br> : <br> _____ : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:            <u>JURY TRIAL DEMANDED</u>

CORINE KROPP V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.

CIVIL ACTION NO.: 2:15-cv-4266

## ORDER

Considering the Motion for Leave to File Plaintiff's Motion to Dismiss Without Prejudice;

IT IS ORDERED that the motion is GRANTED and that Plaintiff's Motion to Dismiss Without Prejudice be and is hereby filed.

Signed, this 13th day of June, 2017

_____
Hon. Eldon E. Fallon
U.S. District Court Judge