**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION  :          **MDL No. 2592**
                               :
                               :          **SECTION L**
                               :
                               :          **JUDGE ELDON E. FALLON**
                               :
_____:          **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**              **JURY TRIAL DEMANDED**

**CORINE KROPP V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.**

CIVIL ACTION NO.: 2:15-cv-4266

<u>**ORDER**</u>

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby

GRANTED and that Plaintiff's claims against all defendants in Kropp v. Janssen Research &

Development, LLC, et al (2:15-cv-4266) are hereby voluntarily DISMISSED, without prejudice,

each party to bear their own costs.

Signed, this _____ day of _____, 2017

_____
Hon. Eldon E. Fallon
U.S. District Court Judge