UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION :   MDL No. 2592
: 
:   SECTION L
:
:   JUDGE ELDON E. FALLON
:
:   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:        JURY TRIAL DEMANDED

BONITA JOY LARSEN V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.

CIVIL ACTION NO.: 2:15-cv-4268

## ORDER

Considering the Motion for Leave to File Plaintiff's Motion to Dismiss Without Prejudice;

IT IS ORDERED that the motion is GRANTED and that Plaintiff's Motion to Dismiss Without Prejudice be and is hereby filed.

Signed, this 13th day of June, 2017

_____
Hon. Eldon E. Fallon
U.S. District Court Judge