UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Boudreaux v. Bayer Corp., et al.* Case No. 2:14-cv-02720 | * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the Motion for Leave to File Exhibits Under Seal filed by Plaintiffs;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibits 11, 12 and 15 attached Plaintiffs' Rule 59 Motion for a New Trial [Rec. Doc. 6818] be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this 14th day of June, 2017.

_____
Eldon E. Fallon
United States District Court Judge