**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN)              MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                                           SECTION L

THIS DOCUMENT RELATES TO:                JUDGE ELDON E. FALLON

                                                           MAGISTRATE NORTH

Dora Mingo, et al. v. Janssen
Research & Development, et al.
Case No. 2:15-cv-03469

### O R D E R

Considering Defendants' Joint *Ex Parte* Motion for Leave to File Under Seal Exhibits 4-

6, 10, 12-13 and unredacted Exhibits 1 and 3 to Defendants' *Daubert* Motion to Exclude Expert

Opinions and Testimony of Plaintiff's Case-Specific Expert Dr. Henry Rinder.

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached

Exhibits 4-6, 10, 12-13 and unredacted Exhibits 1 and 3 to Defendants' Renewed Joint *Daubert*

Motion to Exclude Expert Opinions and Testimony of Plaintiff's Case-Specific Expert Dr. Henry

Rinder (Doc. 6820) be and are hereby **FILED UNDER SEAL.**

New Orleans, Louisiana, this __14th__ day of June, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE