UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

## ORDER

**IT IS ORDERED** that the following Motions to Substitute Attorney are hereby **GRANTED.** David B. Vermont is hereby admitted as counsel and David A. Pearlman is hereby withdrawn as counsel as counsel for the plaintiffs in the following cases:

- Tareq Altaha 16-17267: Docket Number 6785;

- Kimberly Dudek 16-17995: Docket Number 6786;

- William Harris 16-16505: Docket Number 6787;

- Marilyn Hayes 16-14783: Docket Number 6788;

- Estate of Bennie Miller 16-13580: Docket Number 6789;

- Clarence Leander Smith 16-11965: Docket Number 6790;

- Rena Anderson 16-7577: Docket Number 6791;

- Linda Thomas 16-1165: Docket Number 6792;

- Patricia Jarman 15-5918: Docket Number 6793;

- Celeste and Stephen Klopfenstein 16-17272: Docket Number 6794;

- Sonja and Franklin Ashby 16-14785: Docket Number 6795;

2

- Roger and Alice Evenson 16-14758: Docket Number 6796;

New Orleans, Louisiana, on this 14th day of June 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge