# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHY MURDOCK,<br><br>      Plaintiff,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br>      Defendants.<br><br>**This Documents Relates to:**<br>**No. 2:16-cv-2527** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

## SUGGESTION OF DEATH

  Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff Kathy Murdock on February 22, 2017.

Dated: June 15, 2017      Respectfully submitted,

                By: /s/ Alexandra W. Robertson, Esq.
                Alexandra W. Robertson (MN 0395619)
                Johnson Becker, PLLC
                444 Cedar Street, Suite 1800
                St. Paul, MN 55101
                Telephone: (612) -436-1886
                Fax: (612) -436-1801
                Email: ARobertson@JohnsonBecker.com

                *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Alexandra Robertson, certify that on June 15, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ Alexandra W. Robertson, Esq.
Alexandra W. Robertson
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1886
Fax: (612) -436-1801
Email: ARobertson@JohnsonBecker.com

*Counsel for Plaintiff*