UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION     :   MDL No. 2592
                                  :
                                  :   SECTION L
                                  :
                                  :   JUDGE ELDON E. FALLON
                                  :
_____:   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Dollie Mack vs. Janssen Research & Development LLC, et al.*

Civil Action No. 2:15-cv-05647-EEF-MBN

## NOTICE / SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1) undersigned counsel hereby informs this Court of the death of Plaintiff Dollie Mack.

Dated: June 15, 2017                Respectfully submitted,

                                    /s/ Margret Lecocke
                                    Margret Lecocke
                                    mlecocke@williamskherkher.com
                                    John T. Boundas
                                    jboundas@williamskherkher.com
                                    Williams Kherkher Hart Boundas, LLP
                                    8441 Gulf Freeway, Suite 600
                                    Houston, Texas  77017-5051
                                    Telephone: (713) 230-2200
                                    Facsimile:  (713) 643-6226

                                    **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2017, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Margret Lecocke  
Margret Lecocke
