# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 15-3708 – Orr, et al v. Janssen, et al | SECTION: L (5) |

### J U D G M E N T ON JURY VERDICT

This action was tried by a jury with Judge Eldon E. Fallon presiding.  On June 12, 2017, the jury rendered its verdict and found that Defendants, Janssen Research & Development, LLC, Janssen Pharmaceuticals, Inc., Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG, provided Dr. Cuong Bui and Dr. Maurice St. Martin adequate warnings and instructions for the safe use of Xarelto, accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of Defendants, Janssen Research & Development, LLC, Janssen Pharmaceuticals, Inc., Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG, and against Plaintiffs, Joseph Orr, Jr., Joseph Orr, III, Kellie Orr Walker and Kim Orr DeAgano, dismissing Plaintiffs' claims with prejudice and costs.

New Orleans, Louisiana, this __14th__ day of June, 2017.

                                                        **ELDON E. FALLON**
                                                       **UNITED STATES DISTRICT JUDGE**