UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        )
PRODUCTS LIABILITY LITIGATION       )     MDL No. 2592
                                    )
THIS DOCUMENT RELATES TO:           )     SECTION L
MDL Case No.      2:15-cv-5892      )
                                    )     JUDGE ELDON E. FALLON
Plaintiff: HEMENWAY, DAVID          )     MAG. JUDGE NORTH

## EX PARTE MOTION FOR SUBSITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting David Hemenway Jr on behalf of decedent, David Hemenway.

1. David Hemenway filed a products liability lawsuit against Defendants on November 5, 2015.

2. Plaintiff David Hemenway died on January 1, 2017.

3. David Hemenway's product liability action against the Defendants survived his death and was not extinguished.

4. On May 3, 2017, a Notice and Suggestion of Death was filed, attached hereto as "Exhibit A."

5. David Hemenway Jr, surviving son of David Hemenway, was appointed Executor of his Estate on January 30, 2017 by the Probate Court, Tarrant County, State of Texas.

6. David Hemenway Jr is a proper party to substitute for Plaintiff-Decedent David Hemenway and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of the Decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Substitution in this action.

Dated: June 16, 2017

> By: */s/ Andrew W. Callahan*
> Krystal K. Weigl, IL Bar No. 6316929
> Andrew W. Callahan, IL Bar No. 6298280
> Flint Law Firm, LLC.
> 222 E. Park St, Suite 500
> Edwardsville, IL 62025
> Phone: (618) 288-4777
> Fax: (618) 288-2864
> kweigl@flintfirm.com
> acallahan@flintfirm.com
> *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. Notice of filing will also be served on all Plaintiff Counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s/ Andrew W. Callahan*