## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **MDL No. 2592** |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | **SECTION L** |
| MDL Case No.     2:15-cv-5892 | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| Plaintiff: HEMENWAY, DAVID | ) | **MAG. JUDGE NORTH** |

## ORDER

The Court, after considering Plaintiff's Ex Parte Motion for Substitution of Proper Party, finds the motion meritorious. It is therefore:

ORDERED THAT David Hemenway Jr, as Executor of the Estate of David Hemenway, is substituted for Plaintiff David Hemenway in the above captioned case.


Dated:_____          _____
                                        Hon. Eldon E. Fallon
                                        United States District Court