IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION  : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| _____ : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:             MOTION FOR SUBSTITUTION AND
                                      WITHDRAWAL OF COUNSEL
ANTHONY COSTONIS and DOROTHY COSTONIS
Civil Action No. 2:15-cv-00469-EEF-MBN

## MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

**TO THE HONORABLE JUDGE OF THIS COURT:**

PLEASE TAKE NOTICE that Waters & Kraus, LLP ("W&K"), by and through its undersigned counsel, respectfully moves this Court for entry of an order withdrawing **Sara E. Coopwood, the current counsel for clients in the above-referenced matter, and substituting Leslie C. MacLean and Sally R. Bage as counsel** in the above referenced matter.

Accordingly, W&K respectfully requests that the Court enter an order withdrawing Sara E. Coopwood as counsel and substituting Leslie C. MacLean and Sally R. Bage as counsel.

/s/ Leslie C. MacLean
Attorneys for Plaintiffs
TX Bar No. 00794209
Waters & Kraus, LLP
3141 Hood Street, Suite 700
Dallas, Texas 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
Email: *lmaclean@waterskraus.com*

1

/s/ Sally R. Bage  
Attorneys for Plaintiffs  
TX Bar No. 24098961  
Waters & Kraus, LLP  
3141 Hood Street, Suite 700  
Dallas, Texas 75219  
Telephone: (214) 357-6244  
Facsimile: (214) 357-7252  
Email: *sbage@waterskraus.com*

AND

/s/ Sara E. Coopwood  
Attorneys for Plaintiffs  
TX Bar No. 24077505  
WA Bar No. 49385  
Waters & Kraus, LLP  
3141 Hood Street, Suite 700  
Dallas, Texas 75219  
Telephone: (214) 357-6244  
Facsimile: (214) 357-7252

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on 16th day of June, 2017.

/s/Leslie C. MacLean  
Leslie C. MacLean