IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**       **MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

ANTHONY COSTONIS and DOROTHY COSTONIS
Civil Action No. 2:15-cv-00469-EEF-MBN

# O R D E R

Now pending before the court is a Motion to Withdraw and Substitute Counsel of Record filed herein on June 16, 2017. Upon consideration of said motion, it is hereby ORDERED that this motion is GRANTED.

It is **ORDERED** that attorney Sara E. Coopwood is allowed to withdraw as counsel and that attorneys Leslie C. MacLean and Sally R. Bage be substituted in her place.

The Clerk is instructed to substitute Leslie C. MacLean and Sally R. Bage as counsel in place of Sara E. Coopwood, in the matter referenced above.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED: _____

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1

APPROVED AND ENTRY REQUESTED:

/s/ Leslie C. MacLean
Attorneys for Plaintiffs
TX Bar No. 00794209
Waters & Kraus, LLP
3141 Hood Street, Suite 700
Dallas, Texas 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
Email: *lmaclean@waterskraus.com*

/s/ Sally R. Bage
Attorneys for Plaintiffs
TX Bar No. 24098961
Waters & Kraus, LLP
3141 Hood Street, Suite 700
Dallas, Texas 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
Email: *sbage@waterskraus.com*

AND

/s/ Sara E. Coopwood
Attorneys for Plaintiffs
TX Bar No. 24077505
WA Bar No. 49385
Waters & Kraus, LLP
3141 Hood Street, Suite 700
Dallas, Texas 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252