# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>NETTIE SMITH<br>Civil Action No. 2:15-cv-03692-EEF-MBN | | MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL |

## MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

**TO THE HONORABLE JUDGE OF THIS COURT:**

PLEASE TAKE NOTICE that Waters & Kraus, LLP ("W&K"), by and through its undersigned counsel, respectfully moves this Court for entry of an order withdrawing **Sara E. Coopwood, the current counsel for clients in the above-referenced matter, and substituting Leslie C. MacLean and Sally R. Bage as counsel** in the above referenced matter.

Accordingly, W&K respectfully requests that the Court enter an order withdrawing Sara E. Coopwood as counsel and substituting Leslie C. MacLean and Sally R. Bage as counsel.

/s/ Leslie C. MacLean
Attorneys for Plaintiffs
TX Bar No. 00794209
Waters & Kraus, LLP
3141 Hood Street, Suite 700
Dallas, Texas 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
Email: *lmaclean@waterskraus.com*

        /s/ Sally R. Bage
        Attorneys for Plaintiffs
        TX Bar No. 24098961
        Waters & Kraus, LLP
        3141 Hood Street, Suite 700
        Dallas, Texas 75219
        Telephone:  (214) 357-6244
        Facsimile:  (214) 357-7252
        Email: *sbage@waterskraus.com*

AND

        /s/ Sara E. Coopwood
        Attorneys for Plaintiffs
        TX Bar No. 24077505
        WA Bar No. 49385
        Waters & Kraus, LLP
        3141 Hood Street, Suite 700
        Dallas, Texas 75219
        Telephone:  (214) 357-6244
        Facsimile:  (214) 357-7252

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on 16th day of June, 2017.

        /s/Leslie C. MacLean
        Leslie C. MacLean