UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHY MURDOCK,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br>　　　　　　　Defendants.<br><br>**This Document Relates to:**<br>No. 2:16-cv-2527 | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

### MOTION TO SUBSITUTE PARTY PLAINTIFF

　　The undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Plaintiff Kathy Murdock with Lisa Blair, her sibling and personal representative of her estate.

1. A products liability lawsuit was filed on behalf of Kathy Murdock against defendants on March 29, 2016.

2. Subsequently, Plaintiff's counsel learned that Kathy Murdock had died.

3. Plaintiff filed a suggestion of death on June 15, 2017, attached hereto as "Exhibit 1."

4. Lisa Blair, surviving sibling of Kathy Murdock, is a proper party to substitute for decedent Kathy Murdock and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of by the decedent's successor or representative." Attached is an order appointing Lisa Blair as the personal representative for the estate of Kathy Murdock ("Exhibit 2").

WHEREFORE, counsel for Plaintiff requests that this court grant this request to substitute

party plaintiff in this action and an order entered substituting Lisa Blair, personal representative of the estate of Kathy Murdock, as the named party in place of Kathy Murdock.

Dated: June 16, 2017

Respectfully submitted,

By: /s/ Alexandra W. Robertson, Esq.
Alexandra W. Robertson (MN 0395619)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1886
Fax: (612) -436-1801
Email: ARobertson@JohnsonBecker.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Alexandra Robertson, certify that on June 16, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ Alexandra W. Robertson, Esq.
Alexandra W. Robertson
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1886
Fax: (612) -436-1801
Email: ARobertson@JohnsonBecker.com

*Counsel for Plaintiff*