EXHIBIT 1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHY MURDOCK, | MDL NO. 2592 |
| Plaintiff, | SECTION: L |
| v. | JUDGE: ELDON E. FALLON |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., | MAG. JUDGE MICHAEL NORTH |
| Defendants. | |
| **This Documents Relates to:** **No. 2:16-cv-2527** | |

## <u>SUGGESTION OF DEATH</u>

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs

this Court of the death of the Plaintiff Kathy Murdock on February 22, 2017.

Dated: June 15, 2017               Respectfully submitted,

By: /s/ Alexandra W. Robertson, Esq.
Alexandra W. Robertson (MN 0395619)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1886
Fax: (612) -436-1801
Email: ARobertson@JohnsonBecker.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Alexandra Robertson, certify that on June 15, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ Alexandra W. Robertson, Esq.
Alexandra W. Robertson
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1886
Fax: (612) -436-1801
Email: ARobertson@JohnsonBecker.com

*Counsel for Plaintiff*