# EXHIBIT 2

**CERTIFICATE/LETTER OF QUALIFICATION**  Court File No. **170000057**
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 6.2-893, 6.2-1171, 6.2-1365, 6.2-1367, 64.2-2011, 64.2-506, 64.2-607

**Pulaski County** Circuit Court

I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on **February 28, 2017**
                                                                                    DATE

**Lisa Blair**                                ,
NAME(S) OF PERSON(S) QUALIFYING

duly qualified in this court, under applicable provisions of law, as **Administrator** of the estate of

**Kathy R. Murdock**
☒ DECEASED   ☐ MINOR   ☐ INCAPACITATED

The powers of the fiduciary(ies) named above continue in full force and effect.

**$20,000.00** bond has been posted.

Given under my hand and the seal of this Court on

February 28, 2017
DATE

                                                    **Maetta H. Crewe**, Clerk
                                                    by /s/ Maetta H. Crewe         , ~~Deputy~~ Clerk

FORM CC-1625 MASTER 10/12