# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHY MURDOCK., <br><br> Plaintiff, <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., <br><br> Defendants. <br><br> **This Document Relates to:** <br> **No. 2:16-cv-2527** | MDL NO. 2592 <br><br> SECTION:  L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

## **ORDER**

The Court, after considering the Plaintiff's motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious, It is therefore ORDERD THAT: Plaintiff Lisa Blair, as surviving sibling and personal representative of the estate of Kathy Murdock, is substituted for Kathy Murdock in the above captioned case.

Dated: _____          _____

**HON. ELDON E. FALLON**

United States District Court Judge