UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHY MURDOCK,<br><br>     Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br>     Defendants.<br><br>**This Document Relates to:**<br>**No. 2:16-cv-2527** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**NOTICE OF SUBMISSION**

 PLEASE TAKE NOTICE that on 6/16/2017 at 5:00 PM or as soon after as may be heard, Plaintiff will bring a motion to Substitute Party Plaintiff for submission before the honorable Judge Eldon E. Fallon at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated: June 16, 2017        Respectfully submitted,

             By: /s/ Alexandra W. Robertson, Esq.
             Alexandra W. Robertson (MN 0395619)
             Johnson Becker, PLLC
             444 Cedar Street, Suite 1800
             St. Paul, MN 55101
             Telephone: (612) -436-1886
             Fax: (612) -436-1801
             Email: ARobertson@JohnsonBecker.com

            *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Alexandra Robertson, certify that on June 16, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ Alexandra W. Robertson, Esq.
Alexandra W. Robertson
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1886
Fax: (612) -436-1801
Email: ARobertson@JohnsonBecker.com

*Counsel for Plaintiff*