**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL NO. 2592** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**

*JAMES MOORE v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-07694*

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as

well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Ruby Moore, on behalf of the Estate of James Moore, is

substituted for Plaintiff James Moore in the above captioned cause.

New Orleans, Louisiana this 16th day of June, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge