# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Robert McWilliams v. Janssen Research & Development LLC, et al.*

**Civil Action No.: 2:16-cv-07174**

## ORDER

THIS MATTER, having come before the Court on Plaintiff's Motion to Substitute Party, and the Court having reviewed such and being otherwise sufficiently advised, it is hereby ORDERED that Plaintiff's Motion to Substitute is hereby GRANTED, and that Charlene McWilliams, the wife of Robert McWilliams, is substituted as plantiff in this action.

New Orleans, Louisiana, this 16th day of June, 2017.

_____
Hon. Eldon E. Fallon
UNITED STATES DISTRICT JUDGE