**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Keith Foster v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-08024*

## <u>ORDER</u>

IT IS ORDERED that the Motion to Substitute Kristine E. Harrison on behalf of the estate

of Keith Foster, the surviving natural daughter and Special Administrator of the Estate of Keith

Foster, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this 16th day of _____June_____, 2017.

_____

United States District Judge