# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Tracy Thurman, as Personal Representative of the Estate of Opal Thurman*
**Civil Action No. 2:16-cv-15969**

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion for Voluntary Dismissal without Prejudice and Memorandum in Support Of to be heard by the Honorable Eldon E. Fallon on Wednesday, July 19, 2017 at 9:30 a.m.

Dated June 19, 2017.

                                                        Respectfully submitted,

                                                        */s/ E. Ryan Bradley*
By:    **E. Ryan Bradley, #53777**
            Attorney for Plaintiff
            The Bradley Law Firm
            1424 Washington Avenue, Ste. 300
            (314) 721-9111 (phone)
            (314) 255-2768 (fax)
            Ryan@stllawhelp.com
            **Attorneys for Plaintiff**

**<u>CERTIFICATE OF</u>**
**<u>SERVICE</u>**

      I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      This is the 19th day of June, 2017.

      */s/ E. Ryan Bradley*
      **Attorney for Plaintiff**