**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Tracy Thurman, as Personal Representative of the Estate of Opal Thurman*
**Civil Action No. 2:16-cv-15969**

## ORDER

THIS MATTER, having come before the Court, is Plaintiff's Motion for Voluntary Dismissal without Prejudice. Upon Consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED Plaintiff's Motion for Voluntary Dismissal without Prejudice is hereby GRANTED. Plaintiff has one (1) year from the date of dismissal to refile her Complaint.

New Orleans, Louisiana, this ____ day of July, 2017.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge