## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No: 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Kathy Miles, as Personal Representative of the Estate of Rita Wright*
**Civil Action No. 2:16-cv-16415**

### ORDER

THIS MATTER, having come before the Court, is Plaintiff's Motion for Voluntary Dismissal without Prejudice. Upon Consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED Plaintiff's Motion for Voluntary Dismissal without Prejudice is hereby GRANTED. Plaintiff has one (1) year from the date of dismissal to refile her Complaint.

New Orleans, Louisiana, this ____ day of July, 2017.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge