UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD WHITE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>　　　　　　　　Defendants. | IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>MDL: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:17-CV-05863-L[5]<br><br>**PLAINTIFF RICHARD WHITE'S *EX PARTE* MOTION FOR LEAVE TO FILE AMENDED COMPLAINT TO ADD PARTY** |

**LOMURRO, MUNSON, COMER, BROWN & SCHOTTLAND, LLC**
Joshua S. Kincannon, Esquire
NJ Attorney ID No.: 034052000
4 Paragon Way, Suite 100
Freehold, New Jersey 07728
(732) 414-0300
(732) 431-4043 (fax)
Attorneys for Plaintiff Richard White

　　　　Plaintiff, Richard White, hereby moves this Court, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, for leave to amend the Complaint by filing the First Amended

Complaint and Civil Cover Sheet, attached hereto as **Proposed Pleading**. In support of this motion, Plaintiff states the following:

1. On June 16, 2017, Plaintiff filed his Original Complaint against Defendants Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC, Janssen Ortho, LLC, Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healthcare, LLC, Bayer Healthcare AG, and Bayer AG. Defendant Johnson & Johnson was included in the filed Complaint, but was erroneously excluded in the caption.

2. As such, Plaintiff now seeks leave of Court to amend his Complaint seeking relief from the aforementioned parties but also to include Defendant Johnson & Johnson. Though Defendant was named within the filed Complaint, the caption does not name this Defendant. With the addition of this party, Plaintiff will be able to seek full satisfaction from all relevant parties and ascertain the full extent of damages done by all named Defendants.

3. Fed. R. Civ. P. 15(a) provides that leave to amend should "be freely given when justice so requires." In this case, the additional Defendant, Johnson & Johnson, worked with the aforementioned defendants to design, research, manufacture, test, advertise, promote, market, sell, and distribute Xarelto. LR 7.3 provides that "a motion for an order, allowed by these rules to be filed ex parte or by consent…must be accompanied by a proposed order." This proposed Order is attached hereto as **Proposed Order**.

4. In this case, judicial economy is best served by allowing Plaintiff to now file his First Amended Complaint to include all Defendants Johnson & Johnson. (**Proposed Pleading**).

**THEREFORE**, in the interests of justice, Plaintiff respectfully requests that this Honorable Court grant his Motion for Leave to Amend Complaint to Add Party and direct the clerk to file the attached Amended Complaint.

Respectfully submitted,

**LOMURRO, MUNSON, COMER,
BROWN & SCHOTTLAND, LLC**
Monmouth Executive Center
4 Paragon Way, Suite 100
Freehold, New Jersey 07728
Phone: (732) 414-0300
Fax: (732) 431-4043
jkincannon@lomurrofirm.com
Attorneys for Plaintiff

Dated: June 19, 2017

Joshua S. Kincannon, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

                                            **LOMURRO, MUNSON, COMER, BROWN & SCHOTTLAND, LLC**
Monmouth Executive Center
4 Paragon Way, Suite 100
Freehold, New Jersey 07728
Phone: (732) 414-0300
Fax: (732) 431-4043
jkincannon@lomurrofirm.com
Attorneys for Plaintiff

Dated: June 19, 2017                                      Joshua S. Kincannon, Esq.