UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD WHITE,<br><br>     Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>     Defendants. | IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>MDL: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:17-CV-05863-L[5]<br><br><br>**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT TO ADD PARTY** |

Having read and considered Plaintiff's *Ex Parte* Motion for Leave to File Amended Complaint to Add Party, and there being no apparent prejudice to the defendant, it is on this _____ day of June, 2017, ORDERED that Plaintiff's motion be, and hereby is, GRANTED.

The Clerk shall docket Exhibit A to Plaintiff's motion as Plaintiff's Amended Complaint. The Clerk is further directed to amend the docket and case information to reflect that Johnson & Johnson is a Defendant to this action.

                     _____
                     UNITED STATES DISTRICT JUDGE