## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No: 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |

### THIS DOCUMENT RELATES TO:

*Kathy Miles, as Personal Representative of the Estate of Rita Wright*
**Civil Action No. 2:16-cv-16415**

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO PTO 24A AND FED. R. CIV. P. 41 (a)(2)

**COMES NOW** Plaintiff, through undersigned counsel, and pursuant to PTO 24A and Fed. R. Civ. P. 41(a)(2), hereby requests an Order dismissing this case against all Defendants without prejudice to refile. In support, Plaintiff offers as follows:

1. Plaintiff's Complaint was initially filed on or about November 16, 2016, for which she paid the filing fee as a solitary filing and thereby complied with the filing fee payment provisions pursuant to PTO 11B;

2. That the Defendants were not served in the above-referenced case;

3. That the Defendants did not any Answer;

4. That the Defendants have not been prejudiced;

5. That the Complaint was filed solely because of an impending potential statute of limitations defense on a good faith basis, but that the facts were not fully developed at that time and the undersigned counsel subsequently learned additional information that requires the case to be dismissed;

6. That the Plaintiff may have a cause of action to be pursued in a different jurisdiction, premised upon a set of facts that are not contemplated by this MDL litigation;

7. Plaintiff's counsel sought consent from Defendant's liaison counsel to file the instant Motion to Dismiss Without Prejudice unopposed, via email on May 25, 2017, however, Defendants

have informed undersigned counsel via email on June 6, 2017 that they oppose Plaintiff's Motion for Voluntary Dismissal Without Prejudice;

WHEREFORE, Plaintiff, by and through her undersigned Counsel, respectfully requests this Court grant her Motion for Voluntary Dismissal Without Prejudice.

Dated: June 19, 2017

Respectfully Submitted,

By:  /s/ E. Ryan Bradley
**E. Ryan Bradley, #53777**
Attorney for Plaintiff
The Bradley Law Firm
1424 Washington Avenue, Ste. 300
(314) 721-9111 (phone)
(314) 255-2768 (fax)
Ryan@stllawhelp.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby that a copy of the above and foregoing Motion for Voluntary Dismissal Without Prejudice has been contemporaneously with or before filing served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ E. Ryan Bradley