UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| FRANKIE FAVIS,<br>       Plaintiff<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br>       Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 2:15-cv-06344 |

**PLAINTIFF'S UPDATED RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO FAILED TO SERVE A PLAINTIFF FACT SHEET**

**MAY IT PLEASE THE COURT:**

On November 3, 2016, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs who failed to Serve Plaintiff Fact Sheet (R. Doc. 4432). On January 5, 2017 this Court issued an Order to Show Cause requiring an explanation as to why certain actions, including the action of Frankie Favis, captioned above, should not be dismissed with prejudice for failure to file a Plaintiff Fact Sheet (R. Doc. 4921). On April 11, 2017 undersigned counsel filed a

response to Defendants' Motion for Order to Show Cause (R. Doc. 6136). Undersigned counsel for Plaintiff, Frankie Favis, submits an updated response to the Order to Show Cause:

1) On April 13, 2017 undersigned counsel sent via Federal Express a letter to plaintiff's three heirs advising them again that a hearing to dismiss their mother's case is set for April 19, 2017. Undersigned counsel again advised that plaintiff's claim will be dismissed with prejudice if a completed PFS is not submitted but did not hear further from plaintiff's children.

2) The hearing on Defendants' Rule to Show Cause took place on April 19, 2017 whereby this Honorable Court granted plaintiff an extension until May 18, 2017 to provide a completed PFS.

3) On April 25, 2017 undersigned counsel sent a letter to plaintiff's three heirs advising that the Court granted an extension until May 18, 2017 to provide a completed PFS or the case would be dismissed with prejudice. Counsel was not contacted by any of the heirs.

4) On June 5, 2017 counsel spoke with two of plaintiff's heirs, Kathryn Wright and Crawford Favis. Counsel was again unable to reach plaintiff's third heir, Ron Favis, Jr. The heirs advised counsel that they did not have proof that plaintiff ingested Xarelto or suffered a resulting injury. The heirs were advised that because there is no proof of Xarelto or an injury that their mother's claim may be dismissed with prejudice. A certified letter was sent to all heirs confirming the conversation.

Wherefore, undersigned counsel on behalf of Frankie Favis, advises the Court of its efforts to assist in complying with the obligations to complete and serve a Plaintiff Fact Sheet pursuant to CMO 1 and PTO 13.

Dated: June 19, 2017

|  |  |
|---|---|
| By: | /s/ Leonard A. Davis_____<br>Russ M. Herman (La. Bar No.: 6819)<br>rherman@hhklawfirm.com<br>Leonard A. Davis (La. Bar No.: 14190)<br>ldavis@hhklawfirm.com<br>Stephen J. Herman (La. Bar No.: 23129)<br>Sherman@hhklawfirm.com<br>Danielle T. Hufft (La. Bar No. 32260)<br>dhufft@hhklawfirm.com<br>HERMAN HERMAN & KATZ, LLC<br>820 O'Keefe Ave.<br>New Orleans, Louisiana 70113<br>Phone: (504) 581-4892<br>Fax:  (504) 561-6024<br><br>ATTORNEY FOR PLAINTIFF |

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel. Notice of this filing will also be sent to all parties or their attorneys via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Leonard A. Davis_____
LEONARD A. DAVIS