UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVARAXOBAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> BRIGITTE SMART, ) <br> ) <br> ) <br> Plaintiff. ) <br> ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> JANSSEN RESEARCH & ) <br> DEVELOPMENT LLC F/K/A JOHNSON ) <br> AND JOHNSON PHARMACEUTICAL ) <br> RESEARCH AND DEVELOPMENT LLC, ) <br> JANSSEN ORTHO LLC, JANSSEN ) <br> PHARMACEUTICALS, INC. F/K/A JANSSEN ) <br> PHARMACEUTICALS, INC. F/K/A ) <br> JANSSEN PHARMACEUTICA INC, ) <br> F/K/A ORTHO-MCNEIL-JANSSEN ) <br> PHARMACEUTICALS INC., ) <br> JOHNSON & JOHNSON COMPANY ) <br> BAYER HEALTHCARE PHARMACEUTICALS, ) <br> INC., BAYER PHARMA AG, ) <br> BAYER CORPORATION, BAYER ) <br> HEALTHCARE AG, BAYER HEALTHCARE ) <br> LLC, AND BAYER AG, ) <br><br>    Defendants. | MDL NO. 2592 <br><br> JUDGE: ELDON E. FALLON <br><br> SECTION: L <br><br> MAG. JUDGE: MICHAEL NORTH <br><br> CIVIL ACTION NO. 2:17-cv-4767 |

## **EX PARTE MOTION TO AMEND**

Plaintiff, Brigitte Smart, pursuant to the applicable Federal Rule of Civil Procedures

15(a)(1)(A) as cited in Pretrial Order No. 11C, by and through the undersigned, hereby seeks

to amend the Complaint by amended the last date of ingestion from May 20, 2016 to May 31, 2016.

Plaintiff Brigitte Smart's Complaint was filed via LAED CM/ECF on May 8, 2017 and service was executed thereafter on May 30, 2017. It is hereby requested that this Ex Parte Motion to Amend Complaint is granted.

Dated: <u>June 19, 2017</u>

                                          Respectfully submitted,

                                          SWMW Law, LLC

                                          By: <u>/s/Stephen B. Wohlford</u>
                                          Benjamin R. Schmickle, #6270568
                                          Stephen B. Wohlford, #IL6287698
                                          701 Market Street, Suite 1000
                                          St. Louis, MO 63101
                                          (314) 480-5180
                                          (314) 932-1566 – Facsimile

                                          **ATTORNEYS FOR PLAINTIFFS**