UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :  MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
                              :  SECTION L
                              :
                              :  JUDGE ELDON E. FALLON
                              :
                              :  MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:
DONALD HOOK o/b/o
His deceased wife, Kay Hook v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:16-CV-17966

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andre' P. LaPlace for the Plaintiff and moves this Honorable Court for an order substituting Lee Anne Chiles on behalf of Donald Hook, for the following reasons:

I.

On December 30, 2016 Donald Hook filed a Complaint in the above referenced matter on behalf of his deceased wife, Kay Hook.

II

Lee Anne Chiles is the surviving natural daughter of Kay Hook and wishes to be substituted on behalf of Donald Hook, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 19th day of June, 2017.

By: /s/Andre' P. LaPlace
Andre' P. LaPlace(#8039)
*Attorney for the Plaintiff*
2762 Continental Drive, Ste. 103
Baton Rouge, Louisiana 70808
Telephone No. (225)924-6898
Facsimile No. (225)924-6877
alaw@andrelaplace.com

By: /s/Rebecca A. Cunard
Rebecca A. Cunard(#20154)
*Attorney for the Plaintiff*
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, Louisiana 70809
Telephone No. (225)925-2978
Facsimile No. (225)925-8192
Rebecca@CunardLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*s/Andre' P. LaPlace*
**ANDRE' P. LAPLACE (#8039)**