UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No: 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Judi Munden, Individually and as Administrator of the Estate of Lillie M. Smith, Decedent v. Janssen Research & Development, LLC, et al., 16-17764*

## ORDER

THIS MATTER, having come before the Court, is Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies is hereby GRANTED. The deadline to satisfy the alleged Plaintiff Face Sheet Deficiency is now June 23, 2017.

New Orleans, Louisiana this 19th day of ___June___, 2017.

Honorable Eldon E. Fallon
U.S. District Court Judge