**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 | |
| ) | | |
| THIS DOCUMENT RELATES TO: ) | SECTION L | |
| MDL Case No. 2:15-cv-5892 ) | | |
| ) | JUDGE ELDON E. FALLON | |
| Plaintiff: HEMENWAY, DAVID ) | MAG. JUDGE NORTH | |

## ORDER

The Court, after considering Plaintiff's Ex Parte Motion for Substitution of Proper Party, finds the motion meritorious. It is therefore:

ORDERED THAT David Hemenway Jr, as Executor of the Estate of David Hemenway, is substituted for Plaintiff David Hemenway in the above captioned case.

New Orleans, Louisiana this 19th day of June, 2017.

_____
Hon. Eldon E. Fallon
United States District Court