MINUTE ENTRY
FALLON, J.
JUNE 19, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
  **Dora Mingo v. Janssen Research & Development, LLC, et al.;**
  **Case No. 2:15-cv-03367**

A status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. The Plaintiffs were represented by Lenny Davis, Jerry Meunier, and Bubba Morrison. The Plaintiffs were also represented via telephone by Andy Birchfield. The Defendants were represented by John Olinde. The Defendants were also represented via telephone by Susan Sharko, Steve Glickstein, Andy Solow, Rick Sarver, Walter Johnson, and Lyn Pruitt. The parties discussed the stauts of the case and logitistics for the third bellwether trial.

The parties agreed that the submission date for Plaintiffs' Motion for New Trial (R. Doc. 6818) should be continued. Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for New Trial is now set for submission on July 21, 2017.

**IT IS FURTHER ORDERED** that oral argument on the parties' motions set for submission on July 21, 2017, will begin at 11:00 a.m.

JS10(00:36)