**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL NO. 2592** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**

*All Cases Listed in "Exhibit A"*

### PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Plaintiffs in the cases listed and attached herein as "Exhibit A", by and through the undersigned counsel, hereby file this Joint Motion for Withdrawal and Substitution of Counsel.

Plaintiffs request that attorney J. Gordon Rudd and Jacqueline A. Olson of Zimmerman Reed LLP be withdrawn as counsel in the main MDL No. 2592 and in each member case associated with MDL No. 2592, including the cases listed and attached herein as "Exhibit A".

Plaintiffs further request that attorney Russell T. Abney be substituted as counsel of record for all cases listed and attached herein as "Exhibit A".

Attorney Russell T. Abney has conferred with J. Gordon Rudd and Jacqueline A. Olson of Zimmerman Reed LLP. J. Gordon Rudd and Jacqueline A. Olson do not oppose this Motion.

Dated: June 20, 2017            Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.661.8210
Facsimile: 707.313.0956
atlanta@lawyerworks.com

/s/ J. Gordon Rudd, Jr._____
J. Gordon Rudd, Jr.
MN Bar #222082
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
gordon.rudd@zimmreed.com

/s/ Jacqueline A. Olson_____
Jacqueline A. Olson
MN Bar # 391848
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
jacqueline.olson@zimmreed.com

*Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Joint Motion for Withdrawal and Substitution of Counsel has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: June 20, 2017                                    Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.661.8210
Facsimile:  707.313.0956
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*