# EXHIBIT A

| **Case Caption** | **Civil Action No.** |
|---|---|
| Cameron v. Janssen Research & Development LLC, et al. | 2:16-cv-00287 |
| Croster v. Janssen Research & Development LLC, et al. | 2:15-cv-05951 |
| Gelinas v. Janssen Research & Development LLC, et al. | 2:16-cv-00499 |
| Hinson v. Janssen Research & Development LLC, et al. | 2:16-cv-04204 |
| Moyer v. Janssen Research & Development LLC, et al. | 15-cv-03809 |
| Parker v. Janssen Research & Development LLC, et al. | 15-cv-03810 |
| Ratcliff v. Janssen Research & Development LLC, et al. | 2:15-cv-06254 |
| Smith v. Janssen Research & Development LLC, et al. | 16-cv-06481 |
| Young v. Janssen Research & Development LLC, et al. | 2:16-cv-06482 |
| Denton v. Janssen Research & Development LLC, et al. | 2:16-cv-00497 |