UNITED STATES DISTRICT COURT

EASTERN DISTRICT OFOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: Kathy Cobb, as Surviving Heir of Doris Smith, Deceased v. Janssen Research & Development, LLC E.D. La. No. 2:17-cv-01017 | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

## ORDER

IT IS ORDERED that the Plaintiff, Kathy Cobb's Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG is hereby GRANTED, and that Plaintiffs shall have thirty (30) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this ___19th___ day of ___June___ 2017.

Hon. Eldon E. Fallon
United States District Judge