IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> NETTIE SMITH <br> Civil Action No. 2:15-cv-03692-EEF-MBN | | **MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL** |

**O R D E R**

Now pending before the court is a Motion to Withdraw and Substitute Counsel of Record filed herein on June 16, 2017. Upon consideration of said motion, it is hereby ORDERED that this motion is GRANTED.

It is **ORDERED** that attorney Sara E. Coopwood is allowed to withdraw as counsel and that attorneys Leslie C. MacLean and Sally R. Bage be substituted in her place.

The Clerk is instructed to substitute Leslie C. MacLean and Sally R. Bage as counsel in place of Sara E. Coopwood, in the matter referenced above.

The Clerk is directed to send a copy of this Order to counsel of record.

New Orleans, Louisiana this 19th day of June, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE