# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHY MURDOCK., <br><br> Plaintiff, <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., <br><br> Defendants. <br><br> **This Document Relates to:** <br> **No. 2:16-cv-2527** | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

## ORDER

The Court, after considering the Plaintiff's motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious, It is therefore ORDERD THAT: Plaintiff Lisa Blair, as surviving sibling and personal representative of the estate of Kathy Murdock, is substituted for Kathy Murdock in the above captioned case.

New Orleans, Louisiana this 19th day of June, 2017

*/s/ Eldon E. Fallon*

**HON. ELDON E. FALLON**

United States District Court Judge