UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHARD WHITE,

    Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, and BAYER AG,

    Defendants.

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

MDL: 2592

SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

Civil Action No.: 2:17-CV-05863-L[5]

ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT TO ADD PARTY

Having read and considered Plaintiff's *Ex Parte* Motion for Leave to File Amended Complaint to Add Party, and there being no apparent prejudice to the defendant, it is on this 19th day of June, 2017, ORDERED that Plaintiff's motion be, and hereby is, GRANTED.

The Clerk shall docket Exhibit A to Plaintiff's motion as Plaintiff's Amended Complaint. The Clerk is further directed to amend the docket and case information to reflect that Johnson & Johnson is a Defendant to this action.

_____
UNITED STATES DISTRICT JUDGE