UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVARAXOBAN) PRODUCTS LIABILITY LITIGATION ) ) ) BRIGITTE SMART, ) ) ) Plaintiff. ) ) ) ) ) ) v. ) ) ) JANSSEN RESEARCH & ) DEVELOPMENT LLC F/K/A JOHNSON ) AND JOHNSON PHARMACEUTICAL ) RESEARCH AND DEVELOPMENT LLC, ) JANSSEN ORTHO LLC, JANSSEN ) PHARMACEUTICALS, INC. F/K/A JANSSEN ) PHARMACEUTICALS, INC. F/K/A ) JANSSEN PHARMACEUTICA INC, ) F/K/A ORTHO-MCNEIL-JANSSEN ) PHARMACEUTICALS INC., ) JOHNSON & JOHNSON COMPANY ) BAYER HEALTHCARE PHARMACEUTICALS, ) INC., BAYER PHARMA AG, ) BAYER CORPORATION, BAYER ) HEALTHCARE AG, BAYER HEALTHCARE ) LLC, AND BAYER AG, ) ) Defendants. | MDL NO. 2592 <br><br> JUDGE: ELDON E. FALLON <br><br> SECTION: L <br><br> MAG. JUDGE: MICHAEL NORTH <br><br> CIVIL ACTION NO. 2:17-cv-4767 |

**ORDER GRANTING EX PARTE**
**MOTION TO AMEND COMPLAINT**

This matter having come before the Court on the Ex Parte Motion to Amend Complaint

and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) and applicable

Pretrial Order No. 11C, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff, Brigitte Smart's, Motion is GRANTED. Plaintiff is hereby granted leave to file the First Amended Complaint tendered with her Motion, and the Clerk of the Court is ordered to file the First Amended Complaint into the records of this matter.

Entered this 19th day of June, 2017 into the United States Eastern District Court of Louisiana.

*Eldon E. Fallon*

HONORABLE DISTRICT JUDGE ELDON E. FALLON