# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :         MDL No. 2592
                                     :
                                     :         SECTION L
THIS DOCUMENT RELATES TO:            :
THE CASES LISTED BELOW               :
                                     :         JUDGE ELDON E. FALLON
                                     :
                                     :         MAGISTRATE JUDGE NORTH

## ORDER

The following Orders have been set for Oral Argument at the Order to Show Cause Hearing to be held on June 28, 2017 at at 9:30 am, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana:

- Defendants' Motions for Order to Show Cause Regarding Plaintiffs Who Have Failed to Submit a Plaintiff Fact Sheet: Docket Numbers 6602, 6606, 6617, and 6619.

- Defendants' Motion for Order to Show Cause Regarding Plaintiffs With Alleged Plaintiff Fact Sheet Deficiencies: 6610, 6611, 6623, and 6624.

- Plaintiff Elaine Dixon's Motion to Dismiss Without Prejudice, Docket Number 5257.

- Plaintiff Lisa Fultz's Motion to Dismiss Without Prejudice, Docket Number 6349.

- Plaintiff Joanne Fahy's Motion to Dismiss Without Prejudice, Docket Number 6416.

- Plaintiff Judy Goff's Motion to Dismiss Without Prejudice, Docket Number 6420.

- Plaintiff Harry Sherman's Motion to Dismiss Without Prejudice, Docket Number 6580.

- Plaintiff Earl Smith's Motion to Dismiss Without Prejudice, Docket Number 6710.

2

**IT IS ORDERED** that attorneys for Plaintiffs in the above-mentioned orders may participate by phone. To participate by phone, contact the Court for instructions on how to do so.

New Orleans, Louisiana, on this 20th day of June 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge