UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:
DONALD HOOK o/b/o
His deceased wife, Kay Hook  v.
JANSSEN PHARMACEUTICALS, INC., et al

No.  2:16-CV-17966

ORDER

Considering the foregoing Motion to Substitute:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Lee Anne Chiles, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this 22nd day of     June    , 2017.

_____
United States District Judge