UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**This Document Relates to:**

*All Cases Listed in "Exhibit A"*

## ORDER

The Court, after considering the Plaintiff's Joint Motion for Withdrawal and Substitution of Counsel, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT attorneys J. Gordon Rudd and Jacqueline A. Olson of Zimmerman Reed LLP be withdrawn and that attorney Russell T. Abney of Ferrer Poirot & Wansbrough be substituted as counsel of record for all cases listed in and attached hereto as "Exhibit A".

New Orleans, Louisiana this 22nd day of June, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge

# EXHIBIT A

| Case Caption | Civil Action No. |
|---|---|
| Cameron v. Janssen Research & Development LLC, et al. | 2:16-cv-00287 |
| Croster v. Janssen Research & Development LLC, et al. | 2:15-cv-05951 |
| Gelinas v. Janssen Research & Development LLC, et al. | 2:16-cv-00499 |
| Hinson v. Janssen Research & Development LLC, et al. | 2:16-cv-04204 |
| Moyer v. Janssen Research & Development LLC, et al. | 15-cv-03809 |
| Parker v. Janssen Research & Development LLC, et al. | 15-cv-03810 |
| Ratcliff v. Janssen Research & Development LLC, et al. | 2:15-cv-06254 |
| Smith v. Janssen Research & Development LLC, et al. | 16-cv-06481 |
| Young v. Janssen Research & Development LLC, et al. | 2:16-cv-06482 |
| Denton v. Janssen Research & Development LLC, et al. | 2:16-cv-00497 |