UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No: <u>2:17-cv-4438</u> |

THIS DOCUMENT RELATES TO:
ANDREA J. NOURYEH o/b/o
Her deceased husband, Christopher Nouryeh v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-4438

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Christopher K. Johnston for the Plaintiff and moves this Honorable Court for an order substituting Andrea J. Nouryeh on behalf of her deceased husband, Christopher Nouryeh, for the following reasons:

**I.**     On May 1, 2017 Christopher Nouryeh filed a Complaint in the above referenced matter.

**II.**    On April 2, 2017 Christopher Nouryeh died, without his wife notifying his legal representatives.

**III.**   The decedents wife, Andrea J. Nouryeh, is the Proper Plaintiff and wishes to be substituted on behalf of Christopher Nouryeh , in this case.

1

Wherefore, movant prays for said substitution.

Respectfully submitted this 22nd day of June, 2017.

        /s/ Christopher K. Johnston
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF
 CHRISTOPHER K. JOHSTON, LLC
1510 Ave. F.D. Roosevelt, Ste 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644- 1230
kyle@masstortslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

        /s/ Christopher K. Johnston
Christopher K. Johnston (#261474)