UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br><br>Civil Action No:  <u>2:17-cv-4438</u> |

## STATEMENT NOTING A PARTY'S DEATH

THIS DOCUMENT RELATES TO:
ANDREA J. NOURYEH o/b/o
Her deceased husband, Christopher Nouryeh v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-4438

In accordance with Federal Rule of Civil Procedure 25 (a), your undersigned, who represents Plaintiff Andrea J. Nouryeh, notes the death before pendency of this action of Plaintiff Christopher Nouryeh on April 2, 2017.

    /s/ Christopher K. Johnston
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF
 CHRISTOPHER K. JOHSTON, LLC
1510 Ave. F.D. Roosevelt, Ste 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644- 1230
kyle@masstortslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ Christopher K. Johnston
Christopher K. Johnston (#261474)
