AFFIDAVIT OF SURVIVING SPOUSE OR NEXT OF KIN

VENUE

New York        )
(State)         )
                )     SS: 093 40 3847
New York        )
(County)

1. Andrea Janet Nouryeh, being duly sworn according to law, declare
(First, middle, last or maiden name)

that I reside at 445 E. 80th Street #4A, New York NY 10075 and that on
(Street address)                        (City and state)

April 2, 2017, Christopher Nouryeh, had permanent
(Mo., day, year of death)  (Name of deceased)

legal residence at 445 E. 80th Street #4A, New York NY 10075
(Complete address of decedent)

I am the (widow), child, father, mother, brother, sister, other _____,
(Circle appropriate relationship)                (Specify if other)

and as such am entitled to receive the decedent's estate under the laws of

New York
(Name of state in the United States where decedent last had legal permanent residence)

## NAME(S) OF SURVIVORS, IN ORDER OF KINSHIP

Please insert the names of living relatives in the following order of relationship: surviving spouse, children, father, and /or mother, brothers and/or sisters:

| Name | Date /Place of Birth | Address | Relationship |
|---|---|---|---|
| 1. Anita Nouryeh | 7/12/1977 New York | 191 Willoughby St #10K Brooklyn, NY | daughter |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

_____
(Signature of Affiant)

Subscribed and sworn (or affirmed) to before me by  __Andrea J. Nouryeh__
(Typed name of affiant)

at __1495 York Ave, NY, NY__  on  __05/08/2017__
(Address of Notary of Public)           (Date)

LLOYD LODZA
Notary Public - State of New York
NO. 01LO6216684
Qualified in Nassau County
My Commission Expires Jan 25, 2018

(Seal)

__(L)odza__
(Signature of Notary Public)

__LLOYD LODZA__
(Typed name of Notary Public)