UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) MDL NO. 2592 ) ) SECTION:  L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) Civil Action No: <u>2:17-cv-4438</u> ) |

THIS DOCUMENT RELATES TO:
ANDREA J. NOURYEH o/b/o
Her deceased husband, Christopher Nouryeh v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-4438

**ORDER**

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Andrea J. Nouryeh, on behalf of her deceased husband, Christopher Nouryeh, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2017.

_____
Eldon K. Fallon, United States District Court Juge