UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>**JURY TRIAL DEMANDED**<br><br>Civil Action No:  <u>2:17-cv-4438</u> |

THIS DOCUMENT RELATES TO:
ANDREA J. NOURYEH o/b/o
Her deceased husband, Christopher Nouryeh v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-4438

**<u>NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF</u>**

NOW INTO COURT, comes Christopher K. Johnston for the Plaintiff and file this Notice of

Submission of Motion to Substitute Party Plaintiff.

Respectfully submitted this 22nd day of June, 2017.

<u>/s/ Christopher K. Johnston</u>
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF
 CHRISTOPHER K. JOHSTON, LLC
1510 Ave. F.D. Roosevelt, Ste 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644- 1230
kyle@masstortslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ Christopher K. Johnston
Christopher K. Johnston (#261474)
