UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No: 2:17-cv-4720 |

THIS DOCUMENT RELATES TO:
DEBRA MANDIGO o/b/o
Her deceased husband, Roger Mandigo v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-4720

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes William Rivera-Alvarez for the Plaintiff and moves this Honorable Court for an order substituting Debra Mandigo on behalf of her deceased husband, Roger Mandigo, for the following reasons:

**I.**   On May 5, 2017 Roger Mandigo filed a Complaint in the above referenced matter.

**II.**   On January 4, 2017 Roger Mandigo died, without his wife notifying his legal representatives.

**III.**   The decedents wife, Debra Mandigo, is the Proper Plaintiff and wishes to be substituted on behalf of Roger Mandigo, in this case.

Wherefore, movant prays for said substitution.

Respectfully submitted this 22 day of June, 2017.

1

/s/ William Rivera-Alvarez
William Rivera-Alvarez
Puerto Rico Bar No. 19578
USDCPR No. 304111
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
william@masstortslaw.com

/s/ Christopher K. Johnston
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF
CHRISTOPHER K. JOHSTON, LLC
1510 Ave. F.D. Roosevelt, Ste 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644- 1230
kyle@masstortslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22 day of June, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ William Rivera-Alvarez
William Rivera-Alvarez (#304111)

| Label | Question | Answer |
|---|---|---|
| **BASIC INFO** | | |
| Date | Date of Filing | [??] |
| NameP | Name of PLAINTIFF, including middle initial.<br>**NOTE:** This is the person filing suit on behalf of the estate and/or individually. This is NOT the person that took Xarelto. | [??] [??] |
| RepTitle | What is the Representative Capacity of the PLAINTIFF representing Decedent's estate? | [??] |
| PRelation | Relationship of PLAINTIFF to DECEDENT?<br>**NOTE:** Sentence reads "Plaintiff is the surviving _____ of Decedent" | [??] |
| DecName | What is DECEDENT'S name?<br>**NOTE:** Estate of _____ | [??] [??] |
| **USE DETAILS** | | |
| RxReason | Why was Decedent prescribed Xarelto?<br>**NOTE:** Sentence reads "Decedent was prescribed Xarelto [for the treatment of atrial fibrillation]." | [??] |
| StartDateXarelto | When did Decedent start taking Xarelto? (approximately) | [??] |
| XStopped | Did Decedent Stop Taking Xarelto before his/her death? | [??] |

| | | |
|---|---|---|
| XStopDueToX | Was P instructed by his/her physician to stop taking Xarelto due to his injuries? | [??] |
| EndDateXarelto | When did Decedent stop taking Xarelto? (approximately) | [??] |
| **LOCATION INFO** | | |
| DiversityState | State to use for Diversity purposes? | [??] |
| PCountyCurrent | PLAINTIFF's County of Current Residence  **NOTE:** include "County" in answer. | [??] |
| PStateCurrent | PLAINTIFF's State of Current Residence? | [??] |
| DecStateInjury | DECEDENT's State of Injury? | [??] |
| DecCountyInjury | DECEDENT's County of Injury? | [??] |
| DecCounty | DECEDENT's County of Residence at death? | [??] |
| DecStateofDeath | DECEDENT's State of Residence at death? | [??] |
| DecDeathSame | Was the DECEDENT a Resident of the Same County & State at the time of his/her death? | [??] |
| **INJURY DETAILS** | | |

| InjuryType | Select all the injuries that apply. | ☐ bruising<br>☐ ecchymosis<br>☐ epistaxis<br>☐ exsanguination<br>☐ external bleeding<br>☐ gastrointestinal bleeding<br>☐ hematemesis<br>☐ hematochezia<br>☐ a hematoma<br>☐ hematuria<br>☐ hemopericardium<br>☐ hemoperitoneum<br>☐ hemoptysis<br>☐ hemothorax<br>☐ a hemorrhagic stroke<br>☐ internal bleeding<br>☐ intra-abdominal bleeding<br>☐ an intracranial hemorrhage<br>☐ an intraocular hemorrhage<br>☐ an ischemic stroke<br>☐ kidney bleeding<br>☐ melena<br>☐ menorrhagia<br>☐ a myocardial infarction<br>☐ nosebleeds<br>☐ otorrhagia<br>☐ petechial<br>☐ rectal bleeding<br>☐ respiratory failure<br>☐ retinal bleeding<br>☐ uterine bleeding<br>☐ vaginal bleeding |
| --- | --- | --- |
| InjurySpecDate | Can we identify Approximate Dates for the injuries or is it better to say the injuries occurred generally while taking Xarelto? | [??] |
| InjuryDates | When did the injuries occur? (approximately)<br>**NOTE:** No need to provide dates here if the above answer is "Generally while taking Xarelto." | [??]: [??] |
| InjuryTiming | Were all of P's injuries suffered at the same time? | [??] |

| BloodTrans | Did Decedent require Blood Transfusions? | [??] |
|---|---|---|
| InjuryLossEarn | Did Decedent suffer Loss of Earnings? | [??] |
| DecDOD | Decedent's Date of Death? | [??] |
| **HOSPITALIZATION DETAILS** | | |
| InjuryHospital | Did Decedent visit the Hospital for his/her injuries? | [??] |
| HNumber | Did Decedent receive treatment at 1 hospital or multiple hospitals? | [??] |
| HName | If only 1 hospital, what was its name? | [??] |
| HLocation | If only 1 hospital, where was it located? (ie. Chicago, Illinois) | [??] |
| **TYPE OF CLAIMS** | | |
| InjuryLossCon | Are we pursuing Loss of Consortium? | [??] |
| WD | Are we pursuing Wrongful Death? | [??] |
| **FILING ATTORNEY INFO** | | |
| FilingAttnySig | Who is the filing attorney for this complaint? | [??] |
| CivilActionNo | **WHAT IS THE CIVIL ACTION NUMBER?**<br><br>**\*\*\*DO NOT FORGET TO ADD CIVIL ACTION NUMBER TO QUESTIONNAIRE BEFORE RUNNING "FILL".** | [??] |