VIRGINIA: IN THE VIRGINIA BEACH CIRCUIT COURT CLERK'S OFFICE

# CERTIFICATE/LETTER OF QUALIFICATION FOR SMALL ASSET ESTATE

I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on MARCH 14, 2017

**DEBRA MANDIGO**

duly qualified in this Office under applicable provision of law as ADMINISTRATRIX of the Estate of

**ROGER JAY MANDIGO, DECEASED**

Bond $ 5,000.00 without surety - none required by Va. Code § 64.2-1411

The powers of the fiduciary(ies) named above continue in full force and effect

The maximum amount of estate assets that may be collected pursuant to this certificate shall not exceed $25,000.00

ANY PERSON MY PAY OR DELIVER TO THE FIDUCIARY NAMED IN THIS CERTIFICATE ANY ASSET, BELONGING, OWED, OR DISTRIBUTABLE  TO THE SPECIFIED DECEASED PERSON, INCAPACITATED WARD, OR MINOR HAVING A VALUE, ON THE DATE OF PAYMENT OR DELIVERY, OF NO MORE THAN $25,000.00.

This certificate may only be used once and is not effective if it does not have an impression seal of the court clerk.  Photocopies of this certificate are not effective.  The payor shall retain possession of this certificate.

TINA E. SINNEN, CLERK

DATE:  March 14, 2017

By: _____
Deputy Clerk

revised 7/15