UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) ) Civil Action No: 2:17-cv-4720 ) |

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:
ROGER MANDIGO o/b/o
His deceased wife, Debra Mandigo v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-4720

**ORDER**

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Debra Mandigo, on behalf of her deceased husband, Roger Mandigo, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2017.

_____
Eldon K. Fallon, United States District Court Juge