# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No: 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Judi Munden, Individually and as Administrator of the Estate of Lillie M. Smith, Decedent v. Janssen Research & Development, LLC, et al., 16-17764*

## SECOND MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW the Plaintiff, by and through the undersigned counsel, and respectfully moves this Court for an extension of time to satisfy the Plaintiff Fact Sheet Deficiency Deadline to July 24, 2017. The deadline is presently set for June 23, 2017.

In support of their motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. Specifically, Plaintiff's counsel is in the process of attempting to locate and make contact with Plaintiff in order to complete the Plaintiff Fact Sheet and obtain a signed verification page.

This is Plaintiff's second motion requesting an extension of time. An extension of time is not sought for delay but so that justice may be served.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Plaintiff Fact Sheet Deficiency Deadline until July 24, 2017.

Dated: June 22, 2017

                                              Respectfully submitted,

                                              /s/ *Christopher L. Schnieders*
                                              Christopher L. Schnieders, MO 57725
                                              Wagstaff & Cartmell, LLP
                                              4740 Grand Avenue, Suite 300
                                              Missouri City, MO  64112
                                              Phone: (816) 701-1100
                                              Fax:  (816) 531-2372
                                              cschnieders@wcllp.com
                                              **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      This is the 22nd day of June, 2017.

                                              */s/ Christopher L. Schnieders*
                                              **Attorney for Plaintiff**