**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No: 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Judi Munden, Individually and as Administrator of the Estate of Lillie M. Smith, Decedent v. Janssen Research & Development, LLC, et al., 16-17764*

**MEMORANDUM IN SUPPORT OF SECOND MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES**

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Second Motion for Extension of Time to Satisfy and alleged Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

1. The plaintiff filed the above captioned proceeding on December 23, 2016.

2. The plaintiff's initial 90 day fact sheet period was therefore set for March 23, 2017.

3. Defense counsel served plaintiff's counsel with a deficiency notice on May 4, 2017. The deadline to cure the alleged deficiencies is May 24, 2017.

4. Plaintiff filed her first Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies on May 25, 2017. The Court entered an Order on June 19, 2017, granting Plaintiff an extension until June 23, 2107.

5. Plaintiff's counsel has been attempting to locate Plaintiff in order to complete the Plaintiff Fact Sheet and obtain a signed verification page; however Plaintiff's counsel needs additional time to locate and make contact with Plaintiff.

6. Plaintiff is not requesting an extension for purposes of delay but so that justice may be served, and will file plaintiff's information once it is received.

**WHEREFORE,** Plaintiff's counsel requests an extension of the deadline for satisfying deficiencies in plaintiff's amended fact sheet submission to July 24, 2017.

Dated: June 22, 2017

        Respectfully submitted,

        /s/ *Christopher L. Schnieders*
        Christopher L. Schnieders, MO 57725
        Wagstaff & Cartmell, LLP
        4740 Grand Avenue, Suite 300
        Missouri City, MO 64112
        Phone: (816) 701-1100
        Fax: (816) 531-2372
        cschnieders@wcllp.com
        **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    This is the 22nd day of June, 2017.

        */s/ Christopher L. Schnieders*
        **Attorney for Plaintiff**