**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Judi Munden, Individually and as Administrator of the Estate of Lillie M. Smith, Decedent v. Janssen Research & Development, LLC, et al., 16-17764*

### ORDER

THIS MATTER, having come before the Court, is Plaintiff's Second Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Second Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies is hereby GRANTED. The deadline to satisfy the alleged Plaintiff Face Sheet Deficiency is now July 24, 2017.

New Orleans, Louisiana this ___ day of _____, 20__.

                                                          _____
                                                          Honorable Eldon E. Fallon
                                                          U.S. District Court Judge