## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   *   MDL No. 2592
PRODUCTS LIABILITY LITIGATION   *
                                *   SECTION L
                                *   JUDGE ELDON E. FALLON
                                *   MAGISTRATE JUDGE NORTH

**************************************

THIS DOCUMENT RELATES TO**:**
*Billy Massey v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:16-cv-15810-EEF-MBN*

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Billy Massey, which occurred December 6, 2016. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Billy Massey's estate.

Dated: June 23, 2017

Respectfully submitted,

 */s/ Anthony D. Irpino*
ANTHONY D. IRPINO (#24727)
LOUISE C. HIGGINS (#31780)
KACIE F. GRAY (#36476)
Irpino, Avin & Hawkins Law Firm
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
kgray@irpinolaw.com

*ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: June 23, 2017

                                                                                     /s/ **Anthony D. Irpino**
                                                                                        Anthony D. Irpino