MINUTE ENTRY
FALLON, J.
JUNE 22, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
    William Henry v. Janssen et al.
    Case No. 2:15-cv-00224

The parties reported to the Court that they continue to discuss the potential dismissal of certain defendants named in the third bellwether trial (Mingo) and therefore request that the Court extend the briefing deadline of June 21, 2017 (Rec. Doc. 6747) for the dispositive motions relating to these entities in that case. The Court agreed to the extension of the briefing deadline to June 28, 2017, for the dispositive motions relating to these entities in the Mingo case. The opposition brief deadline is July 13, 2017, and the hearing date remains on July 21, 2017.