AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| Victor Rivera | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:15-cv-01514 |
| Janssen Research & Development, LLC, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Victor Rivera.

Date: 06/23/2017

s/Derek Potts
*Attorney's signature*

Derek Potts; TX 24073727
*Printed name and bar number*

3737 Buffalo Speedway, Suite 1900
Houston, TX 77098
*Address*

dpotts@potts-law.com
*E-mail address*

(713) 963-8881
*Telephone number*

(713) 583-5388
*FAX number*