UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Mingo v. Janssen Research & Development, LLC, et al.*; Case No. 2:15-cv-03367 | * * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

# **O R D E R**

Considering the Motion for Leave to File Plaintiffs' Motion to Compel the Videotaped Deposition Testimony of Dr. Anthoine Lensing, Under Seal, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Motion to Compel the Videotaped Deposition Testimony of Dr. Anthoine Lensing be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge