UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Mingo v. Janssen Research* | * | JUDGE ELDON E. FALLON |
| *& Development, LLC, et al.*; | * | |
| Case No. 2:15-cv-03367 | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION TO COMPEL THE VIDEOTAPED
DEPOSITION TESTIMONY OF DR. ANTHOINE LENSING**

# FILED UNDER SEAL IN ITS ENTIRETY