UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| ***Mingo v. Janssen Research*** | * | JUDGE ELDON E. FALLON |
| ***& Development, LLC, et al.;*** | * | |
| **Case No. 2:15-cv-03367** | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR EXPEDITED HEARING ON
PLAINTIFFS' MOTION TO COMPEL THE VIDEOTAPED
<u>DEPOSITION TESTIMONY OF DR. ANTHOINE LENSING,</u>**

NOW COME Plaintiffs who respectfully submit that on June 23, 2017, the Plaintiffs'

Motion to Compel the Videotaped Deposition Testimony of Dr. Anthoine Lensing was filed

UNDER SEAL [Rec. Doc. 6929]. Plaintiffs desire and request expedited consideration of this

motion due to the quickly approaching trial date and deadlines. The third bellwether trial of Dora

Mingo is scheduled to commence in Jackson, Mississippi, on August 7, 2017. This trial is different

from the prior two bellwether trials, *Boudreaux* and *Orr*, as the Mingo trial is the first trial based

on the VTE indication. The *Boudreaux* and *Orr* cases focused on evidence concerning

Defendants' conduct relating to Xarelto's atrial fibrillation indication, which was supported by the

pivotal Rocket AF study. However, the *Mingo* case addresses the VTE indication which adds an

additional lay of evidence because it was supported by the Einstein studies. Discovery related

specifically to the Einstein studies is necessary to prepare the *Mingo* case for trial. Accordingly,

Plaintiffs request that the Motion to Compel the Videotaped Deposition Testimony of Dr. Anthoine

Lensing be set for hearing on June 28, 2017, or, alternatively, that the Court set an expedited

hearing at the first available time so that if the Motion to Compel is granted, there will be adequate

time within which to schedule and take videotaped deposition testimony of Dr. Anthoine Lensing

prior to trial.  Indeed, the Plaintiffs' preference is to conclude the deposition prior to July 21, 2017 -- only four weeks from now.

WHEREFORE, movers pray that this motion be GRANTED and that Plaintiffs' Motion to Compel the Videotaped Deposition Testimony of Dr. Anthoine Lensing be set for hearing on June 28, 2017, or, alternatively, that the Court set an expedited hearing at the first available time so that if the Motion to Compel is granted, there will be adequate time within which to schedule and take videotaped deposition testimony of Dr. Anthoine Lensing prior to trial.

Dated: June 23, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
*HERMAN, HERMAN & KATZ, LLC*
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com


Gerald E. Meunier (Bar No. 9471)
*GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC*
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 23, 2017, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**