UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Mingo v. Janssen Research & Development, LLC, et al.*; Case No. 2:15-cv-03367 | * * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Expedited Hearing on Plaintiffs Motion to Compel the Videotaped Deposition Testimony of Dr. Anthoine Lensing;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Plaintiffs' Motion to Compel the Videotaped Deposition Testimony of Dr. Anthoine Lensing be and is hereby set for hearing on the ____ day of _____, 2017.

IT IS FURTHER ORDERED BY THE COURT that all responses to the motion be filed on or before the ___ day of _____, 2017.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge