L. Paul Mankin, IV (SBN 264038)
**THE LAW OFFICE OF PAUL MANKIN**
4655 Cass St., Ste. 112
San Diego, CA 92109
800-219-3577
Fax: 323-207-3885

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EMMA COTTON, | Case No. 2:17-cv-00465-EEF-MBN |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| **JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON AND JOHNSON; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JANSSEN ORTHO LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG, f/k/a BAYER SCHERING PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; BAYER AG;** and DOES 1 through 10, inclusive, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby voluntarily dismisses Plaintiff Emma

NOTICE OF DISMISSAL
-1-

Cotton's individual claims without prejudice under case number 2:17-cv-00465-EEF-MBN.  Each party shall bear their own attorney's fees and costs.

Respectfully submitted this 23rd day of June 2017,

By: /s/L. Paul Mankin
L. Paul Mankin
The Law Office of L. Paul Mankin IV
Attorney for Plaintiff

1
2  Filed electronically on this 23rd day of June 2017, with:
3
4  United States District Court CM/ECF system
5  Notification sent electronically via the Court's ECF system to:
6  Honorable Eldon E. Fallon
7  United States District Court
   Eastern District of Louisiana
8
9  This 23rd day of June 2017.
10
11 /s/L. Paul Mankin
   L. Paul Mankin
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF DISMISSAL**