UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| *Dora Mingo v. Janssen et al.* | * | |
| Case No. 2:15-cv-03469 | * | MAG. JUDGE NORTH |
| | * | |
| *William Henry v. Janssen et al.* | * | |
| Case No.  2:15-cv-00224 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO SET HEARING ON
PLAINTIFFS' MOTION TO PRECLUDE SPECULATIVE TESTIMONY
FROM SEVEN DEFENSE EXPERTS ABOUT POTENTIAL OUTCOMES
FROM OTHER ANTICOAGULANTS [REC. DOC. 5517]**

NOW COME Plaintiffs who respectfully request that Plaintiffs' Motion to Preclude Speculative Testimony From Seven Defense Experts About Potential Outcomes From Other Anticoagulants [Rec. Doc. 5517] be set for hearing on July 21, 2017.  On June 20, 2017, the Court entered a Minute Entry [Rec. Doc. 6903] setting various motions for hearing in the *Mingo* case on July 21, 2017, and Plaintiffs request that that their Motion to Preclude Speculative Testimony From Seven Defense Experts About Potential Outcomes From Other Anticoagulants [Rec. Doc. 5517] be set for hearing with the other set motions.

WHEREFORE movers pray that this motion be GRANTED and that Plaintiffs' Motion to Preclude Speculative Testimony From Seven Defense Experts About Potential Outcomes From Other Anticoagulants [Rec. Doc. 5517] be set for hearing on July 21, 2017.

Respectfully submitted,

Dated:  June 26, 2017

/s/ Leonard A. Davis
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA  70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 26, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

 /s/ Leonard A. Davis
**LEONARD A. DAVIS**