UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)          *          MDL 2592
PRODUCTS LIABILITY LITIGATION          *
                                       *          SECTION L
THIS DOCUMENT RELATES TO:              *
                                       *          JUDGE ELDON E. FALLON
*Dora Mingo v. Janssen et al.*         *
*Case No. 2:15-cv-03469*               *          MAG. JUDGE NORTH
                                       *
*William Henry v. Janssen et al.*      *
*Case No.  2:15-cv-00224*              *
                                       *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the Motion to Set Hearing On Plaintiffs' Motion to Preclude Speculative Testimony From Seven Defense Experts About Potential Outcomes From Other Anticoagulants [Rec. Doc. 5517];

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Motion to Preclude Speculative Testimony From Seven Defense Experts About Potential Outcomes From Other Anticoagulants [Rec. Doc. 5517] be and is hereby set for hearing on July 21, 2017 at 9:00 o'clock a.m.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge