UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

HARRY SHERMAN
Civil Action No.: 2:17-cv-03453

### MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Harry Sherman, in the above referenced civil action, and by and through his undersigned counsel of record hereby files this Motion to Withdraw Plaintiff's Motion for Voluntary Dismissal without Prejudice (Doc. 6580), filed on May 23, 2017.

Dated: June 26, 2017

                                                      Respectfully submitted,

                                                      KENNEDY HODGES, LLP

                                                      By: /s/ Donald C. Green II
                                                      David W. Hodges
                                                      Gabriel A. Assaad
                                                      Donald C. Green II
                                                      4409 Montrose Blvd., Ste. 200
                                                      Houston, TX 77006
                                                     Telephone: (713) 523-0001
                                                     Facsimile: (713) 523-1116

                                                     ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that that on June 26, 2017, a copy of the foregoing Notice has contemporaneously been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Donald C. Green II
Donald C. Green II
