UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592**<br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

**HARRY SHERMAN**
**Civil Action No.: 2:17-cv-03453**

## ORDER

    IT IS ORDERED that Plaintiff's Motion to Withdraw his Motion for Voluntary Dismissal without Prejudice is hereby GRANTED.

  Signed, this _____ day of_____ , 2017

_____
Hon. Eldon E. Fallon
U.S. District Court Judge