UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Dora Mingo v. Janssen et al.* Case No. 2:15-cv-03469 | * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| *William Henry v. Janssen et al.* Case No.  2:15-cv-00224 | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the Motion to Set Hearing On Plaintiffs' Motion to Preclude Speculative Testimony From Seven Defense Experts About Potential Outcomes From Other Anticoagulants [Rec. Doc. 5517];

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Motion to Preclude Speculative Testimony From Seven Defense Experts About Potential Outcomes From Other Anticoagulants [Rec. Doc. 5517] be and is hereby set for hearing on July 21, 2017 at 9:00 o'clock a.m.

New Orleans, Louisiana, this 26th day of _____June_____, 2017.

_____
Eldon E. Fallon
United States District Court Judge