UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) <br> ) MDL NO. 2592 <br> ) <br> ) SECTION:  L <br> ) JUDGE FALLON <br> ) MAG. JUDGE NORTH <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) Civil Action No:  2:17-cv-4438 <br> ) |

THIS DOCUMENT RELATES TO:
ANDREA J. NOURYEH o/b/o
Her deceased husband, Christopher Nouryeh v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-4438

## ORDER

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Andrea J. Nouryeh, on behalf of her deceased husband, Christopher Nouryeh, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this 26th day of June, 2017.

_____
Eldon E. Fallon
United States District Judge