UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) ) Civil Action No: 2:17-cv-4720 ) |

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:
ROGER MANDIGO o/b/o
His deceased wife, Debra Mandigo v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-4720

**ORDER**

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Debra Mandigo, on behalf of her deceased husband, Roger Mandigo, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this 26th day of June, 2017.

_____
Eldon E. Fallon
United States District Judge