IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** | | **MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL** |

CARMEN DOBARD INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF SHARON FABELA, AND ODON FABELA, TERESA DAVILA, DAVID FABELA AND DAMON FABELA
Civil Action No. 2:17-cv-05518-EEF-MBN

# O R D E R

Now pending before the court is a Motion to Withdraw and Substitute Counsel of Record filed herein on June 26, 2017. Upon consideration of said motion, it is hereby ORDERED that this motion is GRANTED.

It is **ORDERED** that attorney Charles S. Siegel is allowed to withdraw as counsel and that attorney Sally R. Bage be substituted in his place.

The Clerk is instructed to substitute Sally R. Bage as counsel in place of Charles S. Siegel, in the matter referenced above.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED: June 26, 2017

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1

APPROVED AND ENTRY REQUESTED:

/s/ Sally R. Bage
Attorneys for Plaintiffs
TX Bar No. 24098961
Waters & Kraus, LLP
3141 Hood Street, Suite 700
Dallas, Texas 75219
Telephone:  (214) 357-6244
Facsimile:  (214) 357-7252
Email: *sbage@waterskraus.com*

AND

/s/ Charles S. Siegel
Attorneys for Plaintiffs
TX Bar No. 18341875
PA Bar No. 310882
Waters & Kraus, LLP
3141 Hood Street, Suite 700
Dallas, Texas 75219
Telephone:  (214) 357-6244
Facsimile:  (214) 357-7252
Email: siegel@waterskraus.com