UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) } | MDL No. 2592 |
| } | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L |
| } | JUDGE FALLON |
| } | MAG. JUDGE NORTH |
| } | |

This Document relates to:

*Laura Banks vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:15-cv-03812

**RESPONSE TO ORDER TO SHOW CAUSE REGARDING**
**PLAINTIFF FACT SHEET DEFICIENCIES  SCHEDULD FOR 06-28-17**

**MAY IT PLEASE THE COURT:**

This Court issued an Order to Show Cause scheduled for June 28, 2017 at 9:30 a.m. as to why certain actions, including the above-captioned action should not be dismissed due to alleged deficiencies in the Plaintiff's Fact Sheet.   The undersigned counsel responds to that order as follows:

1.	The defendant has alleged that the Plaintiff's Fact Sheet is supposedly deficient due to "Medical records provided do not demonstrate alleged injury."

2.	The Plaintiff previously served a Plaintiff Fact Sheet on November 28, 2016, and uploaded plaintiff's Medical Records and Pharmacy Records showing both Xarelto usage and treatment for injuries resulting from Xarelto.

3.	In response to the alleged deficiency, on April 18, 2017, plaintiff filed an Amended Plaintiff's Fact Sheet, and had previously uploaded the plaintiff's pharmacy / medical records demonstrating both Xarelto usage and plaintiff's medical treatment.  However, other than

the treatment information contained in the medical records provided the plaintiff's counsel has not been provided with additional demonstration of injury by the plaintiff.

4.     Accordingly, in the event that the Court chooses to dismiss this plaintiff's claim, it is respectfully requested that he dismissal be without prejudice.

**WHEREFORE**, it is respectfully requested that this Court deny defendant's motion to dismiss the plaintiff's action or in the alternative that any dismissal be without prejudice.

Date:  June 27, 2017

                                                  Respectfully Submitted,

THE SCHLEMMER FIRM, LLC

By:   /S/Paul N. Schlemmer
Paul N. Schlemmer (NY2895415)
Attorney for Plaintiff
830 Third Avenue, 5th Floor
New York, New York 10022
(212) 390-8030
email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 27th day of June 2017.

THE SCHLEMMER FIRM, LLC

BY: /S/ Paul N. Schlemmer
Paul N. Schlemmer (NY2895415)
Attorney for Plaintiff
830 Third Avenue, 5th Floor
New York, New York 10022
(212) 390-8030
email: paul@schlemmerfirm.com