UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

*Terrance Hooks vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:16-cv-15943

### RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFF FACT SHEET DEFICIENCIES SCHEDULD FOR 06-28-17

**MAY IT PLEASE THE COURT:**

This Court issued an Order to Show Cause scheduled for June 28, 2017 at 9:30 a.m. as to why certain actions, including the above-captioned action should not be dismissed due to alleged plaintiff having failed to provide a Plaintiff's Fact Sheet. The undersigned counsel responds to that order as follows:

1. Plaintiff's counsel's has made multiple attempts to obtain a completed Plaintiff Fact Sheet from plaintiff Terrance Hooks. However, plaintiff's counsel has not received any response to our attempts to contact Mr. Hooks.

2. Accordingly, in the event that the Court chooses to dismiss this plaintiff's claim, it is respectfully requested that he dismissal be without prejudice.

**WHEREFORE**, it is respectfully requested that this Court deny defendant's motion to dismiss the plaintiff's action or in the alternative that any dismissal be without prejudice.

Date:  June 27, 2017

                           Respectfully Submitted,

                           THE SCHLEMMER FIRM, LLC

                           By:  /S/Paul N. Schlemmer
                           Paul N. Schlemmer (NY2895415)
                           Attorney for Plaintiff
                           830 Third Avenue, 5th Floor
                           New York, New York 10022
                           (212) 390-8030
                           email: paul@schlemmerfirm.com


## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 27th day of June 2017.

                           THE SCHLEMMER FIRM, LLC

                           BY: /S/ Paul N. Schlemmer
                           Paul N. Schlemmer (NY2895415)
                           Attorney for Plaintiff
                           830 Third Avenue, 5th Floor
                           New York, New York 10022
                           (212) 390-8030
                           email: paul@schlemmerfirm.com