UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |

## CASE MANAGEMENT ORDER NO. 2H

The parties have requested that the Court amend Case Management Order (CMO) No. 2G (Rec. Doc. 6600) as it relates to the schedules for the Fourth (Henry) Bellwether Trial:

In consideration of the parties' request,

**IT IS ORDERED:**

A. Paragraph 9d of CMO No. 2G is amended as follows:

9. **Briefing Schedule for Dispositive and *Daubert* Motions Regarding the Bellwether Trials**.

   d. **Briefing Schedule for Dispositive and *Daubert* Motions Regarding the Fourth (Henry) Bellwether Trial**:

   i. **Motions and Briefs**: September 21, 2017

   ii. **Response in Opposition Briefs**: TBA

   iii. **Reply Briefs**: TBA

   iv. **Hearing and Argument (if necessary)**: TBD

B. The parties shall confer and provide the Court, before September 21, 2017, with the schedule for Opposition Briefs, Reply Briefs and the Hearing and Argument Date.

1

C. All other provisions of CMO No. 2G other than those amended herein or previously amended shall remain unchanged and in full force and effect.

NEW ORLEANS, LOUISIANA, this 28th day of June, 2017.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted:

*HERMAN, HERMAN & KATZ, LLC*

/s/ *Leonard A. Davis*
Leonard A. Davis (Bar No. 14190)
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
ldavis@hhklawfirm.com
*Co-Plaintiffs' Liaison Counsel*

*GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC*

/s/ *Gerald E. Meunier*
Gerald E. Meunier (Bar No. 9471)
gmeunier@gainsben.com
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: (504) 522-2304
*Co-Plaintiffs' Liaison Counsel*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ *Andrew Solow*
Andrew Solow
Steve Glickstein
William Hoffman
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8485
sglickstein@akps.com

*Counsel for Defendants Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG*

**DRINKER BIDDLE & REATH LLP**
*A Delaware Limited Liability Partnership*

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*