# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**HARRY SHERMAN**
**Civil Action No.: 2:17-cv-03453**

## ORDER

  IT IS ORDERED that Plaintiff's Motion to Withdraw his Motion for Voluntary Dismissal without Prejudice is hereby GRANTED.

 New Orleans, Louisiana on this 26th day of June, 2017

                _/s/ Eldon E. Fallon_
                Hon. Eldon E. Fallon
                U.S. District Court Judge