MINUTE ENTRY
FALLON, J.
JUNE 26, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
   *Mingo v. Janssen Research & Development, LLC, et al.*
   **Case No. 2:15-cv-03367 (Rec. Docs. 6929 and 6930)**

   A telephone status conference was held on this date from the Chambers of the Honorable Eldon E. Fallon. The Plaintiffs were represented by Lenny Davis, Roger Denton, Andy Birchfield, Fred Longer, and Brian Barr. The Defendants were represented by John Olinde, Susan Sharko, Steve Glickstein, and Andy Solow. The parties discussed the status of the case and deposition matters involving Dr. Anthonie Lensing.

   Another telephone status conference to discuss this matter is hereby scheduled for **Friday, June 30, 2017** at **1:30 p.m**. To access the conference, please dial (877) 336-1839 (access code: 4227405 / security code: 063017).

JS10: 00:15