MINUTE ENTRY
FALLON, J.
JUNE 28, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
  Dora Mingo v. Janssen Research & Development, LLC, et al.;
  Case No. 2:15-cv-03367

A status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon.  The Plaintiffs were represented by Lenny Davis and Brian Barr.  The Defendants were represented by Susan Sharko and Steve Glickstein. The parties discussed the status of the case.

Defendants agreed to withdraw Dr. Richard Friedman as a witness in the upcoming *Mingo* trial.  Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Preclude Certain Testimony from Richard Friedman, M.D. is **DISMISSED AS MOOT**.