UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

See attached Schedule of Cases

## EX PARTE MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Anna K. Higgins and moves to withdraw as counsel for Plaintiffs identified in the attached Schedule of Cases. In support of this motion, movant states as follows:

1. Ms. Higgins is leaving the employment of The Whitehead Law Firm, L.L.C. effective July 31, 2017.

2. Plaintiffs will continue to be represented by C. Mark Whitehead III and The Whitehead Law Firm, L.L.C.

WHEREFORE, movant, Anna K. Higgins, respectfully requests this Court grant her Ex Parte Motion for Leave to Withdraw.

Dated: June 28, 2017

                                              Respectfully Submitted,

                                              */s/ Anna K. Higgins*
                                              Anna K. Higgins #33890
                                              C. Mark Whitehead III #27682
                                              3639 Ambassador Caffery Pkwy.
                                              Suite 303
                                              Lafayette, LA 70503
                                              T: (337) 740-6006
                                              F: (337) 205-7754
                                              anna@whiteheadfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.