## SCHEDULE OF CASES

| Last Name | First Name | Case No. |
| --- | --- | --- |
| Beeby | Charles | 2:15-cv-6825 |
| Boyd | Mikall | 2:16-cv-2383 |
| Brister | Clayton | 2:16-cv-2530 |
| Clayton | Teddi | 2:16-cv-3247 |
| Davis | Hayden | 2:16-cv-00875 |
| Duty | Harry | 2:16-cv-15334 |
| Frazier | Michael | 2:16-cv-15338 |
| Hamilton | Billy | 2:16-cv-1532 |
| Ross | David | 2:17-cv-4904 |
| Hedlund | Pamela | 2:16-cv-2533 |
| Jamison | Curtis | 2:17-cv-4724 |
| Jones | Robyn | 2:15-cv-2865 |
| Kroone | Robert | 2:16-cv-16212 |
| Miller | Peter | 2:16-cv-15714 |
| Norton | Pedro | 2:17-cv-2349 |
| Rucker | Joyce | 2:16-cv-16544 |
| Scott | Genell | 2:16-cv-16545 |
| Singleton | Nelda | 2:16-cv-2535 |
| Springer | Patricia | 2:15-cv-7061 |
| Veltri | Kathleen | 2:16-cv-14802 |
| Wiseman | Lois | 2:16-cv-16224 |
| Wooton | Paul | 2:16-cv-14074 |