UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

See Schedule of Cases attached to Ex Parte Motion to Withdraw

## ORDER

Considering the foregoing Ex Parte Motion for Leave to Withdraw as Counsel of Record with respect to the Plaintiffs listed in the Schedule of Cases attached to the Motion,

**IT IS HEREBY ORDERED** that Anna K. Higgins is withdrawn as attorney of record for said Plaintiffs. The Plaintiffs will continue to be represented by C. Mark Whitehead III and The Whitehead Law Firm, L.L.C.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**JUDGE E. FALLON**