# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) | **MDL NO. 2592** |
| ) | |
| ) | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **JUDGE ELDON E. FALLON** |
| ) | |
| ) | **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| JOYCE POWELL | 2:17-cv-04208 |
|---|---|

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

NOW COMES the Plaintiff, by and through undersigned counsel, and respectfully moves this Honorable Court for an extension of time to submit her Plaintiff Fact Sheet and associated documents (hereinafter, collectively, "PFS"). The deadline to submit her PFS is currently July 1, 2017. Plaintiff requests an additional 60 days, with a new deadline date of August 30, 2017, to provide the required PFS.

In support of her motion, Plaintiff submits the attached Memorandum in Support. In short, Plaintiff's counsel notes:

1) On April 28, 2017, Plaintiff, by and through counsel, filed her complaint with the Court.

2) Soon thereafter, counsel sent the PFS to the client for completion, advising that the PFS must be completed and returned by June 1, 2017.

3) On May 30, 2017, Plaintiff contacted counsel's office. Since then, counsel has been unable to contact Plaintiff.

4)  Counsel requests an extension of time to submit Plaintiff's PFS because Plaintiff's sudden lack of contact raises concerns that Plaintiff may have suddenly fallen ill or had to leave her home.  Counsel submits that extra investigation may be necessary to be able to contact Plaintiff. Efforts to reach the client are continuing.

5)  This is Plaintiff's first Request for Extension of Time with regard to satisfying Plaintiff Fact Sheet requirements.  An extension of time is not sought for delay.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves this Honorable Court for an Extension of the Plaintiff Fact Sheet Deadline until August 30, 2017.

Respectfully submitted,

MARC J. BERN & PARTNERS LLP

By:*/s/ Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiff

Dated: June 29, 2017

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Motion for an Extension of Time to Submit Plaintiff Fact Sheet has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 28th day of June, 2017.

>MARC J. BERN & PARTNERS LLP
>
>By:/s/ *Debra J. Humphrey*
>Debra J. Humphrey (5050448)
>60 East 42nd St., Suite 950
>New York, NY 10165
>(212) 702-5000
>(212) 818-20164 (Fax)
>dhumphrey@bernllp.com
>Counsel for Plaintiff