**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) ) ) | **MDL NO. 2592** |
| | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** ) ) | |
| | **JUDGE ELDON E. FALLON** |
| ) ) | **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| JOYCE POWELL | 2:17-cv-04208 |
|---|---|

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET**

In support of Plaintiff's Motion for Extension of Time to Submit Plaintiff Fact Sheet, Plaintiff states the following:

1) Plaintiff filed the Complaint the above captioned case on April 28, 2017. The Plaintiff Fact Sheet submissions are due by July 1, 2017.

2) Soon thereafter, counsel sent the PFS to the client for completion, advising that the PFS must be completed and returned by June 1, 2017.

3) On May 30, 2017, Plaintiff contacted counsel's office. Since then, counsel has been unable to contact Plaintiff.

4) Counsel requests an extension of time to submit Plaintiff's PFS because Plaintiff's sudden lack of contact raises concerns that she may have suddenly fallen ill or had to leave her home. Counsel submits that extra investigation may be necessary to be able to contact Plaintiff.

5) Counsel requests a 60 day extension to allow counsel to continue working to locate Plaintiff.

6) Plaintiff is not requesting an extension for purposes of delay and will submit the necessary PFS as soon as it is received from Plaintiff.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves this Honorable Court for an extension of the Plaintiff Fact Sheet Deadline until August 30, 2017.

                                              Respectfully submitted,

                                              MARC J. BERN & PARTNERS LLP

                                              By:*/s/ Debra J. Humphrey*
                                              Debra J. Humphrey (5050448)
                                              60 East 42nd St., Suite 950
                                              New York, NY 10165
                                              (212) 702-5000
                                              (212) 818-20164 (Fax)
                                              dhumphrey@bernllp.com
                                              Counsel for Plaintiff

Date: June 29, 2017

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Memorandum in Support of Motion for Extension of Time to Submit Plaintiff Fact Sheet has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 28th day of June, 2017.

                                    MARC J. BERN & PARTNERS LLP

                                    By:*/s/ Debra J. Humphrey*  
                                    Debra J. Humphrey (5050448)  
                                    60 East 42nd St., Suite 950  
                                    New York, NY 10165  
                                    (212) 702-5000  
                                    (212) 818-20164 (Fax)  
                                    dhumphrey@bernllp.com  
                                    Counsel for Plaintiff