# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO** | ) | **MDL NO. 2592** |
| **(RIVAROXABAN)** | ) | |
| | ) | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| JOYCE POWELL | 2:17-cv-04208 |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion for Extension of Time to Submit Plaintiff Fact Sheet to be heard by the Honorable Eldon E. Fallon.

    Respectfully submitted,

    MARC J. BERN & PARTNERS LLP

    By:*/s/ Debra J. Humphrey*
    Debra J. Humphrey (5050448)
    60 East 42nd St., Suite 950
    New York, NY 10165
    (212) 702-5000
    (212) 818-20164 (Fax)
    dhumphrey@bernllp.com
    Counsel for Plaintiff

June 29, 2017

## **CERTIFICATE OF SERVICE**

The foregoing Plaintiff's Notice of Submission of Memorandum in Support of Motion for Extension of Time to Submit Plaintiff Fact Sheet has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 29th day of June, 2017.

        MARC J. BERN & PARTNERS LLP

        By:*/s/ Debra J. Humphrey*
        Debra J. Humphrey (5050448)
        60 East 42nd St., Suite 950
        New York, NY 10165
        (212) 702-5000
        (212) 818-20164 (Fax)
        dhumphrey@bernllp.com
        Counsel for Plaintiff