**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) ) ) **PRODUCTS LIABILITY LITIGATION** ) ) ) ) | **MDL NO. 2592** **SECTION: L** **JUDGE ELDON E. FALLON** **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| JOYCE POWELL | 2:17-cv-04208 |
|---|---|

## ORDER

This matter came before the Court on Plaintiff's Motion for Extension of Time to Submit Plaintiff Fact Sheet.

After due consideration, this Court hereby GRANTS Plaintiff's Motion for Extension of Time.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff has until August 30, 2017 to satisfy Plaintiff Fact Sheet Deficiencies.

_____ _____
  DATE    JUDGE ELDON E. FALLON