IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) ) ) | **MDL NO. 2592** |
| | ) | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** | ) ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) ) | **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| CHARLES HENSON as Personal Representative of the Estate of ERNESTINE GRINSTEAD, and CHARLES HENSON, individually | 2:17-cv-04203 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET**

NOW COMES the Plaintiff, by and through undersigned counsel, and respectfully moves this Honorable Court for an extension of time to submit her Plaintiff Fact Sheet and associated documents (hereinafter, collectively, "PFS"). The deadline to submit his PFS is currently June 28, 2017. Plaintiff requests an additional 60 days, making the new deadline of August 28, 2017, to provide the required PFS.

In support of his motion, Plaintiff submits the attached Memorandum in Support. In short, Plaintiff's counsel notes:

1) On April 28, 2017, Plaintiff, by and through counsel, filed her complaint with the Court.

2) On May 23, 2017 counsel learned from Plaintiff that decedent Ernestine Grinstead's will named a Kathy Henson as the personal representation of decedent's estate.

3) To date, Counsel has not be able to contact Kathy Henson.

4) Counsel requests an extension of time to submit Plaintiff's PFS to ascertain the correct

Personal Representative.

5) This is Plaintiff's first Request for Extension of Time with regard to satisfying Plaintiff Fact Sheet requirements. An extension of time is not sought for delay.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves this Honorable Court for an Extension of the Plaintiff Fact Sheet Deadline until August 28, 2017.

Respectfully submitted,

MARC J. BERN & PARTNERS LLP

By:*/s/ Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiff

June 29, 2017

## **CERTIFICATE OF SERVICE**

The foregoing Plaintiff's Motion for an Extension of Time to Submit Plaintiff Fact Sheet has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 28th day of June, 2017.

    MARC J. BERN & PARTNERS LLP

    By:*/s/ Debra J. Humphrey*
    Debra J. Humphrey (5050448)
    60 East 42nd St., Suite 950
    New York, NY 10165
    (212) 702-5000
    (212) 818-20164 (Fax)
    dhumphrey@bernllp.com
    Counsel for Plaintiff