# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) ) | MDL NO. 2592 |
| ) | SECTION: L |
| PRODUCTS LIABILITY LITIGATION ) ) | |
| ) | JUDGE ELDON E. FALLON |
| ) ) | JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| CHARLES HENSON as Personal Representative of the Estate of ERNESTINE GRINSTEAD, and CHARLES HENSON, individually | 2:17-cv-04203 |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET**

In support of Plaintiff's Motion for Extension of Time to Submit Plaintiff Fact Sheet, Plaintiff states the following:

1) On April 28, 2017, Plaintiff, by and through counsel, filed his complaint with the Court. Counsel soon thereafter sent the PFS to the client to complete, execute and return.

2) On May 23, 2017, counsel learned from original Representative Plaintiff that he was recently informed that Kathy Henson (daughter of decedent) is to take his place as the designated personal representative of decedent's estate.

3) To date, Counsel has been unable to contact Kathy Henson.

4) Counsel requests an extension of time to submit Plaintiff's PFS after ascertaining the correct Personal Representative.

5) Counsel requests a 60 day extension to permit counsel's ongoing efforts to continue working to locate Kathy Henson and verify that she is in fact now the correct Personal Representative of Ernestine Grinstead's estate.

6) Plaintiff is not requesting an extension for purposes of delay and will submit the necessary PFS as soon as it is received from Plaintiff.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves this Honorable Court for an extension of the Plaintiff Fact Sheet Deadline until August 30, 2017.

Respectfully submitted,

MARC J. BERN & PARTNERS LLP

By:*/s/ Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiff

Date: June 29, 2017