**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO** | ) | **MDL NO. 2592** |
| **(RIVAROXABAN)** | ) | |
| | ) | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| CHARLES HENSON as Personal Representative of the Estate of ERNESTINE GRINSTEAD, and CHARLES HENSON, individually | 2:17-cv-04203 |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion for Extension of Time to Submit Plaintiff Fact Sheet to be heard by the Honorable Eldon E. Fallon.

Respectfully submitted,

MARC J. BERN & PARTNERS LLP

By:*/s/ Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiff

June 29, 2017

## **CERTIFICATE OF SERVICE**

The foregoing Plaintiff's Notice of Submission of Memorandum in Support of Motion for Extension of Time to Submit Plaintiff Fact Sheet has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 29th day of June, 2017.

                                    MARC J. BERN & PARTNERS LLP

                                    By:*/s/ Debra J. Humphrey*
                                    Debra J. Humphrey (5050448)
                                    60 East 42nd St., Suite 950
                                    New York, NY 10165
                                    (212) 702-5000
                                    (212) 818-20164 (Fax)
                                    dhumphrey@bernllp.com
                                    Counsel for Plaintiff