UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION:   L |
| | ) | |
| | ) | JUDGE: ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |

**This document relates to:**
*Wineva Hankamer vs. Janssen Research & Development LLC, et al,*
**Cause No. 2:17-cv-2721-L5-EEF-MBN**

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

      Plaintiffs, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Wineva Hankamer, which occurred on April 27, 2017.

Dated:  June 29, 2017                     Respectfully Submitted,

_____
Kyla Gail Cole
State Bar No. 24033113
Cole | Reichek, PLLC
2911 Turtle Creek Boulevard, Suite 300
Dallas, Texas 75219
214.599.8311 (Telephone)
214.580.9680 (Facsimile)

Matthew R. McCarley
Texas State Bar No. 24041426
Fears | Nachawati Law Firm
4925 Greenville Ave. Suite 715
Dallas, Texas 75206
214-890-0711 (Telephone)
214-890-0712
**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17.

                             _____
                             Kyla Gail Cole