MINUTE ENTRY
FALLON, J.
JUNE 28, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        MDL NO. 2592
    PRODUCTS LIABILITY LITIGATION

                                                              SECTION: L

THIS DOCUMENT RELATES TO:          JUDGE FALLON
Various Cases                              MAGISTRATE JUDGE NORTH

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:    Sindhu Daniel, Esq. for Plaintiffs
                 Chanda Miller, Esq., Susan Sharko, Esq., John Olinde, Esq. and Steve Glickstein, Esq for Defendants
                 Leonard Davis, Esq., for certain Plaintiffs
                 Charles Orr, Esq., by phone, for certain Plaintiffs
                 Samantha Mertz, Esq., by phone, for certain Plaintiffs
                 Eric Jackstadt, Esq., by phone for certain Plaintiffs
                 Joseph Lane, Esq., for Plaintiff Eleanor Dixon
                 Ryan Perdue, Esq., for Plaintiff Judy Goff

**Show Cause Hearing:**

A Show Cause hearing was held this date and there were appearances by multiple counsel, in person and by phone.

The Court issued its rulings as stated on the record. Counsel for the parties will submit orders to the court regarding the Court's rulings on said matters.


JS10:     1:07