**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN)              MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                                          SECTION L

THIS DOCUMENT RELATES TO:                 JUDGE ELDON E. FALLON

                                                          MAGISTRATE NORTH

Dora Mingo, et al. v. Janssen
Research & Development, et al.
Case No. 2:15-cv-03469

## EXHIBIT NO. 1

## TO BAYER DEFENDANTS' MEMORANDUM OF LAW RESPONDING TO PLAINTIFFS' MOTION TO COMPEL THE VIDEOTAPED DEPOSITION OF DR. ANTHONIE LENSING

# FILED UNDER SEAL