**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN)            MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                         SECTION L

THIS DOCUMENT RELATES TO:                JUDGE ELDON E. FALLON

                                         MAGISTRATE NORTH

**Dora Mingo, et al. v. Janssen**
**Research & Development, et al.**
**Case No. 2:15-cv-03469**


**BAYER DEFENDANTS' MEMORANDUM OF LAW RESPONDING TO
PLAINTIFFS' MOTION TO COMPEL THE VIDEOTAPED DEPOSITION
OF DR. ANTHONIE LENSING**


# FILED UNDER SEAL