**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |
| Dora Mingo, et al. v. Janssen Research & Development, et al. Case No. 2:15-cv-03469 | |

# EXHIBIT NO. 1

## TO BAYER DEFENDANTS' MEMORANDUM OF LAW RESPONDING TO PLAINTIFFS' MOTION TO COMPEL THE VIDEOTAPED <u>DEPOSITION OF DR. ANTHONIE LENSING</u>

# FILED UNDER SEAL