# Treatment of venous thromboembolism with rivaroxaban in relation to body weight
## A sub-analysis of the EINSTEIN DVT/PE studies

Marcello Di Nisio[1]; Maria C. Vedovati[2]; Antoni Riera-Mestre[3]; Martin H. Prins[4]; Katharina Mueller[5]; Alexander T. Cohen[6]; Philip S. Wells[7]; Jan Beyer-Westendorf[8]; Paolo Prandoni[9]; Henri Bounameaux[10]; Dagmar Kubitza[5]; Jonas Schneider[5]; Ron Pisters[11]; Jan Fedacko[12]; Ricardo Fontes-Carvalho[13,14]; Anthonie W. A. Lensing[5]

[1]Department of Medical, Oral and Biotechnological Sciences, University „G. D'Annunzio" of Chieti-Pescara, Chieti, Italy; [2]Internal and Cardiovascular Medicine and Stroke Unit, University of Perugia, Italy; [3]Department of Internal Medicine, Hospital Universitari de Bellvitge, IDIBELL, L'Hospitalet de Llobregat, and Faculty of Medicine and Health Sciences, Universitat Internacional de Catalunya, Barcelona, Spain; [4]University Medical Center, Maastricht, The Netherlands; [5]Bayer HealthCare AG, Germany; [6]Department of Haematological Medicine, Guys and St Thomas' Hospitals, King's College Hospital, London, UK; [7]Department of Medicine, University of Ottawa and the Ottawa Hospital Research Institute, Ontario, Canada; [8]University Hospital "Carl-Gustav Carus", Department of Vascular Medicine, Technische Universität Dresden, Germany; [9]Department of Cardiovascular Sciences, Vascular Medicine Unit, University of Padua, Padua, Italy; [10]Division of Angiology and Hemostasis, University Hospitals of Geneva and Faculty of Medicine, Geneva, Switzerland; [11]Department of Cardiology, Maastricht University Medical Centre, Maastricht, The Netherlands; [12]First Department Of Internal Medicine, Pavol Jozef Safarik University and Louis Pasteur University Hospital, Košice, Slovakia; [13]Department of Physiology, Faculty of Medicine, University of Porto, Porto, Portugal; [14]Cardiology Department, Gaia Hospital Center, Gaia, Portugal

**Summary**

The pharmacokinetics of oral rivaroxaban are highly predictable and only affected to a limited extent by bodyweight; therefore, dose adjustments for bodyweight are not required. However, this raises concerns among physicians for potential under- or overdosing. This substudy of the randomised EINSTEIN DVT and EINSTEIN PE trials, which compared rivaroxaban with enoxaparin/vitamin K antagonist (VKA) therapy, aimed to determine the incidence of major bleeding in patients with a low bodyweight and recurrent venous thromboembolism (VTE) in patients with a high bodyweight during rivaroxaban or enoxaparin/VKA therapy. More than 8,000 patients with objectively diagnosed deep-vein thrombosis or pulmonary embolism were included. Adjusted hazard ratios for recurrent VTE and bleeding were calculated using the Cox proportional hazards model. Analyses were performed for both the first 21 days of treatment and the whole treatment period. For rivaroxaban recipients, there was no association between bodyweight or body mass index (BMI) and risk of recurrent VTE ($p_{trend}$=0.87 and 0.62, respectively), major bleeding ($p_{trend}$=0.24 and 0.36, respectively) or clinically relevant bleeding ($p_{trend}$=0.17 and 0.63, respectively). Major bleeding events were numerically lower in rivaroxaban patients across all bodyweight and BMI categories. Hazard ratios for rivaroxaban vs enoxaparin/VKA were similar in all bodyweight and BMI categories, both during the first 21 days and the whole treatment period. The fixed-dose rivaroxaban regimen is not associated with an increased risk of major bleeding or recurrent VTE in patients with either a low or high bodyweight. A high BMI was not associated with an increased risk of recurrent VTE during anticoagulation.

**Keywords**

Body mass index, bodyweight, rivaroxaban, venous thromboembolism

Correspondence to:
Marcello Di Nisio
Department of Medical, Oral and Biotechnological Sciences
University "G. D'Annunzio" of Chieti-Pescara, Chieti, Italy
E-mail: mdinisio@unich.it

Note: This study was presented at the 25th Congress of the International Society on Thrombosis and Haemostasis; June, 2015, Toronto, Canada.
Trial registration: EINSTEIN DVT (NCT00440193), EINSTEIN PE (NCT00439777).

Received: February 3, 20016
Accepted after major revision: June 17, 2016
Epub ahead of print: August 18, 2016
http://dx.doi.org/10.1160/TH16-02-0087
Thromb Haemost 2016; 116: 739–746

## Introduction

The oral factor Xa inhibitor rivaroxaban is one of the non-vitamin K antagonist oral anticoagulants recently introduced for the treatment of acute venous thromboembolism (VTE) using a fixed-dose regimen that does not require dose adjustments or routine coagulation monitoring (1, 2). This fixed-dose regimen is based on predictable pharmacokinetics (i. e. exposure and peak plasma concentrations) in subjects with a wide range of characteristics, and the limited effects of conditions that could potentially alter its anticoagulant activity, such as advanced age, renal impairment and low or high bodyweight (2–9).

The limited effect of bodyweight on the pharmacokinetics of rivaroxaban can be explained by the low distribution volume of the drug (5–7). Rivaroxaban is highly bound to plasma proteins (~90 %), and has moderate tissue affinity with no irreversible binding to any specific organs (6–9). As a consequence, the distribution of rivaroxaban is limited mainly to the vascular bed, the volume of which increases far less than proportional with increasing bodyweight (10).

Downloaded from www.thrombosis-online.com on 2016-09-29 | ID: 1000517822 | IP: 159.178.205.26
For personal or educational use only. No other uses without permission. All rights reserved.

Case 2:14-md-02592-EEF-MBN   Document 6970-3   Filed 06/30/17   Page 2 of 8

However, use of a fixed-dose rivaroxaban regimen in all patients with VTE may challenge the intuition of physicians, who often assume an increased potential for bleeding in patients with a low bodyweight and recurrent venous thromboembolic complications in those with a high bodyweight (11, 12).

Therefore, we explored the risk of major bleeding and recurrent VTE relative to bodyweight in over 8,000 patients who participated in the EINSTEIN DVT and EINSTEIN PE studies (12–14). Patients received either fixed-dose rivaroxaban without any dose adjustments, or bodyweight-adjusted low molecular weight heparin followed by vitamin K antagonist (VKA). Patients with extreme bodyweights were not excluded. Because of the recent emergence of obesity as a significant risk factor for a first VTE (15–35), we also explored the effects of body mass index (BMI) on recurrent VTE.

## Methods

The EINSTEIN DVT and EINSTEIN PE studies were open-label, randomised, event-driven, non-inferiority studies that compared fixed-dose oral rivaroxaban alone (15 mg twice daily for 21 days, followed by 20 mg once daily) with bodyweight-adjusted subcutaneous enoxaparin followed by a VKA (either warfarin or acenocoumarol; target international normalised ratio 2.0–3.0) for three, six or 12 months in patients with acute symptomatic deep-vein thrombosis (DVT) and/or pulmonary embolism (PE) (12, 13). The studies were conducted in 39 countries at 336 hospital-based sites.

Exclusion criteria for both studies were: another indication for a VKA; a calculated creatinine clearance <30 ml/minute (min); clinically significant liver disease or an alanine aminotransferase level >3 times the upper limit of normal; bacterial endocarditis; active bleeding or a high risk of bleeding contraindicating anticoagulant treatment; systolic blood pressure >180 mmHg or diastolic blood pressure >110 mm Hg; childbearing potential without proper contraceptive measures, pregnancy or breastfeeding; concomitant use of strong cytochrome P450 3A4 inhibitors or inducers; participation in another experimental pharmacotherapeutic program within 30 days before screening; and a life expectancy of <3 months.

### Study outcomes

Patients were followed for the intended treatment period and assessed at fixed intervals that were identical in the two treatment

Table 1: Baseline characteristics of the study participants according to bodyweight.

| | Bodyweight | | | Bodyweight quartiles | | | |
|---|---|---|---|---|---|---|---|
| | ≤50 kg | >50 to <100 kg | ≥100 kg | <25 % | 25 % to <median | median to <75 % | ≥75 % |
| N | 167 | 6,711 | 1,393 | 1,993 | 1,828 | 2,350 | 2,100 |
| Age, median (range) | 58 (18–93) | 60 (18–97) | 53 (18–92) | 60 (18–95) | 61 (18–97) | 60 (18–95) | 54 (18–92) |
| Males, n (%) | 18 (10.8) | 3,490 (52.0) | 1,002 (71.9) | 474 (23.8) | 961 (52.6) | 1,564 (66.6) | 1,511 (72.0) |
| Creatinine clearance, ml/min, % <br> <30 <br> 30–50 <br> 50–<80 <br> ≥80 <br> Missing | <br>4.2<br>28.7<br>35.3<br>30.5<br>1.3 | <br>0.2<br>8.6<br>28.1<br>62.4<br>0.7 | <br>0<br>0.4<br>5.7<br>93.1<br>0.8 | <br>0.7<br>18.0<br>36.0<br>44.5<br>0.8 | <br>0.3<br>8.6<br>32.4<br>58.0<br>0.7 | <br>0.1<br>4.1<br>23.2<br>72.0<br>0.6 | <br>0<br>0.9<br>7.9<br>90.3<br>0.9 |
| Index event. % <br> DVT <br> PE + DVT <br> PE <br> No confirmed index event | <br>50.3<br>9.0<br>38.9<br>1.8 | <br>40.7<br>14.3<br>43.9<br>1.1 | <br>40.6<br>17.0<br>41.9<br>0.5 | <br>43.7<br>10.7<br>44.1<br>1.5 | <br>40.6<br>14.1<br>44.5<br>0.8 | <br>38.9<br>16.8<br>43.5<br>0.8 | <br>40.9<br>16.4<br>41.9<br>0.8 |
| Unprovoked VTE, % | 51.5 | 62.9 | 67.6 | 56.2 | 64.6 | 65.6 | 67.0 |
| Known thrombophia, n (%) | 9 (5.4) | 382 (5.7) | 91 (6.5) | 101 (5.1) | 105 (5.7) | 140 (6.0) | 136 (6.5) |
| Treatment duration, days, median (range) <br> Rivaroxaban <br> Enoxaparin/VKA | <br>181 (1–359)<br>180 (1–359) | <br>183 (1–359)<br>182 (1–359) | <br>184 (1–359)<br>183 (1–359) | <br>182 (1–359)<br>181 (1–359) | <br>183 (1–359)<br>182 (1–359) | <br>183 (1–359)<br>182 (1–359) | <br>183 (1–359)<br>183 (1–359) |
| Proportion of patients with INR, % <br> >3.0 <br> <2.0 <br> 2.0–3.0 | <br>25.6<br>24.4<br>50.0 | <br>19.8<br>17.3<br>62.9 | <br>15.7<br>19.1<br>65.2 | <br>22.4<br>17.4<br>60.3 | <br>20.6<br>16.4<br>63.0 | <br>18.1<br>18.5<br>63.4 | <br>16.3<br>18.6<br>65.1 |
| DVT = deep-vein thrombosis; INR = international normalised ratio; PE = pulmonary embolism; VKA = vitamin K antagonist; VTE = venous thromboembolism. | | | | | | | |

Downloaded from www.thrombosis-online.com on 2016-09-29 | ID: 1000517822 | IP: 159.178.205.26
For personal or educational use only. No other uses without permission. All rights reserved.

Case 2:14-md-02592-EEF-MBN   Document 6970-3   Filed 06/30/17   Page 3 of 8

Di Nisio et al. Fixed-dose rivaroxaban for VTE at the extremes of weight 741

Table 2: Baseline characteristics of study participants according to body mass index.

|  | BMI | | | | BMI quartiles | | | |
|---|---|---|---|---|---|---|---|---|
|  | <25 | ≥25 to <30 | ≥30 to <35 | ≥35 | <25 % | 25 % to <median | median to <75 % | ≥75 % |
| N | 2,481 | 3,258 | 1,630 | 861 | 2,016 | 2,076 | 2,075 | 2,063 |
| Age, median (range) | 56 (18–97) | 60 (18–97) | 60 (18–97) | 55 (20–92) | 55 (18–97) | 60 (18–97) | 60 (18–94) | 58 (18–97) |
| Males, n (%) | 1,221 (49.2) | 2,029 (62.3) | 894 (54.8) | 345 (40.1) | 920 (45.6) | 1,314 (63.3) | 1,269 (61.2) | 986 (47.8) |
| Creatinine clearance, ml/min, %<br>    <30<br>    30–50<br>    50–<80<br>    ≥80<br>    Missing | 0.5<br>12.6<br>31<br>55<br>0.9 | 0.2<br>7.2<br>26.6<br>65.4<br>0.6 | 0.1<br>4.2<br>17.7<br>77.3<br>0.7 | 0.1<br>1.6<br>9.6<br>87.7<br>1.0 | 0.5<br>13.4<br>30.9<br>54.3<br>0.9 | 0.2<br>7.7<br>29.9<br>61.6<br>0.6 | 0.1<br>6.7<br>23.7<br>68.9<br>0.6 | 0.1<br>3.0<br>13.4<br>82.7<br>0.8 |
| Index event, %<br>    DVT<br>    PE+DVT<br>    PE<br>    No confirmed index event | 43.9<br>11.6<br>43.3<br>1.2 | 40.0<br>15.8<br>43.4<br>0.8 | 40.1<br>16.0<br>42.8<br>1.1 | 37.0<br>16.6<br>45.4<br>1.0 | 44.3<br>11.0<br>43.4<br>1.3 | 39.7<br>15.2<br>44.5<br>0.6 | 40.9<br>15.6<br>42.6<br>0.9 | 38.7<br>16.8<br>43.4<br>1.1 |
| Unprovoked VTE, % | 59.7 | 63.8 | 68.3 | 63.9 | 57.5 | 64.9 | 64.6 | 66.6 |
| Known thrombophilia, n (%) | 163 (6.6) | 195 (6.0) | 80 (4.9) | 43 (5.0) | 132 (6.5) | 128 (6.2) | 115 (5.5) | 106 (5.1) |
| Treatment duration, days, median (range)<br>    Rivaroxaban<br>    Enoxaparin/VKAs | <br>182 (1–359)<br>181 (1–359) | <br>183 (1–359)<br>182 (1–359) | <br>184 (1–359)<br>183 (1–359) | <br>184 (1–359)<br>183 (1–359) | <br>182 (1–359)<br>181 (1–359) | <br>183 (1–359)<br>182 (1–359) | <br>183 (1–359)<br>182 (1–359) | <br>184 (1–359)<br>183 (1–359) |
| Proportion of patients with INR, %<br>    >3.0<br>    <2.0<br>    2.0–3.0 | <br>20.6<br>17.3<br>62.1 | <br>19.5<br>17.8<br>62.6 | <br>17.7<br>17.0<br>65.3 | <br>17.6<br>19.3<br>63.1 | <br>21.5<br>16.5<br>62.0 | <br>19.2<br>18.7<br>62.1 | <br>18.7<br>17.5<br>63.9 | <br>17.9<br>17.8<br>64.3 |

BMI = body mass index; DVT = deep-vein thrombosis; INR = international normalised ratio; PE = pulmonary embolism; VKA = vitamin K antagonist; VTE = venous thromboembolism.

groups. At each visit, patients were systematically questioned for symptoms or signs of recurrent VTE and bleeding.

Symptomatic recurrent VTE was defined as a composite of fatal or non-fatal PE or DVT on the basis of criteria that have been described previously (12, 13). Death was classified as due to PE, bleeding or other established causes or diagnoses. PE was considered the cause of death if there was objective documentation of the condition, or if death could not be attributed to a documented cause and PE could not be confidently ruled out.

Bleeding was classified as either major or clinically relevant non-major, as described previously (12, 13). Bleeding was classified as major if it was clinically overt; associated with a decrease in haemoglobin levels of ≥2.0 g/dl or the transfusion of ≥2 units of red cells, was intracranial or retroperitoneal, occurred in another critical site or contributed to death. Clinically relevant non-major bleeding was defined as overt bleeding that did not meet the criteria for major bleeding, but was associated with medical intervention, unscheduled contact with a physician, interruption or discontinuation of a study drug, or discomfort or impairment of daily activities. Clinically relevant bleeding was the composite of major bleeding and clinically relevant non-major bleeding.

The EINSTEIN DVT and EINSTEIN PE studies were conducted in agreement with the principles of the Declaration of Helsinki. Institutional review board approval was obtained in all participating centres and all patients provided written informed consent. The data were collected and maintained by the sponsor and entirely de-linked from personal health information. All suspected outcome events were classified by a central adjudication committee whose members were unaware of the treatment assignments.

## Statistical analysis

Hazard ratios (HRs) and their 95 % confidence intervals for recurrent VTE (intention to treat) and bleeding (on-treatment) were calculated with the use of a Cox proportional hazards model, adjusted for creatinine clearance (<50 or ≥50 ml/min)(36) and active cancer (37). The following bodyweight and BMI categories were used: ≤50, >50 to <100, and ≥100 kg, and <25, ≥25 to <30, ≥30 to <35, and ≥35 kg/m², respectively. p-values for trend were calculated separately for the treatment groups. Analyses were performed for the first 21 days – the period of twice-daily dosing of rivaroxaban – and for the whole study treatment period. All analyses

Downloaded from www.thrombosis-online.com on 2016-09-29 | ID: 1000517822 | IP: 159.178.205.26
For personal or educational use only. No other uses without permission. All rights reserved.

Case 2:14-md-02592-EEF-MBN   Document 6970-3   Filed 06/30/17   Page 4 of 8

742   Di Nisio et al. Fixed-dose rivaroxaban for VTE at the extremes of weight

Table 3: Recurrent venous thromboembolism and major bleeding according to bodyweight.

| | | Weight ≤50 kg | | Weight >50 to <100 | | Weight ≥100 | | P-value for interaction |
|---|---|---|---|---|---|---|---|---|
| | | Incidence n/N (%) | HR (95 %CI) | Incidence n/N (%) | HR (95 %CI) | Incidence n/N (%) | HR (95 %CI) | |
| Recurrent VTE | | | | | | | | |
| Whole study period | Rivaroxaban Enoxaparin/VKA | 5/75 (6.7) 2/92 (2.2) | 2.47 (0.47–12.89) | 65/3,369 (1.9) 79/3,342 (2.4) | 0.79 (0.57–1.11) | 16/698 (2.3) 14/695 (2.0) | 1.12 (0.55–2.30) | 0.25 |
| First 21 days | Rivaroxaban Enoxaparin/VKA | 2/75 (2.7) 1/92 (1.1) | –[a] | 27/3,369 (0.8) 41/3,342 (1.2) | 0.64 (0.39–1.04) | 10/698 (1.4) 8/695 (1.2) | 1.23 (0.48–3.11) | 0.29 |
| Major bleeding | | | | | | | | |
| Whole study period | Rivaroxaban Enoxaparin/VKA | 1/75 (1.3) 4/91 (4.4) | 0.24 (0.03–2.20) | 33/3,352 (1.0) 60/3,333 (1.8) | 0.53 (0.35–0.81) | 6/696 (0.9) 8/691 (1.2) | 0.76 (0.26–2.19) | 0.70 |
| First 21 days | Rivaroxaban Enoxaparin/VKA | 0/75 (0.0) 4/91 (4.4) | –[a] | 14/3,352 (0.4) 26/3,333 (0.8) | 0.52 (0.27–0.99) | 2/696 (0.3) 3/691 (0.4) | 0.64 (0.11–3.86) | –[b] |
| Clinically relevant bleeding | | | | | | | | |
| Whole study period | Rivaroxaban Enoxaparin/VKA | 9/75 (12.0) 13/91 (14.3) | 0.87 (0.36–2.06) | 325/3,352 (9.7) 339/3,333 (10.2) | 0.94 (0.81–1.09) | 53/696 (7.6) 60/691 (8.7) | 0.87 (0.60–1.26) | 0.82 |
| First 21 days | Rivaroxaban Enoxaparin/VKA | 6/75 (8.0) 6/91 (6.6) | 1.16 (0.37–3.65) | 150/3,352 (4.5) 128/3,333 (3.8) | 1.15 (0.91–1.46) | 18/696 (2.6) 26/691 (3.8) | 0.68 (0.37–1.23) | 0.30 |

[a]A stratified Cox regression is only done if at least 5 events per category exist. [b]No interaction p-value was calculated because in at least one category of the subgroup no event occurred within a treatment group. Models were adjusted for creatinine clearance and active cancer. CI = confidence interval; HR = hazard ratio; VKA = vitamin K antagonist.

| | | BMI <25 | | BMI ≥25 to <30 | | BMI ≥30 to <35 | | |
|---|---|---|---|---|---|---|---|---|
| | | Incidence n/N (%) | HR (95 %CI) | Incidence n/N (%) | HR (95 %CI) | Incidence n/N (%) | HR (95 %CI) | |
| Recurrent VTE | | | | | | | | |
| Whole study period | Rivaroxaban Enoxaparin/VKA | 28/1,266 (2.2) 30/1,215 (2.5) | 0.92 (0.54–1.57) | 35/1,608 (2.2) 41/1,650 (2.5) | 0.82 (0.52–1.29) | 10/825 (1.2) 14/805 (1.7) | 0.70 (0.31–1.57) | |
| First 21 days | Rivaroxaban Enoxaparin/VKA | 12/1,266 (0.9) 14/1,215 (1.2) | 0.84 (0.39–1.81) | 14/1,608 (0.9) 22/1,650 (1.3) | 0.62 (0.32–1.21) | 4/825 (0.5) 9/805 (1.1) | 0.41 (0.13–1.35) | |
| Major bleeding | | | | | | | | |
| Whole study period | Rivaroxaban Enoxaparin/VKA | 15/1,257 (1.2) 25/1,214 (2.1) | 0.56 (0.30–1.06) | 18/1,603 (1.1) 30/1,643 (1.8) | 0.60 (0.34–1.08) | 2/822 (0.2) 8/803 (1.0) | 0.27 (0.06–1.28) | |
| First 21 days | Rivaroxaban Enoxaparin/VKA | 4/1,257 (0.3) 10/1,214 (0.8) | 0.39 (0.12–1.25) | 8/1,603 (0.5) 11/1,643 (0.7) | 0.70 (0.28–1.75) | 1/822 (0.1) 7/803 (0.9) | 0.15 (0.02–1.22) | |
| Clinically relevant bleeding | | | | | | | | |
| Whole study period | Rivaroxaban Enoxaparin/VKA | 119/1,257 (9.5) 123/1,214 (10.1) | 0.91 (0.71–1.17) | 152/1,603 (9.5) 160/1,643 (9.7) | 0.97 (0.77–1.21) | 70/822 (8.5) 77/803 (9.6) | 0.90 (0.65–1.24) | |
| First 21 days | Rivaroxaban Enoxaparin/VKA | 62/1,257 (4.9) 40/1,214 (3.3) | 1.51 (1.01–2.25) | 67/1,603 (4.2) 60/1,643 (3.7) | 1.12 (0.79–1.58) | 28/822 (3.4) 34/803 (4.2) | 0.83 (0.50–1.37) | |

Models were adjusted for creatinine clearance and active cancer. BMI = body mass index; CI = confidence interval; HR = hazard ratio; VKA = vitamin K antagonist; VTE = venous thromboembolism.

Downloaded from www.thrombosis-online.com on 2016-09-29 | ID: 1000517822 | IP: 159.178.205.26
For personal or educational use only. No other uses without permission. All rights reserved.

Case 2:14-md-02592-EEF-MBN   Document 6970-3   Filed 06/30/17   Page 5 of 8

Di Nisio et al. Fixed-dose rivaroxaban for VTE at the extremes of weight     743

were performed using SAS version 9.2 statistical software (SAS Institute Inc, Cary, NC, USA).

## Results

The EINSTEIN DVT and EINSTEIN PE studies included 8,282 patients. One randomised patient did not provide informed consent and was excluded from the analysis. Ten patients did not report bodyweight and an additional 41 did not report height, leaving a study population of 8,271 for the analyses according to bodyweight and 8,230 patients for the analyses according to BMI. The mean bodyweight was 82.5 kg (SD 18.9) and ranged from 33 kg to 220 kg. 166 (2.0%) patients had a bodyweight ≤ 50 kg and 1393 (16.8%) a weight ≥ 100 kg. The mean BMI was 28.1 kg/m$^2$ (SD 5.7) and ranged from 12.9 to 70.8 kg/m$^2$. 281 (3.4%) patients had a BMI < 20 and 861 (10.4%) a BMI ≥ 35. The characteristics of the study population across bodyweight and BMI categories and quartiles are presented in ►Table 1 and ►Table 2. Impaired renal function and DVT only were more common in patients with a low bodyweight or low BMI. Treatment characteristics did not differ substantially between the bodyweight and BMI categories.

### Recurrent VTE

No association between bodyweight or BMI and risk of recurrent VTE was found for rivaroxaban recipients ($p_{trend}$=0.87 and 0.62, respectively) or enoxaparin/VKA recipients ($p_{trend}$=0.32 and 0.95, respectively). In general, HRs of rivaroxaban vs enoxaparin/VKA were similar in all bodyweight and BMI categories during both the first 21 days and the whole study treatment period (►Table 3 and ►Table 4). Similar incidences of recurrent VTE were found in rivaroxaban and enoxaparin/VKA patients with a bodyweight ≥100–120 kg (13/539 [2.4%] vs 10/551 [1.8%]), ≥120–140 kg (2/119 [1.7%] vs 3/103 [2.9%]) and ≥140 kg (1/40 [2.5%] vs 1/41 [2.4%]), respectively.

### Major bleeding

No association between bodyweight or BMI and risk of major bleeding was found for rivaroxaban recipients ($p_{trend}$=0.24 and 0.36, respectively) or enoxaparin/VKA recipients ($p_{trend}$=0.11 and 0.15, respectively). Overall, major bleeding events were numerically lower in patients treated with rivaroxaban across all categories of bodyweight and BMI, both during the first 21 days of anticoagulation and during the whole study treatment period (►Table 3 and ►Table 4). Consequently, HRs of rivaroxaban versus enoxaparin/VKA were in favour of rivaroxaban for all bodyweight and BMI categories (►Table 3 and ►Table 4).

Similar incidences of major bleeding were found in rivaroxaban and enoxaparin/VKA patients with a bodyweight ≤ 50 kg (1/75 [1.3%] vs 4/91 [4.4%]), and in patients with BMI < 25 (15/1257 [1.2%] vs 25/1214 [2.1%]) or BMI < 20 (3/139 [2.2%] vs 5/142 [3.5%]).

### Clinically relevant bleeding

No association between bodyweight or BMI and risk of clinically relevant bleeding was found for rivaroxaban recipients ($p_{trend}$, 0.17 and 0.63, respectively) or enoxaparin/VKA recipients ($p_{trend}$, 0.11 and 0.99, respectively). HRs of rivaroxaban versus enoxaparin/VKA were similar in most bodyweight and BMI categories, both during the first 21 days and the whole study treatment period (►Table 3 and ►Table 4).

## Discussion

In the EINSTEIN studies, a substantial number of patients were included at the extremes of bodyweight. The fixed-dose rivaroxaban regimen without any dose adjustments for the treatment of acute VTE was neither associated with a higher risk of major bleeding in patients with a low bodyweight nor with an increased risk of recurrent VTE in patients with a high bodyweight. Rivaroxaban reduced the incidence of major bleeding across all bodyweight categories with similar risks of recurrent VTE both during the first 21 days and the whole study treatment period. Similar findings were observed across BMI categories.

|  | BMI ≥35 |  | P-value for interaction |
|---|---|---|---|
|  | Incidence n/N (%) | HR (95%CI) |  |
|  | 13/427 (3.0) 9/434 (2.1) | 1.45 (0.62–3.39) | 0.60 |
|  | 9/427 (2.1) 4/434 (0.9) | 2.22 (0.68–7.26) | 0.19 |
|  | 5/426 (1.2) 7/432 (1.6) | 0.71 (0.22–2.24) | 0.74 |
|  | 3/426 (0.7) 3/432 (0.7) | 0.96 (0.19–4.78) | 0.45 |
|  | 45/426 (10.6) 47/432 (10.9) | 0.94 (0.62–1.42) | 0.97 |
|  | 17/426 (4.0) 23/432 (5.3) | 0.72 (0.39–1.36) | 0.15 |

Table 4: Recurrent venous thromboembolism and major bleeding according to body mass index.

Downloaded from www.thrombosis-online.com on 2016-09-29 | ID: 1000517822 | IP: 159.178.205.26
For personal or educational use only. No other uses without permission. All rights reserved.

Case 2:14-md-02592-EEF-MBN Document 6970-3 Filed 06/30/17 Page 6 of 8

744 Di Nisio et al. Fixed-dose rivaroxaban for VTE at the extremes of weight

The need to adjust the anticoagulant dose on the basis of bodyweight remains a contentious issue. Some studies on thromboprophylaxis in medical or surgical patients suggested that weight-adjusted doses of anticoagulants such as heparin may be more effective than fixed doses, without increasing the risk of bleeding (38). However, data have not been always concordant (39, 40). Doubts over the efficacy and safety of a fixed-dose regimen with the non-VKA oral anticoagulants, including rivaroxaban, largely stem from the notion that the distribution volume and pharmacokinetics of anticoagulant drugs may change in patients at the extremes of bodyweight, resulting in a potential risk of under- or over-anticoagulation (41).

Pharmacokinetics studies with rivaroxaban in healthy subjects have shown minimal effects of bodyweight on the overall exposure, measured as the area under the plasma concentration curve ($C_{max}$) (5). The $C_{max}$ of rivaroxaban was not significantly modified for weights >120 kg, and only minor increases (<15%) were observed for bodyweights <50 kg. The current analysis, providing clinical outcome data on a fixed rivaroxaban dosing regimen without any dose adjustments, supports the efficacy and safety of rivaroxaban at the extremes of bodyweight and is consistent with the pharmacokinetic observations. Combined with earlier observations that showed consistent efficacy and safety of the same fixed-dose regimen of rivaroxaban in patients with renal impairment, active cancer and fragility, our findings suggest that this regimen can be implemented without the need for dose adjustments or laboratory monitoring in the broad range of patients with VTE (14, 37, 42). However, dose adjustments or laboratory measurements may be considered in individual (elderly) patients with multiple co-morbidities and those who need to use strong inhibitors of both cytochrome P450 3A4 or P-glycoprotein or strong inducers of CYP 3A4 (9, 43, 44). In addition, although there were many patients (more than 1,300) with a bodyweight between 100 and 140 kg and the results in this group are robust, the sample of patients with a bodyweight >140 kg (n=81) was relatively small, and therefore caution should be applied when confronted with such extremely overweight patients. With regard to extremely low bodyweight, a dedicated paediatric program in children aged between six months and 18 years (NCT02234843) is evaluating the efficacy and safety of an age- and bodyweight-adjusted rivaroxaban regimen.

Over the last decade, the prevalence of obesity in developed countries has increased steadily, creating a major challenge for healthcare systems. Although traditionally considered a determinant in the pathogenesis of cardiovascular diseases (e.g. myocardial infarction or stroke), obesity has more recently emerged as a significant risk factor for VTE (15). Several studies and a meta-analysis have reported an up to six-fold higher risk of a first VTE in obese individuals compared with those of a normal bodyweight (15–25). Moreover, obesity amplifies the effects of other VTE risk factors, such as surgery (26, 27), medical illness (28), postmenopausal hormone therapy (29) and oral contraceptive use (30, 31). Compared with patients of a normal weight, obese patients also have a significantly higher risk of recurrent VTE in the absence of anticoagulation (32–34). Although the reasons behind these associations are incompletely understood, there may be multiple contributing factors, including a derangement of several haemostatic factors, inhibition of fibrinolysis, enhanced platelet reactivity, and immobility and venous stasis, as commonly encountered in obesity (41, 45–47). This creates a pro-inflammatory and pro-thrombotic state and predisposes obese patients to thrombosis in the absence of anticoagulation. Our observations seem to contrast with these earlier observations, showing no effect of bodyweight or BMI on recurrent VTE. However, it should be realised that all previous investigations included patients who were not receiving anticoagulant treatment (32–34). In the present analysis, patients were evaluated during the acute phase of VTE while receiving anticoagulant treatment during a median follow-up of 6.7 months.

Some limitations of this analysis need to be acknowledged. First, this was a post-hoc analysis and potentially relevant confounders were not measured. In addition, both bodyweight and BMI were available only at baseline, and any change during follow-up that could have affected the association with study outcomes could not be evaluated. Moreover, the possible influence of other co-morbidities during the acute and subacute phases of the treatment may have masked the effects of bodyweight or BMI on the risk of major bleeding and recurrent VTE. The EINSTEIN studies had a treatment period of 3, 6 or 12 months, which may not have captured the effects of bodyweight or BMI on recurrent VTE in the long term. The number of patients with body weight ≤ 50 kg (n =166) and ≥ 140 kg (n =81) was relatively small and the interpretation of the results needs to be done with caution. Finally, the relatively low number of events precluded further analysis of relevant subgroups and rare outcome events.

The strengths of this study are the large study population from multiple medical centres across many countries. Moreover, the broad range of patients, including those with extreme bodyweights, decreases the likelihood of inclusion of a skewed population and enhances the generalisability of the results. Also, all analyses were adjusted for renal impairment and active cancer, two factors that are associated with an increased risk for recurrent VTE and major bleeding during anticoagulation (36, 37). Finally, venous thromboembolic and bleeding events were prospectively collected and centrally adjudicated by an independent committee whose members were unaware of treatment assignment.

> **What is known about this topic?**
> - Fixed-dose rivaroxaban is approved for the treatment of venous thromboembolism.
> - The pharmacokinetics of oral rivaroxaban are highly predictable in subjects with a wide range of characteristics and are only affected to a limited extent by bodyweight.
>
> **What does this paper add?**
> - The fixed-dose rivaroxaban regimen is not associated with an increased risk of major bleeding or recurrent VTE in patients with either a low or high bodyweight.
> - A high BMI was not associated with an increased risk of recurrent VTE during anticoagulation.

Downloaded from www.thrombosis-online.com on 2016-09-29 | ID: 1000517822 | IP: 159.178.205.26
For personal or educational use only. No other uses without permission. All rights reserved.

Case 2:14-md-02592-EEF-MBN   Document 6970-3   Filed 06/30/17   Page 7 of 8

Di Nisio et al. Fixed-dose rivaroxaban for VTE at the extremes of weight   745

## Conclusions

The results of this study provide clinical outcome data supporting the efficacy and safety of rivaroxaban across a broad spectrum of bodyweight or BMI. The fixed-dose regimen of rivaroxaban 15 mg twice daily for the first 21 days, followed by 20 mg once daily thereafter, was associated with neither an increased risk of major bleeding in patients with a low bodyweight, nor an increased risk of recurrent VTE in patients with a high bodyweight or BMI. In addition, a high BMI was not associated with an increased risk of recurrent VTE during anticoagulation.

### Acknowledgements
The authors would like to acknowledge Li Wan for editorial support, with funding from Bayer HealthCare Pharmaceuticals and Janssen Scientific Affairs, LLC.

### Author contributions
All authors had access to all of the data in the study and take responsibility for the integrity of the data and the accuracy of the data analysis. Study concept and design: Di Nisio, Vedovati, Riera-Mestre, Prins, Cohen, Schneider, Pisters, Fedacko, Fontes-Carvalho, Lensing. Acquisition, analysis, or interpretation of data: All authors. Drafting of the manuscript: Di Nisio, Vedovati, Riera-Mestre, Prins, Cohen, Lensing. Critical revision of the manuscript for important intellectual content: All authors. Statistical analysis: Prins, Mueller. Administrative, technical or material support: Di Nisio, Lensing. Study supervision: Prins, Cohen, Lensing. Final approval of the article: All authors.

### Conflicts of interest
Dr Di Nisio has received consulting fees from Bayer HealthCare Pharmaceuticals and participated in advisory boards for Grifols. Drs Vedovati, Riera-Mestre, Pisters, and Fedacko: no conflicts of interest. Dr Prins has received research support and honoraria, and has participated in advisory boards for Bayer HealthCare Pharmaceuticals, Sanofi-Aventis, Boehringer Ingelheim, GlaxoSmithKline, Daiichi Sankyo, LEO Pharma, ThromboGenics, and Pfizer. Dr Bounameaux has received research grant support from the Swiss National Foundation, Daiichi Sankyo, and, as well as honoraria for lectures or consultancy from Pfizer and Bayer Healthcare Pharmaceuticals. Dr Cohen has served on advisory boards for Bayer HealthCare Pharmaceuticals, Bristol-Myers Squibb, Daiichi Sankyo, Johnson & Johnson, Pfizer, Portola, and Sanofi, and has received consulting fees, lecture fees, and payment for the development of educational materials. Dr Wells has received research support from Bristol-Myers Squibb, Pfizer; has participated on scientific advisory boards for Bayer Healthcare Pharmaceuticals, Pfizer, and Boehringer Ingelheim; and has received honoraria from Bayer Healthcare Pharmaceuticals, Pfizer, and Biomerieux. Dr Beyer-Westendorf has received honoraria for lectures and advisory boards from Bayer HealthCare Pharmaceuticals, Daiichi Sankyo, Pfizer, Boehringer Ingelheim, Novartis, and Leo Pharma. Dr Prandoni has received consultancy fees from Sanofi, Bayer Healthcare Pharmaceuticals, Daiichi Sankyo and Pfizer. Dr Kubitza is an employee of Bayer Healthcare Pharmaceuticals. Dr Fontes-Carvalho has served on advisory boards for Bayer HealthCare Pharmaceuticals and has received honoraria for lectures from Bayer, Pfizer, Bristol-Myers Squibb, and Boehringer Ingelheim. Drs Lensing, Mueller, Kubitza and Schneider are paid employees of Bayer HealthCare Pharmaceuticals and devoted salaried time to this work; the other authors were unsupported. Bayer HealthCare Pharmaceuticals and Janssen Pharmaceuticals Research & Development sponsored the two EINSTEIN clinical trials, collected and maintained the data, and performed the analyses that the authors requested. The sponsors' other roles are described in the original EINSTEIN publications.

## References

1. Yeh CH, Hogg K, Weitz JI. Overview of the new oral anticoagulants: opportunities and challenges. Arterioscler Thromb Vasc Biol 2015; 35: 1056–1065.
2. Sarich TC, Peters G, Berkowitz SD, et al. Rivaroxaban: a novel oral anticoagulant for the prevention and treatment of several thrombosis-mediated conditions. Ann NY Acad Sci 2013; 1291: 42–55.
3. Mueck W, Lensing AWA, Agnelli G, et al. Rivaroxaban: population pharmacokinetic analyses in patients treated for acute deep-vein thrombosis and exposure simulations in patients with atrial fibrillation treated for stroke prevention. Clin Pharmacokinet 2011; 50: 675–686.
4. Buller HR, Lensing AWA, Prins MH, et al. A dose-ranging study evaluating once-daily oral administration of the Factor Xa inhibitor rivaroxaban in the treatment of patients with acute symptomatic deep vein thrombosis: the Einstein-DVT Dose-Ranging Study. Blood 2008; 112: 2242–2247.
5. Kubitza D, Becka M, Zuehlsdorf M, et al. Body weight has limited influence on the safety, tolerability, pharmacokinetics, or pharmacodynamics of rivaroxaban (BAY 59–7939) in healthy subjects. J Clin Pharmacol 2007; 47: 218–226.
6. Kubitza D, Becka M, Mueck W, et al. Effects of renal impairment on the pharmacokinetics, pharmacodynamics and safety of rivaroxaban, an oral, direct Factor Xa inhibitor. Br J Clin Pharmacol 2010; 70: 703–712.
7. Kubitza D, Becka M, Roth A, et al. The influence of age and gender on the pharmacokinetics and pharmacodynamics of rivaroxaban – an oral, direct Factor Xa inhibitor. J Clin Pharmacol 2013; 53: 249–255.
8. Weinz C, Buetehorn U, Daehler HP, et al. Pharmacokinetics of BAY 59–7939 – an oral, direct Factor Xa inhibitor – in rats and dogs. Xenobiotica 2005; 35: 891–910.
9. Bayer Pharma AG. Xarelto® (rivaroxaban) Summary of Product Characteristics. 2015. Available at: http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Product_Information/human/000944/WC500057108.pdf. Accessed January 20, 2016.
10. Turpie AGG, Eriksson BI, Mueck W, et al. Pharmacokinetic and pharmacodynamic analyses of rivaroxaban in patients undergoing orthopaedic surgery. Pathophysiol Haemost Thromb 2006; 35 (Abstract 1182).
11. ten Cate H. New oral anticoagulants: discussion on monitoring and adherence should start now! Thromb J 2013; 11: 8.
12. The EINSTEIN Investigators. Oral rivaroxaban for symptomatic venous thromboembolism. N Engl J Med 2010; 363: 2499–2510.
13. The EINSTEIN–PE Investigators. Oral rivaroxaban for the treatment of symptomatic pulmonary embolism. N Engl J Med 2012; 366: 1287–1297.
14. Prins MH, Lensing AWA, Bauersachs R, et al. Oral rivaroxaban versus standard therapy for the treatment of symptomatic venous thromboembolism: a pooled analysis of the EINSTEIN-DVT and PE randomized studies. Thromb J 2013; 11: 21.
15. Glynn RJ, Rosner B. Comparison of risk factors for the competing risks of coronary heart disease, stroke, and venous thromboembolism. Am J Epidemiol 2005; 162: 975–982.
16. Ageno W, Becattini C, Brighton T, et al. Cardiovascular risk factors and venous thromboembolism: a meta-analysis. Circulation 2008; 117: 93–102.
17. Tsai AW, Cushman M, Rosamond WD, et al. Cardiovascular risk factors and venous thromboembolism incidence: the longitudinal investigation of thromboembolism etiology. Arch Intern Med 2002; 162: 1182–1189.

Downloaded from www.thrombosis-online.com on 2016-09-29 | ID: 1000517822 | IP: 159.178.205.26
For personal or educational use only. No other uses without permission. All rights reserved.

Case 2:14-md-02592-EEF-MBN Document 6970-3 Filed 06/30/17 Page 8 of 8

746 Di Nisio et al. Fixed-dose rivaroxaban for VTE at the extremes of weight

18. Stein PD, Beemath A, Olson RE. Obesity as a risk factor in venous thromboembolism. Am J Med 2005; 118: 978–980.
19. Hansson PO, Eriksson H, Welin L, et al. Smoking and abdominal obesity: risk factors for venous thromboembolism among middle-aged men: „the study of men born in 1913". Arch Intern Med 1999; 159: 1886–1890.
20. Borch KH, Braekkan SK, Mathiesen EB, et al. Anthropometric measures of obesity and risk of venous thromboembolism: the Tromsø study. Arterioscler Thromb Vasc Biol 2010; 30: 121–127.
21. Severinsen MT, Kristensen SR, Johnsen SP, et al. Anthropometry, body fat, and venous thromboembolism: a Danish follow-up study. Circulation 2009; 120: 1850–1857.
22. Goldhaber SZ, Grodstein F, Stampfer MJ, et al. A prospective study of risk factors for pulmonary embolism in women. J Am Med Assoc 1997; 277: 642–645.
23. Holst AG, Jensen G, Prescott E. Risk factors for venous thromboembolism: results from the Copenhagen City Heart Study. Circulation 2010; 121: 1896–1903.
24. Lutsey PL, Virnig BA, Durham SB, et al. Correlates and consequences of venous thromboembolism: The Iowa Women's Health Study. Am J Public Health 2010; 100: 1506–1513.
25. Lindqvist PG, Epstein E, Olsson H. The relationship between lifestyle factors and venous thromboembolism among women: a report from the MISS study. Br J Haematol 2009; 144: 234–240.
26. Parkin L, Sweetland S, Balkwill A, et al. Body mass index, surgery, and risk of venous thromboembolism in middle-aged women: a cohort study. Circulation 2012; 125: 1897–1904.
27. Kucher N, Tapson VF, Goldhaber SZ. Risk factors associated with symptomatic pulmonary embolism in a large cohort of deep vein thrombosis patients. Thromb Haemost 2005; 93: 494–498.
28. Samama MM. An epidemiologic study of risk factors for deep vein thrombosis in medical outpatients: the Sirius study. Arch Intern Med 2000; 160: 3415–3420.
29. Cushman M, Kuller LH, Prentice R, et al. Estrogen plus progestin and risk of venous thrombosis. J Am Med Assoc 2004; 292: 1573–1580.
30. Pomp ER, le Cessie S, Rosendaal FR, et al. Risk of venous thrombosis: obesity and its joint effect with oral contraceptive use and prothrombotic mutations. Br J Haematol 2007; 139: 289–296.
31. Abdollahi M, Cushman M, Rosendaal FR. Obesity: risk of venous thrombosis and the interaction with coagulation factor levels and oral contraceptive use. Thromb Haemost 2003; 89: 493–498.
32. Eichinger S, Hron G, Bialonczyk C, et al. Overweight, obesity, and the risk of recurrent venous thromboembolism. Arch Intern Med 2008; 168: 1678–1683.
33. Heit JA, Silverstein MD, Mohr DN, et al. The epidemiology of venous thromboembolism in the community. Thromb Haemost 2001; 86: 452–463.
34. Laczkovics C, Grafenhofer H, Kaider A, et al. Risk of recurrence after a first venous thromboembolic event in young women. Haematologica 2007; 92: 1201–1207.
35. Garcia-Fuster MJ, Forner MJ, Fernandez C, et al. Long-term prospective study of recurrent venous thromboembolism in patients younger than 50 years. Pathophysiol Haemost Thromb 2005; 34: 6–12.
36. Bauersachs RM, Lensing AWA, Prins MH, et al. Rivaroxaban versus enoxaparin/vitamin K antagonist therapy in patients with venous thromboembolism and renal impairment. Thromb J 2014; 12: 25.
37. Prins MH, Lensing AWA, Brighton TA, et al. Oral rivaroxaban versus enoxaparin with vitamin K antagonist for the treatment of symptomatic venous thromboembolism in patients with cancer (EINSTEIN-DVT and EINSTEIN-PE): a pooled subgroup analysis of two randomised controlled trials. Lancet Haematol 2014; 1: e37–e46.
38. Ikesaka R, Delluc A, Le Gal G, et al. Efficacy and safety of weight-adjusted heparin prophylaxis for the prevention of acute venous thromboembolism among obese patients undergoing bariatric surgery: a systematic review and meta-analysis. Thromb Res 2014; 133: 682–687.
39. Eriksson BI, Dahl OE, Feuring M, et al. Dabigatran is effective with a favourable safety profile in normal and overweight patients undergoing major orthopaedic surgery: a pooled analysis. Thromb Res 2012; 130: 818–820.
40. Sarich TC, Teng R, Peters GR, et al. No influence of obesity on the pharmacokinetics and pharmacodynamics of melagatran, the active form of the oral direct thrombin inhibitor ximelagatran. Clin Pharmacokinet 2003; 42: 485–492.
41. Badimon L, Hernandez VR, Padro T, et al. Antithrombotic therapy in obesity. Thromb Haemost 2013; 110: 681–688.
42. Davidson BL, Verheijen S, Lensing AWA, et al. Bleeding risk of patients with acute venous thromboembolism taking nonsteroidal anti-inflammatory drugs or aspirin. JAMA Intern Med 2014; 174: 947–953.
43. Cuker A, Siegal DM, Crowther MA, et al. Laboratory measurement of the anticoagulant activity of the non-vitamin K oral anticoagulants. J Am Coll Cardiol 2014; 64: 1128–1139.
44. Sennesael AL, Dogne JM, Spinewine A. Optimizing the safe use of direct oral anticoagulants in older patients: a teachable moment. JAMA Intern Med 2015; 175: 1608–1609.
45. Freeman AL, Pendleton RC, Rondina MT. Prevention of venous thromboembolism in obesity. Expert Rev Cardiovasc Ther 2010; 8: 1711–1721.
46. Samad F, Ruf W. Inflammation, obesity, and thrombosis. Blood 2013; 122: 3415–3422.
47. Rega-Kaun G, Kaun C, Wojta J. More than a simple storage organ: adipose tissue as a source of adipokines involved in cardiovascular disease. Thromb Haemost 2013; 110: 641–650.

Downloaded from www.thrombosis-online.com on 2016-09-29 | ID: 1000517822 | IP: 159.178.205.26
For personal or educational use only. No other uses without permission. All rights reserved.