UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVARAXOBAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | |
| SHIRLEY ALLEN, ) | |
| ) | |
| ) | MDL NO. 2592 |
| Plaintiff. ) | |
| ) | JUDGE:  ELDON E. FALLON |
| ) | |
| ) | SECTION:  L |
| ) | |
| v. ) | MAG. JUDGE: MICHAEL NORTH |
| ) | |
| ) | |
| JANSSEN RESEARCH & ) | CIVIL ACTION NO. 2:17-cv-5800 |
| DEVELOPMENT LLC F/K/A JOHNSON ) | |
| AND JOHNSON PHARMACEUTICAL ) | |
| RESEARCH AND DEVELOPMENT LLC, ) | |
| JANSSEN ORTHO LLC, JANSSEN ) | |
| PHARMACEUTICALS, INC. F/K/A JANSSEN ) | |
| PHARMACEUTICALS, INC. F/K/A ) | |
| JANSSEN PHARMACEUTICA INC, ) | |
| F/K/A ORTHO-MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS INC., ) | |
| JOHNSON & JOHNSON COMPANY ) | |
| BAYER HEALTHCARE PHARMACEUTICALS, ) | |
| INC., BAYER PHARMA AG, ) | |
| BAYER CORPORATION, BAYER ) | |
| HEALTHCARE AG, BAYER HEALTHCARE ) | |
| LLC, AND BAYER AG, ) | |

Defendants.

## **EX PARTE MOTION TO AMEND**

Plaintiff, Shirley Allen, pursuant to the applicable Federal Rule of Civil Procedures 15(a)(1)(A) as cited in Pretrial Order No. 11C, by and through the undersigned, hereby seeks

to amend the Complaint by amending the last date of ingestion from April 7, 2015 to April 7, 2016.

Plaintiff Shirley Allen's Complaint was filed via LAED CM/ECF on June 14, 2017 and service was executed thereafter on June 26, 2017. It is hereby requested that this Ex Parte Motion to Amend Complaint is granted.

Dated: <u>June 30, 2017</u>

        Respectfully submitted,

        SWMW Law, LLC

        By: <u>/s/Stephen B. Wohlford</u>
        Benjamin R. Schmickle, #6270568
        Stephen B. Wohlford, #IL6287698
        701 Market Street, Suite 1000
        St. Louis, MO 63101
        (314) 480-5180
        (314) 932-1566 – Facsimile

        **ATTORNEYS FOR PLAINTIFFS**