UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVARAXOBAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> TERRY LONGMIRE, ) <br> ) <br> ) <br> Plaintiff. ) <br> ) <br> ) <br> ) <br> ) <br> v.                                                             ) <br> ) <br> ) <br> JANSSEN RESEARCH & ) <br> DEVELOPMENT LLC F/K/A JOHNSON ) <br> AND JOHNSON PHARMACEUTICAL ) <br> RESEARCH AND DEVELOPMENT LLC, ) <br> JANSSEN ORTHO LLC, JANSSEN ) <br> PHARMACEUTICALS, INC. F/K/A JANSSEN ) <br> PHARMACEUTICALS, INC. F/K/A ) <br> JANSSEN PHARMACEUTICA INC, ) <br> F/K/A ORTHO-MCNEIL-JANSSEN ) <br> PHARMACEUTICALS INC., ) <br> JOHNSON & JOHNSON COMPANY ) <br> BAYER HEALTHCARE PHARMACEUTICALS, ) <br> INC., BAYER PHARMA AG, ) <br> BAYER CORPORATION, BAYER ) <br> HEALTHCARE AG, BAYER HEALTHCARE ) <br> LLC, AND BAYER AG, ) <br><br>         Defendants. | MDL NO. 2592 <br><br> JUDGE: ELDON E. FALLON <br><br> SECTION:  L <br><br> MAG. JUDGE: MICHAEL NORTH <br><br> CIVIL ACTION NO. 2:17-cv-5803 |

## **EX PARTE MOTION TO AMEND**

Plaintiff, Terry Longmire, pursuant to the applicable Federal Rule of Civil Procedures 15(a)(1)(A) as cited in Pretrial Order No. 11C, by and through the undersigned, hereby seeks

to amend the Complaint by amending the initial injury date from August 6, 2016 to August 5, 2016, as well as the last injury date from February 7, 2016 to February 6, 2017.

Plaintiff Terry Longmire's Complaint was filed via LAED CM/ECF on June 14, 2017 and service was executed thereafter on June 26, 2017. It is hereby requested that this Ex Parte Motion to Amend Complaint is granted.

Dated: <u>June 30, 2017</u>

                                  Respectfully submitted,

                                  SWMW Law, LLC

                                By: <u>/s/Stephen B. Wohlford</u>
                                  Benjamin R. Schmickle, #6270568
                                  Stephen B. Wohlford, #IL6287698
                                  701 Market Street, Suite 1000
                                  St. Louis, MO 63101
                                  (314) 480-5180
                                  (314) 932-1566 – Facsimile

                                  **ATTORNEYS FOR PLAINTIFFS**