UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVARAXOBAN) PRODUCTS LIABILITY LITIGATION | |
| TERRY LONGMIRE, | |
| Plaintiff. | MDL NO. 2592 |
| | JUDGE: ELDON E. FALLON |
| | SECTION: L |
| v. | MAG. JUDGE: MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC F/K/A JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. F/K/A JANSSEN PHARMACEUTICALS, INC. F/K/A JANSSEN PHARMACEUTICA INC, F/K/A ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE AG, BAYER HEALTHCARE LLC, AND BAYER AG, | CIVIL ACTION NO. 2:17-cv-5803 |
| Defendants. | |

## ORDER GRANTING EX PARTE
## MOTION TO AMEND COMPLAINT

This matter having come before the Court on the Ex Parte Motion to Amend Complaint

and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) and applicable

Pretrial Order No. 11C, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff, Terry Longmire's, Motion is GRANTED. Plaintiff is hereby granted leave to file the First Amended Complaint tendered with her Motion, and the Clerk of the Court is ordered to file the First Amended Complaint into the records of this matter.

Entered this _____ day of _____, 2017 into the United States Eastern District Court of Louisiana.

_____
HONORABLE DISTRICT JUDGE ELDON E. FALLON
