**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

In re: XARELTO PRODUCTS LIABILITY § MDL NO. 2592
LITIGATION §
§ SECTION:   L
§
§ JUDGE:  ELDON E. FALLON
§
§ MAG. JUDGE MICHAEL NORTH
§
§
_____ §

**THIS DOCUMENT RELATES TO:**

Barnett v. Janssen Research & Developement, LLC et al; 2:15-cv-00220;

Brown v. Janssen Research & Development LLC et al; 2:15-cv-00201;

Welch v. Janssen Research & Development LLC et al; 2:16-cv-09840;

Larkins v. Janssen Research & Developement, LLC et al; 2:15-cv-03679;

Menard v. Janssen Research & Development LLC, et al; 2:16-cv-13391;

Allensworth v. Janssen Research & Development LLC et al; 2:15-cv-00221;

Smith v. Janssen Research & Development LLC, et al; 2:16-cv-13311;

Eikenhorst v. Janssen Research & Development LLC et al; 2:17-cv-02046;

Easley v. Janssen Research & Development LLC et al; 2:16-cv-06004*;

Davis v. Janssen Research & Development LLC et al; 2:16-cv-05988*;

Gilchrist v. Janssen Research & Development LLC et al; 2:16-cv-06016*;

Rozell v. Janssen Research & Development LLC et al; 2:16-cv-06032*;

Sterling v. Janssen Research & Development LLC et al; 2:16-cv-06042*;

Treat v. Janssen Research & Development LLC, et al; 2:16-cv-06111*;

Willey v. Janssen Research & Development LLC, et al; 2:16-cv-06120*;

Randolph v. Janssen Research & Development LLC, et al; 2:16-cv-06128*.

## PLAINTIFF'S MOTION TO EXPAND TIME TO BAYER DEFENDANTS

Plaintiff files this motion asking the Court to extend Plaintiff's deadline to serve the Bayer Pharma AG defendant for sixty (60) days. Plaintiff initially and timely served the Bayer defendant with a copy of the file stamped summons, in each of the above, that was technically deficient because it either: 1) did not bear the Court's seal (as opposed to the file stamp on the motion from PACER); or 2) the Bayer Pharma AG defendant did not receive a contemporaneous email when they received their timely Registered Mail service in Berlin, Germany. After being notified by Bayer Pharma AG's counsel on the voluminous amount of cases, Plaintiff has sought the Honorable Court's assistance in curing these unique errors of service for this one defendant. For the reasons set forth in the Memorandum and for good cause shown, Plaintiff moves the court to extend Plaintiff's deadline to serve Defendants for sixty (60) days from the granting of this motion.

Respectfully submitted,

By: /s/ Christopher T. Kirchmer

**PROVOST ✶ UMPHREY LAW FIRM, L.L.P.**
Christopher T. Kirchmer
Texas Bar No. 00794099
490 Park Street

2

P. O. Box 4905
Beaumont, Texas 77704
(409) 835-6000 telephone
(409) 813-8614 facsimile
ckirchmer@pulf.com - email

## CERTIFICATE OF SERVICE

      I hereby certify that on the 5th day of July, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

                                                                    /s/ Christopher T. Kirchmer
                                                                    Christopher T. Kirchmer

## CERTIFICATE OF CONFERENCE

The parties have conferred and Defendants oppose the relief sought in this motion.

                                                                    /s/ Christopher T. Kirchmer
                                                                    Christopher T. Kirchmer