# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| In re: XARELTO PRODUCTS LIABILITY LITIGATION | § MDL NO. 2592 <br> § <br> § SECTION: L <br> § <br> § JUDGE: ELDON E. FALLON <br> § <br> § MAG. JUDGE MICHAEL NORTH <br> § <br> § <br> § |

**THIS DOCUMENT RELATES TO:**

Barnett v. Janssen Research & Developement, LLC et al; 2:15-cv-00220;

Brown v. Janssen Research & Development LLC et al; 2:15-cv-00201;

Welch v. Janssen Research & Development LLC et al; 2:16-cv-09840;

Larkins v. Janssen Research & Developement, LLC et al; 2:15-cv-03679;

Menard v. Janssen Research & Development LLC, et al; 2:16-cv-13391;

Allensworth v. Janssen Research & Development LLC et al; 2:15-cv-00221;

Smith v. Janssen Research & Development LLC, et al; 2:16-cv-13311;

Eikenhorst v. Janssen Research & Development LLC et al; 2:17-cv-02046;

Easley v. Janssen Research & Development LLC et al; 2:16-cv-06004*;

Davis v. Janssen Research & Development LLC et al; 2:16-cv-05988*;

Gilchrist v. Janssen Research & Development LLC et al; 2:16-cv-06016*;

Rozell v. Janssen Research & Development LLC et al; 2:16-cv-06032*;

Sterling v. Janssen Research & Development LLC et al; 2:16-cv-06042*;

Treat v. Janssen Research & Development LLC, et al; 2:16-cv-06111*;

Willey v. Janssen Research & Development LLC, et al; 2:16-cv-06120*;

Randolph v. Janssen Research & Development LLC, et al; 2:16-cv-06128*.

## **ORDER**

**ON THIS DAY CAME TO BE HEARD** Plaintiffs' Motion to Expand Time To Serve Bayer Defendant, Bayer Pharma AG, being of the opinion such motion is meritorious, finds the same should be in all things **GRANTED.**

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that said Plaintiff's Motion to Expand Time To Serve Bayer Defendants is in all things **GRANTED.** The Court hereby grants Plaintiffs sixty (60) days from the date of this order to serve process on Defendants.

**SIGNED** this the _____ day of _____, 2017.

_____
JUDGE PRESIDING

2