UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |
| **Dora Mingo et al. v. Janssen Research & Development, LLC et al.** **Case No. 2:15-cv-03469** | |

## ORDER

Considering the Motion for Expedited Hearing filed by Defendants;

IT IS ORDERED by the Court that the motion is GRANTED and a hearing on Defendants' Joint Motion (1) to Enforce Stipulated Case Management Order and (2) to Quash Untimely Deposition Subpoena Served on Southwest Mississippi Regional Medical Center [Rec. Doc. 6976], is set on an expedited basis for the ____ day of July, 2017 at _____ a.m.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE