**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Dora Mingo v. Janssen Research & Development, LLC et al. Case No. 2:15-cv-03469 | MAGISTRATE NORTH |

**DEFENDANTS' JOINT MOTION (1) TO ENFORCE STIPULATED CASE MANAGEMENT ORDER AND (2) TO QUASH UNTIMELY 30(b)(6) DEPOSITION NOTICE TO BAYER DEFENDANTS**

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research & Development LLC (collectively, "Defendants") hereby move to enforce the deadlines established in CMO 2A and to quash Plaintiffs' Notice of Oral and Videotaped Deposition of Corporate Representative of the Bayer Defendants Pursuant to Fed. R. Civ. P. 30(b)(6), 30(b)(2), and 34. For the reasons set forth in the accompanying memorandum, Defendants respectfully request that the Court grant their motion.

Respectfully submitted,

        ARNOLD & PORTER KAYE SCHOLER LLP

        By: /s/ *Andrew K. Solow*
        Andrew K. Solow
        Steven Glickstein
        ARNOLD & PORTER KAYE SCHOLER LLP
        250 West 55th Street
        New York, New York 10019-9710
        Telephone: (212) 836-8485
        andrew.solow@apks.com
        steven.glickstein@apks.com

        William Hoffman
        ARNOLD & PORTER KAYE SCHOLER LLP
        601 Massachusetts Ave., NW
        Washington, D.C. 20001
        Telephone: (202) 942-5000
        william.hoffman@apks.com


        BRADLEY ARANT BOULT CUMMINGS LLP

        By: */s/ Lindsey C Boney IV*
        Kevin C. Newsom
        Lindsey C. Boney IV
        BRADLEY ARANT BOULT CUMMINGS LLP
        One Federal Place, 1819 Fifth Avenue North
        Birmingham, AL 35203-2119
        Telephone: (205) 521-8803
        knewsom@bradley.com


        CHAFFE MCCALL L.L.P.
        By: /s/ *John F. Olinde*
        John F. Olinde
        Chaffe McCall L.L.P.
        1100 Poydras Street, Suite 2300
        New Orleans, LA 70163
        Telephone: (504) 585-7241
        olinde@chaffe.com

        *Attorneys for Bayer HealthCare*
        *Pharmaceuticals Inc. and Bayer Pharma AG*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of July, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system.

/s/    *John F. Olinde*