# Exhibit 3

Protected - Subject to Further Protective Review

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF LOUISIANA
 3                  MDL No. 2592, Section L
 4    ********************************************
 5    IN RE:  XARELTO (RIVAROXABAN)
 6    PRODUCTS LIABILITY LITIGATION
 7    THIS DOCUMENT RELATES TO ALL CASES
 8    ********************************************
 9                      - PROTECTED -
10
         - SUBJECT TO FURTHER PROTECTIVE REVIEW -
11

                            - - -
12
                   THURSDAY, MAY 19, 2016
13
                    JUERGEN WEBER, Ph.D.
14
                          VOLUME I
15                          - - -
16
17        Videotaped deposition of JUERGEN WEBER,
      Ph.D., held at the law offices of Clifford
18    Chance LLP, Droogbak 1A, 1013 GE Amsterdam,
      The Netherlands, commencing at 9:00 a.m., on
19    the above date, before Michael E. Miller,
      Fellow of the Academy of Professional
20    Reporters, Registered Diplomate Reporter,
      Certified Realtime Reporter, and Realtime
21    Systems Administrator.
22                          - - -
23             GOLKOW TECHNOLOGIES, INC.
          877.370.3377 ph | 917.591.5672 fax
24                   deps@golkow.com
```

Page 2

1  A P P E A R A N C E S:
2  LEVIN PAPANTONIO THOMAS MITCHELL
   RAFFERTY & PROCTOR PA
3  BY: NEIL E. "NED" MCWILLIAMS, ESQUIRE
        nmcwilliams@levinlaw.com
4     EMANUELLA J. "EMMIE" PAULOS, ESQUIRE
        epaulos@levinlaw.com
5  316 South Baylen Street
   Suite 600
6  Pensacola, Florida 32502-5996
   (850) 435-7000
7  Counsel for Plaintiffs
8
   KAYE SCHOLER LLP
9  BY: ARTHUR E. BROWN, ESQUIRE
        arthur.brown@kayescholer.com
10 250 West 55th Street
   New York, New York 10019
11 (212) 836-8000
   Counsel for Defendant Bayer Pharmaceuticals
12
13 BRADLEY ARANT BOULT CUMMINGS LLP
   BY: LINDSEY C. BONEY, IV, ESQUIRE
14      lboney@bradley.com
   One Federal Place
15 1819 Fifth Avenue North
   Birmingham, Alabama 35203-2119
16 (205) 521-8000
   Counsel for Defendant Bayer Pharmaceuticals
17
18 DRINKER BIDDLE & REATH LLP
   BY: DEIRDRE R. KOLE, ESQUIRE
19      deirdre.kole@dbr.com
   600 Campus Drive
20 Florham, Park, New Jersey 07932
   (973) 549-7350
21 Counsel for Defendants Janssen and
   Johnson & Johnson
22
23
24

Page 3

1  A P P E A R A N C E S:
2  ALSO PRESENT:
3    MAX THUEMMEL, Bayer
4
5  STAND-BY INTERPRETER:
6    SYBILLE VON MÜLMANN
7
8  VIDEOGRAPHERS/TECHNICIANS:
9    DEVYN MULHOLLAND, Primary Videographer
     KATJA KUPER, Secondary Videographer
10   EVAN J. WOLFE, Trial Technician
11
             --o0o--
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 4

1              INDEX
2
3  PROCEEDINGS                    8
4
5  EXAMINATION OF JUERGEN WEBER, Ph.D.:
6     BY MR. McWILLIAMS           9
7     BY MR. BROWN              221
8     BY MR. McWILLIAMS         264
9
10 CERTIFICATE                  284
11 ERRATA                       286
12 ACKNOWLEDGMENT OF DEPONENT   287
13 LAWYER'S NOTES               288
14
15          --o0o--
16
17
18
19
20
21
22
23
24

Page 5

          DEPOSITION EXHIBITS
           JUERGEN WEBER, Ph.D.
              May 19, 2016
NUMBER         DESCRIPTION           PAGE
Weber-1    Curriculum Vitae            25
           [No Bates]

Weber-2    E-mail(s),                  28
           XARELTO_BPAG_34789644 -
           XARELTO_BPAG_34789645,
           Ref. 448219
Weber-3    EMA Assessment Report       45
           [No Bates]

Weber-4    E-mail(s),                  48
           XARELTO_BHCP_08001755 -
           XARELTO_BHCP_08001756,
           Ref. 3402466
Weber-5    E-mail(s),                  61
           XARELTO_JANSSEN_23219045 to
           XARELTO_JANSSEN_23219051,
           Ref. 45652Π

Weber-6    PowerPoint Presentation,    78
           Native File,
           XARELTO_BHCP_00305835
           Ref. 390955
Weber-7    E-mail(s),                  97
           XARELTO_BHCP_08010974 -
           XARELTO_BHCP_08010976,
           Ref. 3402937

Weber-8    EMA Letter to Weidt,       103
           XARELTO_JANSSEN_01173410 -
           XARELTO_JANSSEN_01173413,
           Ref. 254742
Weber-9    E-mail(s),                 114
           XARELTO_JANSSEN_15368506 -
           XARELTO_JANSSEN_15368511,
           Ref. 3071268

| Page 6 | Page 8 |
|---|---|
| DEPOSITION EXHIBITS | 1  PROCEEDINGS |
| Weber-10   CHMP Assessment Report,   114<br>XARELTO_JANSSEN_15368512 -<br>XARELTO_JANSSEN_15368533,<br>Ref. 3071269 | 2       (May 19, 2016 at 9:00 a.m.)<br>3       THE VIDEOGRAPHER: We're now on<br>4  the record. My name is Devyn |
| Weber-11   E-mail(s),   139<br>XARELTO_JANSSEN_15329030,<br>Ref. 3064874 | 5  Mulholland. I'm a videographer for<br>6  Golkow Technologies. Today's date is |
| Weber-12   PowerPoint Presentation,   139<br>Native File,<br>XARELTO_JANSSEN_15329031,<br>Ref. 3064875 | 7  May 19th, 2016, and the time is<br>8  9:00 a.m.<br>9       This video deposition is being |
| Weber-12   Midcycle Meeting Notes,   159<br>XARELTO_BHCP_00305753 -<br>XARELTO_BHCP_00305754,<br>Ref. 390949 | 10 held in Amsterdam, Netherlands in the<br>11 matter of Xarelto Products Liability<br>12 Litigation. |
| Weber-14   FDA CDER Summary Review   164<br>[No Bates] | 13      The deponent is Juergen Weber.<br>14      Counsel will be noted on the |
| Weber-15   Chart, Observed Rivaroxaban   176<br>Concentration<br>[No Bates] | 15 stenographic record.<br>16      The court reporter is Mike |
| Weber-16   Temple PowerPoint   183<br>Presentation<br>[No Bates] | 17 Miller, and he will now swear in the<br>18 witness. |
| Weber-17   E-mail(s),   192<br>XARELTO_BPAG_00002368 -<br>XARELTO_BPAG_00002372,<br>Ref. 76110 | 19      (Interpreter duly sworn.)<br>20      (Witness duly sworn.)<br>21  ///<br>22  /// |
| Weber-18   Health Canada Letter to   195<br>Bayer,<br>XARELTO_JANSSEN_00331087 -<br>XARELTO_JANSSEN_00331089,<br>Ref. 143768 | 23  ///<br>24  /// |
| Weber-19   E-mail(s),   202<br>XARELTO_BPAG_01147254 | |

| Page 7 | Page 9 |
|---|---|
| DEPOSITION EXHIBITS | 1       JUERGEN WEBER, Ph.D., |
| Weber-20   Clinical Document,   202<br>XARELTO_BPAG_01147255 -<br>XARELTO_BPAG_01147256 | 2   having been duly sworn,<br>3   testified as follows:<br>4       EXAMINATION |
| Weber-21   2016 Reiffel et al   215<br>Publication | 5  BY MR. McWILLIAMS:<br>6   Q.   Good morning. |
| Weber-22   EMA Assessment Report   234<br>[No Bates] | 7   A.   Good morning.<br>8   Q.   Would you state your full name |
| Weber-23   ROCKET AF Task Force Chat   271<br>Transcript,<br>XARELTO_BHCP_07993872 -<br>XARELTO_BHCP_07993873 | 9  for the record, please?<br>10  A.   My name is Juergen Weber.<br>11  Q.   And is it Dr. Weber?<br>12  A.   "Weber" is fine. |
| Weber-24   E-mail(s),   276<br>XARELTO_JANSSEN_16281911 | 13  Q.   Okay. But you do have a Ph.D.;<br>14 is that correct? |
| Weber-25   Berkowitz Response to EMA,   276<br>XARELTO_JANSSEN_16381912 -<br>XARELTO_JANSSEN_16381920 | 15  A.   I have a Ph.D. I am a chemist.<br>16  Q.   Okay. And have you ever had |
| --o0o-- | 17 your deposition taken before?<br>18  A.   No, this is my first one.<br>19  Q.   Okay. Lots of lawyers like to<br>20 say lots of rules. I just have one rule:<br>21 You can take a break anytime you need to.<br>22 It's not an endurance test. Just do me a<br>23 favor and answer -- if there's a question<br>24 pending, finish your answer before taking a |

Page 30

1 BY MR. McWILLIAMS:
2 Q. Okay. So let's go through
3 this. The second -- you say, "I would like
4 to give you a regulatory update on the Alere
5 INRatio device in countries outside Europe."
6     And to make sure we're crystal
7 clear on what we're talking about, we're
8 talking about the impact, if any, on the use
9 of this recalled device in the ROCKET trial.
10 A. So we're talking about the
11 Alere and that we used the Alere device in
12 the ROCKET AF trial and what was the impact
13 on this, yes.
14 Q. Okay. And you write, "While in
15 addition to Europe, Health Canada has closed
16 this topic."
17     So let's start with Europe.
18 You're referring to the EMA assessment report
19 that was issued on February 5th, 2016?
20 A. This is correct, yes.
21 Q. Okay. And Health Canada, tell
22 me about that. What -- did they issue any
23 formal report or statement on this topic?
24 A. We received an e-mail from

Page 31

1 Canada that they have closed this topic. I
2 do not recall from this e-mail when we
3 received it, I think shortly before that,
4 where they said that they have closed this
5 and we should not provide them further
6 information in this regard.
7 Q. And had -- prior to that, had
8 Health Canada requested any specific
9 information about this topic?
10 A. Health Canada has not. As I
11 remember, Health Canada has not requested
12 specific topics. We keep Health Canada
13 informed about what happened in the U.S. and
14 what happened in Europe in regard to this
15 topic.
16 Q. And by keeping Health Canada
17 informed of what happened in the U.S., does
18 that -- do I understand currently that you
19 provided Health Canada with copies of the FDA
20 information request and responses?
21     MR. BROWN: Objection to form.
22 A. So we keep them --
23     (Telephonic interruption.)
24     MR. McWILLIAMS: I'm sorry.

Page 32

1     Let me just ask the question again.
2 BY MR. McWILLIAMS:
3 Q. So is it fair to say that prior
4 to Health Canada closing -- telling you that
5 they had closed their discussion on the
6 topic, had you provided Health Canada with
7 the FDA information requests and responses?
8     MR. BROWN: Objection to form.
9 A. So I have to admit I do not
10 know all the submissions done by Canada. As
11 said beforehand, the responsibility for
12 Health Canada is in our local regulatory
13 affairs department.
14     We updated the countries. We
15 gave all the information to the countries.
16 If they have submitted all of them, I
17 cannot -- I think that's something what you
18 have to ask the Canadian colleagues --
19     (Interruption off the record.)
20     MR. McWILLIAMS: Our team's a
21     little rough this morning. Sorry,
22     guys. It's my turn, let's get it out
23     of the way.
24     THE WITNESS: Sorry.

Page 33

1 A. So I think that's something if
2 you want to ask details about what specific
3 they submitted, you'd have to ask with my
4 Canadian colleagues.
5     What I know is that they -- the
6 main submissions for Europe which, for
7 example, we did in the December 23rd
8 submission as well as the outcome from the
9 e-mail submission from Health Canada. When
10 exactly and what exactly they have submitted,
11 I think that's something I do not recall in
12 detail. That's something what you would like
13 to ask my colleagues in Canada.
14     MR. McWILLIAMS: Okay. Again,
15     Counsel, this is something I'd ask to
16     get a copy of. If I could at least
17     get the e-mail where they close out
18     the file, and if there's any
19     information that was provided to
20     Health Canada above and beyond what
21     was provided to other regulators, I'd
22     love to see that.
23     MR. BROWN: Right. So let me
24     just put a statement on the record:

Page 194

1 (Document review.)
2 THE WITNESS: Okay.
3 BY MR. McWILLIAMS:
4 Q. Does that refresh your
5 recollection, sir, when I asked you whether
6 or not both Health Canada and the TGA had
7 expressed interest in the potential to
8 improve patient safety by way of some type of
9 therapeutic drug monitoring?
10 MR. BROWN: Objection to form.
11 A. Again, I have to admit I --
12 even after reading this e-mail here or this
13 e-mail chain here, I do not have a
14 recollection of this topic.
15 BY MR. McWILLIAMS:
16 Q. Okay. But you're not --
17 A. So I do not know what was the
18 questions, nor what we responded to that, and
19 if this is directly related to TDM or if this
20 was something else. I'm sorry, I do not have
21 the details even after reading that here.
22 MR. McWILLIAMS: Okay. Let's
23 see if I can refresh your memory with
24 a letter from Health Canada. I'm

Page 195

1 going to mark this as Weber-18, also
2 marked as Plaintiffs' Exhibit 143768.
3 (Whereupon, Deposition Exhibit
4 Weber-18, Health Canada Letter to
5 Bayer, XARELTO_JANSSEN_00331087 -
6 XARELTO_JANSSEN_00331089, Ref. 143768,
7 was marked for identification.)
8 BY MR. McWILLIAMS:
9 Q. You see this is a letter dated
10 October 3rd, 2014. Subject line is "Request
11 for Updates to the Product Monograph" -- and
12 again, that's -- "product monograph" is the
13 lingo for the label --
14 A. Yeah.
15 Q. -- in Canada, right?
16 Yes, sir?
17 A. This is correct.
18 Q. Okay. And they say, "The right
19 to optimize the benefit-risk of novel oral
20 anticoagulant drugs" -- including Xarelto, so
21 it's not just limited to Xarelto, it's all
22 oral anticoagulant drugs, NOACs -- we have
23 determined that updates to your label may be
24 appropriate to provide -- to advise

Page 196

1 prescribers of a need to determine -- to
2 basically to measure the concentration of the
3 drug followed by a dose adjustment.
4 That's therapeutic drug
5 monitoring, right?
6 MR. BROWN: Objection to form.
7 BY MR. McWILLIAMS:
8 Q. That's what they're saying,
9 right?
10 A. I don't think that they -- so
11 they haven't used the word "therapeutic drug
12 monitoring" --
13 Q. I agree, but they're --
14 MR. BROWN: Let him finish.
15 BY MR. McWILLIAMS:
16 Q. -- talking about a measurement
17 and a dose adjustment?
18 MR. BROWN: Go ahead and
19 finish.
20 A. They talked about to determine
21 the steady state and effect of the drug at
22 trough, possibly followed by a dose
23 adjustment.
24 So again, I do also not

Page 197

1 remember what was changed in the prior
2 monograph, so I would be interested to look
3 into that, what was really changed. If you
4 provide information about the drug level, the
5 patient should be included.
6 BY MR. McWILLIAMS:
7 Q. Do you remember earlier today
8 when I asked you what TDM was, and you
9 basically said it's when you take a blood
10 measurement, like you do with warfarin, and
11 then you adjust the dose accordingly. That's
12 essentially what Health Canada is asking you
13 to include in your label --
14 MR. BROWN: Objection to form.
15 BY MR. McWILLIAMS:
16 Q. -- as of October 2014?
17 MR. BROWN: Objection to form.
18 A. No. And, for example, we also
19 have in the routine label a statement for DVT
20 patient, that based on PK/PD assessment, a
21 low dose be given.
22 So again, it's not a TDM in
23 this way, but something where you have to
24 take -- as I also said before, you have to

Page 198

1 take all information available together to
2 decide what is the best dose for the patient.
3 BY MR. McWILLIAMS:
4    Q.   Okay.  But here they're talking
5 about a blood test, right?  The only way to
6 determine the steady state anticoagulant
7 effect of a drug at trough is by way of a
8 blood test, right?
9        MR. BROWN:  Objection to form.
10   A.   I'm just reading here on --
11 BY MR. McWILLIAMS:
12   Q.   It's all right there in the
13 first sentence.
14   A.   Yeah, but I would like to have
15 the details what is the basis for the first
16 sentence.
17   Q.   Well, my simple is question is:
18 They're talking about a blood test and a
19 potential dose adjustment based on the
20 results of that blood test.
21       MR. BROWN:  Objection to form.
22       You can read the document.
23       (Document review.)
24       THE WITNESS:  Okay.

Page 199

1        MR. McWILLIAMS:  You want me to
2    read my question back?
3        THE WITNESS:  Yeah, please.
4 BY MR. McWILLIAMS:
5    Q.   They're talking about a blood
6 test and a potential dose adjustment based on
7 the results of that blood test, correct?
8        MR. BROWN:  Same objection.
9    A.   So it is here a request from
10 Health Canada to the NOACs.  Again, I have no
11 recollection of the whole procedure, even
12 reading that.  I do not know it is an initial
13 request, I do not know what was the outcome,
14 and I do not know what was finally amended in
15 the -- in that PE.
16       When I look here on the second
17 page that they ask us on the dosage and
18 administration, to include, paragraph, "As
19 for any vitamin K [sic] oral anticoagulant
20 drug before initiating Xarelto, ensure that
21 the patient understands and is prepared to
22 accept adherence to NOAC therapy as
23 directed."  That is something for me which is
24 different.

Page 200

1        They also asked us to change in
2 the pharmacology and pharmacodynamic table
3 which has Cmin and Ctrough and Cmax plasma
4 concentration, and they also asked us to
5 provide dosage -- in the "Dosage and
6 Administration" section, "advising of the
7 circumstance and specific measures to be
8 undertaken throughout except for inadequate
9 anticoagulant effect with your drug, along
10 with recommendations regarding dose
11 adjustment, as appropriate."
12       Again, I do not know what was
13 our response to that.  I do not know what we
14 have finally changed or if something was
15 finally changed by that.  The sentence you
16 read is the introduction of this.  Later on
17 they detailed what they would like to change,
18 and I would have to look into the final
19 labeling audit to make an assessment what was
20 changed in this regard.
21       This one sentence here you're
22 referring to is, again, for me the
23 introduction to this topic, that they need to
24 determine the steady state anticoagulant

Page 201

1 effect, and then, for me, also the reason why
2 they ask then under (B) to put data in for
3 Cmax and Ctrough.
4        And of course, the Xa activity
5 and the licensed factor Xa test -- I know
6 that it's licensed in Europe.  I'm not a
7 hundred percent sure if this test is licensed
8 in Canada -- is a test where you need blood
9 flow, otherwise you cannot detect the Xa
10 activity in the blood.
11       MR. McWILLIAMS:  Thank you.  I
12   move to strike as nonresponsive
13   everything before "This one sentence
14   here."
15 BY MR. McWILLIAMS:
16   Q.   In addition to Health Canada,
17 TGA, FDA, EMA, you've also gotten a request
18 from the Japanese regulators about the
19 potential to improve patient safety by way of
20 a blood test, true?
21       MR. BROWN:  Objection to form,
22   mischaracterizes testimony.
23   A.   Again, I do not recall what you
24 are currently referring to, what kind of