# Exhibit 4

-

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

- - -

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LITIGATION | : | MDL NO. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | : | JUDGE ELDON E. FALLON |
| | : | MAG. JUDGE NORTH |

VOLUME I

- - -

October 19, 2016

- - -

- PROTECTED -

- SUBJECT TO FURTHER PROTECTIVE REVIEW -

Videotaped deposition of SCOTT D. BERKOWITZ, M.D., taken pursuant to notice, was held at the law offices of Kaye Scholer, LLP, 250 West 55th Street, New York, New York, beginning at 9:04 a.m., on the above date, before Michelle L. Gray, a Registered Professional Reporter, Certified Realtime Reporter, Certified Shorthand Reporter and Notary Public.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

2d0cb638-c303-4ff4-b3d3-27570957c9a1

Page 2

APPEARANCES:

LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR, PA
BY: BRIAN BARR, ESQ.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(888) 435-7001
bbarr@levinlaw.com

- and -

SCHLICHTER, BOGARD & DENTON, LLP
BY: ROGER C. DENTON, ESQ.
100 South Fourth Street
Suite 1200
St. Louis, Missouri 63102
(314) 621-6115
rdenton@uselaws.com
Representing the Plaintiffs

Page 3

APPEARANCES: (Cont'd.)

KAYE SCHOLER LLP
BY: JEFFREY H. HOROWITZ, ESQ.
250 West 55th Street
New York, New York 10019
(212) 836-7572
jeffrey.horowitz@kayescholer.com
- and -
KAYE SCHOLER, LLP
BY: PAMELA J. YATES, ESQ.
1999 Avenue of the Stars
Suite 1600
Los Angeles, California 90067
(310) 788-1278
pamela.yates@kayescholer.com
- and -
BRADLEY ARANT BOULT CUMMINGS, LLP
BY: LINDSEY C. BONEY, IV, ESQ.
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8303
Lboney@bradley.com
Representing Bayer Pharmaceuticals
and the Witness

DRINKER, BIDDLE & REATH, LLP
BY: SEAN A. KENNEDY, ESQ.
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000
sean.kennedy@dbr.com
Representing the Janssen entities

Page 4

APPEARANCES: (Cont'd.)

ALSO PRESENT:

Larissa A. Eustace
(Bayer Pharmaceuticals)

VIDEOTAPE TECHNICIANS:
Henry Marte
Kevin Pollard

LITIGATION TECHNICIAN:
John Knowles

Page 5

- - -
I N D E X
- - -

Testimony of:

SCOTT D. BERKOWITZ, M.D.

By Mr. Barr 16

- - -
E X H I B I T S
- - -

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Berkowitz-1 (398481) | E-mail Thread 4/25/11 Subject, Para on HB Monitoring XARELTO_BHCP_ 00431001-03 | 26 |
| Berkowitz-2 | Current Xarelto Label | 32 |
| Berkowitz-3 (3790275) | Masterplan Project Description Rivaroxaban BAY 59-7939 XARELTO_BHCP_ 08850969-10 | 41 |

2d0cb638-c303-4ff4-b3d3-27570957c9a1

- - -

DEPOSITION SUPPORT INDEX

- - -

Direction to Witness Not to Answer
PAGE LINE
None.

Request for Production of Documents
PAGE LINE
None.

Stipulations
PAGE LINE
None.

Questions Marked
PAGE LINE
None.

- - -

THE VIDEOGRAPHER: We are now on the record.

My name is Henry Marte. I'm a videographer for Golkow Technologies.

Today's date is October 19, 2016, and the time is 9:04 a.m.

This videotaped deposition is being held at the offices of Kaye Scholer LLP, 250 West 55th Street, New York, New York, taken in the matter of In Re: Xarelto products liability litigation, filed in the United States District Court, Eastern District of Louisiana.

The deponent is Dr. Scott Berkowitz. Counsel will be noted on the stenographic record.

The court reporter is Michelle Gray and will now administer the oath to the witness.

- - -

... SCOTT D. BERKOWITZ, M.D., having been first duly sworn, was examined and testified as follows:

- - -

EXAMINATION

- - -

BY MR. BARR:

Q. Sir, could I get you to state your name and full title for the record.

A. Scott Darrell Berkowitz. I'm a vice president at Bayer Pharmaceutical. I oversee the group called thrombosis group in development.

Q. Okay. And you've held that title for how long?

A. Since 2007.

Q. 2007, all right. Now, have you had your deposition taken before?

A. No.

Q. No. Okay. I'm sure your counsel has given you some basic ground rules to follow. I'm not going to go

through all of that with you today.

The only thing I ask is that you allow me to get out my complete question before trying to answer. I will allow you to try to get out your complete answer, but try not to talk over each other. It makes for a confusion written record. It makes for a confusing video, and it's hard for people to follow. So let's just try and make sure nobody is talking when you are going.

I'm sure your lawyer at some point will object. As I'm sure he has told you, unless he instructs you not to answer, just let him state his objection. Then go ahead and answer the question. Okay?

A. Okay. Mm-hmm.

Q. Is there any reason today that you cannot give honest and truthful testimony?

A. No.

Q. Just from a 30,000-foot view, can you give me a thumbnail sketch

people take the same drug, a tenfold difference, correct?

MR. HOROWITZ: Object to the form.

THE WITNESS: I don't know that that's the case, two patients take it and they have a tenfold difference. I don't know what the basis of it, if it's just in volunteers, if it's taken from other data.

So all I know is that this is a range found. And I don't know if -- how reliable the data is in terms of the timing of the dosing, whether they're truly troughs.

But if it comes from, say, the papers that I know about, from our clinical pharmacologists, we'll have to take it at its face value that that's the data.

BY MR. BARR:

Q. So you think the Canadians

may have put unreliable information in their label?

MR. HOROWITZ: Object to the form.

THE WITNESS: I didn't say that. I didn't say that.

BY MR. BARR:

Q. Well, you said you didn't know if this information was reliable.

MR. HOROWITZ: He didn't say that either. Objection to form.

BY MR. BARR:

Q. I thought that's what I heard. If that's not what you were saying --

A. Sorry. No, that's not what I said.

Q. So what were you saying about unreliability?

A. I was just saying that it would be nice to know what the footnotes were as to where they were referencing from.

Q. We can do that.

A. I think that would help.

MR. BARR: 109 --

This will be Exhibit Number 27.

MR. HOROWITZ: 27.

MR. BARR: 1095705.

(Document marked for identification as Exhibit Berkowitz-27.)

MR. HOROWITZ: He's got to read every word before he talks to you.

MR. BARR: Not bad advice.

MR. HOROWITZ: He took something at face value and trusted you. I don't know what that was about.

MR. BARR: You clearly didn't prep him appropriately.

BY MR. BARR:

Q. Let me go to Page 30.

A. Sure.

Q. Well, let me -- you recognize this as the Xarelto product

monograph in Canada, correct? And this is date of revision November 24, 2014?

A. Yes.

And 30, you said?

Q. Page 30.

A. Okay.

Q. One more.

A. 30 of 74. You want 31?

Q. Mine says Page 30 of 74.

A. It's 31 of 74.

MR. HOROWITZ: What's your Bates number?

MR. BARR: It doesn't have it on here. The way I printed it. It doesn't matter.

THE WITNESS: Okay. It's Table 11 that you're looking at?

BY MR. BARR:

Q. Table 11, yes, sir. And this has the footnotes on it, correct, that you wanted to see?

A. Yes. Thank you. Now I see.

Okay. So these were --

Okay. Yeah. So they gave the windows of

2d0cb638-c303-4ff4-b3d3-27570957c9a1