UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |
| Dora Mingo, et al. v. Janssen Research & Development, et al. Case No. 2:15-cv-03469 | |

## O R D E R

Considering *Ex Parte* Motion for Leave to File Under Seal Exhibits 5-7 to Defendants' Joint Motion (1) to Enforce Stipulated Case Management Order and (2) to Quash Untimely 30(b)(6) Deposition Notice to Bayer Defendants

. **IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Exhibits 5-7 to Defendants' Joint Motion (1) to Enforce Stipulated Case Management Order and (2) to Quash Untimely 30(b)(6) Deposition Notice to Bayer Defendants (Doc. 6978) be and are hereby **FILED UNDER SEAL.**

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

-