# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Aurania Sobczak v. Janssen Research & Development LLC, et al., Action No. 2:16-cv-15293*

## NOTICE OF SUBMISSION

Please take notice that Plaintiff Aurania Sobczak, by and through undersigned counsel, will bring her Motion for Extension of Time Within Which to Serve Defendant Bayer Healthcare Pharmaceuticals, Inc., for submission before the Honorable Eldon E. Fallon on Wednesday, August 9, 2017, at 9:00 AM.

Dated: July 6, 2017               Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Notice of Submission has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: July 6, 2017                /s/ Russell T. Abney_____
                                   Russell T. Abney, Esq.
                                   Attorney I.D. No. 000875 (GA)
                                   FERRER, POIROT & WANSBROUGH
                                   2100 RiverEdge Pkwy NW, Suite 1025
                                   Atlanta, GA 30328
                                   Telephone: 800.521.4492
                                   Fax: 866.513.0115
                                   atlanta@lawyerworks.com
                                   *Attorney for the Plaintiffs*