UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Aurania Sobczak v. Janssen Research & Development LLC, et al., Action No. 2:16-cv-15293*

## ORDER

The Court, after considering the Plaintiff's Motion for Extension of Time Within Which to Serve Defendant Bayer Healthcare Pharmaceuticals, Inc., as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Aurania Sobczak, shall have thirty (30) days from the date of this Order to serve process on Defendant Bayer Healthcare Pharmaceuticals, Inc., as set forth in this Court's Pre-Trial Order No. 10.

Dated: _____        _____
                                                                Hon. Eldon E. Fallon
                                                                United States District Court Judge