UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON FALLON |

ROBERT GAMBLE

    Plaintiff

v.

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG,

    Defendants.
_____

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**
_____

  COMES NOW the Plaintiff, by and through the undersigned counsel, and moves for leave of Court to amend the initial complaint. In support of this motion, Plaintiff states as follows:

  1. On or about April 6, 2016, Plaintiff Robert Gamble filed the present lawsuit after suffering injuries as a result of taking Xarelto medication, which required hospitalization and medical treatment.

*Gamble vs. Janssen Research & Development, et al*
*Motion for Leave to Amend*
*Page 2*

2. On or about May 18, 2016 the Plaintiff's case was transferred to the US District Court for the Eastern District of Louisiana as part of the Xarelto multi-district litigation.

3. On or about September 20, 2016, the Plaintiff Robert Gamble died intestate.

4. KEITH GAMBLE, the son of Robert Gamble, was duly appointed as the Personal Representative of the Estate of his father, Robert Gamble, deceased, on June 29, 2017.

5. This is an action for negligence, products liability, and other claims resulting from the injuries Robert Gamble suffered after taking Xarelto, and said claims of the deceased are not extinguished by his death.

6. The estate of Robert Gamble and the surviving adult children of ROBERT GAMBLE are entitled to additional damages under the Florida Wrongful Death Statute.

7. A copy of the proposed amended complaint is attached as Exhibit "A".

8. Undersigned counsel has contacted Defendant's Liaison Counsel and Co-Lead Defense Counsel who have no objection to the filing of this Motion.

9. Based on the foregoing, the Plaintiff seeks leave of Court to Amend the Complaint to reflect the estate and survivors of ROBERT GAMBLE.

WHEREFORE, Plaintiff moves this court for an order giving leave to amend the Complaint.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above motion has been emailed to Defendant's Liason Counsel and Co-Lead Defense Counsel, James Irwin, Esq., Irwin Fritchie Urquhart & Moore, Texaco Center, 400 Poydras Street, Suite 2700, New Orleans,

*Gamble vs. Janssen Research & Development, et al*
*Motion for Leave to Amend*
*Page 3*

Louisiana 70130 jirwin@irwinllc.com; Susan Sharko, Esq., Drinker Biddle & Reath LLP, 500 Campus Drive, Florham Park, New Jersey 07932 susan.sharko@dbr.com; and Steven Glickstein, Kaye Scholer LLP, 250 West 55th Street, New York, NY 10019 steven.glickstein@apks.com, on this 6th day of July, 2017.

        **BALKAN & PATTERSON, LLP**
        Attorneys for Plaintiff
        1877 S. Federal Highway, Suite 100
        Boca Raton, FL 33432
        Telephone: (561) 750-9191
        Facsimile: (561) 750-1574
        adam@balkanpatterson.com
        tiffany@balkanpatterson.com
        efile@balkanpatterson.com

        By /s/ Adam M. Balkan
        **ADAM M. BALKAN**
        Fla Bar No.: 0044880