**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUSIANA**

IN RE: XARELTO (RIVAROXABAN)                    MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                                SECTION L

                                                JUDGE ELDON FALLON

---

ROBERT GAMBLE

                Plaintiff

v.

JANSSEN RESEARCH & DEVELOPMENT
LLC f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT LLC; JANSSEN ORTHO LLC;
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.; BAYER
HEALTHCARE PHARMACEUTICALS,
INC.; BAYER PHARMA AG; BAYER
CORPORATION; BAYER HEALTHCARE LLC;
BAYER HEALTHCARE AG; and BAYER AG,

                Defendants
_____

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION**
**FOR LEAVE TO AMEND THE COMPLAINT**
_____

        THIS CAUSE having come to be heard on Plaintiff's Unopposed Motion for

Leave to Amend the Complaint, and the Court being otherwise advised in the

Premises, it is hereupon,

        ORDERED AND ADJUDGED that said Motion be, and the same is hereby:

GRANTED, the First Amended Complaint attached to Plaintiff's Motion for Leave to

Amend the Complaint as Exhibit A is deemed filed as of the date of this Order.


      DONE AND ORDERED in Chambers, at New Orleans, Louisiana, this _____

day of _____, 2017



                      _____

                      Eldon E. Fallon
                      United States District Judge


Conformed Copies:

- James Irwin, Esq., Irwin Fritchie Urquhart & Moore, Texaco Center, 400 Poydras Street, Suite 2700, New Orleans, Louisiana 70130 jirwin@irwinllc.com;
- Susan Sharko, Esq., Drinker Biddle & Reath LLP, 500 Campus Drive, Florham Park, New Jersey 07932 susan.sharko@dbr.com;
- Steven Glickstein, Kaye Scholer LLP, 250 West 55th Street, New York, NY 10019 steven.glickstein@apks.com
- Adam M. Balkan, Esq., 1877 S. Federal Highway, Suite 100, Boca Raton, FL 33432 Adam@balkanpatterson.com; tiffany@balkanpatterson.com