**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUSIANA**

IN RE: XARELTO (RIVAROXABAN)                          MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                                      SECTION L

                                                      JUDGE ELDON FALLON

_____

ROBERT GAMBLE

                    Plaintiff

v.

JANSSEN RESEARCH & DEVELOPMENT
LLC f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT LLC; JANSSEN ORTHO LLC;
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.; BAYER
HEALTHCARE PHARMACEUTICALS,
INC.; BAYER PHARMA AG; BAYER
CORPORATION; BAYER HEALTHCARE LLC;
BAYER HEALTHCARE AG; and BAYER AG,

                    Defendants
_____

## PLAINTIFF'S UNOPPOSED MOTION FOR SUBSTITUTION
_____

      COMES NOW the Plaintiff, by and through the undersigned counsel, and

pursuant to Fed.R.Civ.P. 25, moves to substitute "Keith Gamble, as personal

representative of the estate of Robert Gamble, deceased" as the named party

Plaintiff in place of "ROBERT GAMBLE".  In support of this motion, Plaintiff states as

follows:

      1.      On or about April 6, 2016, Plaintiff Robert Gamble filed the present lawsuit

after suffering injuries as a result of taking Xarelto medication, which required hospitalization and medical treatment.

2.      On or about May 18, 2016 the Plaintiff's case was transferred to the US District Court for the Eastern District of Louisiana as part of the Xarelto multi-district litigation.

3.      On or about September 20, 2016, the Plaintiff Robert Gamble died intestate.

4.      KEITH GAMBLE, the son of Robert Gamble, was be duly appointed as the Personal Representative of the Estate of his father, Robert Gamble, deceased, on June 29, 2017.

5.      KEITH GAMBLE, as the personal representative of the estate of Robert Gamble, has recently retained the undersigned counsel to continue representing the estate in this matter.

6.      This is an action for negligence, products liability, and other claims resulting from the injuries Robert Gamble suffered after taking Xarelto, and said claims of the deceased are not extinguished by his death.

7.      The substitution of the personal representative will not prejudice the Defendants in any manner as only initial fact sheet discovery has been started in this case.

8.      Undersigned counsel has contacted Defendant's Liaison Counsel and Co-Lead Defense Counsel who have no objection to the filing of this Motion.

9.      Based on the foregoing, the Court should enter an order substituting Keith Gamble, as the personal representative of the Estate of Robert Gamble, deceased, in place and instead of Robert Gamble, as Plaintiff in this case.  A proposed order granting

the substitution has been attached.

WHEREFORE, Plaintiff moves this court for an order substituting "Keith Gamble, personal representative of the estate of Robert Gamble, deceased" in place of "Robert Gamble" as the properly named Plaintiff in this case.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above motion has been emailed to Defendant's Liason Counsel and Co-Lead Defense Counsel, James Irwin, Esq., Irwin Fritchie Urquhart & Moore, Texaco Center, 400 Poydras Street, Suite 2700, New Orleans, Louisiana 70130 jirwin@irwinllc.com; Susan Sharko, Esq., Drinker Biddle & Reath LLP, 500 Campus Drive, Florham Park, New Jersey 07932 susan.sharko@dbr.com; and Steven Glickstein, Kaye Scholer LLP, 250 West 55th Street, New York, NY 10019 steven.glickstein@apks.com, on this 6th day of July, 2017.

BALKAN & PATTERSON, LLP
Attorneys for Plaintiff
1877 S. Federal Highway, Suite 100
Boca Raton, FL 33432
Telephone:    (561) 750-9191
Facsimile:     (561) 750-1574
adam@balkanpatterson.com
tiffany@balkanpatterson.com
efile@balkanpatterson.com

By____/s/ Adam M. Balkan_____
ADAM M. BALKAN
Fla Bar No.: 0044880