UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

IN RE: XARELTO (RIVAROXABAN)  MDL No. 2592
PRODUCTS LIABILITY LITIGATION

SECTION L

JUDGE ELDON FALLON

_____

ROBERT GAMBLE

        Plaintiff
v.

JANSSEN RESEARCH & DEVELOPMENT
LLC f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT LLC; JANSSEN ORTHO LLC;
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.; BAYER
HEALTHCARE PHARMACEUTICALS,
INC.; BAYER PHARMA AG; BAYER
CORPORATION; BAYER HEALTHCARE LLC;
BAYER HEALTHCARE AG; and BAYER AG,

        Defendants
_____

## SUGGESTION OF DEATH
_____

      COMES NOW the Plaintiff, by and through the undersigned counsel, and files this Suggestion of Death, and would state as follows:

      1.    On or about April 6, 2016, Plaintiff Robert Gamble filed the present lawsuit after suffering injuries as a result of taking Xarelto medication, which required hospitalization and medical treatment.

      2.    On or about May 18, 2016 the Plaintiff's case was transferred to the US District Court for the Eastern District of Louisiana as part of the Xarelto multi-district

*Gamble vs. Janssen Research & Development, et al*
*Suggestion of Death*

Page 2

litigation.

3. On or about September 20, 2016, the Plaintiff Robert Gamble died intestate.

4. KEITH GAMBLE, the son of Robert Gamble, will be duly appointed as the Personal Representative of the Estate of his father, Robert Gamble, deceased.

5. KEITH GAMBLE, as the personal representative of the estate of Robert Gamble, has recently retained the undersigned counsel to continue representing the estate in this matter.

6. This is an action for negligence, products liability, and other claims resulting from the injuries Robert Gamble suffered after taking Xarelto, and said claims of the deceased are not extinguished by his death.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above motion has been emailed to Defendant's Liason Counsel and Co-Lead Defense Counsel, James Irwin, Esq., Irwin Fritchie Urquhart & Moore, Texaco Center, 400 Poydras Street, Suite 2700, New Orleans, Louisiana 70130 jirwin@irwinllc.com; Susan Sharko, Esq., Drinker Biddle & Reath LLP, 500 Campus Drive, Florham Park, New Jersey 07932 susan.sharko@dbr.com; and Steven Glickstein, Kaye Scholer LLP, 250 West 55th Street, New York, NY 10019 steven.glickstein@apks.com, on this 6th day of July, 2017.

**BALKAN & PATTERSON, LLP**
Attorneys for Plaintiff
1877 S. Federal Highway, Suite 100
Boca Raton, FL 33432
Telephone:   (561) 750-9191
Facsimile:    (561) 750-1574
adam@balkanpatterson.com
tiffany@balkanpatterson.com
efile@balkanpatterson.com

By    /s/ Adam M. Balkan
   **ADAM M. BALKAN**
   Fla Bar No.: 0044880