UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Glenn Wallace v. Janssen Research & Development LLC, et al., Action No. 2:16-cv-15147*

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE DEFENDANTS BAYER PHARMA AG, BAYER HEALTHCARE PHARMACEUTICALS, INC., JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN PHARMACEUTICALS, INC., JANSSEN ORTHO LLC, AND JOHNSON & JOHNSON COMPANY**

Plaintiff Glenn Wallace, by and through undersigned counsel, hereby files this Motion for Extension of Time Within Which to Serve Defendants Bayer Pharma AG, Bayer Healthcare Pharmaceuticals, Inc., Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, and Johnson & Johnson Company.

Plaintiff requests that the Court grant an additional thirty (30) days from the date of the Court's order granting this Motion to serve the Defendants as set forth in this Court's Pre-Trial Order No. 10.

Dated: July 6, 2017                    Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)

        FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Motion for Extension of Time Within Which to Serve Defendants has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: July 6, 2017                                           Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## CERTIFICATE OF CONFERENCE

Pursuant to Pre-trial Order 24 and 24A, I certify that I have conferred, or made a reasonable attempt to confer with all other parties which are listed below at least 14 days prior to filing this Motion. The Defendants are opposed to the filing of this motion. Furthermore, I certify that Plaintiff has complied with the filing fee payment provisions of Pre-trial Order 11B and that all applicable filing fees have been paid.

**Via Electronic Mail:**
James Irwin
Irwin Fritchie Urquhart & Moore LLC
Jirwin@irwinllc.com

**Via Electronic Mail:**
Jessica Brennan
Drinker Biddle & Reath LLP
Jessica.Brennan@dbr.com

**Via Electronic Mail:**
Susan Sharko
Drinker Biddle & Reath LLP
Susan.Sharko@dbr.com

**Via Electronic Mail:**
Alan Rothman
Arnold & Porter Kaye Scholer LLP
Alan.Rothman@apks.com

**Via Electronic Mail:**
Steven Glickstein
Arnold & Porter Kaye Scholer LLP
steven.glickstein@apks.com

Dated: July 6, 2017

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*