# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Glenn Wallace v. Janssen Research & Development LLC, et al., Action No. 2:16-cv-15147*

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE DEFENDANTS BAYER PHARMA AG, BAYER HEALTHCARE PHARMACEUTICALS, INC., JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN PHARMACEUTICALS, INC., JANSSEN ORTHO LLC, AND JOHNSON & JOHNSON COMPANY

Plaintiff Glenn Wallace, by and through undersigned counsel, submits this Memorandum in Support of Plaintiff's Motion for Extension of Time Within Which to Serve Defendants Bayer Pharma AG, Bayer Healthcare Pharmaceuticals, Inc., Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, and Johnson & Johnson Company (hereafter referred to collectively as "Defendants").

**I.    BACKGROUND**

1. Plaintiff Glenn Wallace's Complaint was originally filed on September 30, 2016 in the U.S. District Court for the Eastern District of Louisiana (2:16-cv-15147) by the Meyer Law Firm.

2. Following submission of a Plaintiff Fact Sheet for Plaintiff Glenn Wallace, The Meyer Firm received a Notice of Unserved Complaint through MDL Centrality on February 16, 2017.

3. The Meyer Law Firm conferred with Ferrer Poirot & Wansbrough in May 2017 and requested that Ferrer Poirot & Wansbrough become counsel of record for the Xarelto cases that The Meyer Law Firm had pending in MDL 2592, including the above-referenced case.

4. Ferrer Poirot & Wansbrough was not been able to verify with The Meyer Law Firm whether Defendants have been properly served in the above-referenced cases following The Meyer Law Firm's receipt of the Notice of Unserved Complaint.

5. Ferrer Poirot & Wansbrough reached out to defense counsel at Bradley Arant Boult Cummings LLP via e-mail to verify whether Defendants had been properly served in Plaintiff Glenn Wallace's case.

6. Maegan McCollum, counsel at Bradley Arant Boult Cummings LLP, informed Ferrer Poirot & Wansbrough on June 9, 2017 that Defendants had not been properly served in Plaintiff Glenn Wallace's case.

7. The deadlines set forth in this Court's Pre-Trial Order No. 10 have now passed for the Plaintiff Glenn Wallace's case.

8. Ferrer Poirot & Wansbrough intends to ensure that the Defendants in Plaintiff Glenn Wallace's case have been properly served according to the procedures set forth in the Federal Rules of Civil Procedure 4 and according to this Court's Pre-Trial Order No. 10.

## II. ANALYSIS

9. Under Fed. R. Civ. P rule 4, if a Plaintiff can show good cause for failure to serve within a specified time period, the Court can, at its discretion, extend the time for service for a reasonable period.

10. No prejudice has or will occur against these Defendants by this Court granting the Plaintiffs' request for an extension of time within which to serve.

## III. CONCLUSION

11. Plaintiff respectfully requests an Order from this Court granting thirty (30) days within which to serve process on the Defendants.

Dated: July 6, 2017               Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Memorandum in Support of Plaintiff's Motion for Extension of Time Within Which to Serve Defendants has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: July 6, 2017　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Russell T. Abney_____
　　　　　　　　　　　　　　　　　　　　Russell T. Abney, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 000875 (GA)
　　　　　　　　　　　　　　　　　　　　FERRER, POIROT & WANSBROUGH
　　　　　　　　　　　　　　　　　　　　2100 RiverEdge Pkwy NW, Suite 1025
　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30328
　　　　　　　　　　　　　　　　　　　　Telephone: 800.521.4492
　　　　　　　　　　　　　　　　　　　　Fax: 866.513.0115
　　　　　　　　　　　　　　　　　　　　atlanta@lawyerworks.com
　　　　　　　　　　　　　　　　　　　　*Attorney for the Plaintiffs*