# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Glenn Wallace v. Janssen Research & Development LLC, et al., Action No. 2:16-cv-15147*

## NOTICE OF SUBMISSION

Please take notice that Plaintiff Glenn Wallace, by and through undersigned counsel, will bring his Motion for Extension of Time Within Which to Serve Defendants Bayer Pharma AG, Bayer Healthcare Pharmaceuticals, Inc., Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, and Johnson & Johnson Company for submission before the Honorable Eldon E. Fallon on Wednesday, August 9, 2017, at 9:00 AM.

Dated: July 6, 2017　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Russell T. Abney_____
　　　　　　　　　　　　　　　　　　Russell T. Abney, Esq.
　　　　　　　　　　　　　　　　　　Attorney I.D. No. 000875 (GA)
　　　　　　　　　　　　　　　　　　FERRER, POIROT & WANSBROUGH
　　　　　　　　　　　　　　　　　　2100 RiverEdge Pkwy NW, Suite 1025
　　　　　　　　　　　　　　　　　　Atlanta, GA 30328
　　　　　　　　　　　　　　　　　　Telephone: 800.521.4492
　　　　　　　　　　　　　　　　　　Fax: 866.513.0115
　　　　　　　　　　　　　　　　　　atlanta@lawyerworks.com
　　　　　　　　　　　　　　　　　　*Attorney for the Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above foregoing Notice of Submission has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: July 6, 2017                                   /s/ Russell T. Abney_____
                                                        Russell T. Abney, Esq.
                                                        Attorney I.D. No. 000875 (GA)
                                                        FERRER, POIROT & WANSBROUGH
                                                        2100 RiverEdge Pkwy NW, Suite 1025
                                                        Atlanta, GA 30328
                                                        Telephone: 800.521.4492
                                                        Fax: 866.513.0115
                                                        atlanta@lawyerworks.com
                                                        *Attorney for the Plaintiffs*