# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Glenn Wallace v. Janssen Research & Development LLC, et al., Action No. 2:16-cv-15147*

## ORDER

The Court, after considering the Plaintiff's Motion for Extension of Time Within Which to Serve Defendants Bayer Pharma AG, Bayer Healthcare Pharmaceuticals, Inc., Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, and Johnson & Johnson Company, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Glenn Wallace, shall have thirty (30) days from the date of this Order to serve process on Defendants Bayer Pharma AG, Bayer Healthcare Pharmaceuticals, Inc., Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, and Johnson & Johnson Company, as set forth in the Fed. Rules of Civ. Procedure and in this Court's Pre-Trial Order No. 10.

Dated: _____     _____
                                    Hon. Eldon E. Fallon
                                    United States District Court Judge