UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION **THIS DOCUMENT RELATES TO:** **DORIS PHELPS, INDIVIDUALLY AND AS THE SURVIVING SPOUSE OF LAWRENCE PHELPS**, Civil Action No. 2:17-cv-03425 | MDL No. 2592 Section: L JUDGE: ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE DEFENDANT BAYER PHARMA AG**

COMES NOW Plaintiff, Doris Phelps, individually and as the Surviving Spouse of Lawrence Phelps, through undersigned counsel, and respectfully requests this Court grant her Motion for Extension of Time Within Which to Serve Defendant Bayer Pharma AG. Plaintiff requests that the Court grant her an additional thirty (30) days from the date of the Court's Order granting this Motion to serve Defendant Bayer Pharma AG as set forth in this Court's Pre-Trial Order ("PTO") No. 10. Plaintiff's Memorandum in Support of her Motion for Extension of Time Within Which to Serve Defendant Bayer Pharma AG is submitted herewith.

Dated: July 6, 2017

Respectfully submitted,

/s/ *Amanda K. Klevorn*
Korey A. Nelson (LA #30002)
Amanda K. Klevorn (LA #35193)
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
T: 504.799.2845
F: 504.881.1765

  E: aklevorn@burnscharest.com
   knelson@burnscharest.com

**AND**

Warren T. Burns (TX #24053119)
Daniel H. Charest (TX #24057803)
Spencer M. Cox (TX #24097540)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
T: 469.904.4550
F: 469.444.5002
E: wburns@burnscharest.com
 dcharest@burnscharest.com
 scox@burnscharest.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served electronically via the Court's ECF system and served on all counsel of record electronically as a result thereof on the 6th day of July, 2017.

    /s/ Amanda K. Klevorn
    Amanda K. Klevorn