## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 Section: L |
| **THIS DOCUMENT RELATES TO:** | JUDGE: ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |
| **DORIS PHELPS, INDIVIDUALLY AND AS THE SURVIVING SPOUSE OF LAWRENCE PHELPS**, Civil Action No. 2:17-cv-03425 | |

### NOTICE OF SUBMISSION

Please take notice that Plaintiff Doris Phelps, Individually and as the surviving spouse of Lawrence Phelps, by and through undersigned counsel, will bring her Motion for Extension of Time Within Which to Serve Defendant Bayer Pharma AG for submission before the Honorable Eldon E. Fallon on Wednesday, August 9, 2017, at 9:00 a.m.

Dated: July 6, 2017

Respectfully submitted,

/s/ *Amanda K. Klevorn*
Korey A. Nelson (LA #30002)
Amanda K. Klevorn (LA #35193)
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
T: 504.799.2845
F: 504.881.1765
E: aklevorn@burnscharest.com
  knelson@burnscharest.com

**AND**

Warren T. Burns (TX #24053119)
Daniel H. Charest (TX #24057803)

Spencer M. Cox (TX #24097540)  
**BURNS CHAREST LLP**  
900 Jackson Street, Suite 500  
Dallas, Texas 75202  
T: 469.904.4550  
F: 469.444.5002  
E: wburns@burnscharest.com  
   dcharest@burnscharest.com  
   scox@burnscharest.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served electronically via the Court's ECF system and served on all counsel of record electronically as a result thereof on the 6th day of July, 2017.

/s/ Amanda K. Klevorn  
Amanda K. Klevorn
