UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>Section: L |
| **THIS DOCUMENT RELATES TO:**<br><br>**DORIS PHELPS, INDIVIDUALLY AND AS THE SURVIVING SPOUSE OF LAWRENCE PHELPS**,<br><br>Civil Action No. 2:17-cv-03425 | JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## ORDER

Having considered the foregoing Plaintiff's Motion for Extension of Time Within Which to Serve Defendant Bayer Pharma AG, as well as any responses thereto,

IT IS ORDERED that Plaintiff's Motion for Extension of Time Within Which to Serve Defendant Bayer Pharma AG is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this ORDER to complete service of process through the streamlined service procedures for informal service of process set forth in PTO No. 10.

New Orleans, Louisiana, this ___ day of _____, 2017.

                                                                             Hon. Eldon E. Fallon
                                                                             United States District Judge