**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | |
|---|---|
| In re: XARELTO PRODUCTS LIABILITY LITIGATION | § MDL NO. 2592 <br> § <br> § SECTION:   L <br> § <br> § JUDGE:  ELDON E. FALLON <br> § <br> § MAG. JUDGE MICHAEL NORTH <br> § <br> § <br> § |

**THIS DOCUMENT RELATES TO:**

Barnett v. Janssen Research & Developement, LLC et al; 2:15-cv-00220;

Brown v. Janssen Research & Development LLC et al; 2:15-cv-00201;

Welch v. Janssen Research & Development LLC et al; 2:16-cv-09840;

Larkins v. Janssen Research & Developement, LLC et al; 2:15-cv-03679;

Menard v. Janssen Research & Development LLC, et al; 2:16-cv-13391;

Allensworth v. Janssen Research & Development LLC et al; 2:15-cv-00221;

Smith v. Janssen Research & Development LLC, et al; 2:16-cv-13311;

Eikenhorst v. Janssen Research & Development LLC et al; 2:17-cv-02046;

Easley v. Janssen Research & Development LLC et al; 2:16-cv-06004*;

Davis v. Janssen Research & Development LLC et al; 2:16-cv-05988*;

Gilchrist v. Janssen Research & Development LLC et al; 2:16-cv-06016*;

Rozell v. Janssen Research & Development LLC et al; 2:16-cv-06032*;

1

Sterling v. Janssen Research & Development LLC et al; 2:16-cv-06042*;

Treat v. Janssen Research & Development LLC, et al; 2:16-cv-06111*;

Willey v. Janssen Research & Development LLC, et al; 2:16-cv-06120*;

Randolph v. Janssen Research & Development LLC, et al; 2:16-cv-06128*.

## PLAINTIFF'S MOTION TO EXPAND TIME TO BAYER DEFENDANTS

Plaintiff files this motion asking the Court to extend Plaintiff's deadline to serve Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG defendants for sixty (60) days. Plaintiff initially and timely served the Bayer defendants with a copy of the file stamped summons, in each of the above, that was technically deficient because it either: 1) did not bear the Court's seal (as opposed to the file stamp on the motion from PACER); or 2) the Bayer defendants did not receive a contemporaneous email when they received their timely Registered Mail service in Berlin, Germany. After being notified by Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG's counsel on the voluminous amount of cases, Plaintiff has sought the Honorable Court's assistance in curing these unique errors of service for these two defendants. For the reasons set forth in the Memorandum and for good cause shown, Plaintiff moves the court to extend Plaintiff's deadline to serve Defendants for sixty (60) days from the granting of this motion.

Respectfully submitted,

By: /s/ Christopher T. Kirchmer

**PROVOST ✯ UMPHREY LAW FIRM, L.L.P.**
Christopher T. Kirchmer

2

>Texas Bar No. 00794099
>490 Park Street
>P. O. Box 4905
>Beaumont, Texas 77704
>(409) 835-6000 telephone
>(409) 813-8614 facsimile
>ckirchmer@pulf.com - email

## CERTIFICATE OF SERVICE

    I hereby certify that on the 6th day of July, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case.  Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

>   /s/ Christopher T. Kirchmer
>Christopher T. Kirchmer

## CERTIFICATE OF CONFERENCE

The parties have conferred and Defendants oppose the relief sought in this motion.

>   /s/ Christopher T. Kirchmer
>Christopher T. Kirchmer

3