**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

In re: XARELTO PRODUCTS LIABILITY LITIGATION
.

§ MDL NO. 2592
§
§ SECTION:   L
§
§ JUDGE:  ELDON E. FALLON
§
§ MAG. JUDGE MICHAEL NORTH
§
§
§

_____

**THIS DOCUMENT RELATES TO:**

Barnett v. Janssen Research & Developement, LLC et al; 2:15-cv-00220;

Brown v. Janssen Research & Development LLC et al; 2:15-cv-00201;

Welch v. Janssen Research & Development LLC et al; 2:16-cv-09840;

Larkins v. Janssen Research & Developement, LLC et al; 2:15-cv-03679;

Menard v. Janssen Research & Development LLC, et al; 2:16-cv-13391;

Allensworth v. Janssen Research & Development LLC et al; 2:15-cv-00221;

Smith v. Janssen Research & Development LLC, et al; 2:16-cv-13311;

Eikenhorst v. Janssen Research & Development LLC et al; 2:17-cv-02046;

Easley v. Janssen Research & Development LLC et al; 2:16-cv-06004*;

Davis v. Janssen Research & Development LLC et al; 2:16-cv-05988*;

Gilchrist v. Janssen Research & Development LLC et al; 2:16-cv-06016*;

Rozell v. Janssen Research & Development LLC et al; 2:16-cv-06032*;

Sterling v. Janssen Research & Development LLC et al; 2:16-cv-06042*;

Treat v. Janssen Research & Development LLC, et al; 2:16-cv-06111*;

Willey v. Janssen Research & Development LLC, et al; 2:16-cv-06120*;

Randolph v. Janssen Research & Development LLC, et al; 2:16-cv-06128*.

## NOTICE OF SUBMISSION

COMES NOW Plaintiffs in the above styled cases by and through undersigned counsel, and files this Notice of Submission of *Plaintiff's First Motion to Expand Time To Serve Bayer Defendants* to be submitted on Wednesday, July 19, 2017, before the Honorable Judge Eldon E. Fallon.

Respectfully submitted,

By: /s/ Christopher T. Kirchmer

**PROVOST ★ UMPHREY LAW FIRM, L.L.P.**
Christopher T. Kirchmer
Texas Bar No. 00794099
490 Park Street
P. O. Box 4905
Beaumont, Texas 77704
(409) 835-6000 telephone
(409) 813-8614 facsimile
ckirchmer@pulf.com - email

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

/s/ Christopher T. Kirchmer
Christopher T. Kirchmer

## CERTIFICATE OF CONFERENCE

The parties have conferred and Defendants oppose the relief sought in this motion.

/s/ Christopher T. Kirchmer
Christopher T. Kirchmer
