**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | |
|---|---|
| In re: XARELTO PRODUCTS LIABILITY LITIGATION | § MDL NO. 2592 §<br>§ SECTION:   L<br>§<br>§ JUDGE:  ELDON E. FALLON<br>§<br>§ MAG. JUDGE MICHAEL NORTH<br>§<br>§ |
| _____ | § |

**THIS DOCUMENT RELATES TO:**

Barnett v. Janssen Research & Developement, LLC et al; 2:15-cv-00220;

Brown v. Janssen Research & Development LLC et al; 2:15-cv-00201;

Welch v. Janssen Research & Development LLC et al; 2:16-cv-09840;

Larkins v. Janssen Research & Developement, LLC et al; 2:15-cv-03679;

Menard v. Janssen Research & Development LLC, et al; 2:16-cv-13391;

Allensworth v. Janssen Research & Development LLC et al; 2:15-cv-00221;

Smith v. Janssen Research & Development LLC, et al; 2:16-cv-13311;

Eikenhorst v. Janssen Research & Development LLC et al; 2:17-cv-02046;

Easley v. Janssen Research & Development LLC et al; 2:16-cv-06004*;

Davis v. Janssen Research & Development LLC et al; 2:16-cv-05988*;

Gilchrist v. Janssen Research & Development LLC et al; 2:16-cv-06016*;

Rozell v. Janssen Research & Development LLC et al; 2:16-cv-06032*;

Sterling v. Janssen Research & Development LLC et al; 2:16-cv-06042*;

Treat v. Janssen Research & Development LLC, et al; 2:16-cv-06111*;

Willey v. Janssen Research & Development LLC, et al; 2:16-cv-06120*;

Randolph v. Janssen Research & Development LLC, et al; 2:16-cv-06128*.

## ORDER

**ON THIS DAY CAME TO BE HEARD** Plaintiffs' Motion to Expand Time To Serve Bayer Defendants, Bayer Healthcare Pharmaceuticals, Inc and Bayer Pharma AG, being of the opinion such motion is meritorious, finds the same should be in all things **GRANTED.**

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that said Plaintiff's Motion to Expand Time To Serve Bayer Defendants is in all things **GRANTED.** The Court hereby grants Plaintiffs sixty (60) days from the date of this order to serve process on Defendants.

**SIGNED** this the _____ day of _____, 2017.

_____
JUDGE PRESIDING