MINUTE ENTRY
FALLON, J.
JULY 5, 2017

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
***Dora Mingo v. Janssen Research & Development, LLC, et al.;***
**Case No. 2:15-cv-03469**

The Court received a proposed jury questionnaire from the parties on June 27, 2017.  The questionnaire will be delivered to the Southern District of Mississippi next week.   Once prospective jurors complete the questionnaires, the Court will inform both parties, so they may review them.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Mingo v. Bayer Corp., et al.* | * | JUDGE ELDON E. FALLON |
| **Case No. 2:15-cv-03469** | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

## QUESTIONNAIRE FOR PROSPECTIVE JURORS

Thank you for coming to court as a potential juror.  Before the case can start, a jury must be selected.  The judge and the people involved in the case need to know about you in order to select jurors who can be fair to both sides.

The Court and the lawyers for both sides have worked together to prepare this questionnaire.  The questions on this form are designed to help the Court and the lawyers learn something about your background and your views on issues that may be related to this case.  The questions are not asked to invade your privacy, but to make sure that you can be a fair and impartial juror.

If you have trouble reading, understanding, or filling out this form, please let the clerk know.  You should answer each question honestly, carefully, and completely.  **Do not try to select the "right" answers; there is no right or wrong answer to any question.**  Please do not leave any questions blank.  If there is no response to a question, we will assume that you mistakenly skipped it and may ask you about it in court.  Please print your answers.

**Please do not write on the back of any page.**  If you need more room, continue at the bottom or side of the page, or on the blank page at the end of the questionnaire.  When you have completed the questionnaire, please give it to the attendant.

You may be asked follow-up questions in court to clarify your answers.  If there are questions that you would feel more comfortable answering in private, simply write "private" in the space provided for your answer and circle the question number.  The follow-up questions on that topic will be held out of the presence of the other jurors.  After you have finished the questionnaire, let the clerk know that you have circled one or more question numbers as private.

If you are selected to serve as a juror, this questionnaire will become part of the Court's permanent record, but it will not be distributed to anyone except the attorneys in the case and the judge.  If you are not selected to be a juror, this questionnaire and all copies will be destroyed.

**Do not conduct any Internet or other research on any word, phrase, or name in this questionnaire.  Do not email, blog, tweet, text, or post about the questionnaire or trial.  Do not discuss this questionnaire or trial with anyone, including friends, family, or fellow prospective jurors.**

1.   Full Name:  _____

2.   Gender (Circle one.):    Male    Female

3.   Date of Birth:  _____ Age:  _____

4.   Street Address: _____

     City _____ State _____ Zip Code _____

5.   How long have you lived at your current address?   _____

6.   Do you rent or own your current address, or reside under other conditions?  (Check one.)
     ☐   Rent
     ☐   Own
     ☐   Other (Please explain:  _____)

7.   Please list the city and state (but not the street address) for each of your prior addresses
     from the past ten years:

     _____

     _____

     _____

8.   Which best describes your highest level of education?  (Check one.)

     ☐   Less than high school
     ☐   GED
     ☐   High school
     ☐   Technical or trade school
     ☐   Some college
     ☐   Associate's degree
     ☐   Bachelor's degree
     ☐   Some graduate study
     ☐   Graduate, Master's, or Doctoral degree

     If you did any schooling after high school, where did you go to school and what were
     your major areas of study?

     _____

9.      Which best describes your current employment status?  (Check all that apply.)

☐   Employed Full Time
☐   Employed Part Time
☐   Student
☐   Homemaker
☐   Disabled
☐   Retired for _____ years
☐   Looking for Work
☐   Unemployed

10.     Please fill in the information below for each job held within the last ten years:

**<u>CURRENT JOB</u>**

Year Started:  _____  Employer: _____

Job Title/Duties: _____

**<u>PREVIOUS JOB 1</u>**

Dates Worked:  _____  Employer: _____

Job Title/Duties: _____

**<u>PREVIOUS JOB 2</u>**

Dates Worked:  _____  Employer: _____

Job Title/Duties: _____

**<u>PREVIOUS JOB 3</u>**

Dates Worked:  _____  Employer: _____

Job Title/Duties: _____

**<u>PREVIOUS JOB 4</u>**

Dates Worked:  _____  Employer: _____

Job Title/Duties: _____

11.   Which best describes your current marital status?  (Check all that apply.)

☐   Never married

☐   Living with partner

☐   Married

☐   Separated

☐   Divorced

☐   Divorced and Remarried

☐   Widowed

☐   Widowed and Remarried

12.   If applicable, which best describes the highest level of education of your spouse or significant other?  (If applicable, check one.)

☐   Less than high school

☐   GED

☐   High school

☐   Technical or trade school

☐   Some college

☐   Associate's degree

☐   Bachelor's degree

☐   Some graduate study

☐   Graduate, Master's, or Doctoral degree

If your spouse or significant other did any schooling after high school, where did he or she go to school and what were his or her major areas of study?

_____

13.   If applicable, which best describes the current employment status of your spouse or significant other?  (If applicable, check all that apply.)

☐   Employed Full Time

☐   Employed Part Time

☐   Student

☐   Homemaker

☐   Disabled

☐   Retired for _____ years

☐   Looking for Work

☐   Unemployed

14.    If applicable, please fill in the information below for each job held by your spouse or significant other within the last ten years:

**CURRENT JOB**

Year Started: _____ Employer: _____

Job Title/Duties: _____

**PREVIOUS JOB 1**

Dates Worked: _____ Employer: _____

Job Title/Duties: _____

**PREVIOUS JOB 2**

Dates Worked: _____ Employer: _____

Job Title/Duties: _____

**PREVIOUS JOB 3**

Dates Worked: _____ Employer: _____

Job Title/Duties: _____

**PREVIOUS JOB 4**

Dates Worked: _____ Employer: _____

Job Title/Duties: _____

15.    Do you have any children or step-children?  (Check one.)

☐   Yes
☐   No

If yes, please identify: (a) how many children; (b) their ages; and (c) if over age 18, their current occupation:

_____

_____

16.   Do you, a family member, or anyone close to you have <u>any</u> training or experience in the following areas?

If yes:

a.   Please identify if the training or experience is by you or a family member/ someone close.  If not by you, please identify your relationship with the person on the line (e.g., spouse, parent, child, friend, co-worker).

b.   Please describe the type of training or experience.  For example, if the training or experience was in the healthcare or medical field, you could write doctor, nurse, physical therapist, etc.  If known, please also list the name of the company and the approximate years in the description box.

| AREA | YES/NO (Check one.) | IF YES, PERSON WITH TRAINING OR EXPERIENCE | IF YES, WHAT KIND OF TRAINING OR EXPERIENCE |
|---|---|---|---|
| Pharmacy or Drug Store | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/ Someone Close<br>_____ | |
| Pharmaceutical or Drug Industry | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/ Someone Close<br>_____ | |
| Healthcare or Medical Field | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/ Someone Close<br>_____ | |
| Counseling or Social Services | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/ Someone Close<br>_____ | |
| Insurance Industry (Sales, Claim Adjusting, Clerical, etc.) | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/ Someone Close<br>_____ | |
| Legal or Court System | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/ Someone Close<br>_____ | |

| Law Enforcement | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/<br>Someone Close<br>_____ | |
|---|---|---|---|
| Armed Forces | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/<br>Someone Close<br>_____ | |
| Investigative Work | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/<br>Someone Close<br>_____ | |
| Supervisory Work | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/<br>Someone Close<br>_____ | |
| Labor Union | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/<br>Someone Close<br>_____ | |
| Finance, Economics, or Accounting | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/<br>Someone Close<br>_____ | |
| Contract Writing | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/<br>Someone Close<br>_____ | |
| Food and Drug Administration (FDA) | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/<br>Someone Close<br>_____ | |
| Government Standards or Regulations | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/<br>Someone Close<br>_____ | |

| | | | |
|---|---|---|---|
| Politics | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/<br>Someone Close<br>_____ | |
| Journalism/<br>Media | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/<br>Someone Close<br>_____ | |
| Advertising | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/<br>Someone Close<br>_____ | |
| Public Relations | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/<br>Someone Close<br>_____ | |
| Research &<br>Development | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/<br>Someone Close<br>_____ | |
| Product Design<br>or Testing | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/<br>Someone Close<br>_____ | |
| Product<br>Manufacturing | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/<br>Someone Close<br>_____ | |
| Statistics | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/<br>Someone Close<br>_____ | |
| Sales | ☐ Yes<br>☐ No | ☐ You<br>☐ Family Member/<br>Someone Close<br>_____ | |

17.    Have you, a family member, or anyone close to you ever been involved with any organization or group involved in tort or lawsuit reform (e.g., T.A.L.A. or C.A.L.A.), or other efforts to reduce, limit, or eliminate jury verdicts?  (Check one.)

☐  Yes

☐  No

If yes, please identify: (a) your relationship with the person who was involved (e.g., you, spouse, parent, child, friend, co-worker); and (b) the nature of the involvement:

_____

_____

18.    Have you, a family member, or anyone close to you ever been a party in a lawsuit? (Check all that apply.)

☐  Yes, as a plaintiff

☐  Yes, as a defendant in civil lawsuit

☐  Yes, as a defendant in a criminal lawsuit

☐  No

If yes, please identify for each lawsuit: (a) the approximate date of the lawsuit; (b) your relationship with the party in the lawsuit (e.g., you, spouse, parent, child, friend, co-worker); (c) the nature of the lawsuit; (d) the outcome of the lawsuit; and (e) whether you were satisfied with the result:

_____

_____

19.    Have you ever served on a jury?  (Check all that apply.)

☐  Yes, in a civil case, and the jury reached a verdict

☐  Yes, in a civil case, and the jury did not reach a verdict

☐  Yes, in a criminal case, and the jury reached a verdict

☐  Yes, in a criminal case, and the jury did not reach a verdict

☐  Yes, on a federal Grand Jury

☐  No

If you have served on a jury, please identify for each case: (a) the approximate date of the trial; (b) the nature of the trial; (c) the outcome of the trial; and (d) the approximate amount of damages awarded, if any:

_____

_____

20.    Have you ever served as a jury foreperson?  (Check one.)

☐    Yes
☐    No

If yes, please identify the type of case:

_____

_____

21.    You may be called upon in this case to decide liability and/or award money damages.  Do you have any religious, philosophical, or other belief that prevents you from sitting in judgment of other people?  (Check one.)

☐    Yes
☐    No

22.    What do you regularly reference for news?  (Check all that apply.)

☐    Newspapers
☐    Magazines
☐    Television
☐    Radio
☐    Internet
☐    Other

Please list the names of the publications, sites, and programs for each box checked above:

_____

_____

_____

23.    On average, how much time do you spend online each day?

_____

24.     Please identify all of the social media platforms that you use:  (Check all that apply.)

☐   Facebook

☐   Twitter

☐   Instagram

☐   Snapchat

☐   MySpace

☐   LinkedIn

☐   Other (Please list: _____)

25.     Do you have your own blog, or do you contribute to any blogs?  (Check one.)

☐   Yes

☐   No

If yes, please identify the blog(s) and describe your ownership or contributions:

_____

_____

26.     Do you read or post to any online message boards?  (Check one.)

☐   Yes

☐   No

If yes, please identify the online message board(s) and how often you read or post to the message board(s):

_____

_____

27.     What do you regularly do in your spare time (e.g., hobbies, recreations, or pastimes)?

_____

_____

28.     How would you describe your overall health?  (Check one.)

☐   Excellent

☐   Good

☐   Fair

☐   Poor

11

29.     Do you go to the doctor when you are not feeling well? (Check one.)

☐   Always
☐   Almost always
☐   More often than not
☐   Sometimes
☐   Rarely
☐   Never

30.     Before taking any type of prescription medication, do you generally ask your doctor why he or she has selected the particular medication for you?  (Check one.)

☐   Always
☐   Almost always
☐   More often than not
☐   Sometimes
☐   Rarely
☐   Never

31.     Before taking any type of prescription medication, do you generally read any warnings or prescribing information that come with the medication?  (Check one.)

☐   Always
☐   Almost always
☐   More often than not
☐   Sometimes
☐   Rarely
☐   Never

32.     Before taking any type of prescription medication, do you generally conduct follow-up research or get a second opinion?  (Check one.)

☐   Always
☐   Almost always
☐   More often than not
☐   Sometimes
☐   Rarely
☐   Never

33.   Have you ever decided not to take a drug prescribed to you because of information you learned about the drug from sources other than your doctor?

☐   Yes

☐   No

34.   What degree of responsibility do you believe patients have for their own health care, as compared to the degree of responsibility of their medical providers?  (Check one.)

☐   Patients have no responsibility

☐   Patients have less responsibility than their medical provider

☐   Patients have an equal amount of responsibility as their medical provider

☐   Patients have more responsibility than their medical provider

☐   Patients have total responsibility

35.   Do you have any opinion about the adequacy of the warnings that accompany prescription medications?

_____

_____

36.   If your answer to question 35 is 'yes,' what are your opinions about the adequacy of the efforts taken by prescription drug companies to ensure the safety of prescription medications after they are on the market?

_____

_____

37.   Prior to today, had you heard of the Food and Drug Administration (FDA)?  (Check one.)

☐   Yes

☐   No

38.   Do you have an opinion about the FDA?  (Check one.)

☐   Yes

☐   No

If yes, what is that opinion?

_____

_____

39.   Have you recently suffered the loss of a loved one?  (Check one.)

☐   Yes

☐   No

If yes, please identify: (a) who the person was; and (b) what happened.

_____

_____

40.   Has anyone close to you lost their lives or been injured because of the negligence, indifference, or wrongful conduct of an individual or entity?  (Check one.)

☐   Yes

☐   No

If yes, please identify: (a) who the person was; and (b) what happened.

_____

_____

41.   Have you, a family member, or anyone close to you ever been the victim of improper or inadequate medical treatment?  (Check one.)

☐   Yes

☐   No

If yes, please identify: (a) your relationship with the victim (e.g., you, spouse, parent, child, friend, co-worker); (b) the nature of the treatment; and (c) the outcome:

_____

_____

42.   Have you, a family member, or anyone close to you ever had a serious side effect after taking a prescription or over-the-counter drug?  (Check one.)

☐   Yes

☐   No

If yes, please identify: (a) your relationship with the person who experienced the serious side effect (e.g., you, spouse, parent, child, friend, co-worker); (b) the drug; (c) the nature of the serious side effect; and (d) the outcome:

_____

_____

43.    Have you, or has someone close to you, ever taken any medication that required frequent monitoring?

☐   Yes, I have

☐   Yes, someone close to me has

☐   No

If yes, please identify: (a) who the person is; (b) what medication it was; and (c) what the required monitoring was:

_____

_____

44.    Have you, a family member, or anyone close to you ever experienced any of the following medical conditions?  If yes, and the person is not you, please identify your relationship with the person on the line (e.g., spouse, parent, child, friend, co-worker).

| CONDITION | YES/NO (Check one.) | IF YES, WHO EXPERIENCED THE CONDITION & WHAT WAS RESULT |
|---|---|---|
| Atrial Fibrillation (A-Fib) | ☐ Yes ☐ No | ☐ You ☐ Family Member/Someone Close _____ ☐ Result _____ |
| Other Abnormal Heart Rhythm | ☐ Yes ☐ No | ☐ You ☐ Family Member/Someone Close _____ ☐ Result _____ |
| Stroke | ☐ Yes ☐ No | ☐ You ☐ Family Member/Someone Close _____ ☐ Result _____ |
| Blood Clot | ☐ Yes ☐ No | ☐ You ☐ Family Member/Someone Close |

15

| | | _____ |
|---|---|---|
| | | ☐ Result |
| | | _____ |
| Deep Vein Thrombosis (DVT) or Pulmonary Embolism (PE) | ☐ Yes ☐ No | ☐ You ☐ Family Member/Someone Close _____ ☐ Result _____ |
| Hip or Knee Replacement Surgery | ☐ Yes ☐ No | ☐ You ☐ Family Member/Someone Close _____ ☐ Result _____ |
| Gastrointestinal Bleeding | ☐ Yes ☐ No | ☐ You ☐ Family Member/Someone Close _____ ☐ Result _____ |
| Brain Bleeding | ☐ Yes ☐ No | ☐ You ☐ Family Member/Someone Close _____ ☐ Result _____ |

45.    Have you, or has someone close to you, ever received medical treatment at University of Mississippi Medical Center?

☐   Yes, I have

☐   Yes, someone close to me has

☐   No

If yes, was the experience:

☐   Positive

☐   Negative

☐   Neutral

16

Please explain:

_____

_____

46.     Have you heard or read anything about the prescription drugs listed below?  If yes, please describe what you have heard or read.

| MEDICATION | YES/NO (Check one.) | IF YES, WHAT YOU HEARD OR READ |
|---|---|---|
| Blood Thinners or Anticoagulants | ☐ Yes <br> ☐ No | |
| Warfarin or Coumadin | ☐ Yes <br> ☐ No | |
| Pradaxa (dabigatran) or Eliquis (apixaban) | ☐ Yes <br> ☐ No | |
| Xarelto (rivaroxaban) | ☐ Yes <br> ☐ No | |

47.     Have you, a family member, or anyone close to you ever been prescribed or used any of the following prescription drugs?  If yes, and the person is not you, please identify your relationship with the person on the line (e.g., spouse, parent, child, friend, co-worker).

| MEDICATION | YES/NO (Check one.) | IF YES, WHO WAS PRESCRIBED OR USED THE DRUG |
|---|---|---|
| Blood Thinners or Anticoagulants | ☐ Yes <br> ☐ No | ☐ You <br> ☐ Family Member/Someone Close <br> _____ |
| Warfarin or Coumadin | ☐ Yes <br> ☐ No | ☐ You <br> ☐ Family Member/Someone Close <br> _____ |
| Pradaxa (dabigatran) or Eliquis (apixaban) | ☐ Yes <br> ☐ No | ☐ You <br> ☐ Family Member/Someone Close <br> _____ |
| Xarelto (rivaroxaban) | ☐ Yes <br> ☐ No | ☐ You <br> ☐ Family Member/Someone Close <br> _____ |

48.   Have you, a family member, or anyone close to you ever had an adverse or negative reaction to any of the following prescription drugs? If yes, and the person is not you, please identify your relationship with the person on the line (e.g., spouse, parent, child, friend, co-worker).

| MEDICATION | YES/NO (Check one.) | IF YES, WHO USED THE DRUG | PLEASE EXPLAIN HOW IT WAS RESOLVED |
|---|---|---|---|
| Blood Thinners or Anticoagulants | ☐ Yes ☐ No | ☐ You ☐ Family Member/ Someone Close _____ | |
| Warfarin or Coumadin | ☐ Yes ☐ No | ☐ You ☐ Family Member/ Someone Close _____ | |
| Pradaxa (dabigatran) or Eliquis (apixaban) | ☐ Yes ☐ No | ☐ You ☐ Family Member/ Someone Close _____ | |
| Xarelto (rivaroxaban) | ☐ Yes ☐ No | ☐ You ☐ Family Member/ Someone Close _____ | |

49.   This lawsuit involves claims by Dora Mingo, related to injuries allegedly suffered as a result of her use of Xarelto, which is also known as rivaroxaban.  Do you know or have you heard of Ms. Mingo?

☐   Yes

☐   No

If yes, please (a) identify who the person is, and (b) how you know them or what you have heard about them:

_____

_____

18

50.     Have you heard of Johnson & Johnson?  (Check one.)

☐   Yes

☐   No

If yes, what have you heard?

_____

_____

51.     Do you have an opinion about Johnson & Johnson?  (Check one.)

☐   Yes

☐   No

If yes, what is that opinion?

_____

_____

52.     Do you, a family member, or anyone close to you have any association – personal or professional – with Johnson & Johnson or anyone associated with Johnson & Johnson? (Check one.)

☐   Yes

☐   No

If yes, please explain:

_____

_____

53.     Have you heard of Janssen or any Janssen entity (e.g., Janssen Research & Development, LLC; Janssen Ortho, LLC; Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc.)?  (Check one.)

☐   Yes

☐   No

If yes, what have you heard?

_____

_____

19

54.     Do you have an opinion about Janssen or any Janssen entity?  (Check one.)

☐   Yes

☐   No

If yes, what is that opinion?

_____

_____

55.     Do you, a family member, or anyone close to you have any association – personal or professional – with Janssen or any Janssen entity, or with anyone associated with Janssen or any Janssen entity?  (Check one.)

☐   Yes

☐   No

If yes, please explain:

_____

_____

56.     Have you heard of Bayer or any Bayer entity (e.g., Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; Bayer Corporation; Bayer Healthcare, LLC; Bayer Healthcare AG; Bayer AG)?  (Check one.)

☐   Yes

☐   No

If yes, what have you heard?

_____

_____

57.     Do you have an opinion about Bayer or any Bayer entity?  (Check one.)

☐   Yes

☐   No

If yes, what is that opinion?

_____

_____

58.   Do you, a family member, or anyone close to you have any association – personal or professional – with Bayer or any Bayer entity, or anyone associated with Bayer or any Bayer entity?  (Check one.)

☐   Yes

☐   No

If yes, please explain:

_____

_____

59.   Do you personally know any of the persons on the following list of potential witnesses? If yes, please state the nature of your relationship with the person.

| NAME | YES/NO (Check one.) | NATURE OF THE RELATIONSHIP |
|---|---|---|
| Bertha Ashely | ☐ Yes ☐ No | |
| Dr. Demondes Haynes | ☐ Yes ☐ No | |
| Dr. Vincent Herrin | ☐ Yes ☐ No | |
| Dr. Renie Jordan | ☐ Yes ☐ No | |
| Dr. Alan Jones | ☐ Yes ☐ No | |
| Dr. Stephen Keith | ☐ Yes ☐ No | |
| Dora Mingo | ☐ Yes ☐ No | |
| Jileta Mingo | ☐ Yes ☐ No | |
| Julian Mingo | ☐ Yes ☐ No | |
| Vonda Reeves-Darby, MD | ☐ Yes ☐ No | |

60.   Do you personally know any of the attorneys listed below?  If yes, please state the nature of your relationship with the person.

| NAME | YES/NO (Check one.) | NATURE OF THE RELATIONSHIP |
|------|---------------------|----------------------------|
| Brian Barr | ☐ Yes ☐ No | |
| Andy D. Birchfield | ☐ Yes ☐ No | |
| Leonard A. Davis | ☐ Yes ☐ No | |
| Roger Denton | ☐ Yes ☐ No | |
| Brad Honnold | ☐ Yes ☐ No | |
| Emily Jeffcott | ☐ Yes ☐ No | |
| Walter Johnson | ☐ Yes ☐ No | |
| Gerald Meunier | ☐ Yes ☐ No | |
| Walter Morrison | ☐ Yes ☐ No | |
| Lyn Pruitt | ☐ Yes ☐ No | |
| Rick Sarver | ☐ Yes ☐ No | |

61.   Do you personally know anyone employed at or by any of the law firms listed below?  If yes, please identify the person you know by name and the nature of your relationship with the person.

| NAME | YES/NO (Check one.) | WHO YOU KNOW AND NATURE OF THE RELATIONSHIP |
|------|---------------------|----------------------------------------------|
| Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC | ☐ Yes ☐ No | |

22

| | | |
|---|---|---|
| Beasley, Allen, Crow, Methvin, Portis & Miles, PC | ☐ Yes ☐ No | |
| Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC | ☐ Yes ☐ No | |
| Goza & Honnold, LLC | ☐ Yes ☐ No | |
| Herman, Herman & Katz, LLC | ☐ Yes ☐ No | |
| Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA | ☐ Yes ☐ No | |
| The Lambert Firm, PLC | ☐ Yes ☐ No | |
| Mitchell Williams Gates Selig & Woodyard | ☐ Yes ☐ No | |
| Schlichter Bogard & Denton, LLP | ☐ Yes ☐ No | |
| Watkins & Eager PLLC | ☐ Yes ☐ No | |

62.    Do you know anyone else who may be connected in any way to this case?  (Check one.)

☐    Yes

☐    No

If yes, please identify the person and state the nature of your relationship.

_____

_____


63.    Do you have any difficulty reading or understanding English?  (Check one.)

☐    Yes
☐    No

64.  Do you have any physical issues (such as vision, hearing, inability to remain awake, medications) that would prevent or interfere with your ability to serve as a juror?  (Check one.)

☐   Yes

☐   No

If yes, please explain:

_____

_____

65.  This trial is estimated to start on August 7, 2017 and last approximately three weeks. Would serving as a juror on this case present an <u>undue</u> hardship for you?

☐   Yes

☐   No

If yes, please state the reason and explain:

_____

_____

66.  Is there any information that you have not been asked about that you feel the Court should know, or that might be relevant in any way to this trial or your potential service as a fair and impartial juror?   (Check one.)

☐   Yes

☐   No

If yes, please explain:

_____

_____

The answers that I have given are true and correct to the best of my knowledge.

JUROR SIGNATURE:  _____

PRINT NAME:  _____

JUROR TELEPHONE NUMBER:  _____

JUROR NUMBER:  _____

NOTE:  The following additional blank pages are attached for convenience, in the event additional space is needed to respond to any question(s).

**THANK YOU FOR YOUR COOPERATION AND SERVICE.**