UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |
| Dora Mingo et al. v. Janssen Research & Development, LLC et al. Case No. 2:15-cv-03469 | |

## ORDER

Considering the Motions for Expedited Hearing [Rec. Docs. 6977 & 6979] and Motion to Seal Document [Rec. Doc. 6980] filed by Defendants;

**IT IS ORDERED** that the motions are **GRANTED** and a hearing on Bayer's Motions (1) to Enforce Stipulated Case Management Order; (2) to Quash Untimely 30(b)(6) Deposition Notice to Bayer Defendants [Rec. Doc. 6978]; and (3) to Quash Untimely Deposition Subpoena Served on Southwest Mississippi Regional Medical Center [Rec. Doc. 6976], is set on an expedited basis for the 10th day of July, 2017 at 2:30 p.m.

The hearing will be conducted via telephone. To access the call, please dial (877) 336-1839 (access code: 4227405 / security code: 071017).

New Orleans, Louisiana, this 6th day of July, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE