IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) ) ) | **MDL NO. 2592** |
| | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** ) ) | |
| | **JUDGE ELDON E. FALLON** |
| ) ) | **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| EDWARD and PAULINE STRELL | 2:17-cv-02624 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO
CURE PLAINTIFF FACT SHEET-SECTION 1 DEFICIENCIES**

NOW COME Plaintiffs, by and through undersigned counsel, and respectfully move this Honorable Court for an extension of time to cure Plaintiff Fact Sheet-Section 1 Deficiencies. The current deadline to cure the deficiencies is July 23, 2017. Plaintiffs request an additional 25 days, with a new deadline date of August 14, 2017, to cure the deficiencies.

In support of their motion, Plaintiffs submit the attached Memorandum in Support. In short, Plaintiffs' counsel notes:

1) On March 28, 2017, Plaintiffs, by and through counsel, filed their complaint with the Court. Thereafter, the Plaintiff Fact Sheet was verified and submitted with medical documentation.

2) On July 3, 2017, the MDL Centrality Administrator notified counsel of the deficiencies.

3) Counsel expects to receive the documents necessary to the cure the deficiencies by July 24, 2017. Out of an abundance of caution, however, Plaintiffs request the aforementioned extension of time in anticipation of potential further documentation retrieval delay.

4) This is Plaintiffs' first Request for Extension of Time with regard to satisfying Plaintiff Fact Sheet requirements. An extension of time is not sought for delay.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully move this Honorable Court for an Extension of Time to Cure Plaintiff Fact Sheet Deficiencies until August 14, 2017.

Respectfully submitted,

MARC J. BERN & PARTNERS LLP

By:/s/ *Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
*Counsel for Plaintiffs*

Dated: July 6, 2017