IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO | ) | MDL NO. 2592 |
| (RIVAROXABAN) | ) | |
| | ) | SECTION: L |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| EDWARD and PAULINE STRELL | 2:17-cv-02624 |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO CURE PLAINTIFF FACT SHEET-SECTION 1 DEFICIENCIES**

In support of Plaintiffs' Motion for Extension of Time to Cure Plaintiff Fact Sheet-Section 1 Deficiencies, Plaintiffs state the following:

1)   Plaintiff filed the Complaint the above-captioned case on March 28, 2017.

2)   On July 3, 2017, the MDL Centrality Administrator notified counsel of the deficiencies in Plaintiffs' Fact Sheet (hereinafter "PFS"). Specifically, that the medical records attached to the PFS did not demonstrate the alleged injury.  Per the Court's Pretrial Order #13, Plaintiff must cure the deficiencies within 20 days, which is  July 23, 2107.

3)   Counsel's requested the necessary records from her medical record retrieval company in May of 2017.  The company experienced difficulty in dealing with the medical facility. However, it is anticipated that Counsel will obtain the necessary medical records on July 24, 2017.

4)   Counsel, out of an abundance of caution,  requests an additional 25 days, until August 14, 2017, to allow Counsel to cure the deficiencies.

5)   Plaintiff is not requesting an extension for purposes of delay and will submit the necessary medical records as soon as they are received.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully move this Honorable Court for an extension of the deadline to cure Plaintiffs' PFS deficiencies to August 14, 2017.

MARC J. BERN & PARTNERS LLP

By:*/s/ Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
*Counsel for Plaintiffs*

Date: July 6, 2017

## CERTIFICATE OF SERVICE

The foregoing Plaintiffs' Memorandum in Support of Motion for Extension of Time to Cure Plaintiff Fact Sheet-Section 1 Deficiencies has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 6th day of July, 2017.

MARC J. BERN & PARTNERS LLP

By:*/s/ Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
*Counsel for Plaintiffs*