IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) ) ) **PRODUCTS LIABILITY LITIGATION** ) ) ) ) | **MDL NO. 2592** **SECTION: L** **JUDGE ELDON E. FALLON** **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| EDWARD and PAULINE STRELL | 2:17-cv-02624 |
|---|---|

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiffs' Motion for Extension of Time to Cure Plaintiff Fact Sheet-Section 1 Deficiencies to be heard by the Honorable Eldon E. Fallon.

Respectfully submitted,

MARC J. BERN & PARTNERS LLP

By:*/s/ Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
*Counsel for Plaintiffs*

Date: July 6, 2017

## **CERTIFICATE OF SERVICE**

The foregoing Plaintiffs' Notice of Submission of Memorandum in Support of Motion for Extension of Time to Cure Plaintiff Fact Sheet-Section 1 Deficiencies has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 6th day of July, 2017.

>MARC J. BERN & PARTNERS LLP
>
>By:*/s/ Debra J. Humphrey*
>Debra J. Humphrey (5050448)
>60 East 42nd St., Suite 950
>New York, NY 10165
>(212) 702-5000
>(212) 818-20164 (Fax)
>dhumphrey@bernllp.com
>*Counsel for Plaintiffs*