IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO** | ) | **MDL NO. 2592** |
| **(RIVAROXABAN)** | ) | |
| | ) | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| EDWARD and PAULINE STRELL | 2:17-cv-02624 |
|---|---|

## <u>ORDER</u>

This matter came before the Court on Plaintiffs' Motion for Extension of Time to Cure Plaintiff Fact Sheet-Section 1 Deficiencies.

After due consideration, this Court hereby GRANTS Plaintiffs' Motion for Extension of Time to Cure Plaintiff Fact Sheet-Section 1 Deficiencies.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs has until August 14, 2017 to satisfy Plaintiff Fact Sheet-Section 1 Deficiencies.

_____          _____
 DATE                                                                    JUDGE ELDON E. FALLON