# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>HOWARD PETTUS, and wife,<br>ELIZABETH A. PETTUS,<br><br>      Plaintiffs,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical<br>Research and Development, LLC;<br>JANSSEN ORTHO LLC;<br>JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.,<br>BAYER HEALTHCARE PHARMACEUTICALS, INC.: BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>      Defendants. | PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT<br><br>Civil Action No.: 2:14-cv-00217-EEF-MBN |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

The Plaintiff, Howard Pettus, by and through the undersigned counsel, and

pursuant to Federal Rule of Civil Procedure 15 (a)(2), respectfully seeks leave to amend the Complaint in order to Substitute party Plaintiff Elizabeth A. Pettus with Howard Pettus, who is a Plaintiff in his own right in the pending action as well as the surviving spouse and successor in interest to the claims of Elizabeth A. Pettus pursuant to Tennessee law.   Plaintiff Elizabeth A. Pettus died on October 21, 2016, with claims pending in the current action.  On June 14, 2017, Lindy D. Brown, an associate of James B. Irwin, Defendants' Liaison Counsel, indicated via email correspondence that Defendants do not oppose Plaintiffs' Second Amended Complaint.[1] A memorandum in support of this motion is attached.

   Respectfully submitted, this the 6th day of July, 2017.

**THE COCHRAN FIRM-DOTHAN**

By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: JoeLane@CochranFirm.com
*Counsel for plaintiffs*

---

[1] Plaintiff's proposed Second Amended Complaint is attached hereto as Exhibit A

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this the 6th day of July, 2017.

**THE COCHRAN FIRM-DOTHAN**

By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: JoeLane@CochranFirm.com
*Counsel for plaintiffs*