# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>HOWARD PETTUS, and wife,<br>ELIZABETH A. PETTUS,<br><br>           Plaintiffs,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical<br>Research and Development, LLC;<br>JANSSEN ORTHO LLC;<br>JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.,<br>BAYER HEALTHCARE PHARMACEUTICALS, INC.: BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>           Defendants. | MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT<br><br>Civil Action No.: 2:14-cv-00217-EEF-MBN |

## MEMORANDUM IN SUPPORT OF
## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

The Plaintiff, Howard Pettus, desires to amend the Complaint to Substitute himself as the party plaintiff as the surviving spouse and successor in interest to Plaintiff Elizabeth A. Pettus, who died on October 21, 2016, with claims pending in the current matter.

Under Federal Rule of Civil Procedure 15(a)(2), leave to amend should be "freely given" to a party when it has the opposed party's written consent or the Court's leave when justice so requires.

Elizabeth A. Pettus died on October 21, 2016.  At that time, she was a named Plaintiff in the current matter with claims for loss of consortium resulting from her husband Howard Pettus's use of Xarelto.  Under Tennessee law, the surviving spouse or successor in interest may revive or continue any claims pending at the time of death of a Plaintiff.  Tenn Code §§ 20-5-102, 105, 106.  Howard Pettus is the surviving spouse of Elizabeth A. Pettus.  Howard Pettus is the proper party to revive or continue the claims of Elizabeth A. Pettus pending at her death.

Wherefore, Howard Pettus submits the unopposed Amended Complaint substituting himself as the Party Plaintiff to pursue the claims of Decedent Elizabeth A. Pettus, pursuant to Tennessee law.

Respectfully submitted, this the 6th day of July, 2017.

                              **THE COCHRAN FIRM-DOTHAN**

                              By: <u>/s/ Joseph D. Lane</u>
                              Joseph D. Lane
                              AL Bar ASB 9991 N75-J
                              111 E. Main Street
                              Dothan, AL 36301
                              phone: (334) 673-1555
                              fax: (334) 699-7229
                              e-mail: JoeLane@CochranFirm.com
                              *Counsel for plaintiffs*

.

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this the 6th day of July, 2017.

    **THE COCHRAN FIRM-DOTHAN**

    By: /s/ Joseph D. Lane
    Joseph D. Lane
    AL Bar ASB 9991 N75-J
    111 E. Main Street
    Dothan, AL 36301
    phone: (334) 673-1555
    fax: (334) 699-7229
    e-mail: JoeLane@CochranFirm.com
    *Counsel for plaintiffs*