## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>HOWARD PETTUS, and wife,<br>ELIZABETH A. PETTUS,<br><br>        Plaintiffs,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical<br>Research and Development, LLC;<br>JANSSEN ORTHO LLC;<br>JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.,<br>BAYER HEALTHCARE PHARMACEUTICALS,<br>INC.: BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>        Defendants. | [PROPOSED] ORDER APPROVING UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT<br><br>Civil Action No.: 2:14-cv-00217-EEF-MBN |

## [PROPOSED] ORDER APPROVING UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

**IT IS ORDERED** that the Unopposed Motion For Leave to File Second Amended

Complaint filed by Plaintiff Howard Pettus, on behalf of the estate of Elizabeth A. Pettus, is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Amended Complaint into the record in this matter.

      DONE AND SIGNED in Chambers in New Orleans, Louisiana this _____ of

_____2017.

_____
ELDON E. FALLON
United States District Judge

Copies furnished to: All counsel