# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) | MDL No: 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ira Kinnitt v. Janssen Research & Development LLC, et al.*
Civil Action No. 2:16-cv-13789

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW, Plaintiff, Ira Kinnitt in the above reference civil action, and by and through counsel of record hereby files Plaintiff's Motion for Voluntary Dismissal of this action without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(2), each party is to bear their own costs.

WHEREFORE, Plaintiff hereby requests that his claims against all defendants in this action be voluntarily dismissed, without prejudice.

Date: July 7, 2017.

Respectfully submitted,

By:    */s/ E. Ryan Bradley*
      **E. Ryan Bradley, #53777**
      Attorney for Plaintiff
      The Bradley Law Firm
      1424 Washington Avenue, Ste. 300
      (314) 721-9111 (phone)
      (314) 255-2768 (fax)
      Ryan@stllawhelp.com
      *Attorneys for Plaintiff*

**CERTIFICATE OF CONFERENCE**

Pursuant to Pre Trial Order 24 and 24A, I, by signature below, certify that I have conferred, or made a reasonable attempt to confer at least 14 days prior to filing this Motion as per PTO 24A (Rec. Doc. 3286), with all other parties which are listed below regarding the filing of this motion and they are opposed to this motion. Furthermore, I certify that Plaintiff has complied with the filing fee payment provisions of PTO No. 11B (Rec. Doc. 1117) and that all applicable filing fees have been paid.

**Via Electronic Mail: jirwin@irwinllc.com**
James Irwin

**Via Electronic Mail: susan.sharko@dbr.com**
Susan Sharko

/s/ *E. Ryan Bradley*
E. Ryan Bradley

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) | |
| **PRODUCTS LIABILITY LITIGATION** ) | **MDL No. 2592** |
| ) | |
| ) | **SECTION L** |
| ) | |
| _____ ) | **JUDGE ELDON E. FALLON** |
| ) | **MAGISTRATE JUDGE NORTH** |
| ) | |
| ) | Civil Action no. 2:14-md-2592 |

**THIS DOCUMENT RELATES TO:**

*Kathy Miles, as Personal Representative of the Estate of Rita Wright*
**Civil Action No. 2:16-cv-16415**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Motion for Voluntary Dismissal Without Prejudice has, contemporaneously with or before filing, been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592, pursuant to Pre-Trial Order No. 17.

Dated this \_\_\_\_ day of _____, 2017.

/s/ *E. Ryan Bradley*
By:   **E. Ryan Bradley, #53777**
        Attorney for Plaintiff
        The Bradley Law Firm
        1424 Washington Avenue, Ste. 300
        (314) 721-9111 (phone)
        (314) 255-2768 (fax)
        Ryan@stllawhelp.com
        ***Attorneys for Plaintiff***