**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No: 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ira Kinnitt v. Janssen Research & Development LLC, et al.*
 Civil Action No. 2:16-cv-13789

## ORDER

THIS MATTER, having come before the Court, is Plaintiff's Motion for Voluntary

Dismissal without Prejudice.  Upon Consideration of all the documents relating to the Motion, and

good cause appearing:

IT IS HEREBY ORDERED Plaintiff's Motion for Voluntary Dismissal without Prejudice is

hereby GRANTED.  Plaintiff has one (1) year from the date of dismissal to refile his Complaint.

New Orleans, Louisiana, this _____ day of August, 2017.


_____
Honorable Eldon E. Fallon
U.S. District Court Judge