UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Mingo v. Janssen Research* | * | JUDGE ELDON E. FALLON |
| *& Development, LLC, et al.*; | * | |
| Case No. 2:15-cv-03469 | * | |
| | * | MAGISTRATE JUDGE NORTH |
| *William Henry v. Janssen Research* | * | |
| *& Development, LLC, et al.*; | * | |
| Case No. 2:15-cv-0224 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' JOINT MOTION FOR
PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' NON-MPLA CLAIMS**

The Defendants have filed a Joint Motion For Partial Summary Judgment on Plaintiffs' Non-MPLA Claims (Rec. Doc. 6746). Plaintiffs agree that the Mississippi Products Liability Act ("MPLA"), Miss. Code Ann. §11-1-63, provides the exclusive authority for the Mississippi product lability claims for compensatory and punitive damages asserted by the Plaintiffs.[1] Therefore, Plaintiffs intend to assert only MPLA claims for inadequate instructions and defective design. As in the past with regard to the *Boudreaux* and *Orr* bellwether trials, the parties have agreed by stipulation to limit the claims being tried. Plaintiffs intend to address these claims with the Defendants as they specifically apply to the matter *sub judice*, which will render moot the issues before the Court.

---

[1] *Chatman v. Pfizer, Inc.,* 960 F.Supp.2d 641, 648 (S.D. Miss. 2013).

1

For the reasons set forth above, Defendants' motions for partial summary judgment should be denied as moot.

Dated: July 7, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com


Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 7, 2017, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

/s/ Leonard A. Davis
**LEONARD A. DAVIS**