UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Mingo v. Janssen Research & Development, LLC, et al.*; Case No. 2:15-cv-03469 | * * * * | JUDGE ELDON E. FALLON |
| *William Henry v. Janssen Research & Development, LLC, et al.*; Case No. 2:15-cv-0224 | * * * * | MAGISTRATE JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' JOINT RESPONSE IN OPPOSITION TO
THE JANSSEN DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
ON PUNITIVE DAMAGES AND THE BAYER DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS'
PUNITIVE-DAMAGES DEMANDS**

# FILED UNDER SEAL IN ITS ENTIRETY