**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |
| *Dora Mingo v. Janssen et al.* | * | |
| *Case No. 2:15-cv-03469* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

---

**MOTION FOR LEAVE TO FILE**
**PLAINTIFF'S RESPONSE IN OPPOSITION TO**
**DEFENDANTS' JOINT *DAUBERT* MOTION**
**TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFF'S**
**CASE-SPECIFIC EXPERT DR. HENRY RINDER**
**[REC. DOC. 6820] UNDER SEAL, IN ITS ENTIRETY**

---

NOW COME Plaintiffs who respectfully submit that Plaintiffs' Response in Opposition to Defendants' Joint *Daubert* Motion to Exclude Opinions and Testimony of Plaintiff's Case-Specific Expert Dr. Henry Rinder [Rec. Doc. 6820], including all exhibits, refers to or contains information that has been designated confidential and should be filed under seal in its entirety.

WHEREFORE, mover prays that this motion be GRANTED and that Plaintiffs' Response in Opposition to Defendants' Joint *Daubert* Motion to Exclude Opinions and Testimony of Plaintiff's Case-Specific Expert Dr. Henry Rinder [Rec. Doc. 6820] be filed UNDER SEAL in its entirety.

Dated: July 7, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA  70113
PH: (504) 581-4892
FAX: (504) 561-6024
Email:  ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
PH: (504) 522-2304
FAX: (504) 528-9973
Email: gmeunier@gainsben.com

***Plaintiffs' Liaison Counsel***

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 7, 2017 the foregoing pleading and its supporting memorandum of law were filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**