UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |
| *Dora Mingo v. Janssen et al.* Case No. 2:15-cv-03469 | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to File Plaintiffs' Response in Opposition to Defendants' Joint *Daubert* Motion to Exclude Opinions and Testimony of Plaintiff's Case-Specific Expert Dr. Henry Rinder [Rec. Doc. 6820] Under Seal, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Response in Opposition to Defendants' Joint *Daubert* Motion to Exclude Opinions and Testimony of Plaintiff's Case-Specific Expert Dr. Henry Rinder [Rec. Doc. 6820] be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge