**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |
| *Dora Mingo v. Janssen et al.* | * | |
| *Case No. 2:15-cv-03469* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANTS' JOINT *DAUBERT* MOTION
TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFF'S
CASE-SPECIFIC EXPERT DR. HENRY RINDER
[REC. DOC. 6820]**

# FILED UNDER SEAL IN ITS ENTIRETY