UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| **Dora Mingo v. *Janssen, et al.* et al.** Case No. 2:15-cv-03469 | * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE
PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' JOINT
MOTION FOR PARTIAL SUMMARY JUDGMENT BASED ON THE
LEARNED INTERMEDIARY DOCTRINE [REC. DOC. 6742]
UNDER SEAL, IN ITS ENTIRETY**

NOW COME Plaintiffs who respectfully submit that the Plaintiffs' Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment Based On the Learned Intermediary Doctrine [Rec. Doc. 6742], including all exhibits, refers to or contains information that has been designated confidential and should be filed under seal in its entirety.

WHEREFORE, mover prays that this motion be GRANTED and that Plaintiffs' Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment Based On the Learned Intermediary Doctrine [Rec. Doc. 6742] be filed UNDER SEAL in its entirety.

Dated: July 7, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com


Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 7, 2017, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**