UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Mingo v. Bayer Corp., et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:15-cv-03469 | * | |
| | * | MAGISTRATE JUDGE NORTH |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

**MOTION FOR LEAVE TO FILE
PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT
ON THE PURPORTED GROUND THAT FEDERAL LAW
PREEMPTS PLAINTIFF'S FAILURE TO WARN CLAIM
UNDER SEAL, IN ITS ENTIRETY**

NOW COME Plaintiff who respectfully submits that the Plaintiff's Memorandum in Opposition to Defendants' Joint Motion for Partial Summary Judgment on the Purported Ground That Federal Law Preempts Plaintiff's Failure to Warn Claim [Rec. Doc. 6749], including all exhibits, refers to or contains information that has been designated confidential and should be filed under seal in its entirety.

WHEREFORE, mover prays that this motion be GRANTED and that Plaintiff's Memorandum in Opposition to Defendants' Joint Motion for Partial Summary Judgment on the Purported Ground That Federal Law Preempts Plaintiff's Failure to Warn Claim [Rec. Doc. 6749] be filed UNDER SEAL in its entirety.

Dated: July 7, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

***Plaintiffs' Liaison Counsel***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 7, 2017, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**