UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Mingo v. Bayer Corp., et al.* Case No. 2:15-cv-03469 | * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT
ON THE PURPORTED GROUND THAT FEDERAL LAW
PREEMPTS PLAINTIFF'S FAILURE TO WARN CLAIM**

# FILED UNDER SEAL IN ITS ENTIRETY