UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| **Dora Mingo v. *Janssen, et al.* et al.** Case No. 2:15-cv-03469 | * * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the Motion for Leave to file Plaintiff's Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment on State-Law Grounds As to Plaintiffs' Design-Defect Claim [Rec. Doc. 6753] Under Seal, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiff's Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment on State-Law Grounds As to Plaintiffs' Design-Defect Claim [Rec. Doc. 6753] be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge