UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| Dora Mingo v. *Janssen, et al.* et al. | * | |
| Case No. 2:15-cv-03469 | * * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT ON STATE-LAW GROUNDS AS TO PLAINTIFFS' DESIGN-DEFECT CLAIM**

# FILED UNDER SEAL IN ITS ENTIRETY