# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*VICTOR PRICE v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:15-cv-04765-EEF-MBN**

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Victor Price, files this Suggestion of Death upon the Record. Plaintiff Victor Price departed this world on or about May 4, 2017 during the pendency of this civil action.

Dated: July 7th, 2017         Respectfully submitted,

                                                  **WATTS GUERRA LLP**
                                                  */s/ Ryan L. Thompson*
                                                  Ryan L. Thompson
                                                  TX State Bar No. 24046969
                                                  5726 W. Hausman Rd., Suite 119
                                                  San Antonio, TX 78249
                                                  rthompson@wattsguerra.com
                                                  (210) 448-0500
                                                  (210) 448-0501 (Fax)

                                                  *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on July 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ryan L. Thompson*
Ryan L. Thompson