# EXHIBIT H

```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA

*****************************************************************
IN RE:  XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION
                                       Docket No. 14-MD-2592
THIS DOCUMENT RELATES TO:              Section L
                                       New Orleans, Louisiana
Joseph Orr, Jr., as Lawful             Wednesday, May 31, 2017
Surviving Spouse of
Sharyn Orr v. Janssen, et al.
Case No. 2:15-cv-03708

*****************************************************************

                   TRANSCRIPT OF TRIAL PROCEEDINGS
              HEARD BEFORE THE HONORABLE ELDON E. FALLON
                     UNITED STATES DISTRICT JUDGE
                      VOLUME III - MORNING SESSION


APPEARANCES:

FOR THE PLAINTIFFS'              MR. ANTHONY BIRCHFIELD, JR.
LIAISON COUNSEL:                 Beasley Allen Crow Methvin
                                    Portis & Miles
                                 Post Office Box 4160
                                 Montgomery, AL  36103


                                 MR. BRIAN H. BARR
                                 MR. NEIL E. McWILLIAMS, JR.
                                 Levin Papantonio Thomas
                                    Mitchell Rafferty & Proctor
                                 316 Baylen Street
                                 Suite 600
                                 Pensacola, FL 32502


                                 MR. GERALD EDWARD MEUNIER
                                 Gainsburgh, Benjamin, David,
                                    Meunier & Warshauer
                                 Energy Centre
                                 1100 Poydras Street
                                 Suite 2800
                                 New Orleans, LA  70163-2800
```

```
 1                                    MS. EMILY JEFFCOTT
                                      Lambert Firm
 2                                    701 Magazine Street
                                      New Orleans, LA  70130
 3

 4                                    MR. BRADLEY D. HONNOLD
                                      Bartimus, Frickleton,
 5                                       Robertson & Goza, P.C.
                                      11150 Overbrook Road
 6                                    Suite 200
                                      Leawood, KS 66211
 7

 8
     FOR THE DEFENDANT JANSSEN        MR. JAMES B. IRWIN, V
 9   PHARMACEUTICALS, INC.,           Irwin Fritchie
     and JANSSEN RESEARCH &              Urquhart & Moore, LLC
10   DEVELOPMENT, LLC:                400 Poydras Street
                                      Suite 2700
11                                    New Orleans, LA  70130

12

13   FOR THE DEFENDANT                MR. DAVID E. DUKES
     BAYER HEALTHCARE                 Nelson Mullins Riley &
14   PHARMACEUTICALS, INC.,              Scarborough, LLP
     and BAYER PHARMA AG:             Meridian, 17th Floor
15                                    1320 Main Street
                                      Columbia, SC  29201
16

17                                    MS. BETH A. WILKINSON
                                      Wilkinson Walsh + Eskovitz, LLP
18                                    1900 M. Street NW
                                      Suite 800
19                                    Washington, DC 20036

20

21   Official Court Reporter:         Lanie M. Smith, RPR, CRR
                                      500 Poydras Street, B-275
22                                    New Orleans, Louisiana 70130
                                      (504) 589-7782
23

24
         Proceedings recorded by mechanical stenography,
25   transcript produced via computer.
```

## EXAMINATION INDEX

PAGE NO.

**FRANK W. SMART, MD**

    Voir Dire Examination by Mr. Birchfield...   251
    Traverse Examination by Ms. Wilkinson.....   267
    Direct Examination by Mr. Birchfield......   271

```
1                    P R O C E E D I N G S
2                   (WEDNESDAY, MAY 31, 2017)
3                       (MORNING SESSION)
4                   (Call to order of the court.)
5            THE COURT:  Be seated, please.
6                 Good morning, ladies and gentlemen.
7                 Members of the jury, we're on the Plaintiffs'
8    case at this time.
9                 Call your next witness, please.
10           MR. BIRCHFIELD:  Good morning, Your Honor.
11                On behalf of the Orr family, we call
12   Dr. Frank Smart.
13           THE COURT:  Dr. Smart, come forward, please.
14           COURTROOM MANAGER:  Step up.  Both microphones are on.
15   So whatever one you are comfortable with.  And I'll swear you
16   in.
17           (WHEREUPON, **FRANK SMART, M.D.**, was called as a witness,
18   and having been duly sworn, testified as follows:)
19           COURTROOM MANAGER:  Sir, please have a seat, Doctor;
20   and state and spell your name for the record.
21           THE WITNESS:  My name is Frank, F-r-a-n-k, Smart,
22   S-m-a-r-t.
23                       **VOIR DIRE EXAMINATION**
24   **BY MR. BIRCHFIELD:**
25   Q.   Good morning, Dr. Smart.
```

1  you've just talked about?
2  A.  Correct.
3  Q.  And dabigatran that you've talked about?
4  A.  Correct.
5  Q.  Okay.
6  A.  And edoxaban.
7  Q.  And edoxaban. That's Savaysa?
8  A.  Yes.
9  Q.  So when you explained -- when you look at the clinical
10 trial, you described ROCKET -- the ROCKET trial for us. Were
11 there similar clinical trials for Eliquis and Pradaxa as well?
12 A.  Yes, sir.
13 Q.  And Savaysa?
14 A.  So the RE-LY trial was the Phase III big clinical trial
15 for Pradaxa and the ARISTOTLE trial was the Phase III clinical
16 trial for Eliquis or apixaban.
17 Q.  And I think when we were looking at Dr. Califf's memo --
18 or proposal for the follow-up study, he talked about the
19 superiority of apixaban, right?
20 A.  Yes, sir. Again, apixaban is labeled and has in ARISTOTLE
21 and all the stuff with the FDA -- apixaban is labeled as
22 superior to warfarin where Xarelto or rivaroxaban is
23 noninferior, meaning they are equal.
24 Q.  So when you looked at the clinical trials for apixaban or
25 Eliquis and Pradaxa and Xarelto -- when you look at those

1  studies, does that provide support for your opinion that
2  Xarelto is worst in class?
3  A.  It is the basis for it.
4  Q.  Okay.  Will you explain what you mean?
5  A.  There's four drugs in a class.  The best one is safe from
6  bleeding and good from stroke, apixaban.  The second best ones
7  are going to be equal on stroke, safer on bleeding, dabigatran,
8  edoxaban.  And the worst is Xarelto or rivaroxaban, which is
9  again equal, equal.
10 Q.  Okay.  So let's make sure that we can track this.
11     So, first of all, we'll talk about your third opinion in
12 just a minute.  When you are looking at a clinical trial, you
13 are looking at both the safety and what we call efficacy; is
14 that right?
15 A.  Yes, sir.
16 Q.  When we are looking at the NOACs, the safety aspect is
17 bleeding events; is that right?
18 A.  Yes, sir.
19 Q.  All right.  So if we look at safety and efficacy, when
20 we're talking about efficacy -- when we're talking about
21 efficacy, we're talking about reducing strokes.
22     That's what we're looking for in the NOACs; is that right?
23 A.  That is correct.
24 Q.  So when we look at these drugs, if we look at Eliquis --
25 all right? -- so Eliquis in the clinical trial, is it shown to

1   THE COURT: All right. We'll stop here for lunch,
2   ladies and gentlemen, and we'll come back at 1:15. Court will
3   stay in recess until 1:15.
4          (The jury exited the courtroom.)
5          (Court is in recess.)
6                * * * *
7          REPORTER'S CERTIFICATE

8   I, Lanie M. Smith, CRR, RPR, Official Court
Reporter, United States District Court, Eastern District of
9   Louisiana, do hereby certify that the foregoing is a true and
correct transcript, to the best of my ability and
10  understanding, from the record of the proceedings in the
above-entitled and numbered matter.

12          /s/ Lanie M. Smith
            Official Court Reporter