# EXHIBIT M

Protected - Subject to Further Protective Review

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3

 4
     IN RE: XARELTO (RIVAROXABAN)  MDL NO. 2592
 5   PRODUCTS LIABILITY
     LITIGATION                    SECTION L
 6
                                   JUDGE ELDON E. FALLON
 7
                                   MAG. JUDGE NORTH
 8

 9   **************************************************
10   THIS DOCUMENT RELATES TO:
11   Dora Mingo v. Janssen Research &
     Development, et al;
12
     Civil Case No. 2:15-cv-03469
13
14   PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
15                       *******
16                  EXPERT DEPOSITION
                          OF
17              STEPHEN P. KEITH, M.D.,
               taken at Holiday Inn Express,
18                  105 Holiday Lane,
                   McComb, Mississippi
19            on Thursday, August 11, 2016,
           beginning at approximately 8:03 a.m.
20
21
            ****************************************
22
                 Angela Dawn Dillard, CSR
23          Certified Shorthand Reporter, #1763
24
25
```

```
                    A P P E A R A N C E S


         FOR THE PLAINTIFF:
              David B. Byrne, III, Esquire
              david.byrne@beasleyallen.com
              Beasley, Allen, Crow, Methvin,
              Portis & Miles, P.C.
              218 Commerce Street
              Montgomery, Alabama 36104
              800.898.2034


         FOR THE DEFENDANT JANSSEN:
              Kim E. Moore, Esquire
              kmoore@irwinllc.com
              Irwin Fritchie Urquhart & Moore, LLC
              400 Poydras Street, Suite 2700
              New Orleans, Louisiana 70130
              504.310.2108


         FOR THE DEFENDANT BAYER:
              Adria W. Conklin, Esquire
              aconklin@mwlaw.com
              Mitchell Williams
              425 West Capitol Avenue, Suite 1800
              Little Rock, Arkansas 72201
              501.688.8800


      ALSO PRESENT:  Erin Nabors, Video Specialist
```

Protected - Subject to Further Protective Review

TABLE OF CONTENTS

|  | PAGE |
|---|---|
| Title Page | 1 |
| Appearance Page | 2 |
| Table of Contents | 3 |
| Stipulation Page | 4 |

EXAMINATION OF STEPHEN P. KEITH, M.D.

| BY MS. MOORE | 6 |
|---|---|
| BY MR. BYRNE | 111 |
| BY MS. MOORE | 213 |
| BY MR. BYRNE | 228 |
| BY MS. MOORE | 236 |
| BY MR. BYRNE | 245 |

| Signature Page | 247 |
|---|---|
| Certificate Page | 248 |

EXHIBIT INDEX

| # | Description | Page |
|---|---|---|
| 1 | Notice of Deposition | 9 |
| 2 | Curriculum Vitae for Dr. Stephen P. Keith | 9 |
| 3 | Dr. Keith's medical records in globo | 12 |
| 4 | Guideline from the American Society for Gastrointestinal Endoscopy titled The Management of Antithrombotic Agents for Patients Undergoing GI Endoscopy | 13 |
| 5 | August 8, 2016 Progress Note | 20 |
| 6 | FDA Consumer Health Information article entitled Have Atrial Fibrillation? Blood Thinners Can Prevent Strokes, Saves Lives. | 54 |

| | | | |
|---|---|---|---|
| 1 | 7 | 2/10/15 Progress Note | 75 |
| 2 | 8 | 2/13/2015 Southwest Mississippi Regional Medical Center record | 75 |
| 3 | | | |
| 4 | 9 | Vital Sign Report 2/13/2015-2/18/2015 | 76 |
| 5 | 10 | Southwest Mississippi Regional Medical Center transfusion record | 86 |
| 6 | 11 | Integrated Progress Note dated 3/11/2016 | 93 |
| 7 | | | |
| 8 | 12 | Discharge Summary Note dated 2/15/2015 | 98 |
| 9 | 13 | Progress Note dated 2/19/20015 | 99 |
| 10 | 14 | Package Insert for Xarelto revised 1/2015 | 118 |
| 11 | | | |
| 12 | 15 | Labs from Southwest Mississippi Regional Medical Center | 124 |
| 13 | 16 | Data Sheet for Xarelto | 135 |
| 14 | 17 | Package insert for Xarelto revised 9/2015 | 144 |
| 15 | | | |
| 16 | 18 | Center for Drug Evaluation and Research Summary Review | 153 |
| 17 | 19 | FDA Draft Briefing Document for the Cardiovascular and Renal Drugs Advisory Committee | 160 |
| 18 | | | |
| | 20 | (Exhibit 20 was not identified.) | --- |
| 19 | 21 | SciVerse Science Direct article entitled Quality of anticoagulation with warfarin in patients with nonvalvular atrial fibrillation in the community setting | 241 |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

Protected - Subject to Further Protective Review

1                    STIPULATION
2
3              It is hereby stipulated and agreed by
4    and between the parties hereto, through their
5    respective attorneys of record, that this
6    deposition may be taken at the time and place
7    hereinbefore set forth, by DAWN DILLARD, Court
8    Reporter and Notary Public, pursuant to the
9    Rules;
10             That the formality of reading and
11   signing is specifically NOT WAIVED;
12             That all objections, except as to the
13   form of the questions and the responsiveness of
14   the answers, are reserved until such time as the
15   deposition, or any part thereof, may be used or
16   sought to be used in evidence.
17
                          * * *
18
19
20
21
22
23
24
25

Protected - Subject to Further Protective Review

1  VIDEOGRAPHER: We are now on the
2  record. My name is Erin Nabors. I'm a
3  videographer for Golkow Technologies.
4  Today's date is August 11, 2016. The
5  time on my monitor is 8:03 a.m.
6  This video deposition is being held in
7  McComb, Mississippi, in the matter of Dora
8  Mingo versus Janssen, et al.
9  The deponent is Dr. Stephen Keith.
10  Counsel, would you please identify
11  yourselves.
12  MR. BYRNE: David Byrne on behalf of
13  Dora Mingo.
14  MS. MOORE: Kim Moore on behalf of
15  Janssen, the defendants.
16  MS. CONKLIN: Adria Conklin on behalf
17  of Bayer, defendants.
18  VIDEOGRAPHER: Okay. The court
19  reporter is Dawn Stubblefield, and she will
20  now swear in the witness.
21  STEPHEN P. KEITH, M.D.,
22  having first been duly sworn, was examined and
23  testified as follows:
24  EXAMINATION
25  BY MS. MOORE:

```
 1   Because the risk of rebleeding from that at this
 2   point after several days would be quite low, and
 3   the benefit of doing so would be greater than the
 4   risk of bleeding.
 5       Q.   Okay, thank you.  And I think we've
 6   touched on this, but let me just kind of go
 7   through a few things.
 8            At the time you treated Ms. Mingo you
 9   knew that there was no reversal agent for
10   Xarelto?
11       A.   Right.
12       Q.   But the fact that you didn't have a
13   reversal agent didn't alter you by any means.
14   You treated her as if you would have treated her
15   had she been on any other anticoagulant including
16   warfarin --
17       A.   Yes.
18            MR. BYRNE:  Object to form.
19       Q.   -- correct?  That's a yes?
20       A.   Yes.
21       Q.   And it was your opinion at least at this
22   point, we're going to continue to see how she
23   progresses, but at least at this point she had
24   recovered from that bleeding event?
25       A.   Recovered?  I don't know if I would term
```

```
 1    for that at the moment so no.
 2         Q.   Meaning she's not taking any --
 3         A.   Medical therapy, no.
 4         Q.   Okay.
 5         A.   No.
 6         Q.   When do you expect to see her again?
 7         A.   Just probably there will be an endoscopy
 8    related to that to biopsy that stomach again to
 9    look and -- so that will probably be my next
10    point of contact that would --
11         Q.   All right.
12         A.   -- so she'll set that up.
13         Q.   The EGD with --
14         A.   Correct.
15         Q.   -- gastric mapping?
16         A.   Correct.  That's for the intestinal
17    metaplasia.
18         Q.   All right.  And we talked earlier -- let
19    me put this here -- about you cannot say to a
20    reasonable degree of medical certainty that the
21    plaintiff would have experienced her GI bleeding
22    event had she been taking another -- would not
23    have experienced her GI bleeding event had she
24    been taking another anticoagulant, correct?
25              MR. BYRNE:  Object to form.
```

Protected - Subject to Further Protective Review

1    A.   Can't say that there would be any
2 difference really, no.
3 BY MS. MOORE:
4    Q.   Okay.  And along those lines, you can't
5 say, even if she hadn't been on any
6 anticoagulant, given her Aspirin history or use
7 of Aspirin she still could have experienced that
8 GI bleed, correct?
9    A.   Yes.
10   Q.   Dr. Jordan prescribed the FDA approved
11 dose for Ms. Mingo.
12   A.   Uh-huh (affirmative).
13   Q.   You're not questioning the dose or his
14 prescription for Ms. Mingo, correct?
15   A.   No.
16   Q.   And you've not seen any evidence that
17 her -- her being Ms. Mingo's -- creatinine
18 clearance was ever less than 30, correct?
19   A.   No.
20   Q.   That's all the questions except for --
21 that's all the questions I have for now.  Thank
22 you so much.
23   A.   Sure thing.
24   Q.   I may come back in a few minutes.
25                EXAMINATION

Protected - Subject to Further Protective Review

```
 1                REPORTER'S CERTIFICATE
 2         I, Dawn Dillard, CSR Number 1763,
 3   Certified Reporter, certify:
 4         That the foregoing proceedings were
 5   taken before me at the time and place therein set
 6   forth, at which time the witness was put under
 7   oath by me;
 8         That the testimony by the witness, the
 9   questions propounded, and all objections and
10   statements made at the time of the examination
11   were recorded stenographically by me and were
12   thereafter transcribed;
13         That the foregoing is a true and correct
14   transcript of my shorthand notes so taken.
15         I further certify that I am not a
16   relative or employee of any attorney of the
17   parties, nor financially interested in the
18   action.
19         I declare under penalty of perjury under
20   the laws of Mississippi that the foregoing is
21   true and correct.
22         Dated this the _____day of
23   _____, 20__.
24   _____
25      DAWN DILLARD, CSR 1763
```