# EXHIBIT 1

Protected - Subject to Further Protective Review

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)                MDL NO. 2592

PRODUCTIONS LIABILITY LITIGATION        MAG. JUDGE NORTH


PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW


ORAL DEPOSITION

OF

STEVEN SCOTT BONIOL, M.D.


Taken at the offices of
Cook, Yancey, King & Galloway
333 Texas Street
Shreveport, Louisiana


January 13, 2017                                 9:58 a.m.

Protected - Subject to Further Protective Review

Page 126

1  put there -- again, like I said, there is an FDA
2  paper, and I apologize, I don't know the name off the
3  top of it. Again, I did not cite it in any of my
4  reports -- where Janssen, or Johnson & Johnson, or
5  Bayer, they asked for the verbiage of using a PT in
6  their label, and the FDA denied them on the fact that
7  -- and, again, I told you the conclusion was a PT
8  cannot be used in this situation.
9      MR. HONNOLD:   I'm going to move that
10 all be stricken as non-responsive.
11 BY MR. HONNOLD:
12     Q. My question for you was very simple: Have you
13 seen Bayer or Janssen propose specific large-scale
14 trials where they do matching -- PK/PD matching on the
15 clinical trial subjects, and correlate it with outcome?
16     MR. SARVER:    Objection. Asked and
17 answered.
18     A. So, again, I think they have tried to show
19 that, but I don't think they've been successful in
20 doing that, so, yes, some of the early trials I've
21 seen, they've looked at, saying, "Okay, this is what
22 we know. These are the tests that are available
23 today. Do these work?" The answer was no, so I think,
24 to answer your question, yes, I have seen them try.
25 No, I've not seen them be successful.

Page 127

1  BY MR. HONNOLD:
2      Q. Anything proposed since ROCKET?
3      A. Not that I have seen.
4      Q. I'm going to hand you what we've marked as
5  Deposition Exhibit No. 5. I'll represent to you,
6  Doctor, that this is the current Canadian product
7  monograph for Xarelto. Have you ever seen this
8  document before?
9      A. No, sir. I don't practice in Canada.
10     Q. In any of your work on this case, has it caused
11 you to run across the Canadian label?
12     A. No, sir. I've reviewed trials that obviously
13 are worldwide, but I have not reviewed the Canadian
14 label. This is the first time I've seen it.
15     Q. Why don't you take a moment just to look that
16 over and just kind of generally familiarize yourself
17 with the structure of Exhibit 5, then I'll have some
18 questions for you on it.
19     A. Okay. I'm pretty familiar with where things
20 are going to be.
21     Q. Before we go into Exhibit 5, I have one more
22 follow-up -- or a couple more follow-up questions
23 about Section 12.2 from the U.S. label. You agreed
24 with me that, the higher the plasma concentration, then
25 the higher the Neoplastine PT, correct?

Page 128

1      A. Correct.
2      Q. Then can the same statement be made in reverse,
3  meaning, the higher the PT, then, in patients with
4  higher PTs, they will be patients that had
5  correspondingly higher plasma concentrations?
6      A. At that time, yes.
7      Q. Alright, let's go to Exhibit 5, then, and what
8  I'd like to do is refer you to the pharmacodynamics
9  section which starts on the bottom of page 29.
10     A. Okay.
11     Q. The first sentence there reads, "There is a
12 clear correlation between plasma rivaroxaban
13 concentration and the degree of anticoagulant effect."
14 Do you see that?
15     A. I do.
16     Q. And I read it correctly?
17     A. You did.
18     Q. Do you agree with that statement?
19     A. I think it's an incomplete statement.
20     Q. What does "the degree of anticoagulant effect"
21 mean to you?
22     A. I don't know. They don't quantify that, so
23 that's what I was kind of asking. I mean, I agree
24 there's a clear correlation between plasma rivaroxaban
25 levels and the results of a PT Neoplastine, so if you

Page 129

1  discuss that, hey, if the anticoagulant effect in the
2  lab correlates, yeah, I agree with you right there.
3  What I don't know is if they're trying to say it
4  correlates with the anticoagulant effect in people,
5  because there is no data that shows that that statement
6  would be true, so I think it's an incomplete statement.
7  I think they should quantify what they mean by
8  "anticoagulant effect". Do they mean just in the lab?
9  Which, obviously, they have to, because there's no data
10 that supports anything outside of the lab.
11     Q. What's the most widely-used laboratory test to
12 measure anticoagulant effects of drugs in humans?
13     A. Probably the CBC and platelet count.
14     Q. To measure anticoagulant effect?
15     A. To measure, yeah, anti-platelet -- you know,
16 if your platelet count is low. To measure
17 anticoagulant effects of drugs; I mean, you'd have to
18 look at the PT or PTT. Those are the three most
19 common tests that are ordered, but, by far, CBC is
20 ordered more commonly than a PTT.
21     Q. Do you routinely use a CBC to make inference
22 upon a patient's anticoagulation status?
23     A. So, when you look at coagulation, there's two
24 important parts of coagulation. We obviously have
25 been talking all day about secondary coagulation,

33 (Pages 126 to 129)

Page 130

1  which is the proteins in the coagulation cascade, but
2  primary hemostasis occurs through the platelets, so,
3  yes, primary hemostasis being a platelet-driven thing,
4  and not a coagulation factor thing, as far as the first
5  step of blood-clotting, is the platelets, so you asked
6  me what test was most often ordered, then the CBC is
7  most often ordered.
8       Q.   To get information about the platelets?
9       A.   Right, the primary hemostasis, which is the
10 first step of coagulation.
11      Q.   And, in that context, you're not talking about
12 RBC and WBC being relative factors --
13      A.   They do not have any effect on coagulation.
14 The platelets have specific effect on both forms of
15 coagulation.  They are the only part of primary
16 coagulation, and I'm sure you've read my general
17 report.  I go into the specific detail about the
18 cellular level of anticoagulation and factor X
19 expression on platelet services, factor VII expression
20 on platelet surfaces, and how they interact and
21 intertwine in coagulation effects, so the question was
22 what's the most commonly ordered coagulation test and
23 the answer's a CBC.
24      Q.   If you go to page 30 of Exhibit 5, the second
25 bullet point there says, "Prothrombin time PT measured

Page 131

1  in seconds is influenced by rivaroxaban in a
2  dose-dependent way, with a close correlation to plasma
3  concentration if the Neoplastine reagent is used." It
4  appears to me that that's a very similar statement to
5  12.2 and how we discussed it.  Do you agree with that?
6           MR. SARVER:    Object to the form.
7       A.   Yeah.  I mean, I think it -- it's saying that
8  the prothrombin time -- we have plenty of data that
9  shows the rivaroxaban plasma level and the prothrombin
10 time correlate to each other.  I think that's saying
11 the same thing, in a way.  You know, it's just
12 different wording, but that's all it's saying, is that
13 the test tube prothrombin time and the plasma level,
14 if available, with rivaroxaban, have some correlation.
15 Now, what that means, I don't know, but they don't go
16 into what it means here, either, because they don't
17 know.
18 BY MR. HONNOLD:
19      Q.   Page 30 also states, in the middle paragraph,
20 "In patients who are bleeding, measuring the PT using
21 Neoplastine reagent may be useful to assist in
22 determining an excess of anticoagulation activity."
23 Do you see that?
24      A.   I do.
25      Q.   And do you agree with that statement?

Page 132

1       A.   No.  I mean, again, they say "may be useful."
2  They're quantifying it as "may", but I don't think it
3  does at all, because how is it useful?  If the patient
4  is bleeding, and their prothrombin time is prolonged,
5  and I'm standing in the emergency room, I've got to
6  stop them from bleeding.  I don't know how that's
7  useful to me at all.  It's not going to change what I
8  do.  It's not going to tell me, "Oh, gosh, your PT's
9  17, Doctor.  This is what you need to do." Doesn't
10 tell me anything.
11      Q.   Your hospital's protocol for using PCC, is
12 bleeding the only indication to provide it --
13      A.   Yes.  There is no laboratory parameters of any
14 kind that would indicate that you need to use PCCs in
15 NOACs.  Now, if you're going to use a PCC in a Coumadin
16 bleed, in order to calculate the dose, you have to know
17 what the PT INR is because that is how you calculate
18 your dose based upon the FDA label of Ksentra.  That's
19 an important piece of the information.  Again, why is
20 that?  Well, just like they say here about the DKA and
21 all that.  I mean, PT INR essentially are tests used to
22 monitor Coumadin and vitamin K antagonist activity.
23 That's what the purpose of the test is; so what I'm
24 telling you, as a doctor who treats patients every day
25 for blood disorders -- and I get called all the time

Page 133

1  for this -- if I see a patient who's bleeding, they say
2  it may be useful.  It may be useful in determining if
3  there's anticoagulant activity.  It's not useful in
4  managing my patient, and stopping them from bleeding,
5  and giving them a better opportunity to come out alive.
6  PT is of no value there.
7       Q.   Okay.  And there's no meaning to you, or no
8  distinction to you in patients that have Neoplastine
9  PTs of 26, versus one that has a Neoplastine PT of 14?
10      A.   Right, because there's no data that correlates
11 that that will predict who will or won't bleed, so,
12 without being able to predict what's going to happen,
13 no use.
14      Q.   So if you, just for your own curiosity, wanted
15 to track a patient on rivaroxaban, and you have a
16 particular patient who is routinely running at a
17 Neoplastine PT of 26, 27, 28, that is of absolutely no
18 meaning to you?
19      A.   Correct.
20      Q.   And would it be of any meaning to you if you
21 have that same patient who, between visits, goes from a
22 Neoplastine PT of 14 to a Neoplastine PT of 28, that,
23 similarly, would have no clinical significance to you?
24      A.   Right, because, like we discussed before, that
25 test, whether -- that's just going to tell me what