# EXHIBIT 2

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO        )  MDL No.:  2592
(RIVAROXABAN) PRODUCTS )  Section:  L
LIABILITY LITIGATION   )  Judge Eldon E. Fallon
                       )  Mag. Judge North
                       )
                       )
                       )
                       )
THIS DOCUMENT RELATES  )
TO ALL CASES           )


PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW


    Videotaped deposition of SAMMY KHATIB, M.D.,

taken on Saturday, January 14, 2017, in the office

of Irwin, Fritchie, Urquhart & Moore, L.L.C., 400

Poydras Street, Suite 2700, New Orleans, Louisiana

70130, commencing at 9:06 a.m.


Reported by:
AURORA M. PERRIEN
CERTIFIED COURT REPORTER
REGISTERED PROFESSIONAL REPORTER

Golkow Technologies,  Inc - 877.370.3377

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

Page 410

1     A.  It makes me think about organic chemistry.
2  Those are not pleasant.
3     Q.  Oh, wait.  I gave you the wrong one.  I
4  apologize.  I -- can I get that back.  I
5  apologize, guys.
6     A.  Double bond, I don't know what that means.
7  Sorry.  You're taking me to --
8     Q.  Sorry.
9     A.  -- a deep, dark place.
10       MR. McWILLIAMS:
11          How did I -- oh.  Because it begins on
12       Page 5.  How did I do that?  Yeah.  So
13       it's the other -- it's the larger one.  Is
14       it 75 pages?
15       MS. JEFFCOTT:
16          Yes.
17       MR. McWILLIAMS:
19       What number are we on?
20       COURT REPORTER:
21          Twelve.
22       MR. McWILLIAMS:
23          Twelve.  Thank you.
24  BY MR. McWILLIAMS:
25     Q.  This is Exhibit 12.  And I'll represent to

Page 411

1  you that this is the label for Xarelto in Canada.
2     A.  The Canadian label?
3     Q.  Yes, sir.  The Canadian label.
4     A.  Okay.
5     Q.  I mean, there's not -- there's no --
6  there's no physiological difference in Canadians
7  than Americans with respect to the . . .
8     A.  No, sir.
9     Q.  Okay.  I didn't --
10     A.  Just . . .
11     Q.  -- think so.
12     A.  Just . . .
13     Q.  Would you go to Page -- you can see in the
14  bottom right corner there's a -- it says Page
15  blank of whatever.  Go to Page 9 of 75, please.
16     A.  Okay.
17     Q.  And you see the section titled "Monitoring
18  and Laboratory Tests"?
19     A.  I do.
20     Q.  Do you see where it's written, "The
21  prothrombin time (PT), measured in seconds, is
22  influenced by XARELTO in a dose-dependent way with
23  a close correlation to plasma concentrations if
24  the Neoplastin reagent is used.  In patients who
25  are bleeding, measuring the PT using the

Page 412

1  Neoplastin reagent may be useful to assist in
2  determining an" -- "an excess anticoagulation
3  activity."
4        Did I read that correctly?
5     A.  You read it correctly.
6     Q.  Do you agree with that statement, sir?
7     A.  No.  I don't.
8     Q.  Okay.  Now, the same question for people
9  in New Zealand.  Are New Zealanders
10  physiologically different from Americans?
11     A.  I do not know the outcomes data --
12       MS. MOORE:
13          No.  Only people --
14       THE WITNESS:
15          -- when it comes to physiology.
16       MS. MOORE:
17          -- from Pensacola.
18       THE WITNESS:
19          I don't . . .
20       MR. McWILLIAMS:
21          Is that the right number?  No.  It
22       should be 13; right?
23       MS. JEFFCOTT:
24          Thirteen.
25  BY MR. McWILLIAMS:

Page 413

1     Q.  Let me hand you what we're marking as
2  Exhibit 13.  And I'll represent to you that this
3  is the -- the label for Xarelto in the good land
4  of New Zealand.
5        (Exhibit No. 13 was marked for
6        identification and attached hereto.)
7       THE WITNESS:
8          When was this label done?  Do you
9       know?  What was the year it came out?
10  BY MR. McWILLIAMS:
11     Q.  That's a great question.  Let's see if it
12  says it.  I honestly -- I mean, there's a
13  reference to November 2015 on the last page.
14     A.  Okay.  Sometimes if you see -- we don't
15  have the references from -- well, that -- they
16  won't put their . . .
17       MS. SAULINO:
18          Yeah.  If you look at the very last
19       page.
20       THE WITNESS:
21          Date of preparation, November 19th.
22       Okay.
23  BY MR. McWILLIAMS:
24     Q.  Okay.  If you go to Page 7 --
25     A.  Thanks.

104 (Pages 410 to 413)