UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |

Dora Mingo, et al. v. Janssen
Research & Development, et al.
Case No. 2:15-cv-03469

### *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 4-6 TO BAYER'S REPLY MEMORANDUM IN SUPPORT OF MOTION (1) TO ENFORCE STIPULATED CASE MANAGEMENT ORDER AND (2) TO QUASH UNTIMELY 30(b)(6) DEPOSITION NOTICE TO BAYER DEFENDANTS

Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG (collectively, "Bayer") respectfully request leave of the Court to file Exhibits 4-6 to Bayer's Reply Memorandum in Support of Motion (1) to Enforce Stipulated Case Management Order and (2) to Quash Untimely 30(b)(6) Deposition Notice to Bayer Defendants (Doc. 7014) under seal as they contain information that has been designated as "Protected" under PTO No.12.

WHEREFORE Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG pray that this motion be granted and the attached Exhibits 4-6 to Bayer's Reply Memorandum in Support of Motion (1) to Enforce Stipulated Case Management Order and (2) to Quash Untimely 30(b)(6) Deposition Notice to Bayer Defendants be filed UNDER SEAL.

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *William Hoffman*
William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Lindsey C. Boney*
Kevin C. Newsom
Lindsey C. Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
knewsom@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
Chaffe McCall L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 10th day of July, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system.

*/s/ John F. Olinde*