UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |
| Dora Mingo, et al. v. Janssen Research & Development, et al. Case No. 2:15-cv-03469 | |

# ORDER

Considering *Ex Parte* Motion for Leave to File Under Seal Exhibits 4-6 to Bayer's Reply Memorandum in Support of Motion (1) to Enforce Stipulated Case Management Order and (2) to Quash Untimely 30(b)(6) Deposition Notice to Bayer Defendants;

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Exhibits 4-6 to Bayer's Reply Memorandum in Support of Motion (1) to Enforce Stipulated Case Management Order and (2) to Quash Untimely 30(b)(6) Deposition Notice to Bayer Defendants (Doc. 7014) be and are hereby **FILED UNDER SEAL**.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE