# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*RUBY BROWN v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2;16-CV-04267*

## MOTION FOR SUBSTITUION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Yolanda Brown Smith, on behalf of the Estate of Ruby Brown, as Plaintiff in the above captioned cause.

1. Ruby Brown filed a products liability lawsuit against defendants on April 22, 2016.

2. Plaintiff Ruby Brown died on November 23, 2016.

3. Ruby Brown's products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on March 17, 2017, attached hereto as "Exhibit A."

5. Yolanda Brown Smith, as Personal Representative of the Estate Ruby Brown is a proper party to substitute for plaintiff-decedent Ruby Brown and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution

of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

   WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: July 6, 2017        Respectfully submitted,

             /s/ Russell T. Abney_____
             Russell T. Abney, Esq.
             Attorney I.D. No. 000875 (GA)
             FERRER, POIROT & WANSBROUGH
             2100 RiverEdge Pkwy NW, Suite 1025
             Atlanta, GA 30328
             Telephone: 800.521.4492
             Fax: 866.513.0115
             atlanta@lawyerworks.com
             *Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Motion for Substitution of Proper Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: July 6, 2017               Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*