# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**
*STEPHEN SWAWOLA, SR. v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-11663*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Stephen Swawola Sr.

Dated: June 14, 2017                             Respectfully submitted,


                                                 /s/ Russell T. Abney
                                                 Russell T. Abney, Esq.
                                                 Attorney I.D. No. 000875 (GA)
                                                 FERRER, POIROT & WANSBROUGH
                                                 2100 RiverEdge Pkwy NW, Suite 1025
                                                 Atlanta, GA 30328
                                                 Telephone: 800.521.4492
                                                 Fax: 866.513.0115
                                                 atlanta@lawyerworks.com
                                                 *Attorney for the Plaintiffs*

Case 2:14-md-02592-EEF-MBN   Document 7018-1   Filed 07/10/17   Page 3 of 3

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: June 14, 2017                                        Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115
rabney@lawyerworks.com
*Attorney for the Plaintiffs*