# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

**This Document Relates to:**

*STEPHEN SWAWOLA, SR. v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al. Civil Action No. 2:16-cv-11663*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Darleen Empet, on behalf of the Estate of Stephen Swawola Sr., be substituted for Plaintiff Stephen Swawola Sr. in the above captioned cause.

Dated: _____    _____
                                  Hon. Eldon E. Fallon
                                  United States District Court Judge