UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**

*Rodger L. Cook, et al. v. Janssen Research & Development, LLC, et al;*
*Case No.: 2:16-cv-17457- EEF-MBN*

### EX PARTE MOTION FOR SUBSITUTION

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Nina Cook on behalf of decedent, Rodger L. Cook.

1. Rodger L. Cook filed a products liability lawsuit against Defendants on December 15, 2016.

2. Plaintiff Rodger L. Cook died on January 16, 2017.

3. Rodger L. Cook's product liability action against the Defendants survived his death and was not extinguished.

4. On June 26, 2017, a Notice and Suggestion of Death was filed, attached hereto as "Exhibit A."

5. Nina Cook, surviving spouse of Rodger L. Cook, was appointed Personal Representative of his Estate on February 8, 2017 by the Probate Court, Orangeburg County, State of South Carolina.

6. Nina Cook is a proper party to substitute for Plaintiff-Decedent Rodger L. Cook and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of the Decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Substitution in this action.

Dated: July 11, 2017     Respectfully submitted,

 /s/ Annesley H. DeGaris
Annesley H. DeGaris (ASB-9182-a63a)
DEGARIS & ROGERS, LLC
Two North Twentieth Street
Suite 1030
Birmingham, AL 35203
Telephone: (205) 558-9000
Facsimile: (205) 588-5231
Email: adegaris@degarislaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: July 11, 2017

                                                        /s/ Annesley H. DeGaris  
                                                          Annesley H. DeGaris