MINUTE ENTRY
FALLON, J.
JULY 10, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
  *Mingo v. Janssen Research & Development, LLC, et al.*
  **Case No. 2:15-cv-03367 (Rec. Docs. 6976 & 6978)**

A hearing was held via telelphone on this date from the Chambers of the Honorable Eldon E. Fallon. The parties presented their arguments on two motions from Defendants: (1) Motion to Enforce Stipulated Case Management Order and to Quash "Untimely Deposition Subpoena Served on Southwest Mississippi Regional Medical Center" (Rec. Doc. 6976) and (2) Motion to Enforce Stipulated Case Management Order and to Quash "Untimely 30(b)(6) Deposition Notice to Bayer Defendants" (Rec. Doc. 6978).

Based on the reasons stated at the hearing, Defendants' motions are hereby **GRANTED**. A transcript of the hearing is available from the court reporter's office. If parties would like a copy of the transcript, please arrange with Karen Ibos at (504) 589-7776.

JS10: 00:28