UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Mingo v. Janssen Research & Development, LLC, et al.*; Case No. 2:15-cv-03469 | * * * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |
| *William Henry v. Janssen Research & Development, LLC, et al.*; Case No. 2:15-cv-0224 | * * * * | |

* * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the Motion for Leave to File Plaintiffs' Joint Response in Opposition to the Janssen Defendants' Motion for Partial Summary Judgment on Punitive Damages and The Bayer Defendants' Motion for Partial Summary Judgment on Plaintiffs' Punitive-Damages Demands Under Seal, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Joint Response in Opposition to the Janssen Defendants' Motion for Partial Summary Judgment on Punitive Damages and The Bayer Defendants' Motion for Partial Summary Judgment on Plaintiffs' Punitive-Damages Demands be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this 10th day of July, 2017.

_____
Eldon E. Fallon
United States District Court Judge