**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |
| *Dora Mingo v. Janssen et al.* | * | |
| *Case No. 2:15-cv-03469* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

# O R D E R

---

Considering the Motion for Leave to File Plaintiffs' Response in Opposition to Defendants' Joint *Daubert* Motion to Exclude Opinions and Testimony of Plaintiff's Case-Specific Expert Dr. Henry Rinder [Rec. Doc. 6820] Under Seal, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Response in Opposition to Defendants' Joint *Daubert* Motion to Exclude Opinions and Testimony of Plaintiff's Case-Specific Expert Dr. Henry Rinder [Rec. Doc. 6820] be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this 10th day of _____ July _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge