UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| **Dora Mingo v. *Janssen, et al.*  et al.** | * | |
| **Case No. 2:15-cv-03469** | * | MAGISTRATE JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

---

### O R D E R

---

Considering the Motion for Leave to File Plaintiffs' Response in Opposition to Defendants'

Joint Motion for Partial Summary Judgment Based On the Learned Intermediary Doctrine [Rec.

Doc. 6742] Under Seal, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Response

in Opposition to Defendants' Joint Motion for Partial Summary Judgment Based On the Learned

Intermediary Doctrine [Rec. Doc. 6742] be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this 10th day of _____ July _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge