UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Mingo v. Bayer Corp., et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:15-cv-03469 | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to File Plaintiff's Memorandum in Opposition to Defendants' Joint Motion for Partial Summary Judgment on the Purported Ground That Federal Law Preempts Plaintiff's Failure to Warn Claim [Rec. Doc. 6749] Under Seal, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiff's Memorandum in Opposition to Defendants' Joint Motion for Partial Summary Judgment on the Purported Ground That Federal Law Preempts Plaintiff's Failure to Warn Claim [Rec. Doc. 6749] be filed UNDER SEAL be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this 10th day of _____July_____, 2017.

Eldon E. Fallon
United States District Court Judge