UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Mingo v. Bayer Corp., et al.* Case No. 2:15-cv-03469 | * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to File Plaintiff's Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment On the Ground That Federal Law Preempts Plaintiff's Design Defect Claim [Rec. Doc. 6745] Under Seal, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiff's Response in Opposition to Defendants' Joint Motion for Partial Summary Judgment On the Ground That Federal Law Preempts Plaintiff's Design Defect Claim [Rec. Doc. 6745] be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this 10th day of July, 2017.

Eldon E. Fallon
United States District Court Judge