**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN)          MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                        SECTION L

THIS DOCUMENT RELATES TO:              JUDGE ELDON E. FALLON

                                        MAGISTRATE NORTH

Dora Mingo, et al. v. Janssen
Research & Development, et al.
Case No. 2:15-cv-03469

<u>**ORDER**</u>

    Considering *Ex Parte* Motion for Leave to File Under Seal Exhibits 4-6 to Bayer's Reply Memorandum in Support of Motion (1) to Enforce Stipulated Case Management Order and (2) to Quash Untimely 30(b)(6) Deposition Notice to Bayer Defendants;

    **IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Exhibits 4-6 to Bayer's Reply Memorandum in Support of Motion (1) to Enforce Stipulated Case Management Order and (2) to Quash Untimely 30(b)(6) Deposition Notice to Bayer Defendants (Doc. 7014) be and are hereby **FILED UNDER SEAL**.

    New Orleans, Louisiana, this _10th_ day of _____July_____, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE