# Exhibit 1

| | |
|---|---|
| **From:** | Barber, Jeremy |
| **To:** | Neil Overholtz |
| **Subject:** | RE: Demonstatives used with Johnson |
| **Attachments:** | Johnson Demonstratives For Jury.pdf |

Attached are the Johnson slides that we currently want to send back to the jury. These will be incorporated into the index of defense exhibits we will send shortly. Please send us any demonstratives that you want to send to the jury so we can review before 5pm if at all possible.

Thanks,
Jeremy

**From:** Neil Overholtz [mailto:NOverholtz@awkolaw.com]
**Sent:** Tuesday, May 02, 2017 2:10 PM
**To:** Jeremy Barber <jbarber@wilkinsonwalsh.com>
**Subject:** Demonstratives used with Johnson

Jeremy, you guys used some, and Roger did not get copies of all of them. Can you email them to me?

Neil D. Overholtz, Esq.
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, Florida 32503
(America's Oldest Permanent Settlement and The World's Whitest Beaches)
850-916-7450
noverholtz@awkolaw.com

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

# What Is AFib?

## Normal



Right atrium

Left atrium

Sinoatrial node

Atrioventricular node

## AFib



Right ventricle

Left ventricle

3



# Mr. Boudreaux's Initial Conditions

**Age:** 71
**Height**: 5'6"
**Weight:** 215
**Medical Conditions:**

    Diabetes

    Hypertension

DX JB173

# Medical Guidelines For Patients With AFib

| $CHA_2DS_2$-VASc Acronym | Score |
|---|---|
| Congestive heart failure/LV dysfunction | 1 |
| Hypertension | 1 |
| Age≥75 years | 2 |
| Diabetes mellitus | 1 |
| Stroke/TIA/TE | 2 |
| Vascular disease (prior MI, PAD, or aortic plaque) | 1 |
| Aged 65-74 years | 1 |
| Sex category (ie, female sex) | 1 |
| Maximum score | 9 |





**AFib Standard of Care:**
Anticoagulation <u>recommended</u> with score of **2 or greater**



# Mr. Boudreaux's CHA2DS2-VASc Score

| | Mr. Boudreaux's $CHA_2DS_2$-VASc Score |
|---|---|
| **Congestive Heart Failure** | **+ 1** pt. |
| **Hypertension (High Blood Pressure)** | **+ 1** pt. |
| **Diabetes Mellitus** | **+ 1** pt. |
| **Aged 65-74** | **+ 1** pt. |
| **TOTAL** | **4** pts. |

11



# Mr. Boudreaux's Kidney Function Checks

| Date | CrCl |
|------|------|
| January 7, 2014 | **>60** |
| January 8, 2014 | **>60** |
| January 13, 2014 | **54.4** |

CrCl >50 = **20 mg Xarelto**

CrCl 15-50 = **15 mg Xarelto**

CrCl <15 = **No Xarelto**

PXT 1, DX JB18

17

# Anticoagulant Warnings



**WARNINGS AND PRECAUTIONS**
- Bleeding: Serious and potentially fatal bleeding. Promptly evaluate signs and symptoms of blood loss (5.2)



-----------------------WARNINGS AND PRECAUTIONS-------------------
- ELIQUIS can cause serious, potentially fatal bleeding. Promptly evaluate signs and symptoms of blood loss. (5.2)



--------------------------WARNINGS AND PRECAUTIONS--------------------
- Risk of bleeding: XARELTO can cause serious and fatal bleeding. Promptly evaluate signs and symptoms of blood loss. (5.2)



-----------------------WARNINGS AND PRECAUTIONS-----------------------
- Risk of bleeding: PRADAXA can cause serious and, sometimes, fatal bleeding. Promptly evaluate signs and symptoms of blood loss. (5.2)



**WARNING: BLEEDING RISK**
*See full prescribing information for complete boxed warning.*
- **COUMADIN can cause major or fatal bleeding. (5.1)**

DX 58, DX 35, PXT 1, DX 63, DX 30

21

# Risk Of GI Bleed





# FDA Analysis Of ROCKET



