# Exhibit 2

| | |
|---|---|
| **From:** | Barber, Jeremy |
| **To:** | Neil Overholtz; "Sam Geisler" |
| **Cc:** | Barras - Andrea Price; Miller, Chanda A. |
| **Subject:** | Admitted Defense Exhibits |
| **Attachments:** | Admitted DXTs and Demonstratives.docx |

Neil –

Attached is the current version of the Admitted Defense Exhibits index. The exhibits can be found here: https://casedriventech.box.com/s/7e3pwup59c41zk28hzbrtugq6jk6yupa. Password to follow. We are finalizing the binders and can deliver them shortly. Please let me know where to deliver them.

Included amongst the documents at the FTP link is a redacted version of PXT 28 (PX 2905274). Please replace the current version of PXT 28 in your binders for the jury with this redacted version.

Best,
Jeremy

**Jeremy S. Barber** | Partner
WILKINSON WALSH + ESKOVITZ LLP
1900 M Street NW, Suite 800
Washington, DC 20036
Direct: (202) 847-4007 | Fax: (202) 847-4005
jbarber@wilkinsonwalsh.com
www.wilkinsonwalsh.com

# ADMITTED DEFENSE EXHIBITS

| Trial Exhibit # | Record # | Description |
|---|---|---|
| DXT 01 | DX 5357 | Letter from FDA to A. Kollath re: Approval of New Drug Application 22-406, dated July 1, 2011 |
| DXT 02 | DX 5233 | Letter from FDA to A. Rhoge re: Approval of New Drug Application 202-439, dated Nov. 4, 2011 |
| DXT 03 | DX 11003 | Opinion and Order in *Kessler v. Bishop*, 2011 WL 4635117 (N.D. Cal. Oct. 5, 2011) |
| DXT 05 | DX 11006 | Annual Health Sciences Compensation Plan Disclosure Form: Record of Category I and II Compensated Outside Professional Activities for the Fiscal Year ending June 30, 2015 |
| DXT 06 | DX 11014 | Kessler Invoice re: Zoloft, for period July 1, 2014 through July 7, 2015 |
| DXT 07 | DX 11007 | Annual Health Sciences Compensation Plan Disclosure Form: Record of Category I and II Compensated Outside Professional Activities for the Fiscal Year ending June 30, 2011 |
| DXT 08 | DX 11008 | Annual Health Sciences Compensation Plan Disclosure Form: Record of Category I and II Compensated Outside Professional Activities for the Fiscal Year ending June 30, 2012 |
| DXT 09 | DX 11009 | Annual Health Sciences Compensation Plan Disclosure Form: Record of Category I and II Compensated Outside Professional Activities for the Fiscal Year ending June 30, 2013 |
| DXT 10 | DX 11015 | Kessler Invoice re: Zoloft, for period through June 30, 2014 |
| DXT 11 | DX 5130 | FDA Center for Drug Evaluation and Research, Medical Review, dated Aug. 10, 2011 |
| DXT 12 | DX 5792 | FDA Office of Clinical Pharmacology, Clinical Pharmacology Review, dated Aug. 10, 2011 |
| DXT 13 | DX 5613-A | Summary Minutes of the Cardiovascular and Renal Drugs Advisory Committee's 9/8/2011 Meeting |
| DXT 14 | DX 5926 | Letter from A. Kollath to FDA re: Original New Drug Application 22-406, dated July 22, 2008 |

| Trial Exhibit # | Record # | Description |
|---|---|---|
| DXT 15 | DX 5379 | Draft Xarelto Label: Highlights of Prescribing Information (attachment to DXT 14) |
| DXT 16 | DX 5389 | Letter from A. Kollath to FDA re: Original New Drug Application 22-406, dated Dec. 27, 2010 |
| DXT 18 | DX 5390 | Draft Xarelto Label: Highlights of Prescribing Information (attachment to DXT 16) |
| DXT 19 | DX 5913 | Letter from A. Rhoge to FDA re: Original New Drug Application 202-439, dated Jan. 4, 2011 |
| DXT 20 | DX 5251 | Draft Xarelto Label: Highlights of Prescribing Information (attachment to DXT 19) |
| DXT 21 | DX 6000 | Letter from FDA to A. Rhoge re: New Drug Application 202-439, dated March 17, 2011 |
| DXT 22 | DX 5280 | Letter from A. Rhoge to FDA re: New Drug Application 202-439, dated April 1, 2011 |
| DXT 23 | DX 5281 | Draft Xarelto Label: Highlights of Prescribing Information (attachment to DXT 22) |
| DXT 24 | DX 5285 | Letter from S. Jalota to FDA re: New Drug Application 202-439, dated May 4, 2011 |
| DXT 25 | DX 5286 | Draft Xarelto Label: Highlights of Prescribing Information (attachment to DXT 24) |
| DXT 26 | DX 5373-A | FDA Maternal Health Team re: Pregnancy and Nursing Mothers Labeling Review, re: NDA 22-406 Pregnancy and Nursing Mothers Labeling Review, dated June 7, 2011 |
| DXT 27 | DX 5547 | Email from A. Kollath to J. Kinaszczuk re: NDA 22-406 FDA label review, dated June 13, 2011 |
| DXT 28 | DX 5548 | Draft Xarelto Highlights of Prescribing Information (Redlined) (attachment to DXT 27) |

| Trial Exhibit # | Record # | Description |
|---|---|---|
| DXT 29 | DX 5342 | Email from A. Kollath to A. Benson, and others, re: NDA 22-406 FDA label review, dated June 16, 2011 |
| DXT 30 | DX 5344 | Draft Xarelto Highlights of Prescribing Information (Redlined) (attachment to DXT 29) |
| DXT 31 | DX 5350 | Email from A. Kollath to A. Benson, and others, re: NDA 22-406 FDA label review, dated June 23, 2011 |
| DXT 32 | DX 5351 | Draft Xarelto Highlights of Prescribing Information (Redlined) (attachment to DXT 31) |
| DXT 33 | DX 5353 | Email from A. Kollath to J. Chittenden re: NDA 22-406 Label Comments-Sponsor Response, dated June 28, 2011 |
| DXT 34 | DX 5354 | Draft Xarelto Highlights of Prescribing Information (Redlined) (attachment to DXT 33) |
| DXT 35 | DX 5352 | Email from A. Kollath to GRO Archival Team re: NDA 22-406 teleconference minutes, dated June 24, 2011 |
| DXT 36 | DX 5224 | Regulatory Affairs Record of Contact - Subject: Update on Phase 1 Switching Study, USPI and Advisory Committee, dated July 12, 2011 |
| DXT 37 | DX 5680 | FDA Center for Drug Evaluation and Research—Other Review(s) |
| DXT 38 | DX 2 | Xarelto Label at http://www.accessdata.fda.gov/drugsatfda_docs/label/2011/202439s000lbl.pdf |
| DXT 39 | DX 1400 | FDA Consumer Health Information: *Have Atrial Fibrillation? Blood Thinners Can Prevent Stokes, Save Lives* |
| DXT 41 | DX 6009 | Email from A. Kollath to A. Benson, and others re: FDA Marked up version of ORS USPI for NDA 22-406, dated June 13, 2011 |
| DXT 43 | DX JB173 | Ochsner St. Anne Medical Center: Medical Records |
| DXT 44 | DX JB165 | STAH Emergency Department: Medical Records |

| Trial Exhibit # | Record # | Description |
|---|---|---|
| DXT 45 | DX JB18 | Cardiovascular Institute of the South (Houma): Medical Records |
| DXT 46 | DX JB219 | Terrebonne General Medical Center: Operative Report by Peter Fail re: J. Boudreaux |
| DXT 47 | DX JB269 | Cardiovascular Institute of the South (Houma): Medical Records (JBoudreaux-CIS-H-000l07 - JBoudreaux-CIS-H-000110) |
| DXT 49 | DX JB 257 | Ochsner St. Anne General Hospital: Medical Records (JBoudreaux-OStAGH- MD-000274 - JBoudreaux-OStAGH- MD-000276) |
| DXT 50 | DX 49 | Neoplastin Label |
| DXT 51 | PX 3671042 | Email from L. Zhang to G. Peters and X. Yan re: Figures for Cox Analyses in ACS2001, dated Oct. 23, 2015 |

# DEFENDANTS' DEMONSTRATIVES

| Tab | Witness | Date | Slide Title |
|---|---|---|---|
| A. | Johnson, Colleen | 5/1/2017 | What is Afib? |
| B. | Johnson, Colleen | 5/1/2017 | What is a Stroke? |
| C. | Johnson, Colleen | 5/1/2017 | Mr. Boudreaux's Initial Conditions |
| D. | Johnson, Colleen | 5/1/2017 | Medical Guidelines for Patients with AFib |
| E. | Johnson, Colleen | 5/1/2017 | Mr. Boudreaux's CHA2DS-VASc Score |
| F. | Johnson, Colleen | 5/1/2017 | Anticoagulant Choices |
| G. | Johnson, Colleen | 5/1/2017 | Mr. Boudreaux's Kidney Function Checks |
| H. | Johnson, Colleen | 5/1/2017 | Anticoagulant Warnings |
| I. | Johnson, Colleen | 5/1/2017 | Risk of GI Bleed |
| J. | Johnson, Colleen | 5/1/2017 | Risk of Intracranial Bleeding |
| K. | Johnson, Colleen | 5/1/2017 | Risk of Fatal Bleeding |
| L. | Johnson, Colleen | 5/1/2017 | FDA Analysis of ROCKET |