## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| RUBY WILEMON | ) ) ) ) | |
| Plaintiff,<br>vs. | ) ) ) | COMPLAINT AND JURY DEMAND |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC.,BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 2:17-cv- 6739 |

## **ENTRY OF APPEARANCE**

COMES NOW Richard Zgoda of the firm of Gacovino, Lake & Associates, P.C., and hereby enters his appearance on behalf of Plaintiff Ruby Wilemon, in the above-captioned case.

Respectfully submitted,

*/s/ Richard M. Zgoda, Jr.*

>Richard M. Zgoda, Jr., NY 4781506
>Gacovino, Lake, & Associates, P.C.
>270 West Main Street
>Sayville, NY 11782
>Phone: (631) 600-0000
>Fax:  (631) 543-5450
>r.zgoda@gacovinolake.com
>
>**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2017, the foregoing document was filed utilizing this Court's ECF system and that a copy of this notice was then served via this Court's ECF system for electronic distribution to all counsel and parties of record.

>*/s/ Richard M. Zgoda, Jr.*
>**Attorney for Plaintiff**