UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E FALLON |
| | MAG. JUDGE NORTH |

## CASE MANAGEMENT ORDER NO. 2I

Pursuant to Case Management Order (CMO) No. 2, the Parties have met and conferred and derived a pretrial schedule for the third bellwether trial that is consistent with the pretrial schedule for the first and second bellwether trials. The parties request that the Court enter CMO 2I regarding the pretrial schedule for the third bellwether (Mingo) trial.

In consideration of the Parties' request, IT IS ORDERED:

**A.** Schedule for Trial Preparation Documents for Third Bellwether Trial Is As Follows:

1. **Jury Questionnaire:** June 27, 2017

2. **Parties Begin Exchange of Deposition Designations of No More than 5 Total Per Week and No More than 3 Total Per Day, Pursuant to a Separately Agreed upon Deposition Designation Protocol:** July 6, 2017

3. **Parties Exchange Witness Lists:** July 7, 2017

4. **Parties Exchange Exhibit Lists**: July 10, 2017

5. **Parties Exchange Exhibit Images:** July 14, 2017

6. **Motions *in Limine*:** July 17, 2017

7. **Pretrial Order due to Court:** July 18, 2017

8. **Parties Exchange Supplemental Exhibit Lists (Limited to 200 Exhibits) and Images of Exhibits on Supplemental Lists:** July 21, 2017

9. **Pretrial Conference:** July 21, 2017

10. **Oppositions to Motions *in Limine*:** July 28, 2017

- 2 -

      11.    **Proposed Jury Instructions:** July 28, 2017

      12.    **Parties Submit Images of Exhibits to Court:** August 3, 2017

B.    All provisions of CMO No. 2, CMO No. 2A, CMO No. 2C, CMO No. 2D, CMO No. 2E, CMO No. 2F, CMO No. 2G, and CMO No. 2H other than those amended shall remain unchanged and in full force and effect.

NEW ORLEANS, LOUISIANA this 13th day of July 2017.

*[Signature]*

**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**