**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |
| Dora Mingo, et al. v. Janssen Research & Development, et al. Case No. 2:15-cv-03469 | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF**
**JOINT MOTION IN LIMINE TO EXCLUDE ARGUMENT OR EVIDENCE**
<u>**REGARDING THE LACK OF A REVERSAL AGENT FOR XARELTO**</u>

# FILED UNDER SEAL