UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |
| Dora Mingo, et al. v. Janssen Research & Development, et al. Case No. 2:15-cv-03469 | |

**DEFENDANTS' JOINT *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL MEMORANDUM IN SUPPORT OF DEFENDANTS' JOINT MOTION IN LIMINE TO EXCLUDE ARGUMENT OR EVIDENCE REGARDING THE LACK OF A REVERSAL AGENT FOR XARELTO**

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC, (collectively, "Defendants") respectfully request leave of the Court to file the attached Defendants' Memorandum in Support of Joint Motion in Limine to Exclude Argument or Evidence Regarding the Lack of a Reversal Agent for Xarelto under seal as it contains information that has been designated as "Protected" under PTO No.12.

WHEREFORE Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC, pray that this motion be granted and the attached Defendants' Memorandum in Support of Joint Motion in Limine to Exclude Argument or Evidence Regarding the Lack of a Reversal Agent for Xarelto be filed UNDER SEAL.

Respectfully submitted,

| | |
|---|---|
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C. |

BY: /s/ *Richard E. Sarver*  
Richard E. Sarver  
Celeste R. Coco-Ewing  
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.  
909 Poydras Street, 24th Floor  
New Orleans, Louisiana 70112  
Telephone: (504) 589-9700  
rsarver@barrassousdin.com  
ccoco-ewing@barrassousdin.com  

By: */s/ Lyn P. Pruitt*  
Lyn P. Pruitt  
Adria W. Conklin  
Benjamin D. Brenner  
Mary Catherine Way  
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.  
425 West Capitol Ave., Suite 1800  
Little Rock, AR 72201  
Telephone: (501) 688-8800  
lpruitt@mwlaw.com  
aconklin@mwlaw.com  
bbrenner@mwlaw.com  
mway@mwlaw.com  

DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*  
Susan M. Sharko  
DRINKER BIDDLE & REATH LLP  
600 Campus Drive  
Florham Park, NJ 07932-1047  
Telephone: (973) 549-7000  
susan.sharko@dbr.com  

WATKINS & EAGER PLLC

By: */s/ Walter T. Johnson*  
Walter T. Johnson  
WATKINS & EAGER PLLC  
The Emporium Building  
400 East Capitol Street  
Jackson, Mississippi 39201  
Telephone: (601) 965-1846  
wjohnson@watkinseager.com  

Rodney M. Hudson  
DRINKER BIDDLE & REATH LLP  
50 Fremont Street, 20th Floor  
San Francisco, CA 94105-2235  
Telephone: (415) 591-7500  
Rodney.hudson@dbr.com  

ARNOLD & PORTER KAYE SCHOLER LLP

Chanda A. Miller  
DRINKER BIDDLE & REATH LLP  
One Logan Square, Suite 2000  
Philadelphia, PA 19103-6996  
Telephone: (215) 988-2500  
Chanda.Miller@dbr.com  

By: /s/ *William Hoffman*  
William Hoffman  
ARNOLD & PORTER KAYE SCHOLER LLP  
601 Massachusetts Ave., NW  
Washington, D.C. 20001  
Telephone: (202) 942-5000  
william.hoffman@apks.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC*

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Lindsey C Boney IV*
Kevin C. Newsom
Lindsey C. Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
knewsom@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of July, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system.

/s/ *John F. Olinde*