UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |
| Dora Mingo, et al. v. Janssen Research & Development, et al. Case No. 2:15-cv-03469 | |

**DEFENDANTS' JOINT MOTION *IN LIMINE* TO
EXCLUDE ARGUMENT THAT PLAINTIFF USED "BAYER ASPIRIN"**

NOW INTO COURT, through undersigned counsel, come Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research & Development LLC (collectively, "Defendants"), who move *in limine* to exclude any argument that Plaintiff used "Bayer Aspirin" for the reasons more fully set forth in the attached Memorandum.

Respectfully submitted,

| | |
|---|---|
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C. |

BY: /s/ *Richard E. Sarver*  
Richard E. Sarver  
Celeste R. Coco-Ewing  
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.  
909 Poydras Street, 24th Floor  
New Orleans, Louisiana 70112  
Telephone: (504) 589-9700  
rsarver@barrassousdin.com  
ccoco-ewing@barrassousdin.com  

DRINKER BIDDLE & REATH LLP  

By: /s/ *Susan M. Sharko*  
Susan M. Sharko  
DRINKER BIDDLE & REATH LLP  
600 Campus Drive  
Florham Park, NJ 07932-1047  
Telephone: (973) 549-7000  
susan.sharko@dbr.com  

Rodney M. Hudson  
DRINKER BIDDLE & REATH LLP  
50 Fremont Street, 20th Floor  
San Francisco, CA 94105-2235  
Telephone: (415) 591-7500  
Rodney.hudson@dbr.com  

Chanda A. Miller  
DRINKER BIDDLE & REATH LLP  
One Logan Square, Suite 2000  
Philadelphia, PA 19103-6996  
Telephone: (215) 988-2500  
Chanda.Miller@dbr.com  

By: */s/ Lyn P. Pruitt*  
Lyn P. Pruitt  
Adria W. Conklin  
Benjamin D. Brenner  
Mary Catherine Way  
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.  
425 West Capitol Ave., Suite 1800  
Little Rock, AR 72201  
Telephone: (501) 688-8800  
lpruitt@mwlaw.com  
aconklin@mwlaw.com  
bbrenner@mwlaw.com  
mway@mwlaw.com  

WATKINS & EAGER PLLC  

By: */s/ Walter T. Johnson*  
Walter T. Johnson  
WATKINS & EAGER PLLC  
The Emporium Building  
400 East Capitol Street  
Jackson, Mississippi 39201  
Telephone: (601) 965-1846  
wjohnson@watkinseager.com  

ARNOLD & PORTER KAYE SCHOLER LLP  

By: /s/ *William Hoffman*  
William Hoffman  
ARNOLD & PORTER KAYE SCHOLER LLP  
601 Massachusetts Ave., NW  
Washington, D.C. 20001  
Telephone: (202) 942-5000  
william.hoffman@apks.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC*

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ *Lindsey C Boney IV*
Kevin C. Newsom
Lindsey C. Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
knewsom@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on the 17th day of July, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system.

           /s/  John F. Olinde