**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)                  MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                              SECTION L

THIS DOCUMENT RELATES TO:                     JUDGE ELDON E. FALLON

                                              MAGISTRATE NORTH

Dora Mingo, et al. v. Janssen
Research & Development, et al.
Case No. 2:15-cv-03469

# EXHIBITS 1-8

## TO DEFENDANTS' JOINT MOTION IN LIMINE TO EXCLUDE ARGUMENT THAT PLAINTIFF USED "BAYER ASPIRIN"

# FILED UNDER SEAL