UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Mingo v. Janssen Research & Development, LLC, et al.*; Case No. 2:15-cv-03367 | * * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER RE: PLAINTIFFS' MOTION IN LIMINE TO PROHIBIT OBJECTIVELY FALSE TESTIMONY THAT PT NEOPLASTIN IS NOT USEFUL, DOES NOT WORK, OR THAT HAVING SUCH A WARNING IN THE XARELTO LABEL WOULD BE RECKLESS, INAPPROPRIATE OR DANGEROUS**

Before the Court is Plaintiffs' Motion in Limine to Prohibit Objectively False Testimony that PT Neoplastin is Not Useful, Does Not Work, or that Having Such a Warning In The Xarelto Label Would Be Reckless, Inappropriate or Dangerous. Having reviewed the parties' briefs and the applicable law, **IT IS ORDERED** that Plaintiffs' motion is **GRANTED.** At trial, Defendants are prohibited from contending that PT Neoplastin is not useful, does not work, or that having such a warning in the Xarelto label would be reckless, inappropriate or dangerous. If they contend otherwise, this Court will instruct the jury that it is an established fact that the Defendants agree that PT Neoplastin may be useful to inform clinical decisions to assess the anticoagulation effect of Xarelto.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**