UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     *     MDL 2592
PRODUCTS LIABILITY LITIGATION   *
                                *     SECTION L
THIS DOCUMENT RELATES TO:     *
*Mingo v. Janssen Research*       *     JUDGE ELDON E. FALLON
*& Development, LLC, et al.*;     *
**Case No. 2:15-cv-03367**      *     MAGISTRATE JUDGE NORTH
* * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned

will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for

the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New

Orleans, Louisiana, 70130, on **August 2, 2017**, for an order on Plaintiffs' Motion in Limine to

Prohibit Objectively False Testimony That PT Neoplastin Is Not Useful, Does Not Work, Or That

Having Such a Warning In the Xarelto Label Would Be Reckless Inappropriate or Dangerous.


Dated: July 17, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 17, 2017 the foregoing pleading and its supporting memorandum of law were filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**