UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No: <u>2:17-cv-6492</u> |

THIS DOCUMENT RELATES TO:
Laura Wagner o/b/o
Her deceased brother, William Wagner v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-6492

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes David B. Owen Jimenez for the Plaintiff and moves this Honorable Court for an order substituting Laura Wagner on behalf of her deceased brother, Christopher Nouryeh, for the following reasons:

I.  On July 5, 2017 William Wagner filed a Complaint in the above referenced matter.

II. On October 11, 2016 William Wagner died, without his sister notifying his legal representatives.

III. The decedents sister, Laura Wagner, is the Proper Plaintiff and wishes to be substituted on behalf of William Wagner, in this case.

1

Wherefore, movant prays for said substitution.

Respectfully submitted this 17th day of July, 2017.

/s/ David B. Owen Jimenez
David B. Owen Jimenez
Puerto Rico Bar No. 19627
USDCPR No. 301113
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ David B. Owen Jimenez
David B. Owen Jimenez (#301113)

2