UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>**JURY TRIAL DEMANDED**<br>Civil Action No: <u>2:17-cv-6492</u> |

THIS DOCUMENT RELATES TO:
Laura Wagner o/b/o
Her deceased brother, William Wagner v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-6492

**ORDER**

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Laura Wagner, on behalf of her deceased brother, William Wagner, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ____ day of _____, 2017.

_____
Eldon K. Fallon, United States District Court Juge