# LAST WILL AND TESTAMENT

## OF

## WILLIAM WAGNER

I, **William Wagner**, a resident of and domiciled in the State of New York, make, publish and declare this to be my Last Will and Testament, revoking all wills and codicils at any time heretofore made by me.

**FIRST:** I direct that the expenses of my last illness and funeral, the expenses of the administration of my estate, and all estate, inheritance and similar taxes payable with respect to property included in my estate, whether or not passing under this will, and any interest or penalties thereon, shall be paid out of my residuary estate, without apportionment and with no right of reimbursement from any recipient of any such property.

**SECOND:** I give all the rest, residue and remainder of my property and estate, both real and personal, of whatever kind and wherever located, that I own or to which I shall be in any manner entitled at the time of my death (collectively referred to as my "residuary estate") to those of Laura Wagner, William Wagner, Kathy Sanders, and Theresa Burk who survive me, in equal shares. I have specifically decided not to make any provision for Michelle Patton, Cherrie Gangitano or Bridgette Decker.

**THIRD:** I appoint Laura Wagner to be my Executor. If Laura Wagner shall fail to qualify for any reason as my Executor, or having qualified shall die, resign or cease to act for any reason as my Executor, I appoint Cynthia Cannon as my Executor. I direct that no Executor shall be required to file or furnish any bond, surety or other security in any jurisdiction.

**FOURTH:** I grant to my Executor all powers conferred on executors under the New York Estates, Powers and Trusts Law, as amended, or any successor thereto, and all powers conferred upon executors wherever my Executor may act. I also grant to my Executor power to retain, sell at public or private sale, exchange, grant options on, invest and reinvest, and otherwise deal with any kind of property, real or personal, for cash or on credit; to borrow money and encumber or pledge any property to secure loans; to exercise all powers of an absolute owner of property; to compromise and release claims with or without consideration; and to employ attorneys, accountants and other persons for services or advice. The term "Executor" wherever used herein shall mean the executors, executor, executrix or administrator in office from time to time.

**FIFTH:** If any beneficiary under this will and I die in a common accident or under circumstances in which it is difficult or impractical to determine who survived the other, such beneficiary shall be deemed to have predeceased me.

**IN WITNESS WHEREOF**, I, William Wagner, sign, seal, publish and declare this instrument as my last will and testament this 13th day of July, 2005.

_____
WILLIAM WAGNER

Said Last Will and Testament was read to and understood by William Wagner by MARTIN HERSH, who resides at 4 Asthalter Road, Liberty, NY 12754. William Wagner, then signed, sealed, published and declared by William Wagner, the above-named Testator, to be his last will and testament in our presence, all being present at the same time, and we, at his request and in his presence and in the presence of each other, have subscribed our names as witnesses on the date above written.

_____ residing at 16 Broadway
JENNIFER SMITH                    Kauneonga Lake, New York

_____ residing 148 Dairyland Road
GAIL G. NORWOOD                   Woodridge, New York

Martin Hersh, Esq. PO Box 567 4 Asthalter Road Liberty, New York 12754 (845) 292-9345

2

## AFFIDAVIT OF WITNESSES

STATE OF NEW YORK, COUNTY OF SULLIVAN, ss.

      Each of the undersigned, JENNIFER SMITH residing at 16 Broadway, Kauneonga Lake, NY 12749, and GAIL G. NORWOOD residing at 148 Dairyland Rd., Woodridge, NY 12789, respectively, being individually and severally duly sworn, did depose and say that: The foregoing last will and testament was read to and understood by William Wagner by MARTIN HERSH. The foregoing last will and testament was subscribed in our presence and sight by William Wagner, the Testator named therein. The undersigned witnessed the execution of said will of William Wagner on the 13th day of July, 2005, at 4 Asthalter Road, Liberty, New York 12754. At the time the instrument was so subscribed, the Testator declared said instrument to be his last will and testament. The undersigned thereupon signed their names as witnesses at the end of said will at the request of the Testator, in the presence of the Testator and each other. At the time of so executing said will, in our respective opinions, the Testator was at least eighteen years of age, and was of sound mind, memory and understanding, under no constraint, duress, fraud or undue influence, and in no respect incompetent to make a valid will. In our respective opinions, the Testator had indicated to us that he could not read, but was able converse in the English language, and was not suffering from any defect of sight, hearing or speech, or from any other physical or mental impairment which would affect his capacity to make a valid will. Each of us was acquainted with the Testator, and we make this affidavit at his request. Said will was shown to us at the time this affidavit was made, and we examined it as to the signature of the Testator and our signatures. Said will was executed as a single, original instrument, and not in counterparts. Said will was executed by the Testator and witnessed by us under the supervision of Martin Hersh, Esq., an attorney-at-law admitted to practice in the State of New York, who stated that the formal requirements of the New York Estates, Powers and Trusts Law regarding the ceremony of execution and attestation of a will had been duly fulfilled and satisfied.

_____
JENNIFER SMITH, Witness

_____
GAIL G. NORWOOD, Witness

Severally subscribed and
sworn to before me this 13th day of July, 2005.

_____
Notary Public

GERI SCHWARZ
Notary Public, State of New York
Sullivan County Clerk's #2353
Commission Expires June 12, 20___

Martin Hersh, Esq. PO Box 567  4 Asthalter Road  Liberty, New York 12754  (845) 292-9345