# EXHIBIT 1

Protected - Subject to Further Protective Review

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION L

JUDGE ELDON E. FALLON
MAG. JUDGE NORTH

*****************************************************

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

This Document Relates To:
Dora Mingo v. Janssen Research & Development, et al.
Civil Case No. 2:15-cv-03469

************************************************

VIDEOTAPED DEPOSITION OF RENIE ARMSTRONG JORDON, M.D.

************************************************

Taken at Holiday Inn Express
105 Holiday Lane,
McComb, Mississippi,
August 12, 2016,
beginning at approximately 12:40 p.m.

*************************************

AMY M. KEY, RPR, CSR
Notary Public

A P P E A R A N C E S

REPRESENTING THE PLAINTIFF,
DORA MINGO:

JOSEPH G. VANZANDT, ESQ.
SONNY WILLS, ESQ.
Beasley Allen
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36104
334.269.2343
joseph.vanzandt@beasleyallen.com
sonny.wills@beasleyallen.com

REPRESENTING THE DEFENDANTS,
JANSSEN AND JOHNSON & JOHNSON:

KIM E. MOORE, ESQ.
Irwin, Fritchie, Urquhart & Moore, LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
504.310.2108
kmoore@irwinllc.com

REPRESENTING THE DEFENDANT,
BAYER:

LYN P. PRUITT, ESQ.
ADRIA W. CONKLIN, ESQ.
Mitchell Williams Selig Gates
& Woodyard, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
501.688.8869
lpruitt@mwlaw.com
aconklin@mwlaw.com

Also Present:
Erin Nabors, Video Specialist



Q. All right. Doctor, according to some documents provided to us by Janssen, sales representatives from Janssen have visited you in the past regarding Xarelto; is that correct?

A. Yeah, uh-huh.

Q. And I just want to go through just a brief list of names here of sales representatives that, according to Janssen, had visited your office to see if any of those names ring a bell for you.

The first one is Sherrye Polles. Do you recall Sherrye Polles?

A. No.

Q. The next, Angela Seifert?

A. No.

Q. A Shawn Collier?

A. No.

Q. John Warren?

A. No.

Q. Heather Brady?

A. No.

Q. And the last one, a William Sherman?

A. No. And that is not to say they didn't visit. It's just that I just can't recall.

Q. Right.

A. Those folks may have come through, yeah.

Q. I'm sorry. I didn't mean to interrupt you.

All right. The earliest record we have from Janssen that a sales representative visited you regarding Xarelto would have been in February of 2012.

Do you recall any visits from sales representatives before that day?

MS. MOORE: Object to the form. You may

answer.

THE WITNESS: I can't recall.

BY MR. VANZANDT:

Q. And then the latest visit we would have a record of would be April 17th, 2015. Do you recall any visits by Janssen sales representatives since that time?

A. Since April 17th?

Q. Of 2015.

A. I have no recollection.

[redacted]



Q. And if you saw something in your practice that was contrary to what some sales rep or marketing person told you, you would rely on what your experience was in making decisions for patients in the future, wouldn't you?

A. Yes. I mean, the sales rep, they have a role to play, and we look at that, at least I do, and the folks that don't, they look at it through the lens. They have a role to play. And, you know,

we are polite. They have a job.

But at the end of the day, the drug that is prescribed, even if it is a good drug -- and, as I said, I don't expect them to lie. They can say it in a different way, but I don't expect them to lie.

But at the end of the day, the drug that is prescribed, it's our decision. It should be based on the fact whether it's recommended by the FDA, yeah.

Q. And you don't have any reason to believe that any of these Janssen reps that detailed Xarelto to you told you anything that was untrue, do you?

A. No.

MR. VANZANDT: Object to form.

BY MS. PRUITT:

Q. And as a physician, if a -- these sales reps are not doctors, are they?

A. No. They're not doctors, but many of them have a medical background. They're nurses or pharmacists. So they have some medical background. But, no, I haven't met a physician as a sales rep. No.

Q. So if there was a conflict or a question, you would go to your colleagues or medical literature to find an answer to the question or call

the manufacturer?

A. Or call the manufacturer or go online. There are a lot of things that you can find online now.

Q. Yes.

A. I mean, it's very accessible. But the sales rep -- the sales rep, as I said, to sit and say they don't have an effect, they present a good story. But at the end of the day, no, it's not their call, you know.

[redacted]

CERTIFICATE OF COURT REPORTER

I, Amy M. Key, CSR, and Notary Public in and for the County of Lamar, State of Mississippi, hereby certify that the foregoing pages, under penalty of perjury, contain a true and correct transcript of the testimony of the witness, as taken by me at the time and place heretofore stated, and later reduced to typewritten form by computer-aided transcription under my supervision and to the best of my skill and ability.

I further certify that I placed the witness under oath to truthfully answer the questions in this matter under the power vested in me by the State of Mississippi.

I further certify that I am not in the employ of or related to any counsel or party in this matter, and have no interest, monetary or otherwise, in the final outcome of the proceedings.

Witness my signature and seal this the _______ day of_______________________, 2016.

_____________________________________

AMY M. KEY, CSR

My Commission Expires May 11, 2020