# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2592 |
| -------------------------- | ) | SECTION L |
| This Document Relates To: JAMES HENRY, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF WILLIAM HENRY v. Janssen Research & Development, et al.; Civil Case No.: 2:15-CV-00224 | ) | JUDGE FALLON<br>MAG. JUDGE NORTH |

**************************************************

VIDEOTAPED DEPOSITION OF
DAVID B. McCAIN, M.D.
JULY 1, 2016

**************************************************

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

VIDEOTAPED DEPOSITION OF

DAVID B. McCAIN, M.D., produced as a witness at the instance of the Defendants, and duly sworn, was taken in the above-styled and -numbered cause on the 1st day of July, 2016, from 9:12 a.m. to 3:17 p.m., before Janice K. McMoran, RDR, CRR, TCRR, and Certified Shorthand Reporter in and for the State of Texas, reported by machine shorthand, at the Springhill Suites - Fort Worth University, 3250 Lovell Avenue, Fort Worth, Texas, pursuant to the Federal Rules of Civil Procedure.

A P P E A R A N C E S

APPEARING FOR THE PLAINTIFF:

RUSS ABNEY, ESQ.
Ferrer, Poirot & Wansbrough
2603 Oak Lawn, Suite 300
Dallas, Texas 75219
Telephone: (866) 589-0257
e-mail: rabney@lawyerworks.com

a n d

MICHAEL GOETZ, ESQ.
Morgan & Morgan PA
One Tampa City Center
201 North Franklin Street
Tampa, Florida 33602
Telephone: (813) 223-5505
e-mail: mgoetz@ForThePeople.com

APPEARING FOR THE DEFENDANTS JANSSEN PHARMACEUTICALS, INC., JANSSEN RESEARCH & DEVELPMENT, LLC, JANSSEN ORTHO LLC, and JOHNSON & JOHNSON:

SUSAN M. SHARKO, ESQ.
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7000
e-mail: susan.sharko@dbr.com

APPEARING FOR THE BAYER DEFENDANTS:

NEVIN M. GEWERTZ, ESQ.
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, Illinois 60654
Telephone: (312) 494-4476
nevin.gewertz@bartlit-beck.com

ALSO PRESENT: Joseph McDermott - Videographer

A. I mean, what do you constitute as a meeting?
Q. Fair question.
A. Do I -- we've got a fly in here.
Yeah. Do I see them through the window and sign for samples? Yeah. Do I sit down and spend an hour dinner with them and chitchat with them? No. You know, do I have them drop off literature that I request? Yes. But I don't meet with them, per se.
Q. Is the same true for Xarelto reps?
A. All of them. Don't have time.
Q. And you don't -- you make your own prescribing decisions. You don't let the reps try to tell you how to practice medicine, do you?
A. There's a symbiotic relationship between the drug companies and physicians. And so what I ask for is not the glossy little flashy journals, I mean, the little handouts. I want to see refereed journal articles. I want to see the

original trials, and I also want to see the editorials after the trials.

And so that's -- that's how I make my decisions. You know, they introduce something to me. They say, Hey, guess what we've got, you know. Here's a new piece of candy, little boy.

Oh, okay. Let me look at it. Let me research it.

And then I make that decision based on my knowledge of the medical literature.

[redacted]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2592 |
| --------------------------- | ) | SECTION L |
| This Document Relates To: JAMES HENRY, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF WILLIAM HENRY v. Janssen Research & Development, et al.; Civil Case No.: 2:15-CV-00224 | ) | JUDGE FALLON<br>MAG. JUDGE NORTH |

REPORTER'S CERTIFICATION
VIDEOTAPED DEPOSITION OF
DAVID B. McCAIN, M.D.
JULY 1, 2016

I, Janice K. McMoran, RDR, CRR, TCCR, and Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, DAVID B. McCAIN, M.D., was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

I further certify that pursuant to FRCP Rule 30(f)(1) that the signature of the deponent:

__X__ was requested by the deponent or a party before the completion of the deposition and is to be returned within 30 days from date of receipt of the transcript. If returned, the attached Errata contains any changes and the reasons therefor;

______ was not requested by the deponent or a party before the completion of the deposition.

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys to the action in which this proceeding was taken. Further, I am not a relative or employee of any attorney of record in this cause, nor am I financially or otherwise interested in the outcome of the action.

Subscribed and sworn to on this the 6th day of July, 2016.

_______________________________

JANICE K. McMORAN, RDR, CRR, TCRR
Texas CSR #1959
Expiration Date: 12/31/16
Golkow Technologies, Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, Pennsylvania 19103
(877) 370-3377