# EXHIBIT 1

§ 16:4.Failure to warn, Miss. Prac. Model Jury Instr. Civil § 16:4 (2d ed.)

**Miss. Prac. Model Jury Instr. Civil § 16:4 (2d ed.)**

Mississippi Model Jury Instructions Civil | November 2016 Update
The Mississippi Judicial College

Chapter 16. Products Liability

§ 16:4. Failure to warn

Correlation Table | References

IN THE *[DESIGNATION OF COURT]* COURT OF

*[NAME OF COUNTY]*, MISSISSIPPI

*[DESIGNATION OF DISTRICT]* JUDICIAL DISTRICT

*[Name of plaintiff]*,

Plaintiff,

v.                           Case No. *[case number]*

*[Name of defendant]*,

Defendant.

INSTRUCTION NO. *[NUMBER OF INSTRUCTION]*

You are instructed that a manufacturer, designer, or seller of a product is liable for damages caused by that product, other than commercial damages to the product itself if you find from a preponderance of the evidence in this case:

1. That *[[name of manufacturer]/[name of designer]/[name of seller]]* was in the business of selling *[name of product]* and did in fact sell *[name of specific product at issue]*; and

2. (a) That at the time the *[name of specific product at issue]* left the control of the defendant, the *[name of product]* was defective because it failed to contain adequate warning(s) or instruction(s) to the user or consumer that a reasonably prudent person in the same or similar circumstances would have provided with respect to danger(s), if any, posed by the product, and which likewise would communicate sufficient information on the danger(s) and safe use of the *[name of product]*, taking into account the characteristics of, and the ordinary knowledge common to an ordinary consumer who purchases a *[name of product]*; or

**Alternate instruction 1. For cases involving prescription drugs, medical device or other product that is intended to be**

**used only under the supervision of a physician or other licensed professional person:**

**2.** (b) At the time the *[name of specific product at issue]* left the control of the defendant the *[name of product]* was defective because it failed to contain adequate warning(s) or instruction(s) that a reasonably prudent person in the same or similar circumstances would have provided with respect to danger(s), if any, posed by the product, and which likewise would communicate sufficient information on the danger(s) and safe use of the *[name of product]*, taking into account the characteristics of, and the ordinary knowledge common to, a physician or other licensed professional who prescribes the drug, device or other product; and

3. That at the time the *[name of product]* left the control of *[[name of manufacturer]/[name of designer]/[name of seller]]*, *[he/she]* knew, or in light of reasonably available knowledge should have known about the danger, if any, that caused the damage for which the plaintiff now seeks recovery; and

4. That at the time the *[name of product]* left the control of *[[name of manufacturer]/[name of designer]/[name of seller]]*, an ordinary user or consumer would not recognize the danger(s) posed by the *[name of product]*; and

5. The failure of *[[name of manufacturer]/[name of designer]/[name of seller]]* to provide adequate warning(s) of the danger(s) posed by the *[name of product]* rendered the *[name of product]* unreasonably dangerous to the user or consumer; and

6. That the failure of *[[name of manufacturer]/[name of designer]/[name of seller]]* to include adequate warning(s) and instruction(s) was the proximate cause of the plaintiff's damages;

then your verdict shall be for the plaintiff.

However, if the plaintiff has failed to prove any of these elements by a preponderance of the evidence in this case, then your verdict shall be for the defendant.

**Notes**

**Practice Notes**

Miss. Code Ann. § 11-1-63(c)(i) and (ii).

Section 11-1-63 was amended in 2014 to include "designer."

**Law Reviews and Other Periodicals**

- Harges, An Evaluation of the Mississippi Products Liability Act of 1993, 63 Miss. L.J. 697, 720 to 722 (Spring 1994)
- McIntosh, Tort Reform in Mississippi: An Appraisal of the New Law of Products Liability, Part II, 17 Miss. C. L. Rev. 277, 303 to 305 (Spring 1996)

**§ 16:4.Failure to warn, Miss. Prac. Model Jury Instr. Civil § 16:4 (2d ed.)**

Copyright © 2016 Thomson Reuters & Miss. Judicial College

**End of Document**

© 2017 Thomson Reuters. No claim to original U.S. Government Works.