UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |
| Dora Mingo, et al. v. Janssen Research & Development, et al. Case No. 2:15-cv-03469 | |

**O R D E R**

Considering Defendants' Joint *Ex Parte* Motion for Leave to File Under Seal Defendants' Joint Reply Memorandum in Support of Their Motion to Exclude Expert Opinions and Testimony of Plaintiff's Case-Specific Expert Dr. Henry Rinder and Exhibit 1 to Reply;

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Joint Reply Memorandum in Support of Their Motion to Exclude Expert Opinions and Testimony of Plaintiff's Case-Specific Expert Dr. Henry Rinder be and are hereby **FILED UNDER SEAL** in their entirety.

New Orleans, Louisiana, this _____ day of July, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE