**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN)          MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                       SECTION L

THIS DOCUMENT RELATES TO:              JUDGE ELDON E. FALLON

                                       MAGISTRATE NORTH

Dora Mingo, et al. v. Janssen
Research & Development, et al.
Case No. 2:15-cv-03469


**DEFENDANTS' JOINT REPLY MEMORANDUM IN SUPPORT OF**
**THEIR MOTION TO EXCLUDE EXPERT OPINIONS AND TESTIMONY**
**OF PLAINTIFF'S CASE-SPECIFIC EXPERT DR. HENRY RINDER**


# FILED UNDER SEAL