**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE:  XARELTO (RIVAROXABAN)**          **MDL No. 2592**
**PRODUCTS LIABILITY LITIGATION**

                                           **SECTION L**

**THIS DOCUMENT RELATES TO:**              **JUDGE ELDON E. FALLON**

                                           **MAGISTRATE NORTH**

**Dora Mingo, et al. v. Janssen**
**Research & Development, et al.**
**Case No. 2:15-cv-03469**


# EXHIBIT 1


**TO DEFENDANTS' JOINT REPLY MEMORANDUM IN SUPPORT OF**
**THEIR MOTION TO EXCLUDE EXPERT OPINIONS AND TESTIMONY**
**OF PLAINTIFF'S CASE-SPECIFIC EXPERT DR. HENRY RINDER**


# FILED UNDER SEAL