MINUTE ENTRY
FALLON, J.
JUNE 30, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
 *Mingo v. Janssen Research & Development, LLC, et al.*
 **Case No. 2:15-cv-03367** (**Rec. Docs. 6929, 6930 and 6969**)

A telephone status conference was held on this date from the Chambers of the Honorable Eldon E. Fallon. The parties discussed the status of the case and deposition matters. The parties represented to the Court that they are now in agreement with setting deposition for Dr. Lensing during the week of July 24, 2017. Accordingly,

**IT IS ORDERED** that Plaintiffs' motion for leave to file a motion to compel the videotaped deposition testimony of Dr. Athonine Lensing (Rec. Doc. 6929) and Plaintiffs' motion for an expedite hearing on this matter (Rec. Doc. 6930) are **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that Defendants' motion to seal document, "Bayer Defendants' Memorandum of Law Responding to Plaintiffs' Motion to Compel the Videotaped Deposition of Dr. Anthonie Lensing and Exhibit No. 1," (Rec. Doc. 6969) is **DISMISSED AS MOOT**.

JS10: 00:15