# EXHIBIT "2"

| | |
|---|---|
| **From:** | Kollath, Andrea [PRDUS] |
| **To:** | Kinaszczuk, Judy [CPGRAUS] |
| **Sent:** | 6/13/2011 3:25:26 PM |
| **Subject:** | FW: NDA 22406 FDA label review |
| **Attachments:** | NDA 22406 label comments_6 13 11.doc |

**From:** Newman, Tyree [mailto:Tyree.Newman@fda.hhs.gov]
**Sent:** Monday, June 13, 2011 11:22 AM
**To:** Kollath, Andrea [PRDUS]
**Cc:** Jalota, Sanjay [PRDUS]
**Subject:** NDA 22406 FDA label review

Good morning Andrea, please see the attached redlined version of the label regarding NDA 22406 for your review and comments. Please accept changes you agree to and for changes you do not, keep in track changes.

**Please provide your response by Thursday, COB, June 16, 2011.**

Kind regards,

Tyree


Tyree Newman
Regulatory Project Manager
Food and Drug Administration
Division of Hematology Products
Office of Oncology Drug Products
Center for Drug Evaluation and Research
10903 New Hampshire Ave.
Silver Spring, MD 20993
301-796-3907 (phone)
301-796-9845 (fax)
Tyree.Newman@fda.hhs.gov



**DEFENDANTS' EXHIBIT**

**DX 5547**

XARELTO_JANSSEN_05852122