# EXHIBIT "3"

**File Provided Natively**

**File Name:**           NDA 22406 label comments_6 13 11.doc

DEFENDANTS' EXHIBIT

**DX 5222**

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_00000176

**HIGHLIGHTS OF PRESCRIBING** INFORMATION[A1]
These highlights do not include all the information needed to use ~~XARELTO®~~ XARELTO (rivaroxaban) safely and effectively. See full prescribing information for ~~XARELTO®~~ XARELTO

XARELTO (rivaroxaban) film-coated oral tablets
Initial U.S. Approval: [XXXX]

---

WARNING: SPINAL/EPIDURAL HEMATOMA

Epidural or spinal hematomas may occur in patients who are anticoagulated and are receiving neuraxial anesthesia or undergoing spinal puncture. These hematomas may result in long-term or permanent paralysis. Consider these risks when scheduling patients for spinal procedures. Factors that can increase the risk of developing epidural or spinal hematomas in these patients include:
- use of indwelling epidural catheters
- concomitant use of other drugs that affect hemostasis, such as non-steroidal anti-inflammatory drugs (NSAIDs), platelet inhibitors, other anticoagulants
- a history of traumatic or repeated epidural or spinal punctures
- a history of spinal deformity or spinal surgery.

Monitor patients frequently for signs and symptoms of neurological impairment. If neurological compromise is noted, urgent treatment is necessary.

Consider the benefits and risks before neuraxial intervention in patients anticoagulated or to be anticoagulated for thromboprophylaxis [see *Warnings and Precautions (5.1)* and *Drug Interactions (7)*].

---

--------------------------INDICATIONS AND USAGE--------------------------
XARELTO® is a ~~direct~~ factor Xa inhibitor indicated for the prophylaxis of deep vein thrombosis (DVT) ~~and pulmonary embolism (PE)~~ in patients undergoing knee or hip replacement surgery. (1)

----------------------DOSAGE AND ADMINISTRATION----------------------
- 10 mg orally, once daily with or without food (2)

~~If concomitant use with P-gp and strong CYP3A4 inducers cannot be avoided cannot be avoided consider an increase to 20 mg , once daily with food once daily with food (2.1)~~

--------------------DOSAGE FORMS AND STRENGTHS--------------------
Tablet: 10 mg (3)

--------------------------CONTRAINDICATIONS--------------------------
- Hypersensitivity to XARELTO (4)
- Patients with active major ~~pathological~~ bleeding (4)
- ~~Patients with hepatic disease associated with coagulopathy leading to a clinically relevant bleeding risk (4)~~

--------------------WARNINGS AND PRECAUTIONS--------------------
~~Spinal/epidural hematoma: Review recommendations for epidural catheter removal and XARELTO® administration (5.1)~~

- Risk of bleeding: XARELTO® can cause serious and, sometimes, fatal bleeding. Promptly evaluate signs and symptoms of blood loss. (5.2)
- Pregnancy related hemorrhage: Use XARELTO with caution in pregnant women due to the potential for obstetric hemorrhage and/or emergent delivery. Promptly evaluate signs and symptoms of blood loss ~~with an anticoagulant that is not readily reversible. (5.3)Strong inhibitors of both CYP3A4 and P-gp: Concomitant use of ketoconazole or ritonavir with XARELTO® is not recommended (5.3)~~

----------------------------ADVERSE REACTIONS----------------------------
The most common adverse reactions (>5%) were nausea, vomiting, post-procedural hemorrhage and anemia. (6)

**To report SUSPECTED ADVERSE REACTIONS, contact Ortho-McNeil-Janssen Pharmaceuticals, Inc. at 1-800-526-7736 or FDA at 1-800-FDA-1088 or *www.fda.gov/medwatch*.**

----------------------------DRUG INTERACTIONS----------------------------
- P-gp and strong CYP3A4 inhibitors: Avoid ~~C~~concomitant use ~~should be avoided~~ (7.1)
- P-gp and weak or moderate CYP3A4 inhibitors: Avoid ~~C~~concomitant use ~~should be avoided~~ in patients with renal impairment (7.2)
- P-gp and strong CYP3A4 inducers: Avoid ~~C~~concomitant use ~~Rifampicin: use with caution~~ should be avoided or consider an increased dose ~~increase considered~~ (2.1, 7.3)
- Anticoagulants: Avoid ~~C~~concomitant use ~~should be avoided~~ (7.4)
- Clopidogrel: Avoid ~~C~~concomitant use ~~should be avoided~~ (7.6)
- ~~Use caution with dDrugs ugs that may increase bleeding risk (e.g., NSAIDs, aAspirinSA, naproxen, clopidogrel) should be useused with caution. (7.5)~~

----------------------USE IN SPECIFIC POPULATIONS----------------------
~~Pregnancy: use is not recommended (8.1)~~
~~Nursing: use with caution (8.3)~~

- Nursing mothers: discontinue drug or discontinue nursing (8.3)
- Renal impairment: ~~CrCl 30 to <50 mL/min:~~ Use with caution in moderate impairment (CrCl 30 to 50 mL/min) ~~in patients receiving specific concomitant medications (e.g., strong CYP3A4 inhibitors)~~. Avoid use in severe impairment (CrCl ~~15 to~~ <30 mL/min) ~~use with caution. CrCl <15 mL/min, use is not recommended~~. (8.66)
- Hepatic impairment: Avoid use in moderate (Child-Pugh B) and severe (Child-Pugh C) hepatic impairment. ~~Avoid use in any degree of hepatic disease associated with coagulopathy Avoid use in mild (Child-Pugh A) with coagulopathy, moderate (Child-Pugh B) or severe (Child-Pugh C) impairment. (8.7)~~

**See 17 for PATIENT COUNSELING INFORMATION.**
**Revised: MM/20XX**

---

FULL PRESCRIBING INFORMATION: CONTENTS[A2]*

1   INDICATIONS AND USAGE
2   DOSAGE AND ADMINISTRATION
3   DOSAGE FORMS AND STRENGTHS
4   CONTRAINDICATIONS
5   WARNINGS AND PRECAUTIONS
    5.1   Spinal/Epidural Anesthesia or Puncture
    5.2   Risk of Bleeding
    5.3   Effect of Strong Inhibitors of Both CYP3A4 and P-glycoprotein on Rivaroxaban Exposure
6   ADVERSE REACTIONS
    6.1   Commonly-Observed Adverse Drug Reactions in Double-Blind Controlled Clinical Studies
    6.2   Other Adverse Drug Reactions Observed During the Premarketing Evaluation of ~~XARELTO®~~ XARELTO
7   DRUG INTERACTIONS

8   USE IN SPECIFIC POPULATIONS
    8.1   Pregnancy
    8.2   Labor and Delivery
    8.3   Nursing Mothers
    8.4   Pediatric Use
    8.5   Geriatric Use
    8.6   Renal Impairment
    8.7   Hepatic Impairment
10  OVERDOSAGE
11  DESCRIPTION
12  CLINICAL PHARMACOLOGY
    12.1   Mechanism of Action
    12.2   Pharmacodynamics
    12.3   Pharmacokinetics
13  NON-CLINICAL TOXICOLOGY
    13.1   Carcinogenesis, Mutagenesis, and Impairment of Fertility

**14 CLINICAL STUDIES**
**16 HOW SUPPLIED/STORAGE AND HANDLING**
**17 PATIENT COUNSELING INFORMATION**
   17.1  Instructions for Patient Use
   17.2  Bleeding Risks

17.3  Concomitant Medication
17.4  Pregnancy
17.5  Nursing

*Sections or subsections omitted from the full prescribing information are not listed

2

**FULL PRESCRIBING INFORMATION**

> **WARNING: SPINAL/EPIDURAL HEMATOMA**
>
> **Epidural or spinal hematomas may occur in patients who are anticoagulated and are receiving neuraxial anesthesia or undergoing spinal puncture. These hematomas may result in long-term or permanent paralysis. Consider these risks when scheduling patients for spinal procedures. Factors that can increase the risk of developing epidural or spinal hematomas in these patients include:**
> - **use of indwelling epidural catheters**
> - **concomitant use of other drugs that affect hemostasis, such as non-steroidal anti-inflammatory drugs (NSAIDs), platelet inhibitors, other anticoagulants**
> - **a history of traumatic or repeated epidural or spinal punctures**
> - **a history of spinal deformity or spinal surgery.**
>
> **Monitor patients frequently for signs and symptoms of neurological impairment. If neurological compromise is noted, urgent treatment is necessary.**
>
> **Consider the benefits and risks before neuraxial intervention in patients anticoagulated or to be anticoagulated for thromboprophylaxis [see *Warnings and Precautions (5.1)* and *Drug Interactions (7)*].**

# 1   INDICATIONS AND USAGE

XARELTO® (rivaroxaban) Tablets are indicated for the prophylaxis of deep vein thrombosis (DVT), which may lead to pulmonary embolism (PE) ~~and pulmonary embolism (PE)~~ in patients undergoing knee or hip replacement surgery.

# 2   DOSAGE AND ADMINISTRATION

The recommended dose of XARELTO® is 10 mg taken orally once daily with or without food *~~[see Clinical Pharmacology (12.3)]~~*. The initial dose should be taken at least 6 to 10 hours after surgery once hemostasis has been established. ~~XARELTO® should be used with caution in patients with severe renal impairment (CrCl 15 to <30 mL/min). Use of XARELTO® is not recommended in patients with kidney failure (CrCl <15 mL/min)~~ *~~[see Use in Specific Populations (8.6) and Clinical Pharmacology (12.3)]~~*.

- For patients undergoing hip replacement surgery, treatment duration of 35 days is recommended.

- For patients undergoing knee replacement surgery, treatment duration of 1~~2~~4 days is recommended[A3].

If a dose of XARELTO® is not taken at the scheduled time, the dose should be taken as soon as possible on the same day and continued on the following day with the once daily intake as recommended.

*Administration via GI feeding tube:*

~~XARELTO® dose is not to be administered earlier than 6 hours after the removal of epidural catheter~~Rivaroxaban ~~. If traumatic spinal puncture occurs, the administration of XARELTO® is to be delayed for 24 hours.~~

~~A~~absorption ~~of rivaroxaban~~ is dependent on the site of drug release in the gastrointestinal (GI) tract (gastric versus small intestine).   When administering XARELTO® ~~should not be administered~~ via a feeding tube, confirm ~~to patients who are unable to take the tablet~~

3

formulation unless ~~gastric placement of the tube is confirmed~~ *[see Clinical Pharmacology (12.3)]*.

## 2.1   Use with P-gp and strong CYP3A4 inducers:

Concomitant use of XARELTO® with a P-gp and strong CYP3A4 inducer (~~ege.~~g., ~~avasimibe,~~ carbamazepine, phenytoin, rifampin, St. John's wort) should be avoided.

 A XARELTO dose increase to 20 mg (i.e., two 10 mg tablets) should be considered ~~I~~if these drugs must be coadministered ~~a XARELTO® dose increase to 20 mg (i.e., two 10 mg tablets) should be considered~~. The 20 mg dose should be taken with food ~~.~~ *[see Drug Interactions (7.2), and Clinical Pharmacology (12.3)~~.~~]*.

## 3   DOSAGE FORMS AND STRENGTHS

XARELTO® 10 mg tablets are round, light red, biconvex and film-coated with a triangle pointing down above a "10" marked on one side and "Xa" on the other side.

## 4   CONTRAINDICATIONS

XARELTO® is contraindicated in patients with~~:~~

 ~~active pathological bleeding [see Warnings and Precautions (5.2)]~~

- hypersensitivity to XARELTO
- active major bleeding *[see Warnings and Precautions (5.2)]* ~~[hepatic disease associated with coagulopathy leading to a bleeding risk [see Clinical Pharmacology (12.3)].hepatic disease associated with coagulopathy leading to a clinically relevant bleeding risk [see Clinical Pharmacology (12.3)].~~

## 5   WARNINGS AND PRECAUTIONS

## 5.1   Spinal/Epidural Anesthesia or Puncture

When neuraxial anesthesia (spinal/epidural anesthesia) or spinal puncture is employed, patients treated with anticoagulant agents for prevention of thromboembolic complications are at risk of developing an epidural or spinal hematoma which can result in long-term or permanent paralysis. *[see B~~b~~oxed ~~-~~Warning~~warning~~]*

An epidural catheter should not be removed earlier than 18 hours after the last administration of XARELTO®.  The next XARELTO® dose is not to be administered earlier than 6 hours after the removal of the catheter.  If traumatic puncture occurs, the administration of XARELTO® is to be delayed for 24 hours.

4

## 5.2   Risk of Bleeding

XARELTO® increases the risk of bleeding and can cause serious and~~, sometimes,~~ fatal bleeding. Major hemorrhages including intracranial, epidural hematoma, gastrointestinal, retinal, and adrenal bleeding have been reported.  Use XARELTO® with extreme caution in conditions with increased risk of hemorrhage, such as congenital or acquired bleeding disorders, active ulcerative gastrointestinal disease, uncontrolled hypertension, recent hemorrhagic stroke, or recent brain, spinal, ophthalmological surgery, or labor and delivery.

Concomitant use of drugs affecting hemostasis increases the risk of bleeding.  These include ~~such as~~ platelet aggregation inhibitors, other antithrombotic agents, fibrinolytic therapy, thienopyridines and chronic use of non-steroidal anti-inflammatory drugs (NSAIDS)] *[see Drug Interactions (7.4),(7.5),(7.6)]*.

~~Risk factors for bleeding include, the use of drugs that increase the risk of bleeding in general [e.g., anti-platelet agents, heparin, fibrinolytic therapy, clopidogrel thienopyridines and chronic use of non-steroidal anti-inflammatory drugs (NSAIDS)], and labor and delivery. [see Drug Interactions (7.4),(7.5),(7.6)]~~ Bleeding can occur at any site during therapy with XARELTO®. An unexplained fall in hematocrit or blood pressure should lead to a search for a bleeding site. Promptly evaluate any signs or symptoms of blood loss (e.g., a drop in hemoglobin and/or hematocrit or hypotension).

## 5.3   Risk of pregnancy related hemorrhage

XARELTO should be used with caution in pregnant women.  XARELTO dosing in pregnancy has not been studied. The anticoagulant effect of XARELTO cannot be monitored with standard laboratory testing nor readily reversed.  Promptly evaluate any signs or symptoms suggesting~~of~~ blood loss (e.g., a drop in hemoglobin and/or hematocrit, hypotension, or fetal distress).

~~XARELTO® increases the risk of bleeding and can cause serious and fatal bleeding. Major Major hemorrhages including intracranial, gastrointestinal, retinal, and adrenal bleeding have been reported. Avoid use of XARELTO® in patients who have conditions associated with with increased risk of hemorrhage.~~

~~Concomitant use of drugs affecting hemostasis increase the risk of bleeding such as platelet aggregation inhibitors, other antithrombotic agents, fibrinolytic therapy, and chronic use of non-steroidal anti-inflammatory drugs (NSAIDS)].~~

5

Bleeding can occur at any site during therapy with XARELTO®. An unexplained fall in hematocrit or blood pressure should lead to a search for a bleeding site. Promptly evaluate any signs or symptoms of blood loss (e.g., a drop in hemoglobin and/or hematocrit or hypotension).

## 5.4   Renal impairment

There are insufficient safety data in patients with severe renal impairment (CrCl <30 mL/min). The use of XARELTO is not recommended in patients with severe renal impairment (creatinine clearance <30 mL/min) due to an expected increase in rivaroxaban exposure and pharmacodynamic effects in this patient population., who are at increased risk of bleeding, due to limited clinical data and an expected increase in rivaroxaban exposure in this patient population  Patients who develop acute renal failure while on XARELTO should discontinue the treatment.

XARELTO should be used with caution in patients with moderate renal impairment (CrCl 30-

49 mL/min) concomitantly receiving other drugs which increase rivaroxaban plasma concentrations. Observe closely and promptly evaluate any signs or symptoms of blood loss (e.g., a drop in hemoglobin and/or hematocrit or hypotension) in patients with moderate renal impairment (CrCrCrl 30-50 mL/min). Patients who develop acute renal failure while on XARELTO should discontinue the treatment *[see Renal Impairment (8.5)]*.

## 5.5   Hepatic Impairment

Clinical data in patients with moderate hepatic impairment indicate a significant increase in rivaroxaban exposure and pharmacodynamic effects.  No clinical data are available for patients with severe hepatic impairment.  *[see Clinical Pharmacology (12.3)].*

XARELTO is not recommended in patients with moderate or severe hepatic impairment or patients with hepatic disease associated with coagulopathy *[see Hepatic Impairment (8.6)].*

**Laboratory Abnormalities**

Patients who develop increased transaminase levels should be monitored until the abnormalities resolve. Should an increase in ALT or AST of >3 times ULN persist or symptoms develop, discontinuation of XARELTO® is recommended. XARELTO® should be used with caution in patients who have a history of liver disease. *[see Laboratory Abnormalities (5.1)].*

6

~~Patients who develop thrombocytopenia of any degree should be monitored closely. *[see Laboratory Abnormalities (5.1)]*.~~

~~**6**~~ **~~Effect of Strong Inhibitors of Both CYP3A4 and P-glycoprotein on Rivaroxaban Rivaroxaban Exposure~~**

~~6The concomitant use of XARELTO® with strong inhibitors of both CYP3A4 and P-gp (e.g., ketoconazole, ritonavir) increases exposure to rivaroxaban (160% on average) and is not recommended *[see Clinical Pharmacology (12.3)]*.~~

# 6   ADVERSE REACTIONS[A4]

## 6.1   Adverse reactions in clinical trials

In three randomized, controlled clinical trials in elective joint replacement surgery, XXXX patients received XARELTO 10 mg orally once daily. The mean duration of XARELTO treatment was 11.8 days in the total knee replacement studies and 33.4 days in the total hip replacement studies.~~A total of 6183 patients received XARELTO in four randomized and controlled clinical studies.~~

~~Patients received XARELTO 10 mg orally once daily and the mean duration of exposure was 11.8 days in the total knee replacement studies and 33.4 days in the total hip replacement studies.[1]~~   Overall, the mean age of the patients studied in the XARELTO group was 64 years, 60% were female and 79% were Caucasian.[2]   Forty-four percent (2746) of patients underwent knee replacement surgery and 56% (3437) underwent hip replacement surgery.

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice.

**Hemorrhage**

The most common adverse reactions with XARELTO were bleeding complications *[see Warnings and Precautions (5.1)]*.   The rates of major bleeding events~~, major bleeding events combined with non-major bleeding events~~ and any bleeding events observed in patients in clinical trials are~~is~~ shown in Table 1.

7

Table 1       ~~Treatment Emergent~~ Bleeding Events[*] in Patients Undergoing Hip or Knee Replacement Surgeries ~~Rates~~[A5]

| | XARELTO 10 mg | Enoxaparin[†] |
|---|---|---|
| Total treated patients | N = 6183 n (%) | N = 6200 n (%) |
| Major bleeding event[§] | 24 (0.4) | 13 (0.2) |
| Fatal bleeding | 2 (0.03) | 0 |
| Bleeding into a critical organ | 3 (0.05) | 5 (0.08) |
| Bleeding that required re-operation | 12 (0.19~~2~~) | 7 (0.11) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cells ~~Major or Non-major bleeding event~~[A6] | 8~~197~~ (0.13~~3.2~~) | 1~~158~~ (0.02~~2.6~~) |
| Any bleeding event | 434 (7.0) | 401 (6.5) |
| Hip Surgery Studies | N = 3437 n (%) | N = 3453 n (%) |
| Major bleeding event[§] | 7 (0.2) | 3 (0.1) |
| Fatal bleeding | 1 (0.03) | 0 |
| Bleeding into a critical organ | 1 (0.03) | 1 (0.03) |
| Bleeding that required re-operation | 2 (0.06) | 1 (0.03) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cells ~~Major or Non-major bleeding event~~ | 3~~111~~ (0.09~~3.2~~) | 1~~90~~ (0.03~~2.6~~) |
| Any bleeding event | 214 (6.2) | 199 (5.8) |
| Knee Surgery Studies | N = 2746 n (%) | N = 2747 n (%) |
| Major bleeding event[§] | 17 (0.6) | 10 (0.4) |
| Fatal bleeding | 1 (0.04) | 0 |
| Bleeding into a critical organ | 2 (0.07) | 4 (0.15) |
| Bleeding that required re-operation | 10 (0.4) | 6 (0.2) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cells ~~Major or Non-major bleeding event~~ | 5~~86~~ (0.18~~3.1~~) | 0~~68~~ (~~2.5~~) |
| Any bleeding event | 220 (8.0) | 202 (7.4) |

[*] ~~BA~~ treatment-emergent bleeding events ~~was defined as one~~ occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last dose of double-blind study medication[3] Patients may have more than one event.

[†] Includes the placebo-controlled period for ~~S~~study 2-, enoxaparin dosing was 40 mg once daily or 30 mg twice daily[4]

[§] Major bleeding was defined as bleeding that was fatal, into a critical organ, required re-operation, clinically overt extra-surgical site bleeding associated with a drop in hemoglobin ≥2 g/dL, or clinically overt extra-surgical site bleeding requiring transfusion of ≥2 units of blood.[5]

Following XARELTO treatment, the majority of major bleeding complications (≥60%) occurred during the first week after surgery.[6]

**Elevations of Serum Aminotransferases**

In clinical trials, increases in alanine (ALT) and aspartate (AST) aminotransferase levels greater than 3 times the upper limit of normal were reported in 2.5% and 2.6% of patients, respectively, during treatment with XARELTO® versus 3.7% and 3.4% of patients, respectively, during treatment with enoxaparin sodium.

Patients who develop increased transaminase levels should be monitored until the abnormalities resolve. Should an increase in ALT or AST of >3 times ULN persist or symptoms develop, withdrawal of XARELTO® is recommended. XARELTO® should be used with caution in patients who have a history of liver disease.


**Thrombocytopenia**

Platelet counts < 100,000/mm$^3$ or a decrese 50% from baseline occurred at a rate of 2.5% in patients given XARELTO® and 2.6% in patients given enoxaparin in the clinical trials. Platelet counts less than 50,000/mm$^3$ occurred at a rate of 0.1% in patients given XARELTO® and 0.1% in patients given enoxaparin. There were 10 (0.2%) and 9 (0.2%) cases of reported thrombocytopenia events on rivaroxaban and enoxaparin, respectively and 7(0.1%) and 7 (0.1%) cases of reported platelet count decreased events on rivaroxaban and enoxaparin, respectively.

Thrombocytopenia of any degree should be monitored closely.

**Other Adverse Reactions**

The other most common ADRs (reported by ≥5% of patients receiving XARELTO®) in the clinical studies were nausea (12.7%), vomiting (9.8%), post-procedural hemorrhage (8.1%), and anemia (6.6%).[7]

Table 4 shows other~~all~~ adverse drug reactions (ADRs) reported in ≥1% of XARELTO-treated patients in the clinical ~~RECORD~~ studies.

9

**Table 4      Other~~Treatment-Emergent~~ Adverse Drug Reactions[*] Reported by ≥1% of XARELTO ~~-~~Treated Patients ~~in Clinical Studies~~the Four RECORD Studies - Safety Population[§]**

| System/Organ Class | XARELTO 10 mg (N = 6183) n (%) | Enoxaparin[†] (N = 6200) n (%) |
|---|---|---|
| ~~Blood and lymphatic system disorders~~ | | |
| ~~Anemia~~ | ~~408 (6.6)~~ | ~~414 (6.7)~~ |
| ~~Cardiac disorders~~ | | |
| ~~Tachycardia~~ | ~~146  (2.4)~~ | ~~149 (2.4)~~ |
| ~~Gastrointestinal disorders~~ | | |
| ~~Nausea~~ | ~~788 (12.7)~~ | ~~797 (12.9)~~ |
| ~~Vomiting~~ | ~~605 (9.8)~~ | ~~610 (9.8)~~ |
| ~~Constipation~~ | ~~573 (9.3)~~ | ~~596 (9.6)~~ |
| ~~Diarrhea~~ | ~~158 (2.6)~~ | ~~182 (2.9)~~ |
| ~~Dyspepsia~~ | ~~78 (1.3)~~ | ~~91 (1.5)~~ |
| ~~Upper abdominal pain~~ | ~~62 (1.0)~~ | ~~51 (0.8)~~ |
| Injury, poisoning and procedural complications~~General disorders and administration site conditions~~ | | |
| ~~Pyrexia~~ | ~~719 (11.6)~~ | ~~712 (11.5)~~ |
| ~~Peripheral edema~~ | ~~419 (6.8)~~ | ~~409 (6.6)~~ |
| Wound healing complicat~~i~~ons | 214 (3.5) | 169 (2.8) |
| Wound secretion | 146 (2.4) | 106 (1.7) |
| ~~Investigations~~ | | |
| ~~Alanine aminitransferase increased~~ | ~~134 (2.2)~~ | ~~183 (3.0)~~ |
| ~~Aspartate aminotransferase increased~~ | ~~110 (1.8)~~ | ~~140 (2.3)~~ |
| ~~Gamma-glutamyltransferase increased~~ | ~~119 (1.9)~~ | ~~173 (2.8)~~ |
| Musculoskeletal and connective tissue disorders | | |
| Pain in extremity | 203 (3.3) | 167 (2.7) |
| Increased muscle tone and cramping | 163 (2.7) | 124 (2.0) |
| Nervous system disorders | | |
| ~~Dizziness~~ | ~~259 (4.2)~~ | ~~243 (3.9)~~ |
| ~~Headache~~ | ~~153 (2.5)~~ | ~~151 (2.4)~~ |
| Syncope | 62 (1.0) | 37 (0.6) |
| Skin and subcutaneous tissue disorders | | |
| Pruritus | 22~~543~~ (3.6~~4.0~~) | 209 (3.4~~2 (3.3)~~) |
| Blister | 104 (1.7) | 68 (1.1) |
| ~~Rash~~ | ~~83 (1.3)~~ | ~~87 (1.4)~~ |
| ~~Vascular disorders~~ | | |
| ~~Post-procedural hemorrhage~~ | ~~503 (8.1)~~ | ~~496 (8.0)~~ |
| ~~Hematoma~~ | ~~86 (1.4)~~ | ~~92 (1.5)~~ |

[*] ~~A treatment-emergent~~ ADR ~~was defined as~~ occurring any time following the first dose of double-blind medication, which may have been prior to administration of active drug, until two days after the last dose of double-blind study medication.[9]
[†] Includes the placebo-controlled period of the Study~~RECORD 2 study~~, enoxaparin dosing was 40 mg once daily (RECORD 1-3) ~~or 30 mg twice daily (RECORD 4)~~[10]

The following ~~adverse drug reactions~~ADRs occurred in <1% of XARELTO-treated patients in the clinical~~RECORD~~ studies:s[§] ~~pooled safety data.~~

**~~Blood and lymphatic system disorders:~~** ~~hemorrhagic anemia, thrombocythemia~~

10

Cardiac disorders: palpitation

Endocrine disorders: adrenal hemorrhage

Eye Disorder: eye hemorrhage

Gastrointestinal disorders: GI tract hemorrhage, dry mouth, dyspepsia

Hepatobiliary disorders: cytolytic hepatitis, hepatic function abnormal, jaundice,

Injury, poisoning and procedural complications: contusion

Investigations: blood bilirubin increased, blood alkaline phosphatase increased, blood amylase increased, lipase increased.

Metabolism and nutrition disorders: anorexia, decreased appetite

Musculoskeletal and connective tissue disorders: hemathrosis

Renal and urinary disorders: Dysuria bleeding of the urethral tract, hematuria, urinary retention, blood creatinine increased, blood urea increased, renal impairment

Reproductive system and breast disorders: genital tract bleeding

Respiratory, thoracic and mediastinal disorders: nosebleed, respiratory tract hemorrhage

Skin and subcutaneous tissue disorders: alopecia, allergic dermatitis, ecchymosis, erythema, hyperhidrosis, urticaria

Vascular disorders: arterial hemorrhage[11]Laboratory Abnormalities

### Laboratory Abnormalities in Clinical Studies

| Laboratory Abnormality | XARELTO®XARELTO 10 mg | Enoxaparin |
|---|---|---|
| Alanine aminitransferase >3 x ULN | 152/6131 (2.5%) | 227/6131 (3.7%) |
| Aspartate aminotransferase >3 x ULN | 160/6131 (2.6%) | 209/6131 (3.4%) |
| Total bilirubin >1.5 x ULN | 169/6133 (2.8%) | 158/6131 (2.6%) |
| Gamma-glutamyltransferase >3 x ULN | 401/6131 (6.5%) | 553/6132 (9.0%) |
| Platelet counts <100,000/mm³ or <50% of baseline value | 152/6023 (2.5%) | 157/6015 (2.6%) |

## 6.4 Postmarketing Experience

The following adverse reactions have been reported in countries where XARELTO®XARELTO has been marketed.  Because these reactions are reported voluntarily from a population of

uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

Blood and lymphatic system disorders:  agranulocytosis

Gastrointestinal disorders: retroperitoneal hemorrhage

Hepatobiliary disorders: jaundice, cholestasis, cytolitic hepatitis

Immune system disorder: hypersensitivity, anaphylactic reaction, anaphylactic shock

Nervous system disorders: cerebral ~~Additional adverse drug reactions identified from post-marketing experience in other countries include intracranial he~~hemorrhages, subdural hematoma, epidural hematoma, hemiparesis~~.~~

Skin and subcutaneous tissue disorders:~~jaundice, cholestasis cytolitic hepatitis, hypersensitivity, anaphylactic reaction, anaphylactic shock, agranulocytosis, and~~ Stevens-Johnson syndrome.

~~7XARELTO® was studied in 12,383 patients (6183 XARELTO®-treated, 6200 enoxaparin-treated patients) in the Phase 3 REgulation of Coagulation in Orthopedic Orthopedic Surgery to Prevent DVT and PE (RECORD) 1, 2, 3 and 4 studies.~~

~~7Patients received XARELTO® 10 mg orally once daily and the mean duration of exposure was 11.8 days in the total knee replacement (RECORD 3 and 4) studies and 33.4 days in the total hip replacement (RECORD 1 and 2) studies. Overall, the mean age of the patients studied in the XARELTO® group was 64 years, 60% were female and 79% were Caucasian. Forty-four percent (2746) of patients underwent knee replacement surgery and 56% (3437) underwent hip replacement surgery.~~

~~7Throughout this section, adverse drug reactions (ADRs) are reported. Adverse drug reactions Adverse drug reactions are adverse events that were considered to be reasonably associated with be reasonably associated with the use of XARELTO® based on the comprehensive assessment of comprehensive assessment of the available adverse event information. A causal relationship for information. A causal relationship for XARELTO® cannot be reliably established in individual in individual cases. Furthermore, because clinical trials are conducted under widely varying varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may clinical trials of another drug and may not reflect the rates observed in clinical practice. Adverse~~

12

observed in clinical practice. Adverse drug reactions are presented within each frequency frequency grouping and system organ classes.

*7Drug Discontinuations in RECORD*

7The overall frequency of permanent discontinuation of study drug due to adverse events was lower for XARELTO® (3.7%) than for enoxaparin (4.7%) primarily due to lower frequencies of DVT (0.3% vs. 0.6%) and PE (0.2% vs. 0.4%), respectively. The frequency of any bleeding ADR leading to discontinuation was 0.8% in the XARELTO® group and 0.6% in the enoxaparin group. The two most frequent bleeding ADRs leading to discontinuation were operative hemorrhage (0.1%) and hematuria (0.1%). The two most common reasons for discontinuation due to non-bleeding ADRs were nausea (0.1%) and vomiting (0.1%).

## 7Commonly-Observed Adverse Drug Reactions in Double-Blind Controlled Clinical Studies

7Based on its mechanism of action, XARELTO® increases the risk for bleeding events *[see Contraindications (4) and Warnings and Precautions (5.1)].*

7The centrally adjudicated rates of major bleeding events, non-major clinically relevant bleeding events and any bleeding events observed in patients in the individual RECORD studies are shown in Table 1.

13

Table 1 — Treatment Emergent Bleeding Event Rates[*] for Individual RECORD Studies – Safety Population

| | XARELTO® 10 mg | Enoxaparin[†] |
|---|---|---|
| **RECORD 1–Hip Surgery Study** | N = 2209 n (%) | N = 2224 n (%) |
| Major bleeding event[‡] | 6 (0.3) | 2 (0.1) |
| Non-major clinically relevant bleeding event | 65 (2.9) | 54 (2.4) |
| Any bleeding event | 133 (6.0) | 131 (5.9) |
| **RECORD 2–Hip Surgery Study** | N = 1228 n (%) | N = 1229 n (%) |
| Major bleeding event[‡] | 1 (0.1) | 1 (0.1) |
| Non-major clinically relevant bleeding event | 40 (3.3) | 33 (2.7) |
| Any bleeding event | 81 (6.6) | 68 (5.5) |
| **RECORD 3–Knee Surgery Study** | N = 1220 n (%) | N = 1239 n (%) |
| Major bleeding event[‡] | 7 (0.6) | 6 (0.5) |
| Non-major clinically relevant bleeding event | 33 (2.7) | 28 (2.3) |
| Any bleeding event | 60 (4.9) | 60 (4.8) |
| **RECORD 4–Knee Surgery Study** | N = 1526 n (%) | N = 1508 n (%) |
| Major bleeding event[‡] | 10 (0.7) | 4 (0.3) |
| Non-major clinically relevant bleeding event | 39 (2.6) | 30 (2.0) |
| Any bleeding event | 160 (10.5) | 142 (9.4) |

[*] A treatment-emergent bleeding event was defined as one occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last drug) until two days after the last dose of double-blind study medication

[†] Includes the placebo-controlled period of the RECORD 2 study, enoxaparin dosing was 40 mg once daily (RECORD 1-3) or 30 mg twice daily (RECORD 4)

[‡] Major bleeding was defined as bleeding that was fatal, into a critical organ, required re-operation, clinically overt extra-surgical site bleeding associated with a drop in hemoglobin ≥2 g/dL, or clinically overt extra-surgical site bleeding requiring transfusion of ≥2 units blood.

A pooled analysis of the centrally adjudicated rates of major bleeding events, major bleeding events combined with non-major clinically relevant bleeding events and any bleeding events observed in patients over the entire double-blind treatment periods for all RECORD studies (total duration pool) is shown in Table 2.

14

7Table 2      Treatment Emergent Bleeding Event Rates[*] Safety Population: Total Duration Pool

| 7 | 7XARELTO[®] 10 mg 7 | 7Enoxaparin[‡] 7 | 7HR (95% CI)[†] |
|---|---|---|---|
| 7Total treated patients | 7N = 6183 7n (%) | 7N = 6200 7n (%) | 7 |
| 7Major bleeding event[§] | 724 (0.4) | 713 (0.2) | 71.8 (0.9, 3.6) |
| 7Major or Non-major clinically relevant bleeding event | 7197 (3.2) | 7158 (2.6) | 71.3 (1.0, 1.5) |
| 7Any bleeding event | 7434 (7.0) | 7401 (6.5) | 71.1 (0.9, 1.2) |
| 7Hip Surgery Studies | 7N = 3437 7n (%) | 7N = 3453 7n (%) | 7 |
| 7Major bleeding event[§] | 77 (0.2) | 73 (0.1) | 72.3 (0.6, 9.0) |
| 7Major or Non-major clinically relevant bleeding event | 7111 (3.2) | 790 (2.6) | 71.2 (0.9, 1.6) |
| 7Any bleeding event | 7214 (6.2) | 7199 (5.8) | 71.1 (0.9, 1.3) |
| 7Knee Surgery Studies | 7N = 2746 7n (%) | 7N = 2747 7n (%) | 7 |
| 7Major bleeding event[§] | 717 (0.6) | 710 (0.4) | 71.7 (0.8, 3.7) |
| 7Major or Non-major clinically relevant bleeding event | 786 (3.1) | 768 (2.5) | 71.3 (0.9, 1.7) |
| 7Any bleeding event | 7220 (8.0) | 7202 (7.4) | 71.1 (0.9, 1.3) |

7[*] A treatment-emergent bleeding event was defined as one occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last drug) until two days after the last dose of double-blind study medication

7[‡] Includes the placebo-controlled period of the RECORD 2 study, enoxaparin dosing was 40 mg once daily (RECORD 1-3) or 30 mg twice daily (RECORD 4)

7[†] HR=Hazard Ratio; CI=confidence interval

7[§] Major bleeding was defined as bleeding that was fatal, into a critical organ, required re-operation, clinically overt extra-surgical site bleeding associated with a drop in hemoglobin ≥2 g/dL, or clinically overt extra-surgical site bleeding requiring transfusion of ≥2 units blood.

7

7A separate analysis in patients in active-control treatment periods for all RECORD studies, excluding Day 12 to Day 35 in RECORD 2 when placebo was administered in the enoxaparin treatment group (active control pool), is shown in Table 3.

15

Table 3    Treatment Emergent Bleeding Event Rates[*]  Safety Population: Active-Control Pool

|  | XARELTO® 10 mg | Enoxaparin[†] | HR (95% CI)[§] |
|---|---|---|---|
| Total treated patients | N = 6183<br>n (%) | N = 6200<br>n (%) |  |
| Major bleeding event[‡] | 23 (0.4) | 13 (0.2) | 1.8 (0.9, 3.5) |
| Major or Non-major clinically relevant bleeding event | 190 (3.1) | 156 (2.5) | 1.2 (1.0, 1.5) |
| Any bleeding event | 424 (6.9) | 397 (6.4) | 1.1 (0.9, 1.2) |

[*] A treatment-emergent bleeding event was defined as one occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last until two days after the last dose of double-blind study medication

[†] Enoxaparin dosing was 40 mg once daily (RECORD 1-3) or 30 mg twice daily (RECORD 4)

[§] HR=Hazard Ratio; CI=confidence interval

[‡] Major bleeding was defined as bleeding that was either fatal, into a critical organ, required re-operation, clinically overt extra-surgical site bleeding associated with a drop in hemoglobin ≥2 g/dL, or clinically overt extra-surgical site bleeding requiring transfusion of ≥2 units blood.

Overall, the incidence of major bleeding events was low for both XARELTO®-treated patients and enoxaparin-treated patients. Following XARELTO®-treatment, the majority of major bleeding complications (≥60%) occurred during the first week after surgery.

As shown in Table 4, the most common ADRs (reported by ≥5% of patients receiving XARELTO®) in the four Phase 3 RECORD studies were nausea (12.7%), vomiting (9.8%), post-procedural hemorrhage (8.1%), and anemia (6.6%).

Table 4 shows all ADRs reported in ≥1% of XARELTO®-treated patients in the RECORD studies.

16

Table 4       Treatment-Emergent Adverse Drug Reactions[*] Reported by ≥1% of XARELTO[®]-Treated Patients in the Four RECORD Studies – Safety Population

| System/Organ Class | XARELTO[®] 10 mg (N = 6183) n (%) | Enoxaparin[†] (N = 6200) n (%) |
|---|---|---|
| Blood and lymphatic system disorders | | |
| Anemia | 408 (6.6) | 414 (6.7) |
| Gastrointestinal disorders | | |
| Nausea | 788 (12.7) | 797 (12.9) |
| Vomiting | 605 (9.8) | 610 (9.8) |
| General disorders and administration site conditions | | |
| Wound secretion | 146 (2.4) | 106 (1.7) |
| Vascular disorders | | |
| Post-procedural hemorrhage | 503 (8.1) | 496 (8.0) |
| Hematoma | 86 (1.4) | 92 (1.5) |

[*] A treatment-emergent ADR was defined as occurring any time following the first dose of double-blind medication, which may have been prior to administration of active drug, until two days after the last dose of two days after the last dose of double-blind study medication.

[†] Includes the placebo-controlled period of the RECORD 2 study, enoxaparin dosing was 40 mg once daily (RECORD 1-3) or 30 mg twice daily (RECORD 4)

## Other Adverse Drug Reactions Observed During the Premarketing Evaluation of XARELTO[®]

The following adverse drug reactions occurred in <1% of XARELTO[®]-treated patients in the RECORD studies' pooled safety data.

**Blood and lymphatic system disorders:** hemorrhagic anemia

**Endocrine disorders:** adrenal hemorrhage

**Eye Disorder:** eye hemorrhage

**Gastrointestinal disorders:** GI tract hemorrhage

**Injury, poisoning and procedural complications:** contusion

**Renal and urinary disorders:** bleeding of the urethral tract, hematuria

**Respiratory, thoracic and mediastinal disorders:** nosebleed, respiratory tract hemorrhage

**Reproductive system and breast disorders:** genital tract bleeding

**Vascular disorders:** arterial hemorrhage

17

~~7Adverse drug reactions identified from all other completed and ongoing studies in any phase of clinical development with XARELTO® include intracranial hemorrhages (subdural, subarachnoid and intra-parenchymal hemorrhages that may or may not have been fatal) and vascular pseudoaneurysm formation following percutaneous intervention.~~

~~7Overall, rates of laboratory assessed hepatic dysfunction [aspartate (AST) and alanine (ALT) aminotransferase elevations greater than 3 times the upper limit of normal] were lower in patients receiving XARELTO® compared to patients receiving enoxaparin (AST 2.6% vs. 3.4%, ALT 2.5% vs. 3.7%, respectively) across the four studies.~~

## 7   DRUG INTERACTIONS

Rivaroxaban is a substrate of CYP3A4/5, CYP2J2, and the P-gp and ATP-binding cassette G2 (ABCG2[A7])~~breast cancer resistance protein (BCRP)~~ transporters.  Inhibitors and inducers of these CYP450 enzymes or transporters may result in ~~clinically relevant~~ changes in rivaroxaban exposure.

### ~~6.3~~7.1 Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems~~Drug Interactions~~

In drug interaction studies ~~Clinical studies~~ evaluating ~~T~~the concomitant use of ~~XARELTO®~~ with combined P-gp and CYP3A4 inhibitors ~~strong inhibitors of both CYP3A4 and P-gp (e.g., ketoconazole, ritonavir) reported clinically relevant~~significant  increases~~ exposure to~~ in rivaroxaban exposure and pharmacodynamic effects (i.e., Factor Xa inhibition and PT prolongation) were observed. ~~Clinically relevant i~~Increases in rivaroxaban exposure may increase bleeding risk.

- *Ketoconazole (P-gp and strong CYP3A4 inhibitor):*  ~~The rivaroxaban s~~Steady state rivaroxaban AUC ~~increased 2.6-fold~~ and $C_{max}$ ~~increased 1.7-fold~~increased by 160% and 70%, respectively.~~, respectively.~~  A ~~s~~Similar increases in ~~$E_{max}$ and AUC for Factor Xa inhibition and PT prolongation~~pharmacodynamic effects ~~was~~ were also observed.  ~~also reported.~~ These increases in rivaroxaban exposure may increase bleeding risk.~~These changes were deemed clinically relevant.~~

- *Ritonavir (P-gp and strong CYP3A4 inhibitor):*  Single-dose rivaroxaban AUC and $C_{max}$ increased by 150% and 60%, respectively.  Similar increases in pharmacodynamic effects were also observed.  These increases in rivaroxaban exposure may increase bleeding risk. ~~The rivaroxaban AUC increased 2.5-fold and $C_{max}$ increased 1.6-fold, respectively. A similar~~

18

~~increase in E~~max~~ and AUC for Factor Xa inhibition and PT prolongation was also reported. These increases in rivaroxaban exposure may increase bleeding risk. These changes were deemed clinically relevant.~~

- *Clarithromycin* *(P-gp and strong CYP3A4 inhibitor):*  Increases in single-dose rivaroxaban AUC (50%) and $C_{max}$ (40%) were observed. The smaller increases in exposure observed for clarithromycin compared to ketoconazole or ritonavir may be due to the relative difference in P-gp inhibition. ~~The rivaroxaban AUC increased 1.5-fold and C~~max~~ increased 1.4-fold, respectively. These changes were not deemed clinically relevant.~~

- *Erythromycin* *(P-gp and moderate CYP3A4 inhibitor):* Both the rivaroxaban AUC and $C_{max}$ increased by ~~1.3~~30%~~-fold. These changes were not deemed clinically relevant.~~

~~The lack of a relevant change in~~smaller increases in ~~exposure observed for clarithromycin compared to the other P-gp and strong CYP3A4 inhibitors~~ketoconazole or ritonavir may be due to the relative difference in in the degree of P-gp inhibition~~inhibition.~~

Avoid ~~Since the relative inhibitory potency of various P-gp inhibitors have not been conclusively defined, the~~concomitant use of ~~XARELTO®~~XARELTO with ~~a~~combined P-gp and strong CYP3A4 inhibitors (e.g., itraconazole, lopinavir/ritonavir, ritonavir, ketoconazole, indinavir/ritonavir, and conivaptan) ~~should be avoided~~unless ~~clinical studies~~data suggest a ~~relevant~~change in exposure is unlikely to affect bleeding risk (e.g., clarithromycin).

~~and is not recommended *[see Clinical Pharmacology (12.3)]*.~~

### 7.2   Complex Drug-Disease Interactions with Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems

Avoid the use of XARELTO in patients with renal impairment who are also receiving a P-gp and weak to moderate CYP3A4 inhibitors (e.g., verapamil, erythromycin, diltiazem, dronedarone quinidine, ranolazine, amiodarone, felodipine, and azithromycin).  Based on simulated data, this scenario ~~The concomitant use of XARELTO® with a P-gp and weak to moderate CYP3A4 inhibitor (e.g., verapamil, erythromycin, diltiazem, dronedarone quinidine, ranolazine, amiodarone, felodipine, and azithromycin) should be avoided in patients with any degree of renal impairment since this combined drug and disease~~a~~ffects~~ ~~on~~ both pathways of rivaroxaban's elimination and may ~~lead to a~~lead to increases in exposure which may ~~clinically relevant increase in exposure and pharmacodynamics not observed with either condition alone. Clinically relevant increases exposure to rivaroxaban may~~increase bleeding risk. *[see Use in Specific Populations (8.6)]*

19

## 7.3   Drugs that Induce Cytochrome P450 3A4 Enzymes and Drug Transport Systems

In a drug interaction study, ~~C~~co-administration of XARELTO® (20 mg single dose with food) with ~~the~~ a P-gp and strong CYP3A4 inducer (rifampicin; ~~(~~titrated up to 600 mg once daily) led to an approximate decrease of 50% ~~decrease in mean rivaroxaban AUC and~~and a 22% in AUC and ~~decrease in~~ C~~max~~, respectively.  A ~~S~~similar decreases in E~~max and AUC for Factor Xa inhibition and PT prolongation wa~~pharmacodynamic effects were also observed. ~~s also reported.~~ ~~T~~These ~~changes were deemed clinically relevant. Clinically relevant~~ decreases in exposure to rivaroxaban may decrease efficacy.

Avoid ~~C~~concomitant use of ~~XARELTO®~~XARELTO with a P-gp and strong CYP3A4 inducer (e.g., carbamazepine, phenytoin, rifampin, St. John's wort)~~ should be avoided~~.  Consider an increase in ~~A~~ XARELTO dose ~~increase should be considered~~ if these drugs must be coadministered ~~Therefore, XARELTO® is not recommended in patients receiving concomitant systemic treatment with a P-gp and strong CYP3A4 inducer (eg, avasimibe, carbamazepine, phenytoin, rifampin, St. John's wort). If XARELTO® must be coadministered with a P-gp and strong CYP3A4 inducer, an increase in the XARELTO® dose should be considered~~ *[see Dosage and Administration (2.1)]*.

## 7.4   Anticoagulants

~~Combined~~In a drug interaction study, single -doses of ~~administration of~~ enoxaparin (40 mg single subcutaneous~~dose sub~~Q) ~~with~~and XARELTO® (10 mg~~single dose~~) given concomitantly resulted in an ==clinically relevant== additive effect on anti-factor Xa activity~~without additive effects prothrombin time (PT), and activated partial thromboplastin time (aPTT)~~.  Enoxaparin did not affect the pharmacokinetics of rivaroxaban.  In another study,

~~Combined administration of~~single doses of warfarin (15 mg) ~~with~~and XARELTO® (5 mg~~single dose~~) resulted in an ==clinically relevant== additive effect on anti-factor Xa activity and ~~prothrombin time (PT)~~.  Warfarin did not affect the pharmacokinetics of rivaroxaban~~in this small study~~.  The safety of long-term concomitant use of these drugs ~~have~~has not been studied.

Avoid ~~C~~concurrent use of XARELTO® with other ~~any other~~ anticoagulants ~~should be avoided~~ due to the increased bleeding risk. During therapeutic transition periods patients should be observed closely.  Promptly evaluate any signs or symptoms of blood loss (e.g., a drop in hemoglobin and/or hematocrit or hypotension). *[see Warnings and Precautions (5.2)]*.

20

## 7.5   NSAIDs/Aspirin

~~No~~ In a single--dose drug interaction study there were no ~~clinically relevant~~ pharmacokinetic ~~interaction~~ or pharmacodynamic interactions ~~were~~ observed after concomitant administration of naproxen or aspirin (acetylsalicylic acid) with XARELTO®.   The safety of long-term concomitant use of these drugs has not been studied.

NSAIDs/Aspirin are known to increase bleeding, and bleeding risk may be increased when these drugs are used concomitantly with XARELTO.

~~Because these drugs typically increase the bleeding risk. However, since there may be individuals with a more pronounced pharmacodynamic response, XARELTO® should be used with caution iif patients are treated concomitantly with non-steroidal anti-inflammatory drugs and platelet aggregation inhibitors. because these drugs typically increase the bleeding risk.~~ Promptly evaluate any signs or symptoms of blood loss (e.g., a drop in hemoglobin and/or hematocrit or hypotension) if patients are treated concomitantly with NSAIDs and/or platelet aggregation inhibitors ~~-~~ *[see Warnings and Precautions (5.2)]*.

## 7.6   Clopidogrel

In two ~~a~~ drug interaction ~~study~~ studies where ~~cC~~lopidogrel (300 mg loading dose followed by 75 mg daily maintenance dose) ~~-~~ and XARELTO ~~Xarleto   did not show a pharmacokinetic interaction with XARELTO®~~ (15 mg single dose) were co-administered in healthy subjects,~~, but a clinically relevant in   a~~ an increase in bleeding time to ~~(4.8 to 8.5 fold)~~ 45 minutes was observed in approximately 45% and 30% of patients in these studies, respectively.  The~~is~~ change in bleeding time wa~~s~~ is approximately twice the maximum increase seen with either drug alone. There was no change in the pharmacokinetics of either drug. ~~  These findings were confirmed in an earlier exploratory study.~~

Avoid ~~Since characteristics that would identify patients at risk for the clinically relevant increased bleeding time were not obvious and may not be anticipated, cC~~oncurrent administration of clopidogrel~~should be avoided~~ with XARELTO~~.~~ *[see Warnings and Precautions (5.2)].*~~]~~

~~The concomitant use of XARELTO® with strong CYP3A4 and P-gp inducers (e.g., rifampicin) decreased exposure to rivaroxaban and these inducers should be co-administered with caution [see Clinical Pharmacology (12.3)]. XARELTO® should also be used with caution if patients are treated concomitantly with drugs that typically increase the bleeding risk (e.g., NSAIDs, acetylsalicylic acid (ASA), naproxen, clopidogrel) [see Warnings and Precautions (5.2) and Clinical Pharmacology (12.3)].~~

21

~~Coadministration of drugs strongly inhibiting only one of the rivaroxaban elimination pathways, either CYP3A4 or P-gp (e.g., clarithromycin, erythromycin); or drugs altering gastric pH (omeprazole, ranitidine or aluminum hydroxide/magnesium hydroxide) does not require a dose adjustment of XARELTO® *[see Clinical Pharmacology (12.3)]*.~~

## ~~7~~8  USE IN SPECIFIC POPULATIONS
### ~~7.1~~8.1 Pregnancy

Pregnancy Category C

There are no adequate or well-controlled studies of XARELTO in pregnant women, and dosing for pregnant women has not been established.  Use XARELTO with caution in pregnant patients because of the potential for pregnancy related hemorrhage and/or emergent delivery with an anticoagulant that is not readily reversible.  The anticoagulant effect of XARELTO cannot be reliably monitored with standard laboratory testing.  Animal reproduction studies showed no increased risk of structural malformations but increased post-implantation pregnancy loss occurred in rabbits.  XARELTO should be used during pregnancy only if the potential benefit justifies the potential risk to mother and fetus.

Animal reproduction studies have shown pronounced maternal hemorrhagic complications in rats and an increased incidence of post-implantation pregnancy loss in rabbits.  Rivaroxaban crosses the placenta in animals.  Rivaroxaban increased fetal toxicity (increased resorptions, decreased number of live fetuses, and decreased fetal body weight) when pregnant rabbits were given oral doses of $\geq$ 10 mg/kg rivaroxaban during the period of organogenesis. This dose is about 11 times the human exposure of unbound drug, based on AUC comparisons at the maximum recommended human dose of 10 mg–/day.  Fetal body weights decreased when pregnant rats were given oral doses of 120 mg/kg.  This dose is about 40 times the human exposure of unbound drug.

### ~~8.2 Pregnancy Category: B~~

~~8.2There are no adequate and well-controlled studies on the use of rivaroxaban in pregnant women.~~

~~8.2No primary teratogenic potential was identified, but animal reproduction studies have shown pronounced maternal toxicity (e.g., hemorrhagic complications) with secondary effects on fetal development. Reproduction studies have been performed in rats and rabbits at exposure levels up to 40 (rat) and 94 (rabbit) times the therapeutic exposure levels based on unbound AUC in humans at a rivaroxaban dose of 10 mg/day. Because animal reproduction studies are not always predictive of human response, and due to the intrinsic risk of bleeding and the evidence that rivaroxaban crosses the placenta, XARELTO® is not recommended in pregnancy.~~

22

## 8.2 Labor and Delivery

8.2 The effect of XARELTO® on labor and delivery in humans is unknown.

## 8.2   Labor and Delivery

Safety and effectiveness of rivaroxaban during labor and delivery have not been studied in clinical trials.  However, in animal studies maternal bleeding and maternal and fetal death occurred at the rivaroxaban dose of 40mg/kg (17 times maximum human exposure of the unbound drug at the human dose of 10 mg/kg).

## 8.3   Nursing Mothers

It is not known if rivaroxaban is excreted in human milk.  Rivaroxaban and/or its metabolites were excreted into the milk of rats.  Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from rivaroxaban, a decision should be made whether to discontinue nursing or discontinue the drug, taking into account the importance of the drug to the mother.

## 8.4

## 8.4   Pediatric Use

Safety and effectiveness in pediatric patients have not been established.

## 8.5 Nursing Mothers

8.5 In rats, rivaroxaban is secreted into breast milk (2.1% of dose based on radiolabel recovery). Because many drugs are excreted in human milk, caution should be exercised when XARELTO® is administered to a nursing woman.

## 8.5 Pediatric Use

8.5 Safety and effectiveness have not been established in children and adolescents <18 years of age.

## 7.5 8.5  Geriatric Use[A8]

No dosage adjustment of XARELTO® is necessary in elderly patients. Of the total number of patients in the RECORD studies of evaluating XARELTO®XARELTO, about 53% were 65 years and over, while about 15% were 75 years and older. In clinical trials the efficacy of XARELTO®XARELTO in the elderly (65 years or older) was similar to that seen in patients younger than 65 years. As would be expected, bBoth thrombotic and bleeding event rates were higher in these older patients, but the efficacy and safety results versus enoxaparin were similar [see Clinical Studies (14), and Clinical Pharmacology (12.3)].

23