~~Of the total number of patients in the clinical studies of XARELTO®, about 53% were 65 years and over, while about 15% were 75 years and older.[12] As would be expected, both thrombotic[13] and bleeding event rates were higher in these older patients as compared to younger patients, but the efficacy and safety results versus enoxaparin were similar to those observed in younger patients. Exercise caution when using XARELTO® in elderly patients, paying particular attention to concomitant medications (especially anti-platelet medication). *[see Clinical Pharmacology (12.3) and Clinical Studies (14)]*.~~

Elderly subjects exhibited an increase in exposure that may be caused by age related changes in renal function.  All patients 65 years of age and older should have an assessment of renal function prior to starting therapy with XARELTO and should be followed closely during treatment. Promptly evaluate any signs or symptoms of blood loss (e.g., a drop in hemoglobin and/or hematocrit or hypotension). *[see Clinical Pharmacology (12.3)]* ~~to those observed in younger patients.~~

### 8.6   Females of Reproductive Potential

Females of reproductive potential requiring anticoagulation should discuss pregnancy planning with their physician.

~~8.7 *[see Clinical Pharmacology (12.3) and Clinical Studies (14)]*.~~

### ~~7.6~~8.7 Renal Impairment

The safety and pharmacokinetics of single-dose XARELTO® (10 mg) were evaluated in a study in healthy subjects (~~Cler~~CrCl ≥ 80 mL/min (n=8)) ~~with~~ and in subjects with varying degrees of ~~A clinical~~renal impairment (see Table X).  Compared to healthy subjects with normal creatinine clearance, rivaroxaban exposure increased in subjects with renal impairment.  Increases in pharmacodynamic effects were also observed.

Table X: Percent increase of rivaroxaban PK and PD parameters from normal in patients with renal insufficiency from a dedicated renal impairment study

| Parameter | | Renal Impairment Class (CrCl (mL/min)) | | |
|---|---|---|---|---|
| | | Mild (50 to 79) N = 8 | Moderate (30 to 49) N = 8 | Severe (15 to 30) N = 8 |
| Exposure (% increase relative to normal) | AUC $C_{max}$ | 44 28 | 52 12 | 64 26 |
| FXa Inhibition (% increase relative to normal) | AUC $E_{max}$ | 50 9 | 86 10 | 100 12 |
| PT Prolongation (% increase relative to normal) | AUC $E_{max}$ | 33 4 | 116 17 | 144 20 |

PT = Prothrombin time; FXa = Coagulation factor Xa; AUC = Area under the concentration or effect curve; $C_{max}$ = maximum concentration; $E_{max}$ = maximum effect; and CLcr =creatinine clearance

24

Patients with any degree of renal impairment with concurrent use of P-gp and weak to moderate CYP3A4 inhibitors may have increases in exposure which may increase bleeding risk. *[see Drug Interactions (7.2)].*

The combined analysis of the RECORD studies did not show an increase in bleeding risk for subjects with moderate renal impairment and reported a possible increase in total VTE in this population. Observe closely and promptly evaluate any signs or symptoms of blood loss (e.g., a drop in hemoglobin and/or hematocrit or hypotension) in patients with moderate renal impairment (Cr~~L~~eC~~r~~l 30-50 mL/~~/~~min[define]). Avoid the use of XARELTO® in ~~in given~~ patients with severe renal impairment (C~~L~~reC~~r~~l < 30 mL/min[define]).

~~XARELTO® should be used with caution in patients with moderate renal impairment (CrCl 30 to <50 mL/min) who are also receiving certain specific concomitant medications (e.g., strong CYP3A4 inhibitors) since the combination may lead to clinically relevant increased rivaroxaban plasma concentrations[14] *[see Warnings and Precautions (5.2, 5.3) and Drug Interactions (7)]*.~~

~~XARELTO® should not be used in patients with severe renal impairment (CrCl 15 to <30 mL/min), who are at increased risk of bleeding, due to limited clinical data and an expected increase in rivaroxaban exposure in this patient population *[see Clinical Pharmacology (12.3)]*. *[see Warnings and Precautions (5.3) and Clinical Pharmacology (12.3)]*.~~

~~Given this reported increased exposure and effect observed subjects with severe renal impairment, the use of this drug in this population should be avoided.~~

~~Although a relevant change in inhibition of Factor Xa and PT prolongation was noted in the dedicated renal impairment study for patients with moderate renal impairment, the combined analysis of the RECORD studies did not show an increase in bleeding risk for subjects with moderate renal impairment and reported a possible increase in total VTE in this population. Therefore, patients with moderate renal impairment should be observed closely. Promptly evaluate any signs or symptoms of blood loss (e.g., a drop in hemoglobin and/or hematocrit or hypotension).~~

~~8.8Patients with any degree of renal impairment may be at risk for a clinically relevant increase in rivaroxaban exposure with the concurrent use of P-gp and weak to moderate CYP3A4 inhibitors. *[see Drug Interactions (7.2)]*XARELTO® should be used with caution in patients with moderate renal impairment (CrCl 30 to <50 mL/min) who are also receiving certain specific concomitant medications (e.g., strong CYP3A4 inhibitors) since the combination may lead to clinically relevant increased rivaroxaban plasma concentrations *[see Warnings and Precautions (5.2, 5.3) and Drug Interactions (7)]*.~~

25

~~8.8XARELTO® should be used with caution in patients with severe renal impairment (CrCl 15 to <30 mL/min), who are at increased risk of bleeding and thrombosis, due to limited clinical data and an expected increase in rivaroxaban exposure in this patient population *[see Clinical Pharmacology (12.3)]*. No clinical data are available for patients with kidney failure (CrCl <15 mL/min). Therefore, use of XARELTO® is not recommended in these patients *[see Dosage and Administration (2) and Clinical Pharmacology (12.3)]*.~~

**<s>7.7</s>8.8 Hepatic Impairment**

<u>The safety and pharmacokinetics of single-dose XARELTO® (10 mg) were evaluated in a study in healthy subjects (n=16)</u> ~~with~~ <u>and subjects with varying degrees of hepatic impairment (see Table X). No patients with severe hepatic impairment (Child-Pugh C) were studied. Compared to healthy subjects with normal liver function, significant increases in rivaroxaban exposure were observed in subjects with hepatic impairment.  Increases in pharmacodynamic effects were also observed.</u>

**Table X: Percent increase of rivaroxaban PK and PD parameters from normal in patients with hepatic insufficiency from a dedicated hepatic impairment study**

| Parameter | | Hepatic Impairment Class (Child-Pugh Class) | |
|---|---|---|---|
| | | Mild (Child-Pugh A) N = X8 | Moderate (Child-Pugh B) N = X8 |
| Exposure (% increase relative to normal) | AUC | 15 | 127 |
| | $C_{max}$ | 0 | 27 |
| FXa Inhibition (% increase relative to normal) | AUC | 8 | 159 |
| | $E_{max}$ | 0 | 24 |
| PT Prolongation (% increase relative to normal) | AUC | 6 | 114 |
| | $E_{max}$ | 2 | 41 |

PT = Prothrombin time; FXa = Coagulation factor Xa; AUC = Area under the concentration or effect curve; $C_{max}$ = maximum concentration; $E_{max}$ = maximum effect; and ND = not determined

<u>Avoid</u> <s>T</s><u>t</u>he use of XARELTO® ~~should be avoided~~ <u>in moderate (Child-Pugh B</u>~~Child-Pugh B~~<u>) and severe (Child-Pugh C</u>~~DD~~<u>) hepatic impairment.  In addition, avoid the use of XARELTO®</u> ~~should be avoided~~ <u>in any degree of hepatic disease associated with coagulopathy *[see Warnings and Precautions (5.2, 5.3)]*.</u>

26

~~10In light of this reported increased exposure and pharmacodynamic effect observed in subjects observed in subjects with moderate hepatic impairment and the lack of information regarding of information regarding exposure in severe hepatic impairment, the use of XARELTO® should use of XARELTO® should be avoided in moderate and severe hepatic impairment. In addition, impairment. In addition, the use of XARELTO® should be avoided in any degree of hepatic degree of hepatic disease associated with coagulopathy.~~No dose adjustment is necessary in necessary in patients with mild hepatic impairment.

~~10Limited clinical data in patients with moderate hepatic impairment indicate a significant increase in the pharmacological activity of XARELTO®. No clinical data are available for patients with severe hepatic impairment *[see Clinical Pharmacology (12.3)]*.~~

## 10   OVERDOSAGE

Overdose of XARELTO may lead to hemorrhage~~ic complications~~.  A specific antidote of rivaroxaban is not available.  Discontinue XARELTO ~~treatment~~ and initiate appropriate therapy if bleeding complications associated with overdosage occur.  The use of activated charcoal to reduce absorption in case of XARELTO® overdose may be considered[A9].  Due to the high plasma protein binding rivaroxaban is not expected to be dialyzable *[see Clinical Pharmacology (12.3)]*.~~Rare cases of overdose have been reported. Due to limited absorption, no further increase in average plasma exposure is expected at supratherapeutic doses of ≥50 mg rivaroxaban.~~

~~A specific antidote antagonizing the pharmacodynamic effect of rivaroxaban is not available. The use of activated charcoal to reduce absorption in case of XARELTO® overdose may be considered[A10]. Due to the high plasma protein binding rivaroxaban is not expected to be dialyzable *[see Clinical Pharmacology (12.3)]*.~~

~~11*Management of Bleeding:* Should a bleeding complication arise in a patient receiving patient receiving rivaroxaban, the next administration should be delayed or treatment should be delayed or treatment should be discontinued as appropriate. Rivaroxaban has a half-life of Rivaroxaban has a half-life of approximately 5 to 9 hours in young individuals (20 to 45 years) individuals (20 to 45 years) and 11 to 13 hours in elderly individuals (≥75 years). Appropriate (≥75 years). Appropriate symptomatic treatment should be used as needed.~~

~~11If bleeding cannot be controlled by the above measures, administration of one of specific procoagulant reversal agents should be considered, such as prothrombin complex concentrate prothrombin complex concentrate (PCC), activated prothrombin complex concentrate (APCC), complex concentrate (APCC), or recombinant factor VIIa (r-FVIIa). However, there is currently~~

27

~~However, there is currently very limited clinical experience with the use of these products in these products in individuals receiving XARELTO®.~~

~~11Protamine sulfate and vitamin K are not expected to affect the anticoagulant activity of rivaroxaban. There is no experience with antifibrinolytic agents (tranexamic acid, aminocaproic acid) in individuals receiving XARELTO®. There is neither scientific rationale for benefit nor experience with the systemic hemostatics desmopressin and aprotinin individuals receiving XARELTO®.~~

## 11   DESCRIPTION

<u>Rivaroxaban, a factor Xa inhibitor, is t</u>~~The chemical name of rivaroxaban, t~~he active ingredient in ~~XARELTO®~~<u>XARELTO</u> Tablets <u>with the chemical name</u>~~, is~~ 5-Chloro-N-({(5S)-2-oxo-3-[4-(3-oxo-4-morpholinyl)phenyl]-1,3-oxazolidin-5-yl}methyl)-2-thiophenecarboxamide. <u>    </u>The molecular formula of rivaroxaban is $C_{19}H_{18}ClN_3O_5S$ and the molecular weight is 435.89. The structural formula is:

[Chemical structure diagram of rivaroxaban]

Rivaroxaban is a pure (*S*)-enantiomer. It is an odorless, non-hygroscopic, white to yellowish powder. Rivaroxaban is only slightly soluble in organic solvents (e.g., acetone, polyethylene glycol 400) and is practically insoluble in water and aqueous media.

Each ~~XARELTO®~~<u>XARELTO</u> tablet contains 10 mg of rivaroxaban. The inactive ingredients of ~~XARELTO®~~<u>XARELTO</u> are: Microcrystalline cellulose, croscarmellose sodium, hypromellose, lactose-monohydrate, magnesium stearate, sodium lauryl sulfate, and Opadry® Pink 14F94373, a proprietary filmcoating mixture containing polyethylene glycol 3350, hypromellose, titanium dioxide, and ferric oxide red.

## 12   CLINICAL PHARMACOLOGY
### 12.1   Mechanism of Action

~~XARELTO®~~<u>XARELTO</u> is a<u>n</u> ~~highly selective and~~ orally bioavailable ~~direct~~ factor Xa inhibitor. Activation of factor X to factor Xa (FXa) via the intrinsic and extrinsic pathways plays a central

28

role in the cascade of blood coagulation. ~~One molecule of factor Xa is able to generate more than 1000 molecules of thrombin due to the amplification nature of the coagulation cascade.~~

## 12.2 Pharmacodynamics

~~Routine monitoring of coagulation parameters is not required with XARELTO® use.~~

Dose-dependent inhibition of factor Xa activity was observed in humans and the prothrombin time (PT), activated partial thromboplastin time (aPTT) and HepTest® are prolonged dose-dependently. Anti-factor Xa activity is also influenced by rivaroxaban. ~~The relationship between PT and rivaroxaban plasma concentration is linear and closely correlated. If assessment of the pharmacodynamic effect of rivaroxaban is considered necessary in individual cases, PT (measured in seconds) is recommended. The Neoplastin® PT assay was measured in the RECORD program and the median (with 5/95 percentiles) for PT (Neoplastin®) 2 to 4 hours after tablet intake (i.e., at the time of maximum effect) was 18 (13 to 26) seconds. The International Normalized Ratio (INR) should not be used for measuring rivaroxaban pharmacodynamic effect~~The predictive value of these coagulation parameters for ~~relevant~~ bleeding risk or efficacy has not been adequately studied.

~~Cardiac Electrophysiology: In a thorough QT study in healthy men and women aged 50 years and older, no QTc prolonging effects were observed for XARELTO® (15 mg and 45 mg, single dose).~~

## 12.3 Pharmacokinetics

Absorption
The absolute bioavailability of rivaroxaban is high (estimated to be 80% to 100%) for the 10 mg dose. Rivaroxaban is rapidly absorbed with maximum concentrations ($C_{max}$) appearing 2 to 4 hours after tablet intake.

~~Intake with food does not affect rivaroxaban AUC or $C_{max}$ at the 10 mg dose.~~ Rivaroxaban pharmacokinetics are linear with no relevant accumulation beyond steady-state after multiple doses. Intake with food does not affect rivaroxaban AUC or $C_{max}$ at the 10 mg dose. ~~XARELTO® 10 mg can be taken with or without food.~~

The pharmacokinetics of rivaroxaban was not affected by drugs altering gastric pH. Coadministration of XARELTO® (30 mg single dose) with the $H_2$-receptor antagonist ranitidine (150 mg twice daily) or the antacid aluminum hydroxide/magnesium hydroxide (10 mL) did not show an ~~clinically relevant~~ affect on the bioavailability and exposure of rivaroxaban.

Absorption of rivaroxaban is dependent on the site of drug release in the GI tract. A 29% and 56% decrease in AUC and $C_{max}$ compared to tablet was reported when rivaroxaban granulate is

29

released in proximal small intestine. Exposure is further reduced when drug is released in the distal small intestine, or ascending colon. ~~Therefore,~~ Avoid administration of rivaroxaban via a method that could deposit drug directly into the proximal small intestine (e.g., feeding tube) which can result in reduced absorption and related drug exposure ~~and should be avoided~~ *[see Dose and Administration (2.1)]*.

~~Rivaroxaban pharmacokinetics are linear with no relevant accumulation beyond steady state after multiple doses. Variability in rivaroxaban pharmacokinetics is moderate with inter-individual variability (CV%) ranging from 30% to 40% except for the day of surgery and the following day when variability in exposure is high (70%).~~

Distribution
Plasma protein binding of rivaroxaban in human plasma is approximately 92% to 95%, with albumin being the main binding component. The steady-state volume of distribution in healthy subjects is approximately 50 L.

Metabolism
Approximately 51% of an orally administered [$^{14}$C]-rivaroxaban dose was recovered as metabolites in urine and feces. Oxidative degradation catalyzed by CYP3A4/5 (35%) and CYP2J2 (27%) and hydrolysis (27%) are the major sites of biotransformation Unchanged rivaroxaban was the predominant moiety in plasma with no major or active circulating metabolites.

~~Approximately 51% of an orally administered [$^{14}$C] rivaroxaban dose was recovered as metabolites in urine and feces. Oxidative degradation of the morpholinone moiety (catalyzed by CYP3A4/5 (~35%) and CYP2J2 (~27%) and hydrolysis of the amide bonds (~27%) are the major sites of biotransformation to reasonably inactive moieties. Unchanged rivaroxaban was the predominant moiety in plasma with no major or active circulating metabolites.~~

Excretion
Following oral administration of a [$^{14}$C]-rivaroxaban dose, 66% of the radioactive dose was recovered in urine (36% as unchanged drug, ~~30% as metabolites~~) and 28% was recovered in feces (7% as unchanged drug, ~~21% as metabolites~~). Unchanged drug is excreted into urine, mainly via active tubular secretion and to a lesser extent via glomerular filtration (approximate ~5:1 ratio). Rivaroxaban is a substrate of the efflux transporter proteins P-gp and ABCG2 (also abbreviated BCRP). ~~breast cancer resistance protein (Bcrp~~BCRP~~)~~. Rivaroxaban's affinity for influx transporter proteins is unknown.

Rivaroxaban is a low-clearance drug, with a systemic clearance of approximately 10 L/hr in healthy volunteers following intravenous administration. The terminal elimination half-life of rivaroxaban is 5 to 9 hours in ~~young~~ healthy subjects aged 20 to 45 years.

Special Populations

*Gender ~~and Race~~*

~~There were no clinically relevant effects of g~~Gender ~~or race~~ did not influence the ~~on the~~ pharmacokinetics or pharmacodynamics of ~~XARELTO®~~XARELTO.

Race

Healthy Japanese subjects were found to have 50% higher exposure compared to other ethnicities including Chinese.

*Elderly*

In clinical studies, elderly subjects exhibited higher rivaroxaban plasma concentrations than younger subjects with mean AUC values being approximately ~~1.5~~50% ~~fold~~ higher, mainly due to reduced (apparent) total body and renal clearance. Age related changes in renal function may play a role in this age effect. The terminal elimination half-life is 11 to 13 hours in the elderly.

~~Therefore, a~~All patients greater than 65 years of age should have an assessment of renal function prior to starting therapy with XARELTO® ~~and should be observed closely. Promptly evaluate any signs or symptoms of blood loss (e.g., a drop in hemoglobin and/or hematocrit or hypotension).~~ *[see Use in Specific Populations (8.5)]*~~Elderly subjects (aged 65 to 83 years) exhibited higher rivaroxaban plasma concentrations than younger subjects with mean AUC values being approximately 50% higher, mainly due to reduced (apparent) total body and renal clearance. The terminal elimination half-life is 11 to 13 hours in the elderly.~~

*Body Weight*

~~Compared to body weights of 70 to 80 kg, e~~Extremes in body weight (<50 kg or >120 kg) ~~had no~~did not ~~result in~~ ~~clinically meaningful influence~~relevant changes~~influence in~~ rivaroxaban exposure ~~(less than 25%) on rivaroxaban plasma concentrations. No dose adjustment of XARELTO® is necessary based on body weight.~~

*Hepatic Impairment*

~~A single-dose, open-label study was conducted to evaluate the pharmacokinetics of rivaroxaban (10 mg) in cirrhotic subjects with hepatic impairment (classified as Child-Pugh A or B) compared to healthy control subjects with normal hepatic function. In subjects with mild hepatic impairment (Child-Pugh A) rivaroxaban mean AUC increased approximately 20%, compared to healthy subjects. No relevant difference in pharmacodynamic effects was observed between these groups. In subjects with moderate hepatic impairment (Child-Pugh B), rivaroxaban mean~~

~~AUC increased approximately 130% and mean unbound rivaroxaban AUC increased approximately 160%, compared to healthy subjects. Similar increases in the inhibition of factor Xa activity (160%) and prolongation of PT (110%) were observed.~~

~~XARELTO® has not been studied in subjects with severe hepatic impairment (Child-Pugh C).~~

~~XARELTO® is contraindicated in patients with hepatic disease associated with coagulopathy as use in these patients may lead to a clinically relevant bleeding risk *[see Contraindications (4)]*.~~

~~*Renal Impairment*~~
~~A single-dose, open-label study was conducted to evaluate the pharmacokinetics of rivaroxaban (10 mg) in subjects with varying degrees of chronic renal insufficiency compared to healthy control subjects with normal renal function (CrCL ≥80 mL/min). The study included subjects with renal insufficiency classified on the basis of CrCL as mild (50 to <80 mL/min), moderate (30 to <50 mL/min), and severe (15 to <30 mL/min). CrCL was measured by 24-hour urinary creatinine clearance measurements.~~

~~In subjects with mild, moderate, or severe renal impairment, average rivaroxaban AUC values increased 40%, 50%, and 60%, respectively, as compared to subjects with normal renal function and corresponding increases in pharmacodynamic effects were more pronounced. The overall inhibition of factor Xa activity was increased on average by 50%, 90%, and 100%, respectively, as compared to subjects with normal renal function. Prolongation of PT was similarly increased on average by 30%, 120%, and 140%, respectively.~~

~~Because limited clinical data are available for patients with severe renal impairment (CrCL 15 to <30 mL/min) and because these patients are at an increased risk of both bleeding and thrombosis due to their underlying disease, XARELTO® should be used with caution in these patients *[see Dosage and Administration (2) and Use in Specific Populations (8.6)]*.~~

~~No clinical data are available for patients with kidney failure (CrCL <15 mL/min), therefore, use of XARELTO® is not recommended in these patients.~~

Drug Interactions
*In vitro* studies indicate that rivaroxaban neither inhibits the major cytochrome P450 enzymes CYP1A2, 2C8, 2C9, 2C19, 2D6, 2J2, and 3A4 nor induces CYP1A2, 2B6, 2C19, or 3A4.

~~Furthermore, i~~I*n vitro* data also indicate~~s~~ a low rivaroxaban inhibitory potential for P-gp and ~~Bcrp~~ ABCG2 transporters.

32

<u>In addition,</u> ~~Effects of Rivaroxaban on Other Drugs~~

~~T~~there were no ~~mutual relevant~~<u>significant changes in rivaroxaban exposure</u> ~~pharmacokinetic interactions between~~ <u>in studies comparing concomitant</u> rivaroxaban 20 mg and 7.5 mg <u>single dose</u> of midazolam (substrate of CYP3A4), 0.375<u>-</u>mg once-daily dose of digoxin (substrate of P-gp), or 20 mg once daily <u>dose</u> of atorvastatin (substrate of CYP3A4 and P-gp).

*~~Effects of Other Drugs on Rivaroxaban~~*
**~~Combined CYP3A4 and P-gp Strong Inhibitors~~**

*~~Ketoconazole:~~* ~~Rivaroxaban 10 mg administered alone once daily for 5 days, followed by concomitant administration with ketoconazole 400 mg once daily for another 5 days resulted in clinically significant increases in plasma concentrations (160% increase in rivaroxaban steady-state AUC and a 70% increase in $C_{max}$) and pharmacodynamic effects.~~

*~~Ritonavir:~~* ~~Ritonavir 600 mg administered alone twice daily for 5 days, followed by concomitant administration with a single rivaroxaban 10 mg dose, resulted in clinically significant increases in plasma concentrations (150% increase in rivaroxaban AUC and a 60% increase in $C_{max}$) and pharmacodynamic effects.~~

~~XARELTO® is not recommended in patients receiving concomitant systemic treatment with strong inhibitors of both CYP3A4 and P-gp (e.g., ketoconazole, ritonavir) *[see Warnings and Precautions (5.3)]*.~~

**~~Other Combined CYP3A4 and P-gp or Bcrp Inhibitors~~**

*~~Clarithromycin:~~* ~~Clarithromycin 500 mg administered alone twice daily for 4 days, followed by concomitant administration with a single rivaroxaban 10 mg dose, resulted in an approximate 50% increase in rivaroxaban AUC and a 40% increase in $C_{max}$.~~

*~~Erythromycin:~~* ~~Erythromycin 500 mg administered alone three times daily for 4 days, followed by concomitant administration with a single rivaroxaban 10 mg dose, resulted in an approximate 30% increase in rivaroxaban AUC and $C_{max}$.~~

~~The increases in exposure seen with these inhibitors are within the magnitude of the normal variability of rivaroxaban AUC and $C_{max}$, and are not considered to be clinically relevant.~~

~~Other coadministered drugs strongly inhibiting only one of the major elimination pathways, either CYP3A4/5, P-gp, or Bcrp are expected to increase rivaroxaban plasma concentrations to a lesser extent, which would not be considered clinically relevant.~~

**~~Combined CYP3A4 and P-gp Strong Inducers~~**

33

~~*Rifampicin:* Rifampicin titrated up to a 600 mg once daily dose, followed by concomitant administration with a single rivaroxaban 20 mg dose, resulted in an approximate 50% decrease in rivaroxaban AUC and a 22% decrease in $C_{max}$, with parallel decreases in its pharmacodynamic effects.~~

~~Strong CYP3A4 and/or P-gp inducers should be co-administered with caution.~~

~~**Other Drugs**~~

~~**Anticoagulants**~~

~~*Enoxaparin:* After combined administration of enoxaparin (40 mg subcutaneous single dose) with rivaroxaban 10 mg single dose, an additive effect on anti-factor Xa activity was observed without additive effects on clotting tests [prothrombin time (PT), activated partial thromboplastin time (aPTT)]. Enoxaparin did not affect the pharmacokinetics of rivaroxaban.~~

~~**NSAIDS and Platelet Aggregation Inhibitors**~~

~~*Naproxen:* No clinically relevant pharmacokinetic interaction or prolongation of capillary bleeding time was observed after concomitant administration of rivaroxaban (15 mg single dose) and 500 mg naproxen (two consecutive days).~~

~~*Acetylsalicylic acid (ASA):* No clinically relevant pharmacokinetic or pharmacodynamic (including capillary bleeding time) interactions were observed when rivaroxaban (15 mg single dose) was co-administered with acetylsalicylic acid (500 mg on the first day and 100 mg on the next day).~~

~~*Clopidogrel:* Clopidogrel (300 mg loading dose followed by 75 mg daily maintenance dose) did not show a pharmacokinetic interaction with rivaroxaban (15 mg single dose), however, a clinically relevant increase (when compared to rivaroxaban administered alone) in capillary bleeding time was observed in a subset of subjects, which was not correlated to platelet aggregation, P-selectin or GPIIb/IIIa receptor levels.~~

~~**12.4 Drugs Which Affect Gastric pH**~~

~~12.4 *Omeprazole, Ranitidine, and Aluminum Hydroxide/Magnesium Hydroxide*: None of these drugs affected the pharmacokinetics of rivaroxaban.~~

## 12.4  QT/QTc Prolongation

~~Cardiac Electrophysiology:~~ In a thorough QT study in healthy men and women aged 50 years and older, no QTc prolonging effects were observed for ~~XARELTO®~~ XARELTO (15 mg and 45 mg, single~~-~~ dose).

## 13  NON-CLINICAL TOXICOLOGY
### 13.1 Carcinogenesis, Mutagenesis, and Impairment of Fertility

Rivaroxaban was not carcinogenic when administered by oral gavage to mice or rats for up to 2 years.  The systemic exposures (AUCs) of unbound rivaroxaban in male and female mice at the highest dose tested (60 mg/kg/day) were 3- and 5-times, respectively, the human exposure of unbound drug at the human dose of 10 mg day.  Systemic exposures of unbound drug in male and female rats at the highest dose tested (60 mg/kg/day) were 4- and 10-times, respectively, the human exposure. ~~No data are available on carcinogenicity.~~

Rivaroxaban ~~produced no evidence of~~ was not mutagenic in ~~genotoxic potential when evaluated in a test for gene mutation in~~ bacteria (Ames-Test) or clastogenic , ~~an *in vitro* test for chromosomal aberrations~~ in V79 Chinese hamster lung cells *in vitro* or ~~in the *in vivo*~~ in the mouse micronucleus test *in vivo*.

No impairment of fertility was observed in male or female rats when given ~~when treated with~~ up to 200 mg/kg/day of rivaroxaban orally.  This dose ~~resulting~~ resulted in exposure levels, based on the unbound AUC, at least 33 ~~-fold~~ times ~~above~~ the ~~the therapeutic~~ exposure in humans ~~at a~~given 10 mg rivaroxaban daily~~dose of 10 mg/day~~.

## 14  CLINICAL STUDIES[A11]

~~The Phase 3 clinical development of XARELTO® included 4 randomized, double-blind clinical studies collectively referred to as the REgulation of Coagulation in ORthopedic Surgery to Prevent DVT and PE (RECORD) studies. XARELTO®~~XARELTO was studied in 12,383 patients (6183 ~~XARELTO®~~XARELTO-treated, 6200 enoxaparin-treated patients) in the ~~RECORD 1, 2, 3 and 4~~three studies.

The two randomized, double-blind, clinical studies ~~(RECORD 1 and 2)~~ in patients undergoing elective total hip replacement surgery compared ~~XARELTO®~~XARELTO 10 mg once daily starting at least 6 -to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin 40 mg once daily started 12 hours preoperatively. In ~~RECORD 1 and 2,~~ the two studies, a total of 7050 patients were randomized and 6890 received study drug. The mean age [± standard deviation (SD)] was 63 ± 12.2 (range 18 to 93) years with 49% of patients ≥65 -years and 55% of patients were female. More than 83% of patients were White, 7% were Asian, and less than 2% were Black. The studies excluded patients undergoing staged bilateral total hip replacement ~~and~~ patients with severe renal impairment defined as an estimated creatinine clearance <30- mL/min, or patients with significant liver disease (hepatitis or cirrhosis).  In ~~RECORD~~ Study 1, the mean exposure duration (± SD) to active ~~XARELTO®~~XARELTO and enoxaparin was 33.4 ± 6.9 and 33.7 ± 8.2 days, respectively.  In ~~RECORD~~ Study 2, the mean exposure duration to active ~~XARELTO®~~XARELTO and enoxaparin was 33.5 ± 6.9 and 12.4 ±

35

3.0 days, respectively. After Day 13, oral placebo was continued in the enoxaparin group for the remainder of the double-blind study duration.

The efficacy data ~~for RECORD 1 and 2~~ are provided in Table 5 below. ~~The primary endpoint was a composite endpoint of any DVT (proximal and/or distal), non-fatal PE, and death from all causes referred to in Table 5 as total venous thromboembolism (VTE). In RECORD 1, total VTE was statistically significantly reduced in XARELTO®-treated patients compared to the enoxaparin-treated patients [1.1% vs. 3.7%, respectively; Relative Risk Reduction (RRR) 70% (95% CI: 49, 82); p<0.001]. In RECORD 2, total VTE was also statistically significantly reduced in the XARELTO®-group compared to the enoxaparin followed by placebo group [2.0% vs. 9.3%, respectively; RRR 79% (95% CI: 65, 87); p<0.001]. In both RECORD 1 and 2, the secondary endpoint of major VTE, a composite endpoint of proximal DVT, non-fatal PE, and VTE-related death, was statistically significantly reduced in the XARELTO®-group versus the comparator group (p<0.001 for each study).~~

Table 5    Summary of Key Efficacy Analysis Results for Subjects Undergoing Total Hip Replacement Surgery - Modified Intent-to-Treat Population

| Treatment Dosage and Duration | ~~RECORD~~ Study 1 | | | Study~~RECORD~~ 2 | | |
|---|---|---|---|---|---|---|
| | ~~XARELTO®~~ XARELTO 10 mg once daily | Enoxaparin 40 mg once daily | RRR*, p-value | ~~XARELTO®~~ XARELTO 10 mg once daily | Enoxaparin† 40 mg once daily | RRR*, p-value |
| **Number of Subjects** | N = 1595 | N = 1558 | | N = 864 | N = 869 | |
| **Total VTE** | 18 (1.1%) | 58 (3.7%) | 70% (95% CI: 49, 82), p<0.001 | 17 (2.0%) | 81 (9.3%) | 79% (95% CI: 65, 87), p<0.001 |
| **Components of Total VTE** | | | | | | |
| Proximal ~~and/or Distal~~ DVT | 1 ~~2~~ (<0.~~8~~1%) | ~~53~~ 31 (~~3~~2.~~4~~0%) | | ~~14~~ 5 (~~1~~0.6%) | ~~71~~ 44 (~~8~~5.~~2~~1%) | |
| Distal DVT | 12 (0.8%) | 27 (1.7%) | | 11 (1.3%) | 49 (5.6%) | |
| Non-fatal PE | 4 (0.3%) | 1 (<0.1%) | | 1 (0.1%) | 4 (0.5%) | |
| Death (any cause) | 4 (0.3%) | 4 (0.3%) | | 2 (0.2%) | 6 (0.7%) | |
| **Number of Subjects** | N= 1686 | N = 1678 | | N= 961 | N = 962 | |
| Major VTE[A12]** ~~rate~~ | 4 (0.2%) | 33 (2.0%) | ~~88% (95%CI: 66, 96), p<0.001~~ | 6 (0.6%) | 49 (5.1%) | ~~88% (95% CI: 71, 95), p<0.001~~ |
| | | | | | | |
| ~~Components of Major VTE~~ | | | | | | |
| ~~Proximal DVT~~ | ~~1 (<0.1%)~~ | ~~31 (1.9%)~~ | | ~~5 (0.5%)~~ | ~~44 (4.6%)~~ | |
| ~~Non-fatal PE~~ | ~~4 (0.2%)~~ | ~~1 (<0.1%)~~ | | ~~1 (0.1%)~~ | ~~4 (0.4%)~~ | |
| ~~VTE related death~~ | ~~0 (0%)~~ | ~~1 (<0.1%)~~ | | ~~0 (0%)~~ | ~~1 (0.1%)~~ | |
| ~~Number of Subjects~~Symptomatic DVT[A13] | 6 (0.3%) | 11 (0.5%) | | 3 (0.2%) | 15 (1.2%) | |

* Relative Risk Reduction; CI=confidence interval
† Includes the placebo-controlled period of the RECORD 2 study
** (Note to sponsor: include the definition of major VTE)

36

Two randomized, double-blind, clinical studies ~~(RECORD 3 and 4)~~ in patients undergoing elective total knee replacement surgery compared ~~XARELTO®~~XARELTO 10 mg once daily started at least 6 to 8 -hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin. In ~~RECORD~~ Study 3, the enoxaparin regimen was 40 mg once daily started 12 hours preoperatively. In ~~RECORD~~ Study 4, the enoxaparin regimen was 30 mg twice daily started 12 to 24 hours postoperatively. The mean age (± SD) of patients in the ~~RECORD 3 and 4~~ two studies was 66 ± 9.5 (range 21 to 91) years with 58% of patients ≥65 years. Sixty-six percent (66%) of patients were female. More than 70% of patients were White, 13% were Asian, and less than 4% -were Black. The studies excluded patients with severe renal impairment defined as an estimated creatinine clearance <30 mL/min or patients with significant liver disease (hepatitis or cirrhosis). In ~~RECORD~~ Study 3, the mean exposure duration (±-SD) to active ~~XARELTO®~~XARELTO and enoxaparin was 11.9 ± 2.3 and 12.5 ± 3.0 days, respectively. In ~~RECORD~~ Study 4, the mean exposure duration to active ~~XARELTO®~~XARELTO and enoxaparin was 11.7 -±-2.5 and 11.0 ± 2.4 days, respectively.

The efficacy data ~~for RECORD 3 and 4~~ are provided in Table 6 below. ~~The primary endpoint was a composite endpoint of any DVT, non-fatal PE, and death from any cause referred to in Table 6 as total VTE. In RECORD 3, total VTE was statistically significantly reduced in XARELTO®-treated patients compared to enoxaparin-treated patients [9.6% vs. 18.9%, respectively; RRR 49% (95% CI: 35, 61); p<0.001]. In RECORD 4, total VTE was also statistically significantly reduced in the XARELTO®-group compared to the enoxaparin group [6.9% vs. 10.1%, respectively; RRR 32% (95% CI: 8, 49); p=0.012]. The secondary endpoint of major VTE, a composite endpoint of proximal DVT, non-fatal PE, and VTE-related death, was reduced in XARELTO®-treated patients compared to enoxaparin-treated patients in both RECORD 3 (p=0.01) and RECORD 4 (p=0.127).~~

37

Table 6    Summary of Key Efficacy Analysis Results for Subjects Undergoing Total Knee Replacement Surgery- Modified Intent-to-Treat Population

| Treatment Dosage and Duration | ~~RECORD~~ Study 3 | | | Study~~RECORD~~ 4 | | |
|---|---|---|---|---|---|---|
| | ~~XARELTO®~~XARELTO 10 mg once daily | Enoxaparin 40 mg once daily | RRR*, p-value | ~~XARELTO®~~XARELTO 10 mg once daily | Enoxaparin 30 mg twice daily | RRR*, p-value |
| **Number of Subjects** | N = 824 | N = 878 | | N = 965 | N = 959 | |
| **Total VTE** | 79 (9.6%) | 166 (18.9%) | 49% (95% CI: 35, 61), p<0.001 | 67 (6.9%) | 97 (10.1%) | 32% (95% CI: 8, 49), p=0.012 |
| **Components of events contributing to Total VTE** | | | | | | |
| Proximal ~~and/or Distal~~ DVT | ~~7~~9 (~~9~~1.~~6~~1%) | ~~160~~ 20 (~~18.~~22.3%) | | ~~61~~ 8 (~~6~~0.~~3~~8%) | ~~86~~ 14 (~~9~~1.~~0~~5%) | |
| Distal DVT | 74 (9.0%) | 156 (17.8%) | | 57 (5.9%) | 82 (8.6%) | |
| Non-fatal PE | 0 (0%) | 4 (0.5%) | | 5 (0.5%) | 8 (0.8%) | |
| Death (any cause) | 0 (0%) | 2 (0.2%) | | 2 (0.2%) | 3 (0.3%) | |
| **Number of Subjects** | N = 908 | N = 925 | | N = 1122 | N = 1112 | |
| **Major VTE** ** rate | 9 (1.0%) | 24 (2.6%) | ~~61% (95% CI: 17, 82), p=0.01~~ | 13 (1.2%) | 22 (2.0%) | ~~41% (95%CI: -17, 70), p=0.127~~ |
| ~~Components of events contributing to Major VTE~~ | | | | | | |
| ~~Proximal DVT~~ | ~~9 (1.0%)~~ | ~~20 (2.2%)~~ | | ~~8 (0.7%)~~ | ~~14 (1.3%)~~ | |
| ~~Non-fatal PE~~ | ~~0 (0%)~~ | ~~4 (0.4%)~~ | | ~~5 (0.5%)~~ | ~~8 (0.7%)~~ | |
| ~~VTE-related death~~ | ~~0 (0%)~~ | ~~0 (0%)~~ | | ~~1 (0.1%)~~ | ~~0 (0%)~~ | |
| ~~Number of Subjects~~ | ~~N= 1220~~ | ~~N = 1239~~ | | ~~N= 1526~~ | ~~N = 1508~~ | |
| ~~Symptomatic DVT~~ | ~~8 (0.7%)~~ | ~~24 (1.9%)~~ | | ~~11 (0.7%)~~ | ~~18 (1.2%)~~ | |

* Relative Risk Reduction; CI=confidence interval
** (Note to sponsor: include the definition of major VTE)

~~16Based on a pooled analysis of the four RECORD studies, the efficacy of XARELTO® on total XARELTO® on total VTE in various age, gender, body weight and creatinine clearance subgroups was consistent with the efficacy observed in the overall population. For the subgroups population. For the subgroups of White, Asian and Hispanic patients, efficacy results were results were consistent with the overall population, but the number of Black patients was patients was insufficient to reliably assess effects.~~

~~16As shown in Table 7, a pooled analysis of symptomatic events in the safety population that combined the double-blind treatment periods from all four studies showed a statistically significant reduction in the incidence of the composite endpoint of symptomatic VTE/death [(0.6% XARELTO® treated patients compared to 1.3% enoxaparin-treated patients; RRR 58% (95% CI: 37, 71); p<0.001]. XARELTO® use tended to reduce the rates of each component of the composite endpoint.~~

39

Table 7: Integrated Analysis of Symptomatic VTE or All-Cause Death for RECORD 1-4 – Safety Population: Double-Blind Treatment Period

| Treatment Dosage and Duration | XARELTO® | Enoxaparin/Placebo* | RRR[‡], p-value |
|---|---|---|---|
| **Total Treated Patients** | **N = 6183** | **N = 6200** | |
| **Composite Endpoints** | | | |
| Symptomatic VTE/death | 35 (0.6%) | 82 (1.3%) | 58% (95% CI: 37, 71), p<0.001 |
| Death/PE | 17 (0.3%) | 33 (0.5%) | 49% (95% CI: 8, 71), p=0.025 |
| **Components of composite endpoints** | | | |
| VTE | 28 (0.5%) | 68 (1.1%) | |
| PE | 10 (0.2%) | 19 (0.3%) | |
| Any death | 8 (0.1%) | 16 (0.3%) | |
| **Hip Surgery Studies** | **N = 3437** | **N = 3453** | |
| **Composite Endpoints** | | | |
| Symptomatic VTE/death | 15 (0.4%) | 35 (1.0%) | 57% (95% CI: 22, 77), p=0.006 |
| Death/PE | 11 (0.3%) | 16 (0.5%) | 31% (95% CI: -48, 68), p=0.334 |
| **Components of composite endpoints** | | | |
| VTE | 9 (0.3%) | 26 (0.8%) | |
| PE | 5 (0.2%) | 7 (0.2%) | |
| Any death | 6 (0.2%) | 11 (0.3%) | |
| **Knee Surgery Studies** | **N = 2746** | **N = 2747** | |
| **Composite Endpoints** | | | |
| Symptomatic VTE/death | 20 (0.7%) | 47 (1.7%) | 58% (95% CI: 28, 75), p=0.001 |
| Death/PE | 6 (0.2%) | 17 (0.6%) | 65% (95% CI: 11, 86), p=0.027 |
| **Components of composite endpoints** | | | |
| VTE | 19 (0.7%) | 42 (1.5%) | |
| PE | 5 (0.2%) | 12 (0.4%) | |
| Any death | 2 (0.1%) | 5 (0.2%) | |

* Includes the placebo-controlled period of the RECORD 2 study, enoxaparin dosing was 40 mg once daily or 30 mg twice daily
[‡] Relative Risk Reduction; CI=confidence interval

A separate pooled analysis of symptomatic events in the active-control treatment periods for all RECORD studies (i.e., excluding Day 12 to Day 35 in RECORD 2 when placebo was was administered in the enoxaparin treatment group) of the RECORD studies are shown in studies are shown in Table 8.

40

~~Table 8: Integrated Analysis of Symptomatic VTE or All-Cause Death for RECORD 1-4 – Safety Population: Active-Control Pool~~

| ~~Treatment Dosage and Duration~~ | ~~XARELTO®~~ ~~N = 6183~~ | ~~Enoxaparin*~~ ~~N = 6200~~ | ~~RRR‡,~~ ~~p-value~~ |
|---|---|---|---|
| ~~Composite Endpoints~~ | | | |
| ~~Symptomatic VTE/death~~ | ~~32 (0.5%)~~ | ~~67 (1.1%)~~ | ~~52%~~ ~~(95% CI: 27, 69),~~ ~~p<0.001~~ |
| ~~Death/PE~~ | ~~15 (0.2%)~~ | ~~26 (0.4%)~~ | ~~43%~~ ~~(95% CI: -8, 70),~~ ~~p=0.088~~ |
| ~~Components of composite endpoints~~ | | | |
| ~~VTE~~ | ~~26 (0.4%)~~ | ~~57 (0.9%)~~ | |
| ~~PE~~ | ~~9 (0.2%)~~ | ~~16 (0.3%)~~ | |
| ~~Any death~~ | ~~7 (0.1%)~~ | ~~12 (0.2%)~~ | |

~~* Enoxaparin dosing was 40 mg once daily or 30 mg twice daily~~
~~‡ Relative Risk Reduction; CI=confidence interval~~

## 16 HOW SUPPLIED/STORAGE AND HANDLING

XARELTO (rivaroxaban) Tablets are round, light red, biconvex film-coated tablets marked with a triangle pointing down above a "10" on one side, and an "Xa" on the other side. The tablets are supplied in the packages listed:

NDC 50458-580-30    Bottle containing 30 tablets ~~XARELTO® (rivaroxaban) Tablets are round, light red, biconvex film-coated tablets marked with a triangle pointing down above a "10" on one side, and an "Xa" on the other side and are supplied in bottles of 30 (NDC 50458-580-30).~~

~~XARELTO® is also available in a single hospital unit dose carton containing 10 blister cards of 10 tablets each (~~NDC 50458-580-10 Blister package containing 100 tablets (10 blister cards containing 10 tablets each)~~).~~

Store at 25° C (77° F) or room temperature; excursions permitted to 15°-30° C (59°-86° F) [see USP Controlled Room Temperature].

Keep out of the reach of children.

## 17 PATIENT COUNSELING INFORMATION
### 17.1 Instructions for Patient Use

- Advise patients to take XARELTO® only as directed.
- Remind patients not to discontinue XARELTO® prematurely without first talking to their healthcare professional.

- If a dose is missed, advise the patient to take XARELTO® as soon as possible and continue on the following day with their once daily dose regimen.

### 17.2 Bleeding Risks

If patients have had neuraxial anesthesia or spinal puncture, and particularly, if they are taking concomitant NSAIDs or platelet inhibitors, advice patients ~~they should be informed to watch~~ to watch for signs and symptoms of spinal or epidural hematoma, such as tingling, numbness (especially in the lower limbs) and muscular weakness. If any of these symptoms occur advise the patient to~~should~~ contact -his or her physician immediately.

Advise patients to report any unusual bleeding or bruising to their physician. Inform patients that it might take them longer than usual to stop bleeding, and that they may bruise and/or bleed more easily when they are treated with ~~XARELTO®~~XARELTO. ~~Patients should report any unusual bleeding or bruising to their physician~~ *[see Warnings and Precautions (5.2)]*.

### 17.3 Concomitant Medication and Herbals

Advise patients to inform their physicians and dentists if they are taking, or plan to take, any prescription or over-the-counter drugs or herbals, so their healthcare professionals can evaluate potential interactions *[see Drug Interactions (7)]*.

### 17.4 Pregnancy and pregnancy-related hemorrhage

Advise Ppatients to inform ~~should immediately notify~~ their physician immediately if they become pregnant or intend to become pregnant during treatment with ~~XARELTO®~~XARELTO *[see Use in Specific Populations (8.1)]*.

Advise pregnant women receiving XARELTO to immediately report to their physician any bleeding or symptoms of blood loss *[see Warnings and Precautions (5.3)]*.

### 17.5 Nursing

Advise Ppatients to discuss with ~~should notify~~ their physician if they are nursing or intend to nurse during anticoagulant treatment ~~with XARELTO®~~XARELTO *[see Use in Specific Populations (8.3)]*.

### 17.6 Females of Reproductive Potential

Advise patients who can become pregnant to discuss pregnancy planning with their physician *[see Use in Specific Populations (8.6)]*.

Manufactured by:
Janssen Ortho, LLC
Gurabo, PR 00778

42

Manufactured for:
Ortho-McNeil, Division of Ortho-McNeil-Janssen Pharmaceuticals, Inc.
Raritan, NJ 08869

Licensed from:
Bayer HealthCare AG
51368 Leverkusen, Germany

© Ortho-McNeil-Janssen Pharmaceuticals, Inc. 20XX

---

[1] eCTD Module 5.3.5.3.7 Integrated Summary of Efficacy, Section 3.3

[2] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 1.4

[3] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 1.2

[4] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 1.1

[5] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 1.5.1.6.1

[6] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 1.5.1.6.1.2

[7] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 5.1.1.10

[8] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 5.1.1.10

[9] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 1.2

[10] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 1.1

[11] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 1.5.1.6.2

[12] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 1.4

[13] eCTD Module 5.3.5.3.7 Integrated Summary of Efficacy, Section 3.5.1

[14] eCTD Module 2.5 Clinical Overview, Section 6

43