UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Mingo v. Janssen Research & Development, LLC, et al.*; Case No. 2:15-cv-03367 | * * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

**ORDER RE: PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE
"STRIKETHROUGH" EXHIBITS AND RELATED TESTIMONY**

Before the Court is Plaintiffs' Motion in Limine to exclude "strikethrough" exhibits and related testimony. Having reviewed the parties' briefs and the applicable law, **IT IS ORDERED** that Plaintiffs' motion is **GRANTED.**

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**