UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Dora Mingo, et al. v. Janssen et al.*<br>Case No. 2:15-cv-03469 | MAGISTRATE NORTH |

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC, for leave to a Reply Memorandum in support of their Motion for Partial Summary Judgment on Punitive Damages in the above-referenced matter,

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the attached proposed Reply Memorandum into the record.

New Orleans, Louisiana, this ___ day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE