# EXHIBIT B

1            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
2
   ********************************************************
3  IN RE:  XARELTO (RIVAROXABAN)
   PRODUCTS LIABILITY LITIGATION
4
                              Docket No. 14-MD-2592
5  THIS DOCUMENT RELATES TO:     Section L
                              New Orleans, Louisiana
6  *Joseph Orr, Jr., as Lawful*  Wednesday, May 31, 2017
   *Surviving Spouse of*
7  *Sharyn Orr v. Janssen, et al.*
   *Case No. 2:15-cv-03708*
8
   ********************************************************
9
             TRANSCRIPT OF TRIAL PROCEEDINGS
10    HEARD BEFORE THE HONORABLE ELDON E. FALLON
             UNITED STATES DISTRICT JUDGE
11            VOLUME III - MORNING SESSION

12
   APPEARANCES:
13
   FOR THE PLAINTIFFS'          MR. ANTHONY BIRCHFIELD, JR.
14 LIAISON COUNSEL:             Beasley Allen Crow Methvin
                                  Portis & Miles
15                              Post Office Box 4160
                                Montgomery, AL  36103
16

17                             MR. BRIAN H. BARR
                               MR. NEIL E. McWILLIAMS, JR.
18                             Levin Papantonio Thomas
                                  Mitchell Rafferty & Proctor
19                             316 Baylen Street
                               Suite 600
20                             Pensacola, FL 32502

21
                               MR. GERALD EDWARD MEUNIER
22                             Gainsburgh, Benjamin, David,
                                  Meunier & Warshauer
23                             Energy Centre
                               1100 Poydras Street
24                             Suite 2800
                               New Orleans, LA  70163-2800
25

```
 1                                  MS. EMILY JEFFCOTT
                                    Lambert Firm
 2                                  701 Magazine Street
                                    New Orleans, LA  70130
 3

 4                                  MR. BRADLEY D. HONNOLD
                                    Bartimus, Frickleton,
 5                                    Robertson & Goza, P.C.
                                    11150 Overbrook Road
 6                                  Suite 200
                                    Leawood, KS 66211
 7

 8
     FOR THE DEFENDANT JANSSEN       MR. JAMES B. IRWIN, V
 9   PHARMACEUTICALS, INC.,          Irwin Fritchie
     and JANSSEN RESEARCH &            Urquhart & Moore, LLC
10   DEVELOPMENT, LLC:               400 Poydras Street
                                     Suite 2700
11                                   New Orleans, LA  70130

12

13   FOR THE DEFENDANT              MR. DAVID E. DUKES
     BAYER HEALTHCARE               Nelson Mullins Riley &
14   PHARMACEUTICALS, INC.,           Scarborough, LLP
     and BAYER PHARMA AG:           Meridian, 17th Floor
15                                  1320 Main Street
                                    Columbia, SC  29201
16

17                                  MS. BETH A. WILKINSON
                                    Wilkinson Walsh + Eskovitz, LLP
18                                  1900 M. Street NW
                                    Suite 800
19                                  Washington, DC 20036

20

21   Official Court Reporter:      Lanie M. Smith, RPR, CRR
                                    500 Poydras Street, B-275
22                                  New Orleans, Louisiana 70130
                                    (504) 589-7782
23

24
            Proceedings recorded by mechanical stenography,
25   transcript produced via computer.
```

1                              EXAMINATION INDEX

2                                                        PAGE NO.

3       FRANK W. SMART, MD

4           Voir Dire Examination by Mr. Birchfield...    251
            Traverse Examination by Ms. Wilkinson.....    267
5           Direct Examination by Mr. Birchfield......    271

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               <u>P R O C E E D I N G S</u>

2               (WEDNESDAY, MAY 31, 2017)

3                    (MORNING SESSION)

4               (Call to order of the court.)

5          THE COURT:  Be seated, please.

6               Good morning, ladies and gentlemen.

7               Members of the jury, we're on the Plaintiffs'

8     case at this time.

9               Call your next witness, please.

10          MR. BIRCHFIELD:  Good morning, Your Honor.

11               On behalf of the Orr family, we call

12     Dr. Frank Smart.

13          THE COURT:  Dr. Smart, come forward, please.

14          COURTROOM MANAGER:  Step up.  Both microphones are on.

15     So whatever one you are comfortable with.  And I'll swear you

16     in.

17               (WHEREUPON, **FRANK SMART, M.D.**, was called as a witness,

18     and having been duly sworn, testified as follows:)

19          COURTROOM MANAGER:  Sir, please have a seat, Doctor;

20     and state and spell your name for the record.

21          THE WITNESS:  My name is Frank, F-r-a-n-k, Smart,

22     S-m-a-r-t.

23                    **VOIR DIRE EXAMINATION**

24     **BY MR. BIRCHFIELD:**

25     Q.   Good morning, Dr. Smart.

1    for either stroke or bleeding.  But Eliquis, or apixaban, was

2    shown to be superior for both.

3          So now, if you were looking at it from a physician's

4    perspective, you've got one drug that you take twice a day, but

5    it's better than warfarin for stroke, better than warfarin for

6    bleeding risk.

7          You've got another drug that you take once a day that is

8    not any better than warfarin, and when you compare this drug

9    with Eliquis directly, it does not hold up either.

10   Q.   Okay.  So that will lead us to the second opinion that you

11   have offered here, that Xarelto is worst in class?

12   A.   Yes, sir.

13   Q.   So we talked about your opinion that the dose is too high

14   when it's given once daily versus twice daily, correct?

15   A.   Yes, sir.

16   Q.   You found that support, found initially in the Canadian

17   Journal of Cardiology, and you found further support in the FDA

18   documents as well?

19   A.   Yes, sir.  And multiple documents.

20   Q.   All right.  So now let's focus on your second opinion that

21   Xarelto is worst in class.

22         When we say "worst in class," what class are you talking

23   about?

24   A.   The NOACs.

25   Q.   So the NOACs, that would include apixaban, Eliquis, that

1    you've just talked about?

2    A.    Correct.

3    Q.    And dabigatran that you've talked about?

4    A.    Correct.

5    Q.    Okay.

6    A.    And edoxaban.

7    Q.    And edoxaban.  That's Savaysa?

8    A.    Yes.

9    Q.    So when you explained -- when you look at the clinical

10   trial, you described ROCKET -- the ROCKET trial for us.  Were

11   there similar clinical trials for Eliquis and Pradaxa as well?

12   A.    Yes, sir.

13   Q.    And Savaysa?

14   A.    So the RE-LY trial was the Phase III big clinical trial

15   for Pradaxa and the ARISTOTLE trial was the Phase III clinical

16   trial for Eliquis or apixaban.

17   Q.    And I think when we were looking at Dr. Califf's memo --

18   or proposal for the follow-up study, he talked about the

19   superiority of apixaban, right?

20   A.    Yes, sir.  Again, apixaban is labeled and has in ARISTOTLE

21   and all the stuff with the FDA -- apixaban is labeled as

22   superior to warfarin where Xarelto or rivaroxaban is

23   noninferior, meaning they are equal.

24   Q.    So when you looked at the clinical trials for apixaban or

25   Eliquis and Pradaxa and Xarelto -- when you look at those

1    studies, does that provide support for your opinion that

2    Xarelto is worst in class?

3    A.    It is the basis for it.

4    Q.    Okay.  Will you explain what you mean?

5    A.    There's four drugs in a class.  The best one is safe from

6    bleeding and good from stroke, apixaban.  The second best ones

7    are going to be equal on stroke, safer on bleeding, dabigatran,

8    edoxaban.  And the worst is Xarelto or rivaroxaban, which is

9    again equal, equal.

10   Q.    Okay.  So let's make sure that we can track this.

11         So, first of all, we'll talk about your third opinion in

12   just a minute.  When you are looking at a clinical trial, you

13   are looking at both the safety and what we call efficacy; is

14   that right?

15   A.    Yes, sir.

16   Q.    When we are looking at the NOACs, the safety aspect is

17   bleeding events; is that right?

18   A.    Yes, sir.

19   Q.    All right.  So if we look at safety and efficacy, when

20   we're talking about efficacy -- when we're talking about

21   efficacy, we're talking about reducing strokes.

22         That's what we're looking for in the NOACs; is that right?

23   A.    That is correct.

24   Q.    So when we look at these drugs, if we look at Eliquis --

25   all right? -- so Eliquis in the clinical trial, is it shown to

1    be superior in both safety and efficacy?

2    A.    Yes, sir.  To warfarin.

3    Q.    To warfarin.  Okay.

4          All of these --

5    A.    Or compared to warfarin, yes, sir.

6    Q.    All right.  So Eliquis is superior to them both.

7          All right.  And then, when we look at Pradaxa -- okay? --

8    compared to warfarin, was Pradaxa -- was it superior to

9    either -- in either safety or efficacy?

10   A.    Yes, sir.  It was superior in safety.

11   Q.    Okay.  All right.  What about efficacy?

12   A.    Equal.

13   Q.    Equal.  All right.

14         And then, when we look at Xarelto -- all right -- was

15   Xarelto superior in safety?

16   A.    No, sir.

17   Q.    Was it superior in efficacy?

18   A.    No, sir.

19   Q.    And then you mention the other -- Savaysa; is that right?

20   A.    Correct.

21   Q.    What about Savaysa?  Where would you --

22   A.    Safety, superior.  Efficacy, equal.

23   Q.    And, Dr. Smart, what you are talking about here, this is

24   based on the clinical trials that were submitted to get these

25   drugs approved to be sold in the U.S.; is that right?

1    A.    Yes, sir.  And a host of follow-up studies that were done

2    as well.

3    Q.    I want us to talk a little bit more about the clinical

4    trials -- take a little closer look and compare the TTR.  We

5    talked about that this morning, that time in therapeutic range.

6          When you looked at these clinical trials, was there any

7    significance about the time in therapeutic range, the TTR, for

8    warfarin?

9    A.    Yes.  So it's important, again, to talk about this because

10   what we've done is to list a comparison between a drug and

11   warfarin.

12         Well, if you didn't do a good job with warfarin, your

13   comparison is going to be off.  Right?  So you really need to

14   make sure that you've done the very best that you could

15   controlling warfarin.  And then you compare your drug because

16   the entire comparison is based on that.

17         We used the TTR as the time that warfarin was well

18   controlled.  We said that the therapeutic range is where we

19   want to be.  And if the TTR in all of the trials is

20   100 percent, then it's easy to compare.  The TTR wasn't

21   100 percent.

22         So the TTR in the Xarelto trial in ROCKET-AF was

23   55 percent.  So 45 percent of the time the patients were not

24   well controlled and 55 percent of the time they were well

25   controlled.

1          THE COURT:  All right.  We'll stop here for lunch,

2     ladies and gentlemen, and we'll come back at 1:15.  Court will

3     stay in recess until 1:15.

4               (The jury exited the courtroom.)

5                    (Court is in recess.)

6                         *  *  *  *

7                    REPORTER'S CERTIFICATE

8               I, Lanie M. Smith, CRR, RPR, Official Court
      Reporter, United States District Court, Eastern District of
9     Louisiana, do hereby certify that the foregoing is a true and
      correct transcript, to the best of my ability and
10    understanding, from the record of the proceedings in the
      above-entitled and numbered matter.

11

12                              ___/s/ Lanie M. Smith_____
                                  Official Court Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25