UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Dora Mingo, et al. v. Janssen et al.* Case No. 2:15-cv-03469 | MAGISTRATE NORTH |

**DEFENDANTS'** ***EX PARTE*** **MOTION TO FILE CERTAIN EXHIBITS UNDER SEAL**

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC, (collectively, "Defendants") respectfully request leave of the Court to file Exhibits A, C, and D to their Motion in Limine to Exclude Dr. Smart's Testimony Alleging that Xarelto® is "Worst in Class" (Rec. Doc. 7071) in the above-referenced matter under seal, as they contain references to the health conditions and other personal information of particular plaintiffs. Accordingly, Defendants respectfully request that the aforementioned exhibits be filed under seal.

Respectfully submitted,

| | |
|---|---|
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.<br>BY: /s/ *Richard E. Sarver*<br>Richard E. Sarver<br>Celeste R. Coco-Ewing<br>BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.<br>909 Poydras Street, 24th Floor<br>New Orleans, Louisiana 70112<br>Telephone: (504) 589-9700<br>rsarver@barrassousdin.com<br>ccoco-ewing@barrassousdin.com<br><br>DRINKER BIDDLE & REATH LLP<br><br>By: /s/ *Susan M. Sharko*<br>Susan M. Sharko<br>DRINKER BIDDLE & REATH LLP<br>600 Campus Drive<br>Florham Park, NJ 07932-1047<br>Telephone: (973) 549-7000<br>susan.sharko@dbr.com<br><br>Rodney M. Hudson<br>DRINKER BIDDLE & REATH LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br>Telephone: (415) 591-7500<br>Rodney.hudson@dbr.com | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.<br><br>By: /s/ *Lyn P. Pruitt*<br>Lyn P. Pruitt<br>Adria W. Conklin<br>Benjamin D. Brenner<br>Mary Catherine Way<br>MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.<br>425 West Capitol Ave., Suite 1800<br>Little Rock, AR 72201<br>Telephone: (501) 688-8800<br>lpruitt@mwlaw.com<br>aconklin@mwlaw.com<br>bbrenner@mwlaw.com<br>mway@mwlaw.com<br><br>WATKINS & EAGER PLLC<br><br>By: /s/ *Walter T. Johnson*<br>Walter T. Johnson<br>WATKINS & EAGER PLLC<br>The Emporium Building<br>400 East Capitol Street<br>Jackson, Mississippi 39201<br>Telephone: (601) 965-1846<br>wjohnson@watkinseager.com |

Motion to seal Smart worst in class

Chanda A. Miller
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2500
Chanda.Miller@dbr.com


IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC*

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *William Hoffman*
William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com


BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ *Lindsey C Boney IV*
Kevin C. Newsom
Lindsey C. Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
knewsom@bradley.com


CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer Health Care Pharmaceuticals Inc. and Bayer Pharma AG*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 17, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**