UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Dora Mingo et al. v. Janssen et al. Case No. 2:15-cv-03469 | MAGISTRATE NORTH |

## DEFENDANTS' JOINT MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OR ARGUMENT THAT THE XARELTO LABEL SHOULD HAVE INCLUDED INFORMATION ABOUT THE INRATIO DEVICE USED IN ROCKET AF OR THE U.S. SUBGROUP DATA FROM ROCKET AF

Defendants hereby move *in limine* to exclude any and all evidence and argument that the Defendants should have included, or failed to include, information in the Xarelto label (1) about the impact of the use of the INRatio device in ROCKET AF, the clinical study supporting the stroke prevention in atrial fibrillation ("AFib") indication, or (2) regarding the U.S. subgroup data from ROCKET AF that was added to Xarelto's label in September, 2015. Defendants expressly incorporate their prior Joint Motions *in Limine* Nos. 7 and 8 filed in *Boudreaux* and *Orr* regarding the recall of the IN Ratio device (Docs. 5940, attached hereto as Exhibit A without exhibits, 6535, attached hereto as Exhibit B) and the U.S. subgroup data (Docs. 5935, attached hereto as Exhibit C without exhibits, 6535, attached hereto as Exhibit B).[1]

As set forth more fully in the accompanying memorandum, this evidence is irrelevant and prejudicial in this case for multiple reasons. Unlike the plaintiffs in the first two bellwether trials, who used Xarelto to treat AFib, Plaintiff Dora Mingo

---

[1] In *Boudreaux*, the Court reserved its rulings on Motions *in Limine* Nos. 7 and 8, for trial. Ex. D, April 18, 2017 Order and Reasons at 7–9. In *Orr*, the parties stipulated that all motions *in limine* and related documents filed in *Boudreaux* were considered filed in *Orr*, including Defendants' Motions *in Limine* Nos. 7 and 8, and that the Court's April 18, 2017 Order and Reasons would apply at trial. *See* Ex. B.

used Xarelto to treat a different condition, deep vein thrombosis ("DVT"), which she developed after the anticoagulation therapy that she was using (Lovenox and aspirin) following her hip replacement surgery failed. The clinical trial that supported FDA's approval of Xarelto's DVT indication is known as EINSTEIN. As a result, any evidence or argument that the later recall of the INRatio device by its manufacturer or the U.S. subgroup data from ROCKET AF should have been included in the label is not relevant to Plaintiff Mingo's claims here involving DVT. (That is particularly true in light of the fact that Plaintiffs are no longer pursuing a failure-to-warn/instruct claim on either of these bases. *See* Defs.' Labeling Preemption MSJ Reply Br.) Moreover, Ms. Mingo's prescribing physician testified that additional information regarding the U.S. subgroup data from the ROCKET AF trial would not have changed his decision to prescribe Xarelto to treat Ms. Mingo's DVT. Any evidence or argument of an alleged failure to include information about ROCKET AF in the Xarelto label also would be misleading, cause juror confusion and waste time. Accordingly, Defendants' motion should be granted.

Respectfully submitted,

BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.
BY: /s/ *Richard E. Sarver*
Richard E. Sarver
Celeste R. Coco-Ewing
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
rsarver@barrassousdin.com
ccoco-ewing@barrassousdin.com


DRINKER BIDDLE & REATH LLP

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
By: */s/ Lyn P. Pruitt*
Lyn P. Pruitt
Adria W. Conklin
Benjamin D. Brenner
Mary Catherine Way
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
425 West Capitol Ave., Suite 1800
Little Rock, AR 72201
Telephone: (501) 688-8800
lpruitt@mwlaw.com
aconklin@mwlaw.com
bbrenner@mwlaw.com
mway@mwlaw.com

2

Xarelto (Mingo) - MIL Smart worst in class COVR Motion

By: /s/ *Susan M. Sharko*
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Rodney M. Hudson
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Rodney.hudson@dbr.com

WATKINS & EAGER PLLC

By: /s/ *Walter T. Johnson*
Walter T. Johnson
WATKINS & EAGER PLLC
The Emporium Building
400 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 965-1846
wjohnson@watkinseager.com

3

Xarelto (Mingo) - MIL Smart worst in class COVR Motion

Chanda A. Miller
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2500
Chanda.Miller@dbr.com


IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC*

ARNOLD & PORTER KAYE SCHOLER LLP

By:  /s/ *William Hoffman*
William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com


BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ *Lindsey C Boney IV*
Kevin C. Newsom
Lindsey C. Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
knewsom@bradley.com


CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer Health Care Pharmaceuticals Inc. and Bayer Pharma AG*

4

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on July 17, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                */s/ James B. Irwin*
                                **James B. Irwin**