UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L |
| This document relates to: *Paul B. Holbrook v. Janssen Research & Development LLC, et al.*, 2:17-cv-5506 | ) ) JUDGE FALLON ) MAG. JUDGE NORTH ) |

**MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF'S FACT SHEET IN COMPLIANCE WITH PRE-TRIAL ORDER NO. 13**

NOW COMES, Plaintiff Paul B. Holbrook, by and through the undersigned counsel of record, and respectfully moves the Honorable Court for an extension of time within which to submit Plaintiff's Fact Sheet, on the basis of the arguments presented in the Memorandum in Support included with this Motion.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant this request and enter an Order granting the extension of time herein requested, within which to submit Plaintiff's Fact Sheet.

Dated: July 18, 2017

Respectfully submitted,

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, David B. Owen Jiménez, certify that on July 18, 2017, I electronically filed the forgoing document with the clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: July 18, 2017

Respectfully submitted,

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com