UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L |
| This document relates to: *Paul B. Holbrook v. Janssen Research & Development LLC, et al.*, 2:17-cv-5506 | ) ) JUDGE FALLON ) MAG. JUDGE NORTH ) |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET IN COMPLIANCE WITH PTO-13**

NOW COMES, Plaintiff Paul B. Holbrook, by and through the undersigned counsel of record, and respectfully requests that, on the basis of the facts stated below, the Honorable Court grants an extension of thirty (30) within which to submit the Plaintiff Fact Sheet in compliance with Pre-Trial Order No. 13.

**I.      FACTUAL BACKGROUND**

After filing the complaint in this case, and performing service of process on Defendants, Plaintiff's counsel started communicating with Plaintiff in order to get him to review and hand sign the Plaintiff Fact Sheet, and the corresponding Authorization Forms; this, for the purpose of submitting on time a Plaintiff Fact Sheet that was in compliance with the requirements stated by the Court in Pre-Trial Order No. 13. The Plaintiff Fact Sheet and the Authorization Forms were sent to Plaintiff through Priority Mail with USPS Tracking. Delivery of the Priority Mail envelope in the address that Plaintiff provided has been confirmed.

Plaintiff's counsel made several attempts, including phone calls and written communications, to obtain a response from Plaintiff regarding the review and signature of the Plaintiff Fact Sheet for proper and timely submission through MDL Centrality. See **Exhibit A**,

*Unsworn Statement Under Penalty of Perjury*. However, we were not able to get from Plaintiff the hand-signed forms. Therefore, in protection of Plaintiff's interests, we proceeded to submit the Plaintiff Fact Sheet.

After submitting the Plaintiff Fact Sheet through MDL Centrality, we have received several deficiency notices related to the execution of the verification page of said document. The only way to cure said deficiency is to obtain Plaintiff's hand-written signature. This requires Plaintiff to respond to our multiple requests that he signs the Plaintiff Fact Sheet and the corresponding Authorization Forms.

Therefore, we are respectfully requesting this Honorable Court to provide Plaintiff with an extension of time within which to submit a verified Plaintiff Fact Sheet.

## II. LEGAL FRAMEWORK

On June 22, 2015, this Honorable Court amended Pre-Trial Order No. 13 regarding Plaintiff Fact Sheets, and provided specifically for the extension of deadlines to complete and submit said fact sheets. *See* PTO 13(A). The Court can grant such extensions upon showing of good cause and no prejudice to the other party. *Id*.

In this case, good cause has been shown for not been able to submit yet a verified Plaintiff Fact Sheet. Because of the almost identical nature of Plaintiff's claims and the claims of thousands of other plaintiffs in this MDL, no prejudice will be caused to Defendants if the extension of time requested is granted.

## III. CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that this Honorable Court grant an extension of thirty (30) days, from the entry of the corresponding Order, to submit the Plaintiff Fact Sheet in accordance with Pre-Trial Order No. 13. No undue prejudice will be caused to any

party in this action by granting the extension requested. Furthermore, Plaintiff should not be deprived of his day in Court for an issue of form.

Dated: July 18, 2017.                                    Respectfully submitted,

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, David B. Owen Jiménez, certify that on July 18, 2017, I electronically filed the forgoing document with the clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: July 18, 2017.                                    Respectfully submitted,

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com