UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L |
| This document relates to: *Paul B. Holbrook v. Janssen Research & Development LLC, et al.*, 2:17-cv-5506 | ) ) JUDGE FALLON ) MAG. JUDGE NORTH ) |

## **ORDER**

THIS MATTER, having come before the Court, is Plaintiff's *Motion for Extension of Time to Submit Plaintiff Fact Sheet in Compliance with Pre-Trial Order No. 13*. Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS ORDERED that the Motion for Extension of Time filed by the above-listed Plaintiff is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of Plaintiff's Fact Sheet as set forth in Pretrial Order No. 13.

New Orleans, Louisiana this _____ day of _____, 2017.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge