UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br> *Paul B. Holbrook v. Janssen Research & Development LLC, et al.*, 2:17-cv-5506 | ) <br> ) MDL NO. 2592 <br> ) <br> ) SECTION: L <br> ) <br> ) JUDGE FALLON <br> ) MAG. JUDGE NORTH <br> ) |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that on August 2nd, 2017, the appearing Plaintiff's *Motion for Extension of Time to Submit Plaintiff Fact Sheet in Compliance with Pre-Trial Order No.* 13, will be presented to the Court for ruling without the necessity of an oral hearing.

Dated: July 18, 2017

Respectfully submitted,

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

*Counsel for Plaintiff*