UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Paul B. Holbrook v. Janssen Research & Development LLC, et al.*, 2:17-cv-5506 | ) MDL NO. 2592<br>)<br>) SECTION: L<br>)<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>) |

## UNSWORN STATEMENT UNDER PENALTY OF PERJURY, 28 U.S.C. § 1746

I, Karla M. Burgos, in my capacity as Case Manager at The Law Office of Christopher K. Johnston, solemnly declare that:

1. The Law Office of Christopher K. Johnston was provided the following contact information by client Paul B. Holbrook: 812 KY Rte. 1107, Van Lear, KY 41265; 606-367-1917; jihh1959@me.com. No other information was initially provided.

2. The Plaintiff Fact Sheet, and the corresponding Authorization Forms, were sent to client for review and signature on June 23, 2017, through Priority Mail with USPS Tracking. Delivery of the Priority Mail envelope in the mailing address that Plaintiff provided has been confirmed.

3. We attempted to reach the client by phone on: July 14, 2017, from this conversation the claimant was responsive and agreed to mail back the required documents to our law firm before the due date to MDL Centrality.

4. We also sent written communications, both via letter on, June 23, 2017, and to his personal email address on July 13, 2017. In those communications, we explained to the client his obligation to provide a hand-signed Plaintiff Fact Sheet, and the consequences of not

providing it in compliance with the Court's orders. None of the written communications were returned undelivered.

5. To date, we have not received the Plaintiff Fact Sheet and the Authorization Forms that were sent to the client.

I declare under penalty of perjury that the foregoing is true and correct.

In San Juan, Puerto Rico, this 18th day of July 2017.

_____
Karla M. Burgos
Case Manager
The Law Office of Christopher K. Johnston