UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL 2592 ) ) SECTION L ) ) JUDGE ELDON E. FALLON |
| Dora Mingo v. Janssen, et al. Case No. 2:15-cv-03469 | ) ) MAG. JUDGE NORTH ) |

## JOINT STIPULATION ON ISSUES NOT REQUIRING MOTIONS IN LIMINE

NOW INTO COURT, through undersigned counsel, come Plaintiff Dora Mingo and Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC, (collectively "Parties"), who desire to narrow the issues for trial and hereby jointly state and stipulate as follows:

I.

The Parties stipulate that no party will make any reference to verdicts in other lawsuits.

II.

The Parties further stipulate that no party will make any reference to the financial status, resources, means of travel, hotel accommodations, or other cases or businesses or specializations of any counsel.

III.

The Parties further stipulate that no party will make any reference to the number of law firms or lawyers involved in this case or to the location of the lawyers' offices.

IV.

The Parties further stipulate that no party will present any evidence or argument about Plaintiff's fee agreement, or who is responsible for or paying Plaintiff's litigation expenses.

V.

The Parties further stipulate that no party will present any evidence or argument about insurance coverage.

VI.

The Parties further stipulate that no party will argue that the jury should "step into the Plaintiff's shoes" or otherwise put themselves in Plaintiffs' position.

VII.

The Parties further stipulate that no party will present any evidence or argument about marketing on   pharmacy receipts.

VIII.

The parties further stipulate that no party will present any evidence or argument about Mass Torts Made Perfect, the American Association for Justice, The Reptile, the Jerry Spence Trial College, or any other books, seminars or educational materials for Plaintiff's attorneys.

IX.

The parties further stipulate that no party will present any evidence or argument that any recovery for Plaintiff: (1) may be subject to interest; (2) may be enhanced by operation of law; or (3) may be duplicative of insurance or other benefit payments.

X.

The parties further stipulate that no party will present any evidence or argument referring to either the incarceration of the Plaintiff's son Julien Mingo, or to the nature of the criminal charges resulting in his incarceration.

XI.

Except as specified above, the Parties reserve all rights and defenses.

Dated: July 18, 2017

Respectfully submitted,

BEASLEY ALLEN

By:  /s/ Andy D. Birchfield, Jr.
ANDY D. BIRCHFIELD, JR.
Beasley Allen
218 Commerce Street
Montgomery, AL  36104
abirchfield@beasleyallen.com

*Counsel for Dora Mingo*

HERMAN, HERMAN & KATZ, LLC

By: /s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

GAINSBURGH BENJAMIN DAVID MEUNIER &WARSHAUER, LLC
By: /s/ Gerald E. Meunier
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

| | |
|---|---|
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C. |
| By: /s/ *Richard E. Sarver*<br>Richard E. Sarver<br>Celeste R. Coco-Ewing<br>BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.<br>909 Poydras Street, 24th Floor<br>New Orleans, Louisiana 70112<br>Telephone: (504) 589-9700<br>rsarver@barrassousdin.com<br>ccoco-ewing@barrassousdin.com | By: /s/ *Lyn P. Pruitt*<br>Lyn P. Pruitt<br>Adria W. Conklin<br>Benjamin D. Brenner<br>Mary Catherine Way<br>MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.<br>425 West Capitol Ave., Suite 1800<br>Little Rock, AR 72201<br>Telephone: (501) 688-8800<br>lpruitt@mwlaw.com<br>aconklin@mwlaw.com<br>bbrenner@mwlaw.com<br>mway@mwlaw.com |
| DRINKER BIDDLE & REATH LLP | WATKINS & EAGER PLLC |
| By: /s/ *Susan M. Sharko*<br>Susan M. Sharko<br>DRINKER BIDDLE & REATH LLP<br>600 Campus Drive<br>Florham Park, NJ 07932-1047<br>Telephone: (973) 549-7000<br>susan.sharko@dbr.com | By: /s/ *Walter T. Johnson*<br>Walter T. Johnson<br>WATKINS & EAGER PLLC<br>The Emporium Building<br>400 East Capitol Street<br>Jackson, Mississippi 39201<br>Telephone: (601) 965-1846<br>wjohnson@watkinseager.com |
| Rodney M. Hudson<br>DRINKER BIDDLE & REATH LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br>Telephone: (415) 591-7500<br>Rodney.hudson@dbr.com | ARNOLD & PORTER KAYE SCHOLER LLP |
| Chanda A. Miller<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103-6996<br>Telephone: (215) 988-2500<br>Chanda.Miller@dbr.com | By: /s/ *William Hoffman*<br>William Hoffman<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>william.hoffman@apks.com |
| IRWIN FRITCHIE URQUHART & MOORE LLC | Andrew K. Solow<br>Steven Glickstein |
| By: /s/ *James B. Irwin*<br>James B. Irwin<br>Kim E. Moore<br>IRWIN FRITCHIE URQUHART & MOORE LLC<br>400 Poydras Street, Suite 2700 | ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8485 |


New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC*

andrew.solow@apks.com
steven.glickstein@apks.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Lindsey C Boney IV*
Kevin C. Newsom
Lindsey C. Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
knewsom@bradley.com


CHAFFE MCCALL L.L.P.

By: */s/ John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*