**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

*************************************************

**THIS DOCUMENT RELATES TO:**
 *Boudreaux, Jr., et al. v. Janssen et al.* (Case No. 2:14-cv-02720)
 *Orr, et al. v. Bayer Corp., et al.* (Case No. 2:15-cv-03708)

## ORDER

 Pending before the Court are two motions for new trial filed by Plaintiffs in the first two Xarelto bellwether trials: *Boudreaux, Jr., et al. v. Janssen et al.* and *Orr, et al. v. Bayer Corp., et al.* Rec. Docs. 6818 & 7047. A hearing is currently set for the *Boudreaux* motion on July 21, 2017, and submission date for the *Orr* motion is on August 9, 2017. Both motions share similar arguments and facts. Accordingly,

 **IT IS ORDERED** that the hearing will be **CONTINUED** to September 13, 2017 at 9:30 a.m. The Court will hear arguments on both motions on that day.

 New Orleans, Louisiana, this 14th day of July, 2017.

 _____
 ELDON E. FALLON
 United States District Judge