UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| | JURY TRIAL DEMANDED |

**THIS DOCUMENT RELATES TO:**
**Mary Morgan**
**Civil Action No. 2:17-cv-06080**

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff files her notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. Plaintiff is Mary Morgan defendants are Janssen Research & Development LLC, Janssen Pharmaceuticals Inc., Janssen Ortho LLC, Johnson & Johnson Company, Bayer Healthcare Pharmaceuticals, Bayer Healthcare LLC, Bayer Corporation, Bayer Pharma AG and Bayer HealthCare AG

2. On 6/23/2017 plaintiff sued defendant.

3. Defendants have been served with process and have not served an answer or a motion for summary judgment.

4. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

8. This dismissal is without prejudice.

Dated: July 19, 2017            Respectfully submitted,

By: /s/ *Derek H. Potts*
Derek H. Potts
The Potts Law Firm
3737 Buffalo Speedway
Suite 1900
Houston, TX 77098
(713) 963-8881
DPotts@potts-law.com
Counsel for Plaintiffs

## **CERTIFICATION BY COUNSEL**

I hereby certify that this Notice of Dismissal has been filed less than thirty days from the date the case was docketed in the MDL and that no individual answer has been filed by any Defendant in the matter.

I hereby certify that I have complied with the filing fee payment provisions of PTO No. 11B (Rec. Doc. 1117) and that all filing fees which are due have been paid.

Dated: July 19, 2017                                                                            Respectfully submitted,

                                                                            By: /s/ *Derek H. Potts*
                                                                             Derek H. Potts

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, a copy of the foregoing Notice of Dismissal has contemporaneously been served on all parties of their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: July 19, 2017                                   Respectfully submitted,

By: /s/ *Derek H. Potts*
Derek H. Potts
The Potts Law Firm
3737 Buffalo Speedway
Suite 1900
Houston, TX 77098
(713) 963-8881
DPotts@potts-law.com
Counsel for Plaintiffs