UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:** *Bettie Bunch v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* No. 2:15-cv-03027<br><br>**No. 2:17-cv-00603** | **MDL No. 2592**<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

**NOTICE OF DEATH OF PLAINTIFF**

COME NOW Counsel for Plaintiff Bettie Bunch, and hereby notify the Court and the parties of the death of Plaintiff Bettie Bunch. A copy of Mrs. Bunch's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1.

Respectfully submitted,                    Dated: July 19, 2017

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**Attorneys for Plaintiff**

**Certificate of Service**

The undersigned hereby certifies the foregoing was filed with the Court on July 19, 2017 through the Court's CM/ECF system which will serve all counsel of record.

/s/ John S. Steward

1