# STATE OF NORTH CAROLINA
## WAYNE COUNTY
### OFFICE OF REGISTER OF DEEDS

**CERTIFICATION OF VITAL RECORD**

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
**CERTIFICATE OF DEATH**

BOOK 103 PAGE 0196

REGISTRATION DISTRICT NO. 096.90   LOCAL NO.   COUNTY OF DEATH: Wayne   STATE FILE NO.

**DECEDENT'S LEGAL NAME**
- 1a. FIRST: Bettie
- 1b. MIDDLE: Francis
- 1c. LAST: Bunch
- 1e. LAST NAME PRIOR TO FIRST MARRIAGE: Hargrove

- 2. SEX: F
- 3a. AGE-LAST BIRTHDAY (Yrs): 62
- 4. DATE OF BIRTH: 1954
- 5. BIRTHPLACE: Wayne, NC
- 6. DATE OF DEATH: October 20, 2016

**PLACE OF DEATH:** Inpatient
- 7c. FACILITY NAME: Wayne UNC Health Care
- 7d. CITY OR TOWN: Goldsboro
- 7e. COUNTY OF DEATH: Wayne

- 8. MARITAL STATUS: Married, but separated
- 9. SURVIVING SPOUSE: Ricky S. Bunch
- 10a. DECEDENT'S USUAL OCCUPATION: Cook
- 10b. KIND OF BUSINESS/INDUSTRY: Restaurant

- 11. SOCIAL SECURITY NUMBER:
- 12a. RESIDENCE-STATE: NC
- 12b. COUNTY: Wayne
- 12c. CITY OR TOWN: Mount Olive
- 12f. ZIP CODE: 28365

- 14. DECEDENT'S EDUCATION: Some college credit, but no degree
- 15. DECEDENT OF HISPANIC ORIGIN: No, not Spanish/Hispanic/Latino
- 16. DECEDENT'S RACE: Black or African American

- 17. FATHER'S NAME: James Miller Hargrove
- 18. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Alma Mae Boyette

- 19a. INFORMANT'S NAME: Ricky S. Bunch
- 19b. RELATIONSHIP TO DECEDENT: Husband
- 19c. MAILING ADDRESS: NC 27516

- 20a. METHOD OF DISPOSITION: Burial
- 20b. PLACE OF DISPOSITION: Eastern Carolina State Veterans Cemetery
- 20c. LOCATION: Goldsboro, NC

- 21a. SIGNATURE OF FUNERAL DIRECTOR
- 21b. LICENSE NUMBER: 3982
- 21c. NAME OF EMBALMER: Derrick R. Platt
- 21d. LICENSE NUMBER: 2107

- 22. NAME AND ADDRESS OF FUNERAL HOME: J. B. Rhodes Funeral Home & Cremations, Inc., 1701 Wayne Memorial Dr., Goldsboro, NC 27534

**23. CAUSE OF DEATH**
- IMMEDIATE CAUSE: Cardiogenic Shock — 1 day
- b. Myocardial infarction — 1 day
- c. Coronary artery disease — yrs

PART II. Other significant conditions: Cardiopulmonary arrest/cardiomyopathy

- 24a. AUTOPSY PERFORMED: No
- 25. MANNER OF DEATH: Natural
- 26a. CASE REFERRED TO MEDICAL EXAMINER: No
- 28. DID TOBACCO USE CONTRIBUTE TO DEATH: Unknown

- 32. CERTIFIER: Certifying physician
- 33b. LICENSE NUMBER: 93[0]026 (approx)
- 33c. DATE SIGNED: 10/25/16
- 33d. NAME AND ADDRESS OF CERTIFIER: Philip Brown 2609 Medical Office, Goldsboro NC 27534

- 35. DATE FILED: OCT 26 2016

---

Volume 103   Page 196

This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

**Judy Harrison**
Register of Deeds
Wayne County

Witness my hand and official seal
this the 21 day of March, 2017   By: _Marion Pridgen_
Deputy/Assistant Register of Deeds

Any alterations or erasure voids this certificate. Do not accept unless on security paper with Register of Deeds seal clearly embossed in left corner.

