UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:**<br><br>*Bettie Bunch v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* No. 2:15-cv-03027<br><br>**No. 2:17-cv-00603** | **MDL No. 2592**<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

**REQUEST FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET**

COME NOW Counsel for Plaintiff Bettie Bunch, based on the death of Plaintiff Bettie Bunch, hereby request an extension of time, up to **October 31, 2017** to submit the Plaintiff Fact Sheet, and for such further relief as the Court deems just. Plaintiff's counsel is in the process of arranging for the opening of an estate for Plaintiff and having a personal representative appointed, who will then request to be substituted for Plaintiff in this action. Plaintiff's counsel has submitted herewith a proposed order.

Respectfully submitted,                               Dated: July 19, 2017

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**Attorneys for Plaintiff**

1

## **Certificate of Service**

The undersigned hereby certifies the foregoing was filed with the Court on July 19, 2017 through the Court's CM/ECF system which will serve all counsel of record.

/s/ John S. Steward