UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

IN RE: XARELTO (RIVAROXABAN)  　　　　MDL No. 2592
PRODUCTS LIABILITY LITIGATION

　　　　SECTION L

　　　　JUDGE ELDON FALLON

---

ROBERT GAMBLE

　　　　Plaintiff

v.

JANSSEN RESEARCH & DEVELOPMENT
LLC f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT LLC; JANSSEN ORTHO LLC;
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.; BAYER
HEALTHCARE PHARMACEUTICALS,
INC.; BAYER PHARMA AG; BAYER
CORPORATION; BAYER HEALTHCARE LLC;
BAYER HEALTHCARE AG; and BAYER AG,

　　　　Defendants
_____

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR SUBSTITUTION**
_____

THIS CAUSE having come to be heard on Plaintiff's Unopposed Motion for Substitution, and the Court being otherwise advised in the Premises, it is hereupon,

ORDERED AND ADJUDGED that said Motion be, and the same is hereby: GRANTED, the Plaintiff "KEITH GAMBLE, as personal representative of the estate of ROBERT GAMBLE, deceased" shall be substituted in place of "ROBERT GAMBLE".

DONE AND ORDERED in Chambers, at New Orleans, Louisiana, this __14th__ day of ___July___, 2017.

_____
Eldon E. Fallon
United States District Judge

Conformed Copies:

- James Irwin, Esq., Irwin Fritchie Urquhart & Moore, Texaco Center, 400 Poydras Street, Suite 2700, New Orleans, Louisiana 70130 jirwin@irwinllc.com;
- Susan Sharko, Esq., Drinker Biddle & Reath LLP, 500 Campus Drive, Florham Park, New Jersey 07932 susan.sharko@dbr.com;
- Steven Glickstein, Kaye Scholer LLP, 250 West 55th Street, New York, NY 10019 steven.glickstein@apks.com
- Adam M. Balkan, Esq., 1877 S. Federal Highway, Suite 100, Boca Raton, FL 33432 Adam@balkanpatterson.com; tiffany@balkanpatterson.com