UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

*STEPHEN SWAWOLA, SR. v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:16-cv-11663*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Darleen Empet, on behalf of the Estate of Stephen Swawola Sr., be substituted for Plaintiff Stephen Swawola Sr. in the above captioned cause.

New Orleans, Louisiana, this 14th day of July, 2017.

Hon. Eldon E. Fallon
United States District Judge