# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |

**THIS DOCUMENT RELATES TO:**
*Rodger L. Cook, et al. v. Janssen Research & Development, LLC, et al;*
*Case No.: 2:16-cv-17457- EEF-MBN*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any response thereto, find the motion meritorious. It is therefore ORDERED THAT: Plaintiff Nina Cook, as surviving spouse and personal representative of the estate of Rodger L. Cook, is substituted for Plaintiff Rodger L. Cook, in the above captioned cause.

New Orleans, Louisiana, this 14th day of July, 2017.

Hon. Eldon E. Fallon
United Stated District Judge