UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Dollie Mack vs. Janssen Research & Development LLC, et al.*

Civil Action No. 2:15-cv-05647-EEF-MBN

## ORDER

Upon consideration of Plaintiff's Motion to Substitute Proper Party,

IT IS ORDERED that Plaintiff Janice Warner, daughter of decedent, Dollie Mack, substitution as Plaintiff in this action is GRANTED.

Signed this ___14th___ day of _____July_____, 2017.

_____
UNITED STATES DISTRICT JUDGE

1