**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | **MDL NO. 2592** |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |
| | ) | |

**This Document relates to:**

*Jean Larie Simon and Lynette Simon, et al v. Janssen Research & Development, LLC, et al.,*

*Action No. 2:17-cv-04162*

## PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

      NOW INTO COURT, through undersigned counsel, come Plaintiffs Jean Larie Simon and Lynette Simon, as surviving heirs of Glenda Simon, deceased.  Plaintiffs respectfully move the Honorable Court for an extension of time within which to serve process on Defendant Bayer Pharma AG.  In support of this Motion, Plaintiffs submit their contemporaneously filed Memorandum in Support.

      Plaintiffs request that this Court exercise its discretion and enter an Order granting an extension of time within which to serve process.

Dated: July 20, 2017                 Respectfully submitted,

                                   By: */s/ Barrett Beasley*
                                   Barrett Beasley, Esq.
                                   LA Bar Roll No. 25984
                                   SALIM-BEASLEY, LLC
                                   1901 Texas Street
                                   Natchitoches, LA 71457
                                   Phone: (800) 491-1817

Facsimile: (318) 354-1227
bbeasley@salim-beasley.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order. No.17.

Dated: July 20, 2017                    */s/ Barrett Beasley*

Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com
Attorney for Plaintiffs