## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)   ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |

**This Document relates to:**

*Jean Larie Simon and Lynette Simon, et al v. Janssen Research & Development, LLC, et al., Action No. 2:17-cv-04162*

### <u>NOTICE OF SUBMISSION</u>

PLEASE TAKE NOTICE that Plaintiffs, Jean Larie Simon and Lynette Simon, as surviving heirs of Glenda Simon, deceased, by and through undersigned counsel, will present their Motion for an Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG for submission to Honorable Eldon E. Fallon for ruling on Wednesday, August 9, 2017.

Dated: July 20, 2017

Respectfully submitted,

By: */s/ Barrett Beasley*
Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order. No.17.

Dated: July 20, 2017

*/s/ Barrett Beasley*

Barrett Beasley, Esq.
LA Bar Roll No. 25984
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
bbeasley@salim-beasley.com
Attorney for Plaintiffs