# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |

**This Document relates to:**

*Jean Larie Simon and Lynette Simon, et al v. Janssen Research & Development, LLC, et al.,*

*Action No. 2:17-cv-04162*

## PROPOSED ORDER

IT IS ORDERED that the Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG filed by Plaintiffs', Jean Larie Simon and Lynette Simon, as surviving heirs of Glenda Simon, deceased, is hereby GRANTED, and that Plaintiffs shall have thirty (30) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this _____ day of _____ 2017.

 

 

_____
Hon. Eldon E. Fallon
United States District Judge