UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No: 2:17-cv-4612 |

THIS DOCUMENT RELATES TO:
Lisa Eileen Stowell o/b/o
Her deceased husband, James Stowell v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-4612

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND EXTENSION OF TIME TO SUBMIT SUPPORTING LEGAL DOCUMENTATION

NOW COMES INTO COURT, David B. Owen Jiménez for the Plaintiff and moves this

Honorable Court for an order substituting Lisa Eileen Stowell on behalf of her deceased husband,

James Stowell, for the following reasons:

I.      On May 3, 2017, James Stowell filed a Complaint in the above referenced matter.

II.     On July 7, 2017 James Stowell died, without his wife notifying his legal representatives.

III.    The decedents wife, Lisa Eileen Stowell, is the Proper Plaintiff and wishes to be substituted on behalf of James Stowell, in this case.

IV.     However, due to the proximity of James Stowell's death, who is the current Plaintiff of the instant case, his surviving spouse Lisa Eileen Stowell, who is the proposed party plaintiff is

still in the process of obtaining the required supporting legal documentation for her to pursue the ongoing claim.

**V.** Wherefore, the proposed party plaintiff, by and through the undersigned counsel of record, respectfully moves the Honorable Court for an extension of time within which to submit the required supporting legal documentation that will allow the proposed party plaintiff to pursue the ongoing claim.

Wherefore, movant prays for said substitution.

      Respectfully submitted this 20th day of July, 2017.


                    /s/ David B. Owen Jimenez
                    David B. Owen Jimenez
                    Puerto Rico Bar No. 19627
                    USDCPR No. 301113
                    LAW OFFICE OF
                    CHRISTOPHER K. JOHNSTON, LLC
                    1510 Ave. Fd Roosevelt, Ste. 6A1
                    Guaynabo, Puerto Rico 00968
                    Tel: (844) 345-3784
                    Fax: (844) 644-1230
                    david@masstortslaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of July, 2017 a true and correct copy of the foregoing

has been submitted to the Clerk of the Court for filing and electronic service via the Court's

CCM/ECF system on all counsel of record.

                    /s/ David B. Owen Jimenez
                    David B. Owen Jiménez (#301113)