UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) ) Civil Action No: 2:17-cv-4612 ) |

**STATEMENT NOTING A PARTY'S DEATH**

THIS DOCUMENT RELATES TO:
Lisa Eileen Stowell o/b/o
Her deceased husband, James Stowell v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-4612

In accordance with Federal Rule of Civil Procedure 25 (a), your undersigned, who represents Plaintiff Lisa Eileen Stowell, notes the death before pendency of this action of Plaintiff James Stowell on July 7, 2017.

/s/ David B. Owen Jimenez
David B. Owen Jimenez
Puerto Rico Bar No. 19627
USDCPR No. 301113
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. Fd Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 20th day of July, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ David B. Owen Jimenez
David B. Owen Jiménez (#301113)
