UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DALE STEIN and MARLENE STEIN, his wife, | ) CIVIL ACTION NO. MDL No. 2592 )<br>) Member case No..:  2:16-CV-13857 |
| Plaintiffs | ) ) |
| v. | ) ) |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, and JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG, AND BAYER AG, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**Motion for Extension of Time to Effectuate Service of Summons and Complaint on Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG**

AND NOW, COME the plaintiffs, Dale Stein and Marlene Stein, his wife, by and through their counsel, Rolf Louis Patberg Esquire and the law firm of Patberg Carmody and Ging and file the foregoing Motion for Reissuance of Summons as to Bayer defendants and, in support thereof, aver as follows:

1. Plaintiffs filed a Complaint alleging injuries from the use of Xarelto in the United States District Court for the Western District of Pennsylvania, No. 2:16-CV-0119 on July 26,

2016 against numerous defendants including Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG (hereinafter "Bayer defendants").

2. On July 26, 2016, a Summons and civil action was issued to each of the Bayer defendants. The Summons and Complaint, including a Waiver of Service, and Request for Waiver of Service, was sent via certified mail to the Bayer Defendants at 100 Bayer Road Pittsburgh, Pa. See Summons' attached hereto as Exhibit "1".

3. The Bayer defendants did not respond to the Summons, Notice of Lawsuit and Request to Waive Summons, despite Bayer HeathCare Pharmaceuticals, Inc. having accepted the certified mail delivery of the Notice of Lawsuit, Request to Waive Service of Summons, and Complaint. See Exhibit "2" attached hereto.

4. In response to a deficiency notice received through MDL Centrality, setting forth that the Bayer defendants not having been served, containing no reference to the Court's PTO No. 10 or 10B, on April 19, 2017, the plaintiffs attempted to serve the Bayer defendants with a second Notice of Lawsuit and Request to Waive Service of Summons, Waiver of the Service of Summons and Complaint. See Exhibit "3" attached hereto.

5. The United States Post Office returned the mailings to each of the Bayer defendants c/o Corporation Service Company as undeliverable.

6. On June 19, 2017 plaintiffs attempted to serve the Notice of Lawsuit and Request to Waive Service of Summons, Waiver of Service of Summons and Complaint on each of the Bayer defendants. See Exhibit "4" attached hereto. Specifically, with regard to service on Bayer Pharma AG, plaintiff attempted service via registered mail, return receipt requested at the address of general counsel, Muellerstrasse 178, 13353 Berlin, Germany. Plaintiff attempted

service on Bayer HealthCare Pharmaceuticals, Inc. at c/o Corporation Service Company, 2595 Interstate Drive, Suite 103 Harrisburg, Pa 17110.  See Exhibit "4" attached hereto.

7. Counsel for Bayer Pharma AG responded by correspondence of June 23, 2017 that it was refusing to accept service based upon the attempted service being untimely and referring the PTO No. 10..

8. With regard to service on Bayer HealthCare Pharmaceuticals, Inc., Plaintiffs did not receive proof of receipt of the aforementioned mailing or a Waiver of Service.

9. Plaintiffs hereby request under Fed. R. Civ. P. 4(m), a 60-day extension of time in which to effectuate service on the Bayer defendants in accordance with this Court's Pretrial Order No. 10.

10. Plaintiffs have made three attempts to effectuate service on the Bayer defendants and have acted diligently in attempting service.  Given that the Court's PTO No. 10 sets forth a 60 day time period for streamlined service on Bayer Pharma AG and Bayer HealthCare Pharmaceuticals, Inc. , which was extended by PTO 10B, of which Plaintiffs' counsel was not aware due to an oversight, plaintiffs seek leave for 60 days to serve Bayer Pharma AG and Bayer HealthCare Pharmaceuticals, Inc..

WHEREFORE, plaintiffs respectfully request that this Honorable Court grant the within Motion and permit an additional extension of time in which plaintiffs herein may serve the Summons and Complaint on the Bayer defendants.

RESPECTFULLY SUBMITTED:

PATBERG, CARMODY & GING

DATE: <u>July 25, 2016</u>　　　　　By:　　<u>/s/ Rolf Louis Patberg, Esquire</u>
　　　　　　　　　　　　　　　　　　　　　Rolf Louis Patberg, Esquire
　　　　　　　　　　　　　　　　　　　　　PA I.D. No.: 65185

　　　　　　　　　　　　　　　　　　　　　Patberg, Carmody & Ging
　　　　　　　　　　　　　　　　　　　　　Deutschtown Center
　　　　　　　　　　　　　　　　　　　　　801 Vinial Street – Third Floor
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15212
　　　　　　　　　　　　　　　　　　　　　(412) 232-3500

　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff.

**JURY TRIAL DEMANDED**

**ORDER OF COURT**

AND NOW, this ____ day of _____, 2017 it is hereby ordered and decreed that plaintiffs Dale Stein and Marlene Stein are granted an additional 60-day extension of time from the date of this Order in which to serve Bayer Pharma AG and Bayer Healthcare Pharmaceuticals Inc. with a Summons and Complaint.

_____
Honorable Eldon E. Fallon
United States District Judge