

# PATBERG LAW FIRM

1034 PERALTA STREET · PITTSBURGH, PA 15212

412.232.3500 · 1.800.471.6880 - TOLL FREE · 412.281.8656 - FAX

www.patberglawfirm.com

June 19, 2017

**Via Registered Mail, Return Receipt Requested**

Bayer Pharma AG
General Counsel
Muellerstrasse 178
13353 Berlin
Germany

> Re:   **Dale Stein and Marlene Stein, his wife, v. Janssen Research & Development, LLC, et al.**
> **No.:  16-1119**

Dear Ladies and Gentlemen:

Please be advised that this law firm represents Dale Stein and Marlene Stein, his wife, in the above-captioned matter filed in the United States District Court for the Western District of Pennsylvania.

In connection with the same, please find enclosed a Notice of Lawsuit and Request to Waive Service of Summons, two (2) Waivers of the Service of Summons, and a copy of the Complaint filed. Kindly forward these items to your attorney at once.

Pursuant to the Federal Rules of Civil Procedure, I am forwarding the enclosed items to you to advise that a lawsuit has been filed against you. If you agree to accept service of the Summons and Complaint, kindly sign the enclosed Waivers and return one (1) of them to me in the enclosed self-addressed, stamped envelope for filing with the Clerk of Courts and keep the other signed Waiver for your records.

Thank you for your attention in this regard.

Very truly yours,

Rolf Louis Patberg

RLP tlu

Enclosures



AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

~~Bayer AG~~
Law, Patents and Compliance

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

2 3. Juni 2017

| | |
|---|---|
| Dale Stein and Marlene Stein, his wife | ) |
| *Plaintiff* | ) |
| v. | ) |
| Janssen Research & Development, LLC, et al. | ) |
| *Defendant* | ) |

Civil Action No. ~~2:16-cv-0419~~    Bearbeitung:

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   Bayer Pharma AG, General Counsel, Muellerstrasse 178, 13353 Berlin, Germany

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within   60   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:       06/19/2017

/s/ Rolf Louis Patberg, Esquire
*Signature of the attorney or unrepresented party*

Rolf Louis Patberg, Esquire
*Printed name*

1034 Peralta Street
Pittsburgh, PA  15212

*Address*

rpatberg@patberglawfirm.com
*E-mail address*

412-232-3500
*Telephone number*

## VERIFICATION AFFIDAVIT

I verify that the statements made herein are true and correct to the best of my knowledge, information, and belief.

I understand that false statements herein are made subject to the penalties of 18 Pa. C.S., §4904, relating to unsworn falsifications to authorities.

Dale Stein

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| Dale Stein and Marlene Stein, his wife | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   2:16-cv-01119 |
| Janssen Research & Development, LLC, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Rolf Louis Patberg, Esq.
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____06/19/2017_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____Bayer Pharma AG_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| Dale Stein and Marlene Stein, his wife | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   2:16-cv-01119 |
| Janssen Research & Development, LLC, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Rolf Louis Patberg, Esq.

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from         06/19/2017        , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

Bayer Pharma AG
_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.



## PATBERG LAW FIRM

### 1034 PERALTA STREET · PITTSBURGH, PA 15212
### 412.232.3500 · 1.800.471.6880 · TOLL FREE · 412.281.8656 · FAX
www.patberglawfirm.com

June 19, 2017

**Via Certified U.S. Mail**
Bayer Healthcare Pharmaceuticals, Inc.
C/o Corporation Service Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110

> **Re:   Dale Stein and Marlene Stein, his wife, v. Janssen Research & Development, LLC, et al.**
> **No.: 16-1119**

Dear Ladies and Gentlemen:

Please be advised that this law firm represents Dale Stein and Marlene Stein, his wife, in the above-captioned matter filed in the United States District Court for the Western District of Pennsylvania.

In connection with the same, please find enclosed a Notice of Lawsuit and Request to Waive Service of Summons, two (2) Waivers of the Service of Summons, and a copy of the Complaint filed. Kindly forward these items to your attorney at once.

Pursuant to the Federal Rules of Civil Procedure, I am forwarding the enclosed items to you to advise that a lawsuit has been filed against you. If you agree to accept service of the Summons and Complaint, kindly sign the enclosed Waivers and return one (1) of them to me in the enclosed self-addressed, stamped envelope for filing with the Clerk of Courts and keep the other signed Waiver for your records.

Thank you for your attention in this regard.

Very truly yours,

Rolf Louis Patberg

RLP tlu

Enclosures

## ORDER OF COURT

AND NOW, this _____ day of _____, 2017 it is hereby ordered and

decreed that plaintiffs Dale Stein and Marlene Stein are granted an additional 60-day extension

of time in which to serve Bayer Pharma AG and Bayer Healthcare Pharmaceuticals Inc. with a

Summons and Complaint from the date of this Order and shall comply with this Courts PTO No.

10.

_____

Honorable Eldon E. Fallon
United States District Judge