UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE; XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *CATHE C. HENDERSON as Personal Representative of the Estate of Rezaaiyan Ruhangiz v. Janssen Research & Development, LLC et. al* **Civil Action No. 2:17-cv-03942** | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## MOTION TO CORRECT MISNOMER OF PLAINTIFF

Plaintiff moves to correct misnomer. Plaintiff Cathe C. Henderson as Personal Representative of the Estate Rezaaiyan Ruhangiz was incorrectly listed as Plaintiff in the above-captioned cause. The first and last names of Plaintiff decedent were inadvertently transposed. Plaintiff moves for an order correcting misnomer and for leave to file an Amended Complaint naming Cathe C. Henderson as Personal Representative of the Estate of Ruhangiz Rezaaiyan as Plaintiff.

WHEREFORE, for the foregoing reasons, Counsel for Plaintiff requests that an order of correction of misnomer and leave to file an Amended Complaint naming Cathe C. Henderson as Personal Representative of the Estate of Ruhangiz Rezaaiyan be entered.

Respectfully submitted, this the 21st day of July 2017.

BY: /s/ James R. Faucher
James R. Faucher, NC Bar No. 31514
jfaucher@bbflaw.com
*Attorney for Plaintiff*

-1-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: July 21, 2017

/s/ James R. Faucher
James R. Faucher, NC Bar No. 31514
jfaucher@bbflaw.com
*Attorney for Plaintiff*

FOR THE FIRM:

**BROWN, FAUCHER, PERALDO, & BENSON, PLLC**
822 N. Elm St., Suite 200
Greensboro, North Carolina 27401
Telephone:   (336) 478-6000
Facsimile:   (336) 273-5597