## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE; XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *CATHE C. HENDERSON as Personal Representative of the Estate of Ruhangiz Rezaaiyan v. Janssen Research & Development, LLC et. al* **Civil Action No. 2:17-cv-03942** | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

### ORDER

The Court, after considering the Plaintiff's Motion to Correct Misnomer of Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff is granted leave to file an Amended Complaint to correct misnomer and substitute Cathe C. Henderson as Personal Representative of the Estate of Ruhangiz Rezaaiyan, in the above captioned cause.

New Orleans, Louisiana this the ___ day of _____ 2017.

 

Hon. Eldon E. Fallon
United States District Court Judge

-1-