MINUTE ENTRY
FALLON, J.
JULY 21, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          MDL NO. 2592
     PRODUCTS LIABILITY LITIGATION

                                                                       SECTION: L

THIS DOCUMENT RELATES TO:          JUDGE FALLON
REF: 15-3469                                   MAGISTRATE JUDGE NORTH

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:  Gerald Meunier, Esq. and Fred Longer Esq. for Plaintiffs
                 Richard Sarver, Esq., and Rodney Hudson, Esq., for Janssen Defendants
                 Wayne Drinkwater, Esq. for Bayer Defendants

1. Motion of Defendants Janssen Research & Development, LLC, Janssen Pharmaceuticals, Inc. and Janssen Ortho LLC, for Partial Summary Judgment on Punitive Damages   (6739)

After argument –  Motion was taken under submission

2. Motion of Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc. and Janssen Research & Development LLC, for Partial Summary Judgment Based on the Learned-Intermediary Doctrine    (6742)

After argument – Motion was taken under submission

3. Motion of Defendants Bayer Pharma AG, Bayer HealthCare Pharmaceuticals Inc. and the four named "Non-Litigating Bayer Defendants" - e Bayer AG, Bayer HealthCare AG, Bayer Corporation and Bayer Healthcare, LLC, for Partial Summary Judgment on Plaintiff's Punitive-Damages Demands    (6758)

After argument - Motion was taken under submission

JS10:   1:13