UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2592 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Dora Mingo v. Janssen, et al.* **(Rec. Doc. 6746)**

## ORDER

Before the Court is Defendants' motion for partial summary judgment on all claims that fall outside of the Mississippi Products Liability Act ("MPLA"), Miss. Code Ann. § 11-1-63, which provides the exclusive basis for relief in a product-liability case governed by Mississippi law.  Plaintiff represents that she only intends to assert MPLA claims for inadequate instructions and defective design.  *See* Rec. Doc. 6998 at 1.  Accordingly, Defendants' motion (Rec. Doc. 6746) is hereby **DISMISSED AS MOOT**.

New Orleans, Louisiana, on this 21st day of July, 2017.

ELDON E. FALLON
United States District Judge