UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*VICTOR PRICE v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:15-cv-04765-EEF-MBN**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, Victor Price, by and through the undersigned counsel of record, moves this Court for an Order substituting Linda Price on behalf of decedent Victor Price. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. Victor Price filed a products liability action against Defendants on September 14, 2015, as part of a joint complaint, Civil Action No.: 2:15-cv-04398. On December 15, 2015, the Court entered an Order severing this action from the joint complaint. Plaintiff filed a Short Form Complaint on September 25, 2015, and was assigned Civil Action No.: 2:15-cv-04765.

2. Victor Price died on May 4, 2017.

3. Plaintiff filed a Suggestion of Death on July 7, 2017.

4. Linda Price, surviving spouse of Victor Price, is a proper party to substitute for plaintiff-decedent Victor Price and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

WHEREFORE, Linda Price, respectfully requests that she be substituted as Plaintiff in this cause of action.

Dated: July 25th, 2017          Respectfully submitted,

                                             **WATTS GUERRA LLP**
                                             */s/ Ryan L. Thompson*
                                             Ryan L. Thompson
                                             TX State Bar No. 24046969
                                             5726 W. Hausman Rd., Suite 119
                                             San Antonio, TX 78249
                                             rthompson@wattsguerra.com
                                             (210) 448-0500
                                             (210) 448-0501 (Fax)

                                             *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on July 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                             */s/ Ryan L. Thompson*
                                             Ryan L. Thompson