UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION:  L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No:  2:17-cv-4119 |

THIS DOCUMENT RELATES TO:
DENISE M. HANCE o/b/o
Her deceased husband, William J. Hance v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-4119

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Joel A. Figueroa-Rivera for the Plaintiff and moves this

Honorable Court for an order substituting Denise M. Hance on behalf of her deceased husband,

William J. Hance, for the following reasons:

**I.** On April 27, 2017 William J. Hance filed a Complaint in the above referenced matter.

**II.** On December 29, 2017 William J. Hance died, without his wife notifying his legal

representatives.

**III.** The decedent's wife, Denise M. Hance, is the Proper Plaintiff and wishes to be

substituted on behalf of William J. Hance, in this case.

**Wherefore**, movant prays for said substitution.

Respectfully submitted this 25 day of July, 2017.

1

/s/ Joel A. Figueroa-Rivera
Joel A. Figueroa-Rivera
Puerto Rico Bar No. 20132
USDCPR No. 302803
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644- 1230
joel@masstortslaw.com

/s/ Christopher K. Johnston
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF
CHRISTOPHER K. JOHSTON, LLC
1510 Ave. F.D. Roosevelt, Ste 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644- 1230
kyle@masstortslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25 day of July, 2017 a true and correct copy of the foregoing

has been submitted to the Clerk of the Court for filing and electronic service via the Court's

CCM/ECF system on all counsel of record.

/s/ Joel A. Figueroa-Rivera
Joel A. Figueroa-Rivera (#302803)

2