UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) ) Civil Action No:  2:17-cv-4119 ) |
| THIS DOCUMENT RELATES TO: DENISE M. HANCE o/b/o Her deceased husband, William J. Hance v. JANSSEN PHARMACEUTICALS, INC., et al. | **STATEMENT NOTING A PARTY'S DEATH** |

No. 2:17-cv-4119

In accordance with Federal Rule of Civil Procedure 25 (a), your undersigned, who represents Plaintiff Denise M. Hance, notes the death before pendency of this action of Plaintiff William J. Hance on July 25, 2017.

/s/ Joel A. Figueroa-Rivera
Joel A. Figueroa-Rivera
Puerto Rico Bar No. 20132
USDCPR No. 302803
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644- 1230
joel@masstortslaw.com

/s/ Christopher K. Johnston
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF
CHRISTOPHER K. JOHSTON, LLC
1510 Ave. F.D. Roosevelt, Ste 6A1

Guaynabo, Puerto Rico 00968<br>
Tel: (844) 345-3784<br>
Fax: (844) 644- 1230<br>
kyle@masstortslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25 day of July, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ Joel A. Figueroa-Rivera<br>
Joel A. Figueroa-Rivera (#302803)