UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 )<br>) SECTION: L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>) Civil Action No: 2:17-cv-4119 ) |

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:
DENISE M. HANCE o/b/o
Her deceased husband, William J. Hance v.
JANSSEN PHARMACEUTICALS, INC., et al.

No. 2:17-cv-4119

## ORDER

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Denise M. Hance, on behalf of her deceased husband, William J. Hance, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ____ day of _____, 2017.

_____
Eldon K. Fallon, United States District Court Juge