

488 Kietzke Lane / Reno NV 89502
Phone: (775) 324-7425 / (775) 322-7022 / Fax: (775) 324-7422
E-Mail: printing@ricksaecrepro.com / Web Site: ricksaecrepro.com / accounting@ricksaecrepro.com

# Fax Transmittal

Date: July 20, 2017

No. of Pages: _____

To: Carlos de Valle

From: Denise M. Hance

Company: Johnston Law Group

Fax: 1-844-644-1230     Phone: 415-5297017

Re: Affidavit of Surviving Joint Tenant

Notes: _____

## AFFIDAVIT OF SURVIVING SPOUSE OR NEXT OF KIN

VENUE

__Nevada__ )
(State)  )
         )  SS:
__Washoe__ )
(County)

1. __Denise Marie Nance__, being duly sworn according to law, declare
(First, middle, last or maiden name)

that I reside at __865 Cordone Ave__, __Reno NV__ and that on
(Street address)            (City and state)

__12-29-2016__, __William John Hance Sr__, had permanent
(Mo., day, year of death)  (Name of deceased)

legal residence at __865 Cordone Ave Reno NV 89502__.
(Complete address of decedent)

I am the widow, child, father, mother, brother, sister, other __Widow__,
     (Circle appropriate relationship)            (Specify if other)

and as such am entitled to receive the decedent's estate under the laws of

__Nevada__
(Name of state in the United States where decedent last had legal permanent residence)

## NAME(S) OF SURVIVORS, IN ORDER OF KINSHIP

Please insert the names of living relatives in the following order of relationship: surviving spouse, children, father, and /or mother, brothers and/or sisters:

| Name | Date /Place of Birth | Address | Relationship |
|---|---|---|---|
| 1. Denise Hance | Missoula Montana 5-18-41 | 865 Cordone Ave Reno NV 89502 | Widow |
| 2. William John Hance Jr | Reno NV 09-04-65 | 185 10th St Elko NV 89801 | Son |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

_Denise M Hance_
(Signature of Affiant)

Subscribed and sworn (or affirmed) to before me by __Denise M. Hance__
(Typed name of affiant)

at __2265 Emerald View Ct.__ Reno NV 89523 on __July 20, 2017__
(Address of Notary of Public)      (Date)

PATRICIA C. MACK
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 94-3918-2 - Expires May 1, 2018

(Seal)

_Patricia C. Mack_
(Signature of Notary Public)

__Patricia C. Mack__
(Typed name of Notary Public)