UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Boudreaux v. Bayer Corp., et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:14-cv-02720 | * | |
| | * | MAGISTRATE JUDGE NORTH |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

**MOTION FOR LEAVE TO FILE
PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF
RULE 59 MOTION FOR A NEW TRIAL**

NOW COME Plaintiffs, who respectfully submit that on June 12, 2017, Plaintiffs filed their Rule 59 Motion for a New Trial [Rec. Doc. 6818]. On July 13, 2017, Defendants filed their Opposition to Plaintiffs' Rule 59 Motion for a New Trial [Rec. Doc. 7048]. Plaintiffs' now desire to file a Reply Memorandum in Support of Rule 59 Motion for a New Trial and requests leave of court to file same.

WHEREFORE mover prays that this motion be GRANTED and that the attached Plaintiffs' Reply Memorandum in Support of Rule 59 Motion for a New Trial be filed into the record.

Dated: July 25, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

>Gerald E. Meunier (Bar No. 9471)
>**GAINSBURGH BENJAMIN DAVID MEUNIER**
>**& WARSHAUER, LLC**
>2800 Energy Centre, 1100 Poydras Street
>New Orleans, LA 70163-2800
>Phone: (504) 522-2304
>Fax: (504) 528-9973
>Email: gmeunier@gainsben.com
>
>*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 25, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

>*/s/ Leonard A. Davis*
>**LEONARD A. DAVIS**