UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Boudreaux v. Bayer Corp., et al.* Case No. 2:14-cv-02720 | * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the Motion for Leave to File Plaintiffs' Reply Memorandum in Support of Rule 59 Motion for a New Trial;

IT IS ORDERED BY THE COURT that the motion be GRANTED and Plaintiffs' Reply Memorandum in Support of Rule 59 Motion for a New Trial be and is hereby filed into the record.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge