UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  XARELTO (RIVAROXABAN)   *          14-MD-2592
PRODUCTS LIABILITY LITIGATION   *
                                *          Section L
                                *
Relates to:  All Cases          *          March 23, 2017
                                *
* * * * * * * * * * * * * * * * *


ORAL ARGUMENT BEFORE
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE


Appearances:

For the Plaintiffs:            Levin Papantonio Thomas Mitchell
                                 Rafferty & Proctor, P.A.
                               BY:  BRIAN H. BARR, ESQ.
                               316 South Baylen Street, Suite 600
                               Pensacola, Florida 32502


For the Plaintiffs:            Levin Sedran & Berman
                               BY:  FREDERICK S. LONGER, ESQ.
                               510 Walnut Street, Suite 500
                               Philadelphia, Pennsylvania 19106


For the Plaintiffs:            Schlichter Bogard & Denton, LLP
                               BY:  ROGER DENTON, ESQ.
                               100 S. Fourth Street, Suite 1200
                               St. Louis, Missouri 63102


For the Plaintiffs:            The Lambert Firm
                               BY:  EMILY C. JEFFCOTT, ESQ.
                               701 Magazine Street
                               New Orleans, Louisiana 70130

Appearances:

| | |
|---|---|
| For the Defendants: | Irwin Fritchie Urquhart<br>  & Moore, LLC<br>BY:  JAMES B. IRWIN, ESQ.<br>400 Poydras Street, Suite 2700<br>New Orleans, Louisiana 70130 |
| For the Defendants: | Bradley Arant Boult Cummings, LLP<br>BY:  KEVIN C. NEWSOM, ESQ.<br>1819 5th Avenue N<br>Birmingham, Alabama 35203 |
| For the Defendants: | Drinker Biddle & Reath, LLP<br>BY:  RODNEY M. HUDSON, ESQ.<br>50 Fremont Street, 20th Floor<br>San Francisco, California 94105 |
| For the Defendants: | Drinker Biddle & Reath, LLP<br>BY:  SUSAN M. SHARKO, ESQ.<br>600 Campus Drive<br>Florham Park, New Jersey 07932 |
| For the Defendants: | Barrasso Usdin Kupperman<br>  Freeman & Sarver, LLC<br>BY:  RICHARD E. SARVER, ESQ.<br>909 Poydras Street, Suite 2400<br>New Orleans, Louisiana 70112 |
| Official Court Reporter: | Toni Doyle Tusa, CCR, FCRR<br>500 Poydras Street, Room B-275<br>New Orleans, Louisiana 70130<br>(504) 589-7778 |

Proceedings recorded by mechanical stenography using
computer-aided transcription software.

1  Yale, he spoke at Science Day.  He says very clearly in his
2  opinion, looking at the same data the Bayer and Janssen experts
3  are looking at, that Xarelto therapy should be discontinued
4  with a PT of greater than 20 seconds as measured with the
5  appropriate reagent, Neoplastin, at an appropriate time, to
6  avoid excessive risk of major bleeding.  So there is evidence
7  to support this.  It's not just our experts.
8              Next slide, please.  International labels say
9  this -- Bayer's labels, by the way:  Prothrombin time is
10 influenced by a dose-dependent manner with Neoplastin.  In
11 cases of excessive doses, the PT is expected to be outside of
12 the range.
13             They say the same thing in Health Canada:
14 Prothrombin time.  Neoplastin reagent.  Measuring the PT using
15 the Neoplastin reagent may be useful.  Remember that.  That's
16 what the U.S. regulatory requirement is, that this test is
17 useful to determine the excess of anticoagulant activity.
18             So you have got a situation where they are
19 arguing in here completely different than what they say in
20 their label.  But it's not just them.  They say there's no
21 professional societies that support our theory of the case.
22             Next slide, please.  Actually, they are wrong
23 about that, Your Honor.  We put this in our response, and they
24 didn't deal with it in the reply.  They didn't deal with it
25 here today in the argument.  There are societies.  PT is a

12:21

1   useful and available method to determine the degree of
2   anticoagulant effect.
3              International Society on Thrombosis:  PT is
4   useful and readily available.
5          **THE COURT:**  Was this a question of fact?  You're
6   telling me they say one thing and you say another?
7          **MR. DENTON:**  What I'm basically saying, Your Honor,
8   is what you said in *Vioxx*, you've got it, that we are all
9   looking at the same data.  We are crunching the same data.
10  Everybody is qualified.  Everybody is using the same
11  methodology.  They are coming to different conclusions.  That
12  is not a proper -- if they submit that as a *Daubert* kind of
13  issue-type argument, you have been very clear -- of the six
14  such arguments made in *Vioxx*, you denied every one on both
15  sides.  You essentially said that if you have qualified experts
16  looking at the same data, making evaluations in the same way,
17  and simply drawing different conclusions, then you can't keep
18  it away from the jury.
19             Here we have the FDA supporting us.  Plaintiffs'
20  experts support us.  Peer-reviewed literature supports us.
21  Practice societies support us.  Bayer's labeling in other parts
22  of the world support us.  Really, the only persons that tend to
23  disagree are Janssen.  Janssen and Bayer are kind of on two
24  different alternative universes on PT Neoplastin as well.
25             Then the other thing -- I do have to show you

```
03:14   1  PowerPoints?
        2          THE COURT:  Yes, that would be helpful, actually, if
        3  you all can give me that.
        4          MR. BARR:  I think I owe some labels and things that
        5  I talked about.  We will get those to you as well.
        6          (Proceedings adjourned.)
        7                            * * *
```

## CERTIFICATE

I, Toni Doyle Tusa, CCR, FCRR, Official Court Reporter for the United States District Court, Eastern District of Louisiana, certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of proceedings in the above-entitled matter.

*s/ Toni Doyle Tusa*
Toni Doyle Tusa, CCR, FCRR
Official Court Reporter