UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| _____ | : | |

**THIS DOCUMENT RELATES TO:**

*Tuggle v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-06592

*Clifford v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-11712

*Hoeksema v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-11730

*Berry-Huffman v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-15923

*Mayo v. Janssen Research & Development LLC, et al.*;
LAED USDC No.2: 16-cv-11709

*Kaszynski v. Janssen Research & Development LLC, et al.*,
LAED USDC No.2: 16-cv-11736

*Porter v. Janssen Research & Development LLC, et al.*,
LAED USDC No.2: 16-cv-11731

*Jackson v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-11705

*McCall v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-513

*Gilmore v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-11729

*Pinney v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-11722

*Dabney v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-11717

*Keaton v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-15929

*Montgomery v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-11720

*Norris v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-11732

## **ORDER**

Considering the foregoing Motion for Extension of Time within Which to Serve Process: IT IS HEREBY ORDERED that Plaintiffs in the above-listed actions shall have thirty (30) days from the date of this Order within which to effect service on Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Johnson & Johnson Company, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG, through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B.

New Orleans, Louisiana this ___ day of _____, 2017.

_____
Honorable Eldon E. Fallon