UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Pitts v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:16-cv-12346*

*Smith v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-00514*

*Hatler v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:16-cv-11733*

*Gill v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:16-cv-11714*

*Williams v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:16-cv-11738*

*Molina v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-00515*

*Cromwell v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-00559*

*Waters v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-00561*

*Sipsy v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-00562*

*Wilborn v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-00563*

*Martinez v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:16-cv-12343*

*Solomon v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:16-cv-11726*

*Nasi v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:16-cv-11710*

*Cantwell v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:16-cv-11727*

*Castellano v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:16-cv-11737*

*Edwards v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:16-cv-11715*

*Killian v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:16-cv-11735*

## MEMORANDUM IN SUPPORT OF MOTION
## FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Now come Plaintiffs in the above-listed actions, through undersigned counsel, and respectfully move this for an Order allowing them an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Johnson & Johnson Company, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG (the "Defendants") through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10, 10A and 10B. In support of their motion, Plaintiffs state as follows:

All of the foregoing actions have been filed and docketed into this consolidated proceeding *In Re: Xarelto (Rivaroxaban) Products Liability* Litigation, MDL No. 2592. However, due to inadvertent oversight on behalf of undersigned counsel, service of Plaintiffs' complaints in these actions were not properly effected within the time period for streamlined service set forth in Pre-Trial Order #10, 10A and 10B as to some or all of the Defendants.

Service of process was completed prior to the Summons being issued by the Court. Undersigned counsel regrets its failure to properly oversee and accomplish the service of the complaints and summons in the above-listed actions and assures this Court that it has instituted procedures to ensure that all future complaints are properly and timely served according to Pre-Trial Order #10, 10A and 10B.

Undersigned counsel has contacted counsel for the Defendants to request an extension of time to complete streamlined service, but counsel for the Bayer Defendants has indicated that no such extensions would be granted.

Thus, Plaintiffs respectfully request that this Court grant this motion and allow them an additional thirty (30) days within which to effect service on the Defendants through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10, 10A and 10B.

Respectfully submitted,

Dated: July 25, 2017

*/s/* Jonathan Staffeldt
Jonathan Paul Staffeldt Bar # 252326
MILSTEIN JACKSON FAIRCHILD & WADE, LLP
10250 Constellation Blvd, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 396-9600
Facsimile: (310) 396-9635
Email: jstaffeldt@mjfwlaw.com

*Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                   /s/ Jonathan P. Staffeldt