UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| _____ | : | |

**THIS DOCUMENT RELATES TO:**

*Pitts v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12346

*Smith v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-00514

*Hatler v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-11733

*Gill v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-11714

*Williams v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-11738

*Molina v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-00515

*Cromwell v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-00559

*Waters v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-00561

*Sipsy v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-00562

*Wilborn v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-00563

*Martinez v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12343

*Solomon v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-11726

*Nasi v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-11710

*Cantwell v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-11727

*Castellano v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-11737

*Edwards v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-11715

*Killian v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-11735

## **ORDER**

Considering the foregoing Motion for Extension of Time within Which to Serve Process: IT IS HEREBY ORDERED that Plaintiffs in the above-listed actions shall have thirty (30) days from the date of this Order within which to effect service on Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Johnson & Johnson Company, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG, through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B.

New Orleans, Louisiana this ___ day of _____, 2017.

_____
Honorable Eldon E. Fallon