UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION    :     MDL No. 2592
                                 :
                                 :     SECTION L
                                 :
                                 :     JUDGE ELDON E. FALLON
                                 :
_____   :     MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Balzano v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-06582

*Calleja v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-12042

*Horoshko v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-12050

*Johnson v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12053

*Hays v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-12049

*Katz v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12304

*Szpulak v. Janssen Research & Development LLC, et al.*,
LAED USDC No.2: 16-cv-12336

*Diaz v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12046

*Kelly v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12306

*Jenkins v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12052

*Boyles v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12037

*Larsen v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12308

*McCoy v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12322

*Shinabarger v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12335

*Avery v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12054

*Laplante v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12307

*Sanders v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12331

*Sheppard v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12333

*Nicholson v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12324

*Metaxas v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12323

## **ORDER**

Considering the foregoing Motion for Extension of Time within Which to Serve Process: IT IS HEREBY ORDERED that Plaintiffs in the above-listed actions shall have thirty (30) days from the date of this Order within which to effect service on Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Johnson & Johnson

Company, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG, through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B.

New Orleans, Louisiana this ___ day of _____, 2017.

_____
Honorable Eldon E. Fallon