# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Burns v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-12041

*Reckart v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-12328

*Coles v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-12043

*West v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12338

*Doughten v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-12303

*Burdi v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12039

*Yates v. Janssen Research & Development LLC, et al.*,
LAED USDC No.2: 16-cv-12342

*Thomas v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12337

*Prophete v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12327

*Allogia v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12030

*Pendleton v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12326

*Beasley v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12035

*Duty v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12048

*Rhodes v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12329

*Lynn v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12341

*Kehres-Amarante v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12305

*Mayhew v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12321

*Edenfield v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12045

*Dunn v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12047

*Wight v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-12339

# **ORDER**

Considering the foregoing Motion for Extension of Time within Which to Serve Process: IT IS HEREBY ORDERED that Plaintiffs in the above-listed actions shall have thirty (30) days from the date of this Order within which to effect service on Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Johnson & Johnson

Company, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG, through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B.

New Orleans, Louisiana this ___ day of _____, 2017.

                                                        _____
                                                        Honorable Eldon E. Fallon