UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Gail Morris and Dale Morris v. Janssen, et al.*
Civil Action No. 2:16-cv-16735

**MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

COMES NOW Plaintiff Gail Morris and for her Motion for Substitution and Withdrawal of Counsel state as follows:

1. That on November 12, 2015, Gail Morris retained the law firm of Fears Nachawati, PLLC to represent her with regard to her pending Xarelto claim.

2. That on November 30, 2016 Fears Nachawati, PLLC filed a lawsuit on behalf of Plaintiffs Gail Morris and Dale Morris.

3. That on April 28, 2016 Gail Morris retained The Bradley Law Firm to represent her with regard to her pending Xarelto claim.

4. That Gail Morris suffers from a medical condition that affects her memory.

5. That on June 29, 2017, Fears Nachawati, PLLC notified The Bradley Law Firm of their representation of Gail Morris.

6. That Plaintiff Gail Morris desires for Fears Nachawati, PLLC to withdraw from her pending case and that The Bradley Law Firm be substituted as counsel of record.  *See* Exhibit 1 attached hereto.

7. That Fears Nachawati, PLLC has no objection to their withdrawal from the case and has no objection for substitution of The Bradley Law Firm.

WHEREFORE Plaintiff Gail Morris requests that Fears Nachawati, PLLC be permitted to withdraw and that The Bradley Law Firm be substituted as counsel of record.

Dated: _____

Respectfully submitted,

By:    */s/ E. Ryan Bradley*
      E. Ryan Bradley
      The Bradley Law Firm
      Attorney for Plaintiff
      1424 Washington Avenue, Ste 300
      St. Louis, MO 63103
      (314) 721-9111 (phone)
      (314) 255-2765 (fax)
      ryan@stllawhelp.com

By:    */s/ Matthew McCarley with consent*
      Matthew R. McCarley
      Fears Nachawati Law Firm
      4925 Greenville Ave, Suite 715
      Dallas, TX  75206
      (214) 890-0711
      (214) 890-0712 (fax)
      mccarley@fnlawfirm.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 26, 2017, I electronically filed the foregoing Certificate of Service with the Clerk of the Court using the **Eastern District of Louisiana Courts E-Filing System** which was sent notification of such filing to all counsel of record. I further certify that I signed, or caused my electronic signature to be place upon the original of the foregoing documents and that a copy of the foregoing was sent via the Court's efiling system to.

Matthew R. McCarley  
Fears Nachawati Law Firm  
4925 Greenville Ave, Suite 715  
Dallas, TX  75206  
mccarley@fnlawfirm.com

            */s/ E. Ryan Bradley*