

Friday, June 30, 2017

SENT VIA EMAIL TO: charlotte@fnlawfirm.com

Charlotte Gulewica
Fears Nachawati Law Firm

    Re:    Gail Morris
           Xarelto Claim DOI: October 29, 2015

Dear Ms. Gulewica:

    This letter is to let you know Gail Morris retained this law firm in connection with the above-reference matter. Please see the client's executed termination of representation statement below.

    Would you kindly forward this Client's entire file (in electronic format if possible) to my attention along with a list of any out-of-pocket expenditures. If you are asserting an attorneys' lien, please forward a copy of the executed retainer or contingency fee contract executed by the Client.

    If you could send this file in the next seven days, we would appreciate it.

                                            Sincerely,

                                            E. Ryan Bradley

---

TO: Fears Nachawati Law Firm

Please consider this as my formal request for termination of representation by the Fears Nachawati Law Firm, of my above-referenced Personal Injury Claim.

Executed this __3__ day of July, 2017.

By: Gail Morris

ERB/SD

                1424 Washington Ave., Suite 300, St. Louis, MO 63103
                Office (800) 239-1764   Fax (314) 255-2768

EXHIBIT 1