**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)       )     MDL No: 2592
PRODUCTS LIABILITY LITIGATION    )
                                  )     SECTION: L
                                  )     JUDGE FALLON
                                  )     MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Gail Morris and Dale Morris v. Janssen, et al.*
**Civil Action No. 2:16-cv-16735**

**ORDER**

Now pending before the Court is a Motion to Withdraw and Substitute Counsel of Records filed here on July 26, 2017. Upon consideration of said motion, it is hereby ORDERED that this motion is GRANTED.

It is **ORDERED** that Fears Nachawati, PLLC is allowed to withdraw as counsel and that The Bradley Law Firm be substituted as counsel of record.

The Clerk is instructed to substitute The Bradley Law Firm as counsel of record in place of Fears Nachawati, PLLC, in the matter referenced above.

The Clerk is directed to send a copy of this Order to counsel of record.

Entered: _____

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

By: */s/ E. Ryan Bradley*
  E. Ryan Bradley
  The Bradley Law Firm
  Attorney for Plaintiff
  1424 Washington Avenue, Ste 300
  St. Louis, MO 63103
  (314) 721-9111 (phone)
  (314) 255-2765 (fax)
  ryan@stllawhelp.com


By: */s/ Matthew R. McCarley with consent*
  Matthew McCarley
  Fears Nachawati Law Firm
  4925 Greenville Ave, Suite 715
  Dallas, TX  75206
  (214) 890-0711
  (214) 890-0712 (fax)
  mccarley@fnlawfirm.com