# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Dora Mingo et al. v. Janssen et al. Case No. 2:15-cv-03469 | MAGISTRATE NORTH |

### DECLARATION OF DR. SHUJIAN WU IN SUPPORT OF DEFENDANTS' MOTION TO QUASH SUBPOENAS TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

I, Shujian Wu, M.D., Ph.D., declare and testify as follows:

1. I am currently a Medical Safety Officer in the Global Medical Organization at Janssen Research & Development, LLC.

2. I am submitting this declaration in support of Defendants' Motion to Quash Subpoenas to Appear and Testify at a Hearing or Trial in a Civil Action.

3. I neither live, work, nor regularly transact business in the state of Mississippi.

4. I neither live, work, nor regularly transact business within 100 miles of the United States District Court for the Southern District of Mississippi, located at 501 East Court Street, Jackson, Mississippi.

5. I am a resident of Doylestown, Pennsylvania, and I work in Horsham, Pennsylvania.

6. My deposition was taken in the above-captioned matter on September 1 and 2, 2016 in Princeton, New Jersey. It lasted over fourteen hours.

7. I have just learned plaintiffs seek to have me testify live at a trial scheduled to commence in on August 7, 2017 in Mississippi.

8. I will be on vacation from July 28-August 6, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2017.

_____

Shujian Wu, M.D., Ph.D.

2