# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Dora Mingo et al. v. Janssen et al.<br>Case No. 2:15-cv-03469 | MAGISTRATE NORTH |

### DECLARATION OF NAUMAN SHAH IN SUPPORT OF DEFENDANTS' MOTION TO QUASH SUBPOENAS TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

I, Nauman Shah, declare and testify as follows:

1. I am currently the Vice President of Enterprise Program Management Office at Johnson & Johnson. My work address is One Johnson & Johnson Plaza, New Brunswick, New Jersey, 08933.

2. I am submitting this declaration in support of Defendants' Motion to Quash Subpoenas to Appear and Testify at a Hearing or Trial in a Civil Action.

3. I neither live, work, nor regularly transact business in the state of Mississippi.

4. I neither live, work, nor regularly transact business within 100 miles of the United States District Court for the Southern District of Mississippi, located at 501 East Court Street, Jackson, Mississippi.

5. I am a resident of Flemington, New Jersey.

6. My deposition was taken in the above-captioned matter on August 3, and 4, 2016, in Princeton, New Jersey. It lasted over sixteen hours.

7.   I have just learned plaintiffs seek to have me testify live at a trial scheduled to commence in on August 7, 2017 in Mississippi.

8.   I am on vacation the entire week of August 7th. I am traveling out-of-state with my 14-year-old twin girls. It is my only vacation alone with them this year. We are visiting my parents, whom I have not seen in about 6 months.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2017

_____

Nauman Shah