# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Dora Mingo et al. v. Janssen et al. Case No. 2:15-cv-03469 | MAGISTRATE NORTH |

### DECLARATION OF DR. CHRISTOPHER MAJOR IN SUPPORT OF DEFENDANTS' MOTION TO QUASH SUBPOENAS TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

I, Christopher Major, Ph.D., declare and testify as follows:

1. I am currently the Director of Product Development for Janssen Research & Development at Johnson & Johnson.

2. I am submitting this declaration in support of Defendants' Motion to Quash Subpoenas to Appear and Testify at a Hearing or Trial in a Civil Action.

3. I neither live, work, nor regularly transact business in the state of Mississippi.

4. I neither live, work, nor regularly transact business within 100 miles of the United States District Court for the Southern District of Mississippi, located at 501 East Court Street, Jackson, Mississippi.

5. I am a resident of Nazareth, Pennsylvania, and I work in Raritan, New Jersey.

6. My deposition was taken in the above-captioned matter on August 23 and 24, 2016 in Philadelphia, Pennsylvania. It lasted over fourteen hours.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2017.

_____

Christopher Major, Ph.D.

2