# EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Dora Mingo et al. v. Janssen et al.<br>Case No. 2:15-cv-03469 | MAGISTRATE NORTH |

### DECLARATION OF SUSAN GEIGER IN SUPPORT OF DEFENDANTS' MOTION TO QUASH SUBPOENAS TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

I, Susan Geiger, declare and testify as follows:

1. I am currently the Director of Marketing, Strategic Solutions for Johnson & Johnson Health Care Systems.
2. I am submitting this declaration in support of Defendants' Motion to Quash Subpoenas to Appear and Testify at a Hearing or Trial in a Civil Action.
3. I neither live, work, nor regularly transact business in the state of Mississippi.
4. I neither live, work, nor regularly transact business within 100 miles of the United States District Court for the Southern District of Mississippi, located at 501 East Court Street, Jackson, Mississippi.
5. I am a resident of Washington, New Jersey, and I work in Titusville, New Jersey.
6. My deposition was taken in the above-captioned matter on April 25 and 26, 2016 in Florham Park, New Jersey. It lasted over twenty hours.
7. I have just learned plaintiffs seek to have me testify live at a trial scheduled to commence on August 7, 2017 in Mississippi.
8. I am on vacation from August 16-21, 2017. I am traveling by plane out-of-state with my two young children.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on July 26, 2017.

Susan Geiger