# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Dora Mingo et al. v. Janssen et al.<br>Case No. 2:15-cv-03469 | MAGISTRATE NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants Bayer HealthCare Pharmaceuticals, Inc., Bayer Pharma AG, Janssen Research & Development LLC, and Janssen Pharmaceuticals, Inc., will bring for hearing the accompanying Defendants' Motion to Quash Subpoenas to Appear and Testify at a Hearing or Trial in a Civil Action on the 23rd day of August, 2017,[1] before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

---

[1] Defendants are concurrently filing a Motion to Expedite Consideration of the Motion to Quash, requesting hearing on July 31, 2017, as trial in the above-captioned matter is set to begin on August 7, 2017.

1

00428873

Respectfully submitted,

| | |
|---|---|
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C. |
| BY: /s/ *Richard E. Sarver* | By: */s/ Lyn P. Pruitt* |
| Richard E. Sarver | Lyn P. Pruitt |
| Celeste R. Coco-Ewing | Adria W. Conklin |
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. | Benjamin D. Brenner |
| 909 Poydras Street, 24th Floor | Mary Catherine Way |
| New Orleans, Louisiana  70112 | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C. |
| Telephone:  (504) 589-9700 | 425 West Capitol Ave., Suite 1800 |
| rsarver@barrassousdin.com | Little Rock, AR  72201 |
| ccoco-ewing@barrassousdin.com | Telephone: (501) 688-8800 |
| | lpruitt@mwlaw.com |
| | aconklin@mwlaw.com |
| DRINKER BIDDLE & REATH LLP | bbrenner@mwlaw.com |
| | mway@mwlaw.com |
| By: /s/ *Susan M. Sharko* | |
| Susan M. Sharko | |
| DRINKER BIDDLE & REATH LLP | WATKINS & EAGER PLLC |
| 600 Campus Drive | |
| Florham Park, NJ 07932-1047 | By: */s/ Walter T. Johnson* |
| Telephone: (973) 549-7000 | Walter T. Johnson |
| susan.sharko@dbr.com | WATKINS & EAGER PLLC |
| | The Emporium Building |
| Rodney M. Hudson | 400 East Capitol Street |
| DRINKER BIDDLE & REATH LLP | Jackson, Mississippi 39201 |
| 50 Fremont Street, 20th Floor | Telephone: (601) 965-1846 |
| San Francisco, CA 94105-2235 | wjohnson@watkinseager.com |
| Telephone: (415) 591-7500 | |
| Rodney.hudson@dbr.com | ARNOLD & PORTER KAYE SCHOLER LLP |
| Chanda A. Miller | By: /s/ *William Hoffman* |
| DRINKER BIDDLE & REATH LLP | William Hoffman |
| One Logan Square, Suite 2000 | ARNOLD & PORTER KAYE SCHOLER LLP |
| Philadelphia, PA 19103-6996 | 601 Massachusetts Ave., NW |
| Telephone: (215) 988-2700 | Washington, D.C. 20001 |
| Chanda.Miller@dbr.com | Telephone: (202) 942-5000 |
| | william.hoffman@apks.com |
| IRWIN FRITCHIE URQUHART & MOORE LLC | Andrew K. Solow |
| | Steven Glickstein |
| By: /s/ *James B. Irwin* | ARNOLD & PORTER KAYE SCHOLER LLP |
| James B. Irwin | 250 West 55th Street |
| Kim E. Moore | New York, New York 10019-9710 |
| IRWIN FRITCHIE URQUHART & MOORE LLC | Telephone: (212) 836-8485 |

00428873

400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC*

andrew.solow@apks.com
steven.glickstein@apks.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Lindsey C Boney IV*
Kevin C. Newsom
Lindsey C. Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
knewsom@bradley.com


CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

3

00428873

## Certificate of Service

The undersigned hereby certifies that on July 26, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**