UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Dora Mingo et al. v. Janssen et al.<br>Case No. 2:15-cv-03469 | MAGISTRATE NORTH |

### ORDER

Considering the foregoing Motion to Expedite Consideration of Defendants' Motion to Quash Subpoenas (Rec. Doc.    ),

**IT IS ORDERED** that said Motion to Expedite is **GRANTED** and the Plaintiffs are **ORDERED** to file into the record any opposition to the Motion to Quash no later than July 28, 2017, and that the Motion to Quash (Rec. Doc. 7127) be set for hearing on Monday, July 31, at 9:00 a.m..

New Orleans, Louisiana, this ___ day of July, 2017

_____
UNITED STATES DISTRICT JUDGE

00428875