UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2592 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
*ALL CASES* (Rec. Docs. 7085, 7128 & 7129)

## ORDER

The Court has received Defendants' motions to expedite consideration of motion to quash as well as a request for oral argument. The Court has also received a letter from Defendants, dated July 26, 2017, regarding a press release sent by the Beasley Allen law firm. Having considered the Defendants' motions and letter, accordingly,

**IT IS ORDERED** that a telephone hearing on the matters be **SCHEDULED** for August 1, 2017 at 2:30 p.m. Plaintiffs shall submit their reply brief to Defendants' motion to quash, if any, by Saturday, July 29, 2017 at 10:00 a.m. To access the call, please dial (877) 336-1839 (access code: 4227405 / security code: 080117).

**IT IS FURTHER ORDERED** that the hearing for new trials in *Boudreaux* and *Orr* to be **CONTINUED** from September 13, 2017 to September 19, 2017 at 9:00 a.m. Defendants shall submit their opposition brief to Plaintiffs' motion for new trial in *Orr* by August 28, 2017.

New Orleans, Louisiana, this 27th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE