IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) <br><br> PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 <br> ) <br> ) SECTION: L <br> ) <br> ) JUDGE ELDON E. FALLON <br> ) <br> ) JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| CLARA P. KING as Personal Representative of the Estate of BILLY G. KING and CLARA P. KING, Individually | 2:17-cv-05474 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET**

NOW COMES the Plaintiff, by and through undersigned counsel, and respectfully moves this Honorable Court for an extension of time to submit her Plaintiff Fact Sheet and associated documents (hereinafter, collectively, "PFS"). The deadline to submit her PFS is currently August 1, 2017. Plaintiff requests an additional 60 days, with a new deadline date of September 30, 2017, to provide the required PFS.

In support of her motion, Plaintiff submits the attached Memorandum in Support. In short, Plaintiff's counsel notes:

1) On June 1, 2017, Plaintiff, by and through counsel, filed her complaint with the Court.

2) Soon thereafter, on June 2, 2017, counsel sent the PFS to the client for completion, advising that the PFS must be completed and returned by July 1, 2017.

3) Counsel, hearing no response from client, attempted to contact her, but was unable to do. Further, counsel, to date, has not been contacted by the client.

4)   Counsel requests an extension of time to submit Plaintiff's PFS because Plaintiff's sudden lack of contact was and is unexpected. Counsel has now sent a certified letter to Plaintiff and is awaiting a response to it. Counsel submits that extra investigation may be necessary to be able to contact Plaintiff. Efforts to reach the client are continuing.

5)   This is Plaintiff's first Request for Extension of Time with regard to satisfying Plaintiff Fact Sheet requirements. An extension of time is not sought for delay.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves this Honorable Court for an Extension of the Plaintiff Fact Sheet Deadline until September 30, 2017.

Respectfully submitted,

MARC J. BERN & PARTNERS LLP

By:*/s/ Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiff

Dated: July 28, 2017

## **CERTIFICATE OF SERVICE**

The foregoing Plaintiff's Motion for an Extension of Time to Submit Plaintiff Fact Sheet has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 28th day of July, 2017.

        MARC J. BERN & PARTNERS LLP

        By:*/s/ Debra J. Humphrey*
        Debra J. Humphrey (5050448)
        60 East 42nd St., Suite 950
        New York, NY 10165
        (212) 702-5000
        (212) 818-20164 (Fax)
        dhumphrey@bernllp.com
        Counsel for Plaintiff