## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO** ) | **MDL NO. 2592** |
| **(RIVAROXABAN)** ) | |
| ) | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **JUDGE ELDON E. FALLON** |
| ) | |
| ) | **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| CLARA P. KING as Personal Representative of the Estate of BILLY G. KING and CLARA P. KING, Individually | 2:17-cv-05474 |

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

In support of Plaintiff's Motion for Extension of Time to Submit Plaintiff Fact Sheet, Plaintiff states the following:

1. Plaintiff filed the Complaint the above captioned case on June 1, 2017. The Plaintiff Fact Sheet submissions are due by August 1, 2017.

2. Soon thereafter, on June 2, 2017, counsel sent the PFS to Plaintiff for completion, advising that the PFS must be completed and returned by July 1, 2017.

3. Counsel, hearing no response from Plaintiff, attempted to contact her, but was unable to do so do.  Further, counsel, to date, has not been contacted by the Plaintiff.

4. Counsel requests an extension of time to submit Plaintiff's PFS because Plaintiff's sudden lack of contact was and is unexpected.  Counsel has now sent a certified letter to Plaintiff and is awaiting a response to it.  Counsel submits that extra investigation may be necessary to be able to contact Plaintiff.

5. Counsel requests a 60 day extension to allow counsel to continue working to locate Plaintiff.

6. Plaintiff is not requesting an extension for purposes of delay and will submit the necessary PFS as soon as it is received from Plaintiff.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves this Honorable Court for an extension of the Plaintiff Fact Sheet Deadline until September 30, 2017.

Respectfully submitted,

MARC J. BERN & PARTNERS LLP

By:*/s/ Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiff

Date: July 28, 2017

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Memorandum in Support of Motion for Extension of Time to Submit Plaintiff Fact Sheet has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 28th day of July, 2017.

        MARC J. BERN & PARTNERS LLP

        By:*/s/ Debra J. Humphrey*
        Debra J. Humphrey (5050448)
        60 East 42nd St., Suite 950
        New York, NY 10165
        (212) 702-5000
        (212) 818-20164 (Fax)
        dhumphrey@bernllp.com
        Counsel for Plaintiff