# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO | ) | MDL NO. 2592 |
| (RIVAROXABAN) | ) | |
| | ) | SECTION: L |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | JUDGE NORTH |

### THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:

| | |
|---|---|
| CLARA P. KING as Personal Representative of the Estate of BILLY G. KING and CLARA P. KING, Individually | 2:17-cv-05474 |

## <u>ORDER</u>

This matter came before the Court on Plaintiff's Motion for Extension of Time to Submit Plaintiff Fact Sheet.

After due consideration, this Court hereby GRANTS Plaintiff's Motion for Extension of Time.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff has until September 30, 2017 to satisfy Plaintiff Fact Sheet Deficiencies.

_____          _____
DATE                                                              JUDGE ELDON E. FALLON