### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) ) | MDL NO. 2592 |
| ) | SECTION: L |
| PRODUCTS LIABILITY LITIGATION ) ) | JUDGE ELDON E. FALLON |
| ) ) | JUDGE NORTH |

### THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:

| | |
|---|---|
| CLARA P. KING as Personal Representative of the Estate of BILLY G. KING and CLARA P. KING, Individually | 2:17-cv-05474 |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion for Extension of Time to Submit Plaintiff Fact Sheet to be heard by the Honorable Eldon E. Fallon.

Respectfully submitted,

MARC J. BERN & PARTNERS LLP

By:*/s/ Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
Counsel for Plaintiff

Date: July 28, 2017

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Notice of Submission of Memorandum in Support of Motion for Extension of Time to Submit Plaintiff Fact Sheet has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 28th day of July, 2017.

    MARC J. BERN & PARTNERS LLP

    By:*/s/ Debra J. Humphrey*
    Debra J. Humphrey (5050448)
    60 East 42nd St., Suite 950
    New York, NY 10165
    (212) 702-5000
    (212) 818-20164 (Fax)
    dhumphrey@bernllp.com
    Counsel for Plaintiff