# EXHIBIT 2

JAMA Cardiology | Review

# Laboratory Monitoring of Non–Vitamin K Antagonist Oral Anticoagulant Use in Patients With Atrial Fibrillation
## A Review

John W. Eikelboom, MBBS; Daniel J. Quinlan, MBBS; Jack Hirsh, MD; Stuart J. Connolly, MD; Jeffrey I. Weitz, MD

**IMPORTANCE** The non–vitamin K antagonist oral anticoagulants (NOACs) apixaban, dabigatran, edoxaban, and rivaroxaban are administered in fixed doses without anticoagulant monitoring. Randomized trials show that unmonitored NOAC therapy is at least as effective as and safer than dose-adjusted warfarin for stroke prevention in patients with nonvalvular atrial fibrillation. Subgroup analyses indicate that plasma drug levels or anticoagulant activity of the NOACs predict stroke and bleeding. This review examines the historical basis for anticoagulant monitoring, discusses methods to measure and interpret drug levels, and critically assesses the role of routine laboratory monitoring in the management of NOAC therapy.

**OBSERVATIONS** The predictable anticoagulant response of NOACs has provided the pharmacological basis for their administration in fixed doses without routine coagulation monitoring. Although it is possible to accurately measure NOAC drug levels, within-patient variability complicates interpretation of these results. Furthermore, patient characteristics, such as age and renal function, confound the association between NOAC drug levels and clinical outcomes. Information is lacking on the optimal drug level in particular patient groups (eg, elderly, the renally impaired, and those with high bleeding risk), the appropriate dose adjustment to achieve expected levels, and whether routine laboratory monitoring and dose adjustment will improve clinical outcomes. A benefit of a management strategy that incorporates routine therapeutic drug monitoring and dose adjustment over current standard-of-care metrics without such monitoring remains unproven.

**CONCLUSIONS AND RELEVANCE** Robust evidence from patients with atrial fibrillation randomized to NOACs or warfarin demonstrates that unmonitored NOAC therapy is at least as effective and safe as monitored warfarin, with lower rates of intracranial hemorrhage and reduced mortality. Further research is required to determine whether routine laboratory monitoring might provide a net benefit for patients. Until such data are available, clinicians should continue to prescribe NOACs in fixed doses without routine monitoring.

*JAMA Cardiol*. 2017;2(5):566-574. doi:10.1001/jamacardio.2017.0364
Published online March 29, 2017.

Supplemental content

CME Quiz at jamanetwork.com/learning and CME Questions page 584

**Author Affiliations:** Department of Medicine, McMaster University, Hamilton, Ontario, Canada (Eikelboom, Hirsh); Population Health Research Institute, McMaster University, Hamilton, Ontario, Canada (Eikelboom, Connolly, Weitz); Thrombosis and Atherosclerosis Research Institute, Hamilton, Ontario, Canada (Eikelboom, Hirsh, Weitz); Hamilton Health Sciences, Hamilton, Ontario, Canada (Eikelboom, Connolly, Weitz); Department of Radiology, King's College Hospital, London, England (Quinlan); Department of Biochemistry and Biomedical Sciences, McMaster University, Hamilton, Ontario, Canada (Weitz).

**Corresponding Author:** Daniel J. Quinlan, MBBS, Department of Radiology, King's College Hospital, Denmark Hill, London SE5 9RS, England (dan.quinlan@nhs.net).

Four non–vitamin K antagonist oral anticoagulants (NOACs)—apixaban, dabigatran, edoxaban, and rivaroxaban—are licensed in many countries for stroke prevention in patients with atrial fibrillation (AF) except those with mechanical heart valves or moderate to severe mitral stenosis. Randomized controlled trials that included more than 71 000 patients have demonstrated that fixed-dose unmonitored therapy with these agents is at least as effective as dose-adjusted warfarin for stroke prevention and is associated with less serious bleeding, particularly decreased intracranial hemorrhage.[1]

Secondary analyses of these trials indicate that plasma drug levels or anticoagulant activity of the NOACs predict clinical outcomes: higher plasma drug levels (or anticoagulant effects) are associated with higher bleeding rates, and lower drug levels are associated with higher stroke rates (Figure 1).[2-9] These observations have prompted some clinicians and regulatory agencies to consider the possibility that dose adjustment based on routine anticoagulant laboratory monitoring would improve clinical outcomes.[10-12]

In this review, we examine the historical basis for anticoagulant laboratory monitoring, discuss methods to measure and interpret drug levels, and critically assess the evidence to support the use of routine laboratory (anticoagulant) monitoring and dose adjustment to optimize NOAC therapy in patients with AF.

## Historical Basis for Anticoagulant Laboratory Monitoring

The goal of laboratory monitoring in patients receiving anticoagulant therapy is to select a dosage that achieves an optimal antithrombotic effect and minimizes the risk of bleeding.[13] Vitamin K antago-

Copyright 2017 American Medical Association. All rights reserved.

Downloaded From: http://jamanetwork.com/pdfaccess.ashx?url=/data/journals/cardiology/936245/ by Natalie Eros on 05/24/2017



Figure 1. Exposure-Response Associations for Efficacy and Safety in the 4 Non–Vitamin K Antagonist Oral Anticoagulant Trials

Data are based on analyses performed by the US Food and Drug Administration.[2-6] The solid lines represent the predicted probabilities from Cox proportional hazards regression models or unadjusted linear logistic regression analyses, and the shaded regions represent the 95% CIs. Comparisons between the plots may be misleading because of differences in analytic methods and scales on which the results are plotted. A and B, The horizontal lines on the plot region represent the 10th to 90th percentiles of observed dabigatran predose levels in the RE-LY trial.[6] C and D, The blue and orange markers represent the observed quartiles.[3] E and F, The blue and orange markers represent the observed probability at the median apixaban exposure (area under the plasma concentration curve [AUC]) for a given quartile. The number of events is shown. The horizontal lines on the plot region represent the fifth to 95th percentiles of apixaban AUC in the ARISTOTLE trial pharmacokinetic subset.[4] G and H, The probabilities shown are for a typical patient population aged 72 years with creatinine clearance of 70.4 mL/min, 28.3% with prior stroke and 29.2% with baseline aspirin use.[5] ISTH indicates International Society on Thrombosis and Haemostasis and PT, prothrombin time.

nists (VKAs), such as warfarin, require routine laboratory monitoring because they produce a variable and unpredictable anticoagulant response.[14] Variability between individuals is caused by differences in the metabolism of warfarin owing to genetic polymorphisms, liver disease, differences in dietary vitamin K intake, and drug-drug interactions. Variability within individuals is caused by intercurrent infections, fluctuations in the daily dietary intake of vitamin K, and concomitant use of interacting drugs. Dose adjustment of VKAs based on the international normalized ratio improves clinical outcomes, and a therapeutic range for the ratio is well established.[15,16]

Unfractionated heparin (UFH) is also routinely monitored, although its anticoagulant effect is much less variable than that of VKAs. One of the determinants of UFH variability is nonspecific bind-

Copyright 2017 American Medical Association. All rights reserved.

Downloaded From: http://jamanetwork.com/pdfaccess.ashx?url=/data/journals/cardiology/936245/ by Natalie Eros on 05/24/2017

> **Box. Trial Acronyms**
>
> **ARISTOTLE Trial**[24] Apixaban for Reduction in Stroke and Other Thromboembolic Events in Atrial Fibrillation
>
> **ENGAGE AF-TIMI 48 Trial**[23] Effective Anticoagulation With Factor Xa Next Generation in Atrial Fibrillation–Thrombolysis in Myocardial Infarction 48
>
> **RE-ALIGN Trial**[25] Randomized, Phase II Study to Evaluate the Safety and Pharmacokinetics of Oral Dabigatran in Patients After Heart Valve Replacement
>
> **RE-LY Trial**[22] Randomized Evaluation of Long-term Anticoagulation Therapy
>
> **ROCKET AF Trial**[26] Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared With Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation

ing of the drug to cells and plasma proteins (eTable 1 in the Supplement).[13,16] Compared with VKAs, the therapeutic range for UFH is less well established, and the benefits of dose adjustment based on the results of routine UFH monitoring of the activated partial thromboplastin time (aPTT) are less certain.[13] Several more recently introduced parenteral anticoagulants, including low-molecular-weight heparin and fondaparinux sodium, are not routinely monitored because they produce a more predictable anticoagulant response than UFH and have similar or superior outcomes when given in fixed weight-adjusted doses.[17-20]

The success of weight-adjusted doses of unmonitored low-molecular-weight heparin and fondaparinux set the scene for the introduction of the NOACs. The predictable anticoagulant response of NOACs has provided the pharmacological basis for their administration in fixed doses without routine laboratory monitoring.[21] The efficacy and safety of fixed-dose unmonitored NOAC therapy have been demonstrated in multiple randomized trials across a wide range of clinical indications involving more than 150 000 patients.

Four large randomized clinical trials have evaluated the use of fixed-dose unmonitored NOAC therapy vs dose-adjusted warfarin for stroke prevention in patients with AF.[1] In 2 of the trials (RE-LY[22] and the ENGAGE AF-TIMI 48 trial[23]), patients were randomized to 1 of 2 NOAC dosages. The **Box** lists the complete names of all trials mentioned in this article. Most patients in the other 2 trials (ROCKET AF[26] and ARISTOTLE[24]) received a standard dose, and a small subset received a lower dosage according to their clinical characteristics, which included advanced age, low body weight, impaired renal function, or concomitant medications (eTable 2 in the Supplement).

Secondary analyses of the trials demonstrating an association between NOAC blood levels and clinical outcomes[2-9] have prompted suggestions that the dose of each NOAC should be adjusted based on the results of routine laboratory monitoring of their anticoagulant effects.[10-12] Before routine laboratory monitoring of NOAC therapy can be recommended, we need answers to the following questions. (1) What are the best tests to monitor NOAC drug levels? (2) What is the therapeutic range (target drug level) for each of the NOACs? (3) Can this target drug level be achieved with a practical dose adjustment regimen? Once these 3 questions are satisfactorily addressed, we need to answer a fourth question. (4) What is the effect of dose adjustment on the net clinical benefit of treatment for patients?

## What Are the Best Tests to Monitor NOAC Drug Levels?

General coagulation tests, such as the prothrombin time (PT), aPTT, and thrombin time (TT), can provide qualitative information about the presence or absence of some NOACs in the blood and whether the levels are high or low.[27] The aPTT and TT can be used to detect the presence of dabigatran, and the PT can be used to detect the presence of the factor Xa inhibitors edoxaban and rivaroxaban. However, the sensitivity of the aPTT and PT for the NOACs is reagent dependent, and the aPTT plateaus with higher levels of dabigatran. Regardless of reagent, the PT is most responsive to rivaroxaban and less responsive to edoxaban, features that complicate interpretation of test results.[27] Furthermore, a normal aPTT with dabigatran or a normal PT with apixaban, edoxaban, or rivaroxaban does not exclude the presence of drug.[28,29] Therefore, none of the general tests of coagulation accurately quantifies the anticoagulant effects of the NOACs.

Special coagulation assays with drug-specific calibrators or standards have been developed to measure NOAC drug levels, and their results correlate with those obtained by mass spectroscopy. These special coagulation tests include the diluted TT and ecarin-based assays (clot based or chromogenic) for dabigatran[30] and chromogenic anti–factor Xa assays for apixaban, edoxaban, and rivaroxaban, with calibration for the specific agent (eTable 3 in the Supplement).[27,31] Unfortunately, commercial assays for these tests are not widely available, and turnaround times are often (but not always) too slow to be useful in emergent situations.[32,33]

High-performance liquid chromatography–tandem mass spectroscopy is the criterion standard for quantifying the plasma concentrations (levels) of the NOACs, but such testing is only available in reference laboratories and is impractical for routine clinical use. eTable 4 in the Supplement lists steady state median peak and trough levels for each of the NOACs, measured using validated mass spectrometry methods. The NOAC levels vary widely from peak to trough. For twice-daily NOACs, such as apixaban and dabigatran, there is approximately a 2-fold to 5-fold difference between the median peak and trough levels (eTable 5 in the Supplement).[34-37] For once-daily NOACs, such as edoxaban and rivaroxaban, the difference is 10-fold to 20-fold.[38,39]

The NOAC levels also vary widely within and between individuals. There is marked between-individual variability, with the median trough levels varying by 6-fold to 11-fold (5th to 95th percentiles) among participants allocated to NOAC therapy (eTable 5 in the Supplement). Within-patient variability, expressed as the coefficient of variation, ranges between 20% and 50% depending on the population and whether sampling is done at peak or trough.[8,37,40-46] Within-patient variability in NOAC drug levels complicates the use of a single laboratory measurement to predict subsequent levels. The cause of this variability is uncertain: it may reflect differences in absorption or metabolism, drug-drug interactions, or other factors.[47] A recent prospective observational study[40] highlighted the importance of this variability in 100 patients treated with dabigatran. During a 6-month follow-up period, up to 80% of patients whose initial baseline trough dabigatran levels were at the lower extreme had subsequent levels in the middle quartiles. Similarly, up to 30% of patients whose baseline trough dabigatran levels were at the upper extreme had subsequent levels in the middle quartiles. A further analysis from the ROCKET AF

Copyright 2017 American Medical Association. All rights reserved.

Downloaded From: http://jamanetwork.com/pdfaccess.ashx?url=/data/journals/cardiology/936245/ by Natalie Eros on 05/24/2017

trial showed that approximately 10% of PT measurements in rivaroxaban-treated patients shifted to extreme quartiles when repeated 3 months later.[3] These findings indicate that a single drug level or coagulant measurement does not accurately identify patients with consistently high or low dabigatran or rivaroxaban levels and suggest that repeated measurement may be required if routine laboratory monitoring is adopted. Additional studies are needed to determine whether the same is true for the other NOACs. In patients who have high drug levels that remain elevated on repeated testing, consideration might be given to lowering the dosage, switching to an alternative NOAC, or using warfarin therapy. However, this approach is of unproven benefit and may result in net harm.

## What Is the Therapeutic Range (Target Drug Level) for Each of the NOACs?

Assessment by mass spectrometry of the plasma levels for apixaban, dabigatran, and edoxaban (and by PT for rivaroxaban) showed associations for major or life-threatening bleeding and ischemic stroke or systemic embolism vs drug exposure (Figure 1).[2-9] In the RE-LY and ENGAGE AF-TIMI 48 trials, low trough levels of dabigatran and edoxaban, respectively, were weakly associated with stroke.[2,7-9] In the ROCKET AF trial, the PT was linearly correlated with rivaroxaban levels and weakly associated with the risk of stroke[3,48]; in the ARISTOTLE trial, apixaban exposure (area under the plasma concentration curve) did not predict the risk of stroke.[4] With all 4 agents, the plasma levels or the PT predicted the risk of bleeding.[2-9] The association appeared to be strongest for extracranial bleeding.[9] The individual trial results should not be directly compared because some analyses are adjusted and others are unadjusted.

The association between drug exposure, bleeding, and stroke supports the contention that dose adjustment would improve clinical outcomes. However, the challenge in defining a therapeutic range for individual NOACs is that the association between drug dose and plasma level is confounded by clinical characteristics, especially age and renal function (**Table** and **Figure 2**).[7,9,49] Several trials provide support for this hypothesis. Data from the RE-LY trial showed that at a trough dabigatran level of 100 ng/mL the annual incidence of major bleeding differed with participant age: major bleeding was approximately 2.5% in patients aged 65 years, 5% in individuals aged 75 years, and 8% in those aged 85 years (**Figure 3**).[7] The corresponding annual incidences of ischemic stroke or systemic embolism with a dabigatran level of 100 ng/mL were 1.8% in patients aged 65 years, 3.8% in patients aged 75 years, and 6% in patients aged 85 years.[7] Despite these differences, the relative risks of ischemic stroke and intracranial bleeding with dabigatran compared with warfarin are almost the same regardless of age.[4] Comparable findings were reported for renal function: as creatinine clearance decreased, the rates of stroke and major bleeding increased, but the risks of stroke and bleeding with dabigatran relative to warfarin were similar regardless of renal function (eFigure in the Supplement).[50] These data suggest that the optimal dabigatran drug level varies with age and renal function.

In the ENGAGE AF-TIMI 48 trial, drug levels and anti–factor Xa activity were 25% to 33% lower in patients who had their edoxaban dose halved at baseline because of low body weight, impaired renal function, or concomitant medications compared with those who received the full dose.[9] Despite the lower drug levels and anti–factor Xa activity, the relative risks of stroke or systemic embolism and major bleeding with edoxaban relative to warfarin in patients who had their edoxaban dose reduced were similar to those of patients who received the full dose. These findings support the notion that patient characteristics influence the association between NOAC drug levels and clinical outcomes.

In the ARISTOTLE trial, a population pharmacokinetic model provided information about predicted peak and trough apixaban levels for individuals with or without bleeding events.[51] The analysis revealed substantial overlap in apixaban drug levels between patients who experienced major bleeding (n = 110) or major plus clinically relevant nonmajor bleeding (n = 205) and those who did not (n = 2866). The median plasma levels in the 3 groups only differed by approximately 15%, a finding that highlights the difficulty in identifying a therapeutic range.

In summary, despite the association between drug levels and clinical outcomes, we cannot define a therapeutic range for individual NOACs. The difficulties in doing so reflect at least in part the influence of patient characteristics on both drug levels and outcomes and the overlap in drug levels between those with or without thromboembolic or bleeding events. One possible approach may be to define extremes of drug levels that are associated with unacceptably high rates of bleeding or stroke, but this remains an open question.

## Can This Target Drug Level Be Achieved With a Practical Dose Adjustment Regimen?

Even if we knew the appropriate drug level to target for individual patients, information is lacking about the appropriate dose adjustment to achieve the desired effect. In most countries, available pill or capsule strengths are limited to the doses tested in the clinical trials. It is not known whether dose adjustment within the constraints of the approved pill or capsule strengths will result in a higher proportion of drug levels within a selected therapeutic window. Although doses of apixaban, edoxaban, and rivaroxaban were adjusted in trials based on clinical characteristics, there is no information about dose adjustment based on drug levels.

## What Is the Effect of Dose Adjustment on the Net Clinical Benefit of Treatment for Patients?

When considering a laboratory monitoring strategy, we would need to decide whether to adjust the dose up if levels are low to reduce the risk of stroke, to adjust the dose down if levels are high to reduce the risk of bleeding, or to adjust both upward and downward to optimize benefit and reduce risk. Many clinicians might opt to only adjust down to minimize the risk of bleeding because the annual rate of stroke with unmonitored NOAC therapy was only 1% to 2% in clinical trials.[1] The concern about safety is reflected by current clinical practice, where a large proportion of patients with AF receive the lower doses of the NOACs.[52,53] In patients with AF receiving an anticoagulant for stroke prevention, the annual rate of major bleeding ranges from 2% to 4%, with higher rates in the elderly and in those with moderate renal impairment.[22-24,26] Although dose reduction in patients with high drug levels may reduce bleeding, it may also be associated with higher stroke rates. Likewise, while dose reduction may decrease the risk of extra-

Copyright 2017 American Medical Association. All rights reserved.

Downloaded From: http://jamanetwork.com/pdfaccess.ashx?url=/data/journals/cardiology/936245/ by Natalie Eros on 05/24/2017

Table. Substudies Evaluating the Association Between Non–Vitamin K Antagonist Oral Anticoagulant Drug Exposure and Clinical Outcomes in Patients With Atrial Fibrillation

| Trial (Data Source) | Comparisons | No. of Patients in Analyses (% of the Population) | PK or PD Variable Measured | Analysis Performed (Source) | Association With Stroke | Association With Bleeding | Significant Risk Factors for Stroke or Bleeding Events | Analysis Limitations |
|---|---|---|---|---|---|---|---|---|
| RE-LY[22] (FDA[2] and Reilly et al,[7] 2014) | Dabigatran (110 or 150 mg twice daily) vs warfarin | FDA exposure-efficacy analysis: 13 884 (77%)[a]; FDA exposure-safety analysis: 8432 (70%); Reilly et al: 8449 (70%) | Dabigatran trough plasma levels[b] | Cox proportional hazards regression model (FDA); adjusted logistic regression models for IS and MB (Reilly et al) | Probability of IS decreased with higher dabigatran levels | Increased risk of MB and LTB[c] with higher dabigatran levels | IS: age, weight, history of stroke or TIA, diabetes MB: plasma level, sex, age, aspirin use[d] | No. of patients with events in dose-response model; single PK sample collected in most patients |
| ROCKET AF[26] (FDA[3]) | Rivaroxaban (20 mg once daily) vs warfarin | 6193 in per-protocol data set (88%) for IS; 6172 in per-protocol data set (88%) for ISTH MB | PT | Unadjusted logistic regression models for IS and ISTH and TIMI MB | IS was independent of PT over range of 10-30 s | MB increased with PT over range of 10-30 s | Not reported | Correlation of PT with plasma levels only in a limited number of patients (n = 161) |
| ARISTOTLE[24] (FDA[4]) | Apixaban (5 mg twice daily) vs warfarin | 2932 (32%) | Apixaban AUC | Unadjusted logistic regression models for IS and ISTH MB (FDA)[e] | Probability of IS was independent of apixaban exposure | Increased risk of ISTH MB with higher apixaban exposure | IS: age, prior stroke or TIA or SEE, CHADS$_2$ score, race MB: age, creatinine, body weight, aspirin use, prior stroke or TIA or SEE[f] | Limited number of patients included in analysis (especially IS), only a single random PK sample was collected |
| ENGAGE AF-TIMI 48[23] (FDA[8] and Ruff et al,[9] 2015) | Edoxaban (30 or 60 mg once daily) vs warfarin | Ruff et al: 6780 (48%) | Edoxaban trough plasma levels | Cox proportional hazards regression model (FDA and Ruff et al) | Reduced risk of stroke or SEE with higher plasma drug levels | Increased risk of MB with higher plasma drug levels | Stroke or SEE and IS: trough level, age, prior stroke or TIA, weight, CHADS$_2$ score MB and LTB or FB: trough level, age, concomitant aspirin use, CHADS$_2$ score | Edoxaban level and anti-factor Xa activity measured at only a single time point (1 mo after randomization) |

Abbreviations: AUC, area under the plasma concentration curve; FB, fatal bleeding; FDA, US Food and Drug Administration; IS, ischemic stroke; ISTH, International Society on Thrombosis and Haemostasis; LTB, life-threatening bleeding; MB, major bleeding; PD, pharmacodynamic; PK, pharmacokinetic; PT, prothrombin time; SEE, systemic embolic event; TIA, transient ischemic attack; TIMI, Thrombolysis in Myocardial Infarction.

SI conversion factor: To convert hemoglobin level to grams per liter, multiply by 10.0.

[a] Warfarin-treated patients were included in the exposure-efficacy analysis to evaluate the influence of confounding factors (age and creatinine clearance).

[b] For trough levels, only samples collected within 10 to 16 hours after the previous dabigatran dose were considered. Approximately 12% of samples were excluded from the evaluation because of questionable records in blood sampling date or time or administration date or time. Additional samples were obtained at 3, 6, and 12 months from 2143 participants who participated in a PK substudy.

[c] Life-threatening bleeding was a subcategory of major bleeding that consisted of fatal bleeding, symptomatic intracranial bleeding, bleeding with a decrease in hemoglobin level of more than 5.0 g/dL, or bleeding requiring transfusion of at least 4 U of blood or inotropic agents or necessitating surgery.

[d] Based on multivariate analyses.

[e] A Cox proportional hazards regression model with covariates was also performed and showed similar results.

[f] Significant covariates in a Cox proportional hazards regression model.

cranial bleeding, the case-fatality rate in such patients is lower with unmonitored NOAC therapy than with warfarin.[23,24,26,54] Therefore, the influence of NOAC laboratory monitoring and dose adjustment on clinical outcomes remains unknown.

It has been suggested that laboratory monitoring could be targeted to vulnerable groups, such as the elderly or those with renal impairment.[55-57] However, these patient characteristics are already considered in current prescribing guidelines. The doses of edoxaban and rivaroxaban are already reduced in patients with renal impairment. Age 80 years or older is a consideration in the dosing of apixaban and edoxaban, and both renal impairment and age are considerations for apixaban dosing, as well as dabigatran dosing in countries where the 110-mg dose is licensed.[37,58-60] In the



Figure 2. Challenge in Defining a Therapeutic Range for Individual Non–Vitamin K Antagonist Oral Anticoagulants

The association between drug dose and plasma level is confounded by clinical characteristics, especially age and renal function.

Copyright 2017 American Medical Association. All rights reserved.

Downloaded From: http://jamanetwork.com/pdfaccess.ashx?url=/data/journals/cardiology/936245/ by Natalie Eros on 05/24/2017



Figure 3. Probability of Major Bleeding and Ischemic Stroke or Systemic Embolic Events With Dabigatran According to Age

The probability is shown vs dabigatran trough levels (110-mg and 150-mg twice-daily doses combined) by age. Reprinted with permission from Reilly et al.[7]

United States, where the 110-mg dabigatran dose is not licensed, a 75-mg twice-daily dose is approved for patients with a creatinine clearance of 15 to 30 mL/min and for those with moderate renal impairment (creatinine clearance, 30-50 mL/min) who are receiving concomitant treatment with potent inhibitors of P-glycoprotein that increase dabigatran levels.[61]

In the 4 stroke prevention clinical trials, these dose adjustments (based entirely on patient characteristics) resulted in efficacy that was at least as good as that with warfarin and a lower risk of intracranial hemorrhage.[1] The influence of dose adjustment based on the results of plasma drug levels has not been tested to date and remains uncertain.

The single trial that incorporated NOAC level measurement and dose adjustment was RE-ALIGN,[25] which compared dabigatran with warfarin for the prevention of thromboembolism in patients with mechanical heart valves. Despite achieving a trough level of at least 50 ng/mL, there was a trend for more strokes with dabigatran than with warfarin that was accompanied by significant excess bleeding. The failure of dabigatran in this setting likely reflects coagulation activation resulting from exposure of blood to the artificial surface of the valve that triggers the generation of thrombin in levels that overwhelm those of dabigatran.[62]

## What Evidence Is Needed to Determine Whether There Is a Benefit of Routine Laboratory Monitoring and Dose Adjustment?

Possible study designs that can be used to evaluate the influence of routine laboratory monitoring on clinical outcomes are listed in eTable 6 in the Supplement. The highest-quality evidence to support routine monitoring and dose adjustment is provided by a clinical trial that randomizes patients to routine therapeutic laboratory monitoring or fixed-dose unmonitored therapy (standard care). In the monitored group, patients with a drug level below or above the desired range would have their NOAC dose adjusted upward or downward, respectively, whereas those with levels in the desired range would continue on the usual dose (Figure 4). We estimate that such a study would need to enroll at least 10 000 patients, assuming an annual rate of stroke and major bleeding of 5%, to have 90% power to detect a 20% relative risk reduction in bleeding with laboratory monitoring compared with standard care. An even larger study would be required to demon-



Figure 4. Proposed Randomized Clinical Trial Design to Evaluate the Clinical Utility of Dose Adaptation

strate noninferiority of monitored therapy for stroke prevention. Because of study feasibility, the difficulty in evaluating the most appropriate population, and the cost, such a study for each NOAC is unlikely to be performed. An alternative strategy would include performing large prospective observational studies in an attempt to correlate quantitative measures of the anticoagulant effect or drug levels of the NOACs with subsequent risk of ischemic and bleeding events, after adjusting for clinical factors such as age, body weight, renal function, or concomitant medications. Finally, although subanalyses of the existing trials may provide additional information, pharmacokinetic data were only collected in half of the clinical trials, and dose adjustment was used in a small proportion of enrolled patients.

## Circumstances Where Measurement of NOAC Coagulation Effects May Be Useful

Although routine laboratory monitoring and dose adjustment of NOAC therapy cannot be recommended based on available information, measurement of drug levels or anticoagulant effect might be useful in certain clinical situations.[63,64] These scenarios include the following indications: to manage patients with serious bleeding or thromboembolic events, to establish the optimal timing of surgery or other invasive procedures, and to detect drug accumulation in the case of acute renal or hepatic insufficiency or suspected overdose. Similar additional indications are to: identify subtherapeutic or supratherapeutic levels in patients taking other drugs (eg, P-glycoprotein inducers or inhibitors and strong cytochrome P450

Copyright 2017 American Medical Association. All rights reserved.

Downloaded From: http://jamanetwork.com/pdfaccess.ashx?url=/data/journals/cardiology/936245/ by Natalie Eros on 05/24/2017

3A4 inducers or inhibitors) that are known to significantly affect pharmacokinetics; identify subtherapeutic or supratherapeutic levels in patients at the extremes of body weight; and identify candidates for specific reversal agents (ie, idarucizumab for the reversal of dabigatran and 2 agents [andexanet alfa and ciraparantag] under development for the reversal of the factor Xa inhibitors).[63-66]

For many of these situations, a semiquantitative test to detect extreme drug levels may be sufficient. Interpretation of the test result will be dependent on the NOAC dosage, the timing of the last dose, the expected half-life, and factors that influence pharmacokinetics.[63,64]

Improved NOAC treatment adherence or treatment persistence can further improve clinical outcomes. Real-world experience suggests that both adherence and persistence are improved with fixed-dose unmonitored NOAC therapy compared with dose-adjusted warfarin.[67] However, because the anticoagulant effects of the NOACs wear off within 12 to 24 hours after the last intake, measurement of plasma levels is likely to have a limited role for adherence monitoring.[68]

Because all NOACs are partially cleared by the kidneys, they may accumulate in patients with renal impairment. Consequently, guidelines recommend routine laboratory monitoring of renal function (eg, using the Cockcroft-Gault estimate of creatinine clearance) in all patients treated with a NOAC.[64,69,70]

## Conclusions and Future Directions

Robust evidence from patients with AF randomized to NOACs or warfarin demonstrates that unmonitored NOAC therapy is at least as effective as and safer than warfarin, with lower rates of intracranial hemorrhage and reduced mortality.[1] Although it is possible to accurately measure NOAC drug levels, information is lacking on the optimal level in particular patient groups (eg, the elderly, the renally impaired, and those with high bleeding risk), the appropriate dose adjustment to achieve expected levels, and whether routine laboratory monitoring and dose adjustment will improve clinical outcomes. Further research is required to determine whether routine laboratory monitoring of NOAC drug levels and dose adjustment may improve clinical outcomes compared with fixed-dose unmonitored therapy. Appropriately designed and adequately powered trials will be needed to resolve these issues but such trials face challenges of feasibility, cost, and the suitable population to evaluate. Additional studies are necessary to further evaluate the net clinical benefit of NOACs and the influence of clinical characteristics and drug exposure. In the absence of data demonstrating a net benefit for patients with routine laboratory monitoring, we suggest that clinicians continue to prescribe NOACs in fixed doses without monitoring.

ARTICLE INFORMATION

Accepted for Publication: January 27, 2017.

Published Online: March 29, 2017.
doi:10.1001/jamacardio.2017.0364

Author Contributions: Drs Eikelboom and Quinlan had full access to all of the data in the study and take responsibility for the integrity of the data and the accuracy of the data analysis.
Study concept and design: All authors.
Acquisition, analysis, or interpretation of data: Eikelboom, Quinlan, Hirsh.
Drafting of the manuscript: Eikelboom, Quinlan, Weitz.
Critical revision of the manuscript for important intellectual content: All authors.
Administrative, technical, or material support: All authors.
Study supervision: Eikelboom, Quinlan.

Conflict of Interest Disclosures: All authors have completed and submitted the ICMJE Form for Disclosure of Potential Conflicts of Interest. Dr Eikelboom reported receiving honoraria and research support from Boehringer Ingelheim, Bristol-Myers Squibb, Pfizer, Bayer, Janssen Pharmaceuticals, and Daiichi Sankyo. Dr Quinlan reported serving as a consultant to and receiving honoraria from Bayer, Boehringer Ingelheim, and Sanofi. Dr Connolly reported receiving honoraria and research support from Boehringer Ingelheim, Bristol-Myers Squibb, Pfizer, Bayer, and Janssen Pharmaceuticals. Dr Weitz reported serving as a consultant to and receiving honoraria from Boehringer Ingelheim, Bayer, Janssen Pharmaceuticals, Johnson & Johnson, Bristol-Myers Squibb, Pfizer, Daiichi Sankyo, Portola, and Ionis Pharmaceuticals. No other disclosures were reported.

Funding/Support: Dr Eikelboom is the recipient of a Mid-Career Award from the Heart and Stroke Foundation of Canada. Dr Weitz holds the Canada Research Chair (Tier I) in Thrombosis and the Heart and Stroke Foundation of Canada J. F. Mustard Chair in Cardiovascular Research.

Role of the Funder/Sponsor: The funding sources had no role in the design and conduct of the study; collection, management, analysis, and interpretation of the data; preparation, review, or approval of the manuscript; and decision to submit the manuscript for publication.

REFERENCES

1. Ruff CT, Giugliano RP, Braunwald E, et al. Comparison of the efficacy and safety of new oral anticoagulants with warfarin in patients with atrial fibrillation: a meta-analysis of randomised trials. *Lancet*. 2014;383(9921):955-962.

2. US Food and Drug Administration. Briefing information, dabigatran etexilate mesylate capsules, for the September 20, 2010, meeting of the Cardiovascular and Renal Drugs Advisory Committee. http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/UCM247244.pdf. Published October 19, 2010. Accessed September 17, 2016.

3. US Food and Drug Administration. Briefing information, Xarelto (rivaroxaban) tablets, for the September 8, 2011, meeting of the Cardiovascular and Renal Drugs Advisory Committee. http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/drugs/CardiovascularandRenalDrugsAdvisoryCommittee/ucm270796.pdf. Accessed September 17, 2016.

4. FDA Center for Drug Evaluation and Research. Clinical pharmacology review NDA 202-155, apixaban, December 2012. http://www.accessdata.fda.gov/drugsatfda_docs/nda/2012/202155Orig1s000ClinPharmR.pdf. Accessed September 17, 2016.

5. FDA Center for Drug Evaluation and Research. Savaysa (edoxaban) tablets, FDA presentations for the October 30, 2014, meeting of the Cardiovascular and Renal Drugs Advisory Committee. http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/UCM421612.pdf. Accessed September 17, 2016.

6. FDA Center for Drug Evaluation and Research. FDA core presentations, dabigatran etexilate mesylate capsules, for the September 20, 2010, meeting of the Cardiovascular and Renal Drugs Advisory Committee. http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/UCM226704.pdf. Accessed September 17, 2016.

7. Reilly PA, Lehr T, Haertter S, et al; RE-LY Investigators. The effect of dabigatran plasma concentrations and patient characteristics on the frequency of ischemic stroke and major bleeding in atrial fibrillation patients: the RE-LY Trial (Randomized Evaluation of Long-term Anticoagulation Therapy). *J Am Coll Cardiol*. 2014;63(4):321-328.

8. FDA Center for Drug Evaluation and Research. Briefing information, Savaysa (edoxaban) tablets, for the October 30, 2014, meeting of the Cardiovascular and Renal Drugs Advisory Committee. http://www.fda.gov/downloads/advisorycommittees/committeesmeetingmaterials/drugs/cardiovascularandrenaldrugsadvisorycommittee/ucm420704.pdf. Accessed September 17, 2016.

9. Ruff CT, Giugliano RP, Braunwald E, et al. Association between edoxaban dose,

Copyright 2017 American Medical Association. All rights reserved.

Downloaded From: http://jamanetwork.com/pdfaccess.ashx?url=/data/journals/cardiology/936245/ by Natalie Eros on 05/24/2017

Case 2:14-md-02592-EEF-MBN   Document 7135-2   Filed 07/28/17   Page 9 of 10

concentration, anti–factor Xa activity, and outcomes: an analysis of data from the randomised, double-blind ENGAGE AF-TIMI 48 trial. *Lancet*. 2015;385(9984):2288-2295.

**10**. European Medicines Agency. Workshop on the role of pharmacokinetic and pharmacodynamic measurements in the use of direct oral anticoagulants; November 23, 2015; London, England. http://www.ema.europa.eu/docs/en_GB/document_library/Report/2016/01/WC500199512.pdf. Accessed September 17, 2016.

**11**. Cardiac Safety Research Consortium. Workshop: is there a role for pharmacokinetic/pharmacodynamics guided dosing for novel anticoagulants? American College of Cardiology; December 3, 2015; Washington, DC. http://cardiac-safety.org/is-there-a-role-for-pharmacokineticpharmacodynamics-guided-dosing-for-novel-anticoagulants. Accessed September 17, 2016.

**12**. Reiffel JA, Weitz JI, Reilly P, et al; Cardiac Safety Research Consortium Presenters and Participants. NOAC monitoring, reversal agents, and post-approval safety and effectiveness evaluation: a Cardiac Safety Research Consortium think tank. *Am Heart J*. 2016;177:74-86.

**13**. Eikelboom JW, Hirsh J. Monitoring unfractionated heparin with the aPTT: time for a fresh look. *Thromb Haemost*. 2006;96(5):547-552.

**14**. Ansell J, Hirsh J, Hylek E, Jacobson A, Crowther M, Palareti G; American College of Chest Physicians. Pharmacology and management of the vitamin K antagonists: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines (8th Edition). *Chest*. 2008;133(6)(suppl):160S-198S.

**15**. O'Donnell M, Hirsh J. Establishing an optimal therapeutic range for coumarins: filling in the gaps. *Arch Intern Med*. 2004;164(6):588-590.

**16**. Ageno W, Gallus AS, Wittkowsky A, Crowther M, Hylek EM, Palareti G; American College of Chest Physicians. Oral anticoagulant therapy: Antithrombotic Therapy and Prevention of Thrombosis, 9th ed: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines. *Chest*. 2012;141(2)(suppl):e44S-e88S.

**17**. Hirsh J. Laboratory monitoring of low-molecular-weight heparin therapy. *J Thromb Haemost*. 2004;2(6):1003.

**18**. Hirsh J, Raschke R. Heparin and low-molecular-weight heparin: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy. *Chest*. 2004;126(3)(suppl):188S-203S.

**19**. Bounameaux H, de Moerloose P. Is laboratory monitoring of low-molecular-weight heparin therapy necessary? no. *J Thromb Haemost*. 2004;2(4):551-554.

**20**. Donat F, Duret JP, Santoni A, et al. The pharmacokinetics of fondaparinux sodium in healthy volunteers. *Clin Pharmacokinet*. 2002;41(suppl 2):1-9.

**21**. Eriksson BI, Quinlan DJ, Weitz JI. Comparative pharmacodynamics and pharmacokinetics of oral direct thrombin and factor Xa inhibitors in development. *Clin Pharmacokinet*. 2009;48(1):1-22.

**22**. Connolly SJ, Ezekowitz MD, Yusuf S, et al; RE-LY Steering Committee and Investigators. Dabigatran versus warfarin in patients with atrial fibrillation [published correction appears in *N Engl J Med*. 2010;363(19):1877]. *N Engl J Med*. 2009;361(12):1139-1151.

**23**. Giugliano RP, Ruff CT, Braunwald E, et al; ENGAGE AF-TIMI 48 Investigators. Edoxaban versus warfarin in patients with atrial fibrillation. *N Engl J Med*. 2013;369(22):2093-2104.

**24**. Granger CB, Alexander JH, McMurray JJ, et al; ARISTOTLE Committees and Investigators. Apixaban versus warfarin in patients with atrial fibrillation. *N Engl J Med*. 2011;365(11):981-992.

**25**. Eikelboom JW, Connolly SJ, Brueckmann M, et al; RE-ALIGN Investigators. Dabigatran versus warfarin in patients with mechanical heart valves. *N Engl J Med*. 2013;369(13):1206-1214.

**26**. Patel MR, Mahaffey KW, Garg J, et al; ROCKET AF Investigators. Rivaroxaban vs warfarin in nonvalvular atrial fibrillation. *N Engl J Med*. 2011;365(10):883-891.

**27**. Dale BJ, Chan NC, Eikelboom JW. Laboratory measurement of the direct oral anticoagulants. *Br J Haematol*. 2016;172(3):315-336.

**28**. Weitz JI, Eikelboom JW. Urgent need to measure effects of direct oral anticoagulants. *Circulation*. 2016;134(3):186-188.

**29**. Testa S, Legnani C, Tripodi A, et al. Poor comparability of coagulation screening test with specific measurement in patients receiving direct oral anticoagulants: results from a multicenter/multiplatform study. *J Thromb Haemost*. 2016;14(11):2194-2201.

**30**. van Ryn J, Grottke O, Spronk H. Measurement of dabigatran in standardly used clinical assays, whole blood viscoelastic coagulation, and thrombin generation assays. *Clin Lab Med*. 2014;34(3):479-501.

**31**. Cuker A. Laboratory measurement of the non–vitamin K antagonist oral anticoagulants: selecting the optimal assay based on drug, assay availability, and clinical indication. *J Thromb Thrombolysis*. 2016;41(2):241-247.

**32**. Jennings I, Kitchen S, Kitchen DP, et al. Assays to measure direct oral anticoagulants (DOAC): data from UK NEQAS multicentre studies. *J Thromb Haemost*. 2015;13(suppl 2):204. Abstract OR285.

**33**. Gouin-Thibault I, de Maistre E, Susen S, et al; GEHT Study Group on NOAC. Evaluation of dabigatran, rivaroxaban and apixaban target-specific assays in a multicenter French study. *J Thromb Haemost*. 2015;13(suppl 2):387. Abstract PO345-MON.

**34**. van Ryn J, Stangier J, Haertter S, et al. Dabigatran etexilate: a novel, reversible, oral direct thrombin inhibitor: interpretation of coagulation assays and reversal of anticoagulant activity. *Thromb Haemost*. 2010;103(6):1116-1127.

**35**. Clemens A, Haertter S, Friedman J, et al. Twice daily dosing of dabigatran for stroke prevention in atrial fibrillation: a pharmacokinetic justification. *Curr Med Res Opin*. 2012;28(2):195-201.

**36**. Frost C, Song Y, Barrett YC, et al. A randomized direct comparison of the pharmacokinetics and pharmacodynamics of apixaban and rivaroxaban. *Clin Pharmacol*. 2014;6:179-187.

**37**. European Medicines Agency. Eliquis: summary of product characteristics. http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Product_Information/human/002148/WC500107728.pdf. Published April 15, 2016. Accessed September 17, 2016.

**38**. Mueck W, Stampfuss J, Kubitza D, Becka M. Clinical pharmacokinetic and pharmacodynamic profile of rivaroxaban. *Clin Pharmacokinet*. 2014;53(1):1-16.

**39**. European Medicines Agency. Committee for Medicinal Products for Human Use (CHMP) assessment report for Lixiana (edoxaban). http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Public_assessment_report/human/002629/WC500189047.pdf. Published April 23, 2015. Accessed September 17, 2016.

**40**. Chan NC, Coppens M, Hirsh J, et al. Real-world variability in dabigatran levels in patients with atrial fibrillation. *J Thromb Haemost*. 2015;13(3):353-359.

**41**. European Medicines Agency. Committee for Medicinal Products for Human Use (CHMP) assessment report for Pradaxa. http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Assessment_Report_-_Variation/human/000829/WC500110875.pdf. Published June 9, 2011. Accessed September 17, 2016.

**42**. Florian J, Rose M. Correlation of drug levels and outcomes in phase III new oral anticoagulant (NOAC) trials. http://www.fda.gov/downloads/MedicalDevices/NewsEvents/WorkshopsConferences/UCM473317.pdf. Published October 26, 2015. Accessed September 17, 2016.

**43**. Liesenfeld KH, Lehr T, Dansirikul C, et al. Population pharmacokinetic analysis of the oral thrombin inhibitor dabigatran etexilate in patients with non-valvular atrial fibrillation from the RE-LY trial. *J Thromb Haemost*. 2011;9(11):2168-2175.

**44**. Mercuri M. What evidence is there that variable clinical responses to PK parameters exist for NOACs? what conclusions can we draw from these data? review of data from edoxaban. Paper presented at: Cardiac Safety Research Consortium: is there a role for pharmacokinetic/pharmacodynamics guided dosing for novel anticoagulants? December 3, 2015. http://cardiac-safety.org/wp-content/uploads/2015/12/S1_4d_Mercuri.pdf. Accessed September 17, 2016.

**45**. Testa S, Tripodi A, Legnani C, et al; START-Laboratory Register. Plasma levels of direct oral anticoagulants in real life patients with atrial fibrillation: results observed in four anticoagulation clinics. *Thromb Res*. 2016;137:178-183.

**46**. Šinigoj P, Malmström RE, Vene N, et al. Dabigatran concentration: variability and potential bleeding prediction in "real-life" patients with atrial fibrillation. *Basic Clin Pharmacol Toxicol*. 2015;117(5):323-329.

**47**. Mismetti P, Laporte S. New oral antithrombotics: a need for laboratory monitoring. *J Thromb Haemost*. 2010;8(4):621-626.

**48**. Girgis IG, Patel MR, Peters GR, et al. Population pharmacokinetics and pharmacodynamics of rivaroxaban in patients with non-valvular atrial fibrillation: results from ROCKET AF. *J Clin Pharmacol*. 2014;54(8):917-927.

**49**. Patel MR, Washam JB. Edoxaban and the need for outcomes-based NOAC dosing. *Lancet*. 2015;385(9984):2232-2233.

**50**. Hijazi Z, Hohnloser SH, Oldgren J, et al. Efficacy and safety of dabigatran compared with warfarin in relation to baseline renal function in patients with

Copyright 2017 American Medical Association. All rights reserved.

Downloaded From: http://jamanetwork.com/pdfaccess.ashx?url=/data/journals/cardiology/936245/ by Natalie Eros on 05/24/2017

atrial fibrillation: a RE-LY (Randomized Evaluation of Long-term Anticoagulation Therapy) trial analysis. *Circulation*. 2014;129(9):961-970.

51. Lawrence J. What evidence is there that variable clinical responses to PK parameters exist for NOACs? what conclusions can we draw from these data? review of data from apixaban. Paper presented at workshop: is there a role for pharmacokinetic/pharmacodynamics guided dosing for novel anticoagulants? December 3, 2015. http://cardiac-safety.org/wp-content/uploads/2015/12/S1_4c_Lawrence.pdf. Accessed September 17, 2016.

52. Gupta M, Singh N, Tsigoulis M, et al. Underuse of full dose factor Xa inhibition in atrial fibrillation: insight from the SPRINT-AF registry [abstract]. *J Am Coll Cardiol*. 2015;65(10)(suppl 1):A348.

53. Weitz JI, Eikelboom JW. Appropriate apixaban dosing: prescribers take note. *JAMA Cardiol*. 2016;1 (6):635-636.

54. Majeed A, Hwang HG, Connolly SJ, et al. Management and outcomes of major bleeding during treatment with dabigatran or warfarin. *Circulation*. 2013;128(21):2325-2332.

55. Duffull SB, Wright DF, Al-Sallami HS, Zufferey PJ, Faed JM. Dabigatran: rational dose individualisation and monitoring guidance is needed. *N Z Med J*. 2012;125(1357):148-154.

56. Chin PK. Which patients may benefit from dose adjustment of non–vitamin K antagonist oral anticoagulants? *Semin Thromb Hemost*. 2015;41(2): 195-207.

57. Powell JR. Are new oral anticoagulant dosing recommendations optimal for all patients? *JAMA*. 2015;313(10):1013-1014.

58. European Medicines Agency. Xarelto: summary of product characteristics. http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Product_Information/human/000944/WC500057108.pdf. Published June 10, 2016. Accessed September 17, 2016.

59. European Medicines Agency. Pradaxa: summary of product characteristics. http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Product_Information/human/000829/WC500041059.pdf. Published February 29, 2016. Accessed September 17, 2016.

60. European Medicines Agency. Lixiana: summary of product characteristics. http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Product_Information/human/002629/WC500189045.pdf. Published July 8, 2016. Accessed September 17, 2016.

61. Pradaxa [package insert]. Ridgefield, CT: Boehringer Ingelheim Pharmaceuticals Inc; 2015. http://www.pradaxa.com. Accessed November 18, 2016.

62. Jaffer IH, Stafford AR, Fredenburgh JC, Whitlock RP, Chan NC, Weitz JI. Dabigatran is less effective than warfarin at attenuating mechanical heart valve–induced thrombin generation. *J Am Heart Assoc*. 2015;4(8):e002322.

63. Baglin T, Hillarp A, Tripodi A, Elalamy I, Buller H, Ageno W. Measuring oral direct inhibitors (ODIs) of thrombin and factor Xa: a recommendation from the Subcommittee on Control of Anticoagulation of the Scientific and Standardisation Committee of the International Society on Thrombosis and Haemostasis. *J Thromb Haemost*. 2013;11(4):756-760.

64. Heidbuchel H, Verhamme P, Alings M, et al. Updated European Heart Rhythm Association Practical Guide on the use of non–vitamin K antagonist anticoagulants in patients with non-valvular atrial fibrillation. *Europace*. 2015;17 (10):1467-1507.

65. Garcia D, Barrett YC, Ramacciotti E, Weitz JI. Laboratory assessment of the anticoagulant effects of the next generation of oral anticoagulants. *J Thromb Haemost*. 2013;11(2):245-252.

66. Ruff CT, Giugliano RP, Antman EM. Management of bleeding with non–vitamin K antagonist oral anticoagulants in the era of specific reversal agents. *Circulation*. 2016;134(3):248-261.

67. Obamiro KO, Chalmers L, Bereznicki LR. A summary of the literature evaluating adherence and persistence with oral anticoagulants in atrial fibrillation. *Am J Cardiovasc Drugs*. 2016;16(5): 349-363.

68. Heidbuchel H, Verhamme P, Alings M, et al; Advisors. Updated European Heart Rhythm Association practical guide on the use of non–vitamin-K antagonist anticoagulants in patients with non-valvular atrial fibrillation: executive summary [published online June 9, 2016]. *Eur Heart J*. 2016: pii:ehw058.

69. January CT, Wann LS, Alpert JS, et al; ACC/AHA Task Force Members. 2014 AHA/ACC/HRS guideline for the management of patients with atrial fibrillation: executive summary: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines and the Heart Rhythm Society [published correction appears in *Circulation*. 2014;130(23):e270-e271]. *Circulation*. 2014;130(23):2071-2104.

70. Kirchhof P, Benussi S, Kotecha D, et al. 2016 ESC Guidelines for the management of atrial fibrillation developed in collaboration with EACTS. *Europace*. 2016;18(11):1609-1678.

Copyright 2017 American Medical Association. All rights reserved.

Downloaded From: http://jamanetwork.com/pdfaccess.ashx?url=/data/journals/cardiology/936245/ by Natalie Eros on 05/24/2017