# EXHIBIT 3

Received: 23 January 2017  |  Accepted: 23 January 2017

DOI: 10.1111/ijlh.12658

**REVIEW ARTICLE**

 

# The danger of relying on the APTT and PT in patients on DOAC therapy, a potential patient safety issue

D. M. Adcock[1]  |  R. C. Gosselin[2]

[1]Colorado Coagulation, Laboratory Corporation of America® Holdings, Englewood, CO, USA

[2]University of California, Davis, Davis, CA, USA

**Correspondence**
Dorothy M. Adcock, Colorado Coagulation, Englewood, CO, USA.
Email: adcockd@labcorp.com

**Abstract**

Prolongation of the activated partial thromboplastin time (APTT) and prothrombin time/international normalized ratio (PT/INR) correlates poorly with plasma concentrations of direct oral anticoagulant agents (DOACS) including direct thrombin and direct Xa inhibitors. It has been repeatedly demonstrated that patients can have normal APTT and PT/INR with a therapeutic plasma concentration of a DOAC. Clinicians can no longer rely on a normal APTT and PT to determine that an anticoagulated patient is safe to undergo an invasive procedure. Laboratory scientists need to play a key and active role in educating clinicians about the limitations of the APTT and PT in patients on DOAC prophylaxis or therapy.

**KEYWORDS**

activated partial thromboplastin time, direct oral anticoagulants, prothrombin time, risk, safety

## 1  |  INTRODUCTION

If a patient with a history of atrial fibrillation, taking the recommended therapeutic dose of apixaban 5 mg twice daily, has a normal activated partial thromboplastin time (APTT) and prothrombin time/International Normalized Ratio (PT/INR) result, can this patient be therapeutically anticoagulated? The answer is a resounding "yes" and this underscores the paradigm shift regarding the use and understanding of screening coagulation assays in patients on direct oral anticoagulant agents (DOACS), including direct thrombin and Xa inhibitor anticoagulants. Misconceptions regarding the usefulness of the APTT and PT/INR in the determination of the degree of anticoagulation in patients on DOAC therapy reflect a significant patient safety issue.[1] As DOACs are becoming more commonly used, the need to educate clinical colleagues regarding this paradigm shift, specifically the lack of clinical utility of the APTT and PT in patients on DOACS, is paramount.[2] This article will describe the mechanism of DOAC anticoagulation with a comparison to warfarin and heparin, review the poor correlations between plasma concentrations of various DOACS and prolongations of the APTT and PT/INR, and propose a possible basis for the poor correlation. By presenting the limitations and potential safety issues of clinician reliance on the APTT and PT measurements in patients on DOAC therapy, this article encourages laboratory scientists to engage in educational activities and clinician consultation to bring this information to the forefront of our clinical colleagues.

## 2  |  ANTICOAGULANT MECHANISM OF ACTION AND PROPOSED RELATIONSHIP TO THE APTT AND PT

Direct oral anticoagulants are a relatively new class of immediate acting, oral anticoagulant agents that function as direct inhibitors of thrombin (DTI) or activated factor X (FXa). They are administered for thromboprophylaxis in atrial fibrillation and prevention or treatment of venous thrombosis (VTE).[3] In 2016, the American Association of Chest Physicians recommended the use of DOACs over vitamin K antagonists (VKA) for the treatment of non-cancer-related VTE.[4] These agents are administered in fixed doses and do not require routine (episodic or frequent) monitoring.[5-8] There may be occasions where it is advantageous to measure drug levels and this can be accomplished using methodologies other than a simple APTT or PT.[4,9]

The mechanism of action of DOACS is fundamentally different than VKA (such as warfarin). While more similar in action to heparins, including fondaparinux, important differences exist, as described below. Warfarin functions as an anticoagulant by diminishing the synthesis of functional vitamin K-dependent coagulation factors,


specifically factors II, VII, IX, and X. With warfarin therapy, prolongation of the PT/INR correlates with the degree of anticoagulation and this is dependent on the level of suppression of the functional vitamin K-dependent factors.[10] Adequate suppression of vitamin K-dependent factors requires days whereas DOACs and heparins are more fast-acting producing anticoagulant effect in hours. By reporting the INR, all PT results are normalized for the responsiveness of the different PT reagents.[9] The INR is the ratio of the patient PT to a normal PT, and this ratio is raised to the power of the international sensitivity index (ISI) value. The manufacturer-determined ISI is a means to standardize the sensitivity to depression of vitamin K-dependent factors of the PT reagent used in a local laboratory against a WHO standard PT reagent. Clinicians can determine a patient's level of anticoagulation based on the value of the INR, regardless of which PT reagent was used to perform the test. The INR is most reliable up to a value of 4.5, and beyond this, results between laboratories may not correlate well.

The INR is specific for warfarin anticoagulation as the ISI is based on sensitivity of the PT reagent to vitamin K-dependent factors. The INR using a warfarin-based ISI is not valid as a means to determine level of anticoagulation in patients on DOACS. The value of the warfarin-based ISI bears no relationship to the reagent's sensitivity to direct Xa or thrombin inhibitors.[11] It has been proposed that an ISI based on each of the different anti-Xa anticoagulants could be determined to account for how different PT reagents respond to different direct Xa inhibitor anticoagulants. This could theoretically be done and would help normalize result variation due to the different PT reagent responsiveness to direct Xa inhibitors, although it is likely to labor intensive for manufacturers and too complex for laboratories to be implemented.[12] Furthermore, generation of an anti-Xa anticoagulant-specific ISI would be of no value if a PT reagent was not sensitive to a particular anticoagulant. Such variation in reagent response to anticoagulant effect is common and in fact is the reason the INR was instituted for monitoring warfarin. In short, a warfarin-based INR does not consistently correlate with DOAC anticoagulation and a patient can be fully anticoagulated with a normal or only slightly elevated INR, depending on the DOAC and the PT reagent used.

Unfractionated heparin, low molecular weight heparin (LMWH), and fondaparinux are indirect inhibitors of select serine proteases as they require antithrombin to function, while direct inhibitors such as the DOACS do not require antithrombin.[13] Antithrombin, in the presence of unfractionated heparin, inhibits multiple activated coagulation factors but most importantly FXa and FIIa. Antithrombin in the presence of LMWH inhibits predominantly FXa and to a lesser extent FIIa, whereas fondaparinux is a selective inhibitor of FXa.[14] The heparin family of anticoagulants including unfractionated heparin, LMWH, and fondaparinux, are therefore more similar to DOACS, than the VKA, in their method of inducing anticoagulation. Like with the DOACS, the utility of screening coagulation tests, such as the APTT and PT have a limited role in monitoring LMWH and fondaparinux. PT reagents tend to be unresponsive to the presence of heparins as most reagents contain polybrene, a heparin neutralizer. While the APTT is the assay used most frequently to monitor unfractionated heparin therapy, recent evidence supporting the clinical benefit of such monitoring is weak,

as is the correlation of heparin concentration to APTT prolongation.[14] Multiple analyses cannot support the relationship between either sub-therapeutic APTT results with recurrent venous thrombosis nor major bleeding with supratherapeutic APTT values.[15] Furthermore, the varied sensitivity of different APTT reagents to heparin is well documented as anti-FXa heparin concentration of 0.3-0.7 IU/mL correlates to a range of APTT ratios from 1.6-2.7 to 3.7-6.3 times the control mean, depending on the APTT reagent.[14] The APTT has limited sensitivity to both LMWH and fondaparinux and therefore the APTT is not recommended as a means to monitor drug concentration.[14] APTT prolongation with LMWH varies with reagent as well as the type of LMWH and the APTT can be quite insensitive to LMWH. For fondaparinux, even supratherapeutic doses generally have little impact on the APTT.

An important differentiator from DOACS and limiting their anticoagulant potential is the fact that heparin, LMWH, and fondaparinux have catalytic activity against only the free form of the activated factor and not that factor bound in enzyme complexes or to fibrin.[13] In contrast, DOACS inhibit both free and bound activated factors. The activated factors bound in enzyme complexes are significantly (ie, 300 000×) more effective than the free form of the activated factors.[16] Given the difference in their ability to inactivate free vs bound factor and the impact this has on thrombin inhibition, direct FXa and thrombin inhibitors are believed to function as more effective anticoagulant agents.[13] Like LMWH and fondaparinux, DOACS (especially apixaban), may have little to no effect on screening coagulation assays despite having therapeutic plasma concentrations.[9,17] The basis of this unresponsiveness, while partially related to reagent composition, is not fully understood. This poor correlation of APTT and PT prolongation to the physiologic level of DOAC anticoagulation may be related to the fact that clot formation in APTT and PT reactions requires only about 3% of the total thrombin that is generated.[18] The laboratory-based APTT and PT cascades therefore do not accurately reflect the clotting process as it occurs in vivo. As both direct Xa and thrombin inhibitors function as anticoagulants by effectively inhibiting thrombin generation, the APTT and PT are limited in assessing total thrombin inhibition and therefore the level of in vivo DOAC anticoagulation.

## 2.1 | The relationship of DOACS to APTT and PT: the data

It is well documented that there is often a poor correlation between plasma concentration of DOACS and prolongation of the APTT and PT.[3,9,17,19,20] Furthermore, numerous studies have demonstrated that APTT and PT reagents demonstrate variable responsiveness to DOAC presence.[3,9,17,19,20] A number of studies have reported on the misprediction rate of the PT and PTT in patients on DOACS.[19,20] The term misprediction is used when patients have on therapy DOAC concentrations with normal APTT and PT values. For dabigatran, looking at an array of different reagents, misprediction of the APTT has been reported to be in the 18% range and in the range of 30% for PT reagents.[20] For rivaroxaban, published misprediction of the PT ranged from 10% to 52% and 31% to 59% for APTT depending on the reagent used.[19]

A recent 2016 review on the laboratory assessment of DOACS by Samuelson et al.[3] included 112 studies that reported a relationship between drug levels and coagulation assay results. In this study, the authors reported the following:

- For dabigatran, the degree of APTT prolongation varied across reagents and correlated poorly with drug concentration with normal APTT results seen with select reagents at low drug concentrations while the sensitivity of the PT/INR was low for dabigatran presence.
- For rivaroxaban and edoxaban, the degree of PT and APTT prolongation varied across reagents and while the PT and APTT tended to prolong in a concentration-dependent manner, overall the correlations were insufficiently sensitive.
- For apixaban, PT and APTT sensitivity was inadequate.

## 2.2 | The relationship of DOACS to APTT and PT: the potential for patient harm

An observational study investigating the awareness of APTT and PT unresponsiveness to DOAC therapy and the potential for patient harm was published by Olaiya in 2016.[1] In this study, a questionnaire that inquired about a patient who had been administered a therapeutic dose of a DOAC 12 hours previously, who had a slightly prolonged APTT and normal PT, and required an invasive procedure was sent to clinicians. This study unearthed a number of troubling findings including the fact that 12%-50% of the clinicians surveyed were unaware that rivaroxaban, dabigatran, and apixaban were anticoagulants. When these clinicians were excluded from further questioning, 55%-85% of respondents, based on an electronic questionnaire, did not recognize when it was unsafe for the patient in question to proceed with an invasive procedure. Given this, in addition to the percentage of patients that cannot recite their medication list to caregivers, the potential for patient harm may be significant.

## 2.3 | Teaching points

- The INR is not a global measure of anticoagulant therapies. A normal INR does not ensure that a patient on anticoagulant therapy is hemostatically normal. Patients may have therapeutic plasma levels of a DOAC (as well as heparin, LMWH, and fondaparinux) with a normal INR, depending on the DOAC and the reagent used.
- The APTT is not a global measure of anticoagulant therapies. A normal APTT does not ensure that a patient on anticoagulant therapy is hemostatically normal. Patients may have therapeutic plasma levels of a DOAC (as well as LMWH and fondaparinux) with a normal APTT, depending on the DOAC and the reagent used.
- It is vital that laboratory scientists have a proactive role in clinician education and consultation, and laboratories should have the capacity to provide clinicians adequate tools for assessing DOAC presence and possibly concentration, should the need arise.

## 3 | CONCLUSION

In patients on DOAC prophylaxis or therapy, APTT and PT values do not reliably reflect plasma DOAC concentration. The APTT and PT/INR can fall in the normal or near-normal range in a patient fully anticoagulated on one of the DOACS and this is most likely to occur with apixaban therapy. Clinicians must acknowledge that the APTT and PT can no longer be used as a general gauge of a patient's level of anticoagulation and hence bleeding risk. Clinicians will need to consider additional assays to screen for DOAC anticoagulant effect such as the thrombin time and chromogenic anti-Xa assay.

### CONFLICT OF INTEREST

DA has no conflicts to declare. RG serves as a consultant to Instrumentation Laboratory.

### REFERENCES

1. Olaiya A, Lurie B, Watt B, et al. An observational study of the direct oral anticoagulant awareness indicating inadequate recognition with potential for patient harm. *J Thromb Haemost*. 2016;14:987-990.
2. Barnes GD, Lucas E, Alexander GC, Goldberger ZD. National trends in ambulatory oral anticoagulant use. *Am J Med*. 2015;128:1300-1305.
3. Samuelson BT, Cuker A, Siegal DM, Crowther M, Garcia DA. Laboratory assessment of the anticoagulant activity of direct oral anticoagulants (DOACs): a systematic review. *Chest*. 2016;151:127-138. doi: 10.1016/j.chest.2016.08.1462
4. Kearon C, Akl EA, Comerota AJ, et al. Antithrombotic therapy for VTE disease: antithrombotic therapy and prevention of thrombosis, 9th ed: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines. *Chest*. 2012;141:e419s-e494s.
5. Connolly SJ, Ezekowitz MD, Yusuf S, et al. Dabigatran versus warfarin in patients with atrial fibrillation. *N Engl J Med*. 2009;361:1139-1151.
6. Granger CB, Alexander JH, McMurray JJ, et al. Apixaban versus warfarin in patients with atrial fibrillation. *N Engl J Med*. 2011;365:981-992.
7. Patel MR, Mahaffey KW, Garg J, et al. Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. *N Engl J Med*. 2011;365:883-891.
8. Giugliano RP, Ruff CT, Braunwald E, et al. Edoxaban versus warfarin in patients with atrial fibrillation. *N Engl J Med*. 2013;369:2093-2104.
9. Adcock DM, Gosselin RC. Direct oral anticoagulants (DOACs) in the laboratory: 2015 review. *Thromb Res*. 2015;136:7-12.
10. Adcock DM, Brien WF, Duff SL, et al. *Procedures for the Validation of INR and Local Calibration of PT/INR Systems; Approved Guideline*. CLSI document H54-A. 2005. Wayne, PA: Clinical and Laboratory Standards Institute.
11. Samama MM, Martinoli JL, LeFlem L, et al. Assessment of laboratory assays to measure rivaroxaban-an oral direct Xa inhibitor. *Thromb Haemost*. 2010;103:815-825.
12. Tripodi A, Chantarngkul V, Guinet C, et al. The International Normalized Ratio calibrated for rivaroxaban has the potential to normalize prothrombin time results for rivaroxaban-treated patients: results of an in vitro study. *J Thromb Haemost*. 2011;9:226-228.
13. Weitz JI. Factor Xa and thrombin as targets for new oral anticoagulants. *Thromb Res*. 2011;127(Suppl 2):S5-S12.
14. Smythe MA, Priziola J, Dobesh PP, et al. Guidance for the practical management of the heparin anticoagulants in the treatment of venous thromboembolism. *J Thromb Thrombolysis*. 2016;14:165-186.
15. Kearon C, Ginsberg JS, Julian JA, et al. Comparison of fixed-dose weight-adjusted unfractionated heparin and low-molecular-weight

heparin for acute treatment of venous thromboembolism. *JAMA*. 2006;296:935-942.
16. Haas S. Facts and artefacts of coagulation assays for factor Xa inhibitors. *Thromb Haemost*. 2010;103:686-688.
17. Gosselin R, Grant RP, Adcock DM. Comparison of the effect of the anti-Xa direct oral anticoagulants apixaban, edoxaban, and rivaroxaban on coagulation assays. *Int J Lab Hematol*. 2016;38:505-513.
18. Baglin T. The measurement and application of thrombin generation. *Br J Haematol*. 2005;130:653-661.
19. Francart SJ, Hawes EM, Deal AM, et al. Performance of coagulation tests in patients on therapeutic doses of rivaroxaban. A cross-sectional pharmacodynamic study based on peak and trough plasma levels. *Thromb Haemost*. 2014;111:1133-1140.
20. Hawes EM, Deal AM, Funk-Adcock D, et al. Performance of coagulation tests in patient on therapeutic doses of dabigatran: a cross-sectional pharmacodynamics study based on peak and trough plasma levels. *J Thromb Haemost*. 2013;11:1493-1502.

**How to cite this article:** Adcock DM, Gosselin RC. The danger of relying on the APTT and PT in patients on DOAC therapy, a potential patient safety issue. *Int J Lab Hem*. 2017;39(Suppl. 1): 37–40. https://doi.org/10.1111/ijlh.12658