UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 SECTION L |
| THIS DOCUMENT RELATES TO: *Dora Mingo v. Janssen Research & Development, LLC., et al.* Case No. 2:15-cv-03469 | * * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE
## PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 4 REGARDING THE RECORD 4 CLINICAL TRIAL AND SEIFE 2015 UNDER SEAL, IN ITS ENTIRETY

NOW COMES Plaintiff who submits that Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 4 Regarding the Record 4 Clinical Trial and SEIFE 2015, as well as all exhibits, contain and/or refer to or contain information that has been designated confidential.  Accordingly, mover requests that Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 4 Regarding the Record 4 Clinical Trial and SEIFE 2015, be filed UNDER SEAL in its entirety.

1

WHEREFORE mover prays that this motion be granted and that Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 4 Regarding the Record 4 Clinical Trial and SEIFE 2015 be filed UNDER SEAL in its entirety.

Dated:  July 28, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA  70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

***Plaintiffs' Liaison Counsel***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 28, 2017, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

>   */s/ Leonard A. Davis*
>   **LEONARD A. DAVIS**