UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |
| Dora Mingo, et al. v. Janssen Research & Development, et al. Case No. 2:15-cv-03469 | |

## O R D E R

Considering Defendants' Joint *Ex Parte* Motion for Leave to File Under Seal Exhibit 1 to Defendants' Opposition to Plaintiffs' Motion in Limine to Prohibit Objectively False Testimony that PT Neoplastin is not Useful, Does not Work, or that Having Such a Warning in the Xarelto Label Would be Reckless, Inappropriate or Dangerous;

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Exhibit 1 to Defendants' Opposition to Plaintiffs' Motion in Limine to Prohibit Objectively False Testimony that PT Neoplastin is not Useful, Does not Work, or that Having Such a Warning in the Xarelto Label Would be Reckless, Inappropriate or Dangerous (Doc. 7135) be and is hereby **FILED UNDER SEAL**.

New Orleans, Louisiana, this _____ day of July, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE