**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** <br> **PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** <br><br> **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE ELDON E. FALLON** <br><br> **MAGISTRATE NORTH** |
| **Dora Mingo, et al. v. Janssen** <br> **Research & Development, et al.** <br> **Case No. 2:15-cv-03469** | |

# EXHIBIT 1

**TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE TO PROHIBIT OBJECTIVELY FALSE TESTIMONY THAT PT NEOPLASTIN IS NOT USEFUL, DOES NOT WORK, OR THAT HAVING SUCH A WARNING IN THE <u>XARELTO LABEL WOULD BE RECKLESS, INAPPROPRIATE OR DANGEROUS</u>**

# FILED UNDER SEAL