UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Mingo v. Janssen Research* | * | JUDGE ELDON E. FALLON |
| *& Development, LLC, et al.*; | * | |
| Case No. 2:15-cv-03469 | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE
PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' JOINT MOTION IN
LIMINE TO EXCLUDE ARGUMENT THAT PLAINTIFF USED "BAYER ASPIRIN"
UNDER SEAL, IN ITS ENTIRETY**

NOW COMES Plaintiff who submits that Plaintiff's Response in Opposition to Defendants' Joint Motion *in Limine* to Exclude Argument That Plaintiff Used "Bayer Aspirin," as well as all exhibits, contain and/or refer to or contain information that has been designated confidential. Accordingly, mover requests that Plaintiff's Response in Opposition to Defendants' Joint Motion *in Limine* to Exclude Argument That Plaintiff Used "Bayer Aspirin," be filed UNDER SEAL in its entirety.

WHEREFORE mover prays that this motion be granted and that Plaintiff's Response in Opposition to Defendants' Joint Motion *in Limine* to Exclude Argument That Plaintiff Used "Bayer Aspirin" be filed UNDER SEAL in its entirety.

Dated: July 28, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 28, 2017 the foregoing pleading and its supporting memorandum of law were filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**