UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: *Mingo v. Janssen Research & Development, LLC, et al.*; Case No. 2:15-cv-03469 | * * * * * * | SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' JOINT MOTION IN LIMINE TO EXCLUDE ARGUMENT THAT PLAINTIFF USED "BAYER ASPIRIN"**

# FILED UNDER SEAL
# IN ITS ENTIRETY