# EXHIBIT 1

1
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA

2
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

3
IN RE:  XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

4
                              Docket No. 14-MD-2592

5
THIS DOCUMENT RELATES TO:       Section L
                              New Orleans, Louisiana

6
*Joseph Orr, Jr., as Lawful*   Wednesday, May 31, 2017
*Surviving Spouse of*

7
*Sharyn Orr v. Janssen, et al.*
*Case No. 2:15-cv-03708*

8
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

9
            TRANSCRIPT OF TRIAL PROCEEDINGS

10
     HEARD BEFORE THE HONORABLE ELDON E. FALLON
            UNITED STATES DISTRICT JUDGE

11
           VOLUME III - MORNING SESSION

12

13
<u>APPEARANCES:</u>

14
FOR THE PLAINTIFFS'       MR. ANTHONY BIRCHFIELD, JR.
LIAISON COUNSEL:         Beasley Allen Crow Methvin

15
                         Portis & Miles
                  Post Office Box 4160

16
                  Montgomery, AL  36103

17
                  MR. BRIAN H. BARR

18
                  MR. NEIL E. McWILLIAMS, JR.
                  Levin Papantonio Thomas

19
                     Mitchell Rafferty & Proctor
                  316 Baylen Street

20
                  Suite 600
                  Pensacola, FL 32502

21

22
                  MR. GERALD EDWARD MEUNIER
                  Gainsburgh, Benjamin, David,

23
                   Meunier & Warshauer
                  Energy Centre

24
                  1100 Poydras Street
                  Suite 2800

25
                  New Orleans, LA  70163-2800

1   Q.   All right.  And, Dr. Smart, does this add further support

2   to your position that -- your opinion that Xarelto is worst in

3   class among the NOACs?

4   A.   No.  No, it's worst in class among the NOACs.  That's

5   pretty accepted.  I mean, it's a four-horse race, and they are

6   the fourth horse.  This adds concern that the approval was

7   maybe less grounded in great science.

8   Q.   I want to shift now to your third opinion about the

9   labeling, the safety information that is provided to doctors by

10  the company.  Does the fact that Xarelto is worst in class, the

11  safety concerns, is that adequately conveyed to doctors through

12  the label?  Let's start with the label.

13  A.   So my opinion in my report and my opinion now are, no,

14  it's not adequately conveyed.

15  Q.   All right.  Dr. Smart, in reviewing the materials

16  pertaining to Xarelto and the safety implications of the things

17  that have transpired here, did you review material pertaining

18  to the ratio device?

19  A.   I'm sorry.  Say that again.

20  Q.   Let's back up.  All right.  So when the ROCKET study was

21  conducted, they compared Xarelto to warfarin usage, right?

22  A.   Yes, sir.

23  Q.   And in order to properly manage warfarin, you have to

24  measure the bleeding time in patients, right?

25  A.   Yes, sir.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)   *
PRODUCTS LIABILITY LITIGATION   *      Docket No. 14-MD-2592
                                *
                                *      Section L
THIS DOCUMENT RELATES TO:       *
                                *      New Orleans, Louisiana
*Joseph Orr, et al.*            *
*v. Janssen Research &*         *      May 31, 2017
*Development, et. al.,*         *
Case No. 15-CV-3708             *
                                *
* * * * * * * * * * * * * * * *  *

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE
VOLUME II - AFTERNOON SESSION

Appearances:

For the Plaintiffs:          Levin Papantonio Thomas Mitchell
                                Rafferty & Proctor, P.A.
                             BY:  BRIAN H. BARR, ESQ.
                                  NEIL E. MCWILLIAMS, JR., ESQ.
                             316 South Baylen Street, Suite 600
                             Pensacola, Florida  32502


For the Plaintiffs:          Beasley Allen Crow Methvin
                                Portis & Miles, PC
                             BY:  ANDY BIRCHFIELD, ESQ.
                             Post Office Box 4160
                             Montgomery, Alabama 36103


For the Plaintiffs:          Gainsburgh Benjamin David
                                Meunier & Warshauer, LLC
                             BY:  GERALD E. MEUNIER, ESQ.
                             1100 Poydras Street, Suite 2800
                             New Orleans, Louisiana 70163

FRANK SMART - CROSS

01:24

1        MR. BIRCHFIELD:  Plaintiffs' Exhibit 5, Your Honor.

2    BY MR. BIRCHFIELD:

3    Q.   Dr. Nissen [sic], knowing what you know, would any

4    reasonable doctor prescribe Xarelto for AFib?

5    A.   No, sir, they would not.

6    Q.   I want to wrap up and ask you about the -- you have given

7    us the opinions and you have walked through the support of

8    those opinions that the dose is too high -- the once daily

9    versus twice daily, that's too high a dosing regimen; that

10   Xarelto is worst in class; and the label does not adequately

11   convey -- the safety information provided by the companies is

12   not adequate, correct?

13   A.   That is correct, yes, sir.

14   Q.   Do you hold all of these opinions to a reasonable degree

15   of medical and scientific certainty?

16   A.   Yes, sir.

17        MR. BIRCHFIELD:  Thank you, Dr. Smart.

18        THE COURT:  Cross-examine.

19                    CROSS-EXAMINATION

20   BY MS. WILKINSON:

21   Q.   Good afternoon, Dr. Smart.

22   A.   Hi.

23   Q.   I want to talk -- before we go into your opinions -- a

24   little bit about what you're not talking to the jury about

25   today.  You were not asked to look at any of Mrs. Orr's medical

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  XARELTO (RIVAROXABAN)  *
PRODUCTS LIABILITY LITIGATION  *      Docket No. 14-MD-2592
                               *
                               *      Section L
THIS DOCUMENT RELATES TO:      *
                               *      New Orleans, Louisiana
*Joseph Orr, et al.*           *
*v. Janssen Research &*        *      May 31, 2017
*Development, et. al.,*        *
Case No. 15-CV-3708            *
                               *
* * * * * * * * * * * * * * * *


                TRANSCRIPT OF JURY TRIAL
        BEFORE THE HONORABLE ELDON E. FALLON
            UNITED STATES DISTRICT JUDGE
            VOLUME II - AFTERNOON SESSION


Appearances:


For the Plaintiffs:        Levin Papantonio Thomas Mitchell
                              Rafferty & Proctor, P.A.
                           BY:  BRIAN H. BARR, ESQ.
                                NEIL E. MCWILLIAMS, JR., ESQ.
                           316 South Baylen Street, Suite 600
                           Pensacola, Florida  32502


For the Plaintiffs:        Beasley Allen Crow Methvin
                              Portis & Miles, PC
                           BY:  ANDY BIRCHFIELD, ESQ.
                           Post Office Box 4160
                           Montgomery, Alabama 36103


For the Plaintiffs:        Gainsburgh Benjamin David
                              Meunier & Warshauer, LLC
                           BY:  GERALD E. MEUNIER, ESQ.
                           1100 Poydras Street, Suite 2800
                           New Orleans, Louisiana 70163

04:58

1    are saying there should be a claim for liability on the basis

2    of a black box warning.  We would renew the motion that that

3    claim is preempted.

4            THE COURT:  Okay.  I understand it.  I'm not going to

5    tell the jury -- I'm not going to tell them to disregard the

6    material about the dosing, because I do think that has

7    something to do with the characteristics.  But I think the

8    black box is different.  I am going to tell them to disregard

9    testimony regarding the black box warning.

10           Thank you very much.

11           MR. MEUNIER:  Your Honor, just to be clear,

12    Dr. Smart's testimony about inadequate warning was not limited

13    to a black box reference.

14           THE COURT:  I understand.  I'm not going to -- I will

15    talk only about the black box.

16           MR. MEUNIER:  Thank you.

17           THE COURT:  Thank you very much.

18           Court will stand in recess.  I will see you all

19    at 8:15 tomorrow.

20                  * * *

21           (The following proceedings were held outside the

22    presence of the jury.)

23           MR. OVERHOLTZ:  I will read them in, then we'll

24    handle them.  The plaintiffs are going to introduce as

25    Plaintiffs' Trial Exhibit 9 Record Number 690562, which was the