# EXHIBIT "3"

Protected - Subject to Further Protective Review

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 EASTERN DISTRICT OF LOUISIANA
 3
 4    IN RE:  XARELTO (RIVAROXABAN)      MDL NO. 2592
      PRODUCTS LIABILITY LITIGATION
 5
                                           SECTION L
 6
                                    JUDGE ELDON E. FALLON
 7                                  MAG. JUDGE NORTH
 8   **************************************************
      PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
 9
      This Document Relates To:
10     Dora Mingo v. Janssen Research &
11     Development, et al.
12     Civil Case No. 2:15-cv-03469
13
14
15       ***********************************************
      VIDEOTAPED DEPOSITION OF RENIE ARMSTRONG JORDON, M.D.
16       ***********************************************
17               Taken at Holiday Inn Express
                      105 Holiday Lane,
18                  McComb, Mississippi,
                      August 12, 2016,
19         beginning at approximately 12:40 p.m.
20
21
22         ************************************
                   AMY M. KEY, RPR, CSR
23                    Notary Public
24
25
```

Protected - Subject to Further Protective Review

```
 1                A P P E A R A N C E S
 2
 3   REPRESENTING THE PLAINTIFF,
     DORA MINGO:
 4
 5       JOSEPH G. VANZANDT, ESQ.
         SONNY WILLS, ESQ.
 6       Beasley Allen
         218 Commerce Street
 7       Post Office Box 4160
         Montgomery, Alabama  36104
 8       334.269.2343
         joseph.vanzandt@beasleyallen.com
 9       sonny.wills@beasleyallen.com
10
11   REPRESENTING THE DEFENDANTS,
     JANSSEN AND JOHNSON & JOHNSON:
12
13       KIM E. MOORE, ESQ.
         Irwin, Fritchie, Urquhart & Moore, LLC
14       400 Poydras Street, Suite 2700
         New Orleans, Louisiana  70130
15       504.310.2108
         kmoore@irwinllc.com
16
17   REPRESENTING THE DEFENDANT,
     BAYER:
18
         LYN P. PRUITT, ESQ.
19       ADRIA W. CONKLIN, ESQ.
         Mitchell Williams Selig Gates
20        & Woodyard, PLLC
         425 West Capitol Avenue, Suite 1800
21       Little Rock, Arkansas  72201
         501.688.8869
22       lpruitt@mwlaw.com
         aconklin@mwlaw.com
23
24   Also Present:
25       Erin Nabors, Video Specialist
```

Protected - Subject to Further Protective Review

```
 1   could, turn to page 227.  Oh, I'm sorry.  We have it
 2   upside down.  There you go.  And that's Exhibit 9.
 3           MS. PRUITT:  What page, Counsel?
 4           MR. VANZANDT:  227.
 5   BY MR. VANZANDT:
 6       Q.  Is it on the back?  Again, sorry about the
 7   front and back portion.
 8           All right.  Doctor, on page 227 in
 9   Exhibit 9, I just want to direct your attention to
10   just that long sentence in the middle of the page.
11   Do you see that there?
12       A.  (Witness nods head affirmatively.)
13       Q.  It says, "For patients taking rivaroxaban
14   in the United States, there was a statistically
15   significant" -- I'm sorry -- "statistically
16   significantly more major bleeding and NMCR
17   bleeding."
18           Did I read that correctly?
19       A.  Yes.
20       Q.  When you prescribed Xarelto to Ms. Mingo
21   in January of 2011, were you aware that for patients
22   taking Xarelto in the United States there was
23   statistically significantly more major bleeding when
24   compared to warfarin?
25       A.  No.
```

```
 1        Q.   If you will, turn just over to the next
 2   page, which will be 228, and you may have to flip
 3   that around.  I think it's -- you got it?
 4        A.   Uh-huh (affirmative response).
 5        Q.   Okay.  And I'm actually sorry, Doctor, the
 6   table -- or the sentence we just read referenced
 7   Table 99 at the end of this sentence.  And if you'll
 8   turn over to page 228, you'll see where it's labeled
 9   Table 99 there.  Do you see that?
10        A.   Yes.
11        Q.   And it says, "ROCKET CEC Adjudicated
12   Bleeds - U.S. Alone."  Do you see that?
13        A.   Yes.
14        Q.   And in the column where it says "Major
15   Bleeding," do you see that information?
16        A.   I do.
17        Q.   Okay.  And would you take just a moment
18   just to review this chart and the major bleeding
19   data that's indicated there?
20        A.   (Witness reviews documents.)
21        Q.   Have you had a chance to review that
22   information, Doctor?
23        A.   Yes.
24        Q.   And, Doctor, what's your interpretation as
25   to what the ROCKET study showed in the U.S.
```

```
 1    population when Xarelto was compared to warfarin --
 2              MS. PRUITT:  Objection.
 3    BY MR. VANZANDT:
 4         Q.   -- in terms of major bleeds?
 5         A.   Well, my understanding in looking at the
 6    p(diff) at the end there, the .004 suggests that
 7    there were more bleeds on Xarelto compared to
 8    warfarin.
 9         Q.   Okay.  And that.004, the p(differential),
10    would that indicate that is statistically
11    significant data?
12         A.   From my days in doing statistics, yes, but
13    that's a long time.  Yeah.
14         Q.   And the 1.5 number in the next-to-last
15    column, would that indicate that there was a
16    50 percent increase in major bleeding in patients
17    from Xarelto to warfarin?
18         A.   I can't extrapolate what it means.  That's
19    what I'm saying.  I know what the p(diff) is, but I
20    don't know what that number -- I don't know how to
21    explain that number.
22         Q.   But you do agree that this chart, the
23    major bleeding difference, does show that there was
24    an increase in major bleeding in the U.S. population
25    when Xarelto was compared to warfarin?
```

 1          A.   Yes.
 2          Q.   And drop down two lines below "Major
 3     Bleeding," where it indicates "Transfusion."  Do you
 4     see that?
 5          A.   Yes.
 6          Q.   And would you review that data regarding
 7     transfusion?
 8          A.   Yeah.
 9          Q.   And would that data indicate to you that
10     there was an in increase in the amount of
11     transfusions in patients taking Xarelto as compared
12     to warfarin?
13          A.   Yes.
14          Q.   Okay.  In the same FDA draft briefing
15     document, I'm going to ask you to turn to page 12,
16     so up closer -- much closer to the front, page 12.
17               Doctor, I'm going to read from the second
18     bullet point on page 12 where it says, "Overall
19     TTR."  Do you see that?
20          A.   Yes, I see it.
21          Q.   "Overall TTR in ROCKET study was
22     relatively poor (55 percent).  Thus, the comparison
23     to warfarin may have been biased in favor of
24     rivaroxaban because poor INR control is associated
25     with reduced efficacy of warfarin.  As noted below,

Protected - Subject to Further Protective Review

```
 1   ROCKET does not show convincingly that rivaroxaban
 2   is as effective as warfarin when the latter is used
 3   skillfully.  This makes a superiority claim based on
 4   the results of ROCKET misleading."
 5           Did I read that correctly, Doctor?
 6      A.   Yes.
 7      Q.   Doctor, were you aware that the two
 8   primary clinical reviewers for Xarelto's A-fib
 9   indication stated that a superiority claim based on
10   the results of ROCKET would be misleading?
11           MS. PRUITT:  Object to the form.
12           THE WITNESS:  No.
13   BY MR. VANZANDT:
14      Q.   And you were not aware of that at the time
15   you prescribed Xarelto to Ms. Mingo; is that
16   correct?
17      A.   That's correct.
18      Q.   If you will, turn over to page 13, just
19   one page over.  And in the next-to-last paragraph at
20   the bottom there, there is another discussion
21   regarding the 55 percent time in therapeutic range
22   with the warfarin arm in the ROCKET study.  Do you
23   see that?
24      A.   Yes, I do.
25      Q.   In the very last paragraph, I'm going to
```

1    read a portion from that.  It says, "TTR in ROCKET

2    varied widely over regions and countries.  The mean

3    TTR of centers in the U.S. was 63 percent."

4             Do you see that, Doctor?

5        A.   I do.

6        Q.   So, Doctor, based on this, is it your

7    understanding that for overall, the overall ROCKET

8    study, the mean time in therapeutic range for the

9    warfarin arm in the overall study was 55 percent; is

10   that correct?

11       A.   Right.

12       Q.   And when that information, that data is

13   broken down just to the U.S. population, for the

14   U.S. population, the mean time in therapeutic range

15   for the warfarin arm of the study was 63 percent?

16       A.   Yes.

17            MS. PRUITT:  Object to the form.

18   BY MR. VANZANDT:

19       Q.   And I hate to ask you to do this one more

20   time, Doctor.  But could you turn back to page 228

21   of this FDA document, the FDA draft briefing

22   document, which is Exhibit 9?

23       A.   Uh-huh (affirmative response).

24       Q.   Referring back to the major bleeding data

25   there that we discussed earlier, Doctor, I apologize

Protected - Subject to Further Protective Review

1       that I can't explain this to you better.

2                But if I represent to you that the 1.5

3       increase in major bleeding for Xarelto patients as

4       compared to warfarin patients, if I represent to you

5       that that 1.5 number indicates a 50 percent increase

6       in major bleeding in the U.S. population, would you

7       have any reason to disagree with that?

8                MS. PRUITT:  Object to form.

9                THE WITNESS:  Yeah, I would hope you

10      would be telling me the truth.

11      BY MR. VANZANDT:

12           Q.   But you would have no reason to disagree

13      with --

14           A.   I would have no reason.

15           Q.   Okay.  And if I represent to you that

16      under "Transfusion," that the -- in the next-to-last

17      column, where it says 1.61, if I represent to you

18      that that number indicates a 61 percent increase in

19      transfusion for patients on Xarelto versus patients

20      on warfarin in the ROCKET A-fib study, would you

21      have any reason to disagree with that?

22               MS. PRUITT:  Object.

23               THE WITNESS:  No.

24      BY MR. VANZANDT:

25           Q.   Doctor, what significance, if any, would

Protected - Subject to Further Protective Review

```
 1   it have to you to know that the overall ROCKET
 2   population study, the warfarin arm of that study had
 3   55 percent time in therapeutic range whereas the
 4   U.S. population study had 63 percent time in
 5   therapeutic range --
 6            MS. PRUITT:  Objection.
 7   BY MR. VANZANDT:
 8        Q.   -- on Xarelto as compared to warfarin?  I
 9   mean, what would that information mean to you?
10            MS. PRUITT:  Objection.
11            THE WITNESS:  That there were more
12        complications in the U.S., in the American
13        population range, when compared to the
14        overall range.  That's all I got from that.
15   BY MR. VANZANDT:
16        Q.   Okay.  Doctor, referring back to
17   Exhibit 2, the January 2015 label for Xarelto --
18   there you go.
19            Now, we discussed earlier that the U.S.
20   subpopulation data of the ROCKET study was not
21   included in the January 2011 label that was in
22   effect when you prescribed Xarelto to Ms. Mingo; is
23   that correct?
24        A.   Correct.
25        Q.   Okay.
```

```
 1                MS. PRUITT:  January of 2015.
 2                MR. VANZANDT:  What did I say?
 3                MS. PRUITT:  2011.
 4                MR. VANZANDT:  Oh, okay.  Sorry about
 5        that.  January of 2015.  Thank you.
 6    BY MR. VANZANDT:
 7        Q.    In the January 2015 label, there was no
 8    indication that in the U.S. population of ROCKET
 9    that there was a 50 percent increase in major bleeds
10    in Xarelto patients versus warfarin patients; is
11    that correct?
12        A.    I wasn't aware of that, no.
13        Q.    And so before you prescribed Xarelto to
14    Ms. Mingo, that information was not in the label,
15    correct?
16        A.    From the documentation, no.
17        Q.    And had anyone from Janssen ever told you
18    prior to the time that you prescribed Xarelto to
19    Ms. Mingo that in the U.S. population there was a
20    50 percent increase in major bleeds?
21        A.    No.
22                MS. MOORE:  Object to the form.  I'm
23        sorry.
24    BY MR. VANZANDT:
25        Q.    Had anyone from Janssen ever told you
```

```
 1    prior to the time you prescribed Xarelto to
 2    Ms. Mingo that there was a 61 percent increase in
 3    blood transfusions for patients on Xarelto in the
 4    ROCKET study?
 5         A.   No.
 6         Q.   Now, is the 50 percent increase in major
 7    bleeding in the U.S. population, is that data that
 8    you would have liked to have had when you were
 9    prescribing Xarelto to Ms. Mingo?
10              MS. PRUITT:  Object to the form.
11              THE WITNESS:  Yeah, I guess.  Yes.
12    BY MR. VANZANDT:
13         Q.   I mean, is that important information to
14    you?
15         A.   Yes, it's important information.  Yes.
16         Q.   So you, as the doctor, you would like to
17    know how the U.S. population did in this study; is
18    that correct?
19         A.   Yes.
20         Q.   And if you would have known that there was
21    a 50 percent increase in major bleeds in the ROCKET
22    study for patients on Xarelto, would you have
23    considered that information in that data in your
24    risk/benefit analysis when you were prescribing
25    Xarelto to Ms. Mingo?
```

1      A.   Yes.

2      Q.   And would that data have impacted your

3   prescribing decision with Ms. Mingo?

4           MS. PRUITT:  Object to the form.

5           THE WITNESS:  In what way?

6   BY MR. VANZANDT:

7      Q.   Well, actually, just strike that.

8           Doctor, you testified earlier that you

9   discussed the risks and benefits --

10     A.   Right.

11     Q.   -- of Xarelto with Ms. Mingo; is that

12  correct?

13     A.   Right.

14     Q.   You laid out information for her regarding

15  warfarin and you discussed the risks and benefits

16  regarding warfarin.  Okay?  Is that right?

17     A.   Right.

18     Q.   Back in January of 2011, if you would have

19  known that there was a 50 percent increase in major

20  bleeding in the U.S. population, would you have told

21  that information to Ms. Mingo?

22     A.   Yeah.

23     Q.   And if Ms. Mingo, after she had been given

24  that information, if she would have stated, "Doctor,

25  I don't want to be put on Xarelto," would that have

Protected - Subject to Further Protective Review

1  been a reasonable request?
2       A.   Yes.
3       Q.   And would you have honored that request,
4  if she --
5       A.   Yes.
6       Q.   -- stated that, "I do not want to be put
7  on Xarelto"?
8       A.   Yes.
9       Q.   But, Doctor, you did not have that
10 information back in January of 2011; is that
11 correct?
12      A.   Correct.
13      Q.   And you were unable to pass that
14 information along to Ms. Mingo; is that correct?
15      A.   Correct.
16           (EXHIBIT NO. 10 MARKED.)
17 BY MR. VANZANDT:
18      Q.   Doctor, before I hand you this, this next
19 exhibit, the FDA draft briefing document that we
20 were reviewing, the really, really long document,
21 that document is dated September 8th, 2011; is that
22 correct?
23      A.   Yeah.
24      Q.   And, Doctor, we looked at the U.S.
25 population data that was located in that document;

Protected - Subject to Further Protective Review

```
 1                CERTIFICATE OF COURT REPORTER
 2          I, Amy M. Key, CSR, and Notary Public in
 3   and for the County of Lamar, State of Mississippi,
 4   hereby certify that the foregoing pages, under
 5   penalty of perjury, contain a true and correct
 6   transcript of the testimony of the witness, as
 7   taken by me at the time and place heretofore
 8   stated, and later reduced to typewritten form by
 9   computer-aided transcription under my supervision
10   and to the best of my skill and ability.
11          I further certify that I placed the witness
12   under oath to truthfully answer the questions in
13   this matter under the power vested in me by the
14   State of Mississippi.
15          I further certify that I am not in the employ
16   of or related to any counsel or party in this
17   matter, and have no interest, monetary or
18   otherwise, in the final outcome of the
19   proceedings.
20          Witness my signature and seal this the
21   _____ day of_____, 2016.
22
23                       _____
24               AMY M. KEY, CSR
25               My Commission Expires May 11, 2020
```