UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Mingo v. Janssen Research & Dev., LLC, at al.* | * * * | JUDGE ELDON E. FALLON |
| Case No. 2:15-cv-03469 | * * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the Motion for Leave to File Plaintiff's Response in Opposition to Defendants' Joint Motion *In Limine* to Exclude Dora Mingo's Hearsay Testimony, Under Federal Rules of Evidence 802 and 403, Under Seal, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiff's Response in Opposition to Defendants' Joint Motion *In Limine* to Exclude Dora Mingo's Hearsay Testimony, Under Federal Rules of Evidence 802 and 403 be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge