UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Mingo v. Janssen Research & Dev., LLC, at al.* | * * | JUDGE ELDON E. FALLON |
| Case No. 2:15-cv-03469 | * * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANTS' JOINT MOTION *IN LIMINE* TO EXCLUDE DORA MINGO'S
HEARSAY TESTIMONY, UNDER FEDERAL RULES OF EVIDENCE 802 AND 403**

# FILED UNDER SEAL
# IN ITS ENTIRETY