# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |

THIS DOCUMENT RELATES TO:

Warren Winkler v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-03522

Charles Carpenter v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-04940

Yolanda Mathis v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-04944

Jerry Martin v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-05022

Susan Panna v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-05161

Joicy Stapleton v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-05165

Vernell Williams v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-05203

Brenda Richardson v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-05207

## PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

COME NOW Plaintiffs, through undersigned counsel, and respectfully move the

Honorable Court for an extension of time within which to serve process on Defendant Bayer

Pharma AG. In support of this Motion, Plaintiffs submits their contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiffs respectfully request an Order from this Court granting 30 days from the date of the Order is entered within which to perfect service of process on foreign defendant Bayer Pharma AG. No party will be prejudiced nor will any MDL process be adversely affected by granting the relief sought.

Dated this the 28th day of July, 2017.

**THE COCHRAN FIRM-DOTHAN, PC**

By: /s/ Angela J. Mason
Angela J. Mason
AL Bar ASB 8428280A
Joseph D. Lane
AL Bar ASB 9991N75J
J. Farrest Taylor
AL Bar ASB 5755R5J
111 E. Main Street
Dothan, AL 36301
Phone: (334) 673-1555
Fax: (334) 699-7229
E-mail:AngelaMason@CochranFirm.com,
JoeLane@CochranFirm.com,
FarrestTaylor@CochranFirm.com
*Counsel for plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 28th day of July, 2017.

By: /s/ Angela J. Mason
**THE COCHRAN FIRM-DOTHAN, PC**