UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |

THIS DOCUMENT RELATES TO:

Warren Winkler v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-03522

Charles Carpenter v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-04940

Yolanda Mathis v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-04944

Jerry Martin v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-05022

Susan Panna v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-05161

Joicy Stapleton v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-05165

Vernell Williams v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-05203

Brenda Richardson v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-05207

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on Wednesday, August 23, 2017, Plaintiffs' Motion for an Extension of Time Within Which to Serve Process on Defendants Bayer Pharma AG will be presented to the Court for a ruling without the necessity of an oral hearing.

Dated this the 28th day of July, 2017.

                                   **THE COCHRAN FIRM-DOTHAN, PC**

                                   By: /s/ Angela J. Mason
                                   Angela J. Mason
                                   AL Bar ASB 8428280A
                                   Joseph D. Lane
                                   AL Bar ASB 9991N75J
                                   J. Farrest Taylor
                                   AL Bar ASB 5755R5J
                                   111 E. Main Street
                                   Dothan, AL 36301
                                   Phone: (334) 673-1555
                                   Fax: (334) 699-7229
                                   E-mail:AngelaMason@CochranFirm.com,
                                   JoeLane@CochranFirm.com,
                                   FarrestTaylor@CochranFirm.com
                                   *Counsel for plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 28th day of July, 2017.

                                   By: /s/ Angela J. Mason
                                   **THE COCHRAN FIRM-DOTHAN, PC**