**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |

THIS DOCUMENT RELATES TO:

Warren Winkler v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-03522

Charles Carpenter v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-04940

Yolanda Mathis v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-04944

Jerry Martin v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-05022

Susan Panna v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-05161

Joicy Stapleton v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-05165

Vernell Williams v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-05203

Brenda Richardson v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-05207

**ORDER**

IT IS ORDERED that the Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG is hereby GRANTED, and that Plaintiffs shall have thirty (30) days from the date of this Order to complete service of process of the Complaint

1

through the streamlined service procedures for the informal service of process set forth in Pretrial

Order No. 10.


New Orleans, Louisiana, this _____ day of _____ 2017.


                              _____

                              Hon. Eldon E. Fallon
                              United States District Judge