# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |

THIS DOCUMENT RELATES TO:

Janice Paladino v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-02074

David Cobb v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-02153

John Newsome v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-02237

## MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

COME NOW Plaintiffs, through undersigned counsel, and respectfully move the Honorable Court for an extension of time within which to serve process on Defendant Bayer Pharma AG. In support of this Motion, Plaintiffs submits their contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiffs respectfully request an Order from this Court granting 30 days from the date of the Order is entered within which to perfect service of process on foreign defendant Bayer Pharma AG. No party will be prejudiced nor will any MDL process be adversely affected by granting the relief sought.

1

Dated this the 28th day of July, 2017.

                              **THE COCHRAN FIRM-DOTHAN, PC**

                              By: /s/ Angela J. Mason
                              Angela J. Mason
                              AL Bar ASB 8428280A
                              Joseph D. Lane
                              AL Bar ASB 9991N75J
                              J. Farrest Taylor
                              AL Bar ASB 5755R5J
                              111 E. Main Street
                              Dothan, AL 36301
                              Phone: (334) 673-1555
                              Fax: (334) 699-7229
                              E-mail:AngelaMason@CochranFirm.com,
                               JoeLane@CochranFirm.com,
                              FarrestTaylor@CochranFirm.com
                              *Counsel for plaintiffs*

## **CERTIFICATE OF SERVICE**

       I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 28th day of July, 2017.

                              By: /s/ Angela J. Mason
                              **THE COCHRAN FIRM-DOTHAN, PC**