UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |

THIS DOCUMENT RELATES TO:

Janice Paladino v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-02074

David Cobb v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-02153

John Newsome v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-02237

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on Wednesday, August 23, 2017, Plaintiffs' Motion for an Extension of Time Within Which to Serve Process on Defendants Bayer Pharma AG will be presented to the Court for a ruling without the necessity of an oral hearing.

Dated this the 28th day of July, 2017.

        **THE COCHRAN FIRM-DOTHAN, PC**

By: /s/ Angela J. Mason
Angela J. Mason
AL Bar ASB 8428280A
Joseph D. Lane
AL Bar ASB 9991N75J
J. Farrest Taylor
AL Bar ASB 5755R5J
111 E. Main Street
Dothan, AL 36301
Phone: (334) 673-1555
Fax: (334) 699-7229
E-mail:AngelaMason@CochranFirm.com,
JoeLane@CochranFirm.com,
FarrestTaylor@CochranFirm.com
*Counsel for plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 28th day of July, 2017.

By: /s/ Angela J. Mason
**THE COCHRAN FIRM-DOTHAN, PC**