UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |

THIS DOCUMENT RELATES TO:

Janice Paladino v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-02074

David Cobb v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-02153

John Newsome v. Janssen Research & Development LLC, et al.,
LAED USDC No. 2:17-cv-02237

**ORDER**

IT IS ORDERED that the Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG is hereby GRANTED, and that Plaintiffs shall have thirty (30) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this _____ day of _____ 2017.

_____
Hon. Eldon E. Fallon
United States District Judge

1