UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:**<br><br>*Juana Soto v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* No. 2:17-cv-01061<br><br>**No. 2:17-cv-01061** | **MDL No. 2592**<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

**MOTION FOR EXTENSION OF TIME TO CORRECT PLAINTIFF FACT SHEET**

COME NOW Counsel for Plaintiff Juana Soto, hereby requests an extension of time, up to **August 28, 2017** to submit a corrected Plaintiff Fact Sheet and cure a noted deficiency.

Respectfully submitted,                                            Dated: July 28, 2017

/s/ Raymond Valori
Florida State Bar# 33200
Raymond Valori, Esq.
Freedland Harwin Valori PL
110 SE 6th Street, Suite 300
Fort Lauderdale, FL 33301
Tel. 954-467-6400
ray@westonlawyers.com
**Attorneys for Plaintiff**

## Certificate of Service

  The undersigned hereby certifies the foregoing was filed with the Court on July 28, 2017 through the Court's CM/ECF system which will serve all counsel of record.

/s/ Raymond Valori