UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: L | |
| ) | JUDGE FALLON | |
| ) | MAG. JUDGE NORTH | |

*This Document Relates to:*

*Juana Soto v. Janssen Research & Development, LLC, et al. 2:17-cv-01061*

## PROPOSED ORDER

IT IS ORDERED that Plaintiffs Motion for an Extension of time to file a corrected Plaintiffs Fact Sheet is GRANTED. Plaintiff has up to August 28, 2017 to correct their Planitiffs Fact Sheet.

New Orleans, Louisiana, this _____th day of _____, 2017.

_____
Honorable Eldon E. Fallon
United States District Judge