# EXHIBIT F

## 1382

| Time | # | Text |
|---|---|---|
| 14:09:57 | 1 | A.  That is correct, sir. |
| 14:09:58 | 2 | Q.  Containing the same language for a PT test? |
| 14:10:02 | 3 | A.  Yes. |
| 14:10:03 | 4 | Q.  Then next let's go to DX 05280, the cover letter, and DX 05281, |
| 14:10:20 | 5 | which is another submission of the AFib labelling in April of 2011. |
| 14:10:30 | 6 | MR. IRWIN:  And, your Honor, we offer the cover letter as |
| 14:10:34 | 7 | Defense Exhibit 17, and the label as 18. |
| 14:10:39 | 8 | THE COURT:  Let's see if he recognizes it. |
| 14:10:42 | 9 | BY MR. IRWIN: |
| 14:10:42 | 10 | Q.  Mr. Jalota, would you please look at the cover letter and |
| 14:10:46 | 11 | affirm that you're familiar with and recognize that that cover |
| 14:10:49 | 12 | letter in April of 2011 is what indeed did submit -- the transmit |
| 14:10:57 | 13 | the label to the FDA? |
| 14:10:59 | 14 | A.  That is correct.  That is right. |
| 14:11:03 | 15 | MR. IRWIN:  We offer them both, your Honor. |
| 14:11:05 | 16 | THE COURT:  Admitted. |
| 14:11:07 | 17 | BY MR. IRWIN: |
| 14:11:08 | 18 | Q.  Then if we can go back to the timeline.  We'll skip the cover |
| 14:11:11 | 19 | letter and go right to 12.2.  That's the same language submitted to |
| 14:11:18 | 20 | the FDA in April of 2011 for a PT test, this the fourth time; is |
| 14:11:23 | 21 | that correct, sir? |
| 14:11:24 | 22 | A.  That is correct. |
| 14:11:28 | 23 | Q.  And then, finally, let's go to May of 2011 for the AFib |
| 14:11:36 | 24 | labelling submission again. |
| 14:11:39 | 25 | MR. IRWIN:  And we would offer Defense Exhibit 05285 and |

OFFICIAL TRANSCRIPT

## 1383

| Time | # | Text |
|---|---|---|
| 14:11:44 | 1 | 05286 as Defense Exhibits 19 and 20. |
| 14:11:53 | 2 | MR. BARR:  He signed this one, your Honor.  No objection. |
| 14:11:57 | 3 | MR. IRWIN:  Are they admitted, your Honor? |
| 14:12:01 | 4 | THE COURT:  Admitted. |
| 14:12:02 | 5 | MR. IRWIN:  Thank you, sir. |
| 14:12:03 | 6 | BY MR. IRWIN: |
| 14:12:03 | 7 | Q.  Let's take a look.  We'll go straight to the label.  And would |
| 14:12:08 | 8 | you read that again before we move to the next section.  What is |
| 14:12:12 | 9 | the highlighted labelling language say, please? |
| 14:12:15 | 10 | A.  "The relationship between PT and rivaroxaban plasma |
| 14:12:20 | 11 | concentration is linear and closely correlated.  If assessment of |
| 14:12:27 | 12 | the pharmacodynamic effect of rivaroxaban is considered necessary |
| 14:12:30 | 13 | in individual cases, PT (measured in seconds) is recommended." |
| 14:12:36 | 14 | Q.  This is the fifth time that language -- that identical language |
| 14:12:40 | 15 | was submitted to FDA? |
| 14:12:42 | 16 | A.  That is correct. |
| 14:12:43 | 17 | Q.  Did there come a time when the FDA struck that language out? |
| 14:12:46 | 18 | A.  Yes, they did.  In June -- |
| 14:12:50 | 19 | Q.  Then if we -- I'm sorry.  Please go ahead. |
| 14:12:54 | 20 | A.  I was just going to say -- there's an echo on the line.  I'm |
| 14:12:59 | 21 | sorry. |
| 14:13:01 | 22 | MR. IRWIN:  We will offer defense exhibits, it's actually |
| 14:13:06 | 23 | a DX number, 5221 and 5222.  First is an e-mail and the next is an |
| 14:13:16 | 24 | transmission back from FDA with the strike through. |
| 14:13:33 | 25 | We offer them, your Honor, as Defense Exhibits 20 and 21. |

OFFICIAL TRANSCRIPT

## 1384

| Time | # | Text |
|---|---|---|
| 14:13:37 | 1 | MR. BARR:  Can we just approach really quick? |
| 14:13:48 | 2 | THE COURT:  Sure. |
| 14:13:48 | 3 | THE DEPUTY CLERK:  Twenty-one and 22. |
| 14:13:51 | 4 | MR. IRWIN:  Twenty-one and 22. |
| 14:13:54 | 5 | (WHEREUPON, THE FOLLOWING BENCH CONFERENCE WAS HELD:) |
| 14:13:55 | 6 | MR. BARR:  Your Honor, as we did in the Boudreaux |
| 14:14:10 | 7 | trial -- |
| 14:14:10 | 8 | MR. IRWIN:  Wait, wait. |
| 14:14:10 | 9 | MR. BARR:  I'm sorry.  As we did in the Boudreaux trial, |
| 14:14:20 | 10 | we think if we're going to go into this, it's appropriate for a |
| 14:14:20 | 11 | limiting instruction like we did so that the jury understands that |
| 14:14:52 | 12 | this isn't definitive of anything. |
| 14:14:52 | 13 | THE COURT:  I'll do that.  And the reason I am admitting |
| 14:14:52 | 14 | it is there is -- obviously, the plaintiffs say they didn't do it, |
| 14:14:52 | 15 | and this has some information that contradicts that.  So it seems |
| 14:14:52 | 16 | to me that that's a part of the plaintiffs' case, it's responsive. |
| 14:14:52 | 17 | So I will give the instruction. |
| 14:14:52 | 18 | MR. BARR:  Thank you. |
| 14:14:52 | 19 | MR. MEUNIER:  Your Honor, just for the record, I ask the |
| 14:15:40 | 20 | jury be told that this evidence is not to be taken in any way |
| 14:15:40 | 21 | relevant to whether the FDA would have approved the language in the |
| 14:15:40 | 22 | label that the plaintiffs feel should have been in there. |
| 14:15:40 | 23 | MR. IRWIN:  I think that's argument, your Honor. |
| 14:15:40 | 24 | THE COURT:  Yes.  I'll give my regular instruction to |
| 14:15:40 | 25 | them.  Thank you. |

OFFICIAL TRANSCRIPT

## 1385

| Time | # | Text |
|---|---|---|
| 14:15:43 | 1 | MR. BARR:  Thank you, Judge. |
| 14:15:43 | 2 | MR. MEUNIER:  Thank you. |
| 14:15:43 | 3 | (OPEN COURT.) |
| 14:15:43 | 4 | THE COURT:  Members of the jury, let me just talk with |
| 14:15:43 | 5 | you about the FDA and their relationship with the label. |
| 14:15:43 | 6 | FDA approval of a label is not conclusive.  A drug |
| 14:15:43 | 7 | manufacturer's compliance with the FDA criteria for approval of a |
| 14:15:43 | 8 | drug may establish that the manufacturer has met the minimum |
| 14:15:43 | 9 | standards for the safety of the drug.  But such compliance does not |
| 14:15:43 | 10 | in and of itself absolve the manufacturer of all legal |
| 14:15:43 | 11 | responsibility.  Neither does it necessarily establish by itself |
| 14:15:43 | 12 | that the drug label's warnings or instructions are adequate under |
| 14:15:43 | 13 | the law with regard to the drug's labels, warnings, and |
| 14:15:46 | 14 | instructions.  The law holds that the final responsibility for the |
| 14:15:50 | 15 | label rests with the manufacturer. |
| 14:15:53 | 16 | You'll probably be hearing from me again on that, but |
| 14:15:57 | 17 | that's an instruction to you.  So you may take it into |
| 14:16:03 | 18 | consideration, but it's not conclusive. |
| 14:16:08 | 19 | MR. IRWIN:  Thank you, your Honor. |
| 14:16:11 | 20 | BY MR. IRWIN: |
| 14:16:11 | 21 | Q.  Let's pull up the e-mail Defense Exhibit 21, which is an e-mail |
| 14:16:18 | 22 | first on June 13, 2011, from Tyree Newman at the FDA to Andrea |
| 14:16:27 | 23 | Kollath, your assistant, with a copy to you. |
| 14:16:32 | 24 | Can you identify that e-mail, Mr. Jalota? |
| 14:16:34 | 25 | A.  Yes.  That is an e-mail received from Tyree Newman, a project |

OFFICIAL TRANSCRIPT

1386

| | | |
|---|---|---|
| 14:16:38 | 1 | manager at the FDA. |
| 14:16:44 | 2 | Q. And can you read this paragraph that begins, "Good morning, |
| 14:16:47 | 3 | Andrea"? |
| 14:16:47 | 4 | A. "Good morning, Andrea. Please see attached redlined version of |
| 14:16:52 | 5 | the label regarding NDA 22-406 for your review and comments. |
| 14:16:57 | 6 | Please accept changes you agreed to and for changes you do not, |
| 14:17:02 | 7 | keep in track changes." |
| 14:17:06 | 8 | Q. Now, Mr. Jalota, is this a representative example of the kind |
| 14:17:13 | 9 | of exchanges that go back and forth between the sponsor and the FDA |
| 14:17:16 | 10 | as the label is developed? |
| 14:17:19 | 11 | A. Yes, that is. |
| 14:17:20 | 12 | Q. And are you going to next show us -- when I pull up the |
| 14:17:25 | 13 | document -- where the FDA struck out the language that we've been |
| 14:17:29 | 14 | talking about in Section 12.2? |
| 14:17:34 | 15 | A. I will. |
| 14:17:36 | 16 | Q. And let's please pull that up. Defense Exhibit 22, |
| 14:17:41 | 17 | Section 12.2. |
| 14:17:47 | 18 | Mr. Jalota, is this the same section in the label that |
| 14:17:50 | 19 | we've looked at earlier that was submitted five times by the |
| 14:17:53 | 20 | company? |
| 14:17:55 | 21 | A. That is correct. |
| 14:17:56 | 22 | Q. And so would you please read what has been stricken out? |
| 14:18:03 | 23 | A. The agency struck out the sentence that was highlighted |
| 14:18:08 | 24 | earlier. "The relationship between PT and rivaroxaban plasma |
| 14:18:12 | 25 | concentration is linear and closely correlated. If assessment of |

OFFICIAL TRANSCRIPT

1387

| | | |
|---|---|---|
| 14:18:18 | 1 | the pharmacodynamic effect of rivaroxaban is considered necessary |
| 14:18:22 | 2 | in individual cases, PT (measured in seconds) is recommended." |
| 14:18:29 | 3 | Q. And can you keep reading? |
| 14:18:31 | 4 | A. "The Neoplastin PT assay was measured in the RECORD program and |
| 14:18:38 | 5 | the median (with 5-95 percentiles) for PT (Neoplastin) two to four |
| 14:18:49 | 6 | hours after tablet intake (that is at the time of maximum effect) |
| 14:18:53 | 7 | was 18 (13 to 26) seconds. The International Normalized Ratio |
| 14:19:03 | 8 | (INR) should not be used for measuring rivaroxaban pharmacodynamic |
| 14:19:07 | 9 | effect." |
| 14:19:10 | 10 | Q. And what is the next sentence? Can you tell us what happened |
| 14:19:16 | 11 | there as part of these labelling discussions? |
| 14:19:19 | 12 | A. The agency introduced this -- deleted all of the text I just |
| 14:19:26 | 13 | described and added the additional text -- additional sentence |
| 14:19:30 | 14 | below. |
| 14:19:31 | 15 | Q. And can you read that sentence for us, please? |
| 14:19:34 | 16 | A. "The predictive value of these coagulation parameters for |
| 14:19:42 | 17 | bleeding risk or efficacy has not been adequately studied." |
| 14:19:47 | 18 | Q. Now, Mr. Jalota, did the FDA also at this time in June of 2011 |
| 14:19:55 | 19 | offer some additional language about tests in Sections 5.3 and 8.1 |
| 14:20:03 | 20 | of this label? |
| 14:20:05 | 21 | A. Yes, they did. |
| 14:20:06 | 22 | Q. So if we can then take a look at Section 5.3. |
| 14:20:24 | 23 | Do you see it up there on your screen, Mr. Jalota? |
| 14:20:27 | 24 | A. I do see it on the screen. The highlighted text is, "The |
| 14:20:35 | 25 | anticoagulant effect of Xarelto cannot be monitored with standard |

OFFICIAL TRANSCRIPT

1388

| | | |
|---|---|---|
| 14:20:40 | 1 | laboratory testing nor readily reversed." |
| 14:20:45 | 2 | Q. And was this language in 5.3 that you just read added into the |
| 14:20:52 | 3 | label by the FDA? |
| 14:20:53 | 4 | A. That is correct. |
| 14:20:54 | 5 | Q. Let's also take a look at Section 8.1. And if we can call that |
| 14:21:00 | 6 | up, please, Joshu. |
| 14:21:09 | 7 | A. Section 8.1 is the pregnancy category, and it states again, |
| 14:21:13 | 8 | "The anticoagulant effect of Xarelto cannot be reliably monitored |
| 14:21:18 | 9 | with standard laboratory testing." |
| 14:21:19 | 10 | Q. And, likewise, was this sentence also added by FDA? |
| 14:21:23 | 11 | A. That is correct. |
| 14:21:35 | 12 | Q. What was Janssen's response to the FDA about the deletion of |
| 14:21:40 | 13 | the PT language that we saw them strike through? |
| 14:21:43 | 14 | A. We accepted the additional piece, but we added an additional |
| 14:21:54 | 15 | sentence towards the end of June to provide more information again. |
| 14:22:00 | 16 | MR. IRWIN: We would offer Defense Exhibit 5353 and 5355 |
| 14:22:05 | 17 | as Exhibits 23 and 24. |
| 14:22:16 | 18 | MR. BARR: Your Honor, we object. These are e-mails. |
| 14:22:18 | 19 | Mr. Jalota is not on any of these e-mails. |
| 14:22:21 | 20 | THE COURT: Ask him about whether he knows them and |
| 14:22:24 | 21 | recognizes them. |
| 14:22:26 | 22 | BY MR. IRWIN: |
| 14:22:26 | 23 | Q. Mr. Jalota, can you take a look at the e-mail, which is |
| 14:22:32 | 24 | DX 05353. It is an e-mail from Andrea Kollath forwarding an e-mail |
| 14:22:39 | 25 | from Tyree Newman, the same Tyree Newman who transmitted the strike |

OFFICIAL TRANSCRIPT

1389

| | | |
|---|---|---|
| 14:22:47 | 1 | out from FDA. Are you familiar with this e-mail? |
| 14:22:49 | 2 | A. I am. |
| 14:22:50 | 3 | Q. And how are you familiar with it? |
| 14:22:52 | 4 | A. Well, Andrea would have notified the team that she actually |
| 14:23:00 | 5 | sent information to the team, to the FDA. |
| 14:23:02 | 6 | Q. And so can you identify this e-mail as being true and accurate? |
| 14:23:07 | 7 | A. I can. |
| 14:23:09 | 8 | MR. IRWIN: Your Honor, we offer the e-mail. |
| 14:23:10 | 9 | THE COURT: Admitted under 901. 901 says that one way of |
| 14:23:17 | 10 | satisfying the authenticity is the testimony that an item is what |
| 14:23:20 | 11 | it is claimed to be by a witness with knowledge. I'll admit it. |
| 14:23:27 | 12 | MR. IRWIN: So may we publish that, your Honor? |
| 14:23:29 | 13 | THE COURT: Yes. |
| 14:23:30 | 14 | BY MR. IRWIN: |
| 14:23:30 | 15 | Q. If we could put up Exhibit 23. And what do we have here, |
| 14:23:39 | 16 | Mr. Jalota? |
| 14:23:41 | 17 | A. That is an e-mail -- the bottom e-mail is an e-mail from Andrea |
| 14:23:47 | 18 | Kollath, who was working with Xarelto with me, to Tyree Newman, who |
| 14:23:53 | 19 | is the project manager at the FDA, and we are providing our sponsor |
| 14:24:00 | 20 | responses to the FDA's comments and strikeouts. And that was in |
| 14:24:06 | 21 | June 28th, 2011. |
| 14:24:09 | 22 | MR. IRWIN: And, your honor, if I failed to do so, I |
| 14:24:11 | 23 | would offer the attachment, which is the U.S. package insert, as |
| 14:24:15 | 24 | Exhibit 24. |
| 14:24:15 | 25 | THE COURT: Admitted. |

OFFICIAL TRANSCRIPT