UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Dora Mingo, et al. v. Janssen Research & Development, LLC et al.<br>Case No. 2:15-cv-03469 | MAGISTRATE NORTH |

### STIPULATION AND ORDER

NOW INTO COURT, through undersigned counsel, comes Plaintiff Dora Mingo, and Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC (collectively "Parties"), who desire to narrow the issues for trial and hereby jointly state and stipulate as follows:

I.

The Parties hereby stipulate that the claims and causes of action in the above-captioned matter are governed exclusively by the Mississippi Product Liability Act, Miss. Code Ann. § 11-1-63 (hereinafter, "MPLA"), except that Defendants expressly reserve their positions as to the law applicable to Plaintiff's demand for punitive damages, including whether punitive damages can be considered or awarded in the above-captioned matter.

II.

The Parties further stipulate that the only MPLA causes of action asserted and reserved by Plaintiffs in the above-captioned action are as follows:

2968451-1

(1) Defendants' product (Xarelto) was defective because of the lack of adequate warnings or instructions, pursuant to Miss. Code Ann. §11-1-63(a)(i)(2); and

(2) Defendants' product (Xarelto) was designed in a defective manner, pursuant to Miss. Code Ann. §11-1-63(a)(i)(3).

All other causes of action under the MPLA are dismissed with prejudice.

### III.

The Parties further stipulate that all claims and causes of action falling outside of the exclusive theories of recovery and damages allowed by the MPLA are hereby dismissed with prejudice.

### IV.

The Parties further stipulate that all allowable claims for the recovery of both compensatory and punitive damages under the MPLA are preserved, subject to the reservation of the Defendants' position on choice of law with regard to punitive damages, but claims for attorneys' fees are hereby dismissed with prejudice.

### V.

The Parties further stipulate that no action or lack of action by Plaintiff Dora Mingo's healthcare providers caused or contributed to her alleged injuries. This stipulation does not otherwise exclude evidence concerning the medical condition, care and treatment of the plaintiff.

### VI.

Except as specified above, Defendants reserve all defenses.

Considering the foregoing Stipulation, it is so ordered by the Court, this 24th day of July, 2017, New Orleans, Louisiana.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted:

**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**

**By:** /s/ Andy D. Birchfield
Andy D. Birchfield, Jr.
Carl Gibson Vance
David Bryson Byrne, III
218 Commerce St.
P. O. Box 4160
Montgomery, AL   36103-4160
Telephone:  (334) 269-2343
Andy.birchfield@beasleyallen.com
*Counsel for Plaintiff Dora Mingo*

*HERMAN, HERMAN & KATZ, LLC*

By: /s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
820 O'Keefe Avenue
New Orleans, LA   70113
Telephone:  (504) 581-4892
ldavis@hhklawfirm.com
*Co-Plaintiffs' Liaison Counsel*

**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**

By: /s/ Gerald E. Meunier
Gerald E. Meunier (Bar No. 9471)
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
Telephone:  (504) 522-2304
*Co-Plaintiffs' Liaison Counsel*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ *Andrew Solow*
Andrew Solow
Steve Glickstein
William Hoffman
250 West 55th Street
New York, NY   10019-9710
Telephone: (212) 836-8485
sglickstein@apks.com
*Counsel  for Defendants Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG*

**Drinker Biddle & Reath LLP**
*A Delaware Limited Liability Partnership*

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com
*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

3

2968451-1

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

2968451-1