MINUTE ENTRY
FALLON, J.
JULY 21, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Mingo v. Janssen Research & Development, LLC, et al.*

A pre-trial conference was held on this date from the Chambers of the Honorable Eldon E. Fallon. The parties discussed the status of the case and reviewed the jury questionnaires. If parties wish to obtain a transcript of the meeting, please contact Court Reporter Jodi Simcox at (504) 589-7780.

JS10: 1:15