UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) Civil Action No: <u>2:17-cv-6492</u> ) |

THIS DOCUMENT RELATES TO:
Laura Wagner o/b/o
Her deceased brother, William Wagner v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-6492

**ORDER**

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Laura Wagner, on behalf of her deceased brother, William Wagner, be substituted as the proper party plaintiff, herein.

New Orleans, Louisiana this 24th day of July, 2017.

_____
Eldon E. Fallon
United States District Judge