UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>**JURY TRIAL DEMANDED**<br>Civil Action No:  2:17-cv-4612 |

THIS DOCUMENT RELATES TO:
Lisa Eileen Stowell o/b/o
Her deceased husband, James Stowell v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-4612

**ORDER**

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Lisa Eileen Stowell, on behalf of her deceased husband, James Stowell, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this 24th day of July, 2017.

_____
Eldon E. Fallon
United States District Judge