# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION:   L <br><br> JUDGE:  ELDON E. FALLON <br><br> MAG. JUDGE:  MICHAEL NORTH |
|---|---|

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:**

| DENNIS BOLDEN | 2:17-cv-04508-EEF-MBN |
|---|---|

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S FACT SHEET

NOW COMES Plaintiff, by and through his undersigned counsel, and respectfully moves this Honorable Court for an extension of time to file his Plaintiff's Fact Sheet (PFS).  The deadline to submit his PFS is currently July 31, 2017.  Plaintiff respectfully requests an extra 60 days, with a new deadline date of September 29, 2017, to provide his PFS.

In support of his Motion, Plaintiff's counsel notes:

1. On May 2, 2017, Plaintiff, by and through his counsel, filed his Complaint with the Court.

2. Plaintiff's counsel communicated with Plaintiff consistently regarding Plaintiff's PFS up until approximately two weeks ago.

3. Plaintiff's counsel has not been able to contact Plaintiff for approximately the past two weeks.

4. Plaintiff's counsel has sent two letters via FedEx in the past two weeks notifying Plaintiff of the due date of the PFS.

5. Plaintiff's counsel requests an extension of time to file Plaintiff's PFS due to Plaintiff's counsel's inability to contact Plaintiff.

WHEREFORE, for the reasons specified above, Plaintiff respectfully moves this Honorable Court for an Extension of Time to File Plaintiff's Fact Sheet until September 29, 2017.

Dated: July 31, 2017

Respectfully Submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: _s/ Thomas J. Kennedy_
    Thomas J. Kennedy
    The Helmsley Building
    230 Park Avenue
    Suite 530
    New York, NY  10169
    Telephone: (212) 682-5340
    Fax: (212) 884-0988
    Email: tkennedy@glancylaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The foregoing PLAINTIFFS MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S FACT SHEET has been served upon all counsel of record via the Court's ECF system on July 31, 2017.

        **GLANCY PRONGAY & MURRAY LLP**

        By: _s/ Thomas J. Kennedy_____
          Thomas J. Kennedy
          The Helmsley Building
          230 Park Avenue
          Suite 530
          New York, NY  10169
          Telephone: (212) 682-5340
          Fax: (212) 884-0988
          Email: tkennedy@glancylaw.com

        *Attorneys for Plaintiff*