IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
|---|---|
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:

| DENNIS BOLDEN | 2:17-cv-04508-EEF-MBN |
|---|---|

## [PROPOSED] ORDER

IT IS ORDERED that Plaintiff's Motion For Extension Of Time To File Plaintiff's Fact Sheet is GRANTED. Plaintiff has up to September 29, 2017 to correct his Plaintiff's Fact Sheet.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Honorable Elden E. Fallon
United States District Judge