UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*VICTOR PRICE v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:15-cv-04765-EEF-MBN**

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS MATTER, having come before the court on Plaintiff, Linda Price's Motion to Substitute Party, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Linda Price, as surviving spouse of Victor Price, deceased, is substituted as Plaintiff in this action and the Motion to Substitute Party is GRANTED.

Signed, this  1st  day of  August , 2017.

_____
Honorable Eldon E. Fallon
United States District Court Judge