# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No: 2592 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

## THIS DOCUMENT RELATES TO:

*Gail Morris and Dale Morris v. Janssen, et al.*
**Civil Action No. 2:16-cv-16735**

## ORDER

Now pending before the Court is a Motion to Withdraw and Substitute Counsel of Records filed here on July 26, 2017. Upon consideration of said motion, it is hereby ORDERED that this motion is GRANTED.

It is **ORDERED** that Fears Nachawati, PLLC is allowed to withdraw as counsel and that The Bradley Law Firm be substituted as counsel of record.

The Clerk is instructed to substitute The Bradley Law Firm as counsel of record in place of Fears Nachawati, PLLC, in the matter referenced above.

**NEW ORLEANS, LOUISIANA**, this 1st day of August, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE