UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Dora Mingo v. Janssen Research & Development, LLC., et al.* | * * | JUDGE ELDON E. FALLON |
| Case No. 2:15-cv-03469 | * * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to File Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 4 Regarding the Record 4 Clinical Trial and SEIFE 2015 Under Seal, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Response in Opposition to Defendants' Motion in Limine No. 4 Regarding the Record 4 Clinical Trial and SEIFE 2015 be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this  1st  day of _____August_____, 2017.

_____
Eldon E. Fallon
United States District Court Judge