**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN)            MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                                     **SECTION L**

THIS DOCUMENT RELATES TO:            **JUDGE ELDON E. FALLON**

                                                     **MAGISTRATE NORTH**

**Dora Mingo, et al. v. Janssen**
**Research & Development, et al.**
**Case No. 2:15-cv-03469**

**O R D E R**

       Considering Defendants' Joint *Ex Parte* Motion for Leave to File Under Seal Exhibit 1 to Defendants' Opposition to Plaintiffs' Motion in Limine to Prohibit Objectively False Testimony that PT Neoplastin is not Useful, Does not Work, or that Having Such a Warning in the Xarelto Label Would be Reckless, Inappropriate or Dangerous;

       **IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Exhibit 1 to Defendants' Opposition to Plaintiffs' Motion in Limine to Prohibit Objectively False Testimony that PT Neoplastin is not Useful, Does not Work, or that Having Such a Warning in the Xarelto Label Would be Reckless, Inappropriate or Dangerous (Doc. 7135) be and is hereby **FILED UNDER SEAL**.

       New Orleans, Louisiana, this  _31st_  day of July, 2017.

                                   _____
                                   ELDON E. FALLON
                                   UNITED STATES DISTRICT COURT JUDGE