UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Mingo v. Janssen Research & Development, LLC, et al.*; Case No. 2:15-cv-03469 | * * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the Motion for Leave to File Plaintiff's Response in Opposition to Defendants' Joint Motion *in Limine* to Exclude Argument That Plaintiff Used "Bayer Aspirin," Under Seal, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiff's Response in Opposition to Defendants' Joint Motion *in Limine* to Exclude Argument That Plaintiff Used "Bayer Aspirin" be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this 1st day of _____August_____, 2017.

_____
Eldon E. Fallon
United States District Court Judge