UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Mingo v. Janssen Research & Dev., LLC, at al.* | * * | JUDGE ELDON E. FALLON |
| Case No. 2:15-cv-03469 | * * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the Motion for Leave to File Plaintiff's Response in Opposition to Defendants' Joint Motion *In Limine* to Exclude Dora Mingo's Hearsay Testimony, Under Federal Rules of Evidence 802 and 403, Under Seal, In Its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiff's Response in Opposition to Defendants' Joint Motion *In Limine* to Exclude Dora Mingo's Hearsay Testimony, Under Federal Rules of Evidence 802 and 403 be and is hereby filed UNDER SEAL in its entirety.

New Orleans, Louisiana, this  1st  day of        August       , 2017.

_____
Eldon E. Fallon
United States District Court Judge