UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*Mingo v. Janssen, et al.* **(Case No. 15-cv-03469)**

## ORDER

The *Xarelto* Multidistrict Litigation Bellwether Trial will commence from August 7 to August 25, 2017 in the Southern District of Mississippi located in the Jackson, Mississippi courthouse. Parties have requested this Court to permit electronic devices for the purpose of this trial. Accordingly,

**IT IS ORDERED** that the policy on possession of electronic devices be **WAIVED** for attorneys, support staff, and witnesses associated with the *Xarelto* trial.

New Orleans, Louisiana, this 1st day of August, 2017.

_____
**ELDON E. FALLON**
United States District Judge