UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| **This Document Relates to**: | ) ) ) | SECTION: L JUDGE FALLON MAG. JUDGE NORTH |
| PAULA HARVEY | ) ) | STIPULATION OF DISMISSAL |
| Plaintiffs, | ) ) | WITH PREJUDICE |
| v. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC., ET AL. | ) ) ) | Civil Action No. 2:16-cv-11734 |
| Defendant(s). | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned counsel hereby stipulate that all claims of Plaintiff, PAULA HARVEY, against all Defendants in the above captioned matter be dismissed in their entirety with prejudice, each party to bear its own costs.

Respectfully submitted,

/s/ Jonathan P. Staffeldt_____
Jonathan P. Staffeldt (SBN 252326)
MILSTEIN JACKSON FAIRCHILD & WADE, LLP
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Telephone: (888) 835-8055
Facsimile: (310) 396-9635
jstaffeldt@mjfwlaw.com


 /s/ Susan M. Sharko_____
Susan M. Sharko
Drinker, Biddle & Reath, LLP (Florham Park)
600 Campus Dr.
Florham Park, NJ 07932-1047
973-549-7350
Susan.Sharko@DBR.com

## CERTIFICATE OF SERVICE

    I hereby certify that on August 2, 2017, the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana to be served by operation of the court's electronic filing system on all counsel of record.

                         Respectfully submitted,

                         */s/ Jonathan P. Staffeldt*_____

                         Jonathan P. Staffeldt (SBN 252326)
                         MILSTEIN JACKSON FAIRCHILD & WADE, LLP
                         10250 Constellation Blvd., Suite 1400
                         Los Angeles, CA 90067
                         Telephone: (888) 835-8055
                         Facsimile: (310) 396-9635

                         *Attorney for Plaintiff*