**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION    :       **MDL No. 2592**
                                                          :
                                                          :       **SECTION L**
                                                          :
                                                          :       **JUDGE ELDON E. FALLON**
                                                          :
_____:       **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

Ronnie Taylor

CA# 2:15-cv-04016

<u>**ORDER**</u>

     The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Stephanie York, on behalf of the Estate of Ronnie Taylor, is substituted for Plaintiff Ronnie Taylor, in the above captioned cause.

Date: _____          _____
                                                                    Hon. Eldon E. Fallon
                                                                    United States District Court Judge