# EXHIBIT 2

Electronically Filed
5/30/2017 3:17 PM
Steven D. Grierson
CLERK OF THE COURT

LETT
CASSADY LAW OFFICES, P.C.
Jasen E. Cassady, Esq.
Nevada Bar No. 8018
Email: jasen@cassadylawoffices.com
Brandi K. Cassady, Esq.
Nevada Bar No. 12714
Email: brandi@cassadylawoffices.com
Brendan M. McGraw, Esq.
Nevada Bar No. 11653
brendan@cassadylawoffices.com
10799 W. Twain Avenue
Las Vegas, Nevada 89135
Phone: (702) 650-4480
Attorney for Petitioner

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| In the Matter of the Estate of<br><br>RONNIE S. TAYLOR a/k/a<br>RONNIE TAYLOR,<br><br>Deceased. | CASE NO.: P-17-091780-E<br><br>DEPT NO: PC-1<br><br>Probate |
|---|---|

## LETTERS OF SPECIAL ADMINISTRATION

On the 26th day of May, 2017, an Order of this Court was entered appointing STEPHANIE YORK a/k/a STEPHANIE KOZLOWSKI, the Special Administrator of decedent's Estate. The Order provides that STEPHANIE YORK a/k/a STEPHANIE KOZLOWSKI, shall serve as Special Administrator without bond. The Special Administrator, after being duly qualified, is authorized to act and has the authority and shall perform the duties of such Special Administrator, including, but not limited to, receiving financial records. **THE ORDER ALSO INCLUDES A DIRECTING REQUIRING THAT LIQUID FUNDS OF THE ESTATE BE DEPOSITED INTO THE CASSADY LAW CLIENT TRUST F/B/O TAYLOR ESTATE TO BE HELD PENDING FURTHER ADMINISTRATION.**

In testimony of which I have this date signed these Letters and affixed the Seal of the Court.

CLERK OF COURT      MAY 2 6 2017

By: _____
DEPUTY CLERK                 DATE
SHIMAYA LADSON

## OATH

I, STEPHANIE YORK a/k/a STEPHANIE KOZLOWSKI, whose mailing address is c/o CASSADY LAW OFFICES, P.C., 10799 West Twain Avenue, Las Vegas, Nevada 89135, solemnly affirm that I will faithfully perform according to law the duties of Special Administrator, and that all matters stated in any Petition or paper filed with the Court by me are true of my own knowledge or, if any matters are stated on information and belief, I believe them to be true.



STEPHANIE YORK a/k/a STEPHANIE KOZLOWSKI

SUBSCRIBED AND SWORN before me this _____ day of May, 2017.

_____
NOTARY PUBLIC

ALYSE BRITT
Notary Public State of Nevada
No. 16-1094-1
My Appt. Exp. Jan. 4, 2020

CASSADY LAW OFFICES, P.C.
10799 W. Twain Avenue
Las Vegas, Nevada 89135
(702) 650-4480 · Fax 650-5561