United States District Court
for the
Eastern District of Louisiana

| | |
|---|---|
| JEANISE WATTERS, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.:    17-cv-1226 L(5) |
| vs. ) | |
| ) | MDL NO. 2592 |
| JANSSEN RESEARCH & ) | |
| DEVELOPMENT, LLC f/k/a JOHNSON ) | |
| & JOHNSON PHARMACEUTICALS ) | |
| RESEARCH AND DEVELOPMENT, LLC; ) | |
| JOHNSON & JOHNSON COMPANY; ) | |
| JANSSEN ORTHO, LLC; JANSSEN ) | |
| PHARMACEUTICALS, INC., f/k/a ) | |
| ORTHO- MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS, INC.; BAYER ) | |
| CORPORATION; BAYER AG; BAYER ) | |
| HEALTHCARE LLC; BAYER PHARMA ) | |
| AG; BAYER HEALTHCARE AG; and ) | |
| BAYER HEALTHCARE ) | |
| PHARMACEUTICALS, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS JANSSEN RESEARCH & DEVELOPMENT, LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; AND JANSSEN PHARMACEUTICALS, INC.**

Plaintiff, Jeanise Watters, through her undersigned counsel, hereby files this Motion for Extension of Time Within Which to Serve Process on Defendants Janssen Research & Development, LLC; Johnson & Johnson Company; Janssen Ortho, LLC; and Janssen Pharmaceuticals, Inc.

Plaintiff requests that the Court grant an additional thirty (30) days from the date of the Court's Order granting this Motion to serve the Defendants as set forth in this Court's Pre-Trial Order No. 10. In support of this Motion, Plaintiff submits her contemporaneously filed Memorandum in Support.

Dated: August 2, 2017

*s/ Carrie R. Frank*
Beth A. Klein
Carrie R. Frank
Klein | Frank, P.C.
2505 Walnut St., Suite 100
Boulder, Colorado 80302
Phone: (303) 448-8884
Fax: (303) 861-2449
beth@kleinfrank.com
carrie@kleinfrank.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Motion for Extension of Time Within Which to Serve Defendants Janssen Research & Development, LLC; Johnson & Johnson Company; Janssen Ortho, LLC; and Janssen Pharmaceuticals, Inc. contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: August 2, 2017

*s/ Beth A. Klein*
Beth A. Klein
Carrie R. Frank
Klein | Frank, P.C.
2505 Walnut St., Suite 100
Boulder, Colorado 80302
Phone: (303) 448-8884
Fax: (303) 861-2449
beth@kleinfrank.com
carrie@kleinfrank.com
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF CONFERENCE**

Pursuant to Pre-trial Order 24 and 24A, I hereby certify that counsel for the movant has made reasonable efforts to confer with all parties who may be affected by the relief sought in this Motion but have been unable to do so. An e-mail was sent to all parties listed below on July 26, 2017, but no response has been received from any of the listed parties. Counsel for movant also attempted to contact Drinker Biddle by telephone on August 1, 2017. A voicemail was left, but no return call has been received. Therefore, it is unknown if Defendants oppose the filing of this motion. I further certify that Plaintiff has complied with the filing fee payment provisions of Pre-trial Order 11B and that all applicable filing fees have been paid.

**Via Electronic Mail:**
James Irwin
Irwin Fritchie Urquhart & Moore LLC
Jirwin@irwinllc.com

**Via Electronic Mail:**
Jessica Brennan
Drinker Biddle & Reath LLP
Jessica.Brennan@dbr.com

**Via Electronic Mail:**
Susan Sharko
Drinker Biddle & Reath LLP
Susan.Sharko@dbr.com

**Via Electronic Mail:**
Alan Rothman
Arnold & Porter Kaye Scholer LLP
Alan.Rothman@apks.com

**Via Electronic Mail:**
Steven Glickstein
Arnold & Porter Kaye Scholer LLP
steven.glickstein@apks.com

Dated:  August 2, 2017 *s/ Beth A. Klein*
Beth A. Klein
Carrie R. Frank
Klein | Frank, P.C.
2505 Walnut St., Suite 100
Boulder, Colorado 80302
Phone:  (303) 448-8884
Fax: (303) 861-2449
beth@kleinfrank.com
carrie@kleinfrank.com
**ATTORNEYS FOR PLAINTIFF**