# United States District Court
# for the
# Eastern District of Louisiana

| | | |
|---|---|---|
| ROBERT SMITH, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.:  17-cv-1225 L(5) |
| vs. | ) | |
| | ) | MDL NO. 2592 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT, LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER AG; BAYER HEALTHCARE LLC; BAYER PHARMA AG; BAYER HEALTHCARE AG; and BAYER HEALTHCARE PHARMACEUTICALS, INC. | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS JANSSEN RESEARCH & DEVELOPMENT, LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; AND JANSSEN PHARMACEUTICALS, INC.**

COMES NOW Plaintiff, Robert Smith, through his undersigned counsel, and submits this Memorandum in Support of his Motion for an Order from this Honorable Court granting him thirty (30) days within which to serve process on Defendants Janssen Research & Development, LLC; Johnson & Johnson Company; Janssen Ortho, LLC; and Janssen Pharmaceuticals, Inc.

## I. BACKGROUND

This matter was filed on January 23, 2017 in the United States District Court of Colorado (1:17-cv-00207) and was transferred into the In Re: Xarelto (Rivaroxaban) Product Liability Litigation, MDL No., 2592 on February 16, 2017. Through an honest oversight and administrative error, Plaintiff failed to serve Defendants Janssen Research & Development, LLC; Johnson & Johnson Company; Janssen Ortho, LLC; and Janssen Pharmaceuticals, Inc. within the timeframe provided by the Court in Pre-Trial Order No. 10. Plaintiff was unaware of the error until receiving notice from the MDL Centrality Administrator on June 27, 2017.

## II. ANALYSIS

Fed. R. Civ. P. 4 sets forth the procedure for notifying defendants that a federal lawsuit has been filed against them, and requires service of a summons to alert defendants that they have a limited time in which to respond. If a defendant is not served within 90 days after the Complaint is filed (or within 60 days under the streamlined process provided in Pre-Trial Order No. 10 in this MDL), Rule 4 allows the court at its discretion to order that service be made within a specific time. Under the circumstances presented herein, Plaintiff submits it is appropriate for the Court to exercise its discretionary power and grant a slight extension of time for service on Defendants Janssen Research & Development, LLC; Johnson & Johnson Company; Janssen Ortho, LLC; and Janssen Pharmaceuticals, Inc. Defendants Janssen Research & Development, LLC; Johnson & Johnson Company; Janssen Ortho, LLC; and Janssen Pharmaceuticals, Inc. will suffer no prejudice if this Court grants the relief sought by Plaintiff.

Courts have the power to exercise discretion to grant an extension for service, and order that service be made within a specified time. See *United States v. Ligas*, 549 F.3d 497, 501 (7th Cir. 2008) (citing *Henderson v. United States*, 517 U.S. 654, 662-63 (1996)). If the plaintiff can

establish good cause for failing to serve a defendant, the court must allow additional time for service, and even if good cause is lacking, the court has discretionary power to extend time for service. See *Thompson v. Brown*, 91 F.3d 20, 21 (5th Cir. 1996). In addition, such relief may be warranted, "for example, if the applicable statute of limitations would bar the refiled action, or if the defendant is evading service or conceals a defect in attempted service." Fed. R. Civ. P 4(m) Advisory Committee's Note (1993). Under the instant circumstances, it would be appropriate for the Court to exercise its discretionary power. Moreover, no actual prejudice would occur to Defendants if this Court grants the relief sought by Plaintiff.

Plaintiff has every intention of pursuing his claims against Defendants Janssen Research & Development, LLC; Johnson & Johnson Company; Janssen Ortho, LLC; and Janssen Pharmaceuticals, Inc. Plaintiff did not purposely or in "bad faith" delay the service of the subject complaint and summons. Defendants Janssen Research & Development, LLC; Johnson & Johnson Company; Janssen Ortho, LLC; and Janssen Pharmaceuticals, Inc. are fully aware of and have been served with thousands of complaints in this matter, and therefore cannot be said to be prejudiced in any manner by a thirty (30) day extension within which to serve process. To dismiss Plaintiff's claims against Defendants Janssen Research & Development, LLC; Johnson & Johnson Company; Janssen Ortho, LLC; and Janssen Pharmaceuticals, Inc. would elevate form over substance, and deprive Plaintiff of his day in court against Defendants Janssen Research & Development, LLC; Johnson & Johnson Company; Janssen Ortho, LLC; and Janssen Pharmaceuticals, Inc. based on an inadvertent administrative error.

### III. CONCLUSION

In consideration of the above, Plaintiff respectfully requests an Order from this Honorable Court granting him thirty (30) days within which to serve process on Defendants Janssen Research

& Development, LLC; Johnson & Johnson Company; Janssen Ortho, LLC; and Janssen Pharmaceuticals, Inc.  Plaintiff further states that no party will be prejudiced by the granting of the relief sought and that the progress of the MDL will not be affected.

Dated:  August 2, 2017
*s/ Carrie R. Frank*
Beth A. Klein
Carrie R. Frank
Klein | Frank, P.C.
2505 Walnut St., Suite 100
Boulder, Colorado 80302
Phone:  (303) 448-8884
Fax: (303) 861-2449
beth@kleinfrank.com
carrie@kleinfrank.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served electronically via the Court's ECF system and served on all counsel of record electronically as a result thereof on the 2nd day of August, 2017.

*s/ Beth A. Klein*
Beth A. Klein
Carrie R. Frank
Klein | Frank, P.C.
2505 Walnut St., Suite 100
Boulder, Colorado 80302
Phone:  (303) 448-8884
Fax: (303) 861-2449
beth@kleinfrank.com
carrie@kleinfrank.com
**ATTORNEYS FOR PLAINTIFF**