United States District Court
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| ROBERT SMITH, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.:   17-cv-1225 L(5) |
| vs. | ) | |
| | ) | MDL NO. 2592 |
| JANSSEN RESEARCH & | ) | |
| DEVELOPMENT, LLC f/k/a JOHNSON | ) | |
| & JOHNSON PHARMACEUTICALS | ) | |
| RESEARCH AND DEVELOPMENT, LLC; | ) | |
| JOHNSON & JOHNSON COMPANY; | ) | |
| JANSSEN ORTHO, LLC; JANSSEN | ) | |
| PHARMACEUTICALS, INC., f/k/a | ) | |
| ORTHO- MCNEIL-JANSSEN | ) | |
| PHARMACEUTICALS, INC.; BAYER | ) | |
| CORPORATION; BAYER AG; BAYER | ) | |
| HEALTHCARE LLC; BAYER PHARMA | ) | |
| AG; BAYER HEALTHCARE AG; and | ) | |
| BAYER HEALTHCARE | ) | |
| PHARMACEUTICALS, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PROPOSED ORDER RE:  PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS JANSSEN RESEARCH & DEVELOPMENT, LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; AND JANSSEN PHARMACEUTICALS, INC.**

IT IS ORDERED that the Motion for Extension of Time Within Which to Serve Process

on Defendants Janssen Research & Development, LLC; Johnson & Johnson Company; Janssen

Ortho, LLC; and Janssen Pharmaceuticals, Inc. filed by Plaintiff is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of process.

Dated: _____                    _____
                                       Hon. Eldon E. Fallon
                                       United States District Judge