# EXHIBIT 1

```
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF LOUISIANA
 3
 4
 5   IN RE:  XARELTO                *
     (RIVAROXABAN) PRODUCTS          *
 6   LIABILITY LITIGATION            *
                                     *
 7   THIS DOCUMENT RELATES TO:       *    Docket No.: 14-MD-2592
                                     *    Section "L"
 8   Dora Mingo, et al. v.           *    New Orleans, Louisiana
     Janssen Research &              *    July 21, 2017
 9   Development, LLC, et. al.,      *
     Case No.: 15-CV-3469            *
10   * * * * * * * * * * * * * * * *

11              TRANSCRIPT OF ORAL ARGUMENT PROCEEDINGS
                BEFORE THE HONORABLE ELDON E. FALLON
12                   UNITED STATES DISTRICT JUDGE

13
     APPEARANCES:
14

15   For the Plaintiffs'
     Liaison Counsel:            Gainsburg Benjamin David
16                                 Meunier & Warshauer
                                 BY:  GERALD E. MEUNIER, ESQ.
17                               2800 Energy Centre
                                 1100 Poydras Street
18                               New Orleans, Louisiana 70163

19

20                               Levin, Fishbein, Sedran & Berman
                                 BY: FREDERICK S. LONGER, ESQ.
21                               510 Walnut Street
                                 Suite 500
22                               Philadelphia, Pennsylvania 19106

23

24

25
```

causation prong of the learned intermediary has to go back to the prescription decision, which is not even being challenged by the plaintiff.

So let's look at the *Cross* case, which, again, is decided by the Federal District Court in the Northern District of Mississippi. And *Cross* refers to three cases, Your Honor, which are important to note.

The first, in order of date, is the -- I'm sorry, the *Fortenberry* case. This one down here was decided by the Mississippi Supreme Court in 1988, which, by the way, was five years before the enactment of the MPLA.

In that case, the Mississippi Supreme Court adopted the learned intermediary doctrine. That was the jurisprudence that adopted it. 1988, before the MPLA was decided -- was enacted.

Then there's the *Thomas* case, which the Court is familiar with --

**THE COURT:** Right.

**MR. MEUNIER:** -- because we talked about *Thomas* in the earlier bellwether trials on the objective versus subjective proof of learned intermediary causation. Again, *Thomas*, a 1992 decision by the Fifth Circuit a year before the MPLA was decided.

And then you've got *Janssen* down here, which is *Janssen versus Bailey*. That's the Propulsid case of 2004.