UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * * | SECTION L |
| *Dora Mingo v. Janssen Research & Development, LLC et al.* Case No. 2:15-cv-03469 | * * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR EXPEDITED HEARING ON
PLAINTIFFS' MOTION TO STRIKE DR. DAVID TAFT
AS AN EXPERT WITNESS AT TRIAL**

Now comes Plaintiff Dora Mingo, through undersigned counsel, who submits that Plaintiffs' Motion to Strike Dr. David Taft As An Expert Witness At Trial [Rec. Doc. 7198] ("Motion to Strike"), was filed on August 3, 2017.  The trial of this matter is to begin August 7, 2017, and Plaintiff requests that an expedited hearing be had on the Motion to Strike so that a ruling can be made prior to the start of trial.

WHEREFORE mover prays that this motion be GRANTED and that the Court hear and rule on Plaintiffs' Motion to Strike Dr. David Taft As An Expert Witness At Trial [Rec. Doc. 7198] on or prior to the start of trial on August 7, 2017.

Dated:  August 3, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
***HERMAN, HERMAN & KATZ, LLC***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
Email:  ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
***GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC***
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
PH:  (504) 522-2304
FAX: (504) 528-9973
Email:  gmeunier@gainsben.com

***Plaintiffs' Liaison Counsel***

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 3, 2017, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**