UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| *Dora Mingo v. Janssen Research* | * | |
| *& Development, LLC et al.* | * | MAGISTRATE JUDGE NORTH |
| **Case No. 2:15-cv-03469** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

---

**O R D E R**

---

Considering the Motion for Expedited Hearing on Plaintiffs' Motion to Strike Dr. David Taft As An Expert Witness At Trial;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Motion to Strike Dr. David Taft As An Expert Witness At Trial [Rec. Doc. 7198] is set on an expedited basis on the ___ day of _____, 2017, at _____ o'clock ___.m.

IT IS FURTHER ORDERED BY THE COURT that responses to Plaintiffs' Motion to Strike Dr. David Taft As An Expert Witness At Trial [Rec. Doc. 7198] are due on the ___ day of _____, 2017.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge