UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *Dora Mingo v. Janssen Research & Development, LLC et al.* Case No. 2:15-cv-03469 | * * * * | MAGISTRATE JUDGE NORTH |

**O R D E R**

Considering the Motion for Expedited Hearing on Plaintiffs' Motion to Strike Dr. David Taft As An Expert Witness At Trial;

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and Plaintiffs' Motion to Strike Dr. David Taft As An Expert Witness At Trial [Rec. Doc. 7198] is set on an expedited basis on the 4th day of August, 2017, at 2:00 p.m.

**IT IS FURTHER ORDERED** that responses to Plaintiffs' Motion to Strike Dr. David Taft As An Expert Witness At Trial [Rec. Doc. 7198] are due on the 4th day of August, 2017, at 8:00 a.m.

New Orleans, Louisiana, this 3rd day of August, 2017.

_____
Eldon E. Fallon
United States District Court Judge