UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAG. JUDGE NORTH ) ) COMPLAINT AND JURY ) DEMAND ) |
| | Civil Action No: <u>2:17-cv-03984</u> |

**THIS DOCUMENT RELATES TO:**

*SANDRA HELEN WELDEN V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
Civil Action No.: 2:17-cv-03984

## EX PARTE MOTION TO AMEND COMPLAINT

COMES NOW Plaintiff Sandra Helen Welden, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 15(a)(1)(A) files this Ex Parte Motion to Amend Complaint, and in support would show the Court as follows:

Plaintiff seeks to amend the complaint to correct her name. The first and last names of Plaintiff were inadvertently mistyped. A copy of Plaintiff's First Amended Complaint is attached hereto as Exhibit A.

Plaintiff Sandra Helen Welden's Complaint was filed via LAED CM/ECF on April 25, 2017 and service was executed thereafter on June 22, 2017. It is hereby requested that this Ex Parte Motion to Amend Complaint be granted.

Dated: <u>August, 3, 2017</u>   Respectfully submitted,

/s/William Rivera-Alvarez
Puerto Rico Bar No. 19578
USDCPR No. 304111
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
william@masstortslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2017, the foregoing document was filed electronically with the Clerk of the Court via CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff's and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/William Rivera-Alvarez
William Rivera-Alvarez