# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592
SECTION: L
JUDGE FALLON
MAG. JUDGE SHUSHAN

THIS DOCUMENT RELATES TO:
Case No. 2:16-CV-15300-EEF-MBN

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Attorney Patricia L. Campbell and requests leave of Court to withdraw her appearance as counsel of record for Plaintiffs in this case. Movant states that she is leaving her position with The Potts Law Firm, LLP and is therefore requesting leave of Court to withdraw as counsel of record for Plaintiffs in this case. If Movant's Motion is granted by this Court, Plaintiffs will continue to be represented by counsel of record Timothy L. Sifers of The Potts Law Firm, LLP.

WHEREFORE, Attorney Patricia L. Campbell moves this Court to enter its order allowing her to withdraw as counsel of record for Plaintiffs and for such other and further relief as the Court deems just and proper.

Dated: August 4, 2017

Respectfully submitted,
BY: */s/ Patricia L. Campbell*
Patricia L. Campbell
The Potts Law Firm
1901 West 47th Place, Suite 210
Westwood, Kansas 66208
Telephone: 816-931-2230
Facsimile: 816-931-7030
pcampbell@potts-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of August, 2017, I filed the above and foregoing pleading using this Court's CM/ECF system, which will send electronic notice of this filing to parties to this matter and/or their counsel of record.

    *s/Patricia L. Campbell*