UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| ALL CASES | MAGISTRATE NORTH |

## ORDER

Considering the Ex Parte Motion to Withdraw Kevin C. Newsom as Counsel of Record:

**IT IS HEREBY ORDERED** that Kevin C. Newsom of Bradley Arant Boult Cummings, LLP be and is hereby withdrawn as counsel of record for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG in the above action.

New Orleans, Louisiana, this _____ day of August, 2018.

_____
JUDGE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE