UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Rick Stetson v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-14365*

## NOTICE AND SUGGESTION OF DEATH

Counsel for Plaintiff Rick Stetson, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Rick Stetson. Counsel below respectfully informs this Court that a Motion to Substitute Party Plaintiff and for Leave to File an Amended Complaint will be filed by Sandra Stetson as Personal Representative for the Estate of Rick Stetson, Deceased.

Dated: August 4, 2017

Respectfully submitted,

By: /s/ *Roger C. Denton*

Roger C. Denton, Esq. (MO # 30292)
Kristine K. Kraft, Esq. (MO # 37971)
Ashley Brittain Landers, Esq. (MO # 62763)
SCHLICHTER, BOGARD & DENTON
100 South 4th Street
Saint Louis, MO 63102
Telephone: (314) 621-6115
Fax: (314) 621-7151
rdenton@uselaws.com
kkraft@uselaws.com
abrittain@uselaws.com

*Attorneys for the Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*s/ Roger C. Denton*