# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*Cornelius Sullivan v. Janssen Research & Development, LLC, et al*
LAED USDC No. 2:16-cv-16783

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs the Court of the death of Plaintiff Cornelius Sullivan.

Dated: August 4, 2017

Respectfully submitted,

Goldblatt and Singer

/s/ Jeffrey Singer
Jeffrey S. Singer
8182 Maryland Ave.
Suite 801
St. Louis, MO 63105
(314) 231-4100
Email: jsinger@stlinjurylaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre –Trial Order No. 17.

    This 4th day of August, 2017.

                                            /s/ Jeffrey Singer
                                            Jeffrey S. Singer