UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: L | |
| ) | JUDGE ELDON E. FALLON | |
| ) | MAG. JUDGE NORTH | |

**THIS DOCUMENT RELATES TO:**

*Rick Stetson v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-14365*

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiffs Rick Stetson and Sandra Stetson respectfully move this court to substitute Sandra Stetson, the surviving spouse, as the Personal Representative for the Estate of Rick Stetson, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Rick Stetson's case was filed on or about September 1, 2016 (*Rick Stetson v. Janssen Research & Development, LLC, et al*; Case No. 2:16-cv-14365).

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

    a. On or about October 18, 2016, Defendant Janssen Ortho was served by a process server with the Complaint and Summons.

    b. On or about October 19, 2016, Defendants Johnson & Johnson and Janssen Research & Development, LLC were served by a process server with the Complaint and Summons.

    c. On or about October 20, 2016, Defendant Janssen Pharmaceuticals, Inc. was served by a process server with the Complaint and Summons.

1

    d. On or about October 21, 2016, Defendant Bayer Healthcare Pharmaceuticals, Inc. was served by certified mail with the Complaint and Summons pursuant to PTO 10.

    e. On or about November 1, 2016, Defendant Bayer Pharma AG was served by registered mail with the Complaint and Summons pursuant to PTO 10.

3. Subsequently, Plaintiffs' counsel was informed that Rick Stetson passed away on or about December 13, 2016.

4. Rick Stetson's action against Defendants survives his death and is not extinguished.

5. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about August 4, 2017 [Doc. 7208].

6. On or about May 26, 2017, the County Court of Dawes County, Nebraska appointed Sandra Stetson as the Personal Representative for the Estate of Rick Stetson.

7. Plaintiff thus moves to substitute Sandra Stetson, as Personal Representative for the Estate of Rick Stetson, Deceased, as Plaintiff in the present action.

8. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically Sandra Stetson, as Personal Representative for the Estate of Rick Stetson, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Rick Stetson is now deceased.

9. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiffs, Rick Stetson and Sandra Stetson, respectfully request the Court grant Plaintiffs' Motion to Substitute Sandra Stetson, as Personal Representative for the Estate of Rick Stetson, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated: August 4, 2017

Respectfully submitted,

By: */s/ Roger C. Denton*

Roger C. Denton, Esq. (MO # 30292)
Kristine K. Kraft, Esq. (MO # 37971)
Ashley Brittain Landers, Esq. (MO # 62763)
SCHLICHTER, BOGARD & DENTON
100 South 4th Street
Saint Louis, MO 63102
Telephone: (314) 621-6115
Fax: (314) 621-7151
rdenton@uselaws.com
kkraft@uselaws.com
abrittain@uselaws.com

*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*/s/ Roger C. Denton*
