UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Shirley Lewis - 2:15-cv-6619

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Carolyn D. Hemphill and Sonya Y. Ferguson as Fiduciaries for the deceased, Shirley Lewis, as the Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed correct the caption to reflect the proper party as "Carolyn D. Hemphill and Sonya Y. Ferguson as Administrators for the Estate of Shirley Lewis", Plaintiff.

Dated this _____ day of _____, 2017

_____
Honorable Eldon E. Fallon
United states District Court Judge