MINUTE ENTRY
FALLON, J.
AUGUST 4, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)          *          MDL 2592
PRODUCTS LIABILITY LITIGATION          *
                                       *          SECTION L
                                       *
                                       *          JUDGE ELDON E. FALLON
                                       *
                                       *          MAG. JUDGE NORTH
* * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
    *Mingo v. Janssen Research & Development, LLC, et al.*

A telephone hearing was held on this date from the Chambers of the Honorable Eldon E. Fallon.  The parties discussed Plaintiff's motion to strike Dr. David Taft as an expert witness at trial.  Based on the reasons stated at the hearing, the Court hereby **GRANTS** Plaintiff's motion (Rec. Doc. 7198).  If parties wish to obtain a transcript of the meeting, please contact Court Reporter Cathy Pepper at (504) 589-7779.

JS10: 0:20