UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION     :   MDL No. 2592
                                  :
                                  :   SECTION L
                                  :
                                  :   JUDGE ELDON E. FALLON
                                  :
_____   :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Ronnie Taylor

CA# 2:15-cv-04016

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Stephanie York, on behalf of the Estate of Ronnie Taylor, is substituted for Plaintiff Ronnie Taylor, in the above captioned cause.

New Orleans, Louisiana, this 4th day of August, 2017.

_____
Hon. Eldon E. Fallon
United States District Judge