Imingo v bayer video tmax db
Deposition Designations for Moore K 20160712, Moore K 20160713



| | Objections In | Responses In |
|---|---|---|

With respect to the testimony of Mr. Kenneth Todd Moore, for preservation, Defendants incorporate by reference to the attachment their objections and the Court's prior rulings from the Orr trial. See R. Doc. No. 6703. Defendants also set forth below the following objections.

**13:6 - 13:8    Moore, Kenneth 2016-07-12**    0:03
13  6    Q.   Good.  Why don't you state
13  7    your full name for the record.
13  8    A.   Kenneth Todd Moore.

**13:13 - 14:13    Moore, Kenneth 2016-07-12**    0:46
13 13    Why don't you tell us where
13 14    you're currently employed.
13 15    A.   I'm currently employed for
13 16    Janssen Pharmaceuticals.
13 17    Q.   Okay.  And what's your
13 18    current position there at Janssen?
13 19    A.   I hold the position of
13 20    scientific director of cardiovascular
13 21    disease.
13 22    Q.   Okay.  And when you say
13 23    Janssen Pharmaceuticals, Janssen is a
13 24    division of Johnson & Johnson?
14  1    A.   Subsidiary of it, yeah,
14  2    something to that effect, yeah.
14  3    Q.   Okay.  And in your position
14  4    as -- I think you said you're scientific
14  5    director of cardiovascular disease.  Do
14  6    you still have continuing responsibility
14  7    on Xarelto?
14  8    A.   I do, yes.
14  9    Q.   When did you first start
14 10    your position as scientific director of
14 11    cardiovascular disease?
14 12    A.   That was around March of
14 13    2015.

**14:20 - 14:24    Moore, Kenneth 2016-07-12**    0:09
14 20    Q.   Before you took your
14 21    position as the scientific director for
14 22    CV, you were working in clinical
14 23    pharmacology at Janssen; is that right?
14 24    A.   That's correct.

**15:1 - 15:4    Moore, Kenneth 2016-07-12**    0:07
15  1    Q.   Okay.  And what was your
15  2    position as far as that goes?
15  3    A.   My title was clinical
15  4    pharmacology leader.

**15:11 - 15:21    Moore, Kenneth 2016-07-12**    0:21
15 11    Q.   Okay.  And I -- yeah, I
15 12    think I should have probably been
15 13    specific about Xarelto.  You had the
15 14    clinical pharmacology lead job for
15 15    Xarelto for about three and a half years,
15 16    according to this, September of 2011 to
15 17    March of 2015, does that sound right?
15 18    A.   Yeah, I -- I took on the
15 19    responsibilities for Xarelto and clinical
15 20    pharmacology in around, I guess it was,
15 21    yeah, late 2011.

**16:6 - 16:20    Moore, Kenneth 2016-07-12**    0:36
16  6    Q.   And before that, when you
16  7    were the clinical pharmacology lead on
16  8    Xarelto, according to what I've seen in
16  9    the documents and your resumi, it looks
16 10    like you were called the PK/PD or
16 11    pharmacokinetic/pharmacodynamic leader
16 12    for Xarelto?

|  |  |  |  | Objections In | Responses In |
|--|--|--|--|--|--|

| | | |
|--|--|--|
| 16 13 | A.  Yeah.  The -- the titles | |
| 16 14 | have changed and obviously within the | |
| 16 15 | department your responsibilities change, | |
| 16 16 | so I came in as a scientist and came is | |
| 16 17 | as associate director and so forth. | |
| 16 18 | Q.  So when did you first start | |
| 16 19 | working for Janssen? | |
| 16 20 | A.  2006. | |

| | | |
|--|--|--|
| 23:8   -   23:22 | Moore, Kenneth 2016-07-12 | 0:21 |
| 23   8 | Q.  Okay.  So let's just talk | |
| 23   9 | about your education for a minute -- | |
| 23 10 | A.  Sure. | |
| 23 11 | Q.  -- so we have a background | |
| 23 12 | of what we're doing. | |
| 23 13 | You got a bachelors degree | |
| 23 14 | in biology from University of Delaware; | |
| 23 15 | is that right? | |
| 23 16 | A.  That's correct. | |
| 23 17 | Q.  Okay.  And it looks like you | |
| 23 18 | got a masters in biology as well with a | |
| 23 19 | minor in pharmaceutical business | |
| 23 20 | management from Fairleigh Dickinson; is | |
| 23 21 | that right? | |
| 23 22 | A.  That's correct. | |

| | | |
|--|--|--|
| 23:23   -   24:7 | Moore, Kenneth 2016-07-12 | 0:10 |
| 23 23 | Q.  Okay.  And you don't have a | |
| 23 24 | Ph.D.; is that right? | |
| 24   1 | A.  No, I do not. | |
| 24   2 | Q.  Okay.  And you don't have an | |
| 24   3 | M.D., a medical doctor degree? | |
| 24   4 | A.  No, I do not. | |
| 24   5 | Q.  It's okay for me to call you | |
| 24   6 | Mr. Moore instead of Dr. Moore? | |
| 24   7 | A.  I appreciate that. | |

| | | |
|--|--|--|
| 28:23   -   29:7 | Moore, Kenneth 2016-07-12 | 0:46 |
| 28 23 | (Document marked for | |
| 28 24 | identification as Exhibit | |
| 29   1 | Moore-1.) | |
| 29   2 | BY MR. OVERHOLTZ: | |
| 29   3 | Q.  Let me show you what we'll | |
| 29   4 | mark as Exhibit Number 1, Bates Number | |
| 29   5 | Xarelto Janssen 08450536, and it's | |
| 29   6 | 1389694 Record Number.  I have a couple | |
| 29   7 | copies here for you. | |

| | | |
|--|--|--|
| 29:8   -   29:14 | Moore, Kenneth 2016-07-12 | 0:30 |
| 29   8 | You'll just keep the ones | |
| 29   9 | with the yellow stickers on them.  You'll | |
| 29 10 | see this is an e-mail from An Thyssen to | |
| 29 11 | you January 22, 2010, regarding the | |
| 29 12 | rivaroxaban program review. | |
| 29 13 | Do you see that? | |
| 29 14 | A.  Right. | |

| | | |
|--|--|--|
| 29:22   -   30:17 | Moore, Kenneth 2016-07-12 | 1:11 |
| 29 22 | Q.  And according to this, it | |
| 29 23 | says, "Dear all, in order to facilitate | |
| 29 24 | the transition of rivaroxaban to Todd, | |
| 30   1 | please find attached a PowerPoint | |
| 30   2 | presentation highlighting the different | |
| 30   3 | aspects of the rivaroxaban program.  I | |
| 30   4 | hope this will be of help for you."  And | |
| 30   5 | of course, she says, "Best regards, An." | |
| 30   6 | When it says to Todd, that's | |
| 30   7 | talking about you, right? | |
| 30   8 | A.  Yes. | |
| 30   9 | Q.  And that's what you go by at | |
| 30 10 | work? | |
| 30 11 | A.  Yes. | |
| 30 12 | Q.  And so we'll just look and | |
| 30 13 | see if we can refresh your recollection | |
| 30 14 | of kind of the type of information she | |
| 30 15 | would have given you, which is the | |
| 30 16 | attachment, the PowerPoint that she gave | |
| 30 17 | you. | |

| | Objections In | Responses In |
|---|---|---|

**30:18  -  30:21  Moore, Kenneth 2016-07-12**  0:00
```
30 18          (Document marked for
30 19          identification as Exhibit
30 20          Moore-2.)
30 21      BY MR. OVERHOLTZ:
```

**31:6  -  31:14  Moore, Kenneth 2016-07-12**  0:16
```
31  6          This was titled "Overview of
31  7      the Project" that you got from An Thyssen
31  8      in January 2010.  Do you recall seeing
31  9      this PowerPoint?  I know it's several
31 10      years ago.
31 11      A.   It's been several years ago.
31 12      I don't recall the specifics of when I
31 13      received it or -- but I'm sure I reviewed
31 14      it when I did.
```

**34:24  -  35:17  Moore, Kenneth 2016-07-12**  0:39
```
34 24      Q.   Okay.  And then a different
35  1      term that we see in a lot of these
35  2      documents, and we'll see about, is
35  3      pharmacodynamics or PD.
35  4      A.   Yes.
35  5      Q.   How is that study different
35  6      than pharmacokinetics?
35  7      A.   Sure.  So where -- in
35  8      contrast, where pharmacokinetics you
35  9      assess how the drug is handled by the
35 10      body, now, pharmacodynamics you're
35 11      assessing how the body is affected by the
35 12      drug.  And there's various ways to assess
35 13      that.
35 14      Q.   It's what happens to the
35 15      body when you take the drug, correct?
35 16      A.   It's more how the body
35 17      responds to the drug.
```

**49:23  -  50:2  Moore, Kenneth 2016-07-12**  0:10
```
49 23      Q.   Okay.  And PT is a
49 24      measurement of a pharmacodynamic or PD
50  1      effect; is that right?
50  2      A.   It can be, yes.
```

**51:10  -  51:14  Moore, Kenneth 2016-07-12**  0:15
```
51 10      Q.   And there had been some
51 11      PK/PD analysis that had indicated there
51 12      was a closer or more linear relationship
51 13      between PT using Neoplastin and drug
51 14      concentration; is that right?
```

**51:17  -  51:20  Moore, Kenneth 2016-07-12**  0:04
```
51 17          THE WITNESS: So there is a
51 18      close to linear relationship
51 19      between PT and plasma
51 20      concentration of rivaroxaban.
```

**65:20  -  66:6  Moore, Kenneth 2016-07-12**  1:11
```
65 20      Q.   We're looking on this
65 21      PowerPoint that An Thyssen sent to you in
65 22      January 2010.  And this is prior to the
65 23      FDA approving Xarelto for treatment of
65 24      patients with atrial fibrillation, right?
66  1      A.   That is correct.
66  2      Q.   Okay.  Now at this time
66  3      period, it was Janssen's position that PT
66  4      could be a good tool for -- as a
66  5      surrogate measurement tool for the plasma
66  6      concentrations for Xarelto, right?
```

**66:9  -  66:22  Moore, Kenneth 2016-07-12**  0:34
```
66  9          THE WITNESS: I believe at
66 10      the time, which is still a thought
66 11      today, if you use Neoplastin plus
66 12      as the reagent for PT, you can
66 13      indirectly measure plasma
66 14      concentrations of Xarelto.
66 15      BY MR. OVERHOLTZ:
66 16      Q.   And that fact, that PT using
66 17      the Neoplastin reagent, could be used as
```

| | Objections In | Responses In |
|---|---|---|

```
66 18        an indirect measurement of plasma
66 19        concentrations of Xarelto, that was an
66 20        important fact for the company to tell
66 21        the FDA with respect to getting the drug
66 22        approved, correct?
```

67:1  –  67:4   Moore, Kenneth 2016-07-12                    0:09
```
67  1            THE WITNESS: I don't know
67  2        how important of a fact it was.
67  3        It was just part of the profile of
67  4        the drug itself.
```

67:6  –  67:11  Moore, Kenneth 2016-07-12                   0:14
```
67  6        Q.   That fact was certainly part
67  7        of the information that was submitted to
67  8        the FDA seeking approval for the Afib
67  9        indication, correct?
67 10        A.   It was part of the
67 11        information, sure.
```

68:1  –  68:12  Moore, Kenneth 2016-07-12                   0:39
```
68  1        Q.   It was certainly important
68  2        for the company to be able to say that
68  3        there was a method to -- that could be
68  4        used clinically to evaluate the amount of
68  5        drug in someone's system.
68  6        A.   I believe in those rare
68  7        circumstances where you would have a
68  8        desire to understand if there is drug in
68  9        your system, for example for compliance,
68 10        if there is a patient that goes in for
68 11        emergency surgery, it would be a benefit
68 12        to have that information, yes.
```

70:4  –  70:9   Moore, Kenneth 2016-07-12                    0:17
```
70  4        BY MR. OVERHOLTZ:
70  5        Q.   As the ClinPharm lead, was
70  6        that something that was communicated to
70  7        you, that, we believe it's important that
70  8        we be able to determine whether and how
70  9        much drug is on board in a patient?
```

70:12  –  70:20  Moore, Kenneth 2016-07-12                  0:19
```
70 12            THE WITNESS: I believe the
70 13        only thing that was communicated
70 14        to a ClinPharm, as a clinical
70 15        pharmacology lead, was that PT,
70 16        again using the proper reagent,
70 17        could be used as an indirect
70 18        measure of drug concentration.
70 19        The importance of that is a
70 20        clinical determination.
```

70:22  –  71:5   Moore, Kenneth 2016-07-12                   0:23
```
70 22        Q.   So one of the things -- and
70 23        you and I already talked about this --
70 24        that was being told in the information
71  1        submitted to the FDA was that PT had this
71  2        close to linear relationship with plasma
71  3        concentrations when you used the
71  4        Neoplastin reagent; is that right?
71  5        A.   That's correct.
```

89:19  –  90:3   Moore, Kenneth 2016-07-12                   0:31
```
89 19        Q.   Okay.  And have you actually
89 20        seen the analysis that was done with
89 21        respect to the EINSTEIN Phase II study
89 22        and the apixa DVT treatment study with
89 23        that regard, doing it that way?
89 24        A.   So those Phase II studies I
90  1        was not involved with.  And I would have
90  2        to go back and take a look at those
90  3        documents.
```

90:4  –  90:11  Moore, Kenneth 2016-07-12                    0:19
```
90  4        Q.   Okay.  Now, you and I talked
90  5        about the fact that one of the things
90  6        that was going on at the time and
90  7        believed by the companies was that there
```

| | Objections In | Responses In |
|---|---|---|

| | | | |
|---|---|---|---|
| 90 8 | was a close to linear relationship | | |
| 90 9 | between PT measured by Neoplastin and | | |
| 90 10 | plasma concentrations; is that right? | | |
| 90 11 | A. That's correct. | | |
| | | | |
| **94:24 - 96:2** Moore, Kenneth 2016-07-12 | 0:50 | | |
| 94 24 | Q. Okay. And when we talk | | |
| 95 1 | about a VTE treatment indication, we're | | |
| 95 2 | talking actually about trying to either | | |
| 95 3 | reduce the size of a clot or prevent a | | |
| 95 4 | clot from getting bigger in someone who | | |
| 95 5 | actually has venous thromboembolus; is | | |
| 95 6 | that right? | | |
| 95 7 | A. DVT or PE. | | |
| 95 8 | Q. And that could either | | |
| 95 9 | be a DVT, a deep vein thrombosis; or a | | |
| 95 10 | PE, a pulmonary embolism. | | |
| 95 11 | A. My understanding, yes. | | |
| 95 12 | Q. And in the EINSTEIN study | | |
| 95 13 | itself, was -- was there separate | | |
| 95 14 | analysis looking at PE compared to DVT? | | |
| 95 15 | A. Again, I would have to refer | | |
| 95 16 | back to one of my clinical colleagues in | | |
| 95 17 | regards to that. | | |
| 95 18 | Q. Okay. That's something you | | |
| 95 19 | don't really recall how the EINSTEIN was | | |
| 95 20 | conducted and performed? | | |
| 95 21 | A. I wasn't involved in the | | |
| 95 22 | EINSTEIN program. I mean, given the | | |
| 95 23 | manuscripts I can answer your question, | | |
| 95 24 | but off the top -- I couldn't -- off the | | |
| 96 1 | top of my head, I don't think I could | | |
| 96 2 | adequately answer your question. | | |
| | | | |
| **112:21 - 113:1** Moore, Kenneth 2016-07-12 | 0:24 | | |
| 112 21 | Q. Let me show you what we'll | | |
| 112 22 | mark as Exhibit Number 5. | | |
| 112 23 | This is the attachment to | | |
| 112 24 | that e-mail we just looked at that was | | |
| 113 1 | sent -- | | |
| | | | |
| **114:22 - 115:16** Moore, Kenneth 2016-07-12 | 1:15 | | |
| 114 22 | Q. So Exhibit 5, we're looking | | |
| 114 23 | at Bates Number BPAG 03244491, and this | | |
| 114 24 | was attached to -- this was the kickoff | | |
| 115 1 | post-meeting notes from the | | |
| 115 2 | January 20-21, 2010, that was produced | | |
| 115 3 | along with this e-mail that we just | | |
| 115 4 | looked at in Exhibit 4. And if you can | | |
| 115 5 | give me a second to take a look at that. | | |
| 115 6 | And I'm just going to draw your attention | | |
| 115 7 | to a couple of things, the third and | | |
| 115 8 | fourth pages primarily. | | |
| 115 9 | And let's look at the first | | |
| 115 10 | page for a minute just so we kind of have | | |
| 115 11 | a better idea what we are talking about. | | |
| 115 12 | It refers to the Afib VTE kickoff | | |
| 115 13 | post-meeting notes from January 20th to | | |
| 115 14 | 21st, 2010. | | |
| 115 15 | Do you see that? | | |
| 115 16 | A. I do. | | |
| | | | |
| **115:17 - 115:17** Moore, Kenneth 2016-07-12 | 0:01 | | |
| 115 17 | Q. Okay. And then if we can | | |
| | | | |
| **115:18 - 116:7** Moore, Kenneth 2016-07-12 | 0:31 | | |
| 115 18 | look over at Page 3, about -- there is | | |
| 115 19 | a -- boxes on the left side under | | |
| 115 20 | "Topics." And the third one down is, | | |
| 115 21 | "Planning for NDA." | | |
| 115 22 | Do you see that? | | |
| 115 23 | A. I do. | | |
| 115 24 | Q. Okay. And it says, | | |
| 116 1 | "Planning for NDA, MAA review questions." | | |
| 116 2 | Do you see that? | | |
| 116 3 | A. I do. | | |
| 116 4 | Q. Okay. Now, NDA would be the | | |
| 116 5 | new drug application that would be filed | | |
| 116 6 | with the FDA, correct? | | |

|  | Objections In | Responses In |
|---|---|---|

116   7    A.   That's correct.

**116:8  -  116:12 Moore, Kenneth 2016-07-12**
116   8    Q.   Okay.  And the MAA review
116   9    questions, what would MAA be, do you
116  10    know?
116  11    A.   That's the -- it's an
116  12    acronym for a similar filing to the EMEA.

0:13

Re: [116:8-116:12]
**Def Obj** Foreign regulatory. This testimony relates to foreign regulatory submissions; specifically to the EMEA. It is not relevant, misleads the jury, confuses the issues, and any probative value is substantially outweighed by undue prejudice. FRE 401 and 403.

Re: [116:8-116:12]
**Pltf Resp** The Court overruled several, similar objections raised in Orr pertaining to foreign regulatory matters, especially where the information would have been submitted or relevant to FDA consideration, which is the case here.  See Court's ruling in Orr on Moore designations at 334:1-334:7.

**116:13  -  117:4 Moore, Kenneth 2016-07-12**
116  13    Q.   Okay.  And it says,
116  14    "Establish a joint Bayer/J&J working
116  15    group."
116  16         Do you see that?
116  17    A.   I do.
116  18    Q.   Okay.  Now, if we can turn
116  19    over to Page 4.  This is a page that
116  20    looks to deal with the topic in bold, the
116  21    VTE treatment indication.
116  22         Do you see that?
116  23    A.   I do.
116  24    Q.   And it says, the first point
117   1    under "Action Items" says, "Dose
117   2    justification, 15 milligrams."
117   3         Do you see that?
117   4    A.   I do.

0:43

**117:5  -  117:23 Moore, Kenneth 2016-07-12**
117   5    Q.   And it says, "Prepare dose
117   6    justification for Afib and VTE Tx" --
117   7    that stands for treatment, right?
117   8    A.   From my understanding, yes.
117   9    Q.   Okay.  "Prepare dose
117  10    justification for Afib and VTE treatment,
117  11    prepared sooner rather than later."
117  12         Okay.  Now, let me ask you a
117  13    question about that.
117  14         Did you have an
117  15    understanding that in determining the
117  16    dose to be used in the ROCKET trial, that
117  17    was based upon the Phase II studies that
117  18    had been done in VTE treatment
117  19    indication, and there wasn't a separate
117  20    dose finding study for Afib patients?
117  21    A.   I am familiar with the fact
117  22    that there wasn't a separate dose finding
117  23    study for the Afib indication.

0:53

Re: [117:5-117:23]
**Def Obj** This designation relates to dose finding studies for the ROCKET clinical trial and AFib indication, a topic that is not relevant to this case and that will continue to waste time, mislead the jury, and confuse the issues. FRE 401 and 403.

Re: [117:5-117:23]
**Pltf Resp** Witness is crystal clear that the dose finding studies for the AFIB indication are those for the VTE Treatment (VTE-T) indication, so this objection is unfounded. See 117:5-117:23.  This is indeed the case and is therefore among the most probative of topics.

**118:16  -  119:14 Moore, Kenneth 2016-07-12**
118  16    Q.   Okay.  If you look with me
118  17    at Point Number 3, it says, "Antidote,
118  18    need for monitoring."
118  19         Do you see that?
118  20    A.   I do.
118  21    Q.   Okay.  And it says, "Outline
118  22    strategy for MAA."
118  23         Do you see that?
118  24    A.   Yes.
119   1    Q.   Okay.  And then it says,
119   2    "Not needed for NDA."
119   3         Do you see that?
119   4    A.   I do.
119   5    Q.   Do you know what that meant
119   6    by, "Outline the strategy related to
119   7    antidote need for monitoring for the MAA,
119   8    but not needed for the NDA"?
119   9    A.   I do not.
119  10    Q.   Okay.  And the MAA, does
119  11    that stand for marketing authorization
119  12    application?
119  13    A.   I can't say with certainty.
119  14    I -- I believe so.

0:49

Re: [118:16-119:14]
**Def Obj** Foreign regulatory. This testimony relates to foreign regulatory submissions; specifically to the EMEA. It is not relevant, misleads the jury, confuses the issues, and any probative value is substantially outweighed by undue prejudice. FRE 401 and 403.

Re: [118:16-119:14]
**Pltf Resp** Witness is crystal clear that the dose finding studies for the AFIB indication are those for the VTE Treatment (VTE-T) indication, so this objection is unfounded. See 117:5-117:23.  This is indeed the case and is therefore among the most probative of topics.

**119:20  -  120:2 Moore, Kenneth 2016-07-12**
119  20    Q.   Okay.  Do you know why, for
119  21    Xarelto, you would have a strategy to
119  22    deal with an antidote and need for
119  23    monitoring back in January of 2010 for

0:22

Re: [119:20-120:2]
**Def Obj** Foreign regulatory. This testimony relates to foreign regulatory submissions; specifically to the EMEA. It is not relevant,

Re: [119:20-120:2]
**Pltf Resp** The Court overruled several, similar objections raised in Orr pertaining to foreign regulatory matters, especially

|  |  |  | Objections In | Responses In |
|---|---|---|---|---|

| 119 | 24 | Europe, but not need to do that for how |
| 120 | 1 | you apply to sell the drug with the FDA |
| 120 | 2 | in the United States? |

**Objections In:** misleads the jury, confuses the issues, and any probative value is substantially outweighed by undue prejudice. FRE 401 and 403.

**Responses In:** where the information would have been submitted or relevant to FDA consideration, which is the case here. See Court's ruling in Orr on Moore designations at 334:1-334:7.

*Overruled see above*

---

**120:5 - 120:7 Moore, Kenneth 2016-07-12**   0:05

| 120 | 5 | THE WITNESS: I really can't |
| 120 | 6 | comment on that. I -- I do not |
| 120 | 7 | know. |

Re: [120:5-120:7]
**Def Obj** Foreign regulatory. This testimony relates to foreign regulatory submissions; specifically the EMEA. It is not relevant, misleads the jury, confuses the issues, and any probative value is substantially outweighed by undue prejudice. FRE 401 and 403.

Re: [120:5-120:7]
Pltf Resp The Court overruled several, similar objections raised in Orr pertaining to foreign regulatory matters, especially where the information would have been submitted or relevant to FDA consideration, which is the case here. See Court's ruling in Orr on Moore designations at 334:1-334:7.

---

**147:19 - 148:20 Moore, Kenneth 2016-07-12**   1:09

| 147 | 19 | Q.  So like we discussed |
| 147 | 20 | earlier, it seems like the reason to do |
| 147 | 21 | this matched PK/PD study at this time was |
| 147 | 22 | so that the companies can continue to |
| 147 | 23 | claim that PT could be a surrogate marker |
| 147 | 24 | of exposure back in 2009, 2010, prior to |
| 148 | 1 | the drug getting approved, right? |
| 148 | 2 | A.  I don't agree. I think the |
| 148 | 3 | purpose of the population PK/PD analyses |
| 148 | 4 | that were done in ROCKET was more broad |
| 148 | 5 | than that. It was to assess the effects |
| 148 | 6 | of both the 20-milligram and 15-milligram |
| 148 | 7 | dose in that population, assess what the |
| 148 | 8 | pharmacodynamic parameters looked like in |
| 148 | 9 | that population.  It was to assess the |
| 148 | 10 | other covariates as we discussed |
| 148 | 11 | previously and how that would affect the |
| 148 | 12 | pharmacokinetics and dynamics in that |
| 148 | 13 | population. |
| 148 | 14 | So to say it was strictly to |
| 148 | 15 | look at PT in that -- that constraint, I |
| 148 | 16 | think is incorrect. |
| 148 | 17 | Q.  So the PK/PD matched study |
| 148 | 18 | in ROCKET had many different purposes, is |
| 148 | 19 | what you're saying, correct? |
| 148 | 20 | A.  That is correct. |

---

**148:21 - 149:6 Moore, Kenneth 2016-07-12**   0:31

| 148 | 21 | Q.  But according to these |
| 148 | 22 | meeting minutes from September 17-18, |
| 148 | 23 | 2009 meeting in Beerse, it says that the |
| 148 | 24 | analysis with the matched PK/PD data show |
| 149 | 1 | that the PK/PD relationship, PD only is |
| 149 | 2 | not changed in order to claim that PT can |
| 149 | 3 | continue to be used as a surrogate marker |
| 149 | 4 | of exposure," right? |
| 149 | 5 | A.  Again, that's what this |
| 149 | 6 | document says. |

---

**149:18 - 149:23 Moore, Kenneth 2016-07-12**   0:12

| 149 | 18 | Q.  Sure. When it talks about |
| 149 | 19 | making this claim that PT could be used |
| 149 | 20 | as a surrogate marker of exposure, |
| 149 | 21 | they're talking about making that claim |
| 149 | 22 | in the submission documents to regulatory |
| 149 | 23 | agencies, right? |

---

**150:2 - 150:5 Moore, Kenneth 2016-07-12**   0:05

| 150 | 2 | THE WITNESS: It's hard for |
| 150 | 3 | me to speculate exactly what they |
| 150 | 4 | mean from this particular meeting |
| 150 | 5 | that I wasn't involved with. |

---

**150:23 - 151:8 Moore, Kenneth 2016-07-12**   0:23

| | Objections In | Responses In |
|---|---|---|

```
150 23      Q.  Okay.  So at the top it
150 24      says, "Filing:  ClinPharm submission
151  1      package VTE treatment equals submission
151  2      package Afib, with exception for U.S.
151  3      submission as VTE treatment and Afib will
151  4      not be filed together in U.S.  This has
151  5      impact on Mod 272 and its Phase III PD
151  6      analysis."
151  7            Do you see that?
151  8      A.  I do, yes.
```

152:4  -  152:11 Moore, Kenneth 2016-07-12                    0:13
```
152  4      Q.  Okay.  So that's
152  5      consistent -- what's stated in this
152  6      document is consistent with the decision
152  7      that you understood was made to not file
152  8      together in the United States?
152  9      A.  Again, it's consistent with
152 10      the fact that I know that they weren't
152 11      filed together.
```

318:10 -  318:11 Moore, Kenneth 2016-07-12                   0:08
```
318 10      Q.  So let me show you what
318 11      we'll mark as Exhibit Number 19.
```

319:8  -  319:20 Moore, Kenneth 2016-07-12                    0:22
```
319  8      Q.  Okay.  And when Troy Sarich
319  9      e-mailed you this in November of 2010,
319 10      you knew what the CCDS was?
319 11      A.  Core company data sheet,
319 12      yes.
319 13      Q.  And that's something that is
319 14      kept as part of the European regulatory
319 15      requirements, to keep a company core data
319 16      sheet on the drug, correct?
319 17      A.  I believe so, yes.
319 18      Q.  It's basically a compilation
319 19      of everything everyone knows about the
319 20      drug?
```

319:23 -  320:1 Moore, Kenneth 2016-07-12                     0:04
```
319 23            THE WITNESS:  I think it's
319 24      the -- the highlights of the
320  1      important information.
```

334:1  -  334:7 Moore, Kenneth 2016-07-12                     0:14
```
334  1            As a scientist at Janssen,
334  2      from your perspective, did you believe
334  3      that if information about the safe use of
334  4      the drug was going to be given to
334  5      European regulatory authorities, that
334  6      that same information should be provided
334  7      to the FDA here in the United States?
```

334:10 -  334:20 Moore, Kenneth 2016-07-12                    0:20
```
334 10            THE WITNESS:  As a clinical
334 11      pharmacologist at Janssen, I would
334 12      expect that the same information
334 13      provided in regards to the
334 14      clinical pharmacology of the drug
334 15      that was submitted to the EMEA
334 16      should be submitted to the FDA.
334 17      BY MR. OVERHOLTZ:
334 18      Q.  Do you know why anyone at
334 19      Janssen would ever think differently than
334 20      that?
```

334:23 -  335:7 Moore, Kenneth 2016-07-12                     0:27
```
334 23            THE WITNESS:  Are you asking
334 24      do I know if anybody at Janssen
335  1      would not want the same clinical
335  2      pharmacology information submitted
335  3      to the EMEA to the FDA?
335  4      BY MR. OVERHOLTZ:
335  5      Q.  Right.
335  6      A.  I'm not aware of that.
335  7      Q.  Let me show you what we'll
```

335:8  -  335:8 Moore, Kenneth 2016-07-12                     0:07

|  | Objections In | Responses In |
|---|---|---|

335  8    mark as Exhibit Number 20.

336:2  -  337:17 Moore, Kenneth 2016-07-12    1:31

336  2    Q.  So you see in Exhibit 20
336  3    what they are talking about is including
336  4    a paper from Dr. Samama from the Journal
336  5    of Thrombosis and Hemostasis in the Afib
336  6    submission for Xarelto, correct?
336  7    A.  It seems you're referring to
336  8    the original e-mail from Nini Bode to
336  9    myself where it's talking about -- are
336  10    you referencing the 2010-4?
336  11    Q.  Yeah.  If you look down at
336  12    the -- I think the e-mail at the bottom
336  13    of the second page, you send an e-mail to
336  14    Dagmar.  You say, "Hi Dagmar and
336  15    Wolfgang" --
336  16    A.  Mm-hmm.
336  17    Q.  -- "please see the e-mail
336  18    below from Nini."
336  19    A.  Right.
336  20    Q.  "I'm sure you've seen this
336  21    article.  Nice review of clotting assays
336  22    for riva."
336  23    A.  Mm-hmm.
336  24    Q.  Do you see that?
337  1    A.  Yeah.
337  2    Q.  And you sent that e-mail to
337  3    Dagmar and Wolfgang Mueck about the
337  4    article of the clotting assays for riva.
337  5    And you say, "Nini seemed to believe it
337  6    would be beneficial to mention this paper
337  7    within the clinical pharmacology section
337  8    of the CTD.  What do you think?"
337  9    Do you see that?
337  10    A.  I do, yes.
337  11    Q.  Okay.  You get a response
337  12    from Dagmar Kubitza.  And then Nini Bode
337  13    indicates that they are going to include
337  14    it in the clinical pharmacology section
337  15    of the -- of the submission to the FDA;
337  16    is that right?
337  17    A.  Looking at her e-mail, yes.

338:4  -  339:15 Moore, Kenneth 2016-07-12    0:54

338  4    THE WITNESS: So I'm now
338  5    looking at the response from
338  6    Nini -- Nini to Dagmar, myself --
338  7    BY MR. OVERHOLTZ:
338  8    Q.  Right.
338  9    A.  -- and Elisabeth Perzborn.
338  10    Q.  Correct.
338  11    A.  It says, "Thank you all.
338  12    Elizabeth, reading the e-mail string
338  13    below, I conclude that the Samama paper
338  14    reference given will be included in
338  15    Module 2.7.2 by our ClinPharm colleagues
338  16    and we don't need to include it in the
338  17    preclinical pharm Module 6 point" --
338  18    "2.6.12."
338  19    That was the --
338  20    Q.  That's correct.  So the --
338  21    based on the e-mail that we are seeing
338  22    from June 9, 2010, after the back and
338  23    forth between yourself and Dr. Kubitza
338  24    and Dr. Mueck, Nini Bode says, "After
339  1    reading this below we are going to
339  2    include it in the clinical pharmacology
339  3    section."
339  4    A.  That's what it states, yes.
339  5    Q.  Let me show you what we'll
339  6    mark as Exhibit 21 and 22 so we know what
339  7    we are talking about with the Samama
339  8    paper.
339  9    (Document marked for
339  10    identification as Exhibit
339  11    Moore-21.)
339  12    (Document marked for
339  13    identification as Exhibit

| | Objections In | Responses In |
|---|---|---|

339 14      Moore-22.)
339 15      BY MR. OVERHOLTZ:

339:24 -   340:23 Moore, Kenneth 2016-07-12      0:50
339 24      Q.   The e-mail that we looked at
340  1      on Exhibit 21 attaches an article by
340  2      Professor Samama and others from 2010 in
340  3      the thrombosis and hemostasis journal
340  4      regarding "Assessment of Laboratory
340  5      Assays to Measure Rivaroxaban, an Oral,
340  6      Direct Factor Xa Inhibitor," right?
340  7      A.   It looks like the article
340  8      seems to outline different assays and the
340  9      methodology behind it.
340 10      Q.   Okay.  And this was the same
340 11      article that you were talking about in
340 12      your e-mail that we looked at in
340 13      Exhibit 20 that you had e-mailed about
340 14      whether to include it in the clinical
340 15      pharmacology section of the submission to
340 16      the FDA.
340 17      Do you recall that?
340 18      A.   It was information with
340 19      regard to some of these assays that seem
340 20      relevant, yes.
340 21      Q.   So just so we know what we
340 22      are talking about before we read the
340 23      e-mail, let's just --

342:6   -   343:22 Moore, Kenneth 2016-07-12      1:36
342  6      Q.   Okay.  So let me just go
342  7      back for a minute and talk about this.
342  8      The -- the e-mail that we
342  9      looked at in Exhibit 20 referenced
342 10      including this submission to the -- in
342 11      the Module 2.7.2 in the regulatory
342 12      submission that would go to the EMA; is
342 13      that correct?
342 14      A.   That is the -- that is the
342 15      designation of the module for the
342 16      clinical pharmacology review that would
342 17      be sent, I guess, both to the EMEA and
342 18      the FDA.
342 19      Q.   Okay.  And that was -- that
342 20      was the e-mail that was from June 9th of
342 21      2010, right?
342 22      A.   It appears to be here, yes.
342 23      Q.   Okay.  So now, if we look at
342 24      Exhibit 21 which we're looking at
343  1      June 15th of 2010.
343  2      A.   Mm-hmm.
343  3      Q.   If I can find it.
343  4      That's the Bates 01182363.
343  5      It attaches the actual Samama paper,
343  6      correct?
343  7      A.   Yes, I believe so.
343  8      Q.   Okay.  And if we can look at
343  9      the Samama paper for a minute just so
343 10      that we know what we are talking about.
343 11      That's Exhibit 22.
343 12      And you agree with me that
343 13      this paper was looking at different
343 14      laboratory assays used to measure
343 15      rivaroxaban, correct?
343 16      A.   I would have to take time to
343 17      look through the -- the paper itself, but
343 18      based on the --
343 19      Q.   That's what the title says.
343 20      A.   -- the general title and
343 21      abstract, that appears that's what they
343 22      are doing.

345:6   -   345:23 Moore, Kenneth 2016-07-12      0:47
345  6      BY MR. OVERHOLTZ:
345  7      Q.   And there is a section that
345  8      describes these different assays that
345  9      were evaluated.  And one of those assays
345 10      that was evaluated was prothrombin time,
345 11      correct?

|  | Objections In | Responses In |
|---|---|---|

| | | |
|---|---|---|
| 345 12 | A.   That is correct. | |
| 345 13 | Q.   Okay.  And also one of the | |
| 345 14 | assays that was used was this CoaguChek | |
| 345 15 | XS, which is another PT test? | |
| 345 16 | A.   I'm not so familiar with the | |
| 345 17 | CoaguChek, quite honestly. | |
| 345 18 | Q.   Okay. | |
| 345 19 | A.   I can go back and look at | |
| 345 20 | the article. | |
| 345 21 | Q.   Okay.  So if we can go back | |
| 345 22 | to the results page, which is the -- one, | |
| 345 23 | two, three -- fourth page. | |

345:24 -   345:24 Moore, Kenneth 2016-07-12                    0:00
345 24          A.   Okay.

346:8 -   346:15 Moore, Kenneth 2016-07-12                    0:15
346  8          Q.   It says, "The direct Factor
346  9          Xa inhibitor rivaroxaban induced a
346 10          concentration-dependent prolongation of
346 11          PT.  However, the clotting time increase
346 12          varied depending on the thromboplastin
346 13          reagent used."
346 14                  Do you see that?
346 15          A.   I do, yes.

348:9 -   348:16 Moore, Kenneth 2016-07-12                    0:19
348  9          Q.   If you look with me at the
348 10          very bottom of the discussion section, it
348 11          says, "Therefore, PT sensitivity would be
348 12          a better assay than aPTT for monitoring
348 13          the anticoagulant effects of
348 14          rivaroxaban."
348 15                  Do you see that?
348 16          A.   I see that statement, yes.

350:16 -   351:11 Moore, Kenneth 2016-07-12                    0:54
350 16          Q.   It says, "In conclusion, PT
350 17          with rivaroxaban-specific calibration or
350 18          using CoaguChek XS, dRVV screen, one-step
350 19          PiCT, and HepTest seem to be appropriate
350 20          assays to determine the pharmacodynamic
350 21          effects of rivaroxaban."
350 22                  Did I read that correctly?
350 23          A.   It appears so, yes.
350 24          Q.   There's then a statement
351  1          about dRVV.  Then it says, "However, more
351  2          experiments need to be carried out to
351  3          confirm the preliminary results presented
351  4          in this paper.  The PT method is widely
351  5          available in all laboratories at anytime
351  6          of the day and should be preferred to
351  7          PiCT and HepTest."
351  8                  Did you have a general
351  9          understanding that PT was a widely
351 10          available test?
351 11          A.   Yes.

351:12 -   352:2 Moore, Kenneth 2016-07-12                    0:33
351 12          Q.   Okay.  It then talks about
351 13          the fact that commercially available PT
351 14          tests that provide results as a
351 15          percentage of normal or convert to INR
351 16          should not be used for monitoring the
351 17          anticoagulant effects of direct Factor Xa
351 18          inhibitors, such as rivaroxaban.
351 19                  That's something that was
351 20          discovered, is that INR really doesn't
351 21          correlate to the PD affects of Xarelto,
351 22          correct?
351 23          A.   That's correct.
351 24          Q.   INR as a sensitivity index
352  1          is directly correlated to warfarin?
352  2          A.   That is correct.

352:3 -   354:1 Moore, Kenneth 2016-07-12                    1:44
352  3          Q.   Okay.  Now, if you look with
352  4          me in the study, there's an
352  5          acknowledgment section just below that.

| | Objections In | Responses In |
|---|---|---|

| | | |
|---|---|---|
| 352 6 | Do you see that? | |
| 352 7 | A.  Yes. | |
| 352 8 | Q.  It says, "The authors would | |
| 352 9 | like to acknowledge Shahid Salaria, who | |
| 352 10 | provided medical writing services with | |
| 352 11 | funding from Bayer Schering Pharma AG and | |
| 352 12 | Johnson & Johnson Pharmaceutical | |
| 352 13 | Research & Development." | |
| 352 14 | Do you see that? | |
| 352 15 | A.  I do, yes. | |
| 352 16 | Q.  So J&J and Bayer both | |
| 352 17 | actually supported this study by | |
| 352 18 | Professor Samama, correct? | |
| 352 19 | A.  It seems so, yes. | |
| 352 20 | Q.  And then if we can take a | |
| 352 21 | look at the e-mail that attached this | |
| 352 22 | from Nini Bode for a second, on June 15th | |
| 352 23 | of 2010.  That's Exhibit 21. | |
| 352 24 | And she writes this e-mail | |
| 353 1 | to several people at Janssen including | |
| 353 2 | yourself, correct? | |
| 353 3 | A.  That is correct. | |
| 353 4 | Q.  Okay.  And the subject of | |
| 353 5 | her e-mail is "Inclusion in the VTE | |
| 353 6 | prevention Afib submission of attempts to | |
| 353 7 | find assay for rivaroxaban measurement in | |
| 353 8 | clinical practice."  And then the | |
| 353 9 | attachment is the Samama paper, right? | |
| 353 10 | A.  That is the subject line, | |
| 353 11 | yes. | |
| 353 12 | Q.  It says, "Dear all.  For the | |
| 353 13 | upcoming VTE treatment, Bayer only and | |
| 353 14 | Afib submission, preclinical is ahead of | |
| 353 15 | clinical with regards to writing CDT | |
| 353 16 | modules.  We uncovered the attached paper | |
| 353 17 | by Samama on attempts to find an assay to | |
| 353 18 | measure rivaroxaban in clinical | |
| 353 19 | practice." | |
| 353 20 | Do you see that? | |
| 353 21 | A.  I do, yes. | |
| 353 22 | Q.  Do you know why Janssen had | |
| 353 23 | to uncover this attached paper in June of | |
| 353 24 | 2010 with one of the people that | |
| 354 1 | sponsored the study? | |

**354:4   -   355:6 Moore, Kenneth 2016-07-12     0:53**

| | | |
|---|---|---|
| 354 4 | THE WITNESS: I can't speak | |
| 354 5 | to what Nini was obviously trying | |
| 354 6 | to state there. | |
| 354 7 | BY MR. OVERHOLTZ: | |
| 354 8 | Q.  Okay.  Do you know that | |
| 354 9 | Professor Samama had been a consultant | |
| 354 10 | for Janssen and continued to be so after | |
| 354 11 | this? | |
| 354 12 | A.  I am aware that Professor | |
| 354 13 | Samama had done a lot of work in regards | |
| 354 14 | to the different assays that could | |
| 354 15 | potentially be looked at for rivaroxaban. | |
| 354 16 | Q.  It says, "For now, we will | |
| 354 17 | include the paper in Module 2.6.2, | |
| 354 18 | pharmacology written summary, essentially | |
| 354 19 | using the abstract as draft text." | |
| 354 20 | Do you see that? | |
| 354 21 | A.  I do, yes. | |
| 354 22 | Q.  Then says, "After global | |
| 354 23 | review planned end June 2010, there is a | |
| 354 24 | possibility to remove it again." | |
| 355 1 | Do you see that? | |
| 355 2 | A.  I do, yes. | |
| 355 3 | Q.  Do you know why she was | |
| 355 4 | talking about removing this paper that | |
| 355 5 | looks at ways to measure rivaroxaban in | |
| 355 6 | the clinical setting from the submission? | |

**355:9   -   356:11 Moore, Kenneth 2016-07-12     0:48**

| | | |
|---|---|---|
| 355 9 | THE WITNESS:  No.  Again, I | |
| 355 10 | can't speak to what Nini was | |
| 355 11 | planning to do or what she was | |
| 355 12 | suggesting. | |

| | Objections In | Responses In |
|---|---|---|

355 13      I do know that with every
355 14 filing, as more research becomes
355 15 available, we update all the
355 16 sections as appropriate. The work
355 17 that Dr. Samama had done was --
355 18 continued well past this
355 19 publication and looked at other
355 20 assays.
355 21      Maybe that's what she's
355 22 referring to.
355 23 BY MR. OVERHOLTZ:
355 24 Q.  She's talking about making a
356 1 decision by end of June 2010 in her
356 2 e-mail, right?
356 3 A.  According to the e-mail,
356 4 yes.
356 5 Q.  Okay. She says, "On the
356 6 preclinical team, we would want to make
356 7 sure this is done in alignment with the
356 8 joint clinical/regulatory/commercial
356 9 strategy."
356 10      Do you see that?
356 11 A.  I do, yes.

356:12 -   356:16 Moore, Kenneth 2016-07-12        0:13
356 12 Q.  Now, did you know there was
356 13 a commercial strategy at Janssen with
356 14 respect to whether or not measurements of
356 15 Xarelto levels in the clinical setting
356 16 should be done?

356:19 -   356:22 Moore, Kenneth 2016-07-12        0:06
356 19      THE WITNESS: I'm not
356 20 familiar with a commercial
356 21 strategy in regards to what Nini
356 22 is implying or referencing.

356:24 -   357:11 Moore, Kenneth 2016-07-12        0:28
356 24 Q.  She says, "Hence, we have
357 1 several questions." First she says,
357 2 "With regard to the upcoming VTE
357 3 treatment, Afib submissions, what is the
357 4 strategy regarding rivaroxaban
357 5 measurements in clinical practice?"
357 6      Do you see that?
357 7 A.  I do, yes.
357 8 Q.  Do you agree that the most
357 9 important strategy should be to do
357 10 whatever is necessary to make the drug as
357 11 safe as possible for patients?

357:14 -   357:20 Moore, Kenneth 2016-07-12        0:07
357 14      THE WITNESS: Again, I would
357 15 agree that that is an important
357 16 strategy, along with many others,
357 17 yes.
357 18 BY MR. OVERHOLTZ:
357 19 Q.  Do you think it's the most
357 20 important strategy?

357:23 -   359:24 Moore, Kenneth 2016-07-12        1:59
357 23      THE WITNESS: I can't speak
357 24 to the strategy of what Johnson --
358 1 what Janssen does. But I do
358 2 absolutely agree that safety is an
358 3 important aspect of drug
358 4 development, absolutely.
358 5 BY MR. OVERHOLTZ:
358 6 Q.  Certainly important for
358 7 doctors and their patients?
358 8 A.  Yes.
358 9 Q.  The next point says, "Number
358 10 2, do we want health authorities outside
358 11 EMA to find out about the Samama paper
358 12 themselves and draw their own
358 13 conclusions, or do we point them to the
358 14 Samama paper and present it together with
358 15 the joint Bayer/J&J agreed message
358 16 regarding rivaroxaban measurements?"

| | | | Objections In | | Responses In |
|---|---|---|---|---|---|

| 358 17 | | Do you see that? | | | |
| 358 18 | | A.   I do, yes. | | | |
| 358 19 | | Q.   Okay.  Now, when she talks | | | |
| 358 20 | | about health authorities outside the EMA, | | | |
| 358 21 | | we've said the EMA is the European | | | |
| 358 22 | | regulatory authority for drugs, right? | | | |
| 358 23 | | A.   That is correct. | | | |
| 358 24 | | Q.   Okay.  And so the FDA would | | | |
| 359  1 | | be a health authority outside the EMA, | | | |
| 359  2 | | right? | | | |
| 359  3 | | A.   It would be one of many. | | | |
| 359  4 | | Q.   Okay.  She then asks, "Is | | | |
| 359  5 | | there agreement with Bayer regarding 1 | | | |
| 359  6 | | and 2?" | | | |
| 359  7 | | Do you see that? | | | |
| 359  8 | | A.   I do see that, yes. | | | |
| 359  9 | | Q.   In her Point Number 2 she | | | |
| 359 10 | | says, "For the latter case," -- which was | | | |
| 359 11 | | about presenting it together with the | | | |
| 359 12 | | joint Bayer/J&J message regarding | | | |
| 359 13 | | rivaroxaban measurements -- "For the | | | |
| 359 14 | | latter case, what is the joint Bayer/J&J | | | |
| 359 15 | | message and how prominent, i.e., in which | | | |
| 359 16 | | CTD module do we want to present it?" | | | |
| 359 17 | | That's what she asks, | | | |
| 359 18 | | correct? | | | |
| 359 19 | | A.   That's what it states here, | | | |
| 359 20 | | yes. | | | |
| 359 21 | | Q.   Sometimes when you submit | | | |
| 359 22 | | things to regulatory authorities, you can | | | |
| 359 23 | | make it less prominent or more prominent, | | | |
| 359 24 | | right? | | | |

| 360:3  - | 360:13 Moore, Kenneth 2016-07-12 | | 0:31 | | |
| 360  3 | | THE WITNESS:  In the | | | |
| 360  4 | | documents that I work with we -- | | | |
| 360  5 | | it is a full disclosure of the | | | |
| 360  6 | | scientific information that we -- | | | |
| 360  7 | | we collected. | | | |
| 360  8 | | It is organized in a | | | |
| 360  9 | | scientifically and logical method. | | | |
| 360 10 | | I don't think we point out one | | | |
| 360 11 | | section over the other in regards | | | |
| 360 12 | | to the clinical pharmacology of | | | |
| 360 13 | | the drug. | | | |

| 360:17  - | 361:3 Moore, Kenneth 2016-07-12 | | 0:22 | | |
| 360 17 | | Q.   But let me see if I can ask | | | |
| 360 18 | | it this way. | | | |
| 360 19 | | A.   Okay. | | | |
| 360 20 | | Q.   When you present something | | | |
| 360 21 | | in a submission to a health authority | | | |
| 360 22 | | like the F -- FDA, you can either call | | | |
| 360 23 | | the FDA's attention to it by putting it | | | |
| 360 24 | | in a prominent section of the submission | | | |
| 361  1 | | or you can put it in a less important | | | |
| 361  2 | | section of a large drug submission, | | | |
| 361  3 | | correct? | | | |

| 361:6  - | 361:8 Moore, Kenneth 2016-07-12 | | 0:04 | | |
| 361  6 | | THE WITNESS:  Could you help | | | |
| 361  7 | | me understand what is a prominent | | | |
| 361  8 | | part of the submission? | | | |

| 361:10  - | 361:21 Moore, Kenneth 2016-07-12 | | 0:24 | | |
| 361 10 | | Q.   Well, let me ask you this. | | | |
| 361 11 | | When Ms. Bode sent you this e-mail in | | | |
| 361 12 | | 2010, she talked about how prominent -- | | | |
| 361 13 | | she said, "i.e., in which CTD module." | | | |
| 361 14 | | Do you see that? | | | |
| 361 15 | | A.   I do, yeah. | | | |
| 361 16 | | Q.   Okay.  So there are | | | |
| 361 17 | | different modules in a submission to FDA, | | | |
| 361 18 | | to a health authority, correct? | | | |
| 361 19 | | A.   Yes, there is. | | | |
| 361 20 | | Q.   Okay.  And some are more | | | |
| 361 21 | | prominent than others in the submission? | | | |

| 361:24  - | 362:22 Moore, Kenneth 2016-07-12 | | 0:42 | | |

| | Objections In | Responses In |
|---|---|---|

| | | |
|---|---|---|
| 361 24 | THE WITNESS: I -- I guess | |
| 362 1 | I'm -- I'm having difficulty in | |
| 362 2 | defining what prominent is when it | |
| 362 3 | comes to the different modules. | |
| 362 4 | From a clinical pharmacology | |
| 362 5 | standpoint, we generate Modules | |
| 362 6 | 7 -- 2.7.1 and 2.7.2. Those in my | |
| 362 7 | mind, as clinical pharmacology, | |
| 362 8 | are prominent modules. | |
| 362 9 | And, you know, from -- | |
| 362 10 | because that is an accumulation of | |
| 362 11 | all of the information that we | |
| 362 12 | have had both scientifically | |
| 362 13 | regarding the pharmacokinetic and | |
| 362 14 | pharmacodynamic aspects of the | |
| 362 15 | drug that we've collected in the | |
| 362 16 | many years in studying the drug, | |
| 362 17 | so I would say that that's a | |
| 362 18 | pretty prominent document. So I | |
| 362 19 | don't know how to compare that to | |
| 362 20 | others, who from a clinical | |
| 362 21 | standpoint may feel that their | |
| 362 22 | documents are more prominent. | |

362:24 - 363:6 Moore, Kenneth 2016-07-12                    0:19

| | | |
|---|---|---|
| 362 24 | Q.  So certainly with respect to | |
| 363 1 | Xarelto, an anticoagulant, clinical | |
| 363 2 | pharmacology information and how to | |
| 363 3 | measure clinical pharmacology type | |
| 363 4 | measurements, PK/PD measurements, would | |
| 363 5 | be prominent for a health authority's | |
| 363 6 | consideration? | |

363:9 - 363:16 Moore, Kenneth 2016-07-12                    0:19

| | | |
|---|---|---|
| 363 9 | THE WITNESS: It would be -- | |
| 363 10 | it would be important to let the | |
| 363 11 | regulatory agencies know the | |
| 363 12 | information that we have collected | |
| 363 13 | to date in regards to the assays | |
| 363 14 | that assess the pharmacodynamic | |
| 363 15 | parameters within development of | |
| 363 16 | the program.  And we did that. | |

363:17 - 363:23 Moore, Kenneth 2016-07-12                    0:11

| | | |
|---|---|---|
| 363 17 | And so the assays that | |
| 363 18 | are -- some of the assays that are | |
| 363 19 | listed here in the publication as | |
| 363 20 | far as prothrombin time, we | |
| 363 21 | certainly did assess.  And it was | |
| 363 22 | part of Module 7 point -- 2.7.2 in | |
| 363 23 | our submissions. | |

364:1 - 364:10 Moore, Kenneth 2016-07-12                    0:21

| | | |
|---|---|---|
| 364 1 | Q.  She notes after Point 3, | |
| 364 2 | that, "Note, EMA" -- that is the European | |
| 364 3 | authority -- "is fully aware of the | |
| 364 4 | ongoing efforts regarding setting up a -- | |
| 364 5 | method to measure rivaroxaban in clinical | |
| 364 6 | practice, as there are update reports | |
| 364 7 | every six months as part of the EMA | |
| 364 8 | postapproval commitment." | |
| 364 9 | Do you see that? | |
| 364 10 | A.  I do, yes. | |

364:11 - 365:13 Moore, Kenneth 2016-07-12                    0:59

| | | |
|---|---|---|
| 364 11 | Q.  Okay.  And so that was | |
| 364 12 | something that she was informing you in | |
| 364 13 | 2010 about, that there was actually a | |
| 364 14 | commitment by Bayer and the EMA to report | |
| 364 15 | about the efforts to find a way to | |
| 364 16 | measure rivaroxaban levels in clinical | |
| 364 17 | practice, right? | |
| 364 18 | A.  That is my understanding, | |
| 364 19 | yes. | |
| 364 20 | Q.  She says, "Note, for the | |
| 364 21 | U.S. there is the specific requirement to | |
| 364 22 | submit in Module 5.3.4 other study | |
| 364 23 | reports, a summary of relevant published | |
| 364 24 | literature.  This typically is a Medline | |

|  |  | Objections In | Responses In |
|---|---|---|---|

| | |
|---|---|
| 365  1 | search listing and a short conclusion |
| 365  2 | like everything published was already |
| 365  3 | discussed in other modules, or |
| 365  4 | conclusions reached in other modules are |
| 365  5 | not changed by these data. |
| 365  6 | "For" -- "specifically for |
| 365  7 | the Samama April 2010 paper, a one-line |
| 365  8 | conclusion could be added in line with |
| 365  9 | the joint Bayer/J&J message on |
| 365 10 | rivaroxaban measurements in clinical |
| 365 11 | practice." |
| 365 12 | Do you see that? |
| 365 13 | A.  I do, yes. |

**366:11 -  366:13 Moore, Kenneth 2016-07-12**          0:07

| | |
|---|---|
| 366 11 | MR. OVERHOLTZ:  Let me show |
| 366 12 | you what we'll mark as Exhibit |
| 366 13 | Number 23. |

**367:1  -  367:12 Moore, Kenneth 2016-07-12**          0:28

| | |
|---|---|
| 367  1 | Q.  Now, when Nauman Shah |
| 367  2 | responds to Nini Bode, he says, "Thanks |
| 367  3 | for forwarding this on.  From a |
| 367  4 | commercial strategy standpoint we do not |
| 367  5 | want to recommend or encourage the use of |
| 367  6 | any measurements for rivaroxaban, given |
| 367  7 | they will not accomplish the primary |
| 367  8 | purpose that most clinicians have for |
| 367  9 | measuring levels in chronic treatment |
| 367 10 | situations:  Compliance." |
| 367 11 | Do you see that? |
| 367 12 | A.  I do, yes. |

**367:13 -  368:6 Moore, Kenneth 2016-07-12**          0:42

| | |
|---|---|
| 367 13 | Q.  Okay.  Now, you and I talked |
| 367 14 | about a little bit about that earlier, |
| 367 15 | that one of the ways -- ways that you can |
| 367 16 | use measuring rivaroxaban levels is just |
| 367 17 | to determine whether or not the drug is |
| 367 18 | on board and the patient's taking the |
| 367 19 | drug, right? |
| 367 20 | A.  Yes. |
| 367 21 | Q.  Okay.  And what Nauman Shah |
| 367 22 | points out is, because Xarelto is |
| 367 23 | different than warfarin, it doesn't |
| 367 24 | really reach this steady state that the |
| 368  1 | test may provide an indication of whether |
| 368  2 | rivaroxaban is on board.  It doesn't |
| 368  3 | convey whether the patient has been |
| 368  4 | taking the drug regularly, right? |
| 368  5 | A.  That's basically what he |
| 368  6 | states in the next sentence. |

**369:2  -  369:6 Moore, Kenneth 2016-07-12**          0:15

| | |
|---|---|
| 369  2 | Q.  I mean, there are other |
| 369  3 | reasons to measure the concentration |
| 369  4 | levels of rivaroxaban in blood plasma |
| 369  5 | than simply looking at whether it's on |
| 369  6 | board or not, correct? |

**369:9  -  370:3 Moore, Kenneth 2016-07-12**          0:39

| | |
|---|---|
| 369  9 | THE WITNESS:  To -- to my |
| 369 10 | knowledge, again, the times that a |
| 369 11 | physician may want to know if |
| 369 12 | rivaroxaban is -- a level of |
| 369 13 | rivaroxaban is within the plasma |
| 369 14 | is, as we mentioned, compliance, |
| 369 15 | and maybe emergency surgery |
| 369 16 | situations when they are making a |
| 369 17 | decision whether or not they |
| 369 18 | should wait for the half-life of |
| 369 19 | the drug to -- to washout or |
| 369 20 | whether or not they know to go |
| 369 21 | into a surgery and prepare for the |
| 369 22 | subject to be anticoagulated. |
| 369 23 | So those are two examples of |
| 369 24 | times when a physician may want to |
| 370  1 | understand whether or not |
| 370  2 | rivaroxaban is actually in the |

|  | Objections In | Responses In |
|---|---|---|

370  3    system or not.

**370:5  -  370:11 Moore, Kenneth 2016-07-12**                    0:22
370  5    Q.  You also believe that
370  6    measurement of rivaroxaban concentration
370  7    levels could be used to make sure that a
370  8    patient's plasma levels of the drug are
370  9    within the expected range of -- of
370  10   treatment concentration range seen for
370  11   most patients, correct?

**370:14 -  370:23 Moore, Kenneth 2016-07-12**                    0:23
370  14       THE WITNESS:  You would be
370  15   a -- you would be able to only use
370  16   an assay, be it a PT assay to
370  17   indirectly measure rivaroxaban
370  18   concentration or a formal assay to
370  19   measure rivaroxaban concentration
370  20   to see whether or not the PT value
370  21   or the concentration assessed from
370  22   that assay fell within what was
370  23   observed in the ROCKET trial.

**371:1  -  371:7 Moore, Kenneth 2016-07-12**                    0:13
371  1    Q.  It says, "Finally, it's my
371  2    understanding that while the measurements
371  3    may indicate current rivaroxaban levels
371  4    in the body, they don't correlate to
371  5    risks of bleeding or other outcomes."
371  6       Do you see that?
371  7    A.  I do, yes.

**371:8  -  371:13 Moore, Kenneth 2016-07-12**                    0:15
371  8    Q.  Okay.  But you know that
371  9    there were studies conducted within -- by
371  10   Janssen that actually did determine that
371  11   there was a correlation between higher
371  12   levels of rivaroxaban in the body and
371  13   higher risk of bleeding, correct?

**371:16 -  372:4 Moore, Kenneth 2016-07-12**                    0:29
371  16       THE WITNESS:  The Phase II
371  17   studies looked at multiple doses,
371  18   in which case they showed that as
371  19   you increase the dose, you
371  20   certainly can increase your risk
371  21   of bleeding.  Within a particular
371  22   dose level, for example
371  23   20 milligrams, to my knowledge,
371  24   there is no differences in
372  1    exposure within 20 milligrams that
372  2    would lead a patient to a greater
372  3    risk of bleeding.  And that's what
372  4    I assume he is referring to.

**374:13 -  374:19 Moore, Kenneth 2016-07-12**                    0:16
374  13   Q.  Sure.  One of the things
374  14   that Janssen wanted to make sure with
374  15   respect to anything that they recommended
374  16   with respect to measurement of
374  17   rivaroxaban levels was that they were not
374  18   implying that there was a need for
374  19   routine clinical monitoring, right?

**374:22 -  375:9 Moore, Kenneth 2016-07-12**                    0:25
374  22       THE WITNESS:  There had been
374  23   substantial analyses that were
374  24   done from the start of the program
375  1    before I even started and then
375  2    after, that assessed the different
375  3    markers that potentially could be
375  4    used to indirectly measure
375  5    rivaroxaban concentration.
375  6       None of that analysis showed
375  7    that routine monitoring would
375  8    be -- would be needed for this
375  9    type of medication.

**375:11 -  375:12 Moore, Kenneth 2016-07-12**                    0:04

| | Objections In | Responses In |
|---|---|---|

375 11    Q.   Let me see if we can look at
375 12    Exhibit Number 24.

**375:23 - 376:3 Moore, Kenneth 2016-07-12**     0:23
375 23      Did you have a chance to
375 24    take a look at Christopher Nessel's
376 1    response?
376 2    A.   Yeah. I was reading the
376 3    second paragraph here. Okay.

**376:4 - 377:24 Moore, Kenneth 2016-07-12**     1:40
376 4    Q.   He responds and says, "I
376 5    agree with Nauman that a direct
376 6    measurement akin to the INR would not
376 7    likely be of substantial clinical
376 8    utility. I have heard at several
376 9    advisory boards, though, that some
376 10    indicator of the presence of rivaroxaban
376 11    would be useful," correct?
376 12    A.   That is correct.
376 13    Q.   Okay. And when he talks
376 14    about advisory boards, the company would
376 15    sometimes put together boards of outside
376 16    consultants, physicians, and scientists
376 17    that would provide information to them,
376 18    to the company, related to what they
376 19    would like to see or not see related to
376 20    the drug. Is that a fair statement?
376 21    A.   I think that's a fair
376 22    statement, yes.
376 23    Q.   Okay. He says, "No test
376 24    will indicate long-term compliance,"
377 1    which you and I talked about, right?
377 2    A.   Correct.
377 3    Q.   Okay. He says, "An
377 4    indicator test, though, would be
377 5    informative to the physician considering
377 6    a procedure in a patient for whom the
377 7    last dose is uncertain. The management
377 8    of a patient presenting to the ER with
377 9    peritoneal signs and rivaroxaban on the
377 10    medication list would be quite
377 11    challenging to the attending surgeon,
377 12    even if the patient was reasonably sure
377 13    about the time of their last dose. A
377 14    simple appendectomy might not be a
377 15    problem, but I would be very reluctant to
377 16    get into an aortic dissection unless I
377 17    was certain about the coagulation status
377 18    of the patient."
377 19      Do you see that?
377 20    A.   I do, yes.
377 21    Q.   "I believe there is clinical
377 22    utility in an on/off test for this
377 23    compound."
377 24      Do you see that?

**378:1 - 378:11 Moore, Kenneth 2016-07-12**     0:18
378 1    A.   I do, yes.
378 2    Q.   He says, "This can be kept
378 3    distinct from, and, therefore, avoid
378 4    confusion with routine clinical
378 5    monitoring."
378 6      Do you see that?
378 7    A.   I do, yes.
378 8    Q.   And that was an important
378 9    goal for the company, was to make sure
378 10    that they avoided any recommendation of
378 11    routine clinical monitoring, right?

**378:14 - 378:21 Moore, Kenneth 2016-07-12**     0:46
378 14      THE WITNESS: Again, I can't
378 15    speak to whether or not that was a
378 16    goal. I know that we consistently
378 17    assessed the data that was at hand
378 18    to see whether or not monitoring
378 19    was appropriate for Xarelto. So,
378 20    again, I can't speak to whether or
378 21    not it was a quote-unquote goal.

| | Objections In | Responses In |
|---|---|---|

**382:18 -   382:23 Moore, Kenneth 2016-07-12**  0:12

382 18    Q.   Okay.  Now, I think you told
382 19    me before that Professor Samama continued
382 20    to work on additional assay work with
382 21    respect to measuring riva concentrate --
382 22    riva concentration levels, correct?
382 23    A.   That is correct.

**382:24 -   383:23 Moore, Kenneth 2016-07-12**  0:52

382 24    Q.   Okay.  As well as there were
383  1    actually other companies that worked on
383  2    assays to measure rivaroxaban
383  3    concentration levels, correct?
383  4    A.   Yes.  There were some
383  5    companies within the EU that worked on
383  6    other assays that could potentially
383  7    measure that, yes.
383  8    Q.   One of those assays was an
383  9    anti-Factor Xa assay; is that right?
383 10    A.   If I could be more specific,
383 11    that was an anti-Factor Xa assay with
383 12    rivaroxaban calibrators and controls.
383 13    Q.   Okay.  And that was
383 14    developed by Stago; is that right?
383 15    A.   I believe Stago was one of a
383 16    few companies that were looking into it,
383 17    yes.
383 18    Q.   And Bayer and Janssen worked
383 19    with Stago in the development of an
383 20    anti-Factor Xa assay with rivaroxaban
383 21    calibrators and controls; is that right?
383 22    A.   I believe we supported Stago
383 23    in their efforts, yes.

**384:8  -   384:16 Moore, Kenneth 2016-07-12**  0:22

384  8    Q.   All right.  Is it a fair
384  9    statement that you believe that the
384 10    anti-Factor Xa assays with specific
384 11    rivaroxaban calibrators and controls
384 12    could be used for therapeutic monitoring
384 13    of Xarelto?
384 14    A.   I believe it could be used
384 15    to, again, indirectly measure rivaroxaban
384 16    concentration within the plasma.

**384:17 -   385:1 Moore, Kenneth 2016-07-12**  0:24

384 17    Q.   Okay.  And if a physician
384 18    wanted to use PT to measure rivaroxaban
384 19    levels, you believe that the right agent
384 20    to use would be the Neoplastin plus
384 21    reagent; is that right?
384 22    A.   If a physician wanted to
384 23    indirectly measure rivaroxaban
384 24    concentrations in plasma, they can use PT
385  1    with Neoplastin plus reagent, yes.

**390:1  -   392:9 Moore, Kenneth 2016-07-12**  2:30

390  1    Q.   Now, you actually worked on
390  2    the information related to the use of
390  3    PCCs for rivaroxaban reversal; is that
390  4    correct?
390  5    A.   I performed two studies that
390  6    assessed the use of PCCs to assess the
390  7    pharmacodynamic effects of rivaroxaban.
390  8    Q.   By PCCs.  What are PCCs?
390  9    A.   PCCs are prothrombin complex
390 10    concentrate, which is an already marketed
390 11    product by another company that is
390 12    sometimes used with hemophilia and other
390 13    conditions that people may have a
390 14    bleeding condition for.
390 15    Q.   Okay.  And so I may ask you
390 16    a couple questions tomorrow about your
390 17    PCC studies.  But generally you have
390 18    published on -- you actually published on
390 19    a couple of the studies related to the
390 20    use of PCCs; is that right?
390 21    A.   I published one study as

| | Objections In | Responses In |
|---|---|---|

390 22   secondary author to Marcel Levi, who was
390 23   on our team at the time.
390 24   Q.   Now, bullet Point Number 2,
391  1   do you see that it says, "Therapeutic
391  2   monitoring."
391  3           Do you see that?
391  4   A.   I do, yes.
391  5   Q.   Okay.   You said,
391  6   "Therapeutic monitoring.   I believe there
391  7   is preference to use anti-Factor Xa
391  8   chromogenic assay with specific
391  9   rivaroxaban calibrators and controls
391 10   versus PT, based on the work done by
391 11   Bayer and Samama et al."
391 12           Do you see that?
391 13   A.   I do, yes.
391 14   Q.   Okay.   "Now I believe this
391 15   assay is available in the EU, and we are
391 16   trying to develop this assay in the
391 17   U.S." correct?
391 18   A.   That is correct.
391 19   Q.   And that was your
391 20   understanding about what was going on
391 21   back in July of 2012, right?
391 22   A.   That is correct.
391 23   Q.   Has that assay been approved
391 24   in the United States at this point?
392  1   A.   Not as far as I know.   No.
392  2   Q.   Okay.   Now -- but you had an
392  3   understanding, obviously, when you wrote
392  4   this e-mail in July of 2012 that Bayer
392  5   had done work with Samama to look at the
392  6   use of an anti-Factor Xa assay versus PT
392  7   in measuring rivaroxaban levels, right?
392  8   A.   That was my understanding,
392  9   yes.

392:10 -   392:21   Moore, Kenneth 2016-07-12                    0:29
392 10   Q.   Okay.   You then state, "If
392 11   PT is used, then recommend using the PT
392 12   assay with Neoplastin Plus reagent (as
392 13   that was the reagent used throughout
392 14   rivaroxaban development)."
392 15           Do you see that?
392 16   A.   Yes.
392 17   Q.   And you were making that
392 18   recommendation with respect to the
392 19   subject of therapeutic monitoring,
392 20   correct?
392 21   A.   Based on that, yes.

448:15 -   448:23   Moore, Kenneth 2016-07-13                    0:23
448 15   Q.   Now, I want to show you a
448 16   couple of statements.   And I just want to
448 17   see what -- whether or not you agree with
448 18   these statements or not.
448 19           The first is that generally,
448 20   higher PT values are associated with
448 21   greater bleeding risk.   And I'd just like
448 22   to know whether or not you agree with
448 23   that statement now.

449:2 -   449:24   Moore, Kenneth 2016-07-13                    1:00
449  2           THE WITNESS:   Are we talking
449  3   about PT values within a single
449  4   dose or across doses?
449  5   BY MR. OVERHOLTZ:
449  6   Q.   I think we're talking about
449  7   higher PT values in patients that are
449  8   taking Xarelto.   I'm not trying to
449  9   distinguish between a particular dose.
449 10   I'm not looking at the 20-milligram dose,
449 11   I'm not looking at the 15.   Generally,
449 12   higher PT values.   And I'm not even
449 13   talking about Xarelto.
449 14           Just generally, higher PT
449 15   values in patients are associated with
449 16   greater bleeding risk?
449 17   A.   Well, I'll make the caveat

| | | Objections In | Responses In |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 449 18 | that generally higher PT values in | | |
| 449 19 | patients are potentially associated with | | |
| 449 20 | a greater bleeding risk. | | |
| 449 21 | Q.  Okay.  You would add -- you | | |
| 449 22 | would add that they are potentially | | |
| 449 23 | associated? | | |
| 449 24 | A.  Potentially. | | |

| 451:22 -  453:3 Moore, Kenneth 2016-07-13 | | 1:22 | |
|---|---|---|---|
| 451 22 | Q.  So you don't believe that an | | |
| 451 23 | increase in PT is equal to an increase in | | |
| 451 24 | bleeding risk? | | |
| 452 1 | A.  Within a dose. | | |
| 452 2 | Q.  So within a dose, a group of | | |
| 452 3 | patients taking 20 milligrams of Xarelto | | |
| 452 4 | and you looked at patients with differing | | |
| 452 5 | PT values from low to high, you don't | | |
| 452 6 | believe there's an increased bleeding | | |
| 452 7 | risk in those patients with higher PTs? | | |
| 452 8 | A.  It would be hard based on | | |
| 452 9 | the data that I have observed to make | | |
| 452 10 | that conclusion that there is a higher | | |
| 452 11 | risk, because the frequency of bleeding | | |
| 452 12 | events that occurred with patients that | | |
| 452 13 | have a bleeding event versus not having a | | |
| 452 14 | bleeding event, the PT values that we | | |
| 452 15 | have observed in those two patient groups | | |
| 452 16 | were very similar and substantially | | |
| 452 17 | overlapped. | | |
| 452 18 | So to say that within a | | |
| 452 19 | dose, for example 20 milligrams that you | | |
| 452 20 | had pointed out, it would be hard for me | | |
| 452 21 | to say that somebody has a higher risk if | | |
| 452 22 | I know that there's a substantial number | | |
| 452 23 | of patients that have the exact same or | | |
| 452 24 | higher PT value that showed no bleeding | | |
| 453 1 | event. | | |
| 453 2 | So I struggle with that | | |
| 453 3 | terminology. | | |

| 453:4 -  453:16 Moore, Kenneth 2016-07-13 | | 0:25 | |
|---|---|---|---|
| 453 4 | Q.  Okay.  So PT, prothrombin | | |
| 453 5 | time, is a measure of what? | | |
| 453 6 | A.  It is, as I think we pointed | | |
| 453 7 | out yesterday, a measure of the body's | | |
| 453 8 | ability to coagulate.  It's one of. | | |
| 453 9 | There's other metrics.  But it's one | | |
| 453 10 | measure, yeah. | | |
| 453 11 | Q.  And a higher PT indicates a | | |
| 453 12 | greater difficulty in coagulating the | | |
| 453 13 | blood for a patient.  Would you agree | | |
| 453 14 | with that? | | |
| 453 15 | A.  Logically -- logically that | | |
| 453 16 | would make sense, yes. | | |

| 453:17 -  454:19 Moore, Kenneth 2016-07-13 | | 1:03 | |
|---|---|---|---|
| 453 17 | Q.  Okay.  So if logically that | | |
| 453 18 | makes sense then -- how does the | | |
| 453 19 | statement that within a particular dose, | | |
| 453 20 | increases in PT are not associated with | | |
| 453 21 | increased bleeding risk, if logically | | |
| 453 22 | higher PTs are related to a difficulty in | | |
| 453 23 | coagulation of the blood for a patient? | | |
| 453 24 | A.  Because I don't think PT | | |
| 454 1 | alone is responsible for bleeding.  All | | |
| 454 2 | right?  So from my understanding of | | |
| 454 3 | prothrombin time, which is just a marker | | |
| 454 4 | of -- or one of many that you could | | |
| 454 5 | potentially bleed, there is a full | | |
| 454 6 | cascade of events that potentially can | | |
| 454 7 | occur during a bleeding event.  It's not | | |
| 454 8 | as simple as saying that PT is directly | | |
| 454 9 | related to that. | | |
| 454 10 | And it could be -- you know, | | |
| 454 11 | again, I'm not a clinician.  This is not | | |
| 454 12 | an area of my expertise.  I'm not a | | |
| 454 13 | hematologist by any stretch of the | | |
| 454 14 | imagination. | | |
| 454 15 | So from what I understand, | | |

|  | Objections In | Responses In |
|---|---|---|

454 16 the complexity of bleeding and complexity
454 17 of bleeding risk has more to do -- has a
454 18 lot more to do than just prothrombin
454 19 time.

454:20 - 455:13 Moore, Kenneth 2016-07-13    0:50
454 20     Q.   And I understand that you're
454 21 not a doctor, right?  You've never
454 22 treated patients?
454 23     A.   No, I have not.
454 24     Q.   But if you had two patients
455  1 in a clinical study, let's say, and both
455  2 patients are taking Xarelto
455  3 20 milligrams, and one has a PT in the --
455  4 in the 40s --
455  5     A.   Right.
455  6     Q.   -- by Neoplastin and the
455  7 other has a PT around 14, and they both
455  8 come into the hospital because they have
455  9 an emergent event and needs surgery, the
455 10 one with the PT of 40 has a greater
455 11 bleeding risk in that surgery than the
455 12 one with the PT of 14.  Would you agree
455 13 with that?

455:16 - 456:4 Moore, Kenneth 2016-07-13    0:24
455 16     THE WITNESS:  The caveat
455 17 that I'm not a doctor, I'm not a
455 18 surgeon, I'd have to -- you know,
455 19 defer you to my clinical
455 20 colleagues to, you know, prior to
455 21 surgery what a PT of 40, if that
455 22 would be a concern for them going
455 23 into surgery.
455 24     Obviously, as -- as we
456  1 pointed out, a PT of 40 gives a --
456  2 a general idea of how the body is
456  3 again anticoagulated.  That's
456  4 about all I could say.

486:15 - 486:19 Moore, Kenneth 2016-07-13    0:13
486 15     Q.   Yeah.  When it comes to
486 16 using the drug in adults for the Afib
486 17 indication, the company never did any
486 18 testing of the use of monitoring and dose
486 19 adaptation for those patients, correct?

Re: [486:15-486:19]
Def Obj This testimony relates to monitoring for potential dose adjustments in ROCKET for patients using Xarelto for the AFib indication. It is not relevant to this case and will waste time, mislead the jury, and confuse the issues. FRE 401 and 403

Re: [486:15-486:19]
Pltf Resp Defendants did not object to this previously designated testimony in Orr.  To the extent this objection is raised because the testimony touches upon the AFIB indication, data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.

486:22 - 487:5 Moore, Kenneth 2016-07-13    0:13
486 22     THE WITNESS:  We did not
486 23 routinely monitor within the
486 24 ROCKET program.
487  1     BY MR. OVERHOLTZ:
487  2     Q.   So you didn't test whether
487  3 monitoring and potential dose adjustments
487  4 would benefit patients in the ROCKET
487  5 program?

Re: [486:22-487:5]
Def Obj This testimony relates to monitoring for potential dose adjustments in ROCKET for patients using Xarelto for the AFib indication. It is not relevant to this case and will waste time, mislead the jury, and confuse the issues. FRE 401 and 403

Re: [486:22-487:5]
Pltf Resp Defendants did not object to this previously designated testimony in Orr.  To the extent this objection is raised because the testimony touches upon the AFIB indication, data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to



| | Objections In | Responses In |
|---|---|---|
| | | Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US. See Court's ruling in Orr on Moore designations at 28:23-31:17. |

**487:8  -  488:16 Moore, Kenneth 2016-07-13**                    1:29

| 487  8 | THE WITNESS: May I -- may I |
| 487  9 | ask what you mean by "test"? |
| 487 10 | BY MR. OVERHOLTZ: |
| 487 11 | Q.  Well, why don't you just |
| 487 12 | by -- whatever you think the comment with |
| 487 13 | the word "test" means. |
| 487 14 | A.  I guess I struggle with the |
| 487 15 | word "test," just because that makes it |
| 487 16 | seem that there is a -- a result at the |
| 487 17 | end of the day. |
| 487 18 | I know that we've done |
| 487 19 | substantial review of the data, again, |
| 487 20 | from -- from beginning to end looking at |
| 487 21 | all avenues of the different |
| 487 22 | pharmacodynamic effects of rivaroxaban, |
| 487 23 | looking at the concentrations, and |
| 487 24 | whether or not there's a correlation to |
| 488  1 | any outcome, be it safety or efficacy, |
| 488  2 | and had a -- had a difficult time being |
| 488  3 | able to point to one -- one PD value or |
| 488  4 | concentration that could directly |
| 488  5 | correlate to an outcome. |
| 488  6 | So I don't know -- I don't |
| 488  7 | know how you used the word "test."  But I |
| 488  8 | know that we certainly evaluated whether |
| 488  9 | or not monitoring was needed |
| 488 10 | substantially. |
| 488 11 | Q.  Okay.  Outside of reviewing |
| 488 12 | data, did you actually study in a |
| 488 13 | clinical trial, whether it be Phase II or |
| 488 14 | the Phase III ROCKET study, whether |
| 488 15 | monitoring and potential dose adjustment |
| 488 16 | would benefit patients taking Xarelto? |

Re: [487:8-488:16]
**Def Obj** This testimony relates to monitoring for potential dose adjustments in ROCKET for patients using Xarelto for the AFib indication. It is not relevant to this case and will waste time, mislead the jury, and confuse the issues. FRE 401 and 403.

Re: [487:8-488:16]
Pltf Resp Defendants did not object to this previously designated testimony in Orr.  To the extent this objection is raised because the testimony touches upon the AFIB indication, data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.

**488:19 -  488:20 Moore, Kenneth 2016-07-13**                    0:01

| 488 19 | THE WITNESS: May I ask you |
| 488 20 | to repeat the question again? |

Re: [488:19-488:20]
**Def Obj** This testimony relates to testing for monitoring for potential dose adjustments in ROCKET for patients using Xarelto for the AFib indication. It is not relevant to this case and will waste time, mislead the jury, and confuse the issues. FRE 401 and 403.

Re: [488:19-488:20]
Pltf Resp Defendants did not object to this previously designated testimony in Orr.  To the extent this objection is raised because the testimony touches upon the AFIB indication, data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.

**488:21 -  489:4 Moore, Kenneth 2016-07-13**                    0:18

| 488 21 | BY MR. OVERHOLTZ: |
| 488 22 | Q.  Sure.  Let me ask you this |
| 488 23 | way.  Isn't it true that you never |
| 488 24 | conducted any study that determined |
| 489  1 | whether or not monitoring and dose |
| 489  2 | adjustment potentially, based on the |
| 489  3 | monitoring, would benefit patients taking |
| 489  4 | Xarelto? |

**489:7 -  489:13 Moore, Kenneth 2016-07-13**                    0:14

| 489  7 | THE WITNESS: And this is a |
| 489  8 | specific study, clinical study |
| 489  9 | that you want run in healthy |
| 489 10 | normals or healthy volunteers or |
| 489 11 | patients or anything like that? |
| 489 12 | BY MR. OVERHOLTZ: |
| 489 13 | Q.  Or even a Phase III study. |

| | Objections In | Responses In |
|---|---|---|

**489:16 – 490:8  Moore, Kenneth 2016-07-13**    0:33

```
489 16        THE WITNESS: The -- again,
489 17   I don't know how that study would
489 18   be conducted and how -- I don't
489 19   know how I would do it any
489 20   differently than what Bayer and --
489 21   and Janssen we had done in the
489 22   past.
489 23        So I don't -- I don't know
489 24   if there was a specific study with
490  1   a primary objective to look at
490  2   that.  I -- I don't know if that
490  3   has ever been done.  All I do know
490  4   is that all the studies that were
490  5   conducted did assess whether or
490  6   not monitoring would have been
490  7   prudent.  That's all.
490  8   BY MR. OVERHOLTZ:
```

**492:10 – 494:13  Moore, Kenneth 2016-07-13**    1:54

```
492 10   Q.  Okay.  So if we read the
492 11   next statement, you -- in this paper that
492 12   you comment on, it says, "S. Samama" --
492 13   we talked about Professor Samama.
492 14        "Samama, et al., "Laboratory
492 15   assessment of rivaroxaban:  A review."
492 16        "Noted:  In situations where
492 17   assessment of rivaroxaban exposure may be
492 18   helpful, anti-Factor Xa chromogenic
492 19   assays in tandem with standard
492 20   calibration curves generated with the use
492 21   of rivaroxaban calibrators and controls
492 22   could be used.  It is important to note
492 23   that test results will be affected by the
492 24   timing of blood sampling after
493  1   rivaroxaban intake.
493  2        "In addition, the
493  3   anti-Factor Xa method measures the drug
493  4   concentration and not the intensity of
493  5   the drug's anticoagulant activity, and a
493  6   higher than expected rivaroxaban plasma
493  7   level does not necessarily indicate an
493  8   increased risk of bleeding
493  9   complications."
493 10        Do you see that?
493 11   A.  I do, yes.
493 12   Q.  Okay.  And then there's a
493 13   little dotted line that goes out to the
493 14   right with your comment.  If you can see
493 15   that.
493 16   A.  Right.
493 17   Q.  Okay.  And if we look at
493 18   your comment, you say, "This is true of
493 19   all PD parameters for rivaroxaban.
493 20   Elevations in PT, aPTT, et cetera, only
493 21   speak to the risk of bleeding, not that a
493 22   bleed will automatically occur if you
493 23   reach a certain level."
493 24        Do you see that?
494  1   A.  I do.
494  2   Q.  So -- and we talked about
494  3   the fact that elevations in PT don't mean
494  4   you're going to bleed automatically;
494  5   there has to be something that happens to
494  6   you for the bleed to occur?
494  7   A.  Something more than just
494  8   that, yes.
494  9   Q.  Okay.  "But the" -- "but the
494 10   elevations in PT, aPTT, et cetera, only
494 11   speak to the risk of bleeding."
494 12        Do you see that?
494 13   A.  I do.
```

**494:14 – 494:23  Moore, Kenneth 2016-07-13**    0:41

```
494 14   Q.  So whenever we looked at the
494 15   statement before and I asked you whether
494 16   you agreed with higher PT values are
494 17   associated with greater bleeding risk,
494 18   and you said potentially associated with
```

| | Re: [494:14-494:23]<br>Pltf Obj Witness response at 495:15-496:1 is non-responsive. | Re: [494:14-494:23]<br>Def Resp The witness was explaining his answer, and this is admissible under FRE 106. This testimony was designated in the Orr trial without objection. See R. Doc. |

| | | Objections In | Responses In |
|---|---|---|---|

494  19  greater bleeding risk, did you agree with
494  20  the statement, then, based on what you                                    6703.
494  21  said in your comments back in 2014, that
494  22  higher or elevated PT values are
494  23  associated with greater bleeding risk?

495:3 - 496:1  Moore, Kenneth 2016-07-13     0:50
495  3      THE WITNESS: Okay. So --
495  4  and I understand your question.
495  5      Within the context of this
495  6  response and my comment here is
495  7  thinking about as you increase the
495  8  dose. If you increase the dose,
495  9  you increase the potential for
495  10  that PT to increase also.
495  11      If you're increasing the
495  12  dose and you increase the PT, then
495  13  you can potentially increase your
495  14  risk of bleeding.
495  15      What I attempted to clarify
495  16  within the comment here that you
495  17  asked, is within a particular
495  18  dose, be it 10 milligrams, 15 or
495  19  20, if you individually look at
495  20  that dose that a patient is
495  21  getting, I have not seen any
495  22  evidence that an increase in PT
495  23  would necessarily lead to an
495  24  increase in bleeding risk based on
496  1  the data that we've observed.

496:20 - 496:24  Moore, Kenneth 2016-07-13     0:18
496  20  Q.  But if we look back at the
496  21  document. What you stated was that
496  22  elevations in PT speak to the risk of
496  23  bleeding, right?
496  24  A.  Correct.

506:3 - 506:12  Moore, Kenneth 2016-07-13     0:24
506  3  Q.  Okay. Did anyone at Bayer          Re: [506:3-506:12]                    Re: [506:3-506:12]
506  4  make you aware they were concerned that   Def Obj This testimony relates to monitoring   Pltf Resp Defendants did not object to this
506  5  using monitoring with dose adjustment    for potential dose adjustments in patients   previously designated testimony in Orr. To
506  6  could potentially have implications on   using Xarelto for the AFib indication. It is not   the extent this objection is raised because
506  7  the Afib indication?                     relevant to this case and will waste time,   the testimony touches upon the AFIB
506  8  A.  No, they did not.                    mislead the jury, and confuse the issues. FRE   indication, data pertaining to studies
506  9  Q.  That was something that they         401 and 403.                          conducted in support of other Xarelto
506  10  made you aware of, that they had that                                       indications is hugely relevant to
506  11  concern?                                                                    Defendants' conduct and handling of
506  12  A.  Not that I'm aware of, no.                                              studies in the context of getting to market
                                                                                     as well as handling matters of patient
506:13 - 506:18  Moore, Kenneth 2016-07-13     0:22                                    safety. The Court routinely denied
506  13  Q.  Let's look at what we'll                                                Defendants' 401/403 objections to
506  14  call Exhibit 31.                                                            Plaintiff's designation of testimony
506  15      {Document marked for                                                    pertaining to the ACS indication--which the
506  16  identification as Exhibit                                                   FDA has not approved for Xarelto in the
506  17  Moore-31.}                                                                  US. See Court's ruling in Orr on Moore
506  18  BY MR. OVERHOLTZ:                                                           designations at 28:23-31:17.

506:22 - 507:1  Moore, Kenneth 2016-07-13     0:53
506  22      This is an e-mail chain from
506  23  the September 2014 time frame.
506  24  A.  Yes.
507  1  Q.  And the subject is Stago.

507:2 - 507:18  Moore, Kenneth 2016-07-13     0:40
507  2  A.  Okay.
507  3  Q.  So it looks like an
507  4  Anita Knapp-Ryseck e-mails you regarding
507  5  Stago at 11:05 a.m. on September 22,
507  6                                    2014
507  7      Stago is the company -- one
507  8  of the companies that was developing an
507  9  anti-Factor Xa assay that Janssen was
507  10  working with, correct?
507  11  A.  That's correct.
507  12  Q.  Okay. And it says, "Hi,
507  13  Todd. Regarding the Stago assay, can you
507  14  please have a look at the footnote text I
507  15  have right now in yellow and let me know

| | Objections In | Responses In |
|---|---|---|

```
507 16      of any changes."
507 17            Do you see that?
507 18      A.  Yes.

508:11 -   508:15 Moore, Kenneth 2016-07-13        0:09
  508 11    Q.  Okay.  And you respond to
  508 12    Anita above that with an e-mail on
  508 13    September 22, 2014.
  508 14          Do you see that?
  508 15    A.  I do.

509:1  -   509:15 Moore, Kenneth 2016-07-13        0:36
  509  1    Q.  Okay.  And you say, "Hi,
  509  2    Anita.  Within the Exploratory Objectives
  509  3    section, we should probably change the
  509  4    text to read, 'one, to indirectly measure
  509  5    rivaroxaban concentrations through the
  509  6    Stago assay at select sides.'
  509  7          "I would remove any mention
  509  8    of the word 'monitoring?'"
  509  9          Do you see that?
  509 10    A.  I do, yes.
  509 11    Q.  Okay.  So you are talking
  509 12    about changing the word "monitoring" from
  509 13    her footnote and changing it to
  509 14    "measure," correct?
  509 15    A.  That is correct.

509:16 -   509:19 Moore, Kenneth 2016-07-13        0:07
  509 16    Q.  And one of the reasons you
  509 17    made that suggestion is because you don't
  509 18    want to raise any red flags to this
  509 19    concept of monitoring, right?

509:22 -   510:5 Moore, Kenneth 2016-07-13        0:11
  509 22          THE WITNESS:  If I remember
  509 23    correctly, it's just more
  509 24    appropriate to say "indirectly
  510  1    measuring."
  510  2    BY MR. OVERHOLTZ:
  510  3    Q.  Red flags could have
  510  4    implications to the other indications for
  510  5    Xarelto, right?

510:8  -   510:9 Moore, Kenneth 2016-07-13        0:03
  510  8          THE WITNESS:  I can't
  510  9    comment in regards to that.

511:18 -   513:13 Moore, Kenneth 2016-07-13        1:31
  511 18    Q.  Let's -- let's look and see.
  511 19    If you can look, there's a response by
  511 20    Catherine Van den Boom.
  511 21          Do you see that?
  511 22    A.  I do.
  511 23    Q.  It says, "Hi, Anita and
  511 24    Todd.  I like the text.  Do we need to
  512  1    mention somewhere, outline or BB, that
  512  2    this is for the 510(k) application for
  512  3    the Stago in the U.S.?"
  512  4          Do you see that?
  512  5    A.  I do, yes.
  512  6    Q.  So Stago was actually
  512  7    applying using the 510(k) process to have
  512  8    their assay approved for use in the
  512  9    United States or cleared for use in the
  512 10    United States; is that right?
  512 11    A.  That's my understanding.
  512 12    Q.  Okay.  And so you respond
  512 13    and said, "I don't think it would be
  512 14    necessary for the study outline.  Perhaps
  512 15    it would be okay for the BB."
  512 16          And that's briefing book?
  512 17    A.  Yes.
  512 18    Q.  Okay.  And that's what goes
  512 19    to the FDA?
  512 20    A.  Yes.
  512 21    Q.  Okay.  Anita Knapp-Ryseck
  512 22    responds and says, "That sounds good."
  512 23    And then Liza Pina responds to you on the
```

| | Objections In | | Responses In |
|---|---|---|---|

| | | |
|---|---|---|
| 512 24 | very top of the page on September 22, | |
| 513 1 | 2014, at 5 -- at 5:09. | |
| 513 2 | Do you see that e-mail? | |
| 513 3 | A.  I do, yes. | |
| 513 4 | Q.  Okay.  And Liza Pina says, | |
| 513 5 | "Todd, your suggestions sound good.  The | |
| 513 6 | word 'monitoring' raises an unwanted | |
| 513 7 | flag." | |
| 513 8 | Do you see that? | |
| 513 9 | A.  I do, yes. | |
| 513 10 | Q.  Okay.  So not only does | |
| 513 11 | using the word "monitoring" raise a red | |
| 513 12 | flag, it's an unwanted flag by the | |
| 513 13 | company, correct? | |

| | | |
|---|---|---|
| 513:16 -   513:19 Moore, Kenneth 2016-07-13 | | 0:06 |
| 513 16 | THE WITNESS:  I can't speak | |
| 513 17 | to what Liza meant when she said | |
| 513 18 | an unwanted flag in this | |
| 513 19 | particular regard. | |

| | | |
|---|---|---|
| 513:20 -   513:24 Moore, Kenneth 2016-07-13 | | 0:13 |
| 513 20 | I know Liza was relatively | |
| 513 21 | new to the company by the time she | |
| 513 22 | came onto the team.  So I -- I | |
| 513 23 | really can't speak to what she | |
| 513 24 | meant by that. | |

| | | |
|---|---|---|
| 521:9  -   521:19 Moore, Kenneth 2016-07-13 | | 0:24 |
| 521 9 | Q.  Okay.  So one of the things | |
| 521 10 | that we looked at yesterday was this | |
| 521 11 | diagram that I drew that's not yet been | |
| 521 12 | marked because I haven't finished drawing | |
| 521 13 | on it yet.  It says, "Routine clinical | |
| 521 14 | monitoring, Xarelto does not require." | |
| 521 15 | That's one of the claims that are made to | |
| 521 16 | physicians and patients in the United | |
| 521 17 | States about the use of Xarelto is that | |
| 521 18 | it does not require monitoring, correct? | |
| 521 19 | A.  That's correct. | |

| | | |
|---|---|---|
| 524:10 -   524:17 Moore, Kenneth 2016-07-13 | | 0:25 |
| 524 10 | Q.  I asked whether or not you | |
| 524 11 | agreed with the statement that Janssen | |
| 524 12 | nor Bayer never studied monitoring, and | |
| 524 13 | by "study" I mean that they use | |
| 524 14 | monitoring during a clinical study in | |
| 524 15 | which the blood levels, the PD or PK | |
| 524 16 | measurements, would be used to | |
| 524 17 | potentially dose adapt for the patients. | |

| | | |
|---|---|---|
| 524:20 -   525:3 Moore, Kenneth 2016-07-13 | | 0:22 |
| 524 20 | THE WITNESS:  I am not aware | |
| 524 21 | of studies -- and again, there | |
| 524 22 | could have been work that was done | |
| 524 23 | by Bayer.  There's a long history | |
| 524 24 | before I ever started with it. | |
| 525 1 | I am not aware of studies | |
| 525 2 | that had an objective of dose | |
| 525 3 | adjustment based on monitoring. | |

| | | |
|---|---|---|
| 525:5  -   525:10 Moore, Kenneth 2016-07-13 | | 0:06 |
| 525 5 | Q.  Okay.  So let me show you | |
| 525 6 | what we'll mark as Exhibit Number 33. | |
| 525 7 | (Document marked for | |
| 525 8 | identification as Exhibit | |
| 525 9 | Moore-33.) | |
| 525 10 | BY MR. OVERHOLTZ: | |

| | | |
|---|---|---|
| 525:14 -   525:16 Moore, Kenneth 2016-07-13 | | 0:40 |
| 525 14 | we can go ahead and provide Exhibit 34, | |
| 525 15 | which is 144361. | |
| 525 16 | (Document marked for | |

| | | |
|---|---|---|
| 525:20 -   526:6 Moore, Kenneth 2016-07-13 | | 0:21 |
| 525 20 | Q.  So I'm showing you this | |
| 525 21 | e-mail and the attachment from | |
| 525 22 | August 2014.  The subject is, "Hold for | |
| 525 23 | review of time sensitive PR | |

| | Objections In | Responses In |
|---|---|---|

525 24   communication." That went to several
526 1   people in J&J including the Xarelto core
526 2   team.
526 3       Just so you know, you're not
526 4   copied on this e-mail at this point in
526 5   time.
526 6   A.  Okay.

**528:20 -   530:23 Moore, Kenneth 2016-07-13**     1:52
528 20   Q.  And Paul Burton e-mails and
528 21   he attaches this attachment that we're --
528 22   that you're looking at in Exhibit -- is
528 23   it 33 and 34?  And says, "I think the
528 24   edits for clarity are valuable.  I would
529 1   keep the information in the middle
529 2   column, that we performed testing for
529 3   monitoring in early and late stage trials
529 4   and were able to confidently conclude
529 5   that monitoring is neither necessary nor
529 6   required with Xarelto use in routine
529 7   clinical practice."
529 8       Do you see that?
529 9   A.  I do, yes.
529 10   Q.  Okay.  And then he says, "I
529 11   am cc'ing Todd Moore, our PK/PD leader
529 12   for Xarelto, just to keep him looped in
529 13   on this important topic."
529 14       Right?
529 15   A.  I see that, yes.
529 16   Q.  Okay.  So then if we look at
529 17   the Exhibit 34, which is the attachment,
529 18   and we look at the first page, you see
529 19   there's three columns across the top.
529 20   One is lawsuits.
529 21       Do you see that?
529 22   A.  I do.
529 23   Q.  Okay.  And second is routine
529 24   blood monitoring.  Do you see that?
530 1   A.  I do.
530 2   Q.  And then AE rate
530 3   comparisons.  Do you see that?
530 4   A.  Yes.
530 5   Q.  Okay.  And if you can look
530 6   with me in the routine blood monitoring
530 7   column, the -- the Column 2, it says,
530 8   "Given the variability of the blood
530 9   thinning effect of warfarin, we developed
530 10   Xarelto with reliability in mind.  That's
530 11   why in the early stages of development
530 12   and continuing into Phase III trials it
530 13   was critical for us to understand the
530 14   predictability of blood thinning effect
530 15   of Xarelto.  In order to assess this, we
530 16   conducted blood monitoring in several of
530 17   our trials, all of which demonstrated
530 18   that Xarelto delivered a reliable and
530 19   predictable blood thinning effect and
530 20   that the medicine does not require
530 21   routine monitoring."
530 22       Do you see that?
530 23   A.  I do, yes.

**532:6  -   532:11 Moore, Kenneth 2016-07-13**     0:11
532 6   Q.  Okay.  So now let's look at
532 7   what we'll mark as Exhibit Number 35.
532 8       (Document marked for
532 9       identification as Exhibit
532 10       Moore-35.)
532 11   BY MR. OVERHOLTZ:

**535:19 -   536:7 Moore, Kenneth 2016-07-13**     0:26
535 19       Paul Burton sends an e-mail
535 20   on September -- August 14, 2014, at
535 21   10:43 a.m. --
535 22   A.  Yes.
535 23   Q.  -- in which he attaches a
535 24   file, a draft field comment reactive only
536 1   edits PowerPoint.
536 2   A.  Yes.

|  |  | Objections In | Responses In |
|--|--|--|--|

| | | |
|--|--|--|
| 536 3 | Q. Okay. And we looked at that | |
| 536 4 | PowerPoint exhibit in Exhibit Number 34 | |
| 536 5 | in which there was this Operation Clarity | |
| 536 6 | document. | |
| 536 7 | Do you recall that? | |

| | | |
|--|--|--|
| 537:6 - | 537:17 Moore, Kenneth 2016-07-13 | 0:21 |
| 537 6 | Q. The e-mail is from -- the | |
| 537 7 | e-mail is from 33, Exhibit 33, and | |
| 537 8 | Exhibit 35 -- | |
| 537 9 | A. I was just looking at the | |
| 537 10 | text to make sure that the text listed in | |
| 537 11 | this exhibit under an e-mail sent by Paul | |
| 537 12 | Burton on Thursday, August 14th was the | |
| 537 13 | same text that I read in Exhibit 33. | |
| 537 14 | Q. Correct. | |
| 537 15 | A. And it appears to be the | |
| 537 16 | same text. | |
| 537 17 | Q. Same text. The only | |

| | | |
|--|--|--|
| 537:18 - | 537:23 Moore, Kenneth 2016-07-13 | 0:23 |
| 537 18 | difference is the timestamp seems to be | |
| 537 19 | different. This one says 2:42:47 p.m., | |
| 537 20 | and the one on Exhibit 35 says 10:43 a.m. | |
| 537 21 | A. Again, all I can confirm is | |
| 537 22 | that the text in the two seems to be the | |
| 537 23 | same. I can't speak to anything else. | |

| | | |
|--|--|--|
| 538:8 - | 538:14 Moore, Kenneth 2016-07-13 | 0:18 |
| 538 8 | Q. He's referring to -- he's | |
| 538 9 | responding to an e-mail in both exhibits | |
| 538 10 | sent by Roxanne O. McGregor-Beck, | |
| 538 11 | correct, on August 14, 2014, in which the | |
| 538 12 | text says, "I prefer the version Michael | |
| 538 13 | edited, more concise and to the point." | |
| 538 14 | A. I see that. | |

| | | |
|--|--|--|
| 544:14 - | 545:14 Moore, Kenneth 2016-07-13 | 0:53 |
| 544 14 | Q. Okay. And so you were able | |
| 544 15 | to respond to him, though, if we look at | |
| 544 16 | Exhibit 35. Do you see where -- if you | |
| 544 17 | look at the e-mail on the first page from | |
| 544 18 | Ms. Judy Wagner to you on August 14th. | |
| 544 19 | Do you see that? | |
| 544 20 | A. Yes. | |
| 544 21 | Q. And she says, "Hi, Todd. | |
| 544 22 | Can you please take a look at the | |
| 544 23 | statements made, second column re routine | |
| 544 24 | blood monitoring and verify accuracy?" | |
| 545 1 | So she's talking about | |
| 545 2 | routine blood monitoring and asking you | |
| 545 3 | to verify the accuracy, right? | |
| 545 4 | A. That's what it states in | |
| 545 5 | this e-mail. | |
| 545 6 | Q. "I am also looking for a | |
| 545 7 | reference for this statement. Is this | |
| 545 8 | anywhere in the ROCKET study report? | |
| 545 9 | This statement will be going out to sales | |
| 545 10 | representatives to address | |
| 545 11 | questions/challenges related to | |
| 545 12 | monitoring of rivaroxaban." | |
| 545 13 | Do you see that? | |
| 545 14 | A. Yes, I do. | |

| | | |
|--|--|--|
| 545:19 - | 547:12 Moore, Kenneth 2016-07-13 | 1:26 |
| 545 19 | Q. On August 15th. And you | |
| 545 20 | state, "Dear Judy." And you copy Paul | |
| 545 21 | Burton on your e-mail, right? | |
| 545 22 | A. Mm-hmm. | |
| 545 23 | Q. You copy Kenneth Turner, | |
| 545 24 | your supervisor, right? | |
| 546 1 | A. Yes. | |
| 546 2 | Q. Christopher Nessel and Anne | |
| 546 3 | Vosatka, right? | |
| 546 4 | A. That's right. | |
| 546 5 | Q. As well as Dagmar Kubitza | |
| 546 6 | over at Bayer, right? | |
| 546 7 | A. Correct. | |
| 546 8 | Q. And you say, "I am concerned | |

|  | Objections In | Responses In |
|---|---|---|

546 9 with the statement made in the middle
546 10 column, testing for monitoring was
546 11 performed in early and late stage
546 12 trials."
546 13     Do you see that?
546 14 A.  I do.
546 15 Q.  Was there a version of the
546 16 PR statement that included language that
546 17 specifically made the quote, "Testing for
546 18 monitoring was performed in early and
546 19 late stage trials?"
546 20 A.  I don't recall.
546 21 Q.  And you said, "I don't
546 22 believe this statement is accurate.
546 23 After discussing this with Dagmar this
546 24 morning, perhaps a better strategy would
547 1 be to highlight the results from the
547 2 multiple large postmarketing studies that
547 3 appear to show a consistent bleeding
547 4 profile and was determined in the pivotal
547 5 Phase III trials."
547 6     Correct?  Do you see that?
547 7 A.  Yes.
547 8 Q.  And then you state, "I state
547 9 this because I don't believe we truly
547 10 tested for monitoring."
547 11     Do you see that?
547 12 A.  I do, yes.



547:13 -   547:18 Moore, Kenneth 2016-07-13                 0:16
547 13 Q.  Okay.  So when you e-mailed
547 14 Judy Wagner and your boss and Dagmar
547 15 Kubitza over at Bayer in August 15th of
547 16 2014, you did not believe that the
547 17 companies had truly tested for
547 18 monitoring, correct?

Re: [547:13-547:18]
Pltf Obj Witness response is non-responsive.

Re: [547:13-547:18]
Def Resp This is admissible under FRE 106.
This testimony was designated in the Orr
trial without objection. See R. Doc. 6703.

547:21 -   549:10 Moore, Kenneth 2016-07-13                 1:12
547 21 THE WITNESS:  Within the
547 22 context of this e-mail and what --
547 23 if I remember correctly, it wasn't
547 24 so much that we didn't assess for
548 1 monitoring.  I didn't know, as I
548 2 still to this day don't know, how
548 3 one tests for monitoring.  And if
548 4 any statement went out to the
548 5 public using the term "testing for
548 6 monitoring," myself as the
548 7 clinical pharmacologist at that
548 8 time would have difficulty in
548 9 trying to explain what that is.
548 10 That's why I tried to
548 11 reroute them in saying, well, we
548 12 assessed, again, across all the
548 13 Phase III trials, and even better
548 14 when you take a look at the
548 15 postmarketing data, all of it is
548 16 very consistent.  And we certainly
548 17 have done numerous ways of
548 18 assessing the data from our early
548 19 Phase I trials all the way through
548 20 the Phase III trials to see
548 21 whether or not we could actually
548 22 correlate any sort of
548 23 pharmacodynamic or pharmacokinetic
548 24 effect to any outcome, which we
549 1 have not.
549 2 But to have a statement
549 3 within their document saying, "We
549 4 tested for monitoring," I just
549 5 didn't know what testing meant.
549 6 And, therefore, I didn't think it
549 7 would be appropriate from a
549 8 scientific standpoint for me to
549 9 back that up if I couldn't
549 10 adequately describe it.

549:18 -   550:8 Moore, Kenneth 2016-07-13                 0:32
549 18 Q.  But let me ask you this.

| | | Objections In | Responses In |
|---|---|---|---|

| | | |
|---|---|---|
| 549 19 | When you respond to this e-mail in | |
| 549 20 | August 15, 2014, and you said you were | |
| 549 21 | concerned with the statement and that you | |
| 549 22 | also said, "I don't believe we truly | |
| 549 23 | tested for monitoring," you're saying | |
| 549 24 | that was because you didn't understand | |
| 550 1 | what testing meant? | |
| 550 2 | A.   I don't -- I couldn't say as | |
| 550 3 | the scientist that was working with the | |
| 550 4 | Xarelto at the time, in the ClinPharm | |
| 550 5 | department, that if somebody would come | |
| 550 6 | to me and ask me, "How did you test for | |
| 550 7 | monitoring," I don't know how I would be | |
| 550 8 | able to answer them. | |

| 550:9  -   550:19 Moore, Kenneth 2016-07-13 | | 0:22 |
|---|---|---|
| 550 9 | Q.   You were the clinical | |
| 550 10 | pharmacology lead for Xarelto at Janssen | |
| 550 11 | Pharmaceuticals from 2010 to 2015, | |
| 550 12 | correct? | |
| 550 13 | A.   That is correct. | |
| 550 14 | Q.   I'm a lawyer sitting here at | |
| 550 15 | a table in 2016.  And I know how you | |
| 550 16 | would test for routine clinical | |
| 550 17 | monitoring in a clinical study.  You're | |
| 550 18 | telling me that you don't understand | |
| 550 19 | that? | |

| 550:22  -   550:23 Moore, Kenneth 2016-07-13 | | 0:01 |
|---|---|---|
| 550 22 | THE WITNESS:  How would you | |
| 550 23 | test for monitoring? | |

| 551:4  -   551:10 Moore, Kenneth 2016-07-13 | | 0:13 |
|---|---|---|
| 551 4 | The company could have | |
| 551 5 | tested a routine clinical monitoring | |
| 551 6 | strategy in either the ROCKET trial or | |
| 551 7 | another trial to determine whether or not | |
| 551 8 | that would benefit patient care and | |
| 551 9 | improve efficacy and improve safety, | |
| 551 10 | correct? | |

| 551:13  -   553:5 Moore, Kenneth 2016-07-13 | | 1:11 |
|---|---|---|
| 551 13 | THE WITNESS:  I believe a -- | |
| 551 14 | the company assessed that, both | |
| 551 15 | companies, Bayer and Janssen, | |
| 551 16 | assessed that paradigm, looking at | |
| 551 17 | all the data we collected today | |
| 551 18 | and found that that was truly -- | |
| 551 19 | that was not necessary based on | |
| 551 20 | the fact, again, the data that we | |
| 551 21 | collected showed that monitoring | |
| 551 22 | in that particular case wasn't | |
| 551 23 | necessary, that it was -- it had | |
| 551 24 | no idea of looking at a | |
| 552 1 | correlation between any of the PK | |
| 552 2 | and PD parameters, at least from a | |
| 552 3 | clinical pharmacology standpoint, | |
| 552 4 | that would lead to an outcome.  So | |
| 552 5 | I can't speak for the company in | |
| 552 6 | general from a clinical | |
| 552 7 | pharmacology standpoint.  But I | |
| 552 8 | can only tell you that when | |
| 552 9 | looking at the data at hand, | |
| 552 10 | looking at either the PK or PD | |
| 552 11 | data, trying to correlate it to | |
| 552 12 | some sort of outcome, we weren't | |
| 552 13 | able to justify that that would be | |
| 552 14 | able to be used as a monitoring | |
| 552 15 | technique. | |
| 552 16 | Now, if we did find -- and | |
| 552 17 | we still continue today, to look | |
| 552 18 | at all the data that comes in. | |
| 552 19 | And as the data presents itself, | |
| 552 20 | if in the future we -- we see that | |
| 552 21 | is of benefit, of course, then | |
| 552 22 | that becomes, you know, you know, | |
| 552 23 | part of the -- the next steps. | |
| 552 24 | But to date, again, | |
| 553 1 | everything that I've seen in my | |

| | Objections In | Responses In |
|---|---|---|

| | |
|---|---|
| 553  2 | short-term time with rivaroxaban, |
| 553  3 | I have not seen that. |
| 553  4 | BY MR. OVERHOLTZ: |
| 553  5 | Q.  There wasn't -- the company |

**553:11 -   554:9  Moore, Kenneth 2016-07-13**                         0:33

| | |
|---|---|
| 553  11 | THE WITNESS:  I think the |
| 553  12 | company was aware of, obviously, |
| 553  13 | the assays that could be used to |
| 553  14 | measure the pharmacodynamic |
| 553  15 | effect.  And we did do that within |
| 553  16 | the study itself. |
| 553  17 | I can't speak to the design |
| 553  18 | of the study or what they went |
| 553  19 | into in the beginning and how they |
| 553  20 | were going to use the |
| 553  21 | pharmacodynamic data.  But I know |
| 553  22 | what we did with the |
| 553  23 | pharmacodynamic data once it was |
| 553  24 | obtained. |
| 554  1 | We took a look at all the |
| 554  2 | data that was obtained, and then |
| 554  3 | tried -- again, looking at it, if |
| 554  4 | there was any correlation to the |
| 554  5 | data, be it pharmacodynamic or |
| 554  6 | pharmacokinetic, whether or not |
| 554  7 | that would lead to an outcome or |
| 554  8 | inform us in regards to an |
| 554  9 | outcome, which it has not. |

**555:12 -   555:20  Moore, Kenneth 2016-07-13**                         1:11

| | |
|---|---|
| 555  12 | Q.  Let me show you what we'll |
| 555  13 | mark as Exhibit 36 and 37. |
| 555  14 | All right.  So this is an |
| 555  15 | e-mail, Record Number 1357997, Janssen |
| 555  16 | 08066931.  And the attachment to it -- |
| 555  17 | that's Exhibit Number 36. |
| 555  18 | The attachment to it is |
| 555  19 | e-mail Number 37 -- I mean Exhibit Number |
| 555  20 | 37, which is the PowerPoint attachment. |

**555:21 -   556:9  Moore, Kenneth 2016-07-13**                         0:37

| | |
|---|---|
| 555  21 | And so if you can take a |
| 555  22 | look with me at that on Exhibit 36.  You |
| 555  23 | see that that's the same e-mail from Judy |
| 555  24 | Wagner that you responded to in which you |
| 556  1 | demonstrated some concern for use of the |
| 556  2 | statement regarding testing for |
| 556  3 | monitoring. |
| 556  4 | Do you see that? |
| 556  5 | "Hi, Todd.  Can you please |
| 556  6 | take a look at the statements made in the |
| 556  7 | second column?" |
| 556  8 | A.  I can confirm that the text |
| 556  9 | is the same. |

**558:10 -   559:13  Moore, Kenneth 2016-07-13**                         1:20

| | |
|---|---|
| 558  10 | Q.  And it says -- this is the |
| 558  11 | attachment to the Judy Wagner e-mail to |
| 558  12 | you asking you to review. |
| 558  13 | And it says, "Testing for |
| 558  14 | monitoring was performed in early and |
| 558  15 | late stage trials and we were able to |
| 558  16 | confidently conclude that routine |
| 558  17 | coagulation monitoring is neither |
| 558  18 | necessary nor required with Xarelto use |
| 558  19 | in routine clinical practice." |
| 558  20 | Correct? |
| 558  21 | A.  That's what the text says. |
| 558  22 | Q.  Okay.  And if you look at |
| 558  23 | your e-mail response in Exhibit |
| 558  24 | Number 36 -- I'm sorry -- 35, when you |
| 559  1 | respond to Judy, quote -- |
| 559  2 | MR. OVERHOLTZ:  Please pull |
| 559  3 | up Exhibit 35 real quick. |
| 559  4 | BY MR. OVERHOLTZ: |
| 559  5 | Q.  You quote from the middle |
| 559  6 | column, and when you say, "I'm concerned |
| 559  7 | with the statement in the middle column," |

| | Objections In | Responses In |
|---|---|---|

559 8     you quote that same text, "testing for
559 9     monitoring was performed in early and
559 10     late stage trials."
559 11        Correct?
559 12     A.  That appears what I did,
559 13     yes.

**560:18 -   561:21 Moore, Kenneth 2016-07-13**          1:13
560 18     Q.  Sure.  When Paul Burton
560 19     e-mails and says, "I think the edits for
560 20     clarity are valuable.  I would keep the
560 21     information in the middle column that we
560 22     performed," he then is quoting language
560 23     directly -- from the language we saw
560 24     in Exhibit 37, which was, "testing for
561 1     monitoring in early and late stage trials
561 2     and we were able to confidently conclude
561 3     that monitoring is neither necessary nor
561 4     required with Xarelto use in routine
561 5     clinical practice."
561 6        Correct?
561 7     A.  I don't believe he's
561 8     quoting.  He's ref -- but he uses some of
561 9     the same wording that occurs within this
561 10     document.
561 11     Q.  He uses the same words from
561 12     Exhibit 37?
561 13     A.  Not exactly, but is pretty
561 14     close.
561 15     Q.  Pretty close?
561 16     A.  Pretty close.
561 17     Q.  Okay.  So then when -- so it
561 18     was -- when you respond to Judy in
561 19     Exhibit 35, the first page of Exhibit 35,
561 20     it's that statement that you are
561 21     expressing concern about, right?

**561:24 -   562:15 Moore, Kenneth 2016-07-13**          0:50
561 24     THE WITNESS:  I can't -- I
562 1     can't remember if this, which is
562 2     Exhibit 37, was the exact thing
562 3     that Judy had sent me.  But the
562 4     term, "testing for monitoring was
562 5     performed in early and late stage
562 6     trials" is the same text as
562 7     appears in the attachment.  So...
562 8     BY MR. OVERHOLTZ:
562 9     Q.  Right.  And I'll represent
562 10     to you as we saw in Exhibit 36, it
562 11     was that -- Exhibit 37 was the attachment
562 12     to that e-mail from Judy Wagner to you
562 13     that you responded to.
562 14     A.  Okay.
562 15     Q.  Okay?

**562:16 -   562:21 Moore, Kenneth 2016-07-13**          0:09
562 16     I'll have you look at what
562 17     we'll mark as Exhibit Number 38.
562 18     (Document marked for
562 19     identification as Exhibit
562 20     Moore-38.)
562 21     BY MR. OVERHOLTZ:

**562:24 -   563:15 Moore, Kenneth 2016-07-13**          0:36
562 24     Now, if you can look through
563 1     Exhibit 38, which is Bates Janssen
563 2     0806220.  You see the subject e-mail,
563 3     it's the same hold for review of time
563 4     sensitive PR communication.
563 5     It picks up on the e-mail
563 6     that you sent to Judy on August 15 of
563 7     2014, where you expressed concern of the
563 8     statement in the middle column, "Testing
563 9     for monitoring was performed in early and
563 10     late stage trials," at the bottom of
563 11     Page 2.
563 12     And then Paul Burton
563 13     responds to you in the middle of Page 2.
563 14     Just let me know when you're

| | Objections In | Responses In |
|---|---|---|

563 15    there with Paul Burton's response to you.

**563:16 -   563:20 Moore, Kenneth 2016-07-13    0:40**
563 16    A.  Sure.  You just want me to
563 17    read Paul's response?
563 18    Q.  Yes.  And then I'm going to
563 19    ask you a couple questions about it.
563 20    A.  Okay.

**563:21 -   566:19 Moore, Kenneth 2016-07-13    2:31**
563 21    Q.  Okay.  So Paul responds to
563 22    your e-mail expressing concern about the
563 23    statement where you said that you didn't
563 24    believe that you had truly tested for
564 1    monitoring, tested the need for
564 2    monitoring.
564 3    You say — he says, "Hi,
564 4    Todd.  Thanks.  I think this wording has
564 5    evolved over the last week or two.  We
564 6    did have a strategy in Phase II and II of
564 7    the Mueck paper, correct?  So do more
564 8    intense testing and monitoring.  And my
564 9    recollection was that in ROCKET, monthly
564 10    PK monitoring was also done.  So based on
564 11    that, the language, and I was involved
564 12    with its evolution, below surfaced."
564 13    Do you see that?
564 14    A.  That's what it states, yes.
564 15    Q.  And he was wrong about the
564 16    monthly PK monitoring in ROCKET, right?
564 17    A.  That's correct, he was
564 18    incorrect.
564 19    Q.  Yeah, there was PD
564 20    monitoring, but that was only done at
564 21    Week 12 and Week 24, correct?
564 22    A.  Per the design of the trial,
564 23    yes.
564 24    Q.  "That did seem reasonable to
565 1    me," he says, "that we did PK and PD
565 2    testing in both early and late phase
565 3    studies, so tested a monitoring strategy
565 4    and concluded that it was not needed in
565 5    clinical practice."
565 6    Do you see that?
565 7    A.  That's what it states, yes.
565 8    Q.  He says, "What do you think?
565 9    Give your expert opinion, because this is
565 10    an important point and one we need to be
565 11    aligned on and clearly supported by the
565 12    data."
565 13    Do you see that?
565 14    A.  I do.
565 15    Q.  So now you respond to
565 16    Mr. Burton on August 15, 2014.  And it
565 17    starts on the middle of Page 1.
565 18    You see your response there,
565 19    3:07 p.m.?
565 20    A.  Yeah, I do.  Can I read it?
565 21    Q.  Sure.  I'm going to read it.
565 22    A.  Okay.  Go ahead.  Better you
565 23    than me.
565 24    Q.  Okay.  It says, "Hi, Paul.
566 1    Thanks for your response.  Perhaps I
566 2    misunderstood what is meant by 'testing
566 3    for monitoring' in this regards.  During
566 4    Phase I and II clinical development, we
566 5    collected intensive PK and PD to help
566 6    characterize the drug's profile.  We have
566 7    a lot of data on this.  However, I don't
566 8    know if we can consider any of this
566 9    'testing for monitoring.'  I don't
566 10    believe Bayer performed or could perform
566 11    any specific analysis for this."
566 12    Do you see that?
566 13    A.  I do see that, yes.
566 14    Q.  Okay.  And during ROCKET,
566 15    there was no use of routine clinical
566 16    monitoring for the Xarelto patients,
566 17    correct?

|  | Objections In | Responses In |
|---|---|---|

566 18    A.   There was no routine
566 19    monitoring for the Xarelto patients.

**570:15 -   570:22 Moore, Kenneth 2016-07-13**    0:17
570 15    Q.   Okay.  You then said, "We
570 16    did collect some PK samples as part of
570 17    the ROCKET trial, evident in the slides
570 18    that I sent previously.  But this was a
570 19    population PK approach with limited
570 20    samples with limited subjects."
570 21        Did I read that correctly?
570 22    A.   That is correct.

**571:11 -   572:17 Moore, Kenneth 2016-07-13**    1:13
571 11    Q.   Okay.  So I just want to ask
571 12    you, when it talks about the sparse
571 13    samples for most of the study population,
571 14    that's talking about the samples that
571 15    were taken at Week 12 and Week 24,
571 16    correct?
571 17    A.   That's what I was referring
571 18    to.
571 19    Q.   Okay.  So the two samples
571 20    taken from the patients in the ROCKET
571 21    trial, correct?
571 22    A.   Correct.
571 23    Q.   Okay.  So you say, "And we
571 24    can describe the changes in these PD
572  1    markers (PT probably being the most
572  2    relevant due to its close correlation to
572  3    PK), we performed just observational
572  4    types of analyses (basically showing
572  5    trends)...  e.g., with higher PT values,
572  6    you generally see a higher rate of
572  7    bleeding, which I don't think anyone
572  8    would be surprised about."
572  9        Do you see that?
572 10    A.   Yes.
572 11    Q.   Okay.  So that's what you
572 12    said in your e-mail back to Paul Burton
572 13    in response to his discussion regarding
572 14    saying that testing for monitoring had
572 15    been performed on August 15th of 2014,
572 16    correct?
572 17    A.   Correct.

**572:21 -   572:23 Moore, Kenneth 2016-07-13**    0:19
572 21    Q.   Okay.  So if we take a look
572 22    at that and we look back at the diagram
572 23    that you and I looked at before in

**572:24 -   573:5 Moore, Kenneth 2016-07-13**    0:21
572 24    Exhibit 32 regarding the ROCKET trial and
573  1    within the Afib population, the statement
573  2    that increased PT generally related to an
573  3    increased bleeding risk, and you said you
573  4    disagreed, right?
573  5    A.   That is correct.

**573:6  -   573:20 Moore, Kenneth 2016-07-13**    0:42
573  6    Q.   Okay.  But in 2014, when you
573  7    were talking to Paul Burton at the
573  8    company, you said that your review of the
573  9    approach in the ROCKET study, that you
573 10    could describe changes in the PD markers
573 11    and that PT probably being the most
573 12    relevant due to its close correlation of
573 13    PK.  "We performed just observational
573 14    types analyses, basically showing trends,
573 15    for example, with higher PT values you
573 16    generally see a higher rate of bleeding,
573 17    which I don't think anyone would be
573 18    surprised about."
573 19        Right?
573 20    A.   That's correct.

**573:24 -   574:1 Moore, Kenneth 2016-07-13**    0:19
573 24    Q.   Okay.  So let's go back to
574  1    the -- that version of the document.  You

| | Objections In | Responses In |
|---|---|---|

**574:2 - 574:22 Moore, Kenneth 2016-07-13**  0:41

574  2   can look with me down at the bottom of
574  3   the page.  It says, "In comparison, I
574  4   believe dabigatran collected much more PK
574  5   samples through their Phase III study and
574  6   was able to identify a difference in
574  7   trough concentrations that may lead to
574  8   bleeding."
574  9        Do you see that?
574 10   A.  Yes.
574 11   Q.  Okay.  And that was in
574 12   response to -- you said that in the
574 13   ROCKET trial, in the POP PK portion of
574 14   the ROCKET trial, that was the study in
574 15   about 281 patients; is that correct?
574 16   A.  That is correct.
574 17   Q.  That was -- 161 actually
574 18   took Xarelto in that?
574 19   A.  I believe so, yes.
574 20   Q.  Okay.  So that was about 161
574 21   patients out of about 7,000 in the ROCKET
574 22   study that took Xarelto, correct?

**574:23 - 574:24 Moore, Kenneth 2016-07-13**  0:02

574 23   A.  I would have to look at the
574 24   numbers specifically, but --

**575:1 - 575:4 Moore, Kenneth 2016-07-13**  0:06

575  1   Q.  It was a small number of
575  2   patients.  You agree with that?
575  3   A.  In proportion to the entire
575  4   study, yes.

**575:16 - 576:11 Moore, Kenneth 2016-07-13**  0:52

575 16   Q.  And you had said you had
575 17   "sent a slide deck that showed that CMAX,
575 18   CMIN, area under the curve versus
575 19   bleeding, (small subject N) and there was
575 20   no evidence these parameters, which is
575 21   certainly comforting but the data is
575 22   limited."
575 23        Do you see that?
575 24   A.  I see that.
576  1   Q.  If we turn to the next page.
576  2   You say to Paul Burton in your e-mail,
576  3   "Without taking significantly more PK and
576  4   PD samples in the Phase III studies and
576  5   performing a more rigorous type of
576  6   analysis, more than observational,
576  7   perhaps a regression type, et cetera, I
576  8   don't know if we can truly say we 'tested
576  9   the need for monitoring.'"
576 10        Do you see that?
576 11   A.  I do, yes.

**576:12 - 577:12 Moore, Kenneth 2016-07-13**  1:09

576 12   Q.  And that's what you told
576 13   Paul Burton and other colleagues,
576 14   including Dagmar Kubitza, in August 15th
576 15   of 2014, correct?
576 16   A.  That is correct.
576 17   Q.  And then if we can look --
576 18   Paul Burton responds to you in the first
576 19   e-mail in this exhibit.
576 20        He says, "Okay, Todd,
576 21   thanks.  I think it comes down to what we
576 22   have done and how to accurately portray
576 23   that."
576 24        Do you see that?
577  1   A.  I do, yes.
577  2   Q.  "Rather than additional
577  3   e-mails, may I set up a very brief call
577  4   on Monday to discuss and come to a firm
577  5   position?"
577  6        Do you see that?
577  7   A.  I do, yes.
577  8   Q.  Do you recall whether you
577  9   had that call with Paul Burton?

| | Objections In | Responses In |
|---|---|---|

577 10    A.   It's -- it's been some time.
577 11    I -- I don't recall -- I don't recall yes
577 12    or no.  I just don't.  Sorry.

577:13 -   577:15 Moore, Kenneth 2016-07-13            0:04
577 13    Q.   You believe what you were
577 14    telling Paul Burton in 2014 was right and
577 15    accurate?

577:18 -   578:5 Moore, Kenneth 2016-07-13             0:40
577 18        THE WITNESS:  I believe what
577 19    I wrote back in 2014 was my
577 20    understanding of, or my attempt to
577 21    understand the statement that was
577 22    made in their documents and what
577 23    we had done to date to say that
577 24    we've assessed the different
578  1    clinical pharmacology profiles of
578  2    the drug in relation to -- in
578  3    relation to this.  So, yes, you
578  4    know, it's as accurate as it was
578  5    at that time.

581:9  -   581:15 Moore, Kenneth 2016-07-13            0:19
581  9    Q.   Now, let me -- I'm going to
581 10    show you what we'll mark as Exhibit
581 11    Number 40.
581 12        (Document marked for
581 13        identification as Exhibit
581 14        Moore-40.)
581 15    BY MR. OVERHOLTZ:

581:16 -   581:16 Moore, Kenneth 2016-07-13            0:00
581 16    Q.   Here is an extra set.  I

582:8  -   582:18 Moore, Kenneth 2016-07-13            0:27
582  8        I'm going to ask you whether
582  9    or not you recognize this physical file
582 10    that you kept on Xarelto.
582 11    A.   I recognize it seems to be
582 12    my handwriting, yes.
582 13    Q.   Okay.  And this would have
582 14    been one of the physical files that you
582 15    would have included in the box that they
582 16    came and took copies of; is that right?
582 17    A.   I assume it was part of
582 18    that, yes.

584:5  -   584:20 Moore, Kenneth 2016-07-13            0:36
584  5    Q.   Okay.  Johnson & Johnson
584  6    Pharmaceutical Research & Development, a
584  7    division of Janssen Pharmaceutical NV
584  8    analysis plan for pharmacometrics support
584  9    of study on rivaroxaban, prevention of
584 10    stroke, in subjects with nonvalvular
584 11    atrial fibrillation.
584 12        And it has handwriting on
584 13    it.  Do you see that?
584 14    A.   Mm-hmm.
584 15    Q.   Does that handwriting appear
584 16    to be your handwriting?
584 17    A.   It appears to be my
584 18    handwriting, yes.
584 19    Q.   So I also want to introduce
584 20    what we'll mark as Exhibit Number 41.

584:21 -   585:5 Moore, Kenneth 2016-07-13             0:48
584 21        (Document marked for
584 22        identification as Exhibit
584 23        Moore-41.)
584 24    BY MR. OVERHOLTZ:
585  1    Q.   This is Janssen 08485020
585  2    through 08485046.  And this was also a
585  3    physical file that was produced to us
585  4    that was labeled at the top, "Riva CMAX
585  5    and CMIN."  And it's got the Bates Number

585:6  -   585:7 Moore, Kenneth 2016-07-13             0:09
585  6    08485020.  And it starts with Record

| | | Objections In | Responses In |
|---|---|---|---|

585   7          Number 1395454.

698:13 -   701:21 Moore, Kenneth 2016-07-13                    2:41

| | | |
|---|---|---|
| 698 13 | Can you tell the ladies and | Re: [698:13-701:21] |
| 698 14 | gentlemen of the jury just a little bit | Pltf Obj 699: 6-700:11 - relevance.  The |
| 698 15 | about yourself.  Where did you grow up? | activities of the witness' children and his |
| 698 16 | A.   I grew up in Northern | hobbies are irrelevant. |
| 698 17 | New Jersey.  It's a town called Randolph, | |
| 698 18 | New Jersey. | |
| 698 19 | Q.   Where do you live now? | |
| 698 20 | A.   I live closer to Southern | |
| 698 21 | New Jersey, a town called Florence. | |
| 698 22 | Q.   Are you married? | |
| 698 23 | A.   I am. | |
| 698 24 | Q.   Do you have any children? | |
| 699 1 | A.   I have two children, one | |
| 699 2 | boy, one girl. | |
| 699 3 | Q.   How old are your children? | |
| 699 4 | A.   My son is 11 and my daughter | |
| 699 5 | is 14. | |
| 699 6 | Q.   When you are not working at | |
| 699 7 | Janssen, what types of things do you like | |
| 699 8 | to do? | |
| 699 9 | A.   Carting them around to all | |
| 699 10 | their activities. | |
| 699 11 | Q.   Carting around your kids? | |
| 699 12 | A.   Yes, that is. | |
| 699 13 | Q.   Do they have any activities | |
| 699 14 | that are favorites of theirs? | |
| 699 15 | A.   My son enjoys soccer, which | |
| 699 16 | was one of my past loves and pastimes. | |
| 699 17 | And my daughter enjoys swimming and also | |
| 699 18 | plays a little soccer here and there. | |
| 699 19 | Q.   Do you still continue to | |
| 699 20 | follow soccer in -- in addition to your | |
| 699 21 | son? | |
| 699 22 | A.   Yeah.  Yeah, I do.  We | |
| 699 23 | both -- we both enjoy following the same | |
| 699 24 | professional teams.  We go to local games | |
| 700 1 | here in the U.S.  We follow the | |
| 700 2 | Philadelphia Union, for example, and — | |
| 700 3 | and some of the international teams, like | |
| 700 4 | Manchester United and so forth.  We have | |
| 700 5 | a lot of fun as a family doing those | |
| 700 6 | things. | |
| 700 7 | Q.   Is soccer in the Olympics | |
| 700 8 | coming up? | |
| 700 9 | A.   It is in the Olympics. | |
| 700 10 | Unfortunately, the U.S. did not make the | |
| 700 11 | Olympic team this year. | |
| 700 12 | Q.   Can you please tell the jury | |
| 700 13 | a little bit about your educational | |
| 700 14 | background. | |
| 700 15 | A.   Sure.  I received a | |
| 700 16 | bachelors in biology from the University | |
| 700 17 | of Delaware.  And after graduating from | |
| 700 18 | the University of Delaware, was looking | |
| 700 19 | for different jobs within research, and | |
| 700 20 | spent a short period of time at Clemson | |
| 700 21 | University, and then from that, ended up | |
| 700 22 | getting a job in New York City with my | |
| 700 23 | now wife. | |
| 700 24 | Worked in New York City for | |
| 701 1 | a short period of time, a small company | |
| 701 2 | called Merit Behavioral Care.  It was one | |
| 701 3 | of those kind of intro jobs right out of | |
| 701 4 | school.  Not really in the field of | |
| 701 5 | interest that I was looking for, but | |
| 701 6 | needed the job, got security, and so | |
| 701 7 | forth. | |
| 701 8 | Q.   Did you at some point | |
| 701 9 | continue your education? | |
| 701 10 | A.   I did.  Moving from New York | |
| 701 11 | back to New Jersey, I worked for a | |
| 701 12 | company called Schering-Plough, which was | |
| 701 13 | a larger pharmaceutical company at that | |
| 701 14 | time.  From Schering-Plough, I went to | |
| 701 15 | Bristol-Myers at which time at | |
| 701 16 | Bristol-Myers I pursued a master's degree | |

Re: [698:13-701:21]
Def Resp This is admissible under FRE 106.
This testimony was designated in the Orr
trial without objection. See R. Doc. 6703.

| | Objections In | Responses In |
|---|---|---|

701 17   in biology at Fairleigh Dickinson
701 18   University.
701 19   Q.   Did you obtain your master's
701 20   degree?
701 21   A.   I did, yes.

708:10 –   714:6   Moore, Kenneth 2016-07-13          6:07

708 10   Q.   As of early 2010, you got
708 11   involved with Xarelto; is that right?
708 12   A.   That's correct.
708 13   Q.   Do I understand that you
708 14   were the clinical pharmacology leader on
708 15   Xarelto at Janssen from early 2010 until
708 16   March of 2015?
708 17   A.   That is correct.
708 18   Q.   What was clinical
708 19   pharmacology's role in the development of
708 20   Xarelto?  And let me be a little more
708 21   specific.  With respect to the atrial
708 22   fibrillation indication, what type of
708 23   work did you and your group do?
708 24   A.   Okay.  So I came onto the
709  1   team, as you pointed out, in 2010 when
709  2   the atrial fibrillation indication by the
709  3   ROCKET study was well underway.
709  4        My transition into that role
709  5   required me to get caught up on the types
709  6   of work that was done by our partners,
709  7   Bayer, and to help collect all that
709  8   information to prepare for the filing.
709  9   That was my primary role.
709 10   Q.   When you say "filing," what
709 11   do you mean?
709 12   A.   I'm sorry.  It is the -- the
709 13   process in which we take all of the
709 14   scientific and medical and all the data
709 15   we have on the drug itself and submit it
709 16   to a regulatory agency for their review
709 17   and hopefully approval.
709 18   Q.   Have you done other things
709 19   at Janssen relating to Xarelto in your
709 20   role as the clinical pharmacology lead?
709 21   A.   Yes.  I continued actually
709 22   running and conducting what we still
709 23   consider Phase 1 type studies.  These are
709 24   studies that are generally conducted, as
710  1   I pointed out before, in healthy
710  2   individuals.
710  3        So I ran -- I designed and
710  4   conducted a half a dozen or so studies
710  5   that continue to classify -- not
710  6   classify, but characterize is a better
710  7   description, our understanding of
710  8   Xarelto.
710  9   Q.   What types of studies have
710 10   or are you running with Xarelto?
710 11   A.   Sure.  Studies done in the
710 12   past included assessing things like the
710 13   pharmacokinetics and pharmacodynamics
710 14   when you give Xarelto in subjects --
710 15   subjects that have some renal impairment
710 16   but also taking a concomitant drug.  I
710 17   assessed studies with crushing the
710 18   tablet, administering it via an NG tube,
710 19   or administering it on top of applesauce
710 20   or another substance.
710 21        I assessed a study when we
710 22   looked at switching from rivaroxaban to
710 23   warfarin.  I looked at a study or
710 24   designed a study that assessed the use of
711  1   PCCs, which is prothrombin
711  2   concentrates -- prothrombin concentrates
711  3   on the reversal effects of
711  4   pharmacodynamic factors.
711  5        I assessed the
711  6   pharmacokinetic and dynamics with those
711  7   patients that are on dialysis.
711  8        Most recently, the study
711  9   data that is currently being run that I'm

Re: [708:10-714:6]
Pltf Obj References a Janssen pediatric study
in testimony that is not designated in
Plaintiff's affirmative designation and is
therefore out of the scope.  Lacks foundation
and relevance.

Re: [708:10-714:6]
Def Resp This is admissible under FRE 106.
This testimony was designated in the Orr
trial without objection. See R. Doc. 6703.
And in responding to Defendants'
objections in this testimony and elsewhere,
Plaintiffs have repeatedly stated: "Data
pertaining to studies conducted in support
of other Xarelto indications is hugely
relevant . . . ."

Overruled 10 b

|  | Objections In | Responses In |
|---|---|---|

711 10   finishing now is another type of study
711 11   that looks at both the use of PCC and TXa
711 12   as a potential marketed agent that could
711 13   be used to hopefully reverse the
711 14   pharmacodynamic effects of rivaroxaban.
711 15   Q.  Generally, do you publish
711 16   the work and the studies that you're
711 17   involved with?
711 18   A.  Yes, I do.
711 19   Q.  I am looking at your
711 20   curriculum vitae.  And it appears that
711 21   the last five pages of your CV list out
711 22   abstracts and publications and
711 23   presentations that you've made; is that
711 24   right?
712  1   A.  That is correct.
712  2   Q.  Approximately how many of
712  3   those relate to Xarelto?
712  4   A.  I've -- it's including the
712  5   one that is currently finished, the study
712  6   that I'm now working on, I've published
712  7   every study that I've conducted with
712  8   Xarelto.  So, again, I think it's almost
712  9   a half dozen.
712 10   Q.  One of the publications that
712 11   you were involved in was the "Population
712 12   Pharmacokinetics and Pharmacodynamics of
712 13   Rivaroxaban in Patients With Non-Valvular
712 14   Atrial Fibrillation, the Results From
712 15   ROCKET-AF"; is that right?
712 16   A.  That's correct.
712 17   Q.  Ihab Girgis is the first
712 18   named author on that publication?
712 19   A.  That's correct.
712 20   Q.  What generally did that
712 21   publication relate to?
712 22   A.  Oh, the publication related
712 23   to specifically the substudy within the
712 24   ROCKET trial itself where we assess the
713  1   kinetic and dynamic parameters within the
713  2   subjects who are enrolled in that
713  3   substudy.
713  4   So the purpose of that was a
713  5   population pharmacokinetic or population
713  6   pharmacodynamic assessment in which case
713  7   you take the data that you -- that you
713  8   took from -- the data that you have from
713  9   the 126 or so subjects that received
713 10   Xarelto in that substudy and you modeled
713 11   out what the potential pharmacokinetic
713 12   and dynamic parameters would be for that
713 13   population.
713 14   The important thing about
713 15   population PK and PD modeling -- and I --
713 16   and I'm not an expert in it.  But it's
713 17   certainly what Ihab could -- can explain
713 18   a little bit better, is the need to look
713 19   at what intrinsic factors could
713 20   potentially affect Xarelto's kinetic
713 21   profile.
713 22   And when I say "intrinsic
713 23   factors," I think as we discussed before,
713 24   those are things like renal function or
714  1   age or body weight or things like that.
714  2   You see how those differences in people
714  3   that have different renal function or
714  4   weight or age, how that would affect the
714  5   kinetic profile or the dynamic profile of
714  6   the drug.

714:21 -  718:3 Moore, Kenneth 2016-07-13       4:19

714 21   Q.  I want to ask you some
714 22   questions about the work that you have
714 23   done in terms of analyzing the
714 24   pharmacokinetic and pharmacodynamic data
715  1   from the ROCKET study.
715  2   But before I do that, are
715  3   you a member of any professional
715  4   organizations?

715 5    A.  I'm currently a member of
715 6   the New York Academy of Sciences, and I
715 7   am currently a member of the American
715 8   Heart Association.
715 9    Q.  In your work at Janssen have
715 10   you received any awards or other
715 11   recognition?
715 12    A.  I've received a few awards
715 13   in regards to my work, not only on
715 14   Xarelto, but other compounds that I've
715 15   worked with.
715 16    Q.  You have been asked a number
715 17   of questions today.  And I'd like to
715 18   follow up on a few things.  You were
715 19   asked a series of questions about
715 20   monitoring or measuring Xarelto in a
715 21   pediatric population.
715 22      Do you recall those
715 23   questions?
715 24    A.  Yes.  Specific to the
716 1   congenital heart defect, for the Fontan
716 2   surgery, I remember that afterwards.
716 3    Q.  Could you take a brief look
716 4   or just pull out of your exhibit stack,
716 5   Exhibits 28 through 31.
716 6    A.  Okay.  Yes.
716 7    Q.  Mr. Moore, is it accurate
716 8   that all of these exhibits, Exhibit 28
716 9   through 31, relate to the pediatric study
716 10   that you were describing?
716 11      MR. OVERHOLTZ:  Object to
716 12   form.
716 13      THE WITNESS:  Yes, it
716 14   appears it is.
716 15   BY MR. ZELLERS:
716 16    Q.  Tell the ladies and
716 17   gentlemen of the jury very briefly what
716 18   Exhibits 28 through 31 relate to.
716 19    A.  It appears that Exhibits 28
716 20   through 31 are talking about the design
716 21   and concept of running a trial with
716 22   pediatric patients with congenital heart
716 23   disease or have undergone what's called
716 24   the Fontan procedure.  And, again, I'm
717 1   not a clinician, but it is a medical
717 2   condition that unfortunately some
717 3   children are -- are born with that it
717 4   involves very invasive heart surgery to
717 5   correct the -- the issue.
717 6      In addition to that, from
717 7   what I understand from the -- the surgery
717 8   is that, obviously, because of the
717 9   differences in physiology, they react to
717 10   drugs slightly differently, and it's a
717 11   fairly frail population.
717 12    Q.  Is this a different, unique
717 13   patient population?
717 14    A.  This was a population that
717 15   the FDA had asked us to investigate after
717 16   approval and make it part of the
717 17   pediatric -- the overall pediatric
717 18   development program.  So both -- both
717 19   Bayer and Janssen kind of split up the
717 20   responsibilities for assessing the
717 21   pediatric development, where Bayer had --
717 22   is still conducting their studies.  We
717 23   were left -- Janssen was left
717 24   specifically to look at this population,
718 1   which is again the -- the congenital
718 2   heart defect population after the Fontan
718 3   surgery.

720:20 -   721:15 Moore, Kenneth 2016-07-13      0:55
720 20    Q.  As of March of 2015, you
720 21   took on the position of scientific
720 22   director cardiovascular disease?
720 23    A.  That's correct.
720 24    Q.  Very briefly, what is your
721 1   role or your responsibilities now as

|  | Objections In | Responses In |
|---|---|---|

721 2   scientific director?
721 3   A.   Well, for the last -- since
721 4   taking the position, I still continue on
721 5   conducting studies.  I alluded to the
721 6   fact that we were looking at a study
721 7   right now to assess the pharmacokinetic
721 8   and pharmacodynamic changes when using
721 9   agents like PCCs or TXa to reverse the
721 10   pharmacodynamic of rivaroxaban.  So that
721 11   would be an example of some of the work I
721 12   would do.  So there's -- there's still
721 13   responsibilities for me to design and
721 14   conduct and report on further studies
721 15   with rivaroxaban.

721:16 -   722:11 Moore, Kenneth 2016-07-13                        0:48
721 16        And I also would be part of
721 17   the review and consulting process when we
721 18   have what's called IIS studies or
721 19   investigator-initiated studies come into
721 20   the company.  These types of studies are
721 21   generally coming from key opinion leaders
721 22   or investigators or researchers of any
721 23   sort that have -- may have a good idea to
721 24   assess a drug in a certain manner and
722 1   would look for maybe financial support or
722 2   look for scientific insight or any number
722 3   of things.
722 4        And I would be part of a
722 5   team of other individuals in my
722 6   department that would help look through
722 7   those types of requests and try to make a
722 8   decision whether or not it -- you know,
722 9   the science was correct behind it and
722 10   whether or not the company could
722 11   potentially support it.

726:22 -   726:23 Moore, Kenneth 2016-07-13                        0:11
726 22   Q.   Please take a brief look at
726 23   Deposition Exhibit 51.

726:24 -   728:19 Moore, Kenneth 2016-07-13                        1:58
726 24        You were asked some
727 1   questions about QD versus BID dosing; is
727 2   that right?
727 3   A.   That's correct.
727 4   Q.   What is QD dosing?
727 5   A.   QD dosing is the same as OD
727 6   dosing or once daily.
727 7   Q.   What is BID dosing?
727 8   A.   BID is, again, another
727 9   acronym -- acronym for twice-daily
727 10   dosing.
727 11   Q.   Counsel asked you a number
727 12   of questions about this document.  I will
727 13   not repeat those questions.  But at the
727 14   bottom of your e-mail, the first e-mail
727 15   on deposition -- strike that.
727 16        The e-mail at the top of
727 17   Deposition Exhibit 51, did you reach a
727 18   conclusion?
727 19   A.   Yes.  Towards the end of the
727 20   second paragraph.
727 21   Q.   What conclusion did you
727 22   reach?
727 23   A.   As I stated here. "But
727 24   there is no data to support the claim
728 1   that a BID regimen is safer than a QD
728 2   regimen between these compounds."
728 3   Q.   Can you explain very briefly
728 4   what you mean by that?
728 5   A.   What I mean is that there
728 6   has been no direct head-to-head trials
728 7   conducted to look at apixaban that has a
728 8   BID regimen versus rivaroxaban which has
728 9   a QD regimen.
728 10        Now, apixaban can make any
728 11   claims that they feel proper to do so.
728 12   But without actually ever comparing a BID

| | Objections In | Responses In |
|---|---|---|

```
728 13    regimen to a QD regimen in a
728 14    well-controlled clinical trial,
728 15    everything is just speculative.  And
728 16    that's what I was trying to say.  There's
728 17    no data to support that a BID regimen is
728 18    better than a QD regimen until such a
728 19    trial is actually performed.

728:20 -   731:16 Moore, Kenneth 2016-07-13                3:41
728 20    Q.  Take a look, if you will, at
728 21    Deposition Exhibit 35.  And while you are
728 22    pulling that out, please also take out
728 23    Deposition Exhibit 37.
728 24    A.  Okay.
729  1    Q.  Were you asked back in
729  2    August of 2014 to comment on the language
729  3    that is in -- on the second page of
729  4    Deposition Exhibit 37 in the middle of
729  5    the page under "Routine Blood
729  6    Monitoring," and specifically, "Testing
729  7    for monitoring was performed in early and
729  8    late stage trials"?
729  9    A.  Yes, I was asked to comment
729 10    on that.
729 11    Q.  Who asked you to comment on
729 12    that?
729 13    A.  From this e-mail, it was
729 14    Judy Wagner.
729 15    Q.  What was your general
729 16    assessment as to whether or not you felt
729 17    it was accurate to state, "Testing for
729 18    monitoring was performed in early and
729 19    late stage trials"?
729 20    A.  Yeah, as I pointed out
729 21    previously that I wasn't clear on what
729 22    they meant about testing for monitoring.
729 23    As I pointed out, I'm not even sure how
729 24    you would test for monitoring, so to
730  1    speak.  I was more concerned that we were
730  2    being accurate scientifically in how we
730  3    were explaining what was done to the
730  4    prescribing community about routine blood
730  5    monitoring.
730  6          Now, as I pointed out many
730  7    times in the past, we have consistently
730  8    looked at the data, pharmacokinetic,
730  9    pharmacodynamic, across the entire
730 10    development program, to try to see
730 11    whether or not monitoring would have been
730 12    applicable for this type of drug.
730 13          To date -- and we still are
730 14    looking at this.  But to date, we have
730 15    not been able to correlate any of that PK
730 16    or PD or anything to say that routine
730 17    monitoring would be needed for this type
730 18    of medication.
730 19    Q.  Did you discuss with
730 20    Dr. Burton your issue with the phrase
730 21    "testing for monitoring"?
730 22    A.  I communicated that in
730 23    e-mail form that I was concerned with the
730 24    terminology that was used.
731  1    Q.  What did Dr. Burton
731  2    recommend or say to you?  And to make
731  3    this easier, please take a look at
731  4    Deposition Exhibit 38.
731  5    A.  There is a response from
731  6    Dr. Burton on 8/15/2014, which says,
731  7    "Okay, Todd.  Thanks.  I think it comes
731  8    down to what we have done and how to
731  9    accurately portray that."
731 10    Q.  What did you understand that
731 11    to mean?
731 12    A.  I understood that to tell
731 13    the prescribing community exactly what we
731 14    had done, what the evidence showed.
731 15    Q.  Please take a look at what
731 16    we will mark as Deposition Exhibit 54.
```

| | Objections In | Responses In |
|---|---|---|

**731:21 - 731:24 Moore, Kenneth 2016-07-13**    0:38

731 21  Q.   54 is Janssen Bates Number
731 22  10423941 through 942 with an additional
731 23  attachment, which is Janssen Bates Number
731 24            10423977

**740:8 - 741:17 Moore, Kenneth 2016-07-13**    1:29

740 8  Q.   How do you measure the
740 9  amount of Xarelto that is in a patient's
740 10  body?
740 11  A.   Traditionally, you would do
740 12  it directly.  And you would have a
740 13  specialized assay, a liquid
740 14  chromatography assay, the LCMS-type
740 15  assay, that you would, per, you know,
740 16  nanogram per mL assess what the actual
740 17  concentration of the drug is in the
740 18  plasma.  That would be the traditional
740 19  way of doing that, and that's the way we
740 20  do it for our kinetic studies.
740 21      Alternatively, since that
740 22  assay is very specific and generally run
740 23  at specialized research centers, there is
740 24  maybe ways you can indirectly measure
741 1  that concentration.  And we found, at
741 2  least for Xarelto, there is a relatively
741 3  good correlation, a close to linear
741 4  correlation between prothrombin time and
741 5  concentration.  But also anti-Factor Xa.
741 6  So PT and anti-Factor Xa in my mind would
741 7  be two reasonably good, indirect ways of
741 8  measuring rivaroxaban concentration in
741 9  plasma.
741 10  Q.   Is anti-Factor Xa, is that
741 11  assay available for use in the United
741 12  States?
741 13  A.   It is not available in the
741 14  United States.
741 15  Q.   Is that because the FDA has
741 16  not approved that assay or cleared that
741 17  assay as of this time?

**Re: [740:8-741:17]**
Pltf Obj P's Objection 741:10-742:1- Anti-Xa assays are approved in the US, so confusing testimony to jury.  Also calls for speculation as witness says he really doeesnt know status opf approval.

**Re: [740:8-741:17]**
Def Resp Plaintiffs affirmatively designated testimony on the anti-Factor Xa assay being developed by Stago, see 506:22-507:18, and this is admissible under FRE 106. The testimony clearly indicates that it refers to the anti-Factor Xa assay being developed by Stago, which is not approved for use in the United States. This testimony was designated in the Orr trial without objection. See R. Doc. 6703.

*Overrule any confusion can be dealt for by proper instruction*

**741:20 - 742:1 Moore, Kenneth 2016-07-13**    0:12

741 20      THE WITNESS: I don't know
741 21  the specifics of the filing.  I do
741 22  know we supported Stago in their
741 23  filing of it.  But, yes, as far as
741 24  I know it has not been approved by
742 1  the FDA yet for commercial use.

**Re: [741:20-742:1]**
Pltf Obj P's Objection 741:10-742:1- Anti-Xa assays are approved in the US, so confusing testimony to jury.  Also calls for speculation as witness says he really doeesnt know status opf approval.

**Re: [741:20-742:1]**
Def Resp Plaintiffs affirmatively designated testimony on the anti-Factor Xa assay being developed by Stago, see 506:22-507:18, and this is admissible under FRE 106. The testimony clearly indicates that it refers to the anti-Factor Xa assay being developed by Stago, which is not approved for use in the United States. This testimony was designated in the Orr trial without objection. See R. Doc. 6703.

*Overrule relevant for see testid supra*

**771:4 - 771:20 Moore, Kenneth 2016-07-13**    0:51

771 4  Q.   Mr. Moore, I'm going to try
771 5  to just go through some of this stuff
771 6  quickly so we can get out of here today.
771 7  But I want to ask you a couple questions
771 8  about the documents that counsel for
771 9  Janssen showed you.  Okay?
771 10  A.   Yes.

**Re: [771:4-771:20]**
Def Obj This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

**Re: [771:4-771:20]**
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient

| | Objections In | Responses In |
|---|---|---|

771 11   Q.   First one I want to ask you
771 12      about is Exhibit 56, and that was the
771 13      ClinPharm Core, 2 September 2011,
771 14      PowerPoint that he showed you.
771 15      A.   Okay.
771 16      Q.   And he particularly directed
771 17      you to one of the slides that was
771 18      contained in that PowerPoint.  That was,
771 19      I think, CP-027.
771 20      A.   Yes.

safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

773:2 -   773:8  Moore, Kenneth 2016-07-13    0:11
773  2      Q.   Okay.  Now, the principal
773  3      safety endpoint event for ROCKET was
773  4      what?
773  5      A.   I think it was bleeding.
773  6      Q.   Was it major bleeds?
773  7      A.   I would have to go back to
773  8      confirm what that was.

**Re: [773:2-773:8]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

**Re: [773:2-773:8]**
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

773:21 -   774:2  Moore, Kenneth 2016-07-13    0:26
773 21      Q.   Okay.  Now -- so of the over
773 22      14,000 people in the ROCKET study, there
773 23      were only 200 -- I'm sorry -- 314 out of
773 24      over 14,000 people that actually had
774  1      measurements taken at peak for their PT;
774  2      is that correct?

**Re: [773:21-774:2]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE

**Re: [773:21-774:2]**
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market

| Objections In | Responses In |
|---|---|
| 401 and 403. | as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events. |

*overruled*

**774:5  -   774:14 Moore, Kenneth 2016-07-13**

| | 0:30 | |
|---|---|---|

| | | |
|---|---|---|
| 774   5          THE WITNESS:  I can state or | Re: [774:5-774:14] | Re: [774:5-774:14] |
| 774   6      agree that 252 plus 62 of those PT | **Def Obj** This testimony relates to data from | Pltf Resp Data pertaining to studies |
| 774   7      values in total, yes. | the ROCKET trial for the AFib indication. It will | conducted in support of other Xarelto |
| 774   8      BY MR. OVERHOLTZ: | create a sideshow on issues related to a | indications is hugely relevant to |
| 774   9      Q.   Okay.  And one of the | different study and indication, waste time, | Defendants' conduct and handling of |
| 774  10      criticisms that the FDA had of the | confuse the issues, and mislead the jury. FRE | studies in the context of getting to market |
| 774  11      analysis was that most of the people did | 401 and 403. | as well as handling matters of patient |
| 774  12      not get their sample for their PT taken | | safety. The Court routinely denied |
| 774  13      until sometime between 12 and 24 hours, | | Defendants' 401/403 objections to |
| 774  14      correctly? | | Plaintiff's designation of testimony |
| | | pertaining to the ACS indication--which the |
| | | FDA has not approved for Xarelto in the |
| | | US.  See Court's ruling in Orr on Moore |
| | | designations at 28:23-31:17.  This |
| | | testimony pertains to the basic |
| | | pharmacology of the drug relevant across |
| | | indications--hardly the side show, such a |
| | | topic is among the main events. |

**774:17 -   774:19 Moore, Kenneth 2016-07-13**

| | 0:02 | |
|---|---|---|

| | | |
|---|---|---|
| 774  17          THE WITNESS:  That was a | Re: [774:17-774:19] | Re: [774:17-774:19] |
| 774  18      topic that was brought up in | **Def Obj** This testimony relates to data from | Pltf Resp Data pertaining to studies |
| 774  19      their -- in their review. | the ROCKET trial for the AFib indication. It will | conducted in support of other Xarelto |

| Objections In | Responses In |
|---|---|
| create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403. | indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events. |

777:15 -   777:22  Moore, Kenneth 2016-07-13     0:17

777 15     Q.   Okay.  So most of the data,
777 16     you would agree, for PT measurements in
777 17     the sparse sampling across the ROCKET
777 18     population came from doses that were not
777 19     peak and were in this defined post dose
777 20     period; is that right?
777 21     A.   Based on what's represented
777 22     here, yes.

**Re: [777:15-777:22]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

Re: [777:15-777:22]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

777:23 -   778:1   Moore, Kenneth 2016-07-13     0:06

777 23     Q.   Okay.  Now, one of the
777 24     fundamental -- this analysis is basically
778  1     fundamentally flawed, right?

**Re: [777:23-778:1]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will

Re: [777:23-778:1]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto

| | Objections In | Responses In |
|---|---|---|
| | create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403. | indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events. |

*overruled*

| 778:4 - 778:4 Moore, Kenneth 2016-07-13 | 0:00 | | |
|---|---|---|---|
| 778  4           THE WITNESS: I disagree. | | Re: [778:4-778:4] **Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403. | Re: [778:4-778:4] **Pltf Resp** Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events. |

| 778:6 - 778:7 Moore, Kenneth 2016-07-13 | 0:03 | | |
|---|---|---|---|
| 778  6           Q.   The FDA did not accept this<br>778  7           analysis, correct? | | Re: [778:6-778:7] **Def Obj** This testimony relates to data from | Re: [778:6-778:7] Pltf Resp Data pertaining to studies |

| Objections In | Responses In |
|---|---|
| the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403. | conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events. |

*[handwritten: overruled]*

**778:10 -   778:20 Moore, Kenneth 2016-07-13**

0:20

| | |
|---|---|
| 778 10 | THE WITNESS: The FDA |
| 778 11 | performed their own analysis. |
| 778 12 | BY MR. OVERHOLTZ: |
| 778 13 | Q.  Okay.  And the fundamental |
| 778 14 | flaw with this analysis is that it is |
| 778 15 | looking -- it's trying to compare |
| 778 16 | peoples' PT of those who didn't bleed |
| 778 17 | versus those who bled, as opposed to |
| 778 18 | analyzing those people that actually had |
| 778 19 | bleeding events.  Do you agree with that |
| 778 20 | or disagree? |

| | |
|---|---|
| **Re: [778:10-778:20]** | **Re: [778:10-778:20]** |
| **Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403. | **Pltf Resp** Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events. |

**778:23 -   778:24 Moore, Kenneth 2016-07-13**

0:01

| | |
|---|---|
| 778 23 | THE WITNESS: Would you mind |
| 778 24 | rephrasing the question, please? |

| | |
|---|---|
| **Re: [778:23-778:24]** | **Re: [778:23-778:24]** |
| **Def Obj** This testimony relates to data from | **Pltf Resp** Data pertaining to studies |

| | Objections In | Responses In |
|---|---|---|
| | the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403. | conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events. |

*overruled*

**779:2 - 779:6 Moore, Kenneth 2016-07-13**   0:16

| 779 | 2 | Q.  Yeah.  The fundamental flaw |
|---|---|---|
| 779 | 3 | is this attempt to determine correlation |
| 779 | 4 | between PT and bleeding risk by comparing |
| 779 | 5 | PT measurements of people that didn't |
| 779 | 6 | bleed and people that bleed. |

| Re: [779:2-779:6] | Re: [779:2-779:6] |
|---|---|
| **Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403. | Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events. |

**779:9 - 779:22 Moore, Kenneth 2016-07-13**   0:30

| 779 | 9 | BY MR. OVERHOLTZ: |
|---|---|---|
| 779 | 10 | Q.  Do you agree or disagree |
| 779 | 11 | with that? |
| 779 | 12 | A.  I disagree that is a flaw, |
| 779 | 13 | but that is the way it is done. |
| 779 | 14 | Q.  Okay.  Because, as you have |
| 779 | 15 | said in some of documents that we've |
| 779 | 16 | seen, that in order for there to bleed, |
| 779 | 17 | you need some type of an event, right? |
| 779 | 18 | A.  Some sort of physiological |
| 779 | 19 | event that would lead to bleeding. |
| 779 | 20 | Q.  Okay.  Because you can have |
| 779 | 21 | a high PT and not bleed? |
| 779 | 22 | A.  As far as I know, yes. |

| Re: [779:9-779:22] | Re: [779:9-779:22] |
|---|---|
| **Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403. | Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This |

| | Objections In | Responses In |
|---|---|---|

testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

*overruled*
*see supra*

**784:3 - 784:4  Moore, Kenneth 2016-07-13**     0:03
784  3      Q.  What about Russian roulette?
784  4      Are you familiar with that?

**Re: [784:3-784:4]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

Re: [784:3-784:4]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

**784:7 - 784:8  Moore, Kenneth 2016-07-13**     0:01
784  7      THE WITNESS:  Vaguely, but I
784  8      would ask you to explain it to me.

**Re: [784:7-784:8]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

Re: [784:7-784:8]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

**784:10 - 784:15  Moore, Kenneth 2016-07-13**     0:18
784  10      Q.  You know, Russian roulette,
784  11      you load the gun, it has six chambers,
784  12      and you put one bullet in it.  Now, a
784  13      person playing Russian roulette has
784  14      increased their risk of shooting

**Re: [784:10-784:15]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time,

Re: [784:10-784:15]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of

| | Objections In | Responses In |
|---|---|---|

784 15  themselves.  Wouldn't you agree?

**Objections In:** confuse the issues, and mislead the jury. FRE 401 and 403.

**Responses In:** studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

*overruled*

784:18 -   784:21 Moore, Kenneth 2016-07-13          0:07
784 18          THE WITNESS:  So if it's a
784 19          chamber of one and six, they have
784 20          a one in six chance of shooting
784 21          themselves.

**Re: [784:18-784:21]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

**Re: [784:18-784:21]**
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

784:23 -   785:9 Moore, Kenneth 2016-07-13          0:24
784 23          Q.   Okay.  And so every time
784 24          they pull that trigger, they increase
785 1            their risk of shooting themselves.  Would
785 2            you agree?
785 3            A.   I -- is it an increase or
785 4            how is the game played?
785 5            Q.   Compared to not -- compared
785 6            to not pulling the trigger, if someone is
785 7            playing Russian roulette, every time they
785 8            pull that trigger, they increase the risk
785 9            of shooting themselves, right?

**Re: [784:23-785:9]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

**Re: [784:23-785:9]**
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the

| | Objections In | Responses In |
|---|---|---|

FDA has not approved for Xarelto in the US. See Court's ruling in Orr on Moore designations at 28:23-31:17. This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

---

**785:12 -   785:14 Moore, Kenneth 2016-07-13**          0:03

785 12      THE WITNESS: Again, I'm not
785 13      an expert in Russian roulette, but
785 14      the logic seems to be there.

**Re: [785:12-785:14]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

Re: [785:12-785:14]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US. See Court's ruling in Orr on Moore designations at 28:23-31:17. This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

---

**785:16 -   785:20 Moore, Kenneth 2016-07-13**          0:09

785 16      Q.  They can pull the trigger
785 17      five times and not shoot themselves, but
785 18      that doesn't mean that they haven't
785 19      increased their risk of getting shot,
785 20      does it?

**Re: [785:16-785:20]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

Re: [785:16-785:20]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US. See Court's ruling in Orr on Moore designations at 28:23-31:17. This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

---

**785:23 -   786:13 Moore, Kenneth 2016-07-13**          0:37

785 23      THE WITNESS: It seems if
785 24      you have a revolver with six

**Re: [785:23-786:13]**
**Def Obj** This testimony relates to data from

Re: [785:23-786:13]
Pltf Resp Data pertaining to studies

| | | Objections In | Responses In |
|---|---|---|---|

786  1   chambers and you pull the trigger
786  2   five times without releasing the
786  3   bullet, yes, you would say that
786  4   they safely got through the five
786  5   times, but it doesn't -- it
786  6   doesn't diminish the risk that
786  7   they took.
786  8   BY MR. OVERHOLTZ:
786  9   Q.   So sending patients out in
786 10   the world with PTs equal to 100, over
786 11   100, and 75, and 50, that's basically
786 12   sending them out to play Russian
786 13   roulette, isn't it?

the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US. See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

**786:19 - 786:19  Moore, Kenneth 2016-07-13**            0:04
786 19   A.   I would disagree.

Re: [786:19-786:19]
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

Re: [786:19-786:19]
**Pltf Resp** Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

**786:20 - 787:3  Moore, Kenneth 2016-07-13**            0:30
786 20   Q.   And speaking of that, in the
786 21   12 hours post dose, when you sample
786 22   patients, over 7,000 patients that got
786 23   those samples taken post dose, you had
786 24   PTs that ranged from somewhere down
787  1   around -- a little above zero all the way
787  2   to nearly 125. That's a pretty big
787  3   variability in PT, isn't it?

Re: [786:20-787:3]
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

Re: [786:20-787:3]
**Pltf Resp** Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied

| | Objections In | Responses In |
|---|---|---|
| | | Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events. |

*Overruled* (handwritten)

**787:6  -  787:11** Moore, Kenneth 2016-07-13                    0:07

| 787 | 6 | THE WITNESS:  It is a |
| 787 | 7 | variability in PT.  The |
| 787 | 8 | significance of that, I can't tell |
| 787 | 9 | you. |
| 787 | 10 | BY MR. OVERHOLT2: |
| 787 | 11 | Q.   It's huge, isn't it? |

Re: [787:6-787:11]
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

Re: [787:6-787:11]
**Pltf Resp** Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

**787:14  -  787:18** Moore, Kenneth 2016-07-13                    0:06

| 787 | 14 | THE WITNESS:  I would ask |
| 787 | 15 | you to define what "huge" is in |
| 787 | 16 | this context. |
| 787 | 17 | BY MR. OVERHOLT2: |
| 787 | 18 | Q.   It's giant. |

Re: [787:14-787:18]
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

Re: [787:14-787:18]
**Pltf Resp** Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

08/04/17 13:31

| | Objections In | Responses In |
|---|---|---|

787:21 - 788:1 Moore, Kenneth 2016-07-13     0:05

787 21      THE WITNESS: Again, things
787 22      like "huge" and "giant" aren't
787 23      typically scientific terms we use.
787 24      BY MR. OVERHOLTZ:
788 1      Q.  It's deadly, isn't it?

**Re: [787:21-788:1]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

Re: [787:21-788:1]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such topic is among the main events.

_Overruled_

788:4 - 788:11 Moore, Kenneth 2016-07-13     0:14

788 4      THE WITNESS: Again, the
788 5      term "deadly" doesn't apply within
788 6      this context.
788 7      BY MR. OVERHOLTZ:
788 8      Q.  It's a callous disregard for
788 9      the safety of patients given -- callus
788 10      disregard for the patients given Xarelto,
788 11      isn't it?

**Re: [788:4-788:11]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

Re: [788:4-788:11]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

788:14 - 788:17 Moore, Kenneth 2016-07-13     0:04

788 14      THE WITNESS: Again, I would
788 15      disagree.
788 16      BY MR. OVERHOLTZ:
788 17      Q.  Completely negligent, right?.

**Re: [788:14-788:17]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a

Re: [788:14-788:17]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to

| | Objections In | Responses In |
|---|---|---|
| | different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403. | Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US. See Court's ruling in Orr on Moore designations at 28:23-31:17. This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events. |

*Overruled*

**788:20 -   788:21 Moore, Kenneth 2016-07-13**
    788  20            THE WITNESS: I would
    788  21            disagree.

**0:00**

**Re: [788:20-788:21]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

**Re: [788:20-788:21]**
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US. See Court's ruling in Orr on Moore designations at 28:23-31:17. This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

**788:23 -   789:4 Moore, Kenneth 2016-07-13**
    788  23          Q.   Let's look at the trough PT
    788  24     values. The trough PT values range from
    789   1     somewhere around between zero and 25 all
    789   2     the way to nearly 100 trough PT values
    789   3     for some of the patients. That's a huge
    789   4     variability in trough PT, isn't it?

**0:19**

**Re: [788:23-789:4]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE

**Re: [788:23-789:4]**
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market

| | Objections In | Responses In |
|---|---|---|
| | 401 and 403. | as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events. |

*overruled*

**789:7 - 789:17 Moore, Kenneth 2016-07-13**   0:22

| 789 7 | THE WITNESS:  Not |
| 789 8 | necessarily. |
| 789 9 | BY MR. OVERHOLTZ: |
| 789 10 | Q.   When you saw that, did you |
| 789 11 | jump up in front of the people at the |
| 789 12 | meeting and say, "Wait, we have to stop. |
| 789 13 | We do not have low variability between |
| 789 14 | patients with this drug.  We have some |
| 789 15 | patients that are having ridiculously |
| 789 16 | high PTs at trough taking our medication |
| 789 17 | when we sampled them"? |

Re: [789:7-789:17]
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

Re: [789:7-789:17]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

**789:20 - 790:14 Moore, Kenneth 2016-07-13**   0:47

| 789 20 | THE WITNESS:  I disagree. |
| 789 21 | And that's because what this is |
| 789 22 | represented here, as you nicely |
| 789 23 | pointed out as far as the time of |
| 789 24 | post dose and trough and peak, is |
| 790 1 | all based when the patient took |
| 790 2 | their last dose of drug, correct? |
| 790 3 | So the trough values here |
| 790 4 | represent all the subjects that we |
| 790 5 | have data on that the sample was |
| 790 6 | taken near the trough time point. |
| 790 7 | Now, what it doesn't say is |
| 790 8 | if all those subjects took their |
| 790 9 | dose with the evening meal at the |
| 790 10 | exact same time the day prior. |
| 790 11 | BY MR. OVERHOLTZ: |
| 790 12 | Q.   In fact, of the over 14,000 |
| 790 13 | patients in the study, you only had |
| 790 14 | sample data from 3,300, right? |

Re: [789:20-790:14]
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

Re: [789:20-790:14]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

| | Objections In | Responses In |
|---|---|---|

**790:17 - 790:24 Moore, Kenneth 2016-07-13**  0:16

```
790  17          THE WITNESS: 3,300 in
790  18      regards to?
790  19   BY MR. OVERHOLTZ:
790  20   Q.   The trough measurement?
790  21   A.   Whatever is the addition of
790  22      811 and 2,574.
790  23   Q.   This sparse PD sampling
790  24      program just wasn't very good, was it?
```

Re: [790:17-790:24]
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

Re: [790:17-790:24]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US. See Court's ruling in Orr on Moore designations at 28:23-31:17. This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

**791:3 - 791:8 Moore, Kenneth 2016-07-13**  0:09

```
791  3           THE WITNESS: I disagree. I
791  4       think it was, again, appropriate
791  5       for the study and the design.
791  6   BY MR. OVERHOLTZ:
791  7   Q.  It was not up to what the
791  8       protocol called for, was it?
```

Re: [791:3-791:8]
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

Re: [791:3-791:8]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US. See Court's ruling in Orr on Moore designations at 28:23-31:17. This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

**791:11 - 791:21 Moore, Kenneth 2016-07-13**  0:15

```
791  11          THE WITNESS: Again, I can't
791  12      speak to the way the protocol was
791  13      designed or the conduct of the
791  14      study.  From the data that we
791  15      received, it seemed this was an
791  16      appropriate way to look at the
791  17      data.
791  18   BY MR. OVERHOLTZ:
```

Re: [791:11-791:21]
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

Re: [791:11-791:21]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied

08/04/17 13:31

| | Objections In | Responses In |
|---|---|---|
| 791 19   Q.   You guys amended the<br>791 20   protocol to call for a pre-dose sample,<br>791 21   right? | | Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events. |

791:24 -   792:7   Moore, Kenneth 2016-07-13                                                                0:13

| 791 24   THE WITNESS: That was<br>792 1   before my time on the study.<br>792 2   BY MR. OVERHOLTZ:<br>792 3   Q.   But you understood that was<br>792 4   the case, right?<br>792 5   A.   I would have to go back and<br>792 6   take a look at the amendment to confirm<br>792 7   what you said is accurate or not. | Re: [791:24-792:7]<br>**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403. | Re: [791:24-792:7]<br>Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events. |

793:16 -   794:6   Moore, Kenneth 2016-07-13                                                                0:32

| 793 16   Q.   Now, the other thing that<br>793 17   this analysis didn't do was take the<br>793 18   people that had bleeding events and break<br>793 19   them up by PT quartiles, right?<br>793 20   A.   We did not do a quartile<br>793 21   analysis.<br>793 22   Q.   Or a terciles analysis,<br>793 23   right?<br>793 24   A.   Or a terciles analysis.<br>794 1   Q.   Okay.  That's what you did<br>794 2   for some of your other studies, right?<br>794 3   A.   I personally did not do any<br>794 4   of those.<br>794 5   Q.   For ROCKET, the company<br>794 6   didn't do that type of analysis, right? | Re: [793:16-794:6]<br>**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403. | Re: [793:16-794:6]<br>Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic |

| | Objections In | Responses In |
|---|---|---|
| | | pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events. |

**794:9 - 794:15 Moore, Kenneth 2016-07-13**   0:10

| 794 | 9 | THE WITNESS:  We did not do |
| 794 | 10 | a quartile analysis.  These were |
| 794 | 11 | the types of analysis we did. |
| 794 | 12 | BY MR. OVERHOLTZ: |
| 794 | 13 | Q.  And sometimes when you don't |
| 794 | 14 | want to know the answer to something, you |
| 794 | 15 | just don't ask the question, right? |

**Re: [794:9-794:15]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

**Re: [794:9-794:15]**
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

**794:18 - 794:22 Moore, Kenneth 2016-07-13**   0:07

| 794 | 18 | THE WITNESS:  No, that's |
| 794 | 19 | incorrect.  I think the team, when |
| 794 | 20 | looking at the data, felt that |
| 794 | 21 | this was an appropriate way to |
| 794 | 22 | explain what we saw. |

**Re: [794:18-794:22]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

**Re: [794:18-794:22]**
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

**800:24 - 801:1 Moore, Kenneth 2016-07-13**   0:25

| 800 | 24 | Q.  Let me show you what we'll |
| 801 | 1 | mark as Exhibit Number 57. |

**Re: [800:24-801:1]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time,

**Re: [800:24-801:1]**
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of

**801:7 - 801:8 Moore, Kenneth 2016-07-13**   0:06

| 801 | 7 | This is Record Number |

| | | | Objections In | Responses In |
|---|---|---|---|---|

801  8      1085822.  It's got a Bayer Bates stamp of

confuse the issues, and mislead the jury. FRE 401 and 403.

studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

---

**801:9  -  801:14** Moore, Kenneth 2016-07-13        0:15

801  9      01306152, and you are it's the Center for
801  10     Drug Evaluation Research Clinical
801  11     Pharmacology and Biopharmaceutics Review.
801  12     If you look on the next page.  It's
801  13     regarding Xarelto.
801  14     A.  Okay.

Re: [801:9-801:14]
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

Re: [801:9-801:14]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

---

**801:15  -  801:22** Moore, Kenneth 2016-07-13        0:26

801  15     Q.  And if you look with me on
801  16     that third page -- the second -- I guess
801  17     the second real page of the review.  The
801  18     indication is, "Reduce the risk of stroke
801  19     and systemic embolism in patients with
801  20     nonvalvular atrial fibrillation."
801  21          That is the Afib, correct?
801  22     A.  That is correct.

---

**804:10  -  804:15** Moore, Kenneth 2016-07-13        0:11

804  10     Q.  Okay.  Now, if we can turn
804  11     over to the next page.  There's a
804  12     section called 2.4, "Exposure
804  13     Pharmacodynamic Outcome Relationships."
804  14          Do you see that?
804  15     A.  I do, yes.

---

**805:14  -  806:5** Moore, Kenneth 2016-07-13        0:39

805  14     Q.  Okay.  Now, if we look at
805  15     third bullet point in this "Exposure
805  16     Pharmacodynamic Outcome Relationships"
805  17     section.  It says, "Major bleeding events
805  18     increased with an increase in PT,
805  19     measured mostly during 12 to 24 hours
805  20     post rivaroxaban dose over the observed
805  21     range."
805  22          Do you see that?
805  23     A.  I do, yes.
805  24     Q.  Okay.  So the FDA in their
806  1      analysis believed that major bleeding
806  2      events increased with increase in PT,
806  3      correct?
806  4      A.  That is what they state,
806  5      yes.

---

**806:12  -  807:1** Moore, Kenneth 2016-07-13        0:34

806  12     Q.  Okay.  It says, "The dose
806  13     selection in ROCKET-AF was based on
806  14     results from two DVT studies.  And the
806  15     sponsor concluded that 20 milligrams
806  16     once-daily dose has desired safety and
806  17     efficacy profile for studies supporting
806  18     the SPAF indication.  However, the
806  19     difference between the once-daily and
806  20     twice-daily regimens for the same total
806  21     daily dose was not studied within a
806  22     single study, and the cross-study

| | Objections In | Responses In |
|---|---|---|

806 23    comparisons were inconclusive."
806 24        Do you see that?
807  1    A.  I do see that, yes.

815:1  -  818:5  Moore, Kenneth 2016-07-13        2:51

815  1    Q.  Okay.  Now, if you can look
815  2    with me over to Section 3.3 on Page 12.
815  3    It says, "What are the characteristics of
815  4    the PD outcome relationship for safety?"
815  5        Do you see that?
815  6    A.  Yes.
815  7    Q.  It says, "The probability
815  8    for major bleeding event, the primary
815  9    safety endpoint" -- so that tells us that
815 10    the primary safety endpoint that
815 11    Exhibit 55 that we looked at before was
815 12    looking at was major bleeding event,
815 13    correct?
815 14    A.  Major bleeding event as the
815 15    primary safety endpoint, yes.
815 16    Q.  It says, "The probability
815 17    for major bleeding event, the primary
815 18    safety endpoint as defined as clinically
815 19    overt bleeding" -- and it gives the
815 20    information regarding the units of packed
815 21    red blood cells or whole blood or
815 22    bleeding at critical sites or fatal
815 23    outcome -- "increased with an increase in
815 24    pre-dose PT as shown in Figure 4."
816  1        Do you see that?
816  2    A.  That's what it states.
816  3    Q.  And so if we look at Figure
816  4    4, there are two curves shown that looks
816  5    at both the percentage of major bleed
816  6    compared to prothrombin time on the left
816  7    using the logistic regression analysis,
816  8    right?
816  9    A.  Yes.
816 10    Q.  Okay.  And if we can look at
816 11    the one on the left for a second.  Okay.
816 12    And what that demonstrates is that as the
816 13    PT increases, according to their analysis
816 14    based on pre-dose PT, that there is a --
816 15    the percentage of patients with a major
816 16    bleed increases; is that correct?
816 17    A.  I'm looking at (a), logistic
816 18    regression figure.
816 19    Q.  Correct.
816 20    A.  And as I see based on the
816 21    quartile, division of -- I guess division
816 22    of prothrombin time with percent
816 23    bleeding, your question is whether or not
816 24    as you get to the last quartile your
817  1    percent with major bleeding increases?
817  2    Q.  Correct.
817  3    A.  I would say that's what the
817  4    figure shows.
817  5    Q.  Okay.  And that's what the
817  6    FDA says in their description.  "Major
817  7    bleeding event increased with an increase
817  8    in pre-dose PT over the observed range
817  9    per protocol on-treatment analysis set.
817 10    Probability of major bleeding with a
817 11    pre-dose PT with rivaroxaban shown in (a)
817 12    logistic regression model EMAX, and (b)
817 13    Cox regression model with a plot
817 14    indicating probability of an event within
817 15    one year.
817 16        "The PT measurements made
817 17    either at Week 12 or Week 24, whichever
817 18    was closer to the reported major bleeding
817 19    event was used for the analysis.  The
817 20    majority of the PT measurements were made
817 21    during the 12 to 24 hours after the
817 22    previous dose and is referred to as the
817 23    pre-dose PT."
817 24        Do you see that?
818  1    A.  Yes, I do.
818  2    Q.  Okay.  And the analysis on

**Re: [815:1-818:5]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

Re: [815:1-818:5]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

Overruled

| | Objections In | Responses In |
|---|---|---|

818  3          the right is the Cox regression analysis,
818  4          Analysis B, correct?
818  5          A.   That's what it states.

**818:6  -  818:14 Moore, Kenneth 2016-07-13**                     0:16

818  6          Q.   Okay.  And it shows
818  7          prothrombin time as a range of 10 to 36
818  8          across the bottom and a probability of
818  9          major bleed within one year.
818  10               Do you see that?
818  11         A.   That's what the axis says.
818  12         Q.   Okay.  And that curve also
818  13         shows an increase in probability of major
818  14         bleed as PT increases, correct?

Re: [818:6-818:14]
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

Re: [818:6-818:14]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

**818:17  -  818:22 Moore, Kenneth 2016-07-13**                   0:06

818  17              THE WITNESS:  Are you asking
818  18         me to interpret the graph itself?
818  19         BY MR. OVERHOLTZ:
818  20         Q.   I'm just saying does that
818  21         curve show an increase in probability as
818  22         PT increases?

Re: [818:17-818:22]
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

Re: [818:17-818:22]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

**819:2  -  819:3 Moore, Kenneth 2016-07-13**                     0:03

819  2          Q.   Based on this analysis by
819  3          the FDA?

Re: [819:2-819:3]
**Def Obj** This testimony relates to data from

Re: [819:2-819:3]
Pltf Resp Data pertaining to studies

| | Objections In | Responses In |
|---|---|---|
| | the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403. | conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US. See Court's ruling in Orr on Moore designations at 28:23-31:17. This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events. |

**819:6 - 819:8   Moore, Kenneth 2016-07-13**   0:15

| 819 | 6 | THE WITNESS: If reading the |
| 819 | 7 | curve, I would say that the trend |
| 819 | 8 | line is -- is curving upwards. |

| | Re: [819:6-819:8] | Re: [819:6-819:8] |
|---|---|---|
| | **Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403. | Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US. See Court's ruling in Orr on Moore designations at 28:23-31:17. This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events. |

**819:21 - 820:1   Moore, Kenneth 2016-07-13**   0:06

| 819 | 21 | Q.   4.1.4.4. "Prothrombin Time, |
| 819 | 22 | Major Bleeding Relationship For |
| 819 | 23 | Rivaroxaban." |
| 819 | 24 | Do you see that? |
| 820 | 1 | A.   I do see that, yes. |

| | Re: [819:21-820:1] | Re: [819:21-820:1] |
|---|---|---|
| | **Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, | Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of |

| | Objections In | Responses In |
|---|---|---|
| | confuse the issues, and mislead the jury. FRE 401 and 403. | studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US. See Court's ruling in Orr on Moore designations at 28:23-31:17. This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events. |

**820:16 -   820:17 Moore, Kenneth 2016-07-13**          0:15

820  16     Q.   Let's look at Table 5, if we
820  17     can for a minute.  If we look at Table 5,

**Re: [820:16-820:17]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

**Re: [820:16-820:17]**
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US. See Court's ruling in Orr on Moore designations at 28:23-31:17. This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

**820:18 -   821:19 Moore, Kenneth 2016-07-13**          0:50

820  18     we see that the incidence and event rate
820  19     for first major bleeding adjudicated by
820  20     CEC while on treatment.
820  21          Do you see that?
820  22     A.   I do, yes.
820  23     Q.   And what the FDA has done
820  24     here is broken up PT into quartiles,
821   1     right? There's four of them.
821   2     A.   Yes.  There are four of
821   3     them, yes.
821   4     Q.   One is less than 14.  Then
821   5     you've got 14 to 16, 16 to 19.8, and then
821   6     greater than 19.8, right?
821   7     A.   So you didn't say them
821   8     precisely, but, yes, in general.
821   9     Q.   14.2 to 16.6, 16.6 to 19.8,
821  10     right?
821  11     A.   Yes.
821  12     Q.   Okay.  And then what it
821  13     shows is it calculates the incidence, the
821  14     percentage, right?
821  15     A.   Mm-hmm.
821  16     Q.   Okay.  And what we see as
821  17     the quartiles increase, the percent of
821  18     patients, the incidence with major
821  19     bleeds, increases, correct?

**Re: [820:18-821:19]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

**Re: [820:18-821:19]**
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US. See Court's ruling in Orr on Moore designations at 28:23-31:17. This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

|  | Objections In | Responses In |
|---|---|---|

**821:22 - 822:12 Moore, Kenneth 2016-07-13**                    0:36

```
821 22        THE WITNESS:  Again, based
821 23    on the simulation, yes.
821 24    BY MR. OVERHOLTZ:
822  1    Q.   The patients in the highest
822  2    quartile of PT above 20 have a
822  3    7.14 percent incidence of major bleeds
822  4    compared to only 3.12 for those with a PT
822  5    less than 14.2.
822  6        Do you see that?  7.14
822  7    compared to the first quartile of 3.12.
822  8    A.   Oh, yes.  Sorry.
822  9    Q.   So over twice as many major
822 10    bleeds in the fourth quartile group
822 11    compared to the first quartile group,
822 12    correct?
```

**Re: [821:22-822:12]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

**Re: [821:22-822:12]**
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

**822:15 - 823:22 Moore, Kenneth 2016-07-13**                    0:58

```
822 15        THE WITNESS:  Even though it
822 16    says "Quartile 3."  I assume
822 17    that's a typo on their behalf.
822 18    BY MR. OVERHOLTZ:
822 19    Q.   I assume it's a typo.  It's
822 20    clearly the fourth quartile of PT.
822 21    A.   Sure.
822 22    Q.   Okay.  And then if we look
822 23    at event rate, they calculate event rate
822 24    per 100 percent, don't they?
823  1    A.   They simulate that, yes.
823  2    Q.   Okay.  And we can see there
823  3    that if we look at the event rate of the
823  4    fourth quartile, people with a PT
823  5    measurement pre-dose of greater than
823  6    19.8, their number is 4.29.  If we
823  7    compare that to the event rate per
823  8    100 years for the first quartile of 1.88,
823  9    also greater than two times increase on
823 10    event rate.
823 11        Do you see that?
823 12    A.   I do see that, yes.
823 13    Q.   Okay.  Now, it looks like
823 14    the FDA went further and actually looked
823 15    at the difference between the U.S. and
823 16    other countries.
823 17        Do you see that?
823 18    A.   In Table 6?
823 19    Q.   Yes.
823 20    A.   I see the columns' names
823 21    that say U.S. with an N and other
823 22    countries with an N.
```

**Re: [822:15-823:22]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

**Re: [822:15-823:22]**
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

**823:23 - 824:7 Moore, Kenneth 2016-07-13**                    0:15

```
823 23    Q.   Okay.  It says, "Increasing
823 24    bleeding rate was observed in U.S.
824  1    compared to the rest of the world for
824  2    rivaroxaban."
824  3        Do you see that?
824  4    A.   I do, yes.
824  5    Q.   Now, that information is not
824  6    contained in the product labeling in the
```

**Re: [823:23-824:7]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

**Re: [823:23-824:7]**
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied

08/04/17 13:31

| | | | Objections In | Responses In |
|---|---|---|---|---|

824  7        United States, is it?

Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

---

**824:10 -  824:16 Moore, Kenneth 2016-07-13**  0:10

824 10          THE WITNESS: This event
824 11        rate, the simulator event -- event
824 12        rate estimated by the FDA?
824 13      BY MR. OVERHOLTZ:
824 14      Q.  No, not simulated.  This is
824 15      from the PK/PD subset.
824 16      A.  What --

**Re: [824:10-824:16]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

**Re: [824:10-824:16]**
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

---

**824:19 -  825:10 Moore, Kenneth 2016-07-13**  0:24

824 19          THE WITNESS: I'm sorry.
824 20        Can you point to the column or
824 21        the --
824 22      BY MR. OVERHOLTZ:
824 23      Q.  The sentence that says, "An
824 24      increasing bleeding rate was observed in
825  1      U.S. compared to the rest of the world
825  2      for rivaroxaban."
825  3      A.  That's what the sentence
825  4      says.
825  5      Q.  Yes.  I'm asking, does that
825  6      information, that there was an observed
825  7      increased bleeding rate in the U.S. based
825  8      on the sparse PD sampling in the ROCKET
825  9      study, that information is not in the
825 10      U.S. label for Xarelto, is it?

**Re: [824:19-825:10]**
**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

**Re: [824:19-825:10]**
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across

| | Objections In | Responses In |
|---|---|---|
| | | indications--hardly the side show, such a topic is among the main events. |

**825:13 - 825:17 Moore, Kenneth 2016-07-13**   0:07

```
825 13        THE WITNESS: I can't say
825 14    whether it is or not.  That would
825 15    be a clinical question.  It's not
825 16    an area in the label that I'm
825 17    familiar with.
```

Re: [825:13-825:17]

**Def Obj** This testimony relates to data from the ROCKET trial for the AFib indication. It will create a sideshow on issues related to a different study and indication, waste time, confuse the issues, and mislead the jury. FRE 401 and 403.

Re: [825:13-825:17]

**Pltf Resp** Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to studies for which the FDA has not approved for Xarelto in the US.  See Court's ruling in Orr on Moore designations at 28:23-31:17.  This testimony pertains to the basic pharmacology of the drug relevant across indications--hardly the side show, such a topic is among the main events.

**825:19 - 826:7 Moore, Kenneth 2016-07-13**   0:27

```
825 19    Q.  Okay.  As the clinical
825 20    pharmacology lead for Xarelto back in
825 21    2011 when this document was produced by
825 22    the FDA, do you think it was important
825 23    that you knew what was in the label with
825 24    respect to PD outcome relationships?
826  1        MR. ZELLERS:  Object to
826  2    form.
826  3        THE WITNESS:  I believe that
826  4    we worked with the FDA to develop
826  5    the label, so the FDA was again
826  6    happy with the information that we
826  7    put within the label, yeah.
```

**826:21 - 827:18 Moore, Kenneth 2016-07-13**   0:45

```
826 21    Q.  Okay.  So if we look at
826 22    Table 6, which is the incidence and event
826 23    rate for first major bleeding while on
826 24    treatment, according to PT, U.S. versus
827  1    rest of world."
827  2        Do you see that?  That's
827  3    what Table 6 is, right?
827  4    A.  Title of Table 6.
827  5    Q.  Okay.  And they again break
827  6    it up into the quartiles based on PT
827  7    between less than 14, 14.2 to 16.6,
827  8    Quartile 3, 16.6 to 19.8, and Quartile 4,
827  9    greater than or equal to 19.8.
827 10        Do you see that?
827 11    A.  That is how they defined
827 12    them.
827 13    Q.  Okay.  And they -- and as we
827 14    see the incidence rate in the Quartile 3
827 15    and Quartile 4, the top two quartiles are
827 16    higher than the incidence rates in the
827 17    lower quartiles of PT based on this FDA
827 18    analysis, correct?
```

**827:21 - 828:18 Moore, Kenneth 2016-07-13**   0:42

```
827 21        THE WITNESS:  You are
827 22    looking at the percentages?
827 23    BY MR. OVERHOLTZ:
827 24    Q.  Yes.
828  1    A.  So the percentage of 13.8?
828  2    Q.  Right.
828  3    A.  I would say that, yes, those
828  4    percentages are higher at the fourth
828  5    quartile compared to the first quartile.
828  6    Q.  And the numbers increase as
828  7    the quartile on PT goes up, correct?
828  8    A.  Again, I would have to
828  9    calculate it and take a greater look at
828 10    it.  But it appears to increase, yes.
828 11    Q.  Okay.  It goes from 7.4, to
828 12    8.7, to 11.8, to 13.8, correct?
828 13    A.  Yes.
828 14    Q.  Not double, but almost
```

|  | Objections In | Responses In |
|---|---|---|

828 15    nearly double the incidence rate in the
828 16    fourth quartile compared to the first
828 17    quartile according to this analysis run,
828 18    right?

**828:21 - 828:23 Moore, Kenneth 2016-07-13**    0:03
828 21    THE WITNESS: It is not
828 22    double, no. But there is an
828 23    increase.

**831:20 - 832:2 Moore, Kenneth 2016-07-13**    0:19
831 20    Q. Now, if we compare event
831 21    rates per 100 years as calculated by the
831 22    FDA, now you are significantly higher,
831 23    over double, than those event rates in
831 24    other countries based on the rivaroxaban
832 1    PT pre-dose that were observed in the
832 2    ROCKET study, isn't that right?

**832:5 - 832:19 Moore, Kenneth 2016-07-13**    0:28
832 5    THE WITNESS: I'm not an
832 6    expert on the way they calculated
832 7    these numbers. And I certainly
832 8    didn't do it myself. Now,
832 9    certainly I'm not an expert when
832 10    it comes to calculating the event
832 11    rate per 100 patient years.
832 12    I would say that there's a
832 13    higher -- the numbers in this
832 14    chart are higher in the U.S.
832 15    versus those for other countries.
832 16    I'd stipulate to the fact that the
832 17    U.S. has an N of 819 while the
832 18    other countries have an N of
832 19                  5,353.00

**833:16 - 834:8 Moore, Kenneth 2016-07-13**    0:41
833 16    Q. I just want to ask you a
833 17    couple more questions then we'll be
833 18    finished.
833 19    One of the questions that
833 20    counsel asked you was about some of your
833 21    publications.
833 22    Do you recall that?
833 23    A. Yes, sir.
833 24    Q. And your -- one of the
834 1    publications you said you were involved
834 2    in, involved the use of PCCs to --
834 3    prothrombin complex concentrates to
834 4    reverse the blood thinning effects of
834 5    Xarelto.
834 6    Do you recall that?
834 7    A. It was reverse the
834 8    pharmacodynamic effects of Xarelto.

**834:9 - 834:18 Moore, Kenneth 2016-07-13**    0:23
834 9    Q. And now when it comes to --
834 10    let me ask you this. Prothrombin time
834 11    is -- and we talked about this before --
834 12    is the time it takes the blood to clot,
834 13    right?
834 14    A. It is one measure to assess
834 15    the body's status of anticoagulation.
834 16    Q. And would you agree that the
834 17    blood thinning effects of Xarelto is
834 18    related to its ability to increase PT?

**834:21 - 835:4 Moore, Kenneth 2016-07-13**    0:20
834 21    THE WITNESS: It certainly
834 22    affects PT.
834 23    BY MR. OVERHOLTZ:
834 24    Q. Now, when it comes to
835 1    reversing the effects of Xarelto, would
835 2    you agree that the most important factor
835 3    for Janssen is a reduction of prothrombin
835 4    time?

**835:7 - 838:7 Moore, Kenneth 2016-07-13**    2:39
835 7    THE WITNESS: Not -- not

| | Objections In | Responses In |
|---|---|---|

835  8   specifically, no. That would be
835  9   one out of several markers I think
835  10  we would look at. We wouldn't
835  11  necessarily isolate PT as being
835  12  the only desired pharmacodynamic
835  13  marker we would like to see
835  14  reduced.
835  15  BY MR. OVERHOLTZ:
835  16  Q.  Okay. Let me show you what
835  17  we'll mark as Exhibits 58, 59 and 60.
835  18       (Document marked for
835  19  identification as Exhibit
835  20  Moore-58.)
835  21       (Document marked for
835  22  identification as Exhibit
835  23  Moore-59.)
835  24       (Document marked for
836  1   identification as Exhibit
836  2   Moore-60.)
836  3        MR. OVERHOLTZ: They all go
836  4   together. That's why I'm doing it
836  5   that way.
836  6        58, 59, and 60, is the
836  7   final.
836  8   BY MR. OVERHOLTZ:
836  9   Q.  And if we can just take a
836  10  look at 50 -- at 58 first, which is
836  11  146656, Janssen 00316789, and its
836  12  attachment Janssen -- or a version of the
836  13  attachment, it says Janssen 04379473.
836  14       Let's look at Exhibit 58
836  15  first, which is that there was this
836  16  e-mail from a Kristina Chang to you and
836  17  several others regarding a final PCC
836  18  press release.
836  19       Do you see that?
836  20  A.  I do, yes.
836  21  Q.  Okay. And it says,
836  22  "Attachments Janssen ISTH PCC data press
836  23  release final June 30th."
836  24       Do you see that?
837  1   A.  Yes.
837  2   Q.  Okay. And she says, "Team.
837  3   There's some very minor late-breaking
837  4   edits. The final that will be issued on
837  5   July 2nd is attached."
837  6        Do you see that?
837  7   A.  There was some minor
837  8   late-breaking -- the final issued on
837  9   July 2nd. Yes.
837  10  Q.  Okay. Now, do you recall
837  11  having the opportunity to review the
837  12  press release related to the PCC,
837  13  prothrombin complex concentrates press
837  14  release that Janssen was involved with?
837  15  A.  The press release itself?
837  16  Q.  Yeah.
837  17  A.  I believe I did, yeah.
837  18  Q.  Okay. And so if you'll look
837  19  with me at Exhibit 59. This wasn't the
837  20  attachment to the e-mail, but we found
837  21  this in your file --
837  22  A.  Mm-hmm.
837  23  Q.  -- just kind of in your file
837  24  as an edited Word version.
838  1        But this is the -- the PCC
838  2   presentation at ISTH press release. It's
838  3   Record 16255 at the top, and Janssen
838  4                                           437943
838  5        Do you see that?
838  6   A.  Yes.
838  7   Q.  Okay.

838:14 -  841:4   Moore, Kenneth 2016-07-13                    2:15
838  14  Q.  And this is a draft of the
838  15  PCC press release for the International
838  16  Society of Thrombosis and Hemostasis
838  17  annual meeting, correct?
838  18  A.  That's correct.

| | Objections In | Responses In |
|---|---|---|

838 19   Q.   Okay.  And if you look with
838 20   me over to the right, there's some
838 21   comments from TM, and they have your
838 22   name, Todd, there.
838 23       Do you see that?
838 24   A.   That is correct, yes.
839 1   Q.   As you can see, you made
839 2   some comments, like for example in the
839 3   first sentence of this draft, it said,
839 4   "Janssen Research & Development announced
839 5   today results of an open label single
839 6   center parallel group study showing that
839 7   a type of medication called prothrombin
839 8   complex concentrates, PCC, can reverse
839 9   the blood thinning effects" -- scratched
839 10   out -- "pharmacodynamic" -- scratched
839 11   out -- "anticoagulant effect of
839 12   Xarelto/rivaroxaban."
839 13       Do you see that?
839 14   A.   I do, yes.
839 15   Q.   Okay.  If you -- then if you
839 16   look with me at the kind of the title of
839 17   the press release, the one in bold, it
839 18   says, "Anticoagulant Antidote Effective
839 19   in Reversing Blood Thinner Effects of
839 20   Xarelto."
839 21       Do you see that?
839 22   A.   I do, yes.
839 23   Q.   And you say there, "I don't
839 24   believe we can call three-factor and
840 1   four-factor PCC actual antidote.
840 2   Remember this was an exploratory study."
840 3       Do you see that?
840 4   A.   I do, yes.
840 5   Q.   And if you look with me at
840 6   the end, there's some comments down
840 7   below.  You see the comment TM5, comment
840 8   TM5?  Do you see that?
840 9   A.   I do, yes.
840 10   Q.   And if we kind of follow
840 11   that line back to the anticoagulant
840 12   effect, you say, "Perhaps we can be a
840 13   little more specific and add the reversal
840 14   of pharmacodynamic effects or a
840 15   combination of the two statements."
840 16       Do you see that?
840 17   A.   I do, yes.
840 18   Q.   Okay.  Now, let me show you,
840 19   if you take a look with me at Exhibit
840 20   Number 60.  That's the 141657 Record
840 21   Number.  This was kind of the final
840 22   version of the press release.
840 23   A.   Do you want me to read the
840 24   entire document?
841 1   Q.   No.  I'm just asking if you
841 2   have it in front of you.
841 3   A.   I have Exhibit Number 60,
841 4   yes.

842:4  -  844:20 Moore, Kenneth 2016-07-13                2:33
842 4       You can see this is -- the
842 5   title has been changed in this final
842 6   version based on kind of your comment.
842 7   It's now called, "Prothrombin Complex
842 8   Concentrates Can Reverse Blood Thinning
842 9   Effects of Xarelto."
842 10       Do you see that?
842 11   A.   I do, yes.
842 12   Q.   Okay.  Now, I want to show
842 13   you something.  If we can look down at
842 14   the first paragraph quote on the second
842 15   page, Page 2 of 8.
842 16       Do you see that?
842 17   A.   Page 2 of 8, first
842 18   paragraph?
842 19   Q.   Yeah, at the top.  It says,
842 20   ""PCCs can be used to reverse the blood
842 21   thinning effects of anticoagulants such
842 22   as warfarin, but are important in

| | Objections In | Responses In |
|---|---|---|

| | |
|---|---|
| 842 23 | emergency situations involving |
| 842 24 | uncontrolled bleeding,' says Dr. Marcel |
| 843 1 | Levi, professor of medicine and dean of |
| 843 2 | medicine at the Academic Medical Center |
| 843 3 | of the University of Amsterdam. 'These |
| 843 4 | data provide additional information on |
| 843 5 | how to potentially reverse the |
| 843 6 | anticoagulant effects of Xarelto.'" |
| 843 7 | Do you see that? |
| 843 8 | A.   I do see that, yes. |
| 843 9 | Q.   Dr. Levi was one of the |
| 843 10 | doctors that you worked with in this |
| 843 11 | study using PCCs to reverse the, as you |
| 843 12 | described, pharmacodynamic or |
| 843 13 | anticoagulant effects of Xarelto, right? |
| 843 14 | A.   He was a physician that |
| 843 15 | consulted on the study, yes. |
| 843 16 | Q.   Okay.  Now, if we can look |
| 843 17 | down to the third paragraph regarding the |
| 843 18 | conclusions of the study, it says, "Both |
| 843 19 | three- and four-factor PCCs were found to |
| 843 20 | partially reverse the Xarelto-induced |
| 843 21 | prolongation of prothrombin time, PT - |
| 843 22 | the time it takes the blood to clot - in |
| 843 23 | healthy subjects, with the latter |
| 843 24 | reducing the mean PT by 2.5 to |
| 844 1 | 3.5 seconds (versus .6 to 1.0 second |
| 844 2 | reduction associated with three-factor |
| 844 3 | PCCs)." |
| 844 4 | Do you see that? |
| 844 5 | A.   That's what it states, yes. |
| 844 6 | Q.   So in this analysis that was |
| 844 7 | conducted by you and others at Janssen |
| 844 8 | with Dr. Levi, the reversal of the |
| 844 9 | anticoagulant effects was based on a |
| 844 10 | reduction of prothrombin time, the time |
| 844 11 | it takes the blood to clot, correct? |
| 844 12 | A.   That was one of the many |
| 844 13 | analyses that we performed. |
| 844 14 | Q.   And if you look with me in |
| 844 15 | the next sentence -- and this is a |
| 844 16 | release from 2013, July 2nd.  It says, |
| 844 17 | "There is currently no approved reversal |
| 844 18 | agent for Xarelto." |
| 844 19 | Do you see that? |
| 844 20 | A.   That's what it states. |