Imingo v bayer video tmax db
Deposition Designations for Glombitza B 20160913, Glombitza B 20160914

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | **Def Obj** In the Orr trial, the Court ruled on Defendants' objections to some of the testimony that Plaintiffs have designated for this trial and incorporate those objections herein for preservation. See R. Doc. No. 6695. Defendants' objections below are (1) Defendants' objections to newly designated testimony, and (2) Defendants' objections to prior designated testimony where the objections differ because of the different facts and indication at issue in this trial. At this time, Defendants seek ruling only on those objections set forth below and in the accompanying exhibit objections. | **Pltf Resp** Plaintiffs respond insofar as to point out that in several instances below, Defendants have raised different objections to the same testimony that they did not raise previously in the Orr case--these are not in all cases raised in light of different issues posed by the Mingo case. Plaintiffs have noted such examples below. Finally, Plaintiffs similarly incorporate their objections previously raised in the Orr trial to Defense designated testimony for preservation. | |

| 8:5 - 8:7 | Glombitza, Bernhard 2016-09-13 | 0:05 | | | Pending |
|---|---|---|---|---|---|
| 8 6 | Q.  Good morning, Dr. Glombitza.  Will you | | | | |
| 8 7 | please state your full name for the record here? | | | | |

| 8:8 - 8:8 | Glombitza, Bernhard 2016-09-13 | 0:16 |
|---|---|---|
| 8 8 | A.  Bernhard Glombitza. | |

| 8:8 - 8:8 | Glombitza, Bernhard 2016-09-13 | 0:16 |
|---|---|---|
| 8 8 | A.  Bernhard Glombitza. | |

| 8:9 - 8:10 | Glombitza, Bernhard 2016-09-13 | 0:08 |
|---|---|---|
| 8 9 | Q.  And, Dr. Glombitza, you currently work | |
| 8 10 | for Bayer, is that correct? | |

| 8:11 - 8:11 | Glombitza, Bernhard 2016-09-13 | 0:08 |
|---|---|---|
| 8 11 | A.  That is correct. | |

| 8:12 - 8:13 | Glombitza, Bernhard 2016-09-13 | 0:10 |
|---|---|---|
| 8 12 | Q.  And, Dr. Glombitza, your native | |
| 8 13 | language is German, is that correct? | |

| 8:14 - 8:15 | Glombitza, Bernhard 2016-09-13 | 0:12 |
|---|---|---|
| 8 14 | A.  Yes, that is correct. | |
| 8 15 | Q.  You speak English? | |

| 8:16 - 8:17 | Glombitza, Bernhard 2016-09-13 | 0:10 |
|---|---|---|
| 8 16 | A.  Yes. | |
| 8 17 | Q.  Do you speak English well? | |

| 8:18 - 8:21 | Glombitza, Bernhard 2016-09-13 | 0:17 |
|---|---|---|
| 8 18 | A.  I speak English well, but not as well | |
| 8 19 | as my mother language. | |
| 8 20 | Q.  And do you speak English in your job | |
| 8 21 | at Bayer? | |

| 8:22 - 8:24 | Glombitza, Bernhard 2016-09-13 | 0:17 |
|---|---|---|
| 8 22 | A.  Most of the time, yes. | |
| 8 23 | Q.  Now, when did you first go to work for | |
| 8 24 | Bayer? | |

| 8:25 - 9:2 | Glombitza, Bernhard 2016-09-13 | 0:18 |
|---|---|---|
| 8 25 | A.  In 1994. | |
| 9 1 | Q.  And at some point you began working on | |
| 9 2 | the Xarelto project, correct? | |

| 9:3 - 9:4 | Glombitza, Bernhard 2016-09-13 | 0:25 |
|---|---|---|
| 9 3 | A.  That is correct. | |
| 9 4 | Q.  When did you start working on Xarelto? | |

| 9:5 - 9:7 | Glombitza, Bernhard 2016-09-13 | 0:17 |
|---|---|---|
| 9 5 | A.  I started working as global project | |
| 9 6 | head or leader and/or project manager for | |
| 9 7 | Xarelto in September, 2005. | |

| 14:9 - 14:13 | Glombitza, Bernhard 2016-09-13 | 0:50 |
|---|---|---|
| 14 9 | Q.  According to the draft CV that you | |
| 14 10 | sent yourself, as you called it, you were the | |
| 14 11 | Director, Global Project Leader, Xarelto, | |
| 14 12 | 2005-2007 for Bayer HealthCare, Germany, is that | |
| 14 13 | accurate? | |

| 14:14 - 14:17 | Glombitza, Bernhard 2016-09-13 | 0:17 |
|---|---|---|
| 14 14 | A.  Independent of this draft document, it | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

14 15    is correct that I was the global project leader,
14 16    global project manager for Xarelto from 2005 to
14 17    2007

**16:2 - 16:4    Glombitza, Bernhard 2016-09-13     1:32**
16 2      But sometime in 2007, were you
16 3    promoted to vice president with the title senior
16 4    global program head Xarelto?

**16:5 - 16:5    Glombitza, Bernhard 2016-09-13     0:02**
16 5    A.  Independent of the accuracy of the

**16:6 - 16:12    Glombitza, Bernhard 2016-09-13     0:37**
16 6    document, and here I repeat again, I sent this
16 7    from my private e-mail to myself, so it is not
16 8    my official CV. But independent of that, it is
16 9    correct that I was promoted to vice president,
16 10    program management for Xarelto in 2007, the
16 11    title being senior global program leader or
16 12    program manager Xarelto.

**17:4 - 17:8    Glombitza, Bernhard 2016-09-13     0:11**
17 4    (Whereupon, Glombitza Exhibit Number
17 5    2, Document titled Resume of Dr.
17 6    Bernhard Glombitza, Bates
17 7    XARELTO_BPAG_33603622 through 3627,
17 8    was marked for identification.)

**22:19 - 22:19    Glombitza, Bernhard 2016-09-13     0:19**
22 19    Do you see that?

**22:20 - 22:24    Glombitza, Bernhard 2016-09-13     0:16**
22 20    A.  I see that.
22 21    Q.  The next bullet point says "Managed
22 22    the large clinical program (greater than 75,000
22 23    patients)."
22 24    Do you see that?

**22:25 - 22:25    Glombitza, Bernhard 2016-09-13     0:01**
22 25    A.  I see that.

**24:6 - 24:8    Glombitza, Bernhard 2016-09-13     0:21**
24 6    Q.  And the next bullet point says
24 7    "Selection of a co-development partner for
24 8    Rivaroxaban." That's Xarelto, right?

**24:9 - 24:14    Glombitza, Bernhard 2016-09-13     0:34**
24 9    A.  Rivaroxaban is the INN name for
24 10    Xarelto.
24 11    Q.  And it says "cooperation and licensing
24 12    agreement with J&J (2005), team lead of due
24 13    diligence."
24 14    Do you see that?

**24:15 - 24:18    Glombitza, Bernhard 2016-09-13     0:07**
24 15    A.  I can see that it is written here.
24 16    Q.  And that was talking about you, right,
24 17    you were the team lead of the due diligence with
24 18    J&J?

**24:20 - 24:23    Glombitza, Bernhard 2016-09-13     0:26**
24 20    A.  I was responsible for due diligence in
24 21    organizing the logistics frameworks for this, so
24 22    I was the project manager responsible for
24 23    implementing due diligence.

**26:10 - 26:10    Glombitza, Bernhard 2016-09-13     0:01**
26 10    Q.  Let's look back at Exhibit 1 for a

**26:11 - 26:16    Glombitza, Bernhard 2016-09-13     0:52**
26 11    moment. And if we can look on Page 2, there's
26 12    a -- under your titles related to being the
26 13    Senior Global Project Program Head Xarelto and
26 14    Director, Global Project Leader from that 2005
26 15    time period forward, I want to look in the
26 16    "Major achievements" section. And if you can

**26:17 - 26:19    Glombitza, Bernhard 2016-09-13     0:16**
26 17    look with me at bullet point number 1, it says
26 18    "Developed Xarelto R&D strategy."
26 19    Do you see that?

**26:20 - 27:5    Glombitza, Bernhard 2016-09-13     1:30**
26 20    A.  That's what it says here, yes.

|  | Objections In | Responses In | Rulings |
|---|---|---|---|

26 21  Q.   And if we look at the next bullet
26 22  point, that's the one about preserving the
26 23  situation to be the first oral Factor Xa
26 24  inhibitor on the market, and it says "Met all
26 25  project milestones over the past six years.
27  1  Kept project on track for approval and launch in
27  2  2008 in the short-term indication.  Kept project
27  3  on track for approval and launch in 2011 for the
27  4  long-term indications."  Those are all listed as
27  5  your major achievements, correct?

**27:6  -  27:11  Glombitza, Bernhard 2016-09-13**  0:23
27  6  A.   Let me point out that there's an
27  7  incongruency here in this document between the
27  8  date and the list, which means that it is a
27  9  draft version.  These are not my personal
27 10  achievements.  I believe that I can recall that
27 11  the team that I managed achieved these things.

**28:13  -  28:16  Glombitza, Bernhard 2016-09-13**  0:52
28 13  Q.   Delays in the development program and
28 14  ultimately an approval for sale can have
28 15  negative financial implications on the company,
28 16  right?

**28:17  -  28:22  Glombitza, Bernhard 2016-09-13**  0:28
28 17  A.   Delays can have negative consequences
28 18  for the patients that might not get valuable
28 19  medication on time, but they can also have an
28 20  influence on the finances of the company
28 21  developing the medication, but that is always
28 22  the case.

**30:9  -  30:12  Glombitza, Bernhard 2016-09-13**  0:24
30  9  Q.   It was very important that Bayer and
30 10  J&J outperform their competitors with respect to
30 11  the timelines of getting approval of their
30 12  Factor Xa inhibitor, correct?

**30:14  -  30:22  Glombitza, Bernhard 2016-09-13**  1:39
30 14  A.   It was important to get the medication
30 15  out to market speedily in order for patients to
30 16  be able to benefit from the new standard of
30 17  care, and in order for the health system as a
30 18  whole to benefit from it.
30 19  BY MR. OVERHOLTZ:
30 20  Q.   And in order to increase profitability
30 21  for Bayer, Bayer was in a race with their
30 22  competitors to get to market, correct?

**30:23  -  30:23  Glombitza, Bernhard 2016-09-13**  0:04
30 23  A.   At the time I was the project manager

**30:24  -  31:6  Glombitza, Bernhard 2016-09-13**  0:27
30 24  of the R&D team, I was not involved in market
30 25  observations or observations of our competitors.
31  1  That was the responsibility of the marketing
31  2  department.  So it is difficult for me to go
31  3  into details on this.  All I know is that there
31  4  were competing products, but they had other
31  5  profiles.  Their safety and efficacy profiles
31  6  were different from Xarelto.

**41:5  -  41:8  Glombitza, Bernhard 2016-09-13**  0:14
41  5  Q.   Do you agree that the Afib indication
41  6  had the biggest market potential, as you
41  7  understood it, back in 2005 for the development
41  8  of Xarelto for Bayer?

**41:10  -  42:5  Glombitza, Bernhard 2016-09-13**  3:14
41 10  A.   The Afib indication is a chronic
41 11  indication that involves benefits for a large
41 12  number of patients, and was expected to improve
41 13  the standard of care for these patients.  This
41 14  was 11 years back, and I cannot remember
41 15  precisely whether it was the biggest indication.
41 16  I remember there were other big indications.
41 17  BY MR. OVERHOLTZ:
41 18  Q.   So whether Afib was the biggest -- had
41 19  the biggest market potential, you just don't
41 20  remember?
41 21  A.   Afib is one of the indications with a
41 22  large patient potential.  There is a potential
41 23  to contribute to benefits to a large number of

| | Objections In | Responses In | Rulings |
|---|---|---|---|

41 24   patients. It's mostly the case that if a drug
41 25   is on the market and helps many patients, then
42 1   it is usually sold more frequently, that is, has
42 2   an increased sales potential compared to drugs
42 3   that are used for -- contribute to the benefit
42 4   of a smaller number of patients, that is, a
42 5   smaller patient population.

64:25 - 65:6   Glombitza, Bernhard 2016-09-13   0:29
64 25   Q.   Let me show you what we'll mark as
65 1   Exhibit Number 7, which is 3789131.
65 2   (Whereupon, Glombitza Exhibit Number
65 3   7, 11/2/2014 e-mail, Bates
65 4   XARELTO_BHCP_08835977, was marked for
65 5   identification.)
65 6   BY MR. OVERHOLTZ:

65:7 - 65:16   Glombitza, Bernhard 2016-09-13   0:31
65 7   Q.   This is an e-mail from you to Scott
65 8   Berkowitz on 2014, either on November 2nd or
65 9   February 11th titled "history docs."
65 10   And then we'll mark as Exhibit
65 11   Number 8 the attachment, which is 3789132.
65 12   (Whereupon, Glombitza Exhibit Number
65 13   8, PowerPoint, Bates
65 14   XARELTO_BHCP_08835978 through 6005,
65 15   was marked for identification.)
65 16   BY MR. OVERHOLTZ:

65:17 - 65:22   Glombitza, Bernhard 2016-09-13   0:47
65 17   Q.   And then Exhibit Number 9, which is        3789134
65 18   3789133.
65 19   (Whereupon, Glombitza Exhibit Number
65 20   9, PowerPoint, Bates
65 21   XARELTO_BHCP_08836007 through 6044,
65 22   was marked for identification.)

67:20 - 68:8   Glombitza, Bernhard 2016-09-13   1:23
67 20   Q.   And just so I'm also clear, so we're
67 21   not confused, these -- according to Scott
67 22   Berkowitz's e-mail system, these were
67 23   attachments to this e-mail that you sent to him.
67 24   So I first want to ask you about the attachment
67 25   that's Exhibit 8, which is BHCP_08835978. The
68 1   e-mail was Bates BHCP_08835977, that was
68 2   Exhibit 7.
68 3   So if we look at Exhibit 8, the first
68 4   page talks about "Target indications."
68 5   Do you see that?
68 6   A.   I see that.

68:24 - 68:25   Glombitza, Bernhard 2016-09-13   0:13
68 24   Q.   If you can turn with me to the next
68 25   page, it's labeled "Target labeling."

69:1 - 69:2   Glombitza, Bernhard 2016-09-13   0:23
69 1   And BAY 59-7939, that's Xarelto,
69 2   right?

69:3 - 69:8   Glombitza, Bernhard 2016-09-13   0:31
69 3   A.   That is rivaroxaban, and it is sold
69 4   under the trade name of Xarelto.
69 5   Q.   And if you can look with me, the
69 6   fourth one down is "Once-daily administration,"
69 7   and under the "Xarelto" column there's a
69 8   question mark, right?

69:9 - 69:13   Glombitza, Bernhard 2016-09-13   0:26
69 9   A.   Yes, I see the question mark.
69 10   Q.   And if you look two down, it says "No
69 11   coagulation monitoring."
69 12   Do you see that? And there's a
69 13   checkmark for that, right?

69:14 - 69:16   Glombitza, Bernhard 2016-09-13   0:11
69 14   A.   Yes, I see the checkmark.
69 15   Q.   For "Fixed dose" just above that is a
69 16   checkmark, correct?

69:17 - 69:25   Glombitza, Bernhard 2016-09-13   0:31
69 17   A.   I also see that.
69 18   Q.   Then there was checkmarks for target
69 19   labeling for no liver toxicity, no
69 20   contraindication in severely renally impaired

Re: [69:3-69:8]
Def Obj] This and much of the testimony below
relates to the Xarelto dosing regimen for the
AFib indication. Ms. Mingo took Xarelto for
treatment of a DVT, the dosing for which is 15
mg twice a day for 21 days, followed by 20 mg
once a day. There are no claims that the dosing
for DVT treatment should have remained twice
a day dosing beyond the initial 21-day period.
Thus, the testimony is not relevant, is unduly
prejudicial, misleads the jury, and confuses the
issues. FRE 401 and 403. See objection to
exhibit 9.

Re: [69:3-69:8]                                    Pending
Pltf Resp Data pertaining to studies
conducted in support of other Xarelto
indications is hugely relevant to Defendants'
conduct and handling of studies in the
context of getting to market as well as
handling matters of patient safety. Finally,
the line of questioning contextualizes the
dosing decisions within the "race to market"
in so far as Bayer sought an advantage in
offering "fixed" OD dosing with "no
coagulation monitoring."   The Court
routinely denied Defendants' 401/403
objections to Plaintiff's designation of
testimony pertaining to the ACS indication--
which the FDA has not approved for Xarelto
in the US. See Court's Ruling in Orr
overruling defense objections to Glombitza
designations at 292:2-296:6. See Plaintiffs'
response to Defense objection to Exh. 9.



| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| 69 | 21 | patients, no warning/precaution in moderate |
| 69 | 22 | renally impaired patients, no warning/precaution |
| 69 | 23 | in low/heavy weight patients, no |
| 69 | 24 | warning/precaution in geriatric patients. |
| 69 | 25 | Do you see all of those? |

**70:1 - 70:1** Glombitza, Bernhard 2016-09-13    0:04
| 70 | 1 | A.   Yes, I see the checkmarks. |

**72:13 - 72:18** Glombitza, Bernhard 2016-09-13    0:33
| 72 | 13 | Q.   The second bullet point on this |
| 72 | 14 | "Factor Xa inhibitor Partnering:  Main |
| 72 | 15 | Objectives" slide is number 2, "Reduce money at |
| 72 | 16 | risk in development.  Share risks and costs with |
| 72 | 17 | a strong partner." |
| 72 | 18 | Do you see that? |

**72:19 - 72:21** Glombitza, Bernhard 2016-09-13    0:15
| 72 | 19 | A.   Yes, that's what I read there. |
| 72 | 20 | Q.   Number 3 says "Benefit from partner's |
| 72 | 21 | development resources and expertise." |

**72:22 - 73:1** Glombitza, Bernhard 2016-09-13    0:16
| 72 | 22 | A.   Yes, that's what I read. |
| 72 | 23 | Q.   And number 4 says "Build our Specialty |
| 72 | 24 | Business.  Obtain promising quids in exchange |
| 72 | 25 | for Factor Xa inhibitor US rights." |
| 73 | 1 | Do you see that? |

**73:2 - 73:5** Glombitza, Bernhard 2016-09-13    0:17
| 73 | 2 | A.   I see that. |
| 73 | 3 | Q.   Now, if we can turn to the next page, |
| 73 | 4 | it says the "Intended Deal Frame." |
| 73 | 5 | Do you see that? |

**73:6 - 73:12** Glombitza, Bernhard 2016-09-13    0:30
| 73 | 6 | A.   That's what it says. |
| 73 | 7 | Q.   It says "Rights and obligations for |
| 73 | 8 | partner," and it's to "worldwide co-develop the |
| 73 | 9 | factor Xa until all indications according to the |
| 73 | 10 | Development Plan have been launched; minimum |
| 73 | 11 | cost participation partner 50 percent." |
| 73 | 12 | Do you see that? |

**73:13 - 73:13** Glombitza, Bernhard 2016-09-13    0:02
| 73 | 13 | A.   I see that. |

**74:2 - 74:5** Glombitza, Bernhard 2016-09-13    0:13
| 74 | 2 | Q.   And if you'll look with me on the next |
| 74 | 3 | page, there's "Status of Negotiations," and |
| 74 | 4 | there are two companies listed, J&J and Takeda. |
| 74 | 5 | Do you see that? |

**74:6 - 74:9** Glombitza, Bernhard 2016-09-13    0:24
| 74 | 6 | A.   That's what it says. |
| 74 | 7 | Q.   And according to this, both boards of |
| 74 | 8 | J&J and Takeda had approved terms of an |
| 74 | 9 | agreement, is that right? |

**74:11 - 74:11** Glombitza, Bernhard 2016-09-13    0:01
| 74 | 11 | A.   I cannot confirm that in this way. |

**74:13 - 74:13** Glombitza, Bernhard 2016-09-13    0:12
| 74 | 13 | Q.   This was your PowerPoint, right? |

**74:15 - 74:24** Glombitza, Bernhard 2016-09-13    0:35
| 74 | 15 | A.   No, this is not my PowerPoint.  This |
| 74 | 16 | is a PowerPoint that was in my archive, and the |
| 74 | 17 | date spanned to the time before my time as -- my |
| 74 | 18 | responsibility regarding this project as project |
| 74 | 19 | manager. |
| 74 | 20 | And I would like to repeat again, in |
| 74 | 21 | my work in due diligence, I was responsible for |
| 74 | 22 | due diligence logistics, so there were documents |
| 74 | 23 | in my files, but I did not have the expert |
| 74 | 24 | knowledge or creating them. |

**75:14 - 75:14** Glombitza, Bernhard 2016-09-13    0:22
| 75 | 14 | Q.   Let's look at Exhibit Number 9, if we |

**75:15 - 76:1** Glombitza, Bernhard 2016-09-13    0:27
| 75 | 15 | can.  And if we look at the first page, it talks |
| 75 | 16 | about "Agenda.  Results of decision analysis. |
| 75 | 17 | "Introduction. |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 75 18 | "Results of the Decision Analysis | | | |
| 75 19 | regarding dosing scheme and Japan development | | | |
| 75 20 | strategies based on a competitive set of | | | |
| 75 21 | indications for market entrance. | | | |
| 75 22 | "Current view on partnering." | | | |
| 75 23 | And "Results of the Strategic Analysis | | | |
| 75 24 | to fully exploit the value of the asset based on | | | |
| 75 25 | extended set of indications." | | | |
| 76  1 | Do you see that? | | | |
| | | | | |
| **76:2  -  76:2** | **Glombitza, Bernhard 2016-09-13**  0:08 | | | |
| 76  2 | A.  Yes, I can see that. | | | |
| | | | | |
| **76:23  -  77:3** | **Glombitza, Bernhard 2016-09-13**  0:28 | | | |
| 76 23 | Q.  If you can turn with me over to Page 4 | | | |
| 76 24 | in this slide presentation that you sent over to | | | |
| 76 25 | Mr. Berkowitz in 2014, it says "A basic set of | | | |
| 77  1 | indications regarded as competitive was used for | | | |
| 77  2 | evaluating the dosing scheme strategy." | | | |
| 77  3 | Do you see that? | | | |
| | | | | |
| **77:4  -  77:10** | **Glombitza, Bernhard 2016-09-13**  0:30 | | | |
| 77  4 | A.  I see what it says here. | | | |
| 77  5 | Q.  Okay.  And then the first section here | | | |
| 77  6 | is called the "Basic program," and it lists | | | |
| 77  7 | VTE, 3 and 4 with high PTS, fast, usual | | | |
| 77  8 | entrance indication, fast, highest value VTE, | | | |
| 77  9 | and fast development. | | | |
| 77 10 | Do you see that? | | | |
| | | | | |
| **77:12  -  77:16** | **Glombitza, Bernhard 2016-09-13**  0:16 | | | |
| 77 12 | A.  That's what it says. | | | |
| 77 13 | BY MR. OVERHOLTZ: | | | |
| 77 14 | Q.  And it says -- Afib is the next bullet | | | |
| 77 15 | point.  "Afib: Value driver." | | | |
| 77 16 | Do you see that? | | | |
| | | | | |
| **77:17  -  77:21** | **Glombitza, Bernhard 2016-09-13**  0:20 | | | |
| 77 17 | A.  This is what I also read there. | | | |
| 77 18 | Q.  It says "high medical need, but longer | | | |
| 77 19 | development time than VTE, lower PTS | | | |
| 77 20 | (18 percent)." | | | |
| 77 21 | Do you see that? | | | |
| | | | | |
| **77:22  -  77:24** | **Glombitza, Bernhard 2016-09-13**  0:12 | | | |
| 77 22 | A.  That's what it says. | | | |
| 77 23 | Q.  PTS is probability of technical | | | |
| 77 24 | success, correct? | | | |
| | | | | |
| **77:25  -  78:6** | **Glombitza, Bernhard 2016-09-13**  0:30 | | | |
| 77 25 | A.  This is the general used term I | | | |
| 78  1 | remember. | | | |
| 78  2 | Q.  Then it says "VTE treatment:  Needed | | | |
| 78  3 | for timely Afib development, lower PTS | | | |
| 78  4 | (18 percent), same development time as Afib, | | | |
| 78  5 | low-medium value." | | | |
| 78  6 | Do you see that? | | | |
| | | | | |
| **78:7  -  78:7** | **Glombitza, Bernhard 2016-09-13**  0:21 | | | |
| 78  7 | A.  I see that. | | | |
| | | | | |
| **79:7  -  79:11** | **Glombitza, Bernhard 2016-09-13**  0:50 | | | |
| 79  7 | Q.  You recall I asked you whether or not | | | |
| 79  8 | Afib had the biggest market potential and was | | | |
| 79  9 | the most important to Bayer.  According to this | | | |
| 79 10 | PowerPoint that you sent to Scott Berkowitz, | | | |
| 79 11 | Afib was the value driver, correct? | | | |
| | | | | |
| **79:13  -  79:13** | **Glombitza, Bernhard 2016-09-13**  0:01 | | | |
| 79 13 | A.  This document, this PowerPoint was | | | |
| | | | | |
| **79:14  -  79:20** | **Glombitza, Bernhard 2016-09-13**  0:26 | | | |
| 79 14 | created in 2004, that is more than 12 years ago, | | | |
| 79 15 | and what we read here is what a marketing | | | |
| 79 16 | colleague believed, that he believed that Afib | | | |
| 79 17 | was a value driver.  It doesn't say that there | | | |
| 79 18 | couldn't be or weren't other indications that | | | |
| 79 19 | were value drivers or could become value | | | |
| 79 20 | drivers. | | | |
| | | | | |
| **80:5  -  80:8** | **Glombitza, Bernhard 2016-09-13**  0:28 | | | |
| 80  5 | Q.  And according to this PowerPoint, it | | | |
| 80  6 | says "VTE treatment:  Needed for timely Afib | | | |
| 80  7 | development." | | | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

80  8          Do you see that?

80:9  -  80:9    Glombitza, Bernhard 2016-09-13          0:01
    80   9      A.  This is what it says here.

82:22  -  83:1    Glombitza, Bernhard 2016-09-13          0:40
    82  22      Q.   And do you recall learning, when you
    82  23      became one of the program directors for Xarelto,
    82  24      that Bayer's belief was that the marketplace for
    82  25      oral anticoagulants was going to be driven by
    83   1      once-daily?

83:3  -  83:8    Glombitza, Bernhard 2016-09-13          0:19
    83   3      A.  I do remember that there were
    83   4      discussions regarding the fact that OD offered
    83   5      benefits for patients and that it also increased
    83   6      patient compliance and patient safety as to
    83   7      their concern getting the right -- about getting
    83   8      the right treatment.

83:10  -  83:14    Glombitza, Bernhard 2016-09-13          0:32
    83  10      Q.  Let's look at slide 9 then.  And it's
    83  11      titled "In every market scenario there will be
    83  12      at least one competitor OD."
    83  13          Do you see that?
    83  14      A.  Yes, this is what I can read here.

86:8  -  86:10    Glombitza, Bernhard 2016-09-13          0:09
    86   8      Q.  So the truth was that development of
    86   9      Xarelto for BID use simply wasn't an option for
    86  10      Bayer, right?

86:12  -  86:18    Glombitza, Bernhard 2016-09-13          0:28
    86  12      A.  This is wrong.  Bayer completed
    86  13      several BID studies following 2004, and the
    86  14      selection of OD over BID was data-driven on the
    86  15      basis of clinical data.
    86  16          I would like to add something.  And
    86  17      there are indications out there in the market
    86  18      that are BID for Xarelto.

87:14  -  87:17    Glombitza, Bernhard 2016-09-13          0:16
    87  14      Q.  And so developing Xarelto for BID use
    87  15      for VTE and Afib was not an option for Bayer
    87  16      because BID was not going to be profitable,
    87  17      according to Bayer's market research, correct?

87:19  -  88:3    Glombitza, Bernhard 2016-09-13          0:33
    87  19      A.  This is wrong.  Bayer has got BID
    87  20      indications out there in the market for some
    87  21      indications --
    87  22          THE INTERPRETER:  Sorry, correction.
    87  23      Translator's correction.
    87  24      A.   Bayer has got some BID dosages out
    87  25      there in the market for some indications.  And
    88   1      the decision as to whether or not to go for BID
    88   2      or OD was based on clinical data and the
    88   3      science.

88:5  -  88:6    Glombitza, Bernhard 2016-09-13          0:12
    88   5      Q.  Let's look at slide number 12, if we
    88   6      can.

88:7  -  88:8    Glombitza, Bernhard 2016-09-13          0:38
    88   7          It says "In a future OD driven market
    88   8      BID drugs will not be competitive."

Re: [88:7-88:8]                Re: [88:7-88:8]            Pending
Def Obj This testimony relates to the Xarelto    Pltf Resp Data pertaining to studies

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | dosing regimen for the AFib indication. Ms. Mingo took Xarelto for treatment of a DVT, the dosing for which is 15 mg twice a day for 21 days, followed by 20 mg once a day. There are no claims that the dosing for DVT treatment should have remained twice a day dosing beyond the initial 21-day period. Thus, the testimony is not relevant, is unduly prejudicial, misleads the jury, and confuses the issues. FRE 401 and 403. | conducted in support of other Xarelto Indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety.  The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication-- which the FDA has not approved for Xarelto in the US.  See Court's Ruling in Orr overruling defense objections to Glombitza designations at 292:2-296:6. | |

_overruled_
_see supra_

| 88:9 - 88:12 | Glombitza, Bernhard 2016-09-13 | 0:15 | | | Pending |
|---|---|---|---|---|---|
| 88 9 | A.  This is what I can read here. | | Re: [88:9-88:12] | Re: [88:9-88:12] | |
| 88 10 | Q.  It says "Strategy A - all indications | | **Def Obj** This testimony relates to the Xarelto | Pltf Resp Data pertaining to studies | |
| 88 11 | BID - is not an option." | | dosing regimen for the AFib indication. Ms. | conducted in support of other Xarelto | |
| 88 12 | Do you see that? | | Mingo took Xarelto for treatment of a DVT, the | Indications is hugely relevant to Defendants' | |
| | | | dosing for which is 15 mg twice a day for 21 | conduct and handling of studies in the | |
| | | | days, followed by 20 mg once a day. There are | context of getting to market as well as | |
| | | | no claims that the dosing for DVT treatment | handling matters of patient safety.  The | |
| | | | should have remained twice a day dosing | Court routinely denied Defendants' 401/403 | |
| | | | beyond the initial 21-day period. Thus, the | objections to Plaintiff's designation of | |
| | | | testimony is not relevant, is unduly prejudicial, | testimony pertaining to the ACS indication-- | |
| | | | misleads the jury, and confuses the issues. FRE | which the FDA has not approved for Xarelto | |
| | | | 401 and 403. | in the US.  See Court's Ruling in Orr | |
| | | | | overruling defense objections to Glombitza | |
| | | | | designations at 292:2-296:6. | |

| 88:13 - 88:13 | Glombitza, Bernhard 2016-09-13 | 0:02 | | | Pending |
|---|---|---|---|---|---|
| 88 13 | A.  Yes, this is what it says here. | | Re: [88:13-88:13] | Re: [88:13-88:13] | |
| | | | **Def Obj** This testimony relates to the Xarelto | Pltf Resp Data pertaining to studies | |
| 90:25 - 91:10 | Glombitza, Bernhard 2016-09-13 | 0:31 | dosing regimen for the AFib indication. Ms. | conducted in support of other Xarelto | |
| 90 25 | Q.  If you look with me, it says "For NA," | | Mingo took Xarelto for treatment of a DVT, the | Indications is hugely relevant to Defendants' | |
| 91 1 | North America, "and EU," Europe, "focus on the | | dosing for which is 15 mg twice a day for 21 | conduct and handling of studies in the | |
| 91 2 | following set of indications in the first wave. | | days, followed by 20 mg once a day. There are | context of getting to market as well as | |
| 91 3 | "VTE prophylaxis in major orthopedic | | no claims that the dosing for DVT treatment | handling matters of patient safety.  The | |
| 91 4 | surgery, medical ill patients and lower limb | | should have remained twice a day dosing | Court routinely denied Defendants' 401/403 | |
| 91 5 | trauma. | | beyond the initial 21-day period. Thus, the | objections to Plaintiff's designation of | |
| 91 6 | "Prevention of stroke in Atrial | | testimony is not relevant, is unduly prejudicial, | testimony pertaining to the ACS indication-- | |
| 91 7 | Fibrillation." | | misleads the jury, and confuses the issues. FRE | which the FDA has not approved for Xarelto | |
| 91 8 | And "VTE treatment to facilitate | | 401 and 403. | in the US.  See Court's Ruling in Orr | |
| 91 9 | Afib," right? | | | overruling defense objections to Glombitza | |
| 91 10 | A.  This is what it says here. | | | designations at 292:2-296:6. | |

| 94:11 - 94:21 | Glombitza, Bernhard 2016-09-13 | 0:53 | | | |
|---|---|---|---|---|---|
| 94 11 | Q.  Now, the last bullet point says "There | | | | |
| 94 12 | is a strategic advantage in blocking existing | | | | |
| 94 13 | investigator platforms early - within two months | | | | |
| 94 14 | - with exclusive contracts for a longer time to | | | | |
| 94 15 | delay competitors." | | | | |
| 94 16 | Do you see that? | | | | |
| 94 17 | A.  Yes, this is what it says here. | | | | |
| 94 18 | Q.  So if you sign a physician | | | | |
| 94 19 | investigator site for one of your studies, then | | | | |
| 94 20 | they wouldn't be able to work for one of the | | | | |
| 94 21 | competitor companies, correct? | | | | |

| 94:23 - 95:4 | Glombitza, Bernhard 2016-09-13 | 0:20 | | | |
|---|---|---|---|---|---|

| | Objections In | Responses In | Rulings |
|---|---|---|---|

94 23  A. This document is from 12 years ago
94 24  when I was not on the project yet, and it is
94 25  authored by somebody from marketing who is not a
95 1  clinical expert. So I'm not entirely sure what
95 2  he or she means here, and I'm not a clinical
95 3  expert either, so I'm not sure whether the
95 4  conclusion is right.

**95:15 - 96:2  Glombitza, Bernhard 2016-09-13**  1:20
95 15  Q. This is a document you had access to
95 16  and that you provided to Mr. Berkowitz in 2014,
95 17  correct?
95 18  A. As the project manager, I have access
95 19  to a multitude of documents also from the past,
95 20  and this was one of those documents, yes.
95 21  Q. It says -- the next sentence in that
95 22  last bullet point says "This will require
95 23  pivotal development in VTE-treatment. Exclusive
95 24  contracting will ensure the fastest possible
95 25  dose-finding for Afib."
96 1  Do you see that?
96 2  A. Yes, this is what it says here.

*Sustained*

**98:2 - 98:10  Glombitza, Bernhard 2016-09-13**  0:49
98 2  Q. And -- but it was available to you
98 3  when you took over as program director as part
98 4  of the documents for you to familiarize yourself
98 5  with the project, correct?
98 6  A. When I took over -- when I took over
98 7  the project 11 years ago, I got access to the
98 8  history files from my predecessor, and this
98 9  document is one of the documents from those
98 10  files.

**99:13 - 100:1  Glombitza, Bernhard 2016-09-13**  1:03
99 13  Q. The next bullet point says "The team
99 14  summarizes the IPDC discussion as follows:
99 15  Current PD organization cannot handle the basic
99 16  program."
99 17  Do you see that?
99 18  A. Yes, that is what it says here.
99 19  Q. The next bullet point says "If money
99 20  is available, missing resources can be bought,"
99 21  right?
99 22  A. This is what it says here.
99 23  Q. Then it says "From a risk sharing
99 24  point of view early partnering needs to be
99 25  considered," correct?
100 1  A. Correct, that's what it says here.

*Re: [99:13-100:1]*
**Def Obj** Foundation. There is no context for this testimony, or even a basic explanation of what IPDC is.

*Re: [99:13-100:1]*
Pltf Resp Witness lays foundation, testifying that he had access to "history files from [his] predecessor, and this document is one of the documents from those files." 98:2-10. The testimony establishes more than sufficient context for the presentation, given its references to development decisions. See testimony designated on pages 83-100. This Court overruled a similar foundation objection to testimony relating to the exact same exhibit. See Court's Order ruling on Glombitza testimony at 100:2-100:14.

Pending

**100:2 - 100:10  Glombitza, Bernhard 2016-09-13**  0:43
100 2  Q. So let's turn to the last page of the
100 3  PowerPoint and see how the recommendations in
100 4  May of 2004 turned out.
100 5  It says "New Recommendation May 2004:
100 6  Focus on once daily development and indications
100 7  with highest impact of our product profile (oral
100 8  and unmonitored)."
100 9  Do you see that?
100 10  A. This is what it says, yes.

**100:15 - 100:19  Glombitza, Bernhard 2016-09-13**  1:05
100 15  Q. So in May of 2004, the company has
100 16  only just begun phase II studies, still in the
100 17  middle of phase II of the study program, and
100 18  they have decided to focus on a once-daily oral
100 19  drug that was unmonitored, is that right?

**100:21 - 101:3  Glombitza, Bernhard 2016-09-13**  0:24
100 21  A. That is not correct. Please let me
100 22  reiterate that this document is 12 years old.
100 23  It's from before I took over the
100 24  responsibilities for the project. It was
100 25  written by a colleague from marketing. And it
101 1  does not represent the company's position. As I
101 2  read the document, it's more of a reflection on
101 3  strategy than a decision document.

**101:5 - 101:12  Glombitza, Bernhard 2016-09-13**  0:20
101 5  Q. Why was marketing -- why were
101 6  marketing colleagues making recommendations
101 7  about the drug development strategy for the dose
101 8  and whether coagulation status should be
101 9  monitored and whether the dose should be given

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

101 10   once daily or twice daily in 2004 when the
101 11   company has just started the phase II study
101 12   program?

**101:14 - 102:17 Glombitza, Bernhard 2016-09-13**   2:55
101 14   A.   The marketing department is a
101 15   department that provides market forecasts.  That
101 16   does not mean that they have the decision-making
101 17   power when it comes to clinical studies and
101 18   clinical treatment regimes.  The decision as to
101 19   whether OD or BID should be chosen was driven by
101 20   available data that came in after 2004 and the
101 21   scientific evaluation of this data.
101 22         Let me repeat, it was not a marketing
101 23   decision, it was an R&D decision.
101 24   BY MR. OVERHOLTZ:
101 25   Q.   This PowerPoint that you claim was
102  1   written by a marketing colleague was making
102  2   recommendations about dose and coagulation
102  3   monitoring back in May of 2004 for Xarelto,
102  4   correct?
102  5   A.   That is correct.  The marketing people
102  6   adopt their own wish list at a very early stage.
102  7   As with any other drug development, the
102  8   marketing people start, at an early stage, to
102  9   compile their wish list, but it doesn't mean
102 10   that this wish list will be turned into reality.
102 11         As we know, there are certain BID
102 12   indications for Xarelto just as there are OD
102 13   indications.  And the decision whether it's
102 14   going to be BID or OD is always data-driven and
102 15   based on the scientific analysis of this data.
102 16   It is not a decision taken by marketing, it's
102 17   taken by R&D.

**106:22 - 107:6 Glombitza, Bernhard 2016-09-13**   1:25
106 22   Q.   You mentioned a BID indication for
106 23   Xarelto.  Are you talking about ACS?
106 24   A.   I'm talking about ACS, and I'm talking
106 25   about VTE treatment.  Because the first three
107  1   weeks, the initial phase are also BID.
107  2   Q.   The first three weeks of VTE treatment
107  3   is three weeks of BID followed by once-daily
107  4   usage, correct?
107  5   A.   I can't remember precisely, but this
107  6   could be correct.

**107:7 - 107:13 Glombitza, Bernhard 2016-09-13**   0:49
107  7   Q.   Do you know when the decision was made
107  8   to use 15 milligrams twice daily for the first
107  9   three weeks of VTE treatment instead of
107 10   10 milligrams?
107 11   A.   I cannot remember precisely, but it
107 12   must definitely have been after the phase II
107 13   data were available.

**109:7 - 109:22 Glombitza, Bernhard 2016-09-13**   1:50
109  7         I want to show you now what we'll mark
109  8   as Exhibit Number 10, which is record 1284592.
109  9   It's Bates XARELTO_BPAG_03643708.
109 10         (Whereupon, Glombitza Exhibit Number
109 11         10, E-mail chain, Bates
109 12         XARELTO_BPAG_3643708, was marked for
109 13         identification.)
109 14   BY MR. OVERHOLTZ:
109 15   Q.   So if we look at this e-mail, you can
109 16   see it's an e-mail in 2005 to you and copying
109 17   Frank Misselwitz, and it looks -- it's probably
109 18   November 4, 2005.  And it's forwarding an e-mail
109 19   that was sent from Stephan Wirtz on May 21st of
109 20   2004
109 21         Do you see that?
109 22   A.   I see that.

**111:1 - 111:4 Glombitza, Bernhard 2016-09-13**   0:40
111  1         (Whereupon, Glombitza Exhibit Number
111  2         11, 59-7939_IPDC May 2004 Wehling.ppt,
111  3         Bates XARELTO_BPAG_03643733, was
111  4         marked for identification.)

**111:7 - 111:12 Glombitza, Bernhard 2016-09-13**   0:40
111  7   Q.   So if we look at this PowerPoint, the
111  8   one titled "IPDC May 2004 Wehling," that was
111  9   attached to Stephan Wirtz's e-mail that, then,

| | Objections In | Responses In | Rulings |
|---|---|---|---|

```
        111 10        Klaus Wehling forwarded to you.  If we look at
        111 11        the first slide, there's a list of team members.
        111 12                Do you see that?

111:13 -   111:20  Glombitza, Bernhard 2016-09-13           0:46
        111 13        A.   I see that.
        111 14        Q.   And here it looks like Stephan Wirtz
        111 15        was a member of a large team of people,
        111 16        including Klaus Wehling, that included
        111 17        marketing, clinical, pharmacology, Japan,
        111 18        regulatory, health, economics, outcome,
        111 19        research, several departments within Bayer,
        111 20        correct?

111:21 -   111:21  Glombitza, Bernhard 2016-09-13           0:00
        111 21        A.   That's what it says.

114:3 -    114:3   Glombitza, Bernhard 2016-09-13           0:24
        114  3        Q.   Then if we turn over to slide 7, it

114:4 -    114:7   Glombitza, Bernhard 2016-09-13           0:09
        114  4        says "New Recommendations."  "New recommendation
        114  5        May 2004."
        114  6                Do you see that at the top of the
        114  7        page?

114:8 -    114:12  Glombitza, Bernhard 2016-09-13           0:28
        114  8        A.   Yes, this is what it says.
        114  9        Q.   And it says "Focus on once daily
        114 10        development and indications with highest impact
        114 11        on our product profile (oral & unmonitored),"
        114 12        right?

114:13 -   114:21  Glombitza, Bernhard 2016-09-13           0:31
        114 13        A.   Yes, I see that.
        114 14        Q.   So, then, if we look at these bullet
        114 15        points, it talks about "Extended use of
        114 16        Prevention of Venous Thromboembolism, Prevention
        114 17        of Stroke in Afib."
        114 18                And the fourth bullet point is "Pursue
        114 19        development for VTE treatment to facilitate
        114 20        Afib."
        114 21                Do you see that?

114:22 -   114:22  Glombitza, Bernhard 2016-09-13           0:02
        114 22        A.   That's what it says.

116:14 -   117:2   Glombitza, Bernhard 2016-09-13           1:10
        116 14        Q.   Let me show you what we'll mark as
        116 15        Exhibit Number 12, which is record number
        116 16        1231088, it's Bates BPAG_02660438.
        116 17                (Whereupon, Glombitza Exhibit Number
        116 18                12, 4/26/06 e-mail, Bates
        116 19                XARELTO_BPAG_02660438, was marked for
        116 20                identification.)
        116 21        BY MR. OVERHOLTZ:
        116 22        Q.   This is an e-mail from you to several
        116 23        people at Bayer, including Frank Misselwitz,
        116 24        Andrea Derix, Kemal Malik, and others on
        116 25        April 26, 2006.
        117  1                Do you see that?
        117  2        A.   This is what the e-mail says.

117:12 -   118:7   Glombitza, Bernhard 2016-09-13           2:23
        117 12        Q.   And you say "Dear colleagues, please
        117 13        find enclosed the presentation for today's
        117 14        meeting," and you attached to your e-mail a
        117 15        PowerPoint titled "Rivaroxaban DP3 for GDC MC
        117 16        and MC version 1.0."
        117 17                Do you see that?
        117 18        A.   This is what it says.
        117 19        Q.   Okay.  And so when it talks about the
        117 20        GDC MC, is that the global development committee
        117 21        management committee?
        117 22        A.   I don't recall precisely what the
        117 23        acronyms are.  But GD is probably global
        117 24        development.  I don't know what the C stands
        117 25        for.  MC is probably management committee, I
        118  1        believe.  But I'm not sure because that was ten
        118  2        years ago.
        118  3        Q.   What was DP3?
        118  4        A.   DP3 stands for decision-making point.
        118  5        And as far as I remember, it was a decision
        118  6        regarding the start of a phase III.  But I'm not
```

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

118   7        100 percent sure.

**118:8  -  118:19 Glombitza, Bernhard 2016-09-13**                                0:44
118   8        Q.   Okay.  So let's mark as Exhibit 14
118   9        record number 123 --
118   10           MR. GEISLER:  13.
118   11       BY MR. OVERHOLTZ:
118   12       Q.   I'm sorry.
118   13           -- Exhibit 13 record number 1231089,
118   14       which is the attachment to your e-mail.  And
118   15       it's Bates BPAG_02660439.
118   16           (Whereupon, Glombitza Exhibit Number
118   17           13, PowerPoint, Bates
118   18           XARELTO_BPAG_02660439, was marked for
118   19           identification.)

**120:11  -  120:16 Glombitza, Bernhard 2016-09-13**                               0:35
120   11           This is the -- if you look under the
120   12       title, it says "Decision to start Phase III
120   13       programs for the indications, VTE treatment,
120   14       Stroke prevention in patients with atrial
120   15       fibrillation," correct?
120   16       A.   This is what it says here.

**122:14  -  123:4 Glombitza, Bernhard 2016-09-13**                                2:45
122   14       Q.   Okay.  If you look with me right below
122   15       that is the "Phase III Treatment-VTE, it also
122   16       has "20 milligrams OD as the main dose.  Dose
122   17       adaptation in subpopulations."  But the last
122   18       bullet point says "Rivaroxaban 10-milligram BID
122   19       for the first 3 weeks."
122   20           Do you see that?
122   21       A.   This is what it says here, yes.
122   22       Q.   But the actual dose that was taken
122   23       into the phase III Einstein program was
122   24       15 milligrams BID for the first three weeks,
122   25       correct?
123   1        A.   That was a long time ago, and I'm not
123   2        a clinical expert.  But I know that in the
123   3        meantime that the dosage is 15-milligram BID out
123   4        there in the market for the first three weeks.

**123:25  -  124:1 Glombitza, Bernhard 2016-09-13**                                0:15
123   25       Q.   So if you'll turn with me over to
124   1        slide 37, this is "Brand Vision & Goals need to

**124:2  -  124:2 Glombitza, Bernhard 2016-09-13**                                 0:09
124   2        guide the Phase III Design in VTE/SPAF."

**124:3  -  124:5 Glombitza, Bernhard 2016-09-13**                                 0:25
124   3            Do you agree that commercial brand
124   4        visions and goals should guide phase III study
124   5        design for pharmaceutical drugs?

**124:6  -  124:8 Glombitza, Bernhard 2016-09-13**                                 1:09
124   6        A.   The dosage decision and the design of
124   7        clinical studies at Bayer is driven by
124   8        scientific data and scientific state of the art.

**124:9  -  124:16 Glombitza, Bernhard 2016-09-13**                                0:29
124   9        Q.   The first bullet point says "Our
124   10       vision is to create the new gold standard for
124   11       the prevention and treatment of thromboembolic
124   12       disease."
124   13           And the second point say "Our goal is
124   14       to improve the lives of patients and create a
124   15       multi-billion dollar antithrombotic franchise."
124   16           Do you see that?

**124:17  -  124:17 Glombitza, Bernhard 2016-09-13**                               0:02
124   17       A.   Yes, this is what it says here.

**126:13  -  126:22 Glombitza, Bernhard 2016-09-13**                               1:00
126   13       Q.   Let's look at the bullet points.  It
126   14       says "Ensure full alignment to desired labeling
126   15       based on product target profile/claims list, but
126   16       we need to balance the technical and operational
126   17       risk versus the ideal profile and maximum speed
126   18       of development," correct?
126   19       A.   This is what it says here, just the
126   20       way you read it out.
126   21       Q.   Okay. Is the product label a
126   22       commercial or marketing document for the drug?

| | Objections In | Responses In | Rulings |
|---|---|---|---|

**126:24 – 127:5 Glombitza, Bernhard 2016-09-13**  0:26
126 24    A.  No.
126 25    BY MR. OVERHOLTZ:
127 1    Q.  The next bullet point says "Safeguard
127 2    SPAF first:  SPAF is far more important than VTE
127 3    treatment."
127 4        Did I read that correctly?
127 5    A.  Yes, this is what it says here.

**127:11 – 127:21 Glombitza, Bernhard 2016-09-13**  0:32
127 11    Q.  The next bullet point says "Aim at the
127 12    earliest possible time frames for submission and
127 13    launch.  We need to maintain our head start
127 14    versus competing development products e.g. BMS,
127 15    Lilly, Astellas and may even catch up to
127 16    Dabigatran.
127 17        "We need to meet the expectations of
127 18    the capital markets and internal key
127 19    stakeholders."
127 20        Do you see that?
127 21    A.  Yes, that's what it says here.

**129:1 – 129:6 Glombitza, Bernhard 2016-09-13**  0:05
129 1    Q.  So what I'd like to do now is show you
129 2    what we'll mark as Exhibit Number 14.
129 3        (Whereupon, Glombitza Exhibit Number
129 4    14, 5/31/06 e-mail, Bates
129 5    XARELTO_BPAG_01946105, was marked for
129 6    identification.)

**129:9 – 129:15 Glombitza, Bernhard 2016-09-13**  0:47
129 9        This is an e-mail.  It's record number
129 10    948640, Bates BPAG_01946105.  It's an e-mail
129 11    from Kemal Malik to several people at Bayer,
129 12    including yourself, Bernhard Glombitza, on
129 13    May 31, 2006, and the subject is the
129 14    "Rivaroxaban DP3 Decisions 2006."
129 15        Do you see that?

**129:16 – 129:23 Glombitza, Bernhard 2016-09-13**  0:44
129 16    A.  I can read this here, yes.
129 17    Q.  Okay.  And Kemal Malik sent this
129 18    e-mail to Andrea Derix, Dagmar Kubitza, Frank
129 19    Misselwitz, Klaus Wehling, Rene Kluensch,
129 20    Bernhard Glombitza, Anthonie Lensing, Torsten
129 21    Westermeier, Martin Homering, Martina Evertz,
129 22    Andreas Nauck, Reinhard Fescharek, and he copied
129 23    Iris Howell, correct?

**129:24 – 130:1 Glombitza, Bernhard 2016-09-13**  0:08
129 24    A.  I didn't follow whether you actually
129 25    said all those individual names, but I'm certain
130 1    that you did.

**130:22 – 131:1 Glombitza, Bernhard 2016-09-13**  0:39
130 22    Q.  The presentation that we just looked
130 23    at was titled "Rivaroxaban DP3 for GDC MC and
130 24    MC" and was discussing the phase III decisions
130 25    for the VTE treatment indication and the Afib
131 1    indication, correct?

**131:2 – 131:8 Glombitza, Bernhard 2016-09-13**  0:27
131 2    A.  This is what it says on the document,
131 3    yes.
131 4    Q.  And now if we look at the e-mail from
131 5    Kemal Malik on May 31, 2006, that he titles
131 6    "Rivaroxaban DP3 Decisions 2006," he starts with
131 7    "Dear All."
131 8        Do you follow me?

**131:9 – 131:18 Glombitza, Bernhard 2016-09-13**  0:41
131 9    A.  This is what it says, yes.
131 10    Q.  He says "last week, the last of the
131 11    scheduled DP3 decisions was made for Rivaroxaban
131 12    (VTE Treatment).
131 13        "This means we are now ready to
131 14    initiate the phase III activities for SPAF and
131 15    VTE treatment on schedule and, as previously
131 16    externally communicated, in the first half of
131 17    2006."
131 18        Do you see that?

**131:19 – 131:19 Glombitza, Bernhard 2016-09-13**  0:01
131 19    A.  Yes, I see that.  But I also see that

| | Objections In | Responses In | Rulings |
|---|---|---|---|

**132:9 – 132:12 Glombitza, Bernhard 2016-09-13**          0:09
132 9    Q.   The document says that "Last week, the
132 10   last of the DP3 decisions was made for
132 11   Rivaroxaban," right?
132 12   A.   That's what it says here, yes.

**132:21 – 132:22 Glombitza, Bernhard 2016-09-13**          0:19
132 21   Q.   And you remember this happening,
132 22   right?  This was a big deal?

**132:23 – 133:17 Glombitza, Bernhard 2016-09-13**          1:12
132 23   A.   I remember that we took the phase III
132 24   decisions for VTE treatment in 2006.
132 25   Q.   And Mr. Malik says to you and your
133 1    colleagues at Bayer that "This is a truly
133 2    outstanding outcome and each of you should be
133 3    truly proud of this achievement.  The phase II
133 4    program (which was exclusively conducted by
133 5    Bayer) was the largest phase II program in our
133 6    history.
133 7         "As a team you have steered
133 8    Rivaroxaban forward, adhering to the most
133 9    challenging timelines but, equally importantly,
133 10   you have ensured that we have continued to seize
133 11   all opportunities to maximize the value of this
133 12   asset.
133 13        "I personally know that your
133 14   performance is being discussed as a benchmark in
133 15   our competitor companies!"
133 16        That's what Mr. Malik said to you and
133 17   your colleagues in May of 2006, correct?

**133:18 – 133:24 Glombitza, Bernhard 2016-09-13**          0:27
133 18   A.   This is what it says here, yes.
133 19   Q.   It says "Over the last few days I have
133 20   been on the IR roadshow in New York/Boston with
133 21   Wolfgang Plischke and Alexander Rosar.  This
133 22   project has the highest possible visibility
133 23   amongst our investor community."
133 24        Do you see that?

**133:25 – 134:4 Glombitza, Bernhard 2016-09-13**          0:19
133 25   A.   Yes, I can read that here, yes.
134 1    Q.   He says "Rivaroxaban truly has the
134 2    potential to be transformational for our company
134 3    and this is certainly perceived externally."
134 4         Do you see that?

**134:5 – 134:8 Glombitza, Bernhard 2016-09-13**          0:28
134 5    A.   Yes, this is what it says here.
134 6    Q.   And Mr. Malik even has a celebratory
134 7    dinner on the evening of June 13th.
134 8         Did you go to that dinner?

**134:9 – 134:13 Glombitza, Bernhard 2016-09-13**          0:19
134 9    A.   I cannot remember.
134 10   Q.   When you became the program leader for
134 11   Xarelto development in 2005, did you understand
134 12   that Xarelto could be transformational for
134 13   Bayer?

**134:15 – 134:18 Glombitza, Bernhard 2016-09-13**          0:43
134 15   A.   2005 is a long time ago.  I do not
134 16   recall what I understood at the time and what I
134 17   did not understand.  So I cannot tell you
134 18   anything about this.

**143:2 – 144:8 Glombitza, Bernhard 2016-09-13**          2:34
143 2    (Whereupon, Glombitza Exhibit Number
143 3    17, E-mail, Bates
143 4    XARELTO_BPAG_01711720 and 1721, and
143 5    Number 18, Document titled Bayer -
143 6    Wyeth, Due Diligence Questions, Bates
143 7    XARELTO-BPAG_01711722 through 1725,
143 8    were marked for identification.)
143 9    BY MR. OVERHOLTZ:
143 10   Q.   You'll see this is an e-mail from you
143 11   to many people at Bayer on May -- I believe
143 12   May 5th -- May 2nd of 2005 -- yes, May 2nd,
143 13   2005, subject being "Due Diligence BAY 59-7939
143 14   Factor Xa/Wyeth - Agenda & Link to Question
143 15   database."
143 16        Do you see that?

Re: [143:2-144:8]          Re: [143:2-144:8]          Pending
Def Obj Hearsay. Wyeth is not a party          Pltf Resp Business records exception
opponent See objection to exhibit 18.          applies, here.  Glombitza testified that he
                                               indeed emailed out Exhibit 18.  He did so
                                               pursuant to his obligation as Global Project
                                               Manager for Xarelto to furnish this
                                               information kept in the course of business
                                               activity within Bayer.  Further, the
                                               document also is relevant as providing
                                               notice to Bayer of concerns and issues with
                                               Rivaroxaban.

| | Objections In | Responses In | Rulings |
|---|---|---|---|

143 17   A.  I see the subject.  But I'm not sure
143 18   whether it's the 2nd of May or the 5th of
143 19   February, because I don't know whether this was
143 20   handled according to the US or the European
143 21   system.  I don't recall that.
143 22   Q.   Let's see what you said to your
143 23   colleagues in your e-mail text, if you flip over
143 24   the page.
143 25       You said "please find enclosed the
144 1   agenda for the Due Diligence with Wyeth taking
144 2   place on 3 & 4 May (sheet 1), in the same
144 3   spreadsheet you'll find the Bayer attendee
144 4   availability list (sheet 2) and the list of
144 5   Wyeth participants (sheet 3)."
144 6   Do you see that?  That's why I assumed
144 7   the date was the 2nd of May for your e-mail.
144 8   A.  Yes, I read this.



*handwritten: overruled pg 2(6); 801(d)(2); 602*

**147:17 - 148:9  Glombitza, Bernhard 2016-09-13**  1:04

147 17   Q.   Let's look at point number 3.  It says
147 18   "The Bayer document accurately reports that
147 19   dosing of Razaxaban (orally-active Factor Xa
147 20   inhibitor from BMS) was halted because of
147 21   unacceptable bleeding complications for 3 of the
147 22   4th doses.  However, a head-to-head comparison
147 23   of the BMS data with the data from Bayer (see
147 24   Tables) does not necessarily reveal a distinct
147 25   advantage of Xarelto over Razaxaban with respect
148 1   to the balance between efficacy and bleeding
148 2   risk.  In fact, you could question whether the
148 3   20-milligram and 30-milligram Bayer dosing
148 4   groups should have been discontinued due to
148 5   excessive bleeding.  Bayer should comment on
148 6   this matter."
148 7       Do you see that?
148 8   A.  I see what you just read.  I can read
148 9   it here.

**Re: [147:17-148:9]**
**Def Obj** Hearsay. Wyeth is not a party opponent See objection to exhibit 18.

**Re: [147:17-148:9]**
Pltf Resp Business records exception applies, here.  Glombitza testified that he indeed emailed out Exhibit 18.  He did so pursuant to his obligation as Global Project Manager for Xarelto to furnish this information kept in the course of business activity within Bayer.  Further, the document also is relevant as providing notice to Bayer of concerns and issues with Rivaroxaban.

Pending

**148:23 - 149:9  Glombitza, Bernhard 2016-09-13**  1:32

148 23   Q.   Also, if you look at the VTE
148 24   percentage for the Bayer hip replacement surgery
148 25   down at the second group, it shows that the
149 1   percentage of VTEs in the 20-gram BID group were
149 2   higher than those in the 2 and a half milligram
149 3   BID group, doesn't it?
149 4   A.  I see the figures you just mentioned.
149 5   Q.   So no improvement in efficacy from 2
149 6   and a half milligrams to 20 milligrams, but an
149 7   increased risk of major bleeds for Xarelto in
149 8   their hip replacement surgery phase II data that
149 9   they share with Wyeth, correct?

**Re: [148:23-149:9]**
**Def Obj** Hearsay. Wyeth is not a party opponent See objection to exhibit 18.

**Re: [148:23-149:9]**
Pltf Resp Business records exception applies, here.  Glombitza testified that he indeed emailed out Exhibit 18.  He did so pursuant to his obligation as Global Project Manager for Xarelto to furnish this information kept in the course of business activity within Bayer.  Further, the document also is relevant as providing notice to Bayer of concerns and issues with Rivaroxaban.

Pending

**149:11 - 149:12  Glombitza, Bernhard 2016-09-13**  0:07

149 11   A.  I'm not a clinical expert, and I
149 12   refrain from interpreting clinical data.

**Re: [149:11-149:12]**
**Def Obj** Hearsay. Wyeth is not a party opponent See objection to exhibit 18.

**Re: [149:11-149:12]**
Pltf Resp Business records exception applies, here.  Glombitza testified that he indeed emailed out Exhibit 18.  He did so pursuant to his obligation as Global Project Manager for Xarelto to furnish this information kept in the course of business activity within Bayer.  Further, the document also is relevant as providing

Pending

**172:2 - 172:5  Glombitza, Bernhard 2016-09-14**  0:21

172 2   Q.   So yesterday we talked a little bit
172 3   about the fact that you first became involved in
172 4   Xarelto with respect to the due diligence
172 5   program, is that right?

notice to Bayer of concerns and issues with

**172:6 - 172:6  Glombitza, Bernhard 2016-09-14**  0:00

08/01/17 18:10

| | | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| 172 | 6 | A. Yes, we talked about this. | Rivaroxaban. |

175:15 -   175:22 Glombitza, Bernhard 2016-09-14   0:53
175 15      Q.   Let's look at the slide in this
175 16      PowerPoint presentation regarding the Factor Xa
175 17      partnering.  And it says that "BHC will seek a
175 18      partner who will license Xarelto for the US
175 19      territory, will codevelop Xarelto and will
175 20      assume at least 50 percent of future development
175 21      costs."
175 22         Do you see that?

175:23 -   175:25 Glombitza, Bernhard 2016-09-14   0:30
175 23      A.   No, this is not what it says here.
175 24      Q.   What does it say that's different?  It
175 25      uses the acronym BAY 59-7939 instead of Xarelto?

176:1  -   176:5 Glombitza, Bernhard 2016-09-14   0:25
176  1      A.   The difference between what you read
176  2      out and what it says here on paper is BAY
176  3      59-7939.
176  4      Q.   And you understand that BAY 59-7939 is
176  5      Xarelto?

176:6  -   176:6 Glombitza, Bernhard 2016-09-14   0:03
176  6      A.   BAY 59-7939 is rivaroxaban, and this

176:7  -   176:12 Glombitza, Bernhard 2016-09-14   1:03
176  7      is the INN substance.  So Xarelto is the
176  8      formulated rivaroxaban, it's a trade name, and
176  9      it's not a substance name.
176 10      Q.   You understand that whenever I call
176 11      Xarelto -- when I call BAY 59-7939 that I'm
176 12      talking about Xarelto, you understand that?

176:13 -   176:19 Glombitza, Bernhard 2016-09-14   0:36
176 13      A.   If you define it this way now, then
176 14      I'm going to understand it this way in the
176 15      future.
176 16      Q.   Did Bayer have a problem formulating
176 17      the actual pills that would be sold as Xarelto?
176 18      A.   This is a very general question, and I
176 19      fail to understand this question.

178:5  -   178:8 Glombitza, Bernhard 2016-09-14   0:24
178  5      Q.   And if we can turn over to the fifth
178  6      slide.  It says "Companies we intend to
178  7      contact."
178  8         Do you see that?

178:9  -   178:12 Glombitza, Bernhard 2016-09-14   0:20
178  9      A.   This is what it says here, yes.
178 10      Q.   And there were three groups of
178 11      companies, and the first group included
178 12      Novartis, Pfizer, and Abbott, right?

178:13 -   178:20 Glombitza, Bernhard 2016-09-14   0:38
178 13      A.   This is what it says here, yes.
178 14      Q.   The second group was J&J, GSK,
178 15      AstraZeneca, Lilly, and it says the "portfolio
178 16      conflict given to our knowledge which needs
178 17      clarification and discussion.  However, these
178 18      companies are still attractive due to their
178 19      capabilities in marketing and development."
178 20         Do you see that?

178:21 -   178:24 Glombitza, Bernhard 2016-09-14   0:11
178 21      A.   This is what it says here, yes.
178 22      Q.   And the third group was Schering
178 23      Plough and Wyeth.
178 24         Do you see that?

178:25 -   178:25 Glombitza, Bernhard 2016-09-14   0:06
178 25      A.   This is what it says here, yes.

179:17 -   179:21 Glombitza, Bernhard 2016-09-14   0:36
179 17      Q.   And this due diligence effort was so
179 18      that -- this due diligence effort was so that
179 19      Bayer could find a partner for the
179 20      co-development and marketing of Xarelto,
179 21      correct?

179:22 -   179:23 Glombitza, Bernhard 2016-09-14   0:06
179 22      A.   Due diligence was designed to find a

| | Objections In | Responses In | Rulings |
|---|---|---|---|

179 23    partner for Xarelto.

**180:17 – 180:24 Glombitza, Bernhard 2016-09-14**    0:44
180 17    Q.  And then it lists the first steps, and
180 18    it says "First steps:  Identification of a
180 19    responsible person within each department who
180 20    will support the partnering and the expert
180 21    discussion and the due diligence to be named to
180 22    J. Schvneseiffen, B. Glombitza and A. Brandes
180 23    shortly after this meeting."
180 24       Do you see that?

**180:25 – 181:2 Glombitza, Bernhard 2016-09-14**    0:08
180 25    A.  This is what it says here, yes.
181 1    Q.  And if we turn to the next page, it
181 2    says "Next steps for preparation of a due

**181:3 – 181:9 Glombitza, Bernhard 2016-09-14**    0:38
181 3    diligence," and it says "First steps:
181 4    Identification of a project manager being
181 5    responsible for internal organization of due
181 6    diligence and internal support of partnering
181 7    process from TA perspective (done - B.
181 8    Glombitza)."
181 9       Do you see that?

**181:10 – 181:10 Glombitza, Bernhard 2016-09-14**    0:02
181 10    A.  Yes, this is what it says here.

**181:11 – 181:23 Glombitza, Bernhard 2016-09-14**    1:40
181 11    Q.  And were you, in fact, the project
181 12    manager responsible for the organization of the
181 13    due diligence?
181 14    A.  I was the person that was responsible
181 15    for the logistical aspects of due diligence,
181 16    which means I was the one to organize meetings
181 17    and to organize the document flow and to
181 18    organize those things that you do as an
181 19    organizer, for example.  Also organize events.
181 20    Q.  That was your responsibility?
181 21    A.  That was one of my responsibilities.
181 22    In parallel, I continued to be the project
181 23    manager for other development projects.

**181:24 – 182:1 Glombitza, Bernhard 2016-09-14**    0:14
181 24    Q.  You, in fact, actually attended and
181 25    participated in the due diligence meetings,
182 1    correct?

**182:2 – 182:3 Glombitza, Bernhard 2016-09-14**    0:11
182 2    A.  This is correct.  But I cannot confirm
182 3    that I attended all due diligence meetings.

**199:11 – 199:14 Glombitza, Bernhard 2016-09-14**    0:20
199 11    Q.  Let's go down a couple questions.  And
199 12    the next question asked by Novartis is "Is there
199 13    any plan to explore lower doses?"
199 14       Do you see that?

**199:15 – 199:15 Glombitza, Bernhard 2016-09-14**    0:06
199 15    A.  That's what it says.

**213:15 – 213:16 Glombitza, Bernhard 2016-09-14**    0:03
213 15    Q.  Let's look at what we'll mark as
213 16    Exhibit Number 25.

**213:22 – 213:23 Glombitza, Bernhard 2016-09-14**    0:14
213 22    Q.  And this is 1231133, and it's Bates
213 23    BPAG_0261816.  And then we'll mark as Exhibit

**213:24 – 213:24 Glombitza, Bernhard 2016-09-14**    0:11
213 24    Number 26 the attachment to this e-mail, and

**213:25 – 213:25 Glombitza, Bernhard 2016-09-14**    0:01
213 25    this is 1231134, Bates BPAG_0261817.

**214:7 – 214:9 Glombitza, Bernhard 2016-09-14**    0:58
214 7    Q.  And we'll look at Exhibit 25 first,
214 8    which is the e-mail from Harald Kallabis on
214 9    which you were copied.

**214:12 – 214:14 Glombitza, Bernhard 2016-09-14**    0:25
214 12    Q.  You received this e-mail from Harald
214 13    Kallabis on March 5th, 2005?  Or it says

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

214 14    May 3rd, 2005, I'm sorry.

**214:15 - 214:20 Glombitza, Bernhard 2016-09-14**    0:31
214 15    A.   This is what it looks like, because
214 16    I'm CC'd on this e-mail.
214 17    Q.   Okay.  And Mr. Kallabis is e-mailing
214 18    you and your colleagues the final minutes of the
214 19    due diligence March 10th and 11th meeting with
214 20    Scios/J&J, correct?

**214:21 - 215:4 Glombitza, Bernhard 2016-09-14**    0:45
214 21    A.   Yes, this is what it looks like.
214 22    Q.   Okay.  So then if we can look at
214 23    Exhibit 26, which is the attachment to this
214 24    e-mail, it says "BAY 59-7939 Due Diligence
214 25    March 10th and 11th, 2005.  Questions raised by
215 1    Scios/J&J and additional information given
215 2    verbally by Bayer during group
215 3    discussions/presentations."
215 4        Do you see that?

**215:5 - 215:5 Glombitza, Bernhard 2016-09-14**    0:08
215 5    A.   Yes, this is what it says here.

**218:7 - 218:7 Glombitza, Bernhard 2016-09-14**    0:01
218 7    Q.   Let's look at Page 4, if we can, for a

Re: [218:7-218:7]
**Def Obj** This testimony relates to the Xarelto dosing regimen for the AFib indication. Ms. Mingo took Xarelto for treatment of a DVT, the dosing for which is 15 mg twice a day for 21 days, followed by 20 mg once a day. There are no claims that the dosing for DVT treatment should have remained twice a day dosing beyond the initial 21-day period. Thus, the testimony is not relevant, is unduly prejudicial, misleads the jury, and confuses the issues. FRE 401 and 403.

Re: [218:7-218:7]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety.  The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication-- which the FDA has not approved for Xarelto in the US.  See Court's Ruling in Orr overruling defense objections to Glombitza designations at 292:2-296:6.

Pending

**218:8 - 218:12 Glombitza, Bernhard 2016-09-14**    1:01
218 8    minute.  And I'm going to ask you about the
218 9    second question raised by Scios/J&J.  Do you see
218 10    it says "Do you expect the high peak to trough
218 11    ratio to be a problem in Afib?"
218 12        Do you see that?

Re: [218:8-218:12]
**Def Obj** This testimony relates to the Xarelto dosing regimen for the AFib indication. Ms. Mingo took Xarelto for treatment of a DVT, the dosing for which is 15 mg twice a day for 21 days, followed by 20 mg once a day. There are no claims that the dosing for DVT treatment should have remained twice a day dosing beyond the initial 21-day period. Thus, the testimony is not relevant, is unduly prejudicial, misleads the jury, and confuses the issues. FRE 401 and 403.

Re: [218:8-218:12]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety.  The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication-- which the FDA has not approved for Xarelto in the US.  See Court's Ruling in Orr overruling defense objections to Glombitza designations at 292:2-296:6.

Pending

**218:13 - 218:13 Glombitza, Bernhard 2016-09-14**    0:02
218 13    A.   Yes, this is what I can read here.

Re: [218:13-218:13]          Re: [218:13-218:13]          Pending



Overruled
see supp.
214

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | **Def Obj** This testimony relates to the Xarelto dosing regimen for the AFib indication. Ms. Mingo took Xarelto for treatment of a DVT, the dosing for which is 15 mg twice a day for 21 days, followed by 20 mg once a day. There are no claims that the dosing for DVT treatment should have remained twice a day dosing beyond the initial 21-day period. Thus, the testimony is not relevant, is unduly prejudicial, misleads the jury, and confuses the issues. FRE 401 and 403. | Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication-- which the FDA has not approved for Xarelto in the US. See Court's Ruling in Orr overruling defense objections to Glombitza designations at 292:2-296:6. | *Overruled* (handwritten) |

**219:6 - 219:6  Glombitza, Bernhard 2016-09-14**  0:21

| 219  6 | Q.   Let's look at Page 8, the top of | | |
|---|---|---|---|
| | **Re: [219:6-219:6]** **Def Obj** This testimony relates to the Xarelto dosing regimen for the AFib indication. Ms. Mingo took Xarelto for treatment of a DVT, the dosing for which is 15 mg twice a day for 21 days, followed by 20 mg once a day. There are no claims that the dosing for DVT treatment should have remained twice a day dosing beyond the initial 21-day period. Thus, the testimony is not relevant, is unduly prejudicial, misleads the jury, and confuses the issues. FRE 401 and 403. | Re: [219:6-219:6] Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication-- which the FDA has not approved for Xarelto in the US. See Court's Ruling in Orr overruling defense objections to Glombitza designations at 292:2-296:6. | Pending |

**219:7 - 219:7  Glombitza, Bernhard 2016-09-14**  0:20

| 219  7 | Page 8. And if we look at the top of Page 8, | | |
|---|---|---|---|
| | **Re: [219:7-219:7]** **Def Obj** This testimony relates to the Xarelto dosing regimen for the AFib indication. Ms. Mingo took Xarelto for treatment of a DVT, the dosing for which is 15 mg twice a day for 21 days, followed by 20 mg once a day. There are no claims that the dosing for DVT treatment should have remained twice a day dosing beyond the initial 21-day period. Thus, the testimony is not relevant, is unduly prejudicial, misleads the jury, and confuses the issues. FRE 401 and 403. | Re: [219:7-219:7] Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication-- which the FDA has not approved for Xarelto in the US. See Court's Ruling in Orr overruling defense objections to Glombitza designations at 292:2-296:6. | Pending |

**219:8 - 219:9  Glombitza, Bernhard 2016-09-14**  0:07

08/01/17 18:10

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 219 8<br>219 9 | the Scios/J&J question that's presented in these<br>meeting minutes is "Is it possible that you will | Re: [219:8-219:9]<br>**Def Obj** This testimony relates to the Xarelto dosing regimen for the AFib indication. Ms. Mingo took Xarelto for treatment of a DVT, the dosing for which is 15 mg twice a day for 21 days, followed by 20 mg once a day. There are no claims that the dosing for DVT treatment should have remained twice a day dosing beyond the initial 21-day period. Thus, the testimony is not relevant, is unduly prejudicial, misleads the jury, and confuses the issues. FRE 401 and 403. | Re: [219:8-219:9]<br>Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety.  The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication-- which the FDA has not approved for Xarelto in the US.  See Court's Ruling in Orr overruling defense objections to Glombitza designations at 292:2-296:6. | Pending<br><br>*Overruled* |
| 219:10 –   219:10 Glombitza, Bernhard 2016-09-14<br>219 10        do a BID development in Afib?"  Right? | | 0:15 | | |
| | | Re: [219:10-219:10]<br>**Def Obj** This testimony relates to the Xarelto dosing regimen for the AFib indication. Ms. Mingo took Xarelto for treatment of a DVT, the dosing for which is 15 mg twice a day for 21 days, followed by 20 mg once a day. There are no claims that the dosing for DVT treatment should have remained twice a day dosing beyond the initial 21-day period. Thus, the testimony is not relevant, is unduly prejudicial, misleads the jury, and confuses the issues. FRE 401 and 403. | Re: [219:10-219:10]<br>Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety.  The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication-- which the FDA has not approved for Xarelto in the US.  See Court's Ruling in Orr overruling defense objections to Glombitza designations at 292:2-296:6. | Pending |
| 219:11 –   219:14 Glombitza, Bernhard 2016-09-14<br>219 11        A.   That's what it says, yes.<br>219 12        Q.   And Frank Misselwitz responds to this<br>219 13        question and says "This is possible.  We plan<br>219 14        for an OD development, however."  Right? | | 0:19 | | |
| | | Re: [219:11-219:14]<br>**Def Obj** This testimony relates to the Xarelto dosing regimen for the AFib indication. Ms. Mingo took Xarelto for treatment of a DVT, the dosing for which is 15 mg twice a day for 21 days, followed by 20 mg once a day. There are no claims that the dosing for DVT treatment should have remained twice a day dosing beyond the initial 21-day period. Thus, the testimony is not relevant, is unduly prejudicial, misleads the jury, and confuses the issues. FRE 401 and 403. | Re: [219:11-219:14]<br>Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety.  The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication-- which the FDA has not approved for Xarelto in the US.  See Court's Ruling in Orr overruling defense objections to Glombitza designations at 292:2-296:6. | Pending |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

**219:15 – 219:15 Glombitza, Bernhard 2016-09-14**   0:01
219  15      A.   That's what it says.

**219:16 – 219:16 Glombitza, Bernhard 2016-09-14**   0:19
219  16      Q.   Okay. If you look at Page 9, look at

**219:17 – 219:20 Glombitza, Bernhard 2016-09-14**   0:18
219  17      the top, it says -- Scios/J&J says "Elderly
219  18      women have an AUC increase of 52 percent
219  19      compared to younger women."
219  20           Do you see that?

**219:21 – 219:21 Glombitza, Bernhard 2016-09-14**   0:09
219  21      A.   That's what it says, yes.

**220:10 – 220:16 Glombitza, Bernhard 2016-09-14**   0:29
220  10      Q.   It also says "Women over 75 years have
220  11      a 20 percent AUC increase compared to elderly
220  12      men. What is the implication, if any, on dosing
220  13      in elderly women? Do elderly women have a
220  14      different bleeding profile or a higher frequency
220  15      of bleeding in completed or ongoing trials?"
220  16           Do you see those questions?

**220:17 – 220:17 Glombitza, Bernhard 2016-09-14**   0:03
220  17      A.   Yes, I see that.

Re: [219:15-219:15]
**Def Obj** This testimony relates to the Xarelto dosing regimen for the AFib indication. Ms. Mingo took Xarelto for treatment of a DVT, the dosing for which is 15 mg twice a day for 21 days, followed by 20 mg once a day. There are no claims that the dosing for DVT treatment should have remained twice a day dosing beyond the initial 21-day period. Thus, the testimony is not relevant, is unduly prejudicial, misleads the jury, and confuses the issues. FRE 401 and 403.

Re: [219:15-219:15]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication-- which the FDA has not approved for Xarelto in the US. See Court's Ruling in Orr overruling defense objections to Glombitza designations at 292:2-296:6.

Pending

*Overruled See supra*

**222:3 – 222:5 Glombitza, Bernhard 2016-09-14**   0:11
222  3      Q.   The -- according to these minutes, J&J
222  4      asked the question regarding "What about having
222  5      both a BID and an OD study arm?" Right?

Re: [222:3-222:5]
**Def Obj** This testimony relates to the Xarelto dosing regimen for the AFib indication. Ms. Mingo took Xarelto for treatment of a DVT, the dosing for which is 15 mg twice a day for 21 days, followed by 20 mg once a day. There are no claims that the dosing for DVT treatment should have remained twice a day dosing beyond the initial 21-day period. Thus, the testimony is not relevant, is unduly prejudicial, misleads the jury, and confuses the issues. FRE 401 and 403.

Re: [222:3-222:5]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication-- which the FDA has not approved for Xarelto in the US. See Court's Ruling in Orr overruling defense objections to Glombitza designations at 292:2-296:6.

Pending

**222:8 – 222:15 Glombitza, Bernhard 2016-09-14**   0:22
222  8      A.   What I can read is what it says here,
222  9      "You plan to use one dose in phase III. Have
222  10     you considered using two doses? What about
222  11     having both a BID and an OD study arm?" That's
222  12     what I can read. And there seems to be a
222  13     question that J&J asked on the basis of the
222  14     context abiding at the time and the data that
222  15     was available.

Re: [222:8-222:15]
**Def Obj** This testimony relates to the Xarelto dosing regimen for the AFib indication. Ms. Mingo took Xarelto for treatment of a DVT, the dosing for which is 15 mg twice a day for 21 days, followed by 20 mg once a day. There are no claims that the dosing for DVT treatment should have remained twice a day dosing beyond the initial 21-day period. Thus, the testimony is not relevant, is unduly prejudicial, misleads the jury, and confuses the issues. FRE 401 and 403.

Re: [222:8-222:15]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication-- which the FDA has not approved for Xarelto in the US. See Court's Ruling in Orr overruling defense objections to Glombitza designations at 292:2-296:6.

Pending

**222:17 – 223:12 Glombitza, Bernhard 2016-09-14**   2:56
222  17     Q.   Now, in your role as a project manager
222  18     for Xarelto and managing finances and timelines,
222  19     did you have an understanding that testing more
222  20     than one dose in phase III would be more
222  21     expensive for Bayer and their partner than
222  22     testing just one dose in phase III?
222  23     A.   Clinical study design is extremely
222  24     complex, but there's not always a 1-to-1
222  25     connection between the number of doses and the
223  1      expense. So if you have two dosage arms, it
223  2      doesn't necessarily mean that the study is going
223  3      to be more expensive. The cost depends on the
223  4      general setting on the condition that is

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | |
|---|---|
| 223 | 5 | supposed to be studied, and on the general study |
| 223 | 6 | design. This determines whether a study will be |
| 223 | 7 | more expensive or not. |
| 223 | 8 | Nevertheless, you can say that two |
| 223 | 9 | dosage arms in a phase III study will mostly but |
| 223 | 10 | not always require more patients and can |
| 223 | 11 | therefore become more expensive, but they don't |
| 223 | 12 | have to be. |

**223:15 -   223:25  Glombitza, Bernhard 2016-09-14**          1:43

| 223 | 15 | Q.   Specifically in your role as project |
| 223 | 16 | manager for Xarelto, would a study in phase III |
| 223 | 17 | for Afib cost more money if more than one dose |
| 223 | 18 | was tested? |
| 223 | 19 | A.   I don't recall exactly, because it's a |
| 223 | 20 | long time ago. But if we had kept the number of |
| 223 | 21 | patients per arm constant and increased the |
| 223 | 22 | number of centers, then a combined BID/OD study |
| 223 | 23 | would have become more expensive. There was |
| 223 | 24 | some kind of evaluation back then, but I do not |
| 223 | 25 | recall exactly what it was. |

Re: [223:15-223:25]
**Def Obj** This testimony relates to theAfib indication and clinical testing associated with its dosing regimen. Ms. Mingo took Xarelto for treatment of a DVT, the dosing for which is 15 mg twice a day for 21 days, followed by 20 mg once a day. There are no claims that the dosing for DVT treatment should have remained twice a day dosing beyond the initial 21-day period. Thus, the testimony is not relevant, is unduly prejudicial, misleads the jury, wastes time, and confuses the issues. FRE 401 and 403.

Re: [223:15-223:25]
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication--which the FDA has not approved for Xarelto in the US. See Court's Ruling in Orr overruling defense objections to Glombitza designations at 292:2-296:6.

Overruled
see supra

Pending

**225:23 -   226:3   Glombitza, Bernhard 2016-09-14**          0:33

| 225 | 23 | Q.   If you can look with me on Page 14, |
| 225 | 24 | there's a question from J&J, and it says "Are |
| 225 | 25 | you developing an antidote?" And the response |
| 226 | 1 | from SP is "The FDA asked us for a |
| 226 | 2 | countermeasure in cases of overdose." |
| 226 | 3 | Do you see that? |

Re: [225:23-226:3]
**Def Obj** 401/403. There is no evidence that a reversal agent would have affected Plaintiff™s outcome in any way. And no one will offer such an opinion at trial. The whole topic of reversal agent is therefore irrelevant to Plaintiff™s claims and will serve only to inflame the jury and prejudice Defendants.

Re: [225:23-226:3]
Pltf Resp Defense claims without support that there exists  no evidence that a reversal agent would have affected Plaintiffs' outcome, which seeks a prospective Court ruling before a single piece of evidence or testimony is offering during the Plaintiffs' case. The availability of an antidote (or lack thereof) goes to the full risk / benefit profile of Xarelto in the context of Plaintiffs' claims. That an antidote was not developed for Xarelto, which may have mitigated her bleed could not be more probative, either. This is a new objection to previously designated testimony and is not specific to new issues in the Mingo case.

Pending

**226:5 -   226:5   Glombitza, Bernhard 2016-09-14**          0:03

| 226 | 5 | A.   This is what it says here, yes. |

Re: [226:5-226:5]
**Def Obj** 401/403 - see above objections regarding OD dosing and reversal agent. Also, compound.

Re: [226:5-226:5]
Pltf Resp Defense claims without support that there exists  no evidence that a reversal agent would have affected Plaintiffs' outcome, which seeks a prospective Court ruling before a single piece of evidence or testimony is offering during the Plaintiffs' case. The availability of an antidote (or lack thereof) goes to the full risk / benefit profile of Xarelto in the context of Plaintiffs' claims. That an antidote was not developed for Xarelto, which may have mitigated her bleed could not be more probative, either. This is a new objection to previously designated testimony and is not specific to

Pending

**226:17 -   227:4   Glombitza, Bernhard 2016-09-14**          1:37

| 226 | 17 | Q.   So based on these meeting minutes from |
| 226 | 18 | way back in 2005, J&J in the due diligence |
| 226 | 19 | process raised issues regarding a high peak-to |
| 226 | 20 | trough ratio being a problem in Afib, BID |
| 226 | 21 | development, and whether it was going to be |
| 226 | 22 | developed BID, AUC increases in elderly women |
| 226 | 23 | and potential dose implications or higher |
| 226 | 24 | frequency of bleeding, whether more than one |
| 226 | 25 | dose or a BID and OD study arm would be used in |
| 227 | 1 | phase III, the food effect of Xarelto and |
| 227 | 2 | increases in exposure at certain doses, and |
| 227 | 3 | whether Bayer was going to develop an antidote, |

08/01/17 18:10

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | | new issues in the Mingo case. | |

227  4    right?

227:7 -   227:17 Glombitza, Bernhard 2016-09-14                                    0:47
227  7        A.  That was a rather long list, and I
227  8        cannot say whether the individual points that
227  9        you raised are right or not.  We would have to
227  10       compare what you just said to the minutes that
227  11       we are looking at.
227  12            But generally, you could say that
227  13       11 years ago J&J somehow touched upon these
227  14       questions on the basis of a limited amount of
227  15       data available.  But I am unable to agree with
227  16       what you just read out, these issues raised by
227  17       J&J, in their totality.

227:19 -  228:2 Glombitza, Bernhard 2016-09-14                                     1:20
227  19       Q.  During the due diligence process,
227  20       there were second confirmatory due diligence
227  21       visits later on.
227  22            Do you recall that?
227  23       A.  I don't recall the exact process, nor
227  24       what happened in the individual instances, but I
227  25       do recall that there were sometimes second
228  1        rounds, but I don't remember what companies were
228  2        concerned and what the content was.

233:24 -  234:4 Glombitza, Bernhard 2016-09-14                                     0:39
233  24       Q.  It was common for you to be the
233  25       conduit of information back and forth between
234  1        the companies involved in the due diligence,
234  2        your contacts at J&J, and then you would forward
234  3        the information to your colleagues at Bayer, and
234  4        vice-versa, correct?

234:6 -   234:8 Glombitza, Bernhard 2016-09-14                                     0:12
234  6        A.  I was something like an air traffic
234  7        controller, that is, a lot of documents went
234  8        through my desk back and forth.

239:1 -   239:4 Glombitza, Bernhard 2016-09-14                                     0:40
239  1        Q.  You agree that Bayer's goal was to get
239  2        Xarelto to market as soon as possible so that
239  3        the competitor oral anticoagulants would not
239  4        have a marketing advantage?

239:5 -   239:7 Glombitza, Bernhard 2016-09-14                                     0:06
239  5        A.  I do not agree.
239  6        Q.  Let me show you what we'll mark as
239  7        Exhibit Number 30.

239:13 -  239:16 Glombitza, Bernhard 2016-09-14                                    0:37
239  13       Q.  And it's record number 1283671, Bates
239  14       BPAG_03628480.  It's an e-mail chain involving'
239  15       yourself and Tao Fu and Arndt Brandes and some
239  16       others?

239:17 -  239:17 Glombitza, Bernhard 2016-09-14                                    1:28
239  17       A.  I'd need some time to read it through.

239:21 -  240:1 Glombitza, Bernhard 2016-09-14                                     1:08
239  21       Q.  Okay.  So you can see that the e-mail
239  22       starts with an e-mail from Arndt Brandes to Tao
239  23       Fu where he attached a development plan to go
239  24       along with the collaborative development license
239  25       agreement, and then Tao Fu responds, if you look
240  1        with me on the third page of this document, and

240:2 -   240:8 Glombitza, Bernhard 2016-09-14                                     0:40
240  2        if you look with me, he says "Dear Arndt," and
240  3        if you look with me the second paragraph, he
240  4        says "I think it will be important for the two
240  5        clinical teams to have a discussion about the
240  6        development plan.  Our impression is that the
240  7        timeline in your plan for 2006 is aggressive."
240  8            Do you see that?

240:9 -   240:9 Glombitza, Bernhard 2016-09-14                                     0:01
240  9        A.  This is what it says, yes.

242:6 -   242:11 Glombitza, Bernhard 2016-09-14                                    0:26
242  6        Q.  Okay.  Arndt Brandes says to you and
242  7        your colleagues "It's going back to clinical
242  8        trial design (minimization of risk) and
242  9        expectation by us to partner in terms of

|  | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

Sustained

| 242 10 | resources." |
| 242 11 | Do you see that? |

**242:12 - 242:12 Glombitza, Bernhard 2016-09-14**   0:01
| 242 12 | A. Yes, I can see that. |

**243:7 - 243:17 Glombitza, Bernhard 2016-09-14**   1:40
| 243 7 | Q. Okay. And so then if we go back to |
| 243 8 | the first page of the e-mail chain, and Arndt |
| 243 9 | Brandes's e-mail to you and Frank Misselwitz and |
| 243 10 | Joerg Moeller, when he says "It's going back to |
| 243 11 | clinical trial design (minimization of risk)," |
| 243 12 | he's not talking about minimizing the risk to |
| 243 13 | patients, is he? He's talking about minimizing |
| 243 14 | the risk that the study will not succeed to be |
| 243 15 | able to get Xarelto approved and deciding on a |
| 243 16 | trial design that will make it more likely that |
| 243 17 | Bayer and Janssen will have success, correct? |

Re: [243:7-243:17]
Def Obj Foundation. The witness testifies at 243:19 - 243:24 that he is unable to answer the question and would be speculating.

Re: [243:7-243:17]
Pltf Resp The foundation is easily established considering Glombitza received the email in the context of his role as the Global Project Manager for Xarelto. Whether he understood Mr. Brandes' email is material to his capacity and performance in that role as well as Bayer's conduct bringing Xarelto to market. This is a new objection to previously designated testimony and is not specific to new issues in the Mingo case.

Pending

**243:19 - 243:19 Glombitza, Bernhard 2016-09-14**   0:02
| 243 19 | A. No, this is not right. I'm not in |

**243:20 - 243:24 Glombitza, Bernhard 2016-09-14**   0:16
| 243 20 | agreement with what you said. I do not know |
| 243 21 | what Arndt Brandes meant in 2005 with this, and |
| 243 22 | I do not wish to speculate on this. So if you'd |
| 243 23 | like to know what he meant back then, you would |
| 243 24 | have to go back to him and ask him. |

**244:9 - 244:10 Glombitza, Bernhard 2016-09-14**   0:04
| 244 9 | Q. But you keep Frank Misselwitz and |
| 244 10 | Joerg Moeller in the group, right? |

**244:11 - 244:14 Glombitza, Bernhard 2016-09-14**   0:33
| 244 11 | A. Frank Misselwitz is CC'd, and Joerg |
| 244 12 | Moeller together with Josef Schvneseiffen and |
| 244 13 | Kemal Malik are the ones this e-mail is |
| 244 14 | addressed to. |

**245:5 - 246:14 Glombitza, Bernhard 2016-09-14**   2:19
| 245 5 | Q. So you e-mail your colleague and say |
| 245 6 | "Dear Colleagues, next week the team is involved |
| 245 7 | in further preparations for the FDA type C |
| 245 8 | meeting and the preparational meetings for the |
| 245 9 | OD/BID decision (CDPrc/DP3). Additional next |
| 245 10 | week the CDPrc for the treatment program is |
| 245 11 | scheduled. |
| 245 12 | "We had this week two 'accidents' on |
| 245 13 | the project. This was the timing of the |
| 245 14 | structured request to the DSMB of the 11223 |
| 245 15 | study (group comparison OD 40 milligrams versus |
| 245 16 | BID 20 milligrams) and the date for 'stat tables |
| 245 17 | available' for the Einstein study. From my |
| 245 18 | point of view these accidents could have been |
| 245 19 | avoided (structured request) or at least brought |
| 245 20 | up earlier ('stat tables available') if the |
| 245 21 | clinical team would have had sufficient |
| 245 22 | time/resources to focus on the operational side |
| 245 23 | of the project. |
| 245 24 | "It is clear that the request of |
| 245 25 | Apollo is important for the further contract |
| 246 1 | negotiations and potential relationship |
| 246 2 | building, but we have now to be clear that we |
| 246 3 | are cutting resources on the operational side of |
| 246 4 | the project with a high risk that project |
| 246 5 | quality is suffering (...and I see the two |
| 246 6 | 'accidents' as clear prealert for this). |
| 246 7 | "I assume that we have to give the |
| 246 8 | Apollo request priority (please inform me if |
| 246 9 | this should be wrong), hence I will start |
| 246 10 | organizing to set up the requested meetings for |
| 246 11 | the further Apollo interactions. |
| 246 12 | "Regards, Bernhard." |
| 246 13 | That's what you told your colleagues |
| 246 14 | back on September 25, 2005, right? |

**246:15 - 246:15 Glombitza, Bernhard 2016-09-14**   0:03
| 246 15 | A. This is what it says here, yes. |

**255:23 - 256:16 Glombitza, Bernhard 2016-09-14**   3:07
| 255 23 | Q. I show you what we'll mark as Exhibit |
| 255 24 | Number 34, which is record 404979, Bates |
| 255 25 | BPAG_00827673. |
| 256 1 | (Whereupon, Glombitza Exhibit Number |

|  |  |  | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| 256 | 2 | 34, Document titled BAY 59-7939 Due |
| 256 | 3 | Diligence June 22 and 23, 2005, Bates |
| 256 | 4 | XARELTO_BPAG_00827673 through 7683, |
| 256 | 5 | was marked for identification.) |
| 256 | 6 | BY MR. OVERHOLTZ: |
| 256 | 7 | Q.    And this is titled "BAY 59-7939 Due |
| 256 | 8 | Diligence June 22 and 23, 2005.  Questions |
| 256 | 9 | raised by AstraZeneca:  and additional |
| 256 | 10 | information given verbally by Bayer during the |
| 256 | 11 | group discussions/presentations."  And you are |
| 256 | 12 | listed, along with several others, as people |
| 256 | 13 | that answered questions. |
| 256 | 14 |     Do you see that? |
| 256 | 15 | A.    Please bear with me while I read |
| 256 | 16 | through the document. |

**260:20 -    261:8 Glombitza, Bernhard 2016-09-14**                    1:24

| | | |
|---|---|---|
| 260 | 20 | Q.    If you look with me on Page 5, about |
| 260 | 21 | halfway down, three-quarters of the way down, |
| 260 | 22 | AstraZeneca asks a follow-up question and says |
| 260 | 23 | "Could you explain the difference between PT and |
| 260 | 24 | INR and the meaning of these tests for BAY?" |
| 260 | 25 |     Do you see that? |
| 261 | 1 | A.    Yes, I see that this is written here. |
| 261 | 2 | Q.    And in the response, Frank Misselwitz |
| 261 | 3 | responds regarding INR, and at the bottom he |
| 261 | 4 | says "The goal is to establish guidance based on |
| 261 | 5 | our clinical program.  This could be INR, |
| 261 | 6 | something similar, or PT prolongation." |
| 261 | 7 |     Do you see that? |
| 261 | 8 | A.    Yes, I see that it's written there. |

**262:17 -    262:18 Glombitza, Bernhard 2016-09-14**                    0:05

| | | |
|---|---|---|
| 262 | 17 | Q.    I show you what we'll mark as Exhibit |
| 262 | 18 | Number 35. |

**262:24 -    262:24 Glombitza, Bernhard 2016-09-14**                    0:13

| | | |
|---|---|---|
| 262 | 24 | Q.    It's record 873308, Bates 01476447. |

**262:25 -    263:2 Glombitza, Bernhard 2016-09-14**                    0:38

| | | |
|---|---|---|
| 262 | 25 |     And you send an e-mail to several |
| 263 | 1 | people at Bayer on April 29th of 2005, the |
| 263 | 2 | subject being "Due Diligence Pfizer Xa." |

**263:3 -    263:4 Glombitza, Bernhard 2016-09-14**                    0:02

| | | |
|---|---|---|
| 263 | 3 | A.    Yes, I see the document, and I need |
| 263 | 4 | some time to quickly see through it. |

**263:7 -    264:10 Glombitza, Bernhard 2016-09-14**                    2:47

| | | |
|---|---|---|
| 263 | 7 | Q.    Okay. |
| 263 | 8 | A.    Yes, I briefly read through this. |
| 263 | 9 | Q.    So you tell your colleagues at Bayer |
| 263 | 10 | on April 29, 2005, "Dear Colleagues, please find |
| 263 | 11 | enclosed the official feedback of ICL on our Due |
| 263 | 12 | Diligence with Pfizer.  I think this DD was |
| 263 | 13 | special." |
| 263 | 14 |     Moving to the second page.  "The world |
| 263 | 15 | biggest pharma company (in terms of revenues) |
| 263 | 16 | challenged the team on their expertise on our |
| 263 | 17 | Factor Xa inhib, BAY 59-7939.  We experienced a |
| 263 | 18 | situation where several disciplines from the |
| 263 | 19 | potential partner were represented by a clear |
| 263 | 20 | numerical majority in respect to us. |
| 263 | 21 |     "We got from Pfizer the feedback that |
| 263 | 22 | we managed the questions and the process highly |
| 263 | 23 | professional.  You can be proud of this. |
| 263 | 24 |     "I think the learnings for our project |
| 263 | 25 | triggered by the questions of Pfizer this time |
| 264 | 1 | did exceed what the DDs before provided us. |
| 264 | 2 |     "Special thanks to those who are |
| 264 | 3 | currently under 'full steam' in the preparation |
| 264 | 4 | of the end of Phase II meeting with the FDA, |
| 264 | 5 | thus bringing forward both the DDs and the EOP2 |
| 264 | 6 | meeting preparations. |
| 264 | 7 |     "Thanks.  Regards, Bernhard |
| 264 | 8 | Glombitza." |
| 264 | 9 |     That's what you said in your e-mail to |
| 264 | 10 | your Bayer colleagues, correct? |

**264:11 -    264:14 Glombitza, Bernhard 2016-09-14**                    0:24

| | | |
|---|---|---|
| 264 | 11 | A.    This is what it says. |
| 264 | 12 | Q.    And your e-mail that you sent was |
| 264 | 13 | forwarding an e-mail that you received from |
| 264 | 14 | Arndt Brandes on April 28, 2005, correct? |

|  | Objections In | Responses In | Rulings |
|---|---|---|---|

**264:15 -   264:15 Glombitza, Bernhard 2016-09-14**                                    0:15
   264 15   A.   Looks like it, yes.

**264:16 -   265:6 Glombitza, Bernhard 2016-09-14**                                    1:01
   264 16   Q.   Arndt Brandes's e-mail says "Dear
   264 17   Gentlemen," to you and several others, "this is
   264 18   to inform you that we have finished today due
   264 19   diligence on our Factor Xa with Pfizer.  While
   264 20   it is now for the fourth time we did this it is
   264 21   still noteworthy that everything in terms of
   264 22   organization went very well.  In comparison to
   264 23   the other DDs we have performed so far it
   264 24   certainly was the most challenging one we
   264 25   experienced.  Pfizer sent 21 people being
   265  1   experienced in doing due diligence.  To satisfy
   265  2   their needs was challenging but I think again
   265  3   the team made a very good job in convincing them
   265  4   about the promise of our Xa."
   265  5       Do you see that?
   265  6   A.   This is what it says.

**266:17 -   266:21 Glombitza, Bernhard 2016-09-14**                                    0:55
   266 17   Q.   At the end of the day, Pfizer did not
   266 18   move forward on due diligence with rivaroxaban
   266 19   and Bayer, and ended up developing and marketing
   266 20   with another company, a competitor Factor Xa
   266 21   inhibitor, apixaban, right?

**266:23 -   267:3 Glombitza, Bernhard 2016-09-14**                                    0:26
   266 23   A.   I know that Pfizer entered into a
   266 24   cooperation with BMS regarding apixaban.  I do
   266 25   not know and cannot say whether this due
   267  1   diligence here is connected to that cooperation.
   267  2   You would have to ask Pfizer.  The due diligence
   267  3   is connected with this cooperation on apixaban.

**270:16 -   270:19 Glombitza, Bernhard 2016-09-14**                                    0:21
   270 16   Q.   I'll show you what we'll mark as
   270 17   Exhibit 38 and 39.  38 is an e-mail, record
   270 18   1751116, BPAG_04357421.  And 39 is record
   270 19   1751117, Bates BPAG_04357422.

**271:2 -   271:3 Glombitza, Bernhard 2016-09-14**                                    0:40
   271  2   A.   Yes, I've got the document in front of
   271  3   me.  And allow me to scan it briefly.

**272:5 -   272:9 Glombitza, Bernhard 2016-09-14**                                    0:39
   272  5   Q.   So if we look at these draft meeting
   272  6   minutes from April 27th, Pfizer also raised
   272  7   several issues for Bayer to comment on.  Let's
   272  8   look at a few of those.
   272  9   'If you look with me on Page 2,

**272:14 -   272:18 Glombitza, Bernhard 2016-09-14**                                    0:20
   272 14   Q.   Okay.  And then you also ask, if you
   272 15   go down with me, the second question says
   272 16   "Please comment on the woman with very high
   272 17   plasma concentration of BAY.  Do you have a
   272 18   ceiling effect?"

**272:19 -   272:23 Glombitza, Bernhard 2016-09-14**                                    0:21
   272 19   A.   Yes, this is what it says here.
   272 20   Q.   If you look with me on the bottom of
   272 21   Page 2, Pfizer asked "is there an increase of
   272 22   exposure in elderly volunteers when BAY is
   272 23   administered with food?"

**272:24 -   272:24 Glombitza, Bernhard 2016-09-14**                                    0:07
   272 24   A.   This is what it says, yes.

**272:25 -   273:1 Glombitza, Bernhard 2016-09-14**                                    0:26
   272 25   Q.   Okay.  And then if you can turn with
   273  1   me over to the last page, it says "Have you

**273:2 -   273:4 Glombitza, Bernhard 2016-09-14**                                    0:29
   273  2   tried to correlate PK to safety or efficacy?"
   273  3       Do you see that?  Maybe next to the
   273  4   last page.  I'm sorry.  Next to the last page.

**273:5 -   273:9 Glombitza, Bernhard 2016-09-14**                                    0:19
   273  5   A.   Yes, I can see that.
   273  6   Q.   And then if you look with me just
   273  7   under there, Pfizer asks the question "Do you

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

273 8     take blood samples when an event occurs?"
273 9       Do you see that?

**273:10 - 273:12 Glombitza, Bernhard 2016-09-14**     0:15
273 10    A.  Yes, that's what it says here.
273 11    Q.  And then it also asks "is bleeding an
273 12    SAE?"  Right?  The next question.

**273:13 - 273:13 Glombitza, Bernhard 2016-09-14**     0:02
273 13    A.  Yes, this is what it says here.

**273:20 - 274:1 Glombitza, Bernhard 2016-09-14**     0:36
273 20    Q.  If you'll go with me down, it's --
273 21    one, two, three, four, five, six, seven, eight,
273 22    nine, ten, eleven -- twelve bullet points down,
273 23    it says "The category of 'clinically relevant
273 24    non-major bleedings' was invented by Bayer."
273 25       Do you see that?
274 1    A.  I can see that this is written, yeah.

**274:18 - 275:3 Glombitza, Bernhard 2016-09-14**     0:41
274 18    Q.  So if we look -- as we looked at
274 19    Exhibit, I guess it was 39 -- is that right?
274 20       As we looked at 39 and the draft
274 21    minutes of the Pfizer due diligence meeting that
274 22    Harald Kallabis sent to you, Pfizer raised
274 23    issues in that meeting related to the food
274 24    effect, increased exposures in elderly with
274 25    food, whether Bayer had correlated PK to safety
275 1    or efficacy, and whether Bayer took blood
275 2    samples for events.
275 3       Do you recall that in that document?

**275:4 - 275:4 Glombitza, Bernhard 2016-09-14**     2:20
275 4    A.  I do remember what we've just read.

**275:4 - 275:4 Glombitza, Bernhard 2016-09-14**     2:20
275 4    A.  I do remember what we've just read.

**281:4 - 281:12 Glombitza, Bernhard 2016-09-14**     1:02
281 4    Q.  You called yourself an air traffic
281 5    controller earlier. Shouldn't an air traffic
281 6    controller speak up when they see potential
281 7    danger?
281 8    A.  I said that I was the project manager,
281 9    the project leader, and as such responsible for
281 10    cost, timelines and team facilitation. My task
281 11    was not to assess -- to scientifically assess
281 12    clinical data.

Re: [281:4-281:12]
Def Obj Argumentative. Assumes facts.

Re: [281:4-281:12]
Pltf Resp This line of questioning is hardly argumentative nor assumes facts, given this adverse witness' refrain during the deposition that, despite his title as Global Project Manager, he lacked understanding of actions taken around him. This line of questioning merely seeks his understanding of any responsibility that tracks this role.

Pending

**281:24 - 282:3 Glombitza, Bernhard 2016-09-14**     0:32
281 24    Q.  Dr. Glombitza, let me show you what
281 25    we'll mark as Exhibits 41 and 42, which is
282 1    record number 4622236, BPAG_33708397, and then
282 2    Exhibit 42 is 4622237, which is Bates
282 3    33708398 -- 399, I'm sorry. 399.

**282:19 - 283:1 Glombitza, Bernhard 2016-09-14**     1:45
282 19    Q.  Okay.  So in Exhibit 41, you e-mail on
282 20    March 31, 2008 Stephan Wirtz, along with Frank
282 21    Misselwitz, Harald Kallabis and Ian Talmage,
282 22    this ACS board of management PowerPoint that's
282 23    attached as Exhibit 42, and you make a comment
282 24    regarding modification of slide number 6 and
282 25    taking out the 285 -- $280 million case, is that
283 1    right?

**283:2 - 283:14 Glombitza, Bernhard 2016-09-14**     0:48
283 2    A.  What I read here is that a
283 3    presentation was attached that was supposed to
283 4    be shown at the marketing board of management on
283 5    ACS. And I comment in this e-mail, and this
283 6    comment isn't entirely clear to me when I look
283 7    at it now, but I comment on somebody having
283 8    apparently taken out a case, and I don't know
283 9    whether this was done deliberately or whether it
283 10    was just a coincidence.
283 11    Q.  And then the next thing you said in
283 12    your e-mail was "The rest looks good to me,"
283 13    right?
283 14    A.  That's what it says here, yes.

**285:8 - 285:14 Glombitza, Bernhard 2016-09-14**     0:21
285 8    Q.  It also says "On top of aspirin or

| | Objections In | Responses In | Rulings |
|---|---|---|---|



285  9   aspirin plus thienopyridine (e.g. Plavix) there
285  10   is a relatively limited safety margin to add a
285  11   potent anticoagulant. Therefore, much smaller
285  12   doses have to be used compared to Xarelto
285  13   monotherapy in VTE prevention."
285  14      Do you see that?

285:15 -   285:17 Glombitza, Bernhard 2016-09-14      0:22
285  15   A.   Yes, I see that.
285  16   Q.   Do you think that people that have
285  17   Afib may take aspirin or Plavix, too?

*Re: [285:15-285:17]*
Def Obj Foundation. The witness testifies that he is not able/qualified to answer.

*Re: [285:15-285:17]*
Pltf Resp This question hardly entails an indepth knowledge of the science of Xarelto, even if this were not the Global Project Manager for Xarelto. Rather, it merely seeks to underscore the relevance of the ACS data set to other indications. This is a new objection to previously designated testimony and is not specific to new issues in the Mingo case.

Pending

285:18 -   285:20 Glombitza, Bernhard 2016-09-14      0:06
285  18   A.   This is a medical issue. I'm not a
285  19   medical expert, and therefore cannot make a
285  20   statement on this.

286:2 -   286:11 Glombitza, Bernhard 2016-09-14      0:35
286  2   Q.   Let's look at the next slide. It says
286  3   "Why two active arms?"
286  4      If you look with me at the bottom
286  5   bullet point, it says "In order to optimize the
286  6   overall treatment effect while maximizing
286  7   safety, the ACS ATLAS phase III study shall
286  8   study two Xarelto doses. This also helps
286  9   mitigating the risk of a failed trial with
286  10   unacceptably increased bleeding risk."
286  11      Do you see that?

286:12 -   286:12 Glombitza, Bernhard 2016-09-14      0:02
286  12   A.   Yes, you read it out correctly.

288:22 -   288:24 Glombitza, Bernhard 2016-09-14      0:12
288  22   Q.   Let me show you what we'll mark as
288  23   Exhibit Number 43, which is an e-mail, record
288  24   number 4629259, Bates BPAG_33752979.

289:11 -   289:24 Glombitza, Bernhard 2016-09-14      1:30
289  11   Q.   So this is an e-mail at the top from
289  12   you to Frank Misselwitz, Scott Berkowitz, Martin
289  13   van Eickels and Nancy Cook Bruns on December 7,
289  14   2011, I think, and it says "Thoughts on how we
289  15   might handle Xarelto in AF patients who develop
289  16   an ACS event" is the subject line.
289  17      And you say "I spoke to Troy. J&J
289  18   wants to be silent in terms of giving a
289  19   recommendation in the label. In the medical Q&A
289  20   they like to refer to guidelines and physicians
289  21   judgment......seems to be a fairly pragmatic
289  22   approach - by sure not ideal but it looks like
289  23   best way in-between (until we have data).
289  24      "Regards, Bernhard," correct?

*Re: [289:11-289:24]*
Def Obj 401/403. This testimony deals exclusively with Afib and ACS, neither of which is the indication at issue in this case - DVT treatment. It is irrelevant and will serve only to confuse the jury.

*Re: [289:11-289:24]*
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication-- which the FDA has not approved for Xarelto in the US. See Court's Ruling in Orr overruling defense objections to Glombitza designations at 292:2-296:6.

Pending

289:25 -   290:18 Glombitza, Bernhard 2016-09-14      1:28
289  25   A.   This is what it says.
290  1   Q.   And you're responding to Frank
290  2   Misselwitz's e-mail to Scott Berkowitz, on which
290  3   you're copied, in which he said that he agreed
290  4   with the statement that the AF strokes are, of
290  5   course, cardioembolic, unlike most of the
290  6   strokes in the ACS setting.
290  7      He says "I actually also agree with a
290  8   label that remains silent in terms of giving a
290  9   recommendation. I feel that educational
290  10   activities are more important. In the absence
290  11   of data I would not want to make a particular
290  12   dose recommendation. Even if we intuitively
290  13   feel that the 2.5-milligram BID dose may be okay
290  14   in this setting - we have no data to
290  15   substantiate a firm recommendation. Best

*Re: [289:25-290:18]*
Def Obj 401/403. This testimony deals exclusively with Afib and ACS, neither of which is the indication at issue in this case - DVT treatment. It is irrelevant and will serve only to confuse the jury.

*Re: [289:25-290:18]*
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication-- which the FDA has not approved for Xarelto in the US. See Court's Ruling in Orr overruling defense objections to Glombitza designations at 292:2-296:6.

Pending

| | Objections In | Responses In | Rulings |
|---|---|---|---|

290 16    regards, Frank."
290 17         That's what you were responding to,
290 18    correct?



290:19 -   291:4  Glombitza, Bernhard 2016-09-14   1:11

290 19    A.  Looks like it, yes.
290 20    Q.  And if we look down below, Scott
290 21    Berkowitz e-mailed Frank Misselwitz and copied
290 22    you and others, and he said, if you look kind of
290 23    halfway through, "The safest course is to either
290 24    recommend discontinuing Xarelto for Afib with
290 25    appropriate conversion to another anticoagulant
291  1    (I would expect ACS patients would be put on
291  2    LMWH)," low molecular weight heparin, "or to be
291  3    silent, as the approved US package insert for
291  4    SPAF currently is," right?

**Re: [290:19-291:4]**
**Def Obj** 401/403. This testimony deals exclusively with Afib and ACS, neither of which is the indication at issue in this case - DVT treatment. It is irrelevant and will serve only to confuse the jury.

**Re: [290:19-291:4]**
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication-- which the FDA has not approved for Xarelto in the US. See Court's Ruling in Orr overruling defense objections to Glombitza designations at 292:2-296:6.

Pending

291:5 -   291:19  Glombitza, Bernhard 2016-09-14   1:07

291  5    A.  This is what it says, yes.
291  6    Q.  So based on information that you and
291  7    Frank Misselwitz had presented to the
291  8    development team on, I think the -- just in
291  9    April of 2008 regarding the TIMI 46 phase II ACS
291 10    study that showed that bleeding risks were
291 11    higher in the people taking a once-daily dose,
291 12    and that any doses above 10 milligrams total
291 13    daily dose had excessive bleeding, the folks at
291 14    J&J and Bayer thought it would be better to just
291 15    stay silent and let Afib patients just continue
291 16    to take Xarelto at a 20-milligram total daily
291 17    dose, when Bayer and J&J know that people taking
291 18    those high of doses at once daily have excessive
291 19    risk of bleeding?

**Re: [291:5-291:19]**
**Def Obj** 401/403. This testimony deals exclusively with Afib and ACS, neither of which is the indication at issue in this case - DVT treatment. It is irrelevant and will serve only to confuse the jury.

**Re: [291:5-291:19]**
Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication-- which the FDA has not approved for Xarelto in the US. See Court's Ruling in Orr overruling defense objections to Glombitza designations at 292:2-296:6.

Pending

291:22 -   291:22  Glombitza, Bernhard 2016-09-14   0:03

291 22    A.  I'm not a doctor, and I cannot assess

**Re: [291:22-291:22]**

**Re: [291:22-291:22]**

Pending

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| | **Def Obj** 401/403. This testimony deals exclusively with Afib and ACS, neither of which is the indication at issue in this case - DVT treatment. It is irrelevant and will serve only to confuse the jury. | Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication-- which the FDA has not approved for Xarelto in the US. See Court's Ruling in Orr overruling defense objections to Glombitza designations at 292:2-296:6. | |



**291:23 – 292:8 Glombitza, Bernhard 2016-09-14**    0:56
291 23   this question; that is, I cannot say yes or no
291 24   because I'm not a technical expert here. But
291 25   what I see here in the sequence of these
292  1   documents is that regarding ACS, there must have
292  2   been additional data between April, 2008 and
292  3   2011, and they must have been considered in the
292  4   clinical assessment.
292  5     So 2008 and 2011 are only difficult --
292  6   are not comparable, it's difficult to compare
292  7   these two years. But as I said, I'm not a
292  8   clinical expert here.

| Re: [291:23-292:8] | Re: [291:23-292:8] | Pending |
|---|---|---|
| **Def Obj** 401/403. This testimony deals exclusively with Afib and ACS, neither of which is the indication at issue in this case - DVT treatment. It is irrelevant and will serve only to confuse the jury. | Pltf Resp Data pertaining to studies conducted in support of other Xarelto indications is hugely relevant to Defendants' conduct and handling of studies in the context of getting to market as well as handling matters of patient safety. The Court routinely denied Defendants' 401/403 objections to Plaintiff's designation of testimony pertaining to the ACS indication-- which the FDA has not approved for Xarelto in the US. See Court's Ruling in Orr overruling defense objections to Glombitza designations at 292:2-296:6. | |

**292:10 – 292:11 Glombitza, Bernhard 2016-09-14**    0:45
292 10   Q.  The most important thing for Bayer was
292 11   to protect the SPAF indication, right?

**292:13 – 292:21 Glombitza, Bernhard 2016-09-14**    0:34
292 13   A.  This is a very general statement, and
292 14   in this context it has to be defined what you
292 15   mean by "important." There's also other
292 16   wordings in this sentence I do not agree with.
292 17     What is correct is that the SPAF
292 18   indication contributes considerable benefit for
292 19   a large population of patients, so it also means
292 20   that it increases the benefit for the healthcare
292 21   system as a whole.

**292:25 – 293:3 Glombitza, Bernhard 2016-09-14**    1:26
292 25   Q.  You agree that approval for the SPAF
293  1   indication created the -- laid the groundwork
293  2   for Xarelto to be a successful brand for Bayer,
293  3   right?

**293:4 – 293:4 Glombitza, Bernhard 2016-09-14**    0:01
293  4   A.  I'm not a marketing expert for

**293:5 – 293:12 Glombitza, Bernhard 2016-09-14**    0:31
293  5   Xarelto, and I left the project in 2012. But
293  6   one thing is certain, that the SPAF indication
293  7   is a very important indication, because it
293  8   benefits a large number of patients. But other
293  9   indications are also important because they also
293 10   benefit a large number of patients.  So I cannot
293 11   subscribe to the statement in such a general
293 12   term or general way.

**295:7 – 295:10 Glombitza, Bernhard 2016-09-14**    0:33
295  7   Q.  We also saw in documents that it was
295  8   the once-daily dosing for Afib that would
295  9   provide a competitive advantage for Xarelto in
295 10   the marketplace, right?

**295:12 – 295:18 Glombitza, Bernhard 2016-09-14**    0:22
295 12   A.  The once-daily dose is a great --
295 13   offers a great benefit to patients, and it
295 14   increases patient compliance, and this leads to
295 15   a situation that patients are better protected

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

295  16    against the disease, and this means more
295  17    patients take it.  And this, then, also leads to
295  18    a situation where more of the drug is bought.

**295:20 –   295:25 Glombitza, Bernhard 2016-09-14**     0:50
295  20     Q.   So you were concerned that the BID
295  21     dosing, the twice-daily dosing issues coming out
295  22     of the ATLAS ACS program could potentially
295  23     damage the SPAF indication, weren't you?
295  24     A.   I cannot confirm this because I cannot
295  25     remember that I ever issued this concern.

*Objections In column:*
Re: [295:20-295:25]
**Def Obj** This testimony relates to the Xarelto
dosing regimen for the AFib indication. Ms.
Mingo took Xarelto for treatment of a DVT, the
dosing for which is 15 mg twice a day for 21
days, followed by 20 mg once a day. There are
no claims that the dosing for DVT treatment
should have remained twice a day dosing
beyond the initial 21-day period. Thus, the
testimony is not relevant, is unduly prejudicial,
misleads the jury, wastes time and confuses the
issues. FRE 401 and 403.

*Responses In column:*
Re: [295:20-295:25]
Pltf Resp Data pertaining to studies
conducted in support of other Xarelto
indications is hugely relevant to Defendants'
conduct and handling of studies in the
context of getting to market as well as
handling matters of patient safety.  The
Court routinely denied Defendants' 401/403
objections to Plaintiff's designation of
testimony pertaining to the ACS indication--
which the FDA has not approved for Xarelto
in the US.  See Court's Ruling in Orr
overruling defense objections to Glombitza
designations at 292:2-296:6.

*Rulings column:*
Pending

**305:23 –   305:25 Glombitza, Bernhard 2016-09-14**     0:19
305  23     Q.   According to Exhibit 49, you e-mailed
305  24     this PowerPoint, I think it was Ursula Kroh,
305  25     is that right?

**306:1 –   306:10 Glombitza, Bernhard 2016-09-14**     0:55
306  1     A.   This is what I can read here.
306  2     Q.   Okay.  If you can just look with me at
306  3     the fourth slide, I want to ask you, this slide
306  4     says "First VTE indications are pre-marketing
306  5     indications.  Stroke prevention in Afib is the
306  6     major indication in the planned future."
306  7          Down at the bottom it says "A delay of
306  8     the submission of VTE indications will
306  9     jeopardize this pre-marketing investment and the
306  10     second submission of the Afib package," right?

**306:11 –   306:13 Glombitza, Bernhard 2016-09-14**     0:06
306  11     A.   This is what it says here.
306  12     Q.   Let me show you what we'll mark as
306  13     Exhibit Number 51 and 52.

**306:22 –   307:2 Glombitza, Bernhard 2016-09-14**     1:09
306  22     Q.   51 is 887358, and it's an e-mail from
306  23     you to Joerg Moeller, Frank Misselwitz, and
306  24     Tiemo-Joerg Bandel on June 15, 2005, and you're
306  25     forwarding some attachments, including the
307  1     5/6/17 MC Factor Xa Inhibitor BAY 59-7939
307  2     final.ppt file, correct?

**307:3 –   307:7 Glombitza, Bernhard 2016-09-14**     0:25
307  3     A.   This is what I can read here, yes.
307  4     Q.   So then if we look at Exhibit 52, the
307  5     PowerPoint that was attached, it's titled
307  6     "Factor Xa Strategy Update."
307  7          Do you see that?

**307:8 –   307:10 Glombitza, Bernhard 2016-09-14**     0:16
307  8     A.   This is what I can read here.
307  9     Q.   Okay.  Now, if you could just look
307  10     with me at slide 10.  And this slide says "Why

**307:11 –   307:17 Glombitza, Bernhard 2016-09-14**     0:34
307  11     Starting with Orthopedic Surgery - A
307  12     Commercially Less Attractive Indication."
307  13          And if you look with me, the bullet
307  14     points below that say "Regulatory:  Paves the
307  15     way for the commercially important Afib
307  16     indication."
307  17          Do you see that?

**307:18 –   307:18 Glombitza, Bernhard 2016-09-14**     0:03
307  18     A.   This is what I can read here.

**310:8 –   310:9 Glombitza, Bernhard 2016-09-14**     0:05
310  8     Q.   Good afternoon, Dr. Glombitza.
310  9     A.   Good afternoon.

**310:13 –   311:10 Glombitza, Bernhard 2016-09-14**     2:20
310  13          Dr. Glombitza, please explain to the
310  14     jury why it is that you are testifying today in
310  15     German.
310  16     A.   I am a native speaker of German.
310  17     German is my mother tongue.  I speak English and
310  18     I understand it, but it is important for me to
310  19     be able to understand the nuances of what is
310  20     being said, and for the jury to understand the
310  21     nuances of what I say. In my native language I
310  22     can better hear and express these nuances than
310  23     in a language I acquired later on.
310  24     Q.   Dr. Glombitza, are you a
310  25     pharmacologist?

|  | Objections In | Responses In | Rulings |
|---|---|---|---|

```
311   1      A.  No.
311   2      Q.  Dr. Glombitza, are you a cardiologist?
311   3      A.  No.
311   4      Q.  Dr. Glombitza, are you a toxicologist?
311   5      A.  No.
311   6      Q.  Dr. Glombitza, are you a nephrologist?
311   7      A.  No.
311   8      Q.  Dr. Glombitza, are you someone who
311   9      runs and analyzes clinical trials?
311  10      A.  No.
```

313:2  -  313:24 Glombitza, Bernhard 2016-09-14          1:51
```
313   2          BY MR. DERRINGER:
313   3      Q.  Could you take Exhibit 4 out, please?
313   4          Dr. Glombitza, Exhibit 4 is an e-mail
313   5      exchange between you and Kamal Malik.
313   6          Do you see that?
313   7      A.  Yes, I see that.
313   8      Q.  Dr. Malik, at the bottom of the
313   9      exhibit, the first e-mail, he asked you whether
313  10      you knew when the once-daily decision for
313  11      Xarelto was made.
313  12          Do you see that?
313  13      A.  I see that, yes.
313  14      Q.  Do you recall Mr. Overholtz asking you
313  15      a series of questions about that decision?
313  16      A.  I do recall that, yes.
313  17      Q.  Do you see in Exhibit 4 that you
313  18      responded to Dr. Malik by telling him that the
313  19      once-daily dosing decision was made in June of
313  20      2004?
313  21      A.  Yes, this is what it says here.
313  22      Q.  Can you explain to the jury what
313  23      once-daily dosing decision was made in June of
313  24      2004?
```

314:1  -  315:4 Glombitza, Bernhard 2016-09-14          2:07
```
314   1      A.  The decision from June, 2005 -- and
314   2      this is something you can see in the
314   3      presentation that we discussed yesterday and
314   4      that is part of the exhibit, the decision of
314   5      June, 2005 about OD was not the decision to
314   6      submit -- to make a submission for approval, nor
314   7      was it a decision to start a phase III study
314   8      with OD.
314   9          As you will see from the presentation
314  10      that is part of the exhibits, this presentation
314  11      shows that the decision was a decision to test
314  12      the OD indication in additional studies, to test
314  13      it in a broader way.
314  14          BY MR. DERRINGER:
314  15      Q.  Dr. Glombitza, in your answer you
314  16      referred to the decision from June, 2005.  Were
314  17      you intending to say 2005 or 2004?
314  18      A.  I actually misspoke.  I meant to say
314  19      16th of June, 2004, just as it is written in
314  20      this e-mail.
314  21      Q.  And what was the state of that
314  22      decision moving into the end of 2004 and in
314  23      2005?
314  24          We've seen -- during Mr. Overholtz's
314  25      examination during the questions he was asking
315   1      you, we've seen other documents that he referred
315   2      you to in 2004 and 2005 that discussed a
315   3      once-daily dosing decision.  What was the status
315   4      of that decision in 2004 and 2005?
```

315:6  -  315:14 Glombitza, Bernhard 2016-09-14          0:54
```
315   6      A.  In 2004, the phase II studies had not
315   7      been finished yet.  A decision regarding the
315   8      start of a new phase II study was imminent, the
315   9      databases was very limited, and as I've
315  10      described before, it was the decision to study
315  11      OD more broadly in additional studies.  It was
315  12      not a decision to submit OD for approval or to
315  13      launch it.  It was the decision to look at BID
315  14      and OD in a broader manner.
```

316:23  -  317:15 Glombitza, Bernhard 2016-09-14          2:06
```
316  23      Q.  Can you take a look at Exhibits 41 and
316  24      42, please?  As you'll see, Exhibit 42 is a
316  25      PowerPoint -- strike that.
317   1          Exhibit 42 is a draft PowerPoint
317   2      presentation on ACS phase III, and Exhibit 41 is
```

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

| | | |
|---|---|---|
| 317 3 | an e-mail exchange to which this draft | |
| 317 4 | presentation is attached. | |
| 317 5 | Do you see that? | |
| 317 6 | A.  I see that, yes. | |
| 317 7 | Q.  The first e-mail on the page is from | |
| 317 8 | you to Stephan Nicholas Wirtz.  It appears that | |
| 317 9 | you are giving him a comment or asking him a | |
| 317 10 | question about the presentation. | |
| 317 11 | Do you see that? | |
| 317 12 | A.  Yes, I see that. | |
| 317 13 | Q.  The last sentence of your e-mail says | |
| 317 14 | "The rest looks good to me." | |
| 317 15 | Do you see that? | |
| | | |
| 318:4 -   318:8 | Glombitza, Bernhard 2016-09-14 | 0:53 |
| 318 4 | Q.  Let me actually ask that as two | |
| 318 5 | separate questions. | |
| 318 6 | Can you explain to the jury what the | |
| 318 7 | nature of your review of this PowerPoint | |
| 318 8 | presentation, Exhibit 42, was? | |
| | | |
| 318:10 -   319:8 | Glombitza, Bernhard 2016-09-14 | 1:35 |
| 318 10 | A.  I was responsible for making sure that | |
| 318 11 | the team's input for the presentation was | |
| 318 12 | complete.  In other words, I reviewed the | |
| 318 13 | presentation to see whether what was made in | |
| 318 14 | team meetings, in terms of PowerPoint | |
| 318 15 | presentations, was in line with the main | |
| 318 16 | messages of this final presentation. | |
| 318 17 | In this case, and you can read this | |
| 318 18 | here, I noticed that one case was missing that | |
| 318 19 | had previously been in one of the team | |
| 318 20 | presentations.  And I mention here that the rest | |
| 318 21 | is in line with these team presentations that | |
| 318 22 | were circulated previously. | |
| 318 23 | So let me reiterate.  I reviewed the | |
| 318 24 | presentations for completeness, not in terms of | |
| 318 25 | content, since I'm not an expert and I don't | |
| 319 1 | have the necessary expert knowledge to review | |
| 319 2 | the individual input for content. | |
| 319 3 | Q.  Dr. Glombitza, was that consistent | |
| 319 4 | with the general level of review that you | |
| 319 5 | applied in your role as project manager for the | |
| 319 6 | rivaroxaban team when you were reviewing | |
| 319 7 | PowerPoint presentations or other presentations | |
| 319 8 | for the team? | |
| | | |
| 319:10 -   319:11 | Glombitza, Bernhard 2016-09-14 | 0:09 |
| 319 10 | A.  Yes, that is the case.  And this | |
| 319 11 | also -- this was also in line with my role. | |