UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * * | SECTION L |
| *Dora Mingo, et al. v. Janssen et al.* Case No. 2:15-cv-03469 | * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**JOINT STIPULATION REGARDING MEDICAL RECORDS AND BILLS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Dora Mingo, and Defendants, Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC, (collectively "Parties") who desire to narrow the issues for trial and hereby jointly state and stipulate as follows:

I.

Pursuant to the provisions of Fed. R. Evid. 803(4), 803(6), 902(8), and 902(11), the medical records and bills identified in Plaintiff's and Defendants' respective Exhibit Lists and Supplemental Exhibit Lists reflect medical treatment and medical bills totaling $28,758.21 related to the care and treatment of Plaintiff Dora Mingo, and the Parties agree to the authenticity and admissibility of these documents. This agreement extends only to the authenticity and admissibility of the referenced documents.

II.

Except as specified above and in other Joint Stipulations, the Parties reserve all rights and defenses.

DATED:  August 8, 2017

Respectfully submitted:

**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**

By: /s/ Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.
Carl Gibson Vance
David Bryson Byrne, III
218 Commerce St.
P. O. Box 4160
Montgomery, AL  36103-4160
Telephone:  (334) 269-2343
Andy.birchfield@beasleyallen.com
*Counsel for Plaintiff Dora Mingo*

**HERMAN, HERMAN & KATZ, LLC**

*By: /s/ Leonard A. Davis*
Leonard A. Davis (Bar No. 14190)
820 O'Keefe Avenue
New Orleans, LA  70113
Telephone:  (504) 581-4892
ldavis@hhklawfirm.com
*Co-Plaintiffs' Liaison Counsel*

*GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC*

*By: /s/ Gerald E. Meunier*
Gerald E. Meunier (Bar No. 9471)
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
Telephone:  (504) 522-2304
*Co-Plaintiffs' Liaison Counsel*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ *Andrew Solow*
Andrew Solow
Steve Glickstein
William Hoffman
250 West 55th Street
New York, NY   10019-9710
Telephone: (212) 836-8485
sglickstein@apks.com
*Counsel for Defendants Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG*

**Drinker Biddle & Reath LLP**
*A Delaware Limited Liability Partnership*

By: /s/ *Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com
*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC*

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Defendants' Co-Liaison Counsel*

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
John F. Olinde
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

### CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald E. Meunier
**GERALD E. MEUNIER**