MINUTE ENTRY
FALLON, J.
AUGUST 7, 2017

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 15-3469 – Mingo v. Janssen, et al | SECTION: L (5) |
| BEFORE JUDGE ELDON E. FALLON | Monday, August 7, 2017, 8:49am |

Case Manager: Dean Oser
Court Reporter: Jodi Simcox/Tana Hess

Appearances:   Andy Birchfield, Esq., Jerry Meunier, Esq., Brad Honnold, Esq., Emily Jeffcott, Esq., and Bubba Morrison, Esq., for Plaintiffs
Lynn Pruitt, Esq., and Walter Johnson, Esq., for Bayer Defendants
Richard Sarver, Esq. for Janssen Defendants

JURY TRIAL
Case called; all present and ready.
Notice for Removal of Exhibits distributed to all counsel.
Jury called, sworn on Oath of Voir Dire, and being found acceptable, sworn on Oath to Truly Try Case.
Opening Statements

Plaintiffs' Witnesses:
Susan Geiger – appeared via video from Newark, New Jersey, sworn and testified
Exhibits offered and admitted
Jury excused for the day at 4:56pm

Court adjourned at 5:00pm until Tuesday, August 8, 2017, at 8:30am

JS10:   6:05