**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592**<br><br>**SECTION:    L**<br><br>**JUDGE:  ELDON E. FALLON**<br><br>**MAG. JUDGE:  MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:**

| | |
|---|---|
| DENNIS BOLDEN | 2:17-cv-04508-EEF-MBN |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S FACT SHEET**

NOW COMES Plaintiff, by and through his undersigned counsel, and respectfully moves this Honorable Court for an extension of time to file his Plaintiff's Fact Sheet (PFS).  The deadline to submit his PFS was July 31, 2017.  Plaintiff respectfully requests an extra 60 days, with a new deadline date of September 29, 2017, to provide his PFS.

In support of his Motion, Plaintiff's counsel notes:

1.      On May 2, 2017, Plaintiff, by and through his counsel, filed his Complaint with the Court.

2.      Plaintiff's counsel communicated with Plaintiff consistently regarding Plaintiff's PFS up until approximately three weeks ago.

3.      Plaintiff's counsel has not been able to contact Plaintiff for approximately the past three weeks.

4.      Plaintiff's counsel has sent two letters via FedEx in the past three weeks notifying Plaintiff of the due date of the PFS.

5.      Plaintiff's counsel requests an extension of time to file Plaintiff's PFS due to Plaintiff's counsel's inability to contact Plaintiff.

6.      Plaintiff's counsel filed a Motion for an extension of time to file Plaintiff's Fact Sheet [Dkt. No. 7172] on July 31, 2017, but was informed by the Court that the motion was deficient since a statement stating objection or no objection by opposing party not provided.

7.      Plaintiff's counsel emailed Defendants' counsel yesterday, requesting their consent for an extension of time to file Plaintiff's Fact Sheet, but have yet to hear back from them.

WHEREFORE, for the reasons specified above, Plaintiff respectfully moves this Honorable Court for an Extension of Time to File Plaintiff's Fact Sheet until September 29, 2017.

Dated: August 8, 2017

Respectfully Submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: _s/ Thomas J. Kennedy_____
        Thomas J. Kennedy
        The Helmsley Building
        230 Park Avenue
        Suite 530
        New York, NY  10169
        Telephone: (212) 682-5340
        Fax: (212) 884-0988
        Email: tkennedy@glancylaw.com

*Attorneys for Plaintiff*

2

## <u>CERTIFICATE OF SERVICE</u>

The foregoing PLAINTIFFS MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S FACT SHEET has been served upon all counsel of record via the Court's ECF system on August 8, 2017.

**GLANCY PRONGAY & MURRAY LLP**

By: _s/ Thomas J. Kennedy_____
Thomas J. Kennedy
The Helmsley Building
230 Park Avenue
Suite 530
New York, NY  10169
Telephone: (212) 682-5340
Fax: (212) 884-0988
Email: tkennedy@glancylaw.com

*Attorneys for Plaintiff*