**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| --- | --- |
| | SECTION:   L |
| | JUDGE:  ELDON E. FALLON |
| | MAG. JUDGE:  MICHAEL NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:**

| DENNIS BOLDEN | 2:17-cv-04508-EEF-MBN |
| --- | --- |

**<u>MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE PLAINTIFF'S FACT SHEET</u>**

NOW COMES Plaintiff, by and through his undersigned counsel, and respectfully moves this Honorable Court for an extension of time to file his Plaintiff's Fact Sheet (PFS). The deadline to submit his PFS was July 31, 2017. Plaintiff respectfully requests an extra 60 days, with a new deadline date of September 29, 2017, to provide his PFS.

**FACTUAL BACKGROUND**

On May 2, 2017, Plaintiff, by and through his counsel, filed his Complaint with the Court. Plaintiff timely served Defendants in this case. Plaintiff's counsel discussed with Plaintiff the need to file Plaintiff's PFS. Such discussions were ongoing up until approximately three weeks ago.

Plaintiff's counsel has not been able to contact Plaintiff for approximately the past three weeks. Plaintiff has made almost daily phone calls since then, but has not been able to reach

Plaintiff.  Plaintiff's counsel has sent two letters via FedEx in the past three weeks notifying Plaintiff of the due date of the PFS.  To date, Plaintiff's counsel has not heard back from Plaintiff.

Plaintiff's counsel respectfully requests an extension of time to file Plaintiff's PFS due to Plaintiff's counsel's inability to contact Plaintiff.

Plaintiff's counsel filed a Motion for an extension of time to file Plaintiff's Fact Sheet [Dkt. No. 7172] on July 31, 2017, but was informed by the Court that the motion was deficient since a statement stating objection or no objection by opposing party not provided.

Plaintiff's counsel emailed Defendants' counsel yesterday, requesting their consent for an extension of time to file Plaintiff's Fact Sheet, but have yet to hear back from them.

WHEREFORE, for the reasons specified above, Plaintiff respectfully moves this Honorable Court for an Extension of Time to File Plaintiff's Fact Sheet until September 29, 2017.

Dated: August 8, 2017

        Respectfully Submitted,

        **GLANCY PRONGAY & MURRAY LLP**

        By: _s/ Thomas J. Kennedy_____
            Thomas J. Kennedy
            The Helmsley Building
            230 Park Avenue
            Suite 530
            New York, NY  10169
            Telephone: (212) 682-5340
            Fax: (212) 884-0988
            Email: tkennedy@glancylaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The foregoing MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S FACT SHEET has been served upon all counsel of record via the Court's ECF system on August 8, 2017.

**GLANCY PRONGAY & MURRAY LLP**

By: _s/ Thomas J. Kennedy_
Thomas J. Kennedy
The Helmsley Building
230 Park Avenue
Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Fax: (212) 884-0988
Email: tkennedy@glancylaw.com

*Attorneys for Plaintiff*