# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
|---|---|
| | SECTION:   L |
| | JUDGE:  ELDON E. FALLON |
| | MAG. JUDGE:  MICHAEL NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:**

| DENNIS BOLDEN | 2:17-cv-04508-EEF-MBN |
|---|---|

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on August 23, 2017, the appearing Plaintiff's Motion For Extension Of Time To File Plaintiff's Fact Sheet will be presented to the Court for ruling without the need of an oral hearing.

Dated: August 8, 2017

        Respectfully Submitted,

        **GLANCY PRONGAY & MURRAY LLP**

        By:  _s/ Thomas J. Kennedy_
            Thomas J. Kennedy
            The Helmsley Building
            230 Park Avenue
            Suite 530
            New York, NY  10169
            Telephone: (212) 682-5340
            Fax: (212) 884-0988
            Email: tkennedy@glancylaw.com

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The foregoing NOTICE OF SUBMISSION has been served upon all counsel of record via the Court's ECF system on August 8, 2017.

                **GLANCY PRONGAY & MURRAY LLP**

                By: _s/ Thomas J. Kennedy_____
                      Thomas J. Kennedy
                      The Helmsley Building
                      230 Park Avenue
                      Suite 530
                      New York, NY  10169
                      Telephone: (212) 682-5340
                      Fax: (212) 884-0988
                      Email: tkennedy@glancylaw.com

*Attorneys for Plaintiff*