UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Delbert "Sonny" West and Judy West v. Janssen Research & Development LLC, et al.*;
Civil Action No.: 3:16-cv-02089

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Delbert "Sonny" West, files this Suggestion of Death upon the Record. Plaintiff Delbert "Sonny" West departed this world on or about May 24, 2017 during the pendency of this civil action.

Dated: August 9, 2017                                   Respectfully submitted,

                                                                        **CUMMINGS MANOOKIAN PLC**

                                                                         /s/ Brian Cummings
                                                                        Brian Cummings
                                                                        TN State Bar No. 19354
                                                                        45 Music Square West
                                                                        Nashville, TN 37203
                                                                        bcummings@cummingsmanookian.com
                                                                        (615) 266-3333
                                                                        (615) 266-0250

                                                                        *Attorney for the Plaintiffs*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        /s/ Brian Cummings
        Brian Cummings