UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*PEGGY MCCOY, INDIVIDUALLY AND AS REPRESENTATIVE OF JACKIE MCCOY v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:16-cv-15188-EEF-MBN**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, counsel for Plaintiff moves this Court for an Order substituting Sheila McCoy as Plaintiff and represents as follows:

1. Plaintiff Peggy McCoy filed this present action on October 3, 2016.
2. On February 6, 2016, Jackie McCoy died of complications from an intracranial hemorrhage.
3. On April 17, 2017, Peggy McCoy also died of complications from metabolic encephalopathy, prolonged hypoglycemia, and diabetes.
4. On July 28, 2017, Plaintiff's counsel filed a Suggestion of Death under Rule 25(a)(1) of the Federal Rules of Civil Procedure.
5. Sheila McCoy is a surviving child of Jackie McCoy's estate and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Sheila McCoy, respectfully requests that she be substituted as Plaintiff in this cause of action.

Dated: August 9, 2017							Respectfully submitted,

               **WATTS GUERRA LLP**
                */s/ Ryan L. Thompson*
               Ryan L. Thompson
               TX State Bar No. 24046969
               5726 W. Hausman Rd., Suite 119
               San Antonio, TX 78249
               rthompson@wattsguerra.com
               (210) 448-0500
               (210) 448-0501 (Fax)

               *Attorney for the Plaintiff*

# CERTIFICATE OF SERVICE

  The hereby certify that on August 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

               */s/ Ryan L. Thompson*
               Ryan L. Thompson