UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*PEGGY MCCOY, INDIVIDUALLY AND AS REPRESENTATIVE OF JACKIE MCCOY v. Janssen Research & Development LLC, et al.;*
**Civil Action No.: 2:16-cv-15188-EEF-MBN**

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS MATTER, having come before the court on Plaintiff's Motion to Substitute Party, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Sheila McCoy, as surviving child of Jackie McCoy, deceased, is substituted as Plaintiff in this action and the Motion to Substitute Party is GRANTED.

Signed, this _____ day of _____, 2017.

_____
Honorable Eldon E. Fallon
United States District Court Judge