**Exhibit A**
**(Failure to Submit Plaintiff Fact Sheet)**

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 1. | Baskerville, Cynthia | 2:16-cv-16305 | The Driscoll Firm, P.C. |
| 2. | Bright Evelyn | 2:16-cv-17369 | Reich & Binstock |
| 3. | Burgess, Michelle | 2:16-cv-09938 | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm |
| 4. | Burks, Cynthia | 2:16-cv-07503 | Slater, Slater Schulman, LLP |
| 5. | Burrell, Jean | 2:16-cv-17274 | The Mulligan Law Firm |
| 6. | Corbett, Shayla | 2:16-cv-16581 | Flint Law Firm, LLC |
| 7. | Cotton, Emma | 2:17-cv-00465 | Law Office of L. Paul Mankin |
| 8. | Cox, Kelley | 2:17-cv-00469 | Grant & Eisenhofer P.A. |
| 9. | Dale, Flemon Earnest | 2:16-cv-17635 | Motley Rice LLC |
| 10. | Dark, Carrington | 2:16-cv-06972 | Slater, Slater Schulman, LLP |
| 11. | Deel, Teresa | 2:16-cv-06974 | Slater, Slater Schulman, LLP |
| 12. | Dowdy, William | 2:16-cv-17366 | Reich & Binstock |
| 13. | Doyle, Lerutha | 2:16-cv-17148 | The Driscoll Firm, P.C. |
| 14. | Fiore, Frederick | 2:16-cv-09203 | Childers, Schlueter & Smith, LLC |
| 15. | Good, Dorothy | 2:16-cv-07945 | Slater, Slater Schulman, LLP |
| 16. | Greiser, Francis T., Sr. | 2:16-cv-16997 | Fears Nachawati, PLLC |
| 17. | Griffin, Shirley A. | 2:16-cv-17929 | Barney & Karamanis, LLP |

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 18. | Hairl, Gaye | 2:16-cv-17845 | Slater, Slater Schulman, LLP |
| 19. | Hamilton, Eugene (Duplicate Filer) | 2:16-cv-16734 | The Driscoll Firm, P.C. |
| 20. | Hampton, Lionel | 2:16-cv-17357 | Reich & Binstock |
| 21. | Hines, Faye | 2:17-cv-00163 | Peterson & Associates, P.C. |
| 22. | Hodgman, Tamara | 2:15-cv-03849 | Childers, Schlueter & Smith, LLC |
| 23. | Jennette, Bobbi | 2:16-cv-17773 | Reich & Binstock |
| 24. | Jones, Mary (Duplicate Filer) | 2:16-cv-12970 | Fears Nachawati, PLLC |
| 25. | Kerner, Helen | 2:16-cv-17775 | Reich & Binstock |
| 26. | Kinsella, William, Sr. | 2:16-cv-16213 | Hissey Kientz, L.L.P. |
| 27. | Koonce, Sandra | 2:16-cv-17776 | Reich & Binstock |
| 28. | Lasauskas, Paula | 2:16-cv-15108 | McCallum, Methvin & Terrell, P.C. |
| 29. | Lee, Robert N. | 2:17-cv-00283 | Slater, Slater Schulman, LLP |
| 30. | Lowery, Barbara | 2:16-cv-16549 | Wilshire Law Firm |
| 31. | McCollum, Hollis | 2:16-cv-16607 | Fears Nachawati, PLLC |
| 32. | Mendekeh, Francis | 2:16-cv-09882 | Slater, Slater Schulman, LLP |
| 33. | Moore, Floretta K. | 2:16-cv-03531 | Slater, Slater Schulman, LLP |
| 34. | Morris, Gail | 2:16-cv-16735 | Fears Nachawati, PLLC |
| 35. | Murphy, Dianna | 2:17-cv-00372 | The Driscoll Firm, P.C. |
| 36. | Pena, Francisca | 2:16-cv-17778 | Reich & Binstock |

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 37. | Rager, Randall | 2:16-cv-12901 | Fears Nachawati, PLLC |
| 38. | Redmond, Kevin | 2:16-cv-17149 | The Driscoll Firm, P.C. |
| 39. | Richardson, Sherry | 2:17-cv-00370 | The Driscoll Firm, P.C. |
| 40. | Robinson, Gloria (Duplicate Filer) | 2:16-cv-09315 | Slater, Slater Schulman, LLP |
| 41. | Ross, Jim | 2:16-cv-01725 | Slater, Slater Schulman, LLP |
| 42. | Rucker, Joshua | 2:16-cv-13001 | Fears Nachawati, PLLC |
| 43. | Scott, Alberta | 2:16-cv-17780 | Reich & Binstock |
| 44. | Sherman, Junior Dwayne | 2:16-cv-17993 | Kabateck Brown Kellner, LLP |
| 45. | Simmons, Anna | 2:16-cv-06495 | Slater, Slater Schulman, LLP |
| 46. | Smith, Lillie M. | 2:16-cv-17764 | Wagstaff & Cartmell, LLP |
| 47. | Stewart, Raymond | 2:16-cv-12995 | Fears Nachawati, PLLC |
| 48. | Stone, Alice | 2:16-cv-17758 | Wagstaff & Cartmell, LLP |
| 49. | Suver, Margaret | 2:16-cv-10222 | Slater, Slater Schulman, LLP |
| 50. | Taggart, Catherine | 2:16-cv-17310 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 51. | Tate, Glenn B. | 2:16-cv-10985 | Slater, Slater Schulman, LLP |
| 52. | Taylor, Naomi | 2:16-cv-07081 | Slater, Slater Schulman, LLP |
| 53. | Tribble, Aza Lee | 2:17-cv-00284 | Slater, Slater Schulman, LLP |
| 54. | Webb, Howard | 2:16-cv-09452 | Slater, Slater Schulman, LLP |
| 55. | Wheeler, Sadie Mae | 2:17-cv-00367 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 56. | White, Steven D. | 2:16-cv-03704 | Motley Rice LLC |
| 57. | Williams, Anna | 2:16-cv-03535 | Slater, Slater Schulman, LLP |
| 58. | Williams, Earsell | 2:16-cv-17837 | Burns Charest LLP |
| 59. | Wilson, Doretha | 2:16-cv-16952 | The Driscoll Firm, P.C. |
| 60. | Womacks, Raudine | 2:17-cv-00371 | The Driscoll Firm, P.C. |
| 61. | Wright, Rita | 2:16-cv-16415 | The Benton Law Firm PLLC |
| 62. | Zell, Kathryn R. | 2:17-cv-00431 | Aylstock, Witkin, Kreis & Overholtz PLLC |