**Exhibit A**
**(Deficient Plaintiff Fact Sheet)**

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | Allen, Charles | Dixon Davis, LLC | 2:17-cv-02621 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 2. | Alli, Benjamin | The Gallagher Law Firm LLP | 2:16-cv-05924 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 3. | Altman, Pauline | Kontos Mengine Law Group | 2:16-cv-12213 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 4. | Anderson, William E | Motley Rice, LLC | 2:16-cv-16043 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 5. | Artis, Lakisha | The Gallagher Law Firm LLP | 2:16-cv-14975 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 6. | Augustus, Wallace | The Gallagher Law Firm LLP | 2:16-cv-15770 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 7. | Baker, Ronald | Slater Slater Schulman LLP | 2:16-cv-7497 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records- |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 8. | Barker, Agnes | Ferrer, Poirot & Wansbrough | 2:16-cv-07338 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 9. | Bellone, Maria | Huber, Slack, Thomas & Marcelle, LLP | 2:17-cv-1743 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 10. | Bogdon, Stephen | The Webster Law Firm | 2:16-cv-11447 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 11. | Brown, Richard | Lenze Kamerrer Moss, PLC. | 2:16-cv-13897 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | information) |
| 12. | Bruni, Ann | The Law Office of L. Paul Mankin | 2:17-cv-01083 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 13. | Buccinio, Lorraine | The Dugan Law Firm | 2:17-cv-929 | Prescription Records-Records provided do not show Xarelto use |
| 14. | Byrd, Clarence | The Webster Law Firm | 2:16-cv-11455 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 15. | Campos, Albeza | The Gallagher Law Firm LLP | 2:16-cv-14461 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 16. | Cantwell, Kathryn E | Milstein Adelman Jackson Fairchild & Wade, LLP | 2:16-cv-11727 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 17. | Carroll, Janie | Ferrer, Poirot & Wansbrough | 2:16-cv-07352 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 18. | Chadwick, Carolyn S | Salim-Beasley, LLC | 2:16-cv-14725 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 19. | Choppy, Stephen | The Gallagher Law Firm LLP | 2:16-cv-09924 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 20. | Collins, Ruby | Meade Injury Law Group | 2:16-cv-07289 | Date of death-Failure to provide response containing the month and year of death; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|----------------|---------------|---------------|---------------------|
| 21. | Connors, Brian | The Gallagher Law Firm LLP | 2:16-cv-17901 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 22. | Davis, James | Meyerkord & Meyerkord, LLC | 2:17-cv-00626 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 23. | De Leon, Americo | Cochran Legal Group | 2:16-cv-15074 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 24. | Duncan, Everett | The Gallagher Law Firm LLP | 2:16-cv-16917 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 25. | Dunn, Gregory | Hissey Kientz | 2:16-cv-04165 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 26. | Eastman, Jerry D | The Gallagher Law Firm LLP | 2:16-cv-15936 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | question in Section I (core case information) |
| 27. | Ekmekjian, Mardiros | Scott, Vicknair, Hair & Checki, LLC | 2:15-cv-01551 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 28. | Eli, Susan | The Gallagher Law Firm LLP | 2:16-cv-05464 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 29. | Embry, Linda | The Gallagher Law Firm LLP | 2:16-cv-17522 | Medical Records-Medical records provided do not demonstrate alleged injury; Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 30. | Fisher, Ronnie | The Driscoll Firm | 2:16-cv-11176 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 31. | Floyd, Barbara J | Grant & Eisenhofer | 2:17-cv-1205 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|----------------|---------------|---------------|---------------------|
| 32. | Giambastiani, Antonio | Romanucci & Blandin | 2:17-cv-02592 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 33. | Glenn, Nancy | The Gallagher Law Firm LLP | 2:17-cv-00627 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 34. | Gordon, Janie | The Gallagher Law Firm LLP | 2:16-cv-05481 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 35. | Graham, William L. | The Webster Law Firm | 2:16-cv-11480 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 36. | Green, Sandra | Kelley & Ferraro LLP | 2:16-cv-13541 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 37. | Guthrie, Richard A | The Murray Law Firm | 2:17-cv-1190 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Xarelto user's representative |
| 38. | Gutierrez, Oscar | Ferrer, Poirot & Wansbrough | 2:16-cv-13487 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 39. | Henderson, Diane | Huber, Slack, Thomas & Marcelle, LLP | 2:16-cv-14923 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 40. | Hiatt, Florence | Meyerkord & Meyerkord, LLC | 2:17-cv-00597 | Prescription Records-Records provided do not show Xarelto use |
| 41. | Hoskins, Marsha M | The Gallagher Law Firm LLP | 2:16-cv-17598 | Prescription Records-Failure to provide proof that user received samples |
| 42. | Hubbard, Jerry | The Michael Brady Lynch Law Firm | 2:16-cv-16868 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 43. | Hudson, William | The Gallagher Law Firm LLP | 2:16-cv-17088 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 44. | Hughes, Hattie | The Driscoll Firm | 2:16-cv-9496 | Medical Records-Medical records provided do not demonstrate alleged injury |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 45. | Hundley, Pamela | Grant & Eisenhofer | 2:16-cv-17544 | Prescription Records-Records provided do not show Xarelto use |
| 46. | Jacobs, Byron | Slater Slater Schulman LLP | 2:16-cv-06531 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 47. | Jacobson, Linda | The Driscoll Firm | 2:16-cv-9497 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury |
| 48. | James, Bonnie | The Gallagher Law Firm LLP | 2:17-cv-00310 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 49. | Jeffers, Marsha | Kelley & Ferraro LLP | 2:16-cv-13690 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury |
| 50. | Jill, Christopher | Ferrer, Poirot & Wansbrough | 2:16-cv-07533 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 51. | Kennedy, Maurice | Grant & Eisenhofer | 2:17-cv-00361 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 52. | Kern, Pauline L | The Gallagher Law Firm LLP | 2:16-cv-17112 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 53. | King, David | Slater Slater Schulman LLP | 2:16-cv-9791 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Date of death-Failure to provide response containing the month and year of death; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 54. | Kinnitt, Ira John | The Bradley Law Firm | 2:16-cv-13789 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 55. | Koeler, Linda | Baron & Budd | 2:16-cv-16683 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 56. | Lewis, Josephine | The Driscoll Firm | 2:16-cv-12272 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 57. | Louisos, William T | Perdue & Kidd | 2:16-cv-17636 | Prescription Records-Failure to provide proof that user received samples; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 58. | Loveless, Michael K | Wilshire Law Firm | 2:17-cv-00462 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 59. | Mainor, Elaine | Slater Slater Schulman LLP | 2:16-cv-06692 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 60. | Mayhue, Margie | The Law Office of L. Paul Mankin | 2:16-cv-16881 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | information) |
| 61. | Mccann, James | Sanders Law | 2:16-cv-13505 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 62. | Mello, Marissa | Slater Slater Schulman LLP | 2:16-cv-10899 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 63. | Mickens, Gwendolyn | Kelley & Ferraro LLP | 2:16-cv-13737 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 64. | Mitcham, Rosa | Tautfest Bond PLLC | 2:16-cv-17629 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Date of death-Failure to provide response containing the month and year of death; Declaration-Failure |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|----------------|---------------|---------------|---------------------|
|     |                |               |               | to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 65. | Murray, Sharon | Padberg Corrigan & Appelbaum | 2:16-cv-17726 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 66. | Odell, Richard | Beasley Allen | 2:16-cv-16033 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 67. | Oliphant, Tommy | Douglas & London | 15-cv-0845 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 68. | Penland, Wallace | The Michael Brady Lynch Law Firm | 2:17-cv-00101 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 69. | Petty, John | The Gallagher Law Firm LLP | 2:16-cv-10176 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 70. | Phelps, Dwight | Slater Slater Schulman LLP | 2:16-cv-9310 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records- |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|----------------|---------------|---------------|---------------------|
| | | | | Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 71. | Pitman, Betty | The Driscoll Firm | 2:16-cv-17149 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 72. | Powell, Gloria | The DiLorenzo Law Firm, LLC | 2:16-cv-17771 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 73. | Prophete, Feirva | Milstein Adelman Jackson Fairchild & Wade, LLP | 2:16-cv-12327 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 74. | Rainey, Walter | Beasley Allen | 2:16-cv-17592 | Prescription Records-Records provided do not show Xarelto use |
| 75. | Reyes, Luis | Douglas & London | 2:16-cv-09274 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 76. | Robinson, Hattie | Slater Slater Schulman LLP | 2:16-cv-10055 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 77. | Robinson, Robert C | Hilliard Munoz Gonzales LLP | 2:15-cv-6742 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 78. | Rogers, Kyesha | Slater Slater Schulman LLP | 2:16-cv-10065 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 79. | Sailors, Jerry | Ferrer, Poirot & Wansbrough | 2:16-cv-06530 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 80. | Salyers, Heather | Johnson Becker | 2:16-cv-14605 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 81. | Schnidman, Ralph | Johnson Law Group | 2:16-cv-17989 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 82. | Schubert, Robert | The Gallagher Law Firm LLP | 2:16-cv-11895 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 83. | Sherrard, Robert | The Potts Law Firm, LLP | 2:17-cv-00148 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 84. | Simmons, Antoine R | Hilliard Munoz Gonzales LLP | 2:15-cv-6761 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 85. | Sombke, Pamela | Cochran Legal Group | 2:16-cv-15156 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 86. | Spiegla, Nancy | The Law Office of L. Paul Mankin | 2:17-cv-01035 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 87. | Stapp, Jessie | The Driscoll Firm | 2:16-cv-11853 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 88. | Stone, Alice S | Slater Slater Schulman LLP | 2:16-cv-16689 | Prescription Records-Records provided do not show Xarelto use |
| 89. | Stoneman, Alice | Cochran Legal Group | 2:16-cv-15158 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 90. | Sullivan, Cornelius | Goldblatt + Singer | 2:16-cv-16783 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 91. | Swisher, Bonnie | Salim-Beasley, LLC | 2:16-cv-17894 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|----------------|---------------|---------------|---------------------|
| 92. | Taylor, Darnishia | The Driscoll Firm | 2:16-cv-13851 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 93. | Thomas, William M | Beasley Allen | 2:17-cv-01167 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 94. | Thompson, Charles | Onder, Shelton, O'Leary & Peterson, LLC | 2:16-cv-14258 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 95. | Tippett, Deborah | Kelley & Ferraro LLP | 2:16-cv-14460 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 96. | Todd, Lewis R | Johnson Becker | 2:16-cv-14382 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 97. | Turnage, Eddie J | The Gallagher Law Firm LLP | 2:16-cv-14465 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to respond to question in Section I (core case information) |
| 98. | Vitar, Libby | The Potts Law Firm, LLP | 2:17-cv-00162 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 99. | Wall, Larry | Beasley Allen | 2:17-cv-00769 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 100. | Wallace, Robert E | Reich and Binstock, LLP | 2:17-cv-01156 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 101. | Whitaker Estate, Mary Francis | Freedland Harwin Valori, PL | 2:17-cv-01291 | Medical Records-Medical records provided do not demonstrate alleged injury |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|----------------|---------------|---------------|---------------------|
| 102. | Wiley, Steven | The Driscoll Firm | | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 103. | Williams, Juanita | Ferrer, Poirot & Wansbrough | 2:16-cv-13014 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 104. | Williams, Lee Monroe | Lenze Kamerrer Moss, PLC. | 2:16-cv-15896 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 105. | Williams, Milton | Rainey & Brown, PA | 2:16-cv-3978 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 106. | Wilson, Cameron | The Driscoll Firm | | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|-----|---------------|---------------|---------------|---------------------|
| 107. | Woodward, Barbara Phoebe | Slater Slater Schulman LLP | 2:16-cv-08982 | Prescription Records-Records provided do not show Xarelto use |