UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :     MDL No. 2592
                                      :
                                      :     SECTION L
                                      :
                                      :     JUDGE ELDON E. FALLON
                                      :
_____       :     MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Milton Hemphill

CA# 2:16-cv-9484

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an order replacing Plaintiff Milton Hemphill with Marsha Hemphill, Personal Representative of the Estate of Milton Hemphill, and in support states as follows:

1. Plaintiff Milton Hemphill passed away on December 29, 2016, as reported to the Court in the attached Suggestion of Death. (Ex.1)
2. On February 8, 2017, the Probate Court of Greenville County, State of South Carolina, issued a Certificate of Appointment naming Marsha Hemphill the Personal Representative of the Estate of Milton Hemphill. (Ex. 2)
3. Thus, as death does not extinguish his cause of action, undersigned moves pursuant to Federal Rule of Civil Procedure 25 (a)(1) to substitute Marsha Hemphill, Personal Representative of the Estate of Milton Hemphill, as the named party in the place of Milton Hemphill.

WHEREFORE, for each and all of the foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Marsha Hemphill, Personal Representative of the Estate of Milton Hemphill, as the named party in the place of Milton Hemphill.

Date: August 9, 2017.

Respectfully submitted,

By:  /s/ Daniel J. Carr

Joseph C. Peiffer, La. Bar # 26459
Daniel J. Carr, La. Bar # 31088
PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE
A Professional Law Corporation
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana  70170-4600
Telephone:  (504) 523-2434
Facsimile:  (504) 523-2464
Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2017, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

 /s/ Daniel J. Carr