UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION  :   MDL No. 2592
                               :
                               :   SECTION L
                               :
                               :   JUDGE ELDON E. FALLON
                               :
_____ :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Milton Hemphill

CA# 2:16-cv-9484

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Marsha Hemphill, on behalf of the Estate of Milton Hemphill, is substituted for Plaintiff Milton Hemphill, in the above captioned cause.

Date: _____          _____
                                      Hon. Eldon E. Fallon
                                      United States District Court Judge