| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE PROBATE COURT |
| | ) | |
| COUNTY OF GREENVILLE | ) | |
| | ) | **CERTIFICATE OF APPOINTMENT** |
| IN THE MATTER OF: | ) | |
| MILTON STEPHEN HEMPHILL JR | ) | CASE NUMBER: 2017ES2300184 |
| (Decedent) | ) | |

This is to certify that

## MARSHA GAIL HEMPHILL

is the duly qualified

☒ **PERSONAL REPRESENTATIVE**
☐ SUCCESSOR PERSONAL REPRESENTATIVE
☐ SPECIAL ADMINISTRATOR

in the above matter and that this appointment, having been executed on the **8th day of February, 2017**, is now in full force and effect, including authorization to receive all monies, income, principal, interest & dividends of and belonging to said estate.

**RESTRICTIONS:**

EXECUTED: February 8, 2017

_____
DEBORA A. FAULKNER      By: CMK
PROBATE COURT JUDGE

Do not accept a copy of this certificate without
the raised seal of the Probate Court.

FORM #141ES (1/2014)
62-1-305, 62-3-103