| | |
|---|---|
| **From:** | Seifert, Angela [JAN] |
| **To:** | Matthews, Lori [JAN Non J&J] |
| **Sent:** | 1/9/2014 5:21:07 PM |
| **Subject:** | FW: |
| **Attachments:** | Xarelto Pradaxa Warfarin.ppt |

```
Angela N. Seifert
Janssen Pharmaceuticals, Inc.
aseifert@its.jnj.com

601-297-5050



From: Ruis, Paul [JAN]
Sent: Monday, May 14, 2012 1:05 PM
To: Sternburg, Lee [JAN Non J&J]; Seifert, Angela [JAN]; Marnika, Ivan [JAN Non J&J];
Sparkevicius, Andrea [JAN Non J&J]; Thurman, Zabrina [JAN Non J&J]; Lindner, Jeffrey [JAN Non
J&J]; Rehermann, Richard [JAN Non J&J]; Moran, Lance [JAN]
Subject:


Quintessentials,


Wanted to thank all of you once again for your professionalism during our 2 weeks in NJ. I
wish all of you good luck out in the field and hope our paths cross again soon. Here is the
piece that Lee passed on to us during our study time.


Remember: NOT TO BE USED IN A SELLING SITUATION!!!!!




Paul M. Ruis
District Manager
Knoxville District

* Cell: 912-592-2525
* Voicemail: 888-323-6700 Ext. #6350
*E-Mail: pruis@its.jnj.com <mailto:pruis@its.jnj.com>



Confidentiality Notice: This e-mail transmission may contain confidential or legally
privileged information that is intended only for the individual or entity named in the e-mail
address. If you are not the intended recipient, you are hereby notified that any disclosure,
copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If
you have received this e-mail transmission in error, please reply to the sender, so that
Johnson & Johnson can arrange for proper delivery, and then please delete the message from
your inbox. Thank you.
```

HIGHLY PROTECTED INFORMATION - DEFENDANT
RESTRICTED
SUBJECT TO PROTECTIVE ORDER

4797235.pdf.1

XARELTO_JANSSEN_23415564