IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) ) ) | **MDL NO. 2592** |
| | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** ) ) | |
| | **JUDGE ELDON E. FALLON** |
| ) ) | |
| | **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:**

| ADOLPH CURRY and INGRID CURRY | 2:17-cv-01827 |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiffs' Motion for Extension of Time to Submit Pharmaceutical Records Only to be heard by the Honorable Eldon E. Fallon.

Respectfully submitted,

MARC J. BERN & PARTNERS LLP

By:*/s/ Debra J. Humphrey*
Debra J. Humphrey (5050448)
60 East 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-20164 (Fax)
dhumphrey@bernllp.com
*Counsel for Plaintiffs*

Date: August 9, 2017

## CERTIFICATE OF SERVICE

The foregoing Plaintiffs' Notice of Submission of Memorandum in Support of Motion for Extension of Time to Submit Pharmaceutical Records Only has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 9th day of August, 2017.

    MARC J. BERN & PARTNERS LLP

    By:*/s/ Debra J. Humphrey*
    Debra J. Humphrey (5050448)
    60 East 42nd St., Suite 950
    New York, NY 10165
    (212) 702-5000
    (212) 818-20164 (Fax)
    dhumphrey@bernllp.com
    *Counsel for Plaintiffs*