IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)**  **PRODUCTS LIABILITY LITIGATION** | ) MDL NO. 2592 ) ) SECTION: L ) ) JUDGE ELDON E. FALLON ) ) JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

ADOLPH CURRY and INGRID CURRY                              2:17-cv-01827

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SUBMIT PHARMACEUTICAL RECORDS ONLY**

In support of Plaintiffs' Motion for Extension of Time to Submit Pharmaceutical Records Only, Plaintiffs state the following:

1) Plaintiffs filed the Complaint the above-captioned case on March 2, 2017.

2) On July 11, 2017, the MDL Centrality Administrator notified counsel of a deficiency in Plaintiffs' Fact Sheet (hereinafter "PFS"). Specifically that the attached records to the PFS did not demonstrate use of Xarelto by Plaintiff Adolph Curry (hereinafter "Curry"). Per the Court's Pretrial Order #13, Plaintiffs had to cure the deficiency within 20 days, July 31, 2017.

3) On July 28, 2017, Plaintiffs timely submitted additional proof of use.

4) On July 30, 2017, the MDL Centrality Administrator notified counsel that the additional evidence was insufficient to cure the deficiency. Per the Court's Pretrial Order #13, Plaintiffs must cure the deficiency by August 19, 2017.

5) The medical records submitted with the PFS did note Curry's use of Xarelto. However, Curry received Xarelto samples from his doctor, and did not fill a prescription. In an effort to cure the deficiency, Plaintiffs are in the process of obtaining a letter from his doctor to verify

samples was given to him by the doctor. Plaintiffs' efforts have been delayed due to Curry's memory loss issues from a stroke, and because he has been out of state for an extended period of time.

6) Counsel's requested an extension of time in the amount of sixty (60) days from the date this motion, until October 8, 2017, to submit additional documents to cure the deficiency at issue.

7) Plaintiffs are not requesting an extension for purposes of delay and will submit the necessary documents as soon as they are received.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully move this Honorable Court for an extension of the deadline to cure Plaintiffs' PFS deficiency to October 8, 2017.

|  |  |
|---|---|
|  | MARC J. BERN & PARTNERS LLP |
|  | By:*/s/ Debra J. Humphrey*<br>Debra J. Humphrey (5050448)<br>60 East 42nd St., Suite 950<br>New York, NY 10165<br>(212) 702-5000<br>(212) 818-20164 (Fax)<br>dhumphrey@bernllp.com |
| Date: August 9, 2017 | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

The foregoing Plaintiffs' Memorandum in Support of Motion for Extension of Time to Submit Pharmaceutical Records Only has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 9th day of August, 2017.

        MARC J. BERN & PARTNERS LLP

        By:/s/ Debra J. Humphrey
        Debra J. Humphrey (5050448)
        60 East 42nd St., Suite 950
        New York, NY 10165
        (212) 702-5000
        (212) 818-20164 (Fax)
        dhumphrey@bernllp.com
        *Counsel for Plaintiffs*