IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO** ) | **MDL NO. 2592** |
| **(RIVAROXABAN)** ) | |
| ) | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **JUDGE ELDON E. FALLON** |
| ) | |
| ) | **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| ADOLPH CURRY and INGRID CURRY | 2:17-cv-01827 |

## ORDER

This matter came before the Court on Plaintiffs' Motion for Extension of Time to Submit Pharmaceutical Records Only.

After due consideration, this Court hereby GRANTS Plaintiffs' Motion for Extension of Time to Submit Pharmaceutical Records Only.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs has until October 8, 2017 to submit pharmaceutical/proof of use records.

_____          _____
 DATE                                                                          JUDGE ELDON E. FALLON