MINUTE ENTRY
FALLON, J.
AUGUST 8, 2017

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 15-3469 – Mingo v. Janssen, et al | SECTION: L (5) |
| BEFORE JUDGE ELDON E. FALLON<br>Case Manager: Dean Oser<br>Court Reporter: Jodi Simcox/Tana Hess | Tuesday, August 8, 2017, <u>8:40am</u><br>(Continued from Monday, 8/7/17) |

Appearances:   Andy Birchfield, Esq., Jerry Meunier, Esq., Brad Honnold, Esq., Emily
　　　　　　　　Jeffcott, Esq., and Bubba Morrison, Esq., for Plaintiffs
　　　　　　　　Lynn Pruitt, Esq., and Walter Johnson, Esq., for Bayer Defendants
　　　　　　　　Richard Sarver, Esq. for Janssen Defendants

<u>JURY TRIAL</u>

<u>Plaintiffs' Witnesses Continued:</u>
Testimony of Susan Geiger, who is appearing via video from Newark, New Jersey, continued from previous day
Shawn Racquel Collier – sworn and testified
Angela Seifert – sworn and testified
Video Deposition of Frank Misselwitz was played in lieu of his live testimony
Jury excused for the day at 4:58pm.
Out of the presence of the jury, the Plaintiff's oral motion to introduce Power Point presentation as to witness Angela Seifert was addressed by the Court. The Power Point presentation was introduced as Plaintiff's Proffer #1.

Court adjourned at 5:03 pm until Wednesday, August 9, 2017, at 8:30am

JS10:   6:01