## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*MELINDA SARACINI, as Representative of the Estate of JAMES SARACINI, Deceased*
**Civil Action No.: 2:15-cv-01396**

*EDITH BROWN*
**Civil Action No.: 2:15-cv-05859**

*ALEX ROMANO*
**Civil Action No.: 2:15-cv-05871**

*TEODOR MAGDA*
**Civil Action No.: 2:15-cv-07075**

*MARY INGHAM, Individually and as Representative of BRIAN BARABOO, Deceased*
**Civil Action No.: 2:15-cv-05868**

*CLARENCE JACKSON*
**Civil Action No.: 2:16-cv-02119**

*JOHN BEATTIE*
**Civil Action No.: 2:15-cv-05581**

*BETHANY FINCH*
**Civil Action No.: 2:16-cv-06588**

*EDGAR PARKS*
**Civil Action No.: 2:15-cv-07078**

*PHILLIP MILWOOD*
**Civil Action No.: 2:15-cv-07077**

*ABIGAIL DEATON, Individually and as Representative of LOUELLE BOUDOIN, Deceased*
**Civil Action No.: 2:15-cv-05867**

*JOSEPH COLLINS*
**Civil Action No.: 2:15-cv-05863**

1

*ELIZABETH CONKLIN*
**Civil Action No.: 2:15-cv-04398**

*PATRICIA ZAMORANO, Individually and as Representative of LIGIA LOAIZA, Deceased*
**Civil Action No.: 2:16-cv-02126**

*DONNA DAVIES, Individually and as Representative of JAMES DAVIES, Deceased*
**Civil Action No.: 2:16-cv-02113**

*MARK PFEIL*
**Civil Action No.: 2:15-cv-07079**

*MIKE SCOLARO, Individually, and as Representative of the Estate of DOMINIC SCOLARO*
**Civil Action No.: 2:15-cv-01248**

*ARVO NEIDRE*
**Civil Action No.: 2:15-cv-04533**

*PAMELA NEAL*
**Civil Action No.: 2:15-cv-05870**

*LINDA PRICE, as surviving spouse of VICTOR PRICE, Deceased*
**Civil Action No.: 2:15-cv-04765**

*PAUL BECKLEY*
**Civil Action No.: 2:15-cv-04081**

*JAMES JUSTICE, as Representative of LAURA JUSTICE, Deceased*
**Civil Action No.: 2:15-cv-07071**

*DAVID SPANGLER and VICKI EASTMAN, as Representatives of CATHERINE SPANGLER, Deceased*
**Civil Action No.: 2:16-cv-02121**

*CHARLES GARDNER*
**Civil Action No.: 2:15-cv-04518**

*RHONDA CHILDERS, Individually and as Representative of MARVIN ELDRIDGE, Deceased*
**Civil Action No.: 2:16-cv-00005**

*KENNETH FANCHER*
**Civil Action No.: 2:15-cv-04764**

*BRANDY GLYNN*
**Civil Action No.: 2:16-cv-02115**

*MONTY HOLDEN*
**Civil Action No.: 2:15-cv-07065**

*TERRY SCHEULEN*
**Civil Action No.: 2:15-cv-05872**

*DOUGLAS EVERETT, as surviving spouse of LINDA EVERETT, Deceased*
**Civil Action No.: 2:15-cv-04517**

*FRANK CUTTLER*
**Civil Action No.: 2:15-cv-05865**

*ANNA OLIVIERI, Individually and as Representative of RALPH OLIVIERI, Deceased*
**Civil Action No.: 2:15-cv-04771**

*CAROL KEARNS*
**Civil Action No.: 2:15-cv-04520**

*SHIRLEY SLAGLEY, as Representative of JEANNIE DUNCAN, Deceased*
**Civil Action No.: 2:15-cv-07081**

*SUSAN CHOROSZY*
**Civil Action No.: 2:15-cv-04871**

*MILBRE REDLER*
**Civil Action No.: 2:15-cv-04535**

*DEBRA TILTON*
**Civil Action No.: 2:16-cv-02122**

*JOHN GLASHAN*
**Civil Action No.: 2:16-cv-02114**

*DAMON HILSMEIER*
**Civil Action No.: 2:16-cv-02118**

*SHARON HARRINGTON, as Representative of MARY CHAPMAN*
**Civil Action No.: 2:16-cv-02116**

*EDWARD JOY*
**Civil Action No.: 2:15-cv-07073**

*THOMAS JOHNSON, Individually and as Representative of BRENDA JOHNSON, Deceased*
**Civil Action No.: 2:15-cv-07069**

*IRENE ALBA, Individually and as Representative of JUAN ALBA, Deceased*
**Civil Action No.: 2:16-cv-01610**

*PATRICIA TILTON*
**Civil Action No.: 2:16-cv-09630**

*RUTH PAULETTE*
**Civil Action No.: 2:16-cv-15190**

*JOHN SPEARS, JR.*
**Civil Action No.: 2:16-cv-13870**

*DAVID LEGGETT*
**Civil Action No.: 2:16-cv-09637**

*HOMER HOAGLAND, Individually and as Representative of GERALDINE HOAGLAND, Deceased*
**Civil Action No.: 2:16-cv-14910**

*REBECCA GRIEF, Individually and as Representative of LEROY RICHARDSON, Deceased*
**Civil Action No.: 2:16-cv-14682**

*LEANDRO SALAZAR*
**Civil Action No.: 2:16-cv-15416**

*GAILAND RENAE JONES*
**Civil Action No.: 2:17-cv-01439**

*CECIL DUMAS*
**Civil Action No.: 2:16-cv-13861**

*JIMMY REYNOLDS*
**Civil Action No.: 2:16-cv-13869**

*ANNIE PAYNE*
**Civil Action No.: 2:16-cv-14688**

*TROY ENG Individually, and as Representative of MARY ENG, Deceased*
**Civil Action No.: 2:16-cv-15871**

*HENRY PEOPLES*
**Civil Action No.: 2:16-cv-13862**

*YOVANKA LAVALLIERE, Individually and as Representative of CARL LAVALLIERE, Deceased*
**Civil Action No.: 2:17-cv-04703**

*JOSEPH BLAHA, as Representative of DEBORAH KENNEDY, Deceased*
**Civil Action No.: 2:17-cv-00790**

4

*HAROLD ERICHSEN*
**Civil Action No.: 2:16-cv-17628**

*JOHN DEEN*
**Civil Action No.: 2:16-cv-14176**

*MARILYN STEVENSON*
**Civil Action No.: 2:16-cv-14912**

*ROY REED*
**Civil Action No.: 2:16-cv-13488**

*MARTIN HARTIGAN*
**Civil Action No.: 2:16-cv-13486**

*JOSEPH KRYNAK*
**Civil Action No.: 2:16-cv-15185**

*STEVEN LAFORM*
**Civil Action No.: 2:17-cv-01442**

*ROBERT MORRIS*
**Civil Action No.: 2:16-cv-14177**

*AGATHA ROWSEY*
**Civil Action No.: 2:16-cv-14178**

*LUTHER PHILLIPS, JR.*
**Civil Action No.: 2:16-cv-17631**

*CHRIS GOBER, as Representative of PATRICIA COLEMAN, Deceased*
**Civil Action No.: 2:16-cv-16500**

*VICTOR LENGRAND*
**Civil Action No.: 2:16-cv-14684**

*SANDRA KURTZ*
**Civil Action No.: 2:16-cv-17634**

*ANGELA DAVIS*
**Civil Action No.: 2:16-cv-16721**

*BETTY HERRON*
**Civil Action No.: 2:17-cv-00791**

*VERONICA CASWELL*
**Civil Action No.: 2:16-cv-15183**

*DIXIE DEEL*
**Civil Action No.: 2:17-cv-04697**

*ALPHONSO HUGHES*
**Civil Action No.: 2:17-cv-04696**

*JAMES CASON*
**Civil Action No.: 2:17-cv-01444**

*MARY NESBITT*
**Civil Action No.: 2:17-cv-04694**

*KENNETH WASHINGTON*
**Civil Action No.: 2:17-cv-01446**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paige Boldt of Watts Guerra LLP hereby submits to this Court her Notice of Appearance on behalf of Plaintiff in the above-styled causes. Please serve a copy of all notices, correspondence, motions, orders and the like to the undersigned at the contact information listed below.

Dated: August 9, 2017                    **RESPECTFULLY SUBMITTED,**

*/s/ Paige Boldt*_____
**Paige Boldt**
Texas State Bar No. 24082626
**WATTS GUERRA LLP**
5726 Hausman Rd. W., Ste. 119
San Antonio, Texas 78249
Telephone: 210.448.0500
Fax: 210.448.0501
Email: pboldt@wattsguerra.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The hereby certify that on August 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Paige Boldt*_____
Paige Boldt