# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
***Duma, et al v. Janssen Research & Development, LLC, et al***
**Civil Action No. 2:17-cv-07618**

## PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A HIPAA PROTECTIVE ORDER TO OBTAIN THE RELEASE OF MEDICAL RECORDS

Plaintiff Wayne Duma, individually and as representative of the Estate of Eunice Duma, Deceased, by and through his attorney, Barrett Beasley, and pursuant to Federal Rule of Civil Procedure 26(c), moves for entry of a HIPAA protective order permitting the disclosure of "protected health information" of his deceased relative, Eunice Duma, for the purpose of the above-captioned litigation.

WHEREFORE, Plaintiff, Wayne Duma, individually and as surviving heir of the Estate of Eunice Duma, Deceased, requests that the court enter a HIPAA protective order authorizing the disclosure of Eunice Duma's protected health information for the purposes of this products liability litigation as outlined in the proposed order.

Date: August 10, 2017                                    Respectfully submitted,

By: Barrett Beasley
Barrett Beasley (#25984)
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227

bbeasley@salim-beasley.com
Attorney for Plaintiff