UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO.: 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Elliott, et al v. Janssen Research & Development, LLC, et al*
Civil Action No. 2:17-cv-07617

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A HIPAA PROTECTIVE ORDER TO OBTAIN THE RELEASE OF MEDICAL RECORDS**

Plaintiff Frank Elliott, individually and as representative of the Estate of Norma Elliott, Deceased, by and through his attorney, Barrett Beasley, and pursuant to Federal Rule of Civil Procedure 26(c), moves for entry of a HIPAA protective order permitting the disclosure of "protected health information" of his deceased relative, Norma Elliott, for the purpose of the above-captioned litigation.

WHEREFORE, Plaintiff, Frank Elliott, individually and as surviving heir of the Estate of Norma Elliott, Deceased, requests that the court enter a HIPAA protective order authorizing the disclosure of Norma Elliott's protected health information for the purposes of this products liability litigation as outlined in the proposed order.

Date: August 10, 2017

Respectfully submitted,

By: Barrett Beasley
Barrett Beasley (#25984)
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227

2

bbeasley@salim-beasley.com
Attorney for Plaintiff