# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
***Miller, et al v. Janssen Research & Development, LLC, et al***
**Civil Action No. 2:17-cv-07610**

## PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A HIPAA PROTECTIVE ORDER TO OBTAIN THE RELEASE OF MEDICAL RECORDS

Plaintiff LaShawn Miller, individually and as representative of the Estate of Brooksie J. Miller, Deceased, by and through her attorney, Barrett Beasley, and pursuant to Federal Rule of Civil Procedure 26(c), moves for entry of a HIPAA protective order permitting the disclosure of "protected health information" of her deceased relative, Brooksie J. Miller, for the purpose of the above-captioned litigation.

WHEREFORE, Plaintiff, LaShawn Miller, individually and as surviving heir of the Estate of Brooksie J. Miller, Deceased, requests that the court enter a HIPAA protective order authorizing the disclosure of Brooksie J. Miller's protected health information for the purposes of this products liability litigation as outlined in the proposed order.

Date: August 10, 2017                                  Respectfully submitted,

                                                      By: Barrett Beasley
                                                      Barrett Beasley (#25984)
                                                      SALIM-BEASLEY, LLC
                                                      1901 Texas Street
                                                      Natchitoches, LA 71457
                                                      Phone: (800) 491-1817
                                                      Fax: (318) 354-1227

bbeasley@salim-beasley.com
Attorney for Plaintiff