UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO.: 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*McCash, et al v. Janssen Research & Development, LLC, et al*
Civil Action No. 2:17-cv-07613

### PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A HIPAA PROTECTIVE ORDER TO OBTAIN THE RELEASE OF MEDICAL RECORDS

Plaintiff Tina McCash, individually and as representative of the Estate of Robert Myers, Deceased, by and through her attorney, Barrett Beasley, and pursuant to Federal Rule of Civil Procedure 26(c), moves for entry of a HIPAA protective order permitting the disclosure of "protected health information" of her deceased relative, Robert Myers, for the purpose of the above-captioned litigation.

WHEREFORE, Plaintiff, Tina McCash, individually and as surviving heir of the Estate of Robert Myers, Deceased, requests that the court enter a HIPAA protective order authorizing the disclosure of Robert Myers's protected health information for the purposes of this products liability litigation as outlined in the proposed order.

Date: August 10, 2017                              Respectfully submitted,

                                                   By: Barrett Beasley
                                                   Barrett Beasley (#25984)
                                                   SALIM-BEASLEY, LLC
                                                   1901 Texas Street
                                                   Natchitoches, LA 71457
                                                   Phone: (800) 491-1817
                                                   Fax: (318) 354-1227

bbeasley@salim-beasley.com
Attorney for Plaintiff