## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     )     MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION     )

                                    )     SECTION L

                                    )

                                    )     JUDGE ELDON E. FALLON

                                    )

                                    )     MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
*Reynolds, et al v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-07603**

### PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A HIPAA
### PROTECTIVE ORDER TO OBTAIN THE RELEASE OF MEDICAL RECORDS

Plaintiff Joseph Reynolds, individually and as representative of the Estate of Rebecca Reynolds, Deceased, by and through his attorney, Barrett Beasley, and pursuant to Federal Rule of Civil Procedure 26(c), moves for entry of a HIPAA protective order permitting the disclosure of "protected health information" of his deceased relative, Rebecca Reynolds, for the purpose of the above-captioned litigation.

WHEREFORE, Plaintiff, Joseph Reynolds, individually and as surviving heir of the Estate of Rebecca Reynolds, Deceased, requests that the court enter a HIPAA protective order authorizing the disclosure of Rebecca Reynolds's protected health information for the purposes of this products liability litigation as outlined in the proposed order.

Date: August 10, 2017                    Respectfully submitted,

                                              By: Barrett Beasley
                                            Barrett Beasley (#25984)
                                            SALIM-BEASLEY, LLC
                                            1901 Texas Street
                                            Natchitoches, LA 71457
                                            Phone: (800) 491-1817
                                            Fax: (318) 354-1227

2

bbeasley@salim-beasley.com
Attorney for Plaintiff