MINUTE ENTRY
FALLON, J.
AUGUST 9, 2017

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL |
| | NO. 2592 |
| REF: C.A. 15-3469 – Mingo v. Janssen, et al | SECTION: L (5) |

| | |
|---|---|
| BEFORE JUDGE ELDON E. FALLON | Wednesday, August 9, 2017, <u>8:50am</u> |
| Case Manager: Dean Oser | (Continued from Tuesday, 8/8/17) |
| Court Reporter: Jodi Simcox/Tana Hess | |

Appearances:   Andy Birchfield, Esq., Jerry Meunier, Esq., Brad Honnold, Esq., Emily
              Jeffcott, Esq., and Bubba Morrison, Esq., for Plaintiffs
              Lynn Pruitt, Esq., and Walter Johnson, Esq., for Bayer Defendants
              Richard Sarver, Esq. for Janssen Defendants
              Lyndsey Boney, IV, Esq. for Defendants

<u>JURY TRIAL</u>

<u>Plaintiffs' Witnesses Continued:</u>
Video Deposition of Frank Misselwitz continued from previous day.
Out of the presence of the jury – Matters regarding certain evidence was addressed by the Court.
Dr. Laura Plunkett – sworn, offered as an expert in the field of pharmacology and toxicology, accepted and testified
Out of the presence of the jury – the parties' issues with certain exhibits pertaining to the deposition of Dr. Anthonie Lensing were addressed by the Court.
Video Deposition of Dr. Anthonie Lensing was played in lieu of his live testimony

Court adjourned at 5:01pm until Thursday, August 10, 2017, at 8:30am

JS10:   5:46