UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION          :          MDL No. 2592
                                       :
                                       :          SECTION L
                                       :
WINFRED ANDERSON, individually and on  :
behalf of Catherine Anderson, Deceased :
                                       :
          Plaintiff                    :          JUDGE ELDON E. FALLON
                                       :
v.                                     :          MAGISTRATE JUDGE NORTH
                                       :
JANSSEN RESEARCH & DEVELOPMENT         :
LLC f/k/a JOHNSON & JOHNSON            :
PHARMACEUTICAL RESEARCH AND            :
DEVELOPMENT LLC, JANSSEN ORTHO         :          Civil Action No.: 2:17-cv-01297
LLC, JANSSEN PHARMACEUTICALS, INC.     :
f/k/a JANSSEN PHARMACEUTICA INC.       :
f/k/a ORTHO-MCNEIL-JANSSEN             :          STIPULATION OF DISMISSAL
PHARMACEUTICALS, INC.,                 :              WITH PREJUDICE
JOHNSON & JOHNSON,                     :
BAYER HEALTHCARE                       :
PHARMACEUTICALS INC.,                  :
BAYER PHARMA AG,                       :
BAYER HEALTHCARE LLC,                  :
BAYER CORPORATION,                     :
BAYER HEALTH CARE AG, and BAYER AG,    :
                                       :
          Defendants                   :
_____:

     IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Winfred Anderson,

individually and on behalf of Catherine Anderson, Deceased, hereby dismisses all claims in this

matter with prejudice against all Defendants in this action, Civil Action No. 2:17-cv-01297, only.

This stipulation shall not affect the lawsuit filed by Ray Anderson on behalf of Catherine

Anderson, which is currently pending in MDL No. 2592 in the United States District Court for

the Eastern District of Louisiana, bearing Case No. 2:16-cv-11756. All parties shall bear their

own costs.

**FERRER POIROT**
**WANSBROUGH (GA)**
By: /s/Russell T. Abney
Russell T. Abney
2100 RiverEdge Pkwy. NW
Atlanta, GA 30328
Fax: 707-313-0956
Email: atlanta@lawyerworks.com

Attorneys for Plaintiff

Dated: August 10, 2017

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals,
Inc., Janssen Research & Development, LLC, Janssen
Ortho LLC, and Johnson & Johnson

Dated: August 10, 2017

**ARNOLD & PORTER KAYE**
**SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare
Pharmaceuticals Inc., and Bayer Pharma AG

Dated: August 10, 2017

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: August 10, 2017

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 10, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/James B. Irwin _____