UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*MELINDA SARACINI, as Representative of the Estate of JAMES SARACINI, Deceased*
Civil Action No.: 2:15-cv-01396

*EDITH BROWN*
Civil Action No.: 2:15-cv-05859

*ALEX ROMANO*
Civil Action No.: 2:15-cv-05871

*TEODOR MAGDA*
Civil Action No.: 2:15-cv-07075

*MARY INGHAM, Individually and as Representative of BRIAN BARABOO, Deceased*
Civil Action No.: 2:15-cv-05868

*CLARENCE JACKSON*
Civil Action No.: 2:16-cv-02119

*JOHN BEATTIE*
Civil Action No.: 2:15-cv-05581

*BETHANY FINCH*
Civil Action No.: 2:16-cv-06588

*EDGAR PARKS*
Civil Action No.: 2:15-cv-07078

*DONNA MILLWOOD*
Civil Action No.: 2:15-cv-07077

*ABIGAIL DEATON, Individually and as Representative of LOUELLE BOUDOIN, Deceased*
Civil Action No.: 2:15-cv-05867

*JOSEPH COLLINS*
Civil Action No.: 2:15-cv-05863

1

*ELIZABETH CONKLIN*
Civil Action No.: 2:15-cv-04398

*PATRICIA ZAMORANO, Individually and as Representative of LIGIA LOAIZA, Deceased*
Civil Action No.: 2:16-cv-02126

*DONNA DAVIES, Individually and as Representative of JAMES DAVIES, Deceased*
Civil Action No.: 2:16-cv-02113

*MARK PFEIL*
Civil Action No.: 2:15-cv-07079

*MIKE SCOLARO, Individually, and as Representative of the Estate of DOMINIC SCOLARO*
Civil Action No.: 2:15-cv-01248

*ARVO NEIDRE*
Civil Action No.: 2:15-cv-04533

*PAMELA NEAL*
Civil Action No.: 2:15-cv-05870

*LINDA PRICE, as surviving spouse of VICTOR PRICE, Deceased*
Civil Action No.: 2:15-cv-04765

*PAUL BECKLEY*
Civil Action No.: 2:15-cv-04081

*JAMES JUSTICE, as Representative of LAURA JUSTICE, Deceased*
Civil Action No.: 2:15-cv-07071

*DAVID SPANGLER and VICKI EASTMAN, as Representatives of CATHERINE SPANGLER, Deceased*
Civil Action No.: 2:16-cv-02121

*CHARLES GARDNER*
Civil Action No.: 2:15-cv-04518

*RHONDA CHILDERS, Individually and as Representative of MARVIN ELDRIDGE, Deceased*
Civil Action No.: 2:16-cv-00005

*KENNETH FANCHER*
Civil Action No.: 2:15-cv-04764

*BRANDY GLYNN*
Civil Action No.: 2:16-cv-02115

MONTY HOLDEN
Civil Action No.: 2:15-cv-07065

TERRY SCHEULEN
Civil Action No.: 2:15-cv-05872

DOUGLAS EVERETT, as surviving spouse of LINDA EVERETT, Deceased
Civil Action No.: 2:15-cv-04517

FRANK CUTTLER
Civil Action No.: 2:15-cv-05865

ANNA OLIVIERI, Individually and as Representative of RALPH OLIVIERI, Deceased
Civil Action No.: 2:15-cv-04771

CAROL KEARNS
Civil Action No.: 2:15-cv-04520

SHIRLEY SLAGLEY, as Representative of JEANNIE DUNCAN, Deceased
Civil Action No.: 2:15-cv-07081

SUSAN CHOROSZY
Civil Action No.: 2:15-cv-04871

MILBRE REDLER
Civil Action No.: 2:15-cv-04535

DEBRA TILTON
Civil Action No.: 2:16-cv-02122

JOHN GLASHAN
Civil Action No.: 2:16-cv-02114

DAMON HILSMEIER
Civil Action No.: 2:16-cv-02118

SHARON HARRINGTON, as Representative of MARY CHAPMAN
Civil Action No.: 2:16-cv-02116

EDWARD JOY
Civil Action No.: 2:15-cv-07073

THOMAS JOHNSON, Individually and as Representative of BRENDA JOHNSON, Deceased
Civil Action No.: 2:15-cv-07069

IRENE ALBA, Individually and as Representative of JUAN ALBA, Deceased
Civil Action No.: 2:16-cv-01610

PATRICIA TILTON
Civil Action No.: 2:16-cv-09630

RUTH PAULETTE
Civil Action No.: 2:16-cv-15190

JOHN SPEARS, JR.
Civil Action No.: 2:16-cv-13870

DAVID LEGGETT
Civil Action No.: 2:16-cv-09627

HOMER HOAGLAND, Individually and as Representative of GERALDINE HOAGLAND, Deceased
Civil Action No.: 2:16-cv-14910

REBECCA GRIEF, Individually and as Representative of LEROY RICHARDSON, Deceased
Civil Action No.: 2:16-cv-14682

LEANDRO SALAZAR
Civil Action No.: 2:16-cv-15416

GAILAND RENAE JONES
Civil Action No.: 2:17-cv-01439

CECIL DUMAS
Civil Action No.: 2:16-cv-13861

JIMMY REYNOLDS
Civil Action No.: 2:16-cv-13869

ANNIE PAYNE
Civil Action No.: 2:16-cv-14688

TROY ENG Individually, and as Representative of MARY ENG, Deceased
Civil Action No.: 2:16-cv-15871

HENRY PEOPLES
Civil Action No.: 2:16-cv-13862

YOVANKA LAVALLIERE, Individually and as Representative of CARL LAVALLIERE, Deceased
Civil Action No.: 2:17-cv-04703

JOSEPH BLAHA, as Representative of DEBORAH KENNEDY, Deceased
Civil Action No.: 2:17-cv-00790

*HAROLD ERICHSEN*
Civil Action No.: 2:16-cv-17628

*JOHN DEEN*
Civil Action No.: 2:16-cv-14176

*MARILYN STEVENSON*
Civil Action No.: 2:16-cv-14912

*ROY REED*
Civil Action No.: 2:16-cv-13488

*MARTIN HARTIGAN*
Civil Action No.: 2:16-cv-13486

*JOSEPH KRYNAK*
Civil Action No.: 2:16-cv-15185

*STEVEN LAFORM*
Civil Action No.: 2:17-cv-01442

*ROBERT MORRIS*
Civil Action No.: 2:16-cv-14177

*AGATHA ROWSEY*
Civil Action No.: 2:16-cv-14178

*LUTHER PHILLIPS, JR.*
Civil Action No.: 2:16-cv-17631

*CHRIS GOBER, as Representative of PATRICIA COLEMAN, Deceased*
Civil Action No.: 2:16-cv-16500

*VICTOR LENGRAND*
Civil Action No.: 2:16-cv-14684

*SANDRA KURTZ*
Civil Action No.: 2:16-cv-17634

*ANGELA DAVIS*
Civil Action No.: 2:16-cv-16721

*BETTY HERRON*
Civil Action No.: 2:17-cv-00791

*VERONICA CASWELL*
**Civil Action No.: 2:16-cv-15183**

*DIXIE DEEL*
**Civil Action No.: 2:17-cv-04697**

*ALPHONSO HUGHES*
**Civil Action No.: 2:17-cv-04696**

*JAMES CASON*
**Civil Action No.: 2:17-cv-01444**

*MARY NESBITT*
**Civil Action No.: 2:17-cv-04694**

*KENNETH WASHINGTON*
**Civil Action No.: 2:17-cv-01446**

## PLAINTIFFS' WITHDRAWAL OF DOCUMENT NO. 7247

Plaintiffs' counsel hereby withdraws Document No. 7247, filed in error on August 9, 2017. The document attached as Doc No. 7247 is incorrect and Plaintiffs will re-file accordingly. Therefore, Plaintiffs hereby respectfully withdraws Document No. 7247.

Dated this 10th day of August, 2017

**Respectfully submitted,**
/s/ *Paige Boldt*
**Paige N. Boldt**
Texas State Bar No. 24082626
**WATTS GUERRA LLP**
5726 W. Hausman, Ste. 119
San Antonio, TX 78249
Telephone: 866.529.9100
Fax: 210.448.0501
Email: pboldt@wattsguerra.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Paige Boldt*
Paige Boldt
