UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| BETTY SINEATH | |
| Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTH CARE AG, and BAYER AG, | Civil Action No.: 2:16-cv-07887  STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

1

**JACOBY AND MEYERS, LLC**

By: s/*Michael Lee Allsup*
Michael Lee Allsup
1929 3rd Avenue North
Suite 800
Birmingham, AL 35203-5011
Telephone: (205) 380-7070
Email: michael.allsup@jacobmeyers.com

**COCHRAN FIRM (BIRMINGHAM)**

By: s/*John J. Givens*
John J. Givens
Joseph Jay Siegelman
222 20th Street North
Suite 800
Birmingham, AL 35203
Telephone: (205) 244-1115
johngivens@cochranfirm.com
jsiegelman@cochranfirm.com

Attorneys for Plaintiff

Dated: August 10, 2017

**DRINKER BIDDLE & REATH LLP**

By: s/*Susan M. Sharko*
Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7350
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson; Janssen Research & Development, LLC, and Janssen Ortho LLC

Dated: August 10, 2017

**ARNOLD & PORTER**
**KAYE SCHOLER LLP**

By: */s/Andrew Solow*
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: August 10, 2017

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: s/*James B. Irwin*
James B. Irwin
Kim E. Moore
400 Poydras St., Ste. 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 10, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

               s/ *James B. Irwin*