**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| MICHAEL LOVELESS, | JUDGE: ELDON E. FALLON |
| Plaintiff, | MAG. JUDGE MICHAEL NORTH |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | MOTION FOR SUBSTITUTION OF PROPER PARTY<br><br>Case No. 2:17-cv-00462 |
| Defendants. | |

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Ryan Loveless, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Ryan Loveless, on behalf of the Estate of Michael Loveless, as Plaintiff in the above-captioned cause.

1. Michael Loveless filed a product liability lawsuit against defendants on January 19, 2017.

2. Plaintiff Michael Loveless died intestate and without spouse or children on May 7, 2017.

3. Michael Loveless' product liability action against defendants survived Plaintiff's death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on June 7, 2017, attached hereto as "Exhibit A".

5. West Virginia Code Chapter 42-1-3a states: "Any part of the intestate estate … if there is no surviving spouse, passes in the following order to the individuals designated below who survive the decedent: (a) [t]o the decedent's descendants by representation; (b) [i]f there is no surviving descendant, to the decedent's parents equally if both survive, or to the surviving parent; (c) [i]f there is no surviving descendant or parent, to the descendants of the decedent's parents or either of them by representation."

6. Michael Loveless' one surviving parent, James Loveless, and one of two surviving descendants of Michael Loveless' surviving parent, Caitlin Loveless, have each signed a notarized Disclaimer of Interest, thereby passing legal heirship to Ryan Loveless based on applicable state laws of decedent's state of residence as cited above.

7. Ryan Loveless, as Personal Representative and Successor in Interest for the Estate of Michael Loveless, is a proper party to substitute for Plaintiff Michael Loveless and has proper capacity to proceed forward with the surviving product liability lawsuit on Plaintiff's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

8. Counsel for Plaintiff attempted to meet and confer with Defense Counsel regarding this motion but were unsuccessful in all attempts.

WHEREFORE, counsel for the Plaintiff requests that this Court grant this request for substitution as Plaintiff in this action.

Dated August 10, 2017                                     Respectfully submitted,

                                              By: */s/ Bobby Saadian*
                                              Bobby Saadian, Esq.
                                              CA Bar 250377
                                              3055 Wilshire Blvd. 12th Floor,
                                              Los Angeles, CA 90010
                                              Phone: (213)381-9988
                                              Fax: (213)381-9989
                                              Email: masstorts@wilshirelawfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 10th day of August, 2017.

                                              **THE WILSHIRE LAW FIRM**

                                              By: */s/ Bobby Saadian*
                                              Bobby Saadian, Esq.
                                              CA Bar 250377
                                              3055 Wilshire Blvd. 12th Floor,
                                              Los Angeles, CA 90010
                                              Phone: (213)381-9988
                                              Fax: (213)381-9989
                                              Email: masstorts@wilshirelawfirm.com