# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| MICHAEL LOVELESS, | JUDGE: ELDON E. FALLON |
| Plaintiff, | MAG. JUDGE MICHAEL NORTH |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | NOTICE AND SUGGESTION OF DEATH<br><br>Case No. 2:17-cv-00462 |
| Defendants. | |

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the honorable Court of the death of the Plaintiff, Michael Loveless on or about May 7, 2017. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Ryan Loveless, who is the surviving brother and successor in interest of the Estate of Michael Loveless.

Respectfully submitted, this the 7th day of June, 2017.

                                        **THE WILSHIRE LAW FIRM**

                                        By:/s/ *Bobby Saadian*
                                        Bobby Saadian, Esq.
                                        CA Bar 250377
                                        3055 Wilshire Blvd. 12th Floor,
                                        Los Angeles, CA 90010
                                        Phone: (213)381-9988
                                        Fax: (213)381-9989
                                        Email: masstorts@wilshirelawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 7th day of June, 2017.

                                        **THE WILSHIRE LAW FIRM**

                                        By: */s/ Bobby Saadian*
                                        Bobby Saadian, Esq.
                                        CA Bar 250377
                                        3055 Wilshire Blvd. 12th Floor,
                                        Los Angeles, CA 90010
                                        Phone: (213)381-9988
                                        Fax: (213)381-9989
                                        Email: masstorts@wilshirelawfirm.com