# EXHIBIT B

**Matthew Mower**

| | |
|---|---|
| **From:** | Matthew Mower |
| **Sent:** | Monday, August 07, 2017 12:59 PM |
| **To:** | 'Kelly Brilleaux' |
| **Subject:** | RE: 2:17-cv-00463 Notice and Suggestion of Death |

Hello Ms. Brilleaux,

I am following up on this case because I have not heard back on our proposed motion to substitute parties. I have been waiting quite some time for a response and defendants have issued a PFS deficiency for failure to show authority for the person signing the Declaration on behalf of the deceased plaintiff. We will need a response or will need to file our proposed motion noting a failure to respond to our request for meet and confer.

Very Truly Yours,

*Matthew Mower*

Mass Torts Paralegal
**Wilshire Law Firm, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA  90010
Direct Tel: (213) 381-9988 Ext. 241
Toll Free: (800) 52-CRASH
Fax: (213) 381-9989
Email: matthew@wilshirelawfirm.com
Web: www.wilshirelawfirm.com

"*The highest compliment we can receive is the referral of your friends and family.*"

**CONFIDENTIAL EMAIL TRANSMISSION & WARNING:**
This message and (any attachments hereto) contains confidential information and is intended only for the individual named. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the intended recipient you should not disseminate, distribute, copy this e-mail, or disclose its contents to anyone. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Any review, use, distribution or disclosure by others is strictly prohibited. The recipient should check this email and any attachments for the presence of viruses. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission, nor does the sender accept liability for damage caused by any virus transmitted by this email.

If you are a potential client, the information you disclose to us by email will be kept in strict confidence and will be protected to the full extent of the law.  Please be advised that Wilshire Law Firm, PLC and its lawyers do not represent you until you have signed a retainer agreement with the firm.  Until that time, you are responsible for any statutes of limitations or other deadlines for your potential case.

**From:** Kelly Brilleaux [mailto:kbrilleaux@irwinllc.com]
**Sent:** Wednesday, August 02, 2017 3:21 PM

**To:** Matthew Mower <matthew@wilshirelawfirm.com>
**Subject:** RE: 2:17-cv-00463 Notice and Suggestion of Death

Matthew,

Apologies for the delay. I'll try to have a response to you tomorrow. Thanks.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax



www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

---

**From:** Matthew Mower [mailto:matthew@wilshirelawfirm.com]
**Sent:** Monday, July 31, 2017 12:52 PM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Subject:** RE: 2:17-cv-00463 Notice and Suggestion of Death

Ms. Brilleaux,

Can you tell me when we will have a response to this request?

Very Truly Yours,

*Matthew Mower*

Mass Torts Paralegal
**Wilshire Law Firm, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA  90010
Direct Tel: (213) 381-9988 Ext. 241
Toll Free: (800) 52-CRASH
Fax: (213) 381-9989
Email: matthew@wilshirelawfirm.com
Web: www.wilshirelawfirm.com

"*The highest compliment we can receive is the referral of your friends and family.*"

**CONFIDENTIAL EMAIL TRANSMISSION & WARNING:**
This message and (any attachments hereto) contains confidential information and is intended only for the individual named. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the intended recipient you should not disseminate, distribute, copy this e-mail, or disclose its contents to anyone. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your

**Matthew Mower**
___

| | |
|---|---|
| **From:** | Matthew Mower |
| **Sent:** | Saturday, July 15, 2017 2:12 PM |
| **To:** | 'Kelly Brilleaux' |
| **Subject:** | RE: 2:17-cv-00463 Notice and Suggestion of Death |
| **Attachments:** | Disclaimer of Interest - James Loveless - Notarized.pdf; Disclaimer of Interest - Caitlin Loveless - Notarized.pdf |

Ms. Brilleaux,

We rely on West Virginia State Statute regarding intestate estates. Plaintiff Michael Loveless died intestate and without surviving spouse or descendants. West Virginia Code Chapter 42-1-3a specifically states that in such an instance, property passes to the decedent's parents or to the descendants of the decedent's parents.

Attached is a disclaimer of interest signed and notarized by the decedent's only surviving parent, James Loveless; and a disclaimer of interest signed by one of the only two surviving descendants of the decedent's parent, Caitlin Loveless. By these notarized disclaimers of interest, by West Virginia Code Chapter 42-1-3a regarding legal succession of heirship of intestate estates, Ryan Loveless is the appropriate and proper legal next of kin and, therefore, the appropriate party to substitute for Michael Loveless, deceased.

Very Truly Yours,

*Matthew Mower*

Mass Torts Paralegal
**Wilshire Law Firm, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA  90010
Direct Tel: (213) 381-9988 Ext. 241
Toll Free: (800) 52-CRASH
Fax: (213) 381-9989
Email: matthew@wilshirelawfirm.com
Web: www.wilshirelawfirm.com

"*The highest compliment we can receive is the referral of your friends and family.*"

**CONFIDENTIAL EMAIL TRANSMISSION & WARNING:**
This message and (any attachments hereto) contains confidential information and is intended only for the individual named. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the intended recipient you should not disseminate, distribute, copy this e-mail, or disclose its contents to anyone. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Any review, use, distribution or disclosure by others is strictly prohibited. The recipient should check this email and any attachments for the presence of viruses. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission, nor does the sender accept liability for damage caused by any virus transmitted by this email.

If you are a potential client, the information you disclose to us by email will be kept in strict confidence and will be protected to the full extent of the law.  Please be advised that Wilshire Law Firm, PLC and its lawyers do not represent

you until you have signed a retainer agreement with the firm.  Until that time, you are responsible for any statutes of limitations or other deadlines for your potential case.

---

**From:** Kelly Brilleaux [mailto:kbrilleaux@irwinllc.com]
**Sent:** Monday, July 10, 2017 4:19 PM
**To:** Matthew Mower <matthew@wilshirelawfirm.com>
**Subject:** RE: 2:17-cv-00463 Notice and Suggestion of Death

Mr. Mower,

Please provide proof of legal substitute for Ryan Loveless in this matter. Once we have this information, we can determine whether there is any objection to the filing of the Motion to Substitute.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax



www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

---

**From:** Matthew Mower [mailto:matthew@wilshirelawfirm.com]
**Sent:** Friday, June 23, 2017 7:11 PM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Subject:** RE: 2:17-cv-00463 Notice and Suggestion of Death

Ms. Brilleaux,

Attached is the Motion for Substitution of Proper Party and Proposed Order for Loveless v. Janssen Research & Development, LLC, et al. Case No. 2:17-cv-462 for review by Defense Counsel.
Thank you for arranging a meet and confer and I look forward to your response.

Matthew Mower
Mass Torts Paralegal
**Wilshire Law Firm, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA  90010
Direct Tel: (213) 381-9988 Ext. 241
Toll Free: (800) 52-CRASH
Fax: (213) 381-9989
Email: matthew@wilshirelawfirm.com
Web: www.wilshirelawfirm.com

# Matthew Mower

| | |
|---|---|
| **From:** | Kelly Brilleaux <kbrilleaux@irwinllc.com> |
| **Sent:** | Friday, June 30, 2017 2:31 PM |
| **To:** | Matthew Mower |
| **Subject:** | RE: 2:17-cv-00463 Notice and Suggestion of Death |

Mr. Mower,

I received your email and am awaiting approval from counsel for Janssen and Bayer. I'll get back to you as soon as possible. Thank you.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax



www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

---

**From:** Matthew Mower [mailto:matthew@wilshirelawfirm.com]
**Sent:** Friday, June 30, 2017 4:29 PM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Subject:** RE: 2:17-cv-00463 Notice and Suggestion of Death

Ms. Brilleaux,

I just wanted to follow up and confirm you received the motion to substitute parties for meet and confer with Defendants on case 2:17-cv-463. In case you did not, attached is the motion and Proposed Order.

Matthew Mower
Mass Torts Paralegal
**Wilshire Law Firm, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA  90010
Direct Tel: (213) 381-9988 Ext. 241
Toll Free: (800) 52-CRASH
Fax: (213) 381-9989
Email: matthew@wilshirelawfirm.com
Web: www.wilshirelawfirm.com

"*The highest compliment we can receive is the referral of your friends and family.*"

**CONFIDENTIAL EMAIL TRANSMISSION & WARNING:**

This message and (any attachments hereto) contains confidential information and is intended only for the individual named. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the intended recipient you should not disseminate, distribute, copy this e-mail, or disclose its contents to anyone. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Any review, use, distribution or disclosure by others is strictly prohibited. The recipient should check this email and any attachments for the presence of viruses. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission, nor does the sender accept liability for damage caused by any virus transmitted by this email.

If you are a potential client, the information you disclose to us by email will be kept in strict confidence and will be protected to the full extent of the law.  Please be advised that Wilshire Law Firm, PLC and its lawyers do not represent you until you have signed a retainer agreement with the firm.  Until that time, you are responsible for any statutes of limitations or other deadlines for your potential case.

---

**From:** Kelly Brilleaux [mailto:kbrilleaux@irwinllc.com]
**Sent:** Friday, June 23, 2017 5:12 PM
**To:** Matthew Mower <matthew@wilshirelawfirm.com>
**Subject:** Automatic reply: 2:17-cv-00463 Notice and Suggestion of Death

I am currently out of the office, with limited access to email and voicemail, returning Monday, June 26, 2017. If you need immediate assistance, please contact my assistant, Maria Knight, at (504) 310-2155.

system. Any review, use, distribution or disclosure by others is strictly prohibited. The recipient should check this email and any attachments for the presence of viruses. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission, nor does the sender accept liability for damage caused by any virus transmitted by this email.

If you are a potential client, the information you disclose to us by email will be kept in strict confidence and will be protected to the full extent of the law.  Please be advised that Wilshire Law Firm, PLC and its lawyers do not represent you until you have signed a retainer agreement with the firm.  Until that time, you are responsible for any statutes of limitations or other deadlines for your potential case.

---

**From:** Kelly Brilleaux [mailto:kbrilleaux@irwinllc.com]
**Sent:** Monday, July 10, 2017 4:19 PM
**To:** Matthew Mower <matthew@wilshirelawfirm.com>
**Subject:** RE: 2:17-cv-00463 Notice and Suggestion of Death

Mr. Mower,

Please provide proof of legal substitute for Ryan Loveless in this matter. Once we have this information, we can determine whether there is any objection to the filing of the Motion to Substitute.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax



www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

---

**From:** Matthew Mower [mailto:matthew@wilshirelawfirm.com]
**Sent:** Friday, June 23, 2017 7:11 PM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Subject:** RE: 2:17-cv-00463 Notice and Suggestion of Death

Ms. Brilleaux,

Attached is the Motion for Substitution of Proper Party and Proposed Order for Loveless v. Janssen Research & Development, LLC, et al. Case No. 2:17-cv-462 for review by Defense Counsel.
Thank you for arranging a meet and confer and I look forward to your response.

Matthew Mower
Mass Torts Paralegal

Wilshire Law Firm, PLC
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA  90010
Direct Tel: (213) 381-9988 Ext. 241
Toll Free: (800) 52-CRASH
Fax: (213) 381-9989
Email: matthew@wilshirelawfirm.com
Web: www.wilshirelawfirm.com

"*The highest compliment we can receive is the referral of your friends and family.*"

**CONFIDENTIAL EMAIL TRANSMISSION & WARNING:**
This message and (any attachments hereto) contains confidential information and is intended only for the individual named. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the intended recipient you should not disseminate, distribute, copy this e-mail, or disclose its contents to anyone. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Any review, use, distribution or disclosure by others is strictly prohibited. The recipient should check this email and any attachments for the presence of viruses. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission, nor does the sender accept liability for damage caused by any virus transmitted by this email.

If you are a potential client, the information you disclose to us by email will be kept in strict confidence and will be protected to the full extent of the law.  Please be advised that Wilshire Law Firm, PLC and its lawyers do not represent you until you have signed a retainer agreement with the firm.  Until that time, you are responsible for any statutes of limitations or other deadlines for your potential case.

---

**From:** Kelly Brilleaux [mailto:kbrilleaux@irwinllc.com]
**Sent:** Sunday, June 11, 2017 3:52 PM
**To:** Matthew Mower <matthew@wilshirelawfirm.com>
**Subject:** RE: 2:17-cv-00463 Notice and Suggestion of Death

Thanks, Matthew. Defendants are agreeable to a 20-day extension of the deadline to cure the PFS deficiency in this matter.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax



www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

**From:** Matthew Mower [mailto:matthew@wilshirelawfirm.com]
**Sent:** Wednesday, June 07, 2017 1:38 PM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Subject:** RE: 2:17-cv-00463 Notice and Suggestion of Death

Correction. The correct case number in Reference is 2:17-cv-0462, Loveless v. Janssen Research & Development, LLC, et al.
I apologize for the incorrectly referenced case number. All motions and filings for Michael Loveless will reference 2:17-cv-00462.

Matthew Mower
Mass Torts Paralegal
**Wilshire Law Firm, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA  90010
Direct Tel: (213) 381-9988 Ext. 241
Toll Free: (800) 52-CRASH
Fax: (213) 381-9989
Email: matthew@wilshirelawfirm.com
Web: www.wilshirelawfirm.com

"*The highest compliment we can receive is the referral of your friends and family.*"

**CONFIDENTIAL EMAIL TRANSMISSION & WARNING:**
This message and (any attachments hereto) contains confidential information and is intended only for the individual named. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the intended recipient you should not disseminate, distribute, copy this e-mail, or disclose its contents to anyone. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Any review, use, distribution or disclosure by others is strictly prohibited. The recipient should check this email and any attachments for the presence of viruses. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission, nor does the sender accept liability for damage caused by any virus transmitted by this email.

If you are a potential client, the information you disclose to us by email will be kept in strict confidence and will be protected to the full extent of the law.  Please be advised that Wilshire Law Firm, PLC and its lawyers do not represent you until you have signed a retainer agreement with the firm.  Until that time, you are responsible for any statutes of limitations or other deadlines for your potential case.


**From:** Kelly Brilleaux [mailto:kbrilleaux@irwinllc.com]
**Sent:** Wednesday, June 07, 2017 10:45 AM
**To:** Matthew Mower <matthew@wilshirelawfirm.com>
**Subject:** RE: 2:17-cv-00463 Notice and Suggestion of Death

Can you let me know the amount of time you are requesting for an extension? And yes, we would prefer to agree to an extension rather than address it in Motion practice if possible.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC

5

400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax



www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

---

**From:** Matthew Mower [mailto:matthew@wilshirelawfirm.com]
**Sent:** Wednesday, June 07, 2017 12:43 PM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Subject:** RE: 2:17-cv-00463 Notice and Suggestion of Death

I will provide that as soon as it is available. There was also a notice of deficiency issued for the PFS for failure to provide a signed declaration from the Plaintiff. Being that no declaration was signed prior to Plaintiff's passing, we will need an extension of the deadline to submit that declaration. Can we stipulate to an extension without a formal filing?

Matthew Mower
Mass Torts Paralegal
**Wilshire Law Firm, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA  90010
Direct Tel: (213) 381-9988 Ext. 241
Toll Free: (800) 52-CRASH
Fax: (213) 381-9989
Email: matthew@wilshirelawfirm.com
Web: www.wilshirelawfirm.com

"*The highest compliment we can receive is the referral of your friends and family.*"

**CONFIDENTIAL EMAIL TRANSMISSION & WARNING:**
This message and (any attachments hereto) contains confidential information and is intended only for the individual named. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the intended recipient you should not disseminate, distribute, copy this e-mail, or disclose its contents to anyone. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Any review, use, distribution or disclosure by others is strictly prohibited. The recipient should check this email and any attachments for the presence of viruses. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission, nor does the sender accept liability for damage caused by any virus transmitted by this email.

If you are a potential client, the information you disclose to us by email will be kept in strict confidence and will be protected to the full extent of the law.  Please be advised that Wilshire Law Firm, PLC and its lawyers do not represent you until you have signed a retainer agreement with the firm.  Until that time, you are responsible for any statutes of limitations or other deadlines for your potential case.

**From:** Kelly Brilleaux [mailto:kbrilleaux@irwinllc.com]
**Sent:** Wednesday, June 07, 2017 10:39 AM
**To:** Matthew Mower <matthew@wilshirelawfirm.com>
**Subject:** RE: 2:17-cv-00463 Notice and Suggestion of Death

Thank you, Matthew.

To expedite the process, please send us a copy of the Motion to Substitute that you intend to file, which I will then send to counsel for Jannsen and Bayer for approval.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax



www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

**From:** Matthew Mower [mailto:matthew@wilshirelawfirm.com]
**Sent:** Wednesday, June 07, 2017 12:29 PM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Subject:** 2:17-cv-00463 Notice and Suggestion of Death

Ms. Brilleaux,

I am contacting you to notify you that we will be filing the attached Notice and Suggestion of Death for Michael Loveless in Case No. 2:17-cv-00463. Once a Motion to Substitute Party is drafted, I will contact you to Meet and Confer with Defense Counsel.

Very Truly Yours,

*Matthew Mower*

Mass Torts Paralegal
**Wilshire Law Firm, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA  90010
Direct Tel: (213) 381-9988 Ext. 241
Toll Free: (800) 52-CRASH
Fax: (213) 381-9989
Email: matthew@wilshirelawfirm.com
Web: www.wilshirelawfirm.com

*"The highest compliment we can receive is the referral of your friends and family."*



**SERIOUS INJURIES, SERIOUS LAWYERS, SERIOUS RESULTS!**

   

    

**CONFIDENTIAL EMAIL TRANSMISSION & WARNING:**
This message and (any attachments hereto) contains confidential information and is intended only for the individual named. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the intended recipient you should not disseminate, distribute, copy this e-mail, or disclose its contents to anyone. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Any review, use, distribution or disclosure by others is strictly prohibited. The recipient should check this email and any attachments for the presence of viruses. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission, nor does the sender accept liability for damage caused by any virus transmitted by this email.

If you are a potential client, the information you disclose to us by email will be kept in strict confidence and will be protected to the full extent of the law.  Please be advised that Wilshire Law Firm, PLC and its lawyers do not represent you until you have signed a retainer agreement with the firm.  Until that time, you are responsible for any statutes of limitations or other deadlines for your potential case.