# EXHIBIT C

## DISCLAIMER OF INTEREST

1. I, CAITLIN LOVELESS, am the sister of MICHAEL KENNETH LOVELESS.

2. On or about May 7, 2017, MICHAEL KENNETH LOVELESS passed away intestate.

3. In accordance with the provisions of Section 2518 of the Internal Revenue Code and West Virginia Code, Chapter 42, Article 6, et seq., I do hereby irrevocably disclaim my interest in any and all property passing from the Estate of MICHAEL KENNETH LOVELESS pursuant to the rules of intestate succession contained in West Virginia Code, Chapter 42, Article 1, including but not limited to any interest passing to myself relating to the following matter(s):

> Any and all Claims and Settlements arising from the Product Liability Litigation, Michael Loveless v. Janssen Research & Development, LLC, et al.; Case Number 2:17-cv-462 filed on January 19, 2017 in the Federal District for the Eastern District of Louisiana for injuries sustained in 2016 arising from use of the blood thinner medication, "Xarelto."

_____
CAITLIN LOVELESS, Disclaimant

THE STATE OF  West Virginia
COUNTY OF  Kanawha

This instrument was acknowledged before me on the 21st day of June, 2017 by Caitlin Loveless.

_____
Notary Public in
and for the State of  West Virginia

BERNADETTE HOFFMAN
Notary Public Official Seal
State of West Virginia
My Comm. Expires Jun 3, 2021
1036 Village Dr. Charleston WV 25309

## DISCLAIMER OF INTEREST

1. I, JAMES LOVELESS, am the father of MICHAEL KENNETH LOVELESS.

2. On or about May 7, 2017, MICHAEL KENNETH LOVELESS passed away intestate.

3. In accordance with the provisions of Section 2518 of the Internal Revenue Code and West Virginia Code, Chapter 42, Article 6, et seq., I do hereby irrevocably disclaim my interest in any and all property passing from the Estate of MICHAEL KENNETH LOVELESS pursuant to the rules of intestate succession contained in West Virginia Code, Chapter 42, Article 1, including but not limited to any interest passing to myself relating to the following matter(s):

Any and all Claims and Settlements arising from the Product Liability Litigation, Michael Loveless v. Janssen Research & Development, LLC, et al.; Case Number 2:17-cv-462 filed on January 19, 2017 in the Federal District for the Eastern District of Louisiana for injuries sustained in 2016 arising from use of the blood thinner medication, "Xarelto."

_____
JAMES LOVELESS, Disclaimant

THE STATE OF  West Virginia

COUNTY OF  Kanawha

This instrument was acknowledged before me on the 20th day of June, 2017 by James Loveless.

_____
Notary Public in and for the State of  West Virginia

BERNADETTE HOFFMAN
Notary Public Official Seal
State of West Virginia
My Comm. Expires Jun 3, 2021
1036 Village Dr. Charleston WV 25309