UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Dora Mingo v. Janssen Research & Development, LLC et al.<br>Case No. 2:15-cv-03469 | MAGISTRATE NORTH |

### DEFENDANTS' MOTION TO CALL PLAINTIFF'S TREATING PHYSICIAN OUT OF TURN

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Bayer HealthCare Pharmaceuticals, Inc., and Bayer Pharma AG (collectively, "Defendants") hereby move the Court to allow them to call Plaintiff's treating physician, Dr. Stephen Keith, out of turn, at 1 pm on Friday, August 11, 2017. In support of their motion, Defendants state as follows:

1. Plaintiff previously informed Defendants that they would issue trial subpoenas to Plaintiff's prescribing and treating physicians, Dr. Renie Jordon and Dr. Keith. Plaintiff issued the subpoenas. *See* Dr. Keith Subpoena (attached hereto as Exhibit A). The parties agreed that these subpoenas would cover both parties' request for the physicians' appearances at trial and that Plaintiff would hold open the subpoenas for Defendants to call Plaintiff's physicians even if Plaintiff did not. *See* Exh. B; Exh. C.

2. Defendants have previously advised Plaintiff and the Court that they intend to call both physicians, and raised potential scheduling concerns with the Court on numerous occasions. In light of the Court's prohibition on Defendants' contact with Plaintiff's physicians, the Court asked Plaintiff's counsel earlier today to contact Dr. Keith or his counsel to inquire as to Dr.

Keith's schedule. It is Defendants' understanding that Dr. Keith is only available to testify on Friday, August 11.

3. The Court also advised the parties at the close of today's trial day (approximately 5:00 p.m.) that the parties should work to ensure that Defendants be allowed sufficient time to question Dr. Keith consistent with Dr. Keith's schedule obligations.

4. At 6:05 p.m. tonight—Thursday, August 10—Plaintiff's counsel informed Defendants' counsel that they would not be calling Dr. Keith on Friday, August 11, as part of their case-in-chief. Defendants responded that they would move the Court to call Dr. Keith out of turn and that Plaintiff's counsel should not release Dr. Keith from his subpoena and should inform Dr. Keith's counsel that Dr. Keith should be at the courthouse at 1 p.m. tomorrow.

5. Defendants respectfully request that the Court grant them leave to call Dr. Keith out of turn tomorrow, August 11, consistent with the facts above and the subpoena served on Dr. Keith.

6. Defendants have emailed Plaintiff's counsel this evening the necessary disclosure for Dr. Keith.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court allow them to call Dr. Keith out of time on Friday, August 11, 2017, at 1 p.m.

Respectfully submitted,

| | |
|---|---|
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C. |

BY: /s/ *Richard E. Sarver*
Richard E. Sarver
Celeste R. Coco-Ewing
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
rsarver@barrassousdin.com
ccoco-ewing@barrassousdin.com

DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Rodney M. Hudson
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Rodney.hudson@dbr.com

Chanda A. Miller
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2500
Chanda.Miller@dbr.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin

By: */s/ Lyn P. Pruitt*
Lyn P. Pruitt
Adria W. Conklin
Benjamin D. Brenner
Mary Catherine Way
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
425 West Capitol Ave., Suite 1800
Little Rock, AR 72201
Telephone: (501) 688-8800
lpruitt@mwlaw.com
aconklin@mwlaw.com
bbrenner@mwlaw.com
mway@mwlaw.com


WATKINS & EAGER PLLC

By: */s/ Walter T. Johnson*
Walter T. Johnson
WATKINS & EAGER PLLC
The Emporium Building
400 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 965-1846
wjohnson@watkinseager.com


ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *William Hoffman*
William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street

3

Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC*

New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Lindsey C Boney IV*
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
lboney@bradley.com


CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of August, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system and a copy of the as-filed motion will be sent by email.

*/s/      John F. Olinde*