UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Dora Mingo v. Janssen Research & Development, LLC et al.<br>Case No. 2:15-cv-03469 | MAGISTRATE NORTH |

### DEFENDANTS' MOTION TO STRIKE
### PLAINTIFFS' UNTIMELY SUPPLEMENTAL WITNESS LIST

Defendants move to strike Plaintiffs' belated Supplemental Witness List (Doc. 7244) served on August 9, 2017, three days after trial commenced in this action. Plaintiffs' supplemental list is untimely and violates this Court's case management orders. As this Court recently observed at a hearing on another recent motion to strike filed by the plaintiffs, "[i]t's not fair to throw in a witness that was never on the may-call witness list into the mix. It just doesn't work." Hearing Tr. 8/4/2017.

Plaintiffs' purported reason for supplementing their list at this late hour is that they were unable to establish that Angela Siefert, a detail representative of Janssen – who Plaintiffs chose not to depose during discovery – had knowledge of or recalled a PowerPoint presentation authored by a third party that was "passed" along to her and other individuals five years ago in an informal email from a colleague. When presented with the PowerPoint presentation at trial (documents that Plaintiffs refused to disclose in advance), Ms. Siefert testified "I don't recall this PowerPoint." 8/9/2017 Trial Tr. at 421:14-18. She was then asked, "[a]re you saying that you've never received it, or you just don't remember receiving it?" *Id.* Ms. Siefert testified "I don't remember it." *Id.* at 421:19-21. Plaintiffs asked no further questions. The next day,

00432597

Plaintiffs served their Supplemental Witness List proposing to call witnesses on the PowerPoint written by a third party, seeking to call the following witness to testify live at trial:

- Paul Ruis, Cardiovascular and Institutional District Manager for Johnson & Johnson, Chattanooga, Tennessee;

- Janssen Pharmaceuticals, Inc, and Janssen Research & Development, LLC, through an officer, agent, representative or employee responsible for the identification and production of the metadata and documents in this litigation, including the attached documents (Janssen Bates Nos. 23415564 and 23415565);

- Chanda Miller of Drinker Biddle & Reath LLP, counsel of record for the Janssen Defendants.

Mr. Ruis was the author of the email sent to Ms. Seifert passing along the PowerPoint but was not deposed during discovery. Plaintiffs cannot now supplement their witness list at this late hour to add witnesses never before identified to testify about the email or attachment in the trial of this action. Similarly, Plaintiffs' addition of a Janssen representative and Ms. Miller to testify about metadata or whether the PowerPoint was attached to the email is wholly inappropriate, unnecessary and should have been discussed with defense counsel in advance. The Janssen Defendants do not dispute that Ms. Siefert received the email attaching the PowerPoint but as set forth in Defendants' Objections to this evidence, establishing admissibility requires much more than the mere receipt of an email. When presented with the PowerPoint, Ms. Siefert testified that she did not recall the document. There has been absolutely no showing that the PowerPoint – which was written by a third party – is admissible at trial. Defendants asked Plaintiffs' counsel to withdraw their Supplemental Witness List but they refused, asserting that they would pursue witnesses on the list in the event that this Court sustained the defendants' objection to the admissibility of the email chain and third party PowerPoint. For these and the reasons set forth in the accompanying Memorandum, Plaintiffs' Supplemental Witness List should be stricken in its entirety as untimely and in violation of this Court's case management orders.

00432597

Respectfully submitted,

| | |
|---|---|
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C. |
| BY: /s/ *Richard E. Sarver* <br> Richard E. Sarver <br> Celeste R. Coco-Ewing <br> BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. <br> 909 Poydras Street, 24th Floor <br> New Orleans, Louisiana 70112 <br> Telephone: (504) 589-9700 <br> rsarver@barrassousdin.com <br> ccoco-ewing@barrassousdin.com | By: */s/ Lyn P. Pruitt* <br> Lyn P. Pruitt <br> Adria W. Conklin <br> Benjamin D. Brenner <br> Mary Catherine Way <br> MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C. <br> 425 West Capitol Ave., Suite 1800 <br> Little Rock, AR 72201 <br> Telephone: (501) 688-8800 <br> lpruitt@mwlaw.com <br> aconklin@mwlaw.com <br> bbrenner@mwlaw.com <br> mway@mwlaw.com |
| DRINKER BIDDLE & REATH LLP | |
| By: /s/ *Susan M. Sharko* <br> Susan M. Sharko <br> DRINKER BIDDLE & REATH LLP <br> 600 Campus Drive <br> Florham Park, NJ 07932-1047 <br> Telephone: (973) 549-7000 <br> susan.sharko@dbr.com | WATKINS & EAGER PLLC <br><br> By: */s/ Walter T. Johnson* <br> Walter T. Johnson <br> WATKINS & EAGER PLLC <br> The Emporium Building <br> 400 East Capitol Street <br> Jackson, Mississippi 39201 <br> Telephone: (601) 965-1846 <br> wjohnson@watkinseager.com |
| Rodney M. Hudson <br> DRINKER BIDDLE & REATH LLP <br> 50 Fremont Street, 20th Floor <br> San Francisco, CA 94105-2235 <br> Telephone: (415) 591-7500 <br> Rodney.hudson@dbr.com | |
| | ARNOLD & PORTER KAYE SCHOLER LLP |
| Chanda A. Miller <br> DRINKER BIDDLE & REATH LLP <br> One Logan Square, Suite 2000 <br> Philadelphia, PA 19103-6996 <br> Telephone: (215) 988-2700 <br> Chanda.Miller@dbr.com | By: /s/ *William Hoffman* <br> William Hoffman <br> ARNOLD & PORTER KAYE SCHOLER LLP <br> 601 Massachusetts Ave., NW <br> Washington, D.C. 20001 <br> Telephone: (202) 942-5000 <br> william.hoffman@apks.com |
| IRWIN FRITCHIE URQUHART & MOORE LLC <br><br> By: /s/ *James B. Irwin* <br> James B. Irwin | Andrew K. Solow <br> Steven Glickstein <br> ARNOLD & PORTER KAYE SCHOLER LLP |

00432597

Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC*

250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ *Lindsey C Boney IV*
Lindsey C. Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803


CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th of August, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system.

/s/ *James B. Irwin*

00432597