UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Dora Mingo v. Janssen Research & Development, LLC et al.<br>Case No. 2:15-cv-03469 | MAGISTRATE NORTH |

### DEFENDANTS' OBJECTIONS TO ADMISSIBILITY OF POWERPOINT PRESENTATION AUTHORED BY A THIRD PARTY AND PASSED ALONG TO ANGELA SIEFERT

Defendants object to the admissibility of an email chain (PX4797235) and an attached a Powerpoint presentation (PX4797236) from the "private practice blog with Dr. Seth Bilazarian theheart.org" entitled "Anti-Thrombotic Therapy in AF Warfarin, Dabigatran (Pradaxa) and now Rivaroxaban (Xarelto)" that was informally passed along from one employee to certain individuals within Janssen, including Mrs. Angela Siefert, in an email dated May 14, 2012. The original email from Paul Ruis to Mrs. Siefert forwarded a Powerpoint presentation by a third party that was reported to have been discussed by unidentified declarants at a meeting in New Jersey. As more fully detailed in the accompanying memorandum, the email and attachment contain multiple levels of inadmissible hearsay that do not fall within any exception to the hearsay rule and unequivocally do not constitute either a business record of Janssen or an admission of Janssen.

00432590

Respectfully submitted,

| | |
|---|---|
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C. |
| BY: /s/ *Richard E. Sarver*<br>Richard E. Sarver<br>Celeste R. Coco-Ewing<br>BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.<br>909 Poydras Street, 24th Floor<br>New Orleans, Louisiana 70112<br>Telephone: (504) 589-9700<br>rsarver@barrassousdin.com<br>ccoco-ewing@barrassousdin.com | By: */s/ Lyn P. Pruitt*<br>Lyn P. Pruitt<br>Adria W. Conklin<br>Benjamin D. Brenner<br>Mary Catherine Way<br>MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.<br>425 West Capitol Ave., Suite 1800<br>Little Rock, AR 72201<br>Telephone: (501) 688-8800<br>lpruitt@mwlaw.com<br>aconklin@mwlaw.com<br>bbrenner@mwlaw.com<br>mway@mwlaw.com |
| DRINKER BIDDLE & REATH LLP | |
| By: /s/ *Susan M. Sharko*<br>Susan M. Sharko<br>DRINKER BIDDLE & REATH LLP<br>600 Campus Drive<br>Florham Park, NJ 07932-1047<br>Telephone: (973) 549-7000<br>susan.sharko@dbr.com | WATKINS & EAGER PLLC<br><br>By: */s/ Walter T. Johnson*<br>Walter T. Johnson<br>WATKINS & EAGER PLLC<br>The Emporium Building<br>400 East Capitol Street<br>Jackson, Mississippi 39201<br>Telephone: (601) 965-1846<br>wjohnson@watkinseager.com |
| Rodney M. Hudson<br>DRINKER BIDDLE & REATH LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br>Telephone: (415) 591-7500<br>Rodney.hudson@dbr.com | ARNOLD & PORTER KAYE SCHOLER LLP |
| Chanda A. Miller<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103-6996<br>Telephone: (215) 988-2700<br>Chanda.Miller@dbr.com | By: /s/ *William Hoffman*<br>William Hoffman<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>william.hoffman@apks.com |
| IRWIN FRITCHIE URQUHART & MOORE LLC | Andrew K. Solow<br>Steven Glickstein |
| By: /s/ *James B. Irwin*<br>James B. Irwin<br>Kim E. Moore | ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street |

| | |
|---|---|
| IRWIN FRITCHIE URQUHART & MOORE LLC<br>400 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br>jirwin@irwinllc.com<br><br>*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC* | New York, New York 10019-9710<br>Telephone: (212) 836-8485<br>andrew.solow@apks.com<br>steven.glickstein@apks.com<br><br>BRADLEY ARANT BOULT CUMMINGS LLP<br><br>By: */s/ Lindsey C Boney IV*<br>Lindsey C. Boney IV<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>One Federal Place, 1819 Fifth Avenue North<br>Birmingham, AL 35203-2119<br>Telephone: (205) 521-8803<br><br><br>CHAFFE MCCALL L.L.P.<br><br>By: /s/ *John F. Olinde*<br>John F. Olinde<br>CHAFFE MCCALL L.L.P.<br>1100 Poydras Street, Suite 2300<br>New Orleans, LA 70163<br>Telephone: (504) 585-7241<br>olinde@chaffe.com<br><br>*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 11th of August, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system.

*/s/ James B. Irwin*

00432590