**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
|  | : | MDL No. 2592 |
| IN RE: XARELTO (RIVAROXABAN) | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
|  | : |  |
|  | : | JUDGE ELDON E. FALLON |
|  | : |  |
|  | : | MAGISTRATE JUDGE NORTH |
|  | : |  |
| _____ | : |  |

**THIS DOCUMENT RELATES TO:**

**HABTE ARAYA**
**2:16-cv-01085**

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW counsel for Plaintiff Habte Araya, now deceased, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully moves to substitute Mulugetta Haile, successor of Plaintiff Habte Araya, as the Representative of the Estate of Habte Araya and to file Plaintiffs' Third Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(A).

1. Plaintiff Habte Araya's individual Complaint was filed on February 5, 2016.

2. Counsel for Plaintiff Habte Araya filed the Suggestion of Death on June 9, 2017.

3. Plaintiff Habte Araya is deceased and counsel for Plaintiff moves to substitute Mulugetta Haile, the Representative of the Estate of Habte Araya, as Plaintiff in the present action.

4. Because this Motion is filed within the applicable time limits set forth in Rule 15(a)(1)(A), counsel moves for this motion to be granted as a matter of course.

WHEREFORE, counsel for Plaintiff Habte Araya respectfully requests the Court grant this Motion to Substitute Mulugetta Haile, as Representative of the Estate of Habte Araya, and to permit Plaintiffs to file their Third Amended Joint Complaint.

Respectfully submitted,

**BURNETT LAW FIRM**

*/s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.
Texas Bar No. 03428900
E-mail: rburnett@rburnettlaw.com
Amy L. Collins
Texas Bar No. 24074054
E-mail: acollins@rburnettlaw.com
3737 Buffalo Speedway, Suite 1850
Houston, Texas 77098
Telephone: (832) 413-4410
Facsimile: (832) 900-2120
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2017, a copy of the above and foregoing Motion has contemporaneously with, or before filing, been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.