UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**HABTE ARAYA**
**2:16-cv-01085**

### ORDER

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by Plaintiff Habte Araya be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file Plaintiffs' Third Amended Joint Complaint into the record in this matter.

SIGNED this _____ day of _____, 2017.

                                                                                                                                   _____
                                                                                                                                   Honorable Judge Eldon E. Fallon
                                                                                                                                   United States District Court Judge