MINUTE ENTRY
FALLON, J.
AUGUST 10, 2017

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 15-3469 – Mingo v. Janssen, et al | SECTION: L (5) |
| BEFORE JUDGE ELDON E. FALLON<br>Case Manager: Dean Oser<br>Court Reporter: Jodi Simcox/Tana Hess | Thursday, August 10, 2017, 8:29am<br>(Continued from Wednesday, 8/9/17) |

Appearances:   Andy Birchfield, Esq., Jerry Meunier, Esq., Brad Honnold, Esq., Emily Jeffcott, Esq., and Bubba Morrison, Esq., for Plaintiffs
Lynn Pruitt, Esq., and Walter Johnson, Esq., for Bayer Defendants
Richard Sarver, Esq. for Janssen Defendants
Lyndsey Boney, IV, Esq. and Steve Glickstein, Esq., for Defendants

JURY TRIAL

Plaintiffs' Witnesses Continued:
Robert Gosselin – sworn, offered as an expert in the field of laboratory sciences including the measurement of DOAC's and Xarelto, accepted and testified
Dr. Shujian Wu – appeared via video from Newark, New Jersey, sworn and testified
Video Deposition of Dr. Anthonie Lensing continued
Jury excused for the day at 4:455pm

The parties addressed the Court regarding exhibits and the Court's prior rulings as to certain exhibits of Dr. Lensing, admitted during his deposition.

Court adjourned at 5:08 pm until Friday, August 11, 2017, at 8:30am

JS10:   6:02