United States District Court
for the
Eastern District of Louisiana

| | |
|---|---|
| JEANISE WATTERS, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.:   17-cv-1226 L(5) |
| vs. ) | |
| ) | MDL NO. 2592 |
| JANSSEN RESEARCH & ) | |
| DEVELOPMENT, LLC f/k/a JOHNSON ) | |
| & JOHNSON PHARMACEUTICALS ) | |
| RESEARCH AND DEVELOPMENT, LLC; ) | |
| JOHNSON & JOHNSON COMPANY; ) | |
| JANSSEN ORTHO, LLC; JANSSEN ) | |
| PHARMACEUTICALS, INC., f/k/a ) | |
| ORTHO- MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS, INC.; BAYER ) | |
| CORPORATION; BAYER AG; BAYER ) | |
| HEALTHCARE LLC; BAYER PHARMA ) | |
| AG; BAYER HEALTHCARE AG; and ) | |
| BAYER HEALTHCARE ) | |
| PHARMACEUTICALS, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS JANSSEN RESEARCH & DEVELOPMENT, LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; AND JANSSEN PHARMACEUTICALS, INC.**

COMES NOW Plaintiff, Jeanise Watters, through her undersigned counsel, and submits this Memorandum in Support of her Motion for an Order from this Honorable Court granting her thirty (30) days within which to serve process on Defendants Janssen Research & Development, LLC; Johnson & Johnson Company; Janssen Ortho, LLC; and Janssen Pharmaceuticals, Inc.

**I.     BACKGROUND**

This matter was filed on January 23, 2017 in the United States District Court of Colorado (1:17-cv-00208) and was transferred into the In Re: Xarelto (Rivaroxaban) Product Liability Litigation, MDL No., 2592 on February 16, 2017.  Through an honest oversight and administrative error, Plaintiff failed to serve Defendants Janssen Research & Development, LLC; Johnson & Johnson Company; Janssen Ortho, LLC; and Janssen Pharmaceuticals, Inc. within the timeframe provided by the Court in Pre-Trial Order No. 10.  Plaintiff was unaware of the error until receiving notice from the MDL Centrality Administrator on June 27, 2017.

**II.     ANALYSIS**

Fed. R. Civ. P. 4 sets forth the procedure for notifying defendants that a federal lawsuit has been filed against them, and requires service of a summons to alert defendants that they have a limited time in which to respond.  If a defendant is not served within 90 days after the Complaint is filed (or within 60 days under the streamlined process provided in Pre-Trial Order No. 10 in this MDL), Rule 4 allows the court at its discretion to order that service be made within a specific time. Under the circumstances presented herein, Plaintiff submits it is appropriate for the Court to exercise its discretionary power and grant a slight extension of time for service on Defendants Janssen Research & Development, LLC; Johnson & Johnson Company; Janssen Ortho, LLC; and Janssen Pharmaceuticals, Inc.  Defendants Janssen Research & Development, LLC; Johnson & Johnson Company; Janssen Ortho, LLC; and Janssen Pharmaceuticals, Inc. will suffer no prejudice if this Court grants the relief sought by Plaintiff.

Courts have the power to exercise discretion to grant an extension for service, and order that service be made within a specified time. See *United States v. Ligas*, 549 F.3d 497, 501 (7th Cir. 2008) (citing *Henderson v. United States*, 517 U.S. 654, 662-63 (1996)).  If the plaintiff can

establish good cause for failing to serve a defendant, the court must allow additional time for service, and even if good cause is lacking, the court has discretionary power to extend time for service.  See *Thompson v. Brown*, 91 F.3d 20, 21 (5th Cir. 1996). In addition, such relief may be warranted, "for example, if the applicable statute of limitations would bar the refiled action, or if the defendant is evading service or conceals a defect in attempted service." Fed. R. Civ. P 4(m) Advisory Committee's Note (1993).  Under the instant circumstances, it would be appropriate for the Court to exercise its discretionary power.  Moreover, no actual prejudice would occur to Defendants if this Court grants the relief sought by Plaintiff.

Plaintiff has every intention of pursuing his claims against Defendants Janssen Research & Development, LLC; Johnson & Johnson Company; Janssen Ortho, LLC; and Janssen Pharmaceuticals, Inc.  Plaintiff did not purposely or in "bad faith" delay the service of the subject complaint and summons. Defendants Janssen Research & Development, LLC; Johnson & Johnson Company; Janssen Ortho, LLC; and Janssen Pharmaceuticals, Inc. are fully aware of and have been served with thousands of complaints in this matter, and therefore cannot be said to be prejudiced in any manner by a thirty (30) day extension within which to serve process. To dismiss Plaintiff's claims against Defendants Janssen Research & Development, LLC; Johnson & Johnson Company; Janssen Ortho, LLC; and Janssen Pharmaceuticals, Inc. would elevate form over substance, and deprive Plaintiff of his day in court against Defendants Janssen Research & Development, LLC; Johnson & Johnson Company; Janssen Ortho, LLC; and Janssen Pharmaceuticals, Inc. based on an inadvertent administrative error.

### III.    CONCLUSION

In consideration of the above, Plaintiff respectfully requests an Order from this Honorable Court granting her thirty (30) days within which to serve process on Defendants Janssen Research

& Development, LLC; Johnson & Johnson Company; Janssen Ortho, LLC; and Janssen Pharmaceuticals, Inc. Plaintiff further states that no party will be prejudiced by the granting of the relief sought and that the progress of the MDL will not be affected.

Dated: August 11, 2017　　　　　　　　　　　　*s/ Carrie R. Frank*
　　　　　　　　　　　　　　　　　　　　　　　Beth A. Klein
　　　　　　　　　　　　　　　　　　　　　　　Carrie R. Frank
　　　　　　　　　　　　　　　　　　　　　　　Klein | Frank, P.C.
　　　　　　　　　　　　　　　　　　　　　　　2505 Walnut St., Suite 100
　　　　　　　　　　　　　　　　　　　　　　　Boulder, Colorado 80302
　　　　　　　　　　　　　　　　　　　　　　　Phone: (303) 448-8884
　　　　　　　　　　　　　　　　　　　　　　　Fax: (303) 861-2449
　　　　　　　　　　　　　　　　　　　　　　　beth@kleinfrank.com
　　　　　　　　　　　　　　　　　　　　　　　carrie@kleinfrank.com
　　　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On August 11, 2017, the undersigned hereby certifies that a copy of the foregoing was served electronically via the Court's ECF system and served on all counsel of record electronically as a result thereof.

**Via Electronic Mail:**
James Irwin
Irwin Fritchie Urquhart & Moore LLC
Jirwin@irwinllc.com

**Via Electronic Mail:**
Jessica Brennan
Drinker Biddle & Reath LLP
Jessica.Brennan@dbr.com

**Via Electronic Mail:**
Susan Sharko
Drinker Biddle & Reath LLP
Susan.Sharko@dbr.com

**Via Electronic Mail:**
Alan Rothman
Arnold & Porter Kaye Scholer LLP
Alan.Rothman@apks.com

4

**Via Electronic Mail:**
Steven Glickstein
Arnold & Porter Kaye Scholer LLP
steven.glickstein@apks.com

            *s/ Beth A. Klein*
            Beth A. Klein
            Carrie R. Frank
            Klein | Frank, P.C.
            2505 Walnut St., Suite 100
            Boulder, Colorado 80302
            Phone: (303) 448-8884
            Fax: (303) 861-2449
            beth@kleinfrank.com
            carrie@kleinfrank.com
            **ATTORNEYS FOR PLAINTIFF**