UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) * | | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION * | | |
| * | | SECTION L |
| THIS DOCUMENT RELATES TO: * | | |
| *Mingo v. Janssen Research &* * | | JUDGE ELDON E. FALLON |
| *Development, LLC, et al.* * | | |
| **Case No. 2:15-cv-03469** * | | MAGISTRATE JUDGE NORTH |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

## PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

Plaintiff Dora Mingo, through undersigned counsel, respectfully supplements her proposed jury instructions herein (R.D. 7149) by submitting the attached proposed instructions numbered 30-32, in connection with the trial testimony of Susan Geiger (instructions nos. 30-31) and Robert Gosselin under cross-examination (instruction no. 32).

Dated: August 11, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com
*Plaintiffs' Liaison Counsel*

**PLAINTIFFS' PROPOSED JURY INSTRUCTION NO. 30**

"It is a central premise of the Federal Food, Drug, and Cosmetic Act (FDCA) and the FDA's regulations that the manufacturer [of a prescription drug] bears responsibility for the content of its label at all times."

Wyeth v. Levine, 555 U.S. 555, 570-71 (2009)

**PLAINTIFFS' PROPOSED JURY INSTRUCTION NO. 31**

The manufacturer of a prescription drug "is charged both with crafting an adequate label and with ensuring that its warnings remain adequate as long as the drug is on the market."[1] Federal regulations require such a manufacturer to review a drug's label "to include a warning as soon as there is reasonable evidence of an association of a serious hazard with a drug."[2] They also place responsibility on the manufacturer for the post-marketing surveillance of any adverse effects of the drug.[3] Drug manufacturers have a continuing responsibility under the law "to maintain their labeling and update the labeling with new safety information."[4]

---

[1] Wyeth v. Levine, 555 U.S. 555, 571 (2009)
[2] *Id. citing* 21 CFR § 201.80(e)
[3] *Id. citing* 21 CFR § 314.80(b)
[4] *Id. citing* 73 Fed. Reg. 49605

**PLAINTIFFS' PROPOSED JURY INSTRUCTION NO. 32**

"Whether the FDA approved Neoplastin PT or not is not the ultimate issue – the Defendants have not shown they gave the FDA sufficient information to adequately decide whether or not Neoplastin PT should be used with Xarelto." The same is true with respect to the anti-factor Xa assay which has been referred to in this case. Whether the FDA has approved either test specifically for Xarelto is not controlling in your determination whether these tests should be used with Xarelto as Plaintiff contends.

*In re Xarelto Prod. Liab. Litig.*, MDL 2592, Order and Reasons at 16 (E.D. La. May 26, 2017) (Rec. Doc. 6645).