**United States District Court**
**for the**
**Eastern District of Louisiana**

| | |
|---|---|
| ROBERT SMITH, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.:    17-cv-1225 L(5) |
| vs. ) | |
| ) | MDL NO. 2592 |
| JANSSEN RESEARCH & ) | |
| DEVELOPMENT, LLC f/k/a JOHNSON ) | |
| & JOHNSON PHARMACEUTICALS ) | |
| RESEARCH AND DEVELOPMENT, LLC; ) | |
| JOHNSON & JOHNSON COMPANY; ) | |
| JANSSEN ORTHO, LLC; JANSSEN ) | |
| PHARMACEUTICALS, INC., f/k/a ) | |
| ORTHO- MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS, INC.; BAYER ) | |
| CORPORATION; BAYER AG; BAYER ) | |
| HEALTHCARE LLC; BAYER PHARMA ) | |
| AG; BAYER HEALTHCARE AG; and ) | |
| BAYER HEALTHCARE ) | |
| PHARMACEUTICALS, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PROPOSED ORDER RE:  PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS JANSSEN RESEARCH & DEVELOPMENT, LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; AND JANSSEN PHARMACEUTICALS, INC.**

IT IS ORDERED that the Motion for Extension of Time Within Which to Serve Process

on Defendants Janssen Research & Development, LLC; Johnson & Johnson Company; Janssen

2

Ortho, LLC; and Janssen Pharmaceuticals, Inc. filed by Plaintiff is hereby GRANTED, and that

Plaintiff shall have thirty (30) days from the date of this Order to complete service of process.

Dated: _____          _____
                          Hon. Eldon E. Fallon
                          United States District Judge