UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| **This Document Relates To:** *Dora Mingo. v. Janssen Research & Development, et al.*; Civil Case No.: 2:15-cv-03469 | SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE NORTH |

### REVISED SUPPLEMENTAL PLAINTIFF'S WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes Plaintiff Dora Mingo, who, for the reasons which have been articulated on Plaintiff's behalf in the trial record of this matter, respectfully revise Plaintiff's witness list for trial as follows:

1. Paul Ruis, Cardiovascular and Institutional District Manager for Johnson & Johnson, Chattanooga, Tennessee.

2. Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC, through an officer, agent, representative or employee responsible for the identification and production of the metadata and documents in this litigation, including the attached documents (Janssen Bates Nos. 23415564 and 23415565).

Dated:  August 13, 2017

Respectfully submitted,

/s/ Leonard A. Davis
Leonard A. Davis, Esq. (Bar No. 14190)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

/s/ Gerald E. Meunier
Gerald E. Meunier (Bar No. 9471)
GAINSBURGH BENJAMIN DAVID MEUNIER &WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 13th day of August, 2017 a copy of the foregoing Plaintiffs' Witness List was electronically served on Defendants through Defendants' Liaison Counsel, James Irwin and John Olinde, and Defendants' Lead Counsel, Susan Sharko and William Hoffman, and on Plaintiffs' Co-Lead Counsel, Andy D. Birchfield, Jr. and Brian H. Barr.

*/s/ Gerald E. Meunier*
**GERALD E. MEUNIER**