PLAINTIFFS' EXHIBIT
_____
4797235

| | |
|---|---|
| **From:** | Seifert, Angela [JAN] |
| **To:** | Matthews, Lori [JAN Non J&J] |
| **Sent:** | 1/9/2014 5:21:07 PM |
| **Subject:** | FW: |
| **Attachments:** | Xarelto Pradaxa Warfarin.ppt |

Angela N. Seifert
Janssen Pharmaceuticals, Inc.
aseifert@its.jnj.com

601-297-5050


From: Ruis, Paul [JAN]
Sent: Monday, May 14, 2012 1:05 PM
To: Sternburg, Lee [JAN Non J&J]; Seifert, Angela [JAN]; Marnika, Ivan [JAN Non J&J]; Sparkevicius, Andrea [JAN Non J&J]; Thurman, Zabrina [JAN Non J&J]; Lindner, Jeffrey [JAN Non J&J]; Rehermann, Richard [JAN Non J&J]; Moran, Lance [JAN]
Subject:


Quintessentials,


Wanted to thank all of you once again for your professionalism during our 2 weeks in NJ. I wish all of you good luck out in the field and hope our paths cross again soon. Here is the piece that Lee passed on to us during our study time.


Remember: NOT TO BE USED IN A SELLING SITUATION!!!!!



Paul M. Ruis
District Manager
Knoxville District

* Cell: 912-592-2525
* Voicemail: 888-323-6700 Ext. #6350
*E-Mail: pruis@its.jnj.com <mailto:pruis@its.jnj.com>

Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Johnson & Johnson can arrange for proper delivery, and then please delete the message from your inbox. Thank you.