# EXHIBIT A

> *Compared to healthy subjects with normal liver function, significant increases in rivaroxaban exposure were observed in subjects with hepatic impairment. Increases in pharmacodynamics effects were also observed.* [363]

> *...In addition, avoid the use of XARELTO in any degree of hepatic disease associated with coagulopathy [see WARNINGS and PRECAUTIONS (5.2, 5.3)* [364]

333. For **Section 10 OVERDOSAGE** FDA added and commented on the section as initially proposed by Defendants:

> *Overdose of XARELTO may lead to hemorrhage. A specific antidote of rivaroxaban is not available. Discontinue XARELTO and initiate appropriate therapy if bleeding complications associated with overdosage occur. The use of activated charcoal to reduce absorption in case of XARELTO overdose may be considered. Due to high plasma protein binding rivaroxaban is not expected to be dialyzable.*
>
> *[FDA]* **Comment [A9]:** *Sponsor: What data exists for treatment of an overdose?*
>
> *[FDA]* **Comment [A10]** *Sponsor: What do you do for cases regarding an overdose?* [365]

334. For **Section 12.2 Pharmacodynamics**, the FDA made the following edits to the proposed language:

> **12.2 Pharmacodynamics**
>
> ~~Routine monitoring of coagulation parameters is not required with XARELTO® use.~~
>
> Dose-dependent inhibition of factor Xa activity was observed in humans and the prothrombin time (PT), activated partial thromboplastin time (aPTT) and HepTest® are prolonged dose-dependently. Anti-factor Xa activity is also influenced by rivaroxaban. ~~The relationship between PT and rivaroxaban plasma concentration is linear and closely correlated. If assessment of the pharmacodynamic effect of rivaroxaban is considered necessary in individual cases, PT (measured in seconds) is recommended. The Neoplastin® PT assay was measured in the RECORD program and the median (with 5/95 percentiles) for PT (Neoplastin®) 2 to 4 hours after tablet intake (i.e., at the time of maximum effect) was 18 (13 to 26) seconds. The International Normalized Ratio (INR) should not be used for measuring rivaroxaban pharmacodynamic effect~~ The predictive value of these coagulation parameters for ~~relevant~~ bleeding risk or efficacy has not been adequately studied. ~~.~~
>
> ~~Cardiac Electrophysiology: In a thorough QT study in healthy men and women aged 50 years and older, no QTc prolonging effects were observed for XARELTO® (15 mg and 45 mg, single dose).~~

As set forth in the highlighting above, the FDA struck the language that "[r]outine monitoring of coagulation parameters is not required with XARELTO use."[366]

---

[363] XARELTO_JANSSEN_05852123
[364] XARELTO_JANSSEN_05852123
[365] XARELTO_JANSSEN_05852123
[366] XARELTO_JANSSEN_05852123

123

422. FDA had proposed to delete the statement "There are no data on the use of the International Normalized Ratio (INR)" from the VTE-P label in June 2011, but allowed it to be returned to the section when Defendants deemed it "important" after June 28, 2011. (See July 1, 2010 label).

423. As Alla Rhoge wrote in the November 4, 2011 email to the Defendants' label team: "we decided to make a couple changes." He continued, "section 12.2 (last two sentences regarding INR were deleted based on the data from ROCKET AF)." Defendants were able to modify the label as proposed on November 4, 2011 for the approved SPAF label (November 5, 2011).

424. As set forth in paragraph 334 above, the FDA struck the language, "Routine monitoring of coagulatin parameters is not required with XARELTO use." The FDA also suggested removal of certain proposed PT commentary and "International Normalized Ratio (INR)" language prior to approval. Because FDA and Sponsor negotiations were ongoing, it would be incorrect to imply that by striking that proposed language in the context of these discussions, that the FDA was in any way preventing the Sponsor from proposing additional or amended language regarding these coagulation parameters in any relevant section of the label.[444] When called 'important' for the Defendants' label, the entry was returned to the label, and appears in the approved July 1, 2011 label as Section 12.2 Pharmacodynamic. The INR has no data for use and the fact that predictive value of coagulation parameters (for bleeding and stroke prevention with AFib) have not been established are both in the label. When Defendants (not the FDA) requested the information be deleted for the SPAF label in Section 12.2 for ROCKET on November 4, 2011, it was subsequently deleted and does not appear in the November 5, 2011 approved label.

> *Dose-dependent inhibition of factor Xa activity was observed in humans and the Neoplastin prothrombin time (PT), activated partial thromboplastin time (aPTT) and HepTest are prolonged dose dependently. Anti-factor Xa activity is also influenced by rivaroxaban.* [445] *(Label approved November 5, 2011)*

425. The Defendants, not the FDA, are the ones responsible under the Federal Food, Drug and Cosmetic Act to provide an accurate and adequate label, and sell a safe and effective product. Defendants have agreed to develop a lower dose and proper dosing information as to the therapeutic range for safety and efficacy post-approval. As of 2016, this has still not been done.

426. The final approved "**Section 12.2**" of the USPI language shows the XARELTO label continues to retain all the "*primary PT language*"[446] proposed by Defendants (PT (Neoplastin), aPTT, HepTest and the same significant linearity language to dose). Comparing the elements of the Defendants' requested language and the final format of

---

[444] XARELTO_JANSSEN_05852122 (FDA states, "Please accept changes you agree to and for changes you do not, keep in track changes."), attaching XARELTO_JANSSEN_05852123.
[445] Jalota Exhibit 55
[446] Jalota Exhibit 55