UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L |
| RICHARD HALLEY | : | |
|     Plaintiff | : | JUDGE ELDON E. FALLON |
| v. | : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER HEALTHCARE LLC, BAYER CORPORATION, BAYER HEALTH CARE AG, and BAYER AG, | : | Civil Action No.: 2:16-11212<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |
|     Defendants | : | |

    IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Richard Halley, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:16-11212 only. This stipulation shall not affect the lawsuit filed by Willene Halley on behalf of the Estate of Richard Halley, which is currently pending in MDL No. 2592 in the

1

United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-11319. All parties shall bear their own costs.

| | |
|---|---|
| **GALLAGHER LAW FIRM**<br>By: /s/Michael T. Gallagher<br>Michael T. Gallagher<br>2905 Sackett St.<br>Houston, TX 77098<br>Fax: 713-222-8080<br>Email: mike@gld-law.com<br><br>Attorneys for Plaintiff<br><br>Dated: August 14, 2017 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>Susan Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br><br>Dated: August 14, 2017<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>By: /s/Andrew Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>andrew.solow@apks.com<br>william.hoffman@apks.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br><br>Dated: August 14, 2017 |

                              **IRWIN FRITCHIE URQUHART & MOORE LLC**
                              By: /s/James B. Irwin
                              James B. Irwin
                              Kim E. Moore
                              400 Poydras St., Ste, 2700
                              New Orleans, LA 70130
                              (504) 310-2100
                              jirwin@irwinllc.com
                              kmoore@irwinllc.com

                              Liaison Counsel for Defendants
                              Dated: August 14, 2017

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 14, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                              /s/James B. Irwin _____