Case 2:14-md-02592-EEF-MBN   Document 7321   Filed 08/11/17   Page 1 of 1

MINUTE ENTRY
FALLON, J.
AUGUST 11, 2017

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 15-3469 – Mingo v. Janssen, et al | SECTION: L (5) |
| BEFORE JUDGE ELDON E. FALLON<br>Case Manager: Dean Oser<br>Court Reporter: Jodi Simcox/Tana Hess | Friday, August 11, 2017, 8:30am<br>(Continued from Thursday, 8/10/17) |

Appearances:   Andy Birchfield, Esq., Jerry Meunier, Esq., Brad Honnold, Esq., Emily
Jeffcott, Esq., and Bubba Morrison, Esq., for Plaintiffs
Lynn Pruitt, Esq., and Walter Johnson, Esq., for Bayer Defendants
Richard Sarver, Esq. for Janssen Defendants
Lyndsey Boney, IV, Esq. for Defendants

<u>JURY TRIAL</u>

<u>Plaintiffs' Witnesses Continued:</u>
Dr. Suzanne Parisian, sworn, offered as an expert in the FDA, FDA regulations, labeling of drugs, medical pathology and clinical trials, accepted and testified
Video Deposition of Dr. Anthonie Lensing continued

Court adjourned at 3:50pm until Monday, August 14, 2017, at 8:30am

JS10:   5:23