UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*Cornelius Sullivan v. Janssen Research & Development, LLC, et al*
LAED USDC No. 2:16-cv-16783

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel moves this Court for an order replacing Plaintiff Cornelius Sullivan with Todd Sullivan, Personal Representative of the Estate of Cornelius Sullivan, and in support states as follows:

1. Plaintiff Cornelius Sullivan passed away on August 31, 2016. As reported to the Court in the attached Suggestion of Death. (Ex.1)

2. On October 13, 2016, the Superior Court of the State of Washington for Skagit County issued Letters of Administration naming Todd Sullivan Administrator of the Estate of Cornelius Sullivan. (Ex. 2)

3. Thus, as death does not extinguish his cause of action, undersigned moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Todd Sullivan, Administrator of the Estate of Cornelius Sullivan, as the named party in the place of Cornelius Sullivan.

WHEREFORE, for each and all foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Todd Sullivan, Administrator of the Estate of Cornelius Sullivan, as the named party in the place of Cornelius Sullivan.

Dated: August 15th, 2017                Respectfully submitted,

                                         Goldblatt and Singer

                                         /s/ Jeffrey Singer
                                         Jeffrey S. Singer
                                         8182 Maryland Ave.
                                         Suite 801
                                         St. Louis, MO 63105
                                         (314) 231-4100
                                         Email: jsinger@stlinjurylaw.com
                                         *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre –Trial Order No. 17.

This 15th day of August, 2017.

                                         /s/ Jeffrey Singer
                                         Jeffrey S. Singer