# SUPERIOR COURT OF THE STATE OF WASHINGTON
# FOR SKAGIT COUNTY

| ESTATE OF: | CASE NO. 16-4-00372-9 |
|---|---|
| CORNELIUS SULLIVAN<br><br>Deceased | LETTERS OF ADMINISTRATION |

## I. BASIS

1.1 CORNELIUS SULLIVAN late of Skagit County died intestate on or about AUGUST 31, 2016 leaving property in this state subject to administration.

1.2 On OCTOBER 13, 2016 the court appointed TODD SULLIVAN to administer the estate of the decedent according to law.

1.3 The personal representative has qualified.

## II. CERTIFICATION

THIS IS TO CERTIFY THAT TODD SULLIVAN is authorized by the court to administer the estate of the above decedent according to law.

DATED OCTOBER 13, 2016.

MAVIS BETZ
COUNTY CLERK AND CLERK OF THE SUPERIOR COURT

BY  Kristen A. Denton, Deputy Clerk

## III. CERTIFICATE OF COPY

STATE OF WASHINGTON  )
                     ) ss
COUNTY OF SKAGIT     )

I, MAVIS BETZ, Clerk of the Superior Court of this County, certify that the above is a true and correct copy of the Letters of Administration in the above-named case which was entered of record on OCTOBER 13, 2016.

I further certify that these letters are now in full force and effect.

DATED 10/13/16

MAVIS BETZ
COUNTY CLERK AND CLERK OF THE SUPERIOR COURT

BY _____ Deputy Clerk