UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*Cornelius Sullivan v. Janssen Research & Development, LLC, et al*
LAED USDC No. 2:16-cv-16783

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Todd Sullivan, on behalf of the Estate of Cornelius Sullivan, is substituted for Plaintiff Cornelius Sullivan, in the above captioned cause.

Date:_____       _____

                                                                Hon. Eldon E. Fallon
                                                                United States District Court Judge