UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Dora Mingo v. Janssen Research & Development, LLC et al. Case No. 2:15-cv-03469 | MAGISTRATE NORTH |

## DEFENDANTS' PROPOSED VERDICT FORM

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC (collectively, "Defendants") submit the following Proposed Verdict Form for the compensatory-damages phase of the trial of the above-captioned matter. Defendants reserve the right to supplement and amend this form, based on the Court's subsequent rulings during trial, and on further evidence admitted at trial.

Respectfully submitted,

| | |
|---|---|
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C. |
| BY: /s/ Richard E. Sarver | By: /s/ Lyn P. Pruitt |
| Richard E. Sarver | Lyn P. Pruitt |
| Celeste R. Coco-Ewing | Adria W. Conklin |
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. | Benjamin D. Brenner |
| 909 Poydras Street, 24th Floor | Mary Catherine Way |
| New Orleans, Louisiana 70112 | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C. |
| Telephone: (504) 589-9700 | 425 West Capitol Ave., Suite 1800 |
| rsarver@barrassousdin.com | Little Rock, AR 72201 |
| ccoco-ewing@barrassousdin.com | Telephone: (501) 688-8800 |
| | lpruitt@mwlaw.com |
| | aconklin@mwlaw.com |
| DRINKER BIDDLE & REATH LLP | bbrenner@mwlaw.com |
| | mway@mwlaw.com |
| By: /s/ Susan M. Sharko | |

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Rodney M. Hudson
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Rodney.hudson@dbr.com

Chanda A. Miller
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2500
Chanda.Miller@dbr.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC*

WATKINS & EAGER PLLC

By: /s/ *Walter T. Johnson*
Walter T. Johnson
WATKINS & EAGER PLLC
The Emporium Building
400 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 965-1846
wjohnson@watkinseager.com

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *William Hoffman*
William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ *Lindsey C Boney IV*
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
lboney@bradley.com


CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*

        John F. Olinde
        CHAFFE MCCALL L.L.P.
        1100 Poydras Street, Suite 2300
        New Orleans, LA 70163
        Telephone: (504) 585-7241
        olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

August 14, 2017

**QUESTION #1**

Did the Plaintiff prove by a preponderance of the evidence that Mrs. Mingo's bleeding event would not have occurred without the use of Xarelto?

YES _____   NO _____

➢ *If you answered "yes" to this question, please proceed to Question #2.*

➢ *If you answered "no" to this question, please skip all remaining questions, date and sign this form where indicated on the last page, and inform the Marshal that you have reached a verdict.*

**QUESTION #2**

Did the Plaintiff prove by a preponderance of the evidence that Xarelto had inadequate warnings or instructions?

YES _____   NO _____

➢ *If you answered "yes" to this question, please proceed to Question #3.*

➢ *If you answered "no" to this question, please proceed to Question #4.*

**QUESTION #3**

Did the Plaintiff prove by a preponderance of the evidence that different warnings or instructions would have both changed Dr. Renie Jordon's prescribing decision and prevented Mrs. Mingo's alleged injury?

YES _____   NO _____

➢ *Please proceed to Question #4.*

**QUESTION #4**

Did the Plaintiff prove by a preponderance of the evidence that Xarelto had a defective design at the time it was approved?

YES _____     NO _____

> ➢ *If you answered "yes" to this question, please proceed to Question #5.*
>
> ➢ *If you answered "no" to this question but you answered "yes" to both Question #2 and Question #3, please proceed to Question #6.*
>
> ➢ *If you answered "no" to this question and you answered "no" to either Question #2 or Question #3, please skip all remaining questions, date and sign this form where indicated on the last page, and inform the Marshal that you have reached a verdict.*

**QUESTION #5**

Did the Plaintiff prove by a preponderance of the evidence that Xarelto's defective design proximately caused Mrs. Mingo's injury?

YES _____     NO _____

> ➢ *If you answered "yes" to this question, please proceed to Question #6.*
>
> ➢ *If you answered "no" to this question but you answered "yes" to both Question #2 and Question #3, please proceed to Question #6.*
>
> ➢ *If you answered "no" to this question and you answered "no" to either Question #2 or Question #3, please skip all remaining questions, date and sign this form where indicated on the last page, and inform the Marshal that you have reached a verdict.*

**QUESTION #6**

What amount of money, if any, did the Plaintiff prove by a preponderance of the evidence would compensate her for her alleged injury?

| | |
|---|---|
| Economic Damages | $_____ |
| Non-Economic Damages | $_____ |
| TOTAL (add amounts above) | $_____ |

➢ *Please date and sign this form where indicated below, and inform the Marshal that you have reached a verdict.*

Jackson, Mississippi, this ____ day of August, 2017.

_____
JURY FOREPERSON