UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Mingo v. Janssen Research, et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:15-cv-03469 | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## JURY VERDICT INTERROGATORIES

### QUESTION #1

Do you find by a preponderance of the evidence that the Defendants are liable to the Plaintiff Dora Mingo based on her "failure to instruct" claim? [Please refer to all relevant jury instructions in answering this question].

YES _____    NO _____

> *Please proceed to Questions #2.*

### QUESTION #2

Do you find by a preponderance of the evidence that the Defendants are liable to the Plaintiff Dora Mingo based on her "defective design" claim? [Please refer to all relevant jury instructions in answering this question].

YES _____    NO _____

> *If you answered "yes" to either Question #1 or this question, please proceed to Questions #3.*

> *If you answered "no" to both Question #1 and this question, please skip all remaining questions, date and sign this verdict form where indicated on the last page, and inform the Marshal that you have reached a verdict.*

### QUESTION #3

What amount do you find should be awarded to fully and fairly compensate the Plaintiff Dora Mingo for her damages? [Please refer to all relevant jury instructions in answering this question].

$_____

➢ *Please date and sign this verdict form where indicated on the last page and inform the Marshall you have reached a verdict.*

Jackson, Mississippi, this _____ day of _____, 2017.

_____
JURY FOREPERSON