UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| This Document Relates To: *Dora Mingo. v. Janssen Research & Development, et al.*; Civil Case No.: 2:15-cv-03469 | SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE NORTH |

### JOINT STIPULATION REGARDING EXHIBITS ADMITTED IN CONNECTION WITH THE TESTIMONY OF ANGELA SEIFERT

In connection with the Court's ruling to admit into evidence the exhibits shown to Ms. Angela Seifert during her trial testimony herein, the parties jointly stipulate and agree as follows, while reserving Defendants' objections to the admissibility of these exhibits:

1. Angela Seifert received on her office computer the email dated May 14, 2012, from Paul Ruis with a Powerpoint attachment; and

2. On January 9, 2014, Ms. Seifert sent through her office computer an email with the Powerpoint to Lori Matthews.

Dated:  August 15, 2017                  Respectfully submitted,

/s/ Leonard A. Davis
Leonard A. Davis, Esq. (Bar No. 14190)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

/s/ Gerald E. Meunier
Gerald E. Meunier (Bar No. 9471)

>GAINSBURGH BENJAMIN DAVID MEUNIER
>&WARSHAUER, LLC
>2800 Energy Centre, 1100 Poydras Street
>New Orleans, LA 70163-2800
>Phone: (504) 522-2304
>Fax: (504) 528-9973
>Email: gmeunier@gainsben.com
>
>/s/ RODNEY M. HUDSON
>Rodney M. Hudson
>DRINKER BIDDLE & REATH LLP
>50 Fremont Street, 20th Floor
>San Francisco, CA 94105-2235
>Telephone: (415) 591-7500
>Email: Rodney.hudson@dbr.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of August, 2017 a copy of the foregoing Joint Stipulation was electronically served on Defendants through Defendants' Liaison Counsel, James Irwin and John Olinde, and Defendants' Lead Counsel, Susan Sharko and William Hoffman, and on Plaintiffs' Co-Lead Counsel, Andy D. Birchfield, Jr. and Brian H. Barr.

>/s/ Gerald E. Meunier
>**GERALD E. MEUNIER**