4797236

Case 2:14-md-02592-EEF-MBN   Document 7337-2   Filed 08/15/17   Page 1 of 15

PLAINTIFFS' EXHIBIT
_____
4797236

**File Provided Natively**

**File Name:**   Xarelto Pradaxa Warfarin.ppt

HIGHLY PROTECTED INFORMATION - DEFENDANT
RESTRICTED
SUBJECT TO PROTECTIVE ORDER

4797236.pdf.1

XARELTO_JANSSEN_23415565

# Anti-Thrombotic Therapy in AF Warfarin, Dabigatran (Pradaxa) and now Rivaroxaban (Xarelto)

Private practice blog

with Dr Seth Bilazarian

theheart.org

# Antithrombotic Therapies for AF

- Warfarin 1960's
- Dabigatran (Pradaxa) September 2010
- Rivaroxaban (Xarelto) November 2011

# Summary of ROCKET-AF

- **Efficacy**:
  - Rivaroxaban was non-inferior to warfarin for prevention of stroke and non-CNS embolism.
  - Rivaroxaban was superior to warfarin while patients were taking study drug.
  - By intention-to-treat, rivaroxaban was non-inferior to warfarin but did not achieve superiority.

- **Safety**:
  - Similar rates of bleeding and adverse events.
  - Less ICH and fatal bleeding with rivaroxaban.

- **Conclusion**:
  - Rivaroxaban is a proven alternative to warfarin for moderate or high risk patients with AF.

NEJM 2011;365:883-91

# Should options be?

- Choose Warfarin vs. New Therapies
- Choose between 3 agents in different classes
  - VKA
  - DTi
  - Factor Xa inhibitor

Private practice blog with Dr Seth Bilazarian

# General Info From Rivaroxaban (Xarelto) Prescribing Information

- Factor Xa inhibitor
- Indicated for non valvular AF
- Do not use if CrCl < 15
- Use dose of 15 mg if CrCl is 15 – 50
- Use dose of 20 mg if CrCl > 50
- "periodically assess renal function" and "adjust accordingly"

Private practice blog with Dr Seth Bilazarian

# Similarities
## Dabigatran (Pradaxa) & Rivaroxaban (Xarelto)

- No monitoring necessary or possible
- No antidote
- Both renal excretion – require CrCl assessment for dose determination and follow-up
- Rapid onset – approximately 2 hours
- Elective Surgical discontinuation 3 – 5 days

Private practice blog with Dr Seth Bilazarian

# Differences
## Dabigatran (Pradaxa) & Rivaroxaban (Xarelto)

- Direct Thrombin Inhibitor
- No warnings
- Twice daily dosing
- Dabigatran superior in efficacy in RE-LY and
- RE-LY was open label
- CHADS score 2.1
- Warfarin TTR was 64%
- Start when INR < 2.0
- AF indication only

- Factor Xa Inhibitor
- Black Box (spinal hematoma and drug cessation)
- Once daily with evening meal
- Rivaroxaban not inferior in ROCKET-AF
- ROCKET-AF blinded
- CHADS score 3.5
- Warfarin TTR was 55%
- Start when INR < 3.0
- Also indicated for DVT Prophylaxis in knee and hip surgery

Private practice blog with Dr Seth Bilazarian

# Rivaroxaban DRUG INTERACTIONS

Rivaroxaban is a substrate of CYP3A4/5, CYP2J2, and the P-gp and ATP-binding cassette G2 (ABCG2) transporters. Inhibitors and inducers of these CYP450 enzymes or transporters (e.g., P-gp) may result in changes in rivaroxaban exposure.

**7.1 Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems**

In drug interaction studies evaluating the concomitant use with drugs that are combined P-gp and CYP3A4 inhibitors, increases in rivaroxaban exposure and pharmacodynamic effects (i.e., factor Xa inhibition and PT prolongation) were observed. Significant increases in rivaroxaban exposure may increase bleeding risk.

- *Ketoconazole (combined P-gp and strong CYP3A4 inhibitor):* Steady-state rivaroxaban AUC and Cmax increased by 160% and 70%, respectively. Similar increases in pharmacodynamic effects were also observed.
- *Ritonavir (combined P-gp and strong CYP3A4 inhibitor):* Single-dose rivaroxaban AUC and Cmax increased by 150% and 60%, respectively. Similar increases in pharmacodynamic effects were also observed.
- *Clarithromycin (combined P-gp and strong CYP3A4 inhibitor):* Single-dose rivaroxaban AUC and Cmax increased by 50% and 40%, respectively. The smaller increases in exposure observed for clarithromycin compared to ketoconazole or ritonavir may be due to the relative difference in P-gp inhibition.
- *Erythromycin (combined P-gp and moderate CYP3A4 inhibitor):* Both the singledose rivaroxaban AUC and Cmax increased by 30%.
- *Fluconazole (moderate CYP3A4 inhibitor):* Single-dose rivaroxaban AUC and Cmax increased by 40% and 30%, respectively.

Avoid concomitant administration of XARELTO with combined P-gp and strong CYP3A4 inhibitors (e.g., ketoconazole, itraconazole, lopinavir/ritonavir, ritonavir, indinavir/ritonavir, and conivaptan), which cause significant increases in rivaroxaban exposure that may increase bleeding risk.

# Rivaroxaban DRUG INTERACTIONS

### 7.6 Drug-Disease Interactions with Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems

Based on simulated pharmacokinetic data, patients with renal impairment receiving full dose XARELTO in combination with drugs classified as combined P-gp and weak or moderate CYP3A4 inhibitors (e.g., amiodarone, diltiazem, verapamil, quinidine, ranolazine, dronedarone, felodipine, erythromycin, and azithromycin) may have significant increases in exposure compared with patients with normal renal function and no inhibitor use, since both pathways of rivaroxaban elimination are affected.

While increases in rivaroxaban exposure can be expected under such conditions, results from an analysis in the ROCKET AF trial, which allowed concomitant use with combined P-gp and weak or moderate CYP3A4 inhibitors (e.g., amiodarone, diltiazem, verapamil, chloramphenicol, cimetidine, and erythromycin), did not show an increase in bleeding in patients with CrCl 30 to <50 mL/min [Hazard Ratio (95% CI): 1.05 (0.77, 1.42)]. XARELTO should be used in patients with CrCL 15 to 50 mL/min who are receiving concomitant combined P-gp and weak or moderate CYP3A4 inhibitors only if the potential benefit justifies the potential risk *[see Use in Specific Populations (8.7)]*.

# Pradaxa DRUG INTERACTIONS

The concomitant use of PRADAXA with P-gp inducers (e.g., rifampin) reduces exposure to dabigatran and should generally be avoided *[see Clinical Pharmacology (12.3)]*.

P-gp inhibition and impaired renal function are the major independent factors that result in increased exposure to dabigatran *[see Clinical Pharmacology (12.3)]*.

Concomitant use of P-gp inhibitors in patients with renal impairment is expected to produce increased exposure of dabigatran compared to that seen with either factor alone.

In patients with moderate renal impairment (CrCl 30-50 mL/min), consider reducing the dose of PRADAXA to 75 mg twice daily when administered concomitantly with the P-gp inhibitor dronedarone or systemic ketoconazole. The use of P-gp inhibitors (verapamil, amiodarone, quinidine, and clarithromycin) does not require a dose adjustment of PRADAXA. These results should not be extrapolated to other P-gp inhibitors *[see Warnings and Precautions (5.3), Use in Specific Populations (8.6), and Clinical Pharmacology (12.3)]*.

The concomitant use of PRADAXA and P-gp inhibitors in patients with severe renal impairment (CrCl 15-30 mL/min) should be avoided *[see Warnings and Precautions (5.3), Use in Specific Populations (8.6), and Clinical Pharmacology (12.3)]*.

# Warfarin Comparison Trials in AF

Case 2:14-md-02592-EEF-MBN Document 7337-2 Filed 08/15/17 Page 12 of 15

| Trial | RE-LY | ROCKET-AF | ARISTOTLE |
|---|---|---|---|
| n= | 18,113 (3 arms) | 14,264 | 18,201 |
| Drug (Brand name) | Dabigatran (Pradaxa) 150 mg bid | Rivaroxaban (Xarelto) 20 mg qd | Apixiban (Eliquis) 5 mg bid |
| Trial design, randomized | Open label | Double blind, double dummy | Double blind, double dummy |
| Mean Age (yrs) | 71.5 | 73 | 70 |
| Male ratio | 63.6% | 60.1% | 65.3% |
| Previous CVA | 20% | 54.7% | 18.9% |
| CHADS score<br>% 0-1<br>% ≥ 3 | 2.1<br>32%<br>33% | 3.5<br>0%<br>87% | 2.1<br>34%<br>30% |
| TTR (%) median/mean | ? / 64% | 57.8% / 55% | 66.0% / 62.2% |
| Efficacy % vs warfarin (CVA or SE) | 1.71 vs. 1.11 $p<.001$<br>NNT = 167 | 2.42 vs. 2.12 $p=.12$ | 1.60 vs. 1.27 $p<.001$<br>NNT = 303 |
| Major Bleeding %<br>ICH % | 3.57 vs. 3.32 $p=0.31$<br>0.74 vs. 0.3 $p<.001$ | 3.45 vs. 3.6 $p=0.58$<br>0.74 vs. 0.49 $p=.019$ | 3.09 vs. 2.13 $p<.001$<br>0.47 vs. 0.24 $p<.001$ |
| Conclusion vs. warfarin | Superior efficacy, similar bleeding, less ICH | Non-inferior on efficacy and safety measures | Superior efficacy, less major and ICH, lower mortality |

4737236.pdf.12

# Rivaroxaban (Xarelto) For and Against

## For
- Convenience – no monitoring
- Once daily
- Not inferior to Warfarin on efficacy and Safety
- Superior in ICH risk

## Against
- Not more effective than Warfarin
- Not less bleeding than Warfarin
- Cost $180/ month
- PBM placement unknown ? Higher or lower tier than Pradaxa
- More drug interactions than Pradaxa (dabigatran)
- Black Box warning - ? Prescribing liability both with spinal hematomas and drug cessation

Private practice blog with Dr Seth Bilazarian

# Remaining Questions

- FDA again allows dose not studied in trial – allow Dabigatran and Rivaroxaban to be used with CrCl < 30 even though these patients were excluded in trials. Is it safe? Should we limit CrCl > 40 in elderly?
- What to do with surgery and should epidural anesthetics be avoided?
- Is bridging necessary?
- Might Xa drugs be preferred in patients with concomitant CAD?

Private practice blog with Dr Seth Bilazarian

# Links

- The ROCKET –AF trial at NEJM =>
  http://www.nejm.org/doi/full/10.1056/NEJMoa1009638

- ROCKET –AF Presentation slides =>
  https://www.dtmi.duke.edu/website-administration/files/ROCKET-AF-LBCT-FINAL.ppt/view

- Xarelto Prescribing Information =>
  http://www.xareltohcp.com/sites/default/files/pdf/xarelto_0.pdf#zoom=100

- Pradaxa Prescribing Information =>
  http://bidocs.boehringer-ingelheim.com/BIWebAccess/ViewServlet.ser?docBase=renetnt&folderPath=/Prescribing%20Information/PIs/Pradaxa/Pradaxa.pdf

Private practice blog with Dr Seth Bilazarian