UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Dora Mingo v. Janssen Research & Development, LLC et al. Case No. 2:15-cv-03469 | MAGISTRATE NORTH |

### DEFENDANTS' PROPOSED SUPPLEMENTAL AND CONTINGENT JURY INSTRUCTIONS

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC (collectively, "Defendants") object to those of Plaintiffs' proposed jury instructions (some recently filed) which single out particular FDA regulations, or portions of regulations, that Plaintiffs believe are helpful to their case. In fairness, the Court should either not instruct on particular FDA regulations or provide comprehensive instructions on the FDA regulations applicable to the case for the jury to consider. If the Court is inclined to instruct on particular FDA regulations proposed by the Plaintiffs, Defendants contingently submit the following instructions for completeness.

Respectfully submitted,

| | |
|---|---|
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C. |
| BY: /s/ Richard E. Sarver | By: /s/ Lyn P. Pruitt |
| Richard E. Sarver | Lyn P. Pruitt |
| Celeste R. Coco-Ewing | Adria W. Conklin |
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. | Benjamin D. Brenner |
| | Mary Catherine Way |
| 909 Poydras Street, 24th Floor | MITCHELL, WILLIAMS, SELIG, |
| New Orleans, Louisiana 70112 | GATES & WOODYARD, P.L.L.C. |

Telephone: (504) 589-9700
rsarver@barrassousdin.com
ccoco-ewing@barrassousdin.com

DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Rodney M. Hudson
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Rodney.hudson@dbr.com

Chanda A. Miller
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2500
Chanda.Miller@dbr.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC*

425 West Capitol Ave., Suite 1800
Little Rock, AR 72201
Telephone: (501) 688-8800
lpruitt@mwlaw.com
aconklin@mwlaw.com
bbrenner@mwlaw.com
mway@mwlaw.com

WATKINS & EAGER PLLC

By: */s/ Walter T. Johnson*
Walter T. Johnson
WATKINS & EAGER PLLC
The Emporium Building
400 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 965-1846
wjohnson@watkinseager.com

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *William Hoffman*
William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Lindsey C Boney IV*
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North

Birmingham, AL 35203-2119
Telephone: (205) 521-8803
lboney@bradley.com


CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

August 16, 2017

**DEFENDANTS' REQUEST A**
**(FDA Regulations – Purpose)**

The "purpose" of the FDA regulations for new drug applications is to "establish an efficient and thorough drug review process" in order to "facilitate the approval of drugs shown to be safe and effective;" "ensure the disapproval of drugs not shown to be safe and effective;" and "establish an effective system for FDA's surveillance of marketed drugs."

Authority: 21 C.F.R. § 314.2


GRANTED _____          DENIED _____          MODIFIED _____

WITHDRAWN _____        PLAINTIFF'S OBJ _____

**DEFENDANTS' REQUEST B**
**(Standard for FDA Approval)**

The FDA only approves a new drug "after it determines that the drug meets the statutory standards for safety and effectiveness, manufacturing and controls, and labeling." FDA exercises "its scientific judgment to determine the kind and quantity of data and information an applicant is required to provide for a particular drug to meet the statutory standards."

<u>Authority</u>: 21 C.F.R. § 314.105(c)

GRANTED _____        DENIED _____        MODIFIED _____

WITHDRAWN \_\_\_\_\_        PLAINTIFF'S OBJ _____

**DEFENDANTS' REQUEST C**
**(FDA Review of Clinical Data)**

Before approving a new prescription drug like Xarelto for use in the United States, the FDA requires a drug manufacturer to submit extensive clinical data that includes, among other things, the following:

(1) "A description and analysis of each clinical pharmacology study of the drug."

(2) "A description and analysis of each controlled clinical study pertinent to a proposed use of the drug, including the protocol and a description of the statistical analyses used to evaluate the study."

(3) "A description of each uncontrolled clinical study, a summary of the results, and a brief statement explaining why the study is classified as uncontrolled."

(4) "A description and analysis of any other data or information relevant to an evaluation of the safety and effectiveness of the drug product obtained or otherwise received by the applicant from any source."

(5) "An integrated summary of the data demonstrating substantial evidence of effectiveness for the claimed indications."

(6) "A summary and updates of safety information."

(7) "An integrated summary of the benefits and risks of the drug, including a discussion of why the benefits exceed the risks under the conditions stated in the labeling."

The FDA reviews and evaluates all of this information submitted by the manufacturer in deciding whether to approve the medication. To evaluate clinical data submitted by a drug manufacturer, the FDA applies criteria "developed over a period of years and are recognized by

the scientific community as the essentials of an adequate and well-controlled clinical investigation." "Reports of adequate and well-controlled investigations provide the primary basis" for the FDA "determining whether there is 'substantial evidence' to support the claims of effectiveness for new drugs."

Authority: 21 C.F.R. §§ 314.50, 314.126

GRANTED _____          DENIED _____          MODIFIED _____

WITHDRAWN \_\_\_\_\_          PLAINTIFF'S OBJ _____

**DEFENDANTS' REQUEST D**
**(FDA Review of Proposed Label)**

The FDA approves a label for a new drug only after reviewing the manufacturer's "proposed text" of the labeling for that drug. The manufacturer's proposed text in an application for a new drug also directs the FDA to the "summary and technical sections" of a new drug application "that support the inclusion of each statement in the labeling."

Authority: 21 C.F.R. § 314.50(c)


GRANTED _____         DENIED _____         MODIFIED _____

WITHDRAWN \_\_\_\_\_         PLAINTIFF'S OBJ _____

**DEFENDANTS' REQUEST E**
**(FDA – Changing Label)**

Generally, a drug manufacturer must receive the FDA's approval prior to changing a label for an approved prescription drug and distributing the product with a new label.

One exception to this general rule is that a manufacturer may under certain circumstances "add or strengthen" the "warning, precaution, or adverse reaction" information about the drug in the drug's label based on "newly acquired information."

"Newly acquired information" means "data, analyses, or other information not previously submitted to the Agency, which may include (but is not limited to) data derived from new clinical studies, reports of adverse events, or new analyses of previously submitted data (e.g., meta-analyses) if the studies, events, or analyses reveal risks of a different type or greater severity or frequency than previously included in submissions to FDA."

Changes based on newly acquired information can be made without first obtaining FDA approval.  Any change made by the Defendants without first obtaining FDA approval must still comply with FDA label requirements and must still be submitted to FDA after the change has been made for FDA's ultimate approval.  FDA may accept, modify, or reject any change made by the manufacturer.

<u>Authority</u>: 21 C.F.R. §§ 314.3; 314.70(a), (c)(6).

GRANTED _____         DENIED _____         MODIFIED _____
WITHDRAWN \_\_\_\_\_         PLAINTIFF'S OBJ _____