Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>DONZIL BURLISON,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br><br>　　　　　Defendants | ) MDL No. 2592<br>)<br>) SECTION:   L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>) Civil Action No.: 2:15-cv-02940-EEF-MBN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION TO SUBSTITUTE PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff moves this Court for an order substituting Hilda Burlison on behalf of her late husband, Donzil Burlison.

Donzil Burlison filed a products liability action against Defendants on July 14, 2015, as part of a bundled complaint, cause number 15-2605.  By court order dated July 23, 2015, this action was severed from the bundled complaint [dkt # 5 in 15-2605].  Mr. Burlison's short form complaint was filed on July 24, 2015, and assigned cause number 15-2940.  Mr. Burlison passed away on June 20, 2017.  A suggestion of death was filed on August 16, 2017.

1

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1).  Donzil Burlison's products liability action against Defendants survived his death and was not extinguished.  Hilda Burlison, surviving spouse of Donzil Burlison, is a proper party to substitute for Mr. Burlison and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

Accordingly, counsel for Plaintiff respectfully requests that this Court enter an order granting this Motion to Substitute Party.

DATED:  August 16, 2017                THE MULLIGAN LAW FIRM


                                       By:    /s/ Charles G. Orr
                                              Charles G. Orr
                                              Attorney for Plaintiff


**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


                                       By:    /s/ Charles G. Orr
                                              Charles G. Orr
                                              Attorney for Plaintiff