# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>DONZIL BURLISON,<br><br>　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br><br>　　　　　　Defendants | ) MDL No. 2592<br>)<br>) SECTION:   L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>) Civil Action No.: 2:15-cv-02940-EEF-MBN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY

The Court, after considering Plaintiff's Motion to Substitute Party as well as any responses thereto, finds the motion meritorious.  It is therefore ORDERED THAT:  Plaintiff Hilda Burlison, as surviving spouse of Donzil Burlison, is substituted for Plaintiff Donzil Burlison in the above numbered and captioned case.

Dated: _____          _____
　　　　　　　　　　　　　　　　　　　　　　Hon. Eldon E. Fallon
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge