MINUTE ENTRY
FALLON, J.
AUGUST 14, 2017

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL |
| | NO. 2592 |
| REF: C.A. 15-3469 – Mingo v. Janssen, et al | SECTION: L (5) |

| | |
|---|---|
| BEFORE JUDGE ELDON E. FALLON | Monday, August 14, 2017, 8:32am |
| Case Manager: Dean Oser | (Continued from Friday, 8/11/17) |
| Court Reporter: Cathy Pepper/Toni Tusa | |

Appearances:   Andy Birchfield, Esq., Jerry Meunier, Esq., Brad Honnold, Esq., Emily
Jeffcott, Esq., and Bubba Morrison, Esq., for Plaintiffs
Lynn Pruitt, Esq., and Walter Johnson, Esq., for Bayer Defendants
Richard Sarver, Esq. for Janssen Defendants
Lyndsey Boney, IV, Esq. for Defendants

JURY TRIAL

Plaintiffs' Witnesses Continued:
Dr. Henry Rinder – sworn, offered as an expert in hematology and laboratory hematology – accepted and testified
Dr. Renie A. Jordon – sworn and testified
Jury excused for the day at 4:44pm.
Court addressed counsel regarding jury charges and verdict form and also certain exhibits sought to be admitted by Plaintiff.
PowerPoint presentation exhibit as to Angela Seifert will be admitted.

Court adjourned at 4:51pm until Tuesday, August 15, 2017, at 8:30am

JS10:   6:14