P. intended to not call Dr. but decided to call Dr. D. could have called Dr. out of turn but P. objected & court felt it would be unfair to interrupt P's case at that time. Now P. has rested & the Dr. will only be available after all evid. is in. It would delay matters on jury & be a burden on court & parties & ct. to prolong case. This witness has been deposed & in the court's view this mode of testifying is more appropriate & not prejudicial to either side. 611(a)

[signature]

Imingo v bayer video tmax db

Deposition Designations for Keith S 20160811

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | **Pltf Obj** Plaintffs' General Objection: Plaintiffs object to Defendants' use of Dr. Keith's deposition in light of the fact that he is "available" and is currently subject to a subpoena to appear in this trial. Further, indicated his availability to the Defendants and the Court. | **Def Resp** Both Plaintiffs and Defendants have used articles that post-date Mrs. Mingo's bleed. Surely, Plaintiffs do not maintain that all data and scientific opinion which post-dates Mrs. Mingo's bleed is irrelevant - such data and findings speak to the drug's characteristics as they existed at the time Mrs. Mingo began her prescription. Furthermore, this very designation lays the foundation Plaintiffs claim does not exist. | |
| 7:1 - 7:8 Keith, Stephen 2016-08-11<br>Q. Good morning, Dr. Keith.<br>A. Good morning.<br>Q. My name, as I mentioned a few minutes ago, is Kim Moore. And I'm here today to take your deposition in the Dora Mingo matter. So we're really here focusing on your role as a treater for Mrs. Mingo.<br>A. Okay. | 0:19 | | | Pending |
| 12:18 - 13:4 Keith, Stephen 2016-08-11<br>Q. And the literature, sir, that you've handed me --<br>A. Yes.<br>Q. -- is just the "Management of Antithrombotic Agents for Patients Undergoing GI Endoscopy." That is a -- as you said, a 2016 document.<br>A. Publication, yes.<br>Q. Published by the American Society for Gastrointestinal Endoscopy?<br>A. Correct.<br>Q. We'll mark that as Exhibit 4. | 0:25 | **Re: [12:18-13:4]**<br>**Pltf Obj** Objection - The article that Dr. Keith is being questioned about is a 2016 article that he produced at the deposition. First, no foundation was laid establishing it as reliably authoritative (803(18)) and since Ms. Mingo was prescribed Xarelto in 2015 and Dr. Keith treated her in 2015, a 2016 article is irrelevant and stands only to confuse the jurors. Furthermore, providing the title of the publication does little to lay a proper foundation. Please see Plaintiffs' objection to Keith 3. | Re: [12:18-13:4]<br>Def Resp Both Plaintiffs and Defendants have used articles that post-date Mrs. Mingo's bleed. Surely, Plaintiffs do not maintain that all data and scientific opinion which post-dates Mrs. Mingo's bleed is irrelevant - such data and findings speak to the drug's characteristics as they existed at the time Mrs. Mingo began her prescription. Furthermore, this very designation lays the foundation Plaintiffs claim does not exist. | Pending |
| 14:15 - 14:16 Keith, Stephen 2016-08-11<br>Q. Have you ever prescribed Xarelto?<br>A. I have not personally, no. | 0:03 | | | |
| 14:20 - 14:20 Keith, Stephen 2016-08-11<br>A. I manage it with respect to procedures | 0:00 | | | |
| 14:23 - 14:24 Keith, Stephen 2016-08-11<br>A. -- you know, I stop it, but it's usually in consultation with a cardiologist or other -- | 0:04 | | | |
| 15:1 - 15:2 Keith, Stephen 2016-08-11<br>A. -- involved physician.<br>Q. But that's not part of what you do -- | 0:03 | | | |
| 15:4 - 15:4 Keith, Stephen 2016-08-11<br>Q. -- as a gastroenterologist -- | 0:00 | | | |
| 15:5 - 15:5 Keith, Stephen 2016-08-11<br>A. I do not prescribe directly, no. | 0:01 | | | |
| 15:12 - 15:13 Keith, Stephen 2016-08-11<br>You're not a prescriber of Xarelto?<br>A. No. | 0:03 | | | |
| 15:14 - 15:16 Keith, Stephen 2016-08-11<br>Q. Have you ever had a chance to look at the package insert documentation on Xarelto? | 0:07 | | | |

| | | | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 15 16 | A. I don't think so. | | | | |
| 16:18 - 16:20 | Keith, Stephen 2016-08-11 | 0:03 | | | |
| 16 18 | Q. Sure. So it makes sense. So you've not | | | | |
| 16 19 | prescribed Xarelto, so therefore -- | | | | |
| 16 20 | A. Right. | | | | |
| 16:21 - 16:23 | Keith, Stephen 2016-08-11 | 0:06 | | | |
| 16 21 | Q. -- you wouldn't necessarily be familiar | | | | |
| 16 22 | with the prescribing information on it because | | | | |
| 16 23 | you've never had to prescribe it? | | | | |
| 16:25 - 16:25 | Keith, Stephen 2016-08-11 | 0:01 | | | |
| 16 25 | A. Yes. Intimately familiar with the | | | | |
| 17:1 - 17:2 | Keith, Stephen 2016-08-11 | 0:03 | | | |
| 17 1 | prescribing details, no, but familiar with the | | | | |
| 17 2 | other issues of management and -- | | | | |
| 17:5 - 17:7 | Keith, Stephen 2016-08-11 | 0:12 | | | |
| 17 5 | A. -- creatinine clearance and risk or lack | | | | |
| 17 6 | thereof with respect to how it affects what I do | | | | |
| 17 7 | with a patient really. | | | | |
| 20:12 - 20:17 | Keith, Stephen 2016-08-11 | 0:11 | | | |
| 20 12 | Q. And as you said earlier you've not had | | | | |
| 20 13 | an opportunity to come into contact with any of | | | | |
| 20 14 | the detail representatives from Janssen -- | | | | |
| 20 15 | A. Have not. | | | | |
| 20 16 | Q. -- or from Bayer? | | | | |
| 20 17 | A. No. | | | | |
| 22:20 - 22:21 | Keith, Stephen 2016-08-11 | 0:04 | | | |
| 22 20 | Q. If you would take us through your | | | | |
| 22 21 | medical training and experience? We have your | | | | |
| 22:25 - 22:25 | Keith, Stephen 2016-08-11 | 0:01 | | | |
| 22 25 | A. Okay. Well, I went to medical school in | | | | |
| 23:1 - 23:4 | Keith, Stephen 2016-08-11 | 0:09 | | | |
| 23 1 | Alberta. I graduated in 1997 at Edmonton, | | | | |
| 23 2 | University of Alberta. | | | | |
| 23 3 | And I did internal medicine there for | | | | |
| 23 4 | three years -- | | | | |
| 23:14 - 23:20 | Keith, Stephen 2016-08-11 | 0:19 | | | |
| 23 14 | A. It's not urgent. So I graduated from | | | | |
| 23 15 | medical school in 1997 in Edmonton. I did | | | | |
| 23 16 | internal medicine at the same institution, set of | | | | |
| 23 17 | hospitals, and finished in 2000. And then went | | | | |
| 23 18 | to Ochsner Clinic Foundation. I guess it's now | | | | |
| 23 19 | Ochsner Health Systems, for three years for a GI | | | | |
| 23 20 | fellowship and finished in 2003. | | | | |
| 24:4 - 24:6 | Keith, Stephen 2016-08-11 | 0:05 | | | |
| 24 4 | we got on the record, you're licensed in Hawaii, | | | | |
| 24 5 | Mississippi, Colorado, and now -- | | | | |
| 24 6 | A. Georgia as well. | | | | |
| 24:9 - 24:13 | Keith, Stephen 2016-08-11 | 0:05 | | | |
| 24 9 | Q. And you're currently practicing here | | | | |
| 24 10 | in -- | | | | |
| 24 11 | A. Correct. | | | | |
| 24 12 | Q. -- McComb? | | | | |
| 24 13 | A. Yes. | | | | |
| 24:15 - 24:24 | Keith, Stephen 2016-08-11 | 0:11 | | | |
| 24 15 | through where you went. You left Ochsner, tell | | | | |
| 24 16 | me through -- | | | | |
| 24 17 | A. I went to Lake Charles for almost five | | | | |
| 24 18 | years. | | | | |
| 24 19 | Q. Okay. | | | | |
| 24 20 | A. Then I was in Hawaii for almost four | | | | |
| 24 21 | years, and then -- | | | | |
| 24 22 | Q. That was tough. | | | | |
| 24 23 | A. -- and then here for four and a half | | | | |

| Designation | Testimony | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| | years. Yes, it was just a -- it was just a | | | | |
| 26:13 - 26:15 | Keith, Stephen 2016-08-11<br>Q. And your current practice is GI, of<br>course?<br>A. Yes. | 0:04 | | | |
| 26:16 - 26:24 | Keith, Stephen 2016-08-11<br>Q. And you've been here for how long?<br>A. Since the end of January of 2012, so<br>fifth year.<br>Q. And I looked at your CV and see you<br>are a member of the American College of<br>Gastroenterology, American Gastrological<br>Association and American Society of<br>Gastrointestinal Endoscopy?<br>A. Yes. | 0:22 | | | |
| 36:10 - 36:11 | Keith, Stephen 2016-08-11<br>Q. Okay. So would it be fair to say in<br>making your treatment decisions for a patient | 0:04 | | | |
| 36:14 - 36:17 | Keith, Stephen 2016-08-11<br>Q. -- you weigh the risk and the benefits<br>of medicine for the individual patient? You<br>weigh the risk?<br>A. That would be fair to say. | 0:10 | | | |
| 36:20 - 36:25 | Keith, Stephen 2016-08-11<br>Q. And as a gastroenterologist --<br>A. Uh-huh (affirmative).<br>Q. -- you have different medications that<br>can have great benefits for a patient, but there<br>are some that may also have risk. That's just<br>what you do day in and day out -- | 0:10 | | | |
| 37:1 - 37:1 | Keith, Stephen 2016-08-11<br>A. That's right. | 0:00 | | | |
| 37:3 - 37:24 | Keith, Stephen 2016-08-11<br>A. That's right. Everything has risk,<br>everything has benefit, and it's, you know, kind<br>of the risk-benefit ratio that you --<br>Q. There are no guarantees?<br>A. -- weigh -- that's right, yes, exactly.<br>Q. Despite the best efforts of -- of<br>someone --<br>A. Correct.<br>Q. -- like yourself?<br>A. Correct.<br>Q. And in a patient sometimes there can be<br>unfortunate outcomes?<br>A. Correct. Yes, and you look at the<br>frequency of that risk to decide, you know, is it<br>worth putting that patient on that or do they<br>have other factors that increase their risk.<br>But some cases I recommend against<br>things because the risk is too great actually,<br>and --<br>Q. Yeah.<br>A. -- that's not just with medications but<br>procedures as well, though. | 0:35 | | | |
| 37:25 - 37:25 | Keith, Stephen 2016-08-11<br>Q. So it -- it's fair to say that it varies | 0:02 | | | |
| 38:1 - 38:4 | Keith, Stephen 2016-08-11<br>from patient to patient, as it should; you can't<br>make one decision --<br>A. Right.<br>Q. -- for all your patients? | 0:05 | | | |
| 38:5 - 38:10 | Keith, Stephen 2016-08-11<br>A. Right. Well, yes, and then certain<br>patients they want something done but I won't do<br>it if the risk is too great anyway. It's not | 0:13 | | | |

| Designation | Testimony | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| | just their decision, it's mine, you know, because<br>if something is too great I won't do it, you<br>know. | | | | |
| 38:11 - 38:19 | Keith, Stephen 2016-08-11<br>Q. Okay. And you understand that every<br>prescription medication available in the US has<br>been approved by the FDA, correct?<br>A. Yes.<br>Q. And that the FDA actually takes the time<br>to approve each and every word and phrase in its<br>prescription -- in its accompanying labeling<br>information?<br>A. Correct. | 0:22 | | | |
| 38:20 - 38:25 | Keith, Stephen 2016-08-11<br>Q. Okay. You're not an expert in<br>regulatory matters, right?<br>A. No.<br>Q. You're here today as the treater of<br>Ms. Mingo?<br>A. Yes. | 0:07 | | | |
| 39:1 - 39:6 | Keith, Stephen 2016-08-11<br>Q. And you're not an expert in clinical<br>trials?<br>A. I'm not.<br>Q. All right. Or in PK or PD data, the<br>anali -- analyzing PK/PD data?<br>A. No. | 0:12 | | | |
| 39:16 - 39:22 | Keith, Stephen 2016-08-11<br>You are aware Xarelto is an anticoagulant,<br>correct?<br>A. Right.<br>Q. And you know that the purpose of<br>anticoagulants is, of course, to prevent the<br>formation of blood clots?<br>A. Right. | 0:09 | | | |
| 39:23 - 39:25 | Keith, Stephen 2016-08-11<br>Q. Obviously, blood clots can be serious<br>and life threatening?<br>A. Uh-huh (affirmative), or not. | 0:06 | | | |
| 40:1 - 40:12 | Keith, Stephen 2016-08-11<br>Q. Or not, very good.<br>A. More often not than so, though.<br>Q. All right. Some blood clots, though,<br>can cause VT?<br>A. Significant, yes, exactly.<br>Q. Things like VT --<br>A. They tend to be managed with fairly low<br>risk generally, though.<br>Q. Okay.<br>A. For the most part. When they're picked<br>up, you know, usually they have fairly favorable<br>outcomes with treatment then. | 0:19 | | | |
| 40:13 - 40:25 | Keith, Stephen 2016-08-11<br>Q. But when you prevent the formation of a<br>blood clot, there is always a risk of bleeding?<br>A. Absolutely.<br>Q. Sometimes that risk of bleeding can be<br>serious and fatal, correct?<br>A. Uh-huh (affirmative).<br>Q. And also can carry the risk of a GI<br>bleed?<br>A. Yes.<br>Q. You've known that since med school?<br>A. Right.<br>Q. Right, that's nothing new?<br>A. No, no, that's not unusual. Yeah, | 0:20 | | | |
| 41:1 - 41:23 | Keith, Stephen 2016-08-11<br>that's -- | 0:45 | Re: [41:1-41:23] | Re: [41:1-41:23] | Pending |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 41 2<br>41 3<br>41 4<br>41 5<br>41 6<br>41 7<br>41 8<br>41 9<br>41 10<br>41 11<br>41 12<br>41 13<br>41 14<br>41 15<br>41 16<br>41 17<br>41 18<br>41 19<br>41 20<br>41 21<br>41 22<br>41 23 | Q. Right.<br>A. -- not unexpected knowledge.<br>Q. How about warfarin, have -- are you<br>you familiar with warfarin?<br>A. Oh, yeah, it's -- well, it's the agent<br>that's been around the longest and predated all<br>these newer agents.<br>Q. Okay. Have you ever prescribed it?<br>A. Yes, as a medicine resident I prescribed<br>it actually then. Not so much since like being a<br>GI fellow, but as -- when I was an internal<br>medicine resident I prescribed it then quite<br>often actually.<br>Q. Have you ever treated a patient who had<br>a bleed while on Coumadin?<br>A. Yes, lots.<br>Q. I mean, what does that mean, yes, lots?<br>A. As far as a number? That would be a<br>guess.<br>Q. I mean, it's just something that's been<br>--<br>A. It's a regular occurrence. | **Pltf Obj 41:9-41:23; Objection - Dr. Keith is Ms. Mingo's treating GI in this case and is not an expert witness, making these opinions inadmissible. He does not routinely prescribe anticoagulants. His only involvement was to cauterize Ms. Mingo's bleeding ulcer. This objection is based on relevance. Whether Dr. Keith prescribed warfarin as a resident is irrelevant to his involvement in this case and presents substantially unfair prejudice to the Plaintiff without providing any probative value.** | Def Resp Dr. Keith's experience with anticoagulants and GI bleeds helps the jury make credibility determinations and assign weight to his opinions, which are not expert in nature. Furthermore, it lays foundation for Dr. Keith's later opinions regarding other anticoagulants. | Overruled 401 + 607 |
| 42:2 - 42:3 Keith, Stephen 2016-08-11 (0:04)<br>42 2<br>42 3 | Q. -- in that therapeutic range. Is it<br>your experience that you've seen patients -- | | | |
| 42:5 - 42:6 Keith, Stephen 2016-08-11 (0:04)<br>42 5<br>42 6 | Q. -- with too low of an INR can still have<br>a clot? | | | |
| 42:10 - 42:11 Keith, Stephen 2016-08-11 (0:01)<br>42 10<br>42 11 | A. I have seen it happen where they are<br>subtherapeutic and -- | | | |
| 42:13 - 42:25 Keith, Stephen 2016-08-11 (0:16)<br>42 13<br>42 14<br>42 15<br>42 16<br>42 17<br>42 18<br>42 19<br>42 20<br>42 21<br>42 22<br>42 23<br>42 24<br>42 25 | A. -- they do develop a clot, yes.<br>Q. And too high obviously you can have a<br>bleed?<br>A. Correct.<br>Q. There's a narrow therapeutic range with<br>warfarin --<br>A. Right.<br>Q. -- that it's difficult to keep that<br>patient in, correct?<br>A. Some -- some patients, yes, some<br>patients, no. Some people it's really hard to<br>get them there --<br>Q. Yeah. | | | |
| 43:1 - 43:1 Keith, Stephen 2016-08-11 (0:00)<br>43 1 | A. -- and keep them there. | | | |
| 44:7 - 44:20 Keith, Stephen 2016-08-11 (0:27)<br>44 7<br>44 8<br>44 9<br>44 10<br>44 11<br>44 12<br>44 13<br>44 14<br>44 15<br>44 16<br>44 17<br>44 18<br>44 19<br>44 20 | Q. You mentioned compliance. Patients on<br>warfarin often have to be monitored to make sure<br>--<br>A. They do have to be monitored, yes, and<br>they don't always do that either. Often they<br>don't. Initially they do usually, but as time<br>goes by, sometimes they don't follow up for<br>their INR to be checked.<br>Q. And as you mentioned, compliance can<br>just be an issue?<br>A. Uh-huh (affirmative).<br>Q. And even patients who are carefully<br>monitored can have a bleeding event, correct?<br>A. Yes. | | | Overruled goes to witness experience regarding blood thinners 401 |
| 45:8 - 45:14 Keith, Stephen 2016-08-11 (0:15)<br>45 8<br>45 9<br>45 10<br>45 11<br>45 12<br>45 13 | Q. Have you had experience treating<br>patients who had a GI bleed while taking<br>warfarin?<br>A. Yes.<br>Q. What's your estimate of the number of<br>those types of patients? | **Re: [45:8-45:14]**<br>**Pltf Obj 45:8-22; Objection - This objection is again based on 401/403 grounds. The number of people Dr. Keith has treated for GI bleeds while taking warfarin is irrelevant and** | Re: [45:8-45:14]<br>Def Resp Dr. Keith's experience with anticoagulants and GI bleeds helps the jury make credibility determinations and assign weight to his opinions, | Pending |

08/15/17 09:25

| Designation | | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 45 14 | A. That would -- that's a big number, | | **stands to unfairly prejudice Plaintiffs through his testimony. Dr. Keith is Ms. Mingo's treating GI in this case and is not an expert witness, making these opinions inadmissible.** | which are not expert in nature. Furthermore, it lays foundation for Dr. Keith's later opinions regarding other anticoagulants. | |
| 45:15 - 45:15 | Keith, Stephen 2016-08-11<br>45 15 that's just a shot in the dark. | 0:02 | | | |
| 45:17 - 45:17 | Keith, Stephen 2016-08-11<br>45 17 A. I really don't know. I mean -- | 0:01 | | | |
| 45:19 - 45:22 | Keith, Stephen 2016-08-11<br>45 19 A. In more than a hundred, easily.<br>45 20 Q. Have some of those patients had severe<br>45 21 major bleeds?<br>45 22 A. Yes. | 0:07 | | | |
| 46:5 - 46:8 | Keith, Stephen 2016-08-11<br>46 5 Q. Okay, good. How do you treat a patient<br>46 6 with a GI bleed --<br>46 7 A. Uh-huh (affirmative).<br>46 8 Q. -- who is taking warfarin? | 0:07 | | | |
| 46:13 - 46:23 | Keith, Stephen 2016-08-11<br>46 13 A. Well, number one is to assess the<br>46 14 patient and stabilize them hemodynamically before<br>46 15 doing anything.<br>46 16 And then ideally, you know, endoscopy<br>46 17 should be as early as possible, but you may need<br>46 18 consultation with others if there's cardiac<br>46 19 issues. If they've had an acute MI, then the<br>46 20 timing is really determined with other<br>46 21 consultants.<br>46 22 But ideally you want to have an<br>46 23 endoscopy within 24 hours if it's appropriate. | 0:28 | | | |
| 46:24 - 46:25 | Keith, Stephen 2016-08-11<br>46 24 And then the other issue is reversal of<br>46 25 anticoagulation -- | 0:01 | | | |
| 47:1 - 47:14 | Keith, Stephen 2016-08-11<br>47 1 Q. Uh-huh (affirmative).<br>47 2 A. -- depending on what the INR is. If the<br>47 3 INR is 1.5 to 2 -- 1.5 to 2.5 then usually you<br>47 4 can proceed with endoscopy. That's kind of the<br>47 5 range that you want.<br>47 6 If somebody is, you know, it's a really<br>47 7 aggressive life-threatening bleed you may, you<br>47 8 know, deviate above that and proceed with<br>47 9 endoscopy before reversing that INR. But ideally<br>47 10 you're trying to get it down even while you're<br>47 11 doing that, in addition to giving blood products,<br>47 12 and reversal can be generally with fresh frozen<br>47 13 plasma or vitamin K as well in some cases,<br>47 14 actually. | 0:37 | | | |
| 47:15 - 47:18 | Keith, Stephen 2016-08-11<br>47 15 Q. Have you ever had a patient on warfarin<br>47 16 who has a bleed where you just simply discontinue<br>47 17 the warfarin?<br>47 18 A. Yes. | 0:08 | | | |
| 47:22 - 47:23 | Keith, Stephen 2016-08-11<br>47 22 A. Yeah. Yeah, when it's not a high-risk<br>47 23 bleed. | 0:01 | | | |
| 47:25 - 47:25 | Keith, Stephen 2016-08-11<br>47 25 A. You just stop it and it comes down on | 0:01 | | | |
| 48:1 - 48:1 | Keith, Stephen 2016-08-11<br>48 1 its own. | 0:01 | | | |
| 50:16 - 50:25 | Keith, Stephen 2016-08-11<br>50 16 Q. With respect to Xarelto, it's obviously<br>50 17 a NOAC. You're aware of that?<br>50 18 A. Yeah, it's in that, yeah.<br>50 19 Q. Yeah, we covered that. And you're aware<br>50 20 that bleeding is a risk for Xarelto?<br>50 21 A. Sure. | 0:27 | | | |

| Designation | Testimony | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| | 50 22 Q. And that along with that bleeding risk<br>50 23 is the risk of a serious or a fatal bleed?<br>50 24 A. Uh-huh (affirmative).<br>50 25 Q. And obviously a risk for a GI bleed? | | | | |
| 51:1 - 51:7 | Keith, Stephen 2016-08-11<br>51 1 A. Right.<br>51 2 Q. Are you aware that Xarelto does not<br>51 3 require routine monitoring?<br>51 4 A. Yes. Yeah, that's one of the advantages<br>51 5 obviously is you don't have to, you know,<br>51 6 routinely monitor, so that offsets the cost<br>51 7 somewhat and the convenience. And, like you say, | 0:14 | | | |
| 51:11 - 51:20 | Keith, Stephen 2016-08-11<br>51 11 Q. And the article that you --<br>51 12 A. Yes.<br>51 13 Q. -- gave us, which is very helpful by the<br>51 14 way, which we talked about is Exhibit 3, I wanted<br>51 15 just to point out to you.<br>51 16 A. Sure.<br>51 17 Q. It looks like it's on page 8.<br>51 18 A. Uh-huh (affirmative).<br>51 19 Q. And if you go down under the first full<br>51 20 sentence, and if you'll read that for us, please? | 0:31 | **Re: [51:11-51:20]**<br>**Pltf Obj** 51:11-52:20; Objection - The article that Dr. Keith is being questioned about is a 2016 article that he produced at the deposition. First, no foundation was laid establishing it as reliably authoritative (803(18)) and since Ms. Mingo was prescribed Xarelto in 2015 and Dr. Keith treated her in 2015, a 2016 article is irrelevant and stands only to confuse the jurors. Please see Plaintiffs' objection to Keith 3. | Re: [51:11-51:20]<br>Def Resp Both Plaintiffs and Defendants have used articles that post-date Mrs. Mingo's bleed. Surely, Plaintiffs do not maintain that all data and scientific opinion which post-dates Mrs. Mingo's bleed is irrelevant - such data and findings speak to the drug's characteristics as they existed at the time Mrs. Mingo began her prescription. As to the purported lack of foundation, Defendants have added lines 12:18-13:4 to address Plaintiff's concern. Note that the exihbits were improperly marked at the deposition and the article in question was actually marked as Exhibit 4. | Pending |
| 51:23 - 51:25 | Keith, Stephen 2016-08-11<br>51 23 A. The effect of the anti-Xa<br>51 24 anticoagulants -- anticoagulants is best assessed<br>51 25 by measuring anti-Xa levels with drug-specific | 0:08 | | | |
| 52:1 - 52:1 | Keith, Stephen 2016-08-11<br>52 1 calibrators. | 0:00 | | | |
| 52:7 - 52:20 | Keith, Stephen 2016-08-11<br>52 7 A. Prothrombin time and activated partial<br>52 8 thromboplastin time are crude measures of drug<br>52 9 effect and are insensitive tests, only after<br>52 10 minimally prolonged or even normal in spite of<br>52 11 therapeutic drug levels. However, normal tests<br>52 12 rule out circulating drug -- I'm sorry -- rule<br>52 13 out high circulating drug levels. There's no<br>52 14 reliable serum assay to assess the degree of<br>52 15 anticoagulant activity with these agents at this<br>52 16 time. Caution should be used in interpretation<br>52 17 of activated partial thromboplastin time in<br>52 18 situations of drug toxicity because the assay is<br>52 19 subject to a ceiling effect and does not reliably<br>52 20 capture the severity of the anticoagulant effect. | 0:37 | | | |
| 53:8 - 54:7 | Keith, Stephen 2016-08-11<br>53 8 Q. Okay. So you are not aware of any peer<br>53 9 review literature connecting PT exposure with<br>53 10 clinically significant outcomes bleeding with --<br>53 11 A. No.<br>53 12 Q. -- Xarelto?<br>53 13 A. No.<br>53 14 Q. So as a doctor, you know, something like<br>53 15 the PT is important with warfarin, but it's not<br>53 16 something --<br>53 17 A. Doesn't mean much with this, no.<br>53 18 Q. "With this" meaning Xarelto?<br>53 19 A. Xarelto, correct.<br>53 20 Q. Okay. Thank you.<br>53 21 A. Yeah, you don't have the equivalent of a<br>53 22 PT/INR with the other agents that -- or something<br>53 23 that's easily accessible to monitor.<br>53 24 Q. With the other agents meaning?<br>53 25 A. Yeah, the other NOACs essentially.<br>54 1 Q. Like Xarelto.<br>54 2 A. Xarelto, Pradaxa, and Eliquis.<br>54 3 Q. Okay. All right, let's see. And let me<br>54 4 just -- that, again, we've seen with the FDA,<br>54 5 you're aware the FDA has even acknowledged that<br>54 6 these drugs don't require blood monitoring?<br>54 7 A. Yes. | 0:57 | **Re: [53:8-54:7]**<br>**Pltf Obj** 54:3-7; Objection - This testimony regarding FDA ceacknowledgement of what is required in terms of blood monitoring is misleading and misstates the evidence. | Re: [53:8-54:7]<br>Def Resp The FDA approved Xarelto as safe and effective without requiring monitoring. There is nothing misleading about this testimony. | Pending<br>overruled |

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 54:23 - 54:25 Keith, Stephen 2016-08-11<br>Q. It's labeled Exhibit 6. Have Atrial<br>Fibrillation? Blood Thinners Can Prevent<br>Strokes, Save Lives. It's from the FDA Consumer | 0:25 | **Re: [54:23-54:25]**<br>**Pltf Obj** Hearsay without exception. Exhibit is an FDA document used without foundation with a fact witness not disclosed or relied upon as an expert. Further, the testimony and exhibit stand only to confuse the jurors. See Plaintiffs' objection to Keith 6. | Re: [54:23-54:25]<br>Def Resp This document is a public record and is used merely to confirm the witness's understanding, which informs his practice and his treatment of Mrs. Mingo. | Pending<br>Sustained – no foundation, confusing + can be confusing to witness + this overbroad [illegible] focus on this document |
| 55:1 - 55:20 Keith, Stephen 2016-08-11<br>Health Information Division, published in October<br>of 2015. If you'll --<br>When you're ready, Doctor, turn to the<br>second page, and you can look at the document<br>that is highlighted there, the box. And I'll<br>just read it. It says, "There are some important<br>differences among drugs. Warfarin interacts with<br>certain drugs and foods that make it less<br>effective or more likely to cause bleeding, and<br>so its effects must be monitored through periodic<br>blood tests. The new drugs have fewer<br>interactions and don't require blood monitoring."<br>A. Yes.<br>Q. Do you see that?<br>A. Yes.<br>Q. That's your understanding, sir?<br>A. Yes.<br>Q. Okay. And that is something from the<br>FDA, correct?<br>A. Yes. | 0:50 | | | |
| 56:6 - 56:10 Keith, Stephen 2016-08-11<br>Q. Let's turn to Ms. Mingo.<br>A. Okay.<br>Q. My records indicate that you first saw<br>her in February of 2015?<br>A. Okay. | 0:10 | | | |
| 56:11 - 56:14 Keith, Stephen 2016-08-11<br>Q. It looks like February 10 of 2015.<br>Either you or your nurse practitioner saw her,<br>and let's look at that for a moment. If you --<br>A. Okay. | 0:07 | | | |
| 56:16 - 56:17 Keith, Stephen 2016-08-11<br>A. Okay. Yes. Yes, she saw my nurse<br>practitioner. | 0:01 | | | |
| 56:22 - 56:25 Keith, Stephen 2016-08-11<br>she presented on that day. What were her<br>symptoms, please?<br>A. I think that the main referral was<br>really because of the fact that she had what's | 0:10 | | | |
| 57:1 - 57:6 Keith, Stephen 2016-08-11<br>hemoccult positive.<br>Q. Would you explain that for the ladies<br>and gentlemen of the jury, please?<br>A. It's just a stool test that detects<br>blood, occult blood where's it's not grossly<br>visible. | 0:10 | | | |
| 57:9 - 57:13 Keith, Stephen 2016-08-11<br>A. So it's, you know, an indication of<br>blood loss in the gut. It's occult as opposed to<br>overt -- as opposed to overt. So, you don't,<br>like I say, you don't see it, but it's there at<br>the microscopic level. | 0:16 | | | |
| 57:16 - 57:22 Keith, Stephen 2016-08-11<br>A. And she was anemic as well at that<br>presentation.<br>Q. Let me ask you about the diagnosis of<br>anemic. What does that mean?<br>A. Anemia, it just refers to a decrease in<br>the hemoglobin or hematocrit, you know, below<br>what's considered the normal range. | 0:18 | | | |
| 57:23 - 57:25 Keith, Stephen 2016-08-11 | 0:07 | | | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

Q. What is the normal range, please?
A. Depending on the age but, you know, typically we look around 11 to 15, and that

**58:1 - 59:10 Keith, Stephen 2016-08-11** 1:36

varies with age somewhat, but that's kind of a range that we look at. Older people the range is a little bit lower, like a woman this age probably we would say around 12.4 or 12.5 would be more of her upper limit of normal actually.
Q. Okay. And what causes anemia?
A. Fairly simple, I guess. Three things from the GI bleeding perspective is blood loss, lack of production, or something called sequestration actually.
Q. Lack of production?
A. Or sequestration.
Q. What is that?
A. That's basically where the red cells accumulate in the spleen, actually they get sequestered in the spleen.
I guess one other category you can consider, which may not be included in that, would be hemolysis, which is a breakdown of blood cells in the body as well.
Q. What causes one to not produce red blood cells, the number two category, lack of production?
A. If you have a primary bone marrow problem, you know, like aplastic anemia, multiple myeloma, any of those sorts of disorders actually, you can have lack of iron where you don't make enough red cells. You can have lack of folates or B12 or other factors that are important in production. So you can have a primary marrow problem, you can have other -- some other diseases actually like lead poisoning and liver disease and thyroid disease where production is impaired as well. Those are the main factors really.

| Objections In | Responses In | Rulings |
|---|---|---|
| **Re: [58:1-59:10]** **Def Obj** 58:11-59:10 is irrelevant and will serve only to confuse the jury and waste time. | Re: [58:1-59:10] Pltf Resp Testimony is relevant to defense theory pertaining to alternative causes of Plaintiff's gasteric bleeding and provides context to Dr. Keith's testimony from 57:2-6, 57:9-13, 57:16-22, 57:23-57:25, and 58:1-10. | Pending Overruled |

**59:24 - 59:25 Keith, Stephen 2016-08-11** 0:13

Q. Okay. And any other symptoms she had that were significant?

**60:1 - 60:6 Keith, Stephen 2016-08-11** 0:17

A. She's indicated that, you know, she has some decreased exercise tolerance and she's getting short of breath when she exerts herself, but associated with the anemia.
Q. And so I see it references chronic anemia as uncontrolled?

**60:12 - 60:13 Keith, Stephen 2016-08-11** 0:04

A. Uncontrolled, Anemia status uncontrolled.

**60:14 - 60:22 Keith, Stephen 2016-08-11** 0:09

Q. What is the --
A. And that's -- that's -- it's one of these computer programs that you click on and that --
Q. Okay.
A. -- you know, the implication there is somewhat unclear with some of these things sometimes.
Q. Okay.

**60:23 - 60:25 Keith, Stephen 2016-08-11** 0:07

A. Uncontrolled, I guess, you know, in my mind we just haven't, you know, evaluated what the cause is yet so, you know, we don't

**61:1 - 61:1 Keith, Stephen 2016-08-11** 0:02

know what we're dealing with exactly, so --

Objections In | Responses In | Rulings

61:2 - 61:17 Keith, Stephen 2016-08-11 0:34

Q. Okay.
A. -- whereas, you know, if someone has had an identifiable cause and it's been treated, I guess, that's what I would consider controlled really. It's -- I think it's a bad term and somewhat misleading perhaps, I guess.
Q. All right. Let's look at her past --
A. It's not something how I would, you know, when we used to dictate notes, it's not something I would put into a dictated note really. It's -- we're mandated by government now to have these EMRs, and they're designed by nonphysicians in some cases, so they're not really the best descriptors often, or they don't convey the same level of detail as you can when you dictate a note sometimes.

61:18 - 61:25 Keith, Stephen 2016-08-11 0:22

Q. Would you take us through the past medical history, please?
A. Okay. So history of diabetes, type II -- I'm presuming type II diabetes, hypertension, arthritis, and anemia.
Q. Okay. And so she had had anemia for some time?
A. I am not certain from this how long

62:1 - 62:4 Keith, Stephen 2016-08-11 0:09

but --
Q. But it is a history?
A. -- it -- it's been, correct. It's an historical issue for her, yes.

62:10 - 62:25 Keith, Stephen 2016-08-11 0:41

Q. She had been on iron for some time. What other medications was she on? Aspirin, Xarelto?
A. She was on Xarelto, Lortab, Xanax, potassium supplement, Lasix, a vitamin D, metformin, Lovastatin, Chlorcon. And I've got Lasix twice in there.
Q. Okay.
A. Azor, Aspirin, alprazolam, which is also Xanax.
Q. And the Aspirin and the Xarelto also had a -- is known risk -- a known potential risk, the risk of bleeding?
A. Yes.
Q. And specifically the risk of GI bleeding, correct?

63:1 - 63:11 Keith, Stephen 2016-08-11 0:23

A. Sure.
Q. Okay.
A. Yes, the Aspirin is more injurious to the stomach, though, really.
Q. Why?
A. Because of the mechanism of action of the drug. It can cause ulceration directly. The other drugs don't do that.
Q. So you've seen that quite often in your practice?
A. Yes.

63:12 - 63:14 Keith, Stephen 2016-08-11 0:10

Q. But Aspirin is a medication that is commonly taken?
A. It's very common, yeah.

64:15 - 64:16 Keith, Stephen 2016-08-11 0:03

Q. Okay. All right. Let's move to your impressions then.

64:23 - 64:25 Keith, Stephen 2016-08-11 0:02

Q. -- nurse practitioner? Looks like

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| anemia?<br>A. Uh-huh (affirmative). | | | | |
| 65:1 - 65:4 Keith, Stephen 2016-08-11<br>Q. Nonspecific abnormal findings in the stool?<br>A. Yes, that's referring to the occult positive. | 0:05 | | | overruled goes to potential causation 401 |
| 65:11 - 65:24 Keith, Stephen 2016-08-11<br>Q. Thank you. And then it looks like you're recommending the colonoscopy and the EGD?<br>A. Correct.<br>Q. As well as the anemia follow-up?<br>A. Yes.<br>Q. And you recommended or you're office recommended a high-fiber diet, weight loss, and smoking cessation?<br>A. Uh-huh (affirmative).<br>Q. She was smoking at that time?<br>A. I believe so.<br>Q. All right.<br>A. Current smoker, yes, according to that note at that time. | 0:21 | **Re: [65:11-65:24]<br>Pltf Obj 65:16-24; Objection - Testimony concerning Dr. Keith's instructions to Ms. Mingo to lose weight and quit smoking is irrelevant. First, such instructions were given to Ms. Mingo after she took Xarelto. Second, the issue of smoking is immaterial to any issue in this case and is overly prejudicial. Rules 401, 403.** | Re: [65:11-65:24]<br>Def Resp Mrs. Mingo's general health - and specifically factors that contributed to her ulcer and GI bleed - are central to this case. While some jurors might view excess weight and smoking with bias, they can hardly be said to be substantially more prejudicial than probative when the witness is discussing them in the context of the source of the injury at the center of this litigation. | Pending |
| 67:24 - 67:25 Keith, Stephen 2016-08-11<br>Q. Let's talk about underlying conditions or diseases that can lead one to have an | 0:06 | | | |
| 68:1 - 68:1 Keith, Stephen 2016-08-11<br>increased risk of a GI bleed. | 0:05 | | | |
| 68:11 - 68:25 Keith, Stephen 2016-08-11<br>A. Age does, Aspirin does, age over 65, Aspirin. If they've got renal disease, which often could be the case with diabetes, then there's a higher risk of bleeding.<br>Q. Okay.<br>A. Obviously if they're anticoagulated, which she is, then that's the -- poses a high risk of bleeding. If they've had previous GI bleeding, if they've had ulcer disease, if they're on corticosteroids, if they're on other non-steroidals outside of, you know, the Aspirin family. Those are all risk factors for GI bleeding, really.<br>Q. Peptic ulcer?<br>A. Yeah, if she had had ulcer disease, | 0:27 | **Re: [68:11-68:25]<br>Pltf Obj 68:24-69:18; Objection - This testimony regarding the possible causes of Ms. Mingo's ulcer is completely irrelevant given that Dr. Keith testifies that the LIKELY cause of her ulcer was aspirin. Page 91. Further, it was established that Ms. Mingo did not have H.pylori. Page 91.** | Re: [68:11-68:25]<br>Def Resp Mrs. Mingo's general health - and specifically factors that contributed to her ulcer and GI bleed - are central to this case. While some jurors might view excess weight and smoking with bias, they can hardly be said to be substantially more prejudicial than probative when the witness is discussing them in the context of the source of the injury at the center of this litigation. | Pending<br>overruled 401 general health goes to potential causation issue |
| 69:1 - 69:9 Keith, Stephen 2016-08-11<br>yeah, peptic ulcer disease in the past, then that's relevant. That's an increased risk in the future.<br>Q. And smoking?<br>A. Smoking --<br>Q. Well, smoking I guess is the risk for peptic ulcer disease. Smoking causes peptic ulcer disease?<br>A. It's higher -- | 0:12 | | | |
| 69:11 - 69:17 Keith, Stephen 2016-08-11<br>A. Yeah, contributory factor, yes.<br>Q. What are the things that can cause peptic ulcer disease?<br>A. The Aspirin can --<br>Q. Okay.<br>A. -- or any of the nonsteroidals.<br>Q. Got it. | 0:10 | | | |
| 70:1 - 70:4 Keith, Stephen 2016-08-11 | 0:08 | | | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

Q. But with the other factors?
A. Might increase the risk a little bit, but just smoking by itself won't cause ulcer disease, no.

70:16 - 70:25 Keith, Stephen 2016-08-11 0:17

Q. If a patient is on Aspirin --
A. Right.
Q. -- are they more likely to have a GI bleed?
A. Yes.
Q. And if a patient is --
A. But if it's --
Q. -- on Aspirin --
A. -- if it's a 325, that's greater than if it's an 81. But even if someone has an ulcer now

71:1 - 71:20 Keith, Stephen 2016-08-11 0:41

and we treat it, we don't stop the Aspirin because it will heal even -- still even with low-dose Aspirin actually.
Q. So, again --
A. We used to stop it, but now we've found it makes no difference actually.
Q. Because the ulcer heals?
A. The ulcer heals anyway when you treat it medically, yeah.
Q. And the benefit of using the Aspirin outweighs that potential risk of bleed the which can heal?
A. Presumably. You know, presumably they were on it for a good reason to begin with and that risk still exists, right? So I would think so and, you know, whatever else what they had has not gone away so, yes.
Q. And would that be true also with an anticoagulant like Xarelto that the ulcer still can heal?

71:22 - 71:23 Keith, Stephen 2016-08-11 0:02

A. Yes. Yes, it doesn't impair ulcer healing, no.

72:3 - 72:18 Keith, Stephen 2016-08-11 0:43

Q. Is it your usual practice when a patient has been on an anticoagulant like Xarelto, has a bleed from an ulcer in the stomach, it heals, is it your usual practice to have -- to recommend resumption of the anticoagulant?
A. Yes, unless there's direction, you know, that the patient won't do it, or doesn't want it, or that there's direction from somebody else like the cardiologist or otherwise who don't feel they need it otherwise. But if they do then, yes, it would be typical practice to restart it.
Q. And what would be the risk-benefit analysis in your mind --
A. Uh-huh (affirmative).
Q. -- for recommending that they go back to the anticoagulant like Xarelto?

72:19 - 72:22 Keith, Stephen 2016-08-11 0:02

A. The risk-benefit?
Q. That -- that --
A. Well --
Q. -- the ulcer can heal?

72:23 - 72:25 Keith, Stephen 2016-08-11 0:07

A. -- yeah, if they're, you know, it's only within a few days actually that that risk is really minimized. So, you know, the risk of not

73:1 - 73:25 Keith, Stephen 2016-08-11 0:51

getting back on it exposes them to the risk of the condition that you were trying to prevent really in the short term.

| | Objections In | Responses In | Rulings |
|---|---|---|---|

And, you know, the way I look at is, I mean, I can control bleeding. If they have a catastrophic stroke then that's something you can't fix. You know, most bleeding you can stop, you can fix, you know.
And sometimes it's even an argument with the cardiologist. They're saying stop it, and we're saying, no, don't, you know, because we know the risk is fairly low once that event is resolved, really, you know.
Once you've done something therapeutic and they're on medication then -- then our society really says, you know, that, you know, the liability exists if you don't start it sooner than later really, you know.
If the -- if a patient has evidence for ongoing bleeding or they've still got blood in their stool, their blood count is dropping, or they're hypotensive or tachycardic, then you kind of rethink whether you're going to put them back on something, but that's clinical judgment and that's risk being greater than benefit

74:1 - 74:11 Keith, Stephen 2016-08-11 0:25

potentially.
But if things seem to be resolving and they're stable hemodynamically and they're not -- there's no evidence for bleeding, and it fits in that time frame then, yes, it makes sense to restart it, really.
Q. Thank you. It looks like on the next visit you actually see --
A. Uh-huh (affirmative).
Q. -- Mrs. Mingo and it's when you're -- she's in the hospital.

74:17 - 74:20 Keith, Stephen 2016-08-11 0:07

Q. Yes, sir. It looks like February 13, 2015. Do you have that record?
A. I have the endoscopy report actually.
Q. Let's go to that.

75:12 - 75:25 Keith, Stephen 2016-08-11 0:49

Q. The document that we referenced a minute ago, 2/10/15, we'll mark as Exhibit 7. And this document that we just handed Dr. Keith will be Exhibit 8?
(Exhibit 7 and 8 marked for the record.)
BY MS. MOORE:
Q. So, Doctor, take us through this EGD procedure beginning with what was the, I guess, the prognosis pre-op?
A. Prognosis. Well, generally in a situation like this it's fairly good actually. If it's -- you know, black stool usually indicates an upper GI bleed most often. She's anemic and so it's a fairly acute presentation

76:1 - 76:9 Keith, Stephen 2016-08-11 0:19

because just prior to that, within the last few days, she only had positive blood in her stool, which is not an emergent endoscopy.
Something like this usually would be -- require endoscopy within 24 hours of presentation.
Q. Okay.
A. And -- but, you know, not terribly high risk, though.

76:13 - 76:20 Keith, Stephen 2016-08-11 0:13

Q. I'm going to hand you what I'll mark as Exhibit 9.
(Exhibit 9 marked for the record.)
A. Right.
Q. And this is a procedural report from looks like a Nurse Ashley Anderson on the same

| Designation | Testimony | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| 76 19 | day, February 13, 2015. | | | | |
| 76 20 | A. Uh-huh (affirmative.) | | | | |
| 77:9 - 77:10 | Keith, Stephen 2016-08-11 | 0:05 | | | |
| 77 9 | Q. If you go to the top under patient and | | | | |
| 77 10 | then ASA PS code 3. | | | | |
| 77:13 - 77:13 | Keith, Stephen 2016-08-11 | 0:00 | | | |
| 77 13 | A. ASA code 3. Okay. | | | | |
| 77:14 - 77:15 | Keith, Stephen 2016-08-11 | 0:01 | | | |
| 77 14 | Q. Emergent. | | | | |
| 77 15 | A. Yes, that's correct. | | | | |
| 77:18 - 77:21 | Keith, Stephen 2016-08-11 | 0:14 | | | |
| 77 18 | Q. -- was not -- I was just trying to | | | | |
| 77 19 | understand what does that mean, it's not an | | | | |
| 77 20 | emergency situation? | | | | |
| 77 21 | A. No, it's not urgent or emergent. | | | | |
| 77:23 - 77:25 | Keith, Stephen 2016-08-11 | 0:09 | | | |
| 77 23 | A. ASA code is just the -- basically the | | | | |
| 77 24 | acuity of the patient, and that takes into | | | | |
| 77 25 | consideration not only their acute presentation | | | | |
| 78:1 - 78:2 | Keith, Stephen 2016-08-11 | 0:06 | | | |
| 78 1 | of symptoms at the time, but also their | | | | |
| 78 2 | preexisting health issues relevant to that. | | | | |
| 78:3 - 78:5 | Keith, Stephen 2016-08-11 | 0:03 | | | |
| 78 3 | Q. Okay. | | | | |
| 78 4 | A. And that's an anesthesia classification | | | | |
| 78 5 | actually. | | | | |
| 78:6 - 78:7 | Keith, Stephen 2016-08-11 | 0:07 | | | |
| 78 6 | Q. And then on here also under the pre-op | | | | |
| 78 7 | diagnosis is GI bleed? | | | | |
| 78:18 - 78:18 | Keith, Stephen 2016-08-11 | 0:00 | | | |
| 78 18 | Q. It says pre-op GI bleed? | | | | |
| 78:19 - 78:25 | Keith, Stephen 2016-08-11 | 0:13 | | | |
| 78 19 | A. I'm sorry. How far down are you here? | | | | |
| 78 20 | Oh, you're up here. Okay. I'm sorry. Yes. | | | | |
| 78 21 | Q. And then over to the right post-op | | | | |
| 78 22 | oozing ulcer of fundus, clips x3? | | | | |
| 78 23 | A. Uh-huh (affirmative). | | | | |
| 78 24 | Q. APC? | | | | |
| 78 25 | A. Right. | | | | |
| 79:1 - 79:2 | Keith, Stephen 2016-08-11 | 0:02 | | | |
| 79 1 | Q. That's the argon plasma -- | | | | |
| 79 2 | A. Plasma. Yes, it is. | | | | |
| 79:10 - 79:15 | Keith, Stephen 2016-08-11 | 0:23 | | | |
| 79 10 | Q. You're in there and why don't you tell | | | | |
| 79 11 | us about that, what -- what's the goal here? | | | | |
| 79 12 | A. Well, number one, you're looking to find | | | | |
| 79 13 | out site of bleeding, what -- what's causing the | | | | |
| 79 14 | bleeding, severity of bleeding, and then to | | | | |
| 79 15 | decide management once those things are done. | | | | |
| 80:9 - 80:19 | Keith, Stephen 2016-08-11 | 0:21 | | | |
| 80 9 | Q. Now, would you describe to the ladies | | | | |
| 80 10 | and gentlemen of the jury, how is this happening? | | | | |
| 80 11 | What type of tool are you using? Many people who | | | | |
| 80 12 | may have gone through this, but if you could just | | | | |
| 80 13 | explain to them. | | | | |
| 80 14 | A. Using an endoscope to intubate the | | | | |
| 80 15 | esophagus through the mouth and then go down | | | | |
| 80 16 | through the esophagus and into the stomach. | | | | |
| 80 17 | Q. So you're able to visually see? | | | | |
| 80 18 | A. Yeah, we've got a big monitor, like not | | | | |
| 80 19 | quite that big, but along those lines though. | | | | |
| 80:20 - 81:1 | Keith, Stephen 2016-08-11 | 0:09 | | | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

Q. So you're going down through the
esophagus --
A. Uh-huh (affirmative).
Q. -- and actually into --
A. Yeah, orally, esophagus, stomach and then as far as the top of the small intestine as well.

81:2 - 81:25 Keith, Stephen 2016-08-11 1:19

Q. Okay. And in Mrs. Mingo's case --
A. Uh-huh (affirmative).
Q. -- what did you see?
A. Let's see, the esophagus was essentially normal. There was no evidence for bleeding in the esophagus. She did have a small hernia, which was really clinically insignificant in this situation. And so the top of the stomach --
Q. Is that the fundus?
A. Yes, cardia and fundus, and then the body were inspected. And there was an ulcer seen in the fundus actually, which is high up in the stomach.
Q. Okay.
A. And there was some oozing, which is, you know, some bleeding occurring from that ulcer, but not aggressively, not like a -- an active arterial stream, this was just an oozing ulcer.
Q. And what did you do?
A. Therapeutically initially, ablation with APC means to burn that vessel with a, you know, argon gas, therapeutic heat essentially.
And then two modalities tend to be better than one in a situation where there's

82:1 - 82:6 Keith, Stephen 2016-08-11 0:09

bleeding, so then I put clips --
Q. Okay.
A. -- on after that actually.
Q. Was the --
A. Or clip, I guess, in this case. Just one clip.

82:14 - 82:25 Keith, Stephen 2016-08-11 0:25

Q. Was it hemorrhaging?
A. Oozing, so that implies that there's bleeding that is occurring but, you know, not aggressive bleeding.
I mean, if somebody has like a -- you know, like the highest risk is a visible vessel. And if that's the case, then if someone presents with a bleed like that, they could be vomiting blood, like fresh blood.
Or you -- you -- it can be so much that fresh red blood actually makes it all the way through the gut rapidly and they have red blood,

83:1 - 83:5 Keith, Stephen 2016-08-11 0:11

bright red blood, through the rectum actually, which is, you know, a very aggressive and kind of a scary situation when that happens. So that -- so the highest risk is like a visible vessel.

83:9 - 83:25 Keith, Stephen 2016-08-11 0:39

A. -- artery in the ulcer. So, I'm sorry, the highest risk is active bleeding like an arterial spurt. Then a visible vessel, then an adherent clot. And then black based ulcer, then clean based ulcer, as far as risk from highest to lowest of rebleeding.
Q. And what do we have here?
A. This is bleeding, but I wouldn't say it's, you know, high risk like an active spurt, though.
Q. Okay.
A. This is, you know, much lower risk

| | Objections In | Responses In | Rulings |
|---|---|---|---|

than that, so it's oozing, but it's not, like I say, I mean, sometimes you've got arterial like where you see a stream of blood. You know, this is not that. This is a much slower bleed.

84:1 - 84:25 Keith, Stephen 2016-08-11 1:04

Q. Okay. All right. So you treated with the argon plasma coagulation.
A. Right.
Q. And I was interested in that. That's a -- a non con -- I looked it up, a non-contact thermal?
A. That's a -- yes, it's a few millimeters above the vessel, or above the ulcer.
Q. So it's a way of what -- just explain for the ladies and gentlemen of the jury what you -- how you're able to fix or --
A. Yeah. It's a catheter that goes through the endoscope and it's hooked up to argon gas and then the heat associated with that -- the heat source provided, serves to ablate and/or burn that tissue actually.
And in doing so, you know, we'll coagulate bleeding or a vessel. We use it for other things that require ablation as well in the gut whether it be tissue or more often than not lesions that bleed or tend to rebleed.
Q. Thank you. It looks like you also treated her with some transfusions?
A. She was transfused also, yes.
Q. And do you have information there on --

85:1 - 85:4 Keith, Stephen 2016-08-11 0:07

my records, the transfusion records indicate four units of packed red blood cells and two units of fresh frozen plasma?
A. Right.

85:21 - 85:24 Keith, Stephen 2016-08-11 0:08

Q. -- give me just a second. But just going back to the procedure itself, based on your records there was -- there were no complications?
A. Yes.

86:1 - 86:5 Keith, Stephen 2016-08-11 0:38

A. No complications.
Q. And she did well during that EGD?
A. Oh, yeah.
Q. How many EGDs do you perform a week?
A. A week? Maybe 40.

89:4 - 89:14 Keith, Stephen 2016-08-11 0:27

If Mrs. Mingo had been on warfarin as opposed to Xarelto, would your treatment have been any different?
A. Would it have been any different? Not terribly, no.
Q. Okay.
A. Because, you know, she still would have gotten the blood, the red -- the red cells, and she would have gotten FFP, given what the INR was, and then managed endoscopically in a similar way.

| Objections In | Responses In | Rulings |
|---|---|---|
| **Re: [89:4-89:14]** **Pltf Obj** This testimony lacks any foundation whatsoever. How much warfarin are we talking about? Is Ms. Mingo within the therapeutic range? What is that range? How long has she been on warfarin? This question invites speculation. | Re: [89:4-89:14] Def Resp No such specificity is required. Indeed, the point is a general one, meant to higlight the central flaw in Plaintiff's theory of this case. This shows the jury that all anticoagulants pose a risk of bleeding and the same fairly standard treatment approach applies in most cases when such bleeding does occur | Pending |

Sustained. no dose, no monitoring, no step regimen for administration of warfarin mentioned. Thus no context. misleading & confusing 403 + probably moot given 40!

08/15/17 09:25

| Designation | Testimony | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|---|
| | | | | in the GI tract. | |
| 89:25 - 89:25 Keith, Stephen 2016-08-11 | Q. Yes, okay. So whether she was on | 0:04 | Re: [89:25-89:25] **Pltf Obj** Same objection as above at 89:4-14. | Re: [89:25-89:25] Def Resp No such specificity is required. Indeed, the point is a general one, meant to higlight the central flaw in Plaintiff's theory of this case. This shows the jury that all anticoagulants pose a risk of bleeding and the same fairly standard treatment approach applies in most cases when such bleeding does occur in the GI tract. | Pending |
| 90:1 - 90:3 Keith, Stephen 2016-08-11 | warfarin or Xarelto your treatment -- A. I don't think it would have really differed. | 0:06 | **Re: [90:1-90:3]** **Pltf Obj** Same objection as above at 89:4-14. | Re: [90:1-90:3] Def Resp No such specificity is required. Indeed, the point is a general one, meant to higlight the central flaw in Plaintiff's theory of this case. This shows the jury that all anticoagulants pose a risk of bleeding and the same fairly standard treatment approach applies in most cases when such bleeding does occur in the GI tract. | Pending |
| 90:22 - 90:25 Keith, Stephen 2016-08-11 | Q. Okay. And then -- do you think the -- this is -- did the Xarelto cause the peptic ulcer? A. No. | 0:08 | | | |
| 91:4 - 91:6 Keith, Stephen 2016-08-11 | Q. What caused the peptic ulcer with Ms. Mingo? A. Probably the Aspirin. | 0:09 | | | |
| 91:21 - 91:25 Keith, Stephen 2016-08-11 | Q. So as you sit here today you think it would have been most likely caused by her smoking? I'm sorry, I'm sorry, her Aspirin use? A. Yes, the Aspirin would be the major player there really. | 0:15 | **Re: [91:21-91:25]** **Pltf Obj** The "smoking" part of the question should be redacted because it is immaterial to the actual question asked of the doctor which is whether aspirin caused the ulcer. | Re: [91:21-91:25] Def Resp Counsel immediately corrects herself, there is no prejudice here. | Pending |
| 92:14 - 92:21 Keith, Stephen 2016-08-11 | Q. Okay. Let's go to the next time -- | 0:07 | | | |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

A. Uh-huh (affirmative).
Q. -- you see her and --
A. Okay.
Q. -- she's still in the hospital. It looks like it's --
A. Yes.
Q. -- it's February 14th --

**93:9 - 93:25 Keith, Stephen 2016-08-11** 0:28

Q. And on this particular visit it looks like you have an opportunity to speak -- you're talking to the family?
A. Right.
Q. Okay. Can you tell us about that communication or the discussion?
A. I can tell you what's in the note. I can't really tell you specifically --
Q. And that's fine --
A. -- about what the discussion was.
Q. -- because I could not -- I had a hard time reading it.
A. Yeah, just look -- it looks well, stable, stool is dark, vital signs stable -- basically a benign abdominal exam. Her hemoglobin is, you know, more or less appropriate, appropriately come up to the 9.8,

**94:1 - 94:21 Keith, Stephen 2016-08-11** 0:42

because I think it was 6.4 before that, so that's -- expect close to a four gram rise so that suggests that she's not really having any further ongoing blood loss. Her PT/INR is reduced actually, which -- as a crude indicator right now.
Q. You -- she's not having any further?
A. Bleeding.
Q. Okay. That's what I wanted to make sure of.
A. Yeah.
Q. And she was stable and doing well?
A. Correct. You know, you -- after -- after -- well, no, no, no obvious evidence for ongoing bleeding. The stools can actually be black or dark for several days after it's resolved because it still passes through the gut.
But, anyway, so we resumed her -- her diet and put a note in to start her Xarelto shortly thereafter and then keep her on the same medication.

**95:5 - 95:7 Keith, Stephen 2016-08-11** 0:02

Q. Okay. It looks like you say resume Xarelto?
A. Uh-huh (affirmative).

**95:17 - 95:25 Keith, Stephen 2016-08-11** 0:31

Q. -- what they've gone through. But you did the risk-benefit analysis after your procedure of treating Mrs. Mingo's ulcer bleed and you felt that she would be in a position to resume --
A. Yes.
Q. -- Xarelto?
A. Right. Yes, I mean, which would have been the 18th, I guess the Wednesday then.

(handwritten:) Overruled as to testimony of P.

**96:3 - 96:10 Keith, Stephen 2016-08-11** 0:13

Q. Let's see. Now, if the plaintiff told or testified, rather --
A. Uh-huh (affirmative).
Q. -- in her deposition --
A. Uh-huh (affirmative).
Q. -- that you told her to stop Xarelto, that would not be accurate?
A. No.

| Objections In | Responses In | Rulings |
|---|---|---|
| Re: [96:3-96:10] **Pltf Obj** This question assumes facts not in evidence. Furthermore, the only relevant point here is that Dr. Keith ordered that Ms. Mingo resume Xarelto, but she refused citing fear of future bleeding. | Re: [96:3-96:10] Def Resp The question was posed as a hypothetical (and a very standard one in depositions). No facts needed to be assumed. | Pending |

| | Objections In | Responses In | Rulings |
|---|---|---|---|

96:13 - 96:25 Keith, Stephen 2016-08-11 0:17

Q. Did you tell Mrs. Mingo to stop Xarelto?
A. I don't recall telling her that.
Q. Okay.
A. But that would contradict what I've written here, which would be really atypical of what I -- I wouldn't tell the patient one thing and write another.
Q. Right. In fact, your records indicate that she can --
A. Correct.
Q. -- resume the Xarelto?
A. Yes. That would -- that would be my suggestion in this case to do that actually.

97:1 - 97:4 Keith, Stephen 2016-08-11 0:11

Because the risk of rebleeding from that at this point after several days would be quite low, and the benefit of doing so would be greater than the risk of bleeding.

97:8 - 97:17 Keith, Stephen 2016-08-11 0:21

At the time you treated Ms. Mingo you knew that there was no reversal agent for Xarelto?
A. Right.
Q. But the fact that you didn't have a reversal agent didn't alter you by any means. You treated her as if you would have treated her had she been on any other anticoagulant including warfarin --
A. Yes.

99:12 - 99:19 Keith, Stephen 2016-08-11 0:18

Q. Yeah. Let's go to the next time that you see her, and my records indicate that is going to be -- at least your office, Mary --
A. Uh-huh (affirmative).
Q. -- Thornton --
A. Uh-huh (affirmative).
Q. -- sees her February 19th. We'll mark that as Exhibit 13. And --

99:21 - 99:25 Keith, Stephen 2016-08-11 0:12

A. Four days later.
Q. Just quickly, Doctor, you can take us through this. It looks like this visit where Mrs. Mingo is presenting for a follow up --
A. Right.

100:1 - 100:25 Keith, Stephen 2016-08-11 0:43

Q. -- for her severe anemia?
A. Correct.
Q. She's still having problems with the anemia?
A. Yeah, it's going to take time for that to resolve though.
Q. Okay.
A. I mean, she's still anemic leaving the hospital, but she's in a reasonable range though. But, you know, she's on iron and that gives time for the --
Q. Okay.
A. -- the bone marrow to make red cells, and that anemia will gradually correct though. But, you know, as long as their transfused, somewhere in that range, then that's fine to leave the hospital then.
Q. Under etiology it says PUD, peptic ulcer disease?
A. Uh-huh (affirmative).
Q. And etiology means the cause of --
A. Correct, yeah, the underlying cause.
Q. And that was a question I had. What is causing her anemia?
A. That blood loss from the ulcer.

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 101:1 - 101:19 Keith, Stephen 2016-08-11<br>Q. And is the -- did the Xarelto cause the anemia?<br>A. No.<br>Q. Okay.<br>A. It -- it caused her to bleed more, but not to cause the ulcer though.<br>Q. Thank you.<br>A. I mean, just like if you cut your hand and you're on an anticoagulant, you're going to bleed more than if you weren't on an anticoagulant, but it doesn't -- didn't cause the cut though.<br>Q. Because the anticoagulant is doing its job?<br>A. Right.<br>Q. I mean, you're supposed to --<br>A. Yeah, you're supposed to bleed, that's right. It doesn't cause you to bleed, it just causes you to bleed more. | 0:30 | | | |
| 101:20 - 102:6 Keith, Stephen 2016-08-11<br>I mean, the only time you'll have bleeding with an anticoagulant is if you're super therapeutic, then you can have spontaneous bleeding then but, you know, so that's more -- that's typically the case we've seen with Coumadin. If someone's INR is really high then they can have spontaneous bleeding, almost akin to if you have extremely low platelets. Once you get below a certain range you can start spontaneous bleeding from mucus membranes and otherwise, or in the gut or retroperitoneal, same thing, so... | 0:27 | Re: [101:20-102:6]<br>**Def Obj** There has been zero evidence presented that Mrs. Mingo bled from any source other than her ulcer. Any testiony regarding "spontaneous bleeding" from the mucous membranes is irrelevant and substantially more prejudicial than probative - especially given that Dr. Keith made clear that the "only time" this occurs is when patients are "super therapeutic." He later (see 193:6-8) defines "super therapeutic" as having an INR between 10 and 20, which is incredibly high. Mrs. Mingo's INR was nowhere near even the low end of that range. | Re: [101:20-102:6]<br>Pltf Resp Dr. Keith's response continues from 101:19 to 102:6 and is clearly responsive to the question asked and is his complete response, providing crucial context and explanation to his answer. Further, the testimony provides context to Dr. Keith's testimony more broadly pertaining to his beliefs on the effect and function of anticoagulants. This testimony does not represent a case-specific opinion by Dr. Keith that Mrs. Mingo was or was not "super-therapeutic." | Pending<br>*[handwritten:] Overruled witness responding to broad Q* |
| 107:7 - 107:23 Keith, Stephen 2016-08-11<br>Q. -- and -- with you, I'm going to go straight to the last visit that you've given us records on, August 8, 2016.<br>A. Okay.<br>Q. We've labeled that as Exhibit 4. And, Doctor, let's just kind of quickly go through, and if we can talk about the things I've tried -- because I don't have a copy --<br>A. Make sure you've -- yeah.<br>Q. -- I've highlighted, let's just -- she's still using Aspirin, correct?<br>A. Correct.<br>Q. And can you tell us any complaints she had on that particular visit?<br>A. This was not really a particular complaint during the visit other than some acid reflux. It was more she got a letter about this | 0:37 | | | |
| 109:11 - 109:23 Keith, Stephen 2016-08-11<br>Q. All right. And she didn't -- on that particular visit, last -- three days ago she had no abdominal pain and no blood in the stool, correct?<br>A. No.<br>Q. Meaning -- wait, I just want to make sure.<br>A. Yes, she had nothing else. That's all she had was, you know, some acid reflux and that's it.<br>Q. No GI problems other than the acid reflux?<br>A. Yeah, no. | 0:20 | | | |
| 110:18 - 110:24 Keith, Stephen 2016-08-11<br>Q. All right. And we talked earlier -- let me put this here -- about you cannot say to a reasonable degree of medical certainty that the plaintiff would have experienced her GI bleeding event had she been taking another -- would not | 0:21 | Re: [110:18-110:24]<br>**Pltf Obj This question calls for speculation, particularly from a witness who has not been designated agan expert, one who** | Re: [110:18-110:24]<br>Def Resp The witness is drawing on his experience as a GI physician and previous prescriber of anticoagulants to | Pending<br>*[handwritten:] Overruled. Genuinely, question is somewhat speculative but it has some relevance because it is based on his knowledge of P.T. & his understanding about these drugs* |



| Designation | Objections In | Responses In | Rulings |
|---|---|---|---|
| have experienced her GI bleeding event had she been taking another anticoagulant, correct? | does not prescribe anticoagulant medications and who has not studied the impact of various anticoagulants on a patient population. Further, there is inadequate foundation for the question and Dr. Keith's answer. Again, which œother anticoagulant are we speaking of? How long has Ms. Mingo been taking it? At what dose? Is she stable? What is her therapeutic range? What is her PT or INR? Furthermore, the question, as posed, does not meet the evidentiary requirement that such testimony be to a reasonable degree of medical probability. | offer thoughts about the cause of a bleed suffered by a patient he treated. The specificity Plaintiffs demand is not required. Indeed, the point is a general one, meant to higlight the central flaw in Plaintiff's theory of this case. This shows the jury that all anticoagulants pose a risk of bleeding and the same fairly standard treatment approach applies in most cases when such bleeding does occur in the GI tract. | |
| 111:1 - 111:2 Keith, Stephen 2016-08-11 0:26<br>A. Can't say that there would be any difference really, no. | Re: [111:1-111:2]<br>Pltf Obj Same objection as above at 110:18-24. | Re: [111:1-111:2]<br>Def Resp The witness is drawing on his experience as a GI physician and previous prescriber of anticoagulants to offer thoughts about the cause of a bleed suffered by a patient he treated. The specificity Plaintiffs demand is not required. Indeed, the point is a general one, meant to higlight the central flaw in Plaintiff's theory of this case. This shows the jury that all anticoagulants pose a risk of bleeding and the same fairly standard treatment approach applies in most cases when such bleeding does occur in the GI tract. | Pending |
| 111:4 - 111:9 Keith, Stephen 2016-08-11 0:18<br>Q. Okay. And along those lines, you can't say, even if she hadn't been on any anticoagulant, given her Aspirin history or use of Aspirin she still could have experienced that GI bleed, correct?<br>A. Yes. | Re: [111:4-111:9]<br>Pltf Obj Same objection as above at 110:18-24. | Re: [111:4-111:9]<br>Def Resp The witness is drawing on his experience as a GI physician and previous prescriber of anticoagulants to offer thoughts about the cause of a bleed suffered by a patient he treated. The specificity Plaintiffs demand is not required. Indeed, the point is a general one, meant to higlight the central flaw in Plaintiff's theory of this case. This shows the jury that all anticoagulants pose a risk of bleeding and the same fairly standard treatment approach applies in most cases when such bleeding does occur in the GI tract. | Pending |
| 115:16 - 115:20 Keith, Stephen 2016-08-11 0:08<br>Q. Okay. For the type procedure you performed on Ms. Mingo would that be properly characterized as a high risk procedure that --<br>A. That would be a high risk procedure, yes. | | | |
| 116:2 - 116:11 Keith, Stephen 2016-08-11 0:27<br>The procedure that you performed on Ms. Mingo on February 13, 2015, that would have been a higher risk procedure than just a simple diagnostic EGD, correct?<br>A. Yes.<br>Q. And that's because you actually took steps during that -- during that procedure to cauterize the point of her bleed; is that | | | |

08/15/17 09:25

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|

correct?
A. Yes.

117:12 - 117:20 Keith, Stephen 2016-08-11 — 0:22

Q. Okay. Obviously, the more Xarelto medication a patient is taking the more anticoagulated they would be, correct?
A. Correct.
Q. And the more anticoagulated a patient would be, the more at risk they are for a bleed, would you agree?
MS. MOORE: Object to the form.
A. Yes, that would make sense.

134:6 - 134:11 Keith, Stephen 2016-08-11 — 0:16

Q. In other words, when Ms. Mingo, for instance, when she presented on February 13, 2015, of course, she was taken off Xarelto immediately, correct? And that would be true of any anticoagulant, correct?
A. Yeah, you can stop it, sure.

147:7 - 147:12 Keith, Stephen 2016-08-11 — 0:16

Q. Okay. Now, have you -- we talked a little bit about your own prescribing practices and specifically prescribing practices for anticoagulants. I understood you to say you had not prescribed Xarelto before, correct?
A. Correct.

187:15 - 187:25 Keith, Stephen 2016-08-11 — 0:39

Q. Turn if you would though to the last page of Exhibit 15 and I want to look at the prothrombin time and INR scores that were measured for Ms. Mingo on February 13, 2015 when she was admitted. What was her prothrombin time score?
A. 26.2.
Q. And the reference range according to the lab for PT, in other words, normal PT is between 12.1 and 15.2 seconds, correct?
A. Correct.

188:1 - 188:16 Keith, Stephen 2016-08-11 — 0:48

Q. So this is nearly double that level, correct?
A. Right.
Q. This is -- this is a high score as indicated by the symbol that appears next to the 26.2 entry?
A. Right.
Q. Does this suggest to you based on everything we've reviewed thus far that Xarelto was the cause or at least a substantial contributing cause of Ms. Mingo's gastrointestinal bleeding on that day?
MS. MOORE: Object to the form of the question, asked and answered.
A. I would characterize it as not underlying cause, but as a contributing factor,

188:17 - 188:20 Keith, Stephen 2016-08-11 — 0:06

but as would be any other anticoagulant or Coumadin, a patient on that has a higher risk of bleeding when something happens by which they bleed then the risk is --

189:11 - 189:17 Keith, Stephen 2016-08-11 — 0:21

wasn't a good way to put it. Does this PT time score --
A. Right.
Q. -- of 26.2 as of the time for admission on February 13 indicate to you that Xarelto caused or contributed to cause the specific size and duration of Ms. Mingo's GI bleed?

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| 189:22 - 189:25 Keith, Stephen 2016-08-11<br>A. Being -- yes, being anticoagulated is a contributing factor and bleeding is a known risk, but I think the major factor was really the ulcer. So being anticoagulated whether it was | 0:10 | | | |
| 190:1 - 190:9 Keith, Stephen 2016-08-11<br>Coumadin or Xarelto or any other agents would be a contributing factor and increase the risk of bleeding, but I can't say Xarelto particularly per se based on this, you know, that's not a terribly high INR really. And if you just took Coumadin alone, that's a therapeutic range for her indication.<br>Q. Okay.<br>A. So it doesn't seem excessive. | 0:26 | | | |
| 190:10 - 192:9 Keith, Stephen 2016-08-11<br>Q. Well, the lab score said it's high, you see that?<br>A. Correct, yes.<br>Q. It's nearly double the reference range, correct?<br>A. Right, but we've said, you know, as you established that it -- the drug did increase the INR to some extent. From what I've seen and read and heard in meetings was that the reliability of that is less than optimal.<br>Q. Okay.<br>A. So we still correct -- we don't do anything different. Clinically, we still -- that's why the FFP was given to help reduce that risk of subsequent bleeding.<br>Q. Okay. Did you review these labs prior to performing your procedure, do you know?<br>A. Well, I only would have seen the first lab --<br>Q. Okay.<br>A. -- on there. Yes, I typically review the labs immediately prior to.<br>Q. Well, let's look at the lab.<br>A. Okay.<br>Q. The prothrombin time on the date following your procedure.<br>A. Right.<br>Q. So this would be February 14.<br>A. Yes.<br>Q. And what was her prothrombin time score as of that point?<br>A. I think it's -- I'm not sure if that's a 15 or a 16.4.<br>Q. I think it's a 16.4.<br>A. 16.4, okay.<br>Q. I think.<br>A. Yeah.<br>Q. And then her INR is what?<br>A. 1.28.<br>Q. All right. So both her prothrombin time and INR score is markedly reduced from what it was --<br>A. Yes.<br>Q. -- when she presented the previous day, correct?<br>A. Yes.<br>Q. Does that provide a further indication to you that Xarelto certainly had something to do with the extent of her GI bleeding?<br>MS. MOORE: Object to the form of the | 1:35 | | | |
| 192:11 - 192:16 Keith, Stephen 2016-08-11<br>A. Not really. It just shows that it was held and has come down, and it's partially come down because of the FFP as well as holding the drug because of the short -- fairly short duration of the half-life. It just indicates to me that what was done was clinically appropriate | 0:19 | | | |

| Designation | Time | Objections In | Responses In | Rulings |
| --- | --- | --- | --- | --- |
| **192:19 - 193:3 Keith, Stephen 2016-08-11**<br>192 19 Q. The holding of the drug?<br>192 20 A. The holding of the drug, and the FFP has<br>192 21 brought that down so the risk of further bleeding<br>192 22 has been reduced significantly.<br>192 23 Q. Okay. So is it basically your position<br>192 24 that -- well, strike that.<br>192 25 That in the presence of healthy tissues<br>193 1 a drug like Xarelto wouldn't initiate a bleed?<br>193 2 A. I think any drug like Xarelto can cause<br>193 3 spontaneous bleeding if it's super therapeutic. | 0:49 | **Re: [192:19-193:3]**<br>**Def Obj** There has been zero evidence presented that Mrs. Mingo bled from any source other than her ulcer. Any testiony regarding "spontaneous bleeding" from the mucous membranes is irrelevant and substantially more prejudicial than probative - especially given that Dr. Keith made clear that the "only time" this occurs is when patients are "super therapeutic." Dr. Keith defines "super therapeutic" as having an INR between 10 and 20, which is incredibly high. Mrs. Mingo's INR was nowhere near even the low end of that range. | Re: [192:19-193:3]<br>Pltf Resp This testimony provides context to Dr. Keith's testimony more broadly pertaining to his beliefs on the effect and function of anticoagulants. This testimony does not represent a case-specific opinion by Dr. Keith that Mrs. Mingo was or was not "super-therapeutic." | Pending<br>Overruled |
| **193:4 - 193:5 Keith, Stephen 2016-08-11**<br>193 4 Q. What do you mean by that?<br>193 5 A. You see it more with Coumadin. | 0:02 | | | |
| **193:6 - 193:22 Keith, Stephen 2016-08-11**<br>193 6 Q. What do you mean by super therapeutic?<br>193 7 A. Super therapeutic, if someone has an INR<br>193 8 of 10 to 20, somewhere in that range. Super<br>193 9 therapeutic is significantly above the desired<br>193 10 therapeutic range.<br>193 11 Q. Okay.<br>193 12 A. So once that gets up into that range<br>193 13 then there can be spontaneous bleeding like<br>193 14 you've said in healthy tissue as well.<br>193 15 Q. Okay. And if a person is overly<br>193 16 anticoagulated on Xarelto that can certainly<br>193 17 exacerbate a bleed from say an ulcer, correct?<br>193 18 A. Correct. Yes, that's fair to say.<br>193 19 Q. And you're not testifying today are you<br>193 20 that you hold the opinion that Xarelto had<br>193 21 nothing to do with the extent of her bleeding on<br>193 22 February 12, 2015 and February 13, 2015 are you? | 0:55 | **Re: [193:6-193:22]**<br>**Def Obj** There has been zero evidence presented that Mrs. Mingo bled from any source other than her ulcer. Any testiony regarding "spontaneous bleeding" from the mucous membranes is irrelevant and substantially more prejudicial than probative - especially given that Dr. Keith made clear that the "only time" this occurs is when patients are "super therapeutic." Dr. Keith defines "super therapeutic" as having an INR between 10 and 20, which is incredibly high. Mrs. Mingo's INR was nowhere near even the low end of that range. | Re: [193:6-193:22]<br>Pltf Resp This testimony provides context to Dr. Keith's testimony more broadly pertaining to his beliefs on the effect and function of anticoagulants. This testimony does not represent a case-specific opinion by Dr. Keith that Mrs. Mingo was or was not "super-therapeutic." | Pending<br>Overruled. He is a treater & goes to what he knew & what he did & also goes to credibility |
| **193:25 - 194:11 Keith, Stephen 2016-08-11**<br>193 25 A. I would say that as opposed to her not<br>194 1 being on the Xarelto --<br>194 2 Q. Yes.<br>194 3 A. -- she would have bled more being on the<br>194 4 Xarelto.<br>194 5 Q. She would -- okay. Explain again what<br>194 6 you mean by that.<br>194 7 A. Well, the presence of Xarelto means that<br>194 8 she would have bled more than if she had not been<br>194 9 on the Xarelto.<br>194 10 Q. And, in fact, see did; is that right?<br>194 11 A. Yes. Well -- | 0:23 | | | |
| **194:14 - 194:19 Keith, Stephen 2016-08-11**<br>194 14 A. To what extent she would have bled not<br>194 15 being on Xarelto I don't know, but because she<br>194 16 was also on Aspirin, it's a contributing factor,<br>194 17 and she's got platelet intake -- platelet<br>194 18 antagonism on board, so I don't know how much<br>194 19 that contributed but it's a factor certainly. | 0:16 | **Re: [194:14-194:19]**<br>**Pltf Obj Objection - Dr. Keith is Ms. Mingo's treating GI in this case and is not an expert witness, making these opinions inadmissible. He does not routinely prescribe anticoagulants. His only involvement was to cauterize Mrs. Mingo's bleeding ulcer.** | Re: [194:14-194:19]<br>Def Resp Plaintiff designated testimony about this very topic (see 188:8). More generally, Dr. Keith's experience with anticoagulants and GI bleeds helps the jury make credibility determinations and assign weight to his opinions, which are not expert in nature. | Pending |
| **194:21 - 196:11 Keith, Stephen 2016-08-11**<br>194 21 Q. The procedure that you performed on<br>194 22 February 13, 2015, in your opinion, was that a | 1:55 | | | |

Objections In | Responses In | Rulings

reasonable and medical necessary procedure?
A. In that situation, yes, very reasonable.
Q. Okay. Had you not performed that procedure, had you not stepped in and done what you did, would Ms. Mingo have been exposed to serious and perhaps life threatening injury?
A. Well, the risk for more bleeding could have entailed more end organ damage. And in her case being diabetic and with impaired renal function then, yeah, the risk could be significant potentially.
Q. Okay. Turn if you would to page 3 of Exhibit 15. I want to focus on the serial hemoglobin and hematocrit scores that we have reported here. Do you see those?
A. Right.
Q. And look first of all at her hemoglobin and her hematocrit scores when she first presented --
A. Yes.
Q. -- to the hospital, you see that?
A. Right.
Q. And what was her hemoglobin score on that -- at that time?
A. 6.4 grams per deciliter.
Q. And what was her hematocrit scores at that time?
A. 20 percent.
Q. And those are both critically low levels would you agree?
A. Yes.
Q. And that's why you have the double L designation next to both, correct?
A. Right.
Q. All right. Had you not intervened and cauterized the bleed site or the place where the bleeding was emanating from, is there any doubt in your mind that her hemoglobin and hematocrit levels would have continued to decrease --

196:14 - 196:14 Keith, Stephen 2016-08-11 0:01
Q. -- beyond where they are --

196:17 - 196:17 Keith, Stephen 2016-08-11 0:01
Q. -- on this page of --

196:20 - 196:20 Keith, Stephen 2016-08-11 0:00
Q. -- Exhibit 15?

196:22 - 196:22 Keith, Stephen 2016-08-11 0:00
A. Yes, I think she --

196:25 - 197:1 Keith, Stephen 2016-08-11 0:01
A. I think she would have trended down more.

197:3 - 198:3 Keith, Stephen 2016-08-11 1:25
Q. Okay. And had she trended much further down she should have been at serious risk of permanent injury if not perhaps even a risk of death, correct?
A. Yeah, the risk of death and morbidity with GI bleeds is significant.
Q. And I guess what I'm getting at is, the procedure that you performed was a life saving procedure?
A. Correct.
Q. Now, sitting here today do you have any understand or idea as to how long she had this peptic ulcer?
A. I can't say how long it was there, but it obviously became acute in, you know, just a few days where she had had some, you know, just a occult positive to overt bleeding now, but I, you know, I suspect it was there before that likely from the Aspirin?

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| Q. Okay. And it could have been there for many years, correct?<br>A. Perhaps.<br>Q. Okay. But the -- the bleed, the bleed that you treated on February 13, 2015, that bleed only presented in that fashion after she started Xarelto, correct, in combination with Aspirin? | | | | |
| 198:7 - 198:18 Keith, Stephen 2016-08-11<br>Q. Is that fair?<br>A. Yes, she did bleed after she was anticoagulated.<br>Q. On Xarelto?<br>A. On Xarelto with being on Aspirin prior to that.<br>Q. And you can't say for certain whether she would have ever had the bleed that you treated had she not been put on Xarelto?<br>A. No, I can't say that. I don't know.<br>Q. She may have never had a problem at all?<br>A. She may not have. | 0:22 | | | |
| 198:22 - 198:23 Keith, Stephen 2016-08-11<br>Q. Correct?<br>A. That's true, she may not have. | 0:03 | | | |
| 199:21 - 200:4 Keith, Stephen 2016-08-11<br>Q. Dr. Keith, do you still have Exhibit 7 in front of you?<br>A. Which one was that?<br>Q. It is the record of the first visit that Ms. Mingo made --<br>A. Yeah.<br>Q. -- to your office on February 10, 2015. Do you see that?<br>A. Okay. | 0:17 | | | |
| 200:8 - 200:19 Keith, Stephen 2016-08-11<br>Q. Does it appear that as of that date Ms. Mingo was taking low dose Aspirin?<br>A. Yes, it does.<br>Q. She was taking the 81?<br>A. 81 milligrams.<br>Q. 81 milligrams. And 81 milligrams of Aspirin is far less likely to cause a peptic ulcer would you agree?<br>A. That's correct.<br>Q. And far less likely to contribute to any bleeding event if taken in combination with Xarelto, would you agree? | 0:33 | | | |
| 200:22 - 201:2 Keith, Stephen 2016-08-11<br>A. Yes, be 81 milligrams is less ulcerogenic than the 325.<br>Q. Okay. I mean, clearly taking 30 milligrams of Xarelto a day would do far more to anticoagulant a person than 81 milligrams of Aspirin, would you agree? | 0:18 | **Re: [200:22-201:2]**<br>**Def Obj** Argumentative. | Re: [200:22-201:2]<br>Pltf Resp Line of question is hardly argumentative and simply seeks Dr. Keith's beliefs pertaining to the respective coagulation effect of 81 mg. of Aspirin versus Xarelto, which is necessitated by the subject matter of Defendants' affirmatively designated testimony. | Pending |
| 201:5 - 201:5 Keith, Stephen 2016-08-11<br>A. It's different mechanism of Aspirin. | 0:01 | | | |
| 201:7 - 201:12 Keith, Stephen 2016-08-11<br>Q. Okay.<br>A. Aspirin isn't an anticoagulant. It's only an antiplatelet agent.<br>Q. True.<br>A. Whereas that is like you say an anticoagulant. | 0:10 | | | |
| 202:14 - 202:21 Keith, Stephen 2016-08-11<br>Q. I see, okay. Now, you understand don't you that ultimately Ms. Mingo did not go back on Xarelto?<br>A. I saw that, yes.<br>Q. And you know based on your post | 0:21 | | | |

| Designation | Time | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| operative visits that you've had with her that she hasn't suffered a DVT since the time she went off Xarelto has she? | | | | |
| 202:24 - 202:24 Keith, Stephen 2016-08-11<br>A. Not that I'm aware of, no. | 0:00 | | | |
| 203:1 - 203:3 Keith, Stephen 2016-08-11<br>Q. Okay. So she's done well, no more DVTs even without the Xarelto, correct?<br>A. Correct. | 0:04 | | | |
| 204:8 - 204:17 Keith, Stephen 2016-08-11<br>Q. What I'm getting at is this, would you defer to other doctors, particularly her prescribing doctor when it comes to whether she should or should not have resumed Xarelto following your procedure?<br>A. Would I defer to them? Well, in this case we deferred to the patient who didn't want to do it, but the, you know, from my perspective the appropriate thing would have been to go back on the Xarelto following control of the bleeding. | 0:25 | **Re: [204:8-204:17]**<br>**Pltf Obj Question calls for speculation and lacks foundation. Dr. Keith does not routinely prescribe anticoagulants. His only involvement was to cauterize Mrs. Mingo's bleeding ulcer.** | Re: [204:8-204:17]<br>Def Resp The question calls for zero speculation. It is a standard question about whether he would defer on a particular medical decision for a particular patient. More generally, Dr. Keith's experience with anticoagulants and GI bleeds helps the jury make credibility determinations and assign weight to his opinions, which are not expert in nature. | Pending<br>Overruled not speculative |
| 205:19 - 205:25 Keith, Stephen 2016-08-11<br>Q. And you would agree that if the hospitalist felt that she needed to be on some form of novel oral anticoagulant or warfarin --<br>A. Uh-huh (affirmative).<br>Q. -- the hospitalist would have put her on that?<br>A. Yes, that would be the one. They would | 0:13 | | | |
| 206:1 - 206:5 Keith, Stephen 2016-08-11<br>be in the position to write that prescription.<br>Q. And he did not -- he did not in this instance, correct?<br>A. From what I understand, yeah, that's correct. | 0:07 | | | |
| 206:12 - 206:25 Keith, Stephen 2016-08-11<br>Q. You don't second guess that decision do you?<br>A. I would actually, yeah.<br>Q. Okay.<br>A. Because I would think it's appropriate to remain on it really. The risk of bleeding is really resolved. The indication or the risk of DVT is still there so, yeah, I don't dis -- I don't agree with that, no.<br>Q. Okay.<br>A. And other doctors do things I don't agree with, but that doesn't mean it doesn't get done sometimes, you know. If I was that physician I would have continued or recommended | 0:28 | | | |
| 207:1 - 207:7 Keith, Stephen 2016-08-11<br>at least that she continue with that at least anyway. Because Aspirin doesn't pertain -- doesn't portend the same benefit. And the higher dose of Aspirin actually increases the risk of suffering an ulcer bleeding, so she was actually at a higher risk by a higher dose of Aspirin probably. | 0:16 | | | |
| 207:8 - 207:12 Keith, Stephen 2016-08-11<br>Q. Well, she's been on Aspirin ever since you did your procedure, right?<br>A. Yes, it looks like the 325, so.<br>Q. And that hasn't caused her any further problems has it? | 0:12 | | | |
| 207:16 - 208:22 Keith, Stephen 2016-08-11<br>Q. From a gastro standpoint?<br>A. Not that I have seen, no.<br>Q. And she certainly hasn't had another DVT | 1:06 | | | |

| Designation | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| has she?<br>A. Apparently not.<br>Q. Okay.<br>A. No.<br>Q. So ultimately, isn't it the goal to administer the least amount of medication to get the job done?<br>A. Yes, the lowest dose of any drug that you can give for the greatest benefit while minimizing the risk, but you have to choose the appropriate drug though as well.<br>Q. Okay. Well, in the combination of medications that she's been on since you treated her --<br>A. Okay.<br>Q. -- have not caused her to have another bleeding ulcer and have not caused her -- or she's not had a DVT while on that regiment, correct?<br>A. Right. I think the -- her risk factor for the DVT was really the orthopedic surgery though, so given that she hasn't had any other risk factors, she hasn't really had a significant -- probability of having a recurrent DVT though, so her treatment with Xarelto after that would have been finite. It would have been a set period of time and then she would have discontinued it because that risk would have dissipated over time. | | | | |
| 208:23 - 209:7 Keith, Stephen 2016-08-11<br>Q. And so for that reason wasn't it okay for her treating doctor at the hospital not to put her back on Xarelto or some other form of novel oral anticoagulant or warfarin?<br>MS. MOORE: Object to --<br>A. No, it was not appropriate. I would say -- I would disagree with the Aspirin because it doesn't have the same degree of risk reduction for a DVT, so I -- but it really was driven by the patient's choice not the physician. | 0:25 | | | |
| 209:12 - 209:15 Keith, Stephen 2016-08-11<br>Q. Okay. And you don't know for certain whether going back on Xarelto would have had her right back in your office being seen for another GI bleed do you? | 0:07 | Re: [209:12-209:15]<br>**Pltf Obj Objection - Speculation. Dr. Keith is Ms. Mingo's treating GI in this case and is not an expert witness, making these opinions inadmissible. He does not routinely prescribe anticoagulants. His only involvement was to cauterize Mrs. Mingo's bleeding ulcer.** | Re: [209:12-209:15]<br>Def Resp Dr. Keith's experience with anticoagulants and GI bleeds helps the jury make credibility determinations and assign weight to his opinions, which are not expert in nature. Furthermore, it lays foundation for Dr. Keith's later opinions regarding other anticoagulants. | Pending<br>[handwritten: Sustained. This goes too far, not founded on what he did or why; asks for an opinion that is outside of his area. This calls for speculation.]<br>[handwritten: Sustained] |
| 209:19 - 209:24 Keith, Stephen 2016-08-11<br>Q. Very well could have couldn't it?<br>A. I don't know that, but the probability of that would have been very low.<br>Q. And why is that?<br>A. Because the ulcer that was treated had a very low risk of subsequent bleeding. | 0:14 | Re: [209:19-209:24]<br>**Pltf Obj Objection - Speculation. Dr. Keith is Ms. Mingo's treating GI in this case and is not an expert witness, making these opinions inadmissible. He does not routinely** | Re: [209:19-209:24]<br>Def Resp Dr. Keith's experience with anticoagulants and GI bleeds helps the jury make credibility determinations and assign weight to his opinions, | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | prescribe anticoagulants. His only involvement was to cauterize Mrs. Mingo's bleeding ulcer. | which are not expert in nature. Furthermore, it lays foundation for Dr. Keith's later opinions regarding other anticoagulants. | Sustained 403 & even 401 |
| 209:25 - 210:9 Keith, Stephen 2016-08-11<br>Q. Well, being overly anticoagulated can do more than just put you at risk for a gastrointestinal bleed, right?<br>A. Yes.<br>Q. Can put you at risk for an intracranial hemorrhage, right?<br>A. Yes.<br>Q. And so we need to be cognizant of that before we put people back on Xarelto, right?<br>A. Right. | 0:18 | Re: [209:25-210:9]<br>**Def Obj** Mrs. Mingo did not suffer an intracranial hermmorhage and mention of it here is included only to inflame the jury and confuse the issues. 401/403. | Re: [209:25-210:9]<br>Pltf Resp Mrs. Mingo may not have suffered an ICH, however, among the risks of bleeding posed by Xarelto is not only that risk of gastrointestinal bleeding, but also of hemmorhage elsewhere in the body. This is relevant and probative to his understanding of the risks and benefits of Xarelto. | Pending |
| 210:20 - 210:22 Keith, Stephen 2016-08-11<br>Q. Is it your testimony that Ms. Mingo should be on Xarelto right now?<br>A. No. | 0:08 | | | |
| 210:23 - 211:5 Keith, Stephen 2016-08-11<br>Q. Okay. For how long a period of time do you believe she should have been on Xarelto following your procedure?<br>A. Following my procedure. Well, the time really started from the DVT really, I guess, at that diagnostic point, say six months from then. So that would be a little over five months after that procedure then I guess. | 0:19 | Re: [210:23-211:5]<br>**Pltf Obj** Calls for speculation. | Re: [210:23-211:5]<br>Def Resp Nothing about this question suggests that Dr. Keith was asked to speculate. He is simply asked about the medication regimen for the type of procedure performed. | Pending<br>overruled This is a treater giving a prognosis |
| 217:14 - 217:20 Keith, Stephen 2016-08-11<br>Q. Okay. So this is, again, the labeling that we talked earlier, you've not prescribed Xarelto, correct?<br>A. No.<br>Q. You've never read the package insert, correct?<br>A. No. | 0:12 | | | |
| 217:25 - 218:7 Keith, Stephen 2016-08-11<br>Q. Ms. Mingo was prescribed Xarelto because of the DVT --<br>A. Yes.<br>Q. -- indication, correct?<br>A. That's right.<br>Q. And you've not seen any of the DVT studies, correct?<br>A. No. | 0:25 | | | |
| 218:18 - 219:2 Keith, Stephen 2016-08-11<br>that you were shown earlier. Plaintiff's counsel asked you if a patient took more Xarelto than -- would that mean that they were more anticoagulated and therefore were at a greater risk of bleeding, correct?<br>A. That's right.<br>Q. You haven't seen any peer reviewed | 0:33 | | | |

| | Objections In | Responses In | Rulings |
|---|---|---|---|
| literature demonstrating the risk of bleeding where Xarelto would be correlated to drug exposure or concentration, correct? | | | |
| 219:4 - 219:6 Keith, Stephen 2016-08-11 (0:03)<br>A. Yeah, I have not seen that. I mean, I've seen it with Coumadin, but I haven't seen it with this though. | | | |
| 224:15 - 224:20 Keith, Stephen 2016-08-11 (0:15)<br>Q. Now, focusing on Ms. Mingo, you've been asked about well, what could have happened, could have been serious, could have been a death. The bottom line is, with respect to your care and treatment of Ms. Mingo, she healed completely and without complications, correct? | | | |
| 224:22 - 224:25 Keith, Stephen 2016-08-11 (0:09)<br>A. Yeah, absolutely correct.<br>BY MS. MOORE:<br>Q. She did not have any longstanding or any follow up problems, correct? | | | |
| 225:3 - 225:8 Keith, Stephen 2016-08-11 (0:14)<br>A. Not that I've seen, no, she has not.<br>BY MS. MOORE:<br>Q. You were asked questions about being over anticoagulated, there's no evidence that Ms. Mingo is over -- that she was ever over anticoagulated? | Re: [225:3-225:8]<br>**Pltf Obj Objection - Foundation. Dr. Keith is Ms. Mingo's treating GI in this case and is not an expert witness, making these opinions inadmissible. He does not routinely prescribe anticoagulants. His only involvement was to cauterize Mrs. Mingo's bleeding ulcer.** | Re: [225:3-225:8]<br>Def Resp Dr. Keith's experience with anticoagulants and GI bleeds helps the jury make credibility determinations and assign weight to his opinions, which are not expert in nature. Furthermore, it lays foundation for Dr. Keith's later opinions regarding other anticoagulants. | Pending |
| 225:10 - 225:10 Keith, Stephen 2016-08-11 (0:00)<br>A. No. | Re: [225:10-225:10]<br>**Pltf Obj** See objection above. | Re: [225:10-225:10]<br>Def Resp Dr. Keith's experience with anticoagulants and GI bleeds helps the jury make credibility determinations and assign weight to his opinions, which are not expert in nature. Furthermore, it lays foundation for Dr. Keith's later opinions regarding other anticoagulants. | Pending |
| 236:3 - 236:13 Keith, Stephen 2016-08-11 (0:27)<br>Q. Last thing, you expect drug manufacturers to provide you, as a physician, all of the relevant clinical information you need to make an informed decision about the risks and benefits of the drugs you prescribe don't you?<br>A. Yes.<br>Q. And if a drug manufacturer has information pertaining to the risks and benefits of a particular drug that are relevant, you want them to share that --<br>A. I want to see it, yes. | | | |
| 236:19 - 236:25 Keith, Stephen 2016-08-11 (0:16)<br>Q. All right. Just a few things to follow up.<br>You understand that there is a tremendous amount of back and forth and discussion with the FDA, correct? In the process by which a medication gets approved?<br>A. Yeah, multiple -- | Re: [236:19-236:25]<br>**Pltf Obj Objection - Foundation. Dr. Keith is Ms. Mingo's treating GI in this case and is not an expert witness, making these opinions inadmissible. He does not routinely prescribe anticoagulants. His only** | Re: [236:19-236:25]<br>Def Resp Dr. Keith's experience with anticoagulants and GI bleeds helps the jury make credibility determinations and assign weight to his opinions, which are not expert in nature. | Pending |

Sustained to the extent not qualified as such regarding general opinions. This witness is a treater for a G.I. bleed, not qualified to give the opinions he gives on actions of a drug (over)

08/15/17 09:28



| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | **involvement was to cauterize Mrs. Mingo's bleeding ulcer. His opinions and beliefs on regulatory processes are irrelevant and unhelpful to the jury, not to mention entirely without foundation.** | Furthermore, it lays foundation for Dr. Keith's later opinions regarding other anticoagulants. | |
| 237:2 - 237:16 Keith, Stephen 2016-08-11<br>A. -- stages and a long process, yes.<br>BY MS. MOORE:<br>Q. And so when you were saying to opposing counsel that you want to see important information, you don't --<br>A. Right.<br>Q. -- want to see everything, there would be points that doctors may agree on dosage or doctors may disagree, but what ultimately is important is that it has in fact been tested, been subjected to a peer review study, post randomized blinded study, multiple studies rather for this particular indication DVT, and submitted to the FDA advisory panel and found to be safe and effect -- | 0:34 | **Re: [237:2-237:16]**<br>**Pltf Obj** See objection at 236:19-236:25. | Re: [237:2-237:16]<br>Def Resp Dr. Keith's experience with anticoagulants and GI bleeds helps the jury make credibility determinations and assign weight to his opinions, which are not expert in nature. Furthermore, it lays foundation for Dr. Keith's later opinions regarding other anticoagulants. | Pending |
| 237:19 - 237:19 Keith, Stephen 2016-08-11<br>Q. -- efficacious, correct? | 0:00 | **Re: [237:19-237:19]**<br>**Pltf Obj** See objection at 236:19-236:25. | Re: [237:19-237:19]<br>Def Resp Dr. Keith's experience with anticoagulants and GI bleeds helps the jury make credibility determinations and assign weight to his opinions, which are not expert in nature. Furthermore, it lays foundation for Dr. Keith's later opinions regarding other anticoagulants. | Pending |
| 237:21 - 237:21 Keith, Stephen 2016-08-11<br>A. Yeah -- | 0:00 | **Re: [237:21-237:21]** | Re: [237:21-237:21] | Pending |

| | | Objections In | Responses In | Rulings |
|---|---|---|---|---|
| | | **Pltf Obj** See objection at 236:19-236:25. | Def Resp Dr. Keith's experience with anticoagulants and GI bleeds helps the jury make credibility determinations and assign weight to his opinions, which are not expert in nature. Furthermore, it lays foundation for Dr. Keith's later opinions regarding other anticoagulants. | |
| 237:24 - 237:24 Keith, Stephen 2016-08-11<br>237 24 A. -- that the safety is there. | 0:00 | **Re: [237:24-237:24]**<br>**Pltf Obj** See objection at 236:19-236:25. | Re: [237:24-237:24]<br>Def Resp Dr. Keith's experience with anticoagulants and GI bleeds helps the jury make credibility determinations and assign weight to his opinions, which are not expert in nature. Furthermore, it lays foundation for Dr. Keith's later opinions regarding other anticoagulants. | Pending |
| 238:5 - 238:8 Keith, Stephen 2016-08-11<br>238 5 Q. Is that the most important thing that<br>238 6 the medication has found to be safe and<br>238 7 efficacious?<br>238 8 A. Yes. | 0:05 | **Re: [238:5-238:8]**<br>**Pltf Obj** See objection at 236:19-236:25. | Re: [238:5-238:8]<br>Def Resp Dr. Keith's experience with anticoagulants and GI bleeds helps the jury make credibility determinations and assign weight to his opinions, which are not expert in nature. Furthermore, it lays foundation for Dr. Keith's later opinions regarding other anticoagulants. | Pending |