UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

# ORDER

On January 5, 2017, and March 6, 2017, Defendants filed Motions for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Docs. 4921 and 5085; 5648 and 5660, respectively]. Pursuant to the Court's March 15, 2017 Order [Rec. Doc. 5794], the following unresolved cases were to be addressed at Order to Show Cause Hearing held on April 19, 2017. [Rec. Doc. 6190]. For the reasons set forth on the record during the Order to Show Cause Hearing held on April 19, 2017, the following Plaintiffs were given until June 28, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 6611]. For the reasons set forth on the record at the Order to Show Cause Hearing held on June 28, 2017, the following cases are dismissed with prejudice for failure to resolve the alleged Plaintiff Fact Sheet deficiencies:

**Rec. Docs. 4921 and 5085**

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 1. | Mcvay, Vera M | Pro Se – Vera McVay | 2:15-cv-03078 |
| 2. | Ortiz, Rita | Pro Se – Rita Ortiz | 2:15-cv-00864 |

**Rec. Docs. 5648 and 5660**

| No. | Xarelto User | Law Firm Name | Docket No. |
|---|---|---|---|
| 1. | Anconetani, Jacqueline | The Mulligan Law Firm | 2:16-cv-12954 |
| 2. | Jones, Linda | The Driscoll Firm | 2:16-cv-8774 |
| 3. | Lomboy, Cathy | Andrus Wagstaff | 2:16-cv-13715 |
| 4. | Mcdaniel, Wanda | The Meyer Law Firm | 2:16-cv-07318 |
| 5. | Norris, Carl | The Mulligan Law Firm | 2:16-cv-13257 |
| 6. | Sixberry, Carol R | The Mulligan Law Firm | 2:16-cv-12831 |
| 7. | Smith, Renee | Slater Slater Schulman LLP | 2:16-cv-10116 |
| 8. | Thigpen, Tammie | The Driscoll Firm | 2:16-cv-1017 |

New Orleans, Louisiana, on this 15th day of August, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge