UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

## ORDER

On March 6, 2017, Defendants filed Motions for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Docs. 5648 and 5660]. Pursuant to the Court's March 15, 2017 Order [Rec. Doc. 5794], the following unresolved cases were to be addressed at Order to Show Cause Hearing held on April 19, 2017. [Rec. Doc. 6190]. For the reasons set forth on the record during the Order to Show Cause Hearing held on April 19, 2017, the following Plaintiff was given until June 28, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 6611]. For the reasons set forth on the record at the Order to Show Cause Hearing held on June 28, 2017, the following Plaintiff shall be given until August 24, 2017 to remedy the alleged deficiencies raised in Defendants' Motion, and the case shall be addressed at the Order to Show Cause Hearing to be held on August 24, 2017 at 10:30 a.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to resolve the alleged deficiencies raised in Defendants' Motion by this date may result in dismissal of the case with prejudice:

**Rec. Docs. 5648 and 5660**

| No. | Xarelto User | Law Firm Name | Docket No. | Reason for Deficiency Notice |
|-----|--------------|---------------|------------|------------------------------|
| 1.  | Kokernak, Constance | The Driscoll Firm | 2:16-cv-11120 | Medical records provided do not demonstrate alleged injury |

New Orleans, Louisiana, on this 15th day of August, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge