UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)           :
PRODUCTS LIABILITY LITIGATION          :     MDL No. 2592
                                       :
                                       :     SECTION L
THIS DOCUMENT RELATES TO:              :
THE CASES LISTED BELOW                 :
                                       :     JUDGE ELDON E. FALLON
                                       :
                                       :     MAGISTRATE JUDGE NORTH

## ORDER

On January 5, 2017 and March 6, 2017, Defendants filed Motions for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Docs. 5648, 5660, 5648 and 5660]. Pursuant to the Court's March 15, 2017 Order [Rec. Doc. 5794], the following unresolved cases were to be addressed at Order to Show Cause Hearing held on April 19, 2017. [Rec. Doc. 6190]. For the reasons set forth on the record during the Order to Show Cause Hearing held on April 19, 2017, the following Plaintiffs were given until June 28, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Docs. 6610 and 6611]. During the Order to Show Cause Hearing held on June 28, 2017, the Court directed the parties to meet and confer as to the need for documentation to be produced by Plaintiffs sufficient at this stage to show that the Plaintiff Fact Sheet is verified by an individual who is serving in a representative capacity:

| No. | Plaintiff Name | Law Firm Name | Docket No. |
|---|---|---|---|
| 1. | Beemen, Thelma L | Levin Papantonio | 2:16-cv-06583 |
| 2. | Mcardle, William | Beasley Allen | 2:16-cv-2592 |
| 3. | Pitts, Moses | Beasley Allen | 2:16-cv-04701 |

| No. | Plaintiff Name | Law Firm Name | Docket No. |
|---|---|---|---|
| 4. | Pope, Mary | Bernstein Liebhard LLP | 2:16-cv-00463 |
| 5. | Orgeron, Cynthia | Beasley Allen | 2:16-cv-13322 |

New Orleans, Louisiana, on this 15th day of August 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge