UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | | |
| | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |

## ORDER

On January 5, 2017, and March 6, 2017, Defendants filed Motions for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Docs. 4921 and 5085; 5648 and 5660, respectively]. Pursuant to the Court's March 15, 2017 Order [Rec. Doc. 5794], the following unresolved cases were to be addressed at Order to Show Cause Hearing held on April 19, 2017. [Rec. Doc. 6190]. For the reasons set forth on the record during the Order to Show Cause Hearing held on April 19, 2017, the following Plaintiffs were given until June 28, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 6611]. Prior to the Order to Show Cause Hearing held on June 28, 2017, the following plaintiffs resolved the alleged Plaintiff Fact Sheet deficiencies. These actions may proceed accordingly:

**Rec. Docs. 4921 and 5085**

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 1. | Mcconnico, Linda R. | Van Wey Law, PLLC | 2:16-cv-10144 |

**Rec. Docs. 5648 and 5660**

| No. | Plaintiff Name | Law Firm Name | Docket No. |
|---|---|---|---|
| 1. | Abbey, Angela | The Michael Brady Lynch Law Firm | 2:16-cv-12317 |
| 2. | Jones, Regina | Fears | Nachawati | 2:16-cv-7575 |
| 3. | Mcgee, Claud | The Cochran Firm - Birmingham | 2:16-cv-12536 |
| 4. | Payne Grindstaff, Peggy | Johnson Law Group | 2:16-cv-14782 |
| 5. | Roberts, Mallie | The Driscoll Firm | 2:16-cv-8115 |
| 6. | Stubbs, Kristina | Johnson Becker | 2:16-cv-12082 |
| 7. | Thacker, Danny | Johnson Law Group | 2:16-cv-10386 |

New Orleans, Louisiana, on this 15th day of August, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge