UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

On April 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Doc. 6011]. The following cases were not addressed during the April 19, 2017 conference and were therefore given until June 28, 2017 to serve a Plaintiff Fact Sheet. [Rec. Doc. 6619]. For the reasons set forth on the record at the Order to Show Cause Hearing held on June 28, 2017, the following cases are dismissed with prejudice for failure to serve a Plaintiff Fact Sheet:

| No. | Xarelto User | Plaintiff Counsel | Docket No. |
|---|---|---|---|
| 1. | Hooks, Terrance | The Schlemmer Firm, LLC | 2:16-cv-15943 |
| 2. | Rice, Vernon | Sofia E. Bruera | 2:16-cv-16021 |
| 3. | Sircy, Jeffrey | The Schlemmer Firm, LLC | 2:16-cv-15942 |

New Orleans, Louisiana, on this 15th day of August, 2017.

Judge Eldon E. Fallon
United States District Court Judge