**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| THIS DOCUMENT RELATES TO: | : | |
| THE CASES LISTED BELOW | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |

**ORDER**

On April 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet.  [Rec. Doc. 6011].  The following cases were not addressed during the April 19, 2017 conference and were therefore given until June 28, 2017 to serve a Plaintiff Fact Sheet.  [Rec. Doc. 6619].  Prior to the Order to Show Cause Hearing held on June 28, 2017, the following plaintiff served a Plaintiff Fact Sheet.  This action may proceed accordingly:

| No. | Xarelto User | Plaintiff Counsel | Docket No. |
|---|---|---|---|
| 1. | Hemann, Mary Jo (Duplicate 2) | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 2:16-cv-15208 |

New Orleans, Louisiana, on this 15th day of August, 2017.

Judge Eldon E. Fallon
United States District Court Judge