UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :   MDL No. 2592
                                     :
                                     :   SECTION L
THIS DOCUMENT RELATES TO:            :
THE CASES LISTED BELOW               :
                                     :   JUDGE ELDON E. FALLON
                                     :
                                     :   MAGISTRATE JUDGE NORTH

## ORDER

On January 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Docs. 4921; 5085]. During the Order to Show Cause Hearing held on March 15, 2017, the following plaintiffs were given until April 19, 2017, to remedy the alleged Plaintiff Fact Sheet deficiencies identified by Defendants. [Rec. Doc. 6188]. For the reasons set forth on the record during the Order to Show Cause Hearing held on April 19, 2017, the following Plaintiffs were given until June 28, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 6623]. For the reasons set forth on the record at the Order to Show Cause Hearing held on June 28, 2017, the following cases are dismissed with prejudice for failure to resolve the alleged Plaintiff Fact Sheet deficiencies:

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 1. | Banks, Laura | The Schlemmer Firm, LLC | 2:15-cv-03812 |
| 2. | Debord, Charles D | Kelley & Ferraro LLP | 2:16-cv-13510 |
| 3. | Jankowski, Barbara | Grant & Eisenhofer | 2:16-cv-02099 |
| 4. | Mcswain, Gloria | Kelley & Ferraro LLP | 2:16-cv-13736 |
| 5. | Shoff, Carol | Kelley & Ferraro LLP | 2:16-cv-14437 |
| 6. | Wiles, Lillian Mae | Kelley & Ferraro LLP | 2:16-cv-14489 |

2

New Orleans, Louisiana, on this 15th day of August, 2017.

                                               _____
                                               Judge Eldon E. Fallon
                                               United States District Court Judge