UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

# ORDER

On January 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Docs. 4921; 5085]. During the Order to Show Cause Hearing held on March 15, 2017, the following plaintiffs were given until April 19, 2017, to remedy the alleged Plaintiff Fact Sheet deficiencies identified by Defendants. [Rec. Doc. 6188]. For the reasons set forth on the record during the Order to Show Cause Hearing held on April 19, 2017, the following Plaintiffs were given until June 28, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 6623]. Prior to the Order to Show Cause Hearing held on June 28, 2017, the following plaintiffs resolved the alleged Plaintiff Fact Sheet deficiencies. These actions may proceed accordingly:

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 1. | Blackmon, Don E. | Van Wey Law, PLLC | 2:16-cv-10129 |
| 2. | Burroughs, Arthur | Van Wey Law, PLLC | 2:16-cv-12121 |
| 3. | Cuahonte, Ronald A. | Van Wey Law, PLLC | 2:16-cv-10132 |
| 4. | Darna, Henry E. | Van Wey Law, PLLC | 2:16-cv-10138 |
| 5. | Dickey, Linda D. | Van Wey Law, PLLC | 2:16-cv-12124 |
| 6. | Edwards, Marilyn | Hodes Milman Liebeck, LLP | 2:16-cv-01865 |
| 7. | January, Emma L. | Van Wey Law, PLLC | 2:16-cv-10140 |
| 8. | Johnson, Ira W. | Van Wey Law, PLLC | 2:16-cv-10142 |
| 9. | Mcdowell, Silas L. | Van Wey Law, PLLC | 2:16-cv-12125 |
| 10. | Meer, John D. | Van Wey Law, PLLC | 2:16-cv-10147 |

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 11. | Norris, Antonia | Curtis Law Group | 2:16-cv-08850 |
| 12. | Odle, Robert L. | Van Wey Law, PLLC | 2:16-cv-12129 |
| 13. | Pascoe, Annmarie | Johnson Law Group | 2:16-cv-00842 |
| 14. | Sanders, Betty | Trammell PC | 2:16-cv-00367 |
| 15. | Smith, Shanna | Johnson Law Group | 2:16-cv-10362 |
| 16. | Suddreth, Helen N. | Van Wey Law, PLLC | 2:16-cv-10149 |
| 17. | Whiting, Anisia | Van Wey Law, PLLC | 2:16-cv-10153 |

New Orleans, Louisiana, on this 15th day of August, 2017.

Judge Eldon E. Fallon
United States District Court Judge