UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

On January 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Docs. 4921; 5085]. During the Order to Show Cause Hearing held on March 15, 2017, the following plaintiffs were given until April 19, 2017, to remedy the alleged Plaintiff Fact Sheet deficiencies identified by Defendants. [Rec. Doc. 6188]. The following cases were not addressed during the April 19, 2017 conference and were therefore given until June 28, 2017 to remedy the alleged Plaintiff Fact Sheet deficiencies identified by Defendants. [Rec. Doc. 6624]. For the reasons set forth on the record at the Order to Show Cause Hearing held on June 28, 2017, the following cases are dismissed with prejudice for failure to resolve the alleged Plaintiff Fact Sheet deficiencies:

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 1. | Maye, Shanda | Rosenberg & Gluck, LLP | 2:16-cv-09863 |
| 2. | Thompson, Duane | The Driscoll Firm | 2:16-cv-09981 |

New Orleans, Louisiana, on this 15th day of August, 2017.

Judge Eldon E. Fallon
United States District Court Judge