UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
THIS DOCUMENT RELATES TO: :
THE CASES LISTED BELOW :
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

## ORDER

On January 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Docs. 4921; 5085]. During the Order to Show Cause Hearing held on March 15, 2017, the following plaintiffs were given until April 19, 2017, to remedy the alleged Plaintiff Fact Sheet deficiencies identified by Defendants. [Rec. Doc. 6188]. The following cases were not addressed during the April 19, 2017 conference and were therefore given until June 28, 2017 to remedy the alleged Plaintiff Fact Sheet deficiencies identified by Defendants. [Rec. Doc. 6624]. For the reasons set forth on the record at the Order to Show Cause Hearing held on June 28, 2017, the following Plaintiffs shall be given until August 24, 2017 to remedy the alleged deficiencies raised in Defendants' Motion, and the cases shall be addressed at the Order to Show Cause Hearing to be held on August 24, 2017 at 10:30 a.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to resolve the alleged deficiencies raised in Defendants' Motion by this date may result in dismissal of these cases with prejudice:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 1. | Bowes, Kimberly | The Mulligan Law Firm | 2:16-cv-00410 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 2. | Haben, Devan | The Mulligan Law Firm | 2:16-cv-11465 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 3. | Ladd, Tommy | The Driscoll Firm | 2:16-cv-08777 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

New Orleans, Louisiana, on this 15th day of August, 2017.

Judge Eldon E. Fallon
United States District Court Judge