**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |
| Dora Mingo et al. v. Janssen Research & Development, LLC et al. Case No. 2:15-cv-03469 | |

**NOTICE OF SUBMISSION OF**
**DEFENDANTS' MOTION FOR JUDGMENT AS A**
**MATTER OF LAW AT THE CLOSE OF PLAINTIFF'S CASE**

To: Plaintiffs' Liaison Counsel

PLEASE TAKE NOTICE that Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research & Development LLC (collectively, "Defendants"), will bring for submission their Motion for Judgment as a Matter of Law at the Close of Plaintiff's Case before the Honorable Eldon E. Fallon, United States District Judge for the Eastern District of Louisiana, on **August 16, 2017 at 5:00 o'clock p.m. after trial ends for the day**, or as soon thereafter as counsel may be heard.

Respectfully submitted,

| | |
|---|---|
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C. |

BY: /s/ *Richard E. Sarver*      By: */s/ Lyn P. Pruitt*
Richard E. Sarver      Lyn P. Pruitt
Celeste R. Coco-Ewing      Adria W. Conklin
BARRASSO USDIN KUPPERMAN FREEMAN &    Benjamin D. Brenner
SARVER, L.L.C.      Mary Catherine Way
909 Poydras Street, 24th Floor      MITCHELL, WILLIAMS, SELIG,
New Orleans, Louisiana 70112      GATES & WOODYARD, P.L.L.C.
Telephone: (504) 589-9700      425 West Capitol Ave., Suite 1800
rsarver@barrassousdin.com      Little Rock, AR 72201
ccoco-ewing@barrassousdin.com      Telephone: (501) 688-8800
     lpruitt@mwlaw.com
     aconklin@mwlaw.com
DRINKER BIDDLE & REATH LLP      bbrenner@mwlaw.com
     mway@mwlaw.com

By: /s/ *Susan M. Sharko*
Susan M. Sharko
DRINKER BIDDLE & REATH LLP      WATKINS & EAGER PLLC
600 Campus Drive
Florham Park, NJ 07932-1047      By: */s/ Walter T. Johnson*
Telephone: (973) 549-7000      Walter T. Johnson
susan.sharko@dbr.com      WATKINS & EAGER PLLC
     The Emporium Building
Rodney M. Hudson      400 East Capitol Street
DRINKER BIDDLE & REATH LLP      Jackson, Mississippi 39201
50 Fremont Street, 20th Floor      Telephone: (601) 965-1846
San Francisco, CA 94105-2235      wjohnson@watkinseager.com
Telephone: (415) 591-7500
Rodney.hudson@dbr.com      ARNOLD & PORTER KAYE SCHOLER LLP

Chanda A. Miller      By: /s/ *William Hoffman*
DRINKER BIDDLE & REATH LLP      William Hoffman
One Logan Square, Suite 2000      ARNOLD & PORTER KAYE SCHOLER LLP
Philadelphia, PA 19103-6996      601 Massachusetts Ave., NW
Telephone: (215) 988-2500      Washington, D.C. 20001
Chanda.Miller@dbr.com      Telephone: (202) 942-5000
     william.hoffman@apks.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC*

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Lindsey C Boney IV*
Lindsey C. Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
knewsom@bradley.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of August, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system.

/s/      John F. Olinde