UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

## ORDER

On June 6, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 6748]. Prior to the Order to Show Cause Hearing held on June 28, 2017, the following plaintiffs agreed to file stipulations dismissing their cases with prejudice:

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 1. | Beaver, John | Slater Slater Schulman LLP | 2:16-cv-10411 |
| 2. | Fischer, Michael | Lenze Kamerrer Moss, PLC. | 2:16-cv-06591 |
| 3. | Troutman, Harold | Nemeroff Law Firm | 2:16-cv-12880 |

New Orleans, Louisiana, on this 15th day of August, 2017.

Judge Eldon E. Fallon
United States District Court Judge