UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : : : : | SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

On June 6, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 6748]. For the reasons set forth on the record at the Order to Show Cause Hearing held on June 28, 2017, the following cases are dismissed with prejudice for failure to resolve the Plaintiff Fact Sheet deficiencies:

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 1. | Cornelius Graves, Susie Mae | Slater Slater Schulman LLP | 2:16-cv-10678 |
| 2. | Davis, Walter | Slater Slater Schulman LLP | 2:16-cv-09736 |
| 3. | Dodson, Charles | Marc J. Bern & Partners LLP | 2:16-cv-16574 |
| 4. | Donajkowski, Ruben | Cochran Legal Group | 2:16-cv-15077 |
| 5. | Douglas, Cleveland | Slater Slater Schulman LLP | 2:16-cv-7885 |
| 6. | Jackson, Sherrail | Slater Slater Schulman LLP | 2:16-cv-8675 |
| 7. | Marable, Willie | Cochran Legal Group | 2:16-cv-15123 |
| 8. | Mcgowen, Alma | Slater Slater Schulman LLP | 2:16-cv-06692 |
| 9. | Paige, Peggy | Beasley Allen | 2:16-cv-11679 |
| 10. | Pedroza, Elsie | Kelley & Ferraro LLP | 2:16-cv-14408 |
| 11. | Rivera, Joseph | The Gallagher Law Firm LLP | 2:16-cv-13423 |
| 12. | Rudisil, Mary | Slater Slater Schulman LLP | 2:16-cv-06692 |
| 13. | Wake, Kenneth | Slater Slater Schulman LLP | 2:16-cv-10254 |

New Orleans, Louisiana, on this 15th day of August, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge