UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : : : : | SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

## ORDER

On June 6, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 6748]. For the reasons set forth on the record at the Order to Show Cause Hearing held on June 28, 2017, the following Plaintiffs shall be given until August 24, 2017 to remedy the alleged deficiencies raised in Defendants' Motion, and the cases shall be addressed at the Order to Show Cause Hearing to be held on August 24, 2017 at 10:30 a.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to resolve the alleged deficiencies raised in Defendants' Motion by this date may result in dismissal of these cases with prejudice:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 1. | Amelung, George | Cochran Legal Group | 2:16-cv-15057 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 2. | Campbell, Charles | Cochran Legal Group | 2:16-cv-15064 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified |
| 3. | Carey, William | Cochran Legal Group | 2:16-cv-15066 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 4. | Desmarais, Roger | Cochran Legal Group | 2:16-cv-15076 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 5. | Dugas, Shirlene | Lenze Kamerrer Moss, PLC. | 2:16-cv-14348 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 6. | Fernandez, Octavio | Cochran Legal Group | 2:16-cv-15094 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 7. | Glidewell, Jerry | Cochran Legal Group | 2:16-cv-15105 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 8. | Gray, Johnny | Cochran Legal Group | 2:16-cv-15112 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 9. | Hills, David | Cochran Legal Group | 2:16-cv-15119 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 10. | Jenkins, Bobbie Joe | Lieff Cabraser Heimann & Bernstein, LLP | 2:16-cv-15622 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 11. | Lawson, Rebecca | Johnson Law Group | 2:16-cv-16479 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide first and last name of each prescribing physician identified |
| 12. | Morin, Rudolfo | Cochran Legal Group | 2:16-cv-15128 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing city and state; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 13. | Peterson, John | Slater Slater Schulman LLP | 2:16-cv-06531 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 14. | Pickett, Keisha | Cochran Legal Group | 2:16-cv-15127 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 15. | Rivers, Donny | Cochran Legal Group | 2:16-cv-15151 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide month and year for each beginning and end date of use identified; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information) |
| 16. | Sandidge, William | Cochran Legal Group | 2:16-cv-15154 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information); Records provided do not show Xarelto use |
| 17. | Sheridan, Joyce | Cochran Legal Group | 2:16-cv-15155 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing city and state for each pharmacy identified; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 18. | Stone, Clifford | Cochran Legal Group | 2:16-cv-15157 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information); Medical records provided do not demonstrate alleged injury |
| 19. | Winters, Orlando K | Slater Slater Schulman LLP | 2:16-cv-03903 | Failure to respond to question in Section I (core case information); Medical records provided do not demonstrate alleged injury |

New Orleans, Louisiana, on this 15th day of August, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge