UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :   MDL No. 2592
                                     :
                                     :   SECTION L
THIS DOCUMENT RELATES TO:            :
THE CASES LISTED BELOW               :
                                     :   JUDGE ELDON E. FALLON
                                     :
                                     :   MAGISTRATE JUDGE NORTH

## ORDER

On June 6, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies.  [Rec. Doc. 6748].  Prior to the Order to Show Cause Hearing held on June 28, 2017, the following Plaintiffs remedied the alleged deficiencies raised in Defendants' Motion.  These actions may proceed accordingly:

| No. | Plaintiff Name | Law Firm Name | Docket Number |
|---|---|---|---|
| 1. | Basmajian, Geraldine | Beasley Allen | 2:16-cv-15921 |
| 2. | Davidson, Steven | Cochran Legal Group | 2:16-cv-15072 |
| 3. | Furnish, Joann | J. William Savage, PC | |
| 4. | Humpal, Charles A | Fears | Nachawati | 2:16-cv-12931 |
| 5. | Kalman, Brenda | Slater Slater Schulman LLP | 2:16-cv-06495 |
| 6. | Karr, Amy | The Michael Brady Lynch Law Firm | 2:16-cv-15928 |
| 7. | Stanley, Marcus A | Kenneth H. Baker | 2:16-cv-05845 |
| 8. | Thompson, Leora | Cochran Legal Group | 2:16-cv-15159 |
| 9. | Vanness, Chester | Slater Slater Schulman LLP | 2:16-cv-10240 |
| 10. | Watkins, Roger | Cochran Legal Group | 2:16-cv-15160 |
| 11. | Williams, Patricia | Slater Slater Schulman LLP | 2:16-cv-7095 |

New Orleans, Louisiana, on this 15th day of August, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge