UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : | |
| | : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

## ORDER

On April 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Doc. 6011]. During the Order to Show Cause Hearing held on April 19, 2017, the following plaintiffs were given until June 28, 2017 to serve a Plaintiff Fact Sheet. [Rec. Doc. 6617]. Prior to the Order to Show Cause Hearing held on June 28, 2017, the following plaintiffs served a Plaintiff Fact Sheet. These actions may proceed accordingly:

| No. | Xarelto User | Plaintiff Counsel | Docket No. |
|---|---|---|---|
| 1. | Johnson, Leona | Flint Law Firm, LLC | 2:16-cv-15699 |
| 2. | White, Diane | The Bradley Law Firm | 2:16-cv-15971 |

New Orleans, Louisiana, on this 15th day of August, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge