UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
THIS DOCUMENT RELATES TO: :
THE CASES LISTED BELOW :
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

## ORDER

On April 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Doc. 6011]. For the reasons set forth on the record during the Order to Show Cause Hearing held on April 19, 2017, the following plaintiff was given until June 28, 2017 to serve a Plaintiff Fact Sheet. [Rec. Doc. 6617]. Prior to the Order to Show Cause Hearing held on June 28, 2017, the following plaintiff agreed to file a stipulation dismissing his case with prejudice:

| No. | Xarelto User | Plaintiff Counsel | Docket No. |
|---|---|---|---|
| 1. | Barton, Tony Ray | Robert J. DeBry & Associates | 2:16-cv-15904 |

New Orleans, Louisiana, on this 15th day of August, 2017.

Judge Eldon E. Fallon
United States District Court Judge