UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

## ORDER

On November 3, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet [Rec. Docs. 4432; 5294]. During the the Order to Show Cause Hearing held on March 15, 2017, the following Plaintiff was given until April 19, 2017, to serve a Plaintiff Fact Sheet. [Rec. Doc. No. 6186]. During the Order to Show Cause Hearing held on April 19, 2017, the following Plaintiff was given until June 28, 2017 to serve a Plaintiff Fact Sheet. [Rec. Doc. No. 6606]. For the reasons placed on the record during the June 28, 2017, the following Plaintiff was given until August 24, 2017 to serve a Plaintiff Fact Sheet, and the case shall be addressed at the Order to Show Cause Hearing to be held on August 24, 2017 at 10:30 a.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to serve a Plaintiff Fact Sheet by this date may result in dismissal of the case with prejudice:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Estrada, Fidel Zabala | Pro Se – Fidel Zabala Estrada | 2:15-cv-05200 |

2

New Orleans, Louisiana, on this 15th day of August, 2017.

*[signature]*
Judge Eldon E. Fallon
United States District Court Judge