## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | : | |
| **THE CASES LISTED BELOW** | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |

## ORDER

During the Order to Show Cause Hearing held on January 20, 2017, the following plaintiff was given until March 23, 2017, to serve a Plaintiff Fact Sheet. [Rec. Doc. 5295]. Due to a scheduling change, the plaintiff was subsequently given until April 19, 2017 to serve a Plaintiff Fact Sheet. [Rec. Doc. 6194]. During the Order to Show Cause Hearing held on April 19, 2017, Counsel in the following case is given until June 28, 2017 to find a representative to pursue plaintiff's claim. [Rec. Doc. 6602]. For the reasons set forth on the record during the Order to Show Cause hearing held on June 28, 2017, the following case is dismissed with prejudice for failure to serve a Plaintiff Fact Sheet:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Favis, Frankie | Herman, Herman & Katz, LLC | 2:15-cv-06344 |

New Orleans, Louisiana, on this 15th day of August, 2017.

Judge Eldon E. Fallon
United States District Court Judge