MINUTE ENTRY
FALLON, J.
AUGUST 15, 2017

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 15-3469 – Mingo v. Janssen, et al | SECTION: L (5) |
| BEFORE JUDGE ELDON E. FALLON | Tuesday, August 15, 2017, <u>8:35am</u> |
| Case Manager: Dean Oser | (Continued from Monday, 8/14/17) |
| Court Reporter: Cathy Pepper/Toni Tusa | |

Appearances:   Andy Birchfield, Esq., Jerry Meunier, Esq., Brad Honnold, Esq., Emily Jeffcott, Esq., and Bubba Morrison, Esq., for Plaintiffs
Lynn Pruitt, Esq., and Walter Johnson, Esq., for Bayer Defendants
Richard Sarver, Esq. for Janssen Defendants
Lyndsey Boney, IV, Esq. for Defendants

<u>JURY TRIAL</u>

<u>Plaintiffs' Witnesses Continued:</u>
Video Deposition of Dr. Anthonie Lensing continued
Dora Mingo – sworn and testified
Jileta Mingo – sworn and testified
Video Deposition of Dr. Theodore Spiro was played in lieu of his live testimony

Plaintiffs rest – subject to clarification of exhibits and the calling of Nauman Shah via live video from Newark, New Jersey on Wednesday, August 26, 2017

<u>Defendants' Witnesses:</u>
Video Deposition of Dr. Steven Keith was played in lieu of his live testimony

Court adjourned 4:30pm until Wednesday, August 16, 2017 at 8:30 am

JS10:   5:31