Case 2:14-md-02592-EEF-MBN Document 7375 Filed 08/16/17 Page 1 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Mingo v. Janssen Research, et al.* Case No. 2:15-cv-03469 | * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MOTION FOR THE EXCUSAL
OF A JUROR AND FOREXPEDITED CONSIDERATION**

Plaintiff Dora Mingo, through undersigned counsel and for the reasons set forth in the memorandum attached hereto, respectfully moves the Court's to excuse Juror ▮▮▮▮▮ (Juror No. 6) pursuant to the authority of Rule 47(c) of the Federal Rules of Civil Procedure, and further requests an expedited hearing on this motion so that it can be decided prior to jury deliberations.

Dated: August 16, 2017            Respectfully submitted,

/s/ Leonard A. Davis
Leonard A. Davis, Esq. (Bar No. 14190)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

/s/ Gerald E. Meunier
Gerald E. Meunier (Bar No. 9471)
GAINSBURGH BENJAMIN DAVID MEUNIER
&WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

Case 2:14-md-02592-EEF-MBN Document 7375 Filed 08/16/17 Page 2 of 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of August, 2017 a copy of the foregoing motion was electronically served on Defendants through Defendants' Liaison Counsel, James Irwin and John Olinde, and Defendants' Lead Counsel, Susan Sharko and William Hoffman, and on Plaintiffs' Co-Lead Counsel, Andy D. Birchfield, Jr. and Brian H. Barr.

/s/ Gerald E. Meunier
**GERALD E. MEUNIER**