UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Mingo v. Janssen Research, et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:15-cv-03469 | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR THE EXCUSAL OF A JUROR AND FOR EXPEDITED CONSIDERATION

To: Defendants' Liaison Counsel

PLEASE TAKE NOTICE that Plaintiff, Dora Mingo, will bring for submission their Motion for the Excusal of a Juror and for Expedited Consideration before the Honorable Eldon E. Fallon, United States District Judge for the Eastern District of Louisiana, on **August 17, 2017**, at **5:00 o'clock p.m.** after trial ends for the day, or as soon thereafter as counsel may be heard.

Dated: August 16, 2017

Respectfully submitted,

/s/ Leonard A. Davis
Leonard A. Davis, Esq. (Bar No. 14190)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

/s/ Gerald E. Meunier
Gerald E. Meunier (Bar No. 9471)
GAINSBURGH BENJAMIN DAVID MEUNIER &WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of August, 2017 a copy of the foregoing motion was electronically served on Defendants through Defendants' Liaison Counsel, James Irwin and John Olinde, and Defendants' Lead Counsel, Susan Sharko and William Hoffman, and on Plaintiffs' Co-Lead Counsel, Andy D. Birchfield, Jr. and Brian H. Barr.

                                            */s/ Gerald E. Meunier*
                                            **GERALD E. MEUNIER**