UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL 2592 |
| | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Mingo v. Janssen Research, et al.* | * | JUDGE ELDON E. FALLON |
| **Case No. 2:15-cv-03469** | * | |
| | * | MAGISTRATE JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing motion and the authority in support of same,

IT IS ORDERED that, pursuant to Rule 47(c) of the Federal Rules of Civil Procedure, ███████████ Juror No. 6, be excused from the jury prior to the commencement of jury deliberations in this matter.

THIS DONE the ____ day of _____, 2017, Jackson, Mississippi.

_____
HONORABLE ELDON E. FALLON

1