UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Mingo v. Janssen Research, et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:15-cv-03469 | * | |
| | * | MAGISTRATE JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JURY VERDICT INTERROGATORIES
### (PUNITIVE DAMAGES CASE)

### QUESTION #1

Do you find by clear and convincing evidence that Defendants are liable for punitive damages? [Please refer to all relevant jury instructions in answering this question].

YES _____    NO _____

> *If you answered "yes," please proceed to Questions #2.*

> *If you answered "no," please date and sign this verdict form and inform the Marshal that you have reached a verdict.*

### QUESTION #2

What amount do you award in punitive damages?

$_____

Jackson, Mississippi, this _____ day of _____, 2017.

_____
JURY FOREPERSON

1