## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Dora Mingo v. Janssen Research & Development, LLC et al. Case No. 2:15-cv-03469 | MAGISTRATE NORTH |

### DEFENDANTS' PROPOSED VERDICT FORM FOR PUNITIVE DAMAGES HEARING

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC (collectively, "Defendants") submit, at the Court's request, the following Proposed Verdict Form for use *only in the event* that Plaintiff is awarded compensatory damages and the case proceeds to a punitive-damages phase under Mississippi law.

In submitting this Proposed Verdict Form, Defendants do not waive or forfeit any objections, concede any liability, or concede that Mississippi law applies to the question of punitive damages, nor do Defendants consent to the submission of punitive damages to the jury for consideration. Defendants reserve all rights to challenge Plaintiff's claim for punitive damages at all appropriate stages of trial.

Defendants reserve the right to supplement and amend the Proposed Verdict Form, based on the Court's rulings, and on evidence actually admitted at trial.

Respectfully submitted,

| | |
|---|---|
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C. |
| BY: /s/ *Richard E. Sarver* | By: */s/ Lyn P. Pruitt* |
| Richard E. Sarver | Lyn P. Pruitt |
| Celeste R. Coco-Ewing | Adria W. Conklin |
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. | Benjamin D. Brenner |
| 909 Poydras Street, 24th Floor | Mary Catherine Way |
| New Orleans, Louisiana 70112 | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C. |
| Telephone: (504) 589-9700 | 425 West Capitol Ave., Suite 1800 |
| rsarver@barrassousdin.com | Little Rock, AR 72201 |
| ccoco-ewing@barrassousdin.com | Telephone: (501) 688-8800 |
| | lpruitt@mwlaw.com |
| | aconklin@mwlaw.com |
| DRINKER BIDDLE & REATH LLP | bbrenner@mwlaw.com |
| | mway@mwlaw.com |
| By: /s/ *Susan M. Sharko* | |
| Susan M. Sharko | |
| DRINKER BIDDLE & REATH LLP | WATKINS & EAGER PLLC |
| 600 Campus Drive | |
| Florham Park, NJ 07932-1047 | By: */s/ Walter T. Johnson* |
| Telephone: (973) 549-7000 | Walter T. Johnson |
| susan.sharko@dbr.com | WATKINS & EAGER PLLC |
| | The Emporium Building |
| Rodney M. Hudson | 400 East Capitol Street |
| DRINKER BIDDLE & REATH LLP | Jackson, Mississippi 39201 |
| 50 Fremont Street, 20th Floor | Telephone: (601) 965-1846 |
| San Francisco, CA 94105-2235 | wjohnson@watkinseager.com |
| Telephone: (415) 591-7500 | |
| Rodney.hudson@dbr.com | ARNOLD & PORTER KAYE SCHOLER LLP |
| Chanda A. Miller | By: /s/ *William Hoffman* |
| DRINKER BIDDLE & REATH LLP | William Hoffman |
| One Logan Square, Suite 2000 | ARNOLD & PORTER KAYE SCHOLER LLP |
| Philadelphia, PA 19103-6996 | 601 Massachusetts Ave., NW |
| Telephone: (215) 988-2500 | Washington, D.C. 20001 |
| Chanda.Miller@dbr.com | Telephone: (202) 942-5000 |
| | william.hoffman@apks.com |
| IRWIN FRITCHIE URQUHART & MOORE LLC | Andrew K. Solow |
| | Steven Glickstein |
| By: /s/ *James B. Irwin* | ARNOLD & PORTER KAYE SCHOLER LLP |
| James B. Irwin | |

| | |
|---|---|
| Kim E. Moore<br>IRWIN FRITCHIE URQUHART & MOORE LLC<br>400 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>Telephone: (504) 310-2100<br>jirwin@irwinllc.com<br><br>*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC* | 250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8485<br>andrew.solow@apks.com<br>steven.glickstein@apks.com<br><br>BRADLEY ARANT BOULT CUMMINGS LLP<br><br>By: */s/ Lindsey C Boney IV*<br>Lindsey C Boney IV<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>One Federal Place, 1819 Fifth Avenue North<br>Birmingham, AL 35203-2119<br>Telephone: (205) 521-8803<br>lboney@bradley.com<br><br>CHAFFE MCCALL L.L.P.<br><br>By: /s/ *John F. Olinde*<br>John F. Olinde<br>CHAFFE MCCALL L.L.P.<br>1100 Poydras Street, Suite 2300<br>New Orleans, LA 70163<br>Telephone: (504) 585-7241<br>olinde@chaffe.com<br><br>*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG* |

August 17, 2017

## **VERDICT FORM – PUNITIVE DAMAGES HEARING**

You, the jury, are to answer the following questions based on the evidence admitted at trial and at the punitive damages hearing, and according to other instructions given to you by the Court. Begin with Question #1 and proceed through this Verdict Form, following the directions provided.

### **QUESTION # 1**

Did the Plaintiff prove by clear and convincing evidence that the Defendants acted with actual malice or a willful, wanton or reckless disregard for the safety of others?

YES _____        NO _____

> ➢ *If you answered "no" to this question, skip the remaining questions, date and sign this form, and tell the Marshal that you have reached a verdict.*

### **QUESTION #2**

Did the Plaintiff prove by clear and convincing evidence that any such actions by the Defendants proximately caused loss or injury to Plaintiff Dora Mingo?

YES _____        NO _____

> ➢ *If you answered "no" to this question, skip the remaining question, date and sign this form, and tell the Marshal that you have reached a verdict.*

### **QUESTION #3**

What amount of money, if any, do you award as punitive damages?

$_____

> ➢ *Please date and sign the verdict form, and tell the Marshal that you have reached a verdict.*

Jackson, Mississippi, this \_\_\_ day of August, 2017.

_____
JURY FOREPERSON

## AUTHORITY

Miss. Code § 11-1-65(1)(a); *State Farm Mut. Auto. Ins. Co. v. Campbell*, 538 U.S. 408, 422–24 (2003) ("[T]he conduct that harmed [the plaintiff] is the only conduct relevant to the reprehensibility analysis."); *id.* (holding that it was a violation of due process for court to authorize punitive damages "to punish and deter conduct that bore no relation to the [plaintiffs'] harm.").