UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Mingo v. Janssen Research, et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:15-cv-03469 | * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION
FOR JUDGMENT AS A MATTER OF LAW ON PLAINTIFFS' CLAIMS
RELATING TO ANTI-FACTOR Xa ASSAY ON THE GROUNDS OF
<u>NO PROOF OF SPECIFIC CAUSATION</u>**

I.  <u>INTRODUCTION</u>

Defendants have filed a motion for judgement as a matter of law based on the erroneous belief that Plaintiff Mingo has failed prove specific causation on her design defect claim. (Rec. Doc. 7362). Defendants overreach, misstate the record, and invite this Court into error.

The Court should decline the invitation and deny the motion.

II.  <u>ARGUMENT</u>

Plaintiff has separately responded to a second motion for judgment as a matter of law filed by the Defendants (Rec. Doc. 7361). In Plaintiff's response thereto all of the factual predicates to her claim for design defect are addressed, including specific causation.

To be sure, Ms. Mingo's Medical Records reveal that on January 24, 2015, after Ms. Mingo's first dose of Xarelto, her PT was 23.6, which placed her in the highest quartile for PT, and revealed her to be a high absorber. Dr. Rinder testified to these matters, and noted that PT is a surrogate for the measure of Xarelto in patients, which is the identical measure that anti-Factor Xa assays disclose. (Trial Tr. at 1300, 1313). Dr. Rinder specifically opined

1

that bleed risk rises with the level of anticoagulant effect of Xarelto. Thus, Dr. Rinder's testimony to the effect that Xarelto was a substantial contributing factor to Ms. Mingo's injury (Trial Tr. at 1332-1333), applies with equal force to Ms. Mingo's design defect claim.

### III.     CONCLUSION

For all these reasons, Plaintiff respectfully requests that the motion be denied.

Dated:  August 17, 2017    Respectfully submitted,

/s/ Leonard A. Davis
Leonard A. Davis, Esq. (Bar No. 14190)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

/s/ Gerald E. Meunier
Gerald E. Meunier (Bar No. 9471)
GAINSBURGH BENJAMIN DAVID MEUNIER
&WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of August, 2017 a copy of the foregoing response was electronically served on Defendants through Defendants' Liaison Counsel, James Irwin and John Olinde, and Defendants' Lead Counsel, Susan Sharko and William Hoffman, and on Plaintiffs' Co-Lead Counsel, Andy D. Birchfield, Jr. and Brian H. Barr.

/s/ Gerald E. Meunier
**GERALD E. MEUNIER**