

701 Market Street, Suite 1000, St. Louis, Missouri 63101

August 17, 2017

*Via Electronic Upload*
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA  70130

      RE:  Letter Regarding Gaut v. Janssen Research & Development, LLC, et al. 2:17-cv-07827-EEF-MBN

Dear Clerk:

We have accidentally filed a double payment in the above-referenced case. The receipt for each of the filings fees are as follows:

  -6307489
  -6312167

Please void one of these invoices, as well as process a refund at your convenience. We greatly appreciate it.

      Very truly yours,

      *Melanie Schmickle*

      Melanie K. Schmickle
      melanie@swmwlaw.com

swmwlaw.com | 314.480.5180

**Ben Schmickle** — ben@swmwlaw.com
**Steve Wohlford** — steve@swmwlaw.com
**Matt Morris** — matt@swmwlaw.com
**Lauren Williams** — lauren@swmwlaw.com