

701 Market Street, Suite 1000, St. Louis, Missouri 63101

August 17, 2017

<u>*Via Electronic Upload*</u>
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA  70130

        RE:  Letter Regarding Levicy v. Janssen Research & Development, LLC, et al. 2:17-cv-07823-EEF-MBN

Dear Clerk:

We have accidentally filed a double payment in the above-referenced case. The receipt for each of the filings fees are as follows:

    -6307143
    -6312114

Please void one of these invoices, as well as process a refund at your convenience. We greatly appreciate it.

        Very truly yours,

        *Melanie Schmickle*

        Melanie K. Schmickle
        melanie@swmwlaw.com

swmwlaw.com | 314.480.5180

**Ben Schmickle**
ben@swmwlaw.com

**Steve Wohlford**
steve@swmwlaw.com

**Matt Morris**
matt@swmwlaw.com

**Lauren Williams**
lauren@swmwlaw.com