MINUTE ENTRY
FALLON, J.
AUGUST 16, 2017

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 15-3469 – Mingo v. Janssen, et al | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON                Wednesday, August 16, 2017, <u>8:37am</u>
Case Manager: Dean Oser                                  (Continued from Tuesday, 8/15/17)
Court Reporter: Cathy Pepper/Toni Tusa

Appearances:   Andy Birchfield, Esq., Jerry Meunier, Esq., Brad Honnold, Esq., Emily
                         Jeffcott, Esq., and Bubba Morrison, Esq., for Plaintiffs
                         Lynn Pruitt, Esq., and Walter Johnson, Esq., for Bayer Defendants
                         Richard Sarver, Esq. for Janssen Defendants
                         Lyndsey Boney, IV, Esq. and Steve Glickstein, Esq., for Defendants

<u>JURY TRIAL</u>

<u>Plaintiffs' Witness:</u> (out of turn)
Nauman Shah - appeared via video from Newark, New Jersey, sworn and testified

Out of the presence of the jury –Defendant's Rule 50(a) Motion for Judgment as a Matter of Law was considered timely filed – no argument was held at this time

<u>Defendants' Witnesses:</u>
Dr. Demondes Haynes – sworn, offered as an expert in the field of pulmonary medicine and critical care medicine – accepted ad testified

Court adjourned at 4:24pm until Thursday, August 17, 2017 at 8:30 am

JS10:   5:58