UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Henry Johnson and Pinky Ray Johnson v. Janssen Research & Development, LLC, et al; Case No. 2:17-cv-00109*

### MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiffs Henry Johnson and Pinky Ray Johnson respectfully move this court to substitute Pinky Ray Johnson, the surviving spouse, as the Personal Representative for the Estate of Henry Johnson, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Henry Johnson's case was filed on or about January 9, 2017 (*Henry Johnson and Pinky Ray Johnson v. Janssen Research & Development, LLC, et al*; Case No. *2:17-cv-00109*).

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

    a. On or about January 12, 2017, Defendant Janssen Ortho was served by a process server with the Complaint and Summons.

    b. On or about January 12, 2017, Defendants Johnson & Johnson and Janssen Research & Development, LLC were served by a process server with the Complaint and Summons.

1

    c. On or about January 12, 2017, Defendant Janssen Pharmaceuticals, Inc. was served by a process server with the Complaint and Summons

    d. On or about January 06, 2017, Defendant Bayer Pharma AG was served by registered mail with the Complaint and Summons pursuant to PTO 10.

3. Subsequently, Plaintiffs' counsel was informed that Henry Johnson passed away on or about July 6, 2017.

4. Henry Johnson's action against Defendants survives his death and is not extinguished.

5. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about August 17, 2017 [Doc. 7208].

6. On or about July 28, 2017, Los Angeles County, California named Pinky Ray Johnson as the informant and as the surviving spouse of decedent the Personal Representative for the Estate of Henry Johnson.

7. Plaintiff thus moves to substitute Pinky Ray Johnson, as Personal Representative for the Estate of Henry Johnson, Deceased, as Plaintiff in the present action.

8. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically Pinky Ray Johnson, as Personal Representative for the Estate of Henry Johnson, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Henry Johnson is now deceased.

9. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiffs, Henry Johnson and Pinky Ray Johnson, respectfully request the Court grant Plaintiffs' Motion to Substitute Pinky Ray Johnson, as Personal Representative for the Estate of Henry Johnson, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated: August 18, 2017               Respectfully submitted,

                                     By: */s/ Monte Bond*

                                     MONTE BOND, Esq.
                                     Texas Bar No.02585625
                                     Tautfest Bond PLLC
                                     5151 Belt Line Road, Suite 1000
                                     Dallas, Texas  75254
                                     214-617-9980 (Phone)
                                     214-617-9985 (Fax)
                                     mbond@tautfestbond.com

                                     **ATTORNEY FOR PLAINTIFF(S)**

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*/s/ Monte Bond*