# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 3052017140779
LOCAL REGISTRATION NUMBER: 3201719031038

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT – FIRST (Given): HENRY
2. MIDDLE: -
3. LAST (Family): RAY-JOHNSON
- AKA, ALSO KNOWN AS: HENRY R JOHNSON
4. DATE OF BIRTH: 09/19/1949
5. AGE YRS: 67
6. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: LA
10. SOCIAL SECURITY NUMBER: 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
11. EVER IN U.S. ARMED FORCES?: NO
12. MARITAL STATUS: MARRIED
7. DATE OF DEATH: 07/06/2017
8. HOUR (24 Hours): 0805
13. EDUCATION: 11
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: NO
16. DECEDENT'S RACE: BLACK
17. USUAL OCCUPATION: PAINTER
18. KIND OF BUSINESS OR INDUSTRY: CONSTRUCTION
19. YEARS IN OCCUPATION: 45

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE: 9329 ELM VISTA DRIVE #104
21. CITY: DOWNEY
22. COUNTY/PROVINCE: LOS ANGELES
23. ZIP CODE: 90242
24. YEARS IN COUNTY: 43
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: PINKEY RAY, WIFE
27. INFORMANT'S MAILING ADDRESS: 9329 ELM VISTA DRIVE #104, DOWNEY, CA 90242

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: PINKEY
29. MIDDLE: -
30. LAST (BIRTH NAME): MORGAN
31. NAME OF FATHER/PARENT – FIRST: HENRY
33. LAST: RAY SR
34. BIRTH STATE: LA
35. NAME OF MOTHER/PARENT – FIRST: ROSALEE
37. LAST (BIRTH NAME): JOHNSON
38. BIRTH STATE: LA

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

39. DISPOSITION DATE: 07/13/2017
40. PLACE OF FINAL DISPOSITION: LINCOLN MEMORIAL PARK CEMETERY, 16701 S. CENTRAL AVE, CARSON, CA 90746
41. TYPE OF DISPOSITION(S): CR/BU
42. SIGNATURE OF EMBALMER: WILLIAM JEANS
43. LICENSE NUMBER: EMB7658
44. NAME OF FUNERAL ESTABLISHMENT: SOLOMON'S MORTUARY
45. LICENSE NUMBER: FD 1428
46. SIGNATURE OF LOCAL REGISTRAR: JEFFREY GUNZENHAUSER, MD
47. DATE: 07/13/2017

**PLACE OF DEATH**

101. PLACE OF DEATH: RESIDENCE — Decedent's Home
104. COUNTY: LOS ANGELES
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 9329 ELM VISTA DR #104
106. CITY: DOWNEY

**CAUSE OF DEATH**

107. CAUSE OF DEATH:
(A) IMMEDIATE CAUSE: CARDIORESPIRATORY ARREST — MINS
(B) METASTATIC MULTIPLE MYELOMA — YRS
108. DEATH REPORTED TO CORONER?: NO
109. BIOPSY PERFORMED?: NO
110. AUTOPSY PERFORMED?: NO
111. USED IN DETERMINING CAUSE?: NO
112. OTHER SIGNIFICANT CONDITIONS: NONE
113. WAS OPERATION PERFORMED: NO

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED...
Decedent Attended Since: 06/15/2017
Decedent Last Seen Alive: 07/06/2017
115. SIGNATURE AND TITLE OF CERTIFIER: BENJAMIN BEHROOZAN M.D.
116. LICENSE NUMBER: A41374
117. DATE: 07/12/2017
118. TYPE ATTENDING PHYSICIAN'S NAME: BENJAMIN BEHROOZAN M.D., 16200 VENTURA BLVD #211, ENCINO, CA 91436

**CORONER'S USE ONLY**

119. MANNER OF DEATH: (blank)

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

Health Officer and Registrar

DATE ISSUED: JUL 28 2017

001383245

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE