UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2592<br><br>Section: L<br>Judge Fallon<br>Mag. Judge North |

THIS DOCUMENT RELATES TO:

*Jessie Barrs v. Janssen Research & Development LLC, et al.* **(Case No. 14-cv-4797)**

## CONSENT MOTION TO WITHDRAW AS COUNSEL

Roger C. Denton, Ashley Brittain Landers and Schlichter, Bogard & Denton, LLP,

pursuant to Local Rule 83.2.11, hereby request this Court enter an Order withdrawing them as

counsel of records for plaintiff in the above-referenced matter.  Attorneys from The Frankowski

Firm have filed appearances on behalf of Jessie Barrs and will continue to represent Plaintiff in

this case.  Roger C. Denton, Ashley Brittain Landers and Schlichter, Bogard & Denton, LLP will

no longer be representing Plaintiff in this case.

Respectfully submitted,


By:      /s/ *Roger C. Denton*

Roger C. Denton, Esq. (MO # 30292)
Ashley Brittain Landers, Esq. (MO # 62763)
SCHLICHTER, BOGARD & DENTON
100 South 4th Street
Saint Louis, MO 63102
Telephone:  (314) 621-6115
Fax:  (314) 621-7151
rdenton@uselaws.com
abrittain@uselaws.com

*ATTORNEYS FOR PLAINTIFFS*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the

United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of

record this 16th day of August, 2017 by way of the Court's CM/ECF System.


        /s/ *Roger C. Denton*