**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | **:** | |
| **IN RE: XARELTO (RIVOROXABAN)** | **:** | **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | **:** | |
| | **:** | **Section: L** |
| | **:** | **Judge Fallon** |
| | **:** | **Mag. Judge North** |
| | **:** | |

**THIS DOCUMENT RELATES TO:**

*Jessie Barrs v. Janssen Research & Development LLC, et al.* **(Case No. 14-cv-4797)**

**ORDER**

Consider the foregoing Consent Motion to Withdraw as Counsel of Record,

**IT IS HEREBY ORDERED** that Roger C. Denton, Ashley Brittain Landers and

Schlichter, Bogard & Denton, LLP, are withdrawn as Plaintiff's attorneys of record.

**IT IS FURTHER ORDERED** that attorneys from The Frankowski Firm are enrolled as

Plaintiffs' sole attorneys of record herein.


DONE AND SIGNED this _____ day of _____, 2017, at New Orleans,

Louisiana.


_____

UNITED STATES DISTRICT JUDGE