MINUTE ENTRY
FALLON, J.
AUGUST 17, 2017

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 15-3469 – Mingo v. Janssen, et al | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON                Thursday, August 17, 2017, 8:36am
Case Manager: Dean Oser                                 (Continued from Wednesday, 8/16/17)
Court Reporter: Cathy Pepper/Toni Tusa

Appearances:   Andy Birchfield, Esq., Jerry Meunier, Esq., Brad Honnold, Esq., Emily Jeffcott, Esq., and Bubba Morrison, Esq., for Plaintiffs
Lynn Pruitt, Esq., and Walter Johnson, Esq., for Bayer Defendants
Richard Sarver, Esq. for Janssen Defendants
Lyndsey Boney, IV, Esq. and Steve Glickstein, Esq., for Defendants
Fred Longer, Esq., and Neil Overholtz, Esq. for Plaintiffs

<u>JURY TRIAL</u>

<u>Defendants' Witnesses:</u>
Dr. Vincent E. Herrin – sworn, offered as an expert in the field of hematology, accepted and testified

Defendants rest

Jury excused for the day at 11:47am.

Outside the presence of the jury, both Plaintiff and Defense offered additional exhibits and they were admitted.

Defendants' Rule 50 Motions for Judgment as a Matter of Law – argument – matters deferred

Court adjourned at 2:03pm until Friday, August 18, 2017 at 8:30 am

JS10:   3:37