# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Dora Mingo v. Janssen Research & Development, LLC et al. Case No. 2:15-cv-03469 | MAGISTRATE NORTH |

## DEFENDANTS' AMENDED PROPOSED VERDICT FORM

Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC (collectively, "Defendants") submit the following Amended Proposed Verdict Form in the above-captioned case, in response to the Court's proposed verdict form received today.

Respectfully submitted,

| | |
|---|---|
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C. |
| BY: /s/ Richard E. Sarver | By: /s/ Lyn P. Pruitt |
| Richard E. Sarver | Lyn P. Pruitt |
| Celeste R. Coco-Ewing | Adria W. Conklin |
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. | Benjamin D. Brenner |
| | Mary Catherine Way |
| 909 Poydras Street, 24th Floor | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C. |
| New Orleans, Louisiana 70112 | 425 West Capitol Ave., Suite 1800 |
| Telephone: (504) 589-9700 | Little Rock, AR 72201 |
| rsarver@barrassousdin.com | Telephone: (501) 688-8800 |
| ccoco-ewing@barrassousdin.com | lpruitt@mwlaw.com |
| | aconklin@mwlaw.com |
| DRINKER BIDDLE & REATH LLP | bbrenner@mwlaw.com |
| | mway@mwlaw.com |

By: /s/ *Susan M. Sharko*
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Rodney M. Hudson
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Rodney.hudson@dbr.com

Chanda A. Miller
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2500
Chanda.Miller@dbr.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC*

WATKINS & EAGER PLLC

By: */s/ Walter T. Johnson*
Walter T. Johnson
WATKINS & EAGER PLLC
The Emporium Building
400 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 965-1846
wjohnson@watkinseager.com

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *William Hoffman*
William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Lindsey C Boney IV*
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
lboney@bradley.com


CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

August 17, 2017

**DEFENDANTS' AMENDED PROPOSED VERDICT FORM**

**QUESTION #1**

Do you find by a preponderance of the evidence that Xarelto proximately caused Ms. Dora Mingo's G.I. bleed?

YES _____ NO _____

- *If you answered "yes" to this question, please proceed to Question #2.*

- *If you answered "no" to this question, please skip all remaining questions, date and sign this verdict form where indicated on the last page, and inform the Marshal that you have reached a verdict.*

**QUESTION #2**

Do you find by a preponderance of the evidence that the Defendants failed to provide to Dr. Renie Jordon adequate warnings or instructions for the safe use of Xarelto?

YES _____ NO _____

- *If you answered "yes" to this question, please proceed to Question #3.*

- *If you answered "no" to this question, please skip all remaining questions, date and sign this verdict form where indicated on the last page, and inform the Marshal that you have reached a verdict.*

**QUESTION #3**

Do you find by a preponderance of the evidence that the Defendants' failure to provide adequate warnings or instructions to Dr. Jordon was a proximate cause of Ms. Dora Mingo's G.I. bleed?

YES _____ NO _____

- *Please proceed to Question #4.*

**QUESTION #4**

Do you find by a preponderance of the evidence that Xarelto had a defective design at the time it first received FDA approval?

YES _____ NO _____

> *If you answered "yes" to this question, please proceed to Question #5.*

> *If you answered "no" to this question and "yes" to Question #2 and Question #3, please proceed to Question #6.*

> *If you answered "no" to this question and "no" to Question #3, please skip all remaining questions, date and sign this verdict form where indicated on the last page, and inform the Marshal that you have reached a verdict.*

## QUESTION #5

Do you find by a preponderance of the evidence that Xarelto's defective design was a proximate cause of Ms. Dora Mingo's G.I. bleed?

YES _____ NO _____

> *If you answered "yes" to this question, please proceed to Question #6.*

> *If you answered "no" to this question and "yes" to Question #2 and Question #3, please proceed to Question #6.*

> *If you answered "no" to this question and "no" to Question #3, please skip the remaining question, date and sign this verdict form where indicated on the last page, and inform the Marshal that you have reached a verdict.*

## QUESTION #6

What amount do you find, by a preponderance of the evidence, is appropriate to fairly and adequately compensate Dora Mingo for her injuries?

| | |
|---|---|
| Past Physical Pain and Suffering and Mental Anguish | $ _____ |
| Medical Expenses | $ _____ |
| TOTAL (add amounts above) | $ _____ |

> *Please date and sign this verdict form where indicated on the last page and inform the Marshal that you have reached a verdict.*

Jackson, Mississippi, this _____ day of August, 2017.

_____
JURY FOREPERSON