UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Mingo v. Janssen Research, et al.* Case No. 2:15-cv-03469 | * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' AMENDED MOTION FOR JUDGMENT AS A MATTER OF LAW AT THE CLOSE OF EVIDENCE**

Plaintiff, Dora Mingo, submits this response in opposition to Defendants' Amended Motion for Judgment as a matter of law at the close of evidence. (Rec. Doc. 7393). Defendants' instant motion to file an *amended* motion is untimely and prejudicial to the Plaintiff's legal rights. Previously, upon agreement of the parties, Plaintiff was permitted to respond to Defendants' original motions for judgment as a matter of law (Rec. Doc. Nos. 7361 and 7362), which was done overnight. Thereafter, on the afternoon of Thursday, August 17, 2017, again upon agreement of the parties, oral argument was presented to the Court on the Defendants' original Rule 50 motions. At the conclusion of the hearing, the Court ruled from the bench that the matters would be deferred pursuant to Fed.R.Civ.P. 50(b).

Following the submission of the matters, and a ruling by the Court from the bench, the Defendants filed out of time the instant *amended* motion. The motion comes too late. Plaintiff has already begun preparation for closing argument relying upon the integrity of the Court's ruling on Defendants' original motions. The prejudice from the instant motion is patent, as it distracts Plaintiff from their ongoing efforts to conduct the trial of the case. Defendants cite to no new facts or intervening decisions of law to justify reconsideration of the Court's ruling. Given that circumstances have not changed, the amended motion should be refused or stricken.

In the event the matter is considered, Plaintiffs' adopt by reference all of their prior papers already submitted in opposition to the implicated motions, and request that the matter be denied.

For all these reasons, Plaintiff respectfully requests that the motion be denied.

Dated:  August 17, 2017	Respectfully submitted,

/s/ Leonard A. Davis
Leonard A. Davis, Esq. (Bar No. 14190)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

/s/ Gerald E. Meunier
Gerald E. Meunier (Bar No. 9471)
GAINSBURGH BENJAMIN DAVID MEUNIER
&WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 17th day of August, 2017 a copy of the foregoing response was electronically served on Defendants through Defendants' Liaison Counsel, James Irwin and John Olinde, and Defendants' Lead Counsel, Susan Sharko and William Hoffman, and on Plaintiffs' Co-Lead Counsel, Andy D. Birchfield, Jr. and Brian H. Barr.

/s/ Gerald E. Meunier
**GERALD E. MEUNIER**