UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Dora Mingo v. Janssen Research & Development, LLC et al.<br>Case No. 2:15-cv-03469 | MAGISTRATE NORTH |

DEFENDANTS' STATEMENT REGARDING PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' AMENDED MOTION FOR JUDGMENT AS A MATTER OF LAW AT THE CLOSE OF EVIDENCE

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Bayer HealthCare Pharmaceuticals, Inc., and Bayer Pharma AG (collectively, "Defendants") hereby file the following statement regarding Plaintiff's Response in Opposition to Defendants' Amended Motion for Judgment as a Matter of Law at the Close of Evidence (Doc. 7395).

1.  On the record at the close of the evidence of this trial on August 17, 2017, the Court allowed that Defendants would be permitted to file their Motion for Judgment as a Matter of Law at the Close of Evidence pursuant to Rule 50(a) after the end of the court day:

> MR. BONEY: As we've done before, Your Honor, we would ask for your permission to consider our motion filed as now. We'll file written papers on the record and request argument at the appropriate time at the Court's convenience.
>
> THE COURT: It's my understanding that it's agreeable to both sides that I do that, so I'll do it.
>
> . . .
>
> MR. BONEY: Yes, sir, Your Honor. This is Lindsey Boney for the record. Just to be clear, Your Honor, we filed previously -- I think it was yesterday -- our Rule 50 motions at the close of the plaintiff's case. And now the defense, at the close of evidence -- we have renewed that motion again, Rule 50, at the close of evidence. We are going to, if Your Honor permits, file those papers at the end of today or at some point today.
>
> THE COURT: Okay.

Trial Tr. 2094:4–9, 2100:9–18.

2. Rule 50(a) provides that "[a] motion for judgment as a matter of law may be made at any time before the case is submitted to the jury." Fed. R. Civ. P. 50(a)(2). Consistent with this Rule—and with the Court's express permission—Defendants filed their Motion for Judgment as a Matter of Law at the Close of Evidence after the end of the court day on August 17, 2017 (Doc. 7390), as well as two briefs in support (Docs. 7390-1, 7391). Defendants separately made a Motion for Judgment as a Matter of Law on Plaintiff's Punitive-Damages Claim at the Close of Evidence. *See* Doc. 7392.

3. Just a couple of hours later on August 17, 2017—the same day as the Court gave leave to file, before Plaintiff filed a response, and before the case was submitted to the jury—Defendants filed an Amended Motion for Judgment as a Matter of Law at the Close of Evidence. *See* Doc. 7393. The amended filing replaces Doc. 7390 only, and was filed to correct an omission that came to light based on the Court's proposed jury instructions received the same day. Defendants' amended filing does not affect or supersede the briefs filed in support of Defendants' original motion (Docs. 7390-1, 7391) or Defendants' Motion for Judgment as a Matter of Law on Plaintiff's Punitive-Damages Claim at the Close of Evidence (Doc. 7392). The amended motion is identical (word-for-word) to the original motion in every respect except for the addition of one point that was inadvertently omitted. The additional point (pp. 3–4) is only 3 sentences long, and involves a legal issue—concerning the unavoidably unsafe doctrine—that was already in the case. There is no prejudice to Plaintiff: Defendants long ago submitted a proposed jury charge on the unavoidably unsafe doctrine and the Court's draft instructions reference that doctrine.

4. Plaintiff has not suffered prejudice by Defendants' timely amended filing. As Plaintiff acknowledges, she has filed a response to Defendants' motions for judgment as a matter of law *made at the close of Plaintiff's case-in-chief*, (*see* Pls.' Opp. (Doc. 7395), at 1 (citing Defs.'

2

Mots. for Judgment as a Matter of Law at Close of Pls.' Case (Docs. 7361, 7362))), on which the Court heard oral argument on August 17, 2017 (*see* Trial Tr. 2101–21), and deferred ruling under Rule 50(b), (*see id.* 2113:20–2114:12, 2121:13). Defendants' amended motion relates to their *close-of-the-evidence Rule 50(a) motion*, which is a separate motion that the Court expressly provided could be filed at the end of the court day on August 17, 2017, and to which Plaintiff has not yet responded.

**5.** The Court has not ruled on the close-of-the-evidence motion for judgment as a matter of law and is likely to defer briefing, argument and decision until after the jury's verdict. Defendants certainly have no objection to the Court providing Plaintiff with additional time to respond, if Plaintiff so desires, although Defendants recognize that Plaintiff's response noted that they intended to "adopt by reference all of their prior papers already submitted in opposition." Doc. 7395, at 2.

## CONCLUSION

For all of these reasons, the Court should deem Defendants' amended motion for judgment as a matter of law at the close of evidence (Doc. 7393) timely filed, consistent with Rule 50(a) and the Court's leave to file sometime on August 17, 2017. The Court should deny Plaintiff's request that the filing be stricken.

Respectfully submitted,

| | |
|---|---|
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. | MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C. |
| BY: /s/ *Richard E. Sarver* <br> Richard E. Sarver <br> Celeste R. Coco-Ewing <br> BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C. <br> 909 Poydras Street, 24th Floor <br> New Orleans, Louisiana  70112 <br> Telephone:  (504) 589-9700 <br> rsarver@barrassousdin.com <br> ccoco-ewing@barrassousdin.com | By: */s/ Lyn P. Pruitt* <br> Lyn P. Pruitt <br> Adria W. Conklin <br> Benjamin D. Brenner <br> Mary Catherine Way <br> MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C. <br> 425 West Capitol Ave., Suite 1800 <br> Little Rock, AR  72201 <br> Telephone: (501) 688-8800 <br> lpruitt@mwlaw.com <br> aconklin@mwlaw.com <br> bbrenner@mwlaw.com <br> mway@mwlaw.com |
| DRINKER BIDDLE & REATH LLP | |
| By: /s/ *Susan M. Sharko* <br> Susan M. Sharko <br> DRINKER BIDDLE & REATH LLP <br> 600 Campus Drive <br> Florham Park, NJ 07932-1047 <br> Telephone: (973) 549-7000 <br> susan.sharko@dbr.com | WATKINS & EAGER PLLC <br> By: */s/ Walter T. Johnson* <br> Walter T. Johnson <br> WATKINS & EAGER PLLC <br> The Emporium Building <br> 400 East Capitol Street <br> Jackson, Mississippi 39201 <br> Telephone: (601) 965-1846 <br> wjohnson@watkinseager.com |
| Rodney M. Hudson <br> DRINKER BIDDLE & REATH LLP <br> 50 Fremont Street, 20th Floor <br> San Francisco, CA 94105-2235 <br> Telephone: (415) 591-7500 <br> Rodney.hudson@dbr.com | ARNOLD & PORTER KAYE SCHOLER LLP |
| Chanda A. Miller <br> DRINKER BIDDLE & REATH LLP <br> One Logan Square, Suite 2000 <br> Philadelphia, PA 19103-6996 <br> Telephone: (215) 988-2500 <br> Chanda.Miller@dbr.com | By: /s/ *William Hoffman* <br> William Hoffman <br> ARNOLD & PORTER KAYE SCHOLER LLP <br> 601 Massachusetts Ave., NW <br> Washington, D.C. 20001 <br> Telephone: (202) 942-5000 <br> william.hoffman@apks.com |
| IRWIN FRITCHIE URQUHART & MOORE LLC <br> By: /s/ *James B. Irwin* <br> James B. Irwin | Andrew K. Solow <br> Steven Glickstein <br> ARNOLD & PORTER KAYE SCHOLER LLP <br> 250 West 55th Street |

4

Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC*

New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com


BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Lindsey C Boney IV*
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
lboney@bradley.com


CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of August, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system and a copy of the proposed documents to be placed under seal sent to Plaintiffs' Liaison Counsel by email transmission.

*/s/      John F. Olinde*