UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION:   L |
| | JUDGE:  ELDON E. FALLON |
| I.  *Barbara Floyd v. Janssen R&D, LLC, et al.*, No. 2:17-cv-01205; <br> II.  *Dovey Hundley on behalf of the Estate of Pamela Jane Hundley v. Janssen R&D, LLC, et al.*, No. 2:16-cv-17544; <br> III.  *Betty Kennedy on behalf of the Estate of Maurice Kennedy v. Janssen R&D, LLC, et al.*, No. 2:17-cv-00361 | MAGISTRATE JUDGE MICHAEL NORTH |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION
FOR ORDER TO SHOW CAUSE**

COME NOW, Plaintiffs in the above-listed causes of action, by and through their undersigned counsel, who respond to Defendants' Motion for Order to Show Cause (doc. no. 7241-2) as follows.

**I.    *Barbara Floyd v. Janssen R&D, LLC, et al.*, No. 2:17-cv-01205**

1. Plaintiff opposes Defendants' Motion for Order to Show Cause for failure to provide a declaration signed by the Plaintiff, Xarelto user, or Xarelto user's representative.

2. On February 10, 2017 the undersigned filed Plaintiff's complaint in good faith reliance on Plaintiff's representations and medical records demonstrating her

1

      Xarelto use and subsequent injury; and thereafter completed and uploaded a fact sheet without verification to MDL centrality.

3. Ms. Floyd had become unresponsive to counsel's attempts to contact her, and on March 31, 2017 counsel learned that Ms. Floyd had passed away.

4. On June 5, 2017 Defendants issued Plaintiff a deficiency notice stating Plaintiff failed to provide a declaration signed by the Plaintiff, Xarelto user, or Xarelto user's representative.

5. Despite diligent search, counsel has been unable to locate a candidate to serve as representative of Plaintiff's estate.

6. Counsel respectfully requests an additional 60 days to locate Plaintiff's personal representative and provide a signed declaration.

II. *Dovey Hundley on behalf of the Estate of Pamela Jane Hundley v. Janssen R&D, LLC, et al.*, **No. 2:16-cv-17544**

1. Plaintiff Dovey Hundley opposes Defendants' Motion for Order to Show Cause for failure to prove Xarelto use.

2. Plaintiff's Complaint was filed on December 16, 2016 and Plaintiff subsequently completed and uploaded a fact sheet to MDL Centrality.

3. On March 17, 2017 Defendants issued a deficiency notice for Plaintiffs' fact sheet for failure to provide records demonstrating Xarelto use.

4. Plaintiff has been diligently attempting to locate additional records that evidence Pamela Hundley's Xarelto use.

5. Plaintiff respectfully requests an additional sixty (60) days to obtain records evidencing Xarelto use and cure the deficiency.

III. *Betty Kennedy on behalf of the Estate of Maurice Kennedy v. Janssen R&D, LLC, et al.*, **No. 2:17-cv-00361**

1. Plaintiff opposes Defendants' Motion for Order to Show Cause for failure to provide medical records demonstrating alleged injury and proof of Xarelto use.

2. On January 13, 2017, the undersigned filed Plaintiff's complaint in good faith reliance on Plaintiff's representations that the deceased was prescribed Xarelto and subsequently suffered internal bleeding. Plaintiff thereafter completed and uploaded a fact sheet to MDL Centrality.

3. Defendants issued a deficiency notice on March 22, 2017 alleging failure to provide medical records demonstrating alleged injury and proof of Xarelto use.

4. Despite our best efforts to investigate Plaintiff's claim, we have been unable to locate records evidencing the Deceased's Xarelto use and subsequent injury.

5. Plaintiff respectfully requests an additional sixty days to examine her options for resolution of the deficiency.

Respectfully submitted,

Dated:  August 18, 2017  **GRANT & EISENHOFER P.A.**

By*:*  /s/ Thomas V. Ayala
Jay W. Eisenhofer
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY  10017
Telephone: 646-722-8500
Facsimile:  646-722-8501
jeisenhofer@gelaw.com

M. Elizabeth Graham
Thomas V. Ayala
Samantha Mertz
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax:  (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com
smertz@gelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Response to Defendants' Motion for Order to Show Cause has contemporaneously with or before filing before been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana  and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Thomas V. Ayala
Thomas V. Ayala, Esquire