UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| *Margaret Hunter, Individually and on behalf of the Estate of Kelley Cox v. Janssen R&D, LLC, et al.*, No. 2:17-cv-00469 | MAGISTRATE JUDGE MICHAEL NORTH |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION
FOR ORDER TO SHOW CAUSE**

COMES NOW, Plaintiff in the above-listed cause of action, by and through her undersigned counsel, who responds to Defendants' Motion for Order to Show Cause (doc. no. 7240) as follows.

**I.** *Margaret Hunter, Individually and on behalf of the Estate of Kelley Cox v. Janssen R&D, LLC, et al.*, **No. 2:17-cv-00469**

1. Plaintiff opposes Defendants' Motion for Order to Show Cause for failure to submit a plaintiff fact sheet.

2. Prior to filing the complaint, Kelley Cox passed away and Counsel located Plaintiff's personal representative; however the representative has been unresponsive to contact attempts since December of 2016.

1

3. On February 10, 2017 the undersigned filed Plaintiff's complaint in good faith reliance on the Deceased's representations that she was prescribed and treated with Xarelto and suffered subsequent injury.

4. On May 4, 2017 Defendants issued Plaintiff a deficiency notice for failure to submit a plaintiff fact sheet.

5. Despite our best efforts, Counsel has been unable to obtain compliance from Plaintiff's personal representative and is unable to take further steps necessary to obtain the information necessary to complete a fact sheet.

Respectfully submitted,

Dated:  August 18, 2017      **GRANT & EISENHOFER P.A.**

By*:*   /s/ Thomas V. Ayala
Jay W. Eisenhofer
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY  10017
Telephone: 646-722-8500
Facsimile:  646-722-8501
jeisenhofer@gelaw.com

M. Elizabeth Graham
Thomas V. Ayala
Samantha Mertz
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax:  (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com
smertz@gelaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Response to Defendants' Motion for Order to Show Cause has contemporaneously with or before filing before been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                          /s/ Thomas V. Ayala
                          Thomas V. Ayala, Esquire