UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 14MD2595<br><br>SECTION L (5)<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**

*Julia Butler, Independent Executor of the Estate of Richard Butler, deceased vs. Bayer AG, et al.,* **17-cv-7158.**

### *EX PARTE* MOTION FOR EXTENSION OF TIME

**NOW INTO COURT** come Defendants, John Glynn, DO, Northwestern Medical Faculty Foundation, d/b/a Northwestern Medical Group, and Northwestern Memorial Hospital (hereinafter collectively referred to as "Defendants"), who move, pursuant to Local Rule 7.8, for an Order extending the time within which they must file responsive pleadings for a period of 21 days, or until September 8, 2017, upon showing that (1) Defendants require additional time to formulate a response; (2) Defendants have not received a previous extension of time to plead in this Court; and (3) Plaintiff has not filed an objection to an extension of time.

Respectfully submitted,

**FRILOT L.L.C.**

*/s/ John J. Hainkel, III*
JOHN J. HAINKEL, III – 18246
KELLY L. LONG – 34945
3700 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3600
T: (504) 599-8000; F: (504) 599-8100
Email:  jhainkel@frilot.com
     klong@frilot.com
**Counsel for John Glynn, DO, Northwestern Medical Faculty Foundation, d/b/a Northwestern Medical Group, and Northwestern Memorial Hospital**

## CERTIFICATE OF SERVICE

I hereby certify this 18th day of August, 2017, that I electronically filed the foregoing pleading with the Clerk of Court using CM/ECF, which will send notification of such filing to all enrolled counsel of record.

*/s/ John J. Hainkel, III*

2