UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: XARELTO PRODUCTS LIABILITY LITIGATION

MDL

NO. 2592

REF: C.A. 15-3469 - Mingo v. Janssen, et al

SECTION: L (5)

## CERTIFICATION OF TRIAL EXHIBITS

Undersigned counsel have reviewed all of the exhibits in the possession of the Court and certify that these comprise all of the exhibits admitted into evidence by the Court during the course of the trial. Said exhibits, excluding any proffers, will be sent to the jury for use in their deliberations.

Jackson, Mississippi, this __18th__ day of __August__, 2017

_____
Counsel for Plaintiffs

_____
Counsel for Defendants