MINUTE ENTRY
FALLON, J.
AUGUST 18, 2017

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| REF: C.A. 15-3469 – Mingo v. Janssen, et al | SECTION: L (5) |
| BEFORE JUDGE ELDON E. FALLON<br>Case Manager: Dean Oser<br>Court Reporter: Cathy Pepper/Toni Tusa | Friday, August 18, 2017, <u>8:50am</u><br>(Continued from Thursday, 8/17/17) |

Appearances:   Andy Birchfield, Esq., Jerry Meunier, Esq., Brad Honnold, Esq., Emily Jeffcott, Esq., Bubba Morrison, Esq., Fred Longer, Esq. for Plaintiff
Lynn Pruitt, Esq., and Walter Johnson, Esq., for Bayer Defendants
Richard Sarver, Esq. for Janssen Defendants
Lyndsey Boney, IV, Esq. and Steve Glickstein, Esq., for Defendants

<u>JURY TRIAL</u>
<u>Defendants' Witnesses:</u>

Out of the presence of the Jury, the parties' objections to the jury charges were addressed by the Court.

Jury returns
Closing Arguments began.
Jury charged and instructed by Court.

Jury retires for deliberation at 12:21pm

Jury returned from deliberations at 3:53pm

VERDICT: - See verdict form
The Court orders that the verdict be entered into the record and be made judgment of the Court.

The Jury is thanked and excused.
Court adjourned


JS10:   3:15