UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: XARELTO PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

REF: C.A. 15-3469 – Mingo, et al v. Janssen, et al

SECTION: L (5)

ORDER

IT IS ORDERED that the clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above numbered and entitled case.

IT IS FURTHER ORDERED that the clerk pay to STEVE'S, the sum of $111.82, for LUNCH provided for the jury in this matter on August 18, 2017.

New Orleans, Louisiana, this __18th__ day of August, 2017.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE