# Steve's | Congress

Order #15-668      Aug 18, 2017, 12:32 PM
Sale      Served by Steve

Transaction #09065415081 81711732

| Item | Price |
|---|---|
| 1 x Delivery (Address) | 0.00 T |
| 1 x Chicken Salad Royale (Pasta Salad, Croissant) | 9.75 T |
| 4 x Tea Sweet (1.89) | 7.56 T |
| 1 x Toffee Chip | 1.85 T |
| 1 x Chicken Club Wrap (Fruit Cup, Tomato Wrap) | 9.35 T |
| 2 x Peanut Butter (1.85) | 3.70 T |
| 1 x French Dip (Fruit Cup, Hoagie) | 11.00 T |
| 1 x Chess Square | 3.25 T |
| 1 x Cubano (Pasta Salad, Hoagie) | 10.00 T |
| no Dressing | 0.00 |
| 1 x Chocolate Chip | 1.85 T |
| 1 x Grilled Pimento Cheese (Focaccia, Fruit Cup) | 7.45 T |
| 2 x Bread Pudding (3.25) | 6.50 T |
| 1 x French Dip (Sea Salt Chips, Hoagie) | 11.00 T |
| 1 x Metro Chicken Salad (Croissant) | 6.75 T |
| 1 x Side Chips (Sea Salt) | 1.50 T |
| 1 x Fountain Drink | 1.89 T |
| 1 x Misc Non-Taxable | 10.00 |

| | |
|---|---|
| Subtotal | 103.40 |
| Tax | 8.42 |
| **Total** | **111.82** |

125 South Congress St
Capital Towers
Jackson, MS 39201
United States
601-969-1119
stevesdowntown@gmail.com

www.stevesdowntown.com

Thanks for your business!