## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

|  |  |  |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | **MDL NO. 2592**  **SECTION: L**  **JUDGE ELDON E. FALLON**  **MAG. JUDGE NORTH** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
   *Dora Mingo v. Janssen Research &*
   *Development, LLC, et al.*
   Case No. 2:15-cv-03469

## - JURY VERDICT FORM -

### QUESTION #1

Do you find by a preponderance of the evidence that Xarelto either proximately caused or substantially contributed to Ms. Dora Mingo's G.I. bleed?

YES   NO _____

➤ *If you answered "yes" to this question, please proceed to Question #2.*

➤ *If you answered "no" to this question, please skip all remaining questions, date and sign this verdict form where indicated on the last page, and inform the Marshal that you have reached a verdict.*

### QUESTION #2

Do you find by a preponderance of the evidence that the Defendants failed to provide to Dr. Renie Jordan adequate instructions for the safe use of Xarelto?

YES _____  NO 

➤ *If you answered "yes" to this question, please proceed to Question #3.*

➤ *If you answered "no" to this question, please proceed to Question #4.*

## QUESTION #3

Do you find by a preponderance of the evidence that the Defendants' failure to provide adequate instructions to Dr. Jordon either proximately caused or substantially contributed to Ms. Dora Mingo's G.I. bleed?

YES _____     NO _____

> *Please proceed to Question #4.*

## QUESTION #4

Do you find by a preponderance of the evidence that Xarelto had a defective design at the time it left Defendants' control?

YES _____     NO _____

> *If you answered "yes" to this question, please proceed to Question #5.*

> *If you answered "no" to this question and "yes" to Question #3, please proceed to Question #6.*

> *If you answered "no" to this question and "no" to Question #2 or Question #3, please skip all remaining questions, date and sign this verdict form where indicated on the last page, and inform the Marshal that you have reached a verdict.*

## QUESTION #5

Do you find by a preponderance of the evidence that Xarelto's defective design either proximately caused or substantially contributed to Ms. Dora Mingo's G.I. bleed?

YES _____     NO _____

> *If you answered "yes" to this question, please proceed to Question #6.*

> *If you answered "no" to this question and "yes" to Question #3, please proceed to Question #6.*

> *If you answered "no" to this question and "no" to Question #2 or Question #3, please skip the remaining question, date and sign this verdict form where indicated on the last page, and inform the Marshal that you have reached a verdict.*

**QUESTION #6**

What amount do you find, by a preponderance of the evidence, is appropriate to fairly and adequately compensate Ms. Dora Mingo for her injuries?

Past Physical Pain and Suffering          $ _____
and Mental Anguish

Medical Expenses                          $ _____

**TOTAL** (add amounts above)              $ _____

➤ *Please date and sign this verdict form where indicated on the last page and inform the Marshal that you have reached a verdict.*

Jackson, Mississippi, this _____ day of August, 2017.

JURY FOREPERSON

3