UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | |
| TERRY HAILEY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JANE WORKS<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br><br>Defendant(s) | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO THIS DOCKET ONLY<br><br>CIVIL ACTION NO. 2:15-cv-04710 |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Terry Hailey, individually and as Representative of the Estate of Jane Works, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:15-cv-04710 only.  This stipulation shall not affect the lawsuit filed by Terry Hailey, individually and as Personal Representative of the Estate of Jane Works, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-14094. All parties shall bear their own costs.

| | |
|---|---|
| **SANDERS PHILLIPS GROSSMAN, LLC**<br>By: /s/ Randi Kassan<br>　　Randi Kassan, Esq.<br>　　100 Garden City Plaza, Suite 500<br>　　Garden City, NY 11530<br>　　P: (516) 741-5600<br>　　F: (516) 741-0128<br>　　mgrossman@thesandersfirm.com<br>　　rkassan@thesandersfirm.com<br><br>*Attorneys for Plaintiff*<br>*TERRY HAILEY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JANE WORKS*<br><br>Dated: August 21, 2017 | **Drinker, Biddle & Reath, LLP**<br>By: /s/ Susan Sharko<br>　　Susan Sharko<br>　　600 Campus Dr.<br>　　Florham Park, NJ 07932<br>　　P: (973) 549-7000<br>　　Susan.Sharko@DBR.COM<br><br>*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson and Johnson*<br><br>Dated:  August 21, 2017<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>By: /s/ Andrew K. Solow<br>　　Andrew K. Solow<br>　　250 West 55th Street<br>　　New York, New York 10019-9710<br>　　Telephone: (212) 836-8000<br>　　Facsimile: (212) 836-8689<br>　　William Hoffman<br>　　601 Massachusetts Ave., NW<br>　　Washington, D.C. 20001<br>　　Telephone: (202) 942-5000<br>　　Facsimile: (202) 942-5999<br>　　andrew.solow@apks.com<br>　　william.hoffman@apks.com<br><br>*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*<br><br>Dated:  August 21, 2017 |