UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | |
| LISA SWIHART, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BERT SWIHART<br><br>    Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br><br>    Defendant(s) | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO THIS DOCKET ONLY<br><br>CIVIL ACTION NO. 2:15-cv-04707 |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Lisa Swihart, individually and as representative of the estate of Bert Swihart, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:15-cv-04707 only. This stipulation shall not affect the lawsuit filed by Dawn Swihart, individually and o/b/o Bert Swihart, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-14268. All parties shall bear their own costs.

**SANDERS PHILLIPS GROSSMAN, LLC**
By: /s/ Randi Kassan
    Randi Kassan, Esq.
    100 Garden City Plaza, Suite 500
    Garden City, NY 11530
    P: (516) 741-5600
    F: (516) 741-0128
    mgrossman@thesandersfirm.com
    rkassan@thesandersfirm.com

*Attorneys for Plaintiff*
*LISA SWIHART, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BERT SWIHART*

Dated: August 21, 2017

**Drinker, Biddle & Reath, LLP**
By: /s/ Susan Sharko
    Susan Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    P: (973) 549-7000
    Susan.Sharko@DBR.COM

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson and Johnson*

Dated:  August 21, 2017

**ARNOLD & PORTER KAYE SCHOLER LLP**
By: /s/ Andrew K. Solow
    Andrew K. Solow
    250 West 55th Street
    New York, New York 10019-9710
    Telephone: (212) 836-8000
    Facsimile: (212) 836-8689
    William Hoffman
    601 Massachusetts Ave., NW
    Washington, D.C. 20001
    Telephone: (202) 942-5000
    Facsimile: (202) 942-5999
    andrew.solow@apks.com
    william.hoffman@apks.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

Dated:  August 21, 2017