UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) } MDL No. 2592
PRODUCTS LIABILITY LITIGATION }
} SECTION: L
} JUDGE FALLON
} MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:
Crockett, et al. v. Janssen Research & Development LLC, et al.

Civil Action No.: - 2:17-cv-07569

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    COMES NOW, Michael A. London of Douglas & London, P.C., and formally enters his appearance of counsel for Plaintiffs listed in Appendix A.

Dated: August 22, 2017

Respectfully submitted,

_____
Michael A. London (ML-7510)
DOUGLAS AND LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
Tel.: 212-566-7500
Fax.: 212-566-7501

*Attorney for Plaintiffs*

## CERRTIFICATION OF SERVICE

I hereby certify that on August 22, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

_____
Michael A. London