**Appendix A**

*THOMAS BLAXTON v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*DONNA DOWNING v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*JOHN SHELTON v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*GERARD KINANE v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*LOUIS ONISHEA v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*MYRA STEINBRINK v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*FRANKLIN BARRELL v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*CHARLES BUFFA v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*WILFRED DEROSIER v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*JAMES MOSLEY v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*JOHN SILLER v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*HELEN STAUDINGER v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*LIONEL ZEPEDA v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*STEPHEN BEASLEY v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*ANA RIMOLI v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*ANTHONY RUSSO v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*SIDNEY YOUNG v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*CHERYL MCCLESKEY v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*WINOLA SWINKS v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*NANCY BATHEN v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*MARVIN SMITH v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*BOOTH KILFOYLE v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*ETHEL GUY v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*BRENDA HERDERHORST v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*PETER GNAM v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

CATHERINE MCGHEE *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

ANGELA MAYS *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

BETTY TIBBS *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

JOHN CONNELL *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

MICHAEL ENTWISLE *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

THOMAS HAPP *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

MINA ROBERTSON *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

ARTHUR SIECK *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

JUDITH WALSH *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

TODD HICKS *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

PRUDENCIA LAQUE *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

MARLENE NEWMAN *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

MARVIN PASHUKEWICH *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

THERESA SIEGEL *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

RISHANDA RICHARDSON *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

TABITHA COLEMAN *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

SHONE DRONES *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

SHERRY THOMPSON *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

IDA BURDICK *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

ALICE FORBES *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

FRANCES LACKEY *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

SHARON RUSSELL *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

FRANK SMITH *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

JEANETTE DUPREE *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

LAURA NARDONE *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

BYRDIE SANDERS *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

BRENDA SUTTON *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

NELLIE SWAFFORD v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

NELLIE PITTS v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

CLIFFORD WILSON v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

THOMAS LUCKMAN v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

RONALD CALES v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

MARY HALL v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

DIANNA ROWDEN v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

RICHARD RUSSELL v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

WILLIAM SHEETS v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

JOYCE LUCAS v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

EUNA ROBINSON v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

LOUIS IANNUCCILLI v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

YSABEL MEDINA v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

CHRISTOPHER HAMILTON v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

JALEESA MATTHEWS v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

CHARLES SMITH v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

JUDITH THACKER v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

DAVID DONALD v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

MAUDE SAUNDERS v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

PHILIP BLACKWELL v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

GRACE DRISDLE v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

OMA WILLIS v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

BRICE REYNOLDS v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

CAROLYN THORBS v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

FRAUKE RAHMEL v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569

LOIS BOND v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569