UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*Mingo v. Janssen Research & Development, LLC, et al.*

## ORDER

A jury trial in the above captioned case occurred in the Southern District of Mississippi from August 7, 2017 to August 18, 2017.  The Court had addressed the following motions either in prior rulings or during trial.  Accordingly, the following motions are hereby **DISMISSED AS MOOT**:  Rec. Docs. 7305, 7306, 7307, 7318, 7361 & 7375.

New Orleans, Louisiana, this 22nd date of August, 2017.

_____
**ELDON E. FALLON**
United States Distrct Judge