UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | : | |
|---|---|---|
| IN RE: XARELTO (RIVOROXABAN) | : | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | Section: L |
| | : | Judge Fallon |
| | : | Mag. Judge North |
| | : | |

**THIS DOCUMENT RELATES TO:**

*Jessie Barrs v. Janssen Research & Development LLC, et al.* **(Case No. 2:17-cv-4797)**

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Jessie Barrs, hereby dismisses all claims in this matter with prejudice against Defendants in this action only, Civil Action No. 2:17-cv-4797. This stipulation shall not, in any way, affect or impact the lawsuit filed by Jessie Barrs currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Action No. 2:15-cv-3802. All parties shall bear their own costs.

Dated:  August 23, 2017            Respectfully submitted,

                                                     By:     /s/ *Roger C. Denton*
                                                           Roger C. Denton, Esq. (MO # 30292)
                                                           Ashley Brittain Landers, Esq. (MO # 62763)
                                                           SCHLICHTER, BOGARD & DENTON
                                                           100 South 4th Street
                                                           Saint Louis, MO 63102
                                                           Telephone:  (314) 621-6115
                                                           Facsimile:   (314) 621-7151
                                                           rdenton@uselaws.com
                                                           abrittain@uselaws.com

                                                           *ATTORNEYS FOR PLAINTIFFS*

By: /s/ *Susan M. Sharko*
Susan M. Sharko
DRINKER BIDDLE & REATH
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7000
Facsimile: (873) 360-9831
susan.sharko@dbr.com

*ATTORNEYS FOR DEFENDANTS JANSSEN PHARMACEUTICALS, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, JANSSEN ORTHO, LLC, and JOHNSON & JOHNSON*

By: /s/ *Andrew K. Solow*
Andrew K. Solow
ARNOLD & PORTER KAYE SCHOLER
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@apks.com

*ATTORNEYS FOR DEFENDANTS BAYER HEALTHCARE PHARMACEUTICAL INC. AND BAYER PHARMA AG*

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2120
jirwin@irwinllc.com
kmoore@irwinllc.com

*LIASION COUNSEL FOR DEFENDANTS*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed electronically with the United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of record this 23rd day of August, 2017 by way of the Court's CM/ECF System.

                                                             /s/ *Roger C. Denton*