UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 <br> * <br> * SECTION: L <br> * <br> * JUDGE: ELDON E. FALLON <br> * MAG. JUDGE: MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Michael Lanier, et al. v. Janssen Research & Development LLC, et al., Case No. 2:17-cv-04497*

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW Plaintiff, Michael Lanier, as administrator on behalf of his deceased mother, Jean Ardyth Lanier, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves this Court for leave to amend the Complaint filed in these actions.[1]

Plaintiff's original Complaint was filed on May 2, 2017, (*Michael Lanier, et al. v. Janssen Research & Development LLC, et al., Case No. 2:17-cv-04497*) and, pursuant to streamlined service procedures articulated in PTO No. 10, Plaintiff served all defendants. Shortly thereafter, counsel became aware that the Plaintiff's alleged injury date updated with the year "2017," rather than the correct year of "2014" and paragraph numbers were incorrect following the first section of the Complaint. Thus, Plaintiff's proposed amendment would correct this error by updating paragraph numbers and revising the alleged injury date in their complaint; specifically, to paragraph No. 17.[2]

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense has no opposition.
[2] In Plaintiff's original Complaint, the revision would be made to paragraph No. 5, but for the renumbering of selected paragraphs in the Amended Complaint.

Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion. Further, defendants will not be prejudiced by Plaintiff's amended complaint.[3]  For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

                        Respectfully submitted,

                        /s/ *Anthony D. Irpino*
                        ANTHONY D. IRPINO (#24727)
                        LOUISE C. HIGGINS (#31780)
                        KACIE F. GRAY (#36476)
                        Irpino Law Firm
                        2216 Magazine St.
                        New Orleans, Louisiana 70130
                        Telephone: (504) 525-1500
                        Facsimile: (504) 525-1501
                        airpino@irpinolaw.com
                        lhiggins@irpinolaw.com
                        kgray@irpinolaw.com

                        ATTORNEYS FOR PLAINTIFFS

---

[3] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Motion was served upon all parties of record electronically by CM/ECF, on August 23, 2017.

                                            Respectfully submitted,

                                            /s/ ***Anthony D. Irpino***
                                            ANTHONY D. IRPINO (#24727)
                                            LOUISE C. HIGGINS (#31780)
                                            KACIE F. GRAY (#36476)
                                            Irpino Law Firm
                                            2216 Magazine St.
                                            New Orleans, Louisiana 70130
                                            Telephone: (504) 525-1500
                                            Facsimile: (504) 525-1501
                                            airpino@irpinolaw.com
                                            lhiggins@irpinolaw.com
                                            kgray@irpinolaw.com

                                            ATTORNEYS FOR PLAINTIFFS