# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          * MDL NO. 2592
PRODUCTS LIABILITY LITIGATION         *
                                      * SECTION: L
                                      *
                                      * JUDGE: ELDON E. FALLON
                                      * MAG. JUDGE: MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

*Michael Lanier, et al. v. Janssen Research & Development LLC, et al., Case No. 2:17-cv-04497*

## <u>ORDER</u>

Plaintiff, by designated attorneys, has filed a Motion for Leave to File an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

This Court, having considered Plaintiff's motion, finds that Plaintiff has demonstrated that justice so requires the grant of leave to file the proposed amended complaint. Therefore, Plaintiff's motion is granted.

**SO ORDERED** that Plaintiff's Amended Complaints and Demands for Jury Trial be filed with the Clerk of the Court and served within _____ days of the date of this Order; **SO ORDERED**, this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE