# PATBERG, CARMODY & GING

## ATTORNEYS AT LAW

PITTSBURGH OFFICE:

DEUTSCHTOWN CENTER
801 VINIAL STREET
THIRD FLOOR
PITTSBURGH, PA 15212
(412) 232-3500
FAX: (412) 281-8656

*ROLF LOUIS PATBERG*
*TERRENCE M. GING*
*SEAN J. CARMODY*
*CYNTHIA L. O'DONNELL*

OFFICES IN:

BRIDGEVILLE
FRANKLIN PARK
MURRYSVILLE

WWW.PCGLAWFIRM.COM

July 28, 2016

**Via Certified U.S. Mail**
Bayer Pharma AG
100 Bayer Road
Pittsburgh, PA 15205

      Re:    **Dale Stein and Marlene Stein, his wife, v. Janssen Research & Development, LLC, et al.**
             **No.: 16-1119**

Dear Ladies and Gentlemen:

    Please be advised that this law firm represents Dale Stein and Marlene Stein, his wife, in the above-captioned matter filed in the United States District Court for the Western District of Pennsylvania.

    In connection with the same, please find enclosed a Notice of Lawsuit and Request to Waive Service of Summons, two (2) Waivers of the Service of Summons, and a copy of the Complaint filed. Kindly forward these items to your attorney at once.

    Pursuant to the Federal Rules of Civil Procedure, I am forwarding the enclosed items to you to advise that a lawsuit has been filed against you. If you agree to accept service of the Summons and Complaint, kindly sign the enclosed Waivers and return one (1) of them to me in the enclosed self-addressed, stamped envelope for filing with the Clerk of Courts and keep the other signed Waiver for your records.

    Thank you for your attention in this regard.

                                       Very truly yours,

                                       Rolf Louis Patberg

RLP/cag

Enclosures



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

DALE STEIN and MARLENE STEIN, his wife

*Plaintiff(s)*

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, ET AL.

*Defendant(s)*

Civil Action No. 16-1119

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bayer Pharma AG
100 Bayer Road
Pittsburgh, PA 15205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rolf Louis Patberg, Esquire
Patberg, Carmody & Ging
801 Vinial Street - Third Floor
Pittsburgh, PA 15212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

07 26 2016

Date

*Michael J. Lutz*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| Dale Stein and Marlene Stein, his wife ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 16-1119 |
| Janssen Research & Development, LLC, et al. ) | |
| *Defendant* ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Bayer Pharma AG

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within  30  days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   07/28/2016

/s/ Rolf Louis Patberg, Esquire
*Signature of the attorney or unrepresented party*

Rolf Louis Patberg, Esquire
*Printed name*

801 Vinial Street - Third Floor
Pittsburgh, PA 15212
*Address*

rpatberg@patbergcarmodyging.com
*E-mail address*

412-232-3500
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| Dale Stein and Marlene Stein, his wife </br>*Plaintiff*</br>v.</br>Janssen Research & Development, LLC, et al.</br>*Defendant* | )</br>)</br>) Civil Action No. 16-1119</br>)</br>) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Bayer Pharma AG
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 07/28/2016

/s/ Rolf Louis Patberg, Esquire
*Signature of the attorney or unrepresented party*

Rolf Louis Patberg, Esquire
*Printed name*

801 Vinial Street - Third Floor
Pittsburgh, PA 15212
*Address*

rpatberg@patbergcarmodyging.com
*E-mail address*

412-232-3500
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| Dale Stein and Marlene Stein, his wife<br>*Plaintiff*<br>v.<br>Janssen Research & Development, LLC, et al.<br>*Defendant* | )<br>)<br>)  Civil Action No. 16-1119<br>)<br>) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Rolf Louis Patberg, Esquire
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____07/28/2016_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____                                                    _____
                                                                          *Signature of the attorney or unrepresented party*

         Bayer Pharma AG                                                  _____
*Printed name of party waiving service of summons*                                      *Printed name*

                                                                          _____
                                                                                        *Address*

                                                                          _____
                                                                                    *E-mail address*

                                                                          _____
                                                                                    *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

Dale Stein and Marlene Stein, his wife )
      *Plaintiff* )
    v. ) Civil Action No. 16-1119
Janssen Research & Development, LLC, et al. )
      *Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To: Rolf Louis Patberg, Esquire
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

 I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

 I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

 I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

 I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from   07/28/2016  , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

Bayer Pharma AG
*Printed name of party waiving service of summons*

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

 Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

 "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

 If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

 If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# PATBERG, CARMODY & GING

## ATTORNEYS AT LAW

PITTSBURGH OFFICE:

DEUTSCHTOWN CENTER
801 VINIAL STREET
THIRD FLOOR
PITTSBURGH, PA 15212
(412) 232-3500
FAX: (412) 281-8656

ROLF LOUIS PATBERG
TERRENCE M. GING
SEAN J. CARMODY
CYNTHIA L. O'DONNELL

OFFICES IN:

BRIDGEVILLE
FRANKLIN PARK
MURRYSVILLE

WWW.PCGLAWFIRM.COM

July 28, 2016

**Via Certified U.S. Mail**
Bayer Healthcare Pharmaceuticals, Inc.
100 Bayer Road
Pittsburgh, PA 15205

> Re: **Dale Stein and Marlene Stein, his wife, v. Janssen Research & Development, LLC, et al.**
> No.: **16-1119**

Dear Ladies and Gentlemen:

Please be advised that this law firm represents Dale Stein and Marlene Stein, his wife, in the above-captioned matter filed in the United States District Court for the Western District of Pennsylvania.

In connection with the same, please find enclosed a Notice of Lawsuit and Request to Waive Service of Summons, two (2) Waivers of the Service of Summons, and a copy of the Complaint filed. Kindly forward these items to your attorney at once.

Pursuant to the Federal Rules of Civil Procedure, I am forwarding the enclosed items to you to advise that a lawsuit has been filed against you. If you agree to accept service of the Summons and Complaint, kindly sign the enclosed Waivers and return one (1) of them to me in the enclosed self-addressed, stamped envelope for filing with the Clerk of Courts and keep the other signed Waiver for your records.

Thank you for your attention in this regard.

Very truly yours,

*Rolf Louis Patberg /cag*

Rolf Louis Patberg

RLP/cag

Enclosures

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

DALE STEIN and MARLENE STEIN, his wife

*Plaintiff(s)*

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, ET AL.

*Defendant(s)*

Civil Action No. 16-1119

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bayer Healthcare Pharmaceuticals, Inc.
100 Bayer Road
Pittsburgh, PA 15205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rolf Louis Patberg, Esquire
Patberg, Carmody & Ging
801 Vinial Street - Third Floor
Pittsburgh, PA 15212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

07/26/2016

Date

*Michael J. Lutz*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

Dale Stein and Marlene Stein, his wife )
      *Plaintiff* )
v. )   Civil Action No.  16-1119
Janssen Research & Development, LLC, et al. )
      *Defendant* )

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Bayer Healthcare Pharmaceuticals, Inc.
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:   07/28/2016

                                                  /s/ Rolf Louis Patberg, Esquire
                                             *Signature of the attorney or unrepresented party*

                                             Rolf Louis Patberg, Esquire
                                                  *Printed name*
                                          801 Vinial Street - Third Floor
                                             Pittsburgh, PA  15212

                                                       *Address*

                                         rpatberg@patbergcarmodyging.com
                                                   *E-mail address*

                                                   412-232-3500
                                                    *Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

Dale Stein and Marlene Stein, his wife )
    *Plaintiff* )
v. ) Civil Action No. 16-1119
Janssen Research & Development, LLC, et al. )
    *Defendant* )

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Bayer Healthcare Pharmaceuticals, Inc.
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 07/28/2016

/s/ Rolf Louis Patberg, Esquire
*Signature of the attorney or unrepresented party*

Rolf Louis Patberg, Esquire
*Printed name*

801 Vinial Street - Third Floor
Pittsburgh, PA 15212
*Address*

rpatberg@patbergcarmodyging.com
*E-mail address*

412-232-3500
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| Dale Stein and Marlene Stein, his wife <br> *Plaintiff* <br> v. <br> Janssen Research & Development, LLC, et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 16-1119 <br> ) <br> ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Rolf Louis Patberg, Esquire
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____07/28/2016_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

Bayer Healthcare Pharmaceuticals, Inc.
*Printed name of party waiving service of summons*

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| Dale Stein and Marlene Stein, his wife  )<br>*Plaintiff*  )<br>v.  )<br>Janssen Research & Development, LLC, et al.  )<br>*Defendant*  ) | Civil Action No. 16-1119 |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Rolf Louis Patberg, Esquire
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____07/28/2016_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

Bayer Healthcare Pharmaceuticals, Inc.
*Printed name of party waiving service of summons*

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.