| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _S. Chamberlain_ ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery<br>CHAMBERLAIN   7-29-16 |
| 1. Article Addressed to:<br><br>Bayer Healthcare Pharmaceuticals, Inc.<br>100 Bayer Road<br>Pittsburgh, PA  15205<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9403 0674 5196 9455 82 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>     7011 3500 0001 5583 7248 | |

PS Form **3811**, April 2015 PSN 7530-02-000-9053     Domestic Return Receipt

**PLAINTIFF'S EXHIBIT 2**