# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DALE STEIN and MARLENE STEIN, his wife, | Civil Action No.: MDL No. 2592 |
| Plaintiffs, | Section L |
| v. | Member Case No.: 2:16-CV-13857 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC and JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG, AND BAYER AG, | |
| Defendants. | |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2017 it is hereby

ORDERED, ADJUDGED and DECREED that Plaintiffs, Dale Stein and Marlene Stein, his wife, are granted an additional 60-day extension of time from the date of this Order in which to serve Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc. with a Summons and Complaint.

_____ J.
Honorable Eldon E. Fallon
United States District Judge