UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:** *Leroy Samples v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* **No. 2:17-cv-00641** | MDL No. 2592  SECTION: L  JUDGE: ELDON E. FALLON  MAG. JUDGE: MICHAEL NORTH |
|---|---|

**NOTICE OF DEATH OF PLAINTIFF**

COME NOW Counsel for Plaintiff Leroy Samples, and hereby notify the Court and the parties of the death of Plaintiff Leroy Samples. A copy of Mr. Samples' death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1. Counsel for Plaintiff anticipates that an estate will be opened and a motion for substitution will be filed in the coming months.

Respectfully submitted,                                        Dated: August 23, 2017

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**Attorneys for Plaintiff**

**Certificate of Service**

The undersigned hereby certifies the foregoing was filed with the Court on August 23, 2017 through the Court's CM/ECF system which will serve all counsel of record.
/s/ John S. Steward

1