**BUREAU FOR PUBLIC HEALTH - VITAL REGISTRATION**
**PHYSICIAN'S/MEDICAL EXAMINER'S CERTIFICATE OF DEATH**
ROOM 165, 350 CAPITOL STREET, CHARLESTON, WV 25301

TYPE/PRINT IN PERMANENT BLACK INK

STATE FILE NUMBER

**DECEDENT**

1. DECEDENT'S NAME (First, Middle, Last): Leroy Samples
2. SEX: M
3. DATE OF DEATH (Month, Day, Year): September 29, 201[6]
4. SOCIAL SECURITY NUMBER: [redacted]
5a. AGE-Last Birthday (Years): 77
6. DATE OF BIRTH: 1939
7. BIRTHPLACE: Huntington, WV
8. WAS DECEDENT EVER IN U.S. ARMED FORCES?: No
9a. PLACE OF DEATH: Residence (X)
9b. FACILITY NAME: [redacted]
9c. CITY, TOWN, OR LOCATION OF DEATH: Huntington
9d. COUNTY OF DEATH: Cabell
10. MARITAL STATUS: Married
11. SURVIVING SPOUSE: [redacted]
12a. DECEDENT'S USUAL OCCUPATION: Sales
12b. KIND OF BUSINESS/INDUSTRY: Automotive
13a. RESIDENCE—STATE: WV
13b. COUNTY: Cabell
13c. CITY, TOWN, OR LOCATION: Huntington
13d. STREET AND NUMBER: [redacted]
13e. INSIDE CITY LIMITS: Yes
13f. ZIP CODE: 25704
14. WAS DECEDENT OF HISPANIC ORIGIN?: No (X)
15. RACE: White
16. DECEDENT'S EDUCATION: Elementary School (0-12): 12

**PARENTS**

17. FATHER'S NAME: [redacted] Ryanhart
18. MOTHER'S NAME: [redacted] Stringer

**INFORMANT**

19a. INFORMANT'S NAME: [redacted] Samples
19b. MAILING ADDRESS: [redacted] Huntington, WV 25704

**DISPOSITION**

20a. METHOD OF DISPOSITION: Cremation (X)
20b. PLACE: Chapman's Mortuary Crematory
20c. LOCATION: Huntington, WV
21. SIGNATURE OF FUNERAL SERVICE LICENSEE: Donald M Wright
22. NAME AND ADDRESS OF FACILITY: Chapman's Mortuary Inc. 2851 3rd Ave Huntington WV 25702

**PRONOUNCING PHYSICIAN ONLY**

24. TIME OF DEATH: 4:14 PM
25. DATE PRONOUNCED DEAD: 9-29-16
26. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER?: No

**CAUSE OF DEATH**

27. PART I.
a. IMMEDIATE CAUSE: end stage COPD

PART II. Other significant conditions: CAD, [illegible] ANS, lung mass

28a. WAS AN AUTOPSY PERFORMED?: No

29. MANNER OF DEATH: Natural (X)

**CERTIFIER**

31a. CERTIFIER: CERTIFYING PHYSICIAN (X)
31b. SIGNATURE AND TITLE OF CERTIFIER: [signature]
31c. DATE SIGNED: 10/3/16
32. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH: Jacqueline N. Cole, MD. 1101 6th Ave. Huntington, WV 25701

**REGISTRAR**

33. REGISTRAR'S SIGNATURE:
34. DATE FILED:

FORM VS-002 (Rev. 12/2015)

STATE COPY