IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : : : : : : | MDL No. 2592 <br><br>SECTION L <br><br>JUDGE ELDON E. FALLON <br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL |

HELEN KOTCHEN – Civil Action No. 2:16-cv-15774
JIMMY O'NEAL – Civil Action No. 2:17-cv-914
REGINAL PETERS – Civil Action No. 2:16-cv-15011
DONALD ROYER – Civil Action No. 2:17-cv-916
TIMOTHY SULLIVAN – Civil Action No. 2:16-cv-15547

## MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

**TO THE HONORABLE JUDGE OF THIS COURT:**

PLEASE TAKE NOTICE that The Simon Law Firm, P.C. ("SLF"), by and through its undersigned counsel, respectfully moves this Court for entry of an order withdrawing attorney **Michael P. Kella, and substituting Amy Collignon Gunn as counsel** in the above referenced matter.

Accordingly, SLF respectfully requests that the Court enter an order withdrawing Michael P. Kella as counsel and substituting Amy Collignon Gunn as counsel.

/s/ Amy Collignon Gunn
Attorneys for Plaintiffs
MO Bar No. 45016
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
Email: *agunn@simonlawpc.com*

AND

/s/Michael P. Kella
Attorneys for Plaintiffs
MO Bar No. 64284
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
Email: mkella@simonlawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on this 24th day of August, 2017.

/s/Amy Collignon Gunn
Amy Collignon Gunn