IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 |
| | : |
| | : SECTION L |
| | : |
| | : JUDGE ELDON E. FALLON |
| | : |
| _____ | : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**   <u>MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL</u>

DONALD BEELER – Civil Action No. 2:15-cv-01070
SPURGEON CLARK – Civil Action No. 2:16-cv-01423
HOLLY GRAHAM – Civil Action No. 2:16-cv-01217
NORMA J. MATTHEWS OBO FREDDIE MATTHEWS – Civil Action No. 2:16-cv-01429
ROGER REED – Civil Action No. 2:16-cv-01422
ROBERT ROEPER – Civil Action No. 2:15-cv-00716
TILDA SPAULDING OBO SARAH TEDALDI – Civil Action No. 2:16-cv-01424
RAYMOND YOSTEN, SR. – Civil Action No. 2:16-cv-01428

## MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

**TO THE HONORABLE JUDGE OF THIS COURT:**

PLEASE TAKE NOTICE that The Simon Law Firm, P.C. ("SLF"), by and through its undersigned counsel, respectfully moves this Court for entry of an order withdrawing attorneys **Todd S. Hageman and Michael P. Kella, and substituting Amy Collignon Gunn as counsel** in the above referenced matter.

Accordingly, SLF respectfully requests that the Court enter an order withdrawing Todd S. Hageman and Michael P. Kella as counsel and substituting Amy Collignon Gunn as counsel.

/s/ Amy Collignon Gunn
Attorneys for Plaintiffs
MO Bar No. 45016
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101

Telephone: (314) 241-2929
Facsimile: (314) 241-2029
Email: *agunn@simonlawpc.com*

AND

/s/Todd S. Hageman
Attorneys for Plaintiffs
MO Bar No. 44770
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
Email: *thageman@simonlawpc.com*

AND

/s/Michael P. Kella
Attorneys for Plaintiffs
MO Bar No. 64284
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
Email: *mkella@simonlawpc.com*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on this 24th day of August, 2017.

/s/Amy Collignon Gunn
Amy Collignon Gunn