UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Gary Francis Gibson and Sallie Gibson v. Janssen Research & Development, LLC, et al; Case No. 2:15-cv-01874*

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiffs Gary Francis Gibson and Sallie Gibson respectfully move this court to substitute Sallie Gibson, the surviving spouse, as the Personal Representative for the Estate of Gary Francis Gibson, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Gary Francis Gibson's case was filed on or about June 1, 2015 (*Gary Francis Gibson and Sallie Gibson v. Janssen Research & Development, LLC, et al*; Case No. *2:15-cv-01874*).

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

    a. On or about June 17, 2015, Defendant Janssen Ortho was served by a process server with the Complaint and Summons.

    b. On or about June 17, 2015, Defendants Johnson & Johnson and Janssen Research & Development, LLC were served by a process server with the Complaint and Summons.

1

      c. On or about June 17, 2015, Defendant Janssen Pharmaceuticals, Inc. was served by a process server with the Complaint and Summons

      d. On or about June 17, 2015, Defendant Bayer Pharma AG was served by registered mail with the Complaint and Summons pursuant to PTO 10.

3. Subsequently, Plaintiffs' counsel was informed that Gary Francis Gibson passed away on or about April 20, 2017.

4. Gary Francis Gibson's action against Defendants survives his death and is not extinguished.

5. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about August 18, 2017 [Doc. 7208].

6. On or about April 26, 2017, Montgomery County, Ohio named Sallie Gibson as the informant and as the surviving spouse of decedent the Personal Representative for the Estate of Gary Francis Gibson.

7. Plaintiff thus moves to substitute Sallie Gibson, as Personal Representative for the Estate of Gary Francis Gibson, Deceased, as Plaintiff in the present action.

8. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically Sallie Gibson, as Personal Representative for the Estate of Gary Francis Gibson, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Gary Francis Gibson is now deceased.

9. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiffs, Gary Francis Gibson and Sallie Gibson, respectfully request the Court grant Plaintiffs' Motion to Substitute Sallie Gibson, as Personal Representative for the Estate of Gary Francis Gibson, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated: August 24, 2017                         Respectfully submitted,

                                                        By: */s/ Monte Bond*

                                                        MONTE BOND, Esq.
Texas Bar No.02585625
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas  75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com

**ATTORNEY FOR PLAINTIFF(S)**

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 21, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

                           */s/ Monte Bond*