# CERTIFICATE OF DEATH

Ohio Department of Health - Vital Statistics

Reg. Dist. No. 57
State File No. 2017040038

**1. Decedent's Legal Name:** GARY FRANCIS GIBSON
**2. Sex:** MALE
**3. Date of Death:** APRIL 20, 2017

**4. Social Security Number:** 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
**5. Age:** 75
**6. Date of Birth:** OCTOBER 13, 1941
**7. Birthplace:** BUCYRUS, OHIO

**8a. Residence State:** OHIO
**8b. County:** MONTGOMERY
**8c. City or Town:** WASHINGTON TOWNSHIP
**8d. Street and Number:** 2001 WASHINGTON CREEK LANE
**8f. Zip Code:** 45458
**8g. Inside City Limits:** NO

**9. Ever in US Armed Forces?:** YES
**10. Marital Status at Time of Death:** MARRIED
**11. Surviving Spouse's Name:** SALLIE WALTERS

**12. Decedent's Education:** MASTERS DEGREE (E.G., MA, MS.)
**13. Decedent of Hispanic Origin:** NO
**14. Decedent's Race:** WHITE

**15. Father's Name:** CHALMER GIBSON
**16. Mother's Name (prior to first marriage):** MARGARET TOPPER

**17a. Informant's Name:** SALLIE GIBSON
**17b. Relationship to Decedent:** WIFE
**17c. Mailing Address:** 2001 WASHINGTON CREEK LANE, WASHINGTON TOWNSHIP, OHIO 45458

**18a. Place of Death:** DECEDENT'S HOME
**18b. Facility Name:** 2001 WASHINGTON CREEK LANE
**18c. City or Town, State and Zip Code:** WASHINGTON TOWNSHIP, OH 45458
**18d. County of Death:** MONTGOMERY

**19. Signature of Funeral Service Licensee or Other Agent:** JON B DEITLOFF
**20. License Number:** 008439
**21. Name and Complete Address of Funeral Facility:** TOBIAS FH, 5471 FAR HILLS AVE, DAYTON, OH 45429

**22. Method of Disposition:** BURIAL
**23. Date of Disposition:** APRIL 22, 2017
**24. Place of Disposition:** CENTERVILLE CEMETERY, CENTERVILLE, OH

**25. Registrar's Signature:** (signed)
**26. Date Filed:** 4/26/2017
**27. Name of Person Issuing Disposition Permit:** JORDAN, ROY
**28. File No.:** 5700

**Certifier:** Certifying Physician

**29. Time of Death:** 1:52 am
**30. Date Pronounced Dead:** 04/20/2017
**31. Was the Medical Examiner or Coroner Contacted?:** YES

**32. Signature and Title of Certifier:** (signed) MD
**33. License Number:** 35.085253
**34. Date Signed:** 04/21/2017

**37. Name and Address of Person who Completed Cause of Death:** AMY NOEL WOOTON, 330 N MAIN STREET SUITE 101-102, CENTERVILLE, OH 45459

### Part I. Cause of Death

| Cause | Interval Between Onset and Death |
|---|---|
| a. Presumed Acute Myocardial Infarction | minutes |
| b. Coronary Atherosclerosis | |
| c. Hyperlipidemia | |

### Part II. Other Significant Conditions

Paroxysmal Atrial Fibrillation, Type 2 Diabetes, Hypertension, Chronic Obstructive Pulmonary Disease

**Autopsy Performed:** No
**Were Autopsy Findings Available Prior to Completion of Cause of Death:** Not Applicable

**Manner of Death:** Natural

ROY E. JORDAN, LOCAL REGISTRAR
APR 26 2017