# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

With consent of the parties, the Order to Show Cause Hearing originally scheduled for August 24, 2017 is adjourned to September 20, 2017 at 2:00 p.m. The following Orders shall be addressed at the Order to Show Cause Hearing to be held on September 20, 2017 at 2:00 p.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana:

- Defendants Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Submit a Plaintiff Fact Sheet: Doc. No. 7372.

- Defendants Motions for Order to Show Cause Regarding Plaintiffs With Alleged Plaintiff Fact Sheet Deficiencies: Doc. Nos. 7344, 7347, 7357, 7360, 7367.

**IT IS ORDERED** that attorneys for Plaintiffs in the above-mentioned orders may participate by phone. To participate by phone, contact the Court for instructions on how to do so.

New Orleans, Louisiana, on this 22nd day of August 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge