| No. | Name of Alleged Xarelto® User | Docket No. |
|---|---|---|
| 1. | Koon, Lionel | 16-13705 |
| 2. | Kokernak, Constance | 16-11120 |
| 3. | Estrada, Fidel Zabala | 15-5200 |
| 4. | Adams, Thomas | 16-1668 |
| 5. | Albergo, Anthony | 16-6544 |
| 6. | Arndt, Bruce J. | 16-5886 |
| 7. | Bohlken, George | 16-13493 |
| 8. | Conley, Mary | 16-9425 |
| 9. | Davis, Dorothy I. | 16-13509 |
| 10. | Klineline, Wilma | 16-13704 |
| 11. | Reynolds, Johnnie M. | 15-2427 |
| 12. | Shelton, Cuevas | 16-14436 |
| 13. | Warrad, Thabet | 16-12026 |
| 14. | White, Rosemary | 16-14488 |
| 15. | Bowes, Kimberly | 16-410 |
| 16. | Haben, Devan | 16-11465 |
| 17. | Ladd, Tommy | 16-8777 |
| 18. | Amelung, George | 16-15057 |
| 19. | Campbell, Charles | 16-15064 |
| 20 | Carey, William | 16-15066 |
| 21. | Desmarais, Roger | 16-15076 |
| 22. | Dugas, Shirlene | 16-14348 |
| 23. | Fernandez, Octavio | 16-15094 |
| 24. | Glidewell, Jerry | 16-15105 |
| 25. | Gray. Johnny | 16-15112 |
| 26. | Hills, David | 16-15119 |
| 27. | Jenkins, Bobbie Joe | 16-15622 |
| 28. | Lawson, Rebecca | 16-16479 |
| 29. | Morin, Rudolfo | 16-15128 |
| 30. | Peterson, John | 16-6531 |
| 31. | Pickett, Keisha | 16-15127 |
| 32. | Rivers, Donny | 16-15151 |
| 33. | Sandidge, William | 16-15154 |
| 34. | Sheridan, Joyce | 16-15155 |
| 35. | Stone, Clifford | 16-15157 |
| 36. | Winters, Orlando K. | 16-3903 |