UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | } } } } } } | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
Crockett, et al. v. Janssen Research & Development LLC, et al.
Civil Action No.: - 2:17-CV-07569

## JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COME NOW, attorneys Michael A. London of Douglas & London, P.C., and Mark R. Niemeyer and Michael S. Kruse of Niemeyer, Grebel & Kruse, LLC, and pursuant to the request of Plaintiffs listed in Appendix A, move jointly for the withdrawal of Mark R. Niemeyer and Michael S. Kruse of Niemeyer, Grebel & Kruse, LLC and substitution of Michael A. London of Douglas & London, P.C. in place thereof. Mark R. Niemeyer and Michael S. Kruse of Niemeyer, Grebel & Kruse, LLC shall remain counsel of record for all other Plaintiffs in this action.

Respectfully submitted,

Dated: August 24, 2017

/s/ Michael A. London_____
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
Ph: (212) 566-7500
Fax: (212) 566-7501

/s/ Mark R. Niemeyer_____ _____
Mark R. Niemeyer
Niemeyer, Grebel & Kruse LLC
10 S. Broadway, Suite 1125
St. Louis, MO 63102
314-241-1919
Fax: 314-665-3017

/s/ Michael S. Kruse
Michael S. Kruse
Niemeyer, Grebel & Kruse LLC
10 S. Broadway, Suite 1125
St. Louis, MO 63102
314-241-1919
Fax: 314-665-3017

## CERTIFICATION OF SERVICE

I hereby certify that on August 24, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

/s/ Michael A. London
Michael A. London

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | } | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | } | |
| | } | SECTION: L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
Crockett, et al. v. Janssen Research & Development LLC, et al.
Civil Action No.: - 2:17-CV-07569

### ORDER

Considering the foregoing Joint Motion to Withdraw and Substituted Counsel:

**IT IS HEREBY ORDERED** that Mark R. Niemeyer and Michael S. Kruse of Niemeyer, Grebel & Kruse, LLC are removed as counsel of record for Plaintiffs listed in Appendix A.

**IT IS FURTHER ORDERED** that Michael A. London, of Douglas & London, P.C. is enrolled as counsel of record for Plaintiffs listed in Appendix A.

DONE AND SIGNED this _____ day of _____, 2017, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE