UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | } | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | } | |
| | } | SECTION: L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
Crockett, et al. v. Janssen Research & Development LLC, et al.
Civil Action No.: - 2:17-CV-07569

# ORDER

Considering the foregoing Joint Motion to Withdraw and Substituted Counsel:

**IT IS HEREBY ORDERED** that Mark R. Niemeyer and Michael S. Kruse of Niemeyer, Grebel & Kruse, LLC are removed as counsel of record for Plaintiffs listed in Appendix A.

**IT IS FURTHER ORDERED** that Michael A. London, of Douglas & London, P.C. is enrolled as counsel of record for Plaintiffs listed in Appendix A.

DONE AND SIGNED this _____ day of _____, 2017, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE