# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMBER GUEVARA and JUSTIN GUEVARA, ) | |
| ) | MDL NO. 2592 |
| Plaintiffs. ) | |
| ) | JUDGE: ELDON E. FALLON |
| ) | |
| ) | SECTION: L |
| ) | |
| v. ) | MAG. JUDGE: MICHAEL NORTH |
| ) | |
| ) | |
| JANSSEN RESEARCH & ) | CIVIL ACTION NO. 2:17-cv-7908 |
| DEVELOPMENT LLC F/K/A JOHNSON ) | |
| AND JOHNSON PHARMACEUTICAL ) | |
| RESEARCH AND DEVELOPMENT LLC, ) | |
| JANSSEN ORTH LLC, JANSSEN ) | |
| PHARMACEUTICAL, INC. F/K/A JANSSEN ) | |
| PHARMACEUTICALS, INC. F/K/A ) | |
| JANSSEN PHARMACEUTICA INC, ) | |
| F/K/A ORTHO-MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS INC., ) | |
| JOHNSON & JOHNSON COMPANY ) | |
| BAYER HEALTHCARE PHARMACEUTICALS, ) | |
| INC., BAYER HEALTHCARE LLC, BAYER ) | |
| PHARMA AG, BAYER CORPORATION, ) | |
| BAYER HEALTHCARE AG, AND BAYER AG, ) | |
| ) | |
| Defendants. ) | |

## EX PARTE MOTION TO AMEND

Plaintiffs, Amber Guevara and Jason Guevara, Pursuant to the applicable Federal Rule of Civil Procedures 15(a)(1)(A) as cited in Pretrial Order No. 11C, by and through the undersigned, hereby seek to amend the Complaint by changing the Plaintiff's name, Justin Guevara, to reflect Jason Guevara both in the heading and in the body of the Complaint. Specifically, in the "Complaint and Jury Demand" section and the "Plaintiffs' Specific Allegations" section.

Plaintiffs Amber Guevara and Jason Guevara's Complaint was filed via LAED CM/ECF on August 16, 2017 and service was executed thereafter on August 22, 2017. It is hereby requested that this Ex Parte Motion to Amend Complaint is granted.

Dated: August 25, 2017

          Respectfully submitted,

          SWMW Law, LLC

By: _/s/Stephen B. Wohlford_____
      Benjamin R. Schmickle, #6270568
      Stephen B. Wohlford, #IL6287698
      701 Market Street, Suite 1000
      St. Louis, MO 63101
      (314) 480-5180
      (314) 932-1566 – Facsimile

      **ATTORNEYS FOR PLAINTIFFS**