UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | JURY TRIAL DEMANDED |

THIS DOCUMENT RELATES TO:

TIMOTHY BAKER V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-6547

GEORGE BANASKY V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-16286

JESSIE BARRS V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-4175

ALICE BRYANT V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9573

GERARD DELONZOR, ADMINISTRATOR OF THE ESTATE OF DIANA DELONZOR, DECEASED V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-4032

PEGGY DEPUYDT V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-5978

GERALD FITZGERALD V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-6047

GAIL FRY, AS EXECUTRIX OF THE ESTATE OF ROBERT FRY, DECEASED, V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-4221

DONNA GRIMES V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-4202

DAVID HERRING V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9576

PHILLIP E. HORTON V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-6573

MARY LEE JENKINS V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9577

DAVID L. JOHNSON V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9581

PHYLLIS JOHNSON, ADMINISTRATOR OF THE ESTATE OF EDWARD LEWIS JOHNSON, DECEASED V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-5044

JERRY KEITH JONES V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9584

MARIAN F. HALL V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9565

STEPHEN KELSEY V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9588

ALAN KENT V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-6551

SUSAN M. COLE-LOMBARDO, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF PAUL LOMBARDO, DECEASED V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-6547

ROGER D. MURRAY V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9590

STEPHEN NEW V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9593

ESTHER PEREZ V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-13144

CHESTER ROBERTS V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9594

LISA TALLIE, EXECUTOR OF THE ESTATE OF HAZEL CONNER, DECEASED V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-4200

SAMUEL TRUNZO V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-6044

WALTER C. WASCO V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-8079

RICHARD WEIS V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-4178

CAROL WINTERS V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:17-CV-1760

E. MICHAEL YORE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GAYLE M. DIXON, DECEASED V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-4178

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robert E. Norton of The Frankowski Firm hereby submits to this Court his Notice of Appearance on behalf of the Plaintiff in each of the above styled cases as the associate attorney of record. Lead counsel Richard S. Frankowski of The Frankowski Firm shall remain on each case, as will The Frankowski Firm. Attorney Norton is additional counsel to be added to each case. Please serve a copy of all notices, correspondence, motions, orders and the like to the undersigned at the contract information listed below.

Respectfully submitted this the 25th day of August, 2017.

/s/ Robert E. Norton
ASB-6568-E59N
Robert E. Norton

The Frankowski Firm
2126 15th Avenue South
Birmingham, Alabama 35205
Phone:      205.390.0347
Fax:          205.390.1001
rob@frankowskifirm.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2017, a copy of the above and foregoing Notice of Appearance has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Robert E. Norton
OF COUNSEL