UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAURA BRAZIEL FKA LAURA FUTCH,       Plaintiff | ) ) | MDL 2592 |
| | ) | |
| | ) | Section: L |
| v. | ) | |
| | ) | Case No. 2:17-cv-05211 |
| | ) | |
| | ) | Judge: Eldon E. Fallon |
| JANSSEN RESEARCH & DEVELOPMENT LLC       f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC,       *et al.*            Defendants | ) ) ) ) ) ) ) | Mag. Judge: Michael North |
| | ) | |

## [CORRECTED] PLAINTIFF'S MOTION TO AMEND HER COMPLAINT

The Plaintiff, by and through counsel, seeks to amend her complaint. Her original complaint was filed in this Court in May 2017 under her maiden name, Laura Futch. Subsequently, she informed undersigned counsel that she wished to proceed in this case under her married name, Laura Braziel.

Her proposed *First Amended Complaint* ("FAC") is attached as Exhibit A, and a proposed order is attached as Exhibit B. Other than her changed name and the date of the pleading, her FAC is identical to her original complaint. On August 22, 2017, Mrs. Braziel served her *Plaintiff Fact Sheet* upon defense counsel.

- 2 -

Dated: August 25, 2017.

RESPECTFULLY SUBMITTED,

By /s/ David B. Vermont
David B. Vermont, Esq.
HELMSDALE LAW, LLP
Six Consultant Place, Suite 100-A
Durham, NC  27707-3598
(424) 249-7942
Fax: (424) 249-7990
dvermont@helmsdalelaw.com

Attorney for Plaintiff

Certificate of Service

I hereby certify that on August 25, 2017, I electronically filed the foregoing with the Clerk of the Court for this Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ David B. Vermont