Exhibit "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURA BRAZIEL FKA LAURA FUTCH, ) | MDL 2592 |
|     Plaintiff  ) | |
| ) | Section: L |
| v.  ) | |
| ) | Case No. 2:17-cv-05211 |
| ) | |
| ) | Judge: Eldon E. Fallon |
| JANSSEN RESEARCH & DEVELOPMENT LLC ) | |
|   f/k/a JOHNSON AND JOHNSON  ) | Mag. Judge: Michael North |
| PHARMACEUTICAL RESEARCH AND ) | |
| DEVELOPMENT LLC, ) | |
|   *et al.*  ) | |
|     Defendants  ) | |
| ) | |

## [PROPOSED] ORDER

The *[Corrected] Plaintiff's Motion to Amend Her Complaint* (the "Motion") filed by Plaintiff Laura Braziel fka Laura Futch is hereby allowed, and the operative complaint in this case is hereby the *First Amended Complaint* attached as Exhibit A to the Motion.

Dated: _____, 2017.

 

_____
Eldon E. Fallon
U.S. District Court Judge