UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk of Court and all parties of record:

Please take notice that the following attorneys and firm have changed address as follows:

Beth A. Wilkinson
Brian L. Stekloff
Jennifer L. Saulino
Jeremy Barber
WILKINSON WALSH + ESKOVITZ LLP
2001 M Street, NW
10th Floor
Washington, DC 20036
Tel: (202) 847-4000
Fax: (202) 847-4005

This 25th day of August, 2017.

Respectfully submitted,

**WILKINSON WALSH + ESKOVITZ LLP**

By: /s/ *Beth A. Wilkinson*
Beth A. Wilkinson
Brian L. Stekloff
Jennifer L. Saulino
Jeremy Barber
WILKINSON WALSH + ESKOVITZ LLP
2001 M Street NW
10th Floor
Washington, DC 20036

>Tel: (202) 847-4000
>Fax: (202) 847-4005
>bwilkinson@wilkinsonwalsh.com
>bstekloff@wilkinsonwalsh.com
>jsaulino@wilkinsonwalsh.com
>jbarber@wilkinsonwalsh.com
>
>CHAFFE MCCALL L.L.P.
>
>*/s/ John F. Olinde*
>John F. Olinde (1515)
>CHAFFE McCALL L.L.P.
>1100 Poydras Street
>Suite 2300
>New Orleans, LA 70163
>Telephone: (504) 585-7241
>Facsimile: (504) 544-6084
>olinde@chaffe.com
>
>*Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

>/s/      John F. Olinde