UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
|---|---|
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Cecil W. Pridmore vs. Janssen Research & Development, LLC et al;*
2:17-cv-2312

## MOTION FOR EXTENSION OF TIME TO SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW Plaintiff, Cecil W. Pridmore, by and through undersigned counsel, and respectfully moves this Court for an extension of time to satisfy the alleged Plaintiff Fact Sheet ("PFS") deficiencies herein. The current deadline provides an insufficient amount of time for Plaintiff to comply. Accordingly, Plaintiff requests an extension of the deadline for sixty (60) days from the date of the Court's order on this motion.

In support of this motion, Plaintiff has attached a Memorandum in Support. Specifically, Plaintiff has diligently requested the declaration page signed necessary to respond to the alleged PFS deficiency. This is Plaintiff's first request for an extension of the deadline to respond to alleged PFS deficiencies.

An extension of time is not sought for delay. An extension is sought so that justice may be served.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to grant this Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies; to enter an Order extending the deadline to satisfy PFS deficiencies for sixty (60) days from the date of the Order; and for such further relief deemed just and proper under the circumstances.

Signed: August 28, 2017

Respectfully submitted,

Kirkendall Dwyer, LLP

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on August 28, 2017.

        Kirkendall Dwyer, LLP

        By: */s/ Andrew F. Kirkendall*
        Andrew F. Kirkendall
        Texas Bar No. 24050882
        Alexander G. Dwyer
        Texas Bar No. 24054271
        Kirkendall Dwyer LLP
        4343 Sigma Rd., STE 200
        Dallas, TX 75244
        Phone: 214-271-4027
        Fax: 214-253-0629
        ak@kirkendalldwyer.com
        ad@kirkendalldwyer.com