UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)   }   MDL No. 2592
                                }
PRODUCTS LIABILITY LITIGATION   }   SECTION L
                                }   JUDGE FALLON
                                }   MAG. JUDGE NORTH
                                }

This Document relates to:

   *Cecil W. Pridmore vs. Janssen Research & Development, LLC et al;*
    Civil Action No. 2:17-cv-2312

## NOTICE OF SUBMISSION

COMES NOW the plaintiff Cecil W. Pridmore by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time under PTO 27 to provide the declaration page relating to Plaintiff's Fact Sheet to October 27, 2017 before the Honorable Judge Eldon E. Fallon on motion date.

Dated: August 28, 2017              Respectfully Submitted,

                                    Kirkendall Dwyer, LLP

                                    By: */s/ Andrew F. Kirkendall*
                                    Andrew F. Kirkendall
                                    Texas Bar No. 24050882
                                    Alexander G. Dwyer
                                    Texas Bar No. 24054271
                                    Kirkendall Dwyer LLP
                                    4343 Sigma Rd., STE 200
                                    Dallas, TX 75244
                                    Phone: 214-271-4027
                                    Fax: 214-253-0629
                                    ak@kirkendalldwyer.com
                                    ad@kirkendalldwyer.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 28th day of August 28, 2017.

        Kirkendall Dwyer, LLP

        By: */s/ Andrew F. Kirkendall*
        Andrew F. Kirkendall
        Texas Bar No. 24050882
        Alexander G. Dwyer
        Texas Bar No. 24054271
        Kirkendall Dwyer LLP
        4343 Sigma Rd., STE 200
        Dallas, TX 75244
        Phone: 214-271-4027
        Fax: 214-253-0629
        ak@kirkendalldwyer.com
        ad@kirkendalldwyer.com

        *Attorney for Plaintiffs*