UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | } | MDL No. 2592 |
| | } | |
| PRODUCTS LIABILITY LITIGATION | } | SECTION L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |
| | } | |

This Document relates to:

*Cecil W. Pridmore vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:17-cv-2312

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF
TIME UNDER PTO 27 TO PROVIDE THE DECLARATION PAGE
IN CONNECTION WITH PLAINTIFF'S FACT SHEET**

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time under PTO 27 to provide the declaration page in connection with Plaintiff's Fact Sheet, Plaintiff states the following:

1. The plaintiff filed the above captioned on March 21, 2017.

2. Pursuant to PTO 27, this case is not in the discovery pool, and by this Court's Order the PFS deadline is currently August 28, 2017.

3. Plaintiff's counsel has still not received the declaration page.  If the declaration page is received during the pendency of the motion, plaintiff's counsel will upload.

4. Accordingly, Plaintiff therefore requests an extension of the deadline to to allow further time to obtain the declaration page in connection with the plaintiff's PFS.

5. Plaintiff is not requesting an extension for purposes of delay but so that justice may be served, and will  upload the declaration page to the PFS at the centrality website once received.

**WHEREFORE**, Plaintiff's counsel requests an extension of the time for providing the declaration page in connection with Plaintiff's Fact Sheet to October 27, 2017.

Dated: August 28, 2017

    Respectfully Submitted,

    Kirkendall Dwyer, LLP

    By: */s/ Andrew F. Kirkendall*
    Andrew F. Kirkendall
    Texas Bar No. 24050882
    Alexander G. Dwyer
    Texas Bar No. 24054271
    Kirkendall Dwyer LLP
    4343 Sigma Rd., STE 200
    Dallas, TX 75244
    Phone: 214-271-4027
    Fax: 214-253-0629
    ak@kirkendalldwyer.com
    ad@kirkendalldwyer.com

    ***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 28th day of August 2017.

        Kirkendall Dwyer, LLP

        By: */s/ Andrew F. Kirkendall*
        Andrew F. Kirkendall
        Texas Bar No. 24050882
        Alexander G. Dwyer
        Texas Bar No. 24054271
        Kirkendall Dwyer LLP
        4343 Sigma Rd., STE 200
        Dallas, TX 75244
        Phone: 214-271-4027
        Fax: 214-253-0629
        ak@kirkendalldwyer.com
        ad@kirkendalldwyer.com

        *Attorney for Plaintiffs*