UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

   *Cecil W. Pridmore vs. Janssen Research & Development, LLC et al;*
     Civil Action No. 2:17-cv-2312

## ORDER

THIS MATTER, having come before the Court is Plaintiff's Motion for Extension of Time under PTO 27 to provide the declaration page relating to Plaintiff Fact Sheet.

Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to provide the declaration page relating to the Plaintiff Fact Sheet is hereby GRANTED.  The deadline to provide the declaration page relating to Plaintiff 's Fact Sheet is now October 27, 2017.

Dated:  August___, 2017

                                                                  _____
                                                                  Hon. Eldon E. Fallon
                                                                  United States District Court Judge