# EXHIBIT B

```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


****************************************************************

IN RE: XARELTO
(RIVAROXABAN) PRODUCTS
LIABILITY LITIGATION

                                    CIVIL ACTION NO. 14-MD-2592
                                    SECTION "L"
                                    NEW ORLEANS, LOUISIANA
                                    WEDNESDAY, MAY 3, 2017

THIS DOCUMENT RELATES TO:
Joseph J. Boudreaux, Jr.
V. Janssen Research &
Development, et. al.,
Case No.: 14-CV-2720

****************************************************************


            VOLUME VIII - MORNING AND AFTERNOON SESSION
         TRANSCRIPT OF BELLWETHER JURY TRIAL PROCEEDINGS
           HEARD BEFORE THE HONORABLE ELDON E. FALLON
                    UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE PLAINTIFFS'
LIAISON COUNSEL:              LEVIN PAPANTONIO THOMAS MITCHELL
                              RAFFERTY & PROCTOR
                              BY: BRIAN H. BARR, ESQ.
                              316 SOUTH BAYLEN STREET, SUITE 600
                              PENSACOLA, FLORIDA 32502



                              BEASLEY ALLEN CROW METHVIN
                              PORTIS & MILES
                              BY: ANTHONY BIRCHFIELD JR., ESQ.
                              POST OFFICE BOX 4160
                              MONTGOMERY, ALABAMA  36103


                         OFFICIAL TRANSCRIPT
```

|            |    |                                                                      |
|------------|----|----------------------------------------------------------------------|
| 08:25:40   | 1  | shown during Dr. Kessler's testimony.                                |
| 08:25:43   | 2  | Finally, we object to the failure to include                         |
| 08:25:46   | 3  | plaintiffs' proposed jury charge Number 20, which, pursuant to       |
| 08:25:48   | 4  | the authorities cited in our instruction, provides that a            |
| 08:25:52   | 5  | manufacturer's violation of one or more relevant federal             |
| 08:25:55   | 6  | regulations may be considered as relevant in determining             |
| 08:25:58   | 7  | whether adequate instructions have been provided by the              |
| 08:26:01   | 8  | manufacturer to prescribing physicians.                              |
| 08:26:03   | 9  | So, Your Honor, in your section dealing generally                    |
| 08:26:06   | 10 | with the FDA and federal regulations, we have cited to our jury      |
| 08:26:11   | 11 | charges 18, 19, and 20, and we respectfully object to those not      |
| 08:26:17   | 12 | being included in that section of your charge.                       |
| 08:26:19   | 13 | THE COURT:  I've taken that up.  22 and 23 of the                    |
| 08:26:23   | 14 | charge deal with the fact that the FDA approval may be               |
| 08:26:28   | 15 | relevant, but it's not, in itself, dispositive of liability.         |
| 08:26:34   | 16 | I also take up the fact that whether the FDA did                     |
| 08:26:36   | 17 | or did not do anything, that's not sufficient and it's not           |
| 08:26:50   | 18 | conclusive.                                                          |
| 08:26:52   | 19 | With regard to dealing with specific items of                        |
| 08:26:55   | 20 | evidence that should be in, I don't think the jury charge            |
| 08:26:59   | 21 | should focus on specific items of evidence.  I chose not to do       |
| 08:27:03   | 22 | that, but instead speak the law generally and let the jury           |
| 08:27:07   | 23 | decide on it.  So I'll deny that motion.                             |
| 08:27:09   | 24 | MR. MEUNIER:  Your Honor, in this same section of the                |
| 08:27:12   | 25 | Court's charge on the FDA and federal regulations, again,            |

*OFFICIAL TRANSCRIPT*

```
02:42:17  1              THE JURORS:  Yes.
02:42:18  2              THE COURT:  Does anybody wish the jury to be polled?
02:42:21  3              MR. BIRCHFIELD:  No, Your Honor.
02:42:22  4              MS. WILKINSON:  No, Your Honor.
02:42:23  5              THE COURT:  Okay.  Thank you very much.  We'll make the
02:42:24  6   verdict a part of the record in the case and discharge the jury
02:42:29  7   with the Court's thanks.
02:42:31  8              All rise, please, as the jury leaves.
02:42:34  9              (WHEREUPON, at 2:42 p.m., the jury panel leaves the
02:42:57 10   courtroom.)
02:42:57 11              THE COURT:  As I mentioned, I'll make the verdict a
02:43:00 12   part of the record.  I thank everybody.
02:43:02 13              Court will stand in recess.  Thank you very much.
         14              (WHEREUPON, at 2:43 p.m., the proceedings were
         15   concluded.)
         16                              *   *   *
         17
                                     REPORTER'S CERTIFICATE
         18
                   I, Cathy Pepper, Certified Realtime Reporter, Registered
         19   Merit Reporter, Certified Court Reporter in and for the State
              of Louisiana, Official Court Reporter for the United States
         20   District Court, Eastern District of Louisiana, do hereby
              certify that the foregoing is a true and correct transcript to
         21   the best of my ability and understanding from the record of the
              proceedings in the above-entitled and numbered matter.
         22
         23                                 s/Cathy Pepper
                                            Cathy Pepper, CRR, RMR, CCR
         24                                 Official Court Reporter
                                            United States District Court
         25                                 Cathy_Pepper@laed.uscourts.gov
```

**OFFICIAL TRANSCRIPT**