# EXHIBIT C

1

```
                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA
   ****************************************************************


   IN RE:  XARELTO (RIVAROXABAN)        Docket No. MDL-2592
   PRODUCTS LIABILITY LITIGATION        Section "L"
                                        New Orleans, Louisiana
   THIS DOCUMENT RELATES TO:            Monday, July 10, 2017
   ALL CASES

   ****************************************************************

           TRANSCRIPT OF TELEPHONE STATUS CONFERENCE PROCEEDINGS
              HEARD BEFORE THE HONORABLE ELDON E. FALLON
                       UNITED STATES DISTRICT JUDGE



   APPEARANCES:

   FOR THE PLAINTIFFS'
   LIAISON COUNSEL:                     HERMAN HERMAN & KATZ
                                        BY:  LEONARD A. DAVIS, ESQ.
                                        820 O'Keefe Ave.
                                        New Orleans, LA 70113


                                        GAINSBURGH BENJAMIN DAVID
                                        MEUNIER & WARSHAUER
                                        BY:  GERALD E. MEUNIER, ESQ.
                                        2800 Energy Centre, 1100 Poydras
                                        New Orleans, LA 70163


                                        LEVIN PAPANTONIO
                                        BRIAN H. BARR, ESQ.
                                        316 Baylen Street, Suite 600
                                        Pensacola, FL 32502


                                        BEASLEY ALLEN CROW METHVIN
                                        PORTIS & MILES
                                        BY:  ANTHONY BIRCHFIELD JR., ESQ.
                                        P.O. BOX 4160
                                        Montgomery, AL 36103
```

```
 1                                      LEVIN, FISHBEIN, SEDRAN & BERMAN
                                        BY:  FREDERICK S. LONGER, ESQ.
 2                                      510 Walnut St., Suite 500
                                        Philadelphia, PA 19106
 3

 4   FOR THE DEFENDANTS'
     LIAISON COUNSEL:                   DRINKER, BIDDLE & REATH
 5                                      BY:  SUSAN M. SHARKO, ESQ.
                                        600 Campus Dr.
 6                                      Florham Park, NJ 07932-1047

 7
     FOR THE DEFENDANT BAYER
 8   HEALTHCARE PHARMACEUTICALS
     INC. and BAYER PHARMA AG:          KAYE SCHOLER, LLP
 9                                      BY:  STEVEN J. GLICKSTEIN, ESQ.
                                             ANDREW K. SOLOW, ESQ.
10                                      250 West 55th Street
                                        New York, New York 10019-9710
11

12                                      CHAFFE McCALL, LLP
                                        BY:  JOHN F. OLINDE, ESQ.
13                                      1100 Poydras Street, Suite 2300
                                        New Orleans, LA 70163
14

15                                      MITCHELL WILLIAMS
                                        BY:  LYN P. PRUITT, ESQ.
16                                      425 West Capitol Avenue, Suite 1800
                                        Little Rock, AR 72201
17

18                                      WATKINS & EAGER, PLLC
                                        BY:  WALTER T. JOHNSON, ESQ.
19                                      The Emporium Building
                                        400 East Capitol Street
20                                      Jackson, Mississippi 39201

21
     Official Court Reporter:           Karen A. Ibos, CCR, RPR, CRR, RMR
22                                      500 Poydras Street, B-275
                                        New Orleans, Louisiana 70130
23                                      (504) 589-7776

24
        Proceedings recorded by mechanical stenography, transcript
25   produced by computer.
```

```
14:52:44   1  collected, done, prepare witnesses, and it could be multiple
14:52:47   2  witnesses for a single notice, to get an issue which candidly your
14:52:52   3  Honor has said is not at issue, all about the foreign labelling of
14:52:56   4  Canada.
14:52:57   5           And we, your Honor, put in our own motion, that I think
14:52:59   6  your Honor sustained, as far as the Canadian labelling is not
14:53:04   7  relevant.  So it just seems like an extreme amount of work to get
14:53:08   8  to some place that really is not necessary.
14:53:11   9           THE COURT:  I understand both sides.  Let me tell you my
14:53:14  10  thinking.
14:53:15  11           In the first place, with regard to the label, Canadian
14:53:19  12  label, common market label, British label, to me it's irrelevant
14:53:29  13  and not even admissible because the requirements in those foreign
14:53:34  14  entities, foreign countries are different from our requirements
14:53:37  15  here in the United States.  So the label itself is not admissible,
14:53:44  16  not relevant, not able to be used in this particular case.
14:53:51  17           Now, the issue is really prior statements of individuals.
14:53:58  18  That obviously is usually not admissible unless there is an
14:54:11  19  exception to the hearsay rule.  It's clearly hearsay.  It's a
14:54:14  20  statement in another jurisdiction by a person at another time.  So
14:54:21  21  it's clearly hearsay.
14:54:23  22           But 801(d)(2) allows that hearsay to be admissible as a
14:54:31  23  statement by a party by someone who is related to a party.  And so
14:54:39  24  I felt that while the labels were not admissible, if there is a
14:54:45  25  statement made by a defendant in any place prior to or inconsistent
```

14:59:40  1  trial.  Thank you very much.
          2          (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED.)
          3
          4                          * * * * *
          5
          6                      REPORTER'S CERTIFICATE
          7
          8          I, Karen A. Ibos, CCR, Official Court Reporter, United
          9  States District Court, Eastern District of Louisiana, do hereby
         10  certify that the foregoing is a true and correct transcript, to the
         11  best of my ability and understanding, from the record of the
         12  proceedings in the above-entitled and numbered matter.
         13
         14
         15                         /s/ Karen A. Ibos
         16                       Karen A. Ibos, CCR, RPR, CRR, RMR
         17                       Official Court Reporter
         18
         19
         20
         21
         22
         23
         24
         25