# WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES
## BUREAU FOR PUBLIC HEALTH - VITAL REGISTRATION
### PHYSICIAN'S/MEDICAL EXAMINER'S CERTIFICATE OF DEATH
350 CAPITOL STREET, ROOM 165, CHARLESTON, WV 25301

**STATE FILE NUMBER:** 011140

**DECEDENT**

1. DECEDENT'S NAME: Jimmie Roland Moore
2. SEX: M
3. DATE OF DEATH: 7/5/2017
4. SOCIAL SECURITY NUMBER: 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
5a. AGE-Last Birthday (Years): 81
6. DATE OF BIRTH: Nov 21, 1935
7. BIRTHPLACE: Bomont, WV
8. WAS DECEDENT EVER IN U.S. ARMED FORCES?: No
9a. PLACE OF DEATH: Other (Specify): Hospice
9b. FACILITY NAME: Hubbard Hospice House West
9c. CITY, TOWN, OR LOCATION OF DEATH: South Charleston
9d. COUNTY OF DEATH: Kanawha
10. MARITAL STATUS: Married
11. SURVIVING SPOUSE: Shirley F. Cantrell
12a. DECEDENT'S USUAL OCCUPATION: Owner
12b. KIND OF BUSINESS/INDUSTRY: Automotive
13a. RESIDENCE—STATE: WV
13b. COUNTY: Kanawha
13c. CITY, TOWN, OR LOCATION: St. Albans
13d. STREET AND NUMBER: 417 Sun Valley Drive
13e. INSIDE CITY LIMITS: No
13f. ZIP CODE: 25177
14. WAS DECEDENT OF HISPANIC ORIGIN?: No
15. RACE: White
16A. DECEDENT'S EDUCATION (Elementary/Secondary): 12th

**PARENTS**

17. FATHER'S NAME: Harold Moore
18. MOTHER'S NAME: Edna Cogar

**INFORMANT**

19a. INFORMANT'S NAME: Shirley F. Moore
19b. MAILING ADDRESS: 417 Sun Valley Drive, St. Albans, WV 25177

**DISPOSITION**

20a. METHOD OF DISPOSITION: Other (Specify): Entombment
20b. PLACE OF DISPOSITION: Cunningham Memorial Park
20c. LOCATION: St. Albans, WV
21. SIGNATURE OF FUNERAL SERVICE LICENSEE: Thomas Nichols
22. NAME AND ADDRESS OF FACILITY: Bartlett-Chapman Funeral Home, 409 Sixth Ave., St. Albans, WV 25177

**PRONOUNCING PHYSICIAN ONLY**

24. TIME OF DEATH: 5:48 AM
25. DATE PRONOUNCED DEAD: July 5, 2017
26. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER?: No

**CAUSE OF DEATH**

27. PART I.
a. IMMEDIATE CAUSE: MALIGNANT NEOPLASM OF LUNG UNSP (R) Bronchus

28a. WAS AN AUTOPSY PERFORMED?: No

29. MANNER OF DEATH: Natural

**CERTIFIER**

31a. CERTIFIER: CERTIFYING PHYSICIAN OR QUALIFIED APRN (checked)
31b. SIGNATURE AND TITLE OF CERTIFIER: D.O.
31c. DATE SIGNED: 7/5/17
32. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH: Jeff McCormick, 4505 Mac Corkle Ave SE, Charleston WV

**REGISTRAR**

33. REGISTRAR'S SIGNATURE: Ramona J Fix
34. DATE FILED: JUL 06 2017

FORM VS-002 (Rev. 9/2016)  STATE COPY