UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No: 2:17-cv-5972 |

THIS DOCUMENT RELATES TO:
CATHERINE M. MERKEL o/b/o
Her deceased sister, Deloris Hough v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-5972

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes David B. Owen Jiménez for the Plaintiff and moves this Honorable Court for an order substituting Catherine M. Merkel on behalf of her deceased sister, Deloris Hough, for the following reasons:

**I.**  On June 20th, 2017 Deloris Hough filed a Complaint in the above referenced matter.

**II.**  On February 21st, 2017 Deloris Hough died, without her sister notifying her legal representatives.

**III.**  The decedents sister, Catherine M. Merkel, is the Proper Plaintiff and wishes to be substituted on behalf of Deloris Hough, in this case.

1

Wherefore, movant prays for said substitution.

Respectfully submitted this 29th day of August, 2017.

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

//s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)
