# STATE OF MARYLAND
## Department of Health and Mental Hygiene
### Division of Vital Records

**Certificate of Death**

*320170078310000*  File Number *32017MD007652*

**1. Decedent's Name, AKA Name (if any):** DELORIS A. HOUGH
**2. Date of Death:** 02/21/2017
**3. Time of Death:** 1742

**4a. Facility Name:** 1025 SIMSBURY COURT
**4b. City, Town or Location of Death:** CROFTON
**4c. County of Death:** ANNE ARUNDEL

**5. Social Security Number:** 579549745
**6. Sex:** F
**7. Age:** 74 YR
**8. Date of Birth:** 11/27/1942
**9. Birthplace:** DISTRICT OF COLUMBIA

**Usual Residence of Decedent**
**10a. State:** MARYLAND
**10b. County:** ANNE ARUNDEL
**10c. City, Town or Location:** CROFTON
**10d. Inside City Limits?**
**10e. Address:** 1025 SIMSBURY COURT
**10f. Zip Code:** 21114

**11. Marital Status:** WIDOWED (AND NOT REMARRIED)
**12. Ever in U.S. Armed Forces?** NO
**13. Hispanic Origin?** NO
**14. Race:** WHITE

**15. Decedent's Education:** 9 - 12 NO DIPLOMA
**16a. Decedent's Usual Occupation:** MANAGER
**16b. Business/Industry:** RESTAURANTS

**17. Father's Name:** KEITH PUGH
**18. Mother's Name Prior to First Marriage:** MARION G. CHRISMORE

**19. Surviving Spouse's Name:**

**20a. Informant's Name:** CHRISTINE A. WHETZEL
**20b. Informant's Relationship:** DAUGHTER
**20c. Informant's Mailing Address:** 1007 WAYSON WAY, DAVIDSONVILLE, MD 21035

**21a. Method of Disposition:** BURIAL
**21b. Place of Disposition:** MARYLAND VETERANS CEMETERY CROWNSVILLE
**21c. Date of Disposition:** 03/01/2017
**21d. Location:** CROWNSVILLE, MD

**22a. Signature of Funeral Service Licensee:** THOMAS P ZIZOS
**22b. License No:** M01339
**22c. Name and Address of Funeral Facility:** BEALL FUNERAL HOME, 6512 NW CRAIN HWY, BOWIE, MD 20715

**23a. Part I. Disease, injuries, or complications that directly caused the death:**
Immediate Cause (final disease or condition resulting in death): a. RESPIRATORY DISTRESS/FAILURE
Due to (or as a consequence of):
Conditions, if any, leading to immediate cause: b.
Due to (or as a consequence of):
c.
Due to (or as a consequence of):
d.

**Part II. Other significant conditions contributing to death but not resulting in the underlying cause in Part I:** COPD; ATRIAL FIBRILLATION

**23b. Did tobacco use contribute to the cause of death?** YES

**24a. Was an autopsy performed?** NO
**24b. Were autopsy findings available prior to completion of cause of death?**
**25a. Was case referred to medical examiner?** NO
**25b. Medical Examiner Countersignature:**

**26. Place of Death:** HOME
**27. Manner of Death:** NATURAL
**28a. Date of injury:**
**28b. Time of injury:**
**28c. How Injury occurred:**
**28d. Injury at work?**
**28e. Transportation Injury?**
**28f. Place of Injury:**
**28g. Location of Injury:**

**29a. Certifier Type:** CERTIFYING PHYSICIAN
**29b. Signature and Title of Certifier:** SUBASHRI S. REDDY, MD
**29c. License No:** D58797
**29d. Date signed:** 02/23/2017

**30a. Name of person who completed cause of death:** SUBASHRI S. REDDY
**30b. Address of person who completed cause of death:** 2200 DEFENSE HIGHWAY STE 103, CROFTON, MD 21114

**For Office Use Only:**

**31. Date Filed:** 02/28/2017
**32. Registrar at Filing:** GENEVA G. SPARKS
**33. Date Issued:** 03/02/2017
**34.** This is to certify that this is a true and correct copy of the official record on file in the office of the Maryland Division of Vital Records.
Registrar's Signature



2812336

DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH SEAL OF VITAL RECORDS CLEARLY EMBOSSED.