

# STATE OF MARYLAND
# LETTERS OF ADMINISTRATION

ESTATE NO. 91665

I certify that administration of the Estate of

**DELORIS ANN HOUGH**

was granted on the ___3rd___ day of ___MARCH, 2017___,
to ___CATHERINE M MERKEL___

as personal representative(s) and the appointment is in effect
this ___3rd___ day of ___MARCH___ ___2017___.

☒ Will probated ___March 3, 2017___
                    (date)

☐ Intestate estate

*Lauren M. Parker*

**LAUREN M. PARKER**
**Register of Wills for**

___ANNE ARUNDEL___

**VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER**

RW1120                                                                                                                   ROWNET
                                                                                                                          11/2009