UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :   MDL No. 2592
                                   :
                                   :   SECTION L
                                   :
                                   :   JUDGE ELDON E. FALLON
                                   :
_____     :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Geraldine Breaud v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:17-cv-03502

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG

Now comes Plaintiff in the above-listed action, through undersigned counsel, respectfully moves this Court for an Order allowing him an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG (the "Defendants") through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10, 10A and 10B. In support of his motion, Plaintiff states as follows:

The foregoing action was filed at the Fresno County Superior Court in the State of California on November 15, 2016. Transfer of the action to this consolidated proceeding *In Re: Xarelto (Rivaroxaban) Products Liability* Litigation, MDL No. 2592, was subsequently requested by Defendants and ordered by the Court's Transfer Order on April 18, 2017. The case was transferred on April 24, 2017 (docket 12).

Plaintiff was unaware that he must complete the streamlined service of process as set forth in Pre-Trial Order #10 following transfer of the action into MDL No. 2592. Undersigned counsel had successfully completed service of the complaint on the Defendants immediately following the initial filing of the complaint. Defendants Janssen Research & Development, LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC and Bayer HealthCare Pharmaceuticals, Inc. requested transfer of the case on December 28, 2016 and answered Plaintiff's complaint on January 4, 2017. However, due to inadvertent oversight on behalf of undersigned counsel, service of Plaintiff's complaint in this action was not properly effected within the time period for streamlined service set forth in Pre-Trial Order #10, 10A and 10B as to some or all of the Defendants. Undersigned counsel regrets its failure to properly oversee and accomplish the service of the complaint and summons in the above-listed action and assures this Court that it has instituted procedures to ensure that all future complaints are properly and timely served according to Pre-Trial Order #10, 10A and 10B.

The MDL involves thousands of similarly situated plaintiffs who have filed claims alleging facts, circumstances, and theories of recovery virtually identical to the lawsuit filed by Ms. Breaud, and as such, no actual prejudice has or will occur to Defendants by this Court granting the relief sought herein.

Plaintiff shows that as a matter of law and fact, he was not in "bad faith" in delaying streamlined service of his respective Complaint and Summons. Defendants are fully aware of and are served with hundreds of identical complaints in this matter. Defendants were well aware of Plaintiff's claim as they filed an answer with the Fresno County Superior Court, State of California, and noticed removal of Plaintiff's action to this coordinated proceeding.

Thus, Plaintiff respectfully requests that this Court grant this motion and allow him an additional thirty (30) days within which to effect service on the Defendants through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10, 10A and 10B.

                                                Respectfully submitted,

Dated: August 29, 2017                */s/* Jonathan Staffeldt
                                                Jonathan Paul Staffeldt Bar # 252326
                                                MILSTEIN JACKSON FAIRCHILD & WADE, LLP
                                                10250 Constellation Blvd, Suite 1400
                                                Los Angeles, CA 90067
                                                Telephone:  (310) 396-9600
                                                Facsimile:  (310) 396-9635
                                                Email: jstaffeldt@mjfwlaw.com

                                                *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                /s/ Jonathan P. Staffeldt