UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| | ) ) ) | SECTION: L JUDGE FALLON MAG. JUDGE NORTH |
| CANDICE BARRIOS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF DOLORES BARRIOS | ) ) ) ) | Case No. 2:17-cv-00103 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **STIPULATED DISMISSAL WITH PREJUDICE** |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON;  BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

SPANGENBERG SHIBLEY & LIBER, LLP

By: s/Jeremy A. Tor
Peter J. Brodhead
Stuart E. Scott
Jeremy A. Tor
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
Tel: (216) 696-3232
jtor@spanglaw.com
Attorneys for Plaintiff
Dated: August 29, 2017

DRINKER BIDDLE & REATH LLP

By: s/Susan M. Sharko
Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com
Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson
Dated: August 29, 2017

ARNOLD & PORTER KAYE SCHOLER LLP

By: s/Andrew Solow
Andrew K. Solow
Steven Glickstein
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@apks.com
steven.glickstein@apks.com
Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG
Dated: August 29, 2017

IRWIN FRITCHIE URQUHART & MOORE LLC
By: s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com
Liaison Counsel for Defendants
Dated: August 29, 2017

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 29, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                   s/James B. Irwin