UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L

JUDGE: FALLON

MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

Joseph Leahy - 2:15-cv-328

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Mike Leahy as Personal Representative of the Estate of Joseph Leahy, as the Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed correct the caption to reflect the proper party as "Mike Leahy as Personal Representative of the Estate of Joseph Leahy", Plaintiff.

Dated this __28th__ day of __August__, 2017

_____
Honorable Eldon E. Fallon
United states District Court Judge