Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 |
| | ) |
| | ) SECTION:   L |
| THIS DOCUMENT RELATES TO: | ) JUDGE FALLON |
| MARGARET HUGHES, | ) MAG. JUDGE NORTH |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 2:16-cv-03345-EEF-MBN |
| v. | ) |
| | ) |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., | ) |
| | ) |
| Defendants | ) |
| | ) |

### NOTICE AND SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Margaret Hughes informs the Court that Ms. Hughes has died.  Counsel will be separately filing a motion to substitute party in this action.

1

DATED: August 29, 2017 THE MULLIGAN LAW FIRM

By: /s/ Charles G. Orr
Charles G. Orr
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on August 29, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: /s/ Charles G. Orr
Charles G. Orr
Attorney for Plaintiff