Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>MARGARET HUGHES,<br><br>         Plaintiff,<br><br>         v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br><br>         Defendants | MDL No. 2592<br><br>SECTION:   L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:16-cv-03345-EEF-MBN |

### MOTION TO SUBSTITUTE PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff moves this Court for an order substituting Clifford R. Hughes on behalf of his late wife, Margaret Hughes.

Margaret Hughes filed a products liability action against Defendants on March 31, 2016, as part of a bundled complaint, cause number 16-2682.  By court order dated April 18, 2016, this action was severed from the bundled complaint [dkt # 6 in 16-2682].  Ms. Hughes's short form complaint was filed on April 19, 2016, and assigned cause number 16-3345.  Ms. Hughes passed away in September 2016 (counsel for Ms. Hughes was recently advised of her passing upon a

1

routine inquiry regarding her case). A suggestion of death was filed on August 29, 2017.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1). Margaret Hughes's products liability action against Defendants survived her death and was not extinguished. Clifford R. Hughes, surviving spouse of Margaret Hughes, is a proper party to substitute for Ms. Hughes and has proper capacity to proceed forward with the surviving products liability lawsuit on behalf of her estate.

Accordingly, counsel for Plaintiff respectfully requests that this Court enter an order granting this Motion to Substitute Party.

DATED: August 29, 2017                    THE MULLIGAN LAW FIRM


                                          By:   /s/ Charles G. Orr
                                                Charles G. Orr
                                                Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


                                          By:   /s/ Charles G. Orr
                                                Charles G. Orr
                                                Attorney for Plaintiff