UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| GAYLE WELLS AND LESLIE WELLS | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| Plaintiffs, | |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (WITHOUT CONSENT)<br><br>Civil Action No.: 2:17-cv-07595 |
| Defendants. | |

## MOTION AND INCORPRATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (WITHOUT CONSENT)

Pursuant to Federal Rule of Civil Procedure 15 (a)(1)(A), Plaintiffs, Gayle Wells and Leslie Wells ("Plaintiffs"), by and through counsel, respectfully seek leave of Court to amend their Complaint in this matter and request a corresponding correction to the case caption within the CM/ECF E-Filing system to reflect the proper spelling of the Plaintiff's name.

The original suit was filed in this matter with a misspelling of Plaintiff Leslie Wells' first name. The case was opened and the Civil Cover Sheet, Summons, and Complaint were filed

1

based upon the belief that Leslie Wells spelled his first name as "Lesley" instead of "Leslie". Subsequent to the filing of the original lawsuit, counsel learned of the mistake and as such ask to amend the Complaint, Summons, and Civil Cover Sheet, and request that the same correction be made to the case caption within the CM/ECF E-Filing system to reflect the proper spelling of Plaintiff Leslie Wells.   The Complaint is otherwise the same in every other manner.  It is hereby requested that this Motion to Amend the Complaint be granted.

Respectfully submitted,

/s/ Jennifer L. Lawrence
Jennifer L. Lawrence
Ohio Bar No. 0066864
Anne L. Gilday
Ohio Bar No. 0076612
THE LAWRENCE FIRM, PSC
606 Philadelphia Street
Covington, KY 41011
Telephone: (859) 578-9130
Facsimile: (859) 578-1032
jllawrence@lawrencefirm.com
anne.gilday@lawrencefirm.com

2