# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| GAYLE WELLS AND LESLIE WELLS | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| Plaintiffs, | |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br>Defendants. | ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT<br><br>Civil Action No.: 2:17-cv-07595 |

## ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiffs' Motion for Leave to File Amended Complaint in the above captioned matter and hereby directs the proper officials to correct the case caption in the CM/ECF E-Filing system in the above captioned matter to reflect the name change of Plaintiff Leslie Wells from "Lesley" to "Leslie".

SO ORDERED this ____ day of _____, 2017.

_____
JUDGE, UNITED STATES DISTRICT COURT