# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Gayle Wells and Leslie Wells  
**PLAINTIFF(S)**

**VERSUS**

Janssen Research and Development LLC, et al.  
**DEFENDANT(S)**

CIVIL ACTION

No. 2:17-cv-07595

SECTION:  L

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion for Leave to File Amended Complaint is hereby set for submission before District Judge/Magistrate Judge Michael North on September 13, 2017 at 11:00 a.m.

/s/ Jennifer L. Lawrence  
(Signature)

Jennifer L. Lawrence  
(Name)

606 Philadelphia St.  
(Address)

Covington, Kentucky 41011  
(City)         (State)     (Zip)

(859) 578-9130  
(Telephone)