UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.:   2592<br>SECTION:   L<br>JUDGE:   ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Mary Woods v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al*

**Case No.: 17-3730**

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Mary Wood, respectfully moves this court to substitute Burles Wood on behalf of the Estate of Mary Wood, for Plaintiff Mary Wood, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. After the Complaint was filed, Plaintiff's counsel was informed that Mary Wood passed away on or about August 23, 2016.

2. Plaintiff's counsel filed a Notice and Suggestion of Death on May 31, 2017 [Doc. 6677, attached hereto as, Exhibit A].

3. Mary Wood's action against Defendants survives her death and is not extinguished.

4. Plaintiff's counsel now moves to substitute Burles Wood, surviving spouse and personal representative of Plaintiff's Estate, as the named party on behalf of the Estate of Mary Wood in the present action.

WHEREFORE, Counsel for Plaintiff, Mary Wood, respectfully request the Court substitute Burles Wood on behalf of the Estate of Mary Wood, as Plaintiff in the above captioned action.

Respectfully submitted,

Dated: <u>August 29, 2017</u>  **GRANT & EISENHOFER P.A.**

By*:*  <u>*/s/ Thomas V. Ayala*</u>
M. Elizabeth Graham
Thomas V. Ayala
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on August 29, 2017.

*/s/ Thomas V. Ayala*
Thomas V. Ayala

# Exhibit A

**(Suggestion of Death)**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.: 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Mary Woods v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al*

**Case No.: 17-3730**

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that the undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Mary Woods, on August 23, 2016.

Respectfully submitted,

Dated: May 31, 2017  **GRANT & EISENHOFER P.A.**

By: */s/ Thomas V. Ayala*
M. Elizabeth Graham
Thomas V. Ayala
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pretrial Order No. 17, on this 31st day of May 2017.

                                            */s/ Thomas V. Ayala*
                                            Thomas v. Ayala