## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.:   2592<br>SECTION:   L<br>JUDGE:   ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Mary Woods v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al*

**Case No.: 17-3730**

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Burles Wood on behalf of the Estate of Mary Wood as the Plaintiff in this action, the Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute Party is **HEREBY GRANTED.**

Plaintiff Burles Wood on behalf of the Estate of Mary Wood, is substituted for Plaintiff Mary Wood in the above captioned action.

Date: _____                  _____
                                                Hon. Eldon E. Fallon
                                                United States District Court Judge