UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH<br><br>**ORDER FOR SUBSTITUTION**<br>**OF THE PROPER PARTY** |

**THIS DOCUMENT RELATES TO:**

*Rick Stetson v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-14365*

## ORDER

This matter having come before the Court on the Ex Parte Motion to Amend Complaint, pursuant to the applicable Federal Rule of Civil Procedure 15(a)(2), and Motion to Substitute Party, pursuant to rule 25(a)(1), (Rec. Doc. 7212) the Court having reviewed such and being otherwise sufficiently advised:

**IT IS ORDERED** that Plaintiff's Motions to Substitute Party and Amend Complaint are **GRANTED**, Plaintiff Sandra Stetson, as Personal Representative for the Estate of Rick Stetson, is substituted for Rick Stetson in the above captioned case, and the Clerk of the Court is ordered to file the Amended Complaint into the records of this matter.

New Orleans, Louisiana, this 29th day of August, 2017

Honorable Judge Eldon E. Fallon
United States District Court Judge