UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Shirley Lewis

CA# 2:15-cv-6619

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, (Rec. Doc. 7214), as well as any responses thereto, finds the motion meritorious. Therefore,

**IT IS ORDERED** that Plaintiffs Carolyn D. Hemphill and Sonya Y. Ferguson, as Fiduciaries for the deceased, Shirley Lewis, are substituted for Plaintiff Shirley Lewis, in the above captioned case.

New Orleans, Louisiana, this 29th day of August, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE