**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)  |  MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Habte Araya

CA# 2:16-cv-01085

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff and Motion to Amend Complaint, (Rec. Doc. 7234), as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Mulugetta Haile, as Representative of the Estate of Habte Araya, is substituted for Plaintiff Habte Araya, in the above captioned case.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend Complaint is **GRANTED** and the Clerk of the Court is ordered to file Plaintiffs' Third Amended Joint Complaint into the record in this matter.

New Orleans, Louisiana, this 29th day of August, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE