UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Peggy McCoy

CA# 2:16-cv-15188

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff and Motion to Amend Complaint, (Rec. Doc. 7239), as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Sheila McCoy, as surviving child of Jackie McCoy (original Plaintiff), is substituted for Plaintiff Peggy McCoy, in the above captioned case.

New Orleans, Louisiana, this 29th day of August, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE