UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) |

) MDL NO. 2592

) SECTION:  L
) JUDGE FALLON
) MAG. JUDGE NORTH

) **JURY TRIAL DEMANDED**

) Civil Action No:  <u>2:17-cv-4769</u>

THIS DOCUMENT RELATES TO:
VERONICA McGowan v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-4769

## <u>MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME UNDER PTO 27 TO PROVIDE THE DECLARATION PAGE IN CONNECTION WITH PLAINTIFF'S FACT SHEET</u>

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time under PTO 27 to provide the declaration page in connection with Plaintiff's Fact Sheet, Plaintiff states the following:

1. The Plaintiff filed the above captioned case on May 8, 2017.

2. Pursuant to PTO 27, this case is not in the discovery pool, and according to the issued Deficiency Notice, the PFS deadline is currently August 31, 2017.

3. Plaintiff's counsel has still not received the declaration page.  If the declaration page is received during the pendency of the motion, plaintiff's counsel will proceed to upload.

1

4. Accordingly, Plaintiff therefore requests an extension of the deadline to allow further time to obtain the declaration page in connection with the plaintiff's PFS.

5. Plaintiff is not requesting an extension for purpose of delay but so that justice may be served, and will proceed to upload the declaration page to the PFS at the MDL centrality website once received.

Wherefore, Plaintiff, by and through undersigned Counsel, respectfully requests an extension of time for providing the declaration page in connection with Plaintiff's Fact Sheet to October 30, 2017.

Respectfully submitted this 30th day of August, 2017.

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

//s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)