UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: 2:17-cv-08436 |

THIS DOCUMENT RELATES TO:

*DAVID L. SENDERLING V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
Civil Action No.: 2:17-cv-08436

## EX PARTE MOTION AND INCORPROATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW Plaintiff David Lawton Senderling, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 15(a)(1)(A) files this Ex Parte Motion to Amend Complaint, and in support would show the Court as follows:

Plaintiff seeks to amend the complaint to include injuries that were inadvertently not included in the original complaint, specifically, in the "Plaintiff" section.

Plaintiff David Lawton Senderling's Complaint was filed via LAED CM/ECF on August 29, 2017. Service has not yet been executed on Defense given the immediacy of the filing and of this Motion to Amend. Therefore, any prejudice to Defense is nonexistent at his point. It is hereby requested that this Ex Parte Motion to Amend Complaint be granted.

Dated:   August, 30, 2017				Respectfully submitted,

					/s/William Rivera-Alvarez
					Puerto Rico Bar No. 19578
					USDCPR No. 304111
					Christopher K. Johnston
					California Bar No. 261474
					LAW OFFICE OF
					CHRISTOPHER K. JOHNSTON, LLC
					1510 Ave. F.D. Roosevelt, Ste. 6A1
					Guaynabo, Puerto Rico 00968
					Tel: (844) 345-3784
					Fax: (844) 644-1230
					william@masstortslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2017, the foregoing document was filed electronically with the Clerk of the Court via CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff's and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

					/s/William Rivera-Alvarez
					William Rivera-Alvarez