# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| GAYLE WELLS AND LESLIE WELLS | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| Plaintiffs, | |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (WITHOUT CONSENT)<br><br>Civil Action No.: 2:17-cv-07595 |
| Defendants. | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (WITHOUT CONSENT)

Plaintiffs, Gayle Wells and Leslie Wells ("Plaintiffs"), by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter and request a corresponding correction to the case caption within the CM/ECF E-Filing system for the reasons set forth in the attached memorandum.

1

Respectfully submitted,

/s/ Jennifer L. Lawrence
Jennifer L. Lawrence
Ohio Bar No. 0066864
Anne L. Gilday
Ohio Bar No. 0076612
THE LAWRENCE FIRM, PSC
606 Philadelphia Street
Covington, KY 41011
Telephone: (859) 578-9130
Facsimile: (859) 578-1032
jllawrence@lawrencefirm.com
anne.gilday@lawrencefirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that on August 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Jennifer L. Lawrence
Jennifer L. Lawrence