# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| GAYLE WELLS AND LESLIE WELLS | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| Plaintiffs, | |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (WITHOUT CONSENT)<br><br>Civil Action No.: 2:17-cv-07595 |
| Defendants. | |

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (WITHOUT CONSENT)

The original suit was filed in this matter with a misspelling of Plaintiff Leslie Wells' first name. The case was opened and the Civil Cover Sheet, Summons, and Complaint were filed based upon the belief that Leslie Wells spelled his first name as "Lesley" instead of "Leslie". Subsequent to the filing of the original lawsuit, counsel learned of the mistake and as such ask to amend the Complaint, Summons, and Civil Cover Sheet, and request that the same correction be made to the case caption within the CM/ECF E-Filing system to reflect the proper spelling of

1

Plaintiff Leslie Wells.   The Complaint is otherwise the same in every other manner.  It is hereby requested that this Motion to Amend the Complaint be granted.

Respectfully submitted,

/s/ Jennifer L. Lawrence
Jennifer L. Lawrence
Ohio Bar No. 0066864
Anne L. Gilday
Ohio Bar No. 0076612
THE LAWRENCE FIRM, PSC
606 Philadelphia Street
Covington, KY 41011
Telephone: (859) 578-9130
Facsimile: (859) 578-1032
jllawrence@lawrencefirm.com
anne.gilday@lawrencefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Jennifer L. Lawrence
Jennifer L. Lawrence