## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

Gayle Wells and Leslie Wells

**PLAINTIFF(S)**

**VERSUS**

Janssen Research and Development LLC, et al.

**DEFENDANT(S)**

CIVIL ACTION

No.  2:17-cv-07595

SECTION:  L

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion for Leave to File Amended Complaint is hereby set for submission before District Judge/Magistrate Judge Eldon E. Fallon on September 20, 2017 at 9:00 a.m.

/s/ Jennifer L. Lawrence
(Signature)

Jennifer L. Lawrence
(Name)

606 Philadelphia St.
(Address)

Covington, KY        41011
(City)        (State)        (Zip)

(859) 578-9130
(Telephone)