# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*BENJAMIN YAROLIMEK v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-10655*

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, hereby files this Consent Motion for Voluntary Dismissal of this action without prejudice. Pursuant to the Federal Rules of Civil Procedure 41(a)(2), each party is to bear their own costs.

WHEREFORE, counsel for Plaintiff requests that the claims against all defendants in this action be voluntarily dismissed, without prejudice.

Dated: <u>August 31, 2017</u>    Respectfully submitted,

<u>/s/ Russell T. Abney</u>
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## CERTIFICATE OF CONFERENCE

Pursuant to Pre-Trial Orders 24 and 24A, the undersigned counsel certifies that counsel has conferred, or made a reasonable attempt to confer at least 14 days prior to filing this Motion with all other parties, which are listed below, regarding the filing of this motion. The other parties are opposed to this motion. Counsel also certifies that Plaintiff, by and through counsel, has complied with the filing fee payment provisions of Pre-Trial Order 11B and that all applicable filing fees have been paid.

Dated: August 31, 2017          Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: August 31, 2017          Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328