UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*BENJAMIN YAROLIMEK v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-10655*

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S
### CONSENT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, hereby files this Memorandum in Support of Plaintiff's Motion for Voluntary Dismissal Without Prejudice. Pursuant to the Federal Rules of Civil Procedure 41(a)(2), each party is to bear their own costs. Plaintiff states the following in support of the Motion:

1. Plaintiff Benjamin Yarolimek's case was filed in the District Court for the Eastern District of Lousiana on May 17, 2016 on a Joint-Complaint.

2. Plaintiff Benjamin Yarolimek died on August 11, 2016.

3. Counsel was informed of Plaintiff Benjamin Yarolimek's death when counsel spoke to Beth Riege, surviving daughter of Benjamin Yarolimek, by telephone on August 12, 2016. At that time, Beth Riege instructed counsel to terminate this action.

4. Because counsel understood that Beth Riege was grieving her father's death, which had occurred only a day before she spoke to counsel, counsel did not proceed with dismissal of Plaintiff-decedent Benjamin Yarolimek's action right away.

5. Counsel attempted to reach Beth Riege by phone on September 14, 2016 and on October 25, 2016 to discuss the possibility of continuing this action, but counsel was not able to reach Beth Riege.

6. Counsel attempted to reach Beth Riege via a Facebook message on October 27, 2016, but received no response. Counsel also attempted to reach Plaintiff-decedent Benjamin Yarolimek's other surviving daughter, Christine Yarolimek Carbor, via a Facebook message on November 11, 2016, but received no response.

7. Counsel spoke to Beth Riege by telephone on November 29, 2016, at which time Ms. Riege, after a lengthy discussion with counsel, again indicated to counsel that she wanted to terminate the action. Counsel has been unable to contact any other heirs of Plaintiff-decedent Benjamin Yarolimek.

8. Counsel presently does not represent any heir or representative of the Estate of Benjamin Yarolimek and therefore does not have the authority to dismiss this action with prejudice.

9. Counsel sought Defendants' consent to dismiss without prejudice and Defendants indicated their opposition to the filing of this motion.

10. Counsel paid the filing fee for Benjamin Yarolimek's action on May 2, 2017, pursuant Pre-Trial Order 11B.

WHEREFORE, counsel, requests that the claims against all defendants in this action be voluntarily dismissed, without prejudice.

Dated: August 31, 2017                    Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492

Fax: 866.513.0115  
atlanta@lawyerworks.com  
*Attorney for the Plaintiffs*

## CERTIFICATE OF CONFERENCE

Pursuant to Pre-Trial Orders 24 and 24A, the undersigned counsel certifies that counsel has conferred, or made a reasonable attempt to confer at least 14 days prior to filing this Memorandum in Support of Plaintiff's Motion for Voluntary Dismissal Without Prejudice with all other parties, which are listed below, regarding the filing of this memorandum. The other parties are opposed to the motion. Counsel also certifies that Plaintiff, by and through counsel, has complied with the filing fee payment provisions of Pre-Tril Order 11B and that all applicable filing fees have been paid.

Dated: August 31, 2017                       Respectfully submitted,

/s/ Russell T. Abney_____  
Russell T. Abney, Esq.  
Attorney I.D. No. 000875 (GA)  
FERRER, POIROT & WANSBROUGH  
2100 RiverEdge Pkwy NW, Suite 1025  
Atlanta, GA 30328  
Telephone: 800.521.4492  
Fax: 866.513.0115  
atlanta@lawyerworks.com  
*Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Memorandum in Support of Plaintiff's Motion for Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: August 31, 2017                        Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*