# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*BENJAMIN YAROLIMEK v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Civil Action No. 2:16-cv-10655*

## NOTICE OF SUBMISSION

Please take notice that Plaintiff Benjamin Yarolimek, by and through undersigned counsel, will bring Plaintiff's Motion for Voluntary Dismissal Without Prejudice., for submission before the Honorable Eldon E. Fallon on Wednesday, September 20, 2017 at 9:00 AM.

Dated: <u>August 31, 2017</u>         Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Submission has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: <u>August 31, 2017</u>        /s/ Russell T. Abney_____
                                                  Russell T. Abney, Esq.
                                                  Attorney I.D. No. 000875 (GA)
                                                  FERRER, POIROT & WANSBROUGH
                                                  2100 RiverEdge Pkwy NW, Suite 1025
                                                  Atlanta, GA 30328
                                                  Telephone: 800.521.4492
                                                  Fax: 866.513.0115
                                                  atlanta@lawyerworks.com
                                                  *Attorney for the Plaintiffs*