# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*BENJAMIN YAROLIMEK v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-10655*

## ORDER

The Court, after considering the Plaintiff's Motion for Voluntary Dismissal Without Prejudice, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Benjamin Yarolimek's claims against all defendants in Benjamin Yarolimek v. Janssen Research & Development LLC, et al. (2:16-cv-10655) are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

Dated: _____    _____
                                  Hon. Eldon E. Fallon
                                  United States District Court Judge