**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | MDL |
| | NO. 2592 |
| REF: C.A. 15-3469 – Mingo v. Janssen, et al | SECTION: L (5) |

### J U D G M E N T ON JURY VERDICT

This action was tried by a jury with Judge Eldon E. Fallon presiding. On August 18, 2017, the jury rendered its verdict and found that Xarelto either proximately caused or substantially contributed to Ms. Dora Mingo's G.I. bleed. The jury further found that Defendants, Janssen Research & Development, LLC, Janssen Pharmaceuticals, Inc., Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG**,** provided Dr. Renie Jordon adequate warnings and instructions for the safe use of Xarelto. The jury further found that Xarelto did not have a defective design at the time it left the Defendants' control, accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of Defendants, Janssen Research & Development, LLC, Janssen Pharmaceuticals, Inc., Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG, and against Plaintiff, Dora Mingo, dismissing Plaintiffs' claims with prejudice and costs.

New Orleans, Louisiana, this __31st__ day of August, 2017.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**