| **Dora Mingo**         vs. | **Janssen Research & Development, LLC, et al** | DISTRICT COURT Eastern District of Louisiana |
|---|---|---|
| PLAINTIFFS' ATTORNEYS Andy Birchfield, Bubba Morrison, Jerry Meunier, Brad Honnold, Emily Jeffcott, Fred Longer, Neil Overholtz | DEFENDANTS' ATTORNEYS Lynn Pruitt, Walter Johnson, Richard Sarver, Steve Glickstein and Lyndsey Boney, IV | DOCKET NUMBER: MDL 2592 REF: 15-3469 |
| | | TRIAL DATES – August 7, 2017 – August 18, 2017 |
| PRESIDING JUDGE Eldon E. Fallon | COURT REPORTERS Jodi Simcox, Tana Hess, Toni Tusa and Cathy Pepper | CASE MANAGER: Dean Oser |

# ATTACHED ARE THE TRIAL EXHIBIT LISTS OF BOTH PLAINTIFFS AND DEFENDANTS USED DURING THE TRIAL OF THIS MATTER HELD AUGUST 7, 2017 THROUGH AUGUST 18, 2017