## ADMITTED PLAINTIFF EXHIBITS

| TRIAL EXHIBIT NUMBER | PLAINTIFF EXHIBIT NUMBER | DESCRIPTION | WITNESS |
|---|---|---|---|
| PX 1 | 5767361 | Excerpts from Johnson & Johnson Quarterly Reports | Susan Geiger |
| PX 2 | 3017856 | 09/12/2008 Email from Susan Geiger re: RIVA patent expiration | Susan Geiger |
| PX 3 | 3041252 | PowerPoint created by Geiger re: "Xarelto Launch" | Susan Geiger |
| PX 4 | 2040674 | Xarelto 2011 Business Plan Powerpoint | Susan Geiger |
| PX 5 | 3054065 | Xarelto 2010 Strategic Plan Brand Summary | Susan Geiger |
| PX 6 | 3008368 | Xarelto 2015 Business Plan Powerpoint, dated Oct. 2014. | Susan Geiger |
| PX 7 | 3043971 | 3/2008 Johnson & Johnson Draft US Commercial Strategy and Marketing Plan | Susan Geiger |
| PX 8 | 3043970 | 07/29/2008 Email from Nauman Shah to Susan Geiger re: One more item attaching 3043971 | Susan Geiger |
| PX 9 | 2054294 | 12/2013 Xarelto KOL Spreadsheet | Susan Geiger |
| PX 10 | 5767973 | 03/2014 Xarelto Label | Shawn Collier |
| PX 11 | 58137140 | 5/16/2016 2nd Amended Defendant Fact Sheet with sales representative call notes attached. (Previously Plaintiff Exhibit Number 5812906 and 5812902) | Shawn Collier |
| PX 12 | 58137141 | 10/26/2016 3rd Amended Defendant Fact Sheet with sales representative call notes attached. (Previously Plaintiff Exhibit Number 5812907 and 5813656) | Shawn Collier |
| PX 13 | 4797236 | Anti-Thrombotic Therapy in AF Warfarin, Dabigatran (Pradaxa) | Angela Siefert |

|       |           |                                                                                                                                                                                 |                     |
|-------|-----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------|
|       |           | and Now Rivaroxaban (Xarelto) Private Practice Blog with Dr. Seth Bilazarian                                                                                                    |                     |
| PX 14 | 4797235   | 01/09/2014 Email from Angela Seifert to Lori Matthews attaching Anti-Thrombotic Therapy in AF Warfarin, Dabigatran (Pradaxa) and now Rivaroxaban (Xarelto) Powerpoint           | Angela Siefert      |
| PX 15 | 4797170   | 06/07/2013 Email from Angela Seifert to Shawn Collier re: Program Confirmation 2013 Xarelto SPAF Cardio Speakers Bureau: Meeting ID #39565: Tuesday, June 18, 2013.              | Angela Siefert      |
| PX 16 | 4797172   | 6/13/2013 Speaker Confirmation Letter                                                                                                                                           | Angela Siefert      |
| PX 17 | 4797244   | 02/04/2014 Email from Angela Seifert to Shawn Collier re: Xarelto Speaker                                                                                                       | Angela Siefert      |
| PX 18 | 3860407.80| 02/29/2012 Bayer Product Report by Gebel, M and Homering, M. - Explorative analysis of PT measured by Neoplastin reagent in subjects treated with rivaroxaban in pooled EINSTEIN DVT and PE studies | Dr. Laura Plunkett  |
| PX 20 | 3228103   | Misselwitz depo. ex. 04 – 07/17/2004 Planning group meeting ODIXa-Bay 59-7939                                                                                                   | Dr. Frank Misselwitz|
| PX 21 | 92914     | Misselwitz depo. ex. 05 – 04/05/2006 VTE-Treatment EINSTEIN GDC                                                                                                                 | Dr. Frank Misselwitz|
| PX 22 | 3151667   | Misselwitz depo. ex. 06 – 01/28/2004 E-mail from Kubitza to Mueck re: Minutes CDP-RC                                                                                            | Dr. Frank Misselwitz|
| PX 23 | 3151668   | Misselwitz depo. ex. 07 – Attached to 3151667, 01/27/2004 CDP-RC                                                                                                                | Dr. Frank Misselwitz|

| | | Meeting - Wuppertal / West Haven Minutes | |
|---|---|---|---|
| PX 24 | 3885700 | Misselwitz depo. ex. 08 – 06/12/2006 E-mail from Dierig to Homering re: WG: CDP-RC April 20 and ad-hoc CDPRC-Minutes | Dr. Frank Misselwitz |
| PX 25 | 3885701 | Misselwitz depo. ex. 09 – Attached to 3885700, April 20, 2006 & May 18, 2006 CDP-RC Meeting - Wuppertal / West Haven Minutes | Dr. Frank Misselwitz |
| PX 26 | 113917 | Misselwitz depo. ex. 10 – 06/12/2006 E-mail from Jalota to Misselwitz, et. al., re: VTE treatment briefing package/protocols final draft | Dr. Frank Misselwitz |
| PX 27 | 3233767 | Misselwitz depo. ex. 11 – 06/22/2006 E-mail from Lensing to Misselwitz - Subject: Antwort: Einstein SMCC / ExCie meeting at ESC in Barcelona | Dr. Frank Misselwitz |
| PX 28 | 1231088 | Misselwitz depo. ex. 12 – 04/26/2006 E-mail from Glombitza to Misselwitz re: Presentation for today's GDC-MC 06:30PM CET | Dr. Frank Misselwitz |
| PX 29 | 1231089 | Misselwitz depo. ex. 13 – Attached to 1231088, 04/26/2006 Rivaroxaban DP3 for GDC MC and MC ver 1-0.ppt | Dr. Frank Misselwitz |
| PX 30 | 3303605 | Misselwitz depo. ex. 14 – 01/26/2010 E-mail from Gebel to Levitan - re: EINSTEIN (DVT&PE) SAP and Protocol | Dr. Frank Misselwitz |
| PX 31 | 3303606 | Misselwitz depo. ex. 15 – Attached to 3303605, 02/06/2007 Statistical Analysis Plan - Study BAY 59-7939 (Rivaroxaban)/ Impact No. | Dr. Frank Misselwitz |

| | | | |
|---|---|---|---|
| | | 11702 (Einstein-DVT treatment study) | |
| PX 32 | 3303607 | Misselwitz depo. ex. 16 – Attached to 3303605, 02/06/2007 Statistical Analysis Plan - Study BAY 59-7939 (Rivaroxaban)/Impact No. 11702 (meta-analysis of the Einstein-PE and DVT treatment studies) | Dr. Frank Misselwitz |
| PX 33 | 3303608 | Misselwitz depo. ex. 17 – Attached to 3303605, 02/06/2007 Statistical Analysis Plan - Study BAY 59-7939 (Rivaroxaban)/Impact No. 11702 (Einstein-PE Study) | Dr. Frank Misselwitz |
| PX 34 | 1203527 | Misselwitz depo. ex. 18 – 11/30/2006 Bayer Integrated Protocol – Study Number 11702 | Dr. Frank Misselwitz |
| PX 35 | 193800 | Misselwitz depo. ex. 22 – 03/28/2012 Clinical Study Report The EINSTEIN PE Study | Dr. Frank Misselwitz |
| PX 36 | 425838 | Misselwitz depo. ex. 24 – 07/30/2010 Clinical Study Report The EINSTEIN Extension Study | Dr. Frank Misselwitz |
| PX 39 | 699806 | Misselwitz depo. ex. 28 – 6/9/2006 E-mail from Oppenhemier to Pan re: Consolidated J&J comments on VTE treatment briefing package | Dr. Frank Misselwitz |
| PX 40 | 882454 | Misselwitz depo. ex. 29 – 3/9/2006 E-mail from Misselwitz to Lensing re: Dose Selection VTE-Treatment: My Proposal and background in preparation for CDP-RC | Dr. Frank Misselwitz |
| PX 41 | 882455 | Misselwitz depo. ex. 30 – 03/2006 PowerPoint Presentation: Dose Selection for VTE-Treatment | Dr. Frank Misselwitz |

| | | | |
|---|---|---|---|
| PX 42 | 245248 | Misselwitz depo. ex. 31 – 8/23/2006 Memorandum of Meeting Minutes Meeting Date August 23, 2006 End of Phase 2 (Type B) | Dr. Frank Misselwitz |
| PX 43 | 253870 | Misselwitz depo. ex. 32 – 11/2/2012 NDA 022406/S-001, NDA 022406/S-002, and NDA 022406/S-003, Final Approval Action Letter | Dr. Frank Misselwitz |
| PX 44 | 948640 | Lensing depo. ex. 18 – 5/31/2006 email from Malik to Lensing re: Rivaroxaban DP3 Decisions | Dr. Anthonie Lensing |
| PX 45 | 3233767 | Lensing depo. ex. 19 – 6/22/2006 Email from Lensing to Misselwitz re Einstein SMCC/ExCie meeting at ESC in Barcelona | Dr. Anthonie Lensing |
| PX 46 | 647513 | Lensing depo. ex. 21 – 06/09/2006 Draft version 9 of the Einstein-VTE Treatment Study | Dr. Anthonie Lensing |
| PX 47 | 3228103 | Lensing depo. ex. 22 – Meeting minutes from Planning Group meeting ODIX-a Bay 59-7939 July 17, 2004 Amsterdam | Dr. Anthonie Lensing |
| PX 48 | 982091 | Lensing depo. ex. 24 – 1/3/2006 Email from Glombitza to Haskell and Kale re: Headline results from BID, VTE treatment trial 11223 available | Dr. Anthonie Lensing |
| PX 49 | 1300123 | Lensing depo ex. 26 – 3/30/2006 Email from Misselwitz to Lensing re: new draft on dose selection | Dr. Anthonie Lensing |
| PX 50 | 1300124 | Lensing depo. ex. 27 – 4/5/2006 Attachment, Draft of Dose Selection for VTE-Treatment April 2006 | Dr. Anthonie Lensing |
| PX 51 | 3237870 | Lensing depo. ex. 29 – 3/30/2006 Email from Misselwitz to Lensing | Dr. Anthonie Lensing |

|  |  | re: Telecon tomorrow at 2pm (no PIN needed) |  |
| --- | --- | --- | --- |
| PX 52 | 951546 | Lensing depo. ex. 30 – 4/20/2006 Email from Misselwitz to Veendorp re: Status VTE-Treatment planning | Dr. Anthonie Lensing |
| PX 53 | 1117899 | Lensing depo. ex. 31 – 4/26/2006 Email from Misselwitz to Berkowitz re: I have Concerns about Einstein-VTE study design: No Pre-Rx Heparin | Dr. Anthonie Lensing |
| PX 54 | 951538 | Lensing depo. ex. 32 – 4/27/2006 Email from Misselwitz to Lensing re: as a follow up to an April 26 teleconference | Dr. Anthonie Lensing |
| PX 55 | 1818797 | Lensing depo. ex. 33 – 4/28/2006 Email from A. Derix to Winick re: VTE treatment - Phase III design - PLEASE GIVE FEEDBACK | Dr. Anthonie Lensing |
| PX 56 | 949127 | Lensing depo ex. 34 - 5/31/2006 Email from Misselwitz to Lensing re: JnJ view on revised VTE-Treatment design | Dr. Anthonie Lensing |
| PX 57 | 948630 | Lensing depo. ex. 35 – 6/2/2006 Email from P. Arvis to Misselwitz re: Study 11702 - Einstein VTE treatment study | Dr. Anthonie Lensing |
| PX 58 | 113917 | Lensing depo. ex. 36 – 6/12/2006 Email from Jalota to Lensing re: VTE treatment briefing package/protocols final draft | Dr. Anthonie Lensing |
| PX 59 | 113918 | Lensing depo. ex. 37 – 6/12/2006 VTE treatment briefing package/protocols final draft | Dr. Anthonie Lensing |
| PX 61 | 3169350 | Lensing depo. ex. 39 – 6/12/2006 Email from Wegner to Scheeren | Dr. Anthonie Lensing |

|       |         |                                                                                                                              |                      |
|-------|---------|------------------------------------------------------------------------------------------------------------------------------|----------------------|
|       |         | re: VTE treatment briefing package/protocols final draft                                                                     |                      |
| PX 62 | 948027  | Lensing depo. ex. 41 – 9/12/2006 Email from van Bergen to Lensing re: Barcelona meeting September 02, 2006                   | Dr. Anthonie Lensing |
| PX 63 | 948028  | Lensing depo. ex. 42 – 09/12/2006 Minutes of the Barcelona meeting                                                           | Dr. Anthonie Lensing |
| PX 64 | 948029  | Lensing depo. ex. 43 – 09/02/2006 Agenda for VTE program Phase III Rivaroxaban SMCC/Excie meeting Barcelona                   | Dr. Anthonie Lensing |
| PX 65 | 1750962 | Lensing depo. ex. 44 – 07/31/2006 Email from Glombitza to Misselwitz re: GAC Meeting Minutes dose adaption in SPAF            | Dr. Anthonie Lensing |
| PX 66 | 1750963 | Lensing depo. ex. 45 – 07/31/2006 Global Advisory Council: June 11, 2006 Meeting Minutes                                     | Dr. Anthonie Lensing |
| PX 67 | 113354  | Lensing depo. ex. 46 – 08/14/2014 FDA Fax re: BAY 59-7939 clinical meeting to discuss your liver function monitoring plan    | Dr. Anthonie Lensing |
| PX 68 | 245248  | Lensing depo. ex. 50 – 09/05/2006 Fax from the FDA with Memorandum of Meeting Minutes to Larry Winick                        | Dr. Anthonie Lensing |
| PX 69 | 1117899 | Lensing depo. ex. 56 – 4/26/2006 Email from Misselwitz to Berkowitz re: I have Concerns about Einstein-VTW study design: No Pre-Rx Heparin | Dr. Anthonie Lensing |
| PX 70 | 1117901 | Lensing depo. ex. 58 – 4/25/2006 Presentation - Initial Treatment in VTE-Treatment, Frank Misselwitz                         | Dr. Anthonie Lensing |
| PX 71 | 1117902 | Lensing depo. ex. 59 – 4/26/2006 Graph, Dose-Response                                                                        | Dr. Anthonie Lensing |

|  |  | Relationship of Bay 59-7339 With Respect to Improvement in Thrombotic Burden- Based on CCUS Evaluation and Confirmed VTE Events |  |
|---|---|---|---|
| PX 72 | 371020 | Lensing depo. ex. 60 – 2/10/2011 Email from Lensing to Cusack re: Final Global Review of Canadian Xarelto PM (VTE-t) & Notes to Reviewer | Dr. Anthonie Lensing |
| PX 73 | 371022 | Lensing depo. ex. 61 –2/10/2011 1.3.1 Xarelto Annotated PM (VTE only) | Dr. Anthonie Lensing |
| PX 74 | 5813659 | Lensing depo. ex. 62 –2011- Product Monograph | Dr. Anthonie Lensing |
| PX 75 | 1075455 | Lensing depo. ex. 63 – 4/30/2015 Email from Berkowitz to Lensing re: ACTION REQUIRED: XARELTO Response to Health Canada - Interaction with P-gp and moderate CYP 3A4 inhibitors in patients with mild/mod renal impairment | Dr. Anthonie Lensing |
| PX 76 | 1100669 | Lensing depo. ex. 64 – 4/30/2015 Email from Susan Morency to Lensing re: ACTION REQUIRED: XARELTO Response to Health Canada - Interaction with P-gp and moderate CYP 3A4 inhibitors in patients with mild/mod renal impairment | Dr. Anthonie Lensing |
| PX 77 | 1100670 | Lensing depo. ex. 65 – Revised May 6, 2015 - Product Monograph | Dr. Anthonie Lensing |
| PX 78 | 4822612 | Lensing depo. ex. 66 – Revised May 22, 2015 - Product Monograph | Dr. Anthonie Lensing |
| PX 79 | 890973 | Lensing depo. ex. 70 – 4/4/2009 Email from Lenisng to Diedrichs | Dr. Anthonie Lensing |

|  |  | re: Population PK/PD of Rivaroxaban for VTE Treatment - For V-GEST review - Deadline April 14 |  |
|---|---|---|---|
| PX 80 | 922245 | Lensing depo. ex. 71 –3/5/2012 Email from P. Hoeh to Lensing re: Report PH-36711: Explorative analysis of prothrombin time measured by Neoplastin reagent in subjects treated with rivaroxaban (BAY 59-7939) in a pool of studies 11702 DVT (EINSTEIN DVT) and 11702 PE (EINSTEIN PE) | Dr. Anthonie Lensing |
| PX 81 | 3860407 | Lensing depo. ex. 72 – 2/29/2012 Product Report PH-36711: Explorative analysis of prothrombin time measured by Neoplastin reagent in subjects treated with rivaroxaban (BAY 59-7939) in a pool of studies 11702 DVT (EINSTEIN DVT) and 11702 PE (EINSTEIN PE) | Dr. Anthonie Lensing |
| PX 83 | 3860407.594 | Lensing depo. ex. 74 – 2/21/2012 BAY 59-7939, Global Integrated Analysis, 21 February 2012, Coagulation analyses in 11702 DVT +PE, Page 594 of 2007 | Dr. Anthonie Lensing |
| PX 84 | 3860407.610 | Lensing depo. ex. 75 – 2/21/2012 Excerpt of BAY 59-7939, Global Integrated Analysis, 21 February 2012, Coagulation analyses in 11702 DVT +PE, Page 610 of 2007 | Dr. Anthonie Lensing |
| PX 85 | 3860407.632 | Lensing depo. ex. 76 – 2/21/2012 Excerpt of BAY 59-7939, Global Integrated Analysis, 21 February 2012, Coagulation analyses in 11702 DVT +PE, Page 632 of 2007 | Dr. Anthonie Lensing |

| | | | |
|---|---|---|---|
| PX 86 | 1117901.10 | PX 86 Lensing depo. ex. 40 - 04/2016 Slide 10 from Misselwitz GDC Powerpoint | Dr. Anthonie Lensing |
| PX 89 | 5590540 | Lensing depo. ex. 86 – PD Working Copy 11092016 | Dr. Anthonie Lensing |
| PX 90 | 5404271 | Lensing depo. ex. 88 – 4/12/2014 Email from Lensing to Davidson re: checking in | Dr. Anthonie Lensing |
| PX 91 | 5399133 | Lensing depo. ex. 89 – 4/28/2015 Email from Lensing to Hughes re: Menorrhagia | Dr. Anthonie Lensing |
| PX 92 | 5590539 | Lensing depo. ex. 90 – 9/19/2006 Email from Berkowitz to Lensing re: Berkowitz comments on draft PD paper | Dr. Anthonie Lensing |
| PX 93 | 1318145 | Lensing depo. ex. 91 – 5/14/2013 Email from Lensing to Berkowitz and Misselwitz re pooled Einstein Mx | Dr. Anthonie Lensing |
| PX 94-A | 106224 | Rivaroxaban Joint Safety Management Team – 9/21/2011 | Shujian Wu |
| PX 94-B | 2371986 | Postmarketing Protocol Under 505 – An Enhanced Post-Marketing Pharmacovigilance Plan for Major Bleeding Events – 11/29/2011 | Shujian Wu |
| PX 94-C | 5503934 | Triage Summary Sheet – Follow-up Questionnaire for Bleeding – 9/10/12 | Shujian Wu |
| PX 94-D | 5503973 | Triage Summary Sheet – Follow-up Questionnaire for Bleeding – 12/04/2012 | Shujian Wu |

| | | | |
|---|---|---|---|
| PX 95 | 5503996 | Seriousness Assessment Summary – Follow-up Questionnaire for Bleeding – Sheet - 3/11/2014 | Shujian Wu |
| PX 96 | 5504056 | Seriousness Assessment Summary Sheet - Follow-up Questionnaire for Bleeding – 5/13/2013 | Shujian Wu |
| PX 97 | 5504005 | Seriousness Assessment Summary Sheet - Follow-up Questionnaire for Bleeding – 2/22/2013 | Shujian Wu |
| PX 98 | 5813292 | Post-marketing Pharmacovigilance Study for the Active Detection and Evaluation of Major Bleeding Events in XARELTO users with Atrial Fibrillation or with Total Hip & Knee Arthroplasty – 10/24/2012 | Shujian Wu |
| PX 100 | 859951 | 4/23/2009 Xarelto USPI Labeling Contingency Document- From LRC | Suzanne Parisian |
| PX 101 | 5768754 | 09/08/2011 FDA Draft Briefing Document for the Cardiovascular and Renal Drugs Advisory Committee | Suzanne Parisian |
| PX 102 | 5767781 | 11/04/2011 Center for Drug Evaluation Research Summary Review | Suzanne Parisian |
| PX 103 | | 1/2015 Xarelto Label | Henry Rinder |
| PX 104 | 932284 | Spiro depo. ex. 06 - 10/18/2006 Final Agenda: Paris meeting | Theodore Spiro |
| PX 105 | 449266 | Spiro depo. ex. 07 – 12/19/2006 Laboratory Methods Advisory Board - Minutes of Meeting | Theodore Spiro |
| PX 106 | 1160715 | Spiro depo. ex. 09 - 11/09/2006 Email from Spiro to Perzborn re: | Theodore Spiro |

|  |  | Advisory Board on Lab Monitoring in Dec |  |
|---|---|---|---|
| PX 107 | 417291 | Spiro depo. ex. 12 - 08/17/2007 Email from Perzborn to Spiro re: IIS Review Process | Theodore Spiro |
| PX 108 | 1690921 | Spiro depo. ex. 18 - 06/17/2009 Email from Spiro to Cook-Bruns re: A-GEST Review ISTH | Theodore Spiro |
| PX 109 | 1699945 | Spiro depo. ex. 19 - 08/31/2009 Email from Martinoli to Spiro re: Riva Lab Monitoring Trial: Secrecy Agreement | Theodore Spiro |
| PX 110 | 1701567 | Spiro depo. ex. 21  Effects of Rivaroxaban, a Novel, Oral, Direct Factor Xa Inhibitor, on Coagulation Assays | Theodore Spiro |
| PX 111 | 1145884 | Spiro depo. ex. 22 - 06/18/2009 Email from Liu to Spiro re: IS-ISTH Poster | Theodore Spiro |
| PX 112 | 1145885 | Spiro depo. ex. 23 - Attached to 1145884, 06/16/2009 Draft of Effects of Rivaroxaban, a Novel, Oral, Direct Factor Xa Inhibitor, on Coagulation Assays | Theodore Spiro |
| PX 113 | 1145886 | Spiro depo. ex. 24 - Attached to 1145884, 02/04/2009 Draft of Effects of rivaroxaban, a novel, oral, direct Factor Xa inhibitor, on coagulation assays | Theodore Spiro |
| PX 114 | 1160578 | Spiro depo. ex. 30 - 01/13/2007 Email from Spiro to Berkowitz re: Help needed: Medical/clinical response to comments in transcript of BMS Investors Relations meeting on apixiban program | Theodore Spiro |

| PX 115 | 411373 | Spiro depo. ex. 35 - 04/28/2008 Email from Debroye to Perzborn re: Monitoring with Rivaroxaban | Theodore Spiro |
|---|---|---|---|
| PX 116 | 1158771 | Spiro depo. ex. 36 - 06/19/2008 "TES edits Advisory Board Agenda and Presentations" Powerpoint | Theodore Spiro |
| PX 118 | 1097767 | Spiro depo. ex. 53 - 05/28/2014 Email from Wolfgang Mueck to Berkowitz WG: Clinical Pharmacology/Clinical Sciences PK/PD | Theodore Spiro |
| PX 119 | 1481553 | 7/1/2008 Email from Vanessa Broadhurst to Nauman Shah attaching launch status, 24 June powerpoint. | Nauman Shah |
| PX 120 | 1481556 | 6/24/2008 Xarelto Launch update. | Nauman Shah |
| PX 121 | 1478370 | 10/20/2008 – Draft Xarelto Strategic Publications Team Structure, Working Group Structure | Nauman Shah |
| PX 122 | 1471269 | 8/15/2009 - Strategic Steering Committee Meeting Executive Summary | Nauman Shah |
| PX 123 | 3045270 | 11/10/2009- Email from Shah to Geiger - Review of ASH 2009 poster -- PT and bleeding events – deadline 12 November 2009 | Nauman Shah |
| PX 125 | 255699 | 6/15/2010 – Email from Bode to Shah re: Inclusion in VTEPr/AFIB submission of attempts to find assay for rivaroxaban measurement in clinical practice | Nauman Shah |
| PX 127 | 1023223 | 6/15/2010 – Email from Shah to Bode re: Inclusion in VTEPr/AFIB submission of attempts to find | Nauman Shah |

| | | | |
|---|---|---|---|
| | | assay for rivaroxaban measurement in clinical practice | |
| PX 128 | 375050 | 7/26/2011 – Email from Jacques to Holberg, re: Summary and actions report: Publications planning meeting, London, June 2011 | Nauman Shah |
| PX 129 | 375051 | 6/8-6/10/2011 – Draft Action Report – Strategic Publication Planning Workshops | Nauman Shah |
| PX 130 | 1482662 | 3/1/2012 – Email from Torr to Shah – Fw: confidential | Nauman Shah |
| PX 131 | 1482663 | Rivaroxaban and Atrial Fibrillation: The Need for ROCKET AF Booster | Nauman Shah |
| PX 132 | 259501 | 1/10/2012 – Email from Torr to Chang, re: LCM – J&J pre-meeting | Nauman Shah |
| PX 133 | 113437 | 5/27/2009 – Complete Response Letter from FDA | Nauman Shah |
| PX 134 | 54668 | 6/23/2011 – Email from Kollath to Benson, re: NDA 22406 FDA Label Review | Nauman Shah |
| PX 135 | 54669 | 6/22/11 – JnJ Sponsor Response to FDA NDA 22406 label comments.doc | Nauman Shah |
| PX 136 | 5813042 | Keith depo. 4 – Progress Notes – Medical Records of Dora Mingo | Dr. Stephen Keith |
| PX 137 | N/A | Composite of Ms. Mingo's Medical Records | Dr. Henry Rinder |