| Trial Exhibit # | Record # | Description | Witness |
|---|---|---|---|
| DTX 1 | DX 10 | 1/2015 Xarelto (rivaroxaban) Label | Susan Geiger |
| DTX 2 | DX 5721 | Letter from Barry Miller to Huy Truong re Fulfillment of Postmarketing Requirement | Dr. Shujian Wu |
| DTX 3 | DX 5983 | Postmarketing Protocol Under 505 (0) An Enhanced Post-Marketing Pharmacovigilance Plan for Major Bleeding Events | Dr. Shujian Wu |
| DTX 4 | DX 5357 | 7/1/2011 Letter from Richard Pazdur to Andrea Kollath re NDA Approval | Dr. Shujian Wu |
| DTX 5 | DX 5599 | Aggregate Report #6 for XARELTO Enhanced Pharmacovigilance Plan in the United States 16 March 2014 to 15 September 2014 | Dr. Shujian Wu |
| ▬ | ▬ | ▬▬▬▬▬▬▬▬▬▬▬▬ | ▬ |
| DTX 7 | DX 5389 | COVER LETTER: Letter from Andrea Kollath to Ann Farrell re: Sponsor Complete Response to FDA Letter of May 27, 2009 | Suzanne Parisian |
| DTX 8 | DX 5390 | ATTACHMENT: draft-labeling-text.doc Highlights of Prescribing Information attachment to Letter from Andrea Kollath to Ann Farrell re: Sponsor Complete Response to FDA Letter of May 27, 2009 | Suzanne Parisian |
| DTX 9 | DX 6100 | June 13, 2011 Email from Tyree Newman to Andrea Kollath with a copy to Sanjay Jalota re: NDA 22406 FDA label review with attachment NDA 22406 label comments_6 13 11.doc - FDA Red Ribbon Copy | Suzanne Parisian |
| DTX 10 | DX 5357 | 7/1/2011 Letter from Richard Pazdur to Andrea Kollath re NDA Approval (also admitted as DTX 4) | Suzanne Parisian |
| DTX 11 | DX 6065 | Explorative analysis of prothrombin time measured by Neoplastin reagent in subjects treated with rivaroxaban (BAY 59-7939) in study 11702 DVT (EINSTEIN DVT) | Dr. Henry Rinder |
| DTX 12 | DX 6079-A | Integrated Summary of Safety - Rivaroxaban for the Treatment of Deep Vein Thrombosis (DVT) and/or Pulmonary Embolism (PE) and for the Prevention of Recurrent DVT and/or PE - Introduction 1-36 | Dr. Henry Rinder |

| DTX 13 | DX 6079-D | Integrated Summary of Safety - Rivaroxaban for the Treatment of Deep Vein Thrombosis (DVT) and/or Pulmonary Embolism (PE) and for the Prevention of Recurrent DVT and/or PE, at Section 1.1.4. Pooled Analyses of 11702 DVT and 11702 PE Studies, pp 127-172 | Dr. Henry Rinder |
|---|---|---|---|
| DTX 14 | DX 5373-A | Maternal Health Team Review from Upsana Bhatnagar to Division of Hematology Products (DHP) re Pregnancy and Nursing Mothers Labeling Review EXCERPT of Center for Drug Evaluation and Research, Application Number: 022406Orig1s000, Other Review(s). Pages 103 - 113. | Dr. Henry Rinder |
| DTX 15 | DX Mingo 71 | 1/23/2015 Dora Mingo Southwest Mississippi Regional Medical Center Records - History and Physical | |
| DTX 16 | DX Mingo 295 | Compilation 1 of Dora Mingo medical records | |
| DTX 17 | DX Mingo 4 | Compilation 2 of Dora Mingo medical records | |
| DTX 18 | DX Mingo 66 | 2015/01/22 Medication Administration Records - Southwest Mississippi Regional Medical Center | |
| DTX 19 | DX Mingo 14 | Medical Records from Gentiva Home Health | |
| DTX 20 | DX Mingo 20 | Medical Records from Jackson Orthopedic Clinic, Dr. Gandy | |
| DTX 21 | DX Mingo 21 | Medical Records from Dr. Stephen Keith | |
| DTX 22 | DX Mingo 23 | Medical Records from Kings Daughters Medical Center | |
| DTX 23 | DX Mingo 28 | Medical Records from Premier Orthopedic & Sports | |
| DTX 24 | DX Mingo 31-A | Southwest Mississippi Regional Medical Center record pages 156-316, 1/22-1/24 admission | |
| DTX 25 | DX Mingo 31-B | Southwest Mississippi Regional Medical Center records - pages 317-549, 2/13-2/15 admission | |
| DTX 26 | DX Mingo 35 | Medical Records from St. Dominic Hospital | |
| DTX 27 | DX 6009 | 6/23/11 Email from Andrea Kollath to Alice Benson, Andrea Derix, Andy Hargreaves, et al., re FDA Marked up version of ORS USPI (NDA 22-406 CR) with attached FDA RedLined version NDA 22406 label comments_6 13 11.doc; NDA 22406 hud-100-count-blister-pack.pdf, NDA 22406 draft-carton-and-container-labels-bottle.pdf, NDA 22406 draft-carton-and-container-labels-hud-bl.pdf | Nauman Shah |

| | | | |
|---|---|---|---|
| DTX 100 | PX 5590540 | Lensing Deposition Exhibit 86, Draft Document with comments entitled: "Achieved prothrombin time in patients treated with rivaroxaban was not associated with recurrent venous thromboembolism or major bleeding" | Dr. Anthonie Lensing |
| DTX 101 | PX 253870 | Misselwitz Deposition Exhibit 32, PX 253870 - NDA 022406 Final Approval Action Letter, dated 11/02/2012 | Frank Misselwitz |
| DTX 102 | PX 5813046 | Keith Deposition Exhibit 7, Dora Mingo Progress Note - 2/10/2015 | Dr. Stephen Keith |
| DTX 103 | PX 5813047 | Keith Deposition Exhibit 8, Dora Mingo 2/13/2015 Endoscopy Report | Dr. Stephen Keith |
| DTX 104 | PX 5813048 | Keith Deposition Exhibit 9, Dora Mingo 2/13/2015 Procedural Report | Dr. Stephen Keith |
| DTX 105 | PX 5813050 | Keith Deposition Exhibit 11, Dora Mingo Integrated Progress Notes 2/14/2015 | Dr. Stephen Keith |
| DTX 106 | PX 5813051 | Keith Deposition Exhibit 12, Dora Mingo Discharge Summary, 2/15/2015 | Dr. Stephen Keith |
| DTX 107 | PX 5813052 | Keith Deposition Exhibit 13, Dora Mingo 2/19/2015 Progress Notes | Dr. Stephen Keith |
| DTX 340 | DX 340 | Lensing Deposition Exhibit 83, Excerpt of PX 1359, 11223 Study Report | Dr. Anthonie Lensing |
| DTX 341 | DX 341 | Lensing Deposition Exhibit 84, Excerpt of PX 5615, 11528 Study Report | Dr. Anthonie Lensing |
| DTX 342 | DX 342 | Lensing Deposition Exhibit 85, Excerpt of DX 6079, Integrated Summary of Safety (ISS), April 13, 2012 | Dr. Anthonie Lensing |