UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JULIA BABIN, spouse of decedent Stephen Babin,<br><br>  Plaintiff,<br><br>  v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>  Defendants. | MDL NO. 2:14-md-2592<br><br>Case No: 2:17-cv-08486<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**<u>JURY TRIAL DEMANDED</u>** |

**<u>ENTRY OF APPEARANCE</u>**

Comes now Timothy W. Van Ronzelen of Cook, Vetter, Doerhoff & Landwehr, P.C., and hereby enters Kari A. Schulte's (also of Cook Vetter Doerhoff & Landwehr, PC) appearance as co-counsel on behalf of Plaintiff.

Respectfully submitted,

Timothy W. VanRonzelen_____
Timothy W. VanRonzelen, #44382
Kari A. Schulte, #57739
COOK, VETTER, DOERHOFF
& LANDWEHR, P.C.
231 Madison Street
Jefferson City, MO 65101
Telephone:    (573) 635-7977
Facsimile:     (573) 635-7414
tvanronzelen@cvdl.net
kschulte@cvdl.net