# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Christine Craig v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:17-cv-03501

*Guillermo Martinez v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:17-cv-03501

*Vanessa White v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:17-cv-03501

*Helen Smith v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-03501

*William Brock v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:17-cv-03501

*Joe Fleming v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-03501

*Patrick McKenna v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-03501

*Madlyn Bramich v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-03501

*Mark Kilbride v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-03501

*Barbara Jean Schmidt v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-03501

*Terry E. Garrett v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-03501

*Cindy Jackson v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-03501

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG

Plaintiffs in the above-listed actions, through undersigned counsel, respectfully request that this Court grant their Motion for Extension of Time within Which to Serve Process and issue an Order allowing them an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B. A brief memorandum in support of Plaintiff's motion is submitted herewith.

Dated: September 1, 2017

Respectfully submitted,

/s/ Jonathan Staffeldt
Jonathan Paul Staffeldt Bar # 252326
MILSTEIN JACKSON FAIRCHILD &
WADE, LLP
10250 Constellation Blvd, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 396-9600
Facsimile: (310) 396-9635
Email: jstaffeldt@mjfwlaw.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                 /s/ Jonathan P. Staffeldt