# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Christine Craig v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:17-cv-03501

*Guillermo Martinez v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:17-cv-03501

*Vanessa White v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:17-cv-03501

*Helen Smith v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-03501

*William Brock v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:17-cv-03501

*Joe Fleming v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-03501

*Patrick McKenna v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-03501

*Madlyn Bramich v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-03501

*Mark Kilbride v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-03501

*Barbara Jean Schmidt v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-03501

*Terry E. Garrett v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-03501

*Cindy Jackson v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:17-cv-03501

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG

Now come Plaintiffs in the above-listed actions, through undersigned counsel, and respectfully move this for an Order allowing them an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG (the "Defendants") through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10, 10A and 10B.  In support of their motion, Plaintiffs state as follows:

The foregoing action was filed at the Riverside County Superior Court in the State of California on December 1, 2016.  Transfer of the action to this consolidated proceeding *In Re: Xarelto (Rivaroxaban) Products Liability* Litigation, MDL No. 2592, was subsequently requested by Defendants and ordered by the Court's Transfer Order on April 20, 2017.  The case was transferred on April 24, 2017 (docket 29).

Plaintiffs were unaware that they must complete the streamlined service of process as set forth in Pre-Trial Order #10 following transfer of the action into MDL No. 2592.  Undersigned counsel had successfully completed service of the complaint on the Defendants immediately following the initial filing of the complaint.  Bayer Healthcare Pharmaceuticals, Inc. answered Plaintiffs' complaint on January 13, 2017. However, due to inadvertent oversight on behalf of undersigned counsel, service of Plaintiffs' complaint in this action was not properly effected following transfer within the time period for streamlined service set forth in Pre-Trial Order #10, 10A and 10B as to Bayer HealthCarePharmaceuticals, Inc. and Bayer Pharma AG.  Undersigned counsel regrets its failure to properly oversee and accomplish the service of the complaint and

summons in the above-listed actions and assures this Court that it has instituted procedures to ensure that all future complaints are properly and timely served according to Pre-Trial Order #10, 10A and 10B.

The MDL involves thousands of similarly situated plaintiffs who have filed claims alleging facts, circumstances, and theories of recovery virtually identical to the lawsuit filed by the above-captioned Plaintiffs, and as such, no actual prejudice has or will occur to Defendants by this Court granting the relief sought herein.

Plaintiffs show that as a matter of law and fact, they were not in "bad faith" in delaying streamlined service of his respective Complaint and Summons. Defendants are fully aware of and are served with hundreds of identical complaints in this matter. Defendants were well aware of Plaintiffs' claim as they filed an answer with the Riverside County Superior Court, State of California, and noticed removal of Plaintiff's action to this coordinated proceeding.

Thus, Plaintiff respectfully requests that this Court grant this motion and allow him an additional thirty (30) days within which to effect service on the Defendants through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10, 10A and 10B.

Respectfully submitted,

Dated: September 1, 2017

*/s/* Jonathan Staffeldt
Jonathan Paul Staffeldt Bar # 252326
MILSTEIN JACKSON FAIRCHILD & WADE, LLP
10250 Constellation Blvd, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 396-9600
Facsimile: (310) 396-9635
Email: jstaffeldt@mjfwlaw.com

*Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                 /s/ Jonathan P. Staffeldt