UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Christine Craig v. Janssen Research & Development LLC, et al.;*
*LAED USDC No. 2:17-cv-03501*

*Guillermo Martinez v. Janssen Research & Development LLC, et al.;*
*LAED USDC No. 2:17-cv-03501*

*Vanessa White v. Janssen Research & Development LLC, et al.;*
*LAED USDC No. 2:17-cv-03501*

*Helen Smith v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-03501*

*William Brock v. Janssen Research & Development LLC, et al.;*
*LAED USDC No. 2:17-cv-03501*

*Joe Fleming v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-03501*

*Patrick McKenna v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-03501*

*Madlyn Bramich v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-03501*

*Mark Kilbride v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-03501*

*Barbara Jean Schmidt v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-03501*

*Terry E. Garrett v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-03501*

*Cindy Jackson v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-03501*

## NOTICE OF SUBMISSION

Please take notice that the Motion for Extension of Time within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG, filed by Plaintiffs in the above-listed actions, through undersigned counsel will be submitted to the Court on Wednesday, the 20th of September 2017, at 9:00am before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Poydras Street, New Orleans, LA 70130.

Dated: September 1, 2017          Respectfully submitted,

                                               */s/* Jonathan Staffeldt
                                               Jonathan Paul Staffeldt Bar # 252326
                                               MILSTEIN JACKSON FAIRCHILD & WADE, LLP
                                               10250 Constellation Blvd, Suite 1400
                                               Los Angeles, CA 90067
                                               Telephone: (310) 396-9600
                                               Facsimile: (310) 396-9635
                                               Email: jstaffeldt@mjfwlaw.com

                                               *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                               /s/ Jonathan P. Staffeldt