**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| _____ | | |

**THIS DOCUMENT RELATES TO:**

*Christine Craig v. Janssen Research & Development LLC, et al.;*
*LAED USDC No. 2:17-cv-03501*

*Guillermo Martinez v. Janssen Research & Development LLC, et al.;*
*LAED USDC No. 2:17-cv-03501*

*Vanessa White v. Janssen Research & Development LLC, et al.;*
*LAED USDC No. 2:17-cv-03501*

*Helen Smith v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-03501*

*William Brock v. Janssen Research & Development LLC, et al.;*
*LAED USDC No. 2:17-cv-03501*

*Joe Fleming v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-03501*

*Patrick McKenna v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-03501*

*Madlyn Bramich v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-03501*

*Mark Kilbride v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-03501*

*Barbara Jean Schmidt v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-03501*

*Terry E. Garrett v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-03501*

*Cindy Jackson v. Janssen Research & Development LLC, et al.,*
*LAED USDC No. 2:17-cv-03501*

## **ORDER**

Considering the foregoing Motion for Extension of Time within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG: IT IS HEREBY ORDERED that Plaintiffs in the above-listed actions shall have thirty (30) days from the date of this Order within which to effect service on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG, through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B.

New Orleans, Louisiana this ___ day of _____, 2017.

_____
Honorable Eldon E. Fallon