UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7323 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Cornelius Sullivan v. Janssen Research & Development, LLC, et al

CA# 2:16-cv-16783

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Todd Sullivan, on behalf of the Estate of Cornelius Sullivan, is substituted for Plaintiff Cornelius Sullivan, in the above captioned case.

New Orleans, Louisiana, this 31st day of August, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE