UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7340 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Donzil Burlison v. Janssen Research & Development, LLC, et al

CA# 2:15-cv-2940

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Hilda Burlison, as surviving spouse of Donzil Burlison, is substituted for Plaintiff Donzil Burlison, in the above captioned case.

New Orleans, Louisiana, this 31st day of August, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE