# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7385 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Johnson et al v. Janssen Research & Development LLC, et al

CA# 2:17-cv-00109

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff and Motion to Amend Complaint, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Pinky Ray Johnson, as surviving spouse and on behalf of the Estate of Henry Johnson, is substituted for Plaintiff Henry R. Johnson, in the above captioned case.

New Orleans, Louisiana, this 31st day of August, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE