# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 - R. Doc. 7431 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**     **ORDER**

HELEN KOTCHEN – Civil Action No. 2:16-cv-15774
JIMMY O'NEAL – Civil Action No. 2:17-cv-914
REGINAL PETERS – Civil Action No. 2:16-cv-15011
DONALD ROYER – Civil Action No. 2:17-cv-916
TIMOTHY SULLIVAN – Civil Action No. 2:16-cv-15547

## ORDER

Now pending before the court is a Motion to Withdraw and Substitute Counsel of Record filed herein on August 24, 2017. Upon Consideration of said motion, it is hereby ORDERED that this motion is GRANTED.

It is **ORDERED** that attorney Michael P. Kella is allowed to withdraw as counsel and that attorney Amy Collignon Gunn be substituted in his place.

The Clerk is instructed to substitute Amy Collignon Gunn as counsel in place of Michael P. Kella, in the matters referenced above.

The Clerk is directed to send a copy of this Order to counsel of record.

This 31st day of August, 2017

_____
ELDON E. FALLON

UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

/s/ Amy Collignon Gunn
Attorneys for Plaintiffs
MO Bar No. 45016
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
Email: *agunn@simonlawpc.com*

AND

/s/Michael P. Kella
Attorneys for Plaintiffs
MO Bar No. 64284
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
Email: *mkella@simonlawpc.com*