**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592 - R. Doc. 7432** |
| | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**          **ORDER**

DONALD BEELER – Civil Action No. 2:15-cv-01070
SPURGEON CLARK – Civil Action No. 2:16-cv-01423
HOLLY GRAHAM – Civil Action No. 2:16-cv-01217
NORMA J. MATTHEWS OBO FREDDIE MATTHEWS – Civil Action No. 2:16-cv-01429
ROGER REED – Civil Action No. 2:16-cv-01422
ROBERT ROEPER – Civil Action No. 2:15-cv-00716
TILDA SPAULDING OBO SARAH TEDALDI – Civil Action No. 2:16-cv-01424
RAYMOND YOSTEN, SR. – Civil Action No. 2:16-cv-01428

## ORDER

Now pending before the court is a Motion to Withdraw and Substitute Counsel of Record filed herein on August 24, 2017. Upon Consideration of said motion, it is hereby ORDERED that this motion is GRANTED.

It is **ORDERED** that attorneys Todd S. Hageman and Michael P. Kella are allowed to withdraw as counsel and that attorney Amy Collignon Gunn be substituted in their place.

The Clerk is instructed to substitute Amy Collignon Gunn as counsel in place of Todd S. Hageman and Michael P. Kella, in the matters referenced above.

The Clerk is directed to send a copy of this Order to counsel of record.

This 31st day of August, 2017

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

/s/ Amy Collignon Gunn
Attorneys for Plaintiffs
MO Bar No. 45016
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
Email: *agunn@simonlawpc.com*

AND

/s/Todd S. Hageman
Attorneys for Plaintiffs
MO Bar No. 44770
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
Email: *thageman@simonlawpc.com*

AND

/s/Michael P. Kella
Attorneys for Plaintiffs
MO Bar No. 64284
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
Email: *mkella@simonlawpc.com*