UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | } | MDL No. 2592 - R. Doc. 7436 |
| PRODUCTS LIABILITY LITIGATION | } | |
| | } | SECTION: L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
Crockett, et al. v. Janssen Research & Development LLC, et al.
Civil Action No.: - 2:17-CV-07569

# ORDER

Considering the foregoing Joint Motion to Withdraw and Substituted Counsel:

**IT IS HEREBY ORDERED** that Mark R. Niemeyer and Michael S. Kruse of Niemeyer, Grebel & Kruse, LLC are removed as counsel of record for Plaintiffs listed in Appendix A (attached).

**IT IS FURTHER ORDERED** that Michael A. London, of Douglas & London, P.C. is enrolled as counsel of record for Plaintiffs listed in Appendix A (attached).

DONE AND SIGNED this ___31st___ day of __August__, 2017, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

**Appendix A**

*THOMAS BLAXTON v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*DONNA DOWNING v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*JOHN SHELTON v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*GERARD KINANE v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*LOUIS ONISHEA v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*MYRA STEINBRINK v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*FRANKLIN BARRELL v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*CHARLES BUFFA v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*WILFRED DEROSIER v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*JAMES MOSLEY v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*JOHN SILLER v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*HELEN STAUDINGER v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*LIONEL ZEPEDA v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*STEPHEN BEASLEY v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*ANA RIMOLI v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*ANTHONY RUSSO v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*SIDNEY YOUNG v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*CHERYL MCCLESKEY v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*WINOLA SWINKS v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*NANCY BATHEN v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*MARVIN SMITH v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*BOOTH KILFOYLE v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*ETHEL GUY v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*BRENDA HERDERHORST v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

*PETER GNAM v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

CATHERINE MCGHEE *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

ANGELA MAYS *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

BETTY TIBBS *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

JOHN CONNELL *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

MICHAEL ENTWISLE *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

THOMAS HAPP *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

MINA ROBERTSON *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

ARTHUR SIECK *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

JUDITH WALSH *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

TODD HICKS *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

PRUDENCIA LAQUE *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

MARLENE NEWMAN *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

MARVIN PASHUKEWICH *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

THERESA SIEGEL *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

RISHANDA RICHARDSON *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

TABITHA COLEMAN *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

SHONE DRONES *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

SHERRY THOMPSON *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

IDA BURDICK *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

ALICE FORBES *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

FRANCES LACKEY *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

SHARON RUSSELL *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

FRANK SMITH *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

JEANETTE DUPREE *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

LAURA NARDONE *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

BYRDIE SANDERS *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

BRENDA SUTTON *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

NELLIE SWAFFORD *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

NELLIE PITTS *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

CLIFFORD WILSON *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

THOMAS LUCKMAN *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

RONALD CALES *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

MARY HALL *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

DIANNA ROWDEN *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

RICHARD RUSSELL *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

WILLIAM SHEETS *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

JOYCE LUCAS *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

EUNA ROBINSON *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

LOUIS IANNUCCILLI *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

YSABEL MEDINA *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

CHRISTOPHER HAMILTON *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

JALEESA MATTHEWS *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

CHARLES SMITH *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

JUDITH THACKER *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

DAVID DONALD *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

MAUDE SAUNDERS *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

PHILIP BLACKWELL *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

GRACE DRISDLE *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

OMA WILLIS *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

BRICE REYNOLDS *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

CAROLYN THORBS *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

FRAUKE RAHMEL *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*

LOIS BOND *v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. - 2:17-CV-07569*