# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7449 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Jimmie R. Moore v. Janssen Pharmaceuticals, Inc., et al

CA# 2:17-cv-6424

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Shirley F. Moore, as surviving spouse of Jimmie R. Moore, is substituted for Plaintiff Jimmie R. Moore, in the above captioned case.

New Orleans, Louisiana, this 31st day of August, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE