UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7452 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Deloris Hough v. Janssen Pharmaceuticals, Inc., et al

CA# 2:17-cv-5972

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Catherine M. Merkel, as surviving sister of Deloris Hough, is substituted for Plaintiff Deloris Hough, in the above captioned case.

New Orleans, Louisiana, this 31st day of August, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE