# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7458 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Margaret Hughes v. Janssen Research and Development LLC

CA# 2:16-cv-3345

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Clifford R. Hughes, as surviving spouse of Margaret Hughes, is substituted for Plaintiff Margaret Hughes, in the above captioned case.

New Orleans, Louisiana, this 1st day of September, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE