UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7473<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Alma Rush v. Janssen Research & Development LLC et al

CA# 2:16-cv-10083

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Damon Rush, on behalf of the Estate of Alma Rush, is substituted for Plaintiff Alma Rush, in the above captioned case.

New Orleans, Louisiana, this 1st day of September, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE