IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) ) ) | **MDL NO. 2592** |
| | ) | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** | ) ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) ) | **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:**

ROLANDE M. GIROUX and GEORGE L. GIROUX          2:17-cv-05515

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO
SUBMIT PHARMACEUTICAL RECORDS ONLY**

NOW COME Plaintiffs, by and through undersigned counsel, and respectfully move this Honorable Court for an extension of time to submit pharmaceutical/proof of use records. Plaintiffs request a deadline of 60 days from the filing of this motion, with a new deadline date of October 31, 2017, to cure the deficiency.

In support of their motion, Plaintiffs submit the attached Memorandum in Support. In short, Plaintiffs' counsel notes:

1) On June 2, 2017, Plaintiffs, by and through counsel, filed their complaint with the Court. Thereafter, the Plaintiff Fact Sheet was verified and submitted with medical documentation.

2) On August 14, 2017, the MDL Centrality Administrator notified counsel of a deficiency regarding proof of use of Xarelto.

3) Plaintiffs current deadline to cure the deficiency is September 5, 2017. Due to issues in obtaining the documents, Plaintiffs request an extension of 60 days from the date of this motion, October 31, 2017, to cure the deficiency.

4) This is Plaintiffs' first Request for Extension of Time with regard to satisfying deficiencies. An extension of time is not sought for delay.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully move this Honorable Court for an Extension of Time to Submit Pharmaceutical Records until October 31, 2017.

> Respectfully submitted,
>
> MARC J. BERN & PARTNERS LLP
>
> By:*/s/ Debra J. Humphrey*
> Debra J. Humphrey (5050448)
> 60 East 42nd St., Suite 950
> New York, NY 10165
> (212) 702-5000
> (212) 818-20164 (Fax)
> dhumphrey@bernllp.com
> *Counsel for Plaintiffs*

Dated: September 1, 2017