IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO** ) | **MDL NO. 2592** |
| **(RIVAROXABAN)** ) | |
| ) | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **JUDGE ELDON E. FALLON** |
| ) | |
| ) | **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:**

| ROLANDE M. GIROUX and GEORGE L. GIROUX | 2:17-cv-05515 |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiffs' Motion for Extension of Time to Submit Pharmaceutical Records to be heard by the Honorable Eldon E. Fallon.

           Respectfully submitted,

           MARC J. BERN & PARTNERS LLP

           By:*/s/ Debra J. Humphrey*
           Debra J. Humphrey (5050448)
           60 East 42nd St., Suite 950
           New York, NY 10165
           (212) 702-5000
           (212) 818-20164 (Fax)
           dhumphrey@bernllp.com
           *Counsel for Plaintiffs*

Date: September 1, 2017

## **CERTIFICATE OF SERVICE**

The foregoing Plaintiffs' Notice of Submission of Memorandum in Support of Motion for Extension of Time to Submit Pharmaceutical Records has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 1st day of September, 2017.

          MARC J. BERN & PARTNERS LLP

          By:*/s/ Debra J. Humphrey*
          Debra J. Humphrey (5050448)
          60 East 42nd St., Suite 950
          New York, NY 10165
          (212) 702-5000
          (212) 818-20164 (Fax)
          dhumphrey@bernllp.com
          *Counsel for Plaintiffs*