IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) ) ) | **MDL NO. 2592** |
| ) | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** ) ) | |
| ) | **JUDGE ELDON E. FALLON** |
| ) ) | **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:**

| | |
|---|---|
| ROLANDE M. GIROUX and GEORGE L. GIROUX | 2:17-cv-05515 |

## ORDER

This matter came before the Court on Plaintiffs' Motion for Extension of Time to Submit Pharmaceutical Records.

After due consideration, this Court hereby GRANTS Plaintiffs' Motion for Extension of Time to Submit Pharmaceutical Records.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs have until October 31, 2017 to submit pharmaceutical/proof of use records.

_____     _____
DATE                                                                  JUDGE ELDON E. FALLON