IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) ) ) | **MDL NO. 2592** |
| | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** ) ) | |
| | **JUDGE ELDON E. FALLON** |
| ) ) | **JUDGE NORTH** |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:**

ROLANDE M. GIROUX and GEORGE L. GIROUX                2:17-cv-05515

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SUBMIT PHARMACEUTICAL RECORDS ONLY**

In support of Plaintiffs' Motion for Extension of Time to Submit Pharmaceutical Records Only, Plaintiffs state the following:

1) Plaintiffs filed the Complaint the above-captioned case on June 2, 2017.

2) On August 14, 2017, the MDL Centrality Administrator notified counsel of a deficiency in Plaintiffs' Fact Sheet (hereinafter "PFS"). Specifically that the attached records to the PFS did not demonstrate use of Xarelto by Plaintiff Rolande Giroux. Per the Court's Pretrial Order #13, Plaintiffs had to cure the deficiency within 20 days, September 5, 2017.[1]

3) The pharmaceutical records at issue have been on order for some time, and Plaintiffs expect to receive the records in due time.

4) Counsel requests an extension of time in the amount of sixty (60) days from the date this motion, until October 31, 2017, to submit additional documents to cure the deficiency at issue.

---

[1] While 20 days from August 14, 2017 is actually September 3, 2017, given that the date is a Sunday and the following Monday is a holiday (Labor Day), the deadline appears to be September 5, 2017.

5) Plaintiffs are not requesting an extension for purposes of delay and will submit the necessary documents as soon as they are received.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully move this Honorable Court for an extension of the deadline to cure Plaintiffs' PFS deficiency to October 8, 2017.

                                        MARC J. BERN & PARTNERS LLP

                                        By:*/s/ Debra J. Humphrey*
                                        Debra J. Humphrey (5050448)
                                        60 East 42nd St., Suite 950
                                        New York, NY 10165
                                        (212) 702-5000
                                        (212) 818-20164 (Fax)
                                        dhumphrey@bernllp.com

Date: September 1, 2017                  *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The foregoing Plaintiffs' Memorandum in Support of Motion for Extension of Time to Submit Pharmaceutical Records has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 1st day of September, 2017.

        MARC J. BERN & PARTNERS LLP

        By:*/s/ Debra J. Humphrey*
        Debra J. Humphrey (5050448)
        60 East 42nd St., Suite 950
        New York, NY 10165
        (212) 702-5000
        (212) 818-20164 (Fax)
        dhumphrey@bernllp.com
        *Counsel for Plaintiffs*