UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**

*Ernest Schleifer and Estelle Schleifer v. Janssen Research & Development LLC, et al;*

Case No.: 2:17-cv-01706

### NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Ernest Schleifer.

Dated:  September 5, 2017

                                              Respectfully Submitted,

                                              */s/ Rosemarie Riddell Bogdan*
                                              Rosemarie Riddell Bogdan
                                              NDNY Bar Roll Number: 506409
                                              NYS Bar Roll Number: 380552
                                              MARTIN, HARDING & MAZZOTTI, LLP
                                              Attorneys for Plaintiff
                                              1222 Troy-Schenectady Road
                                              P.O. Box 15141
                                              Albany, New York 12212-5141
                                              Telephone: (518) 862-1200
                                              rrbxarelto@1800law1010.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2017, I electronically filed the foregoing Notice and Suggestion of Death with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/Rosemarie Riddell Bogdan*

Rosemarie Riddell Bogdan

`