**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| --- | --- |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:**

| BILLY GARNER | 2:17-cv-06346 |
| --- | --- |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE PLAINTIFF FACT SHEET

NOW COMES Plaintiff, by and through his undersigned counsel, and respectfully moves this Honorable Court for an extension of time to file his Plaintiff's Fact Sheet (PFS). The deadline to submit his PFS was August 28, 2017. Plaintiff respectfully requests an extra 60 days, with a new deadline date of October 27, 2017, to provide his PFS.

In support of his Motion, Plaintiff's counsel notes:

1. On June 29, 2017, Plaintiff, by and through his counsel, filed his Complaint with the Court.

2. Thereafter, counsel learned that the Plaintiff passed away on July 1, 2017.

3. Plaintiff's counsel has been in contact with Plaintiff's daughter and legal representative Charlene Kay.

4. Plaintiff's counsel has not been able to complete the Plaintiff Fact Sheet due

to flooding and complications causes by the recent Hurricane Harvey in Houston, Texas, where client communications are being handled.

5. Plaintiff's counsel requests a 60 day extension of time to file Plaintiff's PFS until October 27, 2017.

6. Plaintiff's counsel emailed Defendants' counsel and received consent for an extension of time to file Plaintiff's Fact Sheet on September 2, 2017.

WHEREFORE, for the reasons specified above, Plaintiff respectfully moves this Honorable Court for an Extension of Time to File Plaintiff's Fact Sheet until October 27, 2017.

Dated: September 5, 2017

                          Respectfully Submitted,

                    By:    /s/ Catherine T. Heacox
                          Catherine T. Heacox
                          The Lanier Law Firm
                          126 E. 56th Street
                          Floor 6
                          New York, New York 10022
                          Office: (212) 421-2800
                          Fax: (212) 421-2878
                          Email: CTH@lanierlawfirm.com

                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The foregoing PLAINTIFFS MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S FACT SHEET has been served upon all counsel of record via the Court's ECF system on September 5, 2017.

                By:    /s/ Catherine T. Heacox
                      Catherine T. Heacox
                      The Lanier Law Firm
                      126 E. 56th Street
                      Floor 6
                      New York, New York 10022
                      Office: (212) 421-2800
                      Fax: (212) 421-2878
                      Email: CTH@lanierlawfirm.com

*Attorneys for Plaintiff*