UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

| BILLY GARNER | 2:17-cv-06346 |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion for an Extension of Time to Serve Plaintiff Fact Sheet to be heard by the Honorable Eldon E. Fallon.

Dated: September 5, 2017

                                                              Respectfully Submitted,

By:    /s/ Catherine T. Heacox
          Catherine T. Heacox
          The Lanier Law Firm
          126 E. 56th Street
          Floor 6
          New York, New York 10022
          Office: (212) 421-2800
          Fax: (212) 421-2878
          Email: CTH@lanierlawfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The foregoing NOTICE OF SUBMISSION has been served upon all counsel of record via the Court's ECF system on September 5, 2017.

By: /s/ Catherine T. Heacox
Catherine T. Heacox
The Lanier Law Firm
126 E. 56th Street
Floor 6
New York, New York 10022
Office: (212) 421-2800
Fax: (212) 421-2878
Email: CTH@lanierlawfirm.com

*Attorneys for Plaintiff*