UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

| BILLY GARNER | 2:17-cv-06346 |
|---|---|

**ORDER**

Considering the foregoing Motion for Extension of Time to Serve Plaintiff Fact Sheet:

IT IS HEREBY ORDERED that Plaintiff in the above-listed action shall have sixty (60) days with a new deadline of October 27, 2017, to serve a Plaintiff Fact Sheet.

New Orleans, Louisiana this ___ day of _____, 2017.

_____
Honorable Eldon E. Fallon