UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7433<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Gibson et al v. Janssen Research & Development LLC, et al

CA# 2:15-cv-01874

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff and Motion to Amend Complaint, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that the Motion for Substitution and to Amend complaint are GRANTED. Plaintiff Sallie Gibson, on behalf of the Estate of Gary Francis Gibson, is substituted for Plaintiff Gary Francis Gibson, in the above captioned case.

New Orleans, Louisiana, this 5th day of September, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE