UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| *********************************************** | * | |

**THIS DOCUMENT RELATES TO:**
*Civil Action 17-6418*

## ORDER

It has come to the Court's attention that Plaintiff's attorney in the above-referenced case filed two duplicate cases on behalf of Plaintiff Brenda Hensley, 2:17-cv-6418 and 2:17-cv-6427.

Accordingly, **IT IS ORDERED** 2:17-cv-6418 is hereby **DISMISSED**.

New Orleans, Louisiana this 5th day of September, 2017.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE