UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |
| ********************************************* | * |

**THIS DOCUMENT RELATES TO:**
   *Civil Action 17-6434*

## ORDER

It has come to the Court's attention that Plaintiff's attorney in the above-referenced case filed two duplicate cases on behalf of Plaintiff Linda Burch, 2:17-cv-6434 and 2:17-cv-6436.

Accordingly, **IT IS ORDERED** 2:17-cv-6434 is hereby **DISMISSED**.

New Orleans, Louisiana this 5th day of September, 2017.

UNITED STATES DISTRICT JUDGE