1                    UNITED STATES DISTRICT COURT

2                  SOUTHERN DISTRICT OF MISSISSIPPI

3

4

5    IN RE:  XARELTO                *
     (RIVAROXABAN) PRODUCTS         *
6    LIABILITY LITIGATION           *

7    THIS DOCUMENT RELATES TO:      *    Docket No.: 14-MD-2592
                                    *    Section "L"
8    Dora Mingo, et al. v.          *    Jackson, Mississippi
     Janssen Research &             *    August 9, 2017
9    Development, LLC, et. al.,     *
     Case No.: 15-CV-3469           *
10   * * * * * * * * * * * * * * * *

11                    VOLUME III- MORNING SESSION
                  TRANSCRIPT OF JURY TRIAL PROCEEDINGS
12               BEFORE THE HONORABLE ELDON E. FALLON
                    UNITED STATES DISTRICT JUDGE

13

14   APPEARANCES:

15

     For the Plaintiffs'
16   Liaison Counsel:              Gainsburg Benjamin David
                                     Meunier & Warshauer
17                                 BY:  GERALD E. MEUNIER, ESQ.
                                   2800 Energy Centre
18                                 1100 Poydras Street
                                   New Orleans, Louisiana 70163

19

20
     For the Plaintiffs:           Beasley Allen
21                                 BY:  ANDY BIRCHFIELD, ESQ.
                                   P.O. Box 4160
22                                 Montgomery, Alabama 36103

23

24

25

                        OFFICIAL REALTIME TRANSCRIPT

1   <u>APPEARANCES</u>:

2                               Gainsburg Benjamin Davis
                                  Meunier & Warshauer
3                               BY:  WALTER C. MORRISON, IV, ESQ.
                                240 Trace Colony Park Drive
4                               Suite 100
                                Ridgeland, Mississippi 39157
5

6
                                Goza Honnold
7                               BY:  BRADLEY D. HONNOLD, ESQ.
                                11181 Overbrook Road, Suite 200
8                               Leawood, Kansas 66211

9

10                              The Lambert Firm
                                BY:  EMILY JEFFCOTT, ESQ.
11                              701 Magazine Street
                                New Orleans, Louisiana 70130
12

13
                                Levin, Fishbein, Sedran & Berman
14                              BY: FREDERICK S. LONGER, ESQ.
                                510 Walnut Street
15                              Suite 500
                                Philadelphia, Pennsylvania 19106
16

17
     For the Defendant Bayer
18   HealthCare Pharmaceuticals
     Inc. and Bayer Pharma AG:   Mitchell, Williams, Selig, Gates &
19                                 Woodyard, P.L.L.C.
                                BY:  LYN P. PRUITT, ESQ.
20                              425 W. Capitol Avenue, Suite 1800
                                Little Rock, Arkansas 72201
21

22
                                Watkins & Eager, PLCC
23                              BY:  WALTER T. JOHNSON, ESQ.
                                400 East Capitol Street
24                              Jackson, Mississippi 39201

25

OFFICIAL REALTIME TRANSCRIPT

```
 1   APPEARANCES:

 2   For Janssen Pharmaceuticals,
     Inc. and Janssen Research &
 3   Development, LLC:            Barrasso Usdin Kupperman Freeman &
                                    Sarver, LLC
 4                               BY:  RICHARD E. SARVER, ESQ.
                                 909 Poydras Street, 24th Floor
 5                               New Orleans, Louisiana 70112

 6

 7   Official Court Reporter:    Jodi Simcox, RMR, FCRR
                                 500 Poydras Street
 8                               Room HB-406
                                 New Orleans, Louisiana 70130
 9                               (504) 589-7780

10

11
     Proceedings recorded by mechanical stenography, transcript
12   produced by computer.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

OFFICIAL REALTIME TRANSCRIPT

1                        <u>I N D E X</u>

2                                                <u>Page</u>

3

FRANK MISSELWITZ BY VIDEO DEPOSITION
4       Examination By Mr. Horowitz:           518
        Examination By Mr. Overholtz          541
5
LAURA MASSEY PLUNKETT
6       Direct Examination By Ms. Jeffcott:   554

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

OFFICIAL REALTIME TRANSCRIPT

FRANK MISSELWITZ - EXAMINATION

| | | |
|---|---|---|
| 07:52 | 1 | **PROCEEDINGS** |
| 07:52 | 2 | **(August 9, 2017)** |
| 07:52 | 3 | **(MORNING SESSION)** |
| 07:52 | 4 | ****** |
| 07:52 | 5 | |
| 07:52 | 6 | (COURT CALLED TO ORDER) |
| 07:52 | 7 | **THE DEPUTY CLERK:**  All rise. |
| 08:51 | 8 | (WHEREUPON, the jury entered the courtroom.) |
| 08:53 | 9 | **THE DEPUTY CLERK:**  All rise. |
| 08:53 | 10 | **THE COURT:**  Be seated, please.  Good morning, ladies |
| 08:53 | 11 | and gentlemen. |
| 08:53 | 12 | Okay.  Call your next witness. |
| 08:53 | 13 | **MR. BIRCHFIELD:**  Your Honor, at this time, we have |
| 08:53 | 14 | about 40-45 minutes remaining of the video deposition. |
| 08:53 | 15 | **THE COURT:**  Okay. |
| 08:53 | 16 | |
| 08:53 | 17 | (WHEREUPON, the videotaped deposition of **Frank** |
| 08:53 | 18 | **Misselwitz** was played.) |
| 08:53 | 19 | **EXAMINATION** |
| 08:53 | 20 | BY MR. HOROWITZ: |
| 08:53 | 21 | **Q.**   Dr. Misselwitz, as you know, my name is Jeff Horowitz.  I |
| 08:53 | 22 | represent Bayer, and it's my chance to ask you some questions |
| 08:53 | 23 | in follow-up to Mr. Overholtz's questions, plaintiff's counsel |
| 08:53 | 24 | questions, and maybe some things about the EINSTEIN study that |
| 08:53 | 25 | we want to talk about. |

OFFICIAL REALTIME TRANSCRIPT

FRANK MISSELWITZ - EXAMINATION

08:53  1        Do you understand?

08:53  2  A.   I do understand, yes.

08:54  3  Q.   Doctor, how long have you been sitting here today?  Since

08:54  4  like 8:00 this morning?

08:54  5  A.   Quite a while, yeah.  A couple of hours.

08:54  6  Q.   Dr. Misselwitz, where do you currently work?

08:54  7  A.   I work with Bayer, and I'm having the pleasure to leading

08:54  8  the clinical development in the field of cardiovascular

08:54  9  medicine.

08:54  10  Q.   How long have you worked at Bayer?

08:54  11  A.   14 years now.

08:54  12  Q.   And when you say you're the head of clinical development

08:54  13  in cardiovascular medicine, what exactly does that mean?

08:54  14  A.   That comprises four therapeutic indication franchises:

08:54  15  Number 1, thrombosis, so anticoagulation medicine; Number 2,

08:54  16  cardiology and specifically -- more specifically heart failure

08:54  17  drugs; Number 3, nephrology, so chronic kidney disease; and

08:55  18  Number 4, last but not least, pulmonology, pulmonary

08:55  19  circulation.

08:55  20  Q.   And thrombosis, is that the category that Xarelto would

08:55  21  fall into?

08:55  22  A.   It is, yes.

08:55  23  Q.   And what is thrombosis?

08:55  24  A.   Thrombosis is a medical condition in which the blood clots

08:55  25  and forms clots that may obstruct the vessels, either in the

OFFICIAL REALTIME TRANSCRIPT

FRANK MISSELWITZ - EXAMINATION

08:55  1    arteries or in the veins.  And regardless of arterial or venous

08:55  2    clots, this may have deleterious and sometimes fatal deadly

08:55  3    outcomes to the patients.

08:55  4    Q.    Now, I've been calling you "Doctor," as has Mr. Overholtz.

08:55  5          Are you a medical doctor?

08:55  6    A.    I'm a medical doctor, indeed, yes.

08:55  7    Q.    Tell us a little bit.  What area of medicine did you focus

08:55  8    on and have you focused on?  Are you board-certified?  And that

08:56  9    sort of thing.

08:56  10   A.    So I finished medical school with an MD in 1981.  I then

08:56  11   had MD Ph.D. training.  So I did a couple of years in a lab

08:56  12   doing basic science research, went back to the clinical

08:56  13   practice and accomplished my board certification as a vascular

08:56  14   medicine specialist.  That comprises my specialty, by

08:56  15   thrombosis, as a big and important area.

08:56  16         And I used to work then for a number of years, a

08:56  17   total of ten years after my MD degree, in University Hospital

08:56  18   as the head of anticoagulation clinic and research group

08:57  19   focusing on thrombosis.

08:57  20   Q.    During your time as the head of anticoagulation clinic

08:57  21   focusing on thrombosis, did you actually care for and treat

08:57  22   patients as a practicing doctor?

08:57  23   A.    Yes, of course.  It was one of my duties to regularly see

08:57  24   patients who are anticoagulated with vitamin K antagonists.  It

08:57  25   was -- at the time, we had no anticoagulant and neither did we

OFFICIAL REALTIME TRANSCRIPT

FRANK MISSELWITZ - EXAMINATION

1  widely use low-molecular-weight heparins, of course.

2  Basically, back in the time, we had old unfractionated heparin

3  and vitamin K antagonist.

4  Q.  So you actually had hands-on experience in prescribing

5  vitamin K antagonists in the heparin -- unfractionated heparin

6  medicines?

7  A.  In my outpatient clinics, we had a total of 3 1/2 thousand

8  patients on vitamin K antagonists, regularly managed.

9  Q.  And just for my folks, what are vitamin K antagonists?

10  A.  Well, this is Coumadin or warfarin in the US, but there

11  are other chemical specialties grouped under the group of

12  vitamin K antagonists.  So it's a group of drugs that

13  suppresses the synthesis of clotting factors in the liver.

14  Q.  And this was what you used to treat potential thrombosis

15  and the conditions that involved thrombosis for blood clots?

16  A.  We used both for preventive settings as well as treatment

17  settings.

18  Q.  Okay.  We're going to come back to that in a little bit.

19  Let's finish with your background before you got to Bayer.

20  A.  Sure.

21  Q.  So you were the head of anticoagulation clinic.  What did

22  you do after that before you came to Bayer?  In particular, of

23  course, I want to hear you talk about what you did with respect

24  to antithrombosis and antithrombosis medicines.

25  A.  Sure.  So during my time in the secondary institution, I

OFFICIAL REALTIME TRANSCRIPT

FRANK MISSELWITZ - EXAMINATION

08:59   1   also did clinical research as the principal investigator of

08:59   2   clinical trials, which actually brought me into -- interested

08:59   3   me in working in the pharmaceutical industry.  And I then

08:59   4   elected to join the pharmaceutical industry, which was back in

08:59   5   1992.

08:59   6           I was first in medical affairs and later in clinical

08:59   7   development working for a German companied called Knoll --

08:59   8   Knoll, and that was later acquired by Abbott, now AbbVie, and

08:59   9   was developing cardiovascular drugs there with a particular

08:59   10  focus on new anticoagulant drugs.  I specifically developed a

        11  low-molecular-heparin.

09:00   12  Q.   So you actually worked on the clinical development program

09:00   13  for some drugs including low-molecular-weight heparin?

09:00   14  A.   That is correct.

09:00   15  Q.   And what is low-molecular-weight heparin?

09:00   16  A.   Low-molecular-weight heparin is a modified form of

09:00   17  heparin.  It's an anticoagulant that needs to be injected and

09:00   18  can be injected either directly into the blood vessels or can

09:00   19  also be administered subcutaneously.  And it has been used for

09:00   20  both prevention and treatment of thrombosis.

09:00   21  Q.   And when you came into Bayer in 2002, what was your

09:00   22  understanding as to the work or the nature of the work that you

09:00   23  would be doing?  What was your title?  What was your role?

09:00   24  A.   So I joined Bayer in April of 2002 as the global clinical

09:01   25  leader -- so as the sort of program director, if you wish --

OFFICIAL REALTIME TRANSCRIPT

FRANK MISSELWITZ - EXAMINATION

09:01  1  being accountable for the early clinical development of what is

09:01  2  now Xarelto.  And that was the primary reason why I was brought

09:01  3  into Bayer and why I was very interested in doing that.  And I

09:01  4  was the -- initially, for the first couple of years, the only

09:01  5  clinical person running that program.

09:01  6         And then, of course, it got larger and I started to

09:01  7  hire colleagues.  And since 2005, we created the therapeutic

09:01  8  area under my leadership of cardiovascular drug development.

09:01  9  Q.  And when you got to Bayer and began to work on Xarelto,

09:01 10  was one of the programs that you worked on what we've talked

09:02 11  about today as the EINSTEIN or VTE treatment program?

09:02 12  A.  That is correct.  I conceptualized the first Phase IIb

09:02 13  trials -- or trial, singular -- in this indication, namely, the

09:02 14  ODIXa-DVT trial.

09:02 15  Q.  You had a personal role in the EINSTEIN central, the VTE

09:02 16  treatment program; is that fair?

09:02 17  A.  That is fair to say.  I was always -- kept being involved

09:02 18  very closely even after I hired Ton Lensing as an expert in the

09:02 19  field of VTE treatment.  So he reported in to me and, of

09:02 20  course, I was closely apprised of what's going on.

09:02 21  Q.  What are the medical conditions -- and we've used this

09:02 22  phrase VTE treatment, but I want to break that down a little

09:02 23  bit.

09:02 24         What are the conditions that were being looked at in

09:03 25  terms of treating conditions in the EINSTEIN program?

FRANK MISSELWITZ - EXAMINATION

09:03  1   **A.**   It's actually two important presentations that are typical

09:03  2   symptoms or presentations of what we believe is the same

09:03  3   disease, one deep called deep vein thrombosis, so a clot that

09:03  4   develops in the deep veins of the leg or in other locations;

09:03  5   and the other presentation being pulmonary embolism.

09:03  6           As a result of such clot in the deep veins breaking

09:03  7   off and dislodging, traveling through the heart into the lung,

09:03  8   that causes a pulmonary embolism, which is very often fatal and

09:03  9   a highly dangerous situation.

09:03  10  **Q.**   What happens if DVT goes untreated?  Or what could happen?

09:04  11  **A.**   Well, again, it depends on the size, on the way -- on the

09:04  12  exact location in the vascular system.  But if it goes

09:04  13  untreated it, there is a very, very high likelihood that the

09:04  14  disease would aggravate further, that it could lead then to

09:04  15  pulmonary embolism, which, again, can be fatal.

09:04  16          And even if it is not leading to a pulmonary

09:04  17  embolism, it leads basically to the destruction of the venous

09:04  18  valves and would lead to long-term sequela called

09:04  19  postthrombotic syndrome, which can lead to ulcerations at the

09:04  20  ankle and really painful situations that visibly take the

09:04  21  patient.

09:04  22  **Q.**   When you say "pulmonary embolism" -- and that's the clot

09:04  23  that goes to the lung; right?

09:05  24  **A.**   Uh-huh.

09:05  25  **Q.**   When you say that that can be fatal, do you have a sense

OFFICIAL REALTIME TRANSCRIPT

FRANK MISSELWITZ - EXAMINATION

09:05 1    of how frequently it is fatal and the relationship between that
09:05 2    and treatment?  Have you looked at literature and data on that?
09:05 3    A.    I think the pulmonary embolism or, in general, fatality or
09:05 4    death caused by these venous thromboembolic events, in general,
09:05 5    occurs much more frequently than we typically think of.
09:05 6         The death rate of these patients is as large -- as a
09:05 7    matter of fact, it's twice as large as fatalities from
09:05 8    HIV/AIDS, from breast cancer, from prostate cancer, and from
09:05 9    traffic accidents altogether combined.  So it's a very
09:05 10   important medical condition.  However, it often goes
09:05 11   underrecognized.
09:05 12   Q.    During your discussion with plaintiff's counsel, you
09:05 13   referred several times to guidelines for treatment.
09:06 14        Do you recall that?
09:06 15   A.    I do recall that, yes.
09:06 16   Q.    And the guidelines that you referred to give
09:06 17   recommendations for, as you said, the length of therapy, the
09:06 18   type of therapy, depending on the nature of the thrombosis and
09:06 19   the various conditions you've described.
09:06 20   A.    Indeed, yes.
09:06 21   Q.    Did you consider these guidelines in your work in
09:06 22   implementing and designing the EINSTEIN clinical trial program?
09:06 23   A.    Absolutely.  We fully considered these guidelines.  And
09:06 24   one of the visible precipitation of that consideration is the
09:06 25   fact that we allowed the EINSTEIN program to include patients

FRANK MISSELWITZ - EXAMINATION

1   with different treatment durations to reflect exactly that
2   guideline.  So we allowed patients to be treated three months,
3   six months, or twelve months in the program.
4   **Q.**   Now, when you were working on the Xarelto EINSTEIN program
5   and VTE treatment program, what was it that you were trying to
6   accomplish with respect to the medical needs of the scientific
7   and medical community?  What were you trying to solve?
8   **A.**   I think it is important to understand that the management
9   of patients presenting with a deep vein thrombosis or a
10  pulmonary embolism is relatively complex.  First, they go to
11  the emergency room.  Depending on the severity of their
12  disease, they have a diagnostic workup.  They, where the
13  standard of care is concerned, get parenteral treatment first.
14  And that parenteral treatment then needs to be overlapped with
15  very frequent monitoring visits with warfarin or a vitamin K
16  antagonist, generally speaking.
17          And then this -- warfarin-treated patients needs to
18  be closely monitored.  Because of the frequent dose
19  adaptations, patients require to be kept within the therapeutic
20  range of an INR -- and that is a readout of a lab test --
21  between 2 and 3.
22          So it's complex.  It requires many follow-up visits.
23  And it very often requires, during the time of the parenteral
24  injectable treatment, hospitalization of the patient.  And we
25  felt very strongly that, by providing an option of an oral

FRANK MISSELWITZ - EXAMINATION

09:08  1    fixed-dose tablet that don't require that frequent dose

09:08  2    adaptation and monitoring and that would not require

09:08  3    injectables in the beginning, that we can actually reduce the

09:09  4    need for hospitalization.  Patients can be treated as

09:09  5    outpatients, which is always greatly appreciated by patients.

09:09  6    And the long-term treatment is actually much easier to be

09:09  7    accomplished with a pill.

09:09  8    Q.   Is it fair to say that there are challenges with respect

09:09  9    to the use of warfarin in VTE treatment?

09:09  10   A.   I think it is fair to say that, particularly in VTE

09:09  11   treatment, there are challenges because, when you give warfarin

09:09  12   over a long enough period in a chronic condition, people are

09:09  13   better trained, they sometimes are more stable at a certain

09:09  14   dose.

09:09  15         Whereas the big trouble of putting a patient on

09:09  16   warfarin is actually happening during the first months of

09:09  17   treatment.  Because the dose is very unstable, the lab

09:10  18   monitoring needs to happen very frequently.

09:10  19         So I think the gain of a fixed, unmonitored oral

09:10  20   medication is particularly great in VTE treatment.

09:10  21   Q.   When Bayer engaged in the EINSTEIN program to work on a

09:10  22   new VTE treatment, what was the issue that Bayer was trying to

09:10  23   solve?

09:10  24   A.   I think the issue was to provide something that is

09:10  25   actually much easier to be used, much more predictable in terms

OFFICIAL REALTIME TRANSCRIPT

FRANK MISSELWITZ - EXAMINATION

1  of pharmacokinetics and pharmacodynamics, and would not require

2  frequent dose adaptations according to lab measurements, and

3  would avoid the involvement of injectables.

4  Q.  So could you just give us a sense as to what the Phase II

5  program is in general terms and what it's designed to do versus

6  what the Phase III program is.

7  A.  Sure.  The very first administration of a new

8  investigation of a drug to a human being is in Phase I.  That's

9  where, in healthy volunteers and healthy subjects particularly,

10  pharmacokinetic and pharmacodynamic dynamic parameters are

11  being explored.

12       The first administration to patients who would also

13  potentially derive the benefit from these medications happens

14  in Phase II.  And this is where we would explore different

15  doses, dosing regimens, to find out what is the optimal dose

16  and to further learn about the drug, how it behaves, how it

17  would be helpful to patients, and how it would behave in

18  certain subpopulations.

19       The final stage of clinical development is the

20  Phase III.  Phase III trials are larger trials that are

21  designed to secure the regulatory approval of the drug, and

22  these trials involve -- and they are statistically powered to

23  demonstrate a certain benefit and a positive benefit-risk

24  balance of a drug in a certain population.

25  Q.  You said Phase II studies are dose-finding or dose-ranging

FRANK MISSELWITZ - EXAMINATION

1    studies to help select the appropriate doses to take forward in

2    Phase III; is that right?

3    **A.**    That is correct, yeah.

4    **Q.**    Are there unique considerations in selecting appropriate

5    doses even in the Phase II VTE program, the context of those

6    kinds of trials?

7    **A.**    Sure.  My remark around dose-ranging trials was a general

8    remark.  Now, when we come back to the specific indication of

9    VTE treatment --

10   **Q.**    Right.

11   **A.**    -- we have to keep in mind that there is general knowledge

12   of the use of anticoagulants in that field to treat a clot, and

13   this indication is different from basically all other

14   indications that use -- that basically use the drug to prevent

15   the formation of a clot.

16            Here we have an existing clot that is active, that

17   actually tends to grow further if it goes untreated.  And for

18   that reason, all -- practically all anticoagulant drugs so far

19   being used in this indication are to be used in what we call a

20   therapeutic dose relative to a preventive dose.  And the

21   therapeutic dose is typically, in general, higher; and, as a

22   matter of rule, you can say it's typically threefold higher

23   than the preventive dose.

24            And that holds true regardless whether you consider

25   heparin or low-molecular-weight heparin or Fondaparinux or

OFFICIAL REALTIME TRANSCRIPT

FRANK MISSELWITZ - EXAMINATION

09:14  1  ximelagatran.  I mean, you name it, there is literally no
09:14  2  exception from that rule.
09:14  3  Q.   What's the concern about using too low of a dose in a
09:14  4  Phase II VTE trial?
09:14  5  A.   We put patient safety first.  And, of course, patient
09:14  6  safety is not just related to safety in the narrow sense.  I
09:14  7  mean, I would, of course, want to prevent a patient being
09:14  8  exposed to a risk of a pulmonary embolism, of recurrent
09:14  9  thrombotic events, due to too low of a dose.  And so that
09:14  10  basically was the main reason why we decided the dose range in
09:14  11  our development program, the Phase II program, to have the
09:15  12  middle dose of 30 milligram because we already established the
09:15  13  10-milligram as the effective and safe dose in VTE prevention.
09:15  14       And following that general rule that a treatment dose
09:15  15  is typically three times larger, we selected the 30-milligram
09:15  16  as the putative most likely optimal dose in this setting and
09:15  17  then when went dose step below, namely 20-milligram, and one
09:15  18  dose up above, namely 40-milligram, to explore a larger dose
09:15  19  range.
09:15  20  Q.   So when you went to design the Phase II study program for
09:15  21  EINSTEIN for VTE treatment, how did the findings from the
09:15  22  prevention program inform your choice of doses?
09:15  23  A.   Well, I mean, first of all, you always want to consider
09:15  24  all the totality of data you've generated so far in the
09:16  25  clinical development program, just generally speaking:

FRANK MISSELWITZ - EXAMINATION

09:16  1   safety profile, doses, behavior regimens, et cetera.
09:16  2          But you, of course, would rely if -- say, as in our
09:16  3   case, the preventative dose is 10.  You would anticipate, based
09:16  4   on all what I've said, that the treatment dose is around a
09:16  5   30-milligram.
09:16  6   Q.   What were the two studies that you looked at -- and we
09:16  7   don't need to go into super micro detail, but just remind the
09:16  8   jury.
09:16  9          What were the two primary or the two Phase II studies
09:16  10  that were the dose-ranging studies for the VTE program
09:16  11  treatment that you used to design your Phase III studies?
09:16  12  A.   Right.  I mean, we -- initially, as we did in VTE
09:16  13  prevention as well, we initially started the development
09:17  14  program utilizing a b.i.d. regimen, a twice-a-day regimen of
09:17  15  Xarelto.  And we studied very a wide range of doses starting
09:17  16  from 10 milligram b.i.d. up to 30 milligram b.i.d.  So that was
09:17  17  a total daily dose of 60 milligram.  So a wide range of doses.
09:17  18         And we selected to explore whether a once-a-day
09:17  19  dosing regimen would actually be effective and safe in this
09:17  20  indication.  So we included a fourth dose arm utilizing the
09:17  21  dose of 40 milligram once a day in that trial.
09:17  22         And then, of course, there was a comparator drug,
09:17  23  standard of care, low-molecular-weight heparin, warfarin.  And
09:17  24  as I said before, in order to safeguard patients and to be on
09:17  25  the safe side, not risking an excess of pulmonary embolisms to

FRANK MISSELWITZ - EXAMINATION

09:18  1   occur, we've implemented an early readout in the trial as soon
09:18  2   as after three weeks of treatment with a second imaging
09:18  3   technique of ultrasound in this case so that we can measure
09:18  4   whether the clot, indeed, disappears or not.
09:18  5   **Q.**   And then -- go ahead.
09:18  6   **A.**   And then the second trial, indeed, was a trial that we
09:18  7   then initiated to come closer in terms of end points to the
09:18  8   Phase III.  This is what you would typically do in the setting
09:18  9   of your Phase II program that you would run the later part of
09:18  10  the Phase II program with the outcomes you consider the
09:18  11  relevant outcomes for your Phase III.
09:18  12         And here we elected then to test three once-a-day
09:18  13  doses, namely 20, 30, and 40 milligram.
09:19  14  **Q.**   So the first study was the ODIXa-DVT, or Study 11223,
09:19  15  where you looked at three b.i.d. doses and the one o.d. dose?
09:19  16  **A.**   Correct.
09:19  17  **Q.**   And then the second study was the EINSTEIN-DVT, or the
09:19  18  Study 11528, where you looked at the three o.d. doses?
09:19  19  **A.**   Correct.  And utilized clinical recurrent events as the
09:19  20  outcome readout.
09:19  21  **Q.**   Based on the totality of data that came out of your
09:19  22  Phase II program for VTE treatment, what doses did you select
09:19  23  to take forward into the Phase III program?
09:19  24  **A.**   We elected to be taken into the Phase III program the
09:19  25  maintenance dose for the chronic part of the secondary

OFFICIAL REALTIME TRANSCRIPT

FRANK MISSELWITZ - EXAMINATION

09:19 1  prevention or treatment of 20 milligram once a day.  But based
09:19 2  on a number of considerations -- and I'm happy to explain them
09:20 3  in greater detail -- we felt it was very important to have an
09:20 4  intensified treatment regimen early in the beginning in order
09:20 5  to really melt down the clot and help this thrombosis mass to
09:20 6  digress, to disappear, ideally.
09:20 7  Q.  What dose was selected for that initial intensified
09:20 8  treatment phase to bring in order into Phase III?
09:20 9  A.  We finally decided to take forward 15-milligram b.i.d.,
09:20 10  twice a day.
09:20 11  Q.  Now, there was a lot of discussion with counsel for
09:20 12  plaintiff about originally it looked like 10 milligrams b.i.d.,
09:20 13  but then ultimately 15 milligrams was taken forward.
09:20 14          Do you recall those discussions?
09:20 15  A.  I certainly recall these discussions, yes.
09:20 16  Q.  How did you go from 10 milligrams to 15 milligrams?  How
09:21 17  did that come about?
09:21 18  A.  Well, I mean, I will come back to the question how we
09:21 19  bridged the dose, because the 15-milligram b.i.d. wasn't a dose
09:21 20  that was directly studied and in our dose-finding program, but
09:21 21  I will come back to that.
09:21 22          But it was predominantly driven by something that
09:21 23  happened outside of Bayer and outside our development program
09:21 24  and was actually reflected upon in intense discussions with our
09:21 25  advisers, thought leaders, and the steering committee of the

FRANK MISSELWITZ - EXAMINATION

09:21   1   EINSTEIN program.

09:21   2   **Q.**   And what was that?  You mentioned to Mr. Overholtz

09:21   3   something about an advisory counsel discussion.

09:21   4           What are you talking about?

09:21   5   **A.**   Yeah.  We -- I'm talking about a number of trials and one

09:21   6   in particular that had been published during the time we were

09:21   7   discussing that.  And that was the Van Gogh-PE trials, also run

09:21   8   by Professor Buller, with a drug called idraparinux.  And this

09:22   9   drug was used in a way that it actually did not cover enough

09:22   10   the early critical treatment phase of PE patients and led in

09:22   11   the clinical program in the Van Gogh-PE trial to excess of

09:22   12   pulmonary embolism and even to an excess of fatal pulmonary

09:22   13   embolisms.

09:22   14           And our advisers were extremely concerned about that

09:22   15   as they actually were involved in a trial that was resulting to

09:22   16   harm to patients.  And they simply said, "No.  We -- I mean, we

09:22   17   have to avoid that happening again, and we have to safeguard

09:22   18   patients to not actually let them run in a situation that we

09:22   19   would have again an excess of pulmonary embolisms."

09:22   20           And that actually led them to recommend very strongly

09:23   21   to us that we should carefully analyze all the data and

09:23   22   consider whether an even higher dose compared to the -- to the

09:23   23   studied dose of 10-milligram b.i.d. would be -- would be

09:23   24   appropriate.

09:23   25           So we bridged -- now, I'm coming back to --

OFFICIAL REALTIME TRANSCRIPT

FRANK MISSELWITZ - EXAMINATION

09:23  1  **Q.**   Yeah.  Let's talk about the bridge for a second.  The jury
09:23  2  doesn't need the technical.
09:23  3       You know, just at a high level, what is bridging and
09:23  4  what does that mean?
09:23  5  **A.**   That is actually quite a standard procedure.  You study a
09:23  6  dose range from the lowest to the highest dose in your
09:23  7  dose-ranging Phase II trials.  And as long as you have -- as
09:23  8  long as you can describe the relationship of outcomes and
09:23  9  safety aspects within that continuum of the doses, you can
09:23  10 actually quite nicely predict what would happen in between of
09:24  11 two doses you have studied.  And this is exactly what we've
09:24  12 done.
09:24  13 **Q.**   One of the things you were asked about -- well, you were
09:24  14 asked about it two different ways, so I'll break it into two
09:24  15 parts.
09:24  16      When you went from Phase II to Phase III, did you
09:24  17 recommend any lower dose or dose adjustment for patients that
09:24  18 were -- had real impairment, you know, kidney disfunction,
09:24  19 similar to the recommendation that there was a 15-milligram
09:24  20 dose for renally impaired staff patients.
09:24  21      Do you recall that?
09:24  22 **A.**   I do recall that, and we decided -- after very intense
09:24  23 discussions and good discussion, we decided, for good reason,
09:24  24 to not do that.  And the main reason being that, unlike in the
09:24  25 stroke-prevention setting where we decided to dose down to a

FRANK MISSELWITZ - EXAMINATION

09:24    1    lower dose, here we have a setting of an active clot.  And we
09:25    2    do know that patients with real impairment, while having a
09:25    3    higher tendency to bleed, they also have a much higher tendency
09:25    4    to develop thrombotic events.
09:25    5            And we knew from other drugs, such as
09:25    6    low-molecular-weight heparins, that patients, even without dose
09:25    7    adaptation, would benefit from that full-blown dose because of
09:25    8    the even sometimes improved risk-benefit ratio in renal
09:25    9    impairment.  And so we decided against the dose adaptation.
09:25   10            And the data actually fully justified that because
09:25   11    the data generated in the EINSTEIN program show that, yes,
09:25   12    thrombosis rate goes up; yes, bleeding goes up.  But the net
09:25   13    benefit is hugely better than in standard of care.
09:26   14    Q.   One of the other questions you were asked was a discussion
09:26   15    about the choice between using rivaroxaban b.i.d. as the
09:26   16    intensified initial treatment phase as opposed to
09:26   17    low-molecular-weight heparin, which was at the time standard of
09:26   18    care, and an implication that there was a decision to go with
09:26   19    rivaroxaban for commercial reasons.
09:26   20            Do you recall those questions?
09:26   21    A.   I recall these questions, yes.
09:26   22    Q.   Did you choose the rivaroxaban regimen for commercial
09:26   23    reasons, to make money?
09:26   24    A.   No, not at all.  And I mean, first of all, it's very clear
09:26   25    that the initial couple of days we are talking about have

FRANK MISSELWITZ - EXAMINATION

09:26    1    actually very little commercial impact on the 6 months or
09:26    2    whatever, 12 months' treatment duration in total.
09:26    3           But the main, and much more important, argument is
09:26    4    that working with only one drug from the beginning, and that
09:27    5    drug being an oral tablet that is easy to administer, allows
09:27    6    patient to be treated at home without the need for
09:27    7    hospitalizations, if otherwise their condition would allow.
09:27    8           And that is very important.  That's a great benefit,
09:27    9    because many patients who are treated with a
09:27   10    low-molecular-weight heparin are -- need to be hospitalized,
09:27   11    and approximately 30 to 40 percent are being hospitalized,
09:27   12    which is not necessary with the single-drug approach as studied
09:27   13    in the EINSTEIN program.
09:27   14    Q.   Okay.  I want to turn now to the Phase III program.  Okay?
09:27   15    A.   Uh-huh.
09:27   16    Q.   You were asked an awful lot of questions about the design
09:27   17    of the studies, but just remind us briefly.  What were the
09:27   18    three primary trials that were run to support the applications
09:28   19    around the world for the VTE treatment indications?
09:28   20    A.   This family of EINSTEIN trials, if you wish, consisted of
09:28   21    a deep vein thrombosis treatment trial, the EINSTEIN-DVT trial;
09:28   22    a second trial called the EINSTEIN-PE trial, addressing
09:28   23    patients with pulmonary embolism.
09:28   24           Both of these trials, run under one umbrella
09:28   25    protocol, are -- but having been separately powered for

FRANK MISSELWITZ - EXAMINATION

09:28  1    separate statistical tests and was a prespecified meta-analysis

09:28  2    of the two trials together.  So this require -- this fulfills

09:28  3    the requirement that regulators told us we must fulfill to have

09:28  4    two confirmatory Phase III trials that would confirm each

09:28  5    other.

09:28  6         And then the third trial we elected to perform was

09:28  7    the EINSTEIN-Extension trial, and that is a trial in a

09:28  8    different population, namely, in a population of patients who

09:29  9    completed their initial treatment and where -- and where there

09:29  10   was the equipoise whether or not these patients should or could

09:29  11   benefit from an extended treatment duration.

09:29  12        And for that reason, the trial was a

09:29  13   placebo-controlled trial.

09:29  14   Q.   The EINSTEIN-DVT and EINSTEIN-PE studies were of

09:29  15   noninferiorty design; correct?

09:29  16   A.   That is correct.

09:29  17   Q.   Why don't we just -- let me just ask you:  What is a

09:29  18   noninferiority design in this context?  And why you choose a

09:29  19   noninferiority design in the EINSTEIN-DVT and EINSTEIN-PE

09:29  20   studies?

09:29  21   A.   I think it's important to understand that warfarin or

09:29  22   vitamin K antagonist is very effective.  It's -- when used

09:29  23   according to guidelines and label, et cetera, and then

09:29  24   appropriate monitoring and appropriate dose adapted, it's a

09:30  25   very, very effective drug that has the ability to reduce

OFFICIAL REALTIME TRANSCRIPT

FRANK MISSELWITZ - EXAMINATION

1  thrombotic events by two-thirds relative to placebo.  This is

2  historic data, back in the time where people still were able to

3  run placebo-controlled trials versus warfarin.

4          So two-thirds or, to be precise, 66 percent relative

5  risk reduction versus placebo.  This is a high level of

6  efficacy that basically is very hard to beat, and it's not

7  necessary to beat because of all the other advantages an oral,

8  fixed, unmonitored drug may have.

9          Hence, what you typically do -- and this is what

10 we've also done in other programs, in the ROCKET AF trial, as

11 well as in the RECORD program -- we designed the trial the way

12 that you would first test for noninferiority; and after having

13 achieved that test, you would, statistically speaking, be

14 allowed to proceed into a superiority test.

15 Q.   Dr. Misselwitz, did you apply -- you being Bayer and

16 Janssen -- for approval of the VTE treatment indications in the

17 United States with the FDA?

18 A.   That is correct.

19 Q.   What is Exhibit 32?

20 A.   This is the final approval action regarding the

21 supplemental new drug application of May 1 and 28th of 2012,

22 granted from the FDA, Food and Drug Administration, with regard

23 to the indication of VTE treatment.

24 Q.   And was this approval based on the Phase III EINSTEIN-PE,

25 EINSTEIN-DVT, and EINSTEIN-Extension studies which we've been

OFFICIAL REALTIME TRANSCRIPT

FRANK MISSELWITZ - EXAMINATION

09:32  1  discussing?

09:32  2  **A.**    That is correct.

09:32  3  **Q.**    Are you familiar with the XALIA study?

09:32  4  **A.**    I am familiar with the XALIA study.

09:32  5  **Q.**    Okay.  Well, briefly, because we're running short on time,

09:32  6  but what is -- what is the XALIA study?

09:32  7  **A.**    XALIA study is a noninterventional study, a Phase IV

09:32  8  noninterventional study, that was done basically upon request

09:32  9  of the EMA because it's a postmarketing safety study that was

09:32 10  requested by EMA.  And we performed that trial in the

09:32 11  indication of VTE treatment as a multicenter, international

09:32 12  prospective but observational trial in two cohorts, namely,

09:32 13  standard of care and rivaroxaban cohorts.

09:32 14          And it is important to understand that there was no

09:32 15  randomization involved, and we basically observed patients as

09:33 16  they treated, which is very important to understand how the

09:33 17  safety profile of a newly approved drug would look like under

09:33 18  real-life conditions.

09:33 19  **Q.**    And what is the conclusion based on the XALIA study with

09:33 20  respect to use of rivaroxaban in VTE treatment under real-life

09:33 21  conditions?

09:33 22  **A.**    I think the XALIA trial resulted in an outcome to

09:33 23  reconfirm the favorable benefit-risk profile of rivaroxaban in

09:33 24  this particular indication.

09:33 25

FRANK MISSELWITZ - EXAMINATION

**EXAMINATION**

BY MR. OVERHOLTZ:

Q.   You recall there being some discussions, both when I was questioning you and then when counsel for Bayer was questioning you, regarding the use of rivaroxaban twice daily during that intensive treatment regimen period?

A.   Uh-huh.

Q.   Okay.  And we talked about the fact that there was this option of potentially, as opposed to using rivaroxaban, using low-molecular-weight heparin during that time period?

A.   Sure.

Q.   Okay.  Either for a five- to seven-day period or maybe even longer; correct?

A.   Correct.

Q.   Okay.  Now, during this period, the idea is, because an active thrombus has been discovered in a patient, that you want to have an intensified treatment; correct?

A.   That is correct.

Q.   And with intensified treatment, though, with an anticoagulant, whether it's low-molecular-weight heparin or whether it's one of the new oral anticoagulants like Xarelto, that's going to come with an increased risk of bleeding; correct?

A.   Theoretically.  It needs to be proven depending on the dose and duration of that intensified treatment based on

FRANK MISSELWITZ - EXAMINATION

1    clinical data.

2    **Q.**   But I think you told counsel for Bayer that, during that

3    period, because of this active clot, when you're at this

4    initial period and because of experience made in some other

5    clinical trials, it's very important that that treatment is

6    intensive enough to protect the patient?

7    **A.**   Indeed, to protect the patient to not allow the clots to

8    progress into a lung embolism.

9    **Q.**   Even with an increased risk of bleeding during that time

10   period?

11   **A.**   For me, it's always important, as a medical doctor who has

12   long enough treated these patients in clinical practice, making

13   sure that there's an appropriate benefit-risk balance.  So you

14   need to make sure that you have efficacy at an acceptable

15   safety profile.

16   **Q.**   And so one of the tenets of the development for Xarelto

17   for VTE treatment was the ability to market the drug as a

18   fixed, unmonitored dose.

19         That's been your testimony; correct?

20   **A.**   That was early on in the, so to say, the vision of how we

21   wanted to develop that drug to basically help patients.

22   **Q.**   Okay.  The drug was developed to be given as a fixed,

23   unmonitored dose?

24   **A.**   Indeed.

25   **Q.**   But during this time of intense treatment, when the active

OFFICIAL REALTIME TRANSCRIPT

FRANK MISSELWITZ - EXAMINATION

09:36  1   clot is present in VTE, isn't that the time when the ability to
09:36  2   monitor a patient's levels of the drug and their bleeding risk,
09:36  3   which we know is increased during this time period, is even
09:36  4   more important than during the chronic dosing period?
09:36  5   **A.**   I would not agree to that notion because we don't have any
09:36  6   clinical data confirming that.
09:36  7   **Q.**   And isn't it true that low-molecular-weight heparin during
09:36  8   such a period could be dose-adapted and the dose changed
09:36  9   depending on the blood levels in the patient's body, correct,
09:37  10  and their PT/INR measurements?
09:37  11  **A.**   No.  I respectfully disagree.  The dose of
09:37  12  low-molecular-weight heparin being used in this indication as a
09:37  13  body-weight-adjusted dose that's been given as a fixed dose and
09:37  14  is not typically routinely dose-adapted according to plasma
09:37  15  levels.
09:37  16  **Q.**   Once the patient transitions to warfarin, their dose can
09:37  17  be adapted based on PT/INR levels; is that right?
09:37  18  **A.**   That is correct.
09:37  19  **Q.**   And did Bayer give any consideration, during this
09:37  20  intensive treatment period, of recommending to doctors that
09:37  21  some type of test be given to make sure that a patient's PT is
09:37  22  not too elevated during this intensive treatment period?
09:37  23  **A.**   We conducted the entire development program in a way that
09:37  24  we explored whether a fixed, unmonitored dose would be safe and
09:38  25  efficacious and generated data that actually upped to doses of

OFFICIAL REALTIME TRANSCRIPT

FRANK MISSELWITZ - EXAMINATION

09:38  1   60-milligram total daily dose, which is double the dose we are

09:38  2   using in the intensified treatment.  The safety profile was

09:38  3   very acceptable.

09:38  4   **Q.**   During this time of intensive treatment, where higher

09:38  5   bleeding risk may be present for a patient because of the

09:38  6   higher doses being given, isn't that also a time when it would

09:38  7   be even more important that an antidote be available for

09:38  8   doctors in case a patient's levels are too high or they

09:38  9   experience a bleeding event?

09:38  10  **A.**   Well, it's a theoretical consideration.  As a matter of

09:38  11  fact, antidotes are not being used frequently also for the

09:38  12  standard of care, in particular, the low-molecular-weight

09:39  13  heparin, and we have identified extremely few patients who

09:39  14  theoretically would have -- or where the treating physician

09:39  15  would have used an antidote.

09:39  16  **Q.**   And just one last question:  At the time that the approval

09:39  17  for Xarelto in the United States was given for the VTE

09:39  18  treatment indication, there was no approved antidote available

09:39  19  for Xarelto; correct?

09:39  20  **A.**   That is correct.

09:39  21           (WHEREUPON, the video deposition concluded.)

09:39  22           **THE COURT:**  Okay.  All right.  We'll take a break at

09:39  23  this time.  The Court will stand in recess for 10 minutes.

09:39  24           **THE DEPUTY CLERK:**  All rise.

09:39  25           (WHEREUPON, the jury exited the courtroom.)

FRANK MISSELWITZ - EXAMINATION

09:40  1         **THE COURT:**  Okay.  Be seated, please.  The jury is
09:40  2  out of the courtroom.  There are a couple of housekeeping
09:40  3  matters that I need to give.
09:40  4              There are two issues that has cropped up
09:40  5  regarding the evidence, and I'd like to deal with at least one
09:40  6  of them.  One issue is a plaintiff's issue, and the other issue
09:40  7  is primarily a defense issue.
09:40  8              With regard to defendants' issue, I indicated
09:40  9  that I would look over some material.  I haven't had a chance
09:40 10  to look it over yet, but I will do so as soon as I can.
09:40 11              The evidence -- the issue of the plaintiff's has
09:40 12  to do with a particular PowerPoint's admissibility and/or use.
09:40 13  Usually in the field of evidence, there are two issues.  One is
09:40 14  the admissibility and the other is use.  Most of the time, in a
09:40 15  trial or in deposition or whenever evidence issues present
09:40 16  themselves, it's -- usually the same ruling deals with the
09:41 17  admissibility that deals with use because the whole purpose of
09:41 18  admissibility is so that you can use it.
09:41 19              Most frequently, it's the use on a particular
09:41 20  witness.  And if a witness is not able to use it, it deals with
09:41 21  the admissibility also because it's of no value because that
09:41 22  particular witness couldn't use it, so it's excluded.
09:41 23              But that's not always the case.  There are times
09:41 24  when a witness may not understand or use or be able to use a
09:41 25  particular piece of evidence, but it does not mean that the

FRANK MISSELWITZ - EXAMINATION

09:41  1   evidence has no relevance in other areas.  This may be one of
09:41  2   those situations with regard to the PowerPoint.  One of the
09:42  3   witnesses indicated that, when she was presented with the
09:42  4   PowerPoint, she didn't know what it was, she didn't recall, she
09:42  5   didn't understand it, whatever, and the question of use was
09:42  6   obvious.  She didn't understand it; she didn't know it; she
09:42  7   didn't recall it; she couldn't use it.  I mean, that takes care
09:42  8   of itself.
09:42  9              But the admissibility was a bit vague, at least
09:42 10   from my standpoint.  The witness -- I wasn't convinced that the
09:42 11   witness received it, whether or not it was presented to her in
09:42 12   such a way that I couldn't tell whether she had received it or
09:42 13   passed it on or did anything with it.
09:42 14              So the issue is whether or not it can be
09:42 15   admitted or it can be used.  If the evidence is such that proof
09:43 16   of receipt is available and receipt by the witness and
09:43 17   something that the witness did with it by way of proof,
09:43 18   documentation, e-mail streams, things of that sort, then I
09:43 19   think the evidence may have some relevance, relevance from the
09:43 20   standpoint of notice, primarily, of what the defendant knew,
09:43 21   when they knew it, what they did, and when they -- what they
09:43 22   did or should have done with it.  That does become an issue
09:43 23   that passes the 401 test, and I don't see it problematic to
09:43 24   stop it from a 403 exclusion.
09:43 25              So I did want to mention that, if the plaintiffs

FRANK MISSELWITZ - EXAMINATION

09:43  1  are able as to show that the person received it, did something

09:43  2  with it, whether or not she's able to use it may not exclude

09:44  3  the document, it may well be able to be admitted.

09:44  4           So that's my ruling on that.

09:44  5           With regard to the defendants' issue, as I

09:44  6  mentioned, I do owe the responsibility of looking over the

09:44  7  material in light of what was mentioned to me at our

09:44  8  conference.  They're concerned about certain material, and I

09:44  9  indicated that I would look that over, and I'll do so before

09:44  10 that witness is put on by way of deposition.

09:44  11           Another issue that is presented is with one of

09:44  12 the jurors.  You recall that we have a personal problem with

09:44  13 one of the jurors, Mrs. Martin, Mary Martin.  Mrs. Martin has a

09:45  14 ruptured eardrum.  She as a doctor's appointment at 9:00 on

09:45  15 Thursday.  We asked that -- she also has some problem with her

09:45  16 children.  She doesn't have child care for them, and they're

09:45  17 young.

09:45  18           And she indicated to us yesterday that she would

09:45  19 try to do both.  She would try to handle both issues.  One,

09:45  20 that she would restructure her appointment because she needs

09:45  21 some emergency appointment and she had one at 9:00.  She would

09:45  22 try to get that at 7:30, 8:00.  And the second issue, she would

09:45  23 do her best to see whether or not she could make arrangements

09:45  24 for child care.

09:45  25           We were advised today that she wasn't able to do

FRANK MISSELWITZ - EXAMINATION

09:45  1    either, that her ear is giving her problems, and child care is
09:46  2    an issue.  So I'm going to have to excuse her.
09:46  3              In the first place, we don't want someone who
09:46  4    can't hear.  And, secondly, if she in pain, I think that's a
09:46  5    problem presented by her that we can't do anything about.  So
09:46  6    I'm going to advise her that she's excused from jury service,
09:46  7    at least from this trial.
09:46  8              **MR. MEUNIER:**  Your Honor.
09:46  9              **THE COURT:**  Yes.
09:46  10             **MR. MEUNIER:**  May it please the Court, Jerry Meunier
09:46  11   for plaintiffs.  We appreciate Your Honor's comments about the
09:46  12   PowerPoint issue.  I simply want to call attention to the
09:46  13   transcript in the hopes of convincing the Court that, in fact,
09:46  14   the witness did acknowledge, in effect, receiving both the
09:46  15   e-mail and the PowerPoint.
09:46  16             The question first was asked by Mr. Birchfield,
09:46  17   "Let me show you what is marked as plaintiff identification
09:46  18   number," et cetera, and that's the PowerPoint.  And we gave her
09:47  19   Plaintiff's Exhibit No. 13.
09:47  20             She says, "May a take a minute to look at it?"
09:47  21             And he says, "Sure."
09:47  22             She says, "I don't recall this PowerPoint."
09:47  23             And he says, "Okay.  Are you saying that you
09:47  24   never received it, or you just don't remember receiving it?
09:47  25             "Answer:  I don't remember it."

OFFICIAL REALTIME TRANSCRIPT

FRANK MISSELWITZ - EXAMINATION

09:47  1    So she was given a choice to say either, are you
09:47  2  saying you didn't get it or are you saying you don't remember
09:47  3  it?  She said, "I don't remember it."
09:47  4    And then Andy shows her the e-mail, which was
09:47  5  separately identified as an exhibit.  Of course, the PowerPoint
09:47  6  is an attachment to the e-mail.
09:47  7    "Ms. Seifert, do you recognize that as an
09:47  8  e-mail?  The top e-mail is an e-mail sent from you to Lori
09:47  9  Matthews; is that right?
09:47  10    "Answer:  Yes, sir."
09:47  11    So we have the witness on the stand admitting
09:47  12  receipt of the e-mail, transmission of the e-mail, the
09:47  13  PowerPoints, and attachment.  She didn't say she didn't
09:47  14  remember getting the PowerPoint, Judge.  She said she didn't
09:47  15  remember it.  We would respectfully -- we urge the admission of
09:48  16  both of those exhibits based on her testimony.
09:48  17    **THE COURT:**  Let me hear from the defendant.
09:48  18    **MR. SARVER:**  Your Honor, that doesn't get close, if
09:48  19  the issue is notice, to the document, and she has no
09:48  20  recollection of the document, there can't be notice of the
09:48  21  document.
09:48  22    And then you go the step further, that
09:48  23  Mr. Birchfield wants to use it for some kind of a presentation
09:48  24  to doctors, presentation to the public, presentation to
09:48  25  Dr. Jordon.  There is absolutely no link between the document

OFFICIAL REALTIME TRANSCRIPT

FRANK MISSELWITZ - EXAMINATION

09:48 1    to the purposes for which the plaintiff wants to use it.

09:48 2            At this point we've got a document that hasn't
09:48 3    been recognized by the witness, hasn't been determined to have
09:48 4    any particular connection to this case.  It shouldn't be
09:48 5    admitted.

09:48 6            **THE COURT:**  Yes.  The issue -- I still feel it's a
09:48 7    bit vague as to whether or not she received it.  I'm concerned
09:49 8    about that because I think it should be really clear that she
09:49 9    received the e-mail.  That has to -- in my opinion, it can't be
09:49 10   used with her because she doesn't know anything about it,
09:49 11   doesn't remember it.  She doesn't know anything -- she can't
09:49 12   testify about it, so that use can't be given.

09:49 13           But in this particular case, if she received the
09:49 14   e-mail and forwarded it to her other detail people, this may
09:49 15   have some relevance as to what was known by the company or
09:49 16   available to the company, available or known to the detail
09:49 17   people.  Whether they used it or not is not as significant for
09:49 18   notice.  I'm not talking about use; I'm talking about notice.
09:49 19   If they received something or something was forwarded to them,
09:50 20   then whether they used it or not may be relevant.

09:50 21           If they didn't use it, didn't even look at it,
09:50 22   that may be relevant in this particular case.  But I don't
09:50 23   think it's clear, at least, with admissibility.  I still am
09:50 24   concerned about whether or not she is the person who -- whether
09:50 25   there's enough there to show that she received it.  That

FRANK MISSELWITZ - EXAMINATION

09:50  1  concerns me a little bit.  So that -- that, I think, has to be
09:50  2  dealt with.
09:50  3          MR. BIRCHFIELD:  Yes, Your Honor.  We will seek to
09:50  4  amend our witness list to call the custodian of documents
09:50  5  because we have been relying on the company's representations,
09:50  6  the metadata that they provided, that reflect that this
09:50  7  document was received by Ms. Seifert and that Ms. Seifert --
09:51  8  and also reflect that she forwarded this e-mail and the
09:51  9  attachment.
09:51  10         But now that that's being contested, we'll just
09:51  11 seek to amend the witness list and call the custodian of record
09:51  12 if there's not another solution.
09:51  13         THE COURT:  Even a stipulation or something that this
09:51  14 is the metadata that was received, that may be sufficient.  But
09:51  15 just -- you know, the witness says -- the way I heard her
09:51  16 testimony is that, okay, I show you this document.  I don't
09:51  17 remember -- I don't know anything about it, basically.
09:51  18         I show you this e-mail.  It says that, that I
09:51  19 received the e-mail.  There's an attachment.  But I'm not clear
09:51  20 that she said, yeah, this is the attachment that was attached
09:51  21 to the e-mail.  It's just, particularly in a situation where
09:52  22 I'm going to deal with admissibility, which is separate from
09:52  23 use, usually they're together.  This time it's different, and
09:52  24 it may well be relevant.
09:52  25         MR. BIRCHFIELD:  Yes, sir.

FRANK MISSELWITZ - EXAMINATION

09:52  1          **THE COURT:**  So maybe you all ought to see whether or
09:52  2   not you can meet and confer and figure out an easier way of
09:52  3   doing it, but if not, then put on somebody.
09:52  4          **MR. BIRCHFIELD:**  Thank you, Your Honor.
09:52  5          **THE COURT:**  Okay.  Court will stand in recess for 15
09:52  6   minutes.
09:52  7          **THE DEPUTY CLERK:**  All rise.
09:52  8          (WHEREUPON, the Court took a recess.)
09:58  9          (WHEREUPON, the following proceedings were held in
09:58 10   chambers.)
09:58 11          **THE COURT:**  Ms. Martin is present in the conference
09:58 12   room.  Ms. Martin had an issue -- two issues, really.  One with
09:58 13   her ear.  She has a ruptured eardrum, has problems hearing in
09:58 14   her left ear.
09:58 15          **JUROR NO. 7:**  Right.
09:58 16          **THE COURT:**  Right ear.  And has made an appointment
09:58 17   with the doctor on Thursday at 9:00.  She also has some child
09:58 18   care issues.  She was good enough to tell us that she was going
09:58 19   to try to handle both of them because she was interested in
09:58 20   serving as a juror, but, notwithstanding her efforts, she has
09:58 21   not been able to handle either one of them.
09:58 22          She couldn't reschedule the doctor's
09:58 23   appointment, and her child does not have any care for this
09:59 24   coming Friday, for which she needs to be present.  So I've
09:59 25   mentioned to the parties, to the lawyers, that I would be

OFFICIAL REALTIME TRANSCRIPT

FRANK MISSELWITZ - EXAMINATION

| | | |
|---|---|---|
| 09:59 | 1 | excusing Ms. Martin from jury service. |
| 09:59 | 2 | They asked me to thank her for all of her |
| 09:59 | 3 | efforts that she has taken to participate for at least two |
| 09:59 | 4 | days -- two and a half days in this case, and everybody |
| 09:59 | 5 | appreciates it.  The Court does also. |
| 09:59 | 6 | I ask that you not talk to anyone about it, |
| 09:59 | 7 | Ms. Martin.  Don't discuss it with your fellow jurors. |
| 09:59 | 8 | Do you need to return to get anything from that |
| 09:59 | 9 | room, or can you leave at this point? |
| 09:59 | 10 | JUROR NO. 7:  I have to get my stuff, my bag. |
| 09:59 | 11 | THE COURT:  Okay.  Well, just indicate that you have |
| 09:59 | 12 | to go to the doctor or something. |
| 09:59 | 13 | JUROR NO. 7:  Okay. |
| 09:59 | 14 | THE COURT:  All right.  Well, thank you very much. |
| 09:59 | 15 | JUROR NO. 7:  Thank you. |
| 09:59 | 16 | THE COURT:  Good luck to you. |
| 09:59 | 17 | JUROR NO. 7:  Nice to meet you. |
| 09:59 | 18 | THE COURT:  All right.  The same. |
| 10:01 | 19 | (WHEREUPON, the following proceedings were held in |
| 10:01 | 20 | open court.) |
| 10:16 | 21 | THE DEPUTY CLERK:  All rise. |
| 10:16 | 22 | (WHEREUPON, the jury entered the courtroom.) |
| 10:16 | 23 | THE DEPUTY CLERK:  All rise. |
| 10:17 | 24 | THE COURT:  Be seated, please.  Call your next |
| 10:17 | 25 | witness, please. |

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

10:17 1        **MS. JEFFCOTT:**  Thank you, Your Honor.  The plaintiffs
10:17 2   call Dr. Laura Plunkett.
10:17 3        **THE COURT:**  Come forward, please.
10:17 4        (WHEREUPON, **LAURA MASSEY PLUNKETT,** having been duly
10:17 5   sworn, testified as follows**:)**
10:17 6        **THE DEPUTY CLERK:**  Please have a seat, and state and
10:17 7   spell name.  Oh, your name is on the screen.  I think we're
10:17 8   good.
10:17 9        **THE WITNESS:**  Go ahead and spell it?
10:17 10       **THE DEPUTY CLERK:**  Yes, ma'am.
10:17 11       **THE WITNESS:**  Laura Massey Plunkett, L-A-U-R-A,
10:17 12  M-A-S-S-E-Y, P-L-U-N-K-E-T-T.
10:17 13                   **DIRECT EXAMINATION**
10:17 14  BY MS. JEFFCOTT:
10:17 15  **Q.**   Good morning, Dr. Plunkett.
10:18 16  **A.**   Good morning.
10:18 17  **Q.**   Would you please introduce yourself to the jurors.  Tell
10:18 18  us a little bit about yourself.
10:18 19  **A.**   Sure.  My name is Dr. Laura Plunkett.  I reside currently
10:18 20  in Houston, Texas, and I'm a pharmacologist and a toxicologist.
10:18 21  And I have my own company where I work as a consultant to
10:18 22  clients that are involved in a variety of different kinds of
10:18 23  projects.
10:18 24  **Q.**   What kind of consultancy do you do?
10:18 25  **A.**   So I have three things that I do in my practice.  One of

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

10:18  1   those things is I work with cases like this where I provide
10:18  2   expert witness testimony, or I consult with lawyers about
10:18  3   scientific issues that go into my area of expertise, like
10:18  4   pharmacology and toxicology.
10:18  5         I also work with clients in what I call regulatory
10:18  6   areas.  So I have clients that market products that are either
10:18  7   regulated by the Food and Drug Administration or by the
10:18  8   Environmental Protection Agency or maybe by the Consumer
10:18  9   Products Safety Commission, and I assist those clients with
10:19  10  either helping to market the product, to get the data together
10:19  11  that they need to get together in order to get the product on
10:19  12  the market for the first time.
10:19  13        Or sometimes I'm helping them with an issue after the
10:19  14  product has been marketed that has to do typically with whether
10:19  15  or not there's any risk posed to human health.  Are people
10:19  16  being exposed to either the product, like a drug, or a chemical
10:19  17  in the environment.  Sometimes I deal with things like
10:19  18  contamination of water or food or soil with certain kinds of
10:19  19  chemicals as well.
10:19  20        And then the third thing I do, I'm a patent agent.
10:19  21  And I work with university-based inventors, helping them move
10:19  22  their inventions, what we call "intellectual property," from
10:19  23  the laboratory into the marketplace.
10:19  24        So the law firm that I work out of on a part-time
10:19  25  basis, we specialize in clients in the university arena that

LAURA MASSEY PLUNKETT - DIRECT

10:19  1  are developing what I call medical therapeutic type products,

10:19  2  either inventions that will eventually become a drug, a device,

10:20  3  a method of treating a disease.  Sometimes they are products

10:20  4  that are going to be used also for things like a dietary

10:20  5  supplement, things like that.

10:20  6         So a variety of different kinds of projects that I

10:20  7  assist with that.  So I'm actually helping that inventor get

10:20  8  his patent -- his patent approved through the U.S. Patent and

10:20  9  Trademark Office.

10:20  10 Q.   And so through those three different divisions that you

10:20  11 split your consultancy work, about how much time do you spend

10:20  12 on each area?

10:20  13 A.   So I try to target, typically on a yearly basis, about a

10:20  14 third of my time on each of those areas.  Some months it's

10:20  15 different.  Sometimes I'm doing, in one month, a lot of

10:20  16 litigation work or no litigation work.  It just depends on the

10:20  17 month, but about a third of my time.

10:20  18 Q.   Why are you here today?

10:20  19 A.   So I'm here today because I was asked to come talk to you

10:20  20 about the pharmacology and the toxicology of a drug called

10:20  21 Xarelto.  So using my expertise and knowledge about those

10:21  22 things.

10:21  23 Q.   And are you being paid for being here today?

10:21  24 A.   Yes, I am.

10:21  25 Q.   And what's your hourly rate?

LAURA MASSEY PLUNKETT - DIRECT

10:21  1    **A.**    I make $300 an hour for the work on the case, and I bill
10:21  2    on a monthly basis by the hour.
10:21  3    **Q.**    And did you give a deposition in this case?
10:21  4    **A.**    Yes, I did.
10:21  5    **Q.**    And before we get to your opinions and why you're here
10:21  6    today, I want to go through a bit of your background.  And
10:21  7    let's just start off with your educational history.
10:21  8             Can you tell a little bit about -- the jury a little
10:21  9    bit about where you went to school and whatnot?
10:21  10   **A.**    Sure.  So I grew up in Maryland, but I went to school at
10:21  11   the University of the Georgia in Athens, Georgia.  And I got my
10:21  12   undergraduate degree in zoology.  That was 1980.
10:21  13            And I stayed in Georgia -- I met my husband there --
10:21  14   and went to graduate school at the University of Georgia in
10:21  15   College of Pharmacy.  And my degree, I got my Ph.D. degree in
10:21  16   pharmacology in 1984.
10:21  17            After I got my Ph.D. in 1984, I did some additional
10:22  18   training.  We call it postdoctoral work.  So it's training
10:22  19   after I obtained my doctoral agree.  And I did that for two
10:22  20   years at the National Institutes of Health in Bethesda,
10:22  21   Maryland.
10:22  22   **Q.**    And, Dr. Plunkett, sorry to interrupt you, but I'm putting
10:22  23   a slide onto the screen.
10:22  24            Does that summarize some of your postgraduate work,
10:22  25   postdoctoral work?

LAURA MASSEY PLUNKETT - DIRECT

A.   Yeah.  The first bullet is where I trained.  So I was at the department of pharmacology 1980 to '84, yes.  And then my postdoctoral fellowship was at the -- I said NIH.  It was actually administered through this institute called the National Institute of General Medical Sciences, and that was for two years.  I worked in a lab there and did research.

     And then after that, I took what I call my first real job, and that was as an assistant professor in pharmacology and also in toxicology.  And there I was at the medical school at the University of Arkansas for medical sciences in Little Rock, Arkansas.  And I was there from 1986 through 1989.

     After that time, my family moved due to my husband's job.

Q.   I wanted to talk briefly about when you were an assistant professor.

     What kinds of things did you teach?

A.   So I taught medical students, that was our main -- our main job.  We taught them basic pharmacology.  So doctors all have to train -- typically, it's done in the second year.  At some universities, it's done differently -- where they're learning about all these drugs that they're going to have to eventually administer to patients.

     So we were providing the training for what drugs do, what types of diseases are they used to treat, how do humans react to those drugs.  So we covered all the different classes

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

10:23　1　of drugs that a doctor could possibly maybe have to prescribe.

10:23　2　**Q.**　And would this include how drugs are studied?

10:23　3　**A.**　Yes, that as well.  So we talked about, you know,

10:23　4　everything from how the drugs first were developed, where

10:23　5　they -- and the mechanism of action, how they -- how they are

10:24　6　shown to produce certain effects in animals and cells, as well

10:24　7　as the kinds of effects that eventually they're being used in

10:24　8　humans as well.

10:24　9　　　　I also taught grad students, because I ran my own

10:24　10　lab.  So I taught graduate student courses in neurosciences, in

10:24　11　cardiovascular pharmacology, and neuropharmacology.

10:24　12　　　　And essentially those are just two disciplines

10:24　13　where -- cardiovascular pharmacology, you're teaching about the

10:24　14　drugs that are used to treat diseases of the heart.

10:24　15　Neuropharmacology, you're teaching drugs that are used to treat

10:24　16　diseases of the brain, such as mental illnesses, also things

10:24　17　like Alzheimer's disease, dementia, things like that.

10:24　18　**Q.**　And as part of your work here, I mean, would you have to

10:24　19　teach and remain abreast about drugs that affect clotting?

10:24　20　**A.**　Sure.  Yeah.  So there were drugs on the market when I was

10:24　21　in my training in the '80s -- obviously, warfarin was on the

10:24　22　market.  So I learned about anticoagulants in my very first

10:24　23　days in pharmacology classes.

10:24　24　　　　And since that time, I have kept up to date and

10:25　25　abreast.  As a pharmacologist, but even as a consultant, the

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

10:25  1  kind of work I've done since I left academics in '89, I have to

10:25  2  be able to understand new classes of drugs and new types of

10:25  3  drugs because science moves on.

10:25  4          The drugs that I trained on in 1980, some of those

10:25  5  are no longer on the market, but there's lots of new things on

10:25  6  the market.  So I have to be able to keep abreast, and I do

10:25  7  that with published medical literature.

10:25  8  Q.   And so where did you move to next after leaving your

10:25  9  assistant professorship position?

10:25  10  A.   So my husband transferred a job to the Washington, D.C.,

10:25  11  area.  And when I got there, I was not able to find an academic

10:25  12  position.  So I took a chance and tried a different career

10:25  13  path, and I took a job with a consulting company.  And the

10:25  14  company was called ENVIRON Corporation, and I joined them in --

10:25  15  well, actually, I joined them in 1989, the bottom part of the

10:25  16  first bullet.  I was in the Virginia office until 1992.

10:26  17          In '92, I was offered the opportunity to stay with

10:26  18  the company and move and start a new practice in Houston.  And

10:26  19  at that time, it was a good time for us to do that.  And so my

10:26  20  husband agreed, and we relocated to Houston.

10:26  21          And I was there with ENVIRON until '97.  And I still

10:26  22  am there today.  We haven't relocated.  Ever since I left

10:26  23  ENVIRON in '97 when they closed their Houston office, I chose

10:26  24  not to leave, and I started my own company.

10:26  25  Q.   And what did you do at ENVIRON?

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

**A.**   The same things I do today.  I was in patent work.  So at
ENVIRON, I was a consultant to clients that are regulated by
the same industries, the Food and Drug Administration and EPA.
We only worked, though, pretty much with industry.

I didn't do the kind of litigation work there that I
do here where I'm working with plaintiffs.  So when we did
litigation work at ENVIRON, which we did a good bit of, we
strictly worked on behalf of defense for companies that were
involved in different cases.  So, like, I worked for defense
for different kinds of drug companies, for example, when I was
at ENVIRON.  And I also did regulatory work at ENVIRON where I
represented my clients in front of the FDA.

**Q.**   Now, I put up a slide with logos for some pharmaceutical
companies.

Are these some of the ones that ENVIRON did work on
behalf of?

**A.**   Yes.  When I was at ENVIRON, I worked on projects for
these companies.  And some of these names don't exist anymore
because the companies have changed.

For example, there is no SK&F, Smith, Kline & French,
anymore down there.  Schering-Plough is no longer
Schering-Plough.  It's been transformed to a different name.
Lilly is still around, the same name.  Abbott is still around.
It has a -- it also has another name.  There are subsidiaries
as well.  Johnson & Johnson is still around.  And Merck is

LAURA MASSEY PLUNKETT - DIRECT

10:27  1  still around as well.

10:27  2  **Q.**   And while you were at ENVIRON, you never did any work on

10:27  3  behalf of or involving the drug Xarelto; is that right?

10:28  4  **A.**   No.  Xarelto was not on the market when I was at ENVIRON.

10:28  5  It didn't enter the market until 2011.

10:28  6  **Q.**   Now, do you utilize essentially the same skills that you

10:28  7  gathered when you were working at ENVIRON?

10:28  8  **A.**   Yes.  I mean, I essentially do the exact same thing as far

10:28  9  as the types of projects I work on.  It's just often a

10:28  10  different focus.  I tend to work now more with smaller

10:28  11  companies versus larger companies, and that's because of my

10:28  12  patent work.

10:28  13       A lot of the regulatory work I do is because the

10:28  14  university inventors are starting a company.  So I enjoy

10:28  15  getting involved with people at that very early stage of

10:28  16  development of a production.  And so a lot of my regulatory

10:28  17  work is that.  Although I also still do regulatory work with

10:28  18  larger companies in the chemical industry area, and for

10:28  19  companies that manufacture pesticides as well.

10:28  20  **Q.**   And so, in addition to your work on a daily basis, are you

10:28  21  also involved in certain professional memberships?

10:28  22  **A.**   Yes.  As a scientist, I find it important to continue to

10:29  23  not only keep up with what's new but also interact with

10:29  24  colleagues.  And so I get a lot out of that.  And so I'm a

10:29  25  member of a variety of organizations and attend the meetings.

10:29  1   It helps me keep up on the new science as well.
10:29  2           So the ones that are probably most relevant to the
10:29  3   work that I do today are the Society of Toxicology.  I've been
10:29  4   a member of that -- it's a national organization -- since '92.
10:29  5   I was president of -- not Society of Toxicology, actually our
10:29  6   local chapter, last year.  The Society of Toxicology has local
10:29  7   chapters as well as the national chapter.  And I've been
10:29  8   heavily involved with our local chapter in Texas because I
10:29  9   enjoy working with students.  And so it gives me an opportunity
10:29  10  to interface with students, and I also do some teaching as
10:29  11  well.
10:29  12          I'm also a member of the American College of
10:29  13  Toxicology, Society for Risk Analysis.  It's an organization
10:29  14  that does -- I mentioned the term "human health risk
10:29  15  assessment."  So that's looking at whether or not you can
10:29  16  determine if certain exposures are going to cause harm to
10:30  17  humans.  That's what this society is focused on, is sort of the
10:30  18  science of risk assessment.
10:30  19          I also -- the other one down here, the American
10:30  20  Association of Pharmaceutical Sciences, that's a meeting that a
10:30  21  lot of the drug industry attends.  So I try to keep up with
10:30  22  that meeting.  I don't go every year, but I probably go every
       23  couple of years and see what's new and what they're presenting
       24  at that meeting as well.
10:30  25  Q.   So it's essentially like an annual conference?

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

10:30  1  **A.**   Yeah.  That's an annual conference I go to, yes.
10:30  2  **Q.**   So in addition to professional memberships, have you been
10:30  3  published?
10:30  4  **A.**   Yes.  As an academic, obviously, I was required to do
10:30  5  that.  But, actually, I still am required to do that in order
10:30  6  to keep my certification in toxicology.
10:30  7       And that's another thing I haven't mentioned, but I'm
10:30  8  board-certified in toxicology.  That's the DABT after my name.
10:30  9  And in order to keep that certification, publications are
10:30 10  important.  So I do try to publish papers even today.
10:30 11  **Q.**   And I think there may have been some confusion yesterday
10:31 12  as to what constitutes published medical or scientific
10:31 13  literature.
10:31 14       Could you talk about that for a moment?
10:31 15  **A.**   Sure.  So what you've listed here on the screen is what I
10:31 16  call publications.  Those are articles that I've written and
10:31 17  submitted for what is called peer review.
10:31 18       So you send it in to the journal, and the journal has
10:31 19  an editor.  And the editor sends your paper out to other
10:31 20  scientists to critique it, and then they make a decision
10:31 21  whether they'll accept the paper or not.  So, in other words,
10:31 22  not every paper that you submit to a journal is going to get
10:31 23  published there.
10:31 24       If it's not good enough for that journal or it
10:31 25  doesn't fit the area that the journal really thinks they want

LAURA MASSEY PLUNKETT - DIRECT

1  to be publishing in, the information they want to publish, they

2  may turn it down.

3        So there's different journals for different types of

4  research.  I've published in journals, and the journals that I

5  published in when I did basic research are different than the

6  journals that I publish in today.  Because the work I do today

7  is more related to risk assessment versus the work I did in the

8  laboratory was looking at basic responses in animals when you

9  administer them chemicals or drugs.

10 Q.   And so when you publish scientific literature, it doesn't

11 have to be limited to a clinical trial.  You can publish on

12 other matters?

13 A.   Oh, absolutely.  In fact, the majority of the information

14 you find in the published literature, in my view, is going to

15 be outside of the clinical trial area.  It's going to be --

16 especially in pharmacology and toxicology, it's going to be

17 studies that have been done in cells or in tissues or in

18 animals because it underlines a mechanism.  Why do the drugs

19 work?  Why does Xarelto do what it does?

20       And also on the issue of toxic effects or the adverse

21 effects, you want to understand why it is that those adverse

22 effects occur.  So those kinds of studies are typically done

23 not in humans but in cells, tissues, or animals.

24 Q.   Now, how many times have you been published?  I mean, it's

25 hard to read this.  I know it's small.  But just roundabout

566

LAURA MASSEY PLUNKETT - DIRECT

10:32  1   counting, how many times?

10:32  2   **A.**   I think it's close to three dozen times.

10:32  3   **Q.**   Okay.  Now, finally, one last area where I'm going to

10:33  4   require you to brag about yourself.

10:33  5        But can you tell us a little bit about some of the

10:33  6   awards and honors that you've received over the years?

10:33  7   **A.**   Sure.  So I mentioned that postdoctoral fellowship, and

10:33  8   I'm proud of that because it was actually a competitive

10:33  9   fellowship.  I had to apply to go there.  And the reason it was

10:33 10   such an honor to get chosen --

10:33 11   **Q.**   Excuse me.  Is that that first bulletin?  Sorry to

10:33 12   interrupt you.

10:33 13   **A.**   Yes.  I'm sorry.  That's that PRAT program.  The reason it

10:33 14   was an honor is because you're fully funded, and you can choose

10:33 15   any lab you want at NIH to do research in.  It's a wonderful

10:33 16   opportunity in postdoctoral work where you can essentially

10:33 17   go -- and there are Nobel Prize winners there that you can

10:33 18   choose to -- and they love to have you because this fellowship

10:33 19   is paying your salary, so they don't have to put out any money

10:33 20   and yet they get labor.

10:33 21        So that was a great program, and I got a lot of

10:33 22   publications there because it's such an active research

10:33 23   environment.  And I had a really, really good experience.

10:33 24        The other things that are listed here are honor

10:34 25   societies.  The pharmacy school at Georgia has an honor society

OFFICIAL REALTIME TRANSCRIPT

10:34   1   at Rho Chi, and I was offered a membership there.  I received a
10:34   2   graduate student research award in Georgia for my research.
10:34   3   And I was also a member of another honor society, the Alpha
10:34   4   Lambda Delta, at University of the Georgia as well.
10:34   5   **Q.**   Thank you.
10:34   6            **MS. JEFFCOTT:**  Your Honor, at this time, we tender
10:34   7   Dr. Plunkett as an expert in pharmacology and toxicology.
10:34   8            **THE COURT:**  Any questions?
10:34   9            **MS. PRUITT:**  No questions.  But may we approach for
10:34  10   one moment?
10:34  11            **THE COURT:**  Sure.
10:34  12            (WHEREUPON, the following proceedings were held at
10:34  13   the bench.)
10:35  14            **MR. BONEY:**  Lindsay Boney.  We anticipate that
10:35  15   Dr. Plunkett --
10:35  16            **THE COURT:**  Speak a little bit louder, Lindsey.
10:35  17            **MR. BONEY:**  I'm sorry.
10:35  18            -- that Dr. Plunkett is going to give opinions
10:35  19   about PT and the anti-Factor Xa assay, so about monitoring, as
10:35  20   well as dose and dosing regimen opinions.  We'd like to
10:35  21   reincorporate our *Daubert* motions that we filed previously,
10:35  22   Documents 5108, 5113, 5114 and 6740.
10:36  23            That there's no scientific evidence to support
10:36  24   her PT opinions about using PT to make clinical decisions, and
10:36  25   Dr. Plunkett doesn't point to any studies validating the use of

LAURA MASSEY PLUNKETT - DIRECT

1  PT in making clinical decisions.

2              And the same with the anti-Factor Xa, that

3  there's no -- it's speculative and unreliable.  There's no

4  evidence to support using it to make clinical decisions.

5              Also, her dosing opinions, Your Honor,

6  speculative and unreliable, and that there's no testing about

7  comparative doses.  And she points to no clinical data showing

8  the safety and efficacy of a lower dose.

9              And, finally, Your Honor, our motion also talked

10 about Dr. Plunkett should not be permitted to opine on internal

11 company documents or defendants' state of mind because she

12 would invade the province of the jury.

13         **THE COURT:**  Okay.  I've already ruled on these.  I

14 adopt my prior rulings.  I think that there's enough facts in

15 this case to justify these questions on those areas, and for

16 the reasons that I gave in my prior ruling, I overrule that.

17         **MR. BONEY:**  Thank you, Your Honor.

18         (WHEREUPON, the following proceedings were held in

19 open court.)

20         **THE COURT:**  Members of the jury, I'm going to say a

21 word about this witness.  You've seen witnesses before.

22 Witnesses generally are fact witness.  They testify as to what

23 they have done, what they have seen, what they heard, and

24 things of that sort.

25              This witness is a little different.  This

LAURA MASSEY PLUNKETT - DIRECT

1    witness is called an expert witness.  If scientific, technical,
2    or other specialized knowledge will help the trier of fact to
3    understand the evidence or to determine a fact at issue, a
4    witness who's qualified by education, experience, knowledge, or
5    skill may be called as an expert witness.
6              The difference between an expert witness and a
7    regular fact witness is that an expert witness can give an
8    opinion.  A fact witness can only testify as to facts, what
9    they have seen, heard, did, didn't do.
10             An expert witness can testify as to an opinion.
11   They're given certain hypothetical facts, and they're asked to
12   give an opinion.  That's what an expert witness can do.
13             But in all witnesses, including experts, it is
14   up to you to decide whether or not to rely upon that testimony.
15   So you're to treat this witness, just as you are other
16   witnesses, as to credibility and as for all of the things that
17   you do with other witnesses.  The only difference is that this
18   witness can give an opinion.
19             MS. JEFFCOTT:  Thank you, Your Honor.
20             THE COURT:  Proceed.
21   BY MS. JEFFCOTT:
22   Q.   Dr. Plunkett, you're our first expert, and so I figure we
23   start with the basics.
24   A.   Okay.
25   Q.   What is pharmacology?

LAURA MASSEY PLUNKETT - DIRECT

10:38  1   A.    So pharmacology is the study -- people that study the way

10:38  2   drugs produce their effects in human -- in human bodies.  So it

10:38  3   is looking at the desired effects, the benefits of the drug.

10:38  4   So in this case, the ability of Xarelto to produce

10:38  5   anticoagulation or to prevent clotting.

10:38  6            So that's the pharmacology class of this drug, and

10:38  7   that's the types of effects that you're trying to produce.  So

10:38  8   a pharmacologist studies how that -- how those actions occur.

10:38  9   Q.    So that covers one area of your expertise, pharmacology.

10:38  10           What about toxicology?  What is that about?

10:38  11  A.    So toxicology is an extension of pharmacology in my

10:38  12  practice because I'm often looking at drugs, which pharmacology

10:39  13  studies, but I'm looking at the undesired effects, the toxic

10:39  14  effects, the adverse effects.  Some people call them the side

10:39  15  effects of the drug.  So it's the things that you really don't

10:39  16  want to happen.  They're the things that can be harmful.

10:39  17           Another synonym for "toxic" is "harmful," "can cause

10:39  18  injury."  So toxicologists are studying the harm that chemicals

10:39  19  like drugs can produce, in this case, on humans.

10:39  20  Q.    Now, I'm going to put up a slide that has two terms that

10:39  21  this jury has heard before, "pharmacodynamics" and

10:39  22  "pharmacokinetics."

10:39  23           Could you explain those?

10:39  24  A.    Sure.  So a pharmacologist studies both of these things.

10:39  25  Pharmacokinetics, I like to describe that as that is the study

LAURA MASSEY PLUNKETT - DIRECT

10:39  1   of what the body does to the drug.  And pharmacodynamics is the

10:39  2   study of what the drug does to the body.

10:39  3       So pharmacokinetics is kind of the first barrier when

10:39  4   you talk about what drugs do, and that is how does the drug

10:40  5   actually get into the body and to the site of action where it

10:40  6   can produce the effects you want to occur.

10:40  7       And so there's four mechanisms that go along with

10:40  8   that.

10:40  9   Q.   And are these commonly abbreviated with pharmacokinetics,

10:40 10   meaning PK, and then pharmacodynamics, PD; right?

10:40 11   A.   That's exactly right, PD and PK.

10:40 12   Q.   Now, in terms of what the drug does to the body,

10:40 13   pharmacodynamics, we all know that Xarelto causes the blood to

10:40 14   be thinned.

10:40 15       How does that work?

10:40 16   A.   So this is where I thought it might be useful if I could

10:40 17   draw a picture -- although we didn't do a slide -- if that's be

10:40 18   okay.

10:40 19       THE COURT:  Yes, you can.

10:40 20       MS. PRUITT:  Judge, might I be permitted to move

10:40 21   over?

10:40 22       THE COURT:  Sure.  You can move so you can see.

10:41 23   BY MS. JEFFCOTT:

10:41 24   Q.   So the question was, how does Xarelto thin blood?

10:41 25   A.   Okay.  So I'm going to draw a picture of a blood vessel to

LAURA MASSEY PLUNKETT - DIRECT

1   start.

2          So this is the vessels in your body where the blood

3   is traveling through.  And there's different types of cells in

4   the blood.  I've left this broken here because we're going to

5   pretend that there's an injury because we're going to talk

6   about clotting.

7          So when a blood vessel is injured and, let's say, it

8   breaks, these are going to be the red blood cells.  And the red

9   blood cells that are flowing through the blood vessel are going

10  to escape because there's an injury here.  So that's bleeding.

11  So the blood vessels are -- the red blood cells are coming out.

12  So red blood cells is one component.

13  Q.   Now, do the red blood cells flow within some -- I mean,

14  how do they get through the cell?

15  A.   So blood consists of something called plasma, and plasma

16  is just a fluid that these cells are suspended in.  So it's

17  like putting a glass of water -- looking at a glass of water

18  and floating sugar in it.  The sugar doesn't dissolve yet, but

19  the water is carrying the sugar molecules.

20          That's what the plasma is doing.  It's allowing

21  the -- it's causing the blood to be fluid and allows it to flow

22  where these cells are suspended within this fluid, which is

23  called plasma.

24          So there's another type of cell that's important, and

25  that's platelets.  And platelets are cells in your body that

LAURA MASSEY PLUNKETT - DIRECT

1    actually help form a clot.

2         When you have the injury, the tissue that's injured

3    here actually releases some signals and causes the platelets to

4    actually form or gather here at the site of injury.  They

5    become activated.

6         And when the platelets gather at the site of injury,

7    they interact here with these red blood cells and they form a

8    clot.  So it's like a sticky -- it's like a sticky mess here

9    with the platelets and the red cells interacting with each

10   other to form a clot.  So that's the first stage of the clot.

11   That's where you just have the platelets and the red cells

12   involved at the site of injury.

13        There's another cell that does go into part of the

14   blood.  We're not going to worry about these because these

15   don't have a direct effect in clotting.  We're going to mention

16   them because there is another type of cell you find within the

17   blood, and that is white blood cells as well.  Those are the

18   cells that are responsible for our immune -- that interact in

19   our immune system.

20        So if you have an infection, for example, you would

21   have an increased number of these kinds of cells in your blood

22   because it helps you fight the infection.  But we're going to

23   worry just right now about these two.

24        So these two get together and form the first part of

25   the clot.  But then what happens over time, as this clot forms,

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

1  there's a variety of other clotting factors that are released.
2  And those clotting factors lead to formation of a third
3  component of the clot.  And I'm going to draw them like
4  little -- I'm going to draw them a different color.  And
5  they're more like fibers, and that's called fibrin.
6  Q.   So fibers are fibrin?
7  A.   Exactly.  So the clot that forms at the site of injury is
8  formed out of platelets and red cells that are now in a
9  meshwork with fibrin.  And when the fibrin come to the site and
10 forms, you have a more mature clot.  And that's actually
11 sealing off at that point the injury, and hopefully the
12 bleeding will stop.  Now, that's -- this is a clot that's
13 forming at the site of injury.
14        There's other kinds of clots that can also form.  You
15 can get clots in your coronary arteries because you have plaque
16 there.  People have heard of atherosclerosis.  It's a disease.
17        You can also get clots that form at the site of those
18 kinds of -- those kinds of pathology.  And you can also get a
19 clot that will form that will cause a heart attack because you
20 close off the -- you close off the blood vessel in the heart
21 and oxygen can't get through.
22        But just for -- to make it easy, we're just going to
23 focus on this type of injury, which is bleeding that's formed
24 by an injury.  And then the clot and basically composed of
25 platelets, red cells, and fibrin.

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

10:46  1   Q.   And so if the patient takes Xarelto, how is this -- how is
10:46  2   this formation of a clot with the red blood cells, platelets,
10:46  3   and fibrin altered?  How is it changed?
10:46  4   A.   So Xarelto has a specific activity to inhibit the clotting
10:46  5   factor called Factor Xa.  So Xarelto inhibits this clotting
10:46  6   factor.  I think I mentioned in the bloodstream where the
10:46  7   injury occurs, there's a number of clotting factors.  There's a
10:46  8   number of them.  They get into this process, and it's actually
10:46  9   called a clotting cascade.
10:46  10  Q.   Just real quick, are the factors just literally floating
10:46  11  around in the blood?
10:47  12  A.   They're in the blood, and they're also stored in cells
10:47  13  that line the blood vessels as well, and they're also found in
10:47  14  tissues.  The blood has clotting factors within them.  Some
10:47  15  clotting factors are actually released from the platelets as
10:47  16  well once they become activated at the site of injury.
10:47  17         So these clotting factors are found within the blood
10:47  18  and also in cells and tissues in the body.  And they form a
10:47  19  cascade where it's like dominoes.  Once you start the clotting
10:47  20  mechanism going, these different factors become involved and
10:47  21  you lead down to eventually Factor Xa becoming involved, and
10:47  22  it's down the cascade.  And it's actually only two steps before
10:47  23  you actually start to form fibrin.
10:47  24         So Factor Xa, when it's inhibited by Xarelto, you
10:47  25  don't form fibrin.  And if you don't form fibrin, you don't

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

10:47  1  form this mature clot, and that affects the clotting of the
10:47  2  blood.
10:47  3  Q.   And so in Ms. Pruitt's opening statement, she mentioned a
10:48  4  number of clotting factors.  She wrote similarly on a chart
10:48  5  like this and wrote out different numbers.
10:48  6       Are those numbers somehow all related as clotting
10:48  7  factors?
10:48  8  A.   Yes.  There's -- well, I don't know what number she wrote,
10:48  9  but she could have written III, V, VII, X.  I don't know which
10:48 10  numbers she wrote.  Those are all different types of clotting
10:48 11  factors.
10:48 12       And I talked about a cascade.  Some of those numbers
10:48 13  are further up the cascade; some of them are further down.  Xa
10:48 14  is at the very bottom of the cascade right before you form
10:48 15  something before fibrin.  Factor Xa is responsible for the
10:48 16  formation of thrombin, and thrombin is a clotting factor that
10:48 17  then is active to produce fibrin.  So it's a two-step process.
10:48 18  Q.   And just one other point of clarification.  Ms. Pruitt
10:48 19  said that Xarelto affects Factor X.
10:48 20       Is that right?
10:48 21  A.   No, it's Factor Xa, not Factor X.  So there's a Factor X.
10:49 22  There's a Factor Xa.  There's a Factor VII, a VIIa.  And "a"
10:49 23  stands for it's been activated.  But it is a separate factor,
10:49 24  and it's a separate part of the process.  So it's like a domino
10:49 25  that has to fall as well.

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

Q.   And then just to point out, in terms of the word Xarelto, is there some sort of connection between Factor Xa and its naming?

A.   The X, I believe -- I think I read -- it comes -- the X-a, and the X-a here, I believe, from the documents I've seen, that that is indicated as where the name may have come from.

Q.   Now, in terms of -- Xarelto's purpose is to limit the fibrin; is that right?

A.   Yes.  You're trying to shut down the clotting and this last part of the process, exactly.

Q.   Now, does Xarelto work, or is it supposed to work, to stop all fibrin production?

A.   So no.  It's -- well, it's -- I have not ever seen evidence that you could give enough of a dose to shut it all down.  Because this is a process that is operational, like I said, within the blood but also within tissues and cells.  And all of these factors are continually being generated within cells and tissues.

         So this drug can get in and give a dose that inhibits enough of Factor Xa to get enough of the anticoagulant effect.  But you don't want to give so much of it that you shut everything down because, if that happens, then you end up with uncontrolled bleeding.  That's kind of the toxicity that it leads to.

         Clotting is a delicate balance, where you're trying

LAURA MASSEY PLUNKETT - DIRECT

10:50  1   to look at just enough anticoagulant to stop clotting that
10:50  2   could be harmful.  Like, it could cause a stroke, for example.
10:50  3   And that's what they're doing in these patients, a lot of these
10:50  4   patients.  Or they're trying to break down a blood clot.
10:50  5   That's one of the other things it does.  It can actually be
10:50  6   used to help destroy a clot.  And then it can also be used to
10:51  7   help prevent formation of clots in veins.
10:51  8           When you give it the delicate balance between that
10:51  9   issue of trying to have just enough where you're not clotting
10:51  10  too much, but you also don't want to go too far.  Because if
10:51  11  you go too far and there's too much anticoagulation, then you
10:51  12  can get uncontrolled bleeding as well.  So the blood becomes
10:51  13  too thin, and it becomes a problem.
10:51  14          So this is a -- these kinds of drugs are unique kinds
10:51  15  of compounds because the toxic effects are an exaggeration of
10:51  16  the desired effects.
10:51  17          In other words, the exact same reason you get
10:51  18  bleeding is the reason you get the anticoagulation that you're
10:51  19  looking for.  A lot of drugs, that's not the case.  A lot of
10:51  20  drugs, the toxic effects you get occur by a different mechanism
10:51  21  than the pharmacology that's occurring.  So that's an important
10:51  22  reason why these drugs have some unique safety concerns when I
10:51  23  looked at them.
10:51  24  Q.   All right.  Can you give me an example of drugs where
10:52  25  their -- their efficacy, what they're aimed to do, is not

OFFICIAL REALTIME TRANSCRIPT

579

LAURA MASSEY PLUNKETT - DIRECT

1   related to their toxicology?

2   A.    So many antihypertensive drugs, drugs used to drop blood

3   pressure, produce toxicity, like liver toxicity.  And that

4   liver toxicity may have nothing at all to do with the fact that

5   it constricts blood vessels or cause them not to constrict and

6   lowers blood pressure.

7          So there's a lot of chemicals, a lot of drugs that

8   are used to treat neurological diseases, and it's the same

9   thing.  And the toxicities you're getting are not necessarily

10  related to what is happening for the drug to produce the

11  desired effect.

12  Q.    So is it fair to say that you need some amount of fibrin

13  being formed at all times; right?

14  A.    Yes.  If you didn't have fibrin being formed at all times,

15  or you didn't have this cascade operational, we would -- our

16  blood would be too thin, and we would just be bleeding.  Any

17  little injury, any little bump, you'd have a problem.

18         So, yes, you need to have that balance between not

19  clotting and clotting.  And you need to fine-tune that in order

20  to make sure that the drug is working properly.

21  Q.    Now, does that balance relate to how much of the drug is

22  in the system?

23  A.    Yes, it does.  And that's the exposure to the drug.  And

24  that's another important concept in pharmacology.  We talked

25  about pharmacokinetics.

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

Q.    Uh-huh.

A.    This is pharmacodynamics.  This is understanding what the drug is doing.  Pharmacokinetics is how you get the drug to the site of action to cause the effect and how much of it gets there, so you know that enough of it is there to produce the anticoagulant effect in the patient.

Q.    All right.  But still going back to just how much -- just how much drug is in the system, how does that matter with respect to fibrin formation, just so I'm clear?

A.    Okay.  So the reason it matters is because the dose of the drug that you give and the concentration that you -- of the drug that shows up here in the blood, that is going to determine how much clotting or no clotting you're getting.  So the anticoagulant effect is related to the concentration at the site.

        So another way to draw it might be this:  In the blood here, when Xarelto is on board, if we make Xarelto be this little triangle, that's what happens.  The Xarelto is here in the blood.  So the Xarelto circulating in the blood is then available to produce its effects.  So the Xarelto is in the blood, it circulates throughout the body, and it causes its desired effects.

Q.    And so if you have more Xarelto in the blood -- or the increased amounts of Xarelto you have in the blood, how does that relate to your risk of bleeding?

LAURA MASSEY PLUNKETT - DIRECT

**A.**   So that's the dose response.  If you want, I can draw a picture of that too.  It might be useful.

So in pharmacology, in addition to understanding how drugs work, we need to determine at what doses the drugs produce certain things.  In other words, I need to know how much drug needs to be in the blood in order to make the drug produce the benefit of anticoagulation.  And I also need to know something about how much drug is in the blood before I worry about it being toxic, so that I would worry that people are going to experience adverse effects.

So this is a typical shape of what I call a dose-response curve.  So this is the Xarelto dose, let's pretend.  And the dose goes from zero to -- we'll just make something up -- 100, getting bigger.

Then on this curve is our response, and that is -- we're going to call it anticoagulation.  So it's going to be inhibiting the coagulation, inhibiting that Factor Xa activity. So the response is getting greater.  So from zero to, we'll just say, 100, even though that doesn't make sense.  But we'll just use those numbers.  We're getting higher.

So as you -- it's a general principle of pharmacology -- and Xarelto fits this -- that as you give increasing doses, you'll start to see an increasing level of anticoagulation.  At some point you can actually reach a plateau where you don't see any more of that, or you'll have

LAURA MASSEY PLUNKETT - DIRECT

1    reached so much anticoagulation that now you're toxic.  And

2    that can also occur.

3         So you need to understand the doses that gets you in

4    this range where you get your response, but you also need to

5    understand the dose that is either here, or wherever it may be,

6    that is too much response and causes toxicity.

7         So as a pharmacologist, we develop this kind of data.

8    We usually start with cells and tissues in animals, and we give

9    them, cells or tissues or animals, increasing doses of the

10   drug, we look for the response, and we plot that out.  And we

11   can understand what that dose response per bits, how much of

12   the drug do you have to give to get -- let's say we desire

13   50 percent anticoagulation.  If we're targeting that, we can

14   figure out what dose it took to get there.

15        So that's kind of the basic developmental data that

16   you start with with any drug.

17   Q.   And so in terms of determining how much of a drug is in a

18   patient's system, are there ways to measure that?  Do the

19   companies measure that in their clinical studies?

20   A.   Sure.  Yes.  In fact, there's -- they did it -- they

21   actually looked at this issue of exposure or concentration in

22   different ways.

23        So the first way -- and this is the way that most

24   people do when they're talking about -- talking about measuring

25   a concentration of the drug, you measure -- you actually

1    measure the chemical.

2           So in the case of Xarelto, they started out with a

3    method because they needed to be able to know, can we measure

4    it?  So the way they measured it, for example, in a lot of

5    patients early on was they measured it by looking actually at

6    the chemical itself.

7           So they used this method called HPLC with mass

8    spectrometry, which is just a fancy machine in the laboratory

9    that actually allows you to find the chemical in a solution.

10   So it is a method that actually identifies the chemical

11   structure.

12          So another name for Xarelto is rivaroxaban, and I

13   call that the chemical name.  The other name I call the trade

14   name.  There's even a more sophisticated chemical name for

15   rivaroxaban, which I'm not going to write up here.  But,

16   essentially, this method that's used, this mass spec method, is

17   telling you exactly -- it's looking for the presence of the

18   chemical, it's detecting it, and then it's quantifying it.

19   It's telling you exactly how much of a chemical is actually in

20   the system, for example, a blood sample.

21   Q.   And so is it measuring the amount of the chemical,

22   rivaroxaban, in the blood plasma or just in -- in what

23   component?

24   A.   Okay.  So in the case of rivaroxaban, they are measuring

25   it in the plasma.  So they take the blood sample.  They take it

LAURA MASSEY PLUNKETT - DIRECT

1    out of the patient.  They put it into a machine called a

2    centrifuge, which spins it very fast, and it separates the red

3    blood cells from the plasma.  So you end up in a test tube that

4    looks like -- this is the red cells and this is the plasma.

5    I'll say red cells or RBC.

6            So they take that plasma, and that's where they're

7    going to look for the concentration of the drug.  And that's

8    how they measure.  So when they take a blood sample, they can

9    find -- let's say they found -- a unit you might see in

10   documents we put on the board, might be Xarelto at 100

11   nanograms per mL.  And that's just units.  This is the amount

12   of the drug in a milliliter of blood.

13           That's a very, very, very small number, but that's

14   typical of drugs.  Drugs in our body typically circulate at

15   concentrations that are very low.

16   Q.   And how low?  What are we talking about in a nanogram?

17   A.   That's like a drop in a large bucket.  I mean, it's a very

18   small drop in a very large bucket.

19   Q.   All right.  And then are there other methods?  Does the

20   company use other means to measure the exposure, a patient's

21   exposure, to Xarelto?

22   A.   Yes.  So remember I mentioned that it inhibits the Factor

23   Xa activity?  So there's another assay that the company could

24   use where they actually monitored the percent -- the percent

25   inhibition of the activity of this factor in a test tube.  So

OFFICIAL REALTIME TRANSCRIPT

11:02   1    this is a laboratory test where you can take a test tube and

11:02   2    you can put a sample of the plasma in there, and you can

11:02   3    interact it with this -- this factor, and you can look at how

11:02   4    much of the activity is inhibited.  And that activity is going

11:02   5    to be seen by a color change in the test tube, and that's the

11:02   6    typical type of assay.

11:02   7        If you know your drug is acting by a specific

11:02   8    mechanism like this, you can often do this, what I call an

11:02   9    "indirect."  This is an indirect measure because you're not

11:02  10    measuring the actual level of the chemical, but you're

11:02  11    measuring the level of activity of the chemical.

11:02  12        And you can -- you can quantify the level of drug by

11:02  13    running what's called a standard curve.  You can put known

11:02  14    amounts of rivaroxaban in contact with this Factor Xa in the

11:02  15    test tube, and you can then correlate this concentration of

11:03  16    rivaroxaban inhibited activity by 10 percent, this

11:03  17    concentration of rivaroxaban inhibited activity by 20 percent.

11:03  18    And you get that information, then you put your unknown, your

11:03  19    blood sample, your plasma sample in, and you see where it falls

11:03  20    in the standard curve and you can determine, essentially, by

11:03  21    extrapolation how much rivaroxaban is there based on the

11:03  22    activity for inhibition.

11:03  23    **Q.**   And one thing that I just want to make sure that we

11:03  24    understand is, in terms of the activity, this indirect measure,

11:03  25    is that also looking at exposure?

LAURA MASSEY PLUNKETT - DIRECT

11:03 1   **A.**   Yes.  All of these are measures of exposure.  Exposure
11:03 2   just means the -- exposure to me, in this case, is meaning how
11:03 3   much of the drug is in the blood.  And we can do that directly
11:03 4   with this method, or we can do it indirectly with this method.
11:03 5           So we can do it by looking at the effect it has or we
11:03 6   can look at the actual amount of the chemical in blood.  But
11:04 7   those are telling us something about exposure, and exposure is
11:04 8   really important for these drugs because we need to -- we know
11:04 9   that certain levels of exposure or certain doses are associated
11:04 10  with safety.
11:04 11          In other words, patients can take it, they get the
11:04 12  benefit, and they're not seeing a large percentage of the
11:04 13  patients having side effects, toxic effects, especially
11:04 14  bleeding.  They haven't increased the risk of bleeding in those
11:04 15  patients.
11:04 16          But then with -- if you measure another level of
11:04 17  exposure, as it gets too high, that gets you into that level
11:04 18  where the company actually has data that they're showing that,
11:04 19  as exposure gets too high, we increase the risk of bleeding.
11:04 20  So we go off of the -- off of the charts a bit here.  Now we're
11:04 21  talking about doses that really aren't safe that could produce
11:04 22  risks, and we need to worry about that.
11:04 23  **Q.**   So looking back at your previous dose-response curve, that
11:05 24  area that we're talking about where there's an increased risk,
11:05 25  is that that line that you -- where it becomes toxic?

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

A.    Right.  That's exactly right.  That's when we're moving
our exposure up where it's too high, and now we're seeing an
increased risk of bleeding.  That's the toxicity we're talking
about here.  So we don't have a very high risk of bleeding down
here, but the higher we get, we increase that risk.

        That means there's more likelihood -- risk just means
there's more -- there's a greater likelihood that somebody that
has that level of exposure internally could bleed, and that's
data that they actually collect in their clinical trials.

Q.    And so you've provided two ways to essentially measure
where people are along that line; is that right?

A.    Yes.

Q.    Are there any other means to measure, in terms of --
you've got the direct.  What about the indirect?

A.    Yes.  There is one more method -- or one more indirect
measure that was used by the company in their development of
the drug, and that is -- and this is discussed in the medical
literature too -- and it's an anticoagulation assay that's
called "prothrombin time" or a "PT test."

        So this is another laboratory assay where you're
measuring the effect.  Remember the effect I talked about here
was interaction with this factor.  The effect here is
whether -- how long it takes the blood to clot.  That's the
anticoagulation.

        So this test, the results of this test will show that

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

11:06   1   blood clots in 5 seconds or in 10 seconds or in 20 seconds, and
11:06   2   that measurement of the amount of time has been correlated in
11:06   3   the laboratory with concentrations of Xarelto that produce that
11:06   4   level of anticoagulation.
11:07   5          For this particular drug, the data was collected in
11:07   6   the clinical trial, and we should mention that the prothrombin
11:07   7   time test data they collected was with this reagent.  And they
11:07   8   showed that, when prothrombin time is measured with this
11:07   9   reagent in a test tube in their clinical studies, they were
11:07   10  able to show that, as prothrombin time went up, which means
11:07   11  less coagulation, that the risk of bleeding went up.  So
11:07   12  toxicity was shown to relate to a change in this indirect
11:07   13  measure of exposure as well.
11:07   14  Q.   And so to summarize what you have and what you've written
11:07   15  out here, you have three ways to measure that were essentially
11:07   16  used by Bayer/Janssen in the clinical trial?
11:07   17  A.   Yes.
11:07   18  Q.   And the first way is by mass spec, which directly measures
11:07   19  the amount of drug in the blood; is that fair?
11:08   20  A.   Yes.
11:08   21  Q.   And the other two don't measure how much of it's in your
11:08   22  blood; they're measuring the exposure?
11:08   23  A.   Yes.  And they're correlating -- yes, but they did collect
11:08   24  data to correlate that exposure with this number.  So, in other
11:08   25  words, they have these patients where they had data on the

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

11:08 1   actual level of the chemical, and then they correlated that.
11:08 2   And that's why these tests became useful because they were able
11:08 3   to show that the actual amount of the drug in the blood was
11:08 4   shown to relate to specific levels of inhibition or to specific
11:08 5   amounts of change in prothrombin time.  So that's how they used
11:08 6   all this information.
11:08 7   Q.   And then in terms of -- so in being able to measure either
11:08 8   the level of Xarelto in the blood or its exposure, if the
11:08 9   patient gives -- you know, takes their blood at a certain
11:08 10  period -- point of time, 3:00 p.m., and then gives blood again
11:08 11  at 6:00 p.m., will that level remain the same?
11:09 12  A.   I think I need to draw that one, too.
11:09 13         So, no, it doesn't.  The answer to your question is
11:09 14  no, it doesn't.  I'm sorry.  And that is shown by what I
11:09 15  call -- a curve called a concentration-time curve.
11:09 16         Okay.  So I'm going to say Xarelto because that's our
11:10 17  drug here.  So on this curve, we're going to plot on this axis
11:10 18  the amount of time between when you gave the dose here.  You're
11:10 19  going to give -- let's say you give 15 milligrams of Xarelto
11:10 20  here.  And then you're going to measure the level in blood
11:10 21  after different time points, and I'm just going to take it out
11:10 22  to about 12 hours.
11:10 23         But, essentially, we're going to plot when they give
11:10 24  this drug, how much Xarelto we see in blood.  And the curve I'm
11:10 25  going to draw you, it could be any drug, but I'm just calling

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

11:10  1   it Xarelto because that's what our issue is here.  So this drug
11:10  2   is given orally.  So you give the drug, and actually it doesn't
11:10  3   really make sense, but I know how much you get.  But let's just
11:10  4   call it 50.
11:10  5          So when you give this drug in blood -- or give this
11:10  6   drug into the human, we have a phase called the absorption
11:11  7   phase where the concentration of the blood, it's being absorbed
11:11  8   into the bloodstream, and it starts to go up.
11:11  9          So if you were to take a blood sample, let's say this
11:11 10   is at -- let's just say this was 30 minutes, you might measure
11:11 11   that concentration of Xarelto in blood if you're still in the
11:11 12   absorption phase.  Then if you went out to about two hours --
11:11 13   and this is not to scale, but if we took a concentration here,
11:11 14   we know that most of the Xarelto is absorbed around two to four
11:11 15   hours.  You get to the peak, kind of near the top of the level
11:11 16   of the amount of Xarelto you're going to have in your blood.
11:11 17   If you took that sample there, you'd see that you had a very
11:11 18   different measurement for the amount of Xarelto in blood.
11:11 19          So it really depends on when you take the sample, if
11:11 20   you take it early and then if you take it late.  If I take a
11:11 21   sample way out here at 15 hours, I'm going to have even a
11:12 22   different measure, and that's because the drug is absorbed.  It
11:12 23   gets into the blood, and then it starts to be eliminated from
11:12 24   the blood.
11:12 25          So this is a typical example of what happens when you

LAURA MASSEY PLUNKETT - DIRECT

11:12  1    take a drug.  You get absorption.  You reach a peak, and we
11:12  2    call that peak -- there's another term, it's called Cmax, the
11:12  3    maximum concentration of the drug in blood.  Then you'll start
11:12  4    to eliminate it.  That's the elimination phase.  That's for
11:12  5    getting the drug out of the bloodstream.
11:12  6            And the other thing we can calculate here is
11:12  7    something called a half-life.  And these terms -- the reason
11:12  8    I'm putting these terms down is because if you see it in any
11:12  9    charts and things in this trial, you may see people talk about
11:12  10   Cmax, you may hear them talk about a half-life for Xarelto.
11:12  11   Half-life is defined by pharmacologists as just the amount of
11:12  12   time it takes for you to eliminate half the amount of drug from
11:13  13   the blood.  So if there's 100 nanograms per mL here and you get
11:13  14   to 50 here, whatever that time period is, that's the time it
11:13  15   took to get from 100 to 50.  And we calculate that.
11:13  16           The other thing -- the other two terms that you may
11:13  17   see besides Cmax, half-life, there's another term called Tmax,
11:13  18   and Tmax is the time it takes to reach the Cmax.  So it's
11:13  19   that -- if it was here at two hours, the Tmax would be two
11:13  20   hours, okay, to reach that Cmax.
11:13  21           The other measurement that appears in the literature
11:13  22   that -- when they talk about Xarelto and exposure, is they talk
11:13  23   about -- I want to use another color -- all that area under
11:14  24   this curve I drew, AUC -- AUC is another thing you'll see.  It
11:14  25   means "area under the curve."  Essentially, that's just a

OFFICIAL REALTIME TRANSCRIPT

592

LAURA MASSEY PLUNKETT - DIRECT

11:14   1    measure of -- of how much drug fills up this space.  So it's an
11:14   2    idea of determining the actual overall exposure throughout the
11:14   3    entire time period that the drug is in the body.
11:14   4    Q.   Now, I want to take this back to where we began, which was
11:14   5    how Xarelto thins the blood and that Xarelto prevents the
11:14   6    fibrin, that meshwork, from being created.  How does that
11:14   7    relate to the Cmax and this curve?
11:14   8    A.   Okay.  So in order to get the effects of the drug, the
11:14   9    Cmax, the maximum concentration here, and the exposure,
11:15  10    especially during -- like I say, this is not way out here, but
11:15  11    this part of the curve, that is telling us at what level, when
11:15  12    we do clinical studies, when we look at people, if we look at a
11:15  13    Cmax, we can relate that Cmax or that concentration -- the
11:15  14    maximal concentration that was shown to produce that effect
11:15  15    that we want.
11:15  16         So Cmax can tell us what maximal concentration was
11:15  17    associated with the anticoagulation, the effect we want with
11:15  18    the drug.  And then we can also relate that as well to, was
11:15  19    that concentration safe?  So we can also look at whether the
11:15  20    people that had this concentration and got anticoagulation were
11:15  21    experiencing any side effects.  So that the exposure, the Cmax,
11:15  22    gives us information about that, how that exposure relates to
11:15  23    safety as well as efficacy or the effect of the drug.
11:15  24    Q.   So is it fair for me to say that in a patient taking
11:15  25    Xarelto, when they're at their Cmax, that would be essentially

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

11:16  1   the highest point where their fibrin is not being produced?

11:16  2   **A.**   Yes, for the dose they're given, that's right.  Each

11:16  3   dose -- the more drug you give -- if this was a 10-milligram

11:16  4   dose, or a -- I said 15.  If I gave 30 all at once, the Cmax is

11:16  5   going to go higher because you're giving more drug, because

11:16  6   this is a measure of how much you gave here.  This is a Cmax

11:16  7   for 15 milligrams.  For 30 milligrams, you're going to have a

11:16  8   higher Cmax because more drug went in and you're going to have

11:16  9   a different measure for area under the curve.

11:16  10          What probably doesn't change very much, though, is

11:16  11  the Tmax and the half-life don't change drastically when you

11:16  12  give more for this drug.  But the Cmax will change, and the

11:16  13  area under the curve will change.

11:16  14  **Q.**   Now, is this depiction just for a single dose?

11:16  15  **A.**   Yes.

11:16  16  **Q.**   And how does -- does this change at all for multiple

11:16  17  doses?

11:17  18  **A.**   Oh, yes.  It looks very different.

11:17  19  **Q.**   Okay.  Could you draw that?  So this on the bottom is the

11:17  20  time since taking the dose; right?

11:17  21  **A.**   Yes.

11:17  22  **Q.**   And, again, on the right, going up --

11:17  23  **A.**   It will be the concentration of Xarelto in the --

11:17  24  **Q.**   In the blood?

11:17  25  **A.**   -- in the plasma.  I'll put "plasma" because you're

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

11:17  1    correct; that's what they measure.

11:17  2            So increasing concentration in the blood over time.

11:17  3    But now we're giving multiple doses, and I'm going to draw the

11:17  4    curve as if we've been giving those doses for several doses,

11:17  5    because there's a concept called -- I don't want to get -- I

11:18  6    don't want to go too deep into the weeds.  But there is a term

11:18  7    in pharmacokinetics called "steady state."

11:18  8            And, essentially, once you've been taking the drug

11:18  9    for several days, you hopefully are reaching what's called

11:18  10   steady state in your blood.  That means the level of Xarelto in

11:18  11   your blood from day to day when you take the drug at the same

11:18  12   dose every day at about the same time, you'll have a

11:18  13   concentration in your blood that is within a -- hopefully

11:18  14   within a fairly narrow range.

11:18  15           If you're not at steady state yet, what's happening

11:18  16   is you're building up the drug.  So it has a different looking

11:18  17   curve.  But I'm going to draw it as if you've been on the drug

11:18  18   for several days and what happens with each time you give a new

11:18  19   dose and what does it look like.

11:18  20           So the arrows means I'm giving a tablet of Xarelto.

11:18  21   So I'm going to have curves that look sort of like this.  So

11:19  22   what it means is every time you take the drug, you absorb it,

11:19  23   goes up, you reach a peak for the day, and then you start to

11:19  24   eliminate it before you take another dose.

11:19  25           And you then go back up and you go back down.  Go

LAURA MASSEY PLUNKETT - DIRECT

11:19  1    back up and you go back down.  And that's what's happening in
11:19  2    your blood.  Your blood level -- because you're not -- the only
11:19  3    way to get your blood level to be the exact same thing at all
11:19  4    points in time would be to hook you up to an IV and
11:19  5    continuously put the drug into your system at a constant rate.
11:19  6    Then you might have a curve that looked more like that.  But
11:19  7    this is typical for oral drugs.
11:19  8          So we have two things that you'll also see described
11:19  9    in the literature and maybe in the testimony in this trial.
11:19  10   This is, again, our Cmax.  They also call it our peak -- peak
11:19  11   blood level -- that we see at steady state.
11:20  12          And then we've got this number and this designation,
11:20  13   Ctrough.  That's the concentration of Xarelto at its lowest
11:20  14   point when you have this repeated dosing.
11:20  15          So it is -- it is lowest point and the highest
11:20  16   point, the peak and the trough, of this repeat -- of this
11:20  17   repeated dosing curve tell us important things about the drug,
11:20  18   because when we give it to people and we're doing these
11:20  19   clinical studies and we're giving it repeatedly on an everyday
11:20  20   basis, we're monitoring these people, their peaks and their
11:20  21   troughs, because that tells us the boundaries of where the drug
11:20  22   has been shown to be safe and effective.
11:20  23          So in the clinical study, they have measures for
11:20  24   what troughs and peaks were on average in the people, and they
11:20  25   can relate that to both the effectiveness, or I'm going to call

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

11:21 1  it the "efficacy."  That's another term you're going to hear
11:21 2  used.  That mean's the anticlotting.  And then you're also
11:21 3  going to be -- you're also going to measure the toxicity.  And
11:21 4  that is going to be the bleeding.
11:21 5          So in order to make sure you have efficacy but
11:21 6  you don't have high levels of bleeding, you want to understand
11:21 7  what these peaks and troughs are so that when you then
11:21 8  design -- or when you go to seek approval for your drug to get
11:21 9  it onto the market to get it to people, we have an
11:21 10  understanding of what the safely levels of exposure -- that's
11:21 11  exposure -- to give you efficacy but also with safety, where
11:21 12  you minimize things like bleeding.
11:21 13  Q.   Okay.  So on your picture -- can I see the microphone? --
11:21 14  on your picture, you have multiple peaks.  All right?  They're
11:22 15  at slightly different levels.  What does that mean?
11:22 16  A.   So the reason I drew them a little different is because
11:22 17  this is a real world.  From day to day, even though, hopefully,
11:22 18  you're taking the exact same pill and from day to day you're
11:22 19  the exact same person, we're not.  So it may be that when I
11:22 20  take this pill on day one and I reach a peak, the next day, my
11:22 21  kidneys may not be working quite as well, for example, or my
11:22 22  liver might not be working quite as well.
11:22 23          And we're going to talk in a minute how those are
11:22 24  important to Xarelto.
11:22 25          But those things, how your kidneys work and how your

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

1    liver works with Xarelto, it affects what your blood level of
2    Xarelto is.  So it may very well be that, from day to day, your
3    peaks could be a little different and your troughs could also
4    be a little different.  But, hopefully, you are a person who
5    isn't very sick and isn't very unusual in your body physiology,
6    and hopefully, from day to day, you're getting reproducibility
7    in what your blood levels are.
8         But sometimes people get sick.  So if you get
9    dehydrated, for example, or you get an illness where you have
10   an infection in your kidneys and they're not working properly,
11   that could really affect how this drug looks in your blood,
12   what your exposure is.  And that's what's important about this
13   class of drugs.  It's understanding that, on any given day, for
14   some people, your exposure could change based upon certain
15   characteristics.  And the doctors try to control for that,
16   obviously, by how they look at choosing drugs.
17        But it is important to understand that it's more
18   complex than just this dose is going to be the same in
19   everybody in this room as far as how it affects your clotting
20   but also what your exposure level may be.  It may be a little
21   different.
22   **Q.**   Now, when you wrote the two terms "efficacy" and
23   "toxicity" on here.  Have they defined how -- have the drug
24   companies, Bayer and Janssen, defined where those ranges are,
25   when Xarelto is effective versus when it's toxic?

LAURA MASSEY PLUNKETT - DIRECT

**A.**   Okay.  So, unfortunately, they have not defined these blood levels accurately because of the way the studies were designed, and I don't know if you want me to go into that.  I don't think that was something we were going to cover.  But, essentially, no, they have not -- they don't have data collected in their clinical trials that allows me to determine -- there's two important terms.

Let's switch the page.

So there's two things you try to do when you develop a drug.  You want to give the dose to the person or know -- understand what is the minimum effective dose, what is the least amount of the drug that I can give and get the effect I want in clotting.  And the reason you want to do that is because you want to avoid toxicity.

So -- because, obviously, we don't want to give -- we don't want to just give you more and more drug because that could cause a problem.  So we want to find out at what exposure level or blood levels for that drug are associated with the doses that -- what I call the minimum effective dose.  We get enough efficacy, but we're not creating a toxic response.

But we also need to understand this from the data. We also, hopefully from the data, can analyze what exposure levels are also the minimum toxic dose.  This dose -- this level is often very hard to get from human data, but this is something you get when you do a variety of studies to look at

LAURA MASSEY PLUNKETT - DIRECT

11:26  1  increasing doses in people, and you look at whether or not, as
11:26  2  the dose increases -- so here's the dose here and here's the
11:26  3  response.  Our response is preventing clotting.
11:26  4  **Q.**   So on the bottom, you're writing "dose," and then on the
11:26  5  left side, you're writing "response, preventing clotting"?
11:26  6  **A.**   Right.  I'm just going to draw this as a straight line.
11:26  7  I'm not going to put those curves like I had before.  But,
11:26  8  essentially, what you're trying to do is you're trying to find
11:26  9  the dose that gives you the adequate response for clotting but
11:26  10  also is below the dose that was toxic.
11:26  11       So you want to be able to give people doses or
11:26  12  exposure -- you want to expose them to levels that are here but
11:26  13  not reaching here.  So that's the information you need to get.
11:26  14       Unfortunately, in this case, I can't tell you from
11:27  15  the clinical studies what the actual minimum effective dose is.
11:27  16  I know something about the effective nature of the drug based
11:27  17  on the doses, but I can't give you this.  But I can tell you
11:27  18  that the toxic dose, or wherever you're starting to see
11:27  19  toxicity, is very similar to the doses that produce efficacy.
11:27  20       So in the case of Xarelto, because of this delicate
11:27  21  balance in clotting, there's not a lot of difference between
11:27  22  the doses that produce efficacy and the doses that can also be
11:27  23  shown to produce toxicity in some people.  And so that's --
11:27  24  that is an important concept.
11:27  25       For many drugs, the dose that produces the efficacy

OFFICIAL REALTIME TRANSCRIPT

11:27  1   is far below the dose that produces toxicity.  And it just
11:27  2   depends on what type of drug.  I would say for a drug like
11:27  3   this, anticoagulants, they all share this property.  So all the
11:27  4   drugs in this class have a very small difference between the
11:27  5   doses that are effective and the doses that are toxic.
11:28  6   Q.    So, essentially, it's the dose that -- that would make it
11:28  7   effective, so it creates that -- or prevents that clotting
11:28  8   effect to the degree that you need is very close in time to
11:28  9   when you get that uncontrolled bleeding; is that right?
11:28 10   A.    Yes, that's what their data showed.  So that's -- and,
11:28 11   again, I'm talking now -- I'm talking about the data that I
11:28 12   have seen.  The data for this drug that was done during
11:28 13   development shows that this efficacy curve, this effect curve,
11:28 14   is pretty flat.  In other words, you could increase the dose
11:28 15   and you're not getting great response, but the toxicity curve
11:28 16   has a higher slope.
11:28 17           So you can go from the doses that produce toxicity --
11:28 18   well, even there you may be still be at that dose that appears
11:28 19   to give you the same level of efficacy.  In other words, you
11:28 20   don't get a lot of -- if you're getting efficacy here at this
11:28 21   dose and it's very similar to efficacy here at this dose, then
11:29 22   there's no real benefit to going higher because, look, what's
11:29 23   happening is you're getting an increased risk of toxicity.
11:29 24           So this is the information that you need to be able
11:29 25   to make drug development choices usually, as you would

LAURA MASSEY PLUNKETT - DIRECT

11:29  1  determine how much efficacy you get as you go up and then look
11:29  2  at how toxicity is changing.
11:29  3          And you want to minimize toxicity and maximize
11:29  4  efficacy.
11:29  5  Q.   And what data did you look at to support what you're
11:29  6  saying here?
11:29  7  A.   So this issue of the -- not a large change in efficacy but
11:29  8  a change in toxicity comes from their clinical trials.  So
11:29  9  there's a number of dose-ranging studies that were done in
11:29  10 Phase II for this drug that show that if you go from, I want to
11:29  11 say, 10, 20, or 30 milligrams, the papers report that,
11:30  12 essentially, there was -- they say there's no response for
11:30  13 efficacy.
11:30  14         In other words, you're not getting any greater
11:30  15 benefit in 10, 20, or 30.  They appear to be acting very
11:30  16 similar in the patients.  But when you look at that same doses,
11:30  17 they will say there was a dose response -- there was a dose
11:30  18 response for toxicity.  So they were seeing that toxicity
11:30  19 started to the creep up as dose rose.  So that's the data I'm
11:30  20 referring to.
11:30  21 Q.   And can you briefly explain what a dose-ranging study is?
11:30  22 A.   I'll change colors just to make it different.
11:30  23         So a dose-ranging study is a study where you're going
11:30  24 to design it so that you have -- let's call these different
11:31  25 groups of people.  So let's say in a study for dose-ranging we

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

11:31  1   have four groups.  We have one group, maybe, that's going to
11:31  2   get what we call placebo.  They may not get anything or they
11:31  3   may get a low dose.  It depends.  Sometimes you don't count a
11:31  4   placebo group.
11:31  5         Then you're going to have a group that goes
11:31  6   10 milligrams, 20 milligrams, and 30 milligrams, and they all
11:31  7   get the drug in the same way.  They get it orally; they get it
11:31  8   once a day or twice a day.  There's dose-ranging for both of
11:31  9   these kinds with Xarelto.
11:31  10        And what they monitored in these people over the time
11:31  11  period of the study is events such as -- well, they also looked
11:31  12  at clotting indirectly, but they also looked at adverse events.
11:31  13  So they looked at whether or not people experienced bleeding.
11:31  14  They looked at whether or not people experienced ischemic
11:31  15  strokes.  Ischemic stroke is the thing you're trying to prevent
11:31  16  with Xarelto.
11:32  17        Or they looked at whether the blood clots developed,
11:32  18  so in DVT in a study for -- have you done this yet, DVT?  That
11:32  19  word?
11:32  20  **Q.**   What does it mean?
11:32  21  **A.**   Okay.  Deep vein thrombosis.  So that's a condition that
11:32  22  you use for Xarelto to treat.  So if the study was in patients
11:32  23  that you're trying to prevent DVT, the end point you'd monitor
11:32  24  for efficacy was whether or not any clots formed.
11:32  25        But you're also monitoring adverse events like

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

11:32   1   bleeding in these patients, and then you're also -- in some of
11:32   2   these dose-ranging studies, and they also monitored Factor Xa
11:32   3   levels, so they correlated exposure.  In some of these studies,
11:32   4   they also monitored blood levels.  It just depends on the
11:32   5   study.
11:32   6           But, essentially, they were collecting this
11:32   7   information in these dose-ranging studies, and I made the
11:32   8   statement about how there was no increase in efficacy.  That's
11:32   9   what they're reporting.  They're reporting that, across these
11:32   10  groups, they're getting a similar response for the desired
11:32   11  effect, but as you go down the group, they got an increased
11:33   12  risk of bleeding.  More of those types of bleeding events were
11:33   13  being reported.
11:33   14          So they had a dose response for toxicity but no dose
11:33   15  response for efficacy across this dosing.
11:33   16  Q.   So going back to -- we were talking about the
11:33   17  time-concentration curve.  Is this curve going to be the same
11:33   18  for everybody?
11:33   19  A.   Okay.  No, not for this drug, absolutely not.  This drug
11:33   20  and most of the anticoagulants, actually, that are like this
11:33   21  have something called -- they have something called
11:34   22  interindividual variability in exposure, or sometimes you'll
11:34   23  see it referred to as interpatient.  That just means "between
11:34   24  people."
11:34   25          So between all of us in this room, if we were to take

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

11:34  1    Xarelto, we might see a different type of response as far as
11:34  2    what our actual trough levels are, what our peak levels are.
11:34  3    What our internal exposure is on a daily basis would be
11:34  4    different.
11:34  5             This drug has shown to have a significant degree of
11:34  6    interindividual variability and that has to do with the
11:34  7    pharmacokinetics, mainly, of the drug.
11:34  8    Q.   Okay.  And so how do the pharmacokinetics affect that?
11:34  9    What do you mean by that one patient can have a different
11:34  10   measure of the drug versus another?
11:34  11   A.   Okay.  So maybe I need to show you.  You mentioned it on a
11:35  12   slide a few minutes ago, we had that pharmacokinetics up there.
11:35  13   I'm trying to draw a man.  Very crudely.
11:36  14            Okay.  So this drug is taken orally.  So the first --
11:36  15   there's four steps that you had on the board up there, from a
11:36  16   minute ago, of pharmacokinetics.  And these four steps are all
11:36  17   important in determining whether or not dose -- exposure
11:36  18   internally in your blood of Xarelto is different from person to
11:36  19   person.
11:36  20            The first phase of pharmacokinetics that you talk
11:36  21   about, you call it, we sometimes talk about this acronym that
11:36  22   I'm going to essentially show you the different parts.
11:36  23            Pharmacokineticists talk about ADME.
11:36  24            The first step is absorption; the second step, the D,
11:36  25   is distribution; the third step is metabolism; and the fourth

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

1    step is elimination.

2    Q.   So these are all steps that explain how our body changes

3    the drug?

4    A.   Yes.  Yes.  When I defined "pharmacokinetics," I said it's

5    how -- it's what the body does to the drug.  That's exactly

6    right.  Pharmacokinetics is looking at how the body affects the

7    drug, and it's affecting the exposure in your blood to the

8    drug.

9         So the first step is absorption, so you take it into

10   your mouth, and particles -- or the tablet makes it way into

11   your stomach.

12        And when it gets into your stomach, it also -- also

13   some of the drug is going to be now absorbed into the

14   bloodstream from the stomach and from the upper part of the

15   intestines.

16        So we take the drug.  It goes from here -- I'm just

17   going to show bloodstream over here.  There's bloodstream

18   everywhere.  All your organs and tissues have blood in them.

19   But, essentially, you're taking the drug into your mouth, and

20   it's being absorbed in your stomach and your intestines into

21   your bloodstream.  That's what absorption is.  It tells you how

22   much drug gets into the blood.

23        So that's what absorption is medically.

24   Q.   So if you have -- if you're taking a 15-milligram dosage,

25   does the entirety of the 15-milligrams get into the blood?

LAURA MASSEY PLUNKETT - DIRECT

**A.**   No, not everything gets absorbed.  For Xarelto, about 80 percent of the drug will actually be absorbed into your blood.  Sometimes it's a little higher.  Some patients go closer to 100.  So we can say 80 to 100.  But there are cases where you could actually get less than 80 percent, depending on whether you take Xarelto with food or not.

So that's another thing people need to understand, is that if you go to the pharmacy and it says, "Take it with food," there's a reason that you need to do that, because often that affects absorption.  Or it may say, "Take on an empty stomach."  That means you should do that because that could be affecting the absorption, which means it's affecting the amount of drug that you actually get into your bloodstream.

So this issue on absorption can be affected by the presence of food.  And it does do that to some extent with Xarelto, especially as the doses get higher, going from 10 to 20, for example.

So absorption is how we get the drug into the blood.  So now the drug is in the blood.  What happens to the drug?  What does the body do?  Well, it carries the drug, so it gets to tissues.  So the bloodstream carries it and it bathes your tissues around your body, and so it's now reaching outside of just the blood vessels where it's been absorbed, and it's circulating throughout your body.

Some when you measure a level of Xarelto in your

LAURA MASSEY PLUNKETT - DIRECT

11:39  1   blood, you're measuring the level that has been distributed

11:39  2   into the body after you have absorbed it.

11:40  3          Metabolism is the next step, and that is how we get

11:40  4   rid of the drug.

11:40  5   Q.   So it's different than, say, metabolizing food where

11:40  6   you're breaking it down for energy?

11:40  7   A.   Right.  Metabolism of food is done so we can actually make

11:40  8   use of the food.  When you break down Xarelto and you

11:40  9   metabolize it, and this is occurring in the liver, to some

11:40  10  extent, when that happens, you're actually making Xarelto

11:40  11  inactive.  You're making it into another chemical that no

11:40  12  longer has the anticlotting function.  So you're deactivating

11:40  13  it.  We call that an inactive metabolite.  And that is formed

11:40  14  by this metabolism in the liver.  But not all Xarelto gets

11:40  15  metabolized.

11:40  16         Some Xarelto circulates in the blood and is actually

11:40  17  eliminated through the kidneys or into something called the

11:40  18  bile into the feces, and there is unchanged -- Xarelto can go

11:41  19  through the body and actually start to be eliminated in the

11:41  20  kidneys and you can detect it in your urine as Xarelto or as

11:41  21  rivaroxaban.  It won't have been changed.

11:41  22         Whereas, you'll get some of stuff that get's

11:41  23  eliminated through the kidney that is actually these

11:41  24  metabolites.  So essentially it's -- these four steps operate

11:41  25  to allow the drug to get into your blood, to distribute

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

11:41  1   throughout the body.  There's a mechanism for eliminating the

11:41  2   drug from the body, and that includes metabolism as well as it

11:41  3   flowing out through the kidneys and through the

11:41  4   gastrointestinal system through your feces.

11:41  5          How fast these things happen?  How much of it

11:41  6   happens?  For example, if your kidneys aren't working very

11:41  7   well, you're not going to eliminate it as quickly and you're

11:41  8   going to get a higher blood level.

11:41  9          If your liver isn't working as well, you're not going

11:41  10  to break the drug down, it's not going to metabolize as

11:41  11  quickly, and you're going to end up with more Xarelto in your

11:41  12  blood at a higher concentration.  So you'll have increased

11:42  13  exposure.

11:42  14         So these things could lead to -- if the kidneys

11:42  15  aren't working and the liver's not working, you could actually

11:42  16  end up with a higher-than-expected exposure.  And since

11:42  17  increasing exposure leads to toxicity, that's important.

11:42  18         The same thing, if you're somebody that it doesn't --

11:42  19  that has something where you didn't follow the directions on

11:42  20  how you ate before you took it, you may -- or there are people

11:42  21  that are something we call superabsorbers and there are people

11:42  22  that don't absorb as well.  We don't understand why they're

11:42  23  always like that, but they are.

11:42  24         The other thing that you have to understand about

11:42  25  absorption for Xarelto is there are also proteins that you find

LAURA MASSEY PLUNKETT - DIRECT

1  in the gastrointestinal system that actually can transport
2  Xarelto out of the body, push it out.  And so it's helping to
3  essentially get rid of the drug.
4         Well, if you're taking another drug that inhibits the
5  activity of the protein that help move Xarelto out, you're
6  going to end up with more exposure as well.
7         So it's really complex, and I don't want to get into
8  all the details.  But, essentially, these pharmacokinetics,
9  these parameters affect exposure but, most importantly, lead to
10 that interindividual variability we talked about because these
11 things are all so important.  And as I said, it's very
12 important to maintain a certain blood level range so that you
13 maintain that delicate balance.
14 Q.   And without getting into any more detail as to the various
15 factors, is it fair to say that issues with the kidneys or the
16 liver, that's not the exclusive list of things that could
17 affect your ability to absorb, distribute, metabolize, and
18 eliminate?
19 A.   That's correct.  So, for example, in the development of
20 Xarelto, they did some human studies where they were considered
21 healthy people, and they were very -- they were selected to be
22 as similar as possible to each other.
23        In other words, they looked for people that looked
24 very similar, have good kidney function, good liver function,
25 all these things, have certain age range, for example, because

LAURA MASSEY PLUNKETT - DIRECT

1   aging can affect the activity of these things.  And in those

2   healthy human studies, even in those studies, they see

3   significant variability.  So we don't understand all of reasons

4   why those blood levels can be variable for this particular

5   compound.

6           However, you need to understand that variability is

7   just part of how drugs work.  Everybody -- none of us

8   understand why you and I may not absorb exactly the same amount

9   even though we appear very similar.  We could be identical

10  twins, very similar physiology, and still end up with different

11  blood levels when we took the same amount of drug.

12          So there is an inherent or an understood variability

13  that exists.  It's when you increase that level of variability

14  that you can get into problems.

15  Q.   Dr. Plunkett, will you be so kind to redraw the

16  time-concentration curve and mark out those different paths for

17  pharmacokinetics.

18  A.   (Witness complies.)

19          I'm going to do just the single dose because that's

20  the easiest way to look at it to see all these different parts.

21  Q.   Would you explain what's on the bottom and on the side,

22  for the record.

23  A.   So, again, time is increasing.  So I give the drug here at

24  zero time, and I have nothing -- I'll have nothing in the

25  blood.  And then I watch the concentration of Xarelto go up

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

1  over time.  Okay.  So this is a absorption.  We talked about
2  the A.  That's the absorption part of the curve.
3           So as the drug is being absorbed, you go from zero
4  and it starts to come there.  When you reach the peak, you've
5  got everything in that you're going to get in.  The absorption
6  has completed, okay, and you're starting to eliminate.  So this
7  is the elimination phase here where the levels are going down.
8           Now, metabolism that we talked about and
9  distribution, this is also distribution here.  Absorption and
10 distribution are going on at the same time.  And metabolism is
11 occurring all throughout this.
12          So all of this is metabolism because, as soon as the
13 drug hits the body and goes through the liver, there's going to
14 be some metabolism going on.  So you can see metabolism
15 occurring throughout the absorption and distribution phase as
16 well as throughout the elimination phase.  At some point, the
17 levels are so low that there's no more metabolite being
18 detected.
19 Q.   So, once again, this top point, the Cmax, represents the
20 highest point of which there is Xarelto in the blood?
21 A.   Right.
22 Q.   And in terms of interpatient variability, is it fair to
23 say that this curve could be very different depending upon how
24 a person absorbs, distributes, and metabolizes or eliminates?
25 A.   Yes.  You can change -- you can change -- you could have

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

1   the same shape but just be lower.  You could even change the

2   shape.  So from person to person, you could get more

3   absorption, you could get a higher peak, you could get faster

4   absorption, you could get faster elimination.  So from person

5   to person, all of those things will look different.

6           So if you took a study with 20 people and you

7   plotted -- gave them one dose and you plotted these curves,

8   they would not all lie right on top of each.  You might indeed

9   have different time, Tmax times.  The Tmax can vary.  The time

10  to reach the max.  The Cmax level can vary.  And the overall

11  AUC levels can vary.

12          And that's the data that's been collected.  The

13  company has collected data showing that there is variability in

14  each of these parameters when you look at Xarelto.

15          The majority of the data that we're going to talk

16  about are important here for exposure, it's not so much the

17  Tmax, but looking at things like Cmax.  Also that Ctrough

18  level.  They also have data on that, as well as variability,

19  and then the AUC variability.

20  Q.   And in terms of the data that you're talking about, is

21  that the actual measure of plasma concentration of Xarelto?

22  A.   Yes.  When I'm talking about interindividual variability,

23  I'm relying on the actual data where they collected blood

24  samples from people and monitored the levels in the blood.  So

25  they're actually measuring rivaroxaban or Xarelto in the blood.

LAURA MASSEY PLUNKETT - DIRECT

11:48  1  **Q.**   And so why does all this matter?  Like you said, drugs are

11:48  2  variable.  That's an inherent part of pharmacology.

11:49  3  **A.**   So the reason this is important is because of the fact

11:49  4  that there's this delicate balance with Xarelto I told you.  In

11:49  5  other words, the doses that produce the effect you want are

11:49  6  very close -- or the exposure that you -- that produces the

11:49  7  effect that you want is very close to that exposure that can

11:49  8  produce toxicity.

11:49  9        In some people, in the clinical trials that took

11:49  10  15 milligrams or 20 milligrams a day, they actually had

11:49  11  bleeding events.  So that dose that was -- they thought was

11:49  12  safe for most people actually was creating a toxicity in that

11:49  13  person.

11:49  14        So that's the issue.  It's a delicate balance.

11:49  15  There's a small difference between the doses that -- or the --

11:49  16  I'm going to say "exposure."  It's easier to do that.  The

11:49  17  exposure that produces effects and the exposure that produces

11:49  18  toxicity.  And because of that, this interindividual

11:49  19  variability is important.  Because if you can't say that you

11:49  20  would have a really good handle on what every person that takes

11:50  21  the drug is going to end up with as far as exposure, then you

11:50  22  may have an increased risk.

11:50  23        So the idea of knowing what exposure is in an

11:50  24  individual patient can be really important, not just that you

11:50  25  gave the dose, but really what amount did they get into their

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

11:50  1   blood?  Because that blood level correlates with the risk of

11:50  2   bleeding.

11:50  3   **Q.**  And, Dr. Plunkett, I want to show you one of the studies

11:50  4   that you reviewed.  I'll put it up on the ELMO.

11:50  5          Now, Dr. Plunkett, are you familiar with this

11:50  6   article?

11:50  7   **A.**  Yes.

11:50  8   **Q.**  Do you need a copy?

11:51  9   **A.**  No.  I have one here.

11:51  10  **Q.**  Now, Dr. Plunkett, would you mind reading the title of the

11:51  11  article.

11:51  12  **A.**  It's called "Clinical Pharmacokinetic and Pharmacodynamic

11:51  13  Profile of Rivaroxaban."

11:51  14  **Q.**  And who is this authored by?

11:51  15  **A.**  It's authored by employees of the company.  I believe

11:51  16  these are actually Bayer employees.  Wolfgang Mueck.  I think

11:51  17  I'm saying that right, I hope.  The other name I recognize is

11:51  18  Dagmar Kubitza.

11:51  19         Both of those individuals have published a number of

11:51  20  articles in the medical literature that deal with these issues

11:51  21  of pharmacokinetics and pharmacodynamics.

11:51  22  **Q.**  And so this article is essentially what we've been talking

11:51  23  about today:  Pharmacokinetics, pharmacodynamics.

11:51  24         And what essentially does this article seek to do?

11:52  25  **A.**  So the reason I relied on this article, it's a nice review

LAURA MASSEY PLUNKETT - DIRECT

11:52   1   article.  It reviews this information on what Xarelto -- what

11:52   2   the body does to Xarelto, the pharmacokinetics; and what

11:52   3   Xarelto does to the body, the pharmacodynamics.

11:52   4       And it goes through and describes different clinical

11:52   5   data that the company had collected and presents it in -- I

11:52   6   call a review format.  So it's kind of just trying to teach you

11:52   7   what was known up at this time in 2014 about these things, the

11:52   8   pharmacokinetics and pharmacodynamics of this drug.

11:52   9   Q.   Now, is there a specific portion of this article that

11:52  10   you'd like us to review?

11:52  11   A.   Yes.  I referred in my report to Table 3 of this report

11:52  12   because this dealt with the issue of -- we talked about

11:52  13   interindividual variability.

11:52  14   Q.   Okay.  Well, first explain -- before we get into how this

11:53  15   explains interpatient variability, if we could just take a

11:53  16   moment to go through each of the indications and identify what

11:53  17   trials that they pertain to.

11:53  18   A.   Sure.  So this data that's presented here is data on

11:53  19   different clinical trials that were done for Xarelto.  The

11:53  20   first one was a VTE prevention.  It was actually data from

11:53  21   several trials.  This is where -- VTE means veno

11:53  22   thromboembolism, so -- venous thromboembolism.  So it's

11:53  23   preventing clots in the venous system.

11:53  24       And this particular trial was called RECORD,

11:53  25   R-E-C-O-R-D.  But please don't ask me the acronym, what it

LAURA MASSEY PLUNKETT - DIRECT

1    means.

2    Q.   I'll just write out to the side "RECORD."  And forgive my

3    handwriting.

4         All right.  For DVT treatment?

5    A.   So DVT, we defined that.  That's the venous

6    thromboembolism study.  So they were looking at treatment.  So

7    this is different.  Now we're going from prevention to

8    treatment, and I believe these were called EINSTEIN.

9    Q.   Okay.  And DVT, that's the indication for which Ms. Mingo

10   was prescribed Xarelto, DVT treatment?

11   A.   Yes, that's my understanding.

12   Q.   Okay.  And now the next two.  Stroke prevention?

13   A.   So the two -- there's two -- there's two entries here but

14   there were trials that were called -- were called -- oh, gosh.

15   Help me.

16   Q.   ROCKET?

17   A.   ROCKET.  I'm sorry.  ROCKET.  I've been focusing on RECORD

18   for this trial.  ROCKET trials.

19        So those were trials looking at atrial fibrillation

20   patients.  So this is a different indication.  So here we have

21   people that -- where their heart doesn't beat properly, the

22   atrial chamber of the heart fibrillates and it doesn't push

23   blood very well, and that can lead to clots being formed in the

24   heart.  So this is a use of the drug to prevent those type of

25   clots that have been formed in that particular condition.

LAURA MASSEY PLUNKETT - DIRECT

11:55  1            So different conditions -- all three of these are
11:55  2   different types of patients.
11:55  3   Q.   Okay.  Now, for -- were these trials going on at the same
11:55  4   time?
11:55  5   A.   Yes.  There is overlap when you look at the dates of the
11:55  6   trials.  Although the first -- the first trials that show up in
11:55  7   an approval by FDA would be the RECORD.  So the first approval
11:55  8   for the drug was based on the RECORD data.
11:55  9   Q.   And so did the RECORD trial end prior to the other trials?
11:55 10   A.   Yes.  They did end prior to the other trials, although the
11:55 11   ROCKET was not very far after, I believe.
11:55 12   Q.   And so ROCKET was second?
11:56 13   A.   Yes.
11:56 14   Q.   So then EINSTEIN was third?
11:56 15   A.   Yes.  And then the last one down there, I believe, is
11:56 16   ATLAS.  That's the last trial down there, for another
11:56 17   condition, acute coronary syndrome.  So it's just another use,
11:56 18   which is not approved here in the U.S.
11:56 19   Q.   I'm out of room, so let's stick with these for right now.
11:56 20            Now, given that we're here for DVT treatment.  Let's
11:56 21   move up, and I'm going to try and block it out so we can see.
11:56 22            How does this -- why is this information relevant for
11:56 23   purposes of interpatient variability, now that we have that
11:56 24   background?
11:56 25   A.   Okay.  So what was important to me about this table is

LAURA MASSEY PLUNKETT - DIRECT

11:56  1    that they're actually reporting -- you see the title, "Plasma

11:56  2    Concentrations in Patient Populations."  So this is the actual

11:56  3    measurement of the concentration of the drug in the blood.  So

11:56  4    this not an indirect; this is actually measuring what the

11:57  5    exposure was in those people based upon these different

11:57  6    parameters.

11:57  7            And so the doses are different.  So you notice there

11:57  8    are different doses in different trials depending upon the

11:57  9    indication or the treatment.  So for DVT they were -- in these

11:57  10   trials, they were looking at 20 milligrams once a day, if you

11:57  11   want to focus on that line.  So 20 milligrams o.d., that means

11:57  12   the patients got 20 milligrams once a day.

11:57  13           And then there's three columns, and these are the

11:57  14   things I said I thought you -- the jury might start to see the

11:57  15   abbreviations for.  And you see "AUC" up there.  And the 2-4

11:57  16   just means it's a 24-hour area under the curve.  So it's

11:57  17   measuring that -- all that space under the curve from zero to

11:57  18   24 hours in the patients that they took blood samples from.

11:57  19           And then the other one -- the next column over to the

11:57  20   right where you see Ctrough, that's that low level in the blood

11:57  21   we talked about at steady state.  So that other exposure

11:57  22   measurement they took.  And then the other one was Cmax, and

11:57  23   that's the last column.

11:58  24           So they're looking at the total area under the curve

11:58  25   in these patients from zero to 24 hours.  They're looking at

11:58  1    the -- what I call the minimal level, the trough level, in

11:58  2    these people's blood, the Ctrough.  And then they're also

11:58  3    measuring the C -- they're also measuring the Cmax.  So they're

11:58  4    taking samples in order to determine what those are.  And they

11:58  5    report it.

11:58  6           And those numbers that you see in the columns for the

11:58  7    second line, the first number -- the first number is a -- is a

11:58  8    mean number, or an average number.  And then in the

11:58  9    parentheses, they're giving the ranges.

11:58  10          So I think they're giving five -- what they call 5th

11:58  11   to 95th percentile.  So they're giving -- they're giving a

11:58  12   number that represents -- at the bottom, the 1,702, that

11:58  13   represents a number that tells you what is -- what number

11:58  14   you're seeing that 5 percent of the people will fall below.

11:58  15   And then the 4,773 is telling you that number where only 5

11:59  16   percent of the people would be above it.

11:59  17          So you go from the 5th -- the 5 percent people below.

11:59  18   And then 95 means everybody is between -- is below this number,

11:59  19   and there's only 5 percent that will be above.

11:59  20          And this -- in science, this is a really typical

11:59  21   thing you want to look at.  That's the measure of variability.

11:59  22   We're looking at what are the types of blood levels you see

11:59  23   around the mean.  Not everybody has the mean.  Some people have

11:59  24   a much lower number, and some people have a much higher number.

11:59  25          So that's this issue of variability that I was

LAURA MASSEY PLUNKETT - DIRECT

11:59   1    looking at.

11:59   2                    THE COURT:  Let's get to a breaking point.

11:59   3                    MS. JEFFCOTT:  This is a good breaking point, Your

11:59   4    Honor.

11:59   5                    THE COURT:  Okay.  Let's take a lunch break.  We'll

11:59   6    be back at 1:15.  Court will stand in recess until 1:15.

11:59   7                    THE DEPUTY CLERK:  All rise.

11:59   8                    (WHEREUPON, the jury exited the courtroom.)

11:59   9                         **(LUNCHEON RECESS)**

11:59   10                          * * * * *

11:59   11                           *****

11:59   12                          **CERTIFICATE**

11:59   13            I, Jodi Simcox, RMR, FCRR, Official Court Reporter

11:59   14   for the United States District Court, Eastern District of

11:59   15   Louisiana, do hereby certify that the foregoing is a true and

11:59   16   correct transcript, to the best of my ability and

11:59   17   understanding, from the record of the proceedings in the

11:59   18   above-entitled and numbered matter.

11:59   19
11:59
11:59   20
11:59
11:59   21                    *s/Jodi Simcox, RMR, FCRR*
11:59                          Jodi Simcox, RMR, FCRR
11:59   22                     Official Court Reporter
11:59
11:59   23

         24

         25

                    OFFICIAL REALTIME TRANSCRIPT