1          UNITED STATES DISTRICT COURT

2         SOUTHERN DISTRICT OF MISSISSIPPI

3

4

5   IN RE:  XARELTO              *
    (RIVAROXABAN) PRODUCTS       *
6   LIABILITY LITIGATION         *
                                 *
7   THIS DOCUMENT RELATES TO:    *   Docket No.: 14-MD-2592
                                 *   Section "L"
8   *Dora Mingo, et al. v.*      *   Jackson, Mississippi
    *Janssen Research &*         *   August 10, 2017
9   *Development, LLC, et. al.,* *
    Case No.: 15-CV-3469         *
10  * * * * * * * * * * * * * * * *

11             VOLUME IV – MORNING SESSION
         TRANSCRIPT OF JURY TRIAL PROCEEDINGS
12       BEFORE THE HONORABLE ELDON E. FALLON
             UNITED STATES DISTRICT JUDGE

13

14  APPEARANCES:

15

    For the Plaintiffs'
16  Liaison Counsel:             Gainsburg Benjamin David
                                   Meunier & Warshauer
17                               BY:  GERALD E. MEUNIER, ESQ.
                                 2800 Energy Centre
18                               1100 Poydras Street
                                 New Orleans, Louisiana 70163

19

20

    For the Plaintiffs:          Beasley Allen
21                               BY:  ANDY BIRCHFIELD, ESQ.
                                 P.O. Box 4160
22                               Montgomery, Alabama 36103

23

24

25

              OFFICIAL REALTIME TRANSCRIPT

1   APPEARANCES:

2                               Gainsburg Benjamin Davis
                                  Meunier & Warshauer
3                               BY:  WALTER C. MORRISON, IV, ESQ.
                                240 Trace Colony Park Drive
4                               Suite 100
                                Ridgeland, Mississippi 39157
5

6
                                Goza Honnold
7                               BY:  BRADLEY D. HONNOLD, ESQ.
                                11181 Overbrook Road, Suite 200
8                               Leawood, Kansas 66211

9

10                              The Lambert Firm
                                BY:  EMILY JEFFCOTT, ESQ.
11                              701 Magazine Street
                                New Orleans, Louisiana 70130
12

13
                                Levin, Fishbein, Sedran & Berman
14                              BY: FREDERICK S. LONGER, ESQ.
                                510 Walnut Street
15                              Suite 500
                                Philadelphia, Pennsylvania 19106
16

17
    For the Defendant Bayer
18  HealthCare Pharmaceuticals
    Inc. and Bayer Pharma AG:   Mitchell, Williams, Selig, Gates &
19                                Woodyard, P.L.L.C.
                                BY:  LYN P. PRUITT, ESQ.
20                              425 W. Capitol Avenue, Suite 1800
                                Little Rock, Arkansas 72201
21

22
                                Watkins & Eager, PLCC
23                              BY:  WALTER T. JOHNSON, ESQ.
                                400 East Capitol Street
24                              Jackson, Mississippi 39201

25

OFFICIAL REALTIME TRANSCRIPT

1   APPEARANCES:

2   For Janssen Pharmaceuticals,
    Inc. and Janssen Research &
3   Development, LLC:            Barrasso Usdin Kupperman Freeman &
                                   Sarver, LLC
4                               BY:  RICHARD E. SARVER, ESQ.
                                909 Poydras Street, 24th Floor
5                               New Orleans, Louisiana 70112

6

7   Official Court Reporter:    Jodi Simcox, RMR, FCRR
                                500 Poydras Street
8                               Room HB-406
                                New Orleans, Louisiana 70130
9                               (504) 589-7780

10

11
    Proceedings recorded by mechanical stenography, transcript
12  produced by computer.

13

14

15

16

17

18

19

20

21

22

23

24

25

OFFICIAL REALTIME TRANSCRIPT

1                              **I N D E X**

2                                                          <u>Page</u>

3

    ROBERT GOSSELIN
4        Voir Dire By Mr. Birchfield:              757
         Voir Dire By Mr. Sarver:                  771
5        Direct Examination By Mr. Birchfield:     777
         Cross-Examination By Mr. Sarver:          812
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>**PROCEEDINGS**</u>

**(August 10, 2017)**

**(MORNING SESSION)**

**\*\*\*\*\*\***

(COURT CALLED TO ORDER)

**THE DEPUTY CLERK:**  All rise.

(WHEREUPON, the jury entered the courtroom.)

**THE COURT:**  Be seated, please.  Good morning, ladies and gentlemen.

**MR. BIRCHFIELD:**  Good morning you, Your Honor.  At this time the plaintiff would call Robert Gosselin.

**THE COURT:**  Okay.  Members of the jury, we have to interrupt the testimony of the Dutch-speaking witness.  So for those of you who speak Dutch, you'll be surprised.

In any event, it's not unusual to have to interrupt matters to work out schedules.  So we're going to call another witness, and then we'll put the deposition back on after that.

(WHEREUPON, **ROBERT GOSSELIN**, having been duly sworn, testified as follows:**)**

**THE DEPUTY CLERK:**  Please have a set.  State and spell your full name for the record.

**THE WITNESS:**  My name is Robert Gosselin,

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN – VOIR DIRE

08:31  1   R-O-B-E-R-T, G-O-S-S-E-L-I-N.

08:31  2                        **VOIR DIRE**

08:31  3   BY MR. BIRCHFIELD:

08:31  4   **Q.**   Good morning, Mr. Gosselin.

08:31  5   **A.**   Good morning.

08:31  6   **Q.**   Would you take just a moment and introduce yourself to the

08:31  7   jury, where you live, what you do.

08:31  8   **A.**   I live in Sacramento, California.  I recently retired from

08:31  9   the University of California, Davis, Health system, where I

08:31  10  worked for 30 years.  My capacity there was a senior specialist

08:31  11  in coagulation in the laboratory.

08:31  12  **Q.**   Mr. Gosselin, have you ever testified in court before?

08:31  13  **A.**   I was called to the stand once, a little over 20 years

08:31  14  ago.  I did just as right now:  I raised my hand, spelled my

08:31  15  name.  The prosecution turned and stood up and called for a

08:31  16  recess, and the case got dismissed.

08:31  17  **Q.**   So the extent of your testimony was stating your name?

08:31  18  **A.**   Yes.

08:31  19  **Q.**   Have you ever testified in a civil lawsuit before,

08:31  20  Mr. Gosselin?

08:31  21  **A.**   No, sir.

08:31  22  **Q.**   And have you ever testified in court as an expert witness?

08:32  23  **A.**   No, sir.  This is my first time.

08:32  24  **Q.**   All right.  I want to talk with you for just a bit about

08:32  25  your background, where you grew up and how you came to your

ROBERT GOSSELIN - VOIR DIRE

08:32  1    career as a clinical laboratory specialist.
08:32  2    A.   Sure.  Sorry.  I grew up in Sacramento, went to high
08:32  3    school there.  First was an Army brat, so I was all over the
08:32  4    world.  So through my younger days, I was in France and then
08:32  5    traveled in the Eastern seaboard and finally wound up in the
08:32  6    Sacramento area.
08:32  7         After high school, my family apparently made too much
08:32  8    money to get grants from the U.S. government, so I opted to
08:32  9    enlist into the Navy.  I spent six years in the U.S. Navy.
08:32  10        My first few months were after boot camp into a
08:32  11   school to become a medic, and then I went ten weeks with the
08:33  12   Marine Corps to learn how to be a medic in the Marine Corps.
08:33  13        Then after that, I went to a laboratory technology
08:33  14   school, which lasted 13 months.  And the rest of my career in
08:33  15   the Navy was working at a dispensary.  It was in Port Hueneme.
08:33  16   Sounds pretty exotic, but it's over on the coast of California.
08:33  17   And then my last few months of my Navy career was in San Diego.
08:33  18   Q.   The 13-month lab school, was that part of the Navy
08:33  19   experience?
08:33  20   A.   Yes.
08:33  21   Q.   All right.  And so what did you do -- you were honorably
08:33  22   discharged from the Navy?
08:33  23   A.   Honorably discharged from the Navy.  From there, I went
08:33  24   back home to Sacramento.  California has restrictions as to who
08:33  25   can work in the laboratory as I did in the Navy.  So I had to

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - VOIR DIRE

08:33  1    take some classes, which I did at the University of California,
08:33  2    Davis, and at Sacramento State University.  And then I was able
08:33  3    to, what we call, challenge the licensure board in California,
08:33  4    which I did.
08:33  5    Q.    Okay.  Let's stop right there for just a second.
08:34  6          You said that you challenged the licensure board to
08:34  7    become a clinical laboratory specialist; is that right?
08:34  8    A.    At the time, it was called medical technologist; but, yes,
08:34  9    I challenged the board.
08:34 10    Q.    When you say you challenged the board, describe for us
08:34 11    what that means.
08:34 12    A.    That means -- usually, to become a medical technologist,
08:34 13    you need a four-year degree and then a year internship, and
08:34 14    you're eligible to take the licensure board.  I had none of
08:34 15    those.
08:34 16          So the board recognized my Navy experience and
08:34 17    accepted my Navy experience in lieu of a four-year degree
08:34 18    and -- as well as the internship.  So they allowed me to take
08:34 19    the exam to see if I can pass and become a medical
08:34 20    technologist, which I did.
08:34 21    Q.    All right.  So you took -- you passed the boards.
08:34 22          And then -- so you were licensed as a medical
08:34 23    technologist; right?
08:34 24    A.    Yes.
08:34 25    Q.    And so what was your next step?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - VOIR DIRE

08:34  1   **A.**   So I stayed at the current community hospital I was
08:35  2   working as a lab assistant.  So I was a medical technologist
08:35  3   there.  But a position came available at the University of
08:35  4   California, Davis -- at that time, it was called medical
08:35  5   center -- in the laboratory in the hematology department, to
08:35  6   which I was hired because there were looking for somebody with
08:35  7   coagulation experience, which I had in the Navy.  And so my
08:35  8   last 30 years of employment was at the University of California
08:35  9   Davis Medical Center.
08:35  10  **Q.**   When you say "coagulation experience," we've heard a
08:35  11  little bit about coagulation studies.  Would you take just a
08:35  12  moment and give us a brief overview of what a coagulation study
08:35  13  is.
08:35  14  **A.**   Well, coagulation is a process that your body has to
08:35  15  regulate blood flow.  So when you have -- it's kind of like you
08:35  16  have blood flowing through a hose.  And whenever the hose
08:35  17  breaks, you need to plug it up.  That's essentially what
08:35  18  coagulation does.
08:35  19         My job was to help figure out why people bleed when
08:35  20  they shouldn't and why they -- and why they clot when they
08:36  21  should as well by doing -- performing testing.  And so that was
08:36  22  my goal primarily at UC Davis, performing testing for figuring
08:36  23  out why people have these abnormalities in the coagulation
08:36  24  cascade.
08:36  25  **Q.**   So, Mr. Gosselin, you told us that you just recently

ROBERT GOSSELIN - VOIR DIRE

08:36 1    retired from UC, Davis, after 30 years' experience there; is
08:36 2    that right?
08:36 3    A.    Yes, sir.  I retired February 10th after 30 years and
08:36 4    2 days.
08:36 5    Q.    So during that your 30-year tenure, approximately how many
08:36 6    coagulation tests did you do personally or supervise?
08:36 7    A.    I would say I did hundreds of thousands if not over a
08:36 8    million tests during my tenure with the Navy, UC Davis, and
08:36 9    outside UC Davis.
08:36 10   Q.    All right.  I'm going to talk about your professional
08:36 11   organizations and publications.
08:36 12          Have you ever published any peer-reviewed medical
08:36 13   literature on testing of what we refer to as NOACs or sometimes
08:37 14   refer to as DOACs?
08:37 15   A.    Yes.  I have, I believe, 20 publications in peer-reviewed
08:37 16   journals about the direct oral anticoagulants, or DOACs, as we
08:37 17   refer to them as.
08:37 18   Q.    And so we refer to them as NOACs, and then you prefer the
08:37 19   term DOAC.
08:37 20          Tell us the difference and why you --
08:37 21   A.    Well, there's an organization called the International
08:37 22   Society on Thrombosis and Haemostasis.  And there's a
08:37 23   subcommittee of that organization that's on the control of
08:37 24   anticoagulation that surveyed its members, which I am a member
08:37 25   of that organization, and asked them what would be an

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - VOIR DIRE

08:37  1    appropriate name to call this class of drugs.
08:37  2            And the survey came up with DOACs, which stands for
08:37  3    direct oral anticoagulants, versus NOACs, which the "N" stands
08:37  4    for either novel or nonvitamin K.  They're no longer novel
08:37  5    because they've been around since 2010.
08:37  6            And then the other concern was, when you write
08:37  7    "NOAC," some people may interpret that as saying "no
08:38  8    anticoagulants."  Because a lot of times, we use abbreviations
08:38  9    in the field, so they wanted to avoid any kind of confusion if
08:38 10    somebody were to write "NOACs" on a piece of paper that that
08:38 11    wouldn't imply there was no anticoagulants.
08:38 12    Q.   All right.  So you've been published approximately 20
08:38 13    times?
08:38 14    A.   In this area, I have 89 peer-reviewed publications about
08:38 15    other things in laboratory testing.
08:38 16    Q.   So the 20 times, that's peer-reviewed publications about
08:38 17    measuring DOACs; is that right?
08:38 18    A.   Strictly regarding either measuring or case reports about
08:38 19    DOACs where I was involved in the testing of that patient.
08:38 20    Q.   So we've heard a little bit about the peer-review process.
08:38 21    Will you remind us what it means when you talk about a
08:38 22    peer-review journal.
08:38 23    A.   So the peer-review process is -- when you submit to a
08:38 24    journal that has a peer-review process, the editors or your
08:38 25    associate editor of the journal will look at the paper and

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - VOIR DIRE

08:38  1    decide whether or not it has enough merit to be published in
08:38  2    that journal.
08:39  3             If they initially decide that there's enough merit to
08:39  4    be published, they will send it out to potential reviewers who
08:39  5    are considered to be experts or opinion leaders in that area of
08:39  6    the paper that you wrote.
08:39  7    Q.   All right.  And have you ever been asked to serve as a
08:39  8    peer reviewer on coagulation testing?
08:39  9    A.   Yes.  Even though I'm retired, I still do peer reviews.
08:39 10    I've been doing peer reviews for several journals including
08:39 11    *Lancet, Journal of Thrombosis and Haemostasis, Thrombosis and
08:39 12    Haemostasis, Annals of Pharmacotherapy*.  I do about six a year.
08:39 13    Q.   Are those leading journals in this area of coagulation
08:39 14    tests?
08:39 15    A.   Well, I would say yes.  As far as for coagulation-related
08:39 16    studies, *Thrombosis and Haemostasis, Journal of Thrombosis and
08:39 17    Haemostasi*s are probably the two top coagulation-related
08:39 18    journals in the field.
08:39 19    Q.   Approximately how many articles are you asked to review
08:39 20    each year?
08:39 21    A.   I'm sorry?
08:39 22    Q.   How many articles are you asked to serve as a peer
08:39 23    reviewer on in a year?
08:39 24    A.   How many have I done in my career?
08:39 25    Q.   No, in a year.

ROBERT GOSSELIN - VOIR DIRE

08:39  1   **A.**   Oh, in a year.  I'm sorry.  Roughly about six a year for
08:40  2   the last, I would say, ten years.
08:40  3   **Q.**   All right.  And have you ever been asked to serve as a
08:40  4   editor a peer-review journal?
08:40  5   **A.**   I am currently associate editor of one journal and on the
08:40  6   editorial board of three others.
08:40  7   **Q.**   Mr. Gosselin, I know you to be a modest man, but I need to
08:40  8   answer this question for me.
08:40  9         Is it fair to say that you are one of the most
08:40  10  published experts in the U.S. on the subject of how to test
08:40  11  DOAC and DOAC levels including Xarelto in humans?
08:40  12  **A.**   Yes.
08:40  13  **Q.**   When were you -- when were you hired -- when were you
08:40  14  asked to consult with us in this case?
08:40  15  **A.**   I believe it was in the summertime, sometime in 2015.
08:40  16  **Q.**   All right.  In a most recent publication, you disclosed
08:40  17  legal consulting in this litigation; is that right?
08:40  18  **A.**   Yes.
08:41  19  **Q.**   But in some prior publications, you didn't make that
08:41  20  disclosure.  Can you tell us why?
08:41  21  **A.**   Well, first I need to kind of explain disclosure a little
08:41  22  bit.  My perception is all journals, when you're submitting a
08:41  23  paper, you're supposed to disclose if there may be some sort of
08:41  24  conflict of interest, that you have a financial gain by the
08:41  25  publication.  And my perception, even though I was hired by

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - VOIR DIRE

08:41  1   2015, I didn't see it as a conflict of interest.
08:41  2           After discussing this with an associate editor of
08:41  3   another journal, they agreed that they would not have disclosed
08:41  4   it as well.  But it was on the advice of counsel several times
08:41  5   that I start disclosing my association with the lawyers or my
08:41  6   position as an expert testimony witness when I publish papers
08:41  7   related to this or even unrelated to the topic.
08:41  8   Q.   And is it fair to say that you had published a number of
08:42  9   articles before you ever were retained to consult with us?  Is
08:42  10  that right?
08:42  11  A.   Yes.
08:42  12  Q.   Okay.  And have your opinions changed since -- from the
08:42  13  time before you were hired and since?
08:42  14  A.   No.
08:42  15  Q.   Have you been invited to present or make presentations at
08:42  16  national or international seminars on coagulation?
08:42  17  A.   On coagulation, over the past 30 years, I probably have
08:42  18  been invited to do at least ten, specifically to DOACs; four in
08:42  19  the past several years.  The first one was in 2015, I was
08:42  20  invited by Siemens Health Care, which is an instrument
08:42  21  manufacturer, a reagent manufacturer, to give a presentation in
08:42  22  Marburg, Germany.
08:42  23          In October of 2015, I was asked by the FDA to present
08:42  24  at a workshop they sponsored in Maryland about what we did at
08:42  25  UC Davis for DOAC testing.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - VOIR DIRE

08:43  1          In 2016, I was invited to present a -- about the
08:43  2  effects of DOACs in certain tests in a meeting in Montpellier,
08:43  3  France.
08:43  4          And then in 2016, there was another meeting, I
08:43  5  believe in Chicago, where I presented about DOAC measurements
08:43  6  at an international meeting.
08:43  7  Q.   And so you said -- was it October of 2015 that you were
08:43  8  invited by the FDA?
08:43  9  A.   Yes, sir.
08:43  10 Q.   And so tell us what that -- what that was about.  What
08:43  11 were you asked to do?  Who was invited to attend?
08:43  12 A.   Well, I believe the workshop was entitled something about
08:43  13 direct oral anticoagulants.  But at the podium that I shared
08:43  14 the podium with, there were doctors from University of North
08:43  15 Carolina, from Friedreich's Laboratory, from emergency
08:43  16 departments.  And we were there to discuss the issues that we
08:43  17 thought were salient to DOACs, whether it be the testing, the
08:43  18 patient services.
08:43  19         And then the second part of the presentation had to
08:44  20 do with industry and what industry would have to offer as far
08:44  21 as testing or their frustrations about the DOAC testing
08:44  22 challenges.
08:44  23 Q.   Mr. Gosselin, have you been invited by journals to write
08:44  24 specifically on the subject of how to reliably test DOACs,
08:44  25 including Xarelto?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - VOIR DIRE

08:44  1   **A.**    Yes.  I was invited by the *Journal of Thrombosis and*

08:44  2   *Haemostasis* to do a review about DOAC measurements in the

08:44  3   laboratory, which was published 2016.

08:44  4   **Q.**    And the *Journal of Thrombosis and Haemostasis*, is that a

08:44  5   leading journal in your area?

08:44  6   **A.**    That is the journal that is affiliated with a society of

08:44  7   the International Society of Thrombosis and Haemostasis.

08:44  8   That's their official journal.  So, yes, it's a very reputable

08:44  9   and high-ranking journal.

08:44  10  **Q.**    All right.  Have you been asked to serve on national and

08:44  11  international committees that address how to properly measure

08:44  12  DOACs in levels, including Xarelto?

08:44  13  **A.**    Well, I'm on two national organization boards that we are

08:45  14  discussing whether or not we should get involved with providing

08:45  15  guidance documents to the U.S. regarding DOAC measurements.

08:45  16          Additionally, I was recently asked in 2016 to serve

08:45  17  as a chairperson to create an international consensus document

08:45  18  on the measurement of DOACs.  And the committee members are

08:45  19  phenomenal DOAC clinicians and laboratorians from around the

08:45  20  world, from Europe, from Japan, from Uruguay, from Australia.

08:45  21  And I serve as the chairperson on that guidance document, which

08:45  22  we're all completed.

08:45  23  **Q.**    All right.  I think it's happened already in this trial,

08:45  24  but are you often referred to as Dr. Gosselin?

08:45  25  **A.**    I am, but I'm always quick to correct these people that

ROBERT GOSSELIN - VOIR DIRE

08:45  1    I'm not a clinician, not a physician.  I'm not a Ph.D.  I'm not
08:45  2    an M.D.  I'm not a PharmD.  I'm not any of those that warrant
08:45  3    the affiliation of "doctor."
08:46  4         When I'm asked to do -- participate in advisory
08:46  5    boards and they refer to me as "Doctor," I always say, "Thanks
08:46  6    for the promotion.  I'm not a physician.  If you want to pull
08:46  7    the invitation, you may.  I won't be offended."  And none of
08:46  8    them, to date, have ever rescinded the invitation to
08:46  9    participate.
08:46  10   Q.   You refer to scientific advisory boards.
08:46  11        Have you been invited -- have you been hired to serve
08:46  12   on scientific advisory boards by members of the pharmaceutical
08:46  13   industry?
08:46  14   A.   Yes.  Not really hired per se, although you do sign an
08:46  15   agreement, a statement of work.  So I've been asked to
08:46  16   participate in previous advisory boards for Novo Nordisk, for
08:46  17   Boehringer Ingelheim.  I've been recently asked again by Novo
08:46  18   Nordisk to participate in two meetings this coming October as
08:46  19   well as -- recently, I was requested by Bayer to participate in
08:46  20   their advisory meetings unrelated to this drug.  But there was
08:46  21   some scheduling conflict, so I had to decline.
08:47  22   Q.   All right.  Have you been contacted by others about
08:47  23   serving as a consultant on coagulation testing matters?
08:47  24   A.   Yes.  In 2016, I was contacted by Bayer, by a lawyer who
08:47  25   was referred to me by Dr. Dot Adcock in Colorado.  When I asked

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - VOIR DIRE

08:47 1  the lawyer what this pertained to, he said it was regarding the
08:47 2  Xarelto case, in which case I told him I'm already working for
08:47 3  the folks across the aisle.
08:47 4        Recently, I was retained by a law firm in New York
08:47 5  City to help the lawyers there kind of understand the
08:47 6  coagulation process.
08:47 7  Q.   And you served -- have you consulted for the Cleveland
08:47 8  Clinic?
08:47 9  A.   Yes.  In 2000, I think, 15, the Cleveland Clinic was
08:47 10 inspected by the federal government.  They had some serious
08:48 11 problems there in their laboratory.  So the Cleveland Clinic
08:48 12 Foundation hired a consulting group, which came in and helped
08:48 13 the Cleveland Clinic.  The consulting group called me to ask if
08:48 14 I would be willing to go to Cleveland Clinic and look at their
08:48 15 special coagulation laboratory as a one-time visit and provide
08:48 16 them some feedback as to what I thought would be deficiencies
08:48 17 in their processes.
08:48 18       So I went there the first weekend in October 2015,
08:48 19 and my report was four pages long of deficiencies and problems.
08:48 20 And so both Cleveland Clinic and this management group asked me
08:48 21 if I'd be willing to stay and help them out, which I could not
08:48 22 stay because I had full-time job at UC Davis.  But I went back
08:48 23 and forth between Sacramento and Cleveland Clinic four times
08:48 24 and worked from home to help them come up to good laboratory
08:48 25 practice.

ROBERT GOSSELIN - VOIR DIRE

08:48  1   Q.   All right.  Mr. Gosselin, referring to UC Davis, as a
08:49  2   clinical laboratory scientist with a specialty in coagulation,
08:49  3   what exactly did you do -- what's the type of jobs that you had
08:49  4   or responsibilities you had at UC Davis?
08:49  5   A.   Yeah.  It was fairly multifaceted because I was the only
08:49  6   one in my department.  So my job was not only to perform
08:49  7   patient testing, but I was also a teacher, not in a classroom
08:49  8   a -- in formal classroom, but I would have students spend time
08:49  9   with me.  Pathology residents would spend time with me.
08:49  10  Pathology fellows would spend time with me.  CLS students would
08:49  11  spend time and learn about coagulation and the coagulation
08:49  12  testing that I did.
08:49  13       The testing I performed was not routine testing but
08:49  14  more specialized testing to help people figure out the problems
08:49  15  with patients in the coagulant field.  I had to keep up with
08:49  16  the current practices in the field.  I implemented new tests,
08:49  17  validated new methods, consulted with clinicians.  That was
08:50  18  probably one of my biggest roles, was clinicians asking for
08:50  19  help, what could I do to help them.
08:50  20  Q.   As a clinical laboratory scientist, what were you -- well,
08:50  21  let me just make sure that we're clear on it.
08:50  22       What you were asked to do this in litigation, asked
08:50  23  to do for us, to help us understand coagulation studies and how
08:50  24  to test and measure DOACs; is that right?
08:50  25  A.   Yes.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN – VOIR DIRE

08:50  1   Q.    That's the scope of your work here for us?

08:50  2   A.    That's the scope I would be willing to entertain when I

08:50  3   agreed to these.

08:50  4          MR. BIRCHFIELD:   Your Honor, at this time, we would

08:50  5   tender Mr. Gosselin as an expert in the field of laboratory

08:50  6   sciences and specifically in the measurement of DOACs,

08:50  7   including Xarelto.

08:50  8          THE COURT:   Any questions?

08:50  9          MR. SARVER:   I'd like to voir dire, Your Honor.

08:50  10         THE COURT:   Sure.

08:50  11         MR. SARVER:   Thank you.

08:50  12                         VOIR DIRE

08:50  13  BY MR. SARVER:

08:50  14  Q.    Good morning, Mr. Gosselin.

08:50  15  A.    Good morning.

08:50  16  Q.    My name is Rick Sarver.   I represent Bayer and Janssen.   I

08:51  17  have on some questions for you.   They're fairly limited.

08:51  18         First, is it correct that you do not consider

08:51  19  yourself to be an expert in the use of Neoplastine CI Plus to

08:51  20  do PT testing on Xarelto?

08:51  21  A.    If you're referring to my answer in the deposition, I

08:51  22  believe I clarified that later in the deposition that, as I

08:51  23  understood the question and the use, meaning could I even know

08:51  24  what the bottle looked like, could I even put them together to

08:51  25  reconstitute them, could I even look at a package insert and

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - VOIR DIRE

08:51  1    say, "Ooh, this is the Neoplastin," the answer -- my initial
08:51  2    answer was no.
08:51  3             But further in the deposition, when it was asked
08:51  4    about can you further explain -- because I didn't know any of
08:51  5    those things, would that preclude me from looking at the data
08:51  6    that we obtained when we did neoplastic testing always a
08:51  7    collaborative group.
08:51  8             I clarified my answer that, yeah, I could not be an
08:51  9    expert to say, have I ever put them together, what's the
08:51  10   stability of the reagent once I reconstitute them.  The answer
08:51  11   is no.  But I believe I clarified sufficiently that I believe I
08:52  12   have the expertise to look at the data generated in
08:52  13   Neoplastin PT results and render an opinion on that, yes.
08:52  14   Q.   Now, you talked about your deposition.  You gave a
08:52  15   deposition; correct?
08:52  16   A.   Yes, sir.  Yes, sir.
08:52  17   Q.   You raised your hand and you swore to tell the truth?
08:52  18   A.   Yes, sir.
08:52  19   Q.   Just like you did here?
08:52  20   A.   Yes, sir.
08:52  21   Q.   Correct?  And when you were asked the question at your
08:52  22   deposition, "Do you consider yourself to be an expert in the
08:52  23   use of Neoplastine CI Plus to do PT testing on Xarelto?" your
08:52  24   answer was an unequivocal no; correct?
08:52  25   A.   I don't believe it was an unequivocal no.  I believe it

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - VOIR DIRE

08:52   1   was a no, which I clarified later, sir.
08:52   2   **Q.**   Let's take a look, page --
08:52   3         **MR. SARVER:**   Counsel, for your reference, page 197,
08:52   4   line 17 through 21.
08:52   5               Jim?
08:52   6   **BY MR. SARVER:**
08:52   7   **Q.**   Please take a look, Mr. Gosselin.  You should appear on
08:52   8   your own screen.
08:52   9   **A.**   I don't have anything on my screen.
08:53  10   **Q.**   It's 197, line 17 through 21:
08:53  11         "Q.  Mr. Gosselin, do you consider yourself an expert
08:53  12         in the use of Neoplastine CI Plus to do PT testing on
08:53  13         Xarelto?
08:53  14         "A.  No."
08:53  15         Was that your testimony, sir, under oath?
08:53  16   **A.**   Yes.  And you can look at the slight pause again.  If you
08:53  17   were to follow a question and say, "Mr. Gosselin, can you
08:53  18   please tell me how to reconstitute neoplastic?" I'd be able to
08:53  19   say no.
08:53  20   **Q.**   Let me ask you some questions.
08:53  21   **A.**   Yes, sir.
08:53  22   **Q.**   All right.  You have never used Neoplastine CI Plus to
08:53  23   perform testing -- PT testing in your life, have you?
08:54  24   **A.**   Personally, no.
08:54  25   **Q.**   Right.  And as I understand it, you're testifying here and

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - VOIR DIRE

1   counsel has tendered you as an expert to testify based on your
2   experience; correct?
3   A.   Yes.
4   Q.   Because, and with absolute respect for all you've
5   accomplished, you don't have a college degree?
6   A.   Yes.
7   Q.   True?
8   A.   That is true.
9   Q.   You don't have a medical degree?
10   A.   That is true.
11   Q.   You've told us you don't have a Ph.D.
12   A.   Yes, I do not have a Ph.D.
13   Q.   And your testimony would have to be based on your
14   experience; correct?
15   A.   And published literature as well.  I can read, despite not
16   having a degree.
17   Q.   Now, you have never used the material Neoplastine CI to do
18   a PT in your life?
19   A.   Yes, that is correct.
20   Q.   All right.  And, in fact, at your institution -- you told
21   us about 30 years at UC Davis; correct?
22   A.   Yes.
23   Q.   You use a different reagent -- or used a different reagent
24   at UC Davis for your career; right?
25   A.   Yes.

ROBERT GOSSELIN - VOIR DIRE

08:55 1   **Q.**   That was a reagent called Innovin; right?
08:55 2   **A.**   No.
08:55 3   **Q.**   Well, that's what you told us at your deposition, isn't
08:55 4   it?
08:55 5   **A.**   Yes, sir.  But you asked about my entire career, which
08:55 6   spanned 30 years.  Innovin only came out in 1995.
08:55 7   **Q.**   All right.  You've used primarily Innovin; is that fair?
08:55 8   **A.**   That's -- if I do the math, it's mostly the latter part of
08:55 9   my career, correct.
08:55 10  **Q.**   So your experience with doing PT testing for Xarelto, you
08:55 11  have never done a Neoplastine CI Plus PT test for Xarelto?
08:55 12  **A.**   Yes, is that correct.
08:55 13  **Q.**   Ever?
08:55 14  **A.**   Ever.
08:55 15  **Q.**   So that would be a limitation on your experience; correct?
08:55 16  **A.**   If the question is testing, that actually physical testing
08:55 17  limitation, the answer would be yes.
08:55 18       Does that mean I cannot interpret data generated from
08:55 19  a Neoplastin PT?  The answer would be no, because I've looked
08:56 20  at hundreds of thousands of PTs.  I've looked at probably a
08:56 21  dozen different PT reagents, just not Neoplastine CI Plus.
08:56 22  **Q.**   Right.  You have looked at many different reagents -- and,
08:56 23  for the jury, what's a reagent?  So that we're not talking
08:56 24  about something --
08:56 25  **A.**   A reagent is a material that you buy from a manufacturer

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - VOIR DIRE

08:56  1  that produces -- it's like a sauce, that when we're doing
08:56  2  testing, we add this material to the sample to initiate the
08:56  3  testing process.
08:56  4       So these are commercial products that we can buy.
08:56  5  Some require reconstitution; some already come in liquid form.
08:56  6  **Q.**  All right.  Thank you, sir.
08:56  7       You don't have any personal experience testing
08:56  8  Xarelto with a Neoplastine CI Plus reagent?
08:56  9  **A.**  That is correct.
08:56  10  **Q.**  All right.  So what you would have to rely upon is what
08:56  11  you have read; correct?
08:56  12  **A.**  And participated in studies, yes.
08:56  13  **Q.**  All right.
08:56  14       **MR. SARVER:**  Your Honor, with that, we would
08:56  15  certainly not object to Mr. Gosselin testifying about matters
08:57  16  unrelated to PT testing Neoplastine CI Plus that plaintiffs
08:57  17  have proffered in this case.
08:57  18       **MR. BIRCHFIELD:**  Your Honor, Mr. Gosselin has
08:57  19  participated in studies, and he is certainly familiar, he's
08:57  20  certainly qualified to discuss testing of DOACs.  He was
08:57  21  invited by the FDA to present on this matter and should not be
08:57  22  limited to particular reagents.
08:57  23       **THE COURT:**  I will allow him to testify and will take
08:57  24  into consideration all of the things that you've heard, but I
08:57  25  will allow him to testify as an expert, as designated by the

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

08:57  1  plaintiffs.

08:57  2              Go ahead.

08:57  3                    **DIRECT EXAMINATION**

08:57  4  **BY MR. BIRCHFIELD:**

08:57  5  **Q.**   All right.  Mr. Gosselin, if you would, we have a board.

08:57  6        **MR. BIRCHFIELD:**  Your Honor, may he step down and --

08:57  7        **THE COURT:**  Sure.

08:57  8  **BY MR. BIRCHFIELD**

08:57  9  **Q.**   I would like for you to step down and use this board.

08:58  10        **MR. SARVER:**  Your Honor, may I move to a place where

08:58  11  I can see?

08:58  12        **THE COURT:**  Sure.  Sure.

08:58  13        **MR. SARVER:**  Thank you.  After you, Mr. Gosselin.

08:58  14  I'm just trying to get to where I can see.  That's all.  Thank

08:58  15  you very much.

08:58  16  **BY MR. BIRCHFIELD:**

08:58  17  **Q.**   I ask you to use this board and give us -- and give us an

08:58  18  explanation on the clotting cascade.

08:58  19  **A.**   Good morning.  I'm going to -- I'm going to try to explain

08:58  20  what we're doing in the laboratory on the clotting cascade

08:58  21  here.  So this is a --

08:58  22        **THE COURT:**  Would you hold it up a little bit,

08:58  23  please?

08:58  24        **THE WITNESS:**  A little bit higher?

08:58  25        **THE COURT:**  Yes.

ROBERT GOSSELIN - DIRECT

08:58   1          **THE WITNESS:**  How's that?

08:58   2                  This is a very, very complex process that we

08:58   3   have.  I believe you kind of introduced this yesterday about

08:59   4   the different cells being involved, the fluid, the part of the

08:59   5   blood, and all that kind of stuff.

08:59   6                  So probably what makes this a little bit really

08:59   7   difficult for most people to understand -- because most

08:59   8   physicians don't like to look at this because it doesn't really

08:59   9   make a whole lot of sense -- in that part of this is the

08:59   10  numbers.

08:59   11                 Well, all these numbers, these roman numerals,

08:59   12  they actually have names of these factors.  These are factors

08:59   13  that actually circulate in the blood.  We tend to write them in

08:59   14  the roman numerals because it's a lot easier for us to do it

08:59   15  this way versus, let's say, Factor IX is called "Christmas

08:59   16  factor."  Well, if we were to say "Christmas factor," it's

08:59   17  going to be very hard and more complex rather than just using

08:59   18  roman numerals.

08:59   19                 The other thing that may be a little more

08:59   20  confusing is, if the process starts up here, then why are we

08:59   21  starting with No. I?  Why isn't this No. I, No. II, No. III?

08:59   22  And the reason is this is how they're numbered based on

08:59   23  discovery.

08:59   24                 So fibrinogen was the first factor to be discovered,

08:59   25  then prothrombin.  And then you're saying, "Well, where's

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

| | | |
|---|---|---|
| 08:59 | 1 | Factor III?  Where's Factor IV?"  And those actually got |
| 08:59 | 2 | renamed.  So Factor III used to be this right here. |
| 09:00 | 3 | Factor IV used to be -- I don't remember.  And Factor VI was |
| 09:00 | 4 | calcium.  So it makes it a little bit difficult to understand |
| 09:00 | 5 | this process when numerically they don't make any kind of sense |
| 09:00 | 6 | in any kind of sequence. |
| 09:00 | 7 | But, essentially, what we're doing in coag, when |
| 09:00 | 8 | we're doing testing, is these are the circulating proteins, the |
| 09:00 | 9 | ones without the a's.  And then they get activated to an |
| 09:00 | 10 | activated form, which is what the little "a" stands for.  So |
| 09:00 | 11 | once you have an activation protein, it may activate another |
| 09:00 | 12 | inactive protein or a factor into the activated one, and then |
| 09:00 | 13 | you'd get the sequence.  So for like this. |
| 09:00 | 14 | Now, I don't like to teach it this way because this |
| 09:00 | 15 | is pretty complex.  So I try to make it really, really simple |
| 09:00 | 16 | for our clinicians.  So I like to draw this cascade in kind of |
| 09:00 | 17 | as a "Y."  So then I write the numbers this way.  So XII, XI, |
| 09:00 | 18 | IX, and VIII.  This is Factor VII over here, and then we have |
| 09:01 | 19 | our dollar bills over here, X, V, II, and I. |
| 09:01 | 20 | When we're doing testing for PT, we're kind of |
| 09:01 | 21 | looking at this pathway right here. |
| 09:01 | 22 | Q.  Just a moment. |
| 09:01 | 23 | A.  Sorry. |
| 09:01 | 24 | Q.  I think one of our jurors may have difficulty seeing. |
| 09:01 | 25 | MR. BIRCHFIELD:  Is that okay, Your Honor? |

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:01  1        **THE COURT:**  That's fine.

09:01  2            Can you see?

09:01  3            That's fine.

09:01  4        **THE WITNESS:**  So this is what we're doing.  We're

09:01  5  doing prothrombin time testing.  I'm just going to look at this

09:01  6  side, the process here.

09:01  7            So what we're doing in prothrombin time testing,

09:01  8  we're kind of mimicking this process that goes this pathway

09:01  9  here.  We are adding tissue factor to the sample, and then

09:01  10  we're initiating this process here:  Factor VII being activated

09:01  11  is actually VIIa, which in turn activates Factor X, which in

09:01  12  turn the presence of activated Factor V converts prothrombin to

09:01  13  thrombin.

09:01  14            And then what happens at the very end, you kind

09:01  15  of get -- I think it was described as having, like, these

09:01  16  little strands in the blood -- they're very sticky strands.

09:01  17  It's almost like having spiderwebs -- is that you get these

09:01  18  filaments that are -- get developed that are very sticky.  And

09:02  19  this is how we get to the end point of the testing here.

09:02  20            So in the coag testing, looking at PT, again,

09:02  21  we're looking at a reagent that adds -- we add tissue factor to

09:02  22  the reagent.  And this is using plasma sample.  When you add

09:02  23  that in there, this plasma sample is -- if you look at, like,

09:02  24  Italian dressing in the fridge that's been sitting around for a

09:02  25  while, all the stuff that's good settles to the bottom.  The

ROBERT GOSSELIN - DIRECT

09:02    1    stuff at the top that's kind of the liquid stuff, that's
09:02    2    yellow, that's actually how your plasma looks, is like that
09:02    3    yellow color, but it's very clear.
09:02    4                So what we're doing in testing, we're adding to
09:02    5    that yellow plasma.  We're going to add this tissue factor.
09:02    6    And then as the sample clots, as you get these little
09:02    7    spiderwebby things forming, you get a little -- it gets cloudy.
09:02    8                So what the machine is going to do -- we'll talk
09:02    9    about the equipment -- is it measures the cloudiness.  So it
09:02   10    starts out clear.  It has a light that puts light through the
09:02   11    sample, and then as it gets cloudy, the machine detects that.
09:03   12    And that's what you get, a time in seconds.
09:03   13                Now, for the prothrombin time -- usually, a
09:03   14    normal clotting time is about 10 to 12 seconds for this process
09:03   15    here.
09:03   16                Now, the prothrombin time is very, very
09:03   17    sensitive to these factors right here, VII, X, V -- I'm sorry,
        18    prothrombin --
09:03   19    Q.   Mr. Gosselin, if I could interrupt you.  So what you're
09:03   20    doing right now is describing how you would use the PT; is that
09:03   21    right?
09:03   22    A.   Right.  Correct.
09:03   23    Q.   To measure the clotting factor?
09:03   24    A.   So the PT generally is to assess these five factors
09:03   25    circulating in plasma.  So if you have low levels of any one or

ROBERT GOSSELIN - DIRECT

| | | |
|---|---|---|
| 09:03 | 1 | more of these factors, it's going to take longer to get these |
| 09:03 | 2 | strands made.  It's going to take longer to form this clot, and |
| 09:03 | 3 | so you get the longer clotting time. |
| 09:03 | 4 | Other things that may affect this test, to prolong |
| 09:03 | 5 | it, is if you have interferences or inhibitors or drugs.  So we |
| 09:03 | 6 | have drugs that inhibit this; we have drugs that inhibit this. |
| 09:04 | 7 | And, again, those two will take and make the clotting time -- |
| 09:04 | 8 | it takes longer to get there. |
| 09:04 | 9 | Q.   Okay.  Let me stop you there for just a second. |
| 09:04 | 10 | So when you say you have different drugs that will |
| 09:04 | 11 | inhibit or slow down these particular proteins -- |
| 09:04 | 12 | A.   Yes, sir. |
| 09:04 | 13 | Q.   -- are those -- are those the DOACs that you're -- are you |
| 09:04 | 14 | referring to DOACs there? |
| 09:04 | 15 | A.   Well, they could be DOACs.  They could be inactivated |
| 09:04 | 16 | ones.  And these would be DOACs, but also something called |
| 09:04 | 17 | "direct thrombin inhibitors," which are infusion drugs.  So the |
| 09:04 | 18 | stuff that we have in the hospital.  The DOACs could affect |
| 09:04 | 19 | either this one or this one right here. |
| 09:04 | 20 | Q.   All right.  Thank you.  If you will -- we'll move this |
| 09:04 | 21 | around for just a second over here, and if you'll take the |
| 09:04 | 22 | stand. |
| 09:04 | 23 | Mr. Gosselin, I want to put on the screen a statement |
| 09:05 | 24 | that was made during opening and ask you if from my notes -- |
| 09:05 | 25 | MR. SARVER:  Your Honor, I'm going to object.  There |

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:05  1   is an MIL about this very thing.  This is not consistent with

09:05  2   your ruling.  The matters in the transcript, counsel can

09:05  3   certainly tell the jury what he remembers, but he's not

09:05  4   supposed to put up what he thinks the transcript is.

09:05  5   **BY MR. BIRCHFIELD:**

09:05  6   **Q.**   My notes.  Let me read my notes to you, and you tell me

09:05  7   whether this statement is accurate or not:

09:05  8           So you'll hear all the testimony about Xarelto.  PT

09:05  9   is not particularly sensitive when it's measuring the effects

09:05  10  of Xarelto.  And this is the reason, because the PT test is

09:05  11  particularly sensitive to Factor VII; and because of that, it's

09:05  12  not as sensitive in measuring the effect, and doctors know

09:05  13  this.

09:06  14          Is that an accurate statement or not, Mr. Gosselin?

09:06  15  **A.**   No.  Because I think that PTs are sensitive to Factor VII,

09:06  16  but they're also very sensitive to Factor X; they're sensitive

09:06  17  to Factor V; they're sensitive to prothrombin or Factor II.

09:06  18  And we use that test all the time to assess those factors.

09:06  19  **Q.**   All right. So when we're looking at the clotting cascade

09:06  20  that you just outlined for us here, would aspirin -- would

09:06  21  aspirin have any effect on this clotting cascade, sir?

09:06  22  **A.**   No, aspirin works on platelets.  And in this sample,

09:06  23  because we don't have platelets in our plasma when we're

09:06  24  processing this sample, it does not affect the prothrombin time

09:06  25  at all.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:06 1   **Q.**   Would aspirin affect the PT test?

09:06 2   **A.**   No.

09:06 3   **Q.**   So if a patient has an elevated PT, could that be caused

09:06 4   by aspirin?

09:06 5   **A.**   No.

09:06 6   **Q.**   All right.  And you mentioned as you were walking through

09:07 7   this -- the clotting cascade and describing this process for

09:07 8   us, you mentioned you're using -- using a machine; right?

09:07 9   **A.**   I'm sorry?

09:07 10   **Q.**   You mentioned that you would put the sample in a machine?

09:07 11   **A.**   Yes.

09:07 12   **Q.**   All right.  Sorry to be asking you to be like a

09:07 13   jack-in-the-box.  If you would get up, I want to ask you to

09:07 14   take a look at this.

09:07 15           **MR. BIRCHFIELD:**  If that's okay, Your Honor.

09:07 16           **THE COURT:**  Yes.

09:07 17   **BY MR. BIRCHFIELD:**

09:07 18   **Q.**   Take a look at this machine.  All right.

09:07 19           Will you describe for us, sir, what this machine is?

09:07 20   **A.**   This machine is a Sysmex CA-1500.  It is based on some

09:07 21   surveys in the U.S.  It's probably about 1,000 or so that are

09:07 22   in the U.S. laboratories of this type of machine.  So it's a

09:08 23   semi-automated analyzer, in that you still have to do some

09:08 24   manual processes in here.

09:08 25   **Q.**   Mr. Gosselin, is this a model of machine that you've used

ROBERT GOSSELIN - DIRECT

09:08  1    in the past?

09:08  2    **A.**    Yes.

09:08  3    **Q.**    Okay.

09:08  4    **A.**    So in this particular machine, we have a screen right here

09:08  5    where you can do manual programming.  There are some ports on

09:08  6    the side, so if you have a laboratory computer, it actually can

09:08  7    talk to the machine so you don't have to do any manual stuff as

09:08  8    far as ordering a test or identifying a sample.  But if you

09:08  9    didn't, you could do that from this screen here.

09:08  10           If you lift this lid up here -- it's going to be hard

09:08  11   for anybody to see -- but there's reagent wells in here.  So I

09:08  12   was talking about reagents being in these little vials you get

09:08  13   from manufacturers.  This particular instrument looks like we

09:08  14   have close to 30.  So you can put 30 different types of

09:08  15   reagents in here.

09:08  16           This instrument has two probes.  This is one probe

09:08  17   back here but the probe is not on.  This is a probe that would

09:09  18   come out and grab part of the plasma that we talked about, the

09:09  19   yellow stuff that's in the blood.

09:09  20   **Q.**    So that's like a robot?  It can come out and pick it up?

09:09  21   **A.**    It's like -- there would be a rack that holds ten samples

09:09  22   here, one to ten samples.  And you could just have one.  It

09:09  23   would push the rack over into this area here.  There's another

09:09  24   bar that would push the rack into here and go underneath the

09:09  25   probe.  The probe would break, and the top -- not break, but

ROBERT GOSSELIN - DIRECT

09:09   1   pierce.  There's a plastic -- rubber seal on the top.  You

09:09   2   would pierce the rubber seal and take up the sample that it

09:09   3   needs.  It would deposit it in this little holding well over

09:09   4   here.

09:09   5          And then from here is where it processes the sample.

09:09   6   It takes the sample out and puts it in one little tiny cuvette.

09:09   7   It will put it back in the staging area back here, and then

09:09   8   there's a probe on this left side over here which you cannot

09:09   9   see at all.  Maybe if I push it out, you can see it.  This is

09:09   10  the reagent probe.

09:09   11         Again, it's going to go to whatever reagent you

09:10   12  assign the test to.  It's going to then dispense that reagent

09:10   13  to the cuvette well, and that's -- maybe is where your clock

09:10   14  starts, depending on the test, or it may be incubating.

09:10   15  Depends on the test.

09:10   16         And then it goes to the back, and that's where the

09:10   17  magic happens, where you get the light, you get the readings.

09:10   18  And then the results will come out.  This one would have a

09:10   19  printer.  So the results would come out on the printer or be

09:10   20  displayed on the screen.

09:10   21  Q.   You mentioned the use of reagents.  You could add

09:10   22  whichever reagent you're using with this machine; is that

09:10   23  right?

09:10   24  A.   Yes.  This is called an open system.  That means -- there

09:10   25  are some systems, and there aren't very many, that are closed.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:10  1    That means the manufacturer of this instrument would make
09:10  2    reagents for this instrument only.  You couldn't use anything
09:10  3    else.  This is an open system.  That means you can use a
09:10  4    reagent from any manufacturer and program it in this device.
09:10  5    Q.    All right.  Thank you, Mr. Gosselin.
09:11  6          And you mentioned the -- that the -- you would get a
09:11  7    printout from the machine; is that right?  Is that called a
09:11  8    coagulation -- or test result?
09:11  9    A.    Some places, yeah, if it's hooked up to your laboratory
09:11 10    information system with a computerized system.  We tend not to
09:11 11    print out results at the machine level.  It will just download
09:11 12    or put the result into the computer.  And then the computer
09:11 13    would transfer that to a paper report if necessary -- or
09:11 14    transfer that to a hospital report if it was an electronic
09:11 15    medical record.
09:11 16    Q.    And would that report -- would that report typically
09:11 17    indicate what reagent is used in the PT testing?
09:11 18    A.    In all my years of doing coag testing in the laboratory in
09:11 19    computers, I have not seen any report that identifies the
09:11 20    reagent for the test being performed.
09:12 21    Q.    Is PT -- is PT commonly performed in labs across the
09:12 22    country?
09:12 23    A.    If you look at -- there's a thing called College of
09:12 24    American Pathology that has what we call proficiency programs.
09:12 25    These are programs that send blinded samples to laboratories

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:12  1    performing tests.  They do this at least twice a year.

09:12  2              For these labs performing these tests, it's a way of

09:12  3    assuring that they're doing good laboratory practice and

09:12  4    reporting out good results.  And if you look at that report, as

09:12  5    far as participant summary, there's roughly 5,000 labs that are

09:12  6    reporting to this CAP survey.  One would presume most of those

09:12  7    are U.S., but they could be international labs as well, but

09:12  8    that would be a very small population.

09:12  9    Q.   What about at UC Davis?  Is this test that's a commonly

09:12  10   performed coag test?

09:12  11   A.   Most institutions perform prothrombin time tests.  At

09:12  12   UC Davis, we did approximately 400 a day now.

09:12  13   Q.   400 of the PT tests?

09:13  14   A.   400 PT tests a day, yes.

09:13  15   Q.   I want to ask -- I asked an earlier witness in this case

09:13  16   this question, and I would like to pose it to you,

09:13  17   Mr. Gosselin.

09:13  18              Is it possible to measure the anticoagulant effect of

09:13  19   Xarelto?

09:13  20   A.   Yes.

09:13  21   Q.   Can I write "Bob"?  Do you go by Bob?

09:13  22   A.   Yes, sir.  I prefer that.

09:13  23   Q.   Okay.  And then one other question:  The anticoagulant

09:13  24   effect of Xarelto cannot be monitored with standard laboratory

09:14  25   testing.  Is that true or false?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:14  1   A.   I would say that's false.

09:14  2   Q.   Okay.  I'm going to put your initials there.  Okay?  BG?

09:14  3   A.   Yes, sir.

09:14  4   Q.   All right.  So, Mr. Gosselin, tell us why you say that is

09:14  5   false.

09:14  6   A.   This statement right here?

09:14  7   Q.   Yes.

09:14  8   A.   So, based on a study that I collaborated with at the

09:14  9   University of North Carolina, we looked at patients who were

09:14  10  getting Xarelto, and we looked at what we call peak and trough

09:14  11  collections.  And those were performed at UNC, UC Davis, and

09:14  12  the laboratory in Colorado.

09:14  13         And we demonstrated that Neoplastin, as well as a

09:14  14  point-of-care device called Hemochron, as well as

09:14  15  RecombiPlasTin 2G, were pretty sensitive to the anticoagulant

09:14  16  effects of Xarelto.

09:14  17  Q.   Okay.  Let's slow down just a bit.  So, first of all,

09:15  18  you're saying that you participated in a study -- this is a

09:15  19  study that you participated in personally; is that right?

09:15  20  A.   Yes, sir.

09:15  21  Q.   And you looked at the Neoplastin PT?

09:15  22  A.   I personally didn't.  It was performed at UNC.  But I

09:15  23  looked at the data it was published as, yes.

09:15  24  Q.   So you're very careful with your words.

09:15  25  A.   Yes, sir.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:15  1    **Q.**   So the study that you were participating in, you were part
09:15  2    of conducting this study; right?
09:15  3    **A.**   Yes, sir.  Yes, sir.
09:15  4    **Q.**   And this study looked at Neoplastin Plus?
09:15  5    **A.**   Yes, sir.
09:15  6    **Q.**   Is that right?
09:15  7    **A.**   Yes, sir.
09:15  8    **Q.**   And then you mentioned a couple of other reagents as well?
09:15  9    **A.**   Yes, sir.  And a RecombiPlasTin 2G, and of those three PT
09:15  10   reagents that constitutes roughly 90 percent of the PT testing
09:15  11   done in the United States.
09:15  12   **Q.**   All right.  So we've got the -- we've got the
09:15  13   Neoplastin PT, and you said Innovin PT; is that right?
09:16  14   **A.**   Yes, sir.
09:16  15   **Q.**   Let me get to a blank sheet.  All right.  So we got PT
09:16  16   Neoplastin and Innovin; is that right?
09:16  17   **A.**   Yes, sir.
09:16  18   **Q.**   And then --
09:16  19   **A.**   RecombiPlasTin 2G.  We can just initial that as R2G.
09:16  20   Might be a little simpler.
09:16  21   **Q.**   Okay.  So these three are reagents that are used in the PT
09:16  22   test; is that right?
09:16  23   **A.**   Yes, sir, roughly by about 90 percent of the labs in the
09:16  24   U.S.
09:16  25   **Q.**   So 90 percent of the labs would use one of these three

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:16  1    reagents?

09:16  2    A.    Yes, sir.

09:16  3    Q.    And what did you find in the study that you participated

09:16  4    in there with UNC?

09:16  5    A.    So, again, the UNC study we looked at these three

09:16  6    different reagents and -- as well as some other point-of-care

09:16  7    devices, "point-of-care" meaning they're not traditional

09:17  8    laboratory tests, but they're smaller instruments that are

09:17  9    performed next to the patient or at the bedside, using whole

09:17  10   blood.

09:17  11         And we demonstrated that one point-of-care device was

09:17  12   the most sensitive, followed by the Neoplastine CI Plus

09:17  13   reagent, followed by the RecombiPlasTin 2G, with Innovin being

09:17  14   the least responsive or sensitive to Xarelto anticoagulant

09:17  15   effect.

09:17  16   Q.    So you found the Neoplastin PT to be a sensitive reagent?

09:17  17   A.    Yes.

09:17  18   Q.    For Xarelto?

09:17  19   A.    Yes.

09:17  20   Q.    All right.  And so that is -- that's a study that you were

09:17  21   involved in personally.  Was there other basis for your

09:17  22   statement that it's false to say that the anticoagulant effect

09:17  23   of Xarelto cannot be monitored with standard laboratory

09:18  24   testing?

09:18  25   A.    Yes.  When I pursued the literature on Xarelto, there were

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:18  1   publications made by Bayer scientists in 2000, I believe, 5
09:18  2   through 2008, where they looked at Neoplastin PTs and to look
09:18  3   at the anticoagulant effect on Xarelto.  And I believe in every
09:18  4   single publication, they indicate that Neoplastin PT could be
09:18  5   used to determine the anticoagulant effect of Xarelto because
09:18  6   there's a dose that had no relationship, and that this test
09:18  7   could be used to determine that anticoagulant effect in future
09:18  8   studies.
09:18  9   Q.   All right.  Let's talk a little bit more about the
09:18  10  prothrombin time.  You've told us that different reagents are
09:18  11  used to measure PT.  We've looked at those three; right?
09:18  12  A.   Yes.
09:18  13  Q.   And with respect to -- with respect to Xarelto, they're
09:18  14  not all equal, are they?
09:19  15  A.   No, they are not all equal.
09:19  16  Q.   Okay.  So you mentioned that Neoplastin is particularly
09:19  17  sensitive for Xarelto.  So when we talk about being sensitive,
09:19  18  describe for us what that means.
09:19  19  A.   That -- it's difficult to explain in words, but what
09:19  20  you're looking at is essentially, what is the degree of change
09:19  21  in a test relative to the change in the drug concentration.  So
09:19  22  if you have a lot of drug concentration changes and you have
09:19  23  very little change in the test reporting time, like, in
09:19  24  seconds, we'd say that's a very insensitive test.
09:19  25           Conversely, if you had a higher degree of change in

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:19  1   the prothrombin clotting times versus a degree of change in the
09:19  2   Xarelto levels, we'd say that's a very sensitive test.  And we
09:19  3   usually look at that by doing what we call regressions.
09:20  4           So we do plots.  We plot on the -- you have to go
09:20  5   back to geometry now -- is on the X -- or algebra -- on the X
09:20  6   axis, we'll say this is the drug concentration; on the Y axis
09:20  7   would be the PT in seconds.  And if you have a -- a line that
09:20  8   you can draw that is about a 45-degree angle or even sharper,
09:20  9   meaning it's going to be 50 or -- that would say it's a very
09:20 10   responsive reagent, versus one that is very flat, you would say
09:20 11   it's very unresponsive or not a sensitive reagent.
09:20 12   **Q.**   All right.  Mr. Gosselin, you've told us that it is
09:20 13   possible to measure the anticoagulant effect of Xarelto with
09:20 14   standard laboratory testing, but you've published -- and there
09:20 15   have been some statements in your articles that, at first
09:20 16   blush, may seem contradictory to that.  Would you agree?
09:20 17   **A.**   What I reviewed, I published that may be contradictory.
09:20 18   What I published is about -- when we talk about PT testing and
09:21 19   DOACs as a class.  So PT testing as a group would include all
09:21 20   reagents.  So we don't specifically talk about a particular
09:21 21   reagent.  We'll say a PT test.  So a PT test would include
09:21 22   these three.
09:21 23           But there's other PT reagents, and because these
09:21 24   journals are read not only in the U.S. but all over the world,
09:21 25   there are other reagents in Europe that are even less sensitive

OFFICIAL REALTIME TRANSCRIPT

09:21  1    than Innovin.  So, again, when we look another PT tests, we
09:21  2    have to look at all reagents when we're making a collective
09:21  3    statement.
09:21  4          And the same thing is true with DOACs.  When we make
09:21  5    a statement about DOACs, it's not just Xarelto because there's
09:21  6    actually four more:  There was Pradaxa, there's Eliquis, there
09:21  7    is Savaysa, and there's another one that just came on the
09:21  8    market a little less than a couple months ago, Betrixaban.  So
09:21  9    when we make statements about PT, that's all reagents, and when
09:21  10   we make a statement about DOACs, that's all the drugs.  So it's
09:22  11   not specific to one drug or one reagent.
09:22  12   Q.   Let's take a look, if we can, at a couple of the articles
09:22  13   and these statements, and let's see if you can put this in
09:22  14   context for us.  Okay?
09:22  15   A.   Yes, sir.
09:22  16          MR. BIRCHFIELD:  Can I have the ELMO?  Can you pull
09:23  17   it up on the screen for me?  Dean, would you give me the main
09:23  18   screen, please?
09:23  19   BY MR. BIRCHFIELD:
09:23  20   Q.   All right.  Take a look at this on your screen.
09:23  21          First of all, this is a thrombosis research article;
09:23  22   is that right?
09:23  23   A.   Yes, sir.
09:23  24   Q.   And it's "Direct Oral Anticoagulants (DOACs) in the
09:23  25   Laboratory:  2015 Review."  Is that right?

ROBERT GOSSELIN - DIRECT

09:23  1  **A.**   Yes, sir.

09:23  2  **Q.**   And you're an author?

09:23  3  **A.**   The second author, yes, sir.

09:24  4  **Q.**   And the first author is?

09:24  5  **A.**   Dr. Dorothy Adcock, from Colorado Coag or LabCorp.  I'm

09:24  6  not sure how they identify themselves anymore.

09:24  7  **Q.**   And then if we take a look at the second page, there's

09:24  8  a -- under the heading there Laboratory Assays -- "assay" is

09:24  9  just a fancy word for test; is that right?

09:24  10  **A.**   This is really blurry for me.

09:24  11  **Q.**   Okay.  All right.

09:24  12  **A.**   That helps a little.

09:24  13  **Q.**   Let's see if we can work through it together.  It is

09:24  14  blurry.  So, Mr. Gosselin, I'll tell you what.  For your sake,

09:24  15  I'll give you the article.  It's small print too.

09:24  16  **A.**   Thank you.

09:24  17  **Q.**   Okay.  So under the laboratory -- under the Laboratory

09:24  18  Assays and DOACs, an overview.

09:24  19       Do you see that, sir?

09:24  20  **A.**   Yes, sir.

09:24  21  **Q.**   Okay.  And then, if we drop down to that second paragraph,

09:25  22  it says, "Routine coagulation screening assays, including

09:25  23  prothrombin time (PT)."

09:25  24       That's what we've been talking about with you this

09:25  25  morning; right?

ROBERT GOSSELIN - DIRECT

09:25    1    **A.**   Yes, sir.

09:25    2    **Q.**   Okay.  And then it says, "activated partial thromboplastin

09:25    3    time (aPPT) and thrombin clotting time were widely available on

09:25    4    a routine and emergent basis in clinical laboratories."  Is

09:25    5    that right?

09:25    6    **A.**   "In most clinical laboratories," yes, sir.

09:25    7    **Q.**   Okay.  And then there's a statement, "These assays are not

09:25    8    a reliable measure of DOAC anticoagulant effect."

09:25    9           Is that -- did I read that right?

09:25   10    **A.**   You read that correctly.

09:25   11    **Q.**   Okay.  And is that an accurate statement?

09:25   12    **A.**   Yes, sir.

09:25   13    **Q.**   Okay.  Does that contradict your statement that the

09:25   14    anticoagulant effect of Xarelto -- it's possible to measure the

09:25   15    anticoagulant effect of Xarelto with standard laboratory tests?

09:25   16    **A.**   No, it does not.

09:26   17    **Q.**   Okay.  All right.  And why is that, Mr. Gosselin?

09:26   18    **A.**   Because, again, this statement is looking -- if you look

09:26   19    at the next line, we sort of indicate why we say what we say.

09:26   20    And we demonstrate that with a figure as well.  Figure 1 is

09:26   21    that the sensitive of these reagents vary depending on the

09:26   22    DOAC.

09:26   23           So the example, actually, in this case is Neoplastin.

09:26   24    And these are the lines I was discussing that you're looking

09:26   25    at, concentration of the drug versus this one that's actually

ROBERT GOSSELIN - DIRECT

1  an INR, which is not appropriate but it gives you a rough idea
2  of the changes in the value of the result.
3        And you can see with rivaroxaban, there's a pretty
4  good response with increasing drug concentration.  But with
5  apixaban, there's very little response.  So collectively as a
6  PT and collectively as DOACs, we can't say with absolute
7  certainty that the PT is reliable for all DOACs because that
8  includes apixaban.
9        If we were simply saying is Neoplastin's sensitive if
10 we're measuring rivaroxaban, we would have a different
11 statement where we're using collectively all PTs and all DOACs.
12 Q.   Okay.  Let's take a look at one other article where you're
13 an author, Plaintiff's Identification Number 578406.
14       If we look in the abstract there under context, we
15 have this statement again -- well, first of all, you're an
16 author; right?
17 A.   Yes, sir.  I'm the first author.
18 Q.   Okay.  All right.  And in the context there -- I believe
19 it's the second sentence, it says, "Routine coagulation assay
20 such as prothrombin time and, to a lesser degree, activated
21 partial thromboplastin time correlate with drug concentration
22 but, because of reagent variability, these methods are not
23 reliable for determining rivaroxaban anticoagulation."  Is that
24 right?
25 A.   Yes, sir.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

| | | |
|---|---|---|
| 09:28 | 1 | **Q.** Okay. And, again, is that what you were saying, you need |
| 09:28 | 2 | to know -- you need to know the reagent that was used? |
| 09:28 | 3 | **A.** Yes, sir. |
| 09:28 | 4 | **Q.** All right. So when we make this statement that PT cannot |
| 09:28 | 5 | be reliably used and you're talking about DOACs and you're |
| 09:28 | 6 | talking about PT, there -- you mentioned that there are -- |
| 09:28 | 7 | there are multiple DOACs; right? |
| 09:28 | 8 | **A.** Yes, sir. |
| 09:28 | 9 | **Q.** Okay. So we've got Xarelto, we have Eliquis, and Pradaxa? |
| 09:29 | 10 | **A.** Savaysa. |
| 09:29 | 11 | **Q.** Savaysa? |
| 09:29 | 12 | **A.** And Pradaxa. |
| 09:29 | 13 | **Q.** Pradaxa. |
| 09:29 | 14 | **A.** And, again, Betrixaban just recently became available, but |
| 09:29 | 15 | there's no data that I'm aware of. |
| 09:29 | 16 | **Q.** And then the -- and when we're talking about PTs, you |
| 09:29 | 17 | mentioned in the U.S. that there are three primary PTs; right? |
| 09:29 | 18 | **A.** Yes, sir. |
| 09:29 | 19 | **Q.** So we have Neoplastin? |
| 09:29 | 20 | **A.** Innovin and R2G. |
| 09:29 | 21 | **Q.** And so if you lump all of the DOACs together, Eliquis is |
| 09:30 | 22 | not sensitive to any of these reagents; is that right? |
| 09:30 | 23 | **A.** That's correct. |
| 09:30 | 24 | **Q.** Okay. So that would be no for there. |
| 09:30 | 25 | **A.** Yes. |

ROBERT GOSSELIN - DIRECT

09:30   1   **Q.**   And Xarelto is not sensitive for Innovin.
09:30   2         That's what you found in your UNC study; is that
09:30   3   right?
09:30   4   **A.**   That's correct.
09:30   5   **Q.**   Okay.  But it is sensitive for Neoplastin?
09:30   6   **A.**   Yes.
09:30   7   **Q.**   Okay.  So there are -- if you're looking at specific DOACs
09:30   8   and a specific reagent, it can be reliable if you're lumping
09:30   9   them all together, all the DOACs together, or all the PTs
09:30  10   without a reagent, they're not reliable; is that right?
09:30  11   **A.**   That's correct.
09:30  12   **Q.**   Okay.  And is that consistent -- is that a consistent
09:30  13   position in all of the articles that you have published?
09:30  14   **A.**   Yes.
09:30  15   **Q.**   I want to see if we can clear up -- clear up an issue.
09:30  16   Ms. Pruitt put this slide up during opening statement about a
09:30  17   paper that you coauthored, and this is a copy of the slide that
09:31  18   Ms. Pruitt used.
09:31  19         It says the danger -- the callouts that you provided
09:31  20   were:  "The danger of relying on the APT and PT in patients on
09:31  21   DOAC therapy, a potential safety issue."
09:31  22         And then the next callout that:  "Clinicians must
09:31  23   acknowledge that" -- and then there are ellipses -- "PT can no
09:31  24   longer be used as a gauge of a patient's level of
09:31  25   anticoagulation and, hence, bleeding risk."

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:31   1          Is that an accurate representation of your study in
09:31   2   this article?
09:31   3   A.   No.  Actually, I was quite stunned when I saw this and
09:31   4   read this, that that's the interpretation of the paper, which
09:31   5   is a gross misrepresentation of what the paper's intended to
09:32   6   say.
09:32   7   Q.   What's this paper really about?  How did this paper come
09:32   8   about?
09:32   9   A.   Okay.  So Dr. Adcock, she has a reference lab in Colorado.
09:32  10   She gets calls a lot from clinicians.  It's a large coagulation
09:32  11   reference lab.
09:32  12          She had recently received a call from a clinician who
09:32  13   had a patient on apixaban or Eliquis, and the physician queried
09:32  14   Dr. Adcock to say that "I had a patient on Eliquis and they had
09:32  15   a normal PT and PDT.  I'm going to assume that patient is no
09:32  16   longer anticoagulated" -- that's safe to go to surgery.  And,
09:32  17   of course, the answer to that is no.
09:32  18          And so Dr. Adcock called me almost immediately after
09:32  19   the consultation and said we have to get this information out,
09:32  20   that it's kind of a paradigm shift in how we do laboratory
09:32  21   medicine.  Because, prior to the DOACs, we used PTs and PDTs
09:33  22   almost exclusively to rule out drug effects or deficiencies.
09:33  23          Now, with the advent of DOACs, we can no longer rely
09:33  24   on a normal PT ruling out any kind of anticoagulant effect.
09:33  25   And that was the purpose of this article.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:33  1          And the final box about "PT can no longer be used a
09:33  2  gauge," again, because a normal PT does not exclude patients
09:33  3  actually having a significant amount of drug on board and the
09:33  4  bleeding risk wouldn't be bleeding risk, as it's sort of been
09:33  5  inferred here.
09:33  6          But a bleeding risk, if you were to go to surgery, if
09:33  7  you were to get an epidural put in or some sort of invasive
09:33  8  procedure, despite the fact that you have a normal clotting
09:33  9  time with a PT or PDT, you can still have a significant amount
09:33  10 of drug on board, which would lead to increased bleeding risk.
09:33  11 Q.  All right.  Mr. Gosselin, in most of the articles that you
09:33  12 published and, in fact, most of the literature on this issue,
09:33  13 there's always an introductory statement about -- that NOACs or
09:34  14 DOACs, there's no routine monitoring required or necessary.
09:34  15         Are you familiar with that?
09:34  16 A.  Yes, sir.  We say that quite often.
09:34  17 Q.  All right.  And so can you explain to the jury, in that
09:34  18 context, what does routine monitoring mean?
09:34  19 A.  So first we have to look at the target audience for the
09:34  20 papers that we publish for laboratory people, so your
09:34  21 laboratory clinicians or people dealing with coagulation.
09:34  22         And when we talk about routine monitoring -- this is
09:34  23 something we've been doing for decades for other drugs.  So
09:34  24 routine monitoring for other drugs, such heparin or warfarin or
09:34  25 some of the other anticoagulants, they require episodic and

ROBERT GOSSELIN - DIRECT

09:34  1    frequent measurements of tests.  And then they make adjustments
09:34  2    to the dosing based on that.
09:34  3    Q.   Okay.  You said "episodic"?
09:34  4    A.   Yes.
09:34  5    Q.   What do you mean by that?
09:34  6    A.   It could be days, it could be hours, it could be weeks,
09:34  7    but -- if it's heparin, it could be every four to six hours,
09:35  8    and they make a dose change.  It could be another four to six
09:35  9    hours after the dose change.  So that would be -- the frequency
09:35  10   depends on the drug.
09:35  11        "Episodic" means more than once until you get to the
09:35  12   level that's desired.  Then it may be less frequency.
09:35  13        But that's the concept of routine monitoring as we
09:35  14   know in the laboratory, that we're doing something frequently
09:35  15   over a period of time.
09:35  16   Q.   All right.  So when you're talking about DOACs, that's not
09:35  17   something that is -- that's required or necessary; right?
09:35  18   A.   Yes.  That's correct.
09:35  19   Q.   Does that have any impact on whether or not a standard
09:35  20   laboratory test could be helpful?
09:35  21   A.   In my opinion, no.
09:35  22   Q.   All right.  And we have been -- we've been talking through
09:35  23   the -- about the DOACs and the PT test, the clotting cascade.
09:35  24   We've been talking about measuring the effect of Xarelto in
09:35  25   DOACs; is that right?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:35  1   **A.**   Yes.

09:35  2   **Q.**   Okay.  Is there a difference between measuring the effects

09:36  3   of a drug and measuring the levels of a drug?

09:36  4   **A.**   It may seem like semantics or splitting hairs a little

09:36  5   bit, but usually when they talk about measuring the effect,

09:36  6   you're measuring the activity or does it work.  So you're

09:36  7   talking about a test that has a -- kind of a functional

09:36  8   activity to it, which would be a clotting test.

09:36  9         If you're talking about measurement, what that tells

09:36  10  you is the drug is actually there.  So one is kind of telling

09:36  11  you, is the drug working?  So is it impacting that you're

09:36  12  getting a prolongation of a clotting time or you're getting

09:36  13  some sort of effect on a functional test?

09:36  14        Whereas, one is telling you, yes, you can measure the

09:36  15  drug, it's there, it's present, but that necessarily isn't

09:36  16  working.

09:36  17  **Q.**   Okay.  All right.  So now I want to shift to measuring the

09:36  18  levels.  Is it possible to measure Xarelto levels with standard

09:36  19  laboratory tests?

09:36  20  **A.**   Yes.

09:36  21  **Q.**   And is -- a calibrated anti-Factor Xa test, is that one

09:37  22  way to measure the levels of Xarelto?

09:37  23  **A.**   Yes, that is one way.

09:37  24  **Q.**   And is that something that you have done?

09:37  25  **A.**   We have been doing quantitative for rivaroxaban levels

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:37  1   since 2013 --

09:37  2   Q.    Okay.

09:37  3   A.    -- at UC Davis.  Sorry.

09:37  4   Q.    And, Mr. Gosselin, if you would, tell us how you came to

09:37  5   start measuring the levels of DOACs.  What brought you to do

09:37  6   that?

09:37  7   A.    It actually came before Xarelto.  I had a chance encounter

09:37  8   in the emergency department of our institution.  We're a very

09:37  9   large Level 1 trauma center.  Level 1 is the highest level you

09:37  10  can have for a trauma center.  And a physician that I happened

09:37  11  to meet just had admitted a patient in the emergency department

09:37  12  who had a head injury.

09:37  13          And he asked me that -- "This lady is on

09:37  14  dabi-dabi-something."

09:37  15          And I said, "Oh, dabigatran?"

09:37  16          And he said, "Yes.  That's it.  What can you do for

09:38  17  me?"

09:38  18          And I said, "Nothing."

09:38  19  Q.    Dabigatran.  That's Pradaxa?

09:38  20  A.    Pradaxa, yes.

09:38  21  Q.    Okay.

09:38  22  A.    And I said I could do nothing, which is a pretty awful

09:38  23  feeling given the reputation.  And they look to me that I'm

09:38  24  UC Davis as being the coag specialist, that I should be able to

09:38  25  provide them some sort of service to assist whether or not the

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:38  1    drug was impacting this patient's head injury.

09:38  2              And so from that point in forward, I wanted to make

09:38  3    sure that we, as an institution, were one of the frontrunners

09:38  4    in doing testing for these drugs.  So we did testing for

09:38  5    Pradaxa.  I believe we started in 2011 or maybe early 2012, and

09:38  6    we did start rivaroxaban 2013.

09:38  7    Q.   And rivaroxaban, that's Xarelto; right?

09:38  8    A.   Yes, sir.  Sorry.

09:38  9    Q.   Okay.  All right.  And you said that to do that, you use a

09:38  10   calibrated anti-Factor Xa test; is that right?

09:38  11   A.   Yes.

09:38  12   Q.   And anti-Factor Xa sometimes is called Factor Xa by

09:39  13   doctors?

09:39  14   A.   They use them interchangeably, although not technically

09:39  15   the same.

09:39  16   Q.   All right.  So when you talk about a calibrated test, what

09:39  17   does that mean?

09:39  18   A.   So when we talk about a calibrated test, essentially what

09:39  19   you're doing is buying some material that has a known value to

09:39  20   it.  Then you run it on the analyzer.  Then you program the

09:39  21   analyzer so, from that point forward, when you run a patient,

09:39  22   it's going to extrapolate a value based on that -- on those

09:39  23   calibration numbers.

09:39  24              So you're essentially telling the machine -- you

09:39  25   program the machine telling it how to quantify the drug level

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:39  1   in a patient.
09:39  2   Q.   Okay.  So you've got samples of known drug levels; is that
09:39  3   right?
09:39  4   A.   Yes, sir.
09:39  5   Q.   Okay.  And then you -- so you measure the machine and its
09:39  6   response against those -- against those samples -- those known
09:39  7   samples; is that right?
09:39  8   A.   Yes, sir.
09:39  9   Q.   So that's how you calibrate the machine to measure --
09:39  10  A.   Yes, sir.
09:39  11  Q.   -- Xarelto?
09:39  12  A.   Yes, sir.
09:39  13  Q.   So you've got calibrators and controls?
09:39  14  A.   Yes, sir.
09:39  15  Q.   Tell us what -- make sure we understand the controls.
09:40  16  A.   So the controls, what that is -- and that's to assure
09:40  17  that, when you do an analysis on a patient sample, that you're,
09:40  18  what they say, in control, that you're reporting out expected
09:40  19  values.
09:40  20       So controls are usually two levels.  They're usually
09:40  21  on the low end or the high end or abnormal and normal.  Depends
09:40  22  on the test that you have.
09:40  23       And you have a criteria, a set finite number that
09:40  24  these controls values should fall into.  If you fall into those
09:40  25  set values, you're in control.  That means the results can be

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:40    1    reported on that patient.  If the controls are not within the
09:40    2    set value, you're out of control; you should not report out
09:40    3    patient results until you figure out the problem.
09:40    4    Q.    All right.  So to do that -- is that what's referred to as
09:40    5    a laboratory-developed test?
09:40    6    A.    Well, a laboratory-developed test is an FDA definition of
09:40    7    a test that is either modified or changed.  And for us to do
09:40    8    the anti-Xa the way we had it set up was a laboratory to
09:41    9    develop tests.  Because we had a kit that was not designed for
09:41   10    the instrument that we put it on, but we adapted that kit to
09:41   11    the instrument.  Because it's an open system, so we're able to
09:41   12    program it.
09:41   13            And then we calibrated it and did the method
09:41   14    validation before we did any kind of patient result reporting.
09:41   15    Q.    All right.  And UC Davis is not the only lab that does
09:41   16    lab-developed tests, are you?
09:41   17    A.    No, sir.
09:41   18    Q.    All right.  Is there an organization that actually, you
09:41   19    know, monitors all its labs to make sure that the proper
09:41   20    processes and protocols are followed in doing
09:41   21    laboratory-developed tests?
09:41   22    A.    Well, that's -- kind of the issue that FDA is having now,
09:41   23    is who is going to be the gatekeeper of LDTs?  They do look to
09:41   24    organizations to have oversight.
09:41   25            There's another federal organization called -- not

OFFICIAL REALTIME TRANSCRIPT

09:41  1    organization but regulation call CLIA, which defines, again,
09:42  2    the laboratory-developed tests that the labs need to assure
09:42  3    they do proper validation of method before they implement it.
09:42  4            And then the College of American Pathology, or CAP,
09:42  5    is kind of the overseer for CLIA to make sure, when they go and
09:42  6    inspect labs, which is -- every two years, CAP goes to your
09:42  7    laboratory to inspect to assure ensure that you're doing
09:42  8    compliance with the regulations and the processes.
09:42  9    Q.   Okay.  So you mentioned CLIA, C-L-I-A; is that right?
09:42  10   A.   Yes, sir.
09:42  11   Q.   That's an acronym?
09:42  12   A.   Yes, sir.
09:42  13   Q.   I'm going to put you on the spot.  Can you help us there?
09:42  14   Do you know what that stands for?
09:42  15   A.   It came about in 1988.  I believe it stands for Clinical
09:42  16   Laboratory Improvement Act.
09:42  17   Q.   All right.  So you've got CLIA that will do audits of
09:42  18   labs; right?
09:42  19   A.   It may be CLIA but somebody on behalf CLIA, like CAP.  Or
09:43  20   CMS might be another organization that come and inspects -- or
09:43  21   even JCAHO.  I'm not sure.
09:43  22   Q.   So, Mr. Gosselin, based on your experience, is it feasible
09:43  23   to do a -- an anti-Factor Xa test to measure the levels of
09:43  24   Xarelto, rivaroxaban?
09:43  25   A.   Yes.  We've been doing it since 2013.

ROBERT GOSSELIN - DIRECT

09:43  1   **Q.**   Okay.  All right.  And understand that we have a model
09:43  2   that's not plugged in.
09:43  3          Using this model machine -- using this model machine,
09:43  4   could you do -- could you do a Xarelto calibrated
09:43  5   anti-Factor Xa assay using this machine?
09:43  6   **A.**   Yes.
09:43  7   **Q.**   Okay.  And could you do a PT Neoplastin using this
09:43  8   machine?
09:43  9   **A.**   Yes.
09:43 10   **Q.**   Could you do an Innovin PT using this machine?
09:43 11   **A.**   Yes.
09:43 12   **Q.**   Could you do all those at the same time?
09:43 13   **A.**   Yes.
09:43 14   **Q.**   And what about a -- we talked about APTT.
09:44 15          Can you do that on this machine, too?
09:44 16   **A.**   Yes.
09:44 17   **Q.**   Okay.  What percentage of labs in the U.S. would have
09:44 18   equipment to run those type tests?
09:44 19   **A.**   And the criteria would be, are they open systems, and do
09:44 20   they run what we call chromogenic assays, which are
09:44 21   color-developing instead of clot-developing?  And based on the
09:44 22   CAP surveys, roughly 90 percent or more would have the capacity
09:44 23   for running a chromogenic assay and be an open system.
09:44 24   **Q.**   All right.  Are Xarelto-specific calibrators and controls
09:44 25   for Factor Xa tests approved for clinical use in Europe?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:44 1   A.   Yes.

09:44 2   Q.   Is that test more widely available in Europe?

09:44 3   A.   I believe so, yes.

09:44 4   Q.   And what do you base that on?

09:44 5   A.   Discussion with colleagues, proficiency survey programs

09:44 6   over there.  So similar to CAP programs where they send blinded

09:44 7   samples, they do that in England as well and other places in

09:45 8   Europe.

09:45 9   Q.   Mr. Gosselin, if the manufacturers of Xarelto informed

09:45 10  physicians that Xarelto levels could be measured by calibrated

09:45 11  anti-Factor Xa tests, would that be helpful?

09:45 12        MR. SARVER:  Objection, Your Honor.  This is

09:45 13  speculation into an area of clinical practice that this witness

09:45 14  is clearly not qualified to talk about.

09:45 15        THE COURT:  Well, from his vantage point, I'll allow

09:45 16  him to give that opinion.

09:45 17        THE WITNESS:  I suspect that, if this were part of

09:45 18  the prescriber information --

09:45 19        MR. SARVER:  Your Honor, I've got to object as

09:45 20  suspecting is speculation.  He doesn't know, and he can't know.

09:45 21        THE COURT:  All right.  Let's rephrase the question.

09:45 22  BY MR. BIRCHFIELD:

09:45 23  Q.   Mr. Gosselin --

09:45 24  A.   Yes, sir.

09:45 25  Q.   -- in your 30 years of practice at UC Davis, did you

OFFICIAL REALTIME TRANSCRIPT

09:45   1   interact on a regular basis with physicians?
09:45   2   **A.**   Yes.
09:45   3   **Q.**   Okay.  And did physicians consult with you about
09:45   4   coagulation matters?
09:45   5   **A.**   Almost daily.
09:46   6   **Q.**   Okay.  And did they consult with you about dealing with
09:46   7   complicated patients and anticoagulation matters?
09:46   8   **A.**   As required.
09:46   9   **Q.**   And so, Mr. Gosselin, if the -- if the manufacturers and
09:46   10  sellers of Xarelto were to inform doctors that there is a way
09:46   11  to use standard laboratory tests to measure the anticoagulant
09:46   12  effect of Xarelto, would that be helpful?
09:46   13          **MR. SARVER:**  Objection, Your Honor.  This is
09:46   14  speculation.  It's not based on anything that his personal
09:46   15  experience would allow him to testify about.
09:46   16          **THE COURT:**  I'll allow you to take him under
09:46   17  cross-examination.  I'll allow him, based on his experience, to
09:46   18  give an opinion on that.
09:46   19          **THE WITNESS:**  Yes.
09:46   20          **MR. BIRCHFIELD:**  Thank you, Mr. Gosselin.
09:46   21          **THE COURT:**  All right.  Is that it?
09:46   22          **MR. BIRCHFIELD:**  Yes, Your Honor.
09:46   23          **THE COURT:**  All right.  Let's take a break at this
09:46   24  time.  We'll take a ten-minute break.  Court will stand in
09:46   25  recess.

ROBERT GOSSELIN - CROSS

| | | |
|---|---|---|
| 09:46 | 1 | **THE DEPUTY CLERK:**  All rise. |
| 09:46 | 2 | (WHEREUPON, the jury exited the courtroom.) |
| 09:47 | 3 | (WHEREUPON, the Court took a recess.) |
| 10:03 | 4 | **THE DEPUTY CLERK:**  All rise. |
| 10:03 | 5 | (WHEREUPON, the jury entered the courtroom.) |
| 10:03 | 6 | **THE COURT:**  Be seated, please. |
| 10:03 | 7 | You may cross-examine. |
| 10:03 | 8 | **MR. SARVER:**  Thank you, Your Honor. |
| 10:03 | 9 | **CROSS-EXAMINATION** |
| 10:03 | 10 | BY MR. SARVER: |
| 10:03 | 11 | **Q.**   Good morning again, Mr. Gosselin. |
| 10:03 | 12 | **A.**   Good morning. |
| 10:03 | 13 | **Q.**   All right.  I'd like to start where you and Mr. Birchfield |
| 10:03 | 14 | left off.  He was asking you questions about what a clinician, |
| 10:04 | 15 | what a doctor, a medical doctor, might do with test results. |
| 10:04 | 16 | Do you remember those questions? |
| 10:04 | 17 | **A.**   Yes. |
| 10:04 | 18 | **Q.**   Now, it's correct that you are a laboratory person; |
| 10:04 | 19 | correct? |
| 10:04 | 20 | **A.**   Clinical laboratory scientist, yes. |
| 10:04 | 21 | **Q.**   And you are not a clinician? |
| 10:04 | 22 | **A.**   That's correct. |
| 10:04 | 23 | **Q.**   And you don't make medical treatment decisions for |
| 10:04 | 24 | patients? |
| 10:04 | 25 | **A.**   That is correct. |

ROBERT GOSSELIN - CROSS

10:04  1   **Q.**   And you never have?
10:04  2   **A.**   I'm sorry?
10:04  3   **Q.**   You never have made medical treatments for patients
10:04  4   anywhere?
10:04  5   **A.**   In any capacity.
10:04  6   **Q.**   All right.
10:04  7   **A.**   That is correct.
10:04  8   **Q.**   All right.  Now, in terms of what is helpful to a medical
10:04  9   doctor in treating his or her patient, would you defer to
10:04  10  medical doctors who are going to testify in this case and tell
10:04  11  the jury that the test you're talking about would not be
10:04  12  helpful for their treatment of their patients?  Would you defer
10:04  13  to them?
10:04  14  **A.**   I really don't understand the question.  I think it's
10:04  15  outside the scope of why I'm here.
10:04  16  **Q.**   Right.  You are not here to tell the jury what is helpful
10:05  17  to doctors treating patients.  And if doctors treating patients
10:05  18  say that the tests your talking about are not helpful to them,
10:05  19  you would defer to them?
10:05  20  **A.**   Yes.
10:05  21  **Q.**   All right.  You don't prescribe any medications to
10:05  22  patients, do you?
10:05  23  **A.**   I do not.
10:05  24  **Q.**   And you aren't the person who actually orders a lab test
10:05  25  for a patient?

ROBERT GOSSELIN - CROSS

1  **A.**   I am not.

2  **Q.**   In fact, this fancy machine -- it takes me back.  Remember

3  *My Cousin Vinny* and the high-powered test machine that they

4  showed in that one?

5  **A.**   Now you're really dating yourself.

6  **Q.**   I am dating myself.  I'm old.

7        So they got a fancy test machine, and you can put

8  things into it and you get numbers out; right?

9  **A.**   Yes, sir.

10  **Q.**   In terms of what doctors do with the numbers that come out

11  of that machine, that's not your business, is it?

12  **A.**   Only when they consult me.

13  **Q.**   All right.  And, in fact, you've told us that you can only

14  assume what clinicians do with the results; I don't actually

15  know what they do with the results?

16  **A.**   That is correct.

17  **Q.**   True?  All right.

18        So these decisions about whether these results mean

19  anything, are useful in any respect, are best left for the

20  doctors who would use the results?

21  **A.**   Yes.

22  **Q.**   All right.  Now, I want to make sure that we are clear on

23  some of the terminology.  You've been talking with

24  Mr. Birchfield about a connection between -- and I apologize

25  for having this right in your way -- sorry -- right in your

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:06  1    way, but we're going to show some things to the jury in a
10:06  2    moment.
10:06  3              You've been talking about anticoagulant effect.
10:06  4    A.   Yes, sir.
10:06  5    Q.   And anticoagulant effect is the degree of coagulation in
10:06  6    the body and how its inhibited?
10:06  7    A.   I think we look at that as an ex vivo or outside the body
10:06  8    in a test tube is how we assess that.  But, yes.
10:06  9    Q.   That's even better.  So when you're talking about
10:07  10   anticoagulant effect, you're looking at how blood clots in a
10:07  11   test tube?
10:07  12   A.   Yes.
10:07  13   Q.   All right.  And in terms of how blood clots in a test
10:07  14   tube, that doesn't always match up with how it clots in the
10:07  15   body, does it?
10:07  16   A.   Since you used the word "always," the answer would be yes.
10:07  17   Q.   The answer -- I'm right; correct?
10:07  18   A.   Because you used the word "always."
10:07  19   Q.   Yes.  All right.  Now, you did not use the phrase
10:07  20   "bleeding" with Mr. Birchfield.  I don't think you ever said
10:07  21   the word "bleeding."
10:07  22              Do you recall saying the word "bleeding"?
10:07  23   A.   No, because that's a clinical end point.
10:07  24   Q.   It is.  And in terms of whether these test results have
10:07  25   any meaning in terms of the risk of bleeding for a particular

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:07  1   patient, you have nothing to tell this jury about that?

10:07  2   A.   That is correct.

10:07  3   Q.   All right.  You can't tell the jury about the clinical

10:07  4   significance of the test you've been talking about?

10:08  5   A.   That's not my role.

10:08  6   Q.   Pardon me?

10:08  7   A.   That's not my role in this case.

10:08  8   Q.   Yes, sir.  So you can't do that?

10:08  9   A.   Yes, I would agree with that.

10:08  10  Q.   All right.  And you also don't know if there's any -- if

10:08  11  these numbers you've come up with, the PT number or the

10:08  12  Factor Xa assay, it gives you a number; right?

10:08  13  A.   Yes, sir.

10:08  14  Q.   Okay.  You don't know whether or not there is any kind of

10:08  15  a range for those numbers that provides any meaningful

10:08  16  information to a doctor, do you?

10:08  17  A.   I would caveat that answer with it depends on the number,

10:08  18  it depends on the patient.

10:08  19  Q.   You're not able to give this jury a range of clinically

10:08  20  meaningful information from a PT test; right?

10:08  21  A.   That's not my role.

10:08  22  Q.   You don't have an opinion about what would be a high

10:08  23  result on a PT test?

10:08  24  A.   Oh, I have opinions about lots of stuff.  Do I have one

10:09  25  about a high PT result?  Yes.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:09  1    **Q.**    All right.  Do you have a clinical opinion about what

10:09  2    would be high for a particular patient?

10:09  3    **A.**    I have an opinion, yes.

10:09  4    **Q.**    All right.  Is it based on any kind of experience, never

10:09  5    treating a patient?

10:09  6    **A.**    Not in treating, but in consulting, because clinicians

10:09  7    come to me when they do have high PT results and asking for

10:09  8    assistance to interpret that data based on their clinical

10:09  9    indication of the patient or how they're presenting with the

10:09 10    patient.  So yes.  Not only doctors, but pharmacists as well.

10:09 11    **Q.**    Is it correct, sir, that, not being a clinician, not

10:09 12    understanding or knowing what "high" means, a PT of 20 seconds

10:09 13    in a trough collection, I don't know where that falls.  Is that

10:09 14    true?

10:09 15    **A.**    No, I would disagree with that statement.

10:09 16    **Q.**    All right.

10:09 17    **A.**    Because if 20 seconds were with Innovin with a certain

10:09 18    DOAC or if it was a liver disease, that would mean a lot to me

10:09 19    versus a different drug.  So it depends on the context of the

10:09 20    test and the patient.

10:10 21    **Q.**    Do you remember testifying to the contrary in your

10:10 22    deposition?

10:10 23    **A.**    No, I don't.

10:10 24    **Q.**    All right.  Let's take a look at pages 342, line 17, to

10:10 25    343, line 9.

ROBERT GOSSELIN - CROSS

10:10  1          **MR. SARVER:**  Jim?

10:10  2  **BY MR. SARVER:**

10:10  3  **Q.**   (Clip played as follows:)

10:10  4          "Q.   Okay.  Would a PT using Neoplastine CI Plus of

10:10  5      20 seconds as a trough level indicate to you that the

10:10  6      person was -- had a very high level of rivaroxaban on

10:10  7      board?

10:10  8          "A.  And not being a clinician, not understanding or

10:10  9      knowing what "high" means, a PT of 20 seconds as trough

10:10  10     collection, based on some of the data that I've seen from

10:10  11     the early published studies, was equivalent to about 200

10:10  12     nanograms per mill.  And I don't know where that falls.  I

10:10  13     believe that is the upper threshold of the published

10:10  14     reference range, whether it be in an FDA summary report or

10:10  15     other published range.  I'm just recollecting, but I'm not

10:10  16     sure."

10:11  17  **BY MR. SARVER:**

10:11  18  **Q.**   So the correct answer is you don't know what "high" means?

10:11  19  **A.**   No, sir.  You did not ask about trough levels for Xarelto.

10:11  20  What you asked about, a patient with a 20-second PT.  I believe

10:11  21  that was the question, not specific to a drug, not specific to

10:11  22  a time collection.

10:11  23          I believe your question you asked me was, I wouldn't

10:11  24  know what to do with a PT of 20 seconds on a patient.  I don't

10:11  25  recall you saying "Xarelto."  I don't recall you saying

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:11  1    "trough."  If those were the caveats in your question, that's a
10:11  2    different question.  But that's not the question I believe you
10:11  3    asked me.
10:11  4    Q.   What you told the jury, I think, is that you got something
10:11  5    to say and you do know what high is.  But what you told us in
10:11  6    the deposition under oath is you don't know what high is?
10:11  7    A.   Again, sir, the question you asked in the deposition was
10:11  8    very clear about would I know what to do with a 20-second PT
10:11  9    with Neoplastin on a patient with a trough level?  Which means
10:11  10   before their next drug dose, would I know what to do with that?
10:12  11   That, the answer is no.
10:12  12        The question you just asked me now did not specify
10:12  13   Xarelto, did not specify trough, did not specify any drug.  So
10:12  14   it's a 20-second PT.  That's a different question.  That's an
10:12  15   entirely different question, sir.
10:12  16   Q.   Shall we hear what you said again?
10:12  17        Do you agree you told us under oath at your
10:12  18   deposition you don't know what "high" is?
10:12  19   A.   Related to that question in the deposition, which was
10:12  20   specific for Xarelto in a trough patient, yes.  But that is not
10:12  21   the question you asked me here today.
10:12  22   Q.   Do you agree that you are not qualified to assess the need
10:12  23   for monitoring of Xarelto in a patient?
10:12  24   A.   That's not my role.
10:12  25   Q.   You agree with me, then?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:12 1    **A.**   I agree that's not my role.

10:12 2    **Q.**   And the reason for that is you're not a clinician?

10:12 3    **A.**   That is correct.

10:12 4    **Q.**   All right.  Is it correct that you've not provided any

10:12 5    opinions at all about Ms. Mingo?

10:12 6    **A.**   I'm sorry.  Ms. who?

10:12 7    **Q.**   Ms. Mingo is our plaintiff here.  We should introduce you.

10:12 8    This is Dora Mingo.

10:13 9          You don't know her, and you don't have any opinions

10:13 10   about Ms. Mingo?

10:13 11   **A.**   No, sir.  I'm sorry.  I don't know her, that's correct,

10:13 12   and I have no opinions on Ms. Mingo.

10:13 13   **Q.**   And is it also correct that you have no opinions that

10:13 14   criticize Janssen or Bayer in their design or testing of

10:13 15   Xarelto?

10:13 16   **A.**   No, sir.

10:13 17   **Q.**   I'd like to talk a bit more, and probably quite a while,

10:13 18   about the PT test.  All right?

10:13 19   **A.**   All right.

10:13 20   **Q.**   All right.  If you wouldn't mind, I'm going to ask you to

10:13 21   take another look at this clotting cascade you showed the jury.

10:13 22          **MR. SARVER:**  Your Honor, may he step up again?

10:13 23          **THE COURT:**  Sure.

10:14 24   BY MR. SARVER:

10:14 25   **Q.**   All right, sir.  This is what you called a "simplified

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:14  1   coagulation cascade"?

10:14  2   A.    Yes, sir, it's very simplified.

10:14  3   Q.    The real coagulation cascade in the human body is a lot

10:14  4   more complicated?

10:14  5   A.    Yes, sir.

10:14  6   Q.    But even on the simplified coagulation cascade, you

10:14  7   provided -- and I think you took us down the right-hand side of

10:14  8   the Y?

10:14  9   A.    Yes, sir.

10:14  10  Q.    This is the Y part, and you told us that a PT test

10:14  11  measures certain of the proteins; right?

10:14  12  A.    Yes, sir.

10:14  13  Q.    It measures Factor VII; it measures Factor Xa, Factor V,

10:14  14  Factor II, and thrombin?

10:14  15  A.    Fibrinogen.

10:14  16  Q.    Fibrinogen.  Thank you.  It measures all those things?

10:14  17  A.    Yes, sir.  It assesses whether or not there's normal

10:14  18  levels of those things, yes, sir.

10:14  19  Q.    And that PT test works pretty well under the INR for

10:15  20  warfarin; right?

10:15  21  A.    Yes, sir.

10:15  22  Q.    Because warfarin affects -- what factors does warfarin

10:15  23  affect?

10:15  24  A.    VII, X, and II.

10:15  25  Q.    VII, X, and II.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:15  1   **A.**    And IV, but up there in the PT test.

10:15  2   **Q.**    But that's way up here instead of the --

10:15  3   **A.**    Yes, sir.

10:15  4   **Q.**    So warfarin is kind of a broad-acting effecting

10:15  5   anticoagulant?

10:15  6   **A.**    Yes, sir.

10:15  7   **Q.**    It affects a number of the proteins?

10:15  8   **A.**    Yes, sir.

10:15  9   **Q.**    That's not true of the anti-Factor Xa drugs like Xarelto?

10:15  10  **A.**    That is a true statement.

10:15  11  **Q.**    Xarelto affects only one part of the coagulation cascade?

10:15  12  **A.**    True.

10:15  13  **Q.**    So when you run a broad PT test that measures all of those

10:15  14  different factors for a drug like Xarelto, it becomes more

10:15  15  difficult to measure what's really going on with Xarelto;

10:15  16  right?

10:15  17  **A.**    I'm not sure that's a true statement.  I know that studies

10:15  18  I've seen, that there's been PT tests that are affected by

10:15  19  Xarelto and there's ones that are not.

10:15  20  **Q.**    And one of the reasons that's more difficult for -- or any

10:16  21  of the Factor Xa drugs is because they affect one part of the

10:16  22  coagulation cascade and not the rest of it?

10:16  23  **A.**    I'm not sure I agree with that.

10:16  24  **Q.**    Well, it only affects Factor X?

10:16  25  **A.**    Yes, that's a true --

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:16  1   **Q.**   You agree with that?

10:16  2   **A.**   Yes, that's a true statement.

10:16  3          **MR. SARVER:**  All right.  Why don't you take a seat,

10:16  4   sir.

10:16  5   **BY MR. SARVER:**

10:16  6   **Q.**   I think we've already agreed on this.  You agree that PT

10:16  7   test results do not necessarily reflect in vivo, or inside the

10:16  8   body, coagulation; is that correct?

10:16  9   **A.**   When you said the word "always," then I would say yes, I

10:16  10  agree with that.

10:16  11  **Q.**   Well, let me say it using the word "necessarily."

10:16  12          Do you agree that PT test results do not necessarily

10:17  13  reflect in vivo, or inside the body, coagulation?

10:17  14  **A.**   I would agree with that, sir.

10:17  15  **Q.**   So that's correct as well?

10:17  16  **A.**   Yes.

10:17  17  **Q.**   Now, PT testing is widely available; correct?

10:17  18  **A.**   On different platforms, yes.

10:17  19  **Q.**   And it's widely available because warfarin has been around

10:17  20  since the 1940s?

10:17  21  **A.**   Maybe a little bit later than that, but I'm not sure.

10:17  22  It's been around for a while.  The PT has been around for

10:17  23  longer than warfarin.  It's been around for a long, long time,

10:17  24  since 1935.

10:17  25  **Q.**   PT has been around since 1935?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

| | | |
|---|---|---|
| 10:17 | 1 | **A.**   I believe so, yes. |
| 10:17 | 2 | **Q.**   And warfarin has been around for more than half a century? |
| 10:17 | 3 | **A.**   Yes, sir. |
| 10:17 | 4 | **Q.**   PT has been used to monitor warfarin for a long, long |
| 10:17 | 5 | time? |
| 10:17 | 6 | **A.**   But that's not its sole function.  So it's been used for |
| 10:17 | 7 | other indications as well. |
| 10:17 | 8 | **Q.**   In fact, PT is kind of a routine screening test, isn't it? |
| 10:17 | 9 | **A.**   I would say yes. |
| 10:17 | 10 | **Q.**   So you go into the hospital and you have your blood drawn, |
| 10:17 | 11 | it's pretty likely that they're going to do a PT test? |
| 10:18 | 12 | **A.**   Yes, sir. |
| 10:18 | 13 | **Q.**   Now, you have told us as a general matter that these PT |
| 10:18 | 14 | tests, these PT assays, are not a reliable measure of DOAC |
| 10:18 | 15 | anticoagulant effect.  That's true, isn't it? |
| 10:18 | 16 | **A.**   When you collectively put PT, which are all reagents, and |
| 10:18 | 17 | DOACs, which are all drugs, that is a true statement, yes. |
| 10:18 | 18 | **Q.**   And you've written that in the peer-reviewed literature? |
| 10:18 | 19 | **A.**   Yes, sir. |
| 10:18 | 20 | **Q.**   When you write in the peer-reviewed literature, do you try |
| 10:18 | 21 | to be accurate? |
| 10:18 | 22 | **A.**   Absolutely. |
| 10:18 | 23 | **Q.**   Do you try to be scientifically correct? |
| 10:18 | 24 | **A.**   Scientifically correct? |
| 10:18 | 25 | **Q.**   Yes, sir. |

ROBERT GOSSELIN - CROSS

10:18  1   **A.**   Yes, yes.

10:18  2   **Q.**   Do you try to be correct, period?

10:18  3   **A.**   Yes.

10:18  4   **Q.**   All right.  We're going to talk about a number of your

10:18  5   articles.  I just want to make sure that that premise is laid

10:18  6   out:  You don't ever intend to be wrong in the scientific

10:18  7   literature?

10:18  8   **A.**   That is correct.

10:18  9   **Q.**   And if you say something in the scientific literature and

10:18  10  it turns out to be wrong, you've got an obligation to correct

10:18  11  it, don't you?

10:18  12  **A.**   It depends on the context and the manuscript.  If the

10:19  13  statement in question that -- you may say, well, I challenge

10:19  14  this, and it's a clinical question, that's outside the purview

10:19  15  of my expertise.  And so I have not written a manuscript about

10:19  16  DOACs without a clinician or a colleague, and those colleagues

10:19  17  tend to be treatment colleagues or medical doctors, and so

10:19  18  they're the ones in the best position to talk about that

10:19  19  clinical aspect of a drug.

10:19  20       So I don't render opinion on there.  So if they

10:19  21  indicate something that is more clinically oriented, I defer to

10:19  22  that.  I don't have an opinion.  I'm there to keep the

10:19  23  laboratory component honest.

10:19  24  **Q.**   All right.  You will agree with me that you have written

10:19  25  that prothrombin time are not suited -- are not suitable for

ROBERT GOSSELIN - CROSS

10:19  1  measuring the effect of DOACs because they lack sensitivity to

10:19  2  the anticoagulant effect of DOACs?

10:19  3  A.   As I said to Mr. Birchfield, yes, and the reasons thereof.

10:20  4  Q.   And you would not be surprised if someone reading your

10:20  5  literature determined that the takeaway from that is don't use

10:20  6  PT to monitor DOACs because they're not sensitive?

10:20  7  A.   I don't know if that's true because, unfortunately, some

10:20  8  of the other journals that deal with anesthesia or surgery

10:20  9  outside the lab purview tend to look at these tests to say

10:20  10  they're adequate when we're trying to inform our

10:20  11  outside-the-lab colleagues that perhaps this may not be the

10:20  12  optimal test to use, depending on the indication, what they're

10:20  13  using it for.

10:20  14  Q.   Sir, I want to show you -- and I'm sorry.

10:20  15       MR. SARVER:  Andy, this is what I'm going to show.

10:20  16  It's one of his articles.

10:20  17       MR. BIRCHFIELD:  Thank you.

10:20  18  BY MR. SARVER:

10:20  19  Q.   Do you recall this article that I think was published in

10:20  20  2017 in which you are the second author with Dr. Dorothy

10:20  21  Adcock?

10:20  22  A.   Yes, sir.

10:20  23  Q.   Do you recall the title of this article?

10:21  24  A.   Yes, sir.

10:21  25  Q.   And for the jury, what's the title of your article?

ROBERT GOSSELIN - CROSS

10:21  1   **A.**   "The danger of relying on an APTT and PT in patients on

10:21  2   DOAC therapy, a potential patient safety issue."

10:21  3   **Q.**   So the article that you wrote in 2017 talked to whoever

10:21  4   was reading it -- doctors, clinicians, whoever -- about the

10:21  5   danger of relying on PT; correct?

10:21  6   **A.**   Well, I hope they're reading more than the title because

10:21  7   we explain, as I explained to Mr. Birchfield, what the intent

10:21  8   of the article was.

10:21  9   **Q.**   Well, let's take a look at the article, why don't we.

10:21  10  It's Defendants' Exhibit 2451.

10:21  11          Let me give you a copy, too.  Would you like a paper

10:21  12  copy?

10:21  13          **MR. SARVER:**  May I approach, Your Honor?

10:21  14          **THE COURT:**  Yes.

10:21  15          **MR. SARVER:**  Thank you.

10:21  16          **THE WITNESS:**  Thank you, sir.

10:21  17  BY MR. SARVER:

10:21  18  **Q.**   You bet.  Is this a copy of your article, sir?

10:22  19  **A.**   It appears to be.

10:22  20  **Q.**   And you are the second author of two; correct?

10:22  21  **A.**   Yes, sir.

10:22  22  **Q.**   All right.  In paragraph 2, title 2, it's on page 1.  Do

10:22  23  you see that, "anticoagulant mechanism"?

10:22  24  **A.**   Paragraph 2.

10:22  25  **Q.**   You label it with a number 2.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:22  1    **A.**    Okay.

10:22  2    **Q.**    Do you see that?

10:22  3    **A.**    Yes, sir.

10:22  4    **Q.**    In that section, you refer to the American Association of

10:22  5    Chest Physicians recommendations.  Do you see that?

10:22  6    **A.**    Yes, sir.

10:22  7    **Q.**    Have you read that recommendation?

10:22  8    **A.**    No, sir.

10:22  9    **Q.**    You've never read it?

10:22  10   **A.**    Chest Physicians?

10:22  11   **Q.**    Yes.

10:22  12   **A.**    Way back when, yes, but I haven't read the recent one.

10:22  13   **Q.**    You cited it here.  You know, don't you, that the American

10:22  14   Association of Chest Physicians recommends the use of DOACs,

10:22  15   including rivaroxaban, over warfarin?

10:23  16   **A.**    Have I heard that?  Yes, sir.  Have I read it?  No, I have

10:23  17   not read the chest guidelines.  That's a clinical guideline.

10:23  18   **Q.**    And that's something that's beyond your pale again?

10:23  19   **A.**    Well, I can read.  I just don't read the clinical

10:23  20   guidelines.

10:23  21   **Q.**    Well, that's part of it.  You can read whatever is in the

10:23  22   scientific literature.  But in terms of offering your

10:23  23   expertise, your expertise is based on experience; right?

10:23  24   **A.**    Both reading and experience.  I think they go hand in

10:23  25   hand.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:23   1   **Q.**   Well, the jury can read these articles too; correct?

10:23   2   **A.**   I would assume so.

10:23   3   **Q.**   All right.  If you would turn to the second page.  Do you

10:23   4   see your paragraph 2.1?

10:23   5   **A.**   Yes, sir.

10:23   6   **Q.**   Okay.  And just above that, I'd like to direct your

10:23   7   attention to a sentence that starts with "there is a poor

10:23   8   correlation."

10:24   9          **MR. SARVER:**  Jim, can you highlight that.

10:24   10   **BY MR. SARVER:**

10:24   11   **Q.**   Do you have that sentence in front of you?  Can you read

10:24   12   it?

10:24   13   **A.**   I can barely read that.

10:24   14   **Q.**   Let me read it for you.

10:24   15   **A.**   I'm with you, sir.

10:24   16   **Q.**   I'll tell you -- I'll read it:

10:24   17          "This poor correlation of APTT and PT prolongation to

10:24   18   the physiological level of DOAC anticoagulation may be related

10:24   19   to the fact that clot formation in APTT and PT reactions

10:24   20   requires only about 3 percent of the thrombin generated."

10:24   21          Did you write that statement or did Dorothy?

10:24   22   **A.**   Dorothy did.

10:24   23   **Q.**   Is she right?  Is that correct?

10:24   24   **A.**   Do you see the authorship, how this works, publications,

10:24   25   is the first author is the writer?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:24   1    **Q.**   I understand.  But my question is, is she correct?

10:24   2    **A.**   Well, there's a "maybe" in there.  That means we're

10:24   3    supposing or we're guessing or we're estimating.  This may be a

10:24   4    possible reason, but there's not absolute certainty in that

10:25   5    statement.  We don't say absolutely this is the reason because

10:25   6    we can't explain why apixaban doesn't work.  We can't explain

10:25   7    why there's differences in reagent sensitivity for the same

10:25   8    class of drugs.  There's a lot of things we can't understand,

10:25   9    but we proffer theories about what we think may happen.

10:25   10   **Q.**   So I'm trying to go back.  You would not put something in

10:25   11   a paper unless you thought it was correct; right?

10:25   12   **A.**   If you can see the little number after the sentence, that

10:25   13   means we referenced somebody else's work.

10:25   14   **Q.**   Not my question.  You would not put something in a paper

10:25   15   if you did not think it was correct?

10:25   16   **A.**   I would agree with that statement.

10:25   17   **Q.**   You would agree; right?

10:25   18   **A.**   I would agree with that statement.

10:25   19   **Q.**   All right.  So here, you and Dr. Adcock were attempting to

10:25   20   explain to the world why there's a poor correlation between PT

10:25   21   prolongation and the physiological effect of anticoagulation.

10:25   22   **A.**   I don't -- yes, again, but we're saying that we're

10:25   23   estimating a possible reason why that may occur.

10:25   24   **Q.**   I'm understanding that.

10:26   25   **A.**   Yes.  But I think you're deemphasizing the "maybe."  We're

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:26  1   not saying with absolute certainty.  It's a possibility.

10:26  2   Q.   I'm with you.  What you're doing is you're taking your

10:26  3   best shot to explain why PT --

10:26  4   A.   Yes.

10:26  5   Q.   -- does not relate very well to anticoagulation.  You're

10:26  6   trying to explain that?

10:26  7   A.   Yes.

10:26  8   Q.   Okay.  And if you turn to the next page under

10:26  9   "Conclusion," do you see that?

10:26  10  A.   Yes, sir.

10:26  11  Q.   And --

10:26  12        MR. SARVER:  Jim, I don't know if you can take us

10:26  13  to -- oh, you're good.  Thank you.

10:26  14  BY MR. SARVER:

10:26  15  Q.   And let me read this, and tell me if I get it right:

10:26  16        "Clinicians must acknowledge that the APTT and the PT

10:26  17  can no longer be used as a general gauge of a patient's level

10:26  18  of anticoagulation and, hence, bleeding risk."

10:26  19        Did I read it correctly?

10:26  20  A.   You read it correctly, but you missed the first line

10:27  21  before that.

10:27  22  Q.   Did I miss --

10:27  23  A.   So the line before that is the preface to the statement,

10:27  24  and that is, we're talking about normal or near-normal results

10:27  25  not being able to exclude significant drug levels, and,

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

1   therefore, bleeding risk would be in patients that may get
2   intervention.
3           So I think if you look in the middle of the paragraph
4   for the conclusion, as opposed to starting at the top of the
5   conclusion, it may be misleading.
6   Q.   It's fine.  If you want to point out anything else, that's
7   perfectly okay.  But I want to make sure that, when I look at
8   statements in your literature, you're going to confirm with me
9   it's either correct or it's wrong.  Whichever one you say, I
10  don't care.  But I want you to either confirm it's right or
11  it's wrong.
12  A.   I will say that we wrote this sentence, which is the third
13  sentence in the conclusion, and that third sentence has to do
14  with the second sentence and the first sentence of the
15  conclusion.  They're all tied in together.
16  Q.   Let me ask it again:  "Clinicians must acknowledge that
17  the APTT and the PT can no longer be used as a general gauge of
18  a patient's level of anticoagulation and, hence, bleeding
19  risk."
20          Is that a true statement?
21  A.   In the context the article is written about normal or
22  near-normal PTs and PTT results, excluding significant drug
23  levels to allow clinicians to go into surgery or any other
24  intervention, that is the premise of the article and that is
25  the premise of the conclusion.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:28  1   **Q.**   Did you also write in the same article that there is a
10:28  2   lack of clinical utility of the APTT and PT in patients on
10:28  3   DOACs?
10:28  4   **A.**   Where is that sentence?  But I don't recall, but that's a
10:28  5   clinical sentence, so Dot -- or, I'm sorry, Dorothy --
10:28  6   Dr. Adcock would have written that.
10:28  7   **Q.**   All right.  Well, let me go directly to it.  It's on page
10:28  8   37 of the article.
10:29  9          **MR. SARVER:**  Jim, can you pull it up for us?  There
10:29  10  we are.
10:29  11  **BY MR. SARVER:**
10:29  12  **Q.**   Do you see it?  It's in the introduction?
10:29  13  **A.**   Yes, sir.
10:29  14  **Q.**   All right.  "As DOACs are becoming more commonly used, the
10:29  15  need to educate clinical colleagues regarding this paradigm
10:29  16  shift" -- and you talked about that with Mr. Birchfield --
10:29  17  "specifically, the lack of clinical utility of the APTT and the
10:29  18  PT in patients on DOACs is paramount."
10:29  19          Is that a true statement?
10:29  20  **A.**   That is a true sentence.  But, again, what you're doing is
10:29  21  starting in the middle of a paragraph when we're introducing
10:29  22  the concept that we want to discuss, and that is ruling out
10:29  23  significant levels of DOACs with these screening tests.  That's
10:29  24  the premise of the article.  That's the premise of the
10:29  25  statement.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:29 1    **Q.**   I understand you want to explain it.  What I'm trying to

10:29 2    understand is whether or not the statements in your article are

10:29 3    true.  That's really all I want to know.  Is that statement

10:29 4    true?

10:29 5    **A.**   In the context the article is written on, that statement

10:29 6    is true.

10:29 7    **Q.**   All right.  Is it also true that there is often a poor

10:30 8    correlation between the plasma concentration of DOACs and

10:30 9    prolongation of the APTT and the PT?

10:30 10   **A.**   Correlation is a very weak statistical analysis.  You can

10:30 11   be correlated really well and still be not very responsive.  Is

10:30 12   there weak -- yes, for some -- this reagent had it, yes.  So

10:30 13   there are some.

10:30 14   **Q.**   All right.  Let me try it again.

10:30 15   **A.**   Please.

10:30 16   **Q.**   "There is often a poor correlation between plasma

10:30 17   concentration of DOACs and prolongation of the APTT and PT?"

10:30 18           Is that true?

10:30 19   **A.**   That is a true statement.

10:30 20   **Q.**   Is it also true that the laboratory-based APTT and PT

10:30 21   cascades, therefore, do not accurately reflect the clotting

10:31 22   process as it occurs in vivo?

10:31 23   **A.**   Is that something we wrote?  Because I would have to look

10:31 24   at it.

10:31 25   **Q.**   It's something you wrote.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

1    **A.**    Can I read it, please?

2    **Q.**    Of course.  Take a look at page 2.  It's the page 38 in

3    your manuscript.

4    **A.**    I'm sorry, what?

5    **Q.**    Page 2, page 38 of the manuscript.

6    **A.**    That's a big page.

7    **Q.**    And just -- there's a Footnote 18, just above the sentence

8    I want to read.  Does that help?

9    **A.**    No, I'm sorry.  Are we left or right at the top?  I'm

10    sorry.  I don't know where you are.

11              **MR. SARVER:**  Jim, can you help?  It's on the

12    right-hand column.

13              **THE WITNESS:**  Thank you.  I'm sorry.

14    **BY MR. SARVER:**

15    **Q.**    There we are.  It's in the right-hand column, kind of

16    midway on the top.

17    **A.**    Right.  So we're discussing now the sentence after the

18    sentence we discussed earlier before, about DOACs and PTs and

19    PTTs.

20    **Q.**    Yes.  Do you see the Footnote 18?

21    **A.**    Yes.

22    **Q.**    All right.  Let me read for you from your article.

23              "The laboratory-based APTT and PT cascades,

24    therefore, do not accurately reflect the clotting process as it

25    occurs in vivo."

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:32    1           Is that true?

10:32    2    A.    Again, when you take the end of the paragraph, you have to

10:32    3    start at the beginning of paragraph.  We're looking at this in

10:32    4    the context of normal screening tests and presence of DOACs.

10:32    5    In the context --

10:32    6    Q.    My question to you, sir, is it true?

10:32    7    A.    In the context the article is written and the paragraph

10:32    8    the article is about, that is a true statement.

10:32    9    Q.    All right.  That wasn't that hard.  It was a true

10:32   10    statement all along, wasn't it?

10:32   11    A.    In the context it was written, not in the global context.

10:32   12    Q.    Is it true that PT can only estimate the coagulation

10:32   13    process?

10:32   14    A.    That is true.

10:32   15    Q.    Is it also true that PT cannot be used to measure the

10:32   16    plasma concentration of rivaroxaban and can only be used to

10:33   17    obtain a crude estimate of that concentration?

10:33   18    A.    That is true.

10:33   19    Q.    That's based on your own experience, isn't it?

10:33   20    A.    That is true.  In published literature as well.

10:33   21    Q.    You've given us some opinions about Neoplastin as a

10:33   22    reagent; correct?

10:33   23    A.    Yes, sir.

10:33   24    Q.    All right.  And I think you've told us that you don't have

10:33   25    any personal experience using Neoplastin?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:33  1   A.   I did tell you that, yes, sir.

10:33  2   Q.   And, you know, in terms of what went into this machine

10:33  3   when you were working at Davis, you never put Neoplastin Plus

10:33  4   in the reagent slot in your machine, did you?

10:33  5   A.   That's correct, I did not.

10:33  6   Q.   All right.  You don't know enough about Neoplastin, other

10:34  7   than what's been published in the literature, to have an

10:34  8   opinion based on personal experience, do you?

10:34  9   A.   That's an interesting question when you say I don't know

10:34  10  enough about Neoplastin because of published literature.  I'm

10:34  11  not sure how to answer that.  If --

10:34  12  Q.   All right.  Let me try it with your words.  "I don't know

10:34  13  enough about Neoplastin other than what's published, and so I

10:34  14  have to rely on the published data using patient samples versus

10:34  15  contrived samples."

10:34  16          Is that true?

10:34  17  A.   That is true.

10:34  18  Q.   Now, in your research, I think you talked about some work

10:34  19  that was done at the University of North Carolina.

10:35  20          Do you remember that?

10:35  21  A.   Yes, sir.

10:35  22  Q.   You talked about, there, those technicians used

10:35  23  Neoplastine CI; true?

10:35  24  A.   I believe that was the site that used Neoplastin, yes.

10:35  25  Q.   And were you privy to the internal discussion about using

ROBERT GOSSELIN - CROSS

| | | |
|---|---|---|
| 10:35 | 1 | Neoplastin Plus in that study? |
| 10:35 | 2 | **A.**   I'm not sure what you mean by an internal discussion. |
| 10:35 | 3 | That was a reagent used at the laboratory at the time. |
| 10:35 | 4 | **Q.**   Well, before you use a reagent, you take a look at the |
| 10:35 | 5 | package insert, the label, to determine the facts, the |
| 10:35 | 6 | appropriate information about the reagent, don't you? |
| 10:35 | 7 | **A.**   Not necessarily.  Usually, the reagent is a part of an |
| 10:35 | 8 | instrument package.  And if so your hospital buys the |
| 10:35 | 9 | instrument, you kind of buy that reagent. |
| 10:35 | 10 | **Q.**   Well, in the United States, at least, you can't use a |
| 10:35 | 11 | reagent that has not been FDA-cleared; true? |
| 10:35 | 12 | **A.**   That is true. |
| 10:35 | 13 | **Q.**   All right.  So you understand that the Neoplastine CI Plus |
| 10:36 | 14 | has been FDA-approved? |
| 10:36 | 15 | **A.**   The indicated use, yes. |
| 10:36 | 16 | **Q.**   And it has a label that has been also approved by the FDA; |
| 10:36 | 17 | true? |
| 10:36 | 18 | **A.**   I think when you folks use the word "label," you mean |
| 10:36 | 19 | package insert for us.  Yes. |
| 10:36 | 20 | **Q.**   We've been trying to say the same thing. |
| 10:36 | 21 |      But "label" and "package insert," they're basically |
| 10:36 | 22 | the same; fair? |
| 10:36 | 23 | **A.**   It's a different vernacular for us, yes. |
| 10:36 | 24 | **Q.**   All right.  And I'll use whatever you're comfortable -- |
| 10:36 | 25 | package insert, you're more comfortable with? |

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:36  1    A.    Yes.

10:36  2    Q.    Fair enough.  Have you read the Neoplastine CI Plus

10:36  3    package insert?

10:36  4    A.    Yes.

10:36  5    Q.    And you know, based on reading it, that it is not approved

10:36  6    for use with Xarelto?

10:36  7    A.    I don't think the package insert says anything it approved

10:36  8    for any use.  Its intended use it's approved for is for PT

10:36  9    testing on two of their analyzers.  That's the --

10:36  10   Q.    But isn't --

10:36  11   A.    -- intended use.

10:36  12         They go on to describe potentially the use of the PT

10:36  13   in a bunch of medication, but I am not sure that's the FDA

10:37  14   approval process.  The FDA approval process is the intended

10:37  15   use.  The intended use would be the PT on those tests --

10:37  16   Q.    You know, don't you, from reading the label --

10:37  17   A.    -- on those instruments, I'm sorry.

10:37  18         MR. SARVER:  I'm sorry, Madam Court Reporter.  I

10:37  19   walked over him.  Are we okay?  All right.

10:37  20   BY MR. SARVER:

10:37  21   Q.    You know from reading the label, don't you, that there is

10:37  22   a lengthy discussion of use of Neoplastine CI with warfarin;

10:37  23   true?

10:37  24   A.    No.  What they talk about is discussion of the PT test,

10:37  25   the summary of the prothrombin time test, or PT test, and what

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:37   1   are the potential indications for use of this test; warfarin

10:37   2   being one of them, liver disease being another, DIC being

10:37   3   another.

10:37   4   **Q.**   And there is absolutely no discussion in the Neoplastine

10:37   5   CI Plus label that recommends its use with Xarelto, is there?

10:37   6   **A.**   That is a true statement.

10:37   7   **Q.**   All right.  Neoplastin Plus PT measures three out of the

10:38   8   five factors or proteins in the clotting cascade; correct?

10:38   9   **A.**   Three?

10:38   10   **Q.**   Three.

10:38   11   **A.**   No.  It measures VII, V, X, II, and, to a lesser degree,

10:38   12   fibrinogen.  So five.

10:38   13   **Q.**   So Neoplastine CI Plus measures five proteins in the

10:38   14   clotting cascade; true?

10:38   15   **A.**   Yes, sir.

10:38   16   **Q.**   And Xarelto affects how many?

10:38   17   **A.**   One.

10:38   18   **Q.**   All right.  Do you think that might be a reason why the

10:38   19   manufacturers of Neoplastine CI Plus don't recommend its use

10:38   20   with Xarelto?

10:38   21   **A.**   No.

10:38   22   **Q.**   You don't know, do you?

10:38   23   **A.**   You asked me if I thought there was a reason.  No, because

10:38   24   we use this test to screen -- isolate deficiencies for

10:38   25   Factor V, isolate deficiences for Factor X, isolate

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

1   deficiencies of prothrombin.  So we use this test to screen for
2   those.
3          So if one of them are missing, we would see a
4   prolongation.  So I don't think that's the reason, because it
5   only affects one of the five factors.
6   Q.   Now, Mr. Gosselin, would you agree that there is no
7   FDA-approved method, calibrator, or control for using PT to
8   access the anticoagulant effect of rivaroxaban?
9   A.   Again, sir --
10  Q.   Would you like me to repeat it?
11  A.   Again, sir, I'm not sure the FDA approves the PT test
12  utilization and what it's used for.  They approve the test on
13  instruments or the intended use as described in the label.
14  Q.   Should we go back to your deposition?
15  A.   Sir, I'm not a regulatory person.  You can go back to the
16  deposition, but my understanding is that the FDA does not
17  approve a test per se, but it approves the intended use.
18  Q.   Let's take a look at your deposition, page 203, lines 7
19  through 10.  That question was asked to you directly.
20  A.   Okay.
21         "Q.  Would you agree that there is no FDA-approved
22      method, calibrator or control for using PT to assess the
23      anticoagulant effect of rivaroxaban?
24         "A.  That is a true statement."
25

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:40  1   **BY MR. SARVER:**

10:40  2   **Q.**   That is a true statement, isn't it?

10:40  3   **A.**   Well, when you collectively throw in "calibrators and

10:40  4   controls," I would have to say yes, that's true.  When you say

10:40  5   "method," that's a whole different picture.

10:40  6   **Q.**   Would you agree that there is no FDA-approved method,

10:40  7   calibrator, or control for using PT to assess the anticoagulant

10:40  8   effect of rivaroxaban?

10:40  9   **A.**   There are no FDA-approved calibrators or controls for

10:40  10  measuring rivaroxaban.  As far as FDA methodology approval for

10:40  11  pro time, again, my understanding of the regulatory -- again,

10:40  12  I'm not a regulatory expert -- is it that the FDA approves the

10:40  13  intended use of the test, which is their first box on the

10:40  14  label.

10:40  15         And the intended use for Neoplastin is for measuring

10:40  16  PT on two of their -- three of their analyzers.  That's my

10:41  17  understanding.

10:41  18  **Q.**   Let's take it to the clinical context a bit.  All right.

10:41  19         You'd agree that, with PT testing on a Xarelto

10:41  20  patient, you could have the same sample using the same reagent

10:41  21  but test in different laboratories and the results would be

10:41  22  different?

10:41  23  **A.**   That would not be unusual.  I don't think they'd be

10:41  24  significantly different.  I think they would be different --

10:41  25  **Q.**   Do you agree with me that you can have the same PT test on

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

1  the same patient in different laboratories and get different
2  results?  That's just true, isn't it?
3  A.   That is true.
4  Q.   In fact, you told us "Oh, absolutely" at your deposition,
5  "There's no doubt"; right?
6  A.   Yes.  But I think that you're inferring that to be
7  dramatically different, and I'm saying they would be -- may be
8  a difference, but they may be .1 second different, .2-second
9  difference.  There wouldn't be a 15 and a 26.  There may be a
10  25, a 26, a 27, a 22.  And I don't think that's a big
11  difference.
12  Q.   But you don't know -- you're not a clinician -- do you?
13  A.   No.  This is laboratory tests, and I do know.  So now
14  we're talking about precision of a test.
15  Q.   Yes.  But you don't know what to do with those numbers?
16  A.   That is a correct statement.
17  Q.   All right.  Now, using a calibrated PT to assess
18  rivaroxaban has not been embraced to date by the laboratory
19  world?
20  A.   There has been one published literature, to my knowledge,
21  by Armando Tripodi that looked at possibly calibrating the PT
22  in the same respects that we have INRs, and that has not been
23  embraced by the coagulation world, yes.
24  Q.   Sitting here in 2017 -- we're now in August of 2017 --
25  that's a true statement?

ROBERT GOSSELIN - CROSS

1   A.   Yes.

2   Q.   Using calibrated PT to assess rivaroxaban has not been

3   embraced by the laboratory world.  True as of today?

4   A.   Yes, that is true.

5   Q.   All right.  I want to make sure that we don't overextend

6   what you're telling this jury.

7        Do you have any evidence at all of what would happen

8   in the real world to patient care if PT using Neoplastin was

9   used to assess the anticoagulant effect of rivaroxaban?  Do you

10  know?

11  A.   That sounds like a supposition question, so the answer is

12  I don't know.

13  Q.   Now, what we do know, before rivaroxaban was ever allowed

14  to be used in this country, the FDA determined it was safe and

15  effective; correct?

16  A.   I didn't read the label, but I would assume so since it

17  approved for use.

18  Q.   You know that.  I mean, any medicine approved for use in

19  the U.S. has to be approved as safe and effective; right?

20  A.   Yes.

21  Q.   All right.  Have you done any work to determine how these

22  clinical trials were done?

23  A.   No.

24  Q.   Do you know?

25  A.   No.

10:44  1  **Q.**   Okay.  If I tell you that these clinical trials were done
10:44  2  without the monitoring you're talking about, do you have any
10:44  3  reason to disagree with me?
10:44  4  **A.**   If that's what you tell me, I -- I guess I'd have to
10:44  5  believe you.
10:44  6  **Q.**   Well, you don't have to.
10:44  7  **A.**   But I'm a suspicious soul, so I'd always look at
10:44  8  literature if that were a question posed to me.
10:44  9  **Q.**   All right.  So how about -- you know that rivaroxaban has
10:44  10  been approved for use as safe and effective by the FDA now for
10:44  11  over six years; right?
10:44  12  **A.**   If you're asking me if I'm familiar with the studies, yes.
10:44  13  **Q.**   Okay.
10:44  14  **A.**   I believe some of them like ROCKET.  Is that one of them?
10:44  15  **Q.**   How about EINSTEIN?  Are you familiar with EINSTEIN?
10:44  16  **A.**   I'm familiar with the name, but I did not delve into the
10:44  17  clinical or the summary report of the FDA on those studies.
10:44  18  **Q.**   Do you know that Xarelto has been used in the real world
10:44  19  by real doctors on real patients without the monitoring that
10:44  20  you're talking about using a PT or Factor Xa assay?  Do you
10:45  21  know that?
10:45  22  **A.**   Yes.
10:45  23  **Q.**   In your familiarity with EINSTEIN, did you come to learn
10:45  24  that there was no evidence that PT Neoplastin measured in
10:45  25  seconds at peak was different in subjects with bleeding events

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:45  1   compared to subjects without bleeding events?  Did you know
10:45  2   that?
10:45  3   A.    Again, I didn't read the EINSTEIN trial.  So if that's
10:45  4   what you read --
10:45  5   Q.    Go ahead.  Finish your answer.
10:45  6   A.    I did not read EINSTEIN.  I mean, yeah, I'm familiar with
10:45  7   the title of study, but I did not read the clinic assay.
10:45  8   Q.    This gets back to the whole notion we talked about.
10:45  9         You can give a doctor a number from that machine.
10:45  10  But if that number -- it might be a really nice number, a
10:45  11  pretty number.  But if it doesn't mean anything clinically, it
10:46  12  doesn't help the doctor, does it?
10:46  13  A.    Your asking me what's going to help the physician is
10:46  14  somewhat speculative.  So I think, if I'm consulted on a -- on
10:46  15  a patient with a sample, I look -- I ask about the patient, the
10:46  16  condition of the patient, what's the result, what are other
10:46  17  laboratory tests, what medications, et cetera, et cetera.
10:46  18         So it's a little difficult to be speculative on all
10:46  19  cases.  So I'd have to disagree with the statement.
10:46  20  Q.    All right.  So let's take a look at Defense Exhibit 6079.
10:46  21  I don't think you're disagreeing with me that the EINSTEIN
10:46  22  trial actually looked at whether patients that bled had PTs
10:46  23  different than patients who didn't bleed.
10:46  24         Do you disagree with that?
10:46  25  A.    Again, I have to iterate again that I did not read the

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:46  1    EINSTEIN study.
10:46  2    Q.    All right.  Let's look at Defense Exhibit 6079, page 66.
10:46  3          MR. SARVER:  Do we have a copy for counsel, Andy?  Do
10:47  4    we have a copy for Mr. Gosselin?
10:47  5          MR. BIRCHFIELD:  Your Honor, we've been very lax
10:47  6    here, but this is way beyond the scope of my direct.  And he
10:47  7    said that this is not his area and it's not what he has
10:47  8    reviewed.  We're way off track.
10:47  9          THE COURT:  I understand.  It goes to credibility.
10:47  10   I'll allow it.
10:47  11         MR. SARVER:  Thank you, Your Honor.
10:47  12   BY MR. SARVER:
10:47  13   Q.    Mr. Gosselin, do you have Defense Exhibit 6079 in front of
10:47  14   you?
10:47  15   A.    Yes, sir.
10:47  16   Q.    Page 66.
10:47  17         MR. SARVER:  Bring that up, Jim, please.
10:47  18   BY MR. SARVER:
10:47  19   Q.    Do you see the section titled "Bleeding Risk in
10:47  20   Correlation to Prothrombin Time Prolongation"?
10:47  21   A.    Yes.
10:47  22   Q.    And do you see that this is discussing a set of clotting
10:47  23   tests using Neoplastin PT?
10:47  24   A.    Yes.
10:47  25   Q.    And do you see this is done in the Study 11702, the

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:48  1    EINSTEIN study, for DVT?  Do you see that?

10:48  2    **A.**    Well, I don't see "EINSTEIN," but I have to believe you.

10:48  3    **Q.**    All right.  11702, you see that?

10:48  4    **A.**    Yes, sir.

10:48  5    **Q.**    And you see DVT?

10:48  6    **A.**    Yes, sir.

10:48  7    **Q.**    And you know that's deep vein thrombosis?

10:48  8    **A.**    Yes, sir, I do.

10:48  9    **Q.**    Like Ms. Mingo suffered?

10:48  10   **A.**    I don't know what Ms. Mingo suffered.

10:48  11   **Q.**    You don't?

10:48  12   **A.**    Yeah.

10:48  13   **Q.**    Okay.  And you see here, in general, there was no evidence

10:48  14   that PT Neoplastin measured in seconds of peak was different in

10:48  15   subjects with bleeding events compared to subjects without

10:48  16   bleeding events.

10:48  17         Do you have any reason to disagree with that.

10:48  18   **A.**    No.

10:48  19   **Q.**    That goes to the clinical significance of the number that

10:48  20   comes out of that big machine, doesn't it?

10:48  21   **A.**    One would assume it's a clinical end point.  So, yes.

10:48  22   **Q.**    I mean, what we care about is whether -- two things;

10:48  23   right?  We care about whether rivaroxaban treats the disease

10:48  24   it's there for; right?

10:48  25   **A.**    Sir, my role is about what comes out of the machine.

OFFICIAL REALTIME TRANSCRIPT

10:48   1   **Q.**   I understand.  You're the guy that talks about what comes
10:48   2   out of the machine.  But in terms of what utility that
10:49   3   information is, that's not your role?
10:49   4   **A.**   That's correct.
10:49   5   **Q.**   Okay.  If there is evidence from the EINSTEIN clinical
10:49   6   trials that shows that the PT levels for patients who didn't
10:49   7   bleed were higher than the PT levels for patients who did
10:49   8   bleed, would that have any meaning to you or is that something
10:49   9   for somebody else?
10:49   10   **A.**   Not to me as a laboratory person.  If somebody came to me
10:49   11   and said, "I want something," I don't look at the studies to
10:49   12   determine whether or not it's a valid request or not.
10:49   13   **Q.**   You talked to the jury -- I'm going to move on a little
10:49   14   bit.  But, actually, before I do that, I'd like to talk with
10:49   15   you to some extent about some of the statements that you've
10:50   16   made in your literature.
10:50   17        And if I could go to an article that you wrote in
10:50   18   2015 titled "Assessing nonvitamin K antagonist oral
10:50   19   anticoagulants (NOACs) in the laboratory."
10:50   20        We you -- this is one where you were the lead author;
10:50   21   correct?
10:50   22   **A.**   Yes, sir.
10:50   23   **Q.**   Do you remember that -- this article?
10:50   24   **A.**   Yes, sir.
10:50   25        **MR. SARVER:**  Do we have a copy for --

ROBERT GOSSELIN - CROSS

| | | |
|---|---|---|
| 10:50 | 1 | Your Honor, may I continue to approach? |
| 10:50 | 2 | **THE COURT:**  Sure. |
| 10:50 | 3 | **MR. SARVER:**  Thank you. |
| 10:50 | 4 | BY MR. SARVER: |
| 10:50 | 5 | **Q.**   Do you see your article, Dr. Gosselin -- Mr. Gosselin? |
| 10:50 | 6 | I'm making the mistake now too. |
| 10:50 | 7 | **A.**   Thank you for the promotion again. |
| 10:50 | 8 | **Q.**   You're welcome. |
| 10:50 | 9 | **A.**   Yes, sir, I did. |
| 10:50 | 10 | **Q.**   Is this an article that you were the lead author on? |
| 10:50 | 11 | **A.**   Yes, sir. |
| 10:50 | 12 | **Q.**   Does that mean you wrote it? |
| 10:50 | 13 | **A.**   Yes, sir. |
| 10:50 | 14 | **Q.**   Okay.  I'd like to take a look at the summary at the top. |
| 10:50 | 15 | Do you see it? |
| 10:50 | 16 | **A.**   Yes, sir. |
| 10:51 | 17 | **Q.**   We start out reading, "Nonvitamin K antagonist oral |
| 10:51 | 18 | anticoagulants (NOACs)" -- does that include rivaroxaban? |
| 10:51 | 19 | **A.**   Yes, sir. |
| 10:51 | 20 | **Q.**   Okay. |
| 10:51 | 21 | -- "are being used with increasing frequency due to |
| 10:51 | 22 | their safety profile, ease of use, and given that therapeutic |
| 10:51 | 23 | monitoring is not required." |
| 10:51 | 24 | Did I read that correctly? |
| 10:51 | 25 | **A.**   Yes, you did. |

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:51  1   **Q.**   Is that a true statement?

10:51  2   **A.**   Yes, it is.

10:51  3   **Q.**   You've never retracted that statement from the

10:51  4   peer-reviewed literature, have you?

10:51  5   **A.**   No, sir.  But I think I discussed earlier with

10:51  6   Mr. Birchfield about why we talk about routine monitoring.

10:51  7   **Q.**   I understand.  But what you're -- you said a number of

10:51  8   things here.  The NOACs -- including rivaroxaban, Xarelto --

10:51  9   are being used with increasing frequency due to their safety

10:51  10  profile.

10:51  11          That's a true statement, isn't it?

10:51  12  **A.**   Yes, sir.

10:51  13  **Q.**   All right.  And also their ease of use.  You take a pill;

10:51  14  right?

10:51  15  **A.**   Well, it's an oral drug, yes.

10:51  16  **Q.**   You take a pill.  You don't have to do the stomach

10:52  17  injections like you have to do with Lovenox; right?

10:52  18  **A.**   That's correct.

10:52  19  **Q.**   Okay.  "And given that the therapeutic monitoring is not

10:52  20  required."

10:52  21          You don't caveat that statement, you just say it's

10:52  22  not required; correct?

10:52  23  **A.**   And I explained in the past where you typically refer to

10:52  24  as therapeutic monitoring for laboratorians, and this is a

10:52  25  laboratory journal.

OFFICIAL REALTIME TRANSCRIPT

852

ROBERT GOSSELIN - CROSS

10:52  1    **Q.**    Yes.  But this is what you put out -- it was

10:52  2    peer-reviewed, wasn't it?

10:52  3    **A.**    Yes, sir.

10:52  4    **Q.**    So nobody questioned you on that and said you were wrong,

10:52  5    did they?

10:52  6    **A.**    Not to my knowledge.

10:52  7    **Q.**    All right.  And you haven't tried to correct this

10:52  8    statement in the literature, have you?

10:52  9    **A.**    No, sir.

10:52  10   **Q.**    And was this article written before you began working for

10:52  11   the plaintiff lawyers?

10:52  12   **A.**    I believe so.  I believe it was accepted in May.  So it

10:52  13   would have been January.  So the answer is yes.

10:52  14   **Q.**    Right.  And you started working for the plaintiff lawyers

10:52  15   sometime in the middle of 2015?

10:52  16   **A.**    I believe in the summertime, yes.

10:52  17   **Q.**    Okay.  And at least as of the time of your deposition, you

10:53  18   had worked for the plaintiff lawyers for about 120 hours; is

10:53  19   that correct?  That's what you told us.  Does that sound right?

10:53  20   **A.**    I believe you.  Yes, it sounds about right.

10:53  21   **Q.**    And since that time of your deposition, have you done

10:53  22   further work for the plaintiff lawyers?

10:53  23   **A.**    Yes, sir.

10:53  24   **Q.**    And, now, Mr. Birchfield and you didn't talk about it.

10:53  25   You're not doing that for free, are you?

ROBERT GOSSELIN - CROSS

10:53   1   **A.**   Oh, no, sir.

10:53   2   **Q.**   Okay.

10:53   3   **A.**   I get paid $200 an hour for working at a trial and $300

10:53   4   when I'm sitting in the seat.

10:53   5   **Q.**   Because you have to answer my questions, and that's no

10:53   6   fun.

10:53   7   **A.**   I suppose that's one reason.

10:53   8   **Q.**   Sorry about that.

10:53   9        So the answer is you've been working for the

10:53   10   plaintiff lawyers for over two years now?

10:53   11   **A.**   Not full-time, but, yes, for over two years.

10:53   12   **Q.**   All right.  And it's kind of a nice thing to have this

10:53   13   kind of income in your retirement?

10:53   14   **A.**   My retirement income is really nice.

10:53   15   **Q.**   Cool.  That's good.  All right.

10:53   16        So if we take a look at your literature before you

10:54   17   began working for the plaintiff lawyers, it's going to look a

10:54   18   lot like the literature afterwards?

10:54   19   **A.**   Yes, I believe so.

10:54   20   **Q.**   Fair enough.  Now, one of the things I'd like to talk with

10:54   21   you a little bit -- well, before I do that, let me finish off

10:54   22   this exhibit so we don't make Jim jump around.

10:54   23        Would you look at the conclusion page,

10:54   24   Mr. Gosselin, please?

10:54   25   **A.**   I'm sorry.  On what?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:54 1 **Q.**   That's on page 51.

10:54 2 **A.**   This article?  Yeah, I'm sorry.

10:54 3 **Q.**   Yes, sir.  The article we've just been talking about,

10:54 4 which I think is --

10:54 5           **MR. SARVER:**  What's the exhibit number, Jim?  I

10:54 6 forgot.

10:54 7           **MR. HOY:**   1471.

10:54 8           **MR. SARVER:**  1471, for the record.  Thank you.

10:54 9 **BY MR. SARVER:**

10:54 10 **Q.**   Did you take a look at your conclusion?

10:54 11 **A.**   Yes, sir.

10:54 12 **Q.**   All right.  And the conclusion at the -- well, let's take

10:54 13 a look at the top.

10:54 14           "Nonvitamin K antagonist oral anticoagulants are the

10:54 15 emerging choice for long-term oral anticoagulation."

10:54 16           Do you see that?

10:55 17 **A.**   Yes, sir.

10:55 18 **Q.**   All right.  If we take a look, oh, goodness, about

10:55 19 two-thirds of way toward the bottom, the line starts with

10:55 20 "quantitative."

10:55 21           Do you see that?

10:55 22 **A.**   Yes, sir.

10:55 23 **Q.**   "Quantitative measurement of these agents is achievable

10:55 24 using research only or laboratory-developed assays."

10:55 25           That's a true statement?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:55 1    A.   That is a true statement.

10:55 2    Q.   Now, we're going to talk about what "research use only"

10:55 3    means in just a moment.

10:55 4         "But forthcoming FDA approval of appropriate kits,

10:55 5    calibrators, and controls may alleviate the current anxiety

10:55 6    associated with measuring the effects of NOACs."

10:55 7         I read that correctly?

10:55 8    A.   Yes, you did.

10:55 9    Q.   Was that a true statement when you wrote it.

10:55 10   A.   That's our impression, yes.

10:55 11   Q.   All right.  Sitting here today, now two years later,

10:55 12   nothing's changed; correct?

10:55 13   A.   Sadly so, nothing's changed.

10:55 14   Q.   All right.  And the reason nothing has changed is that FDA

10:55 15   has not approved any kind of a Factor Xa assay for Xarelto,

10:56 16   have they?

10:56 17   A.   It's not so much the Factor X assay because there are

10:56 18   Factor X assays that are approved.  It's the calibrators and

10:56 19   controls that are the limiting factor, in my opinion, why labs

10:56 20   were not using those tests.

10:56 21   Q.   There is no FDA-approved Factor Xa assay, calibrators, or

10:56 22   controls for rivaroxaban as of today?

10:56 23   A.   As of today, that answer is correct.

10:56 24   Q.   Now, at the bottom, do you see a conflict-of-interest

10:56 25   statement?

ROBERT GOSSELIN - CROSS

10:56  1   A.    Yes, sir.

10:56  2   Q.    All right.  And the conflict-of-interest statement refers

10:56  3   to you, RG?

10:56  4   A.    Yes, sir.

10:56  5   Q.    Robert Gosselin.  And it says that you worked on

10:56  6   Instrumentation Laboratory's advisory committee and you

10:56  7   received a speaker honoraria from Siemens; correct?

10:56  8   A.    Yes, sir.

10:56  9   Q.    And that means they paid you money?

10:56  10  A.    Yes, sir.

10:56  11  Q.    Okay.  So does Siemens make any kind of an anticoagulant

10:57  12  test?

10:57  13  A.    An anticoagulant test meaning?

10:57  14  Q.    Like a PT test.

10:57  15  A.    Oh.

10:57  16  Q.    Similar to --

10:57  17  A.    They make a vast range of tests --

10:57  18  Q.    Okay.

10:57  19  A.    -- both here and over in Europe.

10:57  20  Q.    So Siemens makes a PT test, and the reason that it was

10:57  21  important for you to note that as a potential conflict of

10:57  22  interest is so that anyone reading this article would know that

10:57  23  Robert Gosselin has a potential conflict of interest because of

10:57  24  your work with Siemens; right?

10:57  25  A.    Not worked for Siemens but provided an honoraria for

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:57  1    speaking.

10:57  2    Q.   Yes.  They paid you money, and you wanted to make sure

10:57  3    that people reading your literature knew that?

10:57  4    A.   Yes.

10:57  5    Q.   It's only fair that they know whether or not there's some

10:57  6    potential bias; correct?

10:57  7    A.   Correct.

10:57  8    Q.   Now, when you wrote the article we've been talking about

10:57  9    here -- that's a 2017 article; right?

10:58  10   A.   That is correct.

10:58  11   Q.   All right.  In that 2017 article, you had an opportunity

10:58  12   to write a conflict of interest, didn't you?

10:58  13   A.   That is correct.

10:58  14   Q.   And as of the time you wrote this article and had it

10:58  15   published, you'd been working for these plaintiff lawyers for

10:58  16   about two years?

10:58  17   A.   That's correct.

10:58  18   Q.   You didn't tell anybody, did you?

10:58  19   A.   I believe I explained that to Mr. Birchfield.

10:58  20   Q.   No.  The question is, you didn't tell anyone?  That's the

10:58  21   question.  Isn't that true?

10:58  22   A.   I did not disclose, as I explained to Mr. Birchfield, why

10:58  23   I felt it wasn't necessary.  But I also learned my colleague,

10:58  24   Dr. Adcock -- who also chose not to disclose any of her

10:58  25   disclosures.  So using her as kind of my mentor, my guide,

OFFICIAL REALTIME TRANSCRIPT

10:58   1   since she's a medical doctor, I didn't think there was a
10:58   2   conflict, as I discussed with Mr. Birchfield.
10:58   3   **Q.**   Back in 2015, you knew that it was proper to disclose a
10:58   4   bias because you had received honoraria from Siemens; true?
10:58   5   **A.**   But it you look at the article, I actually cite --
10:58   6   **Q.**   Sir, could you answer my question?
10:59   7   **A.**   I have to explain my question.
10:59   8   **Q.**   No, sir, you don't.
10:59   9         **THE COURT:**  Well, he can answer it and then explain
10:59   10  it.
10:59   11  **BY MR. SARVER:**
10:59   12  **Q.**   Please answer my question first.  Back in 2015, when you
10:59   13  wrote the article we've just been talking about, you disclosed
10:59   14  a bias, potential conflict, because of your honoraria from
10:59   15  Siemens.  That's just true?
10:59   16  **A.**   And -- yes.
10:59   17  **Q.**   Now explain.
10:59   18  **A.**   Now?  From being on the IL advisory board.  But the reason
10:59   19  that I felt that it was necessary is that if you look at the
10:59   20  papers, I actually cite reagents from those companies.  And so
10:59   21  for me, that looked like it may serve as an advantage to the
10:59   22  company, which is part of the disclosure issue, that you may be
10:59   23  putting forth information that benefits a company that you
10:59   24  received honoraria or had a financial tie to that warrants
10:59   25  disclosure.

ROBERT GOSSELIN - CROSS

10:59  1          So this is why I felt it was necessary in this

10:59  2   article, because I did disclose and I did work with two

10:59  3   companies that I actually put their reagents in -- their

10:59  4   specific reagents in the graphs and in the text.

10:59  5   Q.   All right.  Now, as of 2017, you have been working for the

11:00  6   plaintiff lawyers.  They have been paying you $200 an hour;

11:00  7   right?

11:00  8   A.   Yes, sir.

11:00  9   Q.   You wrote another article in the scientific literature;

11:00 10   true?

11:00 11   A.   Yes, sir.

11:00 12   Q.   And you knew these plaintiff lawyers were suing Janssen

11:00 13   and Bayer.  You knew that, didn't you?

11:00 14   A.   Yes, sir.

11:00 15   Q.   And you knew that they wanted money from Janssen and

11:00 16   Bayer.  You knew that?

11:00 17   A.   I assumed that.  They didn't tell me that.

11:00 18   Q.   And they were paying you, and yet you wrote an article in

11:00 19   the scientific literature where you never told anyone that you

11:00 20   were working for the plaintiff lawyers?

11:00 21   A.   I believe I discussed that answer with Mr. Birchfield.

11:00 22   Q.   The answer is that's true?

11:00 23   A.   That's true, for the reasons that I gave to Mr. Birchfield

11:00 24   earlier.

11:00 25   Q.   All right.  Is it correct, Mr. Gosselin, that Xarelto has

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

11:00  1    highly predictable pharmacokinetics and pharmacodynamics?

11:01  2    **A.**   Based on what I've read in the literature, the answer is

11:01  3    yes.  But I'm not a pharmacologist or a pharmacy doctor.

11:01  4    **Q.**   It's not just what you read in the literature, is it?

11:01  5    It's what you have written on multiple occasions.  You have

11:01  6    written in the peer-review published literature that Xarelto

11:01  7    has highly predictable pharmacokinetic and pharmacodynamic

11:01  8    effects; isn't that true?

11:01  9    **A.**   That's true, but my coauthors are the clinicians on that,

11:01  10   so that would be their statement.

11:01  11   **Q.**   Has anyone ever called you out on that and said, "You got

11:01  12   that wrong"?

11:01  13   **A.**   No, sir.

11:01  14   **Q.**   Are you satisfied that that is a true statement of

11:01  15   science?

11:01  16   **A.**   Yes, sir.

11:01  17   **Q.**   Okay.  Are you also satisfied that Xarelto has a wide

11:01  18   therapeutic range?

11:01  19   **A.**   I would agree with that.

11:01  20   **Q.**   And "a wide therapeutic range" means that Xarelto can be

11:01  21   used to treat patients at lower doses and higher doses;

11:01  22   correct?

11:02  23   **A.**   Well, I think we're struggling with the therapeutic range

11:02  24   issues.  And this implies what we tend to use in the laboratory

11:02  25   now from Dr. Cooper and Dr. Moll is that we talk about an

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

11:02  1   on-therapy range, and that can be quite wide, yes.

11:02  2   **Q.**   And because of the predictable pharmacokinetics,

11:02  3   pharmacodynamics and wide therapeutic range, routine laboratory

11:02  4   measurement of Xarelto is not required?

11:02  5   **A.**   In the context I described "routine" with Mr. Birchfield,

11:02  6   the answer is yes.

11:02  7   **Q.**   And I think we've said this.  I want to make sure:  Today,

11:02  8   as of August 11th, 10th, whatever we are, 2017, there's

11:02  9   currently no FDA-approved commercial rivaroxaban-specific

11:02  10  calibrators or controls available for use in the United States?

11:03  11  **A.**   True.

11:03  12  **Q.**   True.  All right.  Now I'd like to talk about Factor Xa

11:03  13  assay.

11:03  14  **A.**   Yes, sir.

11:03  15  **Q.**   All right.  I think you talked about that a little bit

11:03  16  with Mr. Birchfield.

11:03  17  **A.**   Very little.

11:03  18  **Q.**   Very little.  Okay.

11:03  19         Currently, there are no FDA-approved commercial

11:03  20  rivaroxaban-specific calibrators or controls available for use

11:03  21  in the United States, and that includes the Factor Xa assay?

11:03  22  **A.**   Well, again, I'm not sure that the FDA needs to validate a

11:03  23  particular kit for measuring anti-Xa, but, again, that's a

11:03  24  regulatory issue.  But certainly there are no FDA-approved

11:03  25  calibrators and controls.

ROBERT GOSSELIN - CROSS

11:03   1    **Q.**   All right.  Fair enough.

11:03   2          You have used a Factor Xa assay in your work at

11:03   3    UC Davis; correct?

11:03   4    **A.**   Yes, sir.

11:03   5    **Q.**   And you've used that because doctors at UC Davis Medical

11:03   6    System, they prescribe Xarelto to their patients?

11:04   7    **A.**   Doctors and pharmacists, yes, sir.

11:04   8    **Q.**   And you knew that, and you never told them not to, did

11:04   9    you?

11:04  10    **A.**   No, sir.

11:04  11    **Q.**   All right.  So you know that at times blood samples for

11:04  12    patients on rivaroxaban have come into your laboratory; true?

11:04  13    **A.**   Yes, sir.

11:04  14    **Q.**   And because you didn't have Neoplastin PT, you didn't use

11:04  15    Neoplastin PT even once on those samples; correct?

11:04  16    **A.**   Yes, sir.

11:04  17    **Q.**   You did use a research only -- research use only Factor Xa

11:04  18    assay; correct?

11:04  19    **A.**   No, sir.

11:04  20    **Q.**   You did use a research-only -- research-use-only Factor Xa

11:04  21    assay; correct?

11:04  22    **A.**   No, sir.

11:04  23    **Q.**   You used the Factor Xa assay?

11:04  24    **A.**   I used an FDA-approved Factor Xa assay.

11:04  25    **Q.**   But not for Xarelto.  The FDA has never approved a

ROBERT GOSSELIN - CROSS

11:04  1   Factor Xa assay for Xarelto, as of today?

11:04  2   A.   Again, I'm not sure of the regulatory issues, if it needs

11:04  3   to be approved specifically for Xarelto or any anti-Xa because

11:04  4   the test does measure anti-Xa.  I'm not sure of the approval

11:04  5   process for each kind of drug.  I'm not sure of the regulatory

11:05  6   issues.

11:05  7   Q.   I don't want to push you beyond where you're comfortable,

11:05  8   but let me ask you this:  You're familiar with a company called

11:05  9   Stago Diagnostics; right?

11:05  10  A.   It's pronounced "Stago," yes, sir.  Diagnostica Stago.

11:05  11  Q.   It sounds like a foreign company; is that right?

11:05  12  A.   Their home base is in France.

11:05  13  Q.   Okay.  Diagnostica Stago.  Did I get it right that time?

11:05  14  A.   Yes, sir.

11:05  15  Q.   So they have tried -- that company has been trying to get

11:05  16  the FDA to approve a Factor Xa assay for use in the United

11:05  17  States; right?

11:05  18  A.   Yes, sir.

11:05  19  Q.   They have failed.  The FDA has not approved that Factor Xa

11:05  20  assay for use in this country?

11:05  21  A.   That is a correct statement, if I get to expand why.

11:05  22  Q.   Absolutely.  Tell us why.

11:05  23  A.   Well, the FDA at the workshop, they kind of explained why

11:05  24  there's a difficult process for approval of these, is that the

11:05  25  FDA now wants to have not only the intended use of the assay,

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

1    but they want clinical outcome studies.  And that would be

2    cost-prohibitive for a company that just makes reagents.  So

3    that's the process that's kind of delaying this, is what the

4    FDA now wants.

5              Before, in the old days, it was just a matter of

6    taking a test and comparing it to a predicate, like mass

7    spectrometry.  But I believe they kind of set back a little

8    bit, and now there's company that's close to being, my

9    understanding, of getting approval process for calibrators and

10   control, and that would be Instrumentation Laboratory, or IL.

11   Q.   Let's break it down a little bit.  The FDA has not

12   approved Diagnostica Stago --

13   A.   You're fine.

14   Q.   Thank you.

15             -- their efforts to introduce in the United States a

16   Factor Xa assay for Xarelto.  They have not approved that?

17   A.   They have not approved that.

18   Q.   And the reason you told us they haven't approved it is

19   because the FDA is asking the company to prove that there is an

20   intended use of that test?

21   A.   An intended use, that's one of the stipulations, yes.

22   Q.   Yes.  And what we're talking about now is, again, we're

23   back to this -- that machine spits out a number; right?

24   A.   Yes, sir.

25   Q.   And then the question is:  Does that have any meaning

ROBERT GOSSELIN - CROSS

1    whatsoever to any doctor on the planet?  That's really what has
2    happened with Diagnostica Stago.  They haven't been able to
3    show that that assay was meaningful, useful at all.
4    A.    No, sir, I don't think that's the reason.  I think the
5    reason is that, when they did a cost analysis of whether it's
6    feasible to do a study, how many patients would have to enroll,
7    it was cost-prohibitive.  I don't actually know that they had
8    any studies done, if they even got off the ground.  I have no
9    idea.
10          Since then, again, the FDA is now allowing another
11   company, Instrumentation Laboratory, to look at mass
12   spectrometry as the predicate.  That's a lot easier to
13   accomplish this kind of comparison study.
14   Q.    So what was missing from Diagnostica Stago's application
15   is the proof of how doctors would use their test; correct?
16   A.    Again, I'm not sure about the submission and how it worked
17   out, but I know that Stago decided to pull out, and IL seems to
18   have an easier path.  So it looks like just bad timing on
19   Stago's part.
20   Q.    Now, I think one of the other things you told us was that
21   the FDA was actually demanding some clinical studies.
22          Do you remember telling us that?
23   A.    That was what they indicated at the workshop in 2015, in
24   October of 2015.
25   Q.    And what they would be looking for is -- okay, when the

ROBERT GOSSELIN - CROSS

11:08  1    drug comes on the market, you know that there have to be
11:08  2    clinical studies, clinical trials, that prove it's safe and
11:08  3    effective.  You know that; right?
11:08  4    A.    Yes.
11:08  5    Q.    So the FDA was looking for Stago to prove that the use of
11:08  6    this assay would be safe and effective in people; right?
11:08  7    A.    Again, I'm not sure what the goal of FDA was because the
11:08  8    podium and the panelists of the physicians and the laboratory
11:09  9    people thought the request was rather absurd, their requirement
11:09  10   for getting a test approved in the United States.
11:09  11   Q.    And the FDA could never determine, and has never
11:09  12   determined, that that assay had any clinical significance for
11:09  13   patients on Xarelto.  That's never happened?
11:09  14   A.    Again, I don't know the submission that -- if Stago even
11:09  15   made a preclinical submission or they submitted any data, so
11:09  16   I'm not sure what the FDA did or didn't do.
11:09  17           All I know is that another company has submitted to
11:09  18   the FDA for their product, and it's currently in process.
11:09  19   Q.    Is it correct that you do not advocate the routine use of
11:09  20   these assays to estimate rivaroxaban concentration?  And that's
11:09  21   the Factor Xa assay.  Is that true?
11:09  22   A.    Again, as described to Mr. Birchfield, what we consider to
11:09  23   be routine assessment, what we're used to in the past as far as
11:09  24   episodic and frequent, I would agree with that statement.
11:10  25   Q.    All right.  I'm trying to make a clean record.  I would

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

11:10  1   ask you to listen to my question and answer my question.  Will

11:10  2   you do that for me, sir?

11:10  3            MR. BIRCHFIELD:  He answered question.

11:10  4            THE COURT:  Yeah, I thought he answered it too.

11:10  5            MR. SARVER:  Thank you.

11:10  6   BY MR. SARVER:

11:10  7   Q.   All right.  Is it true that we do not have a routine use

11:10  8   of these assays to estimate rivaroxaban concentration?  Is that

11:10  9   true?

11:10  10  A.   And you're reading that from what, sir?

11:10  11  Q.   One of your articles.

11:10  12  A.   Which one?  In what context?

11:10  13  Q.   Sir, I'm asking you, sitting here on the stand testifying

11:10  14  under oath, is that true?

11:10  15  A.   If you say I wrote that.  But I think we have to put it

11:10  16  into the context it's written in.  Again, I think that you're

11:10  17  misunderstanding that.  If you look at my articles, there's

11:10  18  lots of conditions where we look at these levels, and in the

11:10  19  last several articles, we talk about what's the use of the

11:10  20  test?  Is it to rule out drug -- is it to measure the drug?

11:10  21  Those are all different indications of what test we want to

11:10  22  use.

11:10  23            So for you to read one sentence out of a paper that

11:11  24  may be six pages long, I think is disingenuous.

11:11  25  Q.   All right.  Let's take a look at the paper.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

| | | |
|---|---|---|
| 11:11 | 1 | **A.**   And so it's hard for me to comment. |
| 11:11 | 2 | **Q.**   Would you like to look at the paper? |
| 11:11 | 3 | **A.**   Sure. |
| 11:11 | 4 | **Q.**   Defense Exhibit 1470. |
| 11:11 | 5 | **MR. SARVER:**  Jim, if you could pull it up for us. |
| 11:11 | 6 | **BY MR. SARVER:** |
| 11:11 | 7 | **Q.**   I'll give you a copy, Dr. Gosselin.  I did it again. |
| 11:11 | 8 | **A.**   I'm not a doctor. |
| 11:11 | 9 | **Q.**   Is this an article you wrote, Mr. Gosselin? |
| 11:11 | 10 | **A.**   Yes. |
| 11:11 | 11 | **Q.**   And you're the lead author here, so that means you wrote |
| 11:11 | 12 | it? |
| 11:11 | 13 | **A.**   Yes, sir. |
| 11:11 | 14 | **Q.**   So do you remember this one?  It's from 2015. |
| 11:11 | 15 | **A.**   I remember the article, yes. |
| 11:11 | 16 | **Q.**   Can you tell us, is it before or after you began working |
| 11:11 | 17 | for the plaintiff lawyers? |
| 11:11 | 18 | **A.**   I can't tell you because it doesn't look like they have a |
| 11:11 | 19 | submission date, which usually they have on the front page.  So |
| 11:11 | 20 | it's unclear when it was published or submitted, so I'm not |
| 11:11 | 21 | really sure. |
| 11:11 | 22 | **Q.**   I would like to direct your attention to page 783 of your |
| 11:12 | 23 | article. |
| 11:12 | 24 | Did you find that page? |
| 11:12 | 25 | **A.**   Yes, sir. |

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

11:12  1   **Q.**   All right.  And I direct your attention to the screen in
11:12  2   front of you.  Or you can look at the paper, whichever is
11:12  3   easiest for you.
11:12  4        Do you see that you wrote, "We do not advocate the
11:12  5   routine use of these assays to estimate rivaroxaban
11:12  6   concentration"?
11:12  7   **A.**   Yes, sir.
11:12  8   **Q.**   Did you write that?
11:12  9   **A.**   Yes, sir.  Once again, you skipped the line before that.
11:12  10  And I think that's germane to that sentence, so you're taking
11:12  11  the sentence out of context.
11:12  12  **Q.**   Read the line before it.
11:12  13  **A.**   We're talking about the low-chromogenic Xa assays, so
11:12  14  we're looking at whether or not we can use heparin-calibrated
11:12  15  Xa assays -- so we're not talking about Xarelto-calibrated
11:12  16  assays -- can be used in emergency situations.
11:12  17        "We do not advocate the use of heparin-calibrated
11:12  18  anti-Xa tests."
11:13  19        So you are taking the sentence out of context, which
11:13  20  is, "We do not encourage the routine use for
11:13  21  heparin-calibrated anti-Xa testing."
11:13  22  **Q.**   Let's put it in context for the jury because, like you
11:13  23  say, context is important.
11:13  24  **A.**   Yes.
11:13  25  **Q.**   In the United States today, there are heparin-calibrated

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

11:13  1  assays available for use?

11:13  2  **A.**   There are FDA-approved calibrators for use in the United

11:13  3  States, yes.

11:13  4  **Q.**   But -- now, here's context -- there is no such

11:13  5  FDA-approved calibrated assay for rivaroxaban, is there?

11:13  6  **A.**   Again, I'm not sure when you say "assay," that's talking

11:13  7  about the kit versus the whole component.  There are no

11:13  8  FDA-approved calibrators or controls in the United States.

11:13  9  **Q.**   So if someone wanted to use an FDA-approved assay with

11:13  10  calibrators and controls, they would not be able to use one for

11:13  11  rivaroxaban, would they?

11:13  12  **A.**   Oh, that's not a true statement, because you can get

11:13  13  rivaroxaban from a chemical company and make your own

11:13  14  calibrators and controls.

11:13  15  **Q.**   If you want to and you're able to, you can do that?

11:14  16  **A.**   If you have a lab and you have an instrument and you have

11:14  17  a capacity to order from Sigma-Aldrich, you can buy it from a

11:14  18  chemical company.  It's very easy to get it.

11:14  19  **Q.**   And if you did that, you wouldn't be using an FDA-approved

11:14  20  test, would you?  Because you made it up.

11:14  21  **A.**   It would be a lab-developed test because you manufactured

11:14  22  the test in your own lab.  That does not preclude you from

11:14  23  using the test in the lab.  It just means you have to have a

11:14  24  little bit more robustness in your method validation.

11:14  25  **Q.**   You've got to be a little creative and do it on your own?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

11:14  1   **A.**   It's possible to do it our your own, but you can also buy

11:14  2   the commercial calibrators.   Just because they're not

11:14  3   FDA-approved, you can still purchase them.

11:14  4   **Q.**   And to make sure we stay in context --

11:14  5   **A.**   Yes, sir.

11:14  6   **Q.**   -- let's go back to the article.   You wanted to read the

11:14  7   sentence before.   Let's read the sentence after.   Shall we?

11:14  8   **A.**   The sentence after?   That was the one you just read.

11:14  9   **Q.**   No.   "We do not advocate the routine use of these assays

11:14  10  to estimate rivaroxaban concentration."   Furthermore.

11:14  11  "Furthermore, it is unclear what level of rivaroxaban is safe

11:15  12  to pursue interventional procedures such as neuraxial

11:15  13  anesthesia."

11:15  14            Did I read that correctly?

11:15  15  **A.**   At the time in 2015, that was a correct statement.

11:15  16  **Q.**   And you would not put it in your literature if it were not

11:15  17  correct?

11:15  18  **A.**   At the time in 2015, we did not have the data we have

11:15  19  today.   So that would change if I were to write that today.

11:15  20  **Q.**   And you know that rivaroxaban was approved as safe and

11:15  21  effective in 2011, four years before your article?

11:15  22  **A.**   Yes, sir.

11:15  23  **Q.**   Now, I'd like to take a look at Defense Exhibit --

11:15  24            **MR. SARVER:**   Can you read that for me, Madison?   I

11:15  25  can't read it --

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

11:15 1   **BY MR. SARVER:**
11:15 2   **Q.**   -- 2693.
11:15 3         Do you remember an article you wrote called
11:16 4   "Laboratory Assessment of Direct Oral Anticoagulants"?
11:16 5   **A.**   Can you flip it over, please, so I can just see the front
11:16 6   of it?
11:16 7   **Q.**   I'm going to give it to you in just a moment.
11:16 8         Do you remember it?
11:16 9   **A.**   If you flip the front over, I can maybe tell you if
11:16 10  that -- is that first author -- is the first author Douxfils?
11:16 11  **Q.**   Do you remember --
11:16 12  **A.**   Yes, sir.
11:16 13  **Q.**   -- this article, sir?
11:16 14  **A.**   Yes, sir.
11:16 15  **Q.**   And you were the -- I guess it was just you and Jonathan
11:16 16  Douxfils?
11:16 17  **A.**   Yes, sir.
11:16 18  **Q.**   You pronounce his name.  You know the fellow, don't you?
11:16 19  **A.**   Actually, I don't.  I just met the man, and I've never
11:16 20  called him by his last name.
11:16 21  **Q.**   Can we -- is it okay?  "Douxfils" is okay?
11:16 22  **A.**   Let's call him "Douxfils," yes.
11:16 23  **Q.**   Douxfils.  Okay.  You and Jonathan Douxfils.
11:16 24        In this article, you actually looked at whether or
11:16 25  not there was a way to establish a cutoff for bleeding risk.

ROBERT GOSSELIN - CROSS

11:16   1   Do you remember that?

11:16   2   **A.**   No, I don't.

11:16   3   **Q.**   Okay.  I'm going to --

11:16   4   **A.**   Which table are you referring to?

11:16   5   **Q.**   Table 9, I believe.  It's a table on page 9.

11:17   6        For the jury, I'm going to put up the cardboard.  Am

11:17   7   I providing the same table to the jury with some yellow

11:17   8   highlights on it that's not on your paper?

11:17   9   **A.**   It appears so, yes.

11:17   10   **Q.**   Okay.  All right.  Is this your article?

11:17   11   **A.**   Yes.

11:17   12   **Q.**   And in your article on page 9, you looked at a number of

11:17   13   the different molecules?

11:17   14   **A.**   Yes, sir.

11:17   15   **Q.**   And you looked at the different NOACs.  You looked at the

11:17   16   dabigatran, you looked at rivaroxaban, you looked at apixaban

11:17   17   and edoxaban; right?

11:17   18   **A.**   Yes, sir.

11:17   19   **Q.**   And your last column, could you read for the jury, what is

11:17   20   your last column?

11:17   21   **A.**   It says, "Cutoff for risk of bleeding, units of

11:18   22   expression."

11:18   23   **Q.**   Now, I want to go down to rivaroxaban -- I'm sorry,

11:18   24   ma'am -- rivaroxaban and apixaban.

11:18   25        Do you see that line?

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

11:18  1    A.    Which test are we referring to?

11:18  2    Q.    Why don't you go with PT because that's the one we care

11:18  3    about.

11:18  4    A.    Rivaroxaban and edoxaban.  Edoxaban, not apixaban.

11:18  5    Q.    I'm sorry.  If I say said it wrong, my apologies.

11:18  6    Edoxaban and rivaroxaban?

11:18  7    A.    Yes, sir.

11:18  8    Q.    Now, I want you to go over to your last column --

11:18  9    A.    Yes, sir.

11:18 10    Q.    -- where it says "Cutoff for a risk of bleeding."

11:18 11          Do you see that?

11:18 12    A.    I do.

11:18 13    Q.    What does it say in term of rivaroxaban and edoxaban using

11:18 14    PT?

11:18 15    A.    "Not established."

11:18 16    Q.    So you don't know what the cutoff level is for a risk of

11:18 17    bleeding for rivaroxaban and edoxaban?

11:18 18    A.    And edoxaban, yes.

11:18 19    Q.    And when was that article published?

11:18 20    A.    Just a few months ago.

11:18 21    Q.    So as of 2017, that level is not established, at least to

11:18 22    your knowledge?

11:19 23    A.    To my knowledge, yes.

11:19 24    Q.    Do you think that might be something that is important to

11:19 25    a clinician?

ROBERT GOSSELIN - CROSS

11:19  1    A.    That's a clinical decision.  I'm going to step away from
11:19  2    that one.
11:19  3    Q.    Right.  But when Mr. Birchfield asked you about what's
11:19  4    important to clinicians, you were willing to answer.  Why not
11:19  5    me?
11:19  6    A.    You're asking about the result, I believe, the window or
11:19  7    the range and host of the test.  If I think the test is
11:19  8    important, yes.  If you're asking about therapeutic guidelines
11:19  9    or therapeutic windows or -- that's outside my area of
11:19 10    expertise.
11:19 11    Q.    Do you agree that rivaroxaban has predictable
11:19 12    pharmacokinetics and it is not affected by diet?
11:19 13    A.    By?  I'm sorry?
11:19 14    Q.    By diet, what you eat.
11:19 15    A.    I believe there was a study by Kubitza back in 2008 that
11:19 16    looked at food intake.  While they recommend intake with food,
11:20 17    it does help the absorption, if I recall correctly.  But unlike
11:20 18    warfarin that's affected by vitamin K, green leafy
11:20 19    vegetables -- in the same context as warfarin?  No, it's not
11:20 20    affected by diet.
11:20 21    Q.    Okay.  In terms of predictable pharmacokinetics and
11:20 22    pharmacodynamics, that's something you published multiple
11:20 23    times; right?
11:20 24    A.    I've written that phrase, yes.
11:20 25    Q.    Let me ask you something that you may have never been

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

11:20 1  asked:  Can you take enough rivaroxaban to kill yourself?

11:20 2  A.   I don't know the answer.  I know that we've had patients

11:20 3  who have come into the emergency department bleeding that have

11:20 4  had very, very high levels.

11:20 5  Q.   Were you aware of what the dosage range for rivaroxaban

11:20 6  have been tested and published in the literature?

11:20 7  A.   I think, again, from the early studies of Kubitza, I think

11:20 8  I've looked at some of the ones that said 1.5 to 80, I believe.

11:21 9  Again, it's a memory issue.

11:21 10  Q.   So you know that test results for rivaroxaban, they did a

11:21 11  range of 1.5 milligrams all the way up to 80 milligrams, and

11:21 12  they gave that to humans; correct?

11:21 13  A.   Yes.

11:21 14  Q.   And that there was no increased risk of bleeding in that

11:21 15  study between 1.5 milligrams and 80 milligrams of Xarelto?

11:21 16  A.   That, I can't comment on because my interest in the

11:21 17  article was about the laboratory testing, not about the

11:21 18  outcomes.

11:21 19  Q.   Have you read the literature that talked about the massive

11:21 20  ingestions of rivaroxaban, massive ingestions, without

11:21 21  bleeding?  Have you read that literature?

11:21 22  A.   No.

11:21 23  Q.   Can you explain to the jury one of the reasons why you can

11:21 24  take in just a huge amount of rivaroxaban and yet not overdose?

11:21 25  A.   No.

ROBERT GOSSELIN - CROSS

11:21    1    **Q.**    You simply don't know?

11:21    2    **A.**    I don't know.

11:21    3    **Q.**    Would one reason be that there is a ceiling effect of

11:22    4    rivaroxaban?

11:22    5    **A.**    That would be speculative.  I don't know what that ceiling

11:22    6    would be.

11:22    7           Again, we have had patients come in that have had

11:22    8    significant bleeding and really high levels.  So I don't know

11:22    9    what that ceiling would be.

11:22    10   **Q.**    Let's take a look at Defense Exhibit 1105.

11:22    11          **MR. SARVER:**  May I approach, Your Honor?

11:22    12              Do you need more water?  We'll get --

11:22    13          **THE WITNESS:**  Yes, please.

11:22    14          **THE COURT:**  Dean, can you get him more water?

11:22    15          **MR. BIRCHFIELD:**  Your Honor, we're getting way beyond

11:22    16   the scope of --

11:22    17          **THE COURT:**  Yes.  We're going to have to finish up

11:22    18   soon.

11:22    19          **MR. BIRCHFIELD:**  -- the scope of his testimony.

11:22    20          **MR. SARVER:**  All right, Your Honor.  In that case,

11:22    21   I'll...

11:22    22   **BY MR. SARVER:**

11:22    23   **Q.**    Let me just ask the general question:  You have not read

11:22    24   any of the literature talking about massive ingestion of

11:22    25   rivaroxaban and it simply didn't cause bleeding?

ROBERT GOSSELIN - CROSS

| | | |
|---|---|---|
| 11:22 | 1 | **A.**   No, sir, I did not. |
| 11:22 | 2 | **THE COURT:**  Are you about finished, counsel? |
| 11:23 | 3 | **MR. SARVER:**  We are, Your Honor. |
| 11:23 | 4 | **BY MR. SARVER:** |
| 11:23 | 5 | **Q.**   And is it correct, Mr. Gosselin, that you simply have no |
| 11:23 | 6 | understanding of how Xarelto has performed in the real world? |
| 11:23 | 7 | **A.**   I have limited understanding.  I would not say no |
| 11:23 | 8 | understanding, but a limited understanding, yes. |
| 11:23 | 9 | **Q.**   All right.  You have no evidence to say that Xarelto has |
| 11:23 | 10 | not been safe and effective in the real world? |
| 11:23 | 11 | **A.**   No evidence or the contrary, yes. |
| 11:23 | 12 | **MR. SARVER:**  Thank you, sir.  I appreciate you |
| 11:23 | 13 | answering my questions today. |
| 11:23 | 14 | **THE WITNESS:**  Thank you, sir. |
| 11:23 | 15 | **THE COURT:**  Do you have much redirect? |
| 11:23 | 16 | **MR. BIRCHFIELD:**  Yes, sir. |
| 11:23 | 17 | **THE COURT:**  Okay.  I'm going to have to stop at |
| 11:23 | 18 | 11:30. |
| 11:23 | 19 | All right.  Before we start it, we'll stop here |
| 11:23 | 20 | then.  I'm going to have to stop, members of the jury, and take |
| 11:23 | 21 | a longer lunch break today.  I'll be back at 1:15.  We'll start |
| 11:24 | 22 | at 1:15. |
| 11:24 | 23 | Court will stand in recess. |
| 11:24 | 24 | **THE DEPUTY CLERK:**  All rise. |
| 11:24 | 25 | (WHEREUPON, the jury exited the courtroom.) |

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

1       **(LUNCHEON RECESS)**

2            * * * * *

3              *****

4            <u>**CERTIFICATE**</u>

5        I, Jodi Simcox, RMR, FCRR, Official Court Reporter

6   for the United States District Court, Eastern District of

7   Louisiana, do hereby certify that the foregoing is a true and

8   correct transcript, to the best of my ability and

9   understanding, from the record of the proceedings in the

10  above-entitled and numbered matter.



13                  *s/Jodi Simcox, RMR, FCRR*
                    Jodi Simcox, RMR, FCRR
14                  Official Court Reporter

OFFICIAL REALTIME TRANSCRIPT