1                 UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA

2

3  ***************************************************************

4  IN RE: XARELTO (RIVAROXABAN)
   PRODUCTS LIABILITY LITIGATION

5

6                            CIVIL ACTION NO. 14-MD-2592 "L"
                          JACKSON, MISSISSIPPI

7                            MONDAY, AUGUST 14, 2017, 8:30 A.M.

8  THIS DOCUMENT RELATES TO:

9  DOCKET NO. 14-MD-2592
   *DORA MINGO, ET AL. V.*
   *JANSSEN RESEARCH & DEVELOPMENT,*

10 *LLC, ET. AL.,*
   CASE NO. 15-CV-3469

11 ***************************************************************

12

13              **DAY VI  MORNING SESSION**
          TRANSCRIPT OF JURY TRIAL PROCEEDINGS

14      HEARD BEFORE THE HONORABLE ELDON E. FALLON
          UNITED STATES DISTRICT JUDGE

15

16

17 APPEARANCES:

18 FOR THE PLAINTIFFS'
   LIAISON COUNSEL:         GAINSBURGH BENJAMIN DAVID

19                     MEUNIER & WARSHAUER
                    BY:  GERALD E. MEUNIER, ESQ.

20                     2800 ENERGY CENTRE
                    1100 POYDRAS STREET

21                     NEW ORLEANS, LOUISIANA  70163

22

23 FOR THE PLAINTIFFS:        BEASLEY ALLEN
                    BY:  ANDY BIRCHFIELD, ESQ.

24                     P.O. BOX 4160
                    MONTGOMERY, ALABAMA  36103

25

                  ***OFFICIAL TRANSCRIPT***

1   APPEARANCES CONTINUED:

2

3                              GAINSBURGH BENJAMIN DAVIS
                               MEUNIER & WARSHAUER
4                              BY:  WALTER C. MORRISON, IV, ESQ.
                               240 TRACE COLONY PARK DRIVE
5                              SUITE 100
                               RIDGELAND, MISSISSIPPI  39157

6

7

                               GOZA HONNOLD
8                              BY:  BRADLEY D. HONNOLD, ESQ.
                               11181 OVERBROOK ROAD, SUITE 200
9                              LEAWOOD, KANSAS  66211

10

11                             THE LAMBERT FIRM
                               BY:  EMILY JEFFCOTT, ESQ.
12                             701 MAGAZINE STREET
                               NEW ORLEANS, LOUISIANA  70130

13

14

                               LEVIN FISHBEIN SEDRAN & BERMAN
15                             BY:  FREDERICK S. LONGER, ESQ.
                               510 WALNUT STREET
16                             SUITE 500
                               PHILADELPHIA, PENNSYLVANIA  19106

17

18
    FOR THE DEFENDANT BAYER
19  HEALTHCARE PHARMACEUTICALS
    INC. AND BAYER PHARMA AG:   MITCHELL WILLIAMS SELIG GATES &
20                             WOODYARD, P.L.L.C.
                               BY:  LYN P. PRUITT, ESQ.
21                             425 W. CAPITOL AVENUE, SUITE 1800
                               LITTLE ROCK, ARKANSAS  72201

22

23

                               WATKINS & EAGER, PLCC
24                             BY:  WALTER T. JOHNSON, ESQ.
                               400 EAST CAPITOL STREET
25                             JACKSON, MISSISSIPPI  39201

                          *OFFICIAL TRANSCRIPT*

1   APPEARANCES CONTINUED:

2

3                              BRADLEY ARANT BOULT CUMMINGS, LLP
                               BY:  LINDSEY C. BONEY, IV, ESQ.
4                              ONE FEDERAL PLACE
                               1819 FIFTH AVENUE NORTH
5                              BIRMINGHAM, ALABAMA  35203

6

7   FOR JANSSEN PHARMACEUTICALS,
    INC. AND JANSSEN RESEARCH &
8   DEVELOPMENT, LLC:          BARRASSO USDIN KUPPERMAN FREEMAN &
                               SARVER, LLC
9                              BY:  RICHARD E. SARVER, ESQ.
                               909 POYDRAS STREET, 24TH FLOOR
10                             NEW ORLEANS, LOUISIANA  70112

11

12  OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                               CERTIFIED REALTIME REPORTER
13                             REGISTERED MERIT REPORTER
                               500 POYDRAS STREET, ROOM B-275
14                             NEW ORLEANS, LA  70130
                               (504) 589-7779
15                             Cathy_Pepper@laed.uscourts.gov

16

17  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

18

19

20

21

22

23

24

25

                         *OFFICIAL TRANSCRIPT*

1

# **I N D E X**

2

3                                                                        <u>PAGE</u>

4

5    **HENRY RINDER, M.D.**.................................. 1247

6    LUNCHEON RECESS..................................... 1344

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*OFFICIAL TRANSCRIPT*

1                      **P-R-O-C-E-E-D-I-N-G-S**

2                 M O R N I N G   S E S S I O N

3                   MONDAY, AUGUST 14, 2017

4                  (COURT CALLED TO ORDER)

5

6

7          (WHEREUPON, at 8:32 a.m., the jury panel enters the

8   courtroom.)

9          THE DEPUTY CLERK:  All rise.

10          THE COURT:  Be seated, please.

11             Good morning, Ladies and Gentlemen of the Jury.

12   I hope you all had a nice weekend.  It was wet, and I hope

13   everybody was able to stay out of the rain.

14            Okay.  Call your witness.

15         MR. BIRCHFIELD:  Good morning, Your Honor.  At this

16   time, the plaintiff, Dora Mingo, would call Dr. Henry Rinder.

17         THE DEPUTY CLERK:  Please raise your right hand.  Do

18   you solemnly swear that the testimony you are about to give

19   will be the truth, the whole truth, and nothing but the truth,

20   so help you God?

21         THE WITNESS:  I do.

22                 **HENRY RINDER, M.D.**

23   was called as a witness and, after being first duly sworn by

24    the Clerk, was examined and testified on his oath as follows:

25         THE DEPUTY CLERK:  Sir, please have a seat, state and

                          *OFFICIAL TRANSCRIPT*

Timestamps:
08:33:56 (line 8)
08:33:56 (line 9)
08:34:10 (line 10)
08:34:18 (line 11)
08:34:20 (line 12)
08:34:24 (line 13)
08:34:27 (line 14)
08:34:31 (line 15)
08:34:32 (line 16)
08:34:50 (line 17)

1    spell your name for the record.

08:35:06  2        THE WITNESS:  My name is Henry Michael Rinder,

08:35:09  3    H-E-N-R-Y, M-I-C-H-A-E-L, R-I-N-D-E-R.

08:35:09  4                    **VOIR DIRE EXAMINATION**

08:35:09  5    BY MR. BIRCHFIELD:

08:35:16  6    Q.    Good morning, Dr. Rinder.

08:35:16  7    A.    Good morning.

08:35:18  8    Q.    Would you take just a moment and introduce yourself to the

08:35:20  9    jury, please, and give a description of your education.

08:35:25 10    A.    Sure.  My name is Henry Rinder.  I was born in Columbus,

08:35:31 11    Georgia, raised in Baltimore, Maryland.  I went to college at

08:35:37 12    Yale in Connecticut.

08:35:39 13        I then went to medical school at University of

08:35:43 14    Pennsylvania.  Got married, transferred to the medical school

08:35:48 15    at the University of Vermont.  Graduated medical school, and I

08:35:52 16    went to do an internal medicine residency.  That was in

08:35:57 17    Portland, Maine, at Maine Medical Center.

08:35:59 18        There I did a three-year medicine residency, and I

08:36:03 19    was also chief resident in medicine.  When I was at Maine, I

08:36:06 20    trained under two prominent hematologists, Bob Hillman and

08:36:12 21    Ken Ault.  They got me interested in hematology.

08:36:15 22        So then I went to Yale for further training.  I did a

08:36:19 23    hematology fellowship under several other prominent

08:36:24 24    hematologists, including Bernie Forget and Ed Benz, who are

08:36:29 25    what we would call *pioneers in the field of hematology*.

**OFFICIAL TRANSCRIPT**

08:36:32  1          I then got interested in more research and more work

08:36:36  2     in hematology.  I did a laboratory medicine

08:36:42  3     residency/fellowship also at Yale, where I finished my training

08:36:46  4     in 1992.  Then I became a staff member at Yale at that time.

08:36:51  5     Q.   Dr. Rinder, the jury has heard a little bit about the

08:36:56  6     Board certification process.  Are you Board certified?

08:36:58  7     A.   Yes.

08:36:59  8     Q.   In what areas?

08:37:00  9     A.   So, the Board certification process for medicine is you

08:37:05 10     finish your residency and pass that, and then you're eligible

08:37:07 11     to take your Boards.

08:37:08 12          I took my Boards in internal medicine and passed them

08:37:12 13     on the first time.  I did the same thing after my hematology

08:37:15 14     fellowship.  Then I did the same thing after my laboratory

08:37:18 15     medicine, or what's sometimes called clinical pathology

08:37:22 16     fellowship.  So I passed all three Boards.

08:37:26 17          The only Board that was time limited was in

08:37:30 18     hematology.  I allowed that to lapse because it didn't affect

08:37:34 19     my practice or my work.  So I've continued to be Boarded in

08:37:38 20     internal medicine and laboratory medicine/clinical pathology.

08:37:42 21     I was recently recertified in clinical pathology, and I'm

08:37:47 22     currently in the midst of being recertified for internal

08:37:51 23     medicine.

08:37:51 24     Q.   Dr. Rinder, are you licensed to practice as a physician?

08:37:53 25     A.   Yes.

*OFFICIAL TRANSCRIPT*

08:37:54 1   Q.   In what state?

08:37:56 2   A.   I'm licensed in Connecticut.

08:38:00 3   Q.   How long have you been licensed to practice in your state?

08:38:03 4   A.   Since 1988.

08:38:04 5   Q.   Are you associated with Yale University School of Medicine

08:38:09 6   now?

08:38:09 7   A.   Yes.  As part of my work in both clinical practice and

08:38:14 8   research, I have an affiliation with Yale School of Medicine,

08:38:17 9   where I am a professor.

08:38:18 10   Q.   How long have you served as a professor at

08:38:23 11   Yale University?

08:38:25 12   A.   I think I became a professor in 2008.

08:38:27 13   Q.   Do you hold any other teaching positions at Yale?

08:38:33 14   A.   Well, for teaching, we don't really have specific

08:38:39 15   positions; but, when you're part of a big medical school, for

08:38:43 16   example, like UMMC, all of the faculty there teach.  So I teach

08:38:49 17   medical students, I teach students of nursing, students who are

08:38:56 18   PAs, students who are techs.  Then when they graduate, and they

08:39:01 19   are actual techs or residents or fellows, or even junior

08:39:01 20   faculty, I continue to teach them.

08:39:03 21   Q.   Is that like a mentor program, you're mentoring students

08:39:08 22   and faculty -- junior faculty members?

08:39:11 23   A.   You're right.  Mentoring is part of that.  So not just

08:39:16 24   teaching them in a single lecture or a classroom or when you're

08:39:20 25   taking care of patients, but also working with them afterwards

*OFFICIAL TRANSCRIPT*

08:39:24  1   and helping them develop their career and figure out what they

08:39:28  2   want to do and where they want to go in their career.

08:39:32  3   Q.    In the practice of medicine, do you have a particular area

08:39:35  4   that you focus on, Dr. Rinder?

08:39:37  5   A.    Hematology.

08:39:38  6   Q.    Could you give us, just in a sentence, what is hematology?

08:39:44  7   A.    So you've probably heard -- you've probably heard of

08:39:53  8   hematologist oncologists.  So many doctors, when they finish

08:39:56  9   their medicine training and then they go on to a subspecialty,

08:39:59 10   hematology and oncology is kind of lumped together.  Those

08:40:03 11   doctors train in mostly taking care of cancer, breast cancer,

08:40:07 12   lung cancer, prostate cancer.  Hematology is a part of that,

08:40:11 13   but it's usually a very small part.

08:40:13 14        I'm different.  I only specialize in hematology.

08:40:18 15   What hematology is, is the study of blood disorders.  So it's

08:40:24 16   the study of cancers of the blood.  It's the study of how blood

08:40:29 17   clots and bleeds.  It's the study of how other diseases, like

08:40:35 18   diabetes or heart disease or other cancers, impact things in

08:40:40 19   the blood.

08:40:41 20   Q.    Would you describe for us, Dr. Rinder, your clinical

08:40:45 21   practice.  What's your clinical practice like today?

08:40:48 22   A.    Well, most of what I do is clinical practice.  It's making

08:40:52 23   the diagnosis and treating patients with hematologic disorders.

08:40:57 24   Q.    You're a senior doctor there at Yale; is that right?

08:41:02 25   A.    Yes.  I'm a professor.

**OFFICIAL TRANSCRIPT**

1252

08:41:05 1    Q.    So, as a senior doctor, do you deal with the more

08:41:10 2    complicated, more complex cases, or how does that work?

08:41:13 3    A.    So, at an academic medical center -- Yale is probably just

08:41:16 4    like UMMC -- most of the hands-on work is done by interns and

08:41:23 5    residents and fellows who are seeing the patients right off the

08:41:27 6    bat.  They are being supervised by faculty, junior faculty and

08:41:32 7    senior faculty.  So they are taking care of those patients

08:41:36 8    primarily.  I'm sorry.  They're being supervised, they're being

08:41:43 9    overseen by senior faculty like myself.

08:41:46 10           So I'm involved in cases; but, most of the cases that

08:41:50 11   are relatively straightforward, the junior faculty are taking

08:41:55 12   care of those.  I tend to get called in more of the complicated

08:41:59 13   cases, cases where there are difficulties that are unforeseen,

08:42:03 14   more complex.

08:42:05 15           They are not rare.  They are happening every day.

08:42:07 16   There are a lot of complex diseases out there, a lot of

08:42:10 17   different medications.  So every day, I'm getting called in to

08:42:14 18   help with complicated issues and cases.

08:42:16 19   Q.    Dr. Rinder, can you give us an estimate of how many

08:42:20 20   patients you have treated and cared for over the course of your

08:42:24 21   career?

08:42:24 22   A.    Thousands.

08:42:25 23   Q.    Are you also a professor of laboratory medicine at Yale?

08:42:32 24   A.    Yes.

08:42:32 25   Q.    Describe for us what that is, what laboratory medicine is.

*OFFICIAL TRANSCRIPT*

08:42:37  1    A.    Well, hematology as a specialty is entwined with making a

08:42:46  2    diagnosis.  A lot of hematology is basically trying to figure

08:42:48  3    out what's going on.

08:42:49  4             So the laboratory is a really critical part of

08:42:53  5    working in the hematology field.  So part of my training was in

08:42:58  6    laboratory medicine and being able to figure out how to do the

08:43:03  7    right tests, how to interpret those tests, how to use those

08:43:07  8    tests to make the diagnosis or to guide management of patients

08:43:11  9    with hematologic disorders.

08:43:14 10             So as part of that, I also run the hematology

08:43:18 11    laboratories at Yale, and also the satellite laboratories that

08:43:22 12    do hematologic testing for patients throughout Connecticut.

08:43:26 13    Q.    Let's shift to the area of publications.  The jury has

08:43:30 14    heard about publication in peer-reviewed journals.  Have you

08:43:38 15    had articles published in peer-reviewed journals?

08:43:41 16    A.    Yes, all my articles are published in peer-reviewed

08:43:45 17    journals.

08:43:45 18    Q.    Just a brief reminder, what does it mean to be peer

08:43:49 19    reviewed?

08:43:49 20    A.    So peer review is straightforward.  If I write an article

08:43:52 21    and let's say it's about bleeding, and I send it to a journal,

08:43:56 22    that journal is going to have other experts in the field that

08:43:59 23    they recognize and know to be experts, they are going to have

08:44:02 24    them look at this article and make sure that what it's saying

08:44:06 25    makes sense, is true, has good data.  They will then say it's

*OFFICIAL TRANSCRIPT*

08:44:11  1   okay to publish.

08:44:12  2           They may send it back and say, well, we would like a

08:44:15  3   little bit more here, or a little bit of clarification there,

08:44:18  4   or they might even say they don't want it because they don't

08:44:22  5   think it's good.  So that hasn't happened to me, but that's

08:44:25  6   what a peer review is.

08:44:27  7   Q.   How many times has your work been published in

08:44:29  8   peer-reviewed journals?

08:44:31  9   A.   I have over a hundred publications.

08:44:33 10   Q.   What are some of the notable journals in which your work

08:44:38 11   has been published?

08:44:38 12   A.   Well, probably, the journal that I'm most associated with

08:44:44 13   is *Blood*.  That's the primary journal for hematology disorders,

08:44:47 14   so I guess that's why they call it *Blood*.  That's the main

08:44:51 15   journal that is associated with hematologists, and I have

08:44:55 16   several publications in that.

08:44:58 17   Q.   So your work has been published in peer-reviewed journals.

08:45:02 18   Have you also served as a reviewer for peer-reviewed journals?

08:45:05 19   A.   Yes.  So I've actually been a reviewer for *Blood* and for

08:45:09 20   other journals that were of like caliber.

08:45:11 21   Q.   Have you authored chapters in textbooks in the field of

08:45:15 22   hematology?

08:45:15 23   A.   Yes.

08:45:16 24   Q.   Can you tell us about that.

08:45:17 25   A.   Well, there are several textbooks that are kind of the

*OFFICIAL TRANSCRIPT*

08:45:28 1    strong, well-established textbooks.  For example, *Cecil*

08:45:32 2    *Essentials of Medicine* is what is used for many medical schools

08:45:35 3    and training programs.  I've written the chapters on blood

08:45:41 4    clotting and bleeding for that for many years.

08:45:43 5            I've also been an editor of my own textbook, which is

08:45:47 6    a little smaller and easier to read for medical students and

08:45:51 7    for doctors in training.  It's called *Hematology in Clinical*

08:45:55 8    *Practice*.

08:45:55 9    Q.   Dr. Rinder, as a teaching doctor, is it important for you

08:46:01 10   to stay abreast of the medical and scientific literature in

08:46:04 11   this area?

08:46:05 12   A.   Oh, absolutely.  Every single day.

08:46:07 13   Q.   You do that as part of your practice?

08:46:10 14   A.   As part of my practice, taking care of patients, trying to

08:46:14 15   keep up with all of the literature, new drugs, new developments

08:46:17 16   that are coming out.

08:46:18 17   Q.   Do you have any interest in research?  Are there any areas

08:46:23 18   of research of particular interest to you?

08:46:25 19   A.   Yes.

08:46:26 20   Q.   What are those?

08:46:26 21   A.   So, when you're in academic medicine, you must publish in

08:46:32 22   order to progress.  So you have to have an area of research

08:46:35 23   that you are active in and productive in.

08:46:38 24           The area that I do most of my work is in bleeding and

08:46:43 25   clotting.  A lot of that has to do with platelets, which are

*OFFICIAL TRANSCRIPT*

08:46:47  1    the blood cells that help to make clots.  Some of that is also

08:46:51  2    related to coagulation factors which interact with platelets to

08:46:58  3    help make clotting.

08:47:00  4    Q.    Are you a member of any medical societies?

08:47:02  5    A.    Yes.

08:47:02  6    Q.    Tell us about that.

08:47:03  7    A.    So I'm a member of the American College of Physicians,

08:47:07  8    which is the main society for internal medicine; the American

08:47:10  9    Society of Hematology, which I've already talked about, is the

08:47:13 10    main blood and hematology society.

08:47:15 11          I'm also a member of the American Society for

08:47:18 12    Clinical Pathology, which is one of the main societies for

08:47:23 13    laboratory medicine, where a lot of laboratory hematology

08:47:26 14    experts work.

08:47:27 15    Q.    Have you recently received any honors that are of

08:47:34 16    particular note?

08:47:35 17    A.    Well, I have received two awards from the American Society

08:47:39 18    for Clinical Pathology.  One was an educator award, and one was

08:47:46 19    a teaching and -- an award for promotion of education for

08:47:53 20    helping young doctors to continue to develop.

08:47:55 21    Q.    Dr. Rinder, have you prepared a curriculum vitae, or a

08:48:00 22    professional résumé?

08:48:01 23    A.    Yes.

08:48:02 24          MR. BIRCHFIELD:  Your Honor, may I approach the

08:48:03 25    witness?

*OFFICIAL TRANSCRIPT*

08:48:03  1          THE COURT:  Yes.

08:48:03  2    EXAMINATION BY MR. BIRCHFIELD:

08:48:05  3    Q.    Let me show you what's marked for identification purposes

08:48:07  4    as Record Number 5813654.

08:48:17  5          MR. BIRCHFIELD:  Your Honor, we would offer this as a

08:48:18  6    demonstrative only, for demonstrative purposes.

08:48:18  7    EXAMINATION BY MR. BIRCHFIELD:

08:48:22  8    Q.    Dr. Rinder, is this a current copy of your CV?

08:48:25  9    A.    Yes.

08:48:26 10    Q.    Does it include the over a hundred articles that you have

08:48:33 11    published in the peer-reviewed literature?

08:48:35 12    A.    Yes.

08:48:36 13    Q.    And the textbook are chapters that you have authored; is

08:48:36 14    that right?

08:48:41 15    A.    Yes, they are included here as well.

08:48:43 16    Q.    Does this reflect the extent of your professional

08:48:47 17    experience, Dr. Rinder?

08:48:49 18    A.    I believe so.

08:48:49 19    Q.    Does it show your training, experience, and qualifications

08:48:56 20    that you have in the area of hematology --

08:48:59 21    A.    Yes, it does.

08:48:59 22    Q.    -- and laboratory hematology?

08:49:01 23    A.    Yes, it does.

08:49:03 24          MR. BIRCHFIELD:  Your Honor, at this time, we would

08:49:05 25    tender Dr. Rinder as an expert witness in hematology and

*OFFICIAL TRANSCRIPT*

08:49:10 1    laboratory hematology.

08:49:12 2         THE COURT:  Any questions?

08:49:16 3         MS. PRUITT:  Your Honor, may we approach for the

08:49:17 4    record?

08:49:34 5         THE COURT:  Sure.

08:49:34 6         (WHEREUPON, at this point in the proceedings, a

08:49:34 7    conference was held at the bench.)

08:49:34 8         MR. BONEY:  Your Honor, defendants object to certain of

08:49:37 9    Dr. Rinder's testimony, Your Honor, and would like to make

08:49:40 10   those objections continuing throughout his testimony.

08:49:42 11        In particular, we incorporate and would like to

08:49:45 12   renew our previous *Daubert* motions regarding Dr. Rinder, both

08:49:49 13   as to his case-specific medical causation opinions, as well his

08:49:54 14   generic opinions related to monitoring and measuring with the

08:49:58 15   PT test and with the anti-factor Xa assay.

08:50:03 16        Dr. Rinder also should not be allowed to offer

08:50:05 17   opinions that are irrelevant to this case, including anything

08:50:09 18   about ROCKET AF or dosing opinions which, under the Mississippi

08:50:13 19   statute, are irrelevant to the claims in this case.

08:50:15 20        Moreover, Dr. Rinder has some opinions that go to

08:50:18 21   claims that plaintiffs have abandoned, whether it's about black

08:50:22 22   box warning or dosing issues, or reversal agent or antidote,

08:50:27 23   those also should be excluded, Your Honor.

08:50:30 24        They should not be allowed to offer any opinions

08:50:32 25   that are outside of the scope of his expert report.

                           ***OFFICIAL TRANSCRIPT***

08:50:35 1          Finally, Your Honor, any opinions about Xarelto

08:50:36 2  being the worst in class fail under *Daubert* for lack of a

08:50:43 3  reliable methodology and are irrelevant to this case.

08:50:47 4          THE COURT:  Any comments from plaintiff?  I'm going to

08:50:52 5  overrule the objection for the reasons that I stated in my

08:50:55 6  reasons on the *Daubert*.  If he gets into areas that are not

08:51:04 7  significant or relevant to the case, then I'll exclude it, but

08:51:07 8  I'm not going to exclude it peremptorily.  We'll just have to

08:51:13 9  deal with it at that time, but I'm going to overrule the

08:51:17 10 objection.

08:51:17 11         MR. BIRCHFIELD:  We have no intention of getting into

08:51:20 12 areas out of this case, Your Honor, I promise.  Thank you.

08:51:23 13         THE COURT:  Thank you.

08:51:23 14         (WHEREUPON, at this point in the proceedings, the bench

08:51:35 15 conference concluded.)

08:51:35 16         THE COURT:  Any questions on his qualifications?

08:51:38 17         MS. PRUITT:  No, Your Honor.

08:51:39 18         THE COURT:  The Court will accept him as an expert in

08:51:41 19 the tendered field.

08:51:45 20         MR. BIRCHFIELD:  Thank you, Your Honor.

08:51:45 21                    **DIRECT EXAMINATION**

08:51:45 22 BY MR. BIRCHFIELD:

08:51:46 23 Q.   Dr. Rinder, what did we ask you to do in this case?

08:51:49 24 A.   Well, you asked me to review the literature, and to make

08:51:57 25 my own decisions about what I saw in the literature regarding

                       *OFFICIAL TRANSCRIPT*

08:52:03  1   anticoagulation, specifically with Xarelto, but also with other

08:52:06  2   anticoagulant drugs.

08:52:08  3          You asked me to review medical cases, so specifically

08:52:14  4   in this case, Ms. Mingo, and to review all of the medical

08:52:17  5   records, the way I would do with any other patient that I was

08:52:21  6   taking care of.

08:52:22  7          You asked me to look at materials that I had found by

08:52:30  8   my extensive literature searches, but also materials that were

08:52:35  9   only available to you, for example, depositions and reports

08:52:39 10   that would not have been available to me, and to evaluate those

08:52:45 11   objectively and to look at them for my own opinion as to what

08:52:49 12   was going on.

08:52:50 13          You also asked me today to talk to the jury and try

08:52:54 14   and give them information and maybe educate them a little bit

08:52:58 15   over what they already have to help them make decisions.

08:53:02 16   Q.   You referenced reports.  You were provided expert reports

08:53:07 17   and depositions in this case to review?

08:53:09 18   A.   Yes.

08:53:09 19   Q.   You were also provided documents, company documents?

08:53:15 20   A.   Yes.

08:53:16 21   Q.   Dr. Rinder, when did you first start working on the

08:53:23 22   Xarelto case?

08:53:25 23   A.   I think it's been about two and a half years ago that I

08:53:28 24   first began helping.

08:53:30 25   Q.   Approximately how many hours did you spend in this

*OFFICIAL TRANSCRIPT*

08:53:35  1    project?

08:53:37  2    A.    I would say somewhere around 400 or more hours.

08:53:40  3    Q.    We agreed to pay you for your time; is that right?

08:53:44  4    A.    Yes, you did.

08:53:45  5    Q.    So how much have you been paid so far?

08:53:48  6    A.    I think it's almost $170,000.

08:53:50  7    Q.    Dr. Rinder, I want to ask you this:  The jury has heard

08:53:57  8    about hematology and the coagulation cascade, the coagulation

08:54:05  9    process, from the perspective of a pharmacologist and from a

08:54:08 10    lab scientist.

08:54:09 11            Could you give us the view of the coagulation process

08:54:14 12    from the vantage point of a hematologist?

08:54:17 13    A.    I could.  It would easier for me to draw, if that would be

08:54:23 14    all right, to show what I am thinking.

08:54:24 15    Q.    Choose your color.

08:54:50 16    A.    Can I have all three?

08:54:52 17    Q.    You can have all three.

08:54:54 18    A.    So this is -- I'm going to show you exactly what I show

08:54:57 19    the medical students and the young doctors when I try and

08:55:00 20    explain hemostasis to them.  If I show them the giant cascade

08:55:07 21    of factors and things like that, some of them it puts to sleep,

08:55:09 22    and others, they start to get chest pains.  So I don't want any

08:55:13 23    of that to happen.

08:55:14 24            So, what I'm going to ask you to do is pretend that

08:55:20 25    you're inside an organ, like a blood vessel or the stomach.

*OFFICIAL TRANSCRIPT*

08:55:26  1    You're looking at the wall of that stomach.  Normally that wall
08:55:33  2    is completely intact.  It has all of the normal cells and blood
08:55:42  3    vessels shielded so that nothing bad is happening.  It's solid.
08:55:45  4    Blood is flowing.  No problems.
08:55:48  5         But that is actually a little bit misleading because
08:55:56  6    when you're in the body, what's happening is the body is
08:55:58  7    getting little nicks all the time.  Blood vessels are getting
08:56:05  8    nicked.  Inside your gut, food, carrots or hard things, are
08:56:12  9    going by, and they are making nicks all the time.  They are
08:56:16 10    holes in the wall.
08:56:17 11         Now, what happens then is that you have two -- as I
08:56:25 12    said before, two things that help to maintain liquid blood flow
08:56:31 13    by basically sealing up these holes.  One is platelets.  Those
08:56:47 14    are the cells that circulate in the blood.  I like to think of
08:56:50 15    them as bricks.
08:56:53 16         So if we imagine that this is an area that's gotten
08:56:57 17    nicked and needs to seal off so that it stays liquid blood flow
08:57:02 18    and doesn't bleed out through that area, whether it's a vessel
08:57:05 19    or in the stomach, those bricks are going to come along and
08:57:09 20    stop there.  But you'll notice, there is holes between the
08:57:13 21    bricks, because, in order to make a good wall, you got to have
08:57:17 22    mortar as well.
08:57:19 23         That mortar that comes in is going to seal those
08:57:32 24    bricks and make a nice adhesive seal.  This mortar is actually
08:57:42 25    a fibrin.  Some people call it *fibrin glue*.  These are where

**OFFICIAL TRANSCRIPT**

08:57:50  1   the coagulation factors and proteins that circulate in the
08:57:58  2   blood as little tiny molecules, they all combine to make this
08:58:02  3   final product, which is the fibrin glue.
08:58:06  4   Q.    Just to make sure that we're on the same -- so this is --
08:58:09  5   what you've just described for us and what you've illustrated,
08:58:12  6   this is what takes place when there is a little nick on the
08:58:16  7   inside of our body?
08:58:17  8   A.    Right.  This is happening all the time.  This is normal
08:58:23  9   hemostasis in balance.
08:58:27 10   Q.    This could take place on the inside, or would it also take
08:58:32 11   place when you have a paper cut?
08:58:34 12   A.    That's exactly right.  Like if I scrape my leg, and I
08:58:38 13   opened up that spot, the same thing is going to happen out here
08:58:41 14   on the outside of my leg.  The platelets are going to come in
08:58:44 15   as the bricks.  The coagulation factors are going to get
08:58:48 16   activated and make this fibrin glue.  What you see out on your
08:58:53 17   leg is a scab.  Gradually, that scab is going to heal.
08:58:56 18         It's usually -- the scab is usually pretty smooth,
08:58:59 19   right?  It sort of limits itself.  It seals off the area.  It
08:59:03 20   doesn't grow too big, it's not too small.  That's normal
08:59:08 21   hemostasis.  That's when you have a situation where, you know,
08:59:13 22   your propensity to make these clots is like this, and your
08:59:17 23   propensity to not make the clot, to bleed, is nicely in
08:59:22 24   balance.  You're just like this.
08:59:24 25         Sometimes you cut yourself, and you have to make a

*OFFICIAL TRANSCRIPT*

08:59:25 1  little bit of extra clot, and you just stay in that balance.

08:59:29 2  That's what going on in your body all the time.

08:59:34 3  Q.   So what you described for us, that's when the body is in

08:59:38 4  the right balance; that's what you've described here, right?

08:59:40 5  A.   Correct.

08:59:41 6  Q.   Are there times when this hemostasis is out of balance?

08:59:47 7  A.   Yes.

08:59:47 8  Q.   Tell us about that, please, Doctor.

08:59:48 9  A.   So, there are two situations where they are out of

08:59:51 10  balance.  So let's say that you have a -- something that makes

09:00:04 11  you prone to clot.  We call that hyper -- too much --

09:00:10 12  coagulation.  Let's say that you have a broken leg.  You're in

09:00:16 13  a big cast and immobilized, and your muscles aren't pumping

09:00:21 14  blood back.

09:00:22 15      What happens in that situation is that if you have a

09:00:26 16  nick or a cut that we're always normally doing and -- because,

09:00:34 17  remember, we said this is going on all the time -- now what

09:00:38 18  happens, because that hypercoagulable state affects these

09:00:44 19  coagulation proteins and makes them too strong, they make too

09:00:48 20  much fibrin glue, way too much.  In fact, that fibrin glue

09:01:02 21  starts to go beyond the area of this cut or nick.

09:01:07 22      So, for example, we've all had scrapes on the leg

09:01:12 23  where you make a scab.  Sometimes that scab heaps up and starts

09:01:16 24  to get too big.  It's actually sticking out.  Okay.  Imagine

09:01:21 25  that inside a blood vessel.  In this situation, that heap-up

*OFFICIAL TRANSCRIPT*

09:01:28  1    prevents the blood that's behind it from getting through.

09:01:32  2    That's a clot.

09:01:34  3         So if it blocks that area, two things can happen.  If

09:01:39  4    it's a blood vessel, that blood flow that is behind it can't

09:01:43  5    get through.  So that person may have -- sometimes in the leg,

09:01:47  6    we would call that a *deep vein thrombosis*.  That blood will

09:01:52  7    start to back up, it will give pressure, and the person will

09:01:56  8    have pain, and the leg will swell.  If it gets really worse,

09:02:01  9    the leg could become in danger of being lost.

09:02:06 10    Q.    Dr. Rinder, you know that Dora Mingo experienced a DVT; is

09:02:16 11    that right?

09:02:16 12    A.    That's correct.

09:02:17 13    Q.    Do you treat patients with DVT?

09:02:21 14    A.    All the time, right.

09:02:21 15    Q.    How do you describe a DVT to one of your patients?

09:02:23 16    A.    Well, I describe it almost exactly the way that I am here.

09:02:26 17    I tell them, look, this is a DVT, and this is an example of you

09:02:30 18    being hypercoagulable.

09:02:38 19         I talk about how these coagulation proteins make too

09:02:44 20    much fibrin glue, and how that process becomes just too much.

09:02:50 21    As a result, that person can develop this obstruction, this

09:02:55 22    clot in the vein, that instead of getting nicely polished, like

09:02:59 23    it is here, and staying just in the wall, it sticks out and

09:03:04 24    blocks the blood flow and can cause that clot.

09:03:07 25         The problems are, as I said before, it can block the

**OFFICIAL TRANSCRIPT**

09:03:11  1   blood flow in the leg.  But, even worse, let's say that clot is

09:03:16  2   waving out in the bloodstream, and all of a sudden it breaks

09:03:19  3   off.  Well, it's going to go through the bloodstream on into

09:03:22  4   the heart, into the lung, and it can give what's called a

09:03:26  5   *pulmonary embolism*.  So besides a DVT, you can have an embolus.

09:03:31  6   Q.   Dr. Rinder, here at the top of the chart, you've got the

09:03:35  7   normal process.  The hemostasis is in balance here --

09:03:39  8   A.   Right.

09:03:40  9   Q.   -- is that right?

09:03:41 10          Here, you have -- you've described for us what

09:03:44 11   happens when the balance is tilted toward clotting; is that

09:03:44 12   right?

09:03:48 13   A.   So what happens is all of us are trying to maintain this

09:03:52 14   balance.  If I break my leg, and I'm in a cast for three

09:03:58 15   months, now that balance is out of whack.

09:04:01 16          So the clotting problem, the propensity to make clot,

09:04:06 17   instead of being down here the way it normally was -- this is

09:04:10 18   bleeding, this is clotting -- now that propensity is up here.

09:04:14 19   That's a problem.

09:04:14 20   Q.   Dr. Rinder, is there also an issue when the clotting, the

09:04:23 21   hemostasis, this balance is tilted toward the blood being too

09:04:27 22   thin?

09:04:27 23   A.   Yes.

09:04:27 24   Q.   Would you describe that for us, please.

09:04:33 25   A.   So this is the situation of bleeding.  The way that I can

*OFFICIAL TRANSCRIPT*

09:04:43 1  explain this, I think that might resonate more with you, is

09:04:49 2  patients with hemophilia, they have a deficiency of one of the

09:04:56 3  key coagulation proteins.  It can be mild.  They don't have to

09:05:01 4  have none of it.  They can have some of it, but just not

09:05:05 5  enough.

09:05:06 6          What happens with them, when they are in this

09:05:08 7  situation, trying to make a clot -- here are the bricks -- they

09:05:24 8  can't make enough fibrin glue.  They don't have the specific

09:05:33 9  protein or they have too little of that protein, such that when

09:05:38 10 they have to make this glue, instead of making this amount,

09:05:42 11 they can only make this amount.  It's as if that mortar was

09:05:51 12 watered down.

09:05:52 13         We talk about thinning the blood with

09:05:57 14 anticoagulation.  Really what we're doing is thinning the

09:06:02 15 mortar that tries to hold that clot together.  So there's

09:06:05 16 holes, and so blood is going to come out in that situation.

09:06:11 17         Now, if a person has a horrible deficiency, like

09:06:17 18 hemophilia, where they have nothing, they are going to bleed

09:06:20 19 all the time; but there are people who have mild hemophilia,

09:06:25 20 where they have some protein, and it's enough that they don't

09:06:29 21 bleed all the time, but they'll bleed if they have something

09:06:32 22 that gives them a hole.

09:06:34 23         So if they have surgery, or if they have a big

09:06:38 24 ulceration, they will bleed through that more than someone,

09:06:43 25 who, say, is normal, who does not have that deficiency, that

*OFFICIAL TRANSCRIPT*

09:06:46  1   will seal off; but in a hemophilia -- and I should write that

09:06:56  2   here -- that's when they will bleed.

09:07:01  3   Q.    Thank you, Dr. Rinder.

09:07:04  4         I would like for us to talk about medications, and

09:07:06  5   maybe it would be best for you --

09:07:08  6   A.    Well, actually, I think can relate it a little bit right

09:07:12  7   here, if that's okay.

09:07:12  8   Q.    All right.  So the jury has heard testimony so far about

09:07:16  9   medications that are prescribed, anticoagulants, to thin the

09:07:21 10   blood.

09:07:22 11   A.    Right.

09:07:22 12   Q.    So can you give us a description?  What's the purpose,

09:07:24 13   what's the objective of the blood thinners?

09:07:27 14   A.    So, we talked about -- so this is hypercoagulable, and

09:07:32 15   this is the opposite, hypocoagulable, bleeding.  So we've

09:07:36 16   talked about that balance.  Here is when you're in balance,

09:07:40 17   clotting, bleeding.  Here is when you're hypercoagulable,

09:07:47 18   you're out of balance.

09:07:47 19         If you're out of balance in this situation, you're

09:07:50 20   going to have a clot.  I don't want that to happen.  I need to

09:07:53 21   bring that down somehow by making you look more like this.  I

09:08:00 22   need to give you an anticoagulant that's going to block the

09:08:04 23   coagulation protein and, in a sense, make you look more like

09:08:09 24   someone who is a bleeder, because I've got to block down all of

09:08:14 25   this mortar.  I've got to thin that mortar out.

*OFFICIAL TRANSCRIPT*

09:08:17  1          So what I'm going to do is I'm going to bring these

09:08:20  2     two risks closer together.  They are not back down here like a

09:08:25  3     normal person; but, what I've got to do is try and get that

09:08:31  4     thrombosis risk to come down.  At the same time, though, I'm

09:08:35  5     going to bring that bleeding risk up.  So, basically,

09:08:37  6     anticoagulation turns this into this, and that's dangerous.

09:08:52  7     Q.   Dr. Rinder, when you are -- when you're administering an

09:08:56  8     anticoagulant, or a blood thinner medication, do you want to

09:09:00  9     stop all of the clotting?

09:09:04 10     A.   No.

09:09:05 11     Q.   What's your objective?  What would be the danger of that?

09:09:08 12     A.   So, the thing is that what I want to do is, I want to try

09:09:15 13     to lessen this as much as possible, but I don't want to bring

09:09:19 14     this up so much that, all of a sudden, I turn this patient into

09:09:23 15     a severe hemophilia.

09:09:25 16          I want to try and bring down the clotting, but I

09:09:30 17     don't want to turn them into someone who is -- has no protein.

09:09:34 18     I want them to be in the situation where they have some

09:09:37 19     function, so that even though they are at more risk of bleeding

09:09:41 20     now because I've given them anticoagulation, that is in balance

09:09:45 21     with making the clot less.

09:09:48 22          So, it's a very delicate balance.  I want them here,

09:09:52 23     but I don't want them to be in the situation where they have

09:09:56 24     none of this.  I don't want these to be gone.  I want there to

09:10:01 25     be some.

                             ***OFFICIAL TRANSCRIPT***

09:10:02  1          So I want to titrate it.  I want to give them just
09:10:06  2   enough that I've brought this risk down, but not so much that
09:10:12  3   I've made this go way up, and try and have that in balance.
09:10:16  4   Q.   The medications -- these are called *anticoagulants*, right,
09:10:22  5   these blood-thinning medicines?
09:10:24  6   A.   Anticoagulants, basically, are -- this is --
09:10:27  7   anticoagulation, those are the medicines that do that.
09:10:29  8   Q.   Would you describe this as a *delicate balance*?
09:10:32  9   A.   Very delicate.  The reason why is because the moment I
09:10:36 10   give you an anticoagulant, this therapeutic effect of blocking
09:10:42 11   the thrombosis and the fibrin glue is automatically going to
09:10:46 12   make you at risk for bleeding.
09:10:47 13   Q.   So the anticoagulants, these blood thinning medicines, do
09:10:51 14   they all have the risk of bleeding?
09:10:53 15   A.   Every single one.
09:10:54 16   Q.   Do they all warn of the bleeding risk?
09:10:56 17   A.   Every single one.
09:10:57 18   Q.   Dr. Rinder, in your practice, are you familiar with the
09:11:03 19   anticoagulant warfarin, or Coumadin?
09:11:05 20   A.   Yes.
09:11:05 21   Q.   In managing patients with warfarin, or Coumadin, how do
09:11:11 22   you keep patients in the right balance?  Can you describe that.
09:11:15 23   A.   So, warfarin, or Coumadin, is a medicine you take by
09:11:19 24   mouth.  It shuts down the coagulation proteins and decreases
09:11:26 25   them, but I can titrate how much those coagulation proteins are

*OFFICIAL TRANSCRIPT*

09:11:33  1    shut down by actually measuring a blood test that tells me how

09:11:38  2    low these proteins are.

09:11:39  3            I can use that blood test -- and it's called the *INR*,

09:11:44  4    the international normalized ratio -- I can get that result

09:11:47  5    from the lab very quickly, and I can then see, are they in the

09:11:52  6    right range for decreasing the thrombosis, but not making them

09:11:58  7    too likely to bleed.

09:11:59  8    Q.    All right.  Warfarin has been around for a long time?

09:12:03  9    A.    Yes.

09:12:03 10    Q.    Now we have -- and the jury has heard about -- a new class

09:12:07 11    of drugs, anticoagulants, right?

09:12:10 12    A.    Correct.

09:12:11 13    Q.    Xarelto is one of the new drugs in this class?

09:12:15 14    A.    Yes, it is.

09:12:16 15    Q.    What's the new class called?

09:12:18 16    A.    They are sometimes called *direct oral anticoagulants*.

09:12:23 17    Q.    I think the jury has heard DOACs, for short?

09:12:26 18    A.    D-O-A-C.

09:12:27 19    Q.    Sometimes referred to as *NOACs*?

09:12:30 20    A.    I guess that means new, or novel, oral anticoagulants.

09:12:34 21    Q.    Xarelto is one of the drugs in this new class?

09:12:37 22    A.    Yes, it is.

09:12:37 23    Q.    Do you see patients or have you, in your practice, seen

09:12:42 24    patients that are on Xarelto?

09:12:44 25    A.    Yes.

*OFFICIAL TRANSCRIPT*

09:12:44  1    Q.    Could you describe for us briefly the mechanism of action,
09:12:49  2    how Xarelto works in the body.
09:12:52  3    A.    Sure.  So, there are four new or direct oral
09:13:00  4    anticoagulants.  Three of them, Xarelto, Eliquis and Doxidan,
09:13:06  5    block a coagulation protein that's very central to making that
09:13:11  6    fibrin glue called *Factor X*.  So when Factor X is in this mix,
09:13:16  7    they block that protein.  And the more drug that's in there,
09:13:20  8    the more they block that protein and the more they block making
09:13:23  9    the fibrin glue.
09:13:25 10          The fourth drug is called dabigatran, or Pradaxa.  It
09:13:30 11    blocks thrombin, which is another protein which directly acts
09:13:35 12    to make a fibrin glue.  So both X and thrombin are central
09:13:42 13    proteins to help them to make the fibrin glue that binds the
09:13:47 14    clots together.  And the more that's in there, the more it
09:13:50 15    inhibits, the less fibrin glue that you'll make.  The weaker
09:13:54 16    the mortar to make the clot.
09:13:56 17    Q.    Dr. Rinder, I want to shift for just a minute.  Are you
09:13:59 18    familiar with the EINSTEIN study?
09:14:02 19          Yes, maybe you could sit back down.
09:14:23 20          Dr. Rinder, are you familiar with the EINSTEIN study?
09:14:25 21    A.    Yes, I am.
09:14:26 22    Q.    And that was a study where Xarelto was observed in
09:14:33 23    patients with DVT, to treat DVT; is that right?
09:14:36 24    A.    Xarelto was used in a randomized study to treat DVT.
09:14:41 25    Q.    I want to show you what we're marking as Plaintiff's

*OFFICIAL TRANSCRIPT*

09:14:47  1    Exhibit 103.

09:14:59  2           Dr. Rinder, you recognize this as the Xarelto label

09:15:02  3    that was in effect in January of 2015?

09:15:05  4    A.   Yes.

09:15:07  5           MR. BIRCHFIELD:  And, Your Honor, we offer this as

09:15:12  6    Plaintiff's Exhibit 103.

09:15:13  7           MS. PRUITT:  No objection, Your Honor.  I think it's

09:15:17  8    in.

09:15:17  9           THE COURT:  I think it is already in.

09:15:20 10    EXAMINATION BY MR. BIRCHFIELD:

09:15:20 11    Q.   All right.  Dr. Rinder, if you will take a look at

09:15:25 12    page 12, at Table 2.

09:15:33 13    A.   Yes.

09:15:33 14    Q.   What is the -- what's the risk of bleeding on Xarelto

09:15:38 15    that's observed in this study?

09:15:41 16    A.   Well, the area that I think that's most important is,

09:15:46 17    "Clinically relevant bleeding."

09:15:48 18    Q.   What is "Clinically relevant bleeding," Doctor?

09:15:53 19    A.   So, when doctors are giving anticoagulation, we tell

09:15:59 20    patients:  Look, this drug is going to make you bleed.  Well, I

09:16:03 21    want to hear from you if you have bleeding that's clinically

09:16:06 22    relevant.

09:16:06 23           And I talk to them and say:  Look, you might be

09:16:08 24    brushing your teeth and you might have a little bit of blood

09:16:11 25    after you do your gums or something like that, or you might

*OFFICIAL TRANSCRIPT*

09:16:15 1   have a cut that maybe takes a little bit longer to heal, that's

09:16:19 2   okay.

09:16:20 3           But what I want to know from patients is:  Are you

09:16:23 4   having bleeding in an area that's dangerous, like in your eye?

09:16:28 5   Are you bleeding from your stomach?  Do you notice blood in

09:16:32 6   your stool?  Are you having bad headaches?  Anything that would

09:16:36 7   be clinically relevant that would cause you to see me or come

09:16:39 8   to an emergency room or to go the hospital.  That's clinically

09:16:42 9   relevant bleeding.

09:16:42 10  Q.    All right.  So, what's the importance of 8.6 percent here,

09:16:48 11  Doctor?

09:16:48 12  A.    Well, 8.6 percent of the patients that were on Xarelto had

09:16:53 13  clinically relevant bleeding.  And the way that I -- when I

09:16:56 14  talk to my patients about this, I say:  Look, there's 200

09:17:01 15  people in a room, that means that 17 of those people -- if all

09:17:05 16  of those people are taking Xarelto, 17 of those people are

09:17:09 17  going to show up in an emergency room or a hospital or a

09:17:13 18  doctor's office with clinically relevant bleeding.

09:17:16 19  Q.    Are blood thinners or anticoagulants as a class, are they

09:17:21 20  prescribed to a large number of people?

09:17:23 21  A.    Many, many millions of people.

09:17:24 22  Q.    And Xarelto as a particular drug in that class, is it

09:17:29 23  prescribed to a large number of people?

09:17:31 24  A.    It sure is.

09:17:32 25  Q.    Are there many drugs or classes of drugs that have as many

*OFFICIAL TRANSCRIPT*

09:17:37  1   high rate of serious adverse events as you see in this class?

09:17:41  2   A.   Frankly, the drugs that are prescribed in a general way, I

09:17:51  3   would say only opioid analgesics would have such a high rate.

09:17:57  4   And for drugs that are prescribed more specifically, for

09:18:01  5   example, in oncology chemotherapy drugs have such a high rate

09:18:05  6   and adverse events.

09:18:05  7   Q.   Dr. Rinder, have you seen any data published recently by

09:18:08  8   the CDC --

09:18:09  9   A.   Yes, I have.

09:18:10  10  Q.   -- that addresses this issue?

09:18:12  11  A.   Yes, I have.

09:18:13  12  Q.   What did the study by the CDC observe?

09:18:15  13       MS. PRUITT:  Your Honor, we need to approach on this,

09:18:18  14  please.

09:18:18  15       (WHEREUPON, at this point in the proceedings, there was

09:18:18  16  a conference held at the bench.)

09:18:18  17       MS. PRUITT:  This is -- I just want to make sure before

09:18:36  18  I have to interrupt Mr. Birchfield that we're not going to be

09:18:40  19  talking about this QuarterWatch report and going in through the

09:18:44  20  back door.

09:18:47  21       MR. BIRCHFIELD:  No, we're not talking about the

09:18:48  22  QuarterWatch report.  We're talking about the CDC study.

09:18:52  23       MS. PRUITT:  I just didn't want to interrupt his

09:18:54  24  question.

09:18:54  25       (WHEREUPON, at this point in the proceedings, the bench

**OFFICIAL TRANSCRIPT**

09:18:54 1    conference concluded.)

09:18:54 2    EXAMINATION BY MR. BIRCHFIELD:

09:19:06 3    Q.   Dr. Rinder, what was observed in the CDC study?

09:19:09 4    A.   The CDC study was examining -- this was specifically

09:19:12 5    looking at emergency department visits and trying to get at

09:19:18 6    what were the main causes for emergency department visits.

09:19:21 7         And it turns out that certain drug classes, drugs for

09:19:27 8    anticoagulation, diabetes, and opioid analgesics make up an

09:19:33 9    enormous percentage, something like more than half of emergency

09:19:38 10   department visits are because of complications of these drugs.

09:19:40 11   Q.   Dr. Rinder, the fact that anticoagulants and DOACs in

09:19:47 12   particular are related to such a high number or high percentage

09:19:52 13   of adverse events and serious adverse events, should that

09:19:57 14   affect the way doctors approach these medications?

09:20:03 15   A.   Yes, it should.

09:20:03 16   Q.   How should it affect the management of patients with these

09:20:06 17   drugs?

09:20:07 18   A.   Well, as we've shown, it's a delicate balance.  Doctors

09:20:10 19   want to be able to make the drug as safe as possible for each

09:20:18 20   individual patient.  So if I give that drug to a person, I want

09:20:22 21   to make it as safe as I can for them.  I want to make it as

09:20:27 22   optimal for its effect that it's supposed to have, but I want

09:20:30 23   to make it as minimal for any side effect.  And any tools that

09:20:35 24   I can use to make that drug as safe as possible and keeping its

09:20:42 25   effect, that's what doctors want to do.

*OFFICIAL TRANSCRIPT*

09:20:45  1          And I want to do that for an individual, but it's

09:20:48  2    also important, as we just talked about, for society because

09:20:51  3    many, many people are on this drug and it has a high rate of

09:20:55  4    events, emergency department beds and hospital beds are going

09:21:00  5    to be filled with people who have complications of these, and

09:21:03  6    we want to minimize that.

09:21:03  7    Q.    Is it important for doctors to know about tools available

09:21:07  8    to them; is that right?

09:21:09  9    A.    Doctors are always looking for information and tools to

09:21:12 10    help them manage patients.

09:21:13 11    Q.    Dr. Rinder, I want to turn to the PT test.  Can you tell

09:21:21 12    us what the PT test is, sir, and how that works?

09:21:25 13    A.    Certainly.  So, in the laboratory we see patients

09:21:31 14    thousands of times a day who have clotting issues.  One of the

09:21:34 15    tests that we do is called a *prothrombin time,* or PT.

09:21:38 16          It's a very simple test.  Draw blood from a patient.

09:21:43 17    I just spin that blood so the cells go to the bottom, and the

09:21:48 18    plasma, the liquid part that has the coagulation proteins goes

09:21:51 19    to the top.  I put it on a little machine that takes some of

09:21:55 20    that plasma and adds an activator to it and then literally just

09:22:00 21    times how long it takes that plasma to clot from the time that

09:22:04 22    the activator is added until the time that it clots.

09:22:07 23          We used to do this by hand with a stopwatch.  Very

09:22:11 24    simple.  Now we have very sophisticated, highly sensitive and

09:22:16 25    accurate machines that will do this.

*OFFICIAL TRANSCRIPT*

09:22:19  1          And the prothrombin time is a test that is done in

09:22:22  2     almost every lab in the hospitals, doctors' offices, clinics.

09:22:29  3     Very straightforward, very easy test.  And as I said, it

09:22:33  4     measures this clotting time in seconds, how long it takes from

09:22:35  5     the activator to the clot.

09:22:37  6     Q.    Dr. Rinder, do you have an opinion as to whether the PT

09:22:41  7     test, the PT coagulation test would be helpful in reducing the

09:22:46  8     bleed risks associated with Xarelto?

09:22:49  9     A.    Yes, I do.

09:22:49 10     Q.    What is that?

09:22:52 11     A.    My opinion is that the PT test, especially using an

09:22:56 12     activator called *Neoplastin*, can correlate with the amount of

09:23:03 13     Xarelto that's in the blood, and that the people that have the

09:23:07 14     highest amounts of Xarelto in the blood and the highest PT

09:23:13 15     values are at a greater risk of bleeding than people that have

09:23:17 16     low amounts of drug in the blood and low PT levels.

09:23:20 17     Q.    So, Dr. Rinder, the PT test, particularly with the

09:23:24 18     Neoplastin reagent, would be helpful to doctors?

09:23:27 19     A.    Absolutely.

09:23:30 20          MR. BIRCHFIELD:  Your Honor, the parties have entered

09:23:31 21     into a stipulation regarding the reagent that was used with the

09:23:36 22     PT test.  We would ask -- I think this would be a good time to

09:23:39 23     inform the jury.

09:23:40 24          THE COURT:  Okay.  As I mentioned to you before,

09:23:43 25     Members of the Jury, the evidence comes in from the witnesses

**OFFICIAL TRANSCRIPT**

09:23:45  1    and sometimes the parties agree that that is evidence, and one

09:23:50  2    way of doing that is a stipulation.

09:23:51  3              So the parties, both sides, have agreed that --

09:23:53  4    the parties stipulate that in January and February of 2015, the

09:23:59  5    reagent used by the laboratory at Southwest Mississippi

09:24:02  6    Regional Medical Center to perform the PT test was the

09:24:11  7    STA-NEOPLASTINE CL PLUS test.

09:24:13  8              MR. BIRCHFIELD:  Thank you, Your Honor.

09:24:13  9    EXAMINATION BY MR. BIRCHFIELD:

09:24:15 10    Q.    Dr. Rinder, why do you think the PT test with Neoplastin

09:24:19 11    would be helpful?

09:24:20 12    A.    Well, there's a lot of data out there from trials by the

09:24:26 13    company in both ROCKET, which was for atrial fibrillation, and

09:24:31 14    EINSTEIN, which was to treat DVT, and RECORD, which was for

09:24:35 15    preventing DVT, as well as the FDA's own data, all of which

09:24:39 16    show that the group of patients that had the highest PT values

09:24:44 17    have the highest bleeding risks.

09:24:46 18    Q.    All right.  Dr. Rinder, in looking at -- in looking at the

09:24:51 19    studies and the published literature on Xarelto, did you

09:24:57 20    observe any -- the characteristics of variability as it relates

09:25:03 21    to Xarelto?

09:25:04 22    A.    Yes.

09:25:04 23    Q.    Can you tell us about variability, what that concept is,

09:25:07 24    and particularly variability as it relates to Xarelto?

09:25:12 25    A.    Certainly.  So, when I think about or when other doctors

*OFFICIAL TRANSCRIPT*

09:25:19  1    think about variability for a drug, the way I think about it is

09:25:23  2    if I give a drug to Tom and I give the same drug at the same

09:25:28  3    dose to Emily, I want to know how variable that is.  Are Tom

09:25:32  4    and Emily going to have the drug at about the same

09:25:37  5    concentration with about the same effect?

09:25:39  6         If that drug is very variable and I give that drug to

09:25:43  7    Tom and he has a very small effect and I give that drug to

09:25:47  8    Emily and she has a very big effect, and it's the same drug at

09:25:51  9    the same dose, that is highly variable.  And I need to be able

09:25:55 10    to know what's going to happen in those patients.

09:25:58 11         And I need to be able to identify who has a higher

09:26:02 12    variable.  Maybe it's the opposite.  Maybe Tom has the higher

09:26:05 13    level and Emily has the lower level.  If I can't pick and know

09:26:09 14    which person is going to have that variability, then that

09:26:14 15    highly variable drug is a problem for me because I can't know

09:26:17 16    how it's going to affect my two patients, even though I'm

09:26:20 17    giving them the same drug at the same dose.

09:26:23 18    Q.   All right.  And what you've just described, is that

09:26:26 19    considered interpatient variability?

09:26:29 20    A.   Yes.

09:26:29 21    Q.   And as a hematologist, why is it important for you to know

09:26:35 22    the different levels of variability?

09:26:38 23    A.   Well, in anticoagulation specifically, you can image that

09:26:43 24    if I give the same dose of the same drug to one person and I

09:26:47 25    expect them to be anticoagulated here, and I give that dose --

*OFFICIAL TRANSCRIPT*

09:26:52  1   same drug here, same dose to another person and I expect them

09:26:56  2   to be here, but because it's highly variable in that person,

09:27:01  3   their anticoagulation is up here.

09:27:02  4        Now I have a problem, because I've given this person

09:27:05  5   the same drug, and they are more at risk of bleeding.  I need

09:27:09  6   to be able to identify that person, or at least know that they

09:27:13  7   are at that possibility of having a higher risk of bleeding.

09:27:16  8   Q.   Dr. Rinder, have you reviewed published literature that

09:27:21  9   addresses the variability of Xarelto?

09:27:23 10   A.   Yes.

09:27:24 11   Q.   Have you reviewed the clinical trials involving Xarelto as

09:27:28 12   it pertains to variability of the drug?

09:27:30 13   A.   Yes.

09:27:30 14   Q.   Will you tell us -- describe for us, sir, what is known

09:27:34 15   about the variability from the published literature and from

09:27:37 16   the clinical trials?

09:27:39 17   A.   So in both the published literature and in the clinical

09:27:42 18   trials Xarelto has high interpatient variability.  Specifically

09:27:50 19   when doctors look at toxicity of a drug, they look at the level

09:27:56 20   of the drug at its furthest point from when you gave the drug.

09:28:00 21   We sometimes call that the *trough level*, from the bottom.  That

09:28:04 22   level is very important for doctors to look at toxicity.  And

09:28:09 23   when we look at that level, we want to see that it's tight for

09:28:13 24   all patients.

09:28:14 25        But with Xarelto, in some studies, that was a tenfold

*OFFICIAL TRANSCRIPT*

09:28:20 1    difference, or even more.  Tenfold for the majority of

09:28:24 2    patients.  So someone might have a level of ten and another

09:28:29 3    person might have a level of a hundred, and that's high

09:28:33 4    interpatient variability.

09:28:37 5              There are other studies where the troughs are less

09:28:40 6    so.  They are still not tight.  They are more like three to

09:28:43 7    seven times that difference from the lowest to the highest for

09:28:52 8    a large group of patients.

09:28:52 9    Q.    Dr. Rinder, I just want to make sure that I'm tracking

09:28:55 10   what you say.  So if you're looking at the issue of toxicity of

09:29:03 11   the drug, did you say you particularly focus on the trough; is

09:29:03 12   that right?

09:29:11 13   A.    Doctors look at the trough as one of the best indicators

09:29:14 14   of toxicity.

09:29:15 15   Q.    All right.  And so when you say *toxicity*, what do you

09:29:18 16   mean?

09:29:19 17   A.    What I mean is I want to know the level of the drug at a

09:29:23 18   time when I expect it to be very low.  And toxicity is related

09:29:34 19   to the trough level.  If trough levels are high, there tends to

09:29:40 20   be more toxicity.

09:29:41 21   Q.    So in trough you're looking at the low levels of the

09:29:44 22   blood, right?

09:29:44 23   A.    I am looking at what I expect the drug to have, its lowest

09:29:49 24   level.  But if it's not low, if it's higher than expected, and

09:29:51 25   as we said, if there is high interpatient variability, some

**OFFICIAL TRANSCRIPT**

09:29:54  1   patients may have high trough levels, much higher than others.

09:29:58  2   That's when we worry about toxicity.

09:29:59  3   Q.   Okay.  All right.  And so, just to make sure that we're

09:30:03  4   clear on what we're talking about, when a person takes a pill,

09:30:09  5   then the level of medicine in their body will go up, right?

09:30:12  6   A.   As it's absorbed into the bloodstream.

09:30:14  7   Q.   And at its highest level, what's that called?

09:30:18  8   A.   The level is drawn in the blood when we expect it to be at

09:30:22  9   its highest level is call its *peak*.

09:30:25 10   Q.   And then as time goes, the level of drug will diminish

09:30:29 11   from the body, right?

09:30:30 12   A.   So what will happen is the drug will be metabolized by the

09:30:36 13   organs, will be secreted by the kidneys, and will gradually

09:30:39 14   fall.

09:30:39 15   Q.   And that's the trough that you're talking about?

09:30:41 16   A.   The area where we feel that it is going to be the most low

09:30:45 17   after having taken the drug far enough out.

09:30:47 18   Q.   And, Dr. Rinder, did you help us prepare a slide that

09:30:50 19   addresses this issue of variability for Xarelto patients?

09:30:53 20   A.   Yes.

09:30:54 21   Q.   So explain to us what you're talking about here in regards

09:31:02 22   to variability.

09:31:05 23   A.   So these patients are taking Xarelto and they are all

09:31:11 24   taking the same dose.  They are all taking one pill.  The exact

09:31:15 25   same dose.  The patients that are in the green, if I was

*OFFICIAL TRANSCRIPT*

09:31:20 1  looking at their blood level, and here is the range, the

09:31:26 2  patients in green are down here at a low level.  The patients

09:31:30 3  in red are up here at a high level.  And depending on the

09:31:35 4  study, they may be as high as tenfold higher levels or even

09:31:39 5  more.

09:31:39 6        But even though I've got them colored red and green

09:31:44 7  here for illustrating their level, unfortunately they are not

09:31:48 8  colored red and green in real life.  When I look at those

09:31:51 9  patients, I can't tell which are in the red or which are in the

09:31:55 10  green.  All I know is they took the drug, the same dose, but I

09:31:59 11  can't know which group they are in.  I would like to know.  I

09:32:02 12  would like to have something that gives me a better chance of

09:32:05 13  identifying them.

09:32:06 14        I might not be able to identify them with certainty,

09:32:09 15  but doctors are used to that.  We know that things aren't

09:32:13 16  certain, but what we want are tools to try and help us make

09:32:17 17  informed decisions and give the best information we can to the

09:32:20 18  patient.

09:32:21 19        So if I can tell someone, Hey, you're in the red, and

09:32:23 20  that makes me worry.  I can't say with certainty what's going

09:32:26 21  to happen, but I know that you're in the red with a higher

09:32:29 22  level, that helps me to talk to that patient and make decisions

09:32:32 23  about what that patient needs.

09:32:33 24  Q.   Okay.  Dr. Rinder, so what we're looking at here is the

09:32:37 25  level of drug in the blood; is that right?

*OFFICIAL TRANSCRIPT*

09:32:41 1   A.    These -- this illustrates the trough, or peak level in

09:32:45 2   some cases, the difference between groups of patients in

09:32:50 3   Xarelto trials and studies.

09:32:52 4   Q.    So if a hundred people took the drug, some would have ten

09:32:56 5   times more in their body; is that right?

09:32:57 6   A.    Than others.

09:32:58 7   Q.    Than others, right.

09:32:59 8         So, we're talking about drug levels.  Is there a

09:33:02 9   connection between the level of Xarelto in the blood and the

09:33:07 10  risk of bleeding?

09:33:07 11  A.    Yes, there is.

09:33:09 12  Q.    And what is that connection?

09:33:11 13  A.    Just like any other anticoagulant, the higher the level of

09:33:14 14  the drug, Xarelto, in the blood, the higher the risk of

09:33:17 15  bleeding.

09:33:19 16  Q.    All right.  So, to put that in laymen's terms, would it be

09:33:23 17  fair to say that the thinner the blood, the greater the risk of

09:33:26 18  bleeding?

09:33:26 19  A.    That would be one way of saying it.

09:33:28 20  Q.    And is that what you would expect as a hematologist?

09:33:33 21  A.    As I said, that's the way anticoagulation works.  It's

09:33:36 22  very straightforward.  All anticoagulants work the same way.

09:33:41 23  The more you give, the more it blocks those coagulation

09:33:45 24  proteins, the more it thins the mortar, the more likely you are

09:33:48 25  to bleed.

*OFFICIAL TRANSCRIPT*

09:33:49 1   Q.   Dr. Rinder, based on your -- based on your study and

09:33:54 2   looking at the clinical trials in the medical literature, is

09:33:58 3   there a way to identify those patients that have more drug in

09:34:02 4   their blood?

09:34:02 5   A.   Yes.  There are about three dozen studies that address

09:34:07 6   that.

09:34:07 7   Q.   All right.  And is the PT test one way to identify those

09:34:15 8   patients?

09:34:15 9   A.   Yes.  Especially using Neoplastin.

09:34:17 10  Q.   And is that position, is it supported in the medical

09:34:23 11  literature?

09:34:24 12  A.   Yes, it is.

09:34:24 13  Q.   And are you familiar with the Kubitza 2005 article?

09:34:32 14  A.   Yes.  That's a study by, I believe, Bayer scientists who

09:34:36 15  examined drug levels.

09:34:37 16  Q.   Let me show you what's marked for identification purposes

09:34:41 17  as Record Number 5767718.  Is that the article that you're

09:34:54 18  referring to, Dr. Rinder?

09:34:57 19  A.   Yes, it is.

09:34:57 20  Q.   Is there any particular graph or information in here that

09:35:09 21  would be helpful to the jury on this issue?

09:35:10 22  A.   Yes.  If you'll turn to graph Figure 4B.

09:35:19 23  Q.   So, Dr. Rinder, will you describe for us what we're

09:35:23 24  looking at in this graph?

09:35:25 25          Before we go there, if you'll turn back to the first

**OFFICIAL TRANSCRIPT**

09:35:30 1    page --

09:35:31 2            My apologies, Mr. Carl.

09:35:33 3            -- and who are the authors of this study.

09:35:38 4    A.    The authors are Kubitza, Becka, Wensing, Voith and

09:35:50 5    Zuehlsdorf.

09:35:54 6    Q.    Are any of these Bayer scientists?

09:35:56 7    A.    I believe that they all are.  Wait, no, I'm sorry.

09:35:59 8    Kubitza, Wensing, Voith, and Zuehlsdorf are all

09:36:06 9    Bayer Healthcare AG.

09:36:09 10   Q.    Let's go back to Figure 4B.

09:36:14 11           So in this 2005 article in Figure 4B, describe for us

09:36:20 12   what we're looking at here, sir.

09:36:22 13   A.    Okay.  So this graph has on the bottom axis, you can see

09:36:30 14   it says, "Plasma concentration of BAY 59-7939," and then

09:36:36 15   micrograms per liter, which is the concentration of blood.  So

09:36:41 16   that's the amount of Xarelto that's been measured in the blood.

09:36:43 17   Q.    That BAY 59-7939, that's the molecule that's later known

09:36:50 18   as *Xarelto*; is that right?

09:36:51 19   A.    That's my understanding.

09:36:55 20   Q.    Okay.

09:36:57 21   A.    So that's the bottom axis.

09:36:58 22           In the axis going vertically, from 0 up to 40, you

09:37:02 23   can see the prothrombin time.  That's the PT test that we've

09:37:05 24   described.

09:37:06 25           The dots that are in this graph, each dot represents

*OFFICIAL TRANSCRIPT*

09:37:11 1   a patient, having their blood drawn, and that blood sample is

09:37:17 2   getting two tests.  It's getting tested for the concentration

09:37:21 3   of drug, and that same blood sample is getting tested for the

09:37:27 4   PT value.

09:37:28 5          And so we plot the concentration versus the PT value

09:37:33 6   on this, and you can see there is many, many patients in this

09:37:37 7   trial.  And you can see that, as you go from left to right, as

09:37:41 8   the concentration of drug increases, so does the prothrombin

09:37:47 9   time.

09:37:47 10  Q.   All right.  And is the reason that you want to know or

09:37:54 11  identify patients that have a lot of Xarelto in their blood,

09:37:57 12  does that have anything to do with the bleeding risk?

09:38:01 13  A.   It certainly does.  And, in fact, the prothrombin time is

09:38:04 14  used in all of the Xarelto trials as part of their safety

09:38:11 15  monitoring.

09:38:11 16  Q.   So this is a 2005 article.  Was there a later article by

09:38:17 17  Bayer scientists that gives the same similar information?

09:38:21 18  A.   Yes, there is.

09:38:21 19  Q.   All right.  Let me ask you to take a look at what's marked

09:38:31 20  as for identification purposes as Record Number 3261528.  And

09:38:35 21  is this the article you're referring to, Dr. Rinder?

09:38:38 22  A.   Yes.

09:38:39 23  Q.   What's the date and the lead author on this study?

09:38:47 24  A.   This is a 2014 article and the lead author is Mueck.

09:38:53 25  Q.   And then, I think you said, Dagmar Kubitza, we identified

*OFFICIAL TRANSCRIPT*

09:38:59  1    him as a Bayer scientist just a moment ago; is that right?

09:39:02  2    A.    That's right.

09:39:02  3    Q.    Where is it published?

09:39:04  4    A.    In *Clinical Pharmacokinetics*.

09:39:10  5    Q.    Let's take a look at Figure 4B on page 9 of this article,

09:39:15  6    if we could, Dr. Rinder.

09:39:16  7          Okay.  And so, again, describe for us what we're

09:39:20  8    looking at in this graph.

09:39:28  9    A.    So, once again, on the bottom it's the same graph that we

09:39:33 10    saw before in the way that it's formulated.  The plasma

09:39:38 11    concentration of Xarelto goes from left to right, 0 up to

09:39:44 12    600 micrograms per liter.

09:39:47 13          In the axis going from 10 up to 45 on the left is the

09:39:52 14    prothrombin time.  And, again, each dot is a single patient

09:39:58 15    with their blood drawn and measured for both concentration of

09:40:01 16    the drug and the prothrombin time.  And, once again, as you go

09:40:05 17    from left to right, you can see that as the concentration of

09:40:10 18    the drug goes up, the prothrombin time increases.

09:40:13 19    Q.    All right.  Dr. Rinder, in this -- in this study by Bayer

09:40:20 20    scientists and in the 2005 study that we just looked at, they

09:40:23 21    are measuring prothrombin times, right?

09:40:26 22    A.    That's correct.

09:40:26 23    Q.    And they are relating those prothrombin times to the

09:40:30 24    plasma concentration or the level of drug in the blood; is that

09:40:30 25    right?

**OFFICIAL TRANSCRIPT**

09:40:33 1   A.   Yes.

09:40:34 2   Q.   And in these studies, what reagent were they using for

09:40:39 3   their PT?

09:40:40 4   A.   In these studies they were using Neoplastin.

09:40:44 5   Q.   Is that the same PT reagent that was used in their

09:40:48 6   clinical trials as well?

09:40:49 7   A.   Yes.  In their clinical trials for their safety

09:40:52 8   monitoring, they used the same Neoplastin reagent to measure

09:40:55 9   PT.

09:40:55 10  Q.   All right.  And, Dr. Rinder, why is it -- as a doctor

09:41:03 11  treating patients that are on Xarelto, why is it that you would

09:41:08 12  want to know the plasma concentration or the level of drug in

09:41:14 13  their blood?

09:41:14 14  A.   As I said before, all anticoagulants work the same way.

09:41:18 15  The more anticoagulation in the blood, the more likely you are

09:41:21 16  to have bleeding.

09:41:22 17  Q.   Dr. Rinder, what evidence do you have that supports that

09:41:28 18  position, the more drug, the thinner the blood, the greater the

09:41:35 19  bleed risk?

09:41:35 20  A.   I'll give you an example.  In Warfarin, when people have

09:41:43 21  too much Warfarin in their blood, and we can monitor that

09:41:45 22  through the blood test, they are more likely to have bleeding.

09:41:48 23       There is also data for Xarelto, as I said, in

09:41:52 24  multiple trials, that show that the patients that have the

09:41:55 25  highest levels of PT, which correspond to the highest levels of

*OFFICIAL TRANSCRIPT*

09:42:01 1  drug, they are at greater risk of bleeding compared to patients

09:42:04 2  getting the same amount of Xarelto, the same dose at the same

09:42:08 3  frequency, who have lower concentrations of drug at lower PT

09:42:14 4  values.

09:42:14 5  Q.   Dr. Rinder, in your work here, did you review the FDA

09:42:21 6  briefing document for the advisory committee on Xarelto?

09:42:24 7  A.   Yes, I did.

09:42:24 8  Q.   And is there any information from the FDA's analysis that

09:42:30 9  is pertinent to this issue?

09:42:33 10  A.   I even have that FDA document.

09:42:38 11       MR. BIRCHFIELD:  Your Honor, this is already in

09:42:40 12  evidence as Exhibit 101.

09:42:41 13       THE COURT:  All right.

09:42:44 14  EXAMINATION BY MR. BIRCHFIELD:

09:42:45 15  Q.   Dr. Rinder, would you turn to Figure 8 on page 41 of the

09:42:54 16  PDF.  Do you have your copy here?

09:43:12 17  A.   I can use this, yes.  Which page is that?

09:43:19 18  Q.   It's page 40, or, if you look at the PDF number, it's

09:43:25 19  PDF 41.  Then it's also on your screen there, Dr. Rinder.

09:43:39 20       So, Dr. Rinder, explain this graph to the jury.  What

09:43:44 21  is this graph showing us?

09:43:46 22  A.   So, this Figure 8 is data that comes from a big trial that

09:43:54 23  was done by the company, a large number of patients.  In the

09:44:00 24  bottom line, instead of the concentration of drug, it is the

09:44:08 25  prothrombin time, which, as we know, was linearly correlated

**OFFICIAL TRANSCRIPT**

09:44:12  1    with the concentration.

09:44:14  2            So the prothrombin time goes from 6 to 30.  So that's

09:44:17  3    increasing clotting time on the bottom.  In the axis going

09:44:24  4    upward from 0 to 8, that is the percentage of patients with

09:44:30  5    major bleeds.  So those are the percentage of patients who have

09:44:34  6    significant -- defined in the trial, significant bleeding.

09:44:39  7    Q.   So, Dr. Rinder, if we're looking at that bottom axis, as

09:44:48  8    you move to the right, the PT numbers are going up; is that

09:44:52  9    right?

09:44:52 10    A.   That's correct.

09:44:52 11    Q.   As the PT numbers go up, the bleed -- the number of bleeds

09:44:56 12    go up, major bleeds; is that right?

09:44:58 13    A.   You can see in the graph that the blue line, which is the

09:45:02 14    median, is going up as you go from left to right.  So as the

09:45:09 15    prothrombin time increases, which, from our previous graphs,

09:45:12 16    correlates with more drug in the blood, the risk -- the

09:45:16 17    percentage, not the risk, the actual percentage of patients in

09:45:19 18    the trial with major bleeding increases.

09:45:22 19    Q.   So, Dr. Rinder, looking at this graph, if your PT is,

09:45:27 20    like, 23, what does that say about your risk of major bleeding?

09:45:33 21    A.   So from this trial, if I put my finger on 23, and I move

09:45:37 22    it straight up vertically to the blue line, it hits the blue

09:45:43 23    line at about 6 percent.

09:45:44 24            Now, the dotted lines represent what are called

09:45:47 25    *confidence intervals*.  So it could be as low as 5, it could be

*OFFICIAL TRANSCRIPT*

09:45:51 1   as high as 7; but, on average, the risk -- the percentage of

09:45:58 2   bleeding in the trial at a PT of 23 seconds was 6 percent.

09:46:02 3   Q.   All right.  So this is data from the ROCKET study; is that

09:46:08 4   right?

09:46:08 5   A.   That's right.

09:46:08 6   Q.   In the ROCKET study, what reagent was used when the

09:46:14 7   defendants were measuring the prothrombin time?

09:46:17 8   A.   They were using Neoplastin.

09:46:18 9   Q.   The same as Ms. Mingo's PT time?

09:46:22 10  A.   The same reagent that was being used at Southwest

09:46:25 11  hospital.

09:46:25 12  Q.   All right.  Dr. Rinder, the ROCKET study, that was looking

09:46:31 13  at atrial fibrillation patients; is that right?

09:46:34 14  A.   That's correct.

09:46:34 15  Q.   Ms. Mingo had a DVT, a different treatment for Xarelto; is

09:46:41 16  that right --

09:46:41 17  A.   That is correct.

09:46:41 18  Q.   -- indication?

09:46:42 19       So how is it that the ROCKET data informs your views

09:46:49 20  about Xarelto as it pertains to Ms. Mingo?

09:46:51 21  A.   Well, the important thing here is physiology doesn't

09:46:55 22  change based on the disease that someone has.

09:46:58 23       If I give you a drug, whether it's for atrial

09:47:03 24  fibrillation, or whether it's for DVT, that drug is going to

09:47:05 25  act on you in the same way.  Your body is going to respond to

*OFFICIAL TRANSCRIPT*

09:47:09  1   it -- for whatever reason I give it to you, it's going to

09:47:12  2   respond.

09:47:12  3            Your physiology is not changing.  It's going to react

09:47:16  4   to that drug.  If you have a high PT level, then I know that

09:47:22  5   you've got a high level of drug in your blood.

09:47:26  6   Q.   All right.  So, let's see if you can help me understand

09:47:33  7   this.  So if I take an aspirin for a headache one day, and I

09:47:39  8   take an aspirin the next day for a toothache or to lower my

09:47:45  9   risk of a heart attack, does aspirin still work the same way

09:47:50 10   regardless of why I'm taking it?

09:47:51 11   A.   It does.

09:47:52 12   Q.   Dr. Rinder, let's look back at Figure 8.  There at the

09:47:56 13   bottom, it says, "observe quartile."  Explain to us what we're

09:48:01 14   looking at with quartiles here.

09:48:03 15   A.   When doctors are trying to figure out how to talk to

09:48:12 16   patients and give them information to help them make a

09:48:16 17   decision, what we try to do is look at data in a way that

09:48:20 18   somehow identifies patients.  I can't know where you might fit

09:48:25 19   along this curve unless I've got your data.

09:48:27 20            So, when I look at this data, I'm going to say, well,

09:48:32 21   look, if I take the lowest 25 percent of patients based on

09:48:37 22   their prothrombin time measurement by Neoplastin, I can look at

09:48:42 23   that group, and that's that very first little orange diamond,

09:48:49 24   where, under it, it says 1.2.  That 25 percentile, that's the

09:48:54 25   lowest quartile group based on a PT.  They have a bleeding risk

*OFFICIAL TRANSCRIPT*

09:48:59  1    of about -- looks like about 3 percent based on this graph.

09:49:04  2            The next quartile, as you move upwards, is close to

09:49:09  3    4 percent.  The next quartile is 5 percent.  Then the next

09:49:12  4    quartile is between six and seven percent.

09:49:15  5    Q.    Dr. Rinder, would there be a clinically significant

09:49:19  6    difference between the patients in the lowest quartile and the

09:49:24  7    patients in the highest quartile?

09:49:25  8    A.    Absolutely.  If you look at the -- if you look at the

09:49:27  9    little bars that are drawn through these orange graphs, those

09:49:34 10    are standard deviation bars.  What we try to do is say, well,

09:49:40 11    if someone has this much risk of bleeding based on where they

09:49:43 12    are with prothrombin time, and another person has this much

09:49:47 13    risk of bleeding based on the fact that they might be in that

09:49:52 14    fourth quartile, there is no overlap.  It's not like they are

09:49:55 15    here.  Even the people who have the bottom risk, which is my

09:50:01 16    thumb, and the top risk, in the lowest quartile, they are

09:50:04 17    completely different.

09:50:05 18            So when I look at that, that is a very significant

09:50:07 19    difference in terms of the risks of bleeding from the bottom

09:50:11 20    quartile to the top quartile of these patients.

09:50:13 21    Q.    All right.  So, the data here, does it support your

09:50:20 22    position that -- what you expect as a hematologist -- the

09:50:23 23    thinner the blood, the greater the risk of bleeding?

09:50:26 24    A.    Yes.

09:50:26 25    Q.    Let's look at the flip side of that, and see if the

*OFFICIAL TRANSCRIPT*

1296

09:50:30 1   greater the level of -- greater the PT time, the greater the

09:50:38 2   level of drug in your blood.

09:50:39 3          Does it also add benefit in reducing the clotting?

09:50:43 4   Can we take a look at that, sir?

09:50:45 5   A.   Yes.

09:50:45 6   Q.   Does it?

09:50:46 7   A.   Well, it doesn't.  It doesn't.  In fact, there is a figure

09:50:49 8   in this that basically shows this Figure 7.  Again, this is the

09:50:57 9   same type of figure that's showing the prothrombin time going

09:51:00 10  up from left to right.  It's showing, in the axis going up from

09:51:06 11  0 to 4, the percentage of patients with strokes based on having

09:51:11 12  a clot.

09:51:12 13         As you can see, the line is basically flat.  The

09:51:18 14  quartiles are basically all overlapping, so the patients in the

09:51:23 15  first quartile, who -- that's the first orange diamond to the

09:51:26 16  left, and the patients who are in the fourth quartile, the

09:51:30 17  farthest orange diamond to the right, and you can see the

09:51:33 18  standard error bars, those are basically the same.

09:51:38 19  Q.   So, looking at these two graphs together, is it fair that

09:51:44 20  the risk of bleeding goes up, but you don't get any additional

09:51:50 21  benefit in reducing the clot?

09:51:51 22  A.   Increased risk of bleeding, no additional benefit.  That

09:51:55 23  makes sense.

09:51:55 24  Q.   Dr. Rinder, the patients in the fourth quartile, where do

09:52:01 25  they fall in the level of risk?

*OFFICIAL TRANSCRIPT*

09:52:02 1    A.    In terms of their risk of bleeding?

09:52:05 2    Q.    Yes, sir.

09:52:05 3    A.    So from the ROCKET study, their risk goes anywhere from

09:52:13 4    5 percent all the way up to between 7 and 8 percent.

09:52:17 5    Q.    Is there data from the EINSTEIN study -- Ms. Mingo is

09:52:22 6    taking it for DVT treatment -- in the EINSTEIN study, is there

09:52:27 7    data to identify which quartile she would have been in as an

09:52:31 8    EINSTEIN patient --

09:52:33 9    A.    Yes, there is.

09:52:33 10   Q.    -- with DVT?

09:52:34 11        Let's take a look, if you would, Dr. Rinder, at what

09:52:39 12   is already in evidence as Trial Exhibit 18.  It's a large

09:52:52 13   document.  I want to just -- it's already in evidence, but I

09:52:55 14   want to just focus on one table in this document.  It's

09:53:05 15   page 596, Table 14.4.2.

09:53:09 16   A.    Yes, sir.

09:53:09 17   Q.    So, describe for us -- I mean, this is data -- this is

09:53:14 18   data from the EINSTEIN study that was done by the defendants,

09:53:19 19   right?

09:53:20 20   A.    Correct.

09:53:20 21   Q.    So tell us what we're looking at in this graph, please.

09:53:26 22   A.    So this is in table form.  The two areas that I would

09:53:30 23   focus on are the bottom four lines of this table.

09:53:37 24        If you look at the far left, it says:  PT with

09:53:41 25   Neoplastin, day 15 trough.  As we said, that's the trough

*OFFICIAL TRANSCRIPT*

09:53:47  1    level, the lowest level.

09:53:48  2            If you look across, it says Q1.  Then you'll see some

09:53:52  3    numbers, and those are PT times, between 11 and, say, 15.4.

09:54:00  4    Then if you continue to go over, you can see that 17 out of

09:54:02  5    700 patients in that group had a clinically relevant bleed,

09:54:06  6    which equals 2.43 percent.

09:54:09  7    Q.    Okay.  If we drop down and we look at Q4 -- that's the

09:54:15  8    fourth quartile, the upper quartile; is that right?

09:54:17  9    A.    That's correct.  So this is the 25 percent of patients

09:54:20 10    that are in the highest quartile that have the higher

09:54:26 11    prothrombin times.  You look across, 31 out of 667, or

09:54:33 12    4.65 percent of those patients, had a clinically relevant

09:54:36 13    bleed.

09:54:36 14    Q.    Okay.  All right.  Dr. Rinder, in just a moment, we're

09:54:42 15    going to look at Ms. Mingo's medical records and what happened

09:54:45 16    in her case; but, what was her PT -- what was her PT level when

09:54:50 17    it was measured at trough?

09:54:52 18    A.    Her prothrombin time with Neoplastin was 23.6 seconds,

09:54:56 19    which not only puts it in that fourth quartile, it puts it

09:55:01 20    probably pretty high in that quartile, probably above the 90th

09:55:08 21    percentile.

09:55:08 22    Q.    In reviewing Ms. Mingo's medical records, did you also see

09:55:10 23    a PT reading that was measured at peak?

09:55:15 24    A.    Yes, I did.

09:55:15 25    Q.    What was that peak time, if you recall?

**OFFICIAL TRANSCRIPT**

09:55:17 1    A.   So you can see here in this first -- can I just give you

09:55:22 2    some background -- if you look at this table, under PT

09:55:26 3    Neoplastin day 15 peak, you have similar type of presentation

09:55:31 4    of data.  Q1 has a bleeding incidence of 3.15 percent.  And if

09:55:37 5    you look at Q4 -- and we'll move over -- it's 5.91 percent.

09:55:42 6         The Q4 level is greater than 25.1.  Ms. Mingo had a

09:55:48 7    peak level of PT done with Neoplastin on Xarelto which was

09:55:54 8    26 -- I don't recall exactly -- it was 26.3 seconds.

09:55:59 9    Q.   26.2.  So whether it was measured at peak or trough, which

09:56:05 10   quartile would Ms. Mingo be in?

09:56:07 11   A.   She's always in the fourth quartile.

09:56:09 12   Q.   As a physician, would you ever want a patient in the

09:56:14 13   fourth quartile?

09:56:15 14   A.   No.

09:56:15 15   Q.   Why is that?

09:56:16 16   A.   Well, if she's in the fourth quartile, any patient in that

09:56:21 17   fourth quartile, if I look at all the data that's been

09:56:23 18   developed, she has a higher risk of bleeding.  She has a higher

09:56:27 19   risk of bleeding without any greater benefit of the drug for

09:56:32 20   prevention based on the data that we have, which is very

09:56:37 21   robust.  It's large numbers of patients.

09:56:39 22        So, there is no reason for me to give her a drug

09:56:42 23   that's going to make her have higher risk of bleeding, but

09:56:45 24   without any added benefit.  So, that's just not the kind of

09:56:50 25   drug that I want to give someone who, if I can identify them

*OFFICIAL TRANSCRIPT*

09:56:54  1   and be in that fourth quartile, I wouldn't want them in that

09:57:00  2   fourth quartile.  I want to identify them and take them out of

09:57:03  3   that fourth quartile by not giving them that drug.

09:57:06  4   Q.    Dr. Rinder, given what you know about variability and PT

09:57:13  5   and the risk of bleeding, would it be helpful for a physician

09:57:17  6   to use PT -- Neoplastin PT to determine an individual's risk of

09:57:22  7   bleeding?

09:57:24  8   A.    Absolutely.  It would be a great tool for a doctor to

09:57:26  9   measure very easily and to be able to say, well, I see that

09:57:31 10   your value -- and then I can make a decision on it.  You're not

09:57:34 11   in the fourth quartile, I'm okay with that, if possible.  If

09:57:38 12   you're in that fourth quartile, you have too much risk of

09:57:42 13   bleeding.

09:57:42 14   Q.    Is there information in the Xarelto label about -- to

09:57:48 15   provide instructions to doctors about using PT to measure the

09:57:52 16   amount of Xarelto in a patient's blood to determine their risk

09:57:55 17   of bleeding?

09:57:56 18   A.    No.

09:57:56 19   Q.    Dr. Rinder, if we could turn to section 5.7 of the product

09:58:03 20   label.  It's on -- we've pulled it out on the screen for you.

09:58:13 21   You should have it on your screen there, Dr. Rinder.

09:58:15 22         I want to ask you about this statement in the label:

09:58:18 23   "The anticoagulant effect of Xarelto cannot be monitored with

09:58:23 24   standard laboratory testing nor readily reversed."

09:58:26 25         Does that line up with your understanding,

*OFFICIAL TRANSCRIPT*

09:58:31  1    Dr. Rinder?

09:58:34  2    A.    No, not based on the data that we have.

09:58:36  3    Q.    Based on the data that you have, is the statement that the

09:58:42  4    anticoagulant effect of Xarelto cannot be monitored with

09:58:45  5    standard laboratory testing, is that statement true or false?

09:58:50  6    A.    It's false.

09:58:50  7    Q.    At this point, I would like to turn and focus on

09:58:57  8    Ms. Mingo, the case specific aspect of Ms. Mingo's case.

09:59:02  9           MR. BIRCHFIELD:  Your Honor, I don't know if you want

09:59:04  10   to take a break.  This is a good breaking point.

09:59:07  11          THE COURT:  All right.  Let's take a break.

09:59:09  12          THE DEPUTY CLERK:  All rise.

10:00:21  13          (WHEREUPON, at 9:59 a.m., the jury panel leaves the

10:13:45  14   courtroom and then a brief recess was taken.)

10:13:45  15          (WHEREUPON, at 10:13 a.m., the jury panel enters the

10:14:23  16   courtroom.)

10:14:23  17          THE DEPUTY CLERK:  All rise.

10:14:25  18          THE COURT:  Be seated, please.

10:14:32  19            Continue, Counsel.

10:14:33  20          MR. BIRCHFIELD:  Thank you, Your Honor.

10:14:36  21   EXAMINATION BY MR. BIRCHFIELD:

10:14:36  22   Q.    Dr. Rinder, did you have an opportunity to review the

10:14:38  23   medical records pertaining to Ms. Mingo's course of treatment?

10:14:41  24   A.    Yes, I did.

10:14:41  25   Q.    Is that the normal course that you would follow if you

*OFFICIAL TRANSCRIPT*

10:14:47 1   were treating a patient, would you review their medical

10:14:50 2   records?

10:14:50 3   A.   When I examine a patient, when I'm taking care of a

10:14:53 4   patient, any follow-up on a patient, I'm always fully reviewing

10:14:58 5   their medical records and making sure that I know as much as I

10:15:01 6   can about them.  I do that in chronological order to try and

10:15:06 7   figure out exactly what's going on with my patient.  I did that

10:15:09 8   the exact same way for Ms. Mingo's records.

10:15:12 9        MR. BIRCHFIELD:  Your Honor, at this time we'll tender

10:15:14 10  Plaintiff's Exhibit 103.  It's a composite of Ms. Mingo's

10:15:18 11  medical records pertaining to her care and treatment here,

10:15:22 12  subject to confirming with defense counsel that the appropriate

10:15:25 13  HIPAA redactions are made.

10:15:27 14       THE COURT:  Okay.

10:15:29 15       MS. PRUITT:  No objection, Your Honor.

10:15:30 16       THE COURT:  Let it be admitted.

10:15:30 17       (WHEREUPON, Exhibit 103 was admitted.)

10:15:31 18  EXAMINATION BY MR. BIRCHFIELD:

10:15:31 19  Q.   Dr. Rinder, in your review of the medical records, you

10:15:36 20  know that Ms. Mingo had hip replacement surgery on January 6,

10:15:40 21  2015; is that right?

10:15:40 22  A.   That's correct.

10:15:41 23  Q.   Is hip replacement surgery, is that considered an invasive

10:15:45 24  procedure?

10:15:46 25  A.   Absolutely.

***OFFICIAL TRANSCRIPT***

1303

10:15:46 1  Q.    Is blood loss expected during such a surgery?

10:15:50 2  A.    Definitely.

10:15:50 3  Q.    What are the signs and symptoms of blood loss that you

10:15:54 4  would expect following hip replacement surgery?

10:15:58 5  A.    So, in most patients with hip surgery, having hip

10:16:03 6  replacement, what you really only expect is that their

10:16:08 7  hemoglobin, which is the concentration, a measure of the

10:16:12 8  concentration of red blood cell content in the blood, you would

10:16:17 9  expect that to go down.

10:16:20 10          It's a big surgery.  You're cutting through big

10:16:23 11 muscles.  You're sawing through bone.  You're putting a

10:16:26 12 prosthesis in.  There is a lot of pulling on muscle and tearing

10:16:30 13 of areas, and then big stitches to hold this area together.

10:16:34 14          But we have good surgeons and good anesthesia.  In a

10:16:38 15 normal patient with normal hemostasis, they will be able to

10:16:42 16 heal this.  But you expect some blood loss there, and you

10:16:46 17 expect the hemoglobin to drop.

10:16:51 18 Q.    Did that, in fact, occur with Ms. Mingo?

10:16:53 19 A.    Yes, it did.

10:16:54 20 Q.    Dr. Rinder, did you help us prepare a chart that graphed

10:16:58 21 the hemoglobin readings for Ms. Mingo over the course of her

10:17:02 22 treatment?

10:17:02 23 A.    Yes.  I went through her record, and I pulled out the

10:17:06 24 hemoglobin values from her lab testing and gave them to one of

10:17:10 25 your assistants to help graph that.

*OFFICIAL TRANSCRIPT*

10:17:13   1          MR. BIRCHFIELD:  With the Court's permission, could we

10:17:15   2     display this.

10:17:15   3     EXAMINATION BY MR. BIRCHFIELD:

10:17:16   4     Q.    Dr. Rinder, would you come and walk us through the

10:17:21   5     hemoglobin readings for Ms. Mingo.

10:17:25   6     A.    Yes, sir.

10:17:25   7     Q.    Let's see, let's pull this out the other way.

10:17:35   8          So, Dr. Rinder, tell us what you're seeing here, the

10:17:39   9     various hemoglobin readings.

10:17:41  10     A.    So, this is a timeline from July 2003, when I have found

10:17:46  11     the earliest part of her records, all the way to May 2017.  So

10:17:51  12     this is time going in this direction.

10:17:55  13          This is the level of hemoglobin, which, as I said, is

10:17:59  14     a measure of the red blood cell content in the blood.  This red

10:18:04  15     line is where you expect the normal lower limit of hemoglobin

10:18:11  16     to be.  You can see that prior to her hip replacement in 2015,

10:18:17  17     she has a normal hemoglobin level.

10:18:20  18          She goes along here, she has a little drop, goes up,

10:18:24  19     has a little drop, goes up.  This is a completely normal

10:18:27  20     pattern in a normal individual.  We see the hemoglobin -- it

10:18:32  21     varies.  It doesn't stay exactly the same.  It could be drawn

10:18:36  22     at different labs and have different methods.  But people's

10:18:41  23     hemoglobin varies.  They get sick.  They have viral illnesses.

10:18:43  24     They have other things going on.

10:18:45  25          So this a completely normal pattern.  As a

*OFFICIAL TRANSCRIPT*

10:18:48 1  hematologist, I would not be concerned about that at all.

10:18:50 2          Then, here she has her hip replacement.  As you can

10:18:53 3  see --

10:18:53 4  Q.    Doctor --

10:18:53 5  A.    Sorry.

10:18:54 6  Q.    -- so this reference here, the pre-hip replacement,

10:19:00 7  December the 29th, 2015, is that the last hemoglobin reading in

10:19:05 8  her records before her hip replacement surgery?

10:19:07 9  A.    Yes, it is.  So it's -- you know, you're coming in for

10:19:11 10 surgery.  They don't want you to draw that blood that morning

10:19:14 11 and go, oh, something is wrong.  They send you in a week or two

10:19:17 12 before.

10:19:18 13         Obviously, this is in between Christmas and

10:19:21 14 New Year's.  They probably sent her to a blood draw station

10:19:25 15 with a bunch of labs to be drawn as a preop.  You can see that

10:19:28 16 her hemoglobin is nicely within the normal range, and that's

10:19:32 17 prior to her hip replacement.

10:19:37 18         Then, this is the day after her hip replacement and

10:19:41 19 the subsequent two days.  I believe this is January 7, 8 and

10:19:47 20 9 -- am I correct?  So those are January 7, 8 and 9.  Those are

10:19:54 21 the hemoglobin valves after her hip replacement surgery.

10:19:56 22 Q.    Are these hemoglobin readings that you would expect

10:20:01 23 following hip replacement surgery?

10:20:03 24 A.    Absolutely.  Like I said, you're cutting through big

10:20:06 25 muscles, you're going to have bleeding in that area.  That's

*OFFICIAL TRANSCRIPT*

10:20:09  1    normal.  As the wound gradually heals, that bleeding will

10:20:13  2    lessen.

10:20:13  3         Plus, when you're having surgery, you're being given

10:20:16  4    fluids, and you're having a lot of changes in your body based

10:20:19  5    on anesthesia.  So is this a completely normal drop in

10:20:24  6    hemoglobin after the surgery.

10:20:27  7         Her treating physicians also felt that this was

10:20:31  8    completely normal and didn't take any special note of it,

10:20:34  9    weren't concerned about it, didn't give her a transfusion.  In

10:20:37 10    fact, they sent her home on the 9th with no concern about that

10:20:42 11    hemoglobin level.

10:20:43 12    Q.   Okay.  The next hemoglobin reading that you have, is that

10:20:47 13    on January 22nd?

10:20:49 14    A.   Yes, right here.  You can see that this is from

10:20:55 15    January 9th to January 22nd, so that's about 13 days.  That is

10:21:00 16    a very nice rebound in the hemoglobin.

10:21:04 17         As a hematologist, that is actually a very robust

10:21:09 18    increase in the hemoglobin for a patient in her 60s.  I would

10:21:13 19    say that that means that her bone marrow was normal, that she

10:21:17 20    has normal iron, and that she has no bleeding, and she's

10:21:21 21    recovering from her surgery very nicely.  She's almost back up

10:21:24 22    to the normal range within less than two weeks.

10:21:28 23    Q.   So does this -- does this rebound that you've described

10:21:32 24    for us here, does that give you any information about the

10:21:37 25    source of the blood loss here?

*OFFICIAL TRANSCRIPT*

10:21:40 1   A.    Absolutely.  This source of blood loss from here, prior to
10:21:45 2   hip replacement, to the day three, I believe it is, post-hip
10:21:50 3   replacement, the hip replacement is entirely responsible for
10:21:54 4   that drop in hemoglobin.  The fact that she rebounds so quickly
10:21:57 5   is also completely consistent with a drop in hemoglobin because
10:22:04 6   of her surgery.  We see this in many, many patients.
10:22:07 7   Q.    Dr. Rinder, did you also help us prepare a timeline for
10:22:11 8   her course of treatment?
10:22:16 9   A.    Yes, I did.
10:22:16 10  Q.    If you would, Dr. Render, walk through this timeline,
10:22:25 11  describe for us her course of treatment.  You told us
10:22:29 12  January 6, 2015, she had her hip replacement surgery, okay?
10:22:34 13  A.    Right.
10:22:34 14  Q.    Now, what's the next event?  What was the next encounter
10:22:39 15  that she had with the healthcare professionals?
10:22:41 16  A.    Okay.  So, when she's discharged from the hospital for her
10:22:48 17  hip surgery, she's placed on prophylaxis for deep vein
10:22:54 18  thrombosis.  So, remember, we talked about how a broken leg,
10:22:59 19  orthopedic procedures similarly give you a higher risk of
10:23:03 20  making a clot like a DVT.
10:23:05 21  Q.    So when she has the hip replacement surgery, like you
10:23:09 22  described with the clotting cascade, that would make someone
10:23:13 23  prone to have a clot or a DVT; is that right?
10:23:16 24  A.    Exactly.  She looks like that picture where there is too
10:23:21 25  much mortar overflowing.

**OFFICIAL TRANSCRIPT**

10:23:23 1    Q.    So they put her on a course of treatment to prevent a DVT;

10:23:23 2    is that right?

10:23:26 3    A.    That's correct.

10:23:27 4    Q.    What was that course of treatment?

10:23:28 5    A.    So, as soon as she was through her hip surgery, about a

10:23:33 6    day later, they started her on an anticoagulant called *Lovenox*,

10:23:38 7    also known as *low molecular weight heparin*.  It's an

10:23:43 8    anticoagulant that you give by an injection into the body.

10:23:46 9    They started her on that, and they gave her that every day

10:23:49 10   while she was in the hospital.  Then they gave her a

10:23:52 11   prescription to continue doing that outside of the hospital.

10:23:56 12        Sometimes people can do it by themselves.  Other

10:23:58 13   times, they have a home health nurse or a home health aide come

10:24:02 14   in and help you give the injection.

10:24:07 15        In addition to the Lovenox that she was on after the

10:24:10 16   surgery, at home, she was also prescribed a baby aspirin once a

10:24:14 17   day as well.

10:24:14 18   Q.    Okay.  All right.  So she's discharged on January 9th.

10:24:20 19   What's the next encounter that she had with the healthcare

10:24:24 20   professional?

10:24:25 21   A.    So, she had stopped her Lovenox, per her doctor's orders,

10:24:30 22   and had changed from a baby aspirin to a standard dose of

10:24:34 23   aspirin.  Was still taking that.

10:24:36 24        On the 22nd, she had some swelling in her leg.  So

10:24:41 25   she came in to her primary care doctor.  They were concerned

*OFFICIAL TRANSCRIPT*

10:24:45 1  that she had developed -- what we were worried about -- a deep

10:24:49 2  vein thrombosis.

10:24:50 3          So they sent her to another part of the medical

10:24:54 4  complex where they have imaging, and they did what's called an

10:24:59 5  *ultrasound*.  It's a radiology procedure where they can actually

10:25:02 6  see inside blood vessels.  Sure enough, they diagnosed her as

10:25:06 7  having a deep vein thrombosis.

10:25:08 8  Q.   Can I stop you right there for just a second, Doctor?

10:25:12 9  A.   Certainly.

10:25:12 10  Q.   So when she was discharged from the hospital, she was

10:25:14 11  instructed to take a course of the Lovenox injections plus

10:25:19 12  aspirin --

10:25:19 13  A.   Correct.

10:25:20 14  Q.   -- for a number of days; is that right?

10:25:22 15  A.   Correct.

10:25:22 16  Q.   Did Ms. Mingo follow those instructions?

10:25:26 17  A.   She did.

10:25:27 18  Q.   Did she have a DVT -- did she have this DVT while she was

10:25:31 19  on Lovenox and the aspirin together?

10:25:34 20  A.   No.

10:25:34 21  Q.   So when did this happen?  What was she taking for

10:25:40 22  prevention of the DVT when this DVT occurred?

10:25:43 23  A.   So she was only taking the standard dose of aspirin when

10:25:47 24  she developed symptoms of the DVT.

10:25:49 25  Q.   All right.  So, on January 22nd, was an ultrasound done at

**OFFICIAL TRANSCRIPT**

10:25:57  1   that time?

10:25:57  2   A.    That's correct.  That diagnosed the DVT.

10:25:59  3   Q.    Then what happened following that?

10:26:01  4   A.    Well, she was -- she was admitted to the hospital.

10:26:07  5   Through the emergency room, they did some laboratory testing.

10:26:12  6   They showed that her prothrombin time, done with the

10:26:16  7   Neoplastin, was within the normal range at 12.5 seconds.

10:26:19  8   Q.    So we have noted down here, the Neoplastin reference

10:26:26  9   range, 12.1 to 15.2; is that right?

10:26:31 10   A.    That's correct.  So when the laboratories establish a lab

10:26:35 11   test, they are very careful.  They want to make this very

10:26:37 12   sensitive.  What they'll do is they'll run this lab test,

10:26:40 13   before they even start it on patients, on a whole bunch of

10:26:44 14   normal people who don't have any bleeding disorders.  That's

10:26:47 15   how they establish a reference range.

10:26:49 16          As you can see, her prothrombin time is at the lower

10:26:52 17   end of that reference range with the Neoplastin test.

10:26:56 18   Q.    So the ultrasound is done, and the DVT is shown in the

10:27:02 19   ultrasound; is that right?

10:27:04 20   A.    That's correct.

10:27:04 21   Q.    Is she admitted to the ER then?

10:27:08 22   A.    Right.  So they saw the DVT at imaging, so they sent her

10:27:14 23   to the emergency department, where she was then seen.

10:27:16 24   Q.    So she was admitted on January 22nd, right?

10:27:20 25   A.    Correct.

*OFFICIAL TRANSCRIPT*

10:27:21 1    Q.    What is the course of treatment for the DVT on

10:27:26 2    January 22nd?

10:27:27 3    A.    So the emergency room doctors wanted to anticoagulate her

10:27:33 4    based on her DVT.  One of the standard therapies is to give low

10:27:38 5    molecular rate heparin, the same drug that she got before.

10:27:44 6              They were also thinking that, we're going to

10:27:46 7    eventually discharge her on anticoagulation, so they also gave

10:27:48 8    her a dose of Coumadin, an oral dose of Coumadin, sometimes

10:27:52 9    known as *warfarin*.  The reason why they do that is because the

10:27:56 10   Lovenox acts right away.  That is an anticoagulant, because

10:27:59 11   you're given it parenterally, it gets in and acts right away.

10:28:04 12             The warfarin anticoagulant does not act right away.

10:28:07 13   That takes days to build up enough level so that you're

10:28:12 14   anticoagulating.  So it may seem like you're giving her two

10:28:15 15   anticoagulants at the same time, but that's actually the

10:28:18 16   standard of care.  You give the Lovenox first to get her fully

10:28:22 17   anticoagulated.  Then you start her on the warfarin, and, if

10:28:25 18   you follow that every day, eventually, four, five, six days

10:28:28 19   down the line, she can then stop the Lovenox because the

10:28:32 20   warfarin is fully onboard.

10:28:33 21   Q.    Now, is that referred to as a *bridging therapy*?

10:28:38 22   A.    Some people would call it that.  Yes.

10:28:40 23   Q.    So I want to make sure that we follow what you're saying,

10:28:45 24   Dr. Rinder, about the way that warfarin would be given several

10:28:51 25   days to build to a therapeutic level.

**OFFICIAL TRANSCRIPT**

10:28:53  1    A.   That's correct.  So what happens with warfarin is it

10:28:57  2    starts to work, but a single dose doesn't anticoagulate.  What

10:29:02  3    you have to do is give it every single day and build up a drug

10:29:06  4    level, until eventually most people take about five to seven

10:29:10  5    days before they are anticoagulated with warfarin.

10:29:14  6         Then, at that point, they are anticoagulated.  Then

10:29:18  7    any other drug, like Lovenox, that's used to sort of bridge

10:29:23  8    them, to get them to that point, you can stop that

10:29:28  9    anticoagulant and leave them on the warfarin, which, again, has

10:29:31 10    to be continued on a daily basis.  If you miss a day, the level

10:29:34 11    is going to drop.

10:29:35 12    Q.   So back to our timeline.  On January 22nd, she has a PT

10:29:41 13    reading that evening of 12.5?

10:29:42 14    A.   That's correct.

10:29:43 15    Q.   Then she is given -- she's given one dose of warfarin, or

10:29:48 16    Coumadin; is that right?

10:29:49 17    A.   Plus the Lovenox.  That's correct.

10:29:51 18    Q.   Plus the Lovenox.

10:29:53 19         Then the next day, is that when she's first seen --

10:29:58 20    on the 23rd, is that when she's first seen by Dr. Renie Jordon?

10:30:12 21    A.   Yes.

10:30:12 22    Q.   What did Dr. Jordon do regarding her course of treatment?

10:30:16 23    A.   So Dr. Jordon decided that rather than continuing the

10:30:20 24    Lovenox and Coumadin, Dr. Jordon wanted to switch Ms. Mingo to

10:30:29 25    Xarelto as the anticoagulant.

*OFFICIAL TRANSCRIPT*

10:30:29 1           So she stopped the Lovenox orders.  She got no

10:30:31 2 Lovenox here.  She stopped the Coumadin orders.  She got no

10:30:34 3 Coumadin here.  She started her on Xarelto.

10:30:37 4           You can see here that her first dose of Xarelto was

10:30:42 5 15 milligrams at 8:30 in the morning.  Then the second dose of

10:30:47 6 Xarelto was again 15 milligrams at about 8:40 in the evening.

10:30:54 7 Q.   Dr. Rinder, the only -- the only dose of Coumadin that she

10:30:59 8 had was on the evening of the 22nd; is that right?

10:31:02 9 A.   That's correct.

10:31:02 10 Q.   Just the one dose?

10:31:03 11 A.   Just the one dose.

10:31:04 12 Q.   All right.  So Dr. Jordon switched her to Xarelto.  She

10:31:10 13 took one in the morning, one in the evening.  That's the way

10:31:13 14 it's indicated for DVT treatment?

10:31:16 15 A.   That is, yes.

10:31:16 16 Q.   Then the next morning, on January 24th, what happened on

10:31:22 17 the 24th?

10:31:22 18 A.   So on the 24th, she had her blood drawn in the morning.

10:31:28 19 You can see that her PT has now gone from 12.5 to 23.6 after

10:31:36 20 one day on Xarelto.

10:31:36 21 Q.   Dr. Rinder, when you were talking to us about the EINSTEIN

10:31:45 22 data and the measurements at peak or trough, would this reading

10:31:49 23 be a peak or a trough reading?

10:31:50 24 A.   This is about ten hours after the last dose of Xarelto

10:31:56 25 that evening, so this would be a trough level.

*OFFICIAL TRANSCRIPT*

1314

10:31:59 1    Q.    Okay.   So this PT -- this PT measure was drawn before she

10:32:04 2    had her third dose on the morning of January 24th; is that

10:32:04 3    right?

10:32:07 4    A.    That's correct.

10:32:08 5    Q.    Walk us through what happens next in her course of

10:32:16 6    treatment.

10:32:16 7    A.    So, Xarelto acts immediately.   So her doctors were able to

10:32:21 8    discharge her from the hospital.   That's standard of care.

10:32:24 9    They gave her a prescription to continue the Xarelto for

10:32:29 10   15 milligrams twice a day for 21 days, and then to follow the

10:32:35 11   Xarelto of 15 milligrams by changing to Xarelto 20 milligrams

10:32:41 12   once a day.   That is the standard Xarelto therapy for treating

10:32:45 13   a DVT.

10:32:45 14   Q.    All right.   Dr. Rinder, based on your review of the

10:32:51 15   materials, and knowing what you know, what significance would

10:32:55 16   you place on this PT on the morning of January 24th?

10:33:02 17   A.    Well, knowing what I know and what we've talked about,

10:33:03 18   that fourth quartile in the EINSTEIN study that shows the

10:33:10 19   increased incidence of bleeding, the top -- the definition of

10:33:14 20   that fourth quartile was if your prothrombin time with

10:33:19 21   Neoplastin was 19.6 seconds or more.

10:33:22 22            She's got a PT of 23.6 seconds.   She's in that fourth

10:33:27 23   quartile, exactly as studied by the EINSTEIN study of the

10:33:32 24   patients that have about twice the bleeding risk compared to

10:33:37 25   the patients that are in the first quartile of the PT values.

*OFFICIAL TRANSCRIPT*

10:33:42 1   Q.   Dr. Rinder, if there were information in the Xarelto label

10:33:46 2   about the usefulness of PT in circumstances like this, would

10:33:51 3   you have expected a different course of treatment by her

10:33:55 4   healthcare providers here?

10:33:56 5   A.   Yes.

10:33:56 6   Q.   What would you have expected?

10:33:56 7        MS. PRUITT:  Your Honor, I'm going to object.  That's

10:33:58 8   calling for speculation as to what Dr. Jordon may have done or

10:34:03 9   may not have done.

10:34:03 10       THE COURT:  Well, it's not calling for that.  It's his

10:34:06 11  opinion as to her treatment.  I'll overrule the objection and

10:34:09 12  allow it.

10:34:09 13  EXAMINATION BY MR. BIRCHFIELD:

10:34:11 14  Q.   What would you have expected from the healthcare

10:34:12 15  providers?

10:34:13 16  A.   If that data is in the label, and doctors know that a

10:34:16 17  prothrombin time done with this reagent and corresponding

10:34:19 18  exactly to the data from the EINSTEIN study puts them at a

10:34:24 19  higher risk of bleeding, at the least, Dr. Jordon is going to

10:34:27 20  have a discussion with the patient saying, gee, we've done a

10:34:32 21  blood test, and you're in that group that has a higher risk of

10:34:36 22  bleeding, and is going to have that discussion with Ms. Mingo.

10:34:39 23       I would think -- if I was the doctor, I would

10:34:44 24  basically have that discussion, and I would be -- and I would

10:34:47 25  have to say, well, there is an increased risk of bleeding, but

*OFFICIAL TRANSCRIPT*

10:34:51 1   I don't know that there is any increase in benefit.

10:34:54 2   Q.   Dr. Rinder, just so that we're clear, there is not any

10:34:57 3   information in the Xarelto label that would provide information

10:35:01 4   about this to Dr. Jordon, is there?

10:35:05 5   A.   No, there was no information on the label, so Dr. Jordon

10:35:07 6   did not know that this was in the fourth quartile of bleeding

10:35:11 7   risks.

10:35:11 8   Q.   You're not being critical of Dr. Jordon regarding his

10:35:14 9   treatment?

10:35:14 10   A.   I'm not.

10:35:15 11   Q.   So, Dr. Rinder, in your review of the records here, what's

10:35:22 12   the next encounter that Ms. Mingo had?  What happened next in

10:35:26 13   her course of treatment?

10:35:27 14   A.   Okay.  So she goes about eight days, nine days, till

10:35:32 15   February 2nd, when she has a complaint of some swelling in her

10:35:38 16   legs.

10:35:38 17         Now, she's had a DVT, which had swelling in her legs

10:35:42 18   before, so she's worried that maybe her DVT has come back.  So

10:35:47 19   she goes to the ER at King's Daughters Hospital and is

10:35:53 20   evaluated for that.

10:35:54 21   Q.   What are the symptoms that she reports there as

10:35:57 22   King's Daughter?

10:35:57 23   A.   It's mostly that she has just this swelling in her legs.

10:36:02 24   I think she may have said that she was a little tired, but

10:36:06 25   that's about it.

***OFFICIAL TRANSCRIPT***

10:36:06  1    Q.    Was there a reference in the medical records here about a

10:36:16  2    weakly positive stool?

10:36:17  3    A.    Yes.  So what happened to her on February 2nd is they did

10:36:21  4    routine blood draws and they found that her hemoglobin --

10:36:24  5    remember, we looked at that on the other chart -- had fallen

10:36:27  6    again from where it was before.

10:36:29  7          Do you want to show that here?

10:36:31  8    Q.    Yes.

10:36:36  9    A.    So, here was her hemoglobin prior to taking the Xarelto.

10:36:40 10    And then here is her hemoglobin on the day that she presents to

10:36:45 11    King's Daughter Hospital.  And you can see that this has fallen

10:36:50 12    to the level, even below that, where she was before with her

10:36:55 13    hip surgery.  So between the time that she started before the

10:36:59 14    Xarelto and now on February 2nd, she's developed anemia.

10:37:03 15    Q.    Dr. Rinder, on February the 2nd, when she is at

10:37:11 16    King's Daughter, is there a nuclear GI bleed scan that is done?

10:37:17 17    A.    Yes.  So when they saw that the hemoglobin was low, and

10:37:23 18    they are good doctors, they saw that she was on

10:37:25 19    anticoagulation, they were worried about GI bleeding.  They

10:37:28 20    know from the label that Xarelto is associated with increased

10:37:31 21    risk of GI bleeding.

10:37:32 22          So they did two things, they tested her stool.  So

10:37:37 23    they can do that either if she has a bowel movement or they can

10:37:41 24    do an exam, and they put it on a little card and use an

10:37:45 25    indicator dye.  And according to the records it was weakly

*OFFICIAL TRANSCRIPT*

10:37:48  1    positive for blood, indicating that it was not a negative

10:37:51  2    result.  It wasn't a grossly positive result.  They saw a

10:37:55  3    little bit of indicator there that they were worried might have

10:37:58  4    blood.

10:37:58  5          And so with dropping hemoglobin and that weakly

10:38:02  6    positive blood test for the stool, they did a -- they sent her

10:38:06  7    to radiology where they do what's called a *bleeding scan*, and

10:38:09  8    they looked to see if in the abdomen they can see a spot where

10:38:15  9    she is actively hemorrhaging, and they did not find a spot.

10:38:19 10          Now, that doesn't mean it wasn't there.  It could

10:38:22 11    mean she wasn't bleeding exactly at that moment or that the

10:38:25 12    rate of bleeding was slow enough that the scan just couldn't

10:38:29 13    pick it up.  But in either case, it was a negative scan.  They

10:38:32 14    did not see active evidence of bleeding.

10:38:34 15    Q.    So was she admitted to the hospital or discharged from the

10:38:39 16    ER that day?

10:38:41 17    A.    Well, they evaluated her here and her hemoglobin was not

10:38:43 18    at a dangerously low level.  She was not having any complaints

10:38:46 19    that made them worry that she was having any complications of

10:38:49 20    it.  She seemed stable and responsible, and so they discharged

10:38:53 21    her to see her primary care physician the next day for

10:38:56 22    follow-up.

10:38:57 23    Q.    Dr. Rinder, based on your review of the records, the

10:39:04 24    GI bleed scan, the hemoglobin drop that's noted on this day,

10:39:09 25    what's your view of what was going on with Mrs. Mingo on this

*OFFICIAL TRANSCRIPT*

10:39:13 1   date?

10:39:13 2   A.   Well, I'm concerned here, since she started the Xarelto,

10:39:18 3   that she's having GI bleeding.  And probably related to her

10:39:23 4   anticoagulation, that she started to develop a GI bleed.

10:39:25 5   Q.   All right.  So now let's move to the next day.  So she's

10:39:30 6   discharged.  She's instructed to see her primary care doctor,

10:39:35 7   Dr. Gholson.  And she shows up like she supposed to?

10:39:35 8   A.   Yes.

10:39:40 9   Q.   All right.  What happens on her visit on February 3rd?

10:39:41 10  A.   So Dr. Gholson has the records from the ER and notes that

10:39:46 11  she came in for the swelling and that her hemoglobin is low and

10:39:50 12  also knows that her stools were weakly positive for blood and

10:39:55 13  that the GI bleeding scan was negative.

10:39:57 14       She takes a history from Ms. Gholson (verbatim), who

10:40:01 15  says she feels a little fatigued.  She's taking iron to build

10:40:06 16  up her blood, which is a normal thing in people who are

10:40:09 17  post-hip surgery.

10:40:10 18       And iron can do two things:  One, it can make you

10:40:14 19  very constipated, which is one reason people don't like taking

10:40:18 20  iron.  The other thing it can do is it makes your stools dark.

10:40:21 21       And Dr. Gholson notes both of those things in

10:40:26 22  Ms. Mingo.

10:40:26 23  Q.   And so what happens -- she's -- she does this examination

10:40:32 24  and then she's told to go on about her daily life?

10:40:37 25  A.   Well, yes.  She's stable.  But Dr. Gholson is concerned.

*OFFICIAL TRANSCRIPT*

1320

10:40:42 1    She obviously has to keep her on anticoagulation, at least

10:40:46 2    right now, because of her DVT.  But she's concerned that she's

10:40:50 3    got some bleeding going on here.

10:40:51 4          So she sets her up to see a GI specialist, Dr. Keith,

10:40:56 5    and makes this appointment for February 10th to see Dr. Keith

10:41:01 6    or his nurse practitioner.

10:41:03 7    Q.    And at this point, February the 3rd, Mrs. Mingo is on

10:41:06 8    Xarelto and aspirin; is that right?

10:41:09 9    A.    Yes.  She's on -- it turns out that she was also taking

10:41:13 10   aspirin, standard dose, during this period of time before she

10:41:17 11   saw Dr. Gholson on the 3rd.

10:41:19 12   Q.    And did Dr. Gholson make any adjustments?

10:41:24 13   A.    Dr. Gholson felt that she didn't need a full dose,

10:41:27 14   standard dose of aspirin.  Like she was before with Lovenox and

10:41:30 15   a baby aspirin, we tend to give anticoagulation with the baby

10:41:34 16   aspirin, and so Dr. Gholson changed her from a standard dose to

10:41:38 17   one baby aspirin in addition to keeping the anticoagulation

10:41:42 18   going.

10:41:42 19   Q.    So, does it cause you any concern that Dr. Gholson has her

10:41:48 20   on the Xarelto and then reduces her to the baby aspirin dose in

10:41:53 21   this case?

10:41:53 22   A.    No, not at all.  Patients are on anticoagulation and

10:41:57 23   aspirin all time.  Patients have need for anticoagulation, they

10:42:02 24   have needs for aspirin, whether it's heart disease or stroke or

10:42:06 25   other indications, and so we have many, many patients who are

*OFFICIAL TRANSCRIPT*

10:42:10  1    on aspirin and anticoagulation simultaneously.  That's a very

10:42:14  2    common prescribing practice.  It's standard of care in many

10:42:18  3    cases.

10:42:18  4    Q.   Dr. Rinder, based on the information about Xarelto in the

10:42:27  5    Xarelto label, is there any reason to be critical of

10:42:32  6    Dr. Gholson for having her on Xarelto and aspirin?

10:42:33  7    A.   No, not at all.  The label says nothing about a

10:42:36  8    contraindication, a warning to say, oh, you can't be on both

10:42:39  9    aspirin and anticoagulation at the same time.  There is no

10:42:43 10    contraindication in the label whatsoever.

10:42:45 11    Q.   So let's pause there for just a second and make sure that

10:42:49 12    we all understand what you mean when you say *a*

10:42:51 13    *contraindication*.  What is a contraindication?

10:42:53 14    A.   When I say contraindication, it means you can't be doing

10:42:58 15    this.  You can't be on aspirin and Xarelto at the same time.

10:43:02 16    That is not in the label.

10:43:05 17    Q.   All right.  And so she sees Dr. Gholson and then she is

10:43:10 18    scheduled for another visit on the 10th; is that right?

10:43:14 19    A.   That's correct.

10:43:14 20    Q.   And that's with Dr. Keith's office?

10:43:16 21    A.   Yes.  She sees Dr. Keith's nurse practitioner, who notes

10:43:21 22    all of the records from before and feels that she's stable, and

10:43:26 23    sets her up to have procedures to do both a scoping from the

10:43:32 24    bottom called a *colonoscopy*, and from the top, which is called

10:43:36 25    *EGD*, and sets her up as an appointment to do that, and also

**OFFICIAL TRANSCRIPT**

10:43:42 1   sets her up to have blood drawn.

10:43:44 2   Q.   And then the -- so the next visit is two days later on

10:43:50 3   February the 12th, 2015; is that right?

10:43:51 4   A.   Correct.  Correct.

10:43:52 5   Q.   And that's with her primary care doctor, Dr. Gholson's

10:43:55 6   office?

10:43:55 7   A.   I think in her -- Dr. Gholson's office, she's seen and has

10:43:59 8   her blood drawn.

10:44:00 9   Q.   All right.  And then what happens on February the 13th,

10:44:05 10  the next day?

10:44:05 11  A.   Well, the blood work comes back on February 13th.  And if

10:44:10 12  we could show the hemoglobin again.

10:44:10 13  Q.   Okay.

10:44:21 14  A.   So let's see.  Basically here, on February 12th, that

10:44:28 15  blood work shows that she's dropped her hemoglobin to a very

10:44:31 16  dangerously low level, here at about 5.8.  And so that was then

10:44:39 17  reported, and she's admitted to the hospital on the next day,

10:44:43 18  February 13th, where it's confirmed again that her hemoglobin

10:44:47 19  is dangerously low.

10:44:48 20  Q.   All right.  So, when you say that it's *dangerously low* of

10:44:53 21  5.8 -- I mean, help us understand.  What's the significance of

10:44:57 22  a 5.8 hemoglobin reading?

10:45:00 23  A.   So in a sixty-something-year-old person with a hemoglobin

10:45:03 24  of -- in this range, they are at a high-risk of having a heart

10:45:09 25  attack.  They are having a high-risk of having a stroke, having

*OFFICIAL TRANSCRIPT*

10:45:12  1  a high-risk of having kidney failure and needing dialysis and

10:45:16  2  they are at higher risk of having death.

10:45:19  3  Q.   So, back to our timeline here, Dr. Rinder.  So she's

10:45:25  4  instructed to go to the emergency room; is that right?

10:45:28  5  A.   That's correct.

10:45:29  6  Q.   Is that the proper course here?

10:45:31  7  A.   Absolutely.  Absolutely.  This is a medical emergency.

10:45:34  8  She has a dangerously low hemoglobin.

10:45:36  9  Q.   All right.  And so walk us through.  What happens when

10:45:40 10  she's seen at the emergency room on the 13th?

10:45:44 11  A.   So they evaluate her, again, knowing all the records.

10:45:48 12  They additionally note that she now is complaining of dark

10:45:52 13  tarry stools.  And to any physician, dark tarry stools means

10:46:00 14  you have a GI bleed.

10:46:01 15        Now, when we say *dark stools*, that's just a color.

10:46:05 16  There are many things that can cause a stool to be dark.  As I

10:46:08 17  said before, iron can make your stools dark.  Different foods

10:46:12 18  can make your stool dark.  Blood can also make it dark.

10:46:19 19        But the aspect of tarriness is that the stool has the

10:46:24 20  consistency of tar -- wet, sticky, gooey.  It looks literally

10:46:31 21  like tar that's just been put on a road.  And that is an

10:46:35 22  indication of someone who is bleeding from the upper GI tract,

10:46:39 23  near the stomach, and that blood is coursing through the bowels

10:46:41 24  and getting partially digested until it comes out and it has

10:46:45 25  that tarry consistency.

**OFFICIAL TRANSCRIPT**

10:46:47 1      That is another indication of a GI bleed.  And,

10:46:50 2  again, to any doctor, that's a medical emergency.

10:46:53 3  Q.    All right.  Dr. Rinder, we go back and we see on

10:46:58 4  February 3rd, there is a reference to *dark stools*, right?

10:47:01 5  A.    There is, yes.

10:47:02 6  Q.    Is this the -- on February 13th, is this the first

10:47:05 7  reference to *dark tarry stools* as you've been describing?

10:47:08 8  A.    When I look through the record, this was the first

10:47:12 9  reference that I could find to dark stools.  And they were not

10:47:15 10 noted to be tarry here.  And then this is the first record

10:47:18 11 where it says *dark tarry stools* on February 13th.

10:47:22 12 Q.    So what does this suggest to you has changed and what's

10:47:27 13 going on in Dora Mingo's body?

10:47:31 14 A.    I think in this time period, in February 2nd and 3rd, I

10:47:35 15 think -- and that corresponds to a drop in her hemoglobin, I

10:47:41 16 think she was having a slow GI bleed.

10:47:44 17      And then here at the 12th, I think that GI bleed let

10:47:48 18 go and became an acute, big time GI bleed that led to a drop in

10:47:53 19 her hemoglobin, and she had the symptoms of tarry stools coming

10:47:59 20 out that showed that she was actively GI bleeding.

10:48:02 21 Q.    Dr. Rinder, is there a reference in the medical records at

10:48:08 22 this point about her having dark stools since January the 9th?

10:48:15 23 Did you see a reference in the medical records to that?

10:48:17 24 A.    So, in the ER intake note, there was reference saying that

10:48:23 25 Ms. Mingo said something about dark stools since January 9th.

*OFFICIAL TRANSCRIPT*

10:48:27  1  Q.    Have you done an exhaustive review of Ms. Mingo's medical
10:48:32  2  records?
10:48:33  3  A.    Yes, I have.
10:48:33  4  Q.    Did she have dark stools on January the 9th?
10:48:37  5  A.    No, she did not.
10:48:38  6  Q.    All right.  So, did you help us prepare a graph showing
10:48:43  7  the medical references where her stools were evaluated?
10:48:48  8  A.    Yes, I did.
10:48:48  9  Q.    Is this that chart, sir?
10:48:57 10  A.    Yes, it is.
10:48:57 11  Q.    So, remind us, what's happening on January the 9th?
10:49:06 12  A.    So, this is when she's discharged from the hospital after
10:49:07 13  her hip surgery.  And she's seen over the course of this time
10:49:12 14  by home health aides.  And they are there partly probably to
10:49:16 15  help her get her Lovenox.  They are there to help her ambulate
10:49:21 16  after her hip surgery, to get her moving right.  But they are
10:49:24 17  also savvy.  They know that she's on anticoagulation, and they
10:49:29 18  are going to be evaluating her in total.  They are not just
10:49:31 19  looking at her hip.
10:49:32 20          And so these actually are specific notations where
10:49:36 21  they are examining her stool and examining it for color and for
10:49:42 22  blood.  And for all of these notations they say that her
10:49:46 23  blood (verbatim) is normal color and in consistency, and they
10:49:52 24  don't note any blood at any time period here.
10:49:54 25          And you can see that this goes on from the 9th till

*OFFICIAL TRANSCRIPT*

10:49:59  1    approximately the -- I don't remember the exact last day of the
10:50:03  2    home health aides, I believe it's the 20th.
10:50:06  3            But then there are additional notes when she is
10:50:09  4    admitted to the hospital because of her deep vein thrombosis.
10:50:13  5    And so, again, she's being anticoagulated with that pill.
10:50:18  6    Q.   So, January the 22nd, that was when -- we discussed
10:50:23  7    earlier, that's when she was admitted with the DVT; is that
10:50:25  8    right?
10:50:25  9    A.   That's correct.
10:50:26 10    Q.   And the medical records there, they don't note any dark
10:50:32 11    stools?
10:50:32 12    A.   They don't note any dark stools.
10:50:34 13    Q.   And then we see on -- it was January the 23rd that she
10:50:38 14    starts her Xarelto.
10:50:39 15    A.   Correct.
10:50:40 16    Q.   So, Dr. Rinder, help us, in the medical record on the 13th
10:50:46 17    when it says that there is a reference to dark stools since
10:50:54 18    January 9th, what do you think accounts for that?
10:50:58 19    A.   Well, there is no objective evidence to that.  I think
10:51:01 20    it's just a mistake.  We see mistakes in the medical record all
10:51:04 21    the time.  Nobody is perfect.  Maybe they misheard her.  Maybe
10:51:09 22    Ms. Mingo was confused.  She's sick.  She's coming in with
10:51:12 23    acute anemia.  Maybe she was a little confused, but there is no
10:51:17 24    objective evidence of dark stools prior to this.
10:51:19 25            And, in fact, we have objective evidence for the

*OFFICIAL TRANSCRIPT*

10:51:21 1    exact opposite, that her stools are normal in color and

10:51:24 2    consistency prior to that.

10:51:26 3           Mistakes happen in the medical record.  I saw

10:51:29 4    another -- there was another error in her medical record, I

10:51:32 5    believe, relating to the Coumadin where that was a mistake,

10:51:35 6    saying that she had taken Coumadin the night before, and that

10:51:39 7    was incorrect.

10:51:39 8    Q.   Is that when she was admitted for the DVT?

10:51:45 9    A.   That's correct.  That's correct.

10:51:46 10          And she hadn't taken Coumadin since she was -- I'm

10:51:51 11   sorry, she only had taken Coumadin after that.  She had been on

10:51:55 12   Lovenox before for her prophylaxis, so there was no record of

10:52:02 13   Coumadin and the patient said she had taken Coumadin.  Again,

10:52:05 14   we all make mistakes.

10:52:07 15   Q.   On February the 13th, 2015, and she is admitted to the

10:52:15 16   ICU; is that right?

10:52:16 17   A.   Yes.

10:52:16 18   Q.   Is that appropriate care for what she was experiencing?

10:52:22 19   A.   Absolutely.  As I said, she's at risk of having a heart

10:52:25 20   attack, stroke, other complications.  They want to monitor her

10:52:29 21   closely with her vital signs and her heart rhythm.  That is

10:52:33 22   standard of care.

10:52:33 23   Q.   Dr. Rinder, on the record here, it describes an oozing

10:52:43 24   gastric ulcer; is that right?

10:52:45 25   A.   Yes.  She received a procedure by Dr. Keith to look into

                    *OFFICIAL TRANSCRIPT*

10:52:52 1   her stomach with that EGD scope, and in her stomach they saw an

10:52:58 2   oozing ulcer.

10:53:00 3   Q.   So what does -- oozing sounds pretty bad to me.  What does

10:53:07 4   *oozing* mean to doctors?

10:53:08 5   A.   So to doctors -- first of all, ulcer is basically an

10:53:11 6   erosion.  It's a defect in the lining of the stomach.  When we

10:53:16 7   say *oozing*, what we're indicating is it's bleeding, but ooze is

10:53:22 8   a doctor's term of saying it's not bleeding very much.

10:53:25 9        If we say *active hemorrhage* or we say *pulsing* or

10:53:29 10  *pumping* or *severe*, those tell us that it's bleeding rapidly.

10:53:33 11  *Ooze* basically means it's bleeding, but it's small.

10:53:36 12  Q.   But she has experienced a significant amount of blood loss

10:53:41 13  at that point; is that right?

10:53:42 14  A.   That's correct.  And that doesn't mean that it wasn't more

10:53:45 15  active earlier when she had those dark-colored stools and that

10:53:48 16  that blood pulsed through.  It's just at this point in time,

10:53:54 17  Dr. Keith is finding that whatever is going on, it's not

10:53:56 18  bleeding that actively right now.

10:53:57 19  Q.   Okay.  And describe for us what Dr. Keith did.  And it

10:54:04 20  shows that he did a cautery and an E-clip placement.  Can you

10:54:12 21  describe that for us.

10:54:13 22  A.   Sure.  So the GI doctor is going to go in there and his

10:54:16 23  job is to look for a cause.  Obviously he wants to see, is

10:54:21 24  there a cancer there?  Is there something else going on, like a

10:54:25 25  tear or a polyp or other things that he is going to look for?

*OFFICIAL TRANSCRIPT*

10:54:31  1        What he found was that ulcer.  And because it's

10:54:33  2   oozing, he's going to basically cauterize it, which means

10:54:37  3   heating up so it coagulates that area, and he also places a

10:54:42  4   surgical clip on it to try and prevent it from bleeding.  So

10:54:45  5   it's a surgical procedure to basically make sure it doesn't

10:54:48  6   bleed again.

10:54:49  7   Q.   Was there an ultrasound done to determine whether or not

10:54:53  8   she had a DVT at this point?

10:54:55  9   A.   Yes.  Her ultrasound during this time period was negative,

10:54:58 10   did not show any DVT.

10:54:59 11   Q.   All right.  And, Dr. Rinder, did you also help us prepare

10:55:04 12   a chart of the PT readings for Ms. Mingo?

10:55:08 13   A.   Yes.

10:55:09 14   Q.   Is this the chart you helped us with?

10:55:16 15   A.   Yes, it is.

10:55:16 16   Q.   All right.  So, walk us through what's shown here with

10:55:22 17   these PT readings.

10:55:24 18   A.   So, this is the time scale.  This is when she was admitted

10:55:28 19   for her DVT.  This is ten hours after her dose of Xarelto.

10:55:36 20   This is when she was admitted for her GI bleed.  According to

10:55:41 21   her testimony, this would have been about three to four hours

10:55:45 22   after her last Xarelto dose.

10:55:47 23        And then this is on the 14th after her Xarelto had

10:55:52 24   been stopped.  So her last dose of Xarelto was the morning of

10:55:55 25   the 13th, and here on the 14th, that would -- she did not take

**OFFICIAL TRANSCRIPT**

10:55:59 1  any Xarelto after that.  Her Xarelto has been discontinued by

10:56:05 2  her doctor, because she has a GI bleed.

10:56:08 3  Q.   So the day before her Xarelto is 12.5?

10:56:12 4  A.   That's correct.

10:56:13 5  Q.   The day after her first day of Xarelto is 23.6?

10:56:16 6  A.   She has a trough Neoplastin PT of 23.6.

10:56:21 7  Q.   The last day of her Xarelto use, it was at 26.2?

10:56:26 8  A.   She has a peak Xarelto level -- she has a peak Neoplastin

10:56:30 9  PT of 26.2.

10:56:31 10  Q.   And then the day after her last Xarelto use, it is 16.4?

10:56:36 11  A.   It's dropped right back down, almost to the normal range,

10:56:38 12  of 16.4.

10:56:40 13  Q.   Dr. Rinder, is this consistent with what you would expect

10:56:44 14  with a Neoplastin PT reading in relation to Xarelto usage?

10:56:51 15  A.   Well, this identifies in two instances that Ms. Mingo is

10:56:57 16  in the highest group for bleeding risk.  She has a fourth

10:57:01 17  quartile value for trough.  She has a fourth quartile value for

10:57:05 18  peak.  In the EINSTEIN studies and in other studies, this value

10:57:10 19  is associated with a higher risk of bleeding.

10:57:13 20        And this is consistent with the physiology that's

10:57:16 21  going on because here she was not on Xarelto, here she's on

10:57:21 22  Xarelto, and here the Xarelto has been discontinued.  So you

10:57:24 23  can see that the Neoplastin PT is responding to the Xarelto in

10:57:30 24  a way that we would expect.

10:57:31 25  Q.   Dr. Rinder, what does this tell you about identifying

*OFFICIAL TRANSCRIPT*

10:57:38 1    Ms. Mingo as a high responder to Xarelto?

10:57:42 2    A.    There is no question.  She's in the fourth quartile.

10:57:45 3    She's a high responder for Xarelto in terms of the amount of

10:57:51 4    Xarelto that's in her blood, the correspondingly high level of

10:57:56 5    PT, it identifies her at a higher risk of bleeding.

10:58:00 6    Q.    Let's go back to the hemoglobin chart.  And let's see

10:58:07 7    what's happening in regards to her hemoglobin readings

10:58:12 8    following the procedure on the 13th.

10:58:16 9    A.    Right.  So -- so, a bunch of things happening here.  She's

10:58:22 10   having GI bleed.  It's significant enough that her life is

10:58:27 11   threatened.  She goes to the ICU.  They stop all of her

10:58:30 12   medications, including the Xarelto.  They are going to give her

10:58:34 13   blood, so they are going to get her hemoglobin back up to a

10:58:41 14   normal level, because if she stays at that low level, she's at

10:58:44 15   risk for all of those complications I said.  And they had her

10:58:50 16   GI doctor come in and find where the bleeding was and address

10:58:53 17   it surgically.

10:58:54 18         And so with all of those things being done, she

10:58:56 19   responds very nicely to the transfusion of red cells.  So she

10:59:01 20   got four units of red cells total and she also got two units of

10:59:07 21   plasma as well.  And you can see that she nicely responds to

10:59:11 22   those red cells.

10:59:13 23         So it looks like the GI bleeding has been addressed

10:59:16 24   by all of these measures, and that she's responding

10:59:19 25   appropriately to getting these transfusions.

                        *OFFICIAL TRANSCRIPT*

10:59:21 1    Q.   So what's the significance about the amount of

10:59:25 2    transfusions that Ms. Mingo had?

10:59:27 3    A.   If you need four units of red blood cells, you're in

10:59:31 4    serious trouble.

10:59:32 5    Q.   So she had four units of red blood cells and --

10:59:37 6    A.   -- and two units of plasma as well.  That's right.

10:59:39 7    Q.   So -- and she's discharged on the 15th; is that right?

10:59:45 8    A.   That's correct.

10:59:45 9    Q.   And did you have hemoglobin readings after her discharge?

10:59:50 10    A.   We do.

10:59:51 11         So here is her hemoglobin readings.  And, again, they

10:59:55 12    are now all within the normal range.  There is a normal

10:59:58 13    variation that we can expect.  You can see that she has a

11:00:02 14    little bit of a dip down here and rebounds again.  These are

11:00:06 15    all within the normal range.

11:00:07 16    Q.   When Mrs. Mingo was discharged on February the 15th, what

11:00:11 17    were the instructions -- what were the instructions regarding

11:00:15 18    Xarelto?

11:00:16 19    A.   Well, she was told to discontinue Xarelto.

11:00:19 20    Q.   And what about aspirin, was she given any instructions

11:00:23 21    about aspirin?

11:00:24 22    A.   Yes.  She was told to resume aspirin at the standard dose,

11:00:28 23    the 325 level.

11:00:29 24    Q.   Dr. Rinder, do you have an opinion to a reasonable degree

11:00:36 25    of medical certainty whether Xarelto was a substantial

*OFFICIAL TRANSCRIPT*

11:00:41 1   contributing factor in Mrs. Mingo's GI bleed?

11:00:44 2   A.   Yes, I do.

11:00:44 3   Q.   And what is that?

11:00:46 4   A.   Xarelto was the significant contributing factor to her

11:00:50 5   GI bleed.

11:00:50 6   Q.   Did -- we have an ulcer that's been identified.  Was

11:00:56 7   Xarelto the cause -- did Xarelto cause her ulcer?

11:00:59 8   A.   No.  No.  Xarelto doesn't initiate an ulcer.  So she

11:01:06 9   develops an ulcer.  There could be many reasons for it.  She

11:01:09 10   could have certain type of bacteria in the stomach that is

11:01:13 11   predisposed to getting an ulcer.  She could be stressed.

11:01:18 12         I'm probably developing an ulcer right now.

11:01:19 13         She could have -- the aspirin that she's on could

11:01:27 14   have her start to develop that ulcer.  Xarelto does not

11:01:31 15   initiate the ulcer.  But once that area of the stomach is

11:01:35 16   eroded and it can't -- and is basically like a cut or a nick or

11:01:39 17   a gouge, because she's anticoagulated, she can't heal that

11:01:44 18   area.

11:01:44 19         It's just like that picture I showed you with the

11:01:47 20   hemophilia, that anticoagulation is going to prevent that area

11:01:51 21   from healing.  So, it may wax and wane, but it may not heal.

11:01:56 22   And if it gets worse, if for any reason that nick or cut gets a

11:02:02 23   little bit worse, then she could actually have a worsening of

11:02:05 24   that.

11:02:05 25         And so, what I think happened is I think she had an

ulcer going on and I think she was bleeding from it a little

bit, but then the Xarelto made an ulcer -- which we all walk

around with ulcers all the time, it made her ulcer that she was

walking around with convert to a bleeding ulcer.

        And that made her show up to her doctor saying, "I

don't feel good.  I have this problem.  I've got this edema in

my legs.  I'm tired."  And why she had those dark tarry stools

indicating a bleeding ulcer.

Q.   Dr. Rinder, in arriving at your opinion that Xarelto was a

substantial contributing factor to Mrs. Mingo's GI bleed, did

you use the same scientific methodology that you would use in

treating and diagnosing patients?

A.   Yes.

Q.   So how did you go about that?

A.   Well, part of that -- part of that -- I just want to

emphasize, part of that is you have objective data.  You have

objective data.  It's not just, oh, she's on the anticoagulant

and that caused the bleeding.

        You have objective data that she's in the fourth

quartile.  She's higher than in that group that has the highest

risk of bleeds.  Her prothrombin time goes up at the trough and

the peak that put her in a group that we know has the highest

risk of bleeding.  That's objective data that says that Xarelto

is the significant contributing factor to her GI bleed.

        But in addition, I also went through other

*OFFICIAL TRANSCRIPT*

11:03:43  1   possibilities to be complete, the way I would do with any other

11:03:47  2   patient, to do a complete differential on why she bled.

11:03:50  3   Q.    Did you identify other potential risk factors or

11:03:56  4   GI bleeding?  Did you do that, Doctor?

11:04:02  5   A.    Yes.

11:04:02  6   Q.    Is this a list of the risk factors for GI bleeding that

11:04:08  7   you've considered?

11:04:08  8   A.    Yes, I did.

11:04:09  9   Q.    So let's talk about the liver disease.

11:04:09  10  A.    Yes.

11:04:18  11  Q.    Let me give you this, so you can --

11:04:21  12  A.    So, when someone bleeds, we try and go through --

11:04:26  13  especially as a hematologist, I go through all of the

11:04:30  14  possibilities.  What could be contributing to this?

11:04:33  15         When you have liver disease you don't make those

11:04:35  16  factors that I talked about that help you make a fibrin glue.

11:04:39  17  She has no history of liver disease.  Her laboratory tests

11:04:43  18  don't show any evidence of liver disease.  She has no signs or

11:04:47  19  symptoms of liver disease, so I was able to rule that out.

11:04:50  20  Q.    And then alcohol abuse or history of hepatitis, describe

11:04:55  21  that for us.

11:04:55  22  A.    So, these tend to be linked with liver disease, so that if

11:05:00  23  someone has cirrhosis of the liver or they have severe

11:05:05  24  inflammation of the liver with hepatitis, that can similarly

11:05:09  25  affect the synthesis of those factors.  Again, I saw no --

*OFFICIAL TRANSCRIPT*

11:05:19 1    Q.    I better get you a better one.

11:05:21 2    A.    I saw no evidence.

11:05:23 3    Q.    And then next one on your list, you have preexisting GI

11:05:28 4    pathology.  What is that?

11:05:28 5    A.    Right.  So what I'm looking for is an anatomic cause of

11:05:33 6    the bleeding or anatomic contributors of the bleeding.  And so

11:05:37 7    I look for -- when they did the GI scope, they're looking all

11:05:42 8    around.  So they didn't see a cancer.  They didn't see reflux

11:05:46 9    disease.  They didn't see Mallory-Weiss tears.  They didn't see

11:05:52 10   any other thing except for this oozing ulcer.

11:05:55 11          So there was no other anatomic cause of bleeding,

11:05:59 12   like varices or other possibilities.  So there is an ulcer,

11:06:08 13   but, other than that, there is no other preexisting GI

11:06:11 14   pathology.

11:06:11 15   Q.    The next risk factor you consider is regular use of

11:06:16 16   steroids or NSAIDs.  What are NSAIDs?

11:06:19 17   A.    NSAIDs are nonsteroidal anti-inflammatory drugs like

11:06:26 18   indomethacin or Naproxen, ibuprofen.  Those drugs, they can

11:06:33 19   actually be responsible for initiating an ulcer, but they can

11:06:37 20   also cause bleeding as well.  I didn't see any evidence that

11:06:43 21   she was on any of those drugs.

11:06:44 22   Q.    All right.  Then coagulopathy.  That's a big word.

11:06:50 23   Explain what you're talking about when you say coagulopathy.

11:06:54 24   A.    So coagulopathy is a fancy word for saying that you have

11:06:57 25   some sort of inherited reason for why you bleed.  So, for

**OFFICIAL TRANSCRIPT**

11:07:01 1   example, hemophilia is inherited in boys.  There are other

11:07:05 2   inherited disorders, many of them very rare, some more common.

11:07:10 3          I looked through her history, her family history.

11:07:13 4   What you would expect to see is that someone has a bleeding

11:07:16 5   history from early on, sometimes starting in childhood, but

11:07:19 6   definitely through adulthood.  As you go along -- and they

11:07:24 7   might have family members who also had a history of bleeding,

11:07:28 8   needing therapy.  She has no history in any way to suggest that

11:07:31 9   she has a coagulopathy.

11:07:34 10  Q.   So next you have aspirin use.  Why is aspirin use

11:07:39 11  important?

11:07:40 12  A.   Well, when people are on aspirin, besides the aspect of

11:07:46 13  possibly initiating an ulcer, aspirin is going to affect the

11:07:52 14  platelets.  It may block those bricks, those platelets, from

11:07:57 15  being as effective as they should be.

11:07:59 16         Now, aspirin is a relatively weak inhibitor of

11:08:05 17  platelets.  Platelets have multiple pathways of activating.  So

11:08:09 18  most people on aspirin don't have significant bleeding.  In

11:08:12 19  fact, there are many studies of people who are on stroke

11:08:17 20  therapy with aspirin, they have no increased risk of bleeding

11:08:20 21  with aspirin.

11:08:21 22         But I looked at her history, and she has a long

11:08:23 23  history of aspirin use.  In fact, we can show that.

11:08:29 24  Q.   So did you help us put this chart together?

11:08:29 25  A.   Yes, I did.

*OFFICIAL TRANSCRIPT*

11:08:36  1    Q.    So is this what you're talking about when you say *her*

11:08:38  2    *history on aspirin*?

11:08:39  3    A.    Yes.  I looked back and was able to find her first

11:08:43  4    evidence of aspirin use in 2007.  From the records, it's clear

11:08:50  5    that she was on over ten years of aspirin therapy.  She had no

11:08:56  6    bleeding during all of these years from 2007 to 2015, while she

11:09:02  7    was on aspirin therapy.  In fact, she was also on an

11:09:08  8    anticoagulant, as you'll recall, Lovenox, with aspirin, after

11:09:13  9    her hip surgery.

11:09:14 10          So she has all this time on aspirin without any

11:09:18 11    bleeding.  She then has a period of 21 days when she's on

11:09:23 12    aspirin and Xarelto, and she has her bleed.

11:09:26 13          Then -- I'm sorry.

11:09:28 14    Q.    No, go ahead.

11:09:31 15    A.    Then, after her Xarelto is discontinued, she's put back on

11:09:35 16    aspirin.  She's had no bleeding since she's been back on

11:09:40 17    aspirin to the present date.

11:09:42 18    Q.    So did the history, Ms. Mingo's history of aspirin use

11:09:52 19    without a bleeding event, did that play into your analysis of

11:09:57 20    whether aspirin was a cause of her bleeding?

11:10:02 21    A.    Yes.  Yes.  I think that this history is entirely

11:10:06 22    consistent with someone in which aspirin is not a significant

11:10:11 23    contributor to her GI bleeding.

11:10:12 24    Q.    Aspirin.  We've got the NSAIDs, the nonsteroidals.  That's

11:10:19 25    like Aleve, Naproxen, is that what we're talking about here?

**OFFICIAL TRANSCRIPT**

11:10:22 1    A.    Correct.

11:10:22 2    Q.    So with an occasional use of NSAIDs, would that be a risk

11:10:29 3    factor, or are you talking about long-term use?

11:10:30 4    A.    I'm talking about long-term use.

11:10:31 5    Q.    So you have ruled these out.  Then the last one you list

11:10:34 6    is anticoagulant therapy.

11:10:35 7    A.    Anticoagulant therapy is the last thing on my list, and

11:10:38 8    she's on Xarelto.

11:10:39 9    Q.    So when you're looking at anticoagulant therapy, are

11:10:42 10   you -- are you speaking specifically about Xarelto use?

11:10:46 11   A.    Well, I'm looking at any anticoagulant that she would be

11:10:50 12   on, but she's only on Xarelto.

11:10:52 13        As I said before, she has objective evidence.  It's

11:10:59 14   under this, I'm sorry.  It's not just that she's on an

11:11:08 15   anticoagulant.  It's not simply that it's there.  She has

11:11:11 16   objective evidence that she's a high responder to this

11:11:13 17   anticoagulant.  She's in the highest group for bleeding risk.

11:11:16 18   I think that basically is good evidence that anticoagulant

11:11:22 19   therapy is the significant contributing factor to her GI bleed.

11:11:25 20   Q.    Dr. Rinder, considering all of the evidence off the

11:11:33 21   medical records, the clinical data, the medical literature, all

11:11:37 22   that you have reviewed, and based on your years of experience

11:11:41 23   and study and training, do you have an opinion as to whether or

11:11:45 24   not Xarelto was the most probable cause of Ms. Mingo's GI bleed

11:11:53 25   February of 2015?

                              *OFFICIAL TRANSCRIPT*

11:11:53  1    A.    Yes.

11:11:55  2    Q.    What is that?

11:11:55  3    A.    Can I use that prior picture that I drew?

11:12:20  4    Q.    Is this what you're referring to, Doctor?

11:12:21  5    A.    Yes, that's what I'm referring to.

11:12:22  6          So, what I think happened is Ms. Mingo is not in this

11:12:29  7    situation.  She doesn't have normal hemostasis.  She's in this

11:12:34  8    situation, where she's anticoagulated and at risk of bleeding.

11:12:38  9          She developed an ulcer.  In a normal situation, these

11:12:43 10    coagulation proteins would be able to seal it off because they

11:12:46 11    are basically working to do that.  But she's in this situation,

11:12:52 12    where she's got a defect there, but her mortar is thinned out.

11:12:59 13    That's the problems when she's on this anticoagulant.

11:13:01 14          Not only is her mortar thinned out, it's thinned out

11:13:05 15    to a greater degree than three-quarters of any other patients

11:13:09 16    that are on Xarelto, because we know from her PT that she's in

11:13:13 17    the highest group of responders.  So her mortar is very thinned

11:13:17 18    out.

11:13:17 19          What that means is she had an ulcer, and the Xarelto

11:13:20 20    was the significant and contributing factor to making that a

11:13:26 21    bleeding ulcer.

11:13:27 22          MR. BIRCHFIELD:  Thank you, Dr. Rinder.

11:13:28 23          Your Honor, at this time we pass the witness.

11:13:30 24          THE COURT:  Okay.

11:13:32 25          Do you all want to take a break at this time?

**OFFICIAL TRANSCRIPT**

11:13:35  1          Let me see counsel.  We'll take a break, a

11:13:40  2  ten-minute break.

11:13:40  3          THE DEPUTY CLERK:  All rise.

11:13:40  4          (WHEREUPON, at 11:13 a.m., the jury panel leaves the

11:13:40  5  courtroom.)

11:13:40  6          (WHEREUPON, at this point in the proceedings, a

11:13:55  7  conference was held at the bench.)

11:13:55  8          THE COURT:  Juror 6 has been sleeping.  He has been

11:13:58  9  sleeping through both sides.  Cross-examination by defendant,

11:14:01 10  he sleeps through it.  Examination by the plaintiff, he sleeps

11:14:05 11  through it.

11:14:05 12          We've had the marshals talk to him.  My staff has

11:14:09 13  talked to him.  I'm just concerned about him.  We would like

11:14:16 14  some input from counsel.  I'm doing the best I can to keep him

11:14:20 15  awake on both sides.

11:14:21 16          It has nothing to do with plaintiff's case.  It

11:14:23 17  has nothing to do with defendants' case.  I think this poor

11:14:27 18  gentleman here either has some sleep problems or whatever.  He

11:14:31 19  just can't keep awake.

11:14:32 20          I mean, I don't know what your feelings are.  I

11:14:35 21  hate to -- we've got eight people.  I would hate to let him go,

11:14:40 22  but I don't know.  I'll do the best I can with him.  I can't

11:14:44 23  make him stand up.

11:14:46 24          MR. BIRCHFIELD:  Your Honor, I mean, we've observed the

11:14:48 25  same thing, observed your staff, and Dean particularly, making

*OFFICIAL TRANSCRIPT*

11:14:53  1    efforts to try to keep him awake, and nothing is working.  He
11:14:56  2    has been -- he slept through most of the first week.
11:15:13  3           THE COURT:  I've seen it both on direct and cross.  I
11:15:16  4    mean, on cross-examination, critical cross-examination, I have
11:15:20  5    to keep getting the marshal to hit him.  I don't know.
11:15:27  6                What's the defendants' view of it?
11:15:28  7           MR. SARVER:  Your Honor, we're strongly opposed to
11:15:32  8    excusing that juror.  We wouldn't have been were he excluded --
11:15:38  9    we would have been willing to do that, but he's been here for
11:15:39 10    the entire trial.  We're already down one juror --
11:15:39 11           THE COURT:  Right.
11:15:44 12           MR. SARVER:  -- from where we started, so we're very
11:15:44 13    opposed to it.
11:15:45 14           THE COURT:  What I'll do, I would like you all in the
11:15:51 15    room, and I'll talk to him, with both of you there, and call
11:15:55 16    his attention to the fact that everyone is concerned about his
11:16:01 17    ability to stay awake.  I mean, we're counting on him.  Both
11:16:06 18    sides have to count on him to listen.
11:16:11 19           MR. JOHNSON:  Your Honor --
11:16:13 20           THE COURT:  I see him sleeping through cross.  I mean,
11:16:16 21    I don't know whether he'd just give up or whatever.  You watch
11:16:21 22    him through cross-examination, he's asleep.
11:16:24 23           MR. JOHNSON:  Judge, a number of plaintiff's counsel
11:16:26 24    have been watching him sleep.  He has been sound asleep through
11:16:29 25    some critical --

                                 *OFFICIAL TRANSCRIPT*

11:16:30  1          THE COURT:  Let me talk to him with you all present,

11:16:33  2     and we'll see how it goes.  I've been noticing him.  My staff

11:16:35  3     has told me several times.  I have the marshal constantly

11:16:40  4     waking him up.  He's doing the best he can.  He just goes back.

11:16:45  5     Watch him on the cross, and see how he is.

11:16:48  6          MS. PRUITT:  Your Honor, I think it's about 11:30,

11:16:50  7     isn't it?

11:16:52  8          THE COURT:  Do you want to take an early break?

11:16:54  9          MS. PRUITT:  Yes, because I think Dr. Jordon is going

11:16:56 10     to be here at 1:00.

11:17:00 11          MR. MEUNIER:  It's 11:17.

11:17:01 12          MS. PRUITT:  We've got to get to him.

11:17:04 13          THE COURT:  Well, you're finished.  It's your

11:17:07 14     cross-examination.  Give me some input.  What do you want to

11:17:09 15     do, take a break now, take a lunch break and come back at

11:17:13 16     12:30?

11:17:20 17          MR. JOHNSON:  I think that would be good, Your Honor.

11:17:21 18          THE COURT:  All right.

11:17:23 19          MR. BIRCHFIELD:  Fine.  We're fine either way,

11:17:26 20     Your Honor.

11:17:26 21          THE COURT:  We'll do that.  We'll take a break here.

11:17:39 22              Dean, we're going to take a break here for lunch

11:17:41 23     and come back at 12:30.

11:17:41 24          (WHEREUPON, at this point in the proceedings, the bench

11:17:43 25     conference concluded.)

*OFFICIAL TRANSCRIPT*

11:17:43   1       THE COURT:  Court will stand in recess until 12:30.

11:18:06   2       (WHEREUPON, at 11:18 a.m., the Court was in luncheon

  3  recess.)

  4            *   *   *

  5

  6

  7           REPORTER'S CERTIFICATE

  8

  9     I, Cathy Pepper, Certified Realtime Reporter, Registered

10  Merit Reporter, Certified Court Reporter in and for the State

11  of Louisiana, Official Court Reporter for the United States

12  District Court, Eastern District of Louisiana, do hereby

13  certify that the foregoing is a true and correct transcript to

14  the best of my ability and understanding from the record of the

15  proceedings in the above-entitled and numbered matter.

16

17                  *s/Cathy Pepper*

18                  Cathy Pepper, CRR, RMR, CCR

19                  Certified Realtime Reporter
                      Registered Merit Reporter

20                  Official Court Reporter
                      United States District Court

21                  Cathy_Pepper@laed.uscourts.gov

22

23

24

25

                ***OFFICIAL TRANSCRIPT***