1  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF LOUISIANA
2

3  ****************************************************************

4  IN RE: XARELTO (RIVAROXABAN)
   PRODUCTS LIABILITY LITIGATION
5
                              CIVIL ACTION NO. 14-MD-2592 "L"
6                             JACKSON, MISSISSIPPI
                              TUESDAY, AUGUST 15, 2017, 8:30 A.M.
7

8  THIS DOCUMENT RELATES TO:

9  DOCKET NO. 14-MD-2592
   *DORA MINGO, ET AL. V.*
10 *JANSSEN RESEARCH & DEVELOPMENT,*
   *LLC, ET. AL.,*
11 CASE NO. 15-CV-3469

12 ****************************************************************

13
                    **DAY VII   MORNING SESSION**
14          TRANSCRIPT OF JURY TRIAL PROCEEDINGS
          HEARD BEFORE THE HONORABLE ELDON E. FALLON
15              UNITED STATES DISTRICT JUDGE

16

17 APPEARANCES:

18
   FOR THE PLAINTIFFS'
19 LIAISON COUNSEL:              GAINSBURGH BENJAMIN DAVID
                                MEUNIER & WARSHAUER
20                              BY:  GERALD E. MEUNIER, ESQ.
                                2800 ENERGY CENTRE
21                              1100 POYDRAS STREET
                                NEW ORLEANS, LOUISIANA  70163
22

23
   FOR THE PLAINTIFFS:          BEASLEY ALLEN
24                              BY:  ANDY BIRCHFIELD, ESQ.
                                P.O. BOX 4160
25                              MONTGOMERY, ALABAMA  36103

                    ***OFFICIAL TRANSCRIPT***

1    APPEARANCES CONTINUED:

2

3                                    GAINSBURGH BENJAMIN DAVIS
                                     MEUNIER & WARSHAUER
4                                    BY:  WALTER C. MORRISON, IV, ESQ.
                                     240 TRACE COLONY PARK DRIVE
5                                    SUITE 100
                                     RIDGELAND, MISSISSIPPI  39157
6

7
                                     GOZA HONNOLD
8                                    BY:  BRADLEY D. HONNOLD, ESQ.
                                     11181 OVERBROOK ROAD, SUITE 200
9                                    LEAWOOD, KANSAS  66211

10

11                                   THE LAMBERT FIRM
                                     BY:  EMILY JEFFCOTT, ESQ.
12                                   701 MAGAZINE STREET
                                     NEW ORLEANS, LOUISIANA  70130
13

14
                                     LEVIN FISHBEIN SEDRAN & BERMAN
15                                   BY:  FREDERICK S. LONGER, ESQ.
                                     510 WALNUT STREET
16                                   SUITE 500
                                     PHILADELPHIA, PENNSYLVANIA  19106
17

18
     FOR THE DEFENDANT BAYER
19   HEALTHCARE PHARMACEUTICALS
     INC. AND BAYER PHARMA AG:  MITCHELL WILLIAMS SELIG GATES &
20                              WOODYARD, P.L.L.C.
                                BY:  LYN P. PRUITT, ESQ.
21                              425 W. CAPITOL AVENUE, SUITE 1800
                                LITTLE ROCK, ARKANSAS  72201
22

23
                                     WATKINS & EAGER, PLCC
24                                   BY:  WALTER T. JOHNSON, ESQ.
                                     400 EAST CAPITOL STREET
25                                   JACKSON, MISSISSIPPI  39201
     APPEARANCES CONTINUED:

                    *OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3                              BRADLEY ARANT BOULT CUMMINGS, LLP
                               BY:   LINDSEY C. BONEY, IV, ESQ.
4                              ONE FEDERAL PLACE
                               1819 FIFTH AVENUE NORTH
5                              BIRMINGHAM, ALABAMA   35203

6

7    FOR JANSSEN PHARMACEUTICALS,
     INC. AND JANSSEN RESEARCH &
8    DEVELOPMENT, LLC:           BARRASSO USDIN KUPPERMAN FREEMAN &
                                 SARVER, LLC
9                                BY:   RICHARD E. SARVER, ESQ.
                                 909 POYDRAS STREET, 24TH FLOOR
10                               NEW ORLEANS, LOUISIANA   70112

11

12   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
13                               REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM B-275
14                               NEW ORLEANS, LA   70130
                                 (504) 589-7779
15                               Cathy_Pepper@laed.uscourts.gov

16

17   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
     PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

18

19

20

21

22

23

24

25

                         *OFFICIAL TRANSCRIPT*

1

**INDEX**

2

3                                                                       PAGE

4

5    **ANTHONIE LENSING** VIDEO DEPOSITION....................1491

6    CROSS-EXAMINATION.....................................1491

7    REDIRECT EXAMINATION................................. 1515

8    **DORA MINGO**.........................................1521

9    DIRECT EXAMINATION BY MR. MORRISON...................1522

10   CROSS-EXAMINATION BY MR. JOHNSON.....................1540

11   REDIRECT EXAMINATION BY MR. MORRISON.................1568

12   **JILETA MINGO**.......................................1572

13   DIRECT EXAMINATION BY MR. MORRISON...................1572

14   CROSS-EXAMINATION BY MS. PRUITT......................1580

15   LUNCHEON RECESS......................................1586

16

17

18

19

20

21

22

23

24

25

*OFFICIAL TRANSCRIPT*

1                    **P-R-O-C-E-E-D-I-N-G-S**

2                 M O R N I N G    S E S S I O N

3                    TUESDAY, AUGUST 15, 2017

4                    (COURT CALLED TO ORDER)

5

6

7                    (WHEREUPON, at 8:35 a.m., the jury panel enters the

08:35:50  8   courtroom.)

08:35:58  9           THE DEPUTY CLERK:  All rise.

08:36:01 10           THE COURT:  Be seated, please.

08:36:08 11               Good morning, ladies and gentlemen.  Just by way

08:36:12 12   of scheduling today, the plaintiffs expect to rest today, and

08:36:20 13   we start hopefully today on the defense case.  So we're

08:36:26 14   planning to get it to you by the end of the week, if things

08:36:32 15   work generally as planned.  Sometimes they don't, but we hope

08:36:36 16   to, so we'll start the continuation.

08:36:40 17           MR. BIRCHFIELD:  Yes, sir.  We'll continue and conclude

08:36:45 18   Dr. Lensing's video deposition this morning.  We'll start with

08:36:48 19   questions from Bayer counsel, then Bayer and Janssen counsel,

08:36:52 20   followed by questioning from the plaintiff's counsel.

08:36:52 21           (WHEREUPON, at this point in the proceedings the Video

08:36:52 22   Deposition of Anthonie Lensing was played.)

08:36:52 23                    **CROSS-EXAMINATION**

08:37:03 24   Q.   Good afternoon, Dr. Lensing.

08:37:05 25   A.   Good afternoon.

                         ***OFFICIAL TRANSCRIPT***

08:37:05  1    Q.    Would you please introduce yourself to the ladies and
08:37:10  2    gentlemen of the jury.  Who are you?
08:37:14  3    A.    My name is Anthonie Lensing.  I am Dutch.  I live in
08:37:21  4    Amsterdam, the Netherlands, and I'm a doctor specialized in
08:37:26  5    neurosurgery and neurology, with a superspecialization in
08:37:26  6    vascular medicine.
08:37:27  7    Q.    Have you ever had your deposition taken before?
08:37:33  8    A.    No.  No, I've never had a deposition taken.
08:37:37  9    Q.    So even though sometimes in your professional life, you
08:37:42 10    speak English, you are here primarily testifying in Dutch.  Why
08:37:47 11    did you make that decision?
08:38:24 12    A.    The reason why I chose to speak Dutch is that because I am
08:38:32 13    being questioned here not by a physician, but by a lawyer, and
08:38:39 14    the nonmedical language in English is more difficult to me.
08:38:44 15          For example, if I watch American television, *Game of*
08:38:48 16    *Thrones*, to name one, I do not understand the half of what is
08:38:53 17    said there.
08:38:53 18    Q.    Doctor, we're here in Amsterdam.  Did you grow up in
08:38:59 19    Amsterdam?
08:39:07 20    A.    Yes, I was born in Amsterdam.  I grew up here, and I also
08:39:13 21    followed my training to become a physician and a specialist in
08:39:17 22    Amsterdam.
08:39:18 23    Q.    Doctor, do you also have a Ph.D.?
08:39:27 24    A.    I obtained a Ph.D., yes, at the university in Amsterdam in
08:39:33 25    1990.

                          *OFFICIAL TRANSCRIPT*

08:39:33  1   Q.   And can you tell the jury about the research that you did
08:39:39  2   as part of that Ph.D.?
08:40:12  3   A.   Yes.  That was related to three subjects, the first being
08:40:20  4   diagnostics for thrombosis.  I developed an ultrasound test for
08:40:28  5   thrombosis diagnosis, and I published that in the *New England*
08:40:35  6   *Journal of Medicine*.  I believe that was in 1990.  That test
08:40:40  7   has now become the world standard.
08:40:48  8          The second subject was treatment of thrombosis with
08:41:43  9   low molecular weight heparin.  That was along with a colleague,
08:41:51 10   Mr. Prandoni, and that was the first research in the world
08:41:57 11   using low molecular weight heparin instead of unfractionated
08:42:08 12   heparin for treatment of thrombosed legs, and up until now,
08:42:10 13   that has also been the standard worldwide before rivaroxaban
08:42:18 14   and other NOACs came into the picture.
08:42:38 15          The last subject was risk factors.  I've done quite a
08:42:44 16   lot of research into factors that might increase the risk of
08:42:48 17   thrombosis.
08:42:49 18   Q.   Doctor, it sounds as if -- well, let me ask you, is it
08:42:54 19   accurate to say that your entire medical career has really
08:42:59 20   focused on the treatment of thrombosis?
08:43:23 21   A.   Yes, that is right.  My entire professional life I've been
08:43:38 22   involved in the treatment of many thousands of adults,
08:43:43 23   including children, and I specialized in optimizing
08:43:50 24   anticoagulant treatment.
08:43:51 25   Q.   Do you know how many articles you have published in the

*OFFICIAL TRANSCRIPT*

08:43:55  1   peer-reviewed literature relating to the area of medicine that
08:43:58  2   you specialize in, thrombosis?
08:44:12  3   A.    I have published around 150 to 170 articles and/or
08:44:19  4   chapters in the medical literature.
08:44:22  5   Q.    Do some of those publications relate to the work you have
08:44:26  6   performed on Xarelto?
08:44:52  7   A.    Yes, absolutely.  Because of the fact that the EINSTEIN
08:44:57  8   DVT and PE studies were so vast and concerned over 8,000
08:45:04  9   patients, we have also been able to look at subgroups in order
08:45:09 10   to see how good or how bad rivaroxaban was compared to the
08:45:17 11   standard of care.  So that is what I did and what I published
08:45:20 12   about in medical literature.
08:45:21 13   Q.    Doctor, do you know approximately the time frame that the
08:45:32 14   Phase II EINSTEIN studies occurred over?
08:45:54 15   A.    The Phase II studies into the treatment of thrombosis took
08:45:57 16   place in the period 2004, 2005, and a part of 2006.
08:46:02 17   Q.    If I recall correctly, there were two Phase II studies,
08:46:13 18   ODIXa-DVT and EINSTEIN DVT; is that correct?
08:46:17 19   A.    That is correct.  ODIXa-DVT looked into rivaroxaban twice
08:46:41 20   daily and --
08:46:41 21   Q.    Doctor, so then, after Phase II, the next phase is
08:46:47 22   Phase III.  Do you know the time frame covered by the Phase III
08:46:52 23   research relating to EINSTEIN?
08:47:03 24   A.    That was approximately over the period between 2007 up and
08:47:09 25   including -- up to and including 2011.

*OFFICIAL TRANSCRIPT*

08:47:11  1   Q.   Based upon your experience in designing and running

08:47:22  2   clinical trials, is that normal for a company and regulators to

08:47:28  3   go back and forth and discuss the design of the Phase III

08:47:34  4   studies?

08:48:09  5   A.   I have to say that it is highly normal, this is what

08:48:16  6   always happens, but in case of rivaroxaban, for the indication

08:48:24  7   thrombosis leg and pulmonary embolism, the discussions we had

08:48:26  8   with the FDA were extremely simple and very constructively.

08:48:33  9   When the details become available, the numbers become

08:48:37 10   available, they recognized immediately that it was a highly

08:48:42 11   important substance, and therefore the FDA approved it and

08:48:45 12   allowed it really quickly.

08:48:48 13   Q.   Based upon your experience in designing and running

08:48:54 14   clinical trials and your expertise in the area of thrombosis,

08:48:57 15   is it normal to see scientific debate around the design of the

08:49:03 16   Phase III studies?

08:49:36 17   A.   Well, it's absolutely normal -- it's an absolutely normal

08:49:41 18   procedure.  If you generate so many data in a dose finding

08:49:45 19   study, you have to take time in order to understand what has

08:49:48 20   happened.  You have to allow people to respond to that.  Along

08:49:53 21   the way, slowly you get an idea what the substance can do, what

08:49:59 22   it cannot do, and what you have to study in future.

08:50:01 23   Q.   Doctor, were you a member of the steering committee for

08:50:05 24   EINSTEIN?

08:50:07 25   A.   Yes, that's correct.  I was a member.

*OFFICIAL TRANSCRIPT*

08:50:08  1    Q.    Can you tell the ladies and gentlemen of the jury who else

08:50:12  2    was on the steering committee with you?

08:50:14  3    A.    On the one hand, there were four members of Bayer and

08:50:43  4    Johnson & Johnson.  On the other hand, there were eight members

08:50:47  5    that were international experts with vast expertise in the

08:50:52  6    field of anticoagulant for DVT and PE treatment.

08:51:17  7          These external members, they had high expertise in

08:51:39  8    designing guidelines for the antithrombotic treatment of the

08:51:47  9    ACCP, which is the organization of chest physicians.  They have

08:51:52 10    guidelines that are the most prestigious guidelines for DVT

08:51:56 11    treatment worldwide.

08:51:57 12    Q.    Doctor, after the back and forth and the debate, the

08:52:04 13    documents that you were shown from 2005, 2006, about dose,

08:52:09 14    twice a day, once a day, 10 milligrams, 15 milligrams, what

08:52:15 15    dose did the FDA approve in November of 2012?

08:52:40 16    A.    The FDA approved rivaroxaban for the treatment of

08:52:43 17    thrombosis and pulmonary emboli in a dose of 15 milligrams

08:52:49 18    twice a day for 21 days, and a dose of 20 milligrams once a day

08:52:53 19    for the periods afterwards.

08:52:57 20    Q.    Is that the dosing regimen that was studied in the

08:53:01 21    Phase III clinical trials of the EINSTEIN program?

08:53:23 22    A.    Yes, that's what we tested in the EINSTEIN program, and it

08:53:27 23    was absolutely more effective than standard of care and

08:53:31 24    associated with a 50 percent reduction of the risk of major

08:53:36 25    bleeding.

*OFFICIAL TRANSCRIPT*

08:53:38 1    Q.    Doctor, who made the decision to utilize that dose of

08:53:49 2    15 milligrams twice a day for 21 days, followed by

08:53:55 3    20 milligrams a day, in Phase III?

08:54:22 4    A.    Initially it was a group process in which many people were

08:54:25 5    involved, but eventually it was the responsibility of the

08:54:28 6    steering committee of the EINSTEIN DVT and PE trials to approve

08:54:33 7    treatment by these doses.

08:54:34 8    Q.    Well, but, Doctor, you could have chosen 10 milligrams

08:54:41 9    twice a day, right?

08:55:28 10   A.    Well, the 10-milligram twice-a-day dose was one option

08:55:33 11   that we considered.  In the end, we decided not to go for that

08:55:38 12   because many of us felt that it might be too low a dose, hence,

08:55:45 13   increasing the risk of -- increasing unexpected mortality rate

08:55:52 14   at the start of the treatment, and we wanted to prevent that at

08:55:56 15   all costs.

08:55:59 16         Moreover, there was sufficient space to go for a

08:56:03 17   higher dose because, in the dose-finding study, there had been

08:56:09 18   no relationship that was established between dose and the

08:56:13 19   occurrence of major bleeds.

08:56:15 20   Q.    Doctor, was there some data that had become available back

08:56:22 21   during this time frame where, in fact, the dose they selected

08:56:27 22   had been too low?

08:57:32 23   A.    Well, shortly before that, the results were published in

08:57:37 24   the *New England Journal of Medicine* of the Van Gogh study,

08:57:43 25   which performed a comparison of Idraparinux with warfarin.

**OFFICIAL TRANSCRIPT**

08:57:49  1          Now, Idraparinux, like rivaroxaban, is a Factor Xa

08:57:58  2  inhibitor, and this Idraparinux was given in the acute phase of

08:58:03  3  thrombotic legs and PE.  Unfortunately, in this study, what

08:58:09  4  they saw was an extreme increase, over doubling of the

08:58:15  5  occurrence of PE in the first weeks of treatment with

08:58:20  6  Idraparinux.

08:58:27  7          THE WITNESS:  And mortality.

08:58:28  8  A.    Mortality, sorry.  That indicated that using Idraparinux

08:58:35  9  at the start of the treatment -- or, rather, that at the start

08:58:37 10  of the treatment, Idraparinux is absolutely inadequate.

08:58:43 11          THE WITNESS:  Was given in a dose that was too low.

08:58:46 12  Q.    So you and your other doctor colleagues, you had the

08:58:49 13  benefit of the Phase II studies on Xarelto, and also other

08:58:55 14  science that had developed regarding this acute phase of

08:59:01 15  treatment?  Do I understand correctly?

08:59:34 16  A.    As I also tried to explain to the plaintiff's counsel, we

08:59:49 17  looked not only at the data from the dose-finding study, but

08:59:56 18  included other information among others from experience that we

09:00:02 19  had with similar drugs from the past, where it showed that the

09:00:11 20  starting dose, if that was too low, could have catastrophic

09:00:18 21  consequences for the patients.

09:00:20 22  Q.    You were asked a couple of questions about something

09:00:21 23  called *noninferiority margin*.  Do you remember those questions?

09:00:29 24  A.    Yes, I remember.

09:00:30 25  Q.    Doctor, so I understand, this is a scientific calculation

**OFFICIAL TRANSCRIPT**

09:00:37 1    that depends on many factors, including the standard of care
09:00:42 2    that you are comparing your drug to; is that right?
09:01:19 3    A.    That is right, but we need to add to that one comment,
09:01:23 4    that this is about the comparative, but also about the
09:01:29 5    indications.  So this is comparative specific, as well as
09:01:32 6    indication specific, meaning we're only talking about this
09:01:37 7    combination low molecular weight heparin warfarin.
09:01:40 8    Q.    So you look at multiple things, including the indication,
09:01:47 9    the medicine you're studying for, the standard of care; and
09:01:51 10   then, based upon that science, a number is come up with that's
09:01:57 11   known as the inferiority margin -- *noninferiority margin*?
09:02:05 12   A.    That is a most adequate summary that you've given there.
09:02:08 13   Q.    My point is, Bayer doesn't just pick these numbers out of
09:02:13 14   the air, they are based on science, right?
09:02:43 15   A.    Obviously, that is true.  Let me tell you, moreover, that
09:02:47 16   the FDA in the U.S. agreed with our noninferiority margin.  The
09:02:54 17   FDA is a very strict institution.  If they do not agree with
09:02:59 18   something, I can assure you, you'll know.
09:03:02 19   Q.    Doctor, do you know what a clinical study report is?
09:03:02 20   A.    It is the summary of documents that will be sent to the
09:03:13 21   health authorities summarizing the findings of our studies.
09:03:16 22   Q.    When you said that these clinical study reports are
09:03:20 23   compiled and sent to the authorities, what do you mean by that?
09:03:26 24   Do you mean the health authorities?  Do you mean the FDA?
09:03:31 25   Please explain.

*OFFICIAL TRANSCRIPT*

09:03:31  1   A.   Yes.  That's correct.  I thereby meant the health

09:03:48  2   authorities, including the FDA, but also EMA in Europe, those

09:03:55  3   are the institutions that we send our report to for approval of

09:04:00  4   the drug.

09:04:01  5   Q.   What is Exhibit 83, Doctor?

09:04:16  6   A.   It is the synopsis of the study protocol of the ODIX-a DVT

09:04:26  7   dose-finding study, and also includes the results that were

09:04:34  8   obtained in this study.

09:04:35  9   Q.   Now, Doctor, you said it's the study synopsis.  Is the

09:04:43 10   full clinical study report bigger than just the synopsis?

09:04:48 11   A.   Yes, the full clinical study report is as high as this.

09:05:09 12   It is really many times more.  What we have here is really a

09:05:14 13   top line summary.

09:05:14 14   Q.   Doctor, when you say "as high as this," this doesn't

09:05:21 15   communicate to the jurors what you mean.  Is it a hundred

09:05:27 16   pages, is it thousands of pages?  What do you mean by "this"?

09:05:35 17   A.   I mean by that thousands of pages.

09:05:37 18   Q.   Doctor, Exhibit 83 is for the ODIX-a DVT study.  Would

09:05:49 19   that be the Phase II study?

09:05:51 20   A.   Yes, but it is Phase I of the two Phase II studies -- it's

09:06:13 21   one of the two Phase II studies for rivaroxaban that we have

09:06:16 22   conducted for the indication thrombosis.

09:06:18 23   Q.   Is it your understanding that the complete -- so the big

09:06:28 24   document, the complete clinical study report, is submitted to

09:06:32 25   the FDA and regulatory authorities?

*OFFICIAL TRANSCRIPT*

09:06:34  1   A.    That is correct.   We have provided full insight in all our

09:06:45  2   data.

09:06:46  3   Q.    Does the clinical study report include safety data?

09:06:52  4   A.    Absolutely.   Safety data are part and parcel of a clinical

09:07:05  5   study report.

09:07:06  6   Q.    Does a clinical study report include data about the

09:07:11  7   effectiveness of the medicine?

09:07:24  8   A.    Yes, absolutely.   The efficacy of rivaroxaban is also

09:07:29  9   included in the CSR.

09:07:34 10   Q.    When we say it includes the safety data -- here, we're

09:07:39 11   talking obviously about Xarelto -- does that mean it includes

09:07:43 12   adverse events such as bleeding?

09:07:46 13   A.    Yes, absolutely.

09:07:47 14   Q.    I'm handing you what has been marked as Exhibit 84.

09:07:52 15   Sorry, can you just take a minute to take a look at Exhibit 84.

09:07:59 16   A.    Yes.

09:07:59 17   Q.    So there should be four documents there, right, Doctor?

09:08:10 18   A.    Yeah.

09:08:10 19   Q.    Can you identify those documents for us?

09:08:26 20   A.    The first document is the CSR for the Phase II of EINSTEIN

09:08:31 21   DVT.   The second document is the CSR of the EINSTEIN DVT

09:08:54 22   Phase III study.   The third document is the CSR of the EINSTEIN

09:09:06 23   extension study.   The last document is the CSR of the EINSTEIN

09:09:17 24   PE Phase III study.

09:09:19 25   Q.    To be clear again, Doctor, what I've handed you is what's

*OFFICIAL TRANSCRIPT*

09:09:24  1    called the *synopsis of the clinical study reports*, or the CSRs;

09:09:34  2    is that right?

09:09:35  3    A.    That's correct.

09:09:35  4    Q.    Would you turn to the last one, the EINSTEIN PE study.  Do

09:09:41  5    you see on the top right-hand corner, it says one of 274,020?

09:09:48  6    Do you see that?

09:09:49  7    A.    Yes, I see that.

09:09:50  8    Q.    Is that the number of pages in the total report?

09:09:56  9    A.    Yes.  It was over a quarter of a million pages.

09:10:04 10    Q.    They are not all that long, right, Doctor, all the CSRs?

09:10:06 11    A.    No, not all CSRs are that long.  They are all substantial,

09:10:28 12    but this CSR was a very long one because it had to do with a

09:10:35 13    very vast and large study and many analyses.

09:10:40 14    Q.    Now, Doctor, in addition, are the EINSTEIN trials from

09:10:46 15    Phase II and Phase III, are they also -- have they also been

09:10:51 16    published in the peer-reviewed medical literature?

09:10:54 17    A.    Yes.  All studies that we have performed were published in

09:11:24 18    the top medical journals, including *Circulation*, as well as the

09:11:30 19    *New England Journal of Medicine* twice, but also *Blood*, which is

09:11:35 20    part of the American Society of Hematology.

09:11:38 21    Q.    Doctor, within the full clinical study reports, did that

09:11:47 22    also report on PT and PT measurements?

09:12:33 23    A.    Yes, certainly.  That was a very important question

09:12:37 24    beforehand, whether there was a need to use PT for monitoring

09:12:43 25    major bleeding.  As a result, we have reported in the CSR and

*OFFICIAL TRANSCRIPT*

09:12:52  1    informed the health authorities that monitoring PT to prevent

09:12:56  2    major bleeding made no sense at all.

09:12:58  3    Q.    We'll go into a little bit more detail on that in a

09:13:03  4    minute, but which PT reagent was used?

09:13:21  5    A.    We have used the PT reagent that is most sensitive to

09:13:27  6    rivaroxaban, which is the Neoplastin Plus.

09:13:32  7    Q.    Doctor, do you agree that using a sensitive PT reagent,

09:13:41  8    Neoplastin Plus, that the clinical trials did show a

09:13:46  9    correlation between PT and concentration of Xarelto?

09:13:50 10    A.    Yes.  There exists a correlation between the increase of

09:14:15 11    rivaroxaban concentration and the prolongation of the

09:14:21 12    prothrombin time, and this correlation is linear.

09:14:25 13    Q.    Doctor, what does that tell a doctor, when he has a PT

09:14:38 14    value from a clinical trial using Neoplastin, what does that

09:14:41 15    tell you about Xarelto?

09:14:58 16    A.    That is a very important question.  A longer PT tells you

09:15:02 17    that a patient has got rivaroxaban in his blood.

09:15:05 18    Q.    Does it tell you anything else?

09:15:16 19    A.    When the value is higher, it demonstrates that there is

09:15:20 20    more rivaroxaban in the blood.  When the value is low, it

09:15:24 21    demonstrates that there is less rivaroxaban in the blood.

09:15:26 22    Q.    Can that be affected by the time the patient took the dose

09:15:32 23    and the time of the measurement?

09:15:55 24    A.    Yes, it definitely can because a few hours after taking

09:16:01 25    rivaroxaban, the concentration in the blood is highest, and

*OFFICIAL TRANSCRIPT*

09:16:04 1    about 12 hours after taking rivaroxaban, the concentration in

09:16:08 2    the blood rivaroxaban is lowest.

09:16:09 3    Q.    Doctor, if someone was to tell the jury that in the

09:16:15 4    EINSTEIN clinical trials there was a relationship, a

09:16:19 5    correlation, between an increase in PT time and the patients

09:16:25 6    who have bleeds, would that be accurate?

09:16:57 7    A.    No, absolutely not.  The data we have gives no reason to

09:17:04 8    believe that the bleeding in patients would be more with an

09:17:12 9    elongated PT.  You can't derive those results from the study,

09:17:16 10   and I believe it has been made up by the other party.

09:17:19 11   Q.    So I understand, Doctor, is it your testimony that the

09:17:24 12   bleed data that's shown in the EINSTEIN clinical trials does or

09:17:31 13   does not show a correlation with an increased or elongated PT

09:17:38 14   time?

09:17:38 15   A.    There is certainly no relationship.

09:17:45 16   Q.    Did you and Bayer look at the data to see if there was a

09:17:50 17   correlation?

09:17:56 18   A.    There is certainly no relationship.

09:17:58 19   Q.    Did you and Bayer look at the data to see if there was a

09:18:03 20   correlation?

09:18:47 21   A.    Obviously, it was a very important question we had when we

09:18:53 22   started the project.  We wanted to know if there was a relation

09:18:57 23   between elongated PT and the occurrence of bleeding, because if

09:19:03 24   it would be the case, we could easily change the treatment, but

09:19:06 25   it wasn't the case.  There is no relation, and everybody who

*OFFICIAL TRANSCRIPT*

09:19:10  1   says so makes it up.

09:19:11  2   Q.   Doctor, I'm going to hand you what I've marked as

09:19:16  3   Exhibit 85.  It's DX 6079.  Doctor, that's an integrated

09:19:28  4   summary of safety.

09:19:33  5   A.   You don't expect me to read all of this before we start?

09:19:37  6   Q.   No.  But, Doctor, are you familiar with the integrated

09:19:40  7   summary of safety?

09:19:41  8   A.   Yes.  Indeed, this document combines all the safety

09:19:55  9   details of the studies that were performed on rivaroxaban.

09:19:57 10   Q.   Do you know if the PT testing results are discussed in the

09:20:12 11   integrated summary of safety?

09:20:14 12   A.   Yes.  This was a principal definition of the study.

09:20:36 13   Therefore, we reported it to the health authorities, and,

09:20:38 14   therefore, we also incorporated it in the summary.

09:20:41 15   Q.   Doctor, if you would turn to the table of contents there.

09:20:48 16   Do you see section 1.1.2?  It says study 11702 DVT.

09:20:58 17   A.   Yes, I can see that.

09:20:58 18   Q.   Section 1.1.2.5.11 is entitled Bleeding Risks and

09:21:07 19   Correlation to Prothrombin Time Prolongation, do you see that?

09:21:12 20   A.   Yes, I see that.

09:21:14 21   Q.   Doctor, it says page 66.  So let's turn to page 66.

09:21:22 22        Doctor, page 66.  Are you with me?

09:21:23 23   A.   Yes, that's right.

09:21:25 24   Q.   If we go to the top of the page, there is that section

09:21:30 25   that refers to bleeding risks and correlation to prothrombin

*OFFICIAL TRANSCRIPT*

09:21:37 1    time prolongation.

09:21:38 2    A.    That's correct.

09:21:39 3    Q.    Doctor, what is the conclusion?

09:21:47 4        THE WITNESS:  The conclusion was, in general, there was

09:21:49 5    no evidence that PT Neoplastin measured in seconds at peak was

09:21:53 6    different in subjects with bleeding events compared to subjects

09:21:56 7    without bleeding events.  The analyses were also performed for

09:21:59 8    the subgroups as defined for the safety analysis, and also did

09:22:03 9    not indicate different values between the bleeding categories.

09:22:10 10   Q.    If we continue down the table of contents, Doctor, we now

09:22:13 11   come to study 11702 PE.  Are you with me?

09:22:17 12   A.    Yes, I see that.

09:22:18 13   Q.    If we go down to section 1.1.3.5.11, it says Bleeding Risk

09:22:26 14   and Correlation to Prothrombin Time Prolongation, page 112.

09:22:35 15   A.    I have that.

09:22:35 16   Q.    Then if we go to page 112 -- let me just show the page

09:22:44 17   number, 112 --

09:22:44 18   A.    Yeah.

09:22:45 19   Q.    -- and if we go to that section that I just read, do we

09:22:50 20   see Bleeding Risk and Correlation to Prothrombin Time

09:22:56 21   Prolongation?

09:22:56 22   A.    Yes.

09:22:57 23   Q.    Doctor, what is the conclusion from the PE study?

09:23:00 24       THE WITNESS:  The conclusion from the PE study, quote,

09:23:04 25   "In general, there was no evidence that PT Neoplastin measured

*OFFICIAL TRANSCRIPT*

09:23:08 1   in seconds at peak was different in subjects with bleeding

09:23:12 2   events compared to subjects without bleeding events.  For the

09:23:16 3   overall safety population, the peak values for PT Neoplastin,

09:23:20 4   when compared to baseline, increased similarly in subjects with

09:23:24 5   bleeding events compared to those without bleeding events."

09:23:29 6   Q.   Doctor, if we could go back to the table of contents.  We

09:23:34 7   now come to section 1.1.4 on page 4 of the table of contents.

09:23:41 8   It says pooled analyses of 11702 DVT and 11702 PE studies.  Are

09:23:49 9   you with me?

09:23:51 10  A.   I'm with you.

09:23:51 11  Q.   Then if we go down the table of contents again, we come to

09:23:58 12  section 1.1.4.5.10, Bleeding Risk and Correlation to

09:24:10 13  Prothrombin Time Prolongation at page 168.  Do you see that?

09:24:12 14  A.   Yes, I see that.

09:24:13 15  Q.   So now let's turn to page 168.  Do we see there, bleeding

09:24:20 16  risk and correlation to prothrombin time prolongation?

09:24:25 17  A.   That's correct.

09:24:25 18  Q.   Doctor, what is the conclusion from the pooled studies?

09:24:34 19  A.   Quote, "In general, there was no evidence that PT

09:24:38 20  Neoplastin measured in seconds at peak was different in

09:24:41 21  subjects with bleeding events compared to subjects without

09:24:44 22  bleeding events.  For the overall safety population, the peak

09:24:47 23  values for PT Neoplastin when compared to baseline increased

09:24:52 24  similarly in subjects with bleeding events compared to those

09:24:56 25  without bleeding events."

*OFFICIAL TRANSCRIPT*

09:24:59  1   Q.   All of this data, Doctor, in this integrated summary of

09:25:03  2   safety was provided to the FDA; is that right?

09:25:10  3   A.   Absolutely.

09:25:10  4   Q.   Doctor, do you know if the integrated summary of safety

09:25:14  5   goes to the regulatory authorities, including the FDA?

09:25:20  6   A.   Yes, obviously.  That is the reason why it is created

09:25:24  7   especially.

09:25:24  8   Q.   Doctor, I'm going to hand you what was marked as

09:25:27  9   Exhibit 73.  Doctor, Mr. Overholtz asked you some questions

09:25:33 10   about this exhibit.  Do you remember that?

09:25:35 11   A.   Yes, I can.

09:25:35 12   Q.   And then on pages 5 and 6 and 8 and 9, we learned that

09:25:43 13   Mr. Overholtz had done some calculations.  Do you remember

09:25:46 14   that?

09:25:46 15   A.   Yes, I remember, and I can see it.

09:25:52 16   Q.   Are those calculations scientifically accurate in order to

09:25:56 17   try and show if there's a correlation between bleeding and PT?

09:26:02 18   A.   No.  This analysis was performed highly inaccurately, and

09:26:19 19   it is not professional at all.

09:26:24 20        THE WITNESS:  (In English) And it doesn't make any

09:26:25 21   sense.

09:26:27 22        THE INTERPRETER:  Excuse me.  It doesn't make any sense

09:26:28 23   at all.

09:26:28 24   EXAMINATION BY MS. YATES:

09:26:28 25   Q.   Would it be misleading to a jury?

*OFFICIAL TRANSCRIPT*

09:26:52  1   A.   To suggest that there is a higher incidence of bleeding

09:26:56  2   based on these data with the knowledge we now have that -- and

09:27:01  3   the fact than an adjusted analysis is needed, I think that it

09:27:06  4   is indeed misleading to show these data.

09:27:13  5   Q.   And, Doctor, is that based upon your background and

09:27:13  6   training and experience, not only medically, but also with

09:27:19  7   regard to the data that you're familiar with from the EINSTEIN

09:27:22  8   clinical trials?

09:27:44  9   A.   It is general science that in situations like this, you

09:27:48 10   can't just like that use absolute frequencies without an

09:27:57 11   adjustment for predictors that would cause higher PT values.

09:28:12 12   And there are predictors that are known for rivaroxaban.  We've

09:28:15 13   known that since 2005.

09:28:20 14        Age is a predictor.  Renal function is a predictor.

09:28:28 15   The presence of cancer is a predictor.  And of course, we also

09:28:43 16   know for some comedication that there is a relation between the

09:28:47 17   use and the PT time.

09:29:49 18        The analysis that is provided here is not adjusted

09:29:55 19   for these predictors, and if you do so, you can see that there

09:29:59 20   is no effect at all for a limited prolonged PT time or a

09:30:05 21   seriously prolonged PT time.  And if you were to take action on

09:30:10 22   a prolonged PT time by lowering the doses of rivaroxaban, you

09:30:17 23   wouldn't protect your patients against the occurrence of

09:30:21 24   possible bleedings, but you would expose them to a potential

09:30:27 25   dosage that is too low.  It would be an unethical decision to

*OFFICIAL TRANSCRIPT*

1510

09:30:33  1    do so.

09:30:33  2    Q.   So, Doctor, based upon the scientific delta in the

09:30:39  3    EINSTEIN clinical trials that looked at PT, would an elevated

09:30:48  4    PT value of 23 seconds indicate to you that the patient was

09:30:55  5    more likely to have a bleed than a patient who had a lower PT

09:31:01  6    in the normal range?

09:31:39  7    A.   There is no relation between longer PT time and the

09:31:47  8    occurrence of bleeds, so there is also no relation between a PT

09:31:54  9    value that was longer by 23 seconds or a shorter PT.

09:32:00  10        So there is no relation whatsoever.  I don't know

09:32:03  11   where this came from.  The data is very clear.  It's a relation

09:32:09  12   that was made up, and it makes no sense whatsoever.

09:32:12  13   Q.   Doctor, if a patient had an elevated PT of 26, based on

09:32:19  14   the EINSTEIN clinical trial data, does that elevated PT show

09:32:25  15   that the patient was more likely to have a bleed than someone

09:32:29  16   with a PT in the normal range?

09:32:34  17   A.   No, that is not the case.

09:32:35  18   Q.   And, Doctor, counsel showed you some subgroup data, and

09:32:41  19   some subgroups had higher PTs.  Do you remember that?

09:32:58  20   A.   Yes, I believe those were the subgroups age, renal

09:33:03  21   function impairment, and CYP3A4 inhibitors.

09:33:09  22   Q.   And even in subgroups where there were higher PTs, was

09:33:14  23   there a correlation with bleeding in those subgroups?

09:34:49  24   A.   Well, obviously that is the most important question to be

09:34:52  25   asked.  And what did we find with those patients?  If the renal

*OFFICIAL TRANSCRIPT*

09:34:59 1   function decreased, then exertion of rivaroxaban decreased.

09:35:05 2   Hence, the concentration in the blood increased.  Hence, the PT

09:35:12 3   time was prolonged.

09:35:15 4            Now, if you see at how is the patient doing or how

09:35:19 5   are the patients doing, which is the point at stake here, this

09:35:24 6   patient with this renal function impairment with a longer PT

09:35:33 7   turned out to have a significantly -- or significantly less

09:35:40 8   bleedings than the ones that were given enoxaparin or warfarin.

09:35:46 9            So the effect was much greater vis-à-vis the healthy

09:35:53 10  patients.  It was not increased in comparison with the

09:35:58 11  rivaroxaban patients with a normal renal function, and there

09:36:03 12  was a mega difference compared with patients that were on

09:36:09 13  low-molecular-weight heparin and warfarin.

09:36:12 14  Q.   Doctor, have you -- in addition to the bleed and PT data

09:36:22 15  being provided to the FDA in the Integrated Summary of Safety,

09:36:27 16  have you also, sir, undertaken to prepare an article on whether

09:36:34 17  there is a correlation?

09:37:12 18  A.   Well, that question has become of lesser importance

09:37:16 19  scientifically because the FDA indicated that they weren't

09:37:20 20  interested in PT.  But, indeed, an article is currently under

09:37:26 21  preparation with regard to the relation between PT and bleeds.

09:37:33 22  We'll probably finish it by the end of this summer and send it

09:37:38 23  to a medical magazine for publication.

09:37:41 24  Q.   Doctor, you were asked a lot of questions today about

09:37:50 25  Health Canada and the label that goes to Canadian physicians.

*OFFICIAL TRANSCRIPT*

09:37:55  1    Do you remember those questions?

09:37:55  2    A.    Yes, I remember them.

09:37:58  3    Q.    And can you just clarify for the ladies and gentlemen of

09:38:05  4    the jury, what role did you play, what data did you help

09:38:08  5    submit?

09:38:09  6    A.    Well, as the international leader in this research on

09:38:44  7    behalf of Bayer, I did help when other countries and their

09:38:51  8    health authorities asked questions.  And in this case, it was

09:38:56  9    the Canadian authorities that asked questions of a clinical

09:39:03 10    nature related to efficacy and safety, and I did indeed help

09:39:08 11    answer those questions.

09:39:09 12    Q.    Do you know if the lab testing information that relates to

09:39:15 13    PT was provided to the FDA by Janssen?

09:39:47 14    A.    Obviously that was part of a prospective study in the

09:39:54 15    EINSTEIN DVT/PE study, so it's compulsory to notify health

09:40:00 16    authorities, including the FDA.  So for sure, they got it.

09:40:05 17    Q.    Do you know if the FDA struck out or rejected label --

09:40:13 18    language that was proposed for the label that related to PT

09:40:16 19    testing?  Do you know?

09:40:22 20    A.    Yes.  The FDA was not interested in this test about PT.

09:40:29 21    Q.    And do you defer to Dr. Mueck and Dr. Kubitza on PK and PD

09:40:39 22    data?

09:40:42 23    A.    They are responsible for that, and they are the ones who

09:40:45 24    should reply to those questions.

09:40:47 25    Q.    And can you describe your relationship with Dr. Buller?

*OFFICIAL TRANSCRIPT*

09:41:11  1   A.   It is a long-term relationship.  It dates back to almost

09:41:13  2   40 years.  Harry is like a brother to me, which means that we

09:41:17  3   can really tell each other what we think very frankly, tell

09:41:21  4   each other the truth, and then just continue like friends.

09:41:27  5        THE WITNESS:  (In English) Rough each other up.

09:41:29  6   EXAMINATION BY MS. YATES:

09:41:29  7   Q.   Doctor, is there another clinical trial called *EINSTEIN*

09:41:33  8   *Choice*?

09:41:47  9   A.   That is correct.  Recently we have completed a study by

09:41:52 10   the name of EINSTEIN Choice study.  And what we did is the

09:41:56 11   following.

09:41:59 12   Q.   Briefly.

09:42:01 13   A.   So what the EINSTEIN Choice study was about is a study

09:42:56 14   into the comparison between rivaroxaban 20 milligram and

09:43:01 15   10 milligram compared to aspirin, and it looked into over

09:43:07 16   3,000 patients.  And the results of the study were that aspirin

09:43:12 17   should not be used.  There is too much occurrence of

09:43:16 18   thrombosis.

09:43:17 19        What it also indicated is that if you compare the

09:43:21 20   10 milligram to 20 milligram as regards the efficacy, they're

09:43:27 21   similar.  And also it indicated that with the 10 milligram, the

09:43:31 22   result is numerically slightly better with respect to

09:43:37 23   bleedings.

09:43:37 24        THE WITNESS: (In English) With 10 milligram.

09:43:37 25   EXAMINATION BY MS. YATES:

*OFFICIAL TRANSCRIPT*

09:43:37 1    Q.    Doctor, I would now like you to explain why the dose was
09:43:48 2    different in EINSTEIN Choice versus EINSTEIN-Extension?
09:43:55 3    A.    In the EINSTEIN program, we started treating the patient
09:44:03 4    with a dose of 15 milligram twice daily.  And that was because
09:44:26 5    the dosage was because the patients were in a phase where they
09:44:31 6    run a very high risk of fatal or nonfatal thrombolic event.
09:44:44 7          After the initial three weeks, we followed up with
09:44:54 8    20 milligram, a full therapeutical dosage.  Because we know
09:45:12 9    that with the higher dosage, the risk of thrombotic events is
09:45:17 10   still very high -- excuse me -- with the lower doses the risk
09:45:25 11   of occurrence of thrombotic events is still very high.
09:45:38 12         Then the question is asked, should we continue
09:45:41 13   treatment, yes or no, and with what dose?  There are a great
09:45:52 14   number of doctors who stop after six or 12 months.  Because
09:46:06 15   they fear that continuing with the 20 milligrams will lead to
09:46:09 16   bleedings.  And they fear that it won't enable to prevent as
09:46:19 17   many thrombotic events.  And that is why -- the reason why we
09:46:28 18   undertook the EINSTEIN Choice.
09:46:42 19         And now we know that after a period of six to
09:46:46 20   12 months, we can safely lower the dose of rivaroxaban from
09:46:51 21   20 to 10 milligram.  The patients do not present with more
09:47:04 22   thrombotic events than with 20 milligrams.  And fortunately,
09:47:15 23   the bleedings are also slightly less.
09:47:20 24   Q.    Now, Doctor, as you sit here in 2017, and you look back
09:47:26 25   over the 13 years that you've been at Bayer, so more than a

*OFFICIAL TRANSCRIPT*

09:47:34 1   decade, how do you explain to the jury what you think you've

09:47:37 2   achieved?

09:47:50 3   A.   I look back and see that we've taken a really big step in

09:47:56 4   the treatment of thrombosis, and it has a huge impact on so

09:47:57 5   many people.  And I'm incredibly proud and glad that I was able

09:48:07 6   to participate in this project and to contribute to it.

09:48:09 7                       REDIRECT EXAMINATION

09:48:09 8   Q.   Let me show you what we will mark as Exhibit 88, which is

09:48:16 9   5404271.  If you can see, Dr. Lensing, this is an e-mail

09:48:22 10  between you and Dr. Bruce Davidson; is that right?

09:48:25 11  A.   That is right.

09:48:25 12  Q.   And Dr. Davidson, was he a member of the steering

09:48:29 13  committee of EINSTEIN?

09:48:31 14  A.   At the time of the study, he was a member of the steering

09:48:34 15  committee, but here he -- he was not part of any committee.

09:48:40 16  Q.   And you can see here that the only people on this e-mail

09:48:42 17  is yourself and Dr. Davidson; is that right?

09:48:47 18  A.   Yes, that's right.

09:48:48 19  Q.   And in this e-mail you see that you're talking about the

09:48:51 20  EINSTEIN choice study, correct?

09:48:53 21  A.   That's correct.

09:48:55 22  Q.   Okay.  And you make some comments regarding Choice, and

09:48:59 23  then you say:  "Junior is in the hands of three study managers

09:49:02 24  who are crazy and two medical experts from Brazil who do not

09:49:07 25  talk English."

                         *OFFICIAL TRANSCRIPT*

09:49:08  1            Do you see that?

09:49:09  2    A.    Yes, I see that.

09:49:10  3    Q.    And it says:  "It's in close collaboration with J&J, which

09:49:15  4    assigned two pediatricians with no knowledge but big egos."

09:49:15  5            Do you see that?

09:49:22  6    A.    Yes, I see that.

09:49:23  7    Q.    Okay.  He says:  "Yet, this weekend I'm an invitee to a

09:49:26  8    Janssen training session for community physicians to use the

09:49:30  9    Xarelto slide sets.  A ton will be spent or marketing, as

09:49:34 10    usual."

09:49:35 11            Do you see that?

09:49:37 12    A.    I see that.

09:49:37 13    Q.    Okay.  Now, picking up on the EINSTEIN Choice study that

09:49:44 14    Ms. Yates asked you about, let's look at Exhibit No. 89, which

09:49:48 15    will be Record 5399133.  And you see this is an e-mail between

09:49:53 16    yourself and Rodney Hughes in April of 2015 with the subject

09:49:59 17    being "Menorrhagia."

09:50:02 18            Do you see that?

09:50:03 19    A.    Yes, I see that.

09:50:03 20    Q.    And if you can look with me, at the bottom of the first

09:50:07 21    page, Rodney says:  "As a side issue, what is your take on the

09:50:11 22    potential interaction between antiplatelets, NSAIDs and

09:50:15 23    rivaroxaban, and EINSTEIN-Extension.  Two of the four major

09:50:20 24    bleeds where -- were taking aspirin as well."

09:50:24 25            Do you see that?

                            *OFFICIAL TRANSCRIPT*

09:50:25 1    A.    Yes, I see that.

09:50:26 2    Q.    And he says -- you say:  "Thanks.  The most important

09:50:30 3    reason for EINSTEIN Choice to include an aspirin arm was that

09:50:35 4    thereby I could exclude aspirin treatment for the rivaroxaban

09:50:39 5    arms.  That will result in a 50 percent reduction of major

09:50:43 6    bleeding.  The effects of concomitant use of aspirin and NSAIDs

09:50:48 7    on all anticoagulants is overly clear."

09:50:52 8          THE WITNESS:  (In English) That's correct.

09:50:55 9    EXAMINATION BY MR. OVERHOLTZ:

09:50:55 10   Q.    And Number 90, which is the -- is an e-mail from

09:51:01 11   September 19th of 2016.  And you recall counsel for Bayer

09:51:07 12   showed you a copy of the draft in Exhibit 86, the draft PD

09:51:13 13   paper from the VTE study -- EINSTEIN studies that you testified

09:51:20 14   about.

09:51:20 15         Do you remember the -- those questions?

09:51:21 16   A.    Yes, I do.

09:51:22 17   Q.    And you can see that you sent a copy of the draft on

09:51:25 18   September 14, 2016, to Mr. Berkowitz.  Do you see that?

09:51:31 19   A.    I see that.

09:51:31 20   Q.    And then Dr. Berkowitz responds to you on September 19th,

09:51:37 21   and says:  Dear Ton:  Thanks for sending.  Here are my initial

09:51:42 22   thoughts embedded as comments in the attached version."

09:51:45 23         Do you see that?

09:51:46 24   A.    Yes, I see that.

09:51:47 25   Q.    Okay.  Let me show you a statement from the draft that

*OFFICIAL TRANSCRIPT*

09:51:51  1    is -- that was Exhibit 86, that you're working on, and it's

09:51:57  2    Exhibit 86.  And it says:  "There is a linear correlation

09:52:00  3    between rivaroxaban plasma concentration and prothrombin time,

09:52:05  4    PT, through inhibition of Factor Xa.  Neoplastin was the most

09:52:10  5    sensitive PT reagent to rivaroxaban and might be an option for

09:52:15  6    monitoring select patients on rivaroxaban."

09:52:17  7         Do you see that?

09:52:23  8    A.   That was the whole rationale behind this activity.

09:52:29  9    Q.   And the analysis that was done in this draft looking at

09:52:32 10    the correlation between PT and bleeding, the endpoint study was

09:52:38 11    major bleeding, correct?

09:52:44 12    A.   Yes, up till now that's how the article is drafted.

09:52:49 13    Q.   The primary endpoint in the EINSTEIN-DVT and PE trials was

09:52:55 14    clinically relevant bleeding.  Correct?

09:53:01 15    A.   That is correct.

09:53:01 16    Q.   The definition of *clinically relevant bleeding* in the

09:53:07 17    EINSTEIN trials included both major bleeding and non-major

09:53:13 18    clinically relevant bleeding, correct?

09:53:14 19    A.   That is correct.

09:53:15 20    Q.   And it would include bleedings requiring hospitalizations

09:53:19 21    and transfusions, correct?

09:53:21 22    A.   That is correct.

09:53:21 23    Q.   Okay.  You were asked some questions about the pooled

09:53:25 24    analysis.  You're familiar with the pooled analysis article by

09:53:30 25    Prins and Lensing and several other authors.  It's your paper.

*OFFICIAL TRANSCRIPT*

09:53:35  1   A.    Yes, of course, I'm familiar with that.

09:53:37  2   Q.    Dr. Lensing, was Dr. Buller an author in the pooled

09:53:45  3   analysis paper?

09:53:45  4   A.    No, he wasn't.

09:53:48  5   Q.    So if we look at Exhibit 91, Dr. Buller has e-mailed you,

09:53:54  6   Ton Lensing, as well as Dr. Prins, and Dr. Raskob.  Do you see

09:54:00  7   that?

09:54:01  8   A.    He sent a letter to Professor Prins and Professor Raskob.

09:54:06  9   Q.    But the e-mail below was only between outside physicians

09:54:10 10   and steering committee and SMCC members and yourself, correct.

09:54:19 11   A.    Only members of the executive steering committee.

09:54:21 12   Q.    And yourself?

09:54:22 13   A.    Yes.  I was also a member of the steering committee.

09:54:27 14   Q.    And Dr. Buller has e-mailed you and said:  Dear Ton:  Much

09:54:34 15   to my regret, I have to inform you that I will not serve

09:54:37 16   further as an author on the pooled analysis manuscript."

09:54:41 17   Right?

09:54:42 18   A.    That's what it says.

09:54:44 19   Q.    He says there are three reasons, right?

09:54:47 20   A.    Yeah.

09:54:47 21   Q.    His first reason deals with the fact that there are -- the

09:54:52 22   data was available to everyone through a policy at Bayer, and

09:54:58 23   he said:  "I consider the distribution as an insult to the

09:55:04 24   integrity of the scientific work in progress."

09:55:06 25         Do you see that?

*OFFICIAL TRANSCRIPT*

09:55:07 1   A.   That's his conclusion, indeed.

09:55:08 2   Q.   He comments on the additional cancer analysis, and he says

09:55:12 3   "which are too pushy," right?

09:55:16 4   A.   That's what he writes, indeed.

09:55:17 5   Q.   He says:  "However, the real blow came when I read the

09:55:23 6   introduction again last night.  My sentence in the first line

09:55:27 7   on the two recent improvements have been changed in marketing

09:55:32 8   language about rivaroxaban.  I did not know this, and it

09:55:36 9   suggests that others are changing the text of this developing

09:55:40 10   manuscript without informing us."

09:55:42 11        Do you see that?

09:55:42 12   A.   Yes.

09:55:45 13   Q.   Let me ask you this, Dr. Lensing:  Do you believe that

09:55:50 14   physicians in the United States deserve to have the same

09:55:55 15   information about the drugs that physicians in Canada or

09:56:00 16   physicians in Europe have about the drug when they make

09:56:03 17   decisions about treating their patients?

09:56:05 18   A.   What I find in principle is that a physician is entitled

09:56:16 19   to receiving information.

09:56:16 20        (WHEREUPON, at this point in the proceedings the video

09:56:20 21   clip concluded.)

09:56:20 22        THE COURT:  Is that it?

09:56:21 23        MR. BIRCHFIELD:  Yes, Your Honor.

09:56:22 24        THE COURT:  Okay.  We'll take a break at this time.

09:56:24 25   Court will stand in recess for ten minutes.

*OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 09:56:27 | 1 | THE DEPUTY CLERK:  All rise. |
| 09:56:28 | 2 | (WHEREUPON, at 9:56 a.m. the jury panel leaves the |
| 10:13:28 | 3 | courtroom and then a brief recess was taken.) |
| 10:13:28 | 4 | (WHEREUPON, at 10:13 a.m., the jury panel enters the |
| 10:14:36 | 5 | courtroom.) |
| 10:14:36 | 6 | THE DEPUTY CLERK:  All rise. |
| 10:14:38 | 7 | THE COURT:  Be seated, please. |
| 10:14:48 | 8 | Call your next witness. |
| 10:14:48 | 9 | MR. MORRISON:  Thank you, Your Honor.  At this time, we |
| 10:14:51 | 10 | call Dora Mingo. |
| 10:14:52 | 11 | THE COURT:  Ms. Mingo, will you come forward, please, |
| 10:14:55 | 12 | ma'am. |
| 10:15:09 | 13 | THE DEPUTY CLERK:  Would you raise your right hand, |
| | 14 | please.  Do you solemnly swear that the testimony you are about |
| | 15 | to give will be the truth, the whole truth and nothing but the |
| | 16 | truth, so help you God? |
| | 17 | THE WITNESS:  I do. |
| | 18 | **DORA MINGO** |
| | 19 | was called as a witness and, after being first duly sworn by |
| | 20 | the Clerk, was examined and testified on her oath as follows: |
| | 21 | THE DEPUTY CLERK:  Please have a seat.  State and spell |
| | 22 | your name, Ms. Mingo. |
| 10:15:28 | 23 | THE WITNESS:  Dora Mingo, D-O-R-A, M-I-N-G-O. |
| 10:15:38 | 24 | MR. MORRISON:  May I proceed? |
| 10:15:40 | 25 | THE COURT:  You may proceed, Counsel. |

*OFFICIAL TRANSCRIPT*

1522

|          |    |                                                           |
|----------|----|-----------------------------------------------------------|
| 10:15:34 | 1  |                    DIRECT EXAMINATION                      |
| 10:15:36 | 2  | BY MR. MORRISON:                                          |
| 10:15:36 | 3  | Q.   Ms. Mingo, tell the members of the jury where you live. |
| 10:15:44 | 4  | A.   I live in Summit, Mississippi, 1009 Jeanette Lane.   |
| 10:15:49 | 5  | Q.   Is that down in Pike County?                         |
| 10:15:51 | 6  | A.   Pike County.                                         |
| 10:15:53 | 7  | Q.   How long have you lived there?                       |
| 10:15:54 | 8  | A.   42 years.                                            |
| 10:15:55 | 9  | Q.   Where are you originally from?                       |
| 10:15:57 | 10 | A.   New Augusta, Mississippi.                            |
| 10:15:59 | 11 | Q.   And where is New Augusta?                            |
| 10:16:02 | 12 | A.   It's 17 miles south of Hattiesburg, Mississippi.     |
| 10:16:06 | 13 | Q.   I want to go through your education with the jury.  I |
| 10:16:12 | 14 | understand you went to Perry High School?                 |
| 10:16:14 | 15 | A.   Yes.  I went to Perry High School.  Got my diploma in |
| 10:16:19 | 16 | 1965.  After I left Perry High School, I went to Alcorn State |
| 10:16:27 | 17 | University, where I received a BS degree in business education. |
| 10:16:33 | 18 | After I finished Alcorn, I got a job teaching typing,     |
| 10:16:40 | 19 | shorthand, bookkeeping and accounting.                    |
| 10:16:43 | 20 |         Then I went to University of Southern Mississippi, |
| 10:16:47 | 21 | where I got certified in teaching remedial reading.       |
| 10:16:54 | 22 |         After I left the University of Southern Mississippi, |
| 10:16:58 | 23 | I went to Jackson State University and got certified in special |
| 10:17:04 | 24 | education, where I retired teaching severely profoundly   |
| 10:17:11 | 25 | handicapped children.                                     |

*OFFICIAL TRANSCRIPT*

10:17:12  1    Q.    Was that your career, you were a schoolteacher?

10:17:16  2    A.    Yes, for 37 years.

10:17:17  3    Q.    Was that generally in the public school system?

10:17:20  4    A.    Yes, sir.

10:17:20  5    Q.    In what counties or systems did you teach?

10:17:24  6    A.    I taught in Lincoln County, Copiah County and in

10:17:29  7    Pike County.

10:17:30  8    Q.    Since you retired -- when did you formally retire?

10:17:35  9    A.    I retired May 24th in 2010.

10:17:39 10    Q.    Since your retirement, I understand you've done some

10:17:43 11    periodic substitute teaching?

10:17:45 12    A.    Yes, for North Pike School System in Summit, Mississippi.

10:17:49 13    Q.    I understand that you were married, and your husband is

10:17:53 14    now deceased?

10:17:53 15    A.    Yes, sir.

10:17:54 16    Q.    You have --

10:17:56 17    A.    Three children.

10:17:57 18    Q.    -- three children now?

10:17:57 19    A.    Yes, sir.

10:17:58 20    Q.    All right.  Tell me about your three children.  What are

10:18:02 21    their ages?

10:18:04 22    A.    45, 42, and 35.

10:18:08 23    Q.    You have three grandchildren?

10:18:11 24    A.    Yes, I do.

10:18:12 25    Q.    I'm sure you're proud of those three grandchildren.

*OFFICIAL TRANSCRIPT*

1524

```
10:18:15   1    A.   Very proud of them.
10:18:17   2    Q.   I want to put some photographs up here, and maybe you can
10:18:20   3    tell the jury who some of these folks are.
10:18:37   4         Boy, that picture sure doesn't show up very well, but
10:18:40   5    this looks like you in purple?
10:18:43   6    A.   That's me in the purple.  My daughter, Jileta, in the
10:18:50   7    white.  My grandson, JoVante, which is 18, starting his first
10:18:55   8    year of college.
10:18:56   9    Q.   Is that JoVante?
10:19:00  10    A.   That's JoVante with the hand under his chin.
10:19:04  11    Q.   Who is this young lady?
10:19:06  12    A.   JaTavalon.
10:19:07  13    Q.   How old is she?
10:19:09  14    A.   He's 12.
10:19:09  15    Q.   This young man?
10:19:11  16    A.   JaTyln, and he's 16.
10:19:14  17    Q.   Do you like spending time with your grandkids?
10:19:17  18    A.   I love spending time with my grandkids.
10:19:19  19    Q.   What do you do with them?  Let's look this photograph
10:19:21  20    here.
10:19:21  21    A.   That's JaTavalon when she received eight awards from
10:19:27  22    school for academics.
10:19:28  23    Q.   Do you keep on top of those kids about their schooling?
10:19:31  24    A.   Yes, I do.
10:19:32  25    Q.   Let's look at this photograph here.  Tell me what's going
```

*OFFICIAL TRANSCRIPT*

10:19:35  1   on here.

10:19:36  2   A.    That is when we attended the Grover Quin football camp at

10:19:42  3   Southwest Junior College.

10:19:43  4   Q.    This is your oldest grandson?

10:19:50  5   A.    Yes, sir.

10:19:51  6   Q.    He was in the ROTC?

10:19:54  7   A.    Yes, sir.

10:19:54  8   Q.    Tell the Members of the Jury, did he start college

10:19:58  9   yesterday himself?

10:19:59 10   A.    Started college yesterday, his first day of college

10:20:02 11   yesterday.

10:20:02 12   Q.    Where is he going to college?

10:20:04 13   A.    Southwest Junior College in vocational education.

10:20:08 14   Q.    So do you spend a lot of time with those grandkids?

10:20:16 15   A.    Yes, sir, as much as I can.

10:20:18 16   Q.    What else do you do for fun?  What are your hobbies?

10:20:22 17   A.    I like to bake.  I like to cook.  I like to plant me a

10:20:27 18   garden.

10:20:28 19   Q.    Who do you bake and cook for?

10:20:31 20   A.    My family and my friends.

10:20:32 21   Q.    It's getting to be close to lunchtime.

10:20:35 22   A.    Can't cook today.

10:20:37 23   Q.    Tell the members of the jury where you go to church,

10:20:42 24   Ms. Mingo.

10:20:42 25   A.    I go to church at St. Paul Missionary Baptist Church in

*OFFICIAL TRANSCRIPT*

10:20:48  1   Summit, Mississippi.

10:20:49  2   Q.    What do you do there with your church?

10:20:53  3   A.    I speak occasionally.  When we have black history program,

10:20:56  4   I speak.  When we have the blood of Jesus, I speak.

10:21:02  5   Q.    All right.  Now, let me ask you one of those personal

10:21:05  6   questions.  How old are you?

10:21:06  7   A.    I'm 69 years old.

10:21:09  8   Q.    I want to talk and have you explain to the jury what your

10:21:13  9   health was like prior to January 2015.  I'm picking

10:21:19 10   January 2015 because that's when we know you had a hip

10:21:23 11   replacement.

10:21:23 12   A.    Yes, sir.

10:21:23 13   Q.    So just generally tell the jury how you were doing prior

10:21:27 14   to January 2015.

10:21:28 15   A.    I were doing fine.  Was able to cook, walk, do whatever I

10:21:35 16   wanted to do, plant my garden.  Were doing everything that a

10:21:41 17   person at age 67 could do.

10:21:43 18   Q.    Now, there has been some discussion this week about the

10:21:47 19   fact that you did have some health issues prior to

10:21:52 20   January 2015.  Is it true that you had diabetes?

10:21:54 21   A.    Yes, sir.

10:21:54 22   Q.    Did you take medicine for that?

10:21:56 23   A.    Yes, sir.

10:21:57 24   Q.    Was your diabetes well controlled?

10:21:59 25   A.    Yes, sir.

*OFFICIAL TRANSCRIPT*

10:22:00  1    Q.    To your knowledge, did it inhibit your ability to do what
10:22:04  2    you wanted to do?
10:22:04  3    A.    No, sir.
10:22:05  4    Q.    Same question with regard to high blood pressure.  You had
10:22:08  5    high blood pressure?
10:22:09  6    A.    Yes, sir.
10:22:10  7    Q.    Did you take medicine for that?
10:22:11  8    A.    I'm still taking it, yes, sir.
10:22:13  9    Q.    I understand.  Were you able to do the things that you
10:22:16 10    wanted to do?
10:22:16 11    A.    Yes, sir.
10:22:17 12    Q.    You also had high cholesterol?
10:22:21 13    A.    Yes, sir.
10:22:22 14    Q.    I'm one of those folks, too.
10:22:23 15          You take some medicine for that?
10:22:25 16    A.    Yes, I do.
10:22:26 17    Q.    Did generally that medicine control your high cholesterol?
10:22:30 18    A.    Yes, sir.
10:22:30 19    Q.    You were able to do what you wanted to do?
10:22:33 20    A.    Yes, sir.
10:22:33 21    Q.    Now, did you also take a baby aspirin?
10:22:35 22    A.    Yes, sir.
10:22:36 23    Q.    Do you have a general understanding as to why you did
10:22:41 24    that?
10:22:41 25    A.    I took it to prevent heart attack or whatever.

*OFFICIAL TRANSCRIPT*

10:22:44  1    Q.    Prior to January 2015, had there been times where you were

10:22:51  2    required to be admitted to the hospital for long periods of

10:22:54  3    time?

10:22:55  4    A.    No, sir.

10:22:55  5    Q.    Now, you had three kids.  I'm assuming you went to the

10:22:58  6    hospital?

10:22:58  7    A.    Yeah.  You know I went in for that, yes.

10:23:02  8    Q.    So you went to the hospital for the birth of your

10:23:03  9    children.

10:23:04 10    A.    Yes, I did.

10:23:05 11    Q.    We also know -- I think the records say you had a

10:23:09 12    gallbladder surgery?

10:23:10 13    A.    In 1979.

10:23:11 14    Q.    You had to go to the hospital for that?

10:23:12 15    A.    Yes, sir.

10:23:13 16    Q.    But other than that, did you have any prolonged

10:23:15 17    hospitalizations?

10:23:16 18    A.    No, sir.

10:23:16 19    Q.    Prior to January 2015, have you ever been diagnosed or

10:23:24 20    treated for severe bleeding?

10:23:25 21    A.    No, sir.

10:23:26 22    Q.    Had you ever required blood transfusions?

10:23:28 23    A.    No, sir.

10:23:29 24    Q.    Now, with regard to the medications that you have been

10:23:35 25    prescribed in the past, do you generally trust your doctors to

*OFFICIAL TRANSCRIPT*

10:23:40 1    tell you what you need to know about the medications?

10:23:42 2    A.    Yes, sir.

10:23:43 3    Q.    Do you trust them to tell you why you're taking the

10:23:46 4    medicine?

10:23:47 5    A.    Yes, sir.

10:23:47 6    Q.    Do you trust them to tell you about the risks involved?

10:23:51 7    A.    Yes, sir.

10:23:56 8         MR. JOHNSON:  Objection to leading, Your Honor.

10:23:58 9         THE COURT:  Please don't lead the witness.

10:24:00 10   EXAMINATION BY MR. MORRISON:

10:24:02 11   Q.    If a doctor tells you to take a medication, do you

10:24:04 12   generally take it?

10:24:05 13   A.    Yes, I do.

10:24:06 14   Q.    Now, I want to talk a little bit about your hip

10:24:10 15   replacement.  Tell the members of the jury when you started

10:24:13 16   having problems with your hip.

10:24:15 17   A.    I started having problems with my hip in 2013.

10:24:20 18   Q.    What did you do about it?

10:24:22 19   A.    I went to my family doctor and discussed it with her.

10:24:27 20   Q.    What did she tell you?

10:24:29 21   A.    She recommended that I would go to an orthopedic doctor

10:24:34 22   and get their opinion on it.

10:24:35 23   Q.    Did you do that?

10:24:37 24   A.    Yes, I did.  I went to three.

10:24:39 25   Q.    Three what?

*OFFICIAL TRANSCRIPT*

1530

A.   Orthopedic doctors.

Q.   All right.  Just tell the jury generally what came of that.

A.   Well, we first started with injections, but that didn't work.  So eventually, I went to Southern Bone & Joint in Hattiesburg, and he said I had bone on bone.  So eventually, I had the surgery.

Q.   Okay.  Do you recall when you had the hip replacement surgery?

A.   January 6th of 2015.

Q.   Do you recall which doctor did it?

A.   Dr. David Gandy at St. Dominic hospital here in Jackson.

Q.   Do you recall how many days you stayed in the hospital at St. Dominic's?

A.   I stayed from January 6th through January 9th.

Q.   Now, were you aware of the fact that while you were hospitalized at St. Dominic's, you received a drug called *Lovenox*?

A.   Yes.

Q.   What is Lovenox, do you know?

A.   It's a blood thinner.

Q.   Did you continue to receive that medication after you went home from St. Dominic's?

A.   Yes, I did.

Q.   Tell the members of the jury about that.

***OFFICIAL TRANSCRIPT***

1531

10:25:56  1   A.    I had seven needles that was pre -- with the medicine in

10:26:04  2   the needles.   My daughter injected me once a day in my stomach

10:26:09  3   with the Lovenox for seven days.

10:26:11  4   Q.    During that period of time when you were receiving the

10:26:14  5   Lovenox, did you experience sick feeling or shortness of

10:26:19  6   breath?

10:26:19  7   A.    No.

10:26:20  8   Q.    Did you have an overwhelming cold feeling or experience

10:26:24  9   any bleeding?

10:26:25 10   A.    No, sir.

10:26:25 11   Q.    Now, there has been some discussion in this courtroom over

10:26:31 12   the last several days based on some entry in some medical

10:26:36 13   record that you were bleeding on January the 9th.   Were you?

10:26:42 14   A.    No, sir.

10:26:42 15   Q.    Where were you on January the 9th?

10:26:45 16   A.    At St. Dominic hospital.

10:26:47 17   Q.    Is that the day you were discharged?

10:26:49 18   A.    The day I was discharged, that evening, yes.

10:26:53 19   Q.    Let me show you the discharge summary for that date,

10:26:58 20   January 9th.

10:27:00 21        Do you see that, Ms. Mingo?

10:27:01 22   A.    Yes, I do.

10:27:01 23   Q.    I wanted to see if I could show you here where it talks

10:27:05 24   about "she improved with mobility."   Do you know what that

10:27:09 25   means?

**OFFICIAL TRANSCRIPT**

10:27:09  1      A.    Yes.

10:27:09  2      Q.    Tell us what that means.

10:27:12  3      A.    My movement and my hip replacement, because immediately

10:27:17  4      after my surgery, they had me in rehabilitation, moving around.

10:27:22  5      Q.    They made you get up and walk?

10:27:24  6      A.    Made me get up.

10:27:25  7      Q.    Then it indicates that you made some good progress.  Was

10:27:31  8      that true?

10:27:32  9      A.    Yes.

10:27:32 10      Q.    Were you discharged home with physical therapy?

10:27:37 11      A.    Yes, I was.

10:27:38 12      Q.    Had you any idea at all that you were supposedly bleeding

10:27:44 13      on that day?

10:27:45 14      A.    No, sir.

10:27:45 15      Q.    If you thought you were bleeding on that day, would you

10:27:48 16      have told Dr. Gandy?

10:27:49 17      A.    Yes, I would have.

10:28:00 18      Q.    Now, after your daughter completed the injections of the

10:28:06 19      Lovenox while you were at home, do you understand that you

10:28:10 20      started taking a higher dose of aspirin, a 325-milligram dose?

10:28:15 21      A.    Yes, sir.

10:28:15 22      Q.    During that period of time when you were initially sent

10:28:21 23      home, were you having rehabilitation at home for your hip?

10:28:24 24      A.    Yes, I was.

10:28:25 25      Q.    Would you tell the jury what you were being asked to do by

**OFFICIAL TRANSCRIPT**

10:28:29 1    your home health.

10:28:30 2    A.    Gentiva came in, and physical -- I had physical therapy.

10:28:36 3    I had nurses that come to help me take a bath and to change my

10:28:42 4    hospital pan, whatever, yes.

10:28:44 5    Q.    Now, when you say hospital pan, are you talking about a

10:28:47 6    bedside commode?

10:28:48 7    A.    Yes.

10:28:49 8    Q.    During that period of time while you were rehabilitating

10:28:56 9    at home, say from the 17th to the 22th while you were taking

10:29:01 10   the 325 aspirin, did you experience overwhelming sickness or a

10:29:06 11   feeling of shortness of breath or cold necessary or anything

10:29:09 12   like that?

10:29:10 13   A.    No, sir.

10:29:10 14   Q.    Did you have any indication during that period of time

10:29:13 15   that you were bleeding?

10:29:14 16   A.    No, sir.

10:29:14 17   Q.    Did the home health people give you any impression that,

10:29:20 18   in changing your bedside commode, they found evidence that you

10:29:24 19   were bleeding?

10:29:24 20   A.    No, sir.

10:29:24 21   Q.    Is it fair to say that during that period of time, the

10:29:29 22   only problems you were having were related to your hip and

10:29:33 23   rehabilitating your hip?

10:29:34 24   A.    Yes, sir.

10:29:34 25   Q.    Now, at some point in time, you started having some pain

*OFFICIAL TRANSCRIPT*

1534

10:29:47  1   and some swelling in your leg?

10:29:48  2   A.    Yes, sir.

10:29:48  3   Q.    Tell the jury about that.

10:29:50  4   A.    My feet started swelling, and I had extremely high pain.

10:29:56  5   I just kept hurting and hurting and hurting, and my feet kept

10:30:02  6   swelling.

10:30:02  7   Q.    What did you do?

10:30:04  8   A.    I consulted my physician, my family doctor.

10:30:09  9   Q.    Did you ultimately wind up going to the hospital there in

10:30:13 10   McComb?

10:30:13 11   A.    Yes, sir.

10:30:14 12   Q.    Tell us what you can remember about that.

10:30:15 13   A.    I went to the hospital in McComb, and they did an

10:30:23 14   ultrasound.  And they found out that I had blood clot.

10:30:27 15   Q.    And did you ultimately come under the care of Dr. Jordon?

10:30:32 16   A.    Yes, I did.

10:30:33 17   Q.    Did you see Dr. Jordon here yesterday?

10:30:35 18   A.    Yes, I did.

10:30:35 19   Q.    And do you understand that Dr. Jordon prescribed Xarelto

10:30:40 20   for you?

10:30:40 21   A.    Yes, sir.

10:30:41 22   Q.    And did you take the Xarelto as he asked you to do?

10:30:45 23   A.    Yes, sir.

10:30:45 24   Q.    Now, yesterday, Dr. Jordon testified, I think, that

10:30:52 25   although he didn't necessarily recall the specifics of every

*OFFICIAL TRANSCRIPT*

10:30:55  1    discussion he had with you about Xarelto, if, in fact,

10:30:59  2    Dr. Jordon did tell you about Xarelto and that it might cause

10:31:03  3    bleeding, would you have any reason to dispute that?

10:31:05  4    A.    No.

10:31:05  5    Q.    You don't remember that conversation?

10:31:08  6    A.    No, I don't.

10:31:09  7    Q.    You have seen while we have been in this courtroom

10:31:19  8    something that we referred to as some *elevated laboratory*

10:31:22  9    *studies* or *elevated PT tests*?  Do you recall that?

10:31:26 10    A.    Yes, I do.

10:31:27 11    Q.    While you were hospitalized there in McComb, did any of

10:31:33 12    your doctors talk to you about the fact that your PT had

10:31:41 13    essentially doubled from the time that you started taking

10:31:46 14    Xarelto?

10:31:46 15           MR. JOHNSON:  Hearsay.

10:31:50 16           THE COURT:  That's an exception to the hearsay rule,

10:31:53 17    medical practicing.

10:31:56 18    EXAMINATION BY MR. MORRISON:

10:31:57 19    Q.    You understand my question, Ms. Mingo?

10:31:59 20    A.    Would you repeat it?

10:32:00 21    Q.    Yes, ma'am.  All I want to know is, did any of your

10:32:04 22    physicians express any concern to you about the fact that your

10:32:07 23    PT had gone from 12.5 to 23.6 after you started on Xarelto?

10:32:12 24    A.    Yes, sir.

10:32:13 25    Q.    Somebody told you something about that?

                                    ***OFFICIAL TRANSCRIPT***

10:32:14  1    A.    Somebody mentioned something to me, yes, sir.

10:32:16  2    Q.    Okay.  You don't remember who that is?

10:32:16  3    A.    No, I don't.

10:32:29  4          THE COURT:  That objection is overruled on an 803(3).

10:32:29  5    EXAMINATION BY MR. MORRISON:

10:32:38  6    Q.    Ms. Mingo, had any of your physicians expressed concern to

10:32:41  7    you that based upon the fact that you had been prescribed

10:32:45  8    Xarelto and based on these PT results that you were at some

10:32:50  9    increased risk of bleeding on Xarelto, what would you have

10:32:53 10    done.

10:32:55 11    A.    I would have asked him to give me another medication.

10:33:01 12    Q.    Do you recall how long it was you remained in the hospital

10:33:05 13    there for your DVT, your blood clot?

10:33:07 14    A.    Two days.

10:33:08 15    Q.    And after you were discharged, did you return home?

10:33:14 16    A.    Yes.  I went home with the understanding for me to follow

10:33:17 17    up with my family doctor.

10:33:18 18    Q.    Did do you that?

10:33:20 19    A.    Yes, I did.

10:33:20 20    Q.    Tell us what you recall from that?

10:33:23 21    A.    I went to Doctor -- my family doctor, is Dr. Gholson, and

10:33:31 22    I discussed it with her and she suggested that I would see a

10:33:36 23    GI, which was a nurse practitioner, Mrs. Mary Thornton.

10:33:40 24    Q.    Now, tell the Members of the Jury why is it that you were

10:33:44 25    under the impression that you needed to go see a GI?

*OFFICIAL TRANSCRIPT*

10:33:48  1    A.    Because my feet kept swelling.  I stayed cold, and I just
10:33:54  2    couldn't get warm.  And I was shortness of breath.
10:33:57  3    Q.    Did Dr. Gholson mention anemia to you?
10:34:01  4    A.    Yes.  She told me that I was an anemic.
10:34:05  5    Q.    What is your understanding of what that means?
10:34:07  6    A.    That my blood was thin.  I didn't have any blood.
10:34:10  7    Q.    And did you ultimately go see somebody at Dr. Keith, the
10:34:16  8    GI's office?
10:34:16  9    A.    Yes, sir.
10:34:17 10    Q.    You said Ms. Thornton?
10:34:19 11    A.    Ms. Thornton, Mary Thornton, the nurse practitioner.
10:34:23 12    Q.    What do you remember about that?
10:34:24 13    A.    She said she wanted to do a test to see what -- you know,
10:34:30 14    about the blood.
10:34:31 15    Q.    And so she did a blood test?
10:34:33 16    A.    She did a blood test.
10:34:34 17    Q.    And did she ultimately tell you what the results of that
10:34:38 18    were?
10:34:38 19    A.    She told me, but I cannot remember what it was.
10:34:41 20    Q.    And then, I'm assuming, you went home after that?
10:34:45 21    A.    I went, yes, sir, home.
10:34:46 22    Q.    Did you ultimately receive another call from Dr. Gholson's
10:34:53 23    office?
10:34:53 24    A.    Later on.  I think it was February 13th.  I refused to go
10:35:00 25    on the 11th because that's my birthday, to see Dr. Gohlson, so

*OFFICIAL TRANSCRIPT*

10:35:06   1    I went on the 10th.  And on the 12th, they called me from

10:35:13   2    Dr. Gohlson's office and said, "Ms. Dora?"  I said, "Yes,

10:35:18   3    ma'am."  She said, "Get to the emergency room and get there

10:35:22   4    fast as you can."

10:35:23   5    Q.    Now, let me stop you right there.  Did you immediately go

10:35:27   6    from the time you got the call to the hospital?

10:35:29   7    A.    Yes, I did.

10:35:30   8    Q.    Now, if the medical records show that you were at the

10:35:33   9    hospital on February 13th, is that the day you got the call?

10:35:38  10    A.    Yes, sir.

10:35:38  11    Q.    So tell the Members of the Jury, you got a call from

10:35:42  12    Dr. Gohlson's office?

10:35:43  13    A.    Yes.

10:35:43  14    Q.    And then you went directly to the hospital?

10:35:45  15    A.    Directly to the hospital.  My daughter drove me.

10:35:48  16    Q.    Tell the Members of the Jury, what happened when you got

10:35:50  17    to hospital?

10:35:51  18    A.    They took me back in the emergency room.  They ran tests.

10:35:59  19    They had, I guess I can say it, my stool.

10:36:05  20    Q.    So they did a stool test?

10:36:06  21    A.    They did a stool test.

10:36:08  22    Q.    What did they tell you about the results of the stool

10:36:11  23    test?

10:36:11  24    A.    That there was blood in my stool.

10:36:13  25    Q.    What else did they do for you?

*OFFICIAL TRANSCRIPT*

| 10:36:16 | 1 | A.    They kept me in the emergency room from 9:30 a.m. until |
| 10:36:25 | 2 | 2:40, until they got me a room in ICU. |
| 10:36:29 | 3 | Q.    And do you understand or remember what they did for you |
| 10:36:33 | 4 | while you were there in the emergency department? |
| 10:36:36 | 5 | A.    They started medicine, started giving me a drip. |
| 10:36:39 | 6 | Q.    Did they give you blood? |
| 10:36:40 | 7 | A.    They started it.  They ordered six units of blood for me. |
| 10:36:45 | 8 | Q.    Now, prior to this day, had you ever required a blood |
| 10:36:49 | 9 | transfusion? |
| 10:36:50 | 10 | A.    No, sir. |
| 10:36:50 | 11 | Q.    Did you have interactions with Dr. Keith, the GI doctor? |
| 10:36:57 | 12 | A.    Later on that afternoon. |
| 10:36:58 | 13 | Q.    Just tell the Members of the Jury -- |
| 10:37:00 | 14 | A.    Later on that afternoon he came to my room in ICU and said |
| 10:37:06 | 15 | he was going to take me down for a procedure to see where that |
| 10:37:11 | 16 | blood was going. |
| 10:37:11 | 17 | Q.    Ms. Mingo, what was your mental state like at that time? |
| 10:37:19 | 18 | A.    Scared. |
| 10:37:19 | 19 | Q.    Did you have any idea where the blood was coming from? |
| 10:37:24 | 20 | A.    No, sir. |
| 10:37:25 | 21 | Q.    Did Dr. Keith, in fact, take you to surgery for that? |
| 10:37:29 | 22 | A.    Yes, he did. |
| 10:37:30 | 23 | Q.    Did he put you to sleep? |
| 10:37:31 | 24 | A.    Yes, he did. |
| 10:37:31 | 25 | Q.    Do you have an understanding generally as to what was done |

*OFFICIAL TRANSCRIPT*

10:37:36 1    for you at that time?

10:37:37 2    A.    Yes, sir.  He cauterized the ulcer to stop the bleeding.

10:37:45 3    Q.    And from that day forward, have you taken any more

10:37:52 4    Xarelto?

10:37:53 5    A.    No, sir.

10:37:53 6    Q.    Have you resumed taking your aspirin?

10:37:58 7    A.    Yes, I have.

10:37:58 8    Q.    Since that time, February of 2015, have you had any more

10:38:04 9    incidents of bleeding?

10:38:06 10   A.    No.  No, sir.

10:38:07 11   Q.    Have you had to go back to the hospital?

10:38:09 12   A.    No, sir.

10:38:10 13   Q.    I think everybody has stipulated in this case, Ms. Mingo,

10:38:22 14   that you incurred about $28,000 in medical expenses for that

10:38:27 15   hospitalization.  Is that your understanding?

10:38:28 16   A.    Yes, sir.

10:38:29 17   Q.    Does that sound right to you?

10:38:31 18   A.    Yes, sir.

10:38:38 19        MR. MORRISON:  One moment, Your Honor.

10:38:43 20            Your Honor, we have no further questions.

10:38:45 21        THE COURT:  Any cross?

10:38:48 22        MR. JOHNSON:  Yes, sir.

10:38:48 23                    CROSS-EXAMINATION

10:38:58 24   BY MR. JOHNSON:

10:38:58 25   Q.    Good morning, Ms. Mingo.

                              *OFFICIAL TRANSCRIPT*

1541

10:38:59  1    A.    Good morning.

10:39:00  2    Q.    I'm going to give you a copy of your deposition before we

10:39:02  3    start, in case I need you to refer to it for me, okay?

10:39:06  4    A.    Okay.  Thank you.

10:39:08  5    Q.    Ms. Mingo, you were telling us about -- I think you

10:39:33  6    started off telling us about your need for hip surgery.  Your

10:39:39  7    hip had been bothering you for several years, hadn't it?

10:39:42  8    A.    For a year.

10:39:42  9    Q.    Didn't you tell us in your deposition that you had been in

10:39:47 10    pain and been having hip trouble for about two years prior to

10:39:52 11    your surgery?

10:39:53 12    A.    I probably did.  If I did, well --

10:39:55 13    Q.    You're not disputing, though, it had been going on for a

10:39:55 14    while?

10:39:57 15    A.    No, I'm not disputing.  No, sir.

10:39:59 16    Q.    As a matter of fact, you were walking with a cane, weren't

10:40:00 17    you?

10:40:01 18    A.    At times, yes, sir.

10:40:02 19    Q.    And you went to see Dr. Gandy here in Jackson.  And you

10:40:08 20    consulted with three different orthopedic surgeons I think you

10:40:11 21    said?

10:40:11 22    A.    Yes.

10:40:11 23    Q.    And he was the first one that could get you in, wasn't it?

10:40:14 24    A.    Yes.

10:40:16 25    Q.    And Dr. Gandy, you met with him.  He examined you.  He

*OFFICIAL TRANSCRIPT*

10:40:22 1   took x-rays.  But in your deposition, you told us that he never

10:40:25 2   talked to you about any of the risks associated with that

10:40:28 3   surgery; is that right?

10:40:31 4   A.    No, he didn't.

10:40:31 5   Q.    And but you were aware of the risks, weren't you?

10:40:40 6   A.    After -- after I talked with two other orthopedic surgeons

10:40:47 7   and they told me the same thing, all those two, and he did,

10:40:53 8   too, so I figured the best is to take the surgery.

10:40:55 9   Q.    That's right.  And -- I mean, they told you about the

10:41:00 10  risks associated with anesthesia as well as the risk associated

10:41:03 11  with the surgery?

10:41:03 12  A.    Yes.

10:41:04 13  Q.    And you were willing to take that risk because of the

10:41:07 14  pain, weren't you?

10:41:07 15  A.    Yes, I was.

10:41:08 16  Q.    And Dr. Gandy, after the surgery, he started you on

10:41:12 17  Lovenox?

10:41:12 18  A.    Yes.

10:41:13 19  Q.    But he never had a conversation with you about what

10:41:17 20  Lovenox was, did you?

10:41:18 21  A.    No.

10:41:18 22  Q.    How did you come to find out what -- that Lovenox was a

10:41:23 23  blood thinner and how you were supposed to take it and all

10:41:25 24  those kind of things?

10:41:28 25  A.    In the -- in the hospital, they were giving me Lovenox.

*OFFICIAL TRANSCRIPT*

10:41:34  1   Q.   And they told you that it was a blood thinner?

10:41:36  2   A.   Yes.

10:41:36  3   Q.   And they also counseled you on bleeding, didn't they?

10:41:39  4   A.   Say what?

10:41:40  5   Q.   They would have counseled you about bleeding, advising you

10:41:43  6   if you bleed, you need to come see your doctor?

10:41:47  7   A.   I guess they would have.

10:41:48  8   Q.   With any blood thinner?

10:41:50  9   A.   Yes.

10:41:51  10   Q.   And you went home and your daughter, Jileta, actually

10:42:02  11   administered the Lovenox in your stomach, the injections that

10:42:05  12   you talked to the jury about; is that right?

10:42:08  13   A.   Yes.   Jileta, yes.

10:42:09  14   Q.   Now, the Lovenox was prescribed by Dr. Gandy, and I think

10:42:16  15   he told you that, take the Lovenox for seven days, and after

10:42:20  16   it's done he wanted you to increase your aspirin to

10:42:24  17   325 milligrams?

10:42:24  18   A.   Yes, sir.

10:42:26  19   Q.   And you did that, didn't you?

10:42:28  20   A.   Yes, I did.

10:42:29  21   Q.   And I think that's when you started talking to us about

10:42:34  22   how your leg started swelling and I think it was cold, and you

10:42:38  23   went to go see the doctor?

10:42:42  24   A.   Not from the aspirin.

10:42:44  25   Q.   Well, you took the Lovenox, then you took aspirin, and

*OFFICIAL TRANSCRIPT*

10:42:49   1   then didn't you to go the hospital and were diagnosed a blood

10:42:52   2   clot?

10:42:52   3   A.   Yes.

10:42:54   4   Q.   Okay.  Now, you were given the Lovenox to prevent you from

10:43:05   5   forming a clot, weren't you?

10:43:06   6   A.   Yes, sir.

10:43:07   7   Q.   And you were given the aspirin to prevent you from forming

10:43:11   8   a clot, weren't you?

10:43:12   9   A.   Yes, sir.

10:43:12  10   Q.   And that didn't work at all, did it?

10:43:20  11   A.   Yes, sir.  It worked.

10:43:21  12   Q.   Well, if it had worked as it was intended, you would have

10:43:25  13   not formed a clot; isn't that right?

10:43:27  14         MR. MORRISON:  Your Honor, I object.  He's asking her

10:43:30  15   now for medical opinions.

10:43:32  16         THE COURT:  You know, you are.  That's a medical

10:43:34  17   question.

10:43:35  18   EXAMINATION BY MR. JOHNSON:

10:43:36  19   Q.   Okay.  But, anyway, you did develop a clot after taking

10:43:43  20   Lovenox and aspirin and you went to the local hospital there in

10:43:48  21   McComb, Mississippi, and saw Dr. Jordon; is that right?

10:43:50  22   A.   Yes, sir.

10:43:51  23   Q.   And I think you -- you don't recall Dr. Jordon having any

10:43:59  24   discussion with you about risks, benefits, or anything

10:44:02  25   associated with Xarelto, do you?

*OFFICIAL TRANSCRIPT*

10:44:05  1   A.   No, sir.

10:44:05  2   Q.   You don't remember him telling you it could be dangerous?

10:44:13  3   A.   No, sir.

10:44:14  4   Q.   Okay.  Ms. Mingo, no doctor that ever prescribed you any

10:44:24  5   blood thinner, be it Lovenox or Xarelto or Coumadin, ever told

10:44:27  6   you about a risk of bleeding, did they?

10:44:29  7   A.   No, sir.

10:44:31  8   Q.   That would be Dr. Gandy, Dr. Jordon, and the ER doctor

10:44:37  9   that you saw at Southwest Regional Medical Center, who gave you

10:44:42 10   the Lovenox and the Coumadin, --

10:44:42 11   A.   Yes, sir.

10:44:43 12   Q.   -- he didn't tell you either, did he?

10:44:53 13        Now, Ms. Mingo, Dr. Jordon did, in fact, give you the

10:44:56 14   Xarelto, and even though he didn't give you any discussions

10:44:59 15   about the risks or how to take it or anything, he did give

10:45:03 16   you -- you were given some discharge instructions from the

10:45:07 17   hospital when you got ready to leave, weren't you?

10:45:10 18   A.   Yes, sir.

10:45:10 19   Q.   Do you remember those instructions?

10:45:13 20   A.   No, I don't.  My daughter got them for me.

10:45:18 21   Q.   Well, I'm going to show you something.

10:45:18 22   A.   Okay.

10:45:21 23   Q.   I'm going to refer to DX Mingo 294.

10:45:26 24        You were given a discharge instruction, and you were

10:45:34 25   told to stop taking these medications:  Aspirin, 325 milligrams

*OFFICIAL TRANSCRIPT*

10:45:39  1   by mouth every day.

10:45:40  2           Do you remember that?

10:45:41  3   A.   No, I don't.

10:45:42  4   Q.   And -- you don't remember being told that?

10:45:45  5   A.   No, sir.

10:45:45  6   Q.   Well, this is a three-page document and that was on

10:45:53  7   page DX Mingo 294, page 1 of 3, and I'm going to show you

10:45:58  8   page 3 of 3.  And it is a -- it's the rest of that document

10:46:08  9   where you were given these discharge instructions, and you

10:46:14 10   actually signed that document.

10:46:15 11   A.   Will you slide it down a little bit where I can see the

10:46:20 12   whole thing?

10:46:20 13   Q.   Yes, ma'am.  Do you want to see the top part?

10:46:23 14   A.   Just over here --

10:46:23 15   Q.   Here, let me see if I can do that.

10:46:27 16           I'll just show you.  That's the top of it.

10:46:33 17           And see, they even told you:  "Please bring this form

10:46:35 18   with you to your next office visit."

10:46:37 19           Do you see that?

10:46:38 20           And here is your signature evidencing that you

10:46:42 21   received these instructions.  And here is the RN who would have

10:46:46 22   given you those instructions.

10:46:48 23           Now, does that refresh your memory?  Do you remember,

10:46:53 24   not only being told, but signing a document saying that you

10:46:56 25   would stop taking aspirin?

                              *OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 10:46:57 | 1 | A.   I remember signing the documentation. |
| 10:46:59 | 2 | Q.   You do remember signing that? |
| 10:47:01 | 3 | A.   Yes. |
| 10:47:02 | 4 | Q.   That is your signature? |
| 10:47:03 | 5 | A.   Yes, it is. |
| 10:47:03 | 6 | Q.   And so after you were discharged, you went home and you |
| 10:47:12 | 7 | continued to take aspirin, didn't you? |
| 10:47:14 | 8 | A.   Yes, I did. |
| 10:47:14 | 9 | Q.   Ms. Mingo, I think you told us in your deposition that you |
| 10:47:25 | 10 | went to the pharmacy yourself and you filled that prescription |
| 10:47:31 | 11 | for Xarelto; is that right? |
| 10:47:32 | 12 | A.   Yes, I filled it. |
| 10:47:33 | 13 | Q.   And when you received your medicine, I think you told us |
| 10:47:37 | 14 | that they asked you if you had any questions? |
| 10:47:41 | 15 | A.   No, they didn't ask me that. |
| 10:47:42 | 16 | Q.   The pharmacy tech and pharmacy they didn't ask you -- |
| 10:47:48 | 17 | A.   I went through the drive-through window.  They just pass |
| 10:47:52 | 18 | it to you and you pay them.  That's the way I go. |
| 10:47:55 | 19 | Q.   But they gave you your medication? |
| 10:47:57 | 20 | A.   Yes, sir. |
| 10:47:58 | 21 | Q.   And they gave you -- on the outside of that bag there is |
| 10:48:01 | 22 | usually a medication guide.  You remember receiving that, don't |
| 10:48:01 | 23 | you? |
| 10:48:04 | 24 | A.   Yes, I do. |
| 10:48:05 | 25 | Q.   And, as a matter of fact, I think in your deposition you |

*OFFICIAL TRANSCRIPT*

10:48:08  1    told us that you skimmed through that literature?

10:48:11  2    A.   Usually when I get my medicine bag, I just take the

10:48:18  3    medicine out of the bag.  I don't read the side effects, I

10:48:20  4    really don't, because I trust my doctors.

10:48:22  5    Q.   Ms. Mingo, would you turn to page 143 of your deposition?

10:48:26  6    A.   140?

10:48:29  7    Q.   143.

10:48:37  8    A.   Okay.

10:48:37  9    Q.   You beat me there.  Give me a second.

10:48:51 10          I'm going to show you right there on line 1 up at the

10:48:55 11    top, you see right here?  The question was asked:  "When you

10:49:03 12    filled the Xarelto prescription, did you fill it yourself or

10:49:05 13    did one of your family members?"

10:49:07 14          You said:  "I filled it myself."

10:49:09 15          "QUESTION:  You filled it yourself?

10:49:12 16          "ANSWER:  Yes, ma'am.

10:49:13 17          "QUESTION:  Do you remember receiving the medication

10:49:15 18    guide?"

10:49:17 19          You said:  "Stapled to the bag, yes, ma'am."

10:49:20 20          "QUESTION:  Do you remember if you read it.

10:49:22 21          "ANSWER:  I looked through it like I do all my

10:49:25 22    medicines."

10:49:25 23          That's kind of what you do when you get something

10:49:27 24    from the drugstore, from your doctor, you read it when you skim

10:49:30 25    over it, don't you?

*OFFICIAL TRANSCRIPT*

| | |
|---|---|
| 10:49:32 1 | A.    Just skim, yes, sir. |
| 10:49:34 2 | Q.    Ms. Mingo, I want to show you the actual medication guide |
| 10:49:37 3 | that would have been stapled to your bag.  And you were |
| 10:49:41 4 | questioned about this in your deposition, do you remember?  Do |
| 10:49:43 5 | you remember? |
| 10:49:43 6 | A.    Show it to me, then I'll tell you whether or not I seen |
| 10:49:46 7 | it. |
| 10:49:46 8 | Q.    You see at the top it says, "Medication Guide"? |
| 10:49:55 9 | A.    I don't remember getting this. |
| 10:49:57 10 | Q.    Ma'am? |
| 10:49:57 11 | A.    I don't remember seeing this. |
| 10:49:58 12 | Q.    Well, this is the document you gave sworn testimony about |
| 10:50:01 13 | having received, and I'm going to just read some of it at the |
| 10:50:05 14 | top and you read it with me. |
| 10:50:08 15 |        It says right off the top:  "Read this medication |
| 10:50:11 16 | guide before you start taking Xarelto and each time you get a |
| 10:50:14 17 | refill." |
| 10:50:15 18 |        Is that what it says? |
| 10:50:17 19 | A.    Yes, sir. |
| 10:50:17 20 | Q.    And then down, it says:  "What is the most important |
| 10:50:22 21 | information I should know about Xarelto?"  Well, Xarelto can |
| 10:50:25 22 | cause bleeding.  You didn't read that? |
| 10:50:27 23 | A.    I don't remember reading that. |
| 10:50:30 24 | Q.    And Dr. Jordon didn't tell you that? |
| 10:50:32 25 | A.    No, sir. |

*OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 10:50:32 | 1 | Q.   And it says "which can be serious and rarely may lead to |
| 10:50:38 | 2 | death.  You may have a higher risk of bleeding." |
| 10:50:42 | 3 | Do you see that? |
| 10:50:43 | 4 | "You may have a higher risk of bleeding if you take |
| 10:50:47 | 5 | Xarelto and take other medicines that increase your risk of |
| 10:50:51 | 6 | bleeding, including," do you see where it says "aspirin"? |
| 10:50:54 | 7 | A.   Yes. |
| 10:50:54 | 8 | Q.   That tells you that if you take aspirin and Xarelto, it |
| 10:50:59 | 9 | increases your risk of bleeding, doesn't it? |
| 10:51:02 | 10 | A.   That's what it says. |
| 10:51:03 | 11 | Q.   And nonsteroidal antiinflammatory drugs.  Do you know what |
| 10:51:08 | 12 | that is?  NSAIDs? |
| 10:51:12 | 13 | A.   Warfarin, yes, I know. |
| 10:51:13 | 14 | Q.   No, ma'am.  NSAIDs, that's what you take for arthritic |
| 10:51:16 | 15 | pain. |
| 10:51:16 | 16 | A.   Yes.  I don't take any arthritic pain. |
| 10:51:21 | 17 | Q.   You never took any NSAIDs? |
| 10:51:22 | 18 | A.   Not for arthritis. |
| 10:51:23 | 19 | Q.   What would you have taken NSAIDs for? |
| 10:51:26 | 20 | A.   I don't take arthritis pills. |
| 10:51:28 | 21 | Q.   Did you take any medication for pain associated with |
| 10:51:31 | 22 | your -- |
| 10:51:31 | 23 | A.   Yes.  I took pain medicine, yes. |
| 10:51:33 | 24 | Q.   Other than aspirin? |
| 10:51:35 | 25 | A.   Yes, for my hip, yes. |

***OFFICIAL TRANSCRIPT***

10:51:36  1    Q.   Like Celebrex?

10:51:38  2    A.   No.  I didn't take Celebrex.

10:51:40  3    Q.   Mobic?

10:51:41  4    A.   No.

10:51:41  5    Q.   Naprosyn?

10:51:43  6    A.   No.

10:51:49  7    Q.   And you would tell your doctor if you took either aspirin

10:51:53  8    or nonsteroidals?

10:51:53  9    A.   (No audible response.)

10:51:56 10    Q.   And as well, it also mentions that if you have any black

10:51:58 11    stool, bright red or black stool, looks like tar, you should

10:52:02 12    tell your doctor about that.  And that might be related to your

10:52:05 13    Xarelto; is that right?  Were you told that?

10:52:09 14    A.   Yes.

10:52:09 15    Q.   So you knew that dark stools might make reference to

10:52:18 16    Xarelto -- or bleeding from Xarelto?

10:52:24 17    A.   Yes, sir.

10:52:24 18    Q.   Now, I think a Dr. Rinder came here and testified.  You

10:52:39 19    were sitting here listening to him, like the rest of us.  And

10:52:42 20    he testified that you had taken aspirin since 2007.  Do you

10:52:49 21    remember that?

10:52:49 22    A.   Yes, I remember that.

10:52:51 23    Q.   And that's a true statement, isn't it?

10:52:53 24    A.   Yes, it sure is.

10:52:53 25    Q.   And I know you told me you hadn't taken any NSAIDs.  But

**OFFICIAL TRANSCRIPT**

10:53:01 1    the truth of the matter is, you were even cautioned about your

10:53:05 2    NSAID use by your primary care doctor, Dr. Gohlson, weren't

10:53:09 3    you?

10:53:10 4    A.    Cautioned?

10:53:11 5    Q.    Yes, ma'am.  Where she said, you know:  You shouldn't --

10:53:15 6    your excessive use of NSAIDs is problematic.

10:53:19 7    A.    I don't remember that.  I don't recall that.

10:53:21 8    Q.    Yes, ma'am.  I'm going to show you a document that comes

10:53:23 9    from Dr. Gohlson.

10:53:23 10   A.    Okay.

10:53:28 11   Q.    And it's DX Mingo 215 page 1 of 2 and 2 of 2.

10:53:35 12        MR. MORRISON:  Do you have a copy?

10:53:36 13        MR. JOHNSON:  Yes.  I apologize.

10:53:48 14   EXAMINATION BY MR. JOHNSON:

10:53:48 15   Q.    Here you go, Ms. Mingo.  This a record from Dr. Gohlson's

10:53:51 16   office.  You see down at the bottom, "Progress Note,

10:53:56 17   Jennifer Gholson M.D."?

10:54:05 18   A.    Let me read the top.

10:54:05 19   Q.    Yes, ma'am.  Okay.  I'm sorry.

10:54:05 20        And Dr. Gohlson had been your primary care doctor for

10:54:08 21   a very long time, hadn't she?

10:54:11 22   A.    Ever since she had been in practice, about ten years,

10:54:13 23   maybe six.

10:54:15 24   Q.    And you trust Dr. Gohlson, don't you?

10:54:18 25   A.    Yes, sir.

*OFFICIAL TRANSCRIPT*

10:54:19  1  Q.   And I think you just testified to that, that you trust
10:54:21  2  your doctor?
10:54:22  3  A.   Yes, I did.
10:54:22  4  Q.   And I'm going to show you on the second page here where
10:54:27  5  she's got:  "Other:  Synovitis and tenosynovitis."
10:54:32  6        Did you have any of those medical complications,
10:54:35  7  problems with your tendons or bursa in your knee or anything
10:54:40  8  like that, or in your hip?
10:54:42  9  A.   Just my hip.
10:54:44 10  Q.   But, anyway, her note says:  "NSAIDs as instructed.
10:54:50 11  Cautioned her on excessive use of NSAIDs."
10:54:53 12        So she did talk to you about that, didn't she?
10:54:55 13  A.   I can't recall that conversation with Dr. Gohlson.
10:54:57 14  Q.   And she would have told you that aspirin and NSAID use can
10:55:04 15  cause ulcers.  Do you recall that?
10:55:06 16        MR. MORRISON:  Your Honor, I object.  She just said she
10:55:09 17  didn't remember the conversation.
10:55:10 18        THE COURT:  Well, she is under cross.  I'll allow it.
10:55:13 19           Go ahead.
10:55:13 20  EXAMINATION BY MR. JOHNSON:
10:55:15 21  Q.   Do you remember that?
10:55:15 22  A.   I don't remember that conversation with Dr. Gohlson.
10:55:18 23  Q.   But you don't dispute the medical record, do you?
10:55:21 24  A.   Beg your pardon?
10:55:21 25  Q.   You don't dispute this medical record, if that's what her

*OFFICIAL TRANSCRIPT*

10:55:25  1    record says?

10:55:25  2    A.    That's what her record said.  But I don't recall that

10:55:29  3    conversation with Dr. Gohlson.

10:55:30  4    Q.    Just as you don't dispute the medication guy that advises

10:55:35  5    you not to take aspirin and NSAIDs, you don't dispute that

10:55:40  6    either, do you?

10:55:41  7    A.    No, I don't dispute it.

10:55:42  8    Q.    Now, you had a brief conversation with the jury about

10:55:49  9    going to the hospital and being diagnosed with a GI bleed.  But

10:55:54 10    you had a long route there, didn't you?  I mean, that wasn't --

10:55:57 11    you went to see Dr. Gohlson, and then you end up going to the

10:56:01 12    ER and you see Dr. Keith.  There was a little more to it in

10:56:06 13    between, wasn't it?

10:56:09 14          Let me ask you, this may help you:  Do you remember

10:56:12 15    going to King's Daughter Hospital?

10:56:16 16    A.    On February 2nd.

10:56:17 17    Q.    On February 2nd complaining of your leg pain and swelling?

10:56:21 18    A.    And coldness.

10:56:24 19    Q.    And at that time you were still taking Xarelto?

10:56:27 20    A.    Yes, sir.

10:56:27 21    Q.    And 325 milligrams of aspirin?

10:56:30 22    A.    Yes.

10:56:30 23    Q.    And do you remember Dr. Hercules?

10:56:36 24    A.    Yes, I do.

10:56:37 25    Q.    Do you remember him performing a physical examination?

*OFFICIAL TRANSCRIPT*

10:56:39  1    A.    Yes.

10:56:40  2    Q.    And when you went to see him, he -- I'll show you his note

10:56:48  3    and tell you what he said.

10:56:58  4          When you went to see him, the only problem you had --

10:57:01  5    your leg was cold?  And it was -- your leg was bothering you?

10:57:04  6    A.    My whole body was cold.

10:57:05  7    Q.    And he noted that you were alert and in no acute distress.

10:57:09  8    That's true.  Other than what you just mentioned to the jury,

10:57:12  9    those were your only complaints, right?

10:57:14 10    A.    Right.

10:57:15 11    Q.    You were cold all over your body.

10:57:20 12          And he found that you had weakly heme positive stool.

10:57:26 13    Did he tell you what that was?

10:57:28 14    A.    No, he didn't.  He suggested that I follow-up with my

10:57:33 15    family doctor.

10:57:33 16    Q.    But he performed a rectal examination?

10:57:36 17    A.    Yes, he did.

10:57:36 18    Q.    And you even mentioned it here.  You said, "Can I say

10:57:40 19    stool?"

10:57:40 20          He found blood in your -- a small trace amount of

10:57:43 21    blood in your stool, didn't he?

10:57:45 22    A.    Yes, he did.

10:57:46 23    Q.    And he told you that, didn't he?

10:57:47 24    A.    Yes, he did.

10:57:48 25    Q.    And he wanted you to go see your family doctor?

*OFFICIAL TRANSCRIPT*

10:57:51  1    A.    Yes, he did.

10:57:54  2    Q.    And so you went to see Dr. Gohlson?

10:57:55  3    A.    Yes, I did.

10:57:56  4    Q.    And Dr. Gohlson -- well, let me ask you.  Dr. Hercules

10:58:06  5    knew you were on Xarelto.  He didn't stop the Xarelto, did he?

10:58:08  6    A.    No.

10:58:12  7    Q.    And I think, if I'm right with the sequence of events, you

10:58:18  8    went to Dr. Gohlson's office and you saw her nurse

10:58:22  9    practitioner?

10:58:22 10    A.    Yes.

10:58:25 11    Q.    And she didn't stop your Xarelto either, did she?

10:58:28 12    A.    No, sir.

10:58:29 13    Q.    She didn't stop your aspirin either.  She adjusted your

10:58:35 14    aspirin to 81 milligrams; is that right?

10:58:37 15    A.    Yes.

10:58:37 16    Q.    And you continued to take that along with your Xarelto?

10:58:41 17    A.    Yes.

10:58:51 18    Q.    And about a week later -- excuse me, let me back up.

10:58:54 19          That office wanted to schedule you a GI procedure,

10:59:00 20    didn't they?

10:59:01 21    A.    Yes.

10:59:01 22    Q.    And so they sent you to Dr. Keith's office on

10:59:09 23    February 10th.  Do you remember that?  That's when you saw

10:59:13 24    Nurse Thornton.

10:59:16 25    A.    Let's back up.

*OFFICIAL TRANSCRIPT*

1557

| | | |
|---|---|---|
| 10:59:16 | 1 | Q.    Okay. |
| 10:59:18 | 2 | A.    I went to King's Daughter Hospital February 2nd. |
| 10:59:22 | 3 | Q.    Yes, ma'am. |
| 10:59:23 | 4 | A.    I was -- and I went to Dr. Gohlson's office on |
| 10:59:32 | 5 | February 3rd. |
| 10:59:33 | 6 | Q.    Correct. |
| 10:59:33 | 7 | A.    And that's when she recommended I go see the GI, the nurse |
| 10:59:40 | 8 | practitioner. |
| 10:59:40 | 9 | Q.    That's correct. |
| 10:59:40 | 10 |        And on February the 10th you went to see -- you went |
| 10:59:43 | 11 | to Dr. Keith's office and you saw his nurse practitioner, I |
| 10:59:49 | 12 | think you even mentioned her name, Nurse Thornton? |
| 10:59:52 | 13 | A.    Mary Thornton. |
| 10:59:54 | 14 | Q.    Mary Thornton.  You remember that, don't you? |
| 10:59:55 | 15 | A.    Uh-huh (affirmative response). |
| 10:59:56 | 16 | Q.    Mary Thornton did some tests, and she found that you were |
| 11:00:01 | 17 | anemic? |
| 11:00:01 | 18 | A.    Yes. |
| 11:00:02 | 19 | Q.    That you needed a colonoscopy and an upper GI; is that |
| 11:00:06 | 20 | right? |
| 11:00:06 | 21 | A.    Yes. |
| 11:00:06 | 22 | Q.    Dr. Gholson wanted to get you to the GI clinic that day, |
| 11:00:13 | 23 | didn't she? |
| 11:00:13 | 24 | A.    No, sir. |
| 11:00:14 | 25 | Q.    She didn't? |

*OFFICIAL TRANSCRIPT*

11:00:15 1    A.    No, sir.

11:00:25 2          MR. JOHNSON:   Sheila, could I have a copy of 112, 113

11:00:47 3    Gholson.

11:00:48 4    EXAMINATION BY MR. JOHNSON:

11:00:48 5    Q.    Let me come back to that, Ms. Mingo.  I apologize.

11:01:01 6          So, anyway, you said -- I think you said they had

11:01:13 7    called you, and they told you to get to the emergency room

11:01:15 8    right away.  Do you remember that?

11:01:17 9    A.    Yes, sir.

11:01:17 10   Q.    When you got to the emergency room, tell us about your

11:01:25 11   condition.  What condition were you in?

11:01:26 12   A.    I was cold.  I went because Fran from Dr. Gholson's office

11:01:35 13   told me to go to the emergency room because my blood work was

11:01:38 14   all out of whack.  That's why I went.

11:01:42 15   Q.    Other than that, you really didn't have any complaints,

11:01:42 16   did you?

11:01:46 17   A.    I was weak.  I was tired.  I couldn't walk ten steps

11:01:51 18   without giving out of breath.  I knew something was wrong.

11:01:53 19   Q.    Yes, ma'am.

11:01:55 20         I want to show you that emergency room record and

11:01:58 21   that hospitalization, where you eventually had your endoscopies

11:02:05 22   by Dr. Keith.  I'm going to refer to DX Mingo 141, page 51 of

11:02:12 23   66.  I think Sheila has a copy of that.

11:02:17 24         Ms. Mingo, here is that form.  This is the ER record

11:02:25 25   of Southwest Mississippi Regional Medical Center.  Do you see

*OFFICIAL TRANSCRIPT*

11:02:29   1    that?

11:02:30   2    A.    Yes.

11:02:30   3    Q.    That's on February 13th; that's what you said, isn't it?

11:02:34   4    A.    Yes, sir.

11:02:34   5    Q.    The mode of arrival, you walked in, didn't you?

11:02:39   6    A.    Yes.

11:02:39   7    Q.    They did sort of a triage, and the nurses asked you about

11:02:48   8    your pain, I want you to rate your pain on a scale of 0 to 10.

11:02:56   9    Do you remember that?

11:02:56  10    A.    She didn't ask me about any pain.

11:02:59  11    Q.    Yes, ma'am.  You didn't have any pain, did you?

11:03:03  12    A.    She didn't ask me about any pain.  I went because of my

11:03:07  13    blood work.

11:03:07  14    Q.    Yes, ma'am.  What I'm saying is you did not have any pain

11:03:11  15    that day?

11:03:11  16    A.    I have pain near all the time.

11:03:13  17    Q.    Well, anyway, just going on these medical records, I'm

11:03:19  18    turning to DX Mingo 141, page 52 of 66.  Right here, you will

11:03:28  19    see that --

11:03:34  20           MS. PRUITT:  Would you zoom in.

11:03:35  21           MR. JOHNSON:  Yes, I'm sorry.

11:03:35  22    EXAMINATION BY MR. JOHNSON:

11:03:42  23    Q.    You see where it says pain scale there, Ms. Mingo?  They

11:03:44  24    take your vital sign, pulse, respiration, saturation rate,

11:03:49  25    temperature.

*OFFICIAL TRANSCRIPT*

11:03:49 1    A.    Uh-huh (affirmative response).

11:03:49 2    Q.    It says pain scale --

11:03:49 3    A.    Yes, sir.

11:03:50 4    Q.    -- and triage.  There is a time over here, 2/13, that they

11:03:57 5    asked you these questions at 9:52, 11:48 and 12:47.  It was

11:04:02 6    done by a couple of different people, where they did triage,

11:04:08 7    recheck.

11:04:09 8         When asked about your pain on a scale of 0 to 10, you

11:04:12 9    told them it was 0; is that right?

11:04:16 10   A.    Because I didn't have any pain.

11:04:17 11   Q.    That's right.  Your only problem was your blood work?

11:04:22 12   A.    My blood work.

11:04:23 13   Q.    Because, looking at DX Mingo 141, page 55 of 66, your

11:04:31 14   doctor noted that you were well nourished, alert, cooperative,

11:04:35 15   in no acute distress, no obvious discomfort.  Is that true?

11:04:39 16   A.    Just my blood work.

11:04:40 17   Q.    Yes, ma'am.

11:04:54 18        This kind of confirms what we have been talking

11:04:57 19   about.  You had gone to see Dr. Gholson the day before, and

11:05:03 20   your lab work had been drawn at her office, and you denied any

11:05:10 21   pain.

11:05:12 22        That's something I do want to talk to you about

11:05:14 23   because you mentioned that you were short of breath when you

11:05:16 24   went to the emergency room.  This record suggests that you

11:05:21 25   denied any shortness of breath or respirations -- I'm sorry,

*OFFICIAL TRANSCRIPT*

11:05:25  1  you denied shortness of breath, your respiration was even and

11:05:28  2  unlabored.  That's true, isn't it?

11:05:33  3  A.   I was sick.

11:05:35  4  Q.   But I'm talking about your shortness of breath?

11:05:38  5  A.   Yes, I was sick, sir.

11:05:39  6  Q.   But I'm talking about your shortness of breath?

11:05:41  7  A.   Yes, sir.

11:05:41  8  Q.   You were not short of breath, were you?

11:05:45  9  A.   Not that time, no, sir.

11:05:46 10  Q.   Dr. Hercules is the ER doctor who diagnosed you with a

11:06:00 11  GI bleed based on the fact that you were anemic; is that right?

11:06:00 12  A.   Just from the blood in my stool, is what Dr. Hercules said

11:06:05 13  on February the 2nd at King's Daughters.

11:06:05 14  Q.   Yes, ma'am.  Then Southwest Regional Medical Center

11:06:08 15  confirmed that diagnosis themselves, didn't they?

11:06:13 16  A.   Dr. Gholson's nurse practitioner called and said my blood

11:06:18 17  was all out of whack.  I think she confirmed it.

11:06:22 18  Q.   So you went to see Dr. Keith, or Dr. Keith came to see

11:06:31 19  you?

11:06:31 20  A.   Dr. Keith -- I only met Dr. Keith in the ICU area.  I went

11:06:40 21  to Mary Thornton.

11:06:40 22  Q.   You don't recall --

11:06:41 23  A.   The first time I've seen Dr. Keith was when in was in ICU,

11:06:47 24  when he did the procedure.

11:06:48 25  Q.   You did see him in ICU?

*OFFICIAL TRANSCRIPT*

A.   Yes, sir.  After my procedure, and he explained what he had done.

Q.   Do you recall him actually doing the procedure?

A.   Yes, sir.  I remember him.  I remember being wheeled down for the procedure, yes sir.

Q.   You remember placing him the endoscope down your throat?

A.   No, I was asleep when he did that.

Q.   But he talked with you after the procedure, after he did the procedure, and he explained to you that he didn't have to cut your stomach open or anything, did he?

A.   Yes, he did.

Q.   He cut your stomach open?

A.   No, he explained that he did not.  He cauterized it, sir.

Q.   So he didn't cut your stomach open to do the procedure. He ended up going in with a scope, and he did everything --

A.   Through my mouth.

Q.   -- he did everything with that scope that went down your throat?

A.   Yes, sir.

Q.   Now, that procedure was done the very same day that you went to the emergency room, wasn't it?

A.   Yes, sir.

Q.   He kept you in the hospital the next day?

A.   I stayed in ICU for two days.

Q.   You would have gone in on the 11th?

*OFFICIAL TRANSCRIPT*

11:08:01  1    A.    No, that's my birthday, no.

11:08:02  2    Q.    You would have gone in on the 12th?

11:08:04  3    A.    Yes.  I stayed the 12th, the 13th -- the 13th and 14th.

11:08:09  4    He let me come home on the 15th of February.  I took six units

11:08:17  5    of blood.

11:08:18  6    Q.    Yes, ma'am.  I understand that.

11:08:20  7          But my looking at the record suggests that you went

11:08:24  8    in on the 12th, he did the procedure on the 13th, and he

11:08:29  9    discharged you the 15th -- that would be right -- the 15th?

11:08:34 10    A.    Yes, the 15th, Sunday.  Yes.

11:08:35 11    Q.    Now, I think you -- didn't you testify that Dr. Keith

11:08:41 12    stopped your Xarelto?

11:08:42 13    A.    Yes.

11:08:43 14    Q.    Ms. Mingo, the truth of the matter is, Dr. Keith

11:08:55 15    actually -- he stopped your Xarelto -- I'm sorry, your Xarelto

11:09:00 16    was stopped when you were in the ER.  You had an endoscopy by

11:09:05 17    Dr. Keith, and then he wanted to start your Xarelto back,

11:09:05 18    didn't he?

11:09:10 19    A.    I can't remember that.  The only thing I remember, there

11:09:13 20    was three physicians in my room after I had the procedure.

11:09:20 21    Q.    Did Dr. --

11:09:21 22    A.    One of them said, "Do not take the Xarelto."

11:09:24 23    Q.    Let me just ask you.  I'm talking about Dr. Keith.

11:09:27 24    Dr. Keith, the doctor who did the procedure --

11:09:29 25    A.    Right.

*OFFICIAL TRANSCRIPT*

11:09:29  1    Q.    -- to stop your ulcer from bleeding --

11:09:33  2    A.    Yes, sir.

11:09:34  3    Q.    -- didn't Dr. Keith tell you that he wanted to put you

11:09:40  4    back on Xarelto because --

11:09:42  5    A.    No.

11:09:42  6    Q.    -- he was concerned -- more concerned with your clot and

11:09:46  7    what could happen from the clot than from a bleed?  He could

11:09:50  8    fix the bleed?

11:09:51  9    A.    No, sir.

11:09:51 10    Q.    You don't remember that?

11:09:53 11    A.    No, sir.

11:09:53 12    Q.    Let me just show you this medical record, and we'll get

11:09:57 13    somebody else.  But that says, "resume Xarelto."

11:09:59 14            So, just so that I'm clear, are you disputing that

11:10:03 15    Dr. Keith wanted to resume your Xarelto?

11:10:05 16    A.    What I'm trying to tell you, I had already gotten my

11:10:09 17    bottle refilled for the next month.  One of the doctors told me

11:10:13 18    to call the pharmacy and see would they take it back.

11:10:18 19    Q.    Yes, ma'am.  But I'm talking about the doctor who actually

11:10:21 20    treated you.

11:10:22 21    A.    I don't know which one.  I told you, there were three in

11:10:26 22    the room.

11:10:26 23    Q.    You said you remember Dr. Keith as the guy who did your

11:10:32 24    endoscopy?

11:10:32 25    A.    Yes, I remember him.

                              *OFFICIAL TRANSCRIPT*

11:10:33 1    Q.    You even had a conversation with him, didn't you?

11:10:36 2    A.    I guess I did.

11:10:39 3    Q.    No, I don't want you to guess.  You had a conversation

11:10:40 4    with him, didn't you?

11:10:40 5    A.    Okay.  I had a conversation with him.

11:10:42 6    Q.    He didn't tell you that he wanted to stop your Xarelto,

11:10:42 7    did you?

11:10:48 8    A.    Someone told me to stop Xarelto, sir.

11:10:51 9    Q.    You elected not to take your Xarelto yourself, didn't you?

11:10:57 10   A.    No, I did not.

11:10:58 11   Q.    So you were discharged from the hospital on the 15th.  You

11:11:12 12   were placed on a regular diet after you left, weren't you?

11:11:15 13   A.    Yes.

11:11:15 14   Q.    You're still on a regular diet today?

11:11:19 15   A.    Yes, sir.

11:11:20 16   Q.    Do you recall that they performed another Doppler on your

11:11:31 17   leg?  Do you remember how they initially discovered your blood

11:11:34 18   clot?

11:11:35 19   A.    They came and ran the machine on both of my legs -- from

11:11:41 20   downstairs -- and did something to find the clots.

11:11:46 21   Q.    They did that again; do you remember that?

11:11:50 22   A.    Yes, I do.

11:11:50 23   Q.    That was right after -- right around the time you were

11:11:54 24   having the procedure performed by Dr. Keith, and your body had

11:12:00 25   resolved those clots in that leg, hadn't it?

*OFFICIAL TRANSCRIPT*

11:12:04  1    A.    Yes, sir.

11:12:05  2    Q.    You don't have any clots today, do you?

11:12:06  3    A.    No, I'm feeling fine.

11:12:08  4    Q.    You didn't throw a pulmonary emboli?

11:12:17  5    A.    Beg pardon?

11:12:17  6    Q.    You didn't have a pulmonary emboli?

11:12:17  7    A.    What is that?

11:12:17  8    Q.    Well, we talked about this in your deposition, I think.

11:12:19  9    It's where the clot can travel to your lungs.

11:12:22 10    A.    No, I did not.

11:12:23 11    Q.    That didn't happen.

11:12:24 12    A.    No.

11:12:24 13    Q.    I think you even mentioned, it didn't travel to my heart,

11:12:28 14    and it didn't travel to my brain; none of that happened, did

11:12:32 15    it?

11:12:33 16    A.    No, sir.

11:12:33 17    Q.    Your ulcer has been repaired; is that right?

11:12:43 18    A.    I go every year for a scope.

11:12:47 19    Q.    You do.

11:12:47 20          Dr. Keith continues to serve as your doctor?

11:12:50 21    A.    Yes, he does.

11:12:51 22    Q.    You trust Dr. Keith too?

11:12:53 23    A.    Yes, I do.

11:12:54 24          MR. JOHNSON:  Your Honor, I think that's all -- one

11:13:01 25    minute, Your Honor.

**OFFICIAL TRANSCRIPT**

11:13:01 1  EXAMINATION BY MR. JOHNSON:

11:13:01 2  Q.   Ms. Mingo, I'm just about through.

11:13:19 3        Dr. Keith put you on a medicine to kind of insulate

11:13:23 4  your stomach, didn't he?  A PPI Proton pump?

11:13:27 5  A.   Yes.  A what?

11:13:28 6  Q.   A PPI.  A medication to kind of coat your stomach?

11:13:32 7  A.   Yes, I have to take it while I'm eating.  I'm taking it

11:13:37 8  now.

11:13:37 9  Q.   I want to go back to one thing, Ms. Mingo, and a rather

11:13:41 10 important thing.

11:13:42 11       On this medication guide, do you remember telling me

11:13:47 12 that had you read that label or read this medication guide --

11:13:56 13 do you remember me showing that you that, the one you got from

11:13:59 14 the pharmacy?

11:14:00 15 A.   Yes, sir.

11:14:00 16 Q.   Do you remember saying that if you had read that, you

11:14:03 17 would have never, ever taken Xarelto?

11:14:05 18 A.   Yes, sir.

11:14:06 19 Q.   Because that would have told you everything you needed to

11:14:10 20 know?

11:14:10 21 A.   Yes, sir.

11:14:11 22 Q.   You would not have taken the medication?

11:14:12 23 A.   No, sir.

11:14:13 24 Q.   You would have heeded that instruction or that warning; is

11:14:13 25 that right?

*OFFICIAL TRANSCRIPT*

11:14:18  1    A.   Yes, sir.

11:14:18  2    Q.   Ms. Mingo, for the record, for purposes of the record,

11:14:28  3    every time -- or the entire time that you took Xarelto, you

11:14:32  4    were on an aspirin -- or you were taking aspirin daily; is that

11:14:32  5    right?

11:14:37  6    A.   Yes, sir.  I think that was proven yesterday.  I've been

11:14:41  7    taking aspirin ever since 2007.

11:14:44  8    Q.   Both high-dose aspirin or low-dose aspirin?

11:14:48  9    A.   It started with high dose, 325-milligram.  Now I'm on

11:14:51 10    81-milligram.

11:14:53 11         MR. JOHNSON:  Thank you, Ms. Mingo.

11:14:54 12         THE WITNESS:  Thank you.

11:14:57 13         MR. JOHNSON:  That's all we have.

11:14:57 14         THE COURT:  Any redirect?

11:15:02 15         MR. MORRISON:  Very briefly, Your Honor.

11:15:05 16                    REDIRECT EXAMINATION

11:15:06 17    BY MR. MORRISON:

11:15:06 18    Q.   Ms. Mingo, do you recall Mr. Johnson asking you about this

11:15:16 19    record back from 2014, and he specifically asked you about

11:15:24 20    whether or not you had been cautioned on the excessive use of

11:15:27 21    NSAIDs?  Do you remember that?

11:15:28 22    A.   Yes, sir, I remember that.

11:15:30 23    Q.   Any doctor ever tell you that you were taking an excessive

11:15:34 24    amount of NSAIDs?

11:15:36 25    A.   No.

*OFFICIAL TRANSCRIPT*

11:15:36  1    Q.    Do you recall a somewhat lengthy discussion with

11:15:47  2    Mr. Johnson about aspirin?

11:15:48  3    A.    Yes, sir.

11:15:49  4    Q.    I want to show you first a record from King's Daughters

11:15:58  5    Hospital, February 2, 2015.  This is after you've been placed

11:16:03  6    on Xarelto.  You see where it says:  Diagnosed DVT, on Xarelto?

11:16:07  7    A.    Yes, sir.

11:16:08  8    Q.    Do you recall going to King's Daughters?

11:16:14  9    A.    Yes, sir.

11:16:14 10    Q.    Let me show you -- you see here, they diagnosed you with

11:16:20 11    anemia in that weakly positive stool test?  You remember that?

11:16:26 12    A.    Yes, sir.

11:16:27 13    Q.    Then down here at the bottom, the doctors gave you some

11:16:31 14    instructions.  You see that?

11:16:31 15    A.    Yes, sir.

11:16:32 16    Q.    Did they instruct you to continue taking your aspirin,

11:16:38 17    325?

11:16:38 18    A.    Yes.

11:16:39 19    Q.    Did you do that?

11:16:40 20    A.    Yes, I did.

11:16:40 21    Q.    Now, that's February 2nd.  You then went to see

11:16:48 22    Dr. Gholson on February 3rd.  You see this record from

11:16:52 23    Dr. Gholson's office?

11:16:53 24    A.    Yes, sir.

11:16:53 25    Q.    On that date, they referenced the fact that you had been

*OFFICIAL TRANSCRIPT*

11:17:01  1    to King's Daughters the night before; you see that?

11:17:03  2    A.    Yes, sir.

11:17:03  3    Q.    They said you were started on Xarelto, and you were on

11:17:07  4    aspirin.  Do you remember that?

11:17:08  5    A.    Yes, I do.

11:17:10  6    Q.    Then Dr. Gholson, at that visit, told you to decrease your

11:17:17  7    aspirin back to baby aspirin?

11:17:18  8    A.    Yes, sir.

11:17:19  9    Q.    Did you do that?

11:17:20  10   A.    Yes, I did.

11:17:20  11   Q.    That was on February 3rd.

11:17:27  12            Then when you go see Dr. Keith on February 10th -- do

11:17:33  13   you remember why you had gone to see Ms. Thornton at

11:17:37  14   Dr. Keith's office?

11:17:38  15   A.    Yes, sir.

11:17:38  16   Q.    At that point in time, they note that you are, in fact,

11:17:43  17   taking 81 milligrams?

11:17:44  18   A.    Yes, sir.

11:17:45  19   Q.    Is that what you did?

11:17:46  20   A.    Yes, I did.

11:17:47  21   Q.    Is that because that's what Dr. Gholson told you to do?

11:17:48  22   A.    Dr. Gholson told me to do.

11:17:50  23   Q.    Do you remember Mr. Johnson asking you questions about the

11:18:04  24   fact that you apparently walked into the hospital there at

11:18:06  25   Southwest?

*OFFICIAL TRANSCRIPT*

11:18:07  1   A.    Yes, sir.

11:18:08  2   Q.    After you got to the emergency department at Southwest,

11:18:14  3   where did you spend that night?

11:18:16  4   A.    In the -- in the ICU.

11:18:19  5   Q.    Intensive care unit?

11:18:21  6   A.    The intensive care.  They kept me in the emergency room,

11:18:26  7   like I said, from 9:25 that morning until 2:15, until they

11:18:32  8   cleaned a room in ICU for me.

11:18:36  9   Q.    Let me show you a record that Mr. Johnson was referring

11:18:42 10   to.  It talks about the fact that you were being requested to

11:18:48 11   be placed in the ICU.  That's what happened?

11:18:51 12   A.    I requested it.  Why would I request to go into ICU?

11:18:59 13   Q.    Let me ask you this question, why did you quit taking

11:19:02 14   Xarelto?

11:19:04 15   A.    Because I was bleeding.

11:19:07 16        MR. MORRISON:  I don't have any further questions,

11:19:09 17   Your Honor.

11:19:09 18        THE COURT:  Thank you.

11:19:10 19             You're excused.  Thank you, ma'am.

11:19:12 20             Call your next witness, please.

11:19:13 21        MR. MORRISON:  Your Honor, at this time we'd call

11:19:39 22   Ms. Jileta Mingo.

11:20:10 23        THE DEPUTY CLERK:  Raise your right hand, please.  Do

         24   you solemnly swear that the testimony you are about to give

         25   will be the truth, the whole truth and nothing but the truth,

*OFFICIAL TRANSCRIPT*

1    so help you God?

2            THE WITNESS:  I do.

3                          **JILETA MINGO**

4     was called as a witness and, after being first duly sworn by

5     the Clerk, was examined and testified on her oath as follows:

6            THE DEPUTY CLERK:  Please have a seat, ma'am.  State

7    and spell your name for the record.

11:20:23  8            THE WITNESS:  Jileta, J-I-L-E-T-A, Mingo, M-I-N-G-O.

11:20:31  9                         DIRECT EXAMINATION

11:20:35  10  BY MR. MORRISON:

11:20:35  11  Q.    Good morning, Ms. Mingo.

11:20:35  12  A.    Good morning.

11:20:37  13  Q.    Tell us where you live.

11:20:38  14  A.    I live in Summit, Mississippi.

11:20:41  15  Q.    Dora Mingo is your momma?

11:20:43  16  A.    Yes, sir.

11:20:43  17  Q.    All right.  You live somewhat close to her?

11:20:46  18  A.    Yes, sir.

11:20:46  19  Q.    How far?

11:20:48  20  A.    Right next door.

11:20:49  21  Q.    Do you see her daily?

11:20:51  22  A.    Yes, sir.

11:20:51  23  Q.    Tell us a little bit about your background.  Where did you

11:20:56  24  go to school?

11:20:57  25  A.    I went to school at McComb High School.  I graduated

                          *OFFICIAL TRANSCRIPT*

11:21:00 1   June 11, 1989.  Then I attended Southwest Mississippi Community

11:21:06 2   College.  I studied nursing.

11:21:08 3           I've also went to Copiah-Lincoln, where I received my

11:21:13 4   EMT basic license there.  I also went to Keiser University in

11:21:20 5   Fort Lauderdale, Florida, where I received my registered

11:21:24 6   medical assistant license.

11:21:25 7   Q.   What do you do now for a living?  Where do you work?

11:21:28 8   A.   Right now, I am on my disability because I have severe

11:21:32 9   asthma, and I'm not able to work.  I've worked for -- since I

11:21:38 10  was 15, up until I was 30.  I then developed asthma, and I

11:21:42 11  became very sick.

11:21:43 12  Q.   Tell me, how many children do you have?

11:21:45 13  A.   I have three children.

11:21:46 14  Q.   What are their names?

11:21:47 15  A.   JoVante is my oldest son.  He's attending Southwest

11:21:53 16  Mississippi Community College.  This is his first year.  He's

11:21:57 17  taking up construction engineering.

11:22:00 18          My next child is JaTyln.  He's in the 11th grade at

11:22:04 19  McComb High School.

11:22:06 20          My baby is my daughter, JaTavalon.  She's in the 7th

11:22:12 21  grade at Denman Junior High.

11:22:15 22  Q.   Does your mom get to spend a lot of time with your

11:22:18 23  children?

11:22:18 24  A.   Yes, sir, she does.

11:22:19 25  Q.   Describe their relationship for us.

*OFFICIAL TRANSCRIPT*

11:22:22  1   A.    They have an awesome relationship.  She spoils them, of

11:22:27  2   course.  My daughter, they played soccer.  She used to come to

11:22:32  3   the games.  She's a cheerleader.  She gets to watch her cheer.

11:22:34  4         My oldest, JoVante, was Jr. ROTC.  She attended that

11:22:40  5   as well.

11:22:40  6         She likes to have a lot of fun with them.  She bakes

11:22:46  7   with them.  She teaches them -- gives a lot of knowledge.

11:22:50  8   Q.    Now, I wanted to ask you, in general terms, how would you

11:22:53  9   describe your mom's health prior to the time that she need a

11:23:00 10   hip replacement?

11:23:00 11   A.    Her hip was good.

11:23:01 12   Q.    Was she able to do what she needed to do?

11:23:05 13   A.    She was able to plant.  She loves flowers.  She loves to

11:23:05 14   cut her flowers.  She loves tomatoes and to make a garden of

11:23:05 15   cucumbers.

11:23:12 16         She was also subbing at North Pike Elementary School.

11:23:16 17   Q.    Tell the members of the jury about her hip, about when she

11:23:19 18   started having problems and what she did about it.

11:23:22 19   A.    She was started having hip problems in 2013.  We tried

11:23:26 20   several options before we decided to go along with the hip

11:23:30 21   replacement.  At that time, it was hurting her.  She was in a

11:23:34 22   lot of pain.  It was stopping her from doing a lot of things

11:23:37 23   that she wanted to do.

11:23:38 24   Q.    Did she ultimately have the hip replacement?

11:23:40 25   A.    Yes, sir, she did.

                         *OFFICIAL TRANSCRIPT*

11:23:42  1  Q.   Where was that?

11:23:43  2  A.   That was at St. Dominic's hospital in Jackson on

11:23:50  3  January 6th, 2015.

11:23:53  4  Q.   Do you know when she got out of the hospital?

11:23:55  5  A.   I picked her up January 9th.

11:23:56  6  Q.   What did you do from that point forward?

11:23:58  7  A.   I moved in with her and took care of her on a daily basis.

11:24:03  8  Q.   Were you administering a drug called *Lovenox*?

11:24:07  9  A.   Yes, sir.

11:24:07 10  Q.   Did you generally understands that was a blood thinner?

11:24:11 11  A.   Yes, sir.

11:24:11 12  Q.   Prior to her discharge -- or at the time of her discharge

11:24:16 13  from the hospital, did you have any indication at all that your

11:24:19 14  momma might have been bleeding?

11:24:20 15  A.   None at all.

11:24:21 16  Q.   How long did you administer the Lovenox?

11:24:24 17  A.   Seven days.

11:24:25 18  Q.   During that period of time, you were living with your mom?

11:24:29 19  A.   Yes, sir.

11:24:29 20  Q.   Did you have any indication at all while you were giving

11:24:31 21  her Lovenox that she was bleeding?

11:24:33 22  A.   Not at all.  No, sir.

11:24:34 23  Q.   Was home health also coming in during that period of time?

11:24:38 24  A.   Yes, Gentiva.

11:24:40 25  Q.   Did the home health people ever indicate to you that they

*OFFICIAL TRANSCRIPT*

11:24:43 1  thought your mom was bleeding?

11:24:45 2  A.   No, sir.

11:24:45 3  Q.   Now, I understand that your mom ultimately started having

11:24:55 4  some pain and some swelling in her legs?

11:24:57 5  A.   Yes, sir.

11:24:57 6  Q.   Tell the jury what you can recall about that.

11:24:59 7  A.   Her -- both of her feet were swelling, and they were

11:25:04 8  really big.  She had pain in her lower -- lower right leg.

11:25:09 9        So, at that time we decided we needed to -- I called

11:25:13 10 the doctor, and we decided to take her in to see what was going

11:25:17 11 on with her.

11:25:18 12 Q.   Where did you take her?

11:25:19 13 A.   At that time, we took her to a doctor called

11:25:22 14 *Jennifer Gholson*.

11:25:25 15 Q.   Then Dr. Gholson sent you on to the hospital?

11:25:27 16 A.   Yes, sir.

11:25:28 17 Q.   What hospital did you go to?

11:25:29 18 A.   Southwest Mississippi Regional Medical Center in McComb,

11:25:35 19 Mississippi.

11:25:35 20 Q.   Tell us what you recall about that.

11:25:38 21 A.   They did an ultrasound on her right lower leg and

11:25:43 22 discovered it was a DVT, and they rushed her straight to the

11:25:45 23 emergency room.

11:25:45 24 Q.   Did you understand that during that hospitalization

11:25:50 25 Dr. Jordon prescribed Xarelto for her?

*OFFICIAL TRANSCRIPT*

1577

11:25:51  1    A.    Yes, sir.

11:25:51  2    Q.    Did you know anything about Xarelto at the time?

11:25:53  3    A.    No, sir.

11:25:53  4    Q.    Did you generally come to understand that it was a blood

11:25:56  5    thinner?

11:25:56  6    A.    Yes, sir.

11:25:57  7    Q.    After she was prescribed Xarelto, did she remain in the

11:26:04  8    hospital for some period of time?

11:26:06  9    A.    Yes, sir.  She was there for a couple of days.

11:26:09 10    Q.    Tell us what happened after that.

11:26:10 11    A.    After that, we -- well, when they discharged her, I took

11:26:15 12    her back home.  I still stayed with -- me and my children, we

11:26:19 13    lived with her.

11:26:20 14          After that period, she still began to have a little

11:26:26 15    more pain -- a little more pain, and she was feeling cold.  She

11:26:34 16    then wanted blankets.  We put blankets on top of her, a lot of

11:26:38 17    heat.  We had to cut the heat up to 80.

11:26:42 18          One of my kids said -- JoVante -- she was going to

11:26:46 19    burn us up, but she never could get warm.  We would put jackets

11:26:50 20    on her because she never could get warm.

11:26:52 21    Q.    Was that -- by your observation, was that a change in her

11:26:55 22    condition?

11:26:55 23    A.    Yes.  Yes, sir.

11:26:57 24    Q.    Had she had those complaints before?

11:27:00 25    A.    No, sir.

**OFFICIAL TRANSCRIPT**

1578

11:27:01 1  Q.   So tell me what you did then in response to those

11:27:03 2  complaints.

11:27:03 3  A.   I proceeded to take her to Southwest hospital.  At that

11:27:10 4  time, there were a lot of people waiting.  I knew she wasn't

11:27:14 5  feeling good, and she didn't look good.

11:27:15 6         So then I went to STATCare in McComb, Mississippi.

11:27:19 7  They did not accept her insurance.  So I drove her to

11:27:23 8  Brookhaven, Mississippi, to King's Daughters hospital.  That's

11:27:27 9  where we saw -- we went through the emergency room there.

11:27:29 10  Q.   What happened there?

11:27:30 11  A.   They did lab work.  They told us to follow up with her --

11:27:36 12  with her family physician.

11:27:37 13  Q.   Were you -- did you come to understand what the lab work

11:27:42 14  showed from that hospitalization?

11:27:44 15  A.   They didn't say there was -- they didn't say anything was

11:27:47 16  wrong with it.  They just said follow up with her physician in

11:27:50 17  McComb.

11:27:51 18  Q.   Did you do that?

11:27:52 19  A.   Yes, we did.

11:27:54 20  Q.   Tell me about that.

11:27:55 21  A.   We made an appointment to see Dr. Gholson.  They told us

11:28:01 22  we could walk in.  We went to see her, and she did blood work.

11:28:06 23  We went back home.

11:28:07 24         The next morning, I want to say about 7:00,

11:28:09 25  7:30 a.m., my mom received -- I was outside -- my mom received

*OFFICIAL TRANSCRIPT*

11:28:12 1   a call from the nurse there saying that she needed to go

11:28:18 2   immediately to the hospital because her blood work was all out

11:28:21 3   of whack.  So I told them we'd get ready, and then I proceeded

11:28:27 4   to take her to the hospital, to Southwest.

11:28:28 5   Q.   Did you take her?

11:28:29 6   A.   Yes, sir.

11:28:30 7   Q.   Tell us what happened when you got there.

11:28:32 8   A.   We got to Southwest hospital.  Dr. Gholson's office had

11:28:39 9   already faxed over all the information to the hospital.  They

11:28:40 10  took her in the ER and say that she was losing blood.

11:28:45 11  Q.   What did they do for her?

11:28:47 12  A.   They ordered six units of blood for her.

11:28:50 13  Q.   What else --

11:28:50 14  A.   They kept her in the ER for a little while to see where

11:28:54 15  the blood was coming from.

11:28:55 16  Q.   Now, prior to that point in time, had your mom ever been

11:29:01 17  hospitalized for loss of blood?

11:29:02 18  A.   No, sir.

11:29:02 19  Q.   Had she ever received blood transfusions?

11:29:06 20  A.   No, sir.

11:29:06 21  Q.   Did you ultimately see a Dr. Keith that day?

11:29:11 22  A.   Yes, sir.

11:29:11 23  Q.   Tell the members of the jury about that.

11:29:13 24  A.   I met Dr. Keith in the intensive unit care, after they had

11:29:20 25  done the procedure for the bleeding ulcer.

*OFFICIAL TRANSCRIPT*

11:29:22 1   Q.   Prior to that day, had your mom ever been diagnosed with a
11:29:27 2   bleeding ulcer?
11:29:28 3   A.   No, sir.
11:29:28 4   Q.   What happened after that procedure?
11:29:33 5   A.   She stayed in ICU for two days.  She was released on the
11:29:40 6   15th of February.
11:29:41 7   Q.   Tell us what you did after that.
11:29:43 8   A.   After that, we -- I took her back to her house, and I
11:29:49 9   stayed with her.
11:29:49 10  Q.   Did your mom ultimately get better from that procedure?
11:29:54 11  A.   Yes.  Yes.
11:29:56 12  Q.   Tell us about that process.
11:29:57 13  A.   She was doing great, a whole lot better.  Her strength was
11:30:04 14  coming back.  Her color, her -- she wasn't weak anymore.  She
11:30:08 15  wasn't cold.  She was getting back to her old self again.
11:30:13 16  Q.   Since that day, do you know whether or not she had been on
11:30:17 17  Xarelto?
11:30:17 18  A.   She has not been on Xarelto since that day.
11:30:27 19       MR. MORRISON:  Your Honor, that's all the questions I
11:30:28 20  have.
11:30:28 21       THE COURT:  Any cross?
11:30:31 22       MS. PRUITT:  Yes, Your Honor.
11:30:31 23                       CROSS-EXAMINATION
11:30:33 24  BY MS. PRUITT:
11:30:33 25  Q.   Hello, Ms. Mingo.  How are you?

**OFFICIAL TRANSCRIPT**

11:30:33 1    A.    Hello.

11:30:40 2    Q.    You have some training in the healthcare field, don't you,

11:30:42 3    ma'am?

11:30:42 4    A.    Yes, ma'am.

11:30:43 5    Q.    So after your mom had the hip surgery, you moved in with

11:30:47 6    her to help her rehab and all of those kind of things, right?

11:30:50 7    A.    Yes, ma'am.

11:30:50 8    Q.    You lived with her for several months after her hip

11:30:53 9    surgery, right?

11:30:53 10   A.    Yes, ma'am.

11:30:54 11   Q.    So you remember after her hip surgery that she was

11:30:57 12   prescribed those Lovenox injections, correct?

11:31:00 13   A.    That's correct.

11:31:01 14   Q.    You were the one that had to give her those injections,

11:31:03 15   right?

11:31:03 16   A.    Yes, ma'am.

11:31:04 17   Q.    You understood when you were giving her those injections

11:31:09 18   that Lovenox is a blood thinner, correct?

11:31:10 19   A.    Yes, ma'am.

11:31:11 20   Q.    She had to have a shot in her stomach once a day for seven

11:31:15 21   days; is that right?

11:31:16 22   A.    Yes, ma'am.

11:31:16 23   Q.    Did you and your mother both understand that the Lovenox

11:31:23 24   was to reduce your mother's risk of blood clots after the

11:31:26 25   surgery?

*OFFICIAL TRANSCRIPT*

11:31:26 1   A.   Yes, ma'am.  We did.

11:31:27 2   Q.   Now, you had already learned about blood clots, Ms. Mingo,

11:31:34 3   in your nursing classes, hadn't you?

11:31:36 4   A.   Yes, ma'am.

11:31:37 5   Q.   You understood from your nursing classes that blood clots

11:31:41 6   can occur in someone's leg after they have a total hip

11:31:46 7   replacement surgery, right?

11:31:47 8   A.   Yes, ma'am.

11:31:48 9   Q.   You learned about the risks associated with blood clots

11:31:51 10   during your nurse training, right?

11:31:53 11   A.   Yes, ma'am.

11:31:53 12   Q.   You learned that blood clots can cause tissue damage to

11:31:58 13   your leg, such as swelling or bruising or tissue damage, right?

11:32:03 14   A.   Yes, ma'am.

11:32:03 15   Q.   You also learned that blood clots can travel and lodge in

11:32:09 16   your lungs, right?

11:32:09 17   A.   Yes, ma'am.

11:32:10 18   Q.   Or, depending on where they are, they can lodge in your

11:32:13 19   heart or go to your brain, right?

11:32:15 20   A.   Yes, ma'am.

11:32:15 21   Q.   If they go to your lungs, they can cause what's called a

11:32:20 22   *pulmonary embolism*, right?

11:32:21 23   A.   Yes, ma'am.

11:32:21 24   Q.   You understood that that can be a fatal condition?

11:32:24 25   A.   Yes, ma'am.  That's right.

***OFFICIAL TRANSCRIPT***

11:32:26  1   Q.    So when your mother was diagnosed with a deep vein clot,

11:32:39  2   you were certainly worried because you understood that that was

11:32:42  3   a serious condition, correct?

11:32:44  4   A.    Yes, ma'am.

11:32:44  5   Q.    You understood that if it didn't get treated, that it

11:32:50  6   could do damage to your mom's leg, right?

11:32:52  7   A.    Yes, ma'am.

11:32:52  8   Q.    You understood, as a trained nurse, that it could possibly

11:33:00  9   even break off and travel and potentially really harm your mom?

11:33:06 10   A.    Yes, ma'am.

11:33:06 11   Q.    You were there at the hospital when your mom was

11:33:10 12   prescribed her Xarelto, right?

11:33:12 13   A.    Yes, ma'am.

11:33:12 14   Q.    You know -- you were there when Dr. Jordon spoke with your

11:33:18 15   mother about taking Xarelto, weren't you?

11:33:20 16   A.    Yes, ma'am.

11:33:20 17   Q.    You were present when Dr. Jordon discussed with you and

11:33:26 18   your mother how dangerous a blood clot can be, weren't you?

11:33:30 19   A.    Yes, ma'am.

11:33:30 20   Q.    You told us that you recall Dr. Jordon discussing with

11:33:35 21   your mother that an untreated blood clot can travel and

11:33:40 22   possibly result in death; is that right?

11:33:42 23   A.    Yes, ma'am.

11:33:42 24   Q.    You also remember Dr. Jordon telling your mother that

11:33:48 25   Xarelto would reduce the risk that her blood clot would break

*OFFICIAL TRANSCRIPT*

11:33:52 1    loose and travel to her lungs or her heart, correct?

11:33:56 2    A.   Yes, ma'am.

11:33:56 3    Q.   Dr. Jordon also discussed with your mother that the use of

11:34:02 4    Xarelto increases a person's risk of bleeding, didn't he?

11:34:07 5    A.   I don't recall that.

11:34:08 6    Q.   But you understood that there was an increased risk of

11:34:14 7    bleeding, correct?

11:34:15 8    A.   No, ma'am.

11:34:15 9    Q.   You did not understand that when someone takes a blood

11:34:19 10   thinner, that it increases their risk of bleeding?

11:34:22 11   A.   No, ma'am.

11:34:22 12   Q.   So, you understood that about Lovenox, but you didn't

11:34:29 13   understand it about Xarelto?

11:34:31 14   A.   I didn't understand Lovenox would cause anyone to bleed.

11:34:35 15   I thought Lovenox was supposed to stop the bleeding.

11:34:37 16   Q.   Now, when we took your deposition, we asked you, talking

11:34:43 17   about Dr. Jordon:  "So did he also mention that you have

11:34:46 18   increased risk of bleeding when you're taking a blood thinner?"

11:34:49 19        Do you recall us asking that question?

11:34:52 20   A.   Can you repeat the question, please?

11:34:53 21   Q.   Yes, ma'am.  You were asked:  "So did he also mention that

11:34:58 22   you have an increased risk of bleeding when you're taking a

11:35:01 23   blood thinner?"

11:35:01 24   A.   I remember the question, yes, ma'am.

11:35:03 25   Q.   Do you recall you said yes?

***OFFICIAL TRANSCRIPT***

11:35:08  1    A.    I don't recall, but if I did, yes, ma'am, I said it.

11:35:10  2    Q.    I said:  "Your mom was in the room when he was talking

11:35:15  3    about the risk of bleeding?"  Do you recall me asking you that?

11:35:19  4    A.    Yes, ma'am.

11:35:19  5    Q.    You said yes, right?

11:35:20  6    A.    Yes, ma'am.

11:35:21  7    Q.    In addition to the verbal conversation with your mother,

11:35:28  8    Dr. Jordon also gave your mom some printed materials about

11:35:32  9    Xarelto at that point, correct?

11:35:36  10   A.    I can't remember if he gave us a piece of paper or a

11:35:39  11   pamphlet.  I'm not sure which one.  I know he did give her

11:35:42  12   something.

11:35:42  13   Q.    You understood the material that she was handed by

11:35:45  14   Dr. Jordon had something to do with this Xarelto that he was

11:35:50  15   prescribing for her, correct?

11:35:56  16   A.    Yes, ma'am.

11:35:56  17   Q.    After you received the written material from Dr. Jordon,

11:35:59  18   you and your mother discussed the information contained in the

11:36:02  19   printed materials he provided, right?

11:36:04  20   A.    Yes, ma'am.

11:36:25  21         MS. PRUITT:  That's all the questions I have.

11:36:27  22              Thank you, Your Honor.

11:36:28  23         THE COURT:  Redirect?

11:36:29  24         MR. MORRISON:  No, Your Honor.

11:36:30  25         THE COURT:  You're excused.

                                    *OFFICIAL TRANSCRIPT*

11:36:33  1                    Are there any further witnesses?

11:36:34  2            MR. BIRCHFIELD:  The next witness will be by video

11:36:37  3     deposition, Your Honor.  It will be Dr. Ted Spiro, Theodore

11:36:44  4     Spiro.  It will about an hour and a half.  We'll each have an

11:36:49  5     hour and a half.

11:36:50  6            THE COURT:  Is that the testimony you gave me to look

11:36:54  7     at?

11:36:55  8            MR. BIRCHFIELD:  No, Your Honor.

11:36:56  9            THE COURT:  All right.  We'll stop here then, come back

11:37:05 10     at -- let's do it at 1:30 today.

11:37:07 11            Court will stand in recess.

11:37:15 12            (WHEREUPON, at 11:37 a.m., the jury panel leaves the

         13     courtroom, and the Court was in luncheon recess.)

         14                         *    *    *

         15

         16                     REPORTER'S CERTIFICATE

         17

         18            I, Cathy Pepper, Certified Realtime Reporter, Registered
                Merit Reporter, Certified Court Reporter in and for the State
         19     of Louisiana, Official Court Reporter for the United States
                District Court, Eastern District of Louisiana, do hereby
         20     certify that the foregoing is a true and correct transcript to
                the best of my ability and understanding from the record of the
         21     proceedings in the above-entitled and numbered matter.

         22                         s/Cathy Pepper
                                    Cathy Pepper, CRR, RMR, CCR
         23                         Certified Realtime Reporter
                                    Registered Merit Reporter
         24                         Official Court Reporter
                                    United States District Court
         25                         Cathy_Pepper@laed.uscourts.gov


                              *OFFICIAL TRANSCRIPT*