UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  XARELTO (RIVAROXABAN)  *
PRODUCTS LIABILITY LITIGATION  *      Docket No. 14-MD-2592
                               *
                               *      Section L
THIS DOCUMENT RELATES TO:      *
                               *      Jackson, Mississippi
*Dora Mingo, et al.*           *
*v. Janssen Research &*        *      August 16, 2017
*Development, LLC, et. al.,*   *
Case No. 15-CV-3469            *
                               *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *

VOLUME VIII – AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE


<u>Appearances</u>:


For the Plaintiffs:          Beasley Allen Crow Methvin
                                Portis & Miles, PC
                             BY:  ANDY BIRCHFIELD, ESQ.
                             Post Office Box 4160
                             Montgomery, Alabama 36103



For the Plaintiffs:          Gainsburgh Benjamin David
                                Meunier & Warshauer, LLC
                             BY:  GERALD E. MEUNIER, ESQ.
                             1100 Poydras Street, Suite 2800
                             New Orleans, Louisiana 70163



For the Plaintiffs:          Gainsburgh Benjamin David
                                Meunier & Warshauer, LLC
                             BY:  WALTER C. MORRISON IV, ESQ.
                             240 Trace Colony Park Drive
                             Suite 100
                             Ridgeland, Mississippi 39157

<u>Appearances</u>:

For the Plaintiffs:                 Goza & Honnold, LLC
                                    BY:   BRADLEY D. HONNOLD, ESQ.
                                    11181 Overbrook Road, Suite 200
                                    Leawood, Kansas 66211


For the Plaintiffs:                 The Lambert Firm, PLC
                                    BY:   EMILY C. JEFFCOTT, ESQ.
                                    701 Magazine Street
                                    New Orleans, Louisiana 70130


For the Plaintiffs:                 Levin Sedran & Berman
                                    BY:   FRED S. LONGER, ESQ.
                                    510 Walnut Street, Suite 500
                                    Philadelphia, Pennsylvania 19106


For Bayer Healthcare                Mitchell Williams Selig Gates
Pharmaceuticals, Inc.                 & Woodyard, PLLC
and Bayer Pharma AG:                BY:   LYN P. PRUITT, ESQ.
                                    425 W. Capitol Avenue
                                    Suite 1800
                                    Little Rock, Arkansas 72201


For Bayer Healthcare                Watkins & Eager, PLLC
Pharmaceuticals, Inc.               BY:   WALTER T. JOHNSON, ESQ.
and Bayer Pharma AG:                400 East Capitol Street
                                    Jackson, Mississippi 39201


For Bayer Healthcare                Bradley Arant Boult Cummings
Pharmaceuticals, Inc.               BY:   LINDSEY C. BONEY IV, ESQ.
and Bayer Pharma AG:                1819 5th Avenue N
                                    Birmingham, Alabama 35203


For Janssen Pharmaceuticals,        Barrasso Usdin Kupperman Freeman
Inc. and Janssen Research             & Sarver, LLC
& Development, LLC:                 BY:   RICHARD E. SARVER, ESQ.
                                    909 Poydras Street, Suite 2400
                                    New Orleans, Louisiana 70112

Official Court Reporter:          Toni Doyle Tusa, CCR, FCRR
                                  500 Poydras Street, Room B-275
                                  New Orleans, Louisiana 70130
                                  (504) 589-7778



Proceedings recorded by mechanical stenography, transcript
produced by computer.

## <u>INDEX</u>

|  | <u>Page</u> |
|---|---|
| Demondes Haynes | |
| Voir Dire By Ms. Pruitt | 1835 |
| Direct Examination By Ms. Pruitt | 1853 |
| Cross-Examination By Mr. Honnold | 1917 |
| Redirect Examination By Ms. Pruitt | 1959 |

|  |  |
|---|---|
| 1 | **AFTERNOON SESSION** |
| 2 | **(August 16, 2017)** |
| 3 | (The following proceedings were held outside the |
| 4 | presence of the jury.) |
| 5 | **MR. LAPLANTE:**  The defendants now move into evidence |
| 6 | what's been marked as Lensing Deposition Exhibit 83, DX 340, |
| 7 | which will then become DTX 340. |
| 8 | Defendants next move into evidence Lensing |
| 9 | Deposition Exhibit 84, marked as DX 341, which will become |
| 10 | DTX 341. |
| 11 | Defendants now move into evidence Lensing |
| 12 | Deposition Exhibit 85, previously marked as DX 342, which is |
| 13 | now DTX 342. |
| 14 | Then defendants move into evidence Lensing |
| 15 | Deposition Exhibit 86 -- |
| 16 | Actually, Chanda, do you have the DX for that |
| 17 | one? |
| 18 | **MS. MILLER:**  I do not. |
| 19 | **MR. LAPLANTE:**  Lensing deposition Exhibit 86, which |
| 20 | was previously marked as PX 5590540, will now be DTX 100. |
| 21 | Then we will move to Dr. Misselwitz's depo |
| 22 | exhibits. |
| 23 | Defendants now move into evidence Misselwitz |
| 24 | Deposition Exhibit 32, previously marked as PX 253870, which |
| 25 | will now be DTX 101. |

1   Now for the deposition exhibits from the

2   designations of Dr. Keith.

3   **MR. GEISLER:**  Can I just say really fast about those?

4   **MR. LAPLANTE:**  Yes.

5   **MR. GEISLER:**  On the record, for Keith Deposition

6   Exhibits 7, 8, 9, 11, 12, and 13, plaintiffs just want to

7   reserve the right to redact those subject to a meet-and-confer.

8   **MR. LAPLANTE:**  Agreed.

9   Okay.  Defendants now move into evidence Keith

10  Deposition Exhibit 7, previously marked PX 5813046, which will

11  now be DTX 102.

12  Defendants then move into evidence Keith

13  Deposition Exhibit 8, previously marked PX 5813047, as DTX 103.

14  Defendants then move into evidence Keith

15  Deposition Exhibit 9, previously marked PX 5813048, as DTX 104.

16  Defendants next move into evidence Keith

17  Deposition Exhibit 11, previously marked PX 5813050, as

18  DTX 105.

19  Defendants next move into evidence Keith

20  Deposition Exhibit 12, previously marked PX 5813051, as

21  DTX 106.

22  Finally, defendants move into evidence Keith

23  Deposition Exhibit 13, previously marked 5813052, as DTX 107.

24  That's it for the defendants.

25  **MR. GEISLER:**  Plaintiffs move the following

12:56

1  deposition exhibits from the Spiro deposition, which were

2  played before the jury, into evidence as follows:

3         Spiro Deposition 6, which was marked as 932284,

4  plaintiffs move into evidence as Plaintiff's Exhibit 104.

5         Plaintiffs move Spiro Deposition Exhibit 7,

6  which has been marked 449266, into evidence as Plaintiff's

7  Exhibit 105.

8         Plaintiffs move Spiro Deposition Exhibit 9,

9  which is marked 1160715, into evidence as Plaintiff's

10  Exhibit 106.

11         Plaintiffs move Spiro Deposition Exhibit 12,

12  which is 417291, into evidence as Plaintiff's Exhibit 107.

13         Plaintiffs move Spiro Deposition Exhibit 18,

14  which is 1690921, into evidence as Plaintiff's Exhibit 108.

15         Plaintiffs move Spiro Deposition Exhibit 19,

16  which is 1699945, into evidence as Plaintiff's Exhibit 109.

17         **MR. LAPLANTE:**  Can we wait just one second?

18         **MR. GEISLER:**  Plaintiffs move Spiro Deposition

19  Exhibit 21 into evidence.

20         **MS. MILLER:**  That's not on our list.

21         **MR. GEISLER:**  Sorry.  21.

22         **MS. MILLER:**  Correct.

23         **MR. GEISLER:**  We will have to relook at that.  The

24  parties will confer off record on Exhibit 21.

25         Plaintiffs move Spiro Deposition 22 into

12:58   1   evidence -- sorry.  Strike that.

2              Plaintiffs move Spiro Deposition Exhibit 22,

3   which is marked 1145884, into evidence as Plaintiff's

4   Exhibit 11.

5              Plaintiffs move Spiro Deposition Exhibit --

6         **THE DEPUTY CLERK:**  111.

7         **MR. GEISLER:**  111.  Sorry about that.

8              Plaintiffs move Spiro Deposition Exhibit 23,

9   which is 1145885, into evidence as Plaintiff's Exhibit 112.

10        **MR. LAPLANTE:**  Did you say 23?

11        **MR. GEISLER:**  23.

12        **MR. LAPLANTE:**  Can we put that on the list of things

13   we need to confer about?

14        **MR. GEISLER:**  Yes.  The parties will confer on that

15   off record.

16              Plaintiffs next move Spiro Deposition Exhibit 24

17   into -- I'm sorry.

18        **MR. LAPLANTE:**  That one as well.  I pick up again at

19   30.  Maybe we should confer about everything before 30.

20        **MR. GEISLER:**  Just to be clear, the parties will

21   confer over Spiro Deposition Exhibit 21, 23, and 24.

22        **MR. LAPLANTE:**  Yes.

23        **MR. GEISLER:**  Plaintiffs move Spiro Deposition

24   Exhibit 30, which is 1160578, into evidence as Plaintiff's

25   Exhibit 114.

12:59

1    Plaintiffs move Spiro Deposition Exhibit 35,
2    which is 411373, into evidence as Plaintiff's Exhibit 115.
3    Plaintiffs move Spiro Deposition Exhibit 36,
4    which is 1158771, into evidence as Plaintiff's Exhibit 116.
5    Plaintiffs move Spiro Deposition Exhibit 52,
6    which is 5813233, into evidence as Plaintiff's Exhibit 117.
7    **MR. LAPLANTE:**  We would like to confer about that
8    too.
9    **MR. GEISLER:**  The parties will confer on Spiro
10   Deposition Exhibit 52.
11   **MR. LAPLANTE:**  The last one I have is 53.
12   **MR. GEISLER:**  Plaintiffs move Spiro Deposition
13   Exhibit 53, which is 1097767, into evidence as Plaintiff's
14   Exhibit 118.
15   (Off the record.)
16   **THE COURT:**  Be seated, please.
17   The jury is out of the courtroom.  Counsel
18   wanted to make a motion or bring something up.
19   **MR. BONEY:**  Yes, sir, Your Honor.  Lindsey Boney for
20   the defendants.  As we discussed yesterday at last minute, at
21   the close of plaintiff's case, that's been reopened for the
22   purposes of Mr. Nauman Shah's testimony.
23   Now that plaintiffs have rested their case
24   fully, the defendants have a Rule 50 motion.  We are filing
25   formal papers on the docket today, a motion and two supporting

01:15

1    briefs.  We would ask Your Honor to deem those filed now as
2    timely.
3              THE COURT:  I understand it's been filed timely, and
4    I will give you an opportunity to orally argue or to write
5    something on it.
6              MR. BONEY:  Very good, Your Honor.  Thank you.
7              MR. BIRCHFIELD:  Thank you, Your Honor.  I don't know
8    if you wanted to do this in front of the jury or not, but I was
9    going to officially rest -- we rested conditionally yesterday.
10   I do need to move into evidence Plaintiff's Exhibit 4, 6, and
11   7, with the appropriate redactions.  Those are exhibits that
12   were covered with Susan Geiger.
13              I also need to move into evidence Plaintiff's
14   Exhibit 135, the last exhibit that was covered with Mr. Shah.
15             THE COURT:  I'll admit those exhibits and give you an
16   opportunity to --
17             MR. LONGER:  Your Honor, very briefly.  Fred Longer.
18   I have very good arguments, but I will put them on paper.  We
19   ask that the motions be dismissed.
20             THE COURT:  Okay.
21             MR. BIRCHFIELD:  We do have some depo exhibits to be
22   introduced.
23             THE COURT:  Both sides, when we finish with the case,
24   get with Dean and make sure the materials are in the form and
25   fashion you want them to be in.  We will do that at that time.

01:17

1    Okay.  Let's bring in the jury.

2    Andy, you probably ought to rest in front of

3    them.

4    (Jury entered.)

5    **THE COURT:**  Be seated, please.

6    Counsel.

7    **MR. BIRCHFIELD:**  Your Honor, yesterday afternoon the

8    plaintiff conditionally rested upon calling Nauman Shah out of

9    turn.  At this point, subject to clearing up the issues with

10   the exhibits, the plaintiff, Dora Mingo, rests.

11   **THE COURT:**  Following that, I understand the motions

12   are made appropriately and timely.

13   We will start the defendants' case.  One witness

14   was taken by the defendant out of turn.  This is now officially

15   their case.

16   **MS. PRUITT:**  Your Honor, the defense would call

17   Dr. Demondes Haynes, please.

18   **THE COURT:**  Come forward, sir, and have a seat.

19   Swear him in, Dean.

20   **DEMONDES HAYNES,**

21   having been duly sworn, testified as follows:

22   **THE DEPUTY CLERK:**  State your full name and correct

23   spelling for the record, please.

24   **THE WITNESS:**  Dr. Demondes Haynes, D-E-M-O-N-D-E-S.

25   Last name Haynes, H-A-Y-N-E-S.

1835

01:19

1     **THE COURT:**  You may proceed, Counsel.

2                        **VOIR DIRE**

3  **BY MS. PRUITT:**

4  **Q.**   Dr. Haynes, can you tell the jury where you live.

5  **A.**   Yes.  I live in Jackson, Mississippi.

6  **Q.**   What do you do here in Jackson?

7  **A.**   I'm a pulmonary and critical care physician at the

8  University of Mississippi Medical Center.

9  **Q.**   Around here in Jackson, do people call the University of

10  Mississippi Medical Center UMMC or UMC?

11  **A.**   That's correct, people say UMC or UMMC.

12  **Q.**   How long have you lived here in Jackson?

13  **A.**   I have lived here now, I believe, about 22 years.

14  **Q.**   Did you grow up here?

15  **A.**   I did not.  I grew up in Louisville, Mississippi.

16  **Q.**   Where is Louisville?

17  **A.**   Louisville is about an hour and 15 minutes from here on

18  Highway 25, so about 30 minutes before you get to Starkville,

19  Mississippi.

20  **Q.**   So for those that may not be from Jackson proper or don't

21  live here in Hinds County, can you tell the jury a little bit

22  about UMMC.

23  **A.**   Yes, ma'am.  So UMC is the academic hospital or the place

24  where we have medical students and residents, a lot of

25  trainees.  So it's -- a lot of people call it a teaching

1836

**DEMONDES HAYNES – VOIR DIRE**

01:20

1    hospital.  We take care of patients, but we are also training

2    future doctors and nurses and therapists and a lot of people in

3    the medical field.  As part of the teaching hospital, we have

4    trainees that are working with us routinely.

5    **Q.**   Is UMMC a Level 1 trauma center?

6    **A.**   It is.  I think it's the only Level 1 trauma center in the

7    state, meaning all the bad car accidents or gunshot wounds and

8    knife wounds and those kinds of things are the things that are

9    taken care of at a Level 1 trauma center.

10   **Q.**   Is UMMC the largest hospital in the state of Mississippi?

11   **A.**   I don't know that for sure, but I think we are.  There's a

12   large one in Tupelo, which is a large rural hospital, but I

13   think we are the largest overall.

14   **Q.**   How long have you been a physician at UMMC?

15   **A.**   I started faculty there in 2007.  I did my training there

16   and left for one year, and then I went back.  So I have been on

17   the faculty now for about 10 years.

18   **Q.**   Do you currently have privileges to practice medicine at

19   any other hospitals?

20   **A.**   I do.  I also have privileges at the VA Medical Center,

21   which is across the street from the University.  So I rotate

22   over there and also help in the care for some of our veterans.

23          **MS. PRUITT:**  Can we pull up Slide 1, Joshu.

24   **BY MS. PRUITT:**

25   **Q.**   I want to have you tell the jury a little bit about your

DEMONDES HAYNES - VOIR DIRE

01:22

1  education and training.  Can you go through those points, and
2  tell them where you went to school and got your degrees,
3  please, sir.
4  A.    Yes, ma'am.  So I went to the University of Mississippi
5  Medical Center for college, or undergraduate.  That's
6  University of Mississippi, which people also know as Ole Miss.
7  I got a degree in biology there.
8           Then I started medical school at UMC in '95.  So I
9  graduated, I went to medical school at UMC from 1995 to 1999.
10  Then I did what's called an internal medicine residency
11  training, where you train in internal medicine for three years
12  under some other physicians or under attending physicians.
13          After that I did a year as chief resident, which is
14  an additional year.
15          Then I did specialty training.  So if you want to be
16  a specialist in internal medicine, like a heart doctor or a
17  lung doctor, which I do, or a kidney specialist or something of
18  that nature, you do what's called a fellowship.  That's at
19  least an additional three years of training.
20          So after those years of training, I left for one year
21  and did practice and then came back into academics.
22  Q.    What made you decide that you wanted to go to medical
23  school, Dr. Haynes?
24  A.    It really started earlier in life.  My mother -- I come
25  from a large family, and she taught us that helping people was

DEMONDES HAYNES - VOIR DIRE

01:23

1    really part of our calling in life.  So, really, helping people
2    was one of the first things that started, but I also had a
3    great fascination with the human body and with science.  So,
4    really, those two just went hand in hand to me, to be able to
5    study science and the human body and to be able to help people.
6    Q.   With all these people in Mississippi, I've come to learn
7    that when you say Ole Miss or MSU, it can raise a lot of
8    eyebrows, so I'm not going to go into that.
9            After you graduated from Ole Miss, did you go
10   straight to medical school?
11   A.   I did.  I finished at Ole Miss in four years and started
12   medical school.
13   Q.   Did you know what kind of doctor you wanted to be as you
14   went through?
15   A.   Initially I thought I wanted to be a pediatrician.  I love
16   children.  But I realized when I started medical school, sick
17   children really -- any sick patients, of course, can be taxing
18   on you.  But I love children so much that I decided taking care
19   of sick children was really not my way to go.
20           When I trained in internal medicine, I learned about
21   pulmonary -- the lung diseases and about patients in the ICU,
22   or the critical care setting.  So that became my passion.  When
23   I was in internal medicine, I decided to pursue that specialty
24   training.
25   Q.   How long was your residency?

DEMONDES HAYNES – VOIR DIRE

01:24

1   A.   The residence itself was three years.

2   Q.   In the residency did you focus on internal medicine?

3   A.   I did, yes.  It was all internal medicine.

4   Q.   Can you tell the jury what internal medicine doctors do.

5   A.   Yes.  That's the study of all adult medicine.  So we don't

6   treat children, don't usually -- we do sometimes have pregnant

7   patients, but they are adult patients that have issues.  So

8   it's the study of all adult medicine and all of the organs of

9   the body.

10        Some people would refer to us as internists because

11   we take care of heart issues, lung issues, kidney, stomach

12   issues, musculoskeletal issues -- so bones and joints.  A lot

13   of different issues that internal medicine doctors care for.

14   Q.   I heard you mention you were the chief resident during

15   your residency training.  What is the chief resident?

16   A.   So during your three years of internal medicine training,

17   there are three people that are usually chosen to serve an

18   extra year as a chief resident.  It's a big honor to be

19   selected as a chief resident.

20        It's selected from the faculty, the other residents.

21   They give input, and people vote on it.  The committee has to

22   vote for you to serve on that.  When you take that position for

23   the extra year, it's a faculty position where we do a lot of

24   teaching for the students and the residents and the fellows as

25   well.

DEMONDES HAYNES - VOIR DIRE

01:26

1   Q.   Did you know before you went to medical school whether you

2   wanted to stay in Mississippi and practice medicine or not?

3   A.   I did.  From the time that I decided I was going to

4   medical school, I decided I was going to stay and serve the

5   people of this state.  This is where I grew up.  This is where

6   the vast majority of my family is.  I interviewed at some

7   different places, all over the country actually, but decided to

8   stay here for training and for practice.

9   Q.   So after you completed your residency and completed your

10  year as chief resident and you did a fellowship -- can you

11  explain to the jury what the fellowship was and what that

12  consisted of.

13  A.   After that three years of internal medicine training, you

14  do the specialty training I talked about.  That's at least

15  three years.  For us in pulmonary and critical care, it's three

16  years of training under specialists.  So I wanted to be a

17  specialist that treated lung disorders and patients who were in

18  the ICU.  So you have to do additional training under the

19  tutelage or under the supervision of those doctors.

20          We specialize in disorders.  When you do internal

21  medicine, we treat a lot of things.  But pulmonary and critical

22  care is all lung disorders.  In the intensive care unit, it's

23  all issues that would land a patient in the ICU.

24          MS. PRUITT:  Can we put up the next slide, please,

25  Slide 2.

DEMONDES HAYNES - VOIR DIRE

01:27

BY MS. PRUITT:

Q.    So is this specialty -- first of all, are you board certified in pulmonology?

A.    Yes, I am.

Q.    Are you board certified in critical care?

A.    Yes, I am.

Q.    Is that two certifications or one?

A.    Those are two separate certifications, two different exams you have to take.

Q.    So tell the jury just a little bit about how the certification process works.

A.    Yes.  So once you finish that specialty training, then those two exams -- at least in pulmonary and critical care, you can't take the same year, so you take one exam one year and one the next year.  We have to keep those -- to be current with our licensure, most hospitals' licensure -- with our certification, we have to recertify every 10 years.

Q.    Counting medical school and your residency training and your fellowship, how many years have you dedicated to your medical education and training?

A.    Medical school, residency, and fellowship, that would be 11 years.

Q.    Is it necessary to be board certified to practice pulmonology and critical care medicine?

A.    Many hospitals require you to be board certified; some

DEMONDES HAYNES - VOIR DIRE

01:28

1    hospitals may not.  The way things are going in the country,

2    most hospitals would probably require board certification at

3    least in one of those.

4            A lot of hospitals now, if you are practicing in the

5    ICU -- we used to be able to practice in the ICU with just a

6    pulmonary board certification, but many hospitals are now

7    requiring the critical care certification as well.

8    Q.   Why is board certification something that's important to

9    you, Dr. Haynes?

10   A.   So it shows that we are keeping up to date with the

11   medicine, keeping up to date with the literature.  When you are

12   taking care of patients, things change and new data come out,

13   new literature comes out, new studies come out.  So the

14   questions that they ask on the board certification shows that

15   you are staying abreast and you are keeping up with the most

16   up-to-date information.

17   Q.   Do you have some roles that you play at UMC?  Is that what

18   Slide 2 demonstrates?

19   A.   Yes, it does.

20   Q.   What is your current position at the University of

21   Mississippi Medical Center?

22   A.   Currently I'm an associate professor of medicine in

23   pulmonary and critical care.  I also serve as the program

24   director for the fellowship training program.

25           I told you about those of us who wanted to be a

1843

DEMONDES HAYNES - VOIR DIRE

01:29

1    specialist training under somebody.  I actually direct that

2    training program now.  So I have to decide which residents we

3    will interview, which residents we would accept into the

4    program.  I supervise all of their training, meaning their

5    curriculum, so what they would need as far as a syllabus or any

6    requirements they would need to become board certified and all

7    the procedures that they do.  I have to sign off on those to

8    say that they have completed the training successfully for

9    three years and make recommendations on whether or not they can

10   enter practice.

11   Q.   Have you also served as the director of the ICU at UMMC?

12   A.   I have.  For several years I served as the medical

13   director of the ICU.  Currently I also serve as the director of

14   respiratory therapy for the University Hospital.

15   Q.   Could you tell the jury just a little bit about how your

16   week or your month would actually be split up as far as all

17   your responsibilities and your clinical practice.

18   A.   Yes.  I take care of patients routinely as well as

19   teaching students and residents and fellows.  Part of my

20   teaching also involves taking care of patients.  We have

21   different rotations, so you may see -- if you came to the

22   university, you would notice every two weeks or maybe even

23   every month a different team of doctors if you were in the

24   hospital for that long.  So we do these different rotations.

25        If I'm on the ICU service, that means I'm dedicated

DEMONDES HAYNES - VOIR DIRE

01:31

1    to the ICU, the critical care unit.  That would be anywhere

2    from two to four weeks, or six weeks, as most recently.

3         I also have a clinic practice where you can talk

4    about going to your doctor's office or for a clinic visit.  So

5    I do that two to three and a half days per week.  That's where

6    I see any patients with lung diseases, like we talked about,

7    whether it be asthma, COPD, emphysema, pulmonary emboli, DVT,

8    lung fibrosis, or lung scarring.

9         Sometimes patients who had been in the ICU, who had

10   been on life support, on the ventilator, we will see them in

11   the clinic as well for follow-up to make sure their lung

12   function is improving.

13   Q.   In your teaching responsibilities you teach medical

14   students and residents and fellows?

15   A.   I do.  I teach all of those.  We also have some nursing

16   students that rotate with us, nurse practitioner students.  Now

17   we have physician assistant students that rotate with us as

18   well.

19   Q.   At the same time you are doing that, are you also yourself

20   treating patients?

21   A.   That's correct.  So if I'm rounding in the ICU in the

22   morning time -- let's say we are going in and start seeing

23   patients, I have a group with me.  We'll range anywhere from

24   three to six or seven people on the team with me.

25        The students or residents will present the patient,

DEMONDES HAYNES - VOIR DIRE

01:32

1    tell me what their diagnosis is, how we are treating them,
2    what's going on.  Usually I will ask them a few questions
3    before we go into the room, something to stimulate their minds
4    to learn, and ask them treatment questions.  Then I will go in
5    and see the patient with them, examine the patient.  Then we
6    will come out and talk outside of the room usually.  Sometimes
7    in the room with the patients, we'll talk with them as well.
8    Then we talk about what the treatment plan is.
9         So even though I'm teaching them, I'm teaching them
10   how to care for the patient by actually providing patient care.
11   Q.   When you are teaching these students how to care for the
12   patient, you are actually the primary doctor that's taking care
13   of that patient; is that right?
14   A.   I am.  I'm the primary attending physician, and I have
15   final responsibility for that patient.
16   Q.   As the primary physician, do you prescribe medicines for
17   those patients?
18   A.   I do.  We do two ways.  So the residents and the fellows
19   can write orders.  I direct them which orders, but I also can
20   write orders, particularly when I'm seeing patients in the
21   clinic or in the office.  I don't usually have a resident or
22   fellow there.  It's usually just me and my patient.
23   Q.   Have you ever been recognized, Dr. Haynes -- and I'm going
24   to ask you to brag on yourself a little bit -- for your work
25   related to teaching medical students at UMMC?

1846

**DEMONDES HAYNES - VOIR DIRE**

01:33

1   A.   Yes, ma'am.  I received a few teaching awards.

2   Q.   Can you tell us what they are.

3   A.   I received a Teacher of the Year award from the department

4   of internal medicine.  I received what they call an All-Star

5   Commission award from the medical students there at the medical

6   center.  I received a teaching award from a different

7   department, called family medicine, for helping teach their

8   residents.  I also received teaching recognition from the

9   department of ENT -- that's the ear, nose, and throat

10  surgeons -- for helping teach their residents as well.

11  Q.   Have you also been invited on occasion to give lectures

12  and presentations, Doctor?

13  A.   Yes, I have.

14  Q.   You have.

15       You sound like a busy person.  How much of your time

16  is spent taking care of patients?

17  A.   The vast majority of my time is spent taking care of

18  patients, actually.

19  Q.   I want to talk just a moment about your academic positions

20  and roles.  What does your role as program director for

21  pulmonary and critical care fellowship training entail?

22  A.   That's what I was talking about, deciding which of those

23  folks who want to specialize in pulmonary and critical care

24  coming in.  So I have to set up the interviews.  I have to meet

25  with each one that comes, asking them questions.  They ask us

1847

DEMONDES HAYNES - VOIR DIRE

01:34

1   questions about our training program.

2           We interview people from all over the country.  So a

3   lot of our trainees come from Mississippi, but some of them

4   actually come from other states, come and interview for

5   potentially training in our program.

6   Q.   Are you a member of any professional organizations,

7   Dr. Haynes?

8   A.   Yes, I am.

9   Q.   Can you tell the jury what those organizations are.

10  A.   Yes.  I'm a member of the American College of Chest

11  Physicians, ACCP.  That's an organization of doctors who deal

12  with chest diseases and critical care diseases.  There's

13  another one, called the American Thoracic Society.  There's

14  another one, called the American Medical Association or

15  Mississippi State Medical Association.

16          There are a couple of other associations for people

17  like me, program directors, direct training programs.  We have

18  some organizations as well that we belong to.

19  Q.   Can you describe what it means to be a fellow in the

20  American College of Chest Physicians.

21  A.   Yes.  So when you see some initials after some people's

22  names -- for us to be a fellow in the College of Chest

23  Physicians, we need to use the initials FCCP.  That's what that

24  stands for.

25          It's an honor.  You have to apply for that -- anyone

DEMONDES HAYNES - VOIR DIRE

01:35

1    can become a member.  You have to go through a process as well.

2    But to be a fellow, you have to apply for membership to be a

3    fellow.  You have to have been out of training for so many

4    years.  You have to have so much academic productivity.  You

5    have to have some letters of recommendation from people who are

6    currently a fellow.

7    Q.    In your experience, Dr. Haynes, why do pulmonologists have

8    medical organizations such as Chest -- or the American College

9    of Chest Physicians?

10   A.    Those organizations are really important for those of us

11   who practice in academics and in private practice that would be

12   outside of a university setting.  They help keep us up to date

13   on education.  They put on a program at least once a year,

14   where we have five to six days, where we go.  There are

15   different topics educating about what is going on with patient

16   care.  They advocate for patients, so if there is something

17   going on -- everybody knows about healthcare in DC.  So Chest

18   and some of the other organizations are advocating for patient

19   rights, medications, and things of that nature.

20   Q.    I want to talk just a few moments about your work

21   experience.  I think you already described for the jury what

22   types of patients you see as a pulmonologist.  Can you describe

23   what types of patients you see as a critical care specialist.

24   A.    Yes.  So if you're familiar with the ICU, intensive care

25   unit, we see any patients that have critical care issues.

DEMONDES HAYNES - VOIR DIRE

01:37

1    So we will have patients that come in with

2  respiratory failure or breathing problems, and they have to end

3  up on a life support machine or what we would call the

4  ventilator or some people call the respirator.  And that's

5  where a tube is down their throat and a machine is breathing

6  for them, where you would have to place a tube down their

7  throat and the machine breathes for them.

8    We take care of patients who have heart attacks,

9  strokes, kidney failure, GI bleeds in our ICU, DVT or PE that

10  we mentioned.  I said heart attack and stroke.  Sepsis.  So we

11  should say infections, kidney failure.

12    So almost any organ that fails in the body or we have

13  an issue where a patient would need to be in the intensive care

14  unit, then we would provide care for those patients.

15  Q.   Do you personally order Doppler sonograms to rule in or

16  rule out a DVT in your patients?

17  A.   I do.

18  Q.   Do you diagnose and treat patients with DVTs like the one

19  that Ms. Mingo had?

20  A.   Yes, I do.

21  Q.   Do you diagnose and treat patients that have developed

22  pulmonary embolism?

23  A.   Yes, I do.

24  Q.   So today do you still evaluate and treat patients in the

25  ICU at UMMC?

DEMONDES HAYNES - VOIR DIRE

01:38  1   **A.**    Oh, I do routinely.

2   **Q.**    When is the last time you worked at the ICU at UMMC?

3   **A.**    Let's see.  I was in clinic the last couple weeks.  So

4   probably a couple weeks ago I was in the ICU for about a

5   six-week stretch, and I will be working there this weekend.

6   I'm on call.

7   **Q.**    Are you trained, Doctor, to manage patients who come to

8   the hospital with GI bleeding?

9   **A.**    Yes, I do.

10  **Q.**    Do you also evaluate and treat patients that come to the

11  hospital and have bleeding ulcers?

12  **A.**    Yes, I do.

13  **Q.**    You are not actually the doctor that fixes the ulcer, but

14  you may see it and refer it to a gastroenterologist?

15  **A.**    That's right.  So a gastroenterologist or a GI specialist

16  are the ones that do the upper and lower scopes, look for

17  ulcers and treat them.

18          But in our institution, any patient with a GI bleed

19  that gets admitted to the ICU, we are the primary care

20  providers for -- the primary physicians for, in the ICU.  So we

21  direct all of their care, and then we consult anyone who would

22  need to come in and help, like a gastroenterologist.

23  **Q.**    In the patients that you see who have DVTs or pulmonary

24  embolism, does your job involve choosing what medications to

25  prescribe in those patients?

1851

**DEMONDES HAYNES - VOIR DIRE**

01:39

1   **A.**   Yes, ma'am, it does.

2   **Q.**   What treatment options are available to treat a patient

3   with a DVT?

4   **A.**   So with DVTs now, we treat patients with blood thinners.

5   So there are a couple that you can give IV, or under the skin,

6   called heparin or low-molecular-weight heparin, which we call

7   Lovenox.

8             And then we have medications that we use by mouth.

9   So Coumadin or warfarin, those are the same drugs that you

10  would hear would usually be the same name as one.

11            And then we have this newer class of drugs that some

12  people refer as NOACs or DOACs.  Those are new oral

13  anticoagulant agents or direct orally acting agents is what

14  those letters stand for.  But those are drugs like Xarelto,

15  Eliquis, Pradaxa, and another one called Savaysa.

16  **Q.**   Currently you prescribe all those different types of

17  anticoagulants to patients?

18  **A.**   Most commonly I have used heparin, Lovenox, Coumadin,

19  Xarelto, and Eliquis.  I have not used Savaysa on a patient.

20  **Q.**   Are you familiar, Doctor, with Xarelto's label?

21  **A.**   I am.

22  **Q.**   Do you manage patients who are taking anticoagulants for

23  one reason or the other?

24  **A.**   Yes, I do.

25  **Q.**   The jury has heard a lot about PT testing.  Do you order

DEMONDES HAYNES – VOIR DIRE

01:40   1   clotting tests on patients in your practice taking Coumadin?
2   **A.**   Yes, I do.
3   **Q.**   Do you routinely order clotting tests on patients taking
4   Xarelto?
5   **A.**   No, I don't.
6   **Q.**   We'll get to that later.
7            Do you routinely order clotting tests on patients
8   taking any of the other DOACs, like Eliquis?
9   **A.**   No, we don't.
10   **Q.**   In the course of your practice, have you found time to
11   author peer-reviewed literature for publication?
12   **A.**   Yes, I have.
13   **Q.**   Are you familiar, Doctor, with the risk and benefits of
14   anticoagulants in patients?
15   **A.**   Yes, I am.
16   **Q.**   Do you follow the care and treatment of other doctors'
17   patients who are taking anticoagulants?
18   **A.**   I do.
19   **Q.**   And have you tried, Dr. Haynes, to do your best to stay
20   abreast of literature over the course of your career as a
21   doctor treating patients with DVT?
22   **A.**   Yes, I have.
23            **MS. PRUITT:**   Your Honor, at this time we would offer
24   Dr. Haynes as an expert in pulmonary medicine and critical care
25   medicine.

**DEMONDES HAYNES – DIRECT**

01:41

1      **THE COURT:**  Any questions on his qualifications?

2      **MR. HONNOLD:**  We don't have any questions right now,

3   Your Honor.

4      **THE COURT:**  The Court will accept him in the

5   designated field as an expert.

6                         **DIRECT EXAMINATION**

7   BY MS. PRUITT:

8   **Q.**   Dr. Haynes, have you testified before?

9   **A.**   Yes, I have.

10  **Q.**   Tell the jury how many times you've testified in the last

11  10 years or so.

12  **A.**   I believe I have given about nine trial testimonies.

13  **Q.**   What types of cases were those?

14  **A.**   I think the majority of them have been alleged silica or

15  alleged asbestos cases.

16  **Q.**   Are those cases that involve diseases of the lungs?

17  **A.**   They are, yes.

18  **Q.**   If you were going to ask somebody in Mississippi to look

19  at a case that involved a disease of the lungs, how many

20  trained pulmonologists and critical care medicine specialists

21  might there be to do that?

22  **A.**   There are several pulmonary and critical care doctors in

23  the state, but there are not that many that would agree to give

24  expert testimony or look at cases for medicolegal purposes.  So

25  maybe three or four in the state that I know of.

**DEMONDES HAYNES – DIRECT**

01:42

1  **Q.**   Have you looked at any cases for pharma companies -- or

2  pharmaceutical companies?

3  **A.**   Yes, I have.

4  **Q.**   Tell the jury what types of -- do they involve drugs?

5  **A.**   There was, yes, a case involving oral contraceptives,

6  looking at the potential for causing blood clots in the lungs.

7  **Q.**   Have you looked at cases that involve drugs that involve

8  COPD or lung conditions?

9  **A.**   Not as far as any trial testimony.

10  **Q.**   Now, are you getting paid for your work, Dr. Haynes, on

11  this matter?

12  **A.**   Yes, I am.

13  **Q.**   How much are you charging?

14  **A.**   For reviewing medical records and data, I charge $500 an

15  hour; and for depositions, meetings, and trial testimony, $750

16  per hour.

17  **Q.**   Are you away from your practice today to be able to come

18  over here and talk to the jury?

19  **A.**   I am.  I would much rather be there taking care of my

20  patients.

21  **Q.**   So the amounts you come to charge, are they related to

22  what you might be making if you were actually working at the

23  clinic or with patients?

24  **A.**   Some days it's less because our procedures sometimes can

25  bill at a higher rate.

## DEMONDES HAYNES - DIRECT

01:43

1   **Q.**   How much have you invoiced for your time spent in this
2   case?
3   **A.**   Thus far, $50,125.
4   **Q.**   Have you spent a lot of time reviewing Ms. Mingo's medical
5   records?
6   **A.**   Oh, I did.  I reviewed all of her records and also
7   reviewed -- an extensive article review and created a report.
8   **Q.**   Did you read the depositions -- have you read some of the
9   depositions that were given in this case?
10  **A.**   Yes, I reviewed deposition testimony and trial testimony
11  as well so far.
12  **Q.**   Have you reviewed additional literature since your
13  deposition?
14  **A.**   I have.
15  **Q.**   Did any of the medical literature that you reviewed after
16  your deposition cause you to change any of your opinions in
17  this case?
18  **A.**   It did not.
19  **Q.**   Dr. Haynes, are you prepared to testify about Ms. Mingo's
20  deep vein blood clot?
21  **A.**   Yes, I am.
22  **Q.**   Are you prepared to testify about whether Xarelto is safe
23  and effective for patients like Ms. Mingo?
24  **A.**   Yes, I am.
25  **Q.**   Are you prepared to testify about whether the physician

DEMONDES HAYNES - DIRECT

01:44    1    label adequately warns doctors about the risk and benefits of
         2    Xarelto?
         3    **A.**    Yes, I am.
         4    **Q.**    Are you prepared to testify about whether the label
         5    adequately instructs doctors about treating their patients
         6    taking Xarelto?
         7    **A.**    Yes, I am.
         8    **Q.**    Are you prepared to testify as to your clinical experience
         9    related to ordering PT tests and the usefulness or helpfulness
        10    of PT tests in treating patients?
        11    **A.**    Yes, I am.
        12    **Q.**    Are your opinions, Dr. Haynes, today held to a reasonable
        13    degree of medical or scientific certainty?
        14    **A.**    Yes, they are.
        15    **Q.**    Now, briefly, before we get into the details of it, tell
        16    the jury what opinions you have come to talk about today.
        17              **MS. PRUITT:**   Can we will pull up Slide 15, please.
        18    BY MS. PRUITT:
        19    **Q.**    While we are talking about this, Dr. Haynes, did I ask you
        20    to help me prepare some slides to demonstrate and help assist
        21    you in your testimony for the jury?
        22    **A.**    Yes, you did.
        23    **Q.**    And did you do that?
        24    **A.**    I did.
        25    **Q.**    Now, can you just basically tell the jury what you are

01:45

1   going to be talking to them about today.

2   **A.**   So the biggest thing that we will cover, hopefully in not

3   too much time, is talk about the fact that Ms. Mingo had a

4   blood clot or a DVT of her leg and what that means.

5        And the fact that she needed a blood thinner for that

6   blood clot, we can talk about why that's important.  We'll talk

7   about the one that was chosen for her was Xarelto and that it

8   worked for her.

9        We will show you some places in the medical record

10  where it worked for her because the thing we are trying to do

11  when we are treating that blood clot is prevent a clot going to

12  the lungs or to the heart, becoming deadly, preventing it from

13  becoming bigger in the leg, or preventing some other

14  complications that could happen in the leg after a DVT.

15       And really talk about the fact that PT is not a

16  useful test for monitoring Xarelto.  It's useful -- PT/INR is

17  useful when you measure Coumadin or are using Coumadin -- we

18  can talk about that -- but it's not useful when you are

19  treating patients with Xarelto.  It's not indicated, it's not

20  recommended or required by the FDA or any of our guiding

21  authorities that talk about and publish information for

22  treating patients with blood thinners.

23       And the fact she unfortunately had a GI bleed, so

24  bleeding from an ulcer, and the fact that Xarelto did not cause

25  that ulcer.  She had some other risk factors for it -- but that

DEMONDES HAYNES - DIRECT

01:46

1  no matter what blood thinner she would have been on, not just

2  Xarelto, she would have bled from that ulcer because that's

3  what ulcers do.

4         MR. HONNOLD:  Your Honor, it's too much of a

5  narrative.

6         THE COURT:  Just ask questions.

7  BY MS. PRUITT:

8  Q.   How frequently do you treat patients with DVT?

9  A.   Routinely.

10 Q.   And what sources, what types of sources do you look to and

11 rely upon, Dr. Haynes, when you are deciding how to and whether

12 to treat a patient diagnosed with any type of blood clot?

13 A.   I look at the medical literature, so articles that are

14 published about blood thinners.

15        I look at guiding authorities that publish

16 information, like the American College of Chest Physicians.

17 They publish a guideline about blood thinners.

18        I look at the prescribing information on what people

19 commonly call the drug label for the drugs that we are using.

20        I think that's probably it.  Guidelines, drug labels,

21 articles, I think, is the majority of the things that we look

22 at.

23 Q.   What is the standard of care today for treatment of DVT

24 for a physician practicing in the United States?

25 A.   The standard of care now would be using a DOAC or a NOAC

DEMONDES HAYNES - DIRECT

01:48   1   medicine, like Xarelto, that we've talked about.

2   **Q.**   The jury has heard about the American College of Chest

3   Physicians.  What do they say about how to treat Ms. Mingo's

4   blood clot?

5   **A.**   So they say --

6         **MR. HONNOLD:**  Your Honor, can we approach for just

7   one moment, please?  Very minor issue.

8         **THE COURT:**  That's all right.

9         (The following proceedings were held at the bench.)

10        **MR. HONNOLD:**  Your Honor, this is a minor point, but

11   there's a significant change in the Chest guidelines between

12   the 2012 edition and 2016.  When this event occurred in 2015,

13   it was in fact the 2012 guidelines that were in effect, a

14   significant change between those two sets and, therefore, I

15   think it's a little bit misleading to be talking about what do

16   the recommendations say now.  It would be better to say the

17   guidelines that were in effect at the time.

18        I would just add while we are up here that the

19   motion in limine, the bleeding on -- the issue of bleeding on

20   any other NOAC, I throw out just as a cautionary statement to

21   everyone that that motion in limine is there.  It's already

22   kind of been run through the yellow light, at least.

23        **MR. MEUNIER:**  Your Honor, just to be a bit more

24   specific, the fact that he will address she has a risk of

25   bleeding on other anticoagulants is one thing.  For him to

01:49

1   offer the opinion that she would have had this bleed on another

2   anticoagulant, which is what he just said, should be struck and

3   is not permissible.  There's no foundation.

4           MS. PRUITT:  Your Honor, we filed a motion on this.

5   We specifically talked about that this was going to be their

6   opinions.  They asked for them to be excluded, and the Court

7   denied it.  That's been ruled on.  That's why I'm doing it.

8           THE COURT:  I think you can bring this up on

9   cross-examination.  He has got to have some kind of opinion.

10  He can express his opinion.  It has to be based on something,

11  though.  If that's his opinion, it's his opinion.  You can

12  cross him on it.

13          MR. MEUNIER:  If he is allowed to say she would have

14  had this bleed on another anticoagulant without being more

15  specific and having a *Daubert*-proof basis for that scientific

16  conclusion, it shouldn't be permitted.

17          MS. PRUITT:  Your Honor, we filed a motion for that

18  reason, and the Court denied it.  It's already been ruled on or

19  I wouldn't be doing this.

20          THE COURT:  I'll let you cover that on

21  cross-examination.

22          MR. HONNOLD:  Can you speak to the issue of the

23  guidelines and the timing?  It is a distinction.

24          MS. PRUITT:  I'll clear it up.  I'm glad to clear it

25  up, Judge.

DEMONDES HAYNES - DIRECT

01:50

1    **THE COURT:**  Let's do that.

2         (End of bench conference.)

3    BY MS. PRUITT:

4    **Q.**   Let's go back to the Chest guidelines, okay, Doctor?

5    **A.**   Yes, ma'am.

6    **Q.**   The current Chest guidelines even talk about the standard

7    of care for treating DVT, correct?

8    **A.**   They do.

9    **Q.**   And what do they say?

10   **A.**   They say the standard of care for DVT, for which drugs we

11   use, are using NOACs like Xarelto over or in place of, in favor

12   of using Coumadin.

13   **Q.**   And before these new guidelines came out during 2015, when

14   Ms. Mingo was being prescribed this medication, what was the

15   standard of care in your hospital to treat DVTs at that time?

16   **A.**   So the standard was using Coumadin with or without --

17   well, with heparin or Lovenox, but the NOACs like Xarelto were

18   also an acceptable alternative.

19   **Q.**   Thank you, Doctor.

20         Is what you just testified as to how to treat a DVT,

21   is that consistent with how Dr. Jordon treated Ms. Mingo's

22   clot?

23   **A.**   Yes, it is.

24   **Q.**   What types of things -- just briefly, what types of things

25   can happen to a patient that does not get appropriate treatment

DEMONDES HAYNES - DIRECT

01:52

1  for DVT?

2  A.   So DVTs can be deadly.  That's the thing -- that's one of

3  the biggest things that we are trying to prevent.  The clot can

4  break off from the leg, travel through the veins of the body,

5  through the heart and to the lungs and cause patients to have

6  chest pain, shortness of breath.  They can cough up blood.

7  They can have heart failure, their heart can stop, and they can

8  die from that.

9        They can develop a condition called pulmonary

10  hypertension, where the blood pressure in the lungs is higher

11  than it should be, if they have those blood clots to the lungs.

12        They can also have something on the leg called

13  post-thrombotic syndrome, which is a lot of swelling in the

14  leg, a lot of pain.  There can be ulcers that form on the legs

15  that won't heal and are very disfiguring and unsightly in

16  appearance.

17        MS. PRUITT:  Your Honor, we've prepared some

18  demonstratives to talk to the jury about DVTs and PEs.  May he

19  be allowed to come down?

20        THE COURT:  Yes.

21  BY MS. PRUITT:

22  Q.   Did you help me prepare these demonstratives, Doctor?

23  A.   Yes, I did.

24  Q.   Can you tell the jury what this demonstrates.

25  A.   So if you look here, it's just showing both legs.  And

DEMONDES HAYNES - DIRECT

01:53

1  then what you are seeing in the blue are the veins of the leg
2  that are going to other parts of the body that I'll show you.
3        And usually when we are doing medical illustrations,
4  we would have the veins in blue because it carries the blood
5  and it doesn't have as much oxygen in it; and the veins -- or
6  the arteries have oxygen in it, so we usually depict them in
7  red.  So these are blue, and these are the veins that run up
8  the leg and connect higher in the body.
9        These pictures here will be just a portion.  Let's
10  just say we cut out the vein here to here, and looking at it
11  over here, and how the blood flows in the vein.  So it usually
12  flows up, trying to return to the heart.  And these little red
13  cells are red blood cells with blood flowing.
14        What happens with a DVT -- or a deep vein
15  thrombosis -- you can see a big difference here.  You see all
16  these little red cells that are flowing easily.  Here you get a
17  clot attached to the wall, and these red cells, you don't see
18  as many of them over here as you do over here, right, because
19  they are attaching to that clot and they are blocking that area
20  of the vein.
21        And over here, when it says "embolus," that usually
22  means a part of the clot -- or pieces of that clot, because it
23  can be multiple -- actually break off and go through the heart
24  into the lungs and cause those issues that I mentioned to you
25  before.

DEMONDES HAYNES - DIRECT

01:55

1  **Q.**   How would you diagnose a deep vein thrombosis, Doctor?

2  **A.**   So the most common way and the way that most people do

3  them is with what's called an ultrasound of the leg or a

4  Doppler or a sonogram.  It's like when women are pregnant, they

5  get an ultrasound of the belly.  We do these of the leg here,

6  looking at the blood flow in the leg to see if it's flowing

7  freely or if there's blockage here from a clot.

8  **Q.**   Was Ms. Mingo diagnosed with a DVT, based on a Doppler or

9  a sonogram?

10 **A.**   She did.  She had a Doppler of her leg that showed deep

11 vein thrombosis.

12 **Q.**   Is this a blowup or a board, Doctor, about the report that

13 was received from her ultrasound?

14 **A.**   This is.  This is Ms. Mingo's ultrasound.  And it says she

15 had an occlusive thrombus in the anterior proximal peroneal

16 vein.

17 **Q.**   What is an occlusive thrombus?

18 **A.**   "Occlusive" usually means that it's blocking the vessel.

19 So usually "occlusive" means occludes or blocking.  So the

20 occlusive thrombus meant that the blood vessel was blocked.

21 **Q.**   Can you show us on the previous board, Doctor, where in

22 her leg -- well, first of all, where was that found?

23 **A.**   This was the anterior proximal peroneal vein.

24 **Q.**   Can you show the jury on the other picture where that

25 would be located.

DEMONDES HAYNES - DIRECT

01:56

1  **A.**   That would be one of these veins down here.

2  **Q.**   Now, did she also have a history and physical done while

3  she was in the hospital, diagnosed with the DVT?

4  **A.**   She did.

5  **Q.**   Tell the jury what this record is, please.

6  **A.**   So this looks like the history and physical exam.  So when

7  you are admitted to the hospital, the doctor that's admitting

8  you -- or nurse practitioner, whoever it is -- goes to see the

9  patient in the emergency room or wherever, and they ask certain

10  questions.  So that's what's called a history and physical.

11  They ask the questions, and then they examine the patient and

12  write down on there -- and then they usually write down the

13  assessment of what's going on with the patient.

14  **Q.**   Does this record reveal what the ultrasound said about her

15  condition?

16  **A.**   Yes.  So in her H&P here, her history and physical that we

17  mentioned, it said that she had an ultrasound that revealed

18  that she had diffuse clots in the deep venous system.

19  **Q.**   "Diffuse blood clots," what does that mean?

20  **A.**   So usually "diffuse" -- if you think about what's the

21  opposite of "diffuse," it's "limited."  So "limited" might be a

22  small area.  "Diffuse" usually means taking up more than a

23  limited amount of space.

24        In this particular instance, it's talking about the

25  length of the vein that is involved with her blood clot.

01:57

1  **Q.**   And so as a physician who treats DVTs, if you see diffused

2  blood clots, how is that different from just a blood clot?

3  **A.**   Usually it means, like that picture I showed you where

4  it's blocking off the vein, it's not just one small area.

5  Usually when we see diffuse, that means it's involving -- it

6  may be the entire length of the vein, it may be one vein into

7  the other.  It's usually not a limited amount of clot.

8  **Q.**   I guess what I'm trying to figure out is:  Is that worse

9  than just having a blood clot?  How would you analyze that, as

10  a physician looking at it?

11  **A.**   If you look in the medical literature, they talk about

12  limited clots and diffuse clots.  Most of the times when we see

13  diffuse clots, we think that these things are worse because

14  they are more extensive.

15  **Q.**   Based on the laboratory data in that same medical record,

16  Doctor, first just tell the jury what this medical record is

17  and what it describes.

18  **A.**   So this is -- when we do the history and physical that we

19  talked about, where you ask patients questions and do the exam,

20  then you have a section on that history and physical that looks

21  at laboratory data, x-ray data.  This is from her history and

22  physical laboratory data, which is where you put the labs as

23  well as the Doppler results.

24  **Q.**   Why is it important to treat a patient that has these

25  types of blood clots in her leg?

DEMONDES HAYNES - DIRECT

01:59

1   A.   So we are trying to treat these to prevent some of these

2   things that could happen from clots.  We talked about the

3   deadly blood clots that go to the lungs, and if you get those

4   in the lungs, all the things -- these clots in the lungs and

5   all the things that could happen.

6            We are also trying to prevent this clot from getting

7   bigger.  We're trying to prevent it from breaking off, that we

8   mentioned.  And we're trying to prevent her from having

9   recurrent clots as well.

10  Q.   Ms. Mingo, based on your review of the medical records,

11  did she also -- was she a high-risk patient for a blood clot?

12  A.   She was definitely at high risk for a blood clot.

13  Q.   Can you explain that.

14  A.   She had a couple of risk factors.  Those of us who carry a

15  little bit of extra weight, we're at increased risk of blood

16  clots.  Obesity is a risk factor.  Patients who smoke are at an

17  increased risk for blood clots.

18           One of her biggest risk factors is that she had hip

19  surgery.  Hip surgery, we know, is a very high-risk factor,

20  from a lot of data.  For several reasons, the hip surgery is a

21  very big risk factor.  Even if she didn't have the other risk

22  factors that I mentioned, the hip surgery alone would place her

23  at a high risk.

24  Q.   Doctor, would this picture of the patient's lung help you

25  in describing what can happen if a DVT travels?

DEMONDES HAYNES - DIRECT

02:00

1    A.    Actually, this would help me a lot better.

2              So I showed you some of the veins previously.  This

3    is just a shot showing the entire human body.  And it's showing

4    you this is the heart and these are the lungs, right and left.

5    And this is just a blown-up picture of the heart and lungs.

6              So what I talked about earlier was this clot, it

7    forms here in the leg and it blocks the blood flow, and then it

8    breaks off.  That embolus means part of that clot or pieces of

9    that clot have broken off.

10             And what happens, the way the veins are connected,

11   you go from the leg, and this vein goes to a huge vein that

12   goes directly to the heart here.  That's what they call an

13   anterior vena cava.  But you don't have to remember that.  Just

14   know it's a big vein that goes directly to the heart.  And when

15   it goes into the heart, then there are other veins that branch

16   off from the heart and go to the lungs.

17             So the way the clot is traveling, you see this white

18   arrow, it breaks off.  And it can break off into multiple

19   pieces.  It's going to the left lung here and over here to the

20   right lung.

21             We are trying to prevent this, because as I

22   mentioned, it's not only painful, it causes problems with

23   coughing up blood or potentially having shortness of breath,

24   but it can be deadly.  These patients can die when these clots

25   break off and go here because the right side of the heart is

DEMONDES HAYNES - DIRECT

02:01

1    trying to work so much harder to push blood beyond where the

2    clot is.  Just like it's occluding or blocking the vein of the

3    leg, it's blocking those veins from the heart that go to the

4    lungs.

5    **Q.**   I would like to change just a moment and tell the jury

6    what the statistics are with regard to DVTs or blood clots in

7    this country.  I ask you to look for those statistics so you

8    can explain them to the jury.

9    **A.**   So this is talking about -- this left-hand side is talking

10   about how many people are diagnosed with blood clots each year

11   in the country -- DVTs and the clots we are talking about.  Up

12   to 900,000 people each year.  This is talking about how many

13   folks die from those blood clots.  The things we're trying to

14   prevent is people dying.  Up to 300,000 people each year die

15   from blood clots.

16          In medicine we are always looking for symptoms to try

17   to treat things for patients.  Unfortunately, if you have a

18   blood clot in your lung, or PE, 25 percent of those people are

19   going to die without having any symptoms.  If they have the

20   clot we talked about that goes in here -- unfortunately, all of

21   the data from that, it's up to a fourth of those people without

22   having any symptoms that we mentioned.

23   **Q.**   Thank you, Doctor.  You can return.

24          Now, was Ms. Mingo treated with Xarelto and other

25   drugs for her blood clot?

DEMONDES HAYNES - DIRECT

02:03

1    A.    She was.

2    Q.    There's been some discussion in this trial about what we

3    mean when we say "Xarelto worked for Ms. Mingo."

4           Did Xarelto work?

5    A.    Oh, it definitely worked for her.

6    Q.    Tell me what you mean when you say Xarelto "worked."

7    A.    So when we put patients on blood thinners, we are trying

8    to prevent the blood clots to the lung, as we mentioned.  We

9    are trying to prevent the clots in the legs from becoming

10   larger.  We are trying to prevent more clots from forming.  We

11   are trying to prevent those side effects that can happen after

12   a clot, like the swelling and the ulcers in the leg.

13   Q.    Let's talk for a few moments -- the jury has been hearing

14   a lot in this trial about the PT test, including Neoplastin PT.

15   I want to ask you:  Do you use the PT test when you prescribe

16   Xarelto or other DOAC medications?

17   A.    No, we don't use those tests -- PT tests -- for DOACs.

18   Q.    Do your colleagues at UMC, the ones you work with and

19   consult with, use the PT test when they are prescribing Xarelto

20   and other DOAC medications?

21   A.    No, they don't.

22   Q.    Why do you not do that?

23   A.    The PT test is a test that can be affected by a lot of

24   things.  The primary reason we don't use those is they are not

25   approved to be utilized or recommended to be utilized.

02:04

1       **MR. HONNOLD:**  Your Honor, may we approach?

2       **THE COURT:**  Yes.

3       (The following proceedings were held at the bench.)

4       **MR. HONNOLD:**  I apologize.  Just briefly, I don't

5   know whether the cat is out of the bag on this issue, if things

6   have been mentioned, but this issue of a specific reagent being

7   approved by the FDA or not really is not a probative, relevant

8   issue.  There is no such requirement.

9            We did file a motion in limine on this, which I

10  think you did rule favorably on, and I think it's important.

11  It is misleading to the jury to suggest that there's a

12  requirement that the individual reagents have to be

13  individually cleared by the agency.  It's just not true.

14      **THE COURT:**  See, the issue really is not that.  She

15  is asking why he didn't do it.  If he said it is a requirement

16  that you have to do it, then that would be improper, but that's

17  the reason he doesn't do it.

18           Now, under cross you can do what you can do on

19  it, but that's the reason he doesn't do it.  That's what it is.

20  What am I going to say, that you don't need to use that reason?

21      **MR. HONNOLD:**  No, Your Honor.  I think those are two

22  different points.

23      **THE COURT:**  I think it does.

24      **MR. HONNOLD:**  As he has expressed it, that's

25  suggested it's sanctioning or a requirement.

DEMONDES HAYNES - DIRECT

02:06

1          **THE COURT:**  Well, but that's something you can clear
2     up on cross.  That's what it's there for.
3          **MR. MEUNIER:**  Your Honor, if I could just say, when
4     you granted our motion on this, your language was whether or
5     not the FDA approved the use of Neoplastin PT is "not an issue
6     in the case."  Therefore, since it's not an issue, we don't
7     think any expert should be able to give the jury the impression
8     that it's valid.
9          **THE COURT:**  That's the reason he doesn't do it.  If
10    he says, "My mother told me not to do it," well, what do I say,
11    "Your mother doesn't have any right to tell you that"?
12         **MR. MEUNIER:**  Then we would object and say
13    irrelevant, just like this is.  It's irrelevant.
14         **MR. BONEY:**  It's in the case.  They long opened the
15    door on this.  Your Honor, the motion in limine, as we
16    understood, went to the legal issue of whether you have to have
17    approval to use it or not, not the fact of whether it's
18    approved or not and whether he decides to use it for that
19    reason.
20         **MS. PRUITT:**  Both of their experts, Plunkett and
21    Parisian, have talked about it, Your Honor.
22         **THE COURT:**  You have to just clear that up on cross.
23         **MR. BONEY:**  Thank you, Your Honor.
24         **MR. MEUNIER:**  Your Honor, can we just object to the
25    relevance for the record?

DEMONDES HAYNES - DIRECT

02:07

1          **THE COURT:**  Yes.

2               (End of bench conference.)

3  BY MS. PRUITT:

4  **Q.**   Dr. Haynes, why do you not use the PT test when you

5  prescribe Xarelto or other DOAC medications?

6  **A.**    The PT test is not approved to be utilized for making

7  patient care decisions on patients who are taking Xarelto or

8  medications like that.  It's not recommended by the FDA, which

9  helps give us -- gives us authority -- gives us information.

10 It's not recommended by the American College of Chest

11 Physicians.  As I mentioned, that is the organization that's

12 been publishing guidelines for treating blood clots for more

13 than 30 years.

14               It's also not been shown in the literature to help us

15 in the care of patients.  When we are looking at articles, the

16 medical and scientific community generally agree that the PT

17 test is not a test we want to use to follow patients clinically

18 when we are using drugs like Xarelto.

19               **THE COURT:**  Now, members of the jury, that's his

20 reason for doing it.  It's not necessarily what the facts are

21 one way or the other, but that's his reason for doing it.

22               **MS. PRUITT:**  Can we pull up Slide 102, please.

23 BY MS. PRUITT:

24 **Q.**   Let's talk about some of the medical literature.  What

25 type of literature is this that you have reviewed?

02:08

1  **A.**   This is a medical article from a scientific journal.

2  Specifically, I believe this one was published by the American

3  Heart Association.

4  **Q.**   What date was that published?

5  **A.**   This is for 2017.

6  **Q.**   Can you read the first sentence there, highlighted, under

7  rivaroxaban, which is Xarelto.

8  **A.**   Yes.  "At present there are no U.S. Food and Drug

9  Administration-approved assays or calibration reagents to

10  measure the effect of direct oral factor Xa inhibitors."

11  **Q.**   What does the last sentence say about NOAC agents?

12  **A.**   "Not in a manner that allows for predictable and

13  quantitative measurements."

14  **Q.**   In your experience at UMMC, is Neoplastin PT used to

15  measure the concentration of Xarelto in someone's blood?

16  **A.**   I'm not sure which reagent -- that would be called a

17  reagent.  Which type of PT test, I'm not sure which type we use

18  at the university.

19  **Q.**   How long has Xarelto been approved for the treatment of

20  DVT?

21  **A.**   For DVT treatment, about five years, I believe.

22  **Q.**   In your opinion and experience, Dr. Haynes, if PT were a

23  helpful test for Xarelto, would organizations like the Chest

24  association have adopted guidelines to recommend its use?

25  **A.**   Yes.

DEMONDES HAYNES - DIRECT

02:10

1          MR. HONNOLD:  I object.

2          THE COURT:  I sustain the objection.  He is not

3    qualified to answer that.

4    BY MS. PRUITT:

5    Q.   Have you seen articles and literature that indicated that

6    the use of PT could, in fact, be harmful to some patients

7    taking Xarelto or other DOACs?

8    A.   Yes.  I've seen literature that states that -- as a matter

9    of fact, Mr. Gosselin, I believe, who is here, has published

10   some articles.  I've looked at some of his articles that say

11   particularly that, that laboratory personnel should do a better

12   job of warning physicians about the potential danger of

13   monitoring or treating patients based on PT results on patients

14   who are taking Xarelto or other DOACs.

15   Q.   After your deposition was taken in this case, it was

16   discovered that Ms. Mingo's PT test was done in a laboratory

17   using the Neoplastin reagent.

18          Does that affect your opinion in any way in this

19   case?

20   A.   No, it does not.

21   Q.   Can you tell the jury why.

22   A.   As I mentioned, Neoplastin or any other PT is not

23   approved, it's not recommended by the authorities we have

24   talked about already.  As you see there from that article we

25   just referenced, there -- this was this year -- there are no

## DEMONDES HAYNES - DIRECT

02:11

1  approved tests that we would use to make clinical decisions on

2  patients.

3  **Q.**   Are you familiar with the Neoplastin label?

4  **A.**   I am.

5  **Q.**   Were you given the information that Ms. Mingo had a PT

6  measured using Neoplastin?

7  **A.**   I was, after my deposition.

8  **Q.**   Did you look at the Neoplastin label?

9  **A.**   Yes, I did.

10        **MS. PRUITT:**  Can we pull up DX 49, please.

11 **BY MS. PRUITT:**

12 **Q.**   Is Neoplastin, in your opinion or in your experience,

13 Doctor, a medical device?

14 **A.**   Yes, it is.

15 **Q.**   In your experience, is a medical device subject to FDA

16 approval?

17 **A.**   As far as I know, they are.

18        **MS. PRUITT:**  Let's pull up Slide 84, please, of the

19 label.

20 **BY MS. PRUITT:**

21 **Q.**   Did you help prepare a slide about a section of the

22 Neoplastin label that you would like to discuss with the jury?

23 **A.**   Yes, I did.

24 **Q.**   Can you tell them what about this section in the

25 Neoplastin label was important to you.

02:12

1   A.   This is from the drug label for Neoplastin or from the

2   package insert for the test with Neoplastin.  It's talking

3   about the prothrombin time, of this PT you have heard us

4   talking about.

5         It measures, as a whole, the activity of certain

6   clotting factors in the blood.  And specifically it's looking

7   at those here that we call II, V, VII, X, and I.

8         It says the things that can cause the PT to be longer

9   than what you would expect or longer than the recommended

10  range.  There are a lot of things where patients will have some

11  general disorders.  You may hear patients having something

12  called hemophilia, bleeding disorders.  So that's what it's

13  talking about, congenital or acquired deficiencies.

14        Most commonly here the indication -- liver failure is

15  the one that's listed.  But also the main reason that we use

16  the PT test -- or one of the main reasons -- will be in

17  treating patients who are on a vitamin K antagonist.  And a

18  vitamin K antagonist is Coumadin or warfarin.

19        MS. PRUITT:  Can we pull up Slide 83, please.

20  BY MS. PRUITT:

21  Q.   This is the second paragraph of the summary and

22  explanation.  This is what you were just discussing; is that

23  right?

24  A.   That's correct.

25  Q.   When you are using this with a vitamin K antagonist, what

DEMONDES HAYNES - DIRECT

02:14

1   does this label suggest about why that's essential?

2   **A.**   So it's commonly used -- what it's saying here, it's

3   essential, because when you are using a vitamin K antagonist

4   like Coumadin, the PT/INR -- INR, if you haven't heard that

5   term yet, is the international normalized ratio -- is really

6   what we are following when you order those tests together, the

7   PT/INR.  And to know the range for those patients, because of

8   all the factors that Coumadin works on, this test is useful

9   when you are looking at patients in Coumadin therapy.

10  **Q.**   Coumadin or warfarin, does it have a therapeutic range you

11  are able to look at when you use this Neoplastin test?

12  **A.**   Yes, it does.

13  **Q.**   Do any of the NOACs have a therapeutic range established?

14  **A.**   No, there are no therapeutic ranges for PT established for

15  any of those drugs.

16  **Q.**   Why would there not be a therapeutic range?  Because it

17  has something to do with the mechanism of action?

18  **A.**   Yes.  One of the great things about these newer drugs is

19  they don't act by all of these factors.  There's one particular

20  factor they act with, which is factor X that you see here.

21       But Coumadin unfortunately acts on a lot of different

22  factors.  But the newer drugs, thank goodness, only act on one

23  of those factors to cause a blood-thinning process.

24  **Q.**   In reading this Neoplastin label, did you see any mention

25  of using Neoplastin to measure Xarelto?

DEMONDES HAYNES - DIRECT

02:15

1  A.   No, that's not in the label.

2  Q.   In reading the label, did you see any discussion of how

3  long Xarelto prolongs a patient's PT?

4  A.   No, that's not in there.

5  Q.   Is this evidence from the Neoplastin label consistent with

6  your opinion that PT Neoplastin is not clinically useful or

7  particularly helpful in treating patients taking Xarelto?

8  A.   Yes.  It's consistent with the data from the literature

9  and also with our experience -- in my experience of treating

10  patients with blood clots.

11  Q.   Let's talk about after Ms. Mingo's hip surgery.  What

12  types of anticoagulants were given to her after she had her hip

13  surgery?

14  A.   I believe she received a 10-milligram -- or loading --

15  dose of Coumadin.  Also -- I have to look, but I believe one or

16  two injections of Lovenox, and then she was changed to Xarelto.

17  Q.   I'm talking about after her hip surgery, not after the

18  blood clot.

19  A.   Not after her clot.  Sorry.

20       After her hip surgery she received Lovenox while she

21  was in the hospital, and I believe she transitioned to aspirin.

22  Q.   Do you recall how many days she received Lovenox?

23  A.   She was in the hospital -- I would have to look and see --

24  I believe about three days, and then an additional seven days

25  when she went home, she took the Lovenox.

DEMONDES HAYNES - DIRECT

02:16

1  **Q.**   And then transitioned to what milligram of aspirin?

2  **A.**   325 milligrams.

3  **Q.**   Is Coumadin the same thing as warfarin?

4  **A.**   It is.

5  **Q.**   Can you tell the jury how Coumadin is used to treat DVT in

6  patients.

7  **A.**   Yes.  So if you are using Coumadin in a patient, we

8  overlap it with a heparin or a Lovenox drug if you are treating

9  a DVT.  So you start Coumadin, and at the same time you would

10 start one of the other blood thinners, the Lovenox or the

11 heparin.

12 **Q.**   That's an option, still, today to treat a DVT; isn't that

13 right?

14 **A.**   It is, yes.

15 **Q.**   Do some doctors still treat DVTs with Coumadin and

16 Lovenox?

17 **A.**   Yes, some of them do.

18 **Q.**   Why is it, Doctor, that you don't prescribe as much of

19 that older standard therapy now as you once did?

20 **A.**   The good thing is, in the patients that I have treated, we

21 wanted something better.  The NOACs have come along.  So it's

22 better for us because it's easier for patients to use because

23 they are taking Xarelto or a drug like that once a day.

24 Coumadin is a once-a-day drug, but it has a lot of drug

25 interactions.  It has a lot of interactions with patients in

DEMONDES HAYNES - DIRECT

1    their dietary needs.

2            So if we are treating someone with Coumadin, I have

3    to tell them, "Don't eat greens.  If you like greens, you have

4    to eat them the same day every week and really the same time of

5    day because they can affect how the Coumadin works in the

6    blood."

7            If they are taking antibiotics, that affects how

8    thick or thin the blood will be with Coumadin and a lot of

9    other drug interactions.  I have seen a lot less bleeding in

10   the patients on the newer drugs as well, compared to Coumadin.

11   **Q.**   Can you describe for the jury what your experience has

12   been with watching and following patients that are being

13   managed on Coumadin or warfarin.

14   **A.**   It's very difficult.  It's difficult for the patients;

15   it's difficult for us.  The patients have to -- we have what we

16   call a coag clinic.  The clinic is just set up for patients to

17   come in and have their PT/INR checked with the Coumadin

18   therapy.

19           When we first start, we have to check it daily until

20   they get to the range we want them.  Then we have to have it

21   checked weekly.  Once they have been what we call stable or in

22   that range for two weeks in a row, we could potentially go to

23   doing it once a month.  But any time I give a patient an

24   antibiotic, any time they take various other medications, any

25   time they want to change up how they are eating their greens or

**DEMONDES HAYNES - DIRECT**

02:19

1  their salads or their spinach, it could really affect how thick

2  or thin the blood is.  They will have to get those tests done a

3  lot more routinely and a lot more often with Coumadin therapy.

4  **Q.**   Will you compare that for the jury as to how you would --

5  compared to what you just described about patients using a

6  DOAC, either Xarelto or Eliquis, since that's what you

7  prescribed, how do those patients -- how are they managed?

8  **A.**   That's the good thing about these drugs.  Xarelto is once

9  a day, Eliquis is twice a day.  We put these patients on the

10  drugs, and there's not a set, routine need for monitoring, for

11  them to have to come to that clinic.  I don't have to tell

12  them, "You can't eat your greens or your salad or your

13  spinach."

14         If I put them on an antibiotic for a bladder

15  infection or an upper respiratory infection or a sinus

16  infection, I don't have to worry about sending them back to the

17  Coumadin clinic or the coagulation clinic to have their levels

18  checked.

19  **Q.**   Is that why there's so many different doses of Coumadin?

20  Because they have to be monitored so frequently?

21  **A.**   Yes.  The doses for Coumadin range from 1-milligram all

22  the way up to 10-milligram.  You can have one patient who's on

23  Coumadin, 5 milligrams, say, on Tuesday, Thursday, and

24  Saturday.  They may be on 2 1/2 milligrams on Monday,

25  Wednesday, and Friday.  They might be on 4 milligrams on

DEMONDES HAYNES - DIRECT

02:20

1    Sunday.

2           There's so many different doses because it takes so

3    much manipulation to get the range where you want it to be

4    because of all those interactions.

5    Q.   Have you had that same experience when you prescribe

6    patients and follow patients who are taking either Xarelto or

7    Eliquis?

8    A.   No, not at all.  The good thing about those drugs is they

9    are fixed doses.  Whether it's once a day or a twice a day,

10   they are fixed doses that act for patients, they treat the

11   patients, and we don't have to worry about having to take a

12   different dose on multiple days of the week that could really

13   be confusing the patients.

14   Q.   In prescribing Coumadin and then the DOACs for patients as

15   anticoagulants, are you familiar with the concept of a narrow

16   therapeutic index?

17   A.   Yes, I am.

18   Q.   Can you tell the jury what the definition of "narrow

19   therapeutic index" is.

20   A.   When you hear that term, it's usually a drug like Coumadin

21   that can have a lot of interactions with patients.  The dosing

22   of the medication can cause the range to really vary.  So you

23   really have to follow it closely when it says "narrow

24   therapeutic index" because of potential interactions, potential

25   for the blood to be too thin or too thick with that medication.

DEMONDES HAYNES - DIRECT

02:21

1          MS. PRUITT:  Pull up Slide 17, please.

2   BY MS. PRUITT:

3   Q.    This is the Coumadin label.  Does the Coumadin label

4   describe what type of therapeutic range it has?

5   A.    It does.  It says Coumadin is a narrow therapeutic drug.

6   Q.    Is that the reason that you have to monitor it in that

7   clinic you were describing?

8   A.    This is the exact reason we were talking about, why you

9   have to monitor it.  You could also see in there it's talking

10  about it's affected by other drugs.  That dietary vitamin K,

11  that's what I was talking about -- the greens, the spinach, the

12  salads, those kind of things -- that's what dietary vitamin K

13  is.

14  Q.    Do any of the labels for the DOACs suggest that the DOACs

15  have a narrow therapeutic range?

16  A.    No, none of those labels do.

17  Q.    Based on your experience in watching patients taking

18  Coumadin versus a DOAC, do the DOACs have a narrow therapeutic

19  range?

20  A.    Oh, no.  They have a wide therapeutic range.  That's why

21  they are, as I said, given in fixed doses.  They don't have

22  these numerous potential drug interactions.  There's no

23  restriction with the patients.  They can eat what they want to

24  eat.  They don't have to go to the clinics as often as we were

25  talking about to have any of the lab work done.

DEMONDES HAYNES - DIRECT

02:22

1    Q.   Have you reviewed the literature on the DOACs and whether
2    they have a wide therapeutic range or a narrow therapeutic
3    range?
4    A.   Yes, I have.
5    Q.   Can you describe for the jury what the literature says
6    about that.
7    A.   Yes.  The literature says that the DOACs -- drugs like
8    Xarelto and Eliquis and Savaysa -- have a wide therapeutic
9    range.
10   Q.   In your clinical practice, Dr. Haynes, what is the biggest
11   risk for the old standard therapy of Coumadin that you have
12   seen?
13   A.   The biggest risk we see is bleeding.
14   Q.   Describe for the jury, in your experience treating
15   patients on Coumadin and watching patients taking the DOACs,
16   what is the difference that you see in your clinical practice
17   with bleeding?
18   A.   In my practice, taking care of patients that we talk about
19   who come in on blood thinners, we have seen less bleeding with
20   the DOACs than we have with patients who have been taking
21   Coumadin.
22   Q.   In your opinion, Doctor, have the DOACs, including
23   Xarelto, been an important treatment option for patients?
24   A.   Oh, they have been very important for the patients, in my
25   opinion, as well as for us and the physicians who prescribe

DEMONDES HAYNES - DIRECT

02:24   1   medications and who treat blood clots.

2   **Q.**   Do you agree, Dr. Haynes, with Dr. Jordon's decision to

3   prescribe Xarelto to Ms. Mingo?

4   **A.**   Yes, I do.

5   **Q.**   Would you have done anything differently if it was you

6   treating Ms. Mingo for that DVT?

7           **MR. HONNOLD:**   Can I object, Your Honor, and approach

8   briefly?

9           (The following proceedings were held at the bench.)

10          **MR. HONNOLD:**   Judge, I object to the relevance of the

11  personal practice standard.  I don't think that's a relevance

12  standard in this situation in terms of what his personal

13  practice habits are.  It's not relevant.

14          **THE COURT:**   Make your objections.  I'll rule on them.

15  Make it right now.

16          (End of bench conference.)

17          **MR. HONNOLD:**   Relevancy.  Personal practice is

18  irrelevant in a case like this.

19          **MS. PRUITT:**   Your Honor, I can ask him a

20  hypothetical.

21          **THE COURT:**   Ask him a hypothetical.

22  **BY MS. PRUITT:**

23  **Q.**   If you had a patient who came to you that had the same

24  signs and symptoms as Ms. Mingo, would you have prescribed

25  Xarelto for her?

**DEMONDES HAYNES - DIRECT**

02:25

1   **A.**   Yes, I would.

2   **Q.**   Would you have prescribed it for 21 days?

3   **A.**   Yes, I would have.

4   **Q.**   15 milligrams twice a day?

5   **A.**   Yes, I would have.

6   **Q.**   For how long a period of time -- then you would have

7   transitioned it; is that right?

8   **A.**   I would have.

9   **Q.**   Transitioned it to a single dose a day?

10  **A.**   I would.   20 milligrams once daily.

11  **Q.**   For how long?

12  **A.**   For at least three months.

13  **Q.**   Is it a matter of medical judgment as to how long you have

14  to continue someone on a DOAC that had a DVT like Ms. Mingo's?

15  **A.**   A matter of judgment if you are going to go longer than

16  three months.   The recommended is a minimum of three months

17  because the highest risk of recurrent clots or clots breaking

18  off and getting worse are highest within those first three

19  months.

20        We used to treat people with six months of therapy.

21  And then more data came out that said three months is just as

22  good as six.   That judgment of going more than three months

23  would be a matter of medical judgment.

24  **Q.**   You have reviewed Ms. Mingo's medical records, correct?

25  **A.**   Yes, I have.

02:26

1   **Q.**   You have looked at her lab values, haven't you?

2   **A.**   Yes, I have.

3   **Q.**   You saw that she had a PT lab value of 23.6 seconds on the

4   24th, right?

5   **A.**   I did.

6   **Q.**   If you had a patient that came in with a lab value of PT

7   at 23.6 on the 24th, would you take them off of the Xarelto

8   medication?

9   **A.**   Absolutely not.  We know she had a blood clot that was

10   discovered by the ultrasound, as we mentioned.  She is at

11   extremely high risk because of the recent surgery and the other

12   factors we have mentioned.

13        The thing we are trying to prevent is the reason we

14   are giving her the blood thinner.  I definitely wouldn't take

15   her off of her Xarelto due to a lab value that we don't use

16   when we are clinically managing patients.

17   **Q.**   Now, I want to change topics for just a moment and go to

18   GI bleeding.

19        In your experience, have you seen patients with

20   gastrointestinal bleeds who are not taking an anticoagulant?

21   **A.**   Yes.  We see that all the time.

22   **Q.**   Can you give the jury any kind of a percentage as to how

23   many GI bleeds you see in any given week or month?

24   **A.**   Oh, that's interesting.  Sometimes they come in -- when

25   I'm on the ICU service, as I mentioned, those patients are

02:27

1    admitted to my service.  So sometimes I will see two or three a

2    day, three or four a day.  It can really vary, depending on

3    what's happening.  So there's some weeks we can have several a

4    day, some which we have none, though we see them routinely.

5    **Q.**   Those people that you see coming in with GI bleeds, are

6    most of those people taking anticoagulants?

7    **A.**   I would say most of them.  We see some that come in and

8    have bleeding that are not on blood thinners.

9    **Q.**   In your opinion, Doctor, what is the most common cause of

10   GI bleeding that you see in your practice?

11   **A.**   The most common cause I see for GI bleeding, the reason is

12   gastric ulcers or what some people call peptic ulcer disease.

13   **Q.**   So in your practice, GI bleeding is common in patients who

14   have ulcers?

15            **MR. HONNOLD:**  I object to the form, Your Honor.

16   Leading.

17            **THE COURT:**  Sustained.

18   BY MS. PRUITT:

19   **Q.**   What is the most common cause of the GI bleeding that you

20   see?

21   **A.**   The bleeding ulcers.

22   **Q.**   And is that true even if they are not taking any

23   anticoagulant?

24   **A.**   It is.

25   **Q.**   Is GI bleeding, in your experience, common in patients who

DEMONDES HAYNES - DIRECT

02:28

1    have ulcers and take aspirin?

2    A.    Yes, it is.

3    Q.    And is that true when those patients aren't -- are not

4    taking anticoagulants?

5    A.    Yes, it is.

6    Q.    Did you see in Ms. Mingo's medical records that -- when

7    she was discharged from the hospital, what did they tell her

8    with regard to aspirin?

9    A.    When she started her Xarelto?

10   Q.    Yes, sir.

11   A.    I believe there was a discharge order from Dr. Jordon or

12   whoever discharged her that said to discontinue the aspirin

13   use.

14            MS. PRUITT:  Can you pull up Slide 114, please.

15   BY MS. PRUITT:

16   Q.    Is this the record to which you are referring, Doctor?

17   A.    Yes, it is.

18   Q.    And what does it suggest in the discharge instructions?

19   A.    It says "Stop taking these medications," and it's aspirin,

20   325, by mouth every day.

21   Q.    Did you also find medical records, Dr. Haynes, that

22   indicated that she had resumed taking aspirin at 325 milligrams

23   a day right after this discharge?

24   A.    I did.

25   Q.    The jury has heard that the label warns about taking

DEMONDES HAYNES - DIRECT

02:29

1  aspirin with Xarelto.  Based on your education, training, and

2  experience, is aspirin an independent risk factor for GI

3  bleeding?

4  A.    Oh, yes.  We know that from data; we know that from our

5  patient experience when we are taking care of patients.

6  Q.    What do you do as a practitioner if you are going to be

7  prescribing Xarelto to someone who is also taking aspirin?

8  A.    So my practice is, when I'm taking care of these patients

9  who have clots, once I start them on a blood thinner,

10  particularly Xarelto, Eliquis, or any of the blood thinners,

11  actually, then I usually will tell them, "Stop your aspirin

12  therapy."

13  Q.    When you are treating patients with GI bleeds who have

14  ulcers -- well, first of all, the jury has heard from one

15  witness that it's uncommon for patients with ulcers who are

16  taking aspirin to have GI bleeds.

17         Is that consistent with your experience?

18  A.    No, not at all.

19  Q.    What is your experience?

20  A.    We see it commonly, like I said, on most patients that we

21  admit to the ICU that are not on blood thinners, that come in

22  with ulcers from aspirin or other drugs like that that cause

23  the ulcer and they have bleeding from it.

24  Q.    Does aspirin actually cause deterioration of the stomach

25  lining?

DEMONDES HAYNES - DIRECT

02:30

1  **A.**   Oh, yes, it does.

2  **Q.**   In your experience and based on your education, do the

3  anticoagulants like Xarelto cause any damage to the lining of

4  the GI tract?

5  **A.**   No.  I don't think there's any mechanism by -- that these

6  drugs can cause damage to the lining of the GI tract.

7  **Q.**   Do you see more bleeding ulcers in patients using aspirin

8  or patients using anticoagulants?

9  **A.**   You know, we see a lot of them that come in that are not

10 using anticoagulants.  So if I had to pick more -- I might say

11 aspirin just because we are not seeing as much bleeding from

12 anticoagulants with the advent and the use of the DOACs now.

13 **Q.**   In your medical opinion and based on your experience, what

14 was the likely cause of Ms. Mingo's ulcer that bled?

15 **A.**   The cause of her ulcer was the aspirin, but she also was

16 taking, throughout her medical records that I reviewed, some

17 other medicines that can cause the stomach lining to be broke

18 down.  Something we call NSAIDs -- that's all caps,

19 N-S-A-I-D-s -- stands for nonsteroidal anti-inflammatory

20 medicine.

21        So we know from her medical record that she had a

22 long history of hip pain, which led to her hip replacement

23 surgery.  But she had taken several, in the record, something

24 called Naprosyn, something called Mobic, Naprelan,

25 N-A-P-R-E-L-A-N, several different ones that we saw in her

02:32

1  medical record that she had taken over the years.  So all those

2  drugs can cause breakdown of the stomach lining, which would

3  cause ulcers.

4  **Q.**  Did you find information in her medical records about when

5  those were prescribed?

6  **A.**  I did.

7  **Q.**  And did you also look at pharmaceutical -- pharmacy

8  records to see about those prescriptions?

9  **A.**  I did.

10 **Q.**  And did the pharmacy records suggest that some of those

11 NSAID prescriptions had been filled?

12 **A.**  Yes, they did.

13 **Q.**  And she wasn't taking NSAIDs at the time that she was

14 diagnosed with a stomach ulcer?

15 **A.**  No, she wasn't.

16 **Q.**  So the damage you are talking about can occur over a long

17 period of time?

18 **A.**  Oh, yes.  You know, she had taken them over the years.

19 Aspirin she had for sure been taking for many years, but the

20 others she was not taking at that time, but she had taken them

21 previously.

22        And we know from, just like the patients that we take

23 care of every day, a lot of patients have aches and pains,

24 right, a lot of us do, and a lot of people take BC powders and

25 Goody powders and ibuprofen and Motrin for their pain.  And we

02:33

1  know over the years, even if you're not taking them at the

2  time, those things can break down the lining of the stomach and

3  can cause an ulcer.

4  Q.   Dr. Rinder said he ruled out aspirin as having any

5  significant effect in causing or contributing to Ms. Mingo's

6  bleed.  Do you agree?

7  A.   I disagree with that.  I'm not sure how he said that or

8  why he said that.  A couple reasons.  As we said, we know

9  aspirin can cause ulcers.  He said that as well; he knows that

10  aspirin can cause ulcers.

11       Additionally, we know from data that aspirin use

12  along with -- by itself can cause bleeding, but for sure any

13  blood thinners can cause it.  And if we are talking

14  specifically about Xarelto, it says in the label as well about

15  using drugs like aspirin, that they could potentially increase

16  the risk of bleeding when you are already taking a blood

17  thinner.

18  Q.   In your opinion, Doctor, what was the cause of Ms. Mingo's

19  GI bleed?

20  A.   Her cause was her gastric ulcer.

21  Q.   In your opinion, was Ms. Mingo's ulcer that bled a

22  preexisting GI pathology?

23  A.   Oh, yes, it was there before.  It's not something that

24  developed right then.

25  Q.   In your opinion, Doctor, when a patient has an oozing

DEMONDES HAYNES - DIRECT

02:34

1   ulcer, will any anticoagulant medication increase the risk of
2   an ulcer bleeding more due to the fact that the anticoagulants
3   slow down the clotting process?
4   A.   Yes, that's what blood thinners do, right, they thin your
5   blood, prevent you from forming clots just regularly.  So if
6   you already have an ulcer, and particularly if your ulcer was
7   oozing, then giving any blood thinners, Xarelto or any of the
8   other blood thinners -- Coumadin, Eliquis, any of them -- could
9   increase your risk of bleeding more from that ulcer because the
10  blood thinners are doing their job.
11  Q.   I was just going to ask you if that was true for warfarin,
12  Eliquis, Pradaxa, and Savaysa, but you just answered my
13  question.
14  A.   For all those.
15  Q.   Now, in getting ready to talk to the jury about this case,
16  did you look at the studies that have been done by Bayer and
17  Janssen concerning people who have deep vein thrombosis and
18  what the studies revealed about efficacy and safety?
19  A.   I did.
20            MS. PRUITT:  Let's look at DX 2353, please.
21  BY MS. PRUITT:
22  Q.   Is this one of the main publications from the EINSTEIN
23  study, Dr. Haynes?
24  A.   Yes.  This is an article published by Prins, P-R-I-N-S,
25  and it's talking about data from the large studies in patients

02:35

1  who were treated with Xarelto that had DVT or PE.

2  **Q.**   What journal was this study published in?

3  **A.**   This is in *Thrombosis Journal*.

4  **Q.**   Is that a respected journal, in your opinion, that doctors

5  review and rely on for treatment of patients?

6  **A.**   Yes, I believe it is.

7         **MS. PRUITT:**  Can we pull up Slide 3, please.

8  **BY MS. PRUITT:**

9  **Q.**   This is the conclusion of the study for the jury to look

10  at.  Could you discuss or read for the jury what the conclusion

11  was of the study.

12  **A.**   So this is directly from this article.

13         "Conclusion:  The single drug approach with

14  rivaroxaban" -- which is Xarelto -- "resulted in similar

15  efficacy" -- which means how well it worked -- "to standard

16  therapy and was associated with significantly lower rate of

17  bleeding" -- "lower rate of major bleeding."

18  **Q.**   And what does "similar efficacy" mean?

19  **A.**   So to us, when we are reading these articles, "similar

20  efficacy" means it works just as well.

21  **Q.**   Are you familiar with the data looking at the safety

22  issues concerning this drug in these types of patients?

23  **A.**   Yes, I am.

24  **Q.**   Is major bleeding, in your opinion, Dr. Haynes,

25  characterized as the most worrying kind of bleeding for a

DEMONDES HAYNES - DIRECT

02:37  1  patient treated with anticoagulants?

2  **A.**   Yes.  You know, we worry about any type of bleeding, but

3  major bleeding are the things that we would be the most

4  concerned about.

5  **Q.**   Was Xarelto associated with a significantly lower rate of

6  major bleeding compared to the standard treatment of Coumadin

7  and Lovenox?

8  **A.**   Yes, it was.

9           **MS. PRUITT:**  Can we pull up Slide 128, please.

10  **BY MS. PRUITT:**

11  **Q.**   Can you tell the jury -- you don't have a laser pointer,

12  but can you describe for them what this table reveals to you

13  about the risk of major bleeding with Xarelto compared to

14  standard therapy.

15  **A.**   So if you will look just at the highlighted portion -- we

16  could go through all of it, but really when it says over there,

17  "EINSTEIN pooled data," that means it's from both of those

18  studies of blood clots and -- blood clots in the legs and blood

19  clots in the lung.  So that's the EINSTEIN data.

20           Rivaroxaban, which is Xarelto, you see how many

21  patients were in it and how many patients received the standard

22  therapy, which was Lovenox and Coumadin.

23           And there's some numbers there.  And if you look at

24  the major bleeding events, the good news is it was decreased

25  from 72 to 40 with those patients who were on Xarelto; and the

02:38

1  fatal bleeding, which of course is important to us as well, was

2  decreased from 8 to 3.

3          And then the nonfatal at a critical site.  So

4  bleeding in the eye or bleeding in other organs that didn't

5  cause someone to die, then that was decreased from 27 to 10 in

6  those patients who were taking Xarelto.

7  Q.   If you were going to convert this to a percentage for any

8  major bleeding, would it be correct to take the number of

9  bleeds and divide it by the total number of patients that were

10  looked at?

11  A.   That's correct.

12  Q.   And when you do that -- can we pull up Slide 141 -- can

13  you describe for the jury what percentage of patients in this

14  study had major bleeding that were taking Xarelto.

15  A.   Yes.  99 percent of the patients in this study who were

16  taking Xarelto did not have a major bleed.

17  Q.   In the EINSTEIN study, is it your understanding that the

18  patients taking warfarin or Coumadin were monitored and had the

19  dose adjustments to stay in the therapeutic range for warfarin?

20  A.   Yes, that's correct.

21  Q.   And they weren't doing that if they were taking Xarelto,

22  were they?

23  A.   No, they were not.

24  Q.   In the EINSTEIN study, were any of the patients' doses of

25  Xarelto changed or stopped based on a PT test?

1899

**DEMONDES HAYNES - DIRECT**

02:39

1    **A.**    Oh, no, they were not.

2    **Q.**    So they all continued to take the medication?

3    **A.**    Yes, they did.

4    **Q.**    And then in this study that compared those two

5    populations, monitored warfarin and unmonitored Xarelto,

6    Xarelto still worked as well; is that right?

7    **A.**    It did.

8    **Q.**    And Xarelto still had a safer profile on bleeding, major

9    bleeding?

10   **A.**    It did.

11   **Q.**    Did you help me prepare, Dr. Haynes, some slides that

12   compared the data, some other, different data in the EINSTEIN

13   studies?

14   **A.**    Yes, I did.

15        **MS. PRUITT:**  Can you pull up Slide 4, please.

16   **BY MS. PRUITT:**

17   **Q.**    This is a slide concerning the benefit in the same study.

18   Can you describe for the jury what this slide demonstrates.

19   **A.**    So this is from the EINSTEIN-DVT study, the one that was

20   just on patients who have clots in the legs.  And the standard

21   therapy, as you see there, was Coumadin and Lovenox, and then

22   you have Xarelto on the left in purple.

23        What it did was the efficacy -- excuse me -- is what

24   this one was looking at, recurrent or having other clots.  And

25   with the standard therapy at the time of Lovenox and Coumadin,

**DEMONDES HAYNES - DIRECT**

02:40

1   it was 3 percent efficacious, meaning that it worked; and in

2   Xarelto it worked 2.1 percent of the time.  So it was as

3   efficacious.  It was 2.1 percent compared to 3.

4            MS. PRUITT:  Can we pull up Slide 6.

5   BY MS. PRUITT:

6   Q.   What did the EINSTEIN-DVT talk about -- what did it show

7   about less major bleeding?

8   A.   So this shows the less major bleeding with the Xarelto

9   patients, .8 percent, compared to those on the standard therapy

10  had 1.2 percent.

11           MS. PRUITT:  Can we pull up Slide 7 now.

12  BY MS. PRUITT:

13  Q.   Slide 7 is a pooled analysis of data.  What does that

14  consist of?

15  A.   So this is the data from both of those studies.  They are

16  both called EINSTEIN.  One was with DVT and one was with --

17  with PE with or without DVT.  And again, looking at major

18  bleeding in those patients, it was less than the Xarelto group,

19  1 percent versus 1.7 in the Coumadin and Lovenox group.

20  Q.   Let's talk specifically about what the EINSTEIN study

21  showed about gastrointestinal bleeding.

22           MS. PRUITT:  Can we pull up Slide 104, please.

23  BY MS. PRUITT:

24  Q.   First of all, is this the pooled analysis?

25  A.   This is from both of those studies that we talked about.

DEMONDES HAYNES - DIRECT

02:42

1  **Q.**   And about how many patients were involved in the pooled
2  analysis?
3  **A.**   Oh, I believe it was about 8400, more or less.
4  **Q.**   And what does this slide -- what do you want to tell the
5  jury about the percentages of gastroenterologist bleeding?
6  **A.**   So this is looking at GI bleeding, like what Ms. Mingo
7  had, and the standard therapy of Coumadin and Lovenox in this
8  data.  .63 percent of them bled, and the Xarelto data, only .36
9  of those had GI bleeds.
10 **Q.**   Is there any indication in the -- well, first of all, was
11 the EINSTEIN study for DVT and PE the largest study that's been
12 done on DOACs in patients that have those conditions?
13 **A.**   Yes, in patients who have DVT and PE, it is.
14 **Q.**   So it's larger than the studies for the other DOACs?
15 **A.**   Yes.
16 **Q.**   Is there any indication, based on this study, that there
17 was a higher risk of GI bleeding than if Ms. Mingo had been
18 taking the Coumadin or warfarin?
19 **A.**   Well, based on this data, it's definitely not.  It
20 actually shows less bleeding with Xarelto than with Coumadin
21 and warfarin.
22 **Q.**   Now, let's look at what that study showed about the first
23 21 days of taking the medication.
24          **MS. PRUITT:**  Can we pull up Slide 11.
25

DEMONDES HAYNES - DIRECT

02:43

1  BY MS. PRUITT:

2  Q.   What was the dosage of medication in this study for these

3  patients?

4  A.   So for Xarelto, they were taking 15 milligrams twice a

5  day, like Ms. Mingo was taking when she had her clot.  And in

6  the standard therapy, they were taking Coumadin and Lovenox.

7  Q.   And what does this data indicate that patients like

8  Ms. Mingo -- what does it indicate about the risk of major

9  bleeding when taking 15 milligrams twice daily for 21 days?

10  A.   Well, it really says that the risk was cut in half.  You

11  go from .8 percent to .4 percent.

12  Q.   Now, let's talk about what the ultimate conclusion was in

13  the EINSTEIN study.

14          MS. PRUITT:  Can we pull up Slide 30.

15  BY MS. PRUITT:

16  Q.   What did the EINSTEIN study find when they combined the

17  DVTs, the PEs, and major bleeds into one overall finding?

18  A.   So what this says is the composite of recurrent DVT --

19  recurrent VTE -- that's looking at PVT and PE -- and major

20  bleeding.

21          So when we look at the risk/benefit, a lot of people

22  will talk about what's the net clinical benefit.  So it says:

23  "The net clinical benefit from these studies was significantly

24  improved in patients treated with rivaroxaban," which is

25  Xarelto.

**DEMONDES HAYNES - DIRECT**

02:44

1   **Q.**   And how does this data and these findings compare to the

2   current Chest Association guidelines?

3   **A.**   It's right in keeping with the Chest Association

4   guidelines.  They have a similar statement, if not almost the

5   exact statement, when recommending blood thinners to patients

6   who have blood clots.

7   **Q.**   Based on your treating of patients that have DVT and

8   pulmonary embolism, do you find this data reassuring in making

9   your decisions?

10   **A.**   Yes, this is very reassuring.  It's in keeping in with

11   what we have seen in treating our patients, and the data

12   support what we have been doing and what we see.

13   **Q.**   Now, I need to change topics for just a moment.  The jury

14   has heard some information about PT.  It was taken on

15   January -- the lab was drawn on January 24, and the PT was

16   23.6.  Do you recall that?

17   **A.**   I do.

18   **Q.**   In your experience, Doctor, prescribing Coumadin, does it

19   affect a patient's PT value?

20   **A.**   Yes, definitely.

21   **Q.**   And does the label for Coumadin tell doctors that it's

22   going to affect the PT value?

23   **A.**   It does.  It says we need to start checking that level

24   daily as we initiate therapy.

25   **Q.**   Now, when you start a patient on Coumadin, what dose do

DEMONDES HAYNES - DIRECT

02:45   1   you normally prescribe?

2   **A.**   Normally I prescribe 5 milligrams daily.

3   **Q.**   And have you seen patients where you have prescribed

4   5 milligrams of Coumadin, and a day or two later they have

5   significantly elevated PT levels?

6   **A.**   Oh, yes, definitely.

7   **Q.**   In your opinion, would a PT of 23.6 be unusual for a

8   patient after taking a single dose of Coumadin?

9   **A.**   No, it would not.

10   **Q.**   Now, you know from the medical records that Dr. Jordon

11   prescribed Ms. Mingo a 10-milligram dose of Coumadin after her

12   DVT when she was in the hospital, right?

13   **A.**   He did.

14   **Q.**   Would a PT of 23.6 be unusual for a patient after taking a

15   10-milligram dose of Coumadin?

16   **A.**   No, it would not.

17   **Q.**   And is a 10-milligram dose the highest dosage for

18   Coumadin?

19   **A.**   It is.

20   **Q.**   The jury has heard from Dr. Rinder, who said that the

21   Coumadin/warfarin had no effect on Ms. Mingo's PT of 23.6 that

22   was taken from her blood on January 24.  Do you agree with

23   that?

24   **A.**   I disagree with that.  And the data, even if you look at

25   the Xarelto label -- we talked about the Coumadin label.  The

DEMONDES HAYNES - DIRECT

02:47

1   Xarelto label says for sure a single dose of Coumadin along
2   with Xarelto can affect PT.  So I definitely disagree with
3   that.
4   **Q.**   Let's pull up that label that you referred to.  First of
5   all, let's look at Slide 22, please.
6           Does the top box there show all the different doses
7   available for Coumadin?
8   **A.**   It does, from 1 to 10.
9   **Q.**   And is 10 milligrams the highest dose?
10  **A.**   It is.
11  **Q.**   And what does the label itself talk about, the effect of
12  Coumadin on someone's PT?
13  **A.**   So it says:  "The anticoagulation effect generally occurs
14  within 24 hours after warfarin administration.  The peak
15  anticoagulation effect may be delayed 72 to 96 hours, but the
16  duration" -- which means how long the medicine acts -- "of a
17  single dose of warfarin can be from two to five days."
18  **Q.**   And when it says "the anticoagulation effect" there in the
19  first sentence, Doctor, for the jury, what does that mean?
20  **A.**   That means the PT/INR in these patients, because that's
21  how it was measured with Coumadin.
22  **Q.**   So the effect would be that it would make the PT higher?
23  **A.**   It would, yes.
24  **Q.**   Is PT, specifically PT that uses Neoplastin, used to
25  measure the anticoagulation effects of Coumadin?

DEMONDES HAYNES - DIRECT

02:48

1  A.   Yes.

2         MS. PRUITT:  Let's pull up Slide 23, please.

3  BY MS. PRUITT:

4  Q.   And is this in the Xarelto label, Doctor?

5  A.   Yes, this is directly from the Xarelto label that says:

6  "Single doses of warfarin and Xarelto resulted in an additive

7  effect on factor Xa inhibition and PT."

8  Q.   So in Ms. Mingo's case, did she have a single dose of

9  Coumadin?

10 A.   She did, 10 milligrams.

11 Q.   And then was she taking Xarelto right after that?

12 A.   She was.

13 Q.   So when they say it can result in an additive effect,

14 could the Coumadin involved have an effect on PT?

15 A.   I think this is exactly what it says.

16 Q.   Is there any way for you as a physician and in your

17 personal opinion, in your experience, to tell what Ms. Mingo's

18 PT would have been without the Coumadin she had taken?

19 A.   No, I don't think we can know that.

20 Q.   In your opinion, Doctor, would the 10 milligrams of

21 Coumadin she took the day before her PT test cause an increase

22 in her PT 32 hours after she took it?

23 A.   Yes, it can.

24         THE COURT:  Is that it?

25         MS. PRUITT:  No, Your Honor.  I'm trying to flip

DEMONDES HAYNES - DIRECT

02:49  1    through to make sure I don't repeat.

2    BY MS. PRUITT:

3    **Q.**   Were any patients in the EINSTEIN trial taking both

4    Coumadin and Xarelto at the same time?

5    **A.**   No, they were not.

6    **Q.**   Dr. Rinder talked about the ROCKET study related to atrial

7    fibrillation patients.  Were any of the patients in the ROCKET

8    study taking both Xarelto and Coumadin at the same time?

9    **A.**   No, they weren't.

10   **Q.**   Would it be scientifically accurate, in your opinion, to

11   compare the PT of a patient taking both Coumadin and Xarelto to

12   a group of patients who were taking only Xarelto?

13   **A.**   No, it would not.

14   **Q.**   The jury has heard a little bit about anti-factor Xa

15   assays.  First of all, just -- Dr. Parisian said that she was

16   certain that UMC had anti-factor Xa assays available to measure

17   Xarelto.  Will you explain to the jury what anti-factor Xa

18   assays are available at UMC.

19   **A.**   Yeah.  She was incorrect with that.  The only anti-Xa

20   assay that we have available at UMC is for heparin or

21   low-molecular-weight heparin, also called Lovenox.  There is

22   not one available for Xarelto or any of the DOACs at UMC.

23   **Q.**   To your knowledge, are there any FDA-approved

24   anti-factor Xa tests calibrated and controlled for use with

25   Xarelto available in the United States?

1908

02:51

1    A.   No, there are not.

2    Q.   Are there some laboratories that have anti-factor Xa tests

3    specific for Xarelto that can be used for research purposes?

4    A.   Yes, there are some labs who have that.

5    Q.   Could it be harmful, Doctor, for patients if you used an

6    anti-factor Xa test that had not been approved for use with

7    Xarelto?

8    A.   Definitely.

9              MR. HONNOLD:  Objection.  No foundation; it's

10   speculative.

11             THE COURT:  You have to lay some kind of foundation

12   for that.  I agree with that.

13   BY MS. PRUITT:

14   Q.   Are you familiar with the use of anti-factor Xa assays in

15   other anticoagulants?

16   A.   Yes, I am.

17   Q.   And what other anticoagulants do they use anti-factor Xa's

18   with?

19   A.   Most commonly now with Lovenox.

20   Q.   And do you do that at your hospital?

21   A.   We do.

22   Q.   Is that anti-factor Xa assay calibrated and controlled for

23   Lovenox?

24   A.   It is indeed.

25   Q.   If you don't have an anti-factor Xa assay that's

02:52

1    controlled and calibrated for a specific medicine, in your
2    experience, could that be dangerous to the patient?
3    A.    Yes.
4              MR. HONNOLD:  Same objection.  No foundation on this
5    issue of the correlation of those tests one way or the other.
6              THE COURT:  I'll let you bring that out on cross.
7              THE WITNESS:  Yes, it would be dangerous.  These
8    medications have to be calibrated for each individual
9    medication, meaning if you were using an anti-Xa assay for
10   Xarelto, it has to be created, calibrated, standardized for
11   that drug.  Then there has to be one for Eliquis.  Then there
12   has to be one for Savaysa.  There has to be one for Lovenox.
13             So you can't use a test that was created for a
14   different drug with that test and cross it with another test.
15   That would be dangerous to patients.
16   BY MS. PRUITT:
17   Q.    Do the Chest guidelines, Dr. Haynes, suggest that doctors
18   use an anti-factor Xa test for predicting bleeding risks in
19   patients on Xarelto or any other DOAC medications?
20   A.    It does not.
21   Q.    The jury has heard quite a bit about this idea of a
22   correlation between plasma concentration and PT.  Does a
23   correlation between plasma concentration and PT equal a
24   correlation with predicting who is going to bleed?
25   A.    Absolutely not.  That's not what any of the data from

**DEMONDES HAYNES - DIRECT**

02:53

1  EINSTEIN show.

2  **Q.**   Can you tell the jury what the difference is between a

3  correlation between plasma concentration and PT and predicting

4  the bleeding risk, please.

5  **A.**   So there's no correlation.  That means if you looked at

6  the PT level and the plasma concentration, you can't say this

7  person who had a plasma concentration and a higher PT is going

8  to bleed.  In the EINSTEIN data, which is the patients with the

9  DVT and PE, that data is not shown.

10  **Q.**   Now I want to talk just a little bit about the label.  You

11  have reviewed the Xarelto label, haven't you?

12  **A.**   Yes, I have.

13  **Q.**   Does the Xarelto label instruct and tell doctors about the

14  risk involved in that medication?

15  **A.**   Yes, it does.

16  **Q.**   Does it instruct and tell doctors about the bleeding risks

17  involved?

18  **A.**   Yes.  Risk of bleeding is mentioned on there numerous

19  times throughout the label.

20  **Q.**   Does it also instruct and tell doctors that when you are

21  prescribing the medication, that you're supposed to consider

22  the benefits and risks when you are making that decision,

23  depending upon what the patient's condition is?

24  **A.**   That's correct, it does.

25  **Q.**   Do all the anticoagulation medications, Doctor, have a

DEMONDES HAYNES - DIRECT

02:54   1   risk of bleeding?

2   A.   Absolutely, every last one of those do.

3        MS. PRUITT:  Can we call up Slide 34, please.

4   BY MS. PRUITT:

5   Q.   This is Section 5.2 of the label, "The risk of bleeding."

6   Can you read the second sentence there in the first paragraph.

7   A.   Yes.  "Xarelto increases the risk of bleeding and can

8   cause serious or fatal bleeding.  In deciding whether to

9   prescribe Xarelto to patients at increased risk of bleeding,

10  the risk of thrombotic events should be weighed against the

11  risk of bleeding."  Thrombotic events is talking about clots.

12  Q.   How do you, as a physician, weigh the risk of bleeding

13  against the risk of a thrombotic event, specifically for

14  someone who has a DVT?

15  A.   When I see patients who come in with a DVT, we sit and

16  have a discussion.  I say, "You have this blood clot.  I think

17  you need a blood thinner."  Then we talk about all blood

18  thinners have a risk of bleeding.

19       Then I talk to them about what things to look out

20  for:  if they have a sign or symptom, say, of bleeding; if they

21  were coughing up blood or brushing their teeth or had blood in

22  their stool; a lot of different things.

23       I sit with the patients and go through them.  I say,

24  "Here is your risk of having a clot that gets worse, goes to

25  your lungs and kills you versus the risk of bleeding.  We have

02:56

1    to weigh the risk and the benefits and see which one of these

2    is better for you, to decide whether or not you go on a blood

3    thinner for your blood clot."

4         MS. PRUITT:  Can you pull up Slide 37, please.

5    BY MS. PRUITT:

6    Q.   Does the label also instruct a physician about what to

7    advise patients about bleeding risk?

8    A.   Yes.

9    Q.   Can you tell the jury what the label to physicians tells

10   them about instructing patients on bleeding risk.

11   A.   Yes.  It says:  "Advise patients to report any unusual

12   bleeding or bruising to their physician, and inform the

13   patients that it might take them longer than usual to stop

14   bleeding and that they might bruise and/or bleed more easily

15   when they are treated with Xarelto."

16        THE COURT:  Let's get to a point where we can take a

17   break.  The jurors need to take a break.

18        MS. PRUITT:  Just two more questions.

19   BY MS. PRUITT:

20   Q.   In your opinion, Doctor, does this label for Xarelto

21   adequately instruct you as a physician about what to do and

22   watch for in one of your patients taking Xarelto?

23   A.   Yes, it does.

24   Q.   In your opinion, is the risk of bleeding in the Xarelto

25   label adequately discussed to inform you about how to weigh the

DEMONDES HAYNES - DIRECT

02:57  1  risks against the benefits in treating patients?

2  A.   Yes, it definitely does.

3        THE COURT:  Are you finished with this witness?

4        MS. PRUITT:  I'm not finished with the witness.  It's

5  just a good place to break.

6        THE COURT:  We will take a break at this time.

7  10-minute break.

8        THE DEPUTY CLERK:  All rise.

9        (Recess.)

10        THE COURT:  Be seated, please.

11            Let's try to finish today.  Otherwise, the

12  Doctor is going to have to come back tomorrow.  I'll issue a

13  subpoena for him.

14        MS. PRUITT:  I just have five minutes, Judge.

15  BY MS. PRUITT:

16  Q.   Dr. Haynes, do you have experience as a critical care

17  doctor in seeing patients who come to the hospital with

18  life-threatening gastrointestinal bleeds?

19  A.   Yes.

20  Q.   Did you look at Ms. Mingo's medical records when she came

21  to the hospital in McComb, South Mississippi?

22  A.   Yes, I did.

23  Q.   Can you tell the jury what you saw in the medical records

24  about her condition.

25  A.   She presented because she had had her blood count checked

03:11   1   by her primary care doctor, and they told her how low it was

2   and to go to the emergency room.

3       On presentation to the emergency room, the doctor

4   asked her several questions.  They checked her blood pressure,

5   which was normal, what we call stable.  Her heart rate was

6   elevated, but she was not in what we would call shock, where

7   you have the low blood pressure and you are having issues where

8   there's not enough blood or fluids going around.

9       She definitely had a low blood count, which we found

10  out after the fact was due to her GI bleed, but she was

11  relatively stable otherwise.

12  **Q.**   Did you see in the medical record where Dr. Keith repaired

13  her ulcer?

14  **A.**   I did.

15  **Q.**   Did you look at the op note or the procedure note as to

16  that particular procedure?

17  **A.**   Yes, I did.

18  **Q.**   Did you look at the time -- does the doctor doing that

19  procedure record the amount of time it takes them to do the

20  procedure?

21  **A.**   Yes.  There is usually a start and stop time on there.

22  **Q.**   Was there a start and stop time on the EGD procedure she

23  had?

24  **A.**   There was.

25  **Q.**   How many minutes did it take Dr. Keith to repair the

1915

DEMONDES HAYNES - DIRECT

03:13

1    ulcer?

2    **A.**    11 minutes from start to stop time is what it said.

3    **Q.**    Do you recall the size of the ulcer that Dr. Keith

4    expressed or --

5    **A.**    I would have to look at it, but I'm almost certain it was

6    6 millimeters.

7    **Q.**    6 millimeters.  Thank you.

8         Now, I want to wrap up with a few questions.  Is

9    there a correlation between PT -- plasma correlation [sic] and

10   PT?

11   **A.**    Generally there's a correlation with concentration and PT,

12   but there's not a correlation with the PT test and bleeding of

13   patients.

14   **Q.**    Describe why you say there's not a correlation between the

15   PT test and bleeding in patients.

16   **A.**    Specifically from the EINSTEIN-DVT study, they looked at

17   that.  They looked at the PT levels at various times.  Probably

18   one of the more important ones or most important is the peak

19   level when it says two to four hours after dosing the drug.

20   They look to see if there's a correlation of patients bleeding

21   by different quartiles.  There was no correlation, meaning the

22   higher the PT, the worst bleeding.  That was not shown in any

23   of the EINSTEIN data when looking at the correct patient set.

24   **Q.**    If you as a physician relied on the PT value in a patient

25   taking Xarelto, what could happen?

DEMONDES HAYNES - DIRECT

03:14

1   **A.**   That could be dangerous.  If I look at a PT value and say

2   that it's low and that I can take this patient to surgery, and

3   we know there's data that shows a normal PT or a PT within the

4   normal range, still have drug on board, then they could bleed.

5           If you make the assumption that the PT was too high

6   and you decreased their dose, they could really be at an

7   increased risk of having these life-threatening blood clots we

8   talk about, which is the whole reason we are treating them in

9   the first place.

10  **Q.**   Did Ms. Mingo, in your opinion, have an active clot that

11  put her at risk of a life-threatening pulmonary embolism?

12  **A.**   Yes, she did.

13  **Q.**   Was she also at risk of the clot growing and getting

14  worse?

15  **A.**   Yes, she was.

16  **Q.**   Did she need to be treated with an anticoagulant

17  medication?

18  **A.**   Definitely, yes.

19  **Q.**   Would you prescribe Xarelto for a patient like Ms. Mingo

20  if she presented to you today?

21  **A.**   I would indeed.

22  **Q.**   In your opinion, Doctor, would the same thing have

23  happened with her oozing ulcer if she had been prescribed or

24  taken any other anticoagulant?

25  **A.**   Yes, it would.  Any blood thinner, she would have had the

DEMONDES HAYNES - CROSS

03:15

1    GI bleed, unfortunately.

2              **MS. PRUITT:**  That's all I have, Your Honor.

3              **THE COURT:**  Any cross?

4              **MR. HONNOLD:**  Yes, Your Honor.

5                        **CROSS-EXAMINATION**

6    BY MR. HONNOLD:

7    **Q.**   Dr. Haynes, good afternoon.

8    **A.**   Good afternoon.

9    **Q.**   I think you mentioned that -- I'm going to use the pad

10   here behind you for some questions.

11             You were asked by counsel about whether there are any

12   tests that could help measure the anticoagulant effects of

13   Xarelto.  Do you recall that?

14   **A.**   Anticoagulant effects, I think so, yes.

15   **Q.**   So we can agree that if a patient is given an

16   anticoagulant, the goal of that therapy is for it to have

17   anticoagulant effects on the patient, right?

18   **A.**   Yes.

19   **Q.**   Depending upon the anticoagulant, it might

20   pathophysiologically work in subtly different ways, right?

21   **A.**   You are talking about the blood thinners working

22   differently?

23   **Q.**   Yes.

24   **A.**   Yes.

25   **Q.**   You talked about warfarin, or Coumadin, and in the

03:17   1   clotting cascade which we have looked at this week, we know

2   that warfarin works in a slightly different place in the

3   clotting cascade than Xarelto; isn't that right?

4   A.   Yes, in additional places.

5   Q.   Meaning that Xarelto specifically works at the level of

6   factor X and Xa, right?

7   A.   Correct.

8   Q.   Then you mentioned in your testimony how it is that

9   warfarin or Coumadin -- where in the cascade warfarin works,

10   correct?

11   A.   Yes.

12   Q.   Those are examples of anticoagulant effects of Xarelto,

13   right, or anticoagulant effects of drugs like that, blood

14   thinners, right?

15   A.   I'm not sure if the anticoagulant effects -- it's the

16   mechanism by which they work.  I'm not sure --

17   Q.   Then the effect is leading to the blood-thinning effect of

18   taking the medicine?

19   A.   Yes, yes.

20   Q.   Then that blood-thinning effect is something, then, that

21   can be measured, right?

22   A.   Yes, in some drugs.

23   Q.   You told counsel that the anticoagulant effects of Xarelto

24   can be measured through the Neoplastin PT, right?

25   A.   No, I don't remember saying that.

DEMONDES HAYNES - CROSS

03:19   1   **Q.**   Well, the record will reflect what you said.  You were
2   asked directly a question:  "And isn't it true that the
3   Neoplastin PT shows the anticoagulant effects of Xarelto?"
4   **A.**   I don't remember saying that, no.
5   **Q.**   So if a patient is given Xarelto, you would agree with me
6   that it will have some effect on the Neoplastin PT, correct?
7   **A.**   It could have an effect on the PT.
8   **Q.**   If you don't agree that Neoplastin PT does, you're going
9   to say it could, the other test where the effects of Xarelto
10   will be seen can be in the anti-factor Xa assay, correct?
11   **A.**   You could use the anti-factor Xa assay, as we talked
12   about, to measure Xarelto in research studies.  But whether it
13   equates to an anticoagulant effect, I'm not sure I would agree
14   with that.
15   **Q.**   At least the anti-factor Xa assay -- there has been
16   testimony on this by Dr. Gosselin, but he talked about how the
17   anti-factor Xa assay is available on a research-use-only basis
18   in many laboratories.  You are aware of that, right?
19   **A.**   Yes.
20   **Q.**   You know that the Neoplastin PT is something that's
21   generally available and is one of the common reagents used for
22   the PT test, correct?
23   **A.**   I would assume it's generally available.  I know it's used
24   in some labs but not all of them.
25   **Q.**   You know that the Neoplastin PT was widely used in many of

DEMONDES HAYNES - CROSS

03:21   1   the Xarelto clinical trials, correct?

2   A.   Yes.

3   Q.   Let's talk about those clinical trials where the

4   Neoplastin PT was used.

5            Can you tell me which clinical trials for Xarelto

6   used or employed the Neoplastin PT?

7   A.   The EINSTEIN studies.

8   Q.   So we know that the patients in EINSTEIN had

9   Neoplastin PTs done.  What others?

10   A.   I'm sorry.  I thought you asked just about the DVT and PE.

11   You may not have.

12   Q.   Let's talk about the entire clinical development process

13   of Xarelto and all the other clinical trials.

14   A.   I think they were also using the ROCKET studies.

15   Q.   Any others?

16   A.   I'm not sure if it was used in RECORD or not.

17   Q.   I think the evidence will reflect that in RECORD 1

18   through 4 --

19            MS. PRUITT:  Your Honor, I'm going to object to him

20   writing things down when the witness says "I don't know if it

21   was or not," and he is writing it as if it happened.

22            MR. HONNOLD:  We will go "don't know."

23   BY MR. HONNOLD:

24   Q.   Do you know whether any of the Phase II trials used

25   Neoplastin PT?

03:22

1   **A.**   I would have to look specifically to see if that's the

2   reagent they used.

3   **Q.**   You said that you have read some depositions in this case;

4   is that right?

5   **A.**   I have.

6   **Q.**   Who are the depositions -- which depositions have you

7   read?

8   **A.**   A lot.  Let's see.  I read Ms. Mingo, her daughter,

9   Dr. Jordon, Dr. Keith, Dr. Rinder.  There were quite a few of

10   them.  I'm sure there's a few that I can't remember the names

11   of.

12   **Q.**   Any Bayer or Janssen employee depositions that you read?

13   **A.**   Is Dr. Lensing one of those?

14   **Q.**   Yes.

15   **A.**   I read his.  And then there's -- I can't remember.  I'm

16   sure there is at least a couple more.

17   **Q.**   Do you remember any others?

18   **A.**   Not that I can think of right now.

19   **Q.**   Did you read Dr. Ted Spiro?

20   **A.**   I did not.

21   **Q.**   You didn't receive the deposition of Theodore Spiro?

22   **A.**   I don't remember reading it.

23   **Q.**   Dr. Spiro is somebody who works for Bayer.  He is a

24   physician.  He testified in detail regarding his work on

25   Xarelto.

DEMONDES HAYNES - CROSS

03:24

1          You have mentioned on your direct examination the
2    issue of therapeutic range, right?  Do you recall talking about
3    that?
4    A.    I remember therapeutic index.  I don't remember
5    specifically if we talked about therapeutic range.  We may
6    have.
7    Q.    My notes reflect that Dr. Spiro was asked a question along
8    these lines:
9          "Did you provide information or were you able to
10   provide information to Yong-Ling Liu related to a therapeutic
11   plasma concentration range that could be given in the objective
12   of Dr. Samama's paper?"
13         Dr. Spiro said:  "I don't remember if I gave it or
14   not."
15         "It would have been possible to give a therapeutic
16   concentration range for that improved indication?"
17         "Yes, it would have been."
18         Have you ever read testimony that talked about the
19   fact, in terms of having a therapeutic range available for
20   Xarelto, that Dr. Spiro testified that there was data that
21   would show what would be the expected range of plasma
22   concentrations for Xarelto?
23   A.    No.  As I mentioned, I haven't read his deposition, so I'm
24   not aware of that.
25   Q.    Did you read any other corporate employee depositions

DEMONDES HAYNES - CROSS

03:25 | 1  other than Dr. Lensing's?

2  **A.**   I think that's the only one, but, again, I can't remember

3  all the ones that I read.

4  **Q.**   Were you ever given any internal corporate emails?

5  **A.**   I've seen some emails, but --

6  **Q.**   Were you given a large volume of corporate emails?

7  **A.**   I'm not sure about that.  I would have to look at it to

8  see specifically.  I know what they look like when I see them.

9  **Q.**   Do you recall emails from what individuals you were given?

10  **A.**   No, I don't remember the names.

11  **Q.**   No?

12        Let me ask you some general questions about your work

13  as an expert witness in other cases.  You have served as an

14  expert witness in pharmaceutical cases before; isn't that

15  right?

16  **A.**   Not in pharmaceutical cases before this.

17        Expert witness?

18  **Q.**   Yes.

19  **A.**   Not that I can remember.

20  **Q.**   You have done consulting work for Bayer in the past,

21  correct?

22  **A.**   I have.

23  **Q.**   You have actually looked at cases for them where there

24  were allegations of product liability made against Bayer,

25  right?

03:26

1   **A.**   I have.

2   **Q.**   You were contacted in those cases.  You looked at several

3   cases in that regard, did you not?

4   **A.**   I did.

5   **Q.**   You were contacted there by a lawyer by the name of Diana

6   Davis; isn't that true?

7   **A.**   Yes, that's correct.

8   **Q.**   And specifically some of the issues there were -- or the

9   allegations in those cases was a medication that was called

10  into question about whether it was causing blood clots in the

11  legs.  Do you recall that?

12  **A.**   That's correct.

13  **Q.**   So before today, coming in to testify related to Xarelto,

14  that is a Bayer medicine, you have done work for money for

15  Bayer in the past, correct?

16  **A.**   Yes, I have.

17  **Q.**   You have also testified in cases.  You mentioned the

18  mesothelioma cases?

19  **A.**   No, sir.  That's incorrect.

20  **Q.**   Silicosis cases?

21  **A.**   Yes.

22  **Q.**   Several of those where you have testified were against a

23  company called American Optical, correct?

24  **A.**   That's correct.

25  **Q.**   American Optical has a relationship, business and

DEMONDES HAYNES - CROSS

03:27

1  financial, with a company called Pfizer.  You know that, right?

2  **A.**  I do not.

3  **Q.**  You don't know that?

4  **A.**  No, I don't.

5  **Q.**  You have given testimony in several cases where you were

6  retained by the defendant to talk about whether or not a

7  patient had silicosis; is that right?

8  **A.**  By American Optical.

9  **Q.**  By American Optical.

10  **A.**  Yes.

11  **Q.**  Whether there's a business relationship between Pfizer, a

12  pharmaceutical company, and American Optical, you don't know

13  that; is that true?

14  **A.**  I don't.

15  **Q.**  Now, in addition to the testifying work you have done both

16  in this case -- and we have talked about the other cases -- you

17  have also served as a paid speaker for pharmaceutical drugs

18  since approximately 2010; isn't that true?

19  **A.**  That's correct.

20  **Q.**  The types of medications and companies you have worked for

21  include AstraZeneca; is that right?

22  **A.**  That's correct.

23  **Q.**  The drugs that you have appeared for them include Bevespi

24  Aerosphere, and Daliresp; is that true?

25  **A.**  Bevespi Aerosphere is one drug, and Daliresp, yes.

DEMONDES HAYNES - CROSS

03:28

1  Q.   Those are drugs used for the treatment of COPD; is that
2  right?
3  A.   That's correct.
4  Q.   You have also given paid speeches or appearances for a
5  company called Actelion Pharmaceuticals; is that right?
6  A.   That's correct.
7  Q.   The product for that company is called Tracleer,
8  T-R-A-C-L-E-E-R?
9  A.   That's correct.
10  Q.   And also Opsumit?
11  A.   Yes.
12  Q.   Those are drugs for pulmonary hypertension; isn't that
13  right?
14  A.   Yes.
15  Q.   Before that, several years ago you actually appeared, gave
16  paid appearances or speeches related to Lovenox; is that right?
17  A.   Yes.
18  Q.   That was for Sanofi-Aventis; isn't that true?
19  A.   Yes.
20  Q.   Currently you serve on the speakers bureau where you give
21  paid speeches for two different pharmaceutical companies,
22  AstraZeneca and Actelion; is that right?
23  A.   Yes.
24  Q.   The last time you made an appearance for AstraZeneca was
25  back in January, early part of January.  Do you recall that?

DEMONDES HAYNES - CROSS

03:29

1  **A.**   No.   That was at the time of my deposition.

2  **Q.**   So when we took your deposition in January/February of

3  early 2017, the last time you had given an appearance was two

4  weeks before that.  Have you given appearances since then?

5  **A.**   That's correct.

6  **Q.**   So since the time that we took your deposition, how many

7  paid speeches have you given for those pharmaceutical

8  companies?

9  **A.**   I don't know the exact number.  I can say several.

10  **Q.**   You said several?

11  **A.**   Several.  So more than two, but I can't remember the exact

12  number.

13  **Q.**   At least at the time of your deposition, you told me that

14  you had traveled to multiple states to serve as a promotional

15  speaker where you gave paid speeches.  You've been to Alabama,

16  Arkansas, Georgia, Mississippi.  You said you have even

17  ventured as far north as Wichita; is that right?

18  **A.**   That's correct.  I'm not sure about Georgia.  I

19  remember -- it may be on the list.  I don't remember going

20  there.

21  **Q.**   Those are situations where you actually traveled to

22  different places where you appeared to speak with physicians in

23  the presence of a pharmaceutical representative for the

24  company, to talk about their drugs; is that right?

25  **A.**   Yes.

1928

03:31

1  Q.   The way those events usually go is that you would be -- go

2  to a restaurant, give a PowerPoint presentation during a dinner

3  where other physicians are in attendance, correct?

4  A.   Yes.

5  Q.   Those things are arranged by a third-party scheduling

6  company usually?

7  A.   Yes.

8  Q.   Then you will have contact with the local sales

9  representative there who had made arrangements or requests for

10  you to come to their territory and speak about their drug; is

11  that right?

12  A.   Yes.

13  Q.   You most recently -- well, I think this is the one back in

14  January, when we talked about the most recent appearance.  You

15  had been to a Fleming's Steakhouse in Tucson, Arizona; is that

16  right?

17  A.   No, that's not me.

18  Q.   That's not you?

19  A.   That's not me.  I've not been to Tucson to give a talk.

20  Q.   Have you done a video that maybe was played in Tucson,

21  Arizona?

22  A.   I've done a video.  I'm not sure where all it was played.

23       MR. HONNOLD:   If we could put up Slide 6.

24  BY MR. HONNOLD:

25  Q.   So if we look at that, is that you?

DEMONDES HAYNES - CROSS

03:32

1    A.    Ah, that is me, yes.  I'll be happy to tell you what this
2    is if you want.
3    Q.    What is this?  What's it have to do with Fleming's Prime
4    Steakhouse and Wine Bar?
5    A.    I was invited by AstraZeneca to be part of a national
6    broadcast where they invited three physicians from across the
7    country that are specialists in our field to present about COPD
8    treatment, particularly about those two drugs you see listed.
9    That was broadcast in different places around the country,
10   where physicians couldn't necessarily go out to different
11   programs.
12   Q.    So I take it that you were being broadcast out then?
13   A.    Yes.
14   Q.    What's the Fleming's Prime Steakhouse and Wine Bar?  What
15   role did they have in that?
16   A.    They didn't have any role for me.  That must have been a
17   place the reps set up for those people in that area to go and
18   view.  I was not in Tucson, Arizona.
19   Q.    When you do actually go on-site to give these paid
20   speeches for companies, do you go to places like Fleming's
21   Steakhouse and Wine Bar?  Would that be representative of where
22   these events would be held?
23   A.    Oh, yeah.  They will be at various restaurants.
24   Q.    Let me ask you this question.  Let's change gears a little
25   bit.  Is it true that, depending upon -- the degree of

DEMONDES HAYNES - CROSS

03:33

1   factor Xa in a patient, that you don't have much knowledge on
2   what that will actually do to the risk of bleeding in a
3   patient?
4   A.   The degree of factor Xa inhibition?
5   Q.   Yes.
6   A.   To my knowledge, I don't think there's data that shows the
7   degree of inhibition is correlated with the risk of bleeding.
8   Q.   So for the places that have the Xa tests for research use
9   only, is it true that when the RUO test is run, the result is
10  expressed in an amount of drug in the blood?  Right?
11  A.   What's the RUO?
12  Q.   Research-use-only factor Xa.
13  A.   Oh.  I'm sorry.  Ask the question again.
14  Q.   So if a physician were to order a research-use-only
15  anti-Xa tests, the result would be expressed as an amount of
16  drug in the blood, correct?
17  A.   I think that's how they are expressed, yes.
18  Q.   And like other lab tests that you are familiar with, then
19  that would -- the results would be expressed as a range of
20  normal, high, or low, correct?
21  A.   I'm not sure how they express that actually.
22  Q.   So you are not familiar enough with the anti-Xa test to
23  understand how the results are expressed?
24  A.   Yeah.  Because we don't use those tests clinically.  As
25  you mentioned, they are research tests and they have not been

03:35

1    standardized for any patient care, so we are not utilizing

2    those.

3    Q.    But in terms of what that test shows -- the

4    research-use-only anti-Xa test, what that shows is the actual

5    effect of what Xarelto does in the body, right, which is to

6    inhibit Xa activity?

7    A.    My knowledge of the anti-factor Xa assays is looking at

8    potential concentration, as you mentioned, but I don't think

9    that they were looking at the inhibition activity.  I think

10   those are two different things, to my knowledge.

11   Q.    So let's just talk about the anti-Xa assay.  If that's

12   performed either in a research-use-only capacity in a

13   laboratory that has that, or, as Dr. Gosselin testified earlier

14   this week, as a laboratory-developed test, what is being

15   measured specifically by the anti-Xa assay?

16   A.    I think it's being measured to see if there's drug

17   on board, so if there's one of those anti-Xa medications

18   on board in a patient's bloodstream.

19   Q.    Tell me if you know this or not:  Is it true that that

20   test will give a number that's on a range?

21   A.    I'm not sure about that.

22   Q.    Is it because you're just not familiar with having ordered

23   that test yourself?

24   A.    And because we don't use one when we take care of

25   patients.

03:36

1  **Q.**   Do you know whether, in the Jackson, Mississippi area,

2  whether commercial laboratories such as Quest or LabCorp make

3  those tests available on their website for physicians to use

4  for patients taking Xarelto?

5  **A.**   For Xarelto, no, I don't know that.

6  **Q.**   Is that something that you looked into or did not look

7  into as part of your work on this case?

8  **A.**   I looked into if we offered it at our institution, since

9  one of your experts said that we offered it, and found out that

10  we do not indeed offer that test.

11  **Q.**   Is it true that on direct examination -- on direct

12  examination, the questions that you were asked by counsel, you

13  were not asked anything about statements that were made by

14  Bayer and/or Janssen to Health Canada that would reflect what

15  they knew and when they knew it about Neoplastin PT in ranges

16  seen -- of that value that were seen in clinical trials?  You

17  were not asked any of those questions, were you?

18  **A.**   No, not that I remember.

19  **Q.**   Have you been provided any information in your work on

20  this case that covers this issue in terms of what statements or

21  representations were made by Bayer and/or Janssen about their

22  knowledge and when they had it, about Neoplastin PT and

23  Neoplastin PT levels seen in patients in trials?

24  **A.**   I'm sorry.  Repeat that question again.

25  **Q.**   Sure.  You have not seen anything and not been given any

03:38

1    information about statements -- you have not seen any

2    statements that were made by Bayer and/or Janssen that would

3    reflect their knowledge and when they possessed it, about

4    Neoplastin PT and the levels or the actual scores of

5    Neoplastin PT that were seen in clinical trials, including

6    EINSTEIN?

7    A.    Yes, I have seen some PT Neoplastin data in EINSTEIN.

8    Q.    But I take it, though, that you have not seen it in the

9    context of the actual statements or representations that were

10   made by Bayer and/or Janssen to Health Canada?

11   A.    No, I don't remember that.

12   Q.    Was that material in anything that you were given for

13   review in this case?

14   A.    I remember a mention of Health Canada in Dr. Lensing's

15   deposition.  I remember hearing that.

16   Q.    So when you reviewed Dr. Lensing's deposition, was that

17   the first time that you saw anybody make any reference to what

18   representations that showed what Bayer or Janssen knew and when

19   they knew it, about Neoplastin PT and specific levels of

20   Neoplastin PT in the EINSTEIN trial?

21   A.    No, I don't remember if there was anything else about

22   that.  I just remember seeing a mention of Health Canada.  I

23   don't remember it saying anything about when they knew about

24   PT.

25   Q.    At the time that I took your deposition in January of this

DEMONDES HAYNES - CROSS

03:39

1  year -- we took it here in Jackson, right?

2  **A.**   Yes.

3  **Q.**   Did you have any information or did you possess any

4  information about that Health Canada issue at that time?

5  **A.**   Not to my knowledge.

6  **Q.**   In terms of the information that you were provided to

7  prepare for your work and testimony in the case, were you given

8  things by counsel?

9  **A.**   Yes.

10  **Q.**   You were given things such as medical records, correct?

11  **A.**   Yes.

12  **Q.**   You were given a significant amount of medical literature

13  and articles, right?

14  **A.**   Some, yes.

15  **Q.**   You were given some depositions?

16  **A.**   Yes.

17  **Q.**   But not that?

18  **A.**   Not that I know of, if that's the title of the document.

19  **Q.**   You are familiar with the process from the safety

20  perspective and measuring drug levels, right?

21  **A.**   Generally speaking?

22  **Q.**   Yes.

23  **A.**   Yes.

24  **Q.**   You, as an ICU doctor, are taking care of sick patients,

25  many of whom are on medication and sometimes multiple

DEMONDES HAYNES - CROSS

03:41

1    medications, right?

2    A.    That's correct.

3    Q.    And you know there are medications that you use that you

4    do have the ability to do a test to find out what the level of

5    the drug is, correct?

6    A.    That's correct.

7    Q.    And in some of those instances, the level of the drug,

8    being able to measure the drug level helps you as the patient's

9    doctor to determine toxicity, right?

10   A.    Potentially in some of those.

11   Q.    And the issue of drug toxicity can be a very important

12   thing in patients, correct?

13   A.    It could.

14   Q.    There are drugs like Xarelto where their actual effect,

15   thinning the blood, the desired effect is also the same thing

16   that is their risk, right?

17   A.    Yes.  That's them doing their job.  The risk would be the

18   risk of bleeding.

19   Q.    And you are familiar with other drugs where the effect of

20   the drug is supposed to have -- that if there's too much of it,

21   it could lead to toxicity, right?

22   A.    Potentially, yes.

23   Q.    Drugs that you are familiar with in the ICU, that you can

24   test the levels on for the benefit and safety of a patient,

25   would include a drug like digoxin, right?

DEMONDES HAYNES - CROSS

03:42

1  A.   Yes.

2  Q.   And there are also some medications, some antibiotics that

3  you want to get a level on, correct?

4  A.   Yes.

5  Q.   And what can happen if a patient becomes toxic on digoxin?

6  A.   On digoxin, because it is a narrow therapeutic drug like

7  Coumadin that interacts with a lot of medicines, or it could

8  interact with a lot of medicines, so patients could have side

9  effects such as nausea or vomiting.  They could have a low

10  heart rate.  There's several side effects that you can look up.

11  Because that's one of those drugs that has that narrow

12  therapeutic index that a little bit of anything could make it

13  worse.

14  Q.   Having the ability to do drug-level tests like this can be

15  in some instances important for patient safety, correct?

16  A.   It could.

17  Q.   So the issue of, from the perspective of drug safety, it's

18  important to know whether the patient is tolerating the drug

19  and whether it's well-managed, right?

20  A.   You're asking me that based on the level?

21  Q.   Yes.

22  A.   No.  We use drugs all the time and we don't check levels

23  on them.  We know the patients are tolerating them and they

24  have being managed well.

25  Q.   So in the absence of symptoms, you can presume that the

03:43

1    drug is being tolerated and well-managed, correct?

2    A.    I think that's the truth for most drugs.

3    Q.    For antibiotics, for example, there are some that you will

4    need to get a peak and a trough level, correct?

5    A.    Yeah.  We are not usually checking it for toxicity; we are

6    usually checking it for efficacy and making sure that we have

7    them at a level that will work well.

8    Q.    So that's another example, then, that even though you said

9    "efficacy," it's related to safety, because you don't want to

10   be giving a drug that's not working, right?

11   A.    Yeah, that's correct.

12   Q.    And those antibiotics, if they are not working, you could

13   have an infection that's not being treated, correct?

14   A.    Correct.

15   Q.    And in the past, there were some antibiotics out there

16   that you needed to test their level because it could involve

17   kidney damage or damage to the cranial nerves and could affect

18   hearing, correct?

19   A.    Correct.

20   Q.    There are anticoagulants that deal or that have the

21   ability to be looked at through laboratory testing, correct?

22   A.    Coumadin, yes.

23   Q.    That's done through the INR, right?

24   A.    Yes.

25   Q.    The goal there is to keep the patient in some prespecified

DEMONDES HAYNES - CROSS

03:45

1  range, true?

2  A.   True.

3  Q.   The prespecified range for Coumadin comes from basically

4  history, correct?

5  A.   I'm not sure what you mean by "history."

6  Q.   Well, meaning that over time practitioners and clinicians

7  have become aware of what levels of INR are associated or not

8  associated with bleeding events, depending upon the condition

9  that's being treated, right?

10  A.   I don't know if it's history.  I know they have worked and

11  looked at studies regarding PT and INR, and they came up with

12  the INR because the PT itself was not the best test to use.  So

13  they used them together.

14  Q.   So for Coumadin, the effects of the drug can be evaluated

15  through INR, right?

16  A.   Yes.

17  Q.   And you're also familiar with Lovenox, correct?

18  A.   Yes.

19  Q.   It is a type of drug that's called a low-molecular-weight

20  heparin, correct?

21  A.   Yes.

22  Q.   And if you look at the prescription drug level for

23  Lovenox, what you will find is information in Section 5 of the

24  label, correct, which is a specific heading that's called

25  "Laboratory Tests"?

03:46

1    A.    I would need to look at that to know for sure.

2    Q.    Have you ever looked at the Lovenox prescription label to

3    see what is put in Section 5, "Laboratory Tests"?

4    A.    I've looked at the label, but I can't recall from memory

5    what's in specific sections.

6              MR. HONNOLD:  Brad, could we go to 5813724, please.

7                   We are going to pull it up on the screen too.

8    BY MR. HONNOLD:

9    Q.    Doctor, what I would like to do is go to Section 5 of

10   Lovenox, at specifically 5.9 -- are you there at 5.9, which is

11   PDF page 11, at the bottom of the page?

12   A.    Yes, I am.  Excuse me.  Yes, sir.

13   Q.    And so there for Lovenox -- which is an important

14   anticoagulant, correct?

15   A.    Yes.

16   Q.    -- which carries with it the potential to cause serious

17   and life-threatening bleeding, right?

18   A.    Yes.

19   Q.    So here at 5.9 of the label, "Laboratory Tests," there's

20   information about testing, whether it's necessary, whether it's

21   not necessary; in certain instances, if a physician wants to do

22   it, how to do it, correct?

23   A.    I'm reading.  Yes, sir.

24         Okay.  Yes.

25   Q.    And specifically, if you go over to page 12, there's

03:48

1  information that says that you can also do the anti-factor Xa

2  level that we talked about, right?

3  **A.**   Yes, that's correct.

4  **Q.**   And that gives more information about Lovenox testing,

5  right?

6  **A.**   More information.  It says that it may be ordered and it

7  could be used or may be used to monitor the anticoagulation

8  effects.

9  **Q.**   So Lovenox is an example where an anticoagulant has

10  information in Section 5 of the label that we are seeing here;

11  is that right?

12  **A.**   It has information?

13  **Q.**   Yes.

14  **A.**   It doesn't recommend that they be used.  It says they may

15  be used.

16  **Q.**   Well, here is my point.  The information is in here for

17  the benefit of a physician to use or not use at the discretion

18  of the physician for the benefit of the patient, correct?

19  **A.**   That's because this test has been validated for Lovenox

20  and can be used clinically.

21  **Q.**   So the information is in Section 5; is that right?

22  **A.**   It's there.

23  **Q.**   And Section 5 is in a section of the label that I'm sure

24  you're familiar with and look at on occasion in drug labels.

25  It's in the warnings and precautions section, correct?

DEMONDES HAYNES - CROSS

03:49

1        If you go to the beginning of the things that start
2   with 5, you will see that the start of that heading says what,
3   if we go to PDF page 9?  Do you see that?
4   A.    Yes.
5   Q.    So Lovenox is an example of an anticoagulant drug that
6   gives information and instruction to physicians on laboratory
7   testing; is that right?
8   A.    Yes.  On this specific laboratory testing, yes.
9   Q.    Now, have you seen any information in this case, relating
10  to Xarelto, whether Bayer and/or Janssen did or did not have
11  knowledge about whether Section 5 was the place to put
12  information about lab tests?
13       Have you been provided with any internal documents
14  from the perspective of labeling strategy for the company to
15  show or reflect what Bayer and Janssen knew and when they knew
16  it, about the appropriateness of putting testing information in
17  Section 5?
18  A.    No.  Practicing clinicians, we are not privy to
19  information that drug companies get from the FDA about where
20  they should put things on the label.  That's not something that
21  someone who takes care of patients every day would look at or
22  would have knowledge of.
23  Q.    Did you ask in your work on this case to see whether the
24  companies knew at any point in time or whether they were
25  contemplating whether they should or would have to put

03:51

1   information and instruction in this section?

2   A.   I've never asked any drug company.  I know that the FDA

3   mandates what they should and shouldn't have in their labels.

4   So I don't think anybody who takes care of patients every day

5   would have a reason to ask where they should put something in a

6   label or why.  That's a licensing authority or a governing

7   authority that the FDA takes care of.

8   Q.   If we go to Exhibit 859951.  We are going to put up

9   another document, Doctor.

10          And while we are waiting for that document to come

11   up, are you aware of any other anticoagulants that have

12   information regarding lab tests and instruction regarding lab

13   tests that's in Section 5, the warnings and precautions

14   section?

15   A.   I'm sorry.  Say that again.

16   Q.   Sure.  As you sit here today, other than the Lovenox that

17   we've talked about, are you aware of other anticoagulants where

18   those drug manufacturers use Section 5 to transmit information

19   about lab tests?

20   A.   I would have to look at the individual label to be able to

21   answer that question.

22   Q.   Okay.  Are you familiar with the anticoagulant called

23   Arixtra?

24   A.   Yes, I'm familiar with Arixtra.

25   Q.   And have you ever looked at that product label to

03:52

1    determine whether anything is in Section 5 of the Arixtra

2    label?

3    A.    I'm sure I looked at it a long time ago when Arixtra was

4    used routinely, but that's been many years ago since I have

5    seen that.

6    Q.    What I'd like to do is -- we now have Exhibit 859951 up.

7    I would like to go to PDF page 16.  And if you look there --

8            MR. HONNOLD:  Let's highlight into this section.

9    Let's highlight or call out the actual heading there of that

10   top box.

11   BY MR. HONNOLD:

12   Q.    Do you see, Doctor, where -- if you accept as true my

13   representation that this is an internal document from the drug

14   companies that was a planning document about labeling, do you

15   see where it says, "Will we need to add a new 5.4 laboratory

16   test section like Lovenox?"  Do you see that?

17   A.    I do.

18   Q.    Now, just in looking at that document, does that suggest

19   to you that the drug companies at least knew that Section --

20   something in Section 5, warnings and precautions regarding lab

21   tests, was a place within the drug labeling structure to put

22   information about and instruction about laboratory tests?

23   A.    What you are asking me, I can't presume to know what the

24   drug companies were thinking when they come up with their

25   documents and the development of drugs, so I don't think I can

DEMONDES HAYNES - CROSS

03:54   1   answer that question.

2   Q.   Okay.  And this is nothing that you've seen in your work

3   on this case?

4   A.   Not that I can remember.

5   Q.   Doctor, let me ask you some specific questions now about

6   how Xarelto might act in a patient's body.  Do you know one way

7   or the other whether a patient's Xarelto blood levels can

8   change over time?

9   A.   Can their levels change over time?  I'm sure, yes.

10  Q.   So a patient on Xarelto, their drug levels can change over

11  time, meaning going forward in time over months that a patient

12  might take the drug?

13  A.   No, I'm sorry.  I thought you meant -- when you said

14  "change over time," I thought you meant they take a dose, what

15  the dose is after they take it, and then as the drug is

16  eliminated or wears off.

17  Q.   During the course of the day.

18  A.   Yes.

19  Q.   So you are certainly familiar with that process.  The

20  dosing curve after it's taken, it goes to a thing called the

21  peak, it is metabolized, and then it goes down to something

22  called the trough, right?

23  A.   Yes.

24  Q.   And so that information is something that can be used --

25  well, let's label these things.  We know that there is such a

03:56

1    thing in Xarelto patients that they have something that's

2    called peak, right?

3    A.    Yes.

4    Q.    That's called in some scientific sources the Cmax, right?

5    A.    Yes.

6    Q.    And then there's also something called trough, the lower

7    end, right?

8    A.    Yes.

9    Q.    And that's called Ctrough?

10   A.    Yes.

11   Q.    And then there's something called how long does it take

12   for that process to happen, right?

13   A.    Yes.  I'm trying to remember, what's the name of that?

14   Q.    You're the doctor.

15   A.    Well, that's not something that we do every day when we

16   are taking care of patients.

17   Q.    All right.  But you at least know that during the course

18   of the day, a patient's blood level like that will change,

19   correct?

20   A.    Yes, it could.  It should.

21   Q.    And what will happen will be -- this is a reflection of

22   plasma concentration, right?

23   A.    As far as I know.

24   Q.    Meaning plasma concentration from none when the drug

25   hasn't been taken yet to the peak and down to the trough,

03:57

1    right?

2    A.    Yes.

3    Q.    And because you told us before that plasma concentration

4    is related to PT, that then is how we know that a PT taken over

5    the course of the day will change, right?

6    A.    It could.  But you could have patients who have low levels

7    of a drug that would have a normal PT, or you could have

8    patients who have high levels of a drug who could have a normal

9    PT.

10          So I don't think -- we know that PT can correlate

11   with concentration, but I don't think that should be an

12   absolute statement that it does.

13   Q.    Okay.  And we will get to that in a second if this is

14   something that you have some disagreement or lack of clarity

15   about.  But you know that the relationship for Xarelto between

16   plasma concentration and PT, that has been described as linear,

17   correct?

18   A.    Generally speaking, yes.

19   Q.    And closely correlated, right?

20   A.    "Closely correlated," I'm not sure what you're -- you're

21   comparing closely correlated to what?

22   Q.    Meaning that as one goes up, the other goes up

23   correspondingly, in an equal amount, right?

24   A.    I would say generally linearly.  I'm not sure about close

25   correlation.

03:58

1    Q.    Well, you've seen the graphs in the materials that you've

2    looked at where that is expressed, where as PT -- let's put PT

3    here on this side and plasma concentration on this side -- that

4    as there is more drug in the blood as we go out here, then the

5    PT is higher, right?

6    A.    Generally speaking, yes.

7    Q.    Generally speaking, correct?

8    A.    Yes.

9    Q.    That's what describes -- consistently you've seen in the

10   literature that you've looked at -- this relationship, right?

11   A.    That it generally -- it generally increases, yes.

12   Q.    And you've taken enough pharmacology to know what "closely

13   correlated" means, right?

14   A.    Yes.  But usually when you are talking about correlating

15   with something, you are talking about correlating with what.

16   That's why I asked that question.

17   Q.    And so if we look at a population of patients where this

18   would be done, we've seen the graphs where the patients tend to

19   distribute around the line, correct?

20   A.    Correct.

21   Q.    Now, are all patients taking Xarelto, that take Xarelto,

22   at the same risk of a bleeding event happening?

23   A.    Yes.

24   Q.    You think they are?

25   A.    Well, I'm sorry.  Can you ask that question again?  Do all

**DEMONDES HAYNES - CROSS**

03:59

1  patients taking Xarelto have a risk of bleeding?  Was that not

2  the question?

3  **Q.**   Okay.  Let's start there.  Do all patients who take

4  Xarelto have a risk of bleeding?

5  **A.**   Yes.  With any blood thinner that we've talked about,

6  anyone who takes a blood thinner has a risk of bleeding.

7  **Q.**   And do all patients that take Xarelto have the same risk

8  of bleeding?

9  **A.**   The same risk.  Probably.

10  **Q.**   But you know you've looked at -- the literature that

11  you've looked at talks about the issue of interpatient

12  variability, correct?

13  **A.**   Can I correct one thing as I'm thinking about some of the

14  data?

15  **Q.**   Sure.

16  **A.**   There are some patients who -- it depends on what type of

17  bleeding you are talking about.  Is it major bleeding?  Is it

18  minor?  Exactly what.  So there's data that's looking at that.

19  So I would say generally, yes, but there are some specifics

20  that we can look at.

21  **Q.**   You've also seen the concept of variability, or you've

22  read about the concept of interpatient variability, right?

23  **A.**   Yes.

24  **Q.**   That means that you can give the same amount, same dose,

25  same drug to different patients, and they will respond

04:00

1  differently in terms of how much drug you will see in their

2  blood, right?

3  **A.**   Yes.  That's not the way Xarelto works.

4  **Q.**   So is it your understanding, then, that in terms of

5  Xarelto, there isn't an issue for concern about variability?

6  **A.**   Well, any drug has variability, so I don't want you to

7  hear me saying that drugs don't have variability.  But we know

8  the way that Xarelto works in fixed dosing, that I could take

9  it with my size, or someone like Ms. Pruitt or a smaller size

10 could take it, and it is going to work the exact same way.

11 **Q.**   There are instances where you know that Xarelto exposure

12 can change in patients, true?

13 **A.**   What do you mean by "exposure"?

14 **Q.**   Well, do you know what that term "Xarelto exposure" means?

15 **A.**   Does it mean concentration?  I'm not sure.  That's why I'm

16 asking, what does "Xarelto exposure" mean?

17 **Q.**   Well, you've looked at the Xarelto label in this case,

18 haven't you?

19 **A.**   I have.

20 **Q.**   So is it true that in the context of the Xarelto label, as

21 that term is used, you don't know what it means?

22 **A.**   I would have to look at it.  I think I told you in my

23 deposition, when we're taking care of patients every day, we

24 don't talk about drug exposure and drug concentrations.  I have

25 looked at them, but it's not something that people who take

DEMONDES HAYNES - CROSS

04:02   1   care of patients every day are discussing.

2   **Q.**   You know that the label talks about that Xarelto exposure

3   can change or be different in patients, correct?

4   **A.**   I would have to see that.

5   **Q.**   All right.  Let's look at that.

6         **MR. HONNOLD:**  Let's get our labels.  Xarelto.

7             We will move on.

8         **THE COURT:**  Yes, let's move on, Counsel.  You've

9   taken his deposition.  You have him under cross.

10        **MR. HONNOLD:**  Yes, Your Honor.

11  **BY MR. HONNOLD:**

12  **Q.**   Doctor, do you believe that significant increases of

13  rivaroxaban exposure can increase bleeding risk?

14  **A.**   If that's on the label, I'd have to see that.  If that's

15  the sentence you are reading, then I would agree.

16  **Q.**   If there are some things -- the last thing that I want to

17  cover is you are aware of various quartile analyses that have

18  been done; isn't that right?

19  **A.**   I am.

20  **Q.**   Tell me the quartile analyses that you are aware of that

21  have been done for Xarelto.

22  **A.**   From the EINSTEIN data, they've looked at quartile

23  analysis for bleeding, and I believe they looked some at major

24  bleeding and -- there's all these definitions of clinically

25  relevant bleeding, a lot of things that they used in the study.

DEMONDES HAYNES - CROSS

04:03

1    So I know in the EINSTEIN data they looked at some
2    peak and trough data with some quartiles.
3        MR. HONNOLD:  Your Honor, this is the last concept
4    that I want to cover.
5    BY MR. HONNOLD:
6    Q.   Are you familiar or do you know whether quartile analysis
7    has been done for RECORD?
8    A.   I'm not sure.  I probably have seen that, but the RECORD
9    studies were not with patients with DVT and PE.
10   Q.   Do you know one way or the other whether quartile analysis
11   was done for ROCKET?
12   A.   I do.  That was in atrial fibrillation patients and not
13   DVT or PE.
14   Q.   You've mentioned quartile analyses done for EINSTEIN; is
15   that right?
16   A.   That's correct.
17       MR. HONNOLD:  Why don't we do this, last thing.
18   Let's go to the slides that we have, the quartile slides for
19   RECORD, EINSTEIN, and ROCKET.  Specifically for RECORD, this
20   will be Exhibit 178116.9 and .10.
21   BY MR. HONNOLD:
22   Q.   Doctor, if we look at "clinically relevant bleeding" there
23   for RECORD, on the right-hand side.
24   A.   Yes.
25   Q.   Do you see, if we look at the quartiles for the trough

DEMONDES HAYNES - CROSS

04:05

1   values there, that the fourth quarter is the highest rate of

2   bleeding?  Do you see that?

3   **A.**   Yes.

4   **Q.**   Have you seen that quartile analysis before today?

5   **A.**   I believe I have looked at it in RECORD, but I couldn't

6   remember specifically.

7   **Q.**   Do you have any reason to dispute the accuracy of this

8   data that's reflected on this slide?

9   **A.**   I don't dispute the accuracy, but it doesn't apply to

10  Ms. Mingo.  These patients were on a lower dose of Xarelto, and

11  they did not have DVT and PE.

12  **Q.**   I understand that.  I'm just asking:  Do you dispute the

13  accuracy of the data?

14  **A.**   No, I don't.

15          **MR. HONNOLD:**  I want to move forward now to the

16  ROCKET quartile analysis, Slide 9785709.  Can we zone in there

17  on -- what I want to look at is the major bleeding fourth

18  quartile number.

19  BY MR. HONNOLD:

20  **Q.**   Do you see for ROCKET the patients in the fourth quartile

21  have a higher percentage of major bleeding?  Do you see that?

22  **A.**   I do.  Again, the ROCKET patients were not patients like

23  Ms. Mingo, who had DVT and PE.  These were patients with atrial

24  fibrillation.

25  **Q.**   Do you have any reason to dispute the accuracy of this

DEMONDES HAYNES - CROSS

04:06   1   data?

2   A.   No, I don't.

3   Q.   Have you seen this data in this format before you came to

4   court today?

5   A.   Yes.

6   Q.   You were aware of this?

7   A.   Yes.

8   Q.   This does suggest that patients who have the higher level

9   of Neoplastin PT, greater than 20.3 seconds, do have an

10   increased risk of bleeding, correct?

11   A.   From this analysis.  There are other analyses in ROCKET

12   that show they do not --

13   Q.   From this analysis it shows that, correct?

14   A.   From this one.

15   Q.   Moving forward, finally, let's go to the EINSTEIN slide,

16   Plaintiff's 18.

17        Do you see the PT Neoplastin Day 15 peak for the

18   fourth quartile, that that percentage of bleeding is higher?

19   A.   Yes, it is higher.

20   Q.   Then if you go to the next category, the fourth quartile

21   is similarly higher.  Do you see that?

22   A.   Yes.

23   Q.   If you go to the final fourth quartile, similarly, you see

24   that it has a higher percentage of bleeding; is that true?

25   A.   Yes.  Those are the trough values, not the peak values.

DEMONDES HAYNES - CROSS

04:07

1   **Q.**   This data, have you seen it in this format before today?

2   **A.**   I have.

3   **Q.**   You don't have any reason to dispute at least the accuracy

4   or validity of this data, that it's the right numbers in the

5   right columns?

6   **A.**   No, I don't dispute that.  I think it's misleading,

7   looking at data, particularly when we're talking about

8   Ms. Mingo and her PT levels.

9   **Q.**   Last thing:  University of Mississippi Pharmacy

10  Newsletter, do you get it circulated to you?

11  **A.**   No.

12  **Q.**   For rivaroxaban it says:  "Prothrombin time in

13  anti-factor Xa activity will be affected by rivaroxaban."

14          Did you know that the University of Mississippi

15  Medical Center was at least putting that information out?

16  **A.**   I would have to look at that newsletter, see what it is.

17  I don't know if that's put out by the institution or if it's

18  put out by people who work in the School of Pharmacy or people

19  on research.  So I would need to look at the publication.

20          **MR. HONNOLD:**  I might as well put this up, if we can

21  switch back over to the ELMO.  This will be the last thing.  I

22  will hand it to the doctor to look at.

23  BY MR. HONNOLD:

24  **Q.**   I'll just give it to you, Doctor, to speed things along.

25          It at least looks like the University of Mississippi

DEMONDES HAYNES - CROSS

04:09

1    Pharmacy puts out a newsletter that talks about Neoplastin PT
2    and the factor Xa assay; is that true?
3    A.   Yes.  This is a UMC Pharmacy Newsletter.  I wouldn't say
4    it's put out by the institution per se.  This looks like a
5    newsletters put out by the School of Pharmacy and maybe one of
6    their residents.

7             MR. HONNOLD:  Thank you, Your Honor.  No further
8    questions.

9             Can I do one more thing?

10            THE COURT:  Sure.

11   BY MR. HONNOLD:

12   Q.   If a patient has an ulcer and is not on anticoagulants,
13   that patient may be able to heal -- may be able to heal their
14   ulcer without bleeding occurring, correct?

15   A.   Maybe.

16   Q.   The reason that that might be able to happen -- I don't
17   want to fuss with you about probability, statistics, how much
18   or how often.  But the reason it might be able to happen -- one
19   of the reasons will be an intact coagulation system, correct?

20   A.   Maybe.

21   Q.   That's the way it works in our body.  We get nicks, we get
22   tears, we get rents, we get things like that.  When the
23   coagulation system is intact, things can heal at times without
24   bleeding, correct?

25   A.   Sometimes.

DEMONDES HAYNES - CROSS

04:11

1    **Q.**   One way an ulcer -- one way an ulcer could bleed is if a

2    patient is on anticoagulation, their clotting cascade is

3    disrupted, and the patient may have bleeding, correct?

4    **A.**   They may have bleeding if they are on a blood thinner

5    because that's what blood thinners do.

6    **Q.**   Now, we also know that sometimes, even when patients are

7    on blood thinners -- even when patients are on blood thinners,

8    ulcers and little tears and nicks in the body can still heal?

9    **A.**   Possibly.  There are times they don't.

10   **Q.**   But if they didn't -- if they didn't, then everybody who

11   was on an anticoagulant would be bleeding everywhere, right?

12   **A.**   I'm sorry.  Say that again.

13   **Q.**   Sure.  This is an important thing.  I want to go over this

14   with you.

15          We know that when patients are on anticoagulants, the

16   clotting system can still remain intact well enough so that

17   small little tears and nicks, things like that, are able to

18   heal without there being a major bleeding event, correct?

19   **A.**   They could.

20   **Q.**   One reason we know that, if you look at Coumadin and look

21   at bleeding rates, if you get the INR too high, we know across

22   populations there might be more bleeding, right?

23   **A.**   There might be.  We have patients who have high INRs that

24   come in that don't bleed.

25   **Q.**   I got you.  We are looking at statistics and medical

04:12   1   science on a population basis, correct?

2   A.   Yeah.  I take care of patients every day.  The ones I see

3   coming in with an INR of 5 or 6, I see them all the time; they

4   come in and are not bleeding.  And I see them that come in with

5   a INR of 2 that do bleed.

6   Q.   We know for the population as a whole, if we manage their

7   coagulation well, then the population will tend to have fewer

8   undesirable bleeds, correct?

9   A.   Maybe the population, but that doesn't speak to individual

10  patients.

11  Q.   For the population that's true, right?

12  A.   Generally speaking.

13  Q.   For the population, generally speaking, that's why we try

14  to keep it at 2 to 3, correct?

15  A.   Generally speaking.

16  Q.   Similarly, it would be a reason for any anticoagulant, why

17  you would not want a patient to become excessively

18  anticoagulated, correct?

19  A.   What do you mean by "excessively anticoagulated"?

20  Q.   Too much.

21  A.   I don't think we -- there's no -- the only drugs we know

22  we have the data on are for Coumadin.  Like I said, if you talk

23  about excessive anticoagulation, we have patients who have INRs

24  of 10 who don't bleed, and we have those who have 2 who do

25  bleed.

DEMONDES HAYNES - CROSS

04:13

1   Q.   For the population, I think you have explained it.

2        Similarly, for quartile analysis that we know

3   population basis, at a certain higher level of PT, we saw a

4   higher percentage of patients who had major bleeding events,

5   right?

6   A.   You're confusing things.  That's apples to oranges.  You

7   are comparing different studies that were not patients who had

8   DVT and PE, and you were looking at peak data and trough data.

9   Those things are different.  We can't confuse data like that if

10  we're taking care of patients.  You would ask me to put

11  patients at risk.

12  Q.   Let's just use the RECORD data as an example.  Let's just

13  use RECORD as an example.

14       It did show that the fourth-quarter patients -- in

15  the fourth quartile, they had a higher percentage of major

16  bleeding, correct?

17  A.   I don't know if they said major bleeding or exactly what.

18  I would need you to pull that up again to see exactly what.

19  Q.   One question I want to ask you:  You would agree that

20  Ms. Mingo, when she had her bleed -- you would agree with me

21  that for bleeds like Ms. Mingo's, rivaroxaban -- being on

22  rivaroxaban can influence the nature and severity of a bleeding

23  event, correct?

24  A.   Can influence the nature and severity?

25  Q.   Yes.

DEMONDES HAYNES - REDIRECT

04:15

1    **A.**    I think the label says anyone who is taking rivaroxaban is
2    at risk of bleeding.
3    **Q.**    The label right at the beginning says "Rivaroxaban can
4    cause serious and fatal bleeds," correct?
5    **A.**    That's correct.
6    **Q.**    There's no doubt that rivaroxaban can cause serious and
7    fatal bleeding?
8    **A.**    That's in the label.
9    **Q.**    A patient who has a significant GI bleeding event, the
10   fact that they're on rivaroxaban, that could be a contributing
11   factor to the bleed and its severity, correct?
12   **A.**    It could.  Any blood thinner could do that.
13   **Q.**    You would certainly agree that Ms. Mingo's coagulation
14   cascade was affected by Xarelto, true?
15   **A.**    Yes.
16           **MR. HONNOLD:**  Doctor, I don't have any further
17   questions for you.  Thank you.
18           **THE COURT:**  Any redirect?
19           **MS. PRUITT:**  Just shortly, Your Honor.
20                      **REDIRECT EXAMINATION**
21   BY MS. PRUITT:
22   **Q.**    You were asked some questions about Neoplastin being used
23   in the ROCKET and the EINSTEIN trials.  Do you recall that?
24   **A.**    Yes, ma'am.
25   **Q.**    When Neoplastin was used in the ROCKET and EINSTEIN trials

04:16   1    to measure PT, did the patients in those trials get taken off

2    of the drug?

3    **A.**   No, they did not.

4    **Q.**   Did they get taken off of the drug if they had a high PT?

5    **A.**   No, definitely not.

6    **Q.**   Dr. Haynes, do you make your treatment decisions for your

7    patients based upon internal company documents?

8    **A.**   No.   That would be asking us to do great harm to our

9    patients.   We make decisions based on the literature that's

10   published, based on guidelines, based on information we have

11   about the drug from the package inserts, all of those things,

12   and on the experience that I have for the number of patients

13   that I have taken care of over the years with DVT and PE and

14   with bleeding.

15   **Q.**   Dr. Haynes, do you agree that less than 1 percent of all

16   drugs on the market are monitored?

17   **A.**   That's correct.   There are only a few drugs that have the

18   narrow therapeutic index we talked about.

19   **Q.**   I want to talk to you a moment about the Lovenox label.

20   Mr. Honnold showed you a section in the label where a lab test

21   was discussed in the Lovenox label.   Do you recall that?

22   **A.**   Yes.

23   **Q.**   There is an anti-factor Xa assay calibrated and controlled

24   for Lovenox, isn't there?

25   **A.**   There is.

DEMONDES HAYNES - REDIRECT

04:17

1  Q.    That is used at UMC with Lovenox, correct?

2  A.    It is available.

3  Q.    That's not the case for Xarelto, is it?

4  A.    That's correct.

5  Q.    Now, you said that you -- the quartile data that's been

6  referred to, you said you wanted to clarify because you thought

7  the way it was being discussed would be a little misleading to

8  the jury.

9         Have you looked at the quartile data and compared it

10  to Ms. Mingo's PTs?

11  A.    Yes, I have.

12  Q.    Can you tell the jury what you meant when you said to do

13  it that way would be somewhat misleading.

14  A.    Yeah.  Ms. Mingo, the last dose of Xarelto she had taken

15  the day before she had her bleed, her PT was 26.2.

16         We have very good data from the EINSTEIN data.  When

17  you look at a patient's peak, when the drug is taken two to

18  four hours afterwards, where their PT level is, hers is not

19  elevated.  It falls where you would expect it to be.

20  Q.    Did you do a slide to demonstrate that concept?

21  A.    Yes, ma'am, I did.

22         MS. PRUITT:  Can we pull up Slide 43, please.

23  BY MS. PRUITT:

24  Q.    Can you tell the jury what this is and what it

25  demonstrates, please.

DEMONDES HAYNES - REDIRECT

04:18

1    **A.**   Yes.  If we were going to use that ROCKET data that

2    Mr. Honnold talked about, using that PT Neoplastin -- this is

3    what they used.  They looked at the peak measurements that we

4    mentioned, drug taken two to four hours afterwards, and that

5    her PT of 26.2 falls in the middle, right where you would

6    expect it to be when you are looking at peak in those patients.

7    **Q.**   So to suggest that she -- that second measurement, 26.2,

8    was in the fourth quartile, would that be accurate?

9    **A.**   That would be inaccurate.

10         **MR. BIRCHFIELD:**  Your Honor, we have to object here.

11   The slide that she is showing is not even of the quartile.

12   It's --

13         **THE COURT:**  I sustain the objection.  That is

14   misleading.  That has nothing to do with the fourth quartile.

15         **MS. PRUITT:**  Take that down.

16   BY MS. PRUITT:

17   **Q.**   Would you describe what quartile data you looked at.

18   **A.**   Yes.  I have looked at quartile data from the ROCKET study

19   as well as EINSTEIN data.  If we pulled up the peak data in

20   ROCKET, it would show she was in the third quartile.

21   **Q.**   Not in the fourth?

22   **A.**   Not in the fourth.

23   **Q.**   In your opinion, Dr. Haynes, would someone who has an

24   oozing ulcer heal if they continue to take aspirin?

25   **A.**   No, they would not.

04:20

1    **MS. PRUITT:**  That's all I have, then.

2    **THE COURT:**  You are excused.  Thank you, sir.

3         Let me see counsel about logistics.  I don't

4    need this on the record.

5         (Off the record.)

6    **THE COURT:**  Members of the jury, we will stop here

7    and come back tomorrow at 8:30.

8         We're expecting two witnesses.  Counsel tells me

9    that we should finish at least the evidence tomorrow.  If

10   that's so, then we will see where we are.

11        Okay.  Thank you.  Again, just leave your

12   material.  We will take care of it and give it back to you

13   tomorrow.

14        We are almost there.  Hang in there, folks.

15        (Jury exited.)

16   **THE COURT:**  Be seated, please.

17        We will assume that the plaintiffs have just

18   rested and that the defendants have made their appropriate

19   motions timely.  As I understand it, they want to have oral

20   argument on the motions and supplement it by any written

21   material that they wish to have.

22        Is that what I'm hearing?

23   **MR. BONEY:**  Your Honor, Lindsey Boney for the

24   defendants.

25        We do have a Rule 50(a) motion that we made

04:22

1    earlier.  We will put papers on the record.  Your Honor, we

2    filed two briefs in support.  If it's okay with Your Honor, we

3    would like to highlight two of the arguments that we have made

4    in one of the briefs.  We do incorporate our papers.  It's not

5    to the exclusion of the other arguments.  My colleague Steve

6    Glickstein will argue those points.

7            MR. GLICKSTEIN:  Your Honor, my understanding was

8    that those -- because Mr. Honnold wanted to file some papers,

9    that we were going to argue those tomorrow.

10           THE COURT:  That's fine.  They just wanted to argue

11   today.  If you want to argue today, fine; if you don't want to

12   argue today, that's fine.

13           MR. GLICKSTEIN:  I relied on that.  I don't have my

14   papers in court.

15           MR. SARVER:  It's totally my fault.  I got that

16   wrong.

17           THE COURT:  We will do it tomorrow.

18           Let me see you all at 8:15.  We will talk about

19   it.  Court will stand in recess.

20                          * * *

21           MR. GEISLER:  The parties have conferred, and now

22   plaintiffs move into evidence Spiro Deposition Exhibit 21,

23   which is 1701567, as Plaintiff's Exhibit 110.

24           Plaintiffs move Spiro Deposition Exhibit 23,

25   which is 1145885, into evidence as Plaintiff's Exhibit 112.

04:40

1          Plaintiffs move Spiro Deposition Exhibit 24,

2   which is 1145886, into evidence as Plaintiff's Exhibit 113.

3          **MS. MILLER:**  Those are being admitted into evidence

4   subject to defendants' earlier objections and the Court's

5   rulings on objections to the exhibits and designations for

6   Dr. Spiro.

7          **MR. GEISLER:**  The parties conferred on Spiro

8   Deposition Exhibit 52, which is a publication.  It's agreed

9   that it's to be treated as a demonstrative.

10          **MS. MILLER:**  Correct.  It's not being admitted into

11   evidence.

12          **THE DEPUTY CLERK:**  Which one is that?

13          **MR. GEISLER:**  That would be 117.

14          **THE DEPUTY CLERK:**  So that will be a demonstrative.

15          **MR. GEISLER:**  There's one more from the Keith

16   deposition.  Plaintiffs move the Keith Deposition Exhibit 4,

17   which are the progress notes.

18          **MS. MILLER:**  Our notes say it's Exhibit 3.

19          **MR. GEISLER:**  There's some confusion where it's

20   mismarked.  I came up with Exhibit 4.  That's why I'm adding

21   that description.

22          **MS. MILLER:**  Yes.  There's no dispute that the

23   progress notes from Dr. Keith's deposition will be admitted

24   into evidence.

25          **MR. GEISLER:**  That will be admitted as -- plaintiffs

04:42  1  move that into evidence as Plaintiff's Exhibit 136.

2          THE DEPUTY CLERK:  Okay.

3          (Proceedings adjourned.)

4                          * * *

5                       <u>**CERTIFICATE**</u>

6          I, Toni Doyle Tusa, CCR, FCRR, Official Court

7  Reporter for the United States District Court, Eastern District

8  of Louisiana, certify that the foregoing is a true and correct

9  transcript, to the best of my ability and understanding, from

10  the record of proceedings in the above-entitled matter.

11

12

13                          *s/ Toni Doyle Tusa*
                            Toni Doyle Tusa, CCR, FCRR
14                          Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25