# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*JANIE CARROLL v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-07352*

## MOTION FOR SUBSTITUION OF PROPER PARTY

      Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting MICHAEL GREEN, on behalf of the Estate of JANIE CARROLL as Plaintiff in the above captioned cause.

      1.     JANIE CARROLL filed a products liability lawsuit against defendants on May 29, 2016.

      2.     Plaintiff JANIE CARROLL died on May 10, 2016.

      3.     JANIE CARROLL's products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

      4.     Plaintiff filed a Notice and Suggestion of Death on July 20, 2017, attached hereto as "Exhibit A."

      5.     MICHAEL GREEN, on behalf of the Estate of JANIE CARROLL, as surviving spouse of JANIE CARROLL is a proper party to substitute for plaintiff-decedent JANIE CARROLL and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's

behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: September 8, 2017          Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Motion for Substitution of Proper Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: September 8, 2017　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Russell T. Abney
　　　　　　　　　　　　　　　　　　　　　Russell T. Abney, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 000875 (GA)
　　　　　　　　　　　　　　　　　　　　　FERRER, POIROT & WANSBROUGH
　　　　　　　　　　　　　　　　　　　　　2100 RiverEdge Pkwy NW, Suite 1025
　　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30328
　　　　　　　　　　　　　　　　　　　　　Telephone: 800.521.4492
　　　　　　　　　　　　　　　　　　　　　Fax: 866.513.0115
　　　　　　　　　　　　　　　　　　　　　atlanta@lawyerworks.com
　　　　　　　　　　　　　　　　　　　　　*Attorney for the Plaintiffs*