# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*JANIE CARROLL v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-07352*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff MICHAEL GREEN, on behalf of the Estate of JANIE CARROLL be substituted for Plaintiff JANIE CARROLL in the above captioned cause.

Dated: _____        _____
                                                                Hon. Eldon E. Fallon
                                                                United States District Court Judge