**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Pamela Joan Hunzicker v. Janssen Research & Development LLC, et al.*
*LAED USDC No. 2:16-cv-17923*

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG**

Plaintiff in the above-listed action, through undersigned counsel, respectfully requests that this Court grant his Motion for Extension of Time within Which to Serve Process and issue an Order allowing her an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B. A brief memorandum in support of Plaintiff's motion is submitted herewith.

Dated: September 8, 2017

Respectfully submitted,

/s/ Jonathan Staffeldt
Jonathan Paul Staffeldt Bar # 252326
MILSTEIN JACKSON FAIRCHILD &
WADE, LLP
10250 Constellation Blvd, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 396-9600
Facsimile: (310) 396-9635
Email: jstaffeldt@mjfwlaw.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Jonathan P. Staffeldt