**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION     :          MDL No. 2592
                                  :
                                  :          SECTION L
                                  :
                                  :          JUDGE ELDON E. FALLON
                                  :
_____:          MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Pamela Joan Hunzicker v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:16-cv-17923

<u>**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN
WHICH TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE
PHARMACEUTICALS, INC. AND BAYER PHARMA AG**</u>

Now comes Plaintiff in the above-listed action, through undersigned counsel, respectfully

moves this Court for an Order allowing her an additional thirty (30) days from the date the Order

is entered in which to effect service on Defendants Bayer Healthcare Pharmaceuticals, Inc. and

Bayer Pharma AG (the "Defendants") through the streamlined procedures for informal service of

process set forth in Pre-Trial Order #10, 10A and 10B.  In support of her motion, Plaintiff states

as follows:

The foregoing action was filed at the Los Angeles County Superior Court in the State of

California on October 21, 2016.  Transfer of the action to this consolidated proceeding *In Re:*

*Xarelto (Rivaroxaban) Products Liability* Litigation, MDL No. 2592, was subsequently

requested by Defendants and ordered by the Court's Conditional Transfer Order 128 on January

4, 2017.  The case was transferred on January 26, 2017 (docket 20).

Plaintiff was unaware that he must complete the streamlined service of process as set forth in Pre-Trial Order #10 following transfer of the action into MDL No. 2592. Undersigned counsel had successfully completed service of the complaint on the Defendants immediately following the initial filing of the complaint. Bayer Healthcare Pharmaceuticals, Inc. answered Plaintiff's complaint on December 14, 2016. However, due to inadvertent oversight on behalf of undersigned counsel, service of Plaintiff's complaint in this action was not properly effected within the time period for streamlined service set forth in Pre-Trial Order #10, 10A and 10B as to some or all of the Defendants. Undersigned counsel regrets its failure to properly oversee and accomplish the service of the complaint and summons in the above-listed action and assures this Court that it has instituted procedures to ensure that all future complaints are properly and timely served according to Pre-Trial Order #10, 10A and 10B.

The MDL involves thousands of similarly situated plaintiffs who have filed claims alleging facts, circumstances, and theories of recovery virtually identical to the lawsuit filed by Ms. Hunzicker, and as such, no actual prejudice has or will occur to Defendants by this Court granting the relief sought herein.

Plaintiff shows that as a matter of law and fact, she was not in "bad faith" in delaying streamlined service of his respective Complaint and Summons. Defendants are fully aware of and are served with hundreds of identical complaints in this matter. Defendants were well aware of Plaintiff's claim as they filed an answer with the Los Angeles County Superior Court, State of California, and noticed removal of Plaintiff's action to this coordinated proceeding.

Thus, Plaintiff respectfully requests that this Court grant this motion and allow her an additional thirty (30) days within which to effect service on the Defendants through the

streamlined procedures for informal service of process set forth in Pre-Trial Order #10, 10A and 10B.

Respectfully submitted,

Dated: September 8, 2017

/s/ Jonathan Staffeldt
Jonathan Paul Staffeldt Bar # 252326
MILSTEIN JACKSON FAIRCHILD & WADE, LLP
10250 Constellation Blvd, Suite 1400
Los Angeles, CA 90067
Telephone:  (310) 396-9600
Facsimile:  (310) 396-9635
Email: jstaffeldt@mjfwlaw.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Jonathan P. Staffeldt