# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
*Angela Cantalini v. Janssen Research & Development LLC, et al.*
*LAED USDC No. 2:16-cv-17924*

## NOTICE OF SUBMISSION

Please take notice that the Motion for Extension of Time within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG, filed by Plaintiff in the above-listed action, through undersigned counsel will be submitted to the Court on Wednesday, the 4th of October, 2017, at 9:00am before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Poydras Street, New Orleans, LA 70130.

Dated: September 8, 2017         Respectfully submitted,

                                 */s/* Jonathan Staffeldt
                                 Jonathan Paul Staffeldt Bar # 252326
                                 MILSTEIN JACKSON FAIRCHILD & WADE, LLP
                                 10250 Constellation Blvd, Suite 1400
                                 Los Angeles, CA 90067
                                 Telephone: (310) 396-9600
                                 Facsimile: (310) 396-9635
                                 Email: jstaffeldt@mjfwlaw.com

                                 *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                        /s/ Jonathan P. Staffeldt