UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION  :   MDL No. 2592
  :
  :   SECTION L
  :
  :   JUDGE ELDON E. FALLON
  :
_____:   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Pascal Keith v. Janssen Research & Development LLC, et al.*
*LAED USDC No. 2:16-cv-13850*

## ORDER

Considering the foregoing Motion for Extension of Time within Which to Serve Process: IT IS HEREBY ORDERED that Plaintiff in the above-listed action shall have thirty (30) days from the date of this Order within which to effect service on Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Johnson & Johnson Company, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG, through the streamlined procedures for informal service of process set forth in Pre-Trial Orders #10, 10A and 10B.

New Orleans, Louisiana this ___ day of _____, 2017.

_____
Honorable Eldon E. Fallon