UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7541 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Janie Carroll v. Janssen Research & Development LLC, et al

CA# 2:16-cv-07352

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Michael Green, on behalf of the Estate of Janie Carroll, is substituted for Plaintiff Janie Carroll, in the above captioned case.

New Orleans, Louisiana, this 11th day of September, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE