# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7543 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Christopher Jill v. Janssen Research & Development LLC, et al

CA# 2:16-cv-07533

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Kelly Jill, on behalf of the Estate of Christopher Jill, is substituted for Plaintiff Christopher Jill, in the above captioned case.

New Orleans, Louisiana, this 11th day of September, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE