UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7547 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Agnes Barker v. Janssen Research & Development LLC, et al

CA# 2:16-cv-07338

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Karen Drexler, on behalf of the Estate of Agnes Barker, is substituted for Plaintiff Agnes Barker, in the above captioned case.

New Orleans, Louisiana, this 11th day of September, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE