UNITED STATES DISTRICT COURT OF EASTERN DISTRICT OF LOUSIANA

| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION) | § § § § § § | MDL NO. 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH JURY TRIAL DEMAND |
|---|---|---|

**THIS DOCUMENT RELATES TO:**

GARY GIBSON v. Janssen Research & Development LLC et al, **2:15-cv-01874**

SAMELLA COLLINS v. Janssen Research & Development LLC et al, **2:15-cv-03122**

JUDY CRISLIP-DOUGLASS, Individually and Personal Representative of

JERRY CRISLIP vs. Janssen Research & Development LLC, et al, **2:15:cv-4424**

AL J. JAMES, Individually and Personal Representative of CALBY VIRGIL JAMES JR vs. Janssen Research & Development, LLC, et al, **2:15-cv-04589**

SAM GOLDSMITH, et al vs. Janssen Research & Development, LLC, et al, **2:15-cv-05082**

JOSEPH DEWS et al vs. Janssen Research & Development, LLC, et al, **2:15-cv-5149**

ETHELYN DODSON, et al vs. Janssen Research & Development, LLC, et al, **2:15-cv-05560**

FRANCES J. MASEK, et al vs. Janssen Research & Development, LLC, et al, **2:15-cv-06330**

ALFREDO H. PEREZ et al v. Janssen Research & Development LLC et al, **2:15-cv-06404**

JEAN WHITE, et al vs. Janssen Research & Development, et al, **2:15-cv-07030**

ESTELLA ROETHLER et al vs Janssen Research & Development et al, **2:16-cv-01232**

DIAMANTINA SALINAS VILLEGAS vs Janssen Research & Development et al, **2:16-cv-01351**

CONSTANCE SAXON, et al vs. Janssen Research & Development LLC et al, **2:16-cv-02310**

TOMEKA RHODES, et al vs. Janssen Research & Development LLC et al, **2:16-cv-02686**

HELEN FOLEY et al vs. Janssen Research et al, **2:16-cv-02700**

GLENDA SOUTHERLAND, et al vs Janssen Research & Development et al, **2:16-cv-03893**

RICKEY L. TYLER et al vs. Janssen Research & Development et al, **2:16-cv-04022**

PEGGY HORN vs. Janssen Research & Development et al, **2:16-cv-04119**

HATTIE MAE BUTLER vs. Janssen Research & Development et al, **2:16-cv-04090**

ROBERT HALL JR vs. Janssen Research & Development et al, **2:16-cv-04117**

UNDERHILL v. Janssen Research & Development, et al, **2:16-cv-06726**

ZALOCKA v. Janssen Research & Development, et al, **2:16-cv-06719**

PATTY SMITH et al v Janssen Research & Development et al, **2:16-cv-07782**

JAMES HARRIS vs. Janssen Research & Development et al, **2:16-cv-07755**

MARY SPATARO v Janssen Research & Development et al, **2:16-cv-07767**

BOBBY DAWSON et al vs. Janssen Research & Development, LLC et al, **2:16-cv-11119**

THOMAS WILLIS et al vs. Janssen Research & Development, LLC et al, **2:16-cv-11131**

JOHN LISCHAK JR. vs. Janssen Research & Development, et al, **2:16-cv-12740**

VIRGINIA POSSELT vs. Janssen Research & Development et al, **2:16-cv-13484**

DENNIS HOEPPEL, et al v. Janssen Research & Development LLC et al, **2:16-cv-13838**

ROBERT STILES et al v Janssen Research et al, **2:16-cv-14018**

RITA GILLENWATER et al vs. Janssen Research & Development et al, **2:16-cv-14350**

VICTOR DANKEWICH et al vs. Janssen Research & Development et al, **2:16-cv-14342**

MELISSA HOLMES vs. Janssen Research & Development LLC, et al, **2:16-cv-15198**

CATHERINE BOYSIEWICK vs. Janssen Research & Development, et al, **2:16-cv-15212**

INGRAM,et al v. Janssen Research & Development, et al, **2:16-cv-16096**

WHITEHEAD v. Janssen Research & Development, et al, **2:16-cv-16112**

ASKEW, Individually and on behalf of JOHN ASKEW v. Janssen Research, et al, **2:16-cv-16086**

BERRY v. Janssen Research & Development, LLC, et al, **2:16-cv-16230**

WAYNE JORDAN OBO REBECCA JORDAN v. Janssen Research & Development, LLC, et al, **2:16-cv-16438**

CARRUBA v. Janssen Research & Development, LLC, et al, **2:16-cv-16807**

ROQUE v. Janssen Research & Development, LLC, et al, **2:16-cv-17000**

MITCHAM v. Janssen Research & Development, LLC, et al, **2:16-cv-17629**

RICTHER v. Janssen Research & Development LLC, et al, **2:16-cv-17876**

DYSON v. Janssen Research & Development LLC, et al, **2:16-cv-17870**

FOSHEE, Individually & OBO Decedent Grace Young, **2:17-cv-00064**

JOHNSON, et al v. Janssen Research & Development, LLC, et al, **2:17-cv-00109**

COUGHRAN v. Janssen Research & Development, LLC, et al, **2:17-cv-243**

BETTERTON v. Janssen Research & Development, LLC, et al, **2:17-cv-00432**

BURCH, et al v. Janssen Research & Development, LLC, et al, **2:17-cv-00451**

FRANKLIN JONES, et al v. Janssen Research & Development, et al, **2:17-cv-1194**

CARLA HERMAN v. Janssen Research & Development, LLC, **2:17-cv-1203**

GERALDINE ALLEN v. Janssen Research & Development, LLC, **2:17-cv-01302**

JOHN DIPASQUALE, et al v. Janssen Research & Development, LLC, **2:17-cv-1321**

JOSEPH MALIZIA v. Janssen Research & Development, LLC, **2:17-cv-1376**

TERRELL, et al v. Janssen Research & Development, LLC, et al, **2:17-cv-02038**

WATKINS, et al vs. Janssen Research & Development LLC et al, **2:17-cv-02114**

PAYNE v. Janssen Research & Development, LLC, et al, **2:17-cv-2243**

THOMAS COLE, et al v. Janssen Research & Development, et al, **2:17-cv-2295**

MILLER v. Janssen Research & Development, et al, **2:17-cv-2951**

BREMER v. Janssen Research & Development, et al, **2:17-cv-2938**

MACON v. Janssen Research & Development, et al, **2:17-cv-2941**

VILLARREAL v. Janssen Research & Development, et al, **2:17-cv-2976**

LIPPINCOTT v. Janssen Research & Development, et al, **2:17-cv-2993**

BENNETT v. Janssen Research & Development LLC, et al, **2:17-cv-2996**

BOYLE v. Janssen Research & Development LLC, et al, **2:17-cv-3682**

JONES v. Janssen Research & Development LLC, et al, **2:17-cv-3674**

RICE v. Janssen Research & Development LLC, et al, **2:17-cv-3664**

MCARTHUR v. Janssen Research & Development LLC, et al, **2:17-cv-3699**

HASKETT v. Janssen Research & Development LLC, et al, **2:17-cv-3703**

KARE-KOWALSKI v. Janssen Research & Development LLC, et al, **2:17-cv-3710**

ROSE v. Janssen Research & Development LLC, et al, **2:17-cv-3790**

SMITH v. Janssen Research & Development LLC, et al, **2:17-cv-3858**

MOSIER v. Janssen Research & Development LLC, et al, **2:17-cv-3856**

BECK v. Janssen Research & Development LLC, et al, **2:17-cv-3862**

MCDOLE v. Janssen Research & Development LLC, et al, **2:17-cv-4501**

RAYNER et al v. Janssen Research & Development LLC, et al, **2:17-cv-4662**

STUDY v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al, **2:17-cv-4902**

MARSHALL v. Janssen Research & Development, LLC, et al, **2:17-cv-5011**

ABBOTT v. Janssen Research & Development LLC, et al, **2:17-cv-5656**

LANIER v. Janssen Research & Development LLC, et al, **2:17-cv-5907**

PRYOR et al v. Janssen Research & Development LLC, et al, **2:17-cv-5960**

DELLER v. Janssen Research & Development LLC, et al, **2:17-cv-6402**

WATKINS v. Janssen Research & Development LLC, et al, **2:17-cv-6980**

HAMPTON v. Janssen Research & Development LLC, et al, **2:17-cv-7026**

WHITUS v. Janssen Research & Development, LLC, **2:17-cv-8530**

YOUNGS v. Janssen Research & Development, LLC, **2:17-cv-8681**

**ORDER**

Considering the foregoing Notice of Appearance of Counsel: IT IS HEREBY ORDERED, that attorney Jessica Glitz, be listed in the above-listed actions as co-counsel for the plaintiffs.

New Orleans, Louisiana this __11th__ day of _____September_____, 2017.

_____

Honorable Eldon E. Fallon