UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | CIVIL ACTION: |
| ) | MDL NO.: 2592 |
| MILDRED BUCKALEW REAVES, ET AL ) | |
|    Plaintiffs ) | 17-477 L (5) |
| vs. ) | |
| ) | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC ) | |
| f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL ) | |
| RESEARCH AND DEVELOPMENT, LLC; ET AL ) | |
|    Defendants ) | |

*********************************************************************************

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Mildred Buckalew Reaves, Timothy Reaves, and Travis Reaves, who respectfully represent to this Honorable Court that they desire to dismiss with prejudice the above entitled and numbered matter in its entirety with each party to bear its own costs.

                      By: /s/ T. Carey Wicker, III
                         T. Carey Wicker, III Louisiana Bar No. 123450
                         CAPITELLI AND WICKER
                         1100 Poydras St., Suite 2950
                         New Orleans, Louisiana 70163
                         Telephone: 504-582-2425
                         Fax: 504-582-2422
                         tcw@capitelliandwicker.com

                         Chris Janes
                         Michles & Booth, P.A.
                         501 Brent Lane
                         Pensacola, Florida 32503
                         Telephone 850-438-4848
                         cjanes@michlesbooth.com

                         **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE**

  I hereby certify that on September 12, 2017, a copy of the above and foregoing pleading has been filed using the CM/ECF electronic filing system.

            <u>/s/ T. Carey Wicker, III</u>
            T. Carey Wicker, III Louisiana Bar No. 123450