# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | CIVIL ACTION: |
| ) | MDL NO.: 2592 |
| MILDRED BUCKALEW REAVES, ET AL ) | |
|    Plaintiffs ) | 17-477 L (5) |
| vs. ) | |
| ) | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC ) | |
| f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL ) | |
| RESEARCH AND DEVELOPMENT, LLC; ET AL ) | |
|    Defendants ) | |

*******************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED that the above entitled and numbered matter is dismissed with prejudice in its entirety with each party to bear its own costs.

New Orleans, Louisiana, this _____ day of_____, 2017.

_____
**JUDGE**