UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ernest Schleifer, et al. v. Janssen Research & Development LLC, et al.*

**Case Action No.: 2:17-cv-01706**

## MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this court for an order substituting Estelle Schleifer, as Executrix of the Estate of Ernest Schleifer, on behalf of her deceased husband, Ernest Schleifer as the Plaintiff in this action.

1. Ernest Schleifer and Estelle Schleifer filed this products liability lawsuit against defendants on February 28, 2017.

2. Subsequently, plaintiffs' counsel learned that Ernest Schleifer died.

3. Ernest Schleifer's products liability lawsuit against defendants survived his death and was not extinguished.

4. Plaintiff filed a suggestion of death on September 5, 2017, attached hereto.

5. Estelle Schleifer, surviving wife of Ernest Schleifer, is a proper party to substitute for plaintiff-decedent, Ernest Schleifer and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf pursuant to Federal Rule of Civil Procedure 25(a)(1) which states that: "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

6. Estelle Schleifer, surviving wife of Ernest Schleifer, was appointed Executrix of Ernest Schleifer's Estate by order of the Probate Court of the State of Rhode Island, County of Providence, City of Cranston on August 21, 2017. Attached hereto is a copy of the certificate of appointment of executrix issued by the Probate Court.

Wherefore, counsel for Plaintiff requests that this court grant this motion for substitution as Plaintiff in this action.

Dated: September 13, 2017

        Respectfully submitted,

        */s/ Rosemarie Riddell Bogdan*
        Rosemarie Riddell Bogdan
        NDNY Bar Roll Number: 506409
        NYS Bar Roll Number: 380552
        MARTIN, HARDING & MAZZOTTI, LLP
        Attorneys for Plaintiff
        1222 Troy-Schenectady Road
        P.O. Box 15141
        Albany, New York 12212-5141
        Telephone: (518) 862-1200
        rrbxarelto@1800law1010.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Federal Rule of Civil Procedure 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to pretrial order number 17.

Dated: September 13, 2017

*/s/Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan