## STATE OF RHODE ISLAND

County of Providence   **PROBATE COURT OF THE CITY OF CRANSTON**

Estate of: **Ernest B Schleifer**       No **30510**       Date: August 21, 2017
Alias:

## CERTIFICATE OF APPOINTMENT

**Estelle C. Schleifer**
*Name of Fiduciary/Fiduciaries*

You have qualified as:  **Executrix**
On:  August 21, 2017

And are vested with all the power and authority prescribed by law to said office.

I, the undersigned, hereby certify, that I am the Clerk of the Probate Court; that as such I have Custody of the records of said Court; that the foregoing is a true copy of the appointment of a fiduciary; that said fiduciary has given bond as required by law; and that said appointment remains in full force and effect

Witness, my hand and seal of the Probate Court.

*Maria M. Wall*
_____
Maria Medeiros Wall, J.D.
Clerk of the Cranston Probate Court