UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | : : : : : : : : : | **MDL No. 2592** <br><br> **SECTION L** <br><br> **JUDGE ELDON E. FALLON** <br><br> **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Ernest Schleifer, et al. v. Janssen Research & Development LLC, et al.*

**Case Action No.: 2:17-cv-01706**

## ORDER

The Court, after considering the plaintiff's motion for substitution of proper party as well as any responses thereto, finds the motion meritorious. It is therefore ordered that Plaintiff Estelle Schleifer, As Executrix of the Estate of Ernest Schleifer, is substituted for plaintiff Ernest Schleifer in the above-captioned case.

Dated: _____          _____
                                                                                Hon. Eldon E. Fallon
                                                                                United States District Court Judge

1