## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  )
                                     )       **MDL No. 2592**

**PRODUCTS LIABILITY LITIGATION**  )
                                     )       **SECTION L**
                                     )
                                     )       **JUDGE ELDON E. FALLON**
                                     )
                                     )       **MAG. JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**
**MDL Case No.**     **2:16-cv-01908**               **Plaintiff: DOVE, VIRGINIA**

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Cheryl Fink on behalf of decedent, Virginia Dove.

1.     Virginia Dove filed a products liability lawsuit against Defendants on February 29, 2016.

2.     Plaintiff Virginia Dove died on August 8, 2017.

3.     Virginia Dove's product liability action against the defendants survived her death and was not extinguished.

4.     On September 11, 2017, a Notice and Suggestion of Death was filed, attached hereto as "Exhibit A."

5.     Cheryl Fink, surviving daughter of Virginia Dove, was appointed Executor of her Estate on August 25, 2017, by the Circuit Court of Rockingham County, in the State of Virginia.

6.     Cheryl Fink is a proper party to substitute for plaintiff-decedent Virginia Dove and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the

court may order substitution of the proper party. A motion for substitution may be made by any party of the decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests that this Honorable court grant this Motion for substitution as plaintiff in this action.

Dated: September 13, 2017

By: */s/ Andrew W. Callahan*

Andrew W. Callahan, IL Bar No. 6298280
Krystal K. Weigl, IL Bar No. 6316929
Flint Law Firm, LLC
222 E. Park St. Suite 500
Edwardsville, IL 62025
Phone: 618-288-4777
Fax: 618-288-2864
acallahan@flintfirm.com
kweigl@flintfirm.com
*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. Notice of filing will also be served on all plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s/ Andrew W. Callahan*