UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| _____) | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| MDL Case No.     2:16-cv-1908 | Plaintiff: DOVE, VIRGINIA |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Cheryl Fink, as surviving daughter of Virginia Dove, is substituted for Plaintiff Virginia Dove in the above captioned case.

Dated:_____          _____
                                            Hon. Eldon E. Fallon
                                            United States District Court