UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> BRAD DORSEN ) <br> ) <br> 2:16-CV-15377 ) <br> ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure,* hereby informs the Honorable Court of the death of the Plaintiff, Brad Dorsen.

Dated: September 13, 2017　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Andrew W. Callahan*_____
　　　　　　　　　　　　　　　　　　　　Andrew W. Callahan, IL Bar No. 6298280
　　　　　　　　　　　　　　　　　　　　Krystal K. Weigl, IL Bar No. 6316929
　　　　　　　　　　　　　　　　　　　　Flint Law Firm, LLC
　　　　　　　　　　　　　　　　　　　　222 E Park St. Suite 500
　　　　　　　　　　　　　　　　　　　　Edwardsville, IL 62025
　　　　　　　　　　　　　　　　　　　　Phone: 618-288-4777
　　　　　　　　　　　　　　　　　　　　Fax: 618-288-2864
　　　　　　　　　　　　　　　　　　　　kweigl@flintfirm.com
　　　　　　　　　　　　　　　　　　　　acallahan@flintfirm.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2017, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure establish in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s/ Andrew W. Callahan*
Andrew W. Callahan, IL Bar No. 6298280
Krystal K. Weigl, IL Bar No. 6316929
Flint Law Firm, LLC
222 E Park St. Suite 500
Edwardsville, IL 62025
Phone: 618-288-4777
Fax: 618-288-2864
kweigl@flintfirm.com
acallahan@flintfirm.com
*Attorneys for Plaintiffs*