## AFFIDAVIT

STATE OF MICHIGAN            }
                             }
                             }
COUNTY OF __Wayne__          }


BEFORE ME, the undersigned authority, on this day personally appeared Dr. Benjamin Alli, who, after being duly sworn by me, stated on his/her oath, as follows:

"I, Dr. Benjamin Alli, am over the age or 21 and I am fully competent to make this Affidavit and the facts and statements contained in this Affidavit are within my personal knowledge and are true and correct;

I am the Plaintiff in C.A. No. 2:16-cv-05924 in a claim that I have filed in the Eastern District of Louisiana against the manufacturers of Xarelto;

I was a licensed medical doctor in the State of Michigan;

I, Dr. Benjamin Alli, prescribed Xarelto medication to myself for use between 2012 and 2015;

I received the Xarelto medication prescribed to myself from Prestige Pharmacy in Detroit, Michigan, but Prestige Pharmacy is no longer open for business;

Despite my diligent efforts, I have been unable to secure proof of prescription and/or dispensation from Prestige Pharmacy;

I ingested Xarelto between 2012 and 2015;

Even though I do not have pharmacy prescription records to verify that I received and ingested Xarelto between 2012 and 2015, I swear under oath that I did receive and ingest Xarelto between 2012 and 2015.

Further Affiant sayeth not."

_____
Dr. Benjamin Alli

__BENJAMIN ALLI, MD__
Printed name

1/7/2017

SWORN TO AND SUBSCRIBED BEFORE ME, this 7 day of January, 2017, to certify which witness my hand and seal of office.

Notary Public

Robert Gaines
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF Wayne
My Commission Expires: Aug. 13, 2021
Acting in the County of Wayne

My Commission Expires August 13, 2021

