UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |

This Document Relates to:

*JUNE ZEMBRZUSKI V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*

*Civil Action No 2:17-cv-8364*

## SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS FOR RECORD

      Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this honorable Court of the death of Plaintiff June Zembrzuski, which occurred on July 16, 2017.

Dated: September 14, 2017

                                            Respectfully submitted,

                                            _____

                By:    **E. Ryan Bradley, #53777**
                          Attorney for Plaintiff
                          The Bradley Law Firm
                          1424 Washington Avenue, Ste. 300
                          (314) 721-9111 (phone)
                          (314) 255-2768 (fax)
                          Ryan@stllawhelp.com