# EXHIBIT 3

Protected - Subject to Further Protective Review

```
 1   I joined Bayer.
 2        Q.    Where did you receive your
 3   medical training?
 4        A.    I received my medical training
 5   at the University of Dusseldorf, in Germany.
 6        Q.    And have you ever practiced
 7   medicine in private practice, seeing patients
 8   on a regular basis?
 9        A.    I have not been in private
10   practice, but I was working in a hospital at
11   the University Hospital of Dusseldorf as an
12   anesthesiologist.
13        Q.    And in what years was that?
14        A.    That was from 199- -- from 1988
15   to 1994.
16        Q.    Okay.
17              And other than your medical
18   degree, do you hold any other advanced
19   degrees?
20        A.    Yes.  I'm a board-certified
21   anesthesiologist.
22        Q.    And what is your current
23   position at Bayer?
24        A.    I have a dual role.  So one of
```

1   my responsibilities is I'm the clinical
2   pharmacology lead for Xarelto, and I'm the
3   head of the pharmacodynamics department in
4   clinical pharmacology.
5       Q.   What background and train- --
6   do you have any formal education and training
7   in pharmacology?
8       A.   Clinical pharmacology, no.
9   Apart from that, I am trained on the job.
10      Q.   Okay.  I'm going to be talking
11  about Xarelto today, obviously.  And just a
12  few fundamental questions.
13           I understand Xarelto is what is
14  called a direct oral anticoagulant; is that
15  correct?
16      A.   That is correct.
17      Q.   Sometimes referred to as a
18  novel oral anticoagulant, although it's been
19  a few years now.  But is that -- have you
20  heard it referred to as a novel oral
21  anticoagulant?
22      A.   Yes.
23      Q.   And that's because, unlike
24  warfarin, it works directly on the