# EXHIBIT 6

9/11/2017    Dissociation between the pharmacokinetics and pharmacodynamics of once-daily rivaroxaban and twice-daily apixaban: a randomized crossover study - ...

Case 2:14-md-02592-EEF-MBN Document 7586-7 Filed 09/15/17 Page 2 of 4

**Wiley Online Library**

Log in / Register

Go to old article view

## Journal of Thrombosis and Haemostasis   Explore this journal >

Browse  Accepted Articles

Accepted, unedited articles published online and citable. The final edited and typeset version of record will appear in future.

Open Access

Original Article - Coagulation

# Dissociation between the pharmacokinetics and pharmacodynamics of once-daily rivaroxaban and twice-daily apixaban: a randomized crossover study

Reinhold Kreutz,   Pontus B. Persson,   Dagmar Kubitza,   Kirstin Thelen,   Stefan Heitmeier,   Stephan Schwers,   Michael Becka,   Melanie Hemmrich

**Accepted manuscript online:**
14 August 2017   Full publication history

**DOI:**
10.1111/jth.13801   View/save citation

**Cited by (CrossRef):**
0 articles   Check for updates    Citation tools



This article has been accepted for publication and undergone full peer review but has not been through the copyediting, typesetting, pagination and proofreading process, which may lead to differences between this version and the Version of Record. Please cite this article as doi: 10.1111/jth.13801

# Summary

### Background

The anticoagulant actions of the oral direct factor Xa inhibitors, rivaroxaban and apixaban, have not previously been directly compared.

### Objectives

9/11/2017 Dissociation between the pharmacokinetics and pharmacodynamics of once-daily rivaroxaban and twice-daily apixaban: a randomized crossover study - ...

Case 2:14-md-02592-EEF-MBN Document 7586-7 Filed 09/15/17 Page 3 of 4

To compare directly the steady-state pharmacokinetics and anticoagulant effects of rivaroxaban and apixaban at doses approved for stroke prevention in nonvalvular atrial fibrillation.

## Methods

Twenty-four healthy Caucasian male volunteers were included in this open-label, two-period crossover, phase 1 study (EudraCT number: 2015-002612-32). Volunteers were randomized to receive rivaroxaban 20 mg once daily or apixaban 5 mg twice daily for 7 days followed by a washout period of at least 7 days before receiving the other treatment. Plasma concentrations and anticoagulant effects were measured at steady state and after drug discontinuation.

## Results

Overall exposure was similar for both drugs: the geometric mean area under the plasma concentration–time curve for the 0–24 h interval was 1830 µg·h·L$^{-1}$ for rivaroxaban and 1860 µg·h·L$^{-1}$ for apixaban. Rivaroxaban was associated with a greater inhibition of endogenous thrombin potential (geometric mean area under the curve relative to baseline during the 0–24 h interval 15.5 vs 17.5) and a more pronounced maximal prolongation relative to baseline of prothrombin time (PT; 1.66-fold vs 1.14-fold) and activated partial thromboplastin time (aPTT; 1.43-fold vs 1.16-fold) at steady state than apixaban.

## Conclusions

Despite similar exposure to both drugs, rivaroxaban 20 mg once daily was associated with greater and more sustained inhibition of thrombin generation than apixaban 5 mg twice daily. Sensitive prothrombin time and activated partial thromboplastin time assays can be used to estimate the anticoagulant effects of rivaroxaban.

This article is protected by copyright. All rights reserved.

### Continue reading full article

### Supporting Information

### Related content

### Articles related to the one you are viewing

There are currently no results to show, please try again later



Case 2:14-md-02592-EEF-MBN Document 7586-7 Filed 09/15/17 Page 4 of 4

Browse Publications

Browse by Subject

Resources

Help & Support

Cookies & Privacy

Terms of Service

About Us

Wiley Job Network

Advertisers & Agents

Powered by Wiley Online Library Copyright © 1999 - 2017 John Wiley & Sons, Inc. All Rights Reserved