UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: Dora Mingo v. Janssen Research & Development, LLC, *et al.* Case No. 2:15-cv-03469 | * * * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER RE: PLAINTIFF'S RULE 59 MOTION FOR A NEW TRIAL**

Before the Court is Plaintiff's Rule 59 Motion for a New Trial. Having reviewed the parties brief and the applicable law, **IT IS ORDERED** that Plaintiff's motion is **GRANTED**. A new trial will be granted. The parties shall meet and confer, and submit a proposed date for that trial to commence.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
**HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**