UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |

This Document Relates to:

*JUNE ZEMBRZUSKI V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*

*Civil Action No 2:17-cv-8364*

### MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting SYLVESTER R. ZEMBRZUSKI, on behalf of the Estate of JUNE ZEMBRZUSKI, as Plaintiff in the above-captioned cause.

1. JUNE ZEMBRZUSKI filed a products liability lawsuit against defendants on August 28, 2017.

2. Plaintiff JUNE ZEMBRZUSKI died on July 16, 2017.

3. JUNE ZEMBRZUSKI's products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on September 14, 2017 (Document #7584), attached hereto as "Exhibit A".

5. SYLVESTER R. ZEMBRZUSKI, on behalf of the Estate of JUNE ZEMBRZUSKI, as surviving spouse of JUNE ZEMBRZUSKI is a proper party to substitute for plaintiff-decedent JUNE ZEMBRZUSKI and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1).  "If a party dies and the claim is not

extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's success or representative."

WHEREFORE, counsel for Plaintiff requests that this court grant this request for substitution as plaintiff in this action.

Respectfully submitted,

_____
By:     **E. Ryan Bradley, #53777**
        Attorney for Plaintiff
        The Bradley Law Firm
        1424 Washington Avenue, Ste. 300
        (314) 721-9111 (phone)
        (314) 255-2768 (fax)
        Ryan@stllawhelp.com