UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |

This Document Relates to:

*JUNE ZEMBRZUSKI V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*

Civil Action No 2:17-cv-8364

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion for Substitution of Proper Party to be heard by the Honorable Eldon E. Fallon on October 4, 2017 at 9:00 a.m.

Dated September 15, 2017.

Respectfully submitted,

  */s/ E. Ryan Bradley*

By: **E. Ryan Bradley, #53777**

Attorney for Plaintiff

The Bradley Law Firm

1424 Washington Avenue, Ste. 300

(314) 721-9111 (phone)

(314) 255-2768 (fax)

Ryan@stllawhelp.com

**Attorneys for Plaintiff**