UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |

This Document Relates to:

*JUNE ZEMBRZUSKI V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*

*Civil Action No 2:17-cv-8364*

## **ORDER**

The court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff SYLVESTER R. ZEMBRZUSKI, on behalf of the Estate of JUNE ZEMBRZUSKI be substituted for plaintiff JUNE ZEMBRZUSKI in the above-captioned cause.

Dated; _____   _____
                                                                                       Hon. Eldon E. Fallon
                                                                                       United States District Court Judge