# EXHIBIT A

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) )<br><br>PRODUCTS LIABILITY LITIGATION )<br><br>)<br>)<br>)<br>)<br>)<br>)<br>) | **MDL NO. 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE NORTH** |

**This Document Relates to:**
*CARYL SPIROFF v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:15-cv-06129*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure

hereby informs the Honorable Court of the death of Plaintiff Caryl Spiroff.

Dated: July 20, 2017                 Respectfully submitted,

                 /s/ Russell T. Abney_____
                 Russell T. Abney, Esq.
                 Attorney I.D. No. 000875 (GA)
                 FERRER, POIROT & WANSBROUGH
                 2100 RiverEdge Pkwy NW, Suite 1025
                 Atlanta, GA 30328
                 Telephone: 800.521.4492
                 Fax: 866.513.0115
                 atlanta@lawyerworks.com
                 *Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: July 20, 2017                    Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115
rabney@lawyerworks.com
*Attorney for the Plaintiffs*