# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

*CARYL SPIROFF v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:15-cv-06129*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff RICHARD SPIROFF, on behalf of the Estate of CARYL SPIROFF be substituted for Plaintiff CARYL SPIROFF in the above captioned cause.

Dated: _____   _____
Hon. Eldon E. Fallon
United States District Court Judge