**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION:   L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

This Document Relates to:

**_Kenneth Force v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,_**
**_Civil Action No. 2:17-cv-06633_**

## MOTION FOR SUBSTITUION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting JACQUELINE FORCE, on behalf of the Estate of KENNETH FORCE as Plaintiff in the above captioned cause.

1.      KENNETH FORCE filed a products liability lawsuit against defendants on July 11, 2017.

2.      Plaintiff KENNETH FORCE died on April 5, 2017.[1]

3.      KENNETH FORCE's products liability action against defendants survived Plaintiff- decedent's death and was not extinguished.

4.      Plaintiff filed a Notice and Suggestion of Death on September 11, 2017, attached hereto as "Exhibit A."

---

[1] Plaintiff's counsel were not informed of Mr. Force's passing until September 2017.

5.     JAQUELINE FORCE, on behalf of the Estate of KENNETH FORCE, as surviving spouse of KENNETH FORCE, is a proper party to substitute for plaintiff-decedent KENNETH FORCE and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: September 15, 2017                    Respectfully submitted,

                                             By: /s/ Derek H. Potts

                                             Derek H. Potts
                                             Texas State Bar No. 24073727
                                             **THE POTTS LAW FIRM, LLP**
                                             3737 Buffalo Speedway
                                             Suite 1900
                                             Houston, Texas 77098
                                             Phone: (713)963-8881
                                             Fax: (713)583-5388
                                             Email: dpotts@potts-law.com
                                             *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above foregoing Motion for Substitution of Proper Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: September 15, 2017                              Respectfully submitted,

By: */s/ Derek H. Potts*

Derek H. Potts
Texas State Bar No. 24073727
**THE POTTS LAW FIRM, LLP**
3737 Buffalo Speedway
Suite 1900
Houston, Texas 77098
Phone: (713)963-8881
Fax: (713)583-5388
Email: dpotts@potts-law.com
*Counsel for Plaintiff*