**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

This Document Relates to:

*Kenneth Force v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:17-cv-06633*

### ORDER ON MOTION FOR SUBSTITUION OF PROPER PARTY

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious.

Therefore, IT IS ORDERED that Plaintiff Jacqueline Force, on behalf of the Estate of Kenneth Force, is substituted for Plaintiff Kenneth Force, in the above captioned case.

_____
UNITED STATES DISTRICT COURT JUDGE