UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Orr, et al. v. Bayer Corp., et al.* Case No. 2:15-cv-03708 | * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE
PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF
RULE 59 MOTION FOR A NEW TRIAL**

NOW come Plaintiffs, who respectfully request leave of Court to file the attached Plaintiffs' Reply Memorandum in Support of Rule 59 Motion for a New Trial ("Reply Brief"). On July 13, 2017, Plaintiffs filed a Rule 59 Motion for a New Trial [Rec. Doc. 7047]. On August 28, 2017, Defendants filed an Opposition to Plaintiffs' Rule 59 Motion for a New Trial [Rec. Doc. 7447]. In their Opposition to Plaintiffs' Rule 59 Motion for a New Trial, Defendants have tried to minimize the prejudice that befell the Orr family because of errors made during the trial of their case. Plaintiffs stand by their initial memorandum, but request leave of Court to file the attached Reply Brief, which provides some clarifications.

WHEREFORE, movers pray that this motion be GRANTED and that Plaintiffs' Reply Memorandum in Support of Rule 59 Motion for a New Trial be filed into the record.

Respectfully submitted,

Dated: September 15, 2017

/s/ Leonard A. Davis
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

1

        Gerald E. Meunier (Bar No. 9471)
        ***GAINSBURGH BENJAMIN DAVID MEUNIER***
        ***& WARSHAUER, LLC***
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, LA 70163-2800
        Phone: (504) 522-2304
        Fax: (504) 528-9973
        Email: gmeunier@gainsben.com

        ***Plaintiffs' Liaison Counsel***

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that on September 15, 2017 a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        */s/ Leonard A. Davis*
        **Leonard A. Davis**