# CERTIFICATION OF DEATH RECORD

**WILL COUNTY LOCAL REGISTRAR**
**JOLIET, ILLINOIS**
**MEDICAL CERTIFICATE OF DEATH**

STATE FILE NUMBER: 2016 0093756
DATE ISSUED: 12/5/2016

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | JOE L WILLIAMS |
| SEX | MALE |
| DATE OF DEATH | NOVEMBER 29, 2016 |
| COUNTY OF DEATH | WILL |
| AGE AT LAST BIRTHDAY | 64 YEARS |
| DATE OF BIRTH | NOVEMBER 23, 1952 |
| CITY OR TOWN | BOLINGBROOK |
| HOSPITAL OR OTHER INSTITUTION NAME | 164 BEAVER CREEK DRIVE |
| PLACE OF DEATH | DECEDENT'S HOME |
| BIRTHPLACE | PRATTSVILLE, AR |
| SOCIAL SECURITY NUMBER | 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 |
| STATUS AT TIME OF DEATH | MARRIED |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | SHIRLEY BLUNT |
| EVER IN U.S. ARMED FORCES? | NO |
| RESIDENCE | 164 BEAVER CREEK DRIVE |
| APT. NO | |
| CITY OR TOWN | BOLINGBROOK |
| INSIDE CITY LIMITS? | YES |
| COUNTY | WILL |
| STATE | IL |
| ZIP CODE | 60490 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | LEGUSTA WILLIAMS |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | LILLIE PEARL MCQUEEN |
| INFORMANT'S NAME | SHIRLEY WILLIAMS |
| RELATIONSHIP | WIFE |
| MAILING ADDRESS | 164 BEAVER CREEK DRIVE, BOLINGBROOK, IL, 60490 |
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | HILL CREST CEMETERY |
| LOCATION - CITY OR TOWN AND STATE | BOLINGBROOK, IL |
| DATE OF DISPOSITION | DECEMBER 10, 2016 |
| FUNERAL HOME | HAYES FUNERAL & CREMATION SERVICE LLC, 260 S. SCHMIDT RD SUITE C, BOLINGBROOK, IL, 60440 |
| FUNERAL DIRECTOR'S NAME | MARK F HAYES |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034018359 |
| LOCAL REGISTRAR'S NAME | SUSAN OLENEK |
| DATE FILED WITH LOCAL REGISTRAR | DECEMBER 2, 2016 |

**CAUSE OF DEATH**

PART I
IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. CONGESTIVE HEART FAILURE — FEW YEARS
Due to (or as a consequence of):
b. HYPERTENSION / HYPERLIPIDEMIA / ATRIAL FIBRILLATION — FEW YEARS
Due to (or as a consequence of):
c. HYPERTENSION — FEW YEARS
Due to (or as a consequence of):

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I:
TOBACCO USE (FORMER SMOKER)

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |
| FEMALE PREGNANCY STATUS | NOT APPLICABLE |
| MANNER OF DEATH | NATURAL |
| DATE OF INJURY | |
| TIME OF INJURY | |
| PLACE OF INJURY | |
| INJURY AT WORK? | |
| LOCATION OF INJURY | |
| DESCRIBE HOW INJURY OCCURRED | |
| IF TRANSPORTATION INJURY, SPECIFY | |
| ATTEND THE DECEASED? | YES |
| DATE LAST SEEN ALIVE | NOVEMBER 15, 2016 |
| WAS MEDICAL EXAMINER OR CORONER CONTACTED? | YES |
| DATE PRONOUNCED | |
| TIME OF DEATH | 02:40 PM |
| CERTIFIER | PHYSICIAN |
| DATE CERTIFIED | NOVEMBER 30, 2016 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | MALEK AKHAL, 329 REMINGTON BLVD SUITE 100, BOLINGBROOK, ILLINOIS, 60440 |
| PHYSICIAN'S LICENSE NUMBER | 036121167 |

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Susan Olenek*
Susan Olenek
Executive Director and Local Registrar
Will County Health Department

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE