# AFFIDAVIT OF IDENTITY

STATE OF ILLINOIS
COUNTY OF WILL

The undersigned, Shirley Williams, being duly sworn, hereby deposes and say:

1. I am over the age of 18 and am a resident of the State of Illinois.
2. I am the widow and next of kin to my deceased husband, Joe L. Williams.
3. I would like to pursue his claim.

I declare that, to the best of my knowledge and belief, the information herein is true, correct, and complete.

_Shirley Williams_
Signature

## NOTARY ACKNOWLEDGEMENT

Subscribed and sworn to before me this __7__ day of __September__, 20__17__.

_____
Notary Public

My Commission Expires: __03__ / __11__ / __2019__

(SEAL)

OFFICIAL SEAL
JENNIE NGUYEN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXP. 03/11/2019