UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

*******************************************

**THIS DOCUMENT RELATES TO:**
*(See cases listed in Exhibit A, Schedule of Actions)*

## RESPONSE TO SHOW CAUSE ORDER REGARDING PLAINTIFFS WHO HAVE ALLEGEDLY FAILED TO FILE PLAINTIFF FACT SHEETS

Defendants moved for, and this Court entered, an Order to Show Cause (Rec. Doc. 7562) why certain cases in which defendants allege plaintiffs have failed to serve a complete Plaintiff Fact Sheet should not be dismissed with prejudice. Plaintiffs listed on Exhibit A and represented by The Driscoll Firm, P.C. appear on the Order. For purposes of their response, plaintiffs' counsel has grouped these plaintiffs into two categories: (1) cases in which plaintiffs have, in fact, filed a Plaintiff Fact Sheet that complies with the Court's Pretrial Orders; and (2) cases in which counsel for plaintiffs will not oppose dismissal. These cases are listed on Exhibits B and C.

**1. Cases which plaintiffs maintain are not deficient and for which the Show Cause Order should therefore be dismissed.**

The six cases listed on Exhibit B are not deficient and counsel for defendants has confirmed this fact via email to counsel for plaintiffs. As such, the Show Cause Order should be dismissed as to these cases.

**2. Cases in which counsel for plaintiffs will not oppose dismissal.**

In both of the cases listed on Exhibit C, the Plaintiff Fact Sheet deficiencies are substantive in nature and, despite the best efforts of counsel and plaintiffs, the deficiencies cannot be cured. As such, counsel for plaintiffs will not oppose dismissal of these two cases.

Signed: September 18, 2017                         Respectfully submitted,

By:  */s/ Christopher J. Quinn*_____
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
chris@thedriscollfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 18, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Christopher J. Quinn*
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
chris@thedriscollfirm.com

*Attorneys for Plaintiff*