## Exhibit A
## Schedule of Actions

| No. | Plaintiff's Name | Docket Number |
| --- | --- | --- |
| 1. | Baskerville, Cynthia | 2:16-cv-16305 |
| 13. | Doyle, Lerutha | 2:16-cv-17148 |
| 19. | Hamilton, Eugene | 2:16-cv-16734 |
| 35. | Murphy, Dianna | 2:17-cv-00372 |
| 38. | Redmond, Kevin | 2:16-cv-17149 |
| 39. | Richardson, Sherry | 2:17-cv-00370 |
| 59. | Wilson, Doretha | 2:16-cv-16952 |
| 60. | Womacks, Raudine | 2:17-cv-00371 |