**Exhibit C**
**Cases for Which Dismissal is Not Opposed**

| No. | Plaintiff's Name | Docket Number |
|---|---|---|
| 13. | Doyle, Lerutha | 2:16-cv-17148 |
| 59. | Wilson, Doretha | 2:16-cv-16952 |