**Exhibit A**
**Schedule of Actions**

| No. | Plaintiff's Name | Docket Number |
|---|---|---|
| 30. | Fisher, Ronnie | 2:16-cv-11176 |
| 44. | Hughes, Hattie | 2:16-cv-9496 |
| 47. | Jacobson, Linda | 2:16-cv-9497 |
| 56. | Lewis, Josephine | 2:16-cv-12272 |
| 71. | Pitman, Betty | 2:16-cv-17149 |
| 87. | Stapp, Jessie | 2:16-cv-11853 |
| 92. | Taylor, Darnishia | 2:16-cv-13851 |
| 102. | Wiley, Steven | 2:17-cv-03504 |
| 106. | Wilson, Cameron | (none) |