**Exhibit B**
**Cases that are Not Deficient**

| No. | Plaintiff's Name | Docket Number |
|---|---|---|
| 44. | Hughes, Hattie | 2:16-cv-9496 |
| 47. | Jacobson, Linda | 2:16-cv-9497 |
| 71. | Pitman, Betty | 2:16-cv-17149 |
| 102. | Wiley, Steven | 2:17-cv-03504 |