**Exhibit C**
**Cases for Which Dismissal is Not Opposed**

| No. | Plaintiff's Name | Docket Number |
|---|---|---|
| 30. | Fisher, Ronnie | 2:16-cv-11176 |
| 56. | Lewis, Josephine | 2:16-cv-12272 |
| 87. | Stapp, Jessie | 2:16-cv-11853 |
| 92. | Taylor, Darnishia | 2:16-cv-13851 |