**Exhibit D**
**Cases for Which No PFS is Due**

| No. | Plaintiff's Name | Docket Number |
|---|---|---|
| 106. | Wilson, Cameron | (none) |