UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7574 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ernest Schleifer, et al. v. Janssen Research & Development LLC, et al.*

CA# 2:17-cv-1706

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Estelle Schleifer, as Executrix of the Estate of Ernest Schleifer, is substituted for Plaintiff Ernest Schleifer, in the above captioned case.

New Orleans, Louisiana, this 18th day of September, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE