UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7589 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Catyl Spiroff v. Janssen Research & Development LLC, et al.*

CA# 2:15-cv-6129

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Richard Spiroff, on behalf of the estate of Caryl Spiroff, is substituted for Plaintiff Caryl Spiroff, in the above captioned case.

New Orleans, Louisiana, this 18th day of September, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE