# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Kenneth Force v. Janssen Research & Development LLC, et al.*

CA# 2:17-cv-6633

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Jacqueline Force, on behalf of the Estate of Kenneth Force, is substituted for Plaintiff Kenneth Force, in the above captioned case.

New Orleans, Louisiana, this 18th day of September, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE