# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7595 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Joe L. Williams v. Janssen Pharmaceuticals, Inc., et al.*

CA# 2:17-cv-8109

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Shirley Williams, on behalf of her deceased husband, Joe L. Williams, is substituted for Plaintiff Joe L. Williams, in the above captioned case.

New Orleans, Louisiana, this 18th day of September, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE