**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION                    MDL No. 2592


SECTION L

THIS DOCUMENT RELATES TO:

JUDGE ELDON E. FALLON

SHAYLA CORBETT

MAGISTRATE JUDGE NORTH

2:16-cv-16581

_____

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

NOW COMES, Plaintiff by and through the undersigned counsel and for her Response to

the Order to Show Cause (Rec. Doc. 7563), and pursuant to Federal Rules of Civil Procedure 25,

state as follows:

1.      Plaintiff has not completed her Plaintiff's Fact Sheet due to various personal

circumstances interfering with her ability to complete the paperwork.

2.      Plaintiff is in possession of the Plaintiff's Fact Sheet and intends to fully complete

and submit her "PFS" as soon as possible.

3.      Plaintiff's delay was not for any nefarious purpose or for the purpose of

prejudicing or delaying defendants.

WHEREFORE, Plaintiff respectfully requests an additional THIRTY DAYS (30) in

which to complete and submit the Plaintiff's Fact Sheet.

Dated: September 19, 2017                    Respectfully submitted,

                                             By: /s/ Andrew W. Callahan
                                             Andrew W. Callahan, IL Bar. No. 6298280
                                             Krystal K. Weigl, IL Bar. No. 6316929
                                             Flint Law Firm, LLC
                                             222 E. Park Street Suite 500
                                             Edwardsville, IL 62025
                                             Phone: 618 288-4777
                                             Fax: 618 288-2864
                                             acallahan@flintfirm.com
                                             kweigl@flintfirm.com
                                             *Attorneys for Plaintiff*


## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2017, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure establish in MDL 2592 pursuant to Pre-Trial Order No. 17.


                                             By: /s/ Andrew W. Callahan
                                             Andrew W. Callahan, IL Bar. No. 6298280
                                             Krystal K. Weigl, IL Bar. No. 6316929
                                             Flint Law Firm, LLC
                                             222 E. Park Street Suite 500
                                             Edwardsville, IL 62025
                                             Phone: 618 288-4777
                                             Fax: 618 288-2864
                                             acallahan@flintfirm.com
                                             kweigl@flintfirm.com
                                             *Attorneys for Plaintiff*