UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | JURY TRIAL DEMANDED |

NANCY C. B. ROBINSON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ROBERT C. ROBINSON
CIVIL ACTION NO.: 2:15-cv-6742

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES (DOCUMENT 7563)**

COME NOW, Plaintiff Nancy C. B. Robinson, individually and on behalf of the estate of Robert C. Robinson, in the above reference civil action, and by and through his counsel of records hereby files a Response to Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Document 7563) and shows as follows:

1. Plaintiff Nancy C. Robinson contacted undersigned counsel regarding a potential claim involving Robert C. Robinson's use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on November 19, 2015. The complaint was filed in good faith in order to comply with the statute of limitations for the Mr. Robinson's claim.

3. Plaintiff's counsel has contacted the Ms. Robinson on multiple occasions to secure a complete Fact Sheet.

4. Beginning in August of 2015 Plaintiff's counsel began attempting to contact Ms. Stanley by phone for needed information and/or documents.

   Attempts to contact Ms. Robinson by phone:

        08/31/2015
        09/19/2015
        10/06/2015
        11/02/2015
        12/18/2015
        01/04/2016
        02/26/2016
        06/24/2016
        06/27/2016
        07/03/2016
        08/19/2016
        09/07/2016
        10/28/2016
        04/13/2017
        05/16/2017

5. In August of 2015 Plaintiff's counsel began sending letters monthly to Ms. Stanley s to obtain contact and/or a complete Plaintiff Fact Sheet.

    Attempts to contact Ms. Robinson by mail:

        08/31/2015
        10/31/2016
        12/07/2016
        04/05/2017
        08/11/2017
        09/01/2017

6. To date, Plaintiff's counsel has been unable to reach Ms. Robinson nor have we received any signed documents.

Plaintiff would respectfully request that the Court dismiss Ms. Robinson's claim without prejudice

Date: September 17, 2017

                                      **HILLIARD MUÑOZ GONZALES LLP**

                                      By: /s/ Robert C. Hilliard
                                            Robert C. Hilliard
                                            Texas Bar No. 09677700
                                            Catherine Tobin
                                            Texas State Bar No. 24013642

T. Christopher Pinedo
Texas State Bar No. 00788935
John B. Martinez
Texas State Bar No. 24010212

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Office
361-882-3015 Fax
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION    :   MDL No. 2592
                                 :
                                 :   SECTION L
                                 :
                                 :   JUDGE ELDON E. FALLON
                                 :
                                 :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:            <u>JURY TRIAL DEMANDED</u>

NANCY C. B. ROBINSON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF
ROBERT C. ROBINSON
CIVIL ACTION NO.: 2:15-cv-6742

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing Plaintiff's Response to Order to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

HILLIARD MUÑOZ GONZALES LLP

By: <u>/s/ Robert C. Hilliard</u>
    Robert C. Hilliard
    Texas Bar No. 09677700
    Catherine Tobin
    Texas State Bar No. 24013642
    T. Christopher Pinedo
    Texas State Bar No. 00788935
    John B. Martinez
    Texas State Bar No. 24010212

    719 S. Shoreline Boulevard, Suite 500
    Corpus Christi, Texas 78401
    361-882-1612 Office
    361-882-3015 Fax
    *Attorneys for Plaintiff*