UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :   MDL No. 2592
                                      :
                                      :   SECTION L
                                      :
                                      :   JUDGE ELDON E. FALLON
                                      :
                                      :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:             JURY TRIAL DEMANDED

ANTOINE R. SIMMONS SR.
CIVIL ACTION NO.: 2:15-cv-6761

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES (DOCUMENT 7563)**

COME NOW, Plaintiff Antoine R. Simmons Sr., in the above reference civil action, and by and through his counsel of records hereby files a Response to Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies (Document 7563) and shows as follows:

1. Plaintiff Antione R. Simmons, Sr. contacted undersigned counsel regarding a potential claim involving his use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on November 19, 2015. The complaint was filed in good faith in order to comply with the statute of limitations for the Mr. Simmons's claim.

3. Plaintiff's counsel has attempted contacted the Mr. Simmons on multiple occasions to secure a complete Fact Sheet.

4. On January 8, 2016, we attempted to contact Mr. Simmons regarding the information we had requested and were told by a friend that Mr. Simmons had past away on March 31, 2015.

5. We then began searching for potential heirs of the estate, as the friend that informed us of the death, was not cooperative with our firm in providing information.

6. Beginning in December of 2014 Plaintiff's counsel began attempting to contact Mr. Simmons and/or potential heirs by phone for needed information and/or documents.

    Attempts to contact Mr. Simmons and/or potential heirs by phone:

    12/19/2014
    01/10/2015
    09/19/2015
    10/07/2015
    01/05/2016
    01/08/2016
    03/18/2016
    03/31/2016
    04/05/2016
    04/29/2016
    05/27/2016
    08/22/2016
    12/08/2016
    04/05/2017
    05/10/2017
    09/01/2017

7. In August of 2015 Plaintiff's counsel began sending letters to Mr. Simmons and/or potential heirs to obtain contact in order to complete Plaintiff Fact Sheet.

    Attempts to contact Mr. Simmons and/or potential heirs by mail:

    12/18/2015
    01/08/2016
    03/15/2016
    03/18/2016
    03/21/2016
    04/01/2016
    04/27/2016
    04/28/2016
    06/17/2016
    06/22/2016
    12/07/2016
    06/05/2017
    07/24/2017

      08/11/2017
      09/01/2017

8. To date, Plaintiff's counsel has been unable to successfully contact the heirs of the Estate, nor have we received any signed documents.

Plaintiff would respectfully request that the Court Dismiss Mr. Simmons's claim without prejudice.

Date: September 17, 2017

                                      **HILLIARD MUÑOZ GONZALES LLP**

                                      By: /s/ Robert C. Hilliard
                                            Robert C. Hilliard
                                            Texas Bar No. 09677700
                                            Catherine Tobin
                                            Texas State Bar No. 24013642
                                            T. Christopher Pinedo
                                            Texas State Bar No. 00788935
                                            John B. Martinez
                                            Texas State Bar No. 24010212

                                            719 S. Shoreline Boulevard, Suite 500
                                            Corpus Christi, Texas 78401
                                            361-882-1612 Office
                                            361-882-3015 Fax
                                            *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION     :     MDL No. 2592
                                  :
                                  :     SECTION L
                                  :
                                  :     JUDGE ELDON E. FALLON
                                  :
                                  :     MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**            **JURY TRIAL DEMANDED**

**ANTOINE R. SIMMONS SR.**
CIVIL ACTION NO.: 2:15-cv-6761

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Response to Order to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                    **HILLIARD MUÑOZ GONZALES LLP**

                    By: /s/ Robert C. Hilliard
                      Robert C. Hilliard
                      Texas Bar No. 09677700
                      Catherine Tobin
                      Texas State Bar No. 24013642
                      T. Christopher Pinedo
                      Texas State Bar No. 00788935
                      John B. Martinez
                      Texas State Bar No. 24010212

                      719 S. Shoreline Boulevard, Suite 500
                      Corpus Christi, Texas 78401
                      361-882-1612 Office
                      361-882-3015 Fax
                      *Attorneys for Plaintiff*