UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7587 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*June Zembrzuski v. Janssen Research & Development LLC, et al.*

CA# 2:17-cv-8364

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Sylvester R. Zembrzuski, on behalf of the estate of June Zembrzuski, is substituted for Plaintiff June Zembrzuski, in the above captioned case.

New Orleans, Louisiana, this 18th day of September, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE