UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      )
PRODUCTS LIABILITY LITIGATION     )        MDL No. 2592
                                  )
                                  )        SECTION L
                                  )
                                  )        JUDGE ELDON E. FALLON
                                  )
                                  )        MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**              **JURY TRIAL DEMANDED**

Shirley A. Griffin

2:16-cv-17929

## MOTION TO ENROLL AS CO-COUNSEL

COMES NOW, Plaintiff Shirley A. Griffin, who wishes to enroll Krystal K. Weigl and Andrew W. Callahan of the Flint Law Firm, LLC, as Co-Counsel of Plaintiff and move this Court for Entry of an Order so enrolling them.

By: */s/ Krystal K. Weigl*
Krystal K. Weigl, IL Bar No. 6316929
Andrew W. Callahan, IL Bar No. 6298280
Flint Law Firm, LLC
222 East Park St., Suite 500
PO Box 189
Edwardsville, IL 62025
Phone: 618-288-4777
Fax: 618-288-2864
kweigl@flintfirm.com
acallahan@flintfirm.com
*Co-Counsel for Plaintiff*
*Shirley A. Griffin*

By: */s/ James A. Karamanis*
James A. Karamanis, Bar No. 48525
Barney & Karamanis, LLP
180 N. Stetson Ave.
Suite 3050
Two Prudential Plaza
Chicago, IL 60601
Phone: 312-553-5300
Fax: 312-344-1901
james@bkchicagolaw.com
*Counsel for Plaintiff*
*Shirley A. Griffin*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2017 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. Notice of filing will also be served on all plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s/ Krystal K. Weigl*