UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | |
| PRODUCTS LIABILITY LITIGATION ) | | MDL No. 2592 |
| ) | | |
| ) | | SECTION L |
| ) | | |
| ) | | JUDGE ELDON E. FALLON |
| ) | | |
| _____) | | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

**Shirley A. Griffin**

**2:16-cv-17929**

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED, AND DECREED that Krystal K. Weigl and Andrew W. Callahan of the Flint Law Firm, LLC, be allowed to enroll as co-counsel for Plaintiff, Shirley A. Griffin.

So Ordered: _____

Date: _____