MINUTE ENTRY
FALLON, J.
SEPTEMBER 19, 2017

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: REF: 14-2720 and 15-3708 | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Mary Thompson

Appearances:  Gerald Meunier, Esq. for Plaintiffs
             Beth Wilkinson, Esq., for Bayer Defendants
             Jim Irwin, Esq. for Bayer Defendants

1. Rule 59 Motion of Plaintiffs Joseph (Johnny) Boudreaux, Jr. and Loretta Boudreaux, for New Trial   (6818)

2. Motion of Plaintiffs Joseph Orr, Jr., Joseph Orr, III, Kellie Orr Walker and Kim Orr DeAgano, for New Trial (7047)

After argument was heard on both motions, the Court DENIED both motions for new trial with written reasons to follow.

JS10:   1:21