# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES |

THIS DOCUMENT RELATES TO:

*Michael Loveless v. Janssen Research & Development LLC, et al.; No. 2:17-cv-00462*

  COMES NOW Counsel for Plaintiff in the above matter, and files this Response to the Order to Show Cause Regarding Plaintiffs With Alleged Core Plaintiff Fact Sheet Deficiencies entered on September 11, 2017 (Doc. 7563) and would respectfully show the Court the Following:

  Defendants moved for an Order to Show Cause why certain cases in which Defendants allege core deficiencies in Plaintiffs' Fact Sheets (hereinafter referred to as PFSs) should not be dismissed with prejudice. (Doc. 7241) The Court entered an Order to Show Cause on September 11, 2017 (Doc. 7563). One Plaintiff represented by The Wilshire Law Firm appears on Exhibit A of both the Defendants' Motion and the Court's Order to Show Cause (Docs. 7241-2 and 7563-1 respectively) as follows:

- *Michael Loveless v. Janssen Research & Development LLC, et al.; No. 2:17-cv-00462*

Undersigned counsel would show that on March 27, 2017, PFS was submitted and records were uploaded to MDL Centrality which confirms Mr. Loveless' use of Xarelto and a Xarelto related injury.

Undersigned counsel would show that on May 19, 2017, he was contacted by Ryan Loveless, the brother of Plaintiff Michael Loveless, who advised that Michael Loveless was recently passed away and Ryan Loveless would be acting as representative for the estate of Michael Loveless. A notice of Suggestion of Death was filed with the Court on June 7, 2017 and the PFS was amended on MDL Centrality to reflect the changes to the case, including a Declaration signed by Ryan Loveless, the surviving heir with standing to represent the decedent based on West Virginia Statute regarding Intestate Estates.

Undersigned counsel would show that on August 10, 2017 a Motion was filed with the Court to Substitute Ryan Loveless for Michael Loveless. Upon Judge Fallon's signing of the Order to Substitute Appropriate Parties, the Amended PFS would not be deemed deficient.

Therefore, Plaintiff contends that the alleged PFS core deficiency has been cured and that Plaintiff's case should remain on the active docket of this Court.

Dated September 19, 2017                                         Respectfully submitted,

By: */s/ Bobby Saadian*
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com
**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 19th day of September, 2017.

                                      **THE WILSHIRE LAW FIRM**

                                      By: */s/ Bobby Saadian*
                                      Bobby Saadian, Esq.
                                      CA Bar 250377
                                      3055 Wilshire Blvd. 12th Floor,
                                      Los Angeles, CA 90010
                                      Phone: (213)381-9988
                                      Fax: (213)381-9989
                                      Email: masstorts@wilshirelawfirm.com