# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| MICHAEL LOVELESS, | JUDGE: ELDON E. FALLON |
| Plaintiff, | MAG. JUDGE MICHAEL NORTH |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | [PROPOSED] ORDER  Case No. 2:17-cv-00462 |
| Defendants. | |

## [PROPOSED] ORDER

The Court, after considering the Plaintiff's motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff Ryan Loveless, as surviving sibling and successor in interest of the estate of Michael Loveless, is substituted for Michael Loveless in the above captioned case.

ENTERED: September ___, 2017

                                                                       _____
                                                                       Eldon E. Fallon
                                                                        United States District Judge
                                                                        Eastern District of Louisiana