## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| DELMA LOFTIS, LINDA JONES and AVA HONEYCUTT, individually and as Successors in Interest for the Estate of ANNIE LOFTIS, | JUDGE: ELDON E. FALLON  MAG. JUDGE MICHAEL NORTH |
| Plaintiffs, | |
| v. | MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (WITHOUT CONSENT) |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Case No. 2:17-cv-06832 |
| Defendants. | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (WITHOUT CONSENT)

Plaintiffs, DELMA LOFTIS, LINDA JONES and AVA HONEYCUTT, by and through counsel, respectfully seek leave of Court to file an Amended Complaint in this matter and request a corresponding correction to the case caption within the CM/ECF E-Filing system for the reasons set forth in the attached memorandum.

Dated September 19, 2017								Respectfully submitted,

By: */s/ Bobby Saadian*
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 19th day of September, 2017.

**THE WILSHIRE LAW FIRM**

By: */s/ Bobby Saadian*
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com
*Attorney for Plaintiffs*