## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| DELMA LOFTIS, LINDA JONES and AVA HONEYCUTT, individually and as Successors in Interest for the Estate of ANNIE LOFTIS, | JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| Plaintiffs, | |
| v. | MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (WITHOUT CONSENT) |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Case No. 2:17-cv-06832 |
| Defendants. | |

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (WITHOUT CONSENT)

The original suit was filed in this matter with an error in the names of the parties. The case was opened and the Civil Cover Sheet, Summons, and Complaint were filed based upon the belief that the injured party's legal first name was "Bonnie" instead of "Annie;" and a misunderstanding as to the legal names of two of the successors in interest. Subsequent to the

filing of the original lawsuit, counsel became aware of the mistake and as such asks to amend the Complaint, Summons, and Civil Cover Sheet, and request that the same correction be made to the case caption within the CM/ECF E-Filing system to reflect the proper naming of parties. The Complaint is otherwise the same in every other manner. It is hereby requested that this Motion to Amend the Complaint be granted.

Dated September 19, 2017				Respectfully submitted,


						By: */s/ Bobby Saadian*
						Bobby Saadian, Esq.
						CA Bar 250377
						3055 Wilshire Blvd. 12th Floor,
						Los Angeles, CA 90010
						Phone: (213)381-9988
						Fax: (213)381-9989
						Email: masstorts@wilshirelawfirm.com


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 19th day of September, 2017.

						**THE WILSHIRE LAW FIRM**


						By: */s/ Bobby Saadian*
						Bobby Saadian, Esq.
						CA Bar 250377
						3055 Wilshire Blvd. 12th Floor,
						Los Angeles, CA 90010
						Phone: (213)381-9988
						Fax: (213)381-9989
						Email: masstorts@wilshirelawfirm.com
						***Attorney for Plaintiffs***