MINUTE ENTRY
FALLON, J.
SEPTEMBER 19, 2017

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the chambers of Judge Eldon E. Fallon. The PSC was represented by Andrew Birchfield, Brian Barr, Leonard Davis, and Gerald Meunier. Defendants were represented by Susan Sharko, Steve Glickstein, Andrew Solow, Jim Irwin, and John Olinde.

At the conference, the Court discussed the status and future of the case with the parties.

JS10(00:47)