# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7294<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Michael Loveless v. Janssen Research & Development LLC, et al.*

CA# 2:17-cv-462

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Ryan Loveless, as surviving sibling and successor in interest of the estate of Michael Loveless, is substituted for Plaintiff Michael Loveless, in the above captioned case.

New Orleans, Louisiana, this 21st day of September, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE