UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E FALLON |
| | MAG. JUDGE NORTH |

### CASE MANAGEMENT ORDER NO. 2J

The parties have requested that the Court amend Case Management Order (CMO) No. 2G (Rec. Doc. 6600) and Case Management Order (CMO) No. 2H (Rec. Doc. 6956) as they relate to the schedules for the Fourth (Henry) Bellwether Trial.

In consideration of the parties' request,

IT IS ORDERED:

A. Paragraph A of CMO No. 2H and Paragraph 9(d) of CMO No. 2G are amended as follows:

9. **Briefing Schedule For Dispositive Motions Regarding Bellwether Trials**:

   d. **Briefing Schedule for Dispositive Motions Regarding the Fourth (Henry) Bellwether Trial**

      i. **Motions and Briefs:** September 21, 2017

      ii. **Response in Opposition Briefs**: October 20, 2017

      iii. **Reply Briefs**: November 3, 2017

      iv. **Hearing and Argument (if necessary)**: TBD

B. Paragraph B of CMO No. 2H is amended as follows:

The Court shall, at a later date, set *Daubert* motions if necessary regarding the Fourth (Henry) Bellwether Trial.

3002221-1

- 2 -

**C.**   All other provisions of CMO No. 2G and CMO No. 2H other than those amended or previously amended shall remain unchanged and in full force and effect.

NEW ORLEANS, LOUISIANA this   21st   day of September, 2017.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**