**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| DELMA LOFTIS, LINDA JONES and AVA HONEYCUTT, individually and as Successors in Interest for the Estate of ANNIE LOFTIS, | JUDGE: ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |
| Plaintiffs, | |
| v. | ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Case No. 2:17-cv-06832 |
| Defendants. | |

**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiffs' Motion for Leave the File Amended Complaint in the above captioned matter and hereby directs the proper officials to correct the

case caption in the CM/ECF E-Filing system in the above captioned matter to reflect the name change of Plaintiffs.

SO ORDERED this 21st day of September, 2017.

_____

JUDGE, UNITED STATES DISTRICT COURT