MINUTE ENTRY
FALLON, J.
SEPTEMBER 21, 2017

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
    **Dora Mingo v. Janssen Research & Development, LLC, et al.;**
    **Case No. 2:15-cv-03367**

The Motion for New Trial (Rec. Doc. 7586) filed by plaintiffs regarding the third bellwether trial (Mingo) includes a submission date of October 4, 2017. At the suggestion of the parties, the Court vacates the submission date of October 4, 2017 and sets the deadline of October 20, 2017 for the opposition brief to the Motion for New Trial in the Mingo case and further sets the deadline of November 3, 2017 for the reply brief. Accordingly,

    **IT IS ORDERED** that Plaintiffs' Motion for New Trial is now set for submission on November 15, 2017.