# Exhibit 2

Session ORAL - Evolution in Pharmacovigilence

○ Add To Itinerary

# 746 - Prospective Surveillance Pilot of Rivaroxaban Safety Within the US Food and Drug Administration Sentinel System

📅 August 30, 2017, 8:30 - 8:45 AM     📍 524AB

**Keywords**
Sentinel Modular Program,Propensity Score Matching

**Primary Topic**
Pharmacovigilance

## Authors

Elizabeth A. Chrischilles[1], Joshua Gagne[2], Bruce Fireman[3], Jennifer C Nelson[4], Sengwee Toh[5], Azadeh Shoaibi[6], Marsha E Reichman[7], Shirley V Wang[2], Michael D Nguyen[7], Rongmei Zhang[7], Rima Izem[7], Margie R Goulding[7], Mary Ross Southworth[7], David J Graham[7], Candace C Fuller[5], Hannah Katcoff[5], Tiffany S Woodworth[5], Catherine Rogers[5], Ryan M Saliga[5], Nancy D Lin[8], Cheryl N McMahill-Walraven[9], Vinit P Nair[10], Kevin Haynes[11] and Ryan M Carnahan[1]. [1]College of Public Health, University of Iowa, Iowa City, IA;[2]Brigham and Women's Hospital, Boston, MA;[3]Kaiser Permanente Northern California, Oakland, CA;[4]Group Health Research Institute, Seattle, WA;[5]Harvard Pilgrim Health Care Institute and Harvard Medical School, Boston, MA;[6]US Food and Drug Administration, Rockville, MD;[7]US Food and Drug Administration, Silver Spring, MD;[8]Optum Epidemiology, Waltham, MA;[9]Aetna, Blue Bell, PA;[10]Humana Inc, Louisville, KY;[11]HealthCore Inc, Alexandrea, VA

## Disclosures

 **E.A. Chrischilles:** None. **J. Gagne:** 1; Commercial Interest *i.e. Company X*; Novartis Pharmaceuticals Corporation. 1; What was received? *i.e. Honorarium*; Grant. 1; For what role? *i.e. Speaker*; Principal Investigator. 2; Commercial Interest *i.e. Company X*; Aetion, Inc.. 2; For what role? *i.e. Speaker*; Consultant. 3; Commercial Interest *i.e. Company X*; Optum, Inc.. 3; For what role? *i.e. Speaker*; Consultant. **B. Fireman:** None. **J.C. Nelson:** 1; Commercial Interest *i.e. Company X*; inVentiv Health. 1; What was received? *i.e. Honorarium*; Industry funding. 1; For what role? *i.e. Speaker*; FDA post-marketing requirement contract. **S. Toh:** None. **A. Shoaibi:** None. **M.E. Reichman:** None. **S.V. Wang:** 1; Commercial Interest *i.e. Company X*; Aetion, Inc.. 1; For what role? *i.e. Speaker*; Consultant. **M.D. Nguyen:** None. **R. Zhang:** None. **R. Izem:** None. **M.R. Goulding:** None. **M. Southworth:** None. **D.J. Graham:** None. **C.C. Fuller:** None. **H. Katcoff:** None. **T.S. Woodworth:** None. **C. Rogers:** None. **R.M. Saliga:** None. **N.D. Lin:** None. **C.N. McMahill-Walraven:** None. **V.P. Nair:** None. **K. Haynes:** None. **R.M. Carnahan:** None.

## Abstract

**Background:** Sentinel has developed the capability to conduct sequential surveillance of medical products in a large distributed network of electronic healthcare databases.
**Objectives:** To examine the safety of rivaroxaban (Xarelto®) in patients with atrial fibrillation (AF) in the drug's early uptake period, and to assess Sentinel's active-surveillance system.
**Methods:** In anticoagulant-naïve patients aged ≥21 years, we identified initiators of rivaroxaban or warfarin with nonvalvular AF from November, 2011 through April, 2015 at four Sentinel Data Partners. Outcomes of interest were intracranial hemorrhage (ICH), gastrointestinal bleeding (GIB), and ischemic stroke (IS) identified by ICD-9-CM codes in inpatient claims. Covariates included bleeding and IS risk factors, comorbidity, medications, health status indicators, and intensity of healthcare use. We sequentially compared rivaroxaban to warfarin with a new user cohort design that employed propensity score matching and Cox regression.
**Results:** 36,173 rivaroxaban and 79,520 warfarin initiators were variable-ratio matched (up to 10 warfarin users per rivaroxaban user) within two monitoring periods. Statistically significant signals were observed for IS (1st look) and ICH (2nd look) favoring rivaroxaban, and GIB (2nd look) favoring warfarin. After sequential surveillance, in-depth follow-up analyses were conducted, that included

identifying outcomes using only primary position diagnoses from acute inpatient encounters that increased definition specificity. In these analyses, the hazard ratios (HR) for rivaroxaban vs. warfarin new users were 1.47 (1.29, 1.67) for GIB, 0.61 (0.47, 0.79) for IS, and 0.71 (0.50, 1.01) for ICH. For GIB, the HR varied by age; 0.88 (0.60, 1.30) among initiators age 65 or under and 1.49 (1.30, 1.71) among initiators age 66 or older.

**Conclusions:** This study demonstrates the capability of Sentinel to conduct prospective safety monitoring with sophisticated re-usable tools and does not raise any new safety concerns regarding use of rivaroxaban.