# Exhibit 7

# NOAC Dosing Precision Dosing – YES!

**Robert Temple, MD**

**Deputy Center Director for Clinical Science**

**Center for Drug Evaluation and Research**

**Food and Drug Administration**

CSRC Meeting
Dec 3, 2015

1

# When Is Dose Critical?

It is obvious that for most orally administered drugs we do not worry too much about the exact dose.

- We generally don't adjust for weight
- We don't adjust for small differences in renal function
- Even for drugs with short half lives we dose bid (propranolol, metoprolol), obviously giving very variable blood levels. If we cared, we'd have controlled release.

Why? For most drugs we are on a relatively flat part of the D/R curve. For short half-life drugs with toxicity (some dihydropyridines) we use CR products or dose often.

2

# But Suppose D/R is Steep for Both Effectiveness & Toxicity?

That is when you may really want to be in the right place. Certainly, for cytotoxic agents given IV there are dose adjustments for weight. Some AED's are used with blood level monitoring.

There are good reasons to consider NOACs (as well as warfarin) to be in this category. There are major costs of being too low or too high and the C/R curves are steep in some places.

> Low: Thromboembolic stroke: Do not allow INR < 2
> High: Bleeding (for warfarin, at least) hemorrhagic stroke

3



The slide shows relation of INR to thrombotic stroke and intracranial bleeding, but the total bleeding curve is similar to intracranial bleeding.  We can see that INR < 2 does not reduce stroke adequately and that beyond INR of 2 there is very little benefit BUT increased bleeding.

The "sweet spot" is an INR of about 2-3, perhaps 2-3.5.

So, for the previous of standard of care, warfarin, we do not use a fixed dose but always use a dose titrated to anticoagulant effect.  Why are NOACs different?

Maybe they shouldn't be.

5



The curves, based on trough blood level, look a lot like coumadin.  In particular, the full benefit on thromboembolic stroke is there at 75-150 ng/ml trough; but bleeding increases above that.  Below 50 ng/ml strokes go up a lot.

Very few DB 150 patients were below 50 ng/ml, but a fair number on DB 110 were.  On the other hand, DB 150 puts a fair number into bleeding range.

Why not adjust trough doses to get 75-150 or 75-100 in everyone?

7



# Blood Levels Can Help

It seems apparent that there is a "sweet spot" for trough blood levels of dabigatran and edoxaban. Note that these curves are quite consistent with overall dose response [110/150 for dabigatran, 30/60 for edoxaban].

1. There is a lower bound (INR 2, dabi 75 mg/ml, edoxaban 25-30 mg/ml) where ischemic strokes are minimized and not much is gained by going higher.

2. Above the lower bound, bleeding increases, but not all that steeply, so that below dabigatran 125-150 mg/ml or edoxaban 60 mg/ml the risk is manageable.

9

# Blood Levels Can Help

These blood levels do not represent plausible measures of coagulation inhibition, any more than daily dose does. They appear to measure how much drug was taken in and absorbed, and not excreted over the 24 hour period, a "truer" measure of dose than the actual dose given, as it reflects renal function. Moreover, the "C/R" result shown closely tracks the results by renal function shown in labeling.

It seems obvious that the gain from avoiding going too low (dabi 110 mg, edoxaban 30 mg in people with minimally impaired renal function, and even 60 mg in people with normal renal function) is substantial.

10

Table 14.2: Primary Endpoint, Ischemic and Hemorrhagic Stroke Results in as a Function of Baseline Creatinine Clearance (mITT Population, On Treatment)

| STROKE TYPE Renal Function Subgroups[a] | Treatment Arm | n (N) | Event Rate (%/yr) | SAVAYSA 60 mg vs. Warfarin HR (95% CI) |
|---|---|---|---|---|
| ISCHEMIC STROKE | | | | |
| ≤ 95 (Indicated Population) | Warfarin | 129 (5485) | 1.1 | |
| | SAVAYSA 60 mg | 102 (5417) | 0.9 | 0.80 (0.62, 1.04) |
| ≤ 50[b] | Warfarin | 28 (1356) | 1.1 | |
| | SAVAYSA 60 mg | 31 (1372) | 1.2 | 1.11 (0.66, 1.84) |
| > 50 to ≤ 80 | Warfarin | 83 (3053) | 1.2 | |
| | SAVAYSA 60 mg | 52 (3020) | 0.8 | 0.63 (0.44, 0.89) |
| > 80 to ≤ 95 | Warfarin | 18 (1076) | 0.7 | |
| | SAVAYSA 60 mg | 19 (1025) | 0.8 | 1.11 (0.58, 2.12) |
| > 95* | Warfarin | 15 (1527) | 0.4 | |
| | SAVAYSA 60 mg | 33 (1595) | 0.9 | 2.16 (1.17, 3.97) |

11

# Blood Levels Can Help

How hard would it be to get <u>one</u> NOAC blood level (when monthly or greater levels are SOC for warfarin) if blood levels predicted outcome (which they appear to do)?

It seems self-evidently worth it.

Note also that the current dose selection of dabi and edoxaban, based on available data, poses problems.

- Dabigatran
  The 150 mg dose got almost all patients > 50 ng/ml (near sweet spot) but many well > 150 ng/ml, into higher bleeding territory. The 110 mg dose kept most < 150 ng/ml, but too many were < 50 ng/ml and that dose was worse than warfarin on ischemic stroke.

12

# Blood Levels Can Help (cont)

- Edoxaban was well-studied for dose, 30 vs 60 in people with CrCl > 50, but in retrospect, the dose was not high enough for people with fully normal renal function (CrCl > 95 ml/min), where it was inferior to warfarin. Even for people above CrCl of 80, edoxaban, which was superior to warfarin in people with CrCl < 80, was similar to warfarin (CrCl 80-95).

  Again, these events matter, especially when you can reduce them with little extra bleeding risk.

13

# Maybe No Blood Level

This is in the works, but it may be possible to adjust NOAC dose in accordance with the factor that is most critical to the blood level attained, renal function.

If that can be done, it is very hard to see why one would not do it.