# Exhibit 19

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) |

MDL No. 2592

Judge Eldon E. Fallon

# Expert Report of Henry I. Bussey, Pharm.D., FCCP

By: _Henry I. Bussey_

Henry I. Bussey, Pharm.D., FCCP

Date: _Oct. 6, 2016_

**Assessment of Xarelto Safety Based on the ROCKET AF Study Results**

**Henry I. Bussey, Pharm.D., FCCP**

**October 6, 2016**

My opinions are based upon a combination of materials, including those that have been provided to me by counsel, as well as materials that I have obtained during the course of my own literature search and review. The materials I have reviewed include clinical study reports and addenda, deposition testimony, internal company documents, other relevant papers and general pharmaceutical references, the product labeling for Xarelto, and where applicable, labeling for other drug reports. References to these documents are referenced within my report, as well as a listing attached as Appendix A.

In addition, I rely upon my own education, background, training and research in the relevant fields of science and pharmacology. A copy of my curriculum vitae outlining my education, training and experience, as well as publications authored by me, is attached as Appendix B. My hourly fee schedule is attached as Appendix C and my list of previous testimony is attached as Appendix D.

All of the opinions contained in this report are made within a reasonable degree of pharmacologic and scientific certainty. In formulating the opinions stated herein, I have employed the same analysis and level of scientific rigor that I apply in my daily clinical work and in drafting my publications. I reserve the right to supplement my opinions as new information becomes available.

## Summary of Opinions

1. Because of the issues and limitations outlined above, the ROCKET AF trial does not provide a fair comparison of the safety (and efficacy) of rivaroxaban vs. warfarin for patients and clinicians who are located in the U.S. and other geographic regions where at least "typical" anticoagulation can be provided.

2. With "typical management" in the U.S., the rate of major bleeding was 50% higher with rivaroxaban than with warfarin, yet this difference is not discussed in the rivaroxaban package insert and a black box warning has not been required (as is the case for warfarin).

3. Recent advances in anticoagulation management suggest that the safety and efficacy of warfarin therapy can be improved substantially beyond what was reported in the ROCKET AF trial.

4. The available data indicate that monitoring rivaroxaban levels with the PT can be used to reduce the risk of bleeding.

5. The lack of a safe and effective antidote for rivaroxaban remains a concern.

1

6. The rivaroxaban package insert and promotional materials (including television advertisements) fail to adequately warn patients or clinicians in the U.S. of the bleeding risk of this drug and the study limitations.

## Relevant Background and Perspective

### Components of the Blood Clotting System:

**The clotting cascade** consists of several proteins or clotting "factors."  When one clotting factor becomes activated, it causes a series of "down-stream" activations of other factors that increase in a "snowball" effect until Factor X is activated to Factor Xa which, in turn, activates Factor II to Factor IIa, (also known as **thrombin**).  Thrombin results in the conversion of fibrinogen to fibrin which, in turn, creates a net of protein strands that form the structural basis of a blood clot.  Importantly, **thrombin** also has several other conflicting actions which increase the clotting activity while also "turning off" the clotting process, and activating platelets and the body's own clot-dissolving ("clot busting") process.

**Platelets** are blood cells which are activated by **thrombin** and a variety of other substances.  When activated, platelets clump together to help form a blood clot and they also release substances that activate the clotting cascade.

### Types of Anticoagulants:

**Indirect acting:**  Heparin, several low molecular weight heparins (LMWH), and fondaparinux are injectable anticoagulants that bind with and activate a substance in the body called anti-thrombin (AT) which, in turn, can bind with and inactivate several different factors in the clotting cascade.  These drugs effectively "turn off" the clotting cascade and can prevent it from becoming active.  Heparin, which is still widely used today, was first discovered in 1916 and came into clinical use in the 1930s.

**Vitamin K antagonists (VKA):**  Chemically, these drugs are referred to as coumarins and they exert their effect by blocking the ability of the liver to make the functional forms of several clotting factors including **thrombin** and **factor X**.  The VKAs are effective at keeping the clotting cascade from becoming activated, but they do not work well at "turning off" the clotting cascade once it is activated.  Consequently, coumarins work to prevent blood clots but they are not used as initial treatment of a new clot.  Warfarin (brand names Coumadin and Jantoven) is the most widely used VKA but several others are available and at least one new VKA, ticarfarin, is in clinical development.  Coumarins were first identified in spoiled clover, and warfarin became available for clinical use in the 1950s (and was used in 1955 to treat Dwight Eisenhower after he had a heart attack).

**Direct acting anticoagulants (DACs):**  These drugs combine _directly_ with one or more clotting factor to inhibit or interrupt the clotting cascade.  Because these agents inhibit activated clotting factors, they are similar to heparin except that they do not rely on AT to

2

exert their inhibitory effect (as does heparin, and related drugs). Several injectable DACs have been available for some time and are primarily used in the acute care setting to treat heart attacks or to provide anticoagulation during invasive procedures such as angioplasty or stent placement. In 2010, the first oral DAC (DOAC) – dabigatran (brand name, Pradaxa) – was approved for use in the U.S. Dabigatran inhibits thrombin while the other available DOACs (rivaroxaban/Xarelto, apixaban/Eliquis, and others) inhibit activated Factor Xa (which works to activate factor II to IIa or thrombin).

### _Monitoring, Dose Adjustment, and Reversal_:

With **all** of the available anticoagulants, the goal is to give enough drug to achieve the desired anticoagulant effect but not to give too much and increase the risk of bleeding unnecessarily. If the right dose of an anticoagulant is used, these agents are remarkably effective in preventing blood clots and the risk of bleeding is low. An incorrect dose, however, can easily cause more harm than good.

**Early Anticoagulants (heparin and warfarin):** The effect of heparin is measured with the activated Partial Thromboplastin Time (aPTT). The aPTT is reported in seconds and measures how long it takes to form a clot after a specific reagent is added to the blood (or plasma). Interestingly, use of the aPTT is compromised by the fact that results vary depending on the sensitivity of the reagent that is used in a given lab and the result, therefore, may vary from one lab to another. With warfarin, the effect is measured by the Prothombin Time (PT) which, similar to the aPTT, is reported as the seconds required for a clot to form after a different reagent is added. Currently, the patient's PT is divided by the laboratory's "normal" PT to determine the Prothrombin Time Ratio (PTR). The PTR is then "corrected" for the sensitivity of the reagent used to determine the International Normalized Ratio (INR). The INR is the PTR that the laboratory would have obtained if the lab had been using the World Health Organization standard reagent. The INR for a given blood sample should be the same from lab to lab. There is no INR-type adjustment with the aPTT in monitoring heparin. Even though both of these medications have been in clinical use for more than 60 years, there is still on-going debate and clinical research as to how best to monitor these agents and what intensity of anticoagulation to achieve in selected subgroups of patients.

Should bleeding develop or the need arise for an emergency surgical procedure, the anticoagulant effects of heparin and warfarin can be reversed by giving protamine for heparin or one of several agents for warfarin.

**Newer Indirect Acting Anticoagulants (various LMWHs and fondaparinux):** These agents combine with AT to inactivate primarily Factor Xa and thrombin (as does heparin). Even so, because these agents inactivate Factor Xa more than Factor IIa (thrombin), their effect on the aPTT test does **not** demonstrate a pattern similar to that seen with heparin. Consequently, the aPTT is not a reliable monitoring test for these drugs. A measure of anti-Factor Xa activity can be useful; although anti-Factor Xa levels are not readily available in many labs and the anti-Factor Xa activity test has to be calibrated for the specific LMWH (or fondaparinux) being used. Protamine can partially, but not completely, reverse the activity of these agents. Initial claims were that the pharmacokinetics (PK) and

3

pharmacodynamics (PD) of these drugs were so predictable that monitoring would not be required as long as one adjusted the dose according to the patient's renal function. Such "unmonitored" therapy may be acceptable for a "typical" patient, but anti-Factor Xa levels often are measured for dosage adjustment in patients who are unusually large or unusually small, have significant renal disease, are pregnant, and have other conditions in which the PK or PD may be altered.

**DACs/DOACs:**  Because injectable DACs are used in the acute care setting with monitoring, they will not be discussed.  **The DOACs – and specifically rivaroxaban (brand name Xarelto) will be addressed here.**  The available data indicate that each of available DOACs may affect the aPTT and the PT tests differently.[1]  Consequently, what is true for rivaroxaban may not be true for the other DOACs.   There is a linear relationship between rivaroxaban plasma concentrations and PT which may allow this test to be used for various purposes.[1-4]  There are, however, some considerations that require that the PT test be used differently in patients on rivaroxaban or warfarin. The relationship between rivaroxaban levels and the PT varies with the PT reagent and laboratory device being used (as is the case with warfarin), but this variability is not corrected by the INR calculation.[3]  Therefore**,** when using the PT to monitor rivaroxaban, one needs to use the PT in seconds or the PT ratio and know what values, in a particular laboratory using a particular reagent and device, correlate with various rivaroxaban plasma levels. Such a laboratory-specific correlation of PT vs. xarelto plasma level is exactly analogous to what is done now with heparin and the aPTT.  In the data submitted to the FDA Advisory Committee Briefing on September 8, 2011 rivaroxaban plasma concentrations by quartile ranged from 37.6 mcg/L to 272.3 mcg/L (a seven fold difference) which corresponded to PTs of approximately 13 to 23 seconds (see Xarelto Advisory Committee Briefing Doc UCM270797 Figures 7 and 8).[4]  The same documents and figures also showed that the incidence of ischemic stroke appeared to be flat across this range of PT values while the incidence of major bleeding more than doubled at the higher end.  Such findings would suggest that the PT test may be used to identify those individuals who have high rivaroxaban levels and an elevated risk of major bleeding.  Further, Lipi and colleagues examined the relationship between PTs performed with several different reagents and plasma rivaroxaban and identified reagent-specific low and high "cut points PTs" for each reagent.[1]  Nakano and colleagues, who evaluated the PT at peak and trough rivaroxaban plasma levels, found that the PT at trough is comparable to baseline (untreated or "normal') PT values.[2]  But peak PT values were significantly elevated and those with a PT > 20 seconds had approximately a 3-fold bleeding rate.[2]  It would appear, therefore, that the PT test, which is routinely available in hospitals, clinics and by point of care (POC) device, can be utilized to identify patients who may have rivaroxaban levels that are well within the desired range or higher than optimal for safety purposes.  Because trough PTs overlap with normal PT values, and because the efficacy curve appears to be flat across the desired PT range, the PT test would not be useful to identify a minimally effective threshold PT value.  In other words, the PT test can be useful to identify those who have clearly adequate rivaroxaban levels or higher than desired levels, but it is not useful to identify those who have inadequate levels.  It would seem logical, therefore, to use the PT test with some degree of frequency to identify those individuals who have plasma levels that put them at unnecessarily high bleeding risk.

4

In addition to the above considerations, rivaroxaban plasma levels may be altered by several drug interactions, changes in renal function, food, and age. Taken together, the variables which may alter the response to rivaroxaban may not be as extensive as those seen with warfarin; but a more than two-fold increase in bleeding rates (which may be increased further by other factors) argue that monitoring is likely to improve the safety of this agent. Interestingly, both the **FDA and the National Institutes of Health have addressed this issue**. The FDA's Center for Drug Evaluation and Research Summary Review of application number 202439Orig1s000 dated Nov. 4, 2011 pointed out that there appears to be a relationship between rivaroxaban levels and bleeding and that some monitoring may improve outcomes.[5] In August, 2016, the National Heart Lung and Blood Institute of the National Institutes of Health released its 10-year research agenda, "Charting the Future Together, The NHLBI Strategic Vision."[6] In their proposed agenda, one priority is to study how laboratory monitoring and use of other technologies may influence the outcomes of patients with atrial fibrillation (AF) and deep vein thrombosis when treated with a DOAC or warfarin.[6] It would seem, therefore, that both the FDA and the NIH support the position that plasma monitoring and dose adjustments of DOACs are likely clinically important. At present, there is no antidote for rivaroxaban but one is in development. The cost, availability, and whether negating a direct inhibitor will result in thrombosis are all concerns about any DOAC antidote.

## Warfarin vs. Rivaroxaban in Atrial Fibrillation (AF)

### *Potential Efficacy, Safety and Efficiency of Warfarin Therapy:*

As depicted in **Slide 1** in the attached slide set (and consistent with other studies), the dose of warfarin needs to be adjusted to keep the INR blood test within the target range 60% to 70% of the time in order for warfarin to reduce the risk of stroke in AF compared to no treatment.[7] As the percent of time that the INR is within the target range (%TTR) falls below that value, benefit is lost and the rate of stroke increases as much as three-fold compared to no treatment at all. That is, poor warfarin management (defined as < 60% TTR) may *increase* (rather than decrease) the risk of stroke in AF. **Slide 2**, derived from data by Wan, et al.,[8] illustrates how excellent INR control (75% TTR) is projected to reduce the rate of blood clots and major bleeding by approximately 80% to average event rates of about 1% per year – or 10 per 1,000 patients per year.[8] Furthermore, because event rates increase exponentially when the INRs are at extreme values (**Slide 3**), avoiding such extreme values may improve safety and efficacy in addition to improving %TTR.[9] The percent of time at extreme values has been quite high in earlier studies.[10,11] But can such low event rates with warfarin be achieved in routine practice? Utilizing computerized support systems, investigators from Sweden [12], the United Kingdom 13], and The Netherlands [14] in just the last two years have reported bleeding rates that were comparable to the predicted rates and less than one-half of the rates reported with warfarin or rivaroxaban in the ROCKET AF trial (Table 1). [15] These results were achieved in well-organized clinics in which the average %TTR often was 70% or greater.

5

**Table 1**:  Reported and projected events* with warfarin; events expressed as number of events per 1,000 patient-years.

| Source & number of patients | Maj. Bleed | ICH | Stroke |
|---|---|---|---|
| Rocket (n = 7,125) [15] | 34.0 | 7 | 19.6 |
| Projected (equations of Wan, et al at 75% TTR)* [8] | 11.0 | 2.6 | 6.9 |
| Sweden (for 57% with TTR > 70%, n = 22,185) [12] | 16.1 | 3.4 | NR |
| European Action on Anticoagulation (n = 5,939) [13] | 8.6 | NR | 3.0 |
| The Netherlands (70 to > 90 yr olds and target INRs of 2 – 3.5 and 2.5 – 4.0) (n = 3,313) [14] | 9 – 11 | 3 – 5 | NR |

*Major bleeding and thromboembolism rates were calculated according to the equations developed by Wan, et al [8].  These rates were further divided into specific event rates based on the relative average distribution reported in the warfarin arms of ROCKET AF and the major AF trials with the other DOACs

Achieving well-managed warfarin therapy requires frequent INR testing and dosage adjustment.  Recently, several small studies have addressed this issue by combining frequent INR self-testing at home with online monitoring and management.[16 - 21]  Each of these studies achieved a mean %TTR of 74% or greater, and for the three studies that reported %TTR at extreme values [17, 19, 20], the % of time at extreme values was less than 2% (vs. 15% to 20% in earlier trials).[10,11]  In one year-long study that examined the %TTR for individual patients, _every_ patient achieved and maintained a % TTR > 75%; even the quartile of patients who had a mean %TTR of less than 25% over the six months before entering the study.[20]

Based on the data reviewed above, it would appear that achieving good INR control (> 70% TTR) is readily achievable and is associated with a bleeding rate that is less than one-half of that reported with warfarin in the ROCKET AF trial (Table 1).  In the ROCKET AF trial, rivaroxaban was compared to poorly managed warfarin. [15] The major bleeding rate reported for the warfarin group (at a mean %TTR of 55%) was **34** major bleeds per 1,000 patients per year.  The estimated rate for a 55% TTR is **35** major bleeds per 1,000 patients per year [**Slide 2, ref. 8**] while the estimated rate for a 75% TTR is **11** major bleeds per 1,000 patients per year.  The reported major bleeding rate with rivaroxaban was **36** per 1,000 patients per year.  The bottom line is that the reported major bleeding rates with warfarin and rivaroxaban were approximately **35** events per 1,000 patients per year while one would have expected only **11** such events if a TTR of 75% had been maintained.

## _Why are the Data and the Information in the Package Insert for Rivaroxaban Misleading?_

It is logical to question why the INR control was so poor in the ROCKET AF trial and whether other factors may have contributed to a misleading interpretation of the data.

During the FDA approval hearing on rivaroxaban in 2011, **Martin Rose, MD, JD of the FDA** suggested that the essentials of VKA management were not adequate in the rivaroxaban study when he pointed out **"that the ROCKET AF study enrolled the majority of its patients from regions where physicians don't use warfarin very well….and that's our major concern with this study… Very few patients were enrolled at sites where warfarin was used skillfully, resulting in insufficient data to assess the efficacy of rivaroxaban to warfarin when the latter is used well."[22]**

Although Dr. Rose's comments questioned the _efficacy_ of warfarin because of geographical differences in warfarin management, closer examination of the data also indicate that the _safety_ of warfarin use was not indicative of good warfarin management.  Furthermore, issues other than geographical differences in warfarin management also appear to have contributed to worse outcomes with warfarin.  **The "bottom line" is that poor warfarin management and other factors led to worse outcomes in the warfarin-treated arm of the ROCKET AF trial to the extent that the overall study results are not applicable to sites in the U.S. or in other areas in which warfarin is moderately well managed.**

Although the validity of the previous statement applies to thromboembolic and hemorrhagic events, let's consider the following seven issues related to bleeding risk and examine them in more detail.

1. Major bleeding was 50% greater with rivaroxaban than with warfarin in U.S. patients.
2. Anticoagulation control was consistently better in North America than other regions. The majority (65%) of patients were enrolled in countries or regions where warfarin management (INR control and clinical follow up) was so poor that treatment may have done more harm than good.  North America (NA) enrolled 19% of patients and Western Europe (WE) enrolled 16%.
3. In East Asian sites, which enrolled only 6.5% of patients, warfarin-treated patients had a several fold higher rate of intracranial hemorrhage (ICH) than in other regions and this fact skewed the overall study results in favor of rivaroxaban.
4. Reliance on a subsequently recalled point of care (POC) or "fingerstick" INR device increased the risks for warfarin-treated patients across all study sites.
5. Limited data suggest that "unskilled" dosage adjustments may have contributed to major bleeding risk.
6. Failure to exclude patients with substantial elevations in blood pressure may have contributed to an increased risk of bleeding and hemorrhagic stroke.
7. Recent data indicate that the safety and efficacy of warfarin is much better, at least in some settings, than was reported in the ROCKET AF trial

1. **Major bleeding was significantly 43% higher in North America [23] and 50% higher in the U.S. [24] with rivaroxaban than with warfarin, but this fact is not adequately addressed in professional promotional literature (such as the package insert) or direct-to-consumer advertising.**

Because FDA approval of a new medication is expected to reflect the relative safety for the U.S. population, it would seem logical for the FDA drug approval process to focus

on how rivaroxaban compared to warfarin in approximately 2,000 U.S. patients in the ROCKET AF trial.  A backup set of 500 slides that Janssen reportedly prepared for an FDA Advisory Committee meeting [24] reveals the following information:

- Slide **IN-530** shows that the major bleeding rate was statistically higher with rivaroxaban than with warfarin in the U.S.
- Slide **IN-203** indicates that this high major bleeding rate with rivaroxaban in the U.S. was statistically **50% higher** than with warfarin.
- Slides **IN-200** and **IN-203**, by comparing U.S. event rates for rivaroxaban and warfarin, indicate that rivaroxaban produced 10 fewer strokes (a difference that failed to achieve statistical significance) at a cost of 36 more major bleeds (which was statistically significant).  In other words, from a statistical perspective, rivaroxaban was not significantly more effective, but it was significantly more dangerous.

When one considers the above data, one has to question why the rivaroxaban package insert (PI) does _not_ contain a black box warning about its bleeding risk as was required for warfarin (with its *lower* bleeding risk) in 2006.[25]  In fact, the higher U.S. major bleeding rate with rivaroxaban is not discussed at all in the PI and was only added to a data table after requested by the FDA.[26] This difference in PI content is misleading in terms of relative safety.  Similarly, if one reviews the rivaroxaban PI, the risk of major bleeding is not presented up front as a warning, but rather is mainly addressed further back in the data section.  Such PI placement and lack of emphasis on the *__greater__* bleeding risk with rivaroxaban in the U.S. can mislead U.S. clinicians and patients to conclude that rivaroxaban has a lower (not higher) bleeding rate than warfarin.  Such misperception is further perpetuated in direct to consumer advertisements that do not identify the rivaroxaban bleeding risk as being greater than that of warfarin.  These factors combined have contributed to the use of the drug that is not recognized by many clinicians and patients to carry a higher major bleeding risk than does warfarin in the U.S.

2. **Anticoagulation control was consistently better in North America than other regions and most patients were enrolled in regions with poor anticoagulation control and management.  Because 65% of study patients were enrolled from regions where warfarin management was very poor, this skewed the data in favor of rivaroxaban and made the overall data not applicable to use in the U.S.**

   **Note:**  In some cases, data were available by country while in other instances, the data were grouped by geographic region.  North America (NA) included Canada and the U.S. with approximately 75% of NA patients enrolled from the U.S.

   The safety and efficacy of warfarin is closely linked to how well the warfarin dosing is managed as discussed above and illustrated in the attached Slides 1 – 3.  Slide 3 indicates that the risk of a major event is quite low when patients with atrial fibrillation have an INR within the target range of 2 to 3, but that risk can rise exponentially as one's INR moves toward more "extreme" values.  This relationship between INR

8

control and events has led to several methods being advocated to judge warfarin management and as predictors of major event rates.

- **%TTR, %iTTR, %expanded TTR and center TTR:** The most commonly used measure of anticoagulation control is the percent of **T**ime that the patient spends within the **T**arget **R**ange (**%TTR**). But the %TTR for a group of patients or clinic population can obscure the fact that some patients may have very poor INR control while others may have very good INR control. For that reason, the %TTR for individual patients (%iTTR) may be more useful. Also, because the risk of adverse events does not increase greatly when the INR is only marginally out of range, some value the %TTR in an "expanded" range (such as an INR target of 1.8 to 3.5). **Note that NA had the best (highest) TTR and "expanded" TTR (Table 2).**

- **INR variance or standard deviation:** Although %TTR and %iTTR provide insight into the percent of time spent out of range, it does not provide information on how far out of range the patients were or how much time was spent at extreme INR values. Again, from Slide 3 in the attached set, we can see that the risk of a major event increases exponentially as the INR moves beyond certain limits. The variance (or standard deviation) in the INR provides an indication of how widely the INR has fluctuated and in some [27, 28], but not all [10] studies, the variance in the INR has been a better predictor of major events than the %TTR. It is likely that variance is a stronger predictor in settings with poor (low) %TTR while it may be less important in settings with high %TTR.[10] **Note that NA had the best (lowest) variance or standard deviation (Table 2). [Slides 10 and 13,** Ref # 24]

**Table 2**. INR control by region.

|  | NA | WE | LA | EA/AP | EE |
|---|---|---|---|---|---|
| %TTR | 63.8 | 58.1 | 53.6 | 52.0 | 48.6 |
| Stand. Dev. | 19 | 20.5 | 21.5 | 24.1 | 22.2 |
| Expand. %TTR | 84 | 83 |  | 70% | 70% |

NA = North America, WE = Western Europe, LA = Latin America, EA/AP = East Asia/Asian Pacific, EE = Eastern Europe **Note that NA had the best INR control as indicated the highest %TTR, the lowest variance or standard deviation, and the highest expanded %TTR.**

- **%iTTR > 60% and/or > 75%:** Attached **Slide 1** illustrates that one needs to achieve an iTTR greater than 60% in order to reduce the risk of stroke, that the risk of stroke declines further with higher iTTR values (such as > 75%), **and** that as the iTTR falls to lower values, the adjusted risk of stroke actually *increases* over no treatment.[7] Similarly, the risk of major bleeding demonstrates a very similar pattern (attached Slide 2). For these reasons, knowing the number or percent of patients that achieve given levels of INR control (such as the % of patients with a %iTTR < 60% and > 75%) is important. **Note that NA had the best indicators of INR control in this category - the lowest %iTTR < 60 and the highest %iTTR > 75.** [29]

9

**Table 3**: Percent of patients who had iTTRs in different ranges by region.

|           | NA   | WE   | LA   | EA/AP | EE   |
|-----------|------|------|------|-------|------|
| < 60% TTR | 36.1 | 48.6 | 58.7 | 59.6  | 67.8 |
| 60 – 75% TTR | 33.4 | 30.9 | 26.3 | 22.4 | 21.2 |
| >75% TTR  | 30.5 | 20.5 | 15.0 | 18.2  | 11.0 |

NA = North America, WE = Western Europe, LA = Latin America, EA/AP = East Asia/Asian Pacific, EE = Eastern Europe

- **%Time at extreme INRs:** Another measure of poor INR control (that relates to the issue of INR variance) is the percent of time spent at the dangerous extreme INR values. In patients with atrial fibrillation, the focus may be on time spent at INRs $\leq$ 1.7 (where the risk of stroke increases several fold) and/or $\geq$ 4.0 (where the bleeding risk increases exponentially) (see attached **Slide 3**). **Note that NA and WE (which combined enrolled 35% of patients) had better indicators in this measure (much lower % time at extreme INRs) than other regions (Table 4).** [30]

**Table 4**: Percent of patients who had iTTRs in different ranges by region.

|             | NA  | WE  | LA  | EA/AP | EE   |
|-------------|-----|-----|-----|-------|------|
| % Time < 1.7 | 8.0 | 8.0 | na | 18.8  | 19.7 |
| % Time > 4. | na  | na  | na | na    | na   |

na = not available, NA = North America, WE = Western Europe, LA = Latin America, EA/AP = East Asia/Asian Pacific, EE = Eastern Europe

- **Time to follow-up after an extreme INR:** Because the risk of stroke increases by three-fold or more when the INR falls to 1.5 or lower, and because the risk of major bleeding increases exponentially above an INR of 4.0, how quickly such extreme values are dealt with is of critical importance. As indicated in Table 5, such values received follow-up within an average time of only about **one week** in NA and WE, but in other regions the follow-up was delayed for **more than 3 weeks**. [30] Such a prolonged delay would likely constitute malpractice in the U.S.

**Table 5**: Time (days) to follow-up after an extreme INR of $\leq$ 1.5 or $\geq$ 4.0 by region.

|        | NA | WE | LA | EA/AP | EE |
|--------|----|----|----|-------|----|
| $\leq$ 1.5 | 9  | 9  |    | 27    | 26 |
| $\geq$ 4. | 7  | 7  | na | 23    | 25 |

na = not available, NA = North America, WE = Western Europe, LA = Latin America, EA/AP = East Asia/Asian Pacific, EE = Eastern Europe

- **Center TTR (cTTR):** Center TTR (cTTR) is not often used to assess anticoagulation control but has been used to compare warfarin vs DOAC event rates in ROCKET AF and other clinical trials. The rationale behind this method is that the cTTR is an indication of the overall care that the patient is receiving and, therefore, that the outcome in sites with a high cTTR are likely better for *both* the warfarin and the DOAC groups. This would likely be valid if a given clinic TTR represented the same level of care from site to site and from country to country. But we know that clinics with the same TTR may have different dispersions of iTTR; one site may have most of its patients with iTTR values clustered close to

10

the mean clinic TTR while another site may have patients more widely dispersed with very high and very low iTTR.  Two such sites would likely have different variance measures in the INR, might have different intensities of patient education, could have different amounts of patient-time spent at extreme INRs, and the clinical follow-up may be more intense in one site than the other.  All of these factors would result in differences in quality of care even though the two sites might have the same cTTR.

3.  **In East Asian sites, which enrolled only 6.5% of patients, warfarin-treated patients had a 3.9 fold greater intracranial hemorrhage (ICH) rate than did non-East Asian patients (2.46 vs 0.63).[31]  Inclusion of data from this relatively small group of patients in the overall analysis misleads clinicians to think that the ICH rate was higher in other locations (which did not demonstrate this difference). Similarly, other major bleeding rates were also higher in East Asian sites but not to the same extent as the ICH difference.**  A lower ICH rate is very often touted as an advantage of rivaroxaban over warfarin but this touted difference becomes non-significant if the 6.5% of patients enrolled from East Asian sites are excluded from the analysis (Table 6).  In the 93.5% of patients who were enrolled from non-Asian sites (n = 14,254), the ICH rates per 1,000 patients per year were not statistically different (4.9 with rivaroxaban vs. 6.3 with warfarin) even though most of these patients were enrolled from regions with poor INR control.  In the previously cited Swedish study, the rate of ICH among the more than 22,000 patients who had a %TTR > 70%, the ICH rate was 3.4.[12]  As expected, hemorrhagic stroke (as a category of ICH) was similarly increased by a factor of 2.5 in East Asians taking warfarin (1.24 vs. 0.49), but this difference did not achieve statistical significance.  Other categories of major bleeding tended to be higher in East Asians but the differences were not statistically significant.  Besides rather poor INR control in East Asian countries, other factors that may have contributed to such a high bleeding rate include increased prevalence of genetic sensitivity to warfarin, dietary differences, and the greater use of potentially interacting herbal supplements.

**Table 6.** Intracranial Hemorrhage (ICH) Rates in Selected Populations

| Population of Patients by site and drug | ICH Rates per 1,000 Patients per year |
|---|---|
| ROCKET AF – East Asian, Warfarin n = 464 | 24.6 |
| ROCKET AF – East Asian, Rivaroxaban n =468 | 5.9 |
| ROCKET AF – non-East Asian, Warfarin n = 6,669 | 6.3 |
| ROCKET AF – non- East Asian, Rivaroxaban n = 6,663 | 4.9 |
| Sweden, Warfarin at %TTR ≥ 70 n = 22,185 | 3.4 |
| The Netherlands, Warfarin n = 3,313* | 3 – 5* |

ROCKET AF trial [9] data from Sweden [12] and The Netherlands [14]  *All patients were more than 70 years old and the rate of ICH was higher in the very elderly.

11

4. **Reliance on a subsequently recalled point of care (POC) or "fingerstick" INR device increased the risks for warfarin-treated patients across all study sites.** The INRatio "fingerstick" INR device was used throughout the ROCKET AF trial to adjust warfarin doses. Blood samples were obtained for comparison at weeks 12 and 24 of the trial. Subsequently, the device was recalled because of discrepant results. The initial recall implied that erroneous results occurred primarily in patients with certain specified conditions. The European Medicines Agency analysis [32] and a U.S. based analysis [33] concluded that discrepant INR values in patients with the specified conditions would not alter the conclusions of the study. Subsequently, however, it was found that apparently erroneous INR results were distributed equally across individuals with and without the specified conditions. A letter to the editor challenging the earlier analyses [34] drew a response that included more information and further analysis.[35]. Taken together, these last two publications [34,35] revealed that when lab and POC INRs are compared by therapeutic INR ranges of $< 2, 2 - 3, > 3 - 4$, and $> 4$.:

- Results by ranges did not agree almost 40% of the time (meaning that the INR would be in one range by one method and in a different range by the other method).
- When the POC INR was in range ($2 - 3$, n = 5695), only 61.9% (n = 3528) of lab INRs were in range.
- When lab INR results were in range ($2 - 3$, n = 4,796), only 73.6% (n = 3,528) of POC INR results were in range.
- When lab INRs were $> 4$ where a dosage reduction would be clearly indicated (n = 1,517), 30.1% (n = 467) of POC INRs were $< 3$ and 6.2% were $< 2$.
- When POC INRs were $< 2$ where a dosage increase would be in order (n = 2,218), 51.9% (n = 1,151) of lab INRs were in range while 5.2% were in the $3 - 4$ range, and 4.3% were $> 4$.

While the more recent analysis described above clearly indicates a clinically important problem with the POC device used in this trial, it is difficult to determine what the clinical impact was. While the risk of bleeding is closely linked to INR control, it should be acknowledged that a modest elevation in the INR above the target range will not necessarily lead to a bleeding event. For example, if the INR is in range, the risk of a major bleeding event may be 1% or less over a year's time. If the INR is modestly above the target range, the risk of bleeding may increase 3 to 5 fold; but the event rate would still be only 3% to 5% per year. Therefore, if faulty POC INR results led to over anticoagulation, the resulting high bleeding rate of perhaps 5% in absolute terms might not be immediately obvious. Furthermore, a variety of other factors can influence the rate of bleeding events further clouding the assessment of the impact of faulty POC INR results in a large population. Because of such considerations, an examination of the records was conducted of those patients who did bleed shortly after having both lab and POC INR results performed. None of the published analyses took this approach of looking at cases of major or non-major clinically relevant bleeds to see if INR discrepancies may have led to a bleeding event. The data presented in DiBattiste Exhibit 7 [36] provides the opportunity to evaluate this question by comparing lab and POC INRs at weeks 12 and 24 in those patients who experienced

12

such bleeding events within the next 30 days or before the next visit. There were 13 such patients in the 12 week group and 15 patients in the 24 week group for a total of 28 patients with major bleeds in the immediate period after dual INR samples were collected.  One patient in the 24 week group did not have a POC INR reported which left 27 evaluable patients.  The data from both periods were combined and evaluated according to the following criteria with the results presented in **Table 7**.

The first step was to identify instances in which POC and lab discrepancies were clearly not an issue contributing to the bleeding event.  In this assessment, the criteria were (a) both values were within the target range, (b) both values were above the target range but < 3.5, and (c) both values were below the target range but were similar (difference of 0.3 INR units or less).  Only 8 of 27 patients (30%) met the criteria to exclude a contribution of faulty POC INR results to the bleeding events.

The second step was to examine whether faulty POC INR results may have led to a failure to make an appropriate dose reduction or to an inappropriate dose increase.  The criteria used included (d) failure to reduce the dose when the POC INR was in range but the lab INR was high, (e) failure to reduce the dose adequately because both INRs were high and the lab INR was at least 0.5 INR units higher than the POC INR (perhaps suggesting a larger dose reduction was in order), (f) unwarranted dose increase due to a POC INR being low when the INR was high, and (g) unwarranted dose increase due to POC INR being below range with the lab INR in range and either the difference being at least 0.5 INR units or the POC being 1.7 or less.  Thirteen (48%) met the criteria for likely failure to reduce the warfarin dose when needed and six (22%) met the criteria for likely having an unwarranted dose increase.  The combined total is 19 patients (70%) for those with bleeding having a plausible explanation for faulty POC results contributing to the bleeding event.  Furthermore, as indicated in the **Table 7**, when patients met the criteria that discrepant pairs likely contributed to the bleed, the difference in mean INR results for each criterion was very large.  In almost all cases, the mean lab INR was approximately 2 INR units higher than the mean POC INR for each of the criteria.

**Table 7:**  Potential Impact of Lower POC INR on Bleeding Events (n = 27) [36]

| Criteria for assessing impact of POC v Lab INRs | N (%) | Mean (range) | | |
| | | POC INR | Lab INR | Diff. |
| --- | --- | --- | --- | --- |
| **POC Results Likely NOT Harmful** | | | | |
| (a)  No Impact, both values in range (5 of 6 were in week 24)* | 6 (22%)* | 2.40 (2.0-2.9) | 2.42 (2.0-2.78) | 0.89 (0-0.17) |
| (b)  No Impact, both values above range and < 3.5 (POC above range only in wk 12)* | 1 (4%)* | 3.1 (na) | 3.33 (na) | 0.21 (na) |
| (c)  No Impact, both values below range with difference of 0.3 INR units or less | 1 (4%) | 1.5 (na) | 1.75 (na) | 0.25 (na) |
| Total | 8 (30%) | | | |
| | | | | |
| **POC Results Likely Harmful** | | | | |
| (d)  Failure to decrease dose: POC INR in range, lab INR high | 9 (33%) | 2.57 (2.3-2.8) | 4.31 (3.24–8.35) | 1.76 (0.51-5.75) |
| (e)  Failure to decrease dose adequately: Both values above range and Lab > POC by > 0.5 | 4 (15%)* | 4.52 (3.8-6.1) | 6.64 (4.74-8.43) | 1.96 (0.82-3.76 |

| INR units (POC above range only in wk 12)* | | | | |
|---|---|---|---|---|
| Total failure to decrease dose | 13 (48%) | | | |
| (f) Unwarranted dose increase: POC < range, Lab high | 1 (4%) | 1.6 (na) | 11.0 (na) | 9.4 (na) |
| (g) Unwarranted dose increase: POC < range and Lab in range and (a) 0.5 INR units higher than POC or (b) POC =1.7 or less | 5 (21%) | 1.58 (1.3-1.8) | 3.78 (2.06-9.09) | 2.2 (0.46-7.49) |
| Total unwarranted dose increase | 6 (22%) | | | |
| Combined total likely harmed by POC results | 19 (70%) | | | |

*Note: Although data from week 12 and week 24 were combined in this analysis, a couple of unexplained differences were observed between the two periods.  All of the 5 instances in which the POC INR was above the target range occurred at week 12; there were no POC INR results above the target range in week 24.  Almost all (5 of 6) instances when both POC and lab INRs were in range, 5 occurred in week 24.  I have no explanation for these week 12 vs week 24 differences in the distribution of data.

5. **Limited data suggest that "unskilled" dosage adjustments may have contributed to bleeding risk**.  According to the FDA Advisory Committee meeting transcript, there was considerable discussion of whether the high bleeding rate with rivaroxaban may have been due to "unskilled" management of the warfarin dose.[22]  Much of the information presented above regarding INR control would suggest that the warfarin management was very poor (or "unskilled") in the regions that enrolled the majority of patients.  Assessment of the appropriateness of dosage changes in the data presented by Janssen is not feasible because dosage changes were presented as specific mg. dosage changes.  Such information is not very useful because the individual dose of warfarin is so variable.  For example, one patient may require 7 mg of warfarin per week while another may require 140 mg (or more) per week.  A 2 mg/wk increase in the former is a dose increase of approximately 29% while in the latter it would be less than a 2% dose increase.  During chronic dosing, most appropriate changes in dose will be 5% to 10% of the weekly dose with a 20% change being an unusually large change.

6. **Failure to exclude patients with substantial elevations in blood pressure may have contributed to an increased risk of major bleeding and stroke**.  A review by Hart, et al. [37], concluded that an elevation of 9 mm Hg in systolic blood pressure in warfarin-treated patients doubles the intracranial hemorrhage risk while an increase of 12 mm Hg triples the risk.  Further, Rao, et al [38] found that patients who had poor blood pressure control (defined as systolic pressure of 140 mm Hg or higher and/or diastolic pressure of 90 mm Hg or higher) at any time during one large study had a 50% higher stroke rate.  With these factors in mind, it is very concerning that the ROCKET AF protocol allowed patients to enter the trial with blood pressures up to 180/100 mm Hg. While we do not know how many patients entered the trial with such high blood pressure readings, we do know that approximately 90% of the patients had high blood pressure and that high blood pressure was associated with an increased risk of bleeding.[**23**]

**Summary:**  Because of the issues and limitations outlined above, the ROCKET AF trial does not provide a fair comparison of the safety (and efficacy) of rivaroxaban vs. warfarin for patients and clinicians who are located in the U.S. and other geographic regions where at least "typical" anticoagulation can be provided.  With "typical management" in the U.S., the rate of major bleeding was 50% higher with rivaroxaban than with warfarin, yet this difference is not discussed in the rivaroxaban package insert and a black box warning has not been required (as is the case for warfarin).  Recent advances in anticoagulation management suggest that the safety and efficacy of warfarin therapy can be improved substantially beyond what was reported in the ROCKET AF trial.  The available data indicate that monitoring rivaroxaban levels with the PT can be used to reduce the risk of bleeding.  The lack of a safe and effective antidote for rivaroxaban remains a concern.  Lastly, the rivaroxaban package insert and promotional materials (including television advertisements) fail to adequately warn patients or clinicians in the U.S. of the bleeding risk of this drug and the study limitations.

# References

1. Lippi G, Ardissino D, Quintavalla R, Cervellin G. Urgent monitoring of direct oral anticoagulants in patients with atrial fibrillation: a tentative approach based on routine laboratory tests. J Thromb Thrombolysis DOI 10. 1007/s11239-014-1082-5.

2. Nakona Y, Kondo T, Osanai H, et al. Clinical usefulness of measuring prothrombin time and soluble fibrin levels in Japanese patients with atrial fibrillation receiving rivaroxaban. J Cardiol http://dx.doi.org/10. 1016/j.jjcc.2014.07.021.

3. Mueck W,  Stampfuss J, Kubitza D, Becka M. Clinical Pharmacokinetic and Pharmacodynamic proile of Rivaroxaban. Clinical Pharmacokinetics 2014; 53:1-16.

4. Xarelto Advisory Committee Briefing, September 8, 2011. Doc UCM270797 Figures 7 and Figure 8.

5. Xarelto, FDA Center for Drug Evaluation and Research Summary Review of application number 202439Orig1s000 dated Nov. 4, 2011

6. 5.CQ.19 With increasing use of direct-acting oral anticoagulants for stroke prevention in atrial fibrillation and treatment of venous thromboembolism, what is the role of laboratory monitoring, and can the use of new technologies help better define those at risk of bleeding or thrombosis with use of direct-acting oral anticoagulants or warfarin?  At https://www.nhlbi.nih.gov/sites/www.nhlbi.nih.gov/files/NHLBI-Strategic-Vision-2016_FF.pdf visited last on Sept. 5, 2016.

7. Gallagher AM, Setakis E, Plumb JM, Clemens A, van Staa T-P. Risks of stroke and mortality associated with suboptimal anticoagulation in atrial fibrillation patients. Thromb Haemost 2011; 106:968-977. doi: 10.1160/TH11-05-0353.

8. Wan Y, Heneghan C, Perera R, et al. Anticoagulation control and prediction of adverse events in patients with atrial fibrillation: A systematic review. Circ Cardiovasc Qual Outcomes. 2008; 1:84-91. Doe: 10.1161/CIRCOUTCOMES.108.796185.

9. Singer DE, Chang Y, Fang, et al. Should patient characteristics influence target anticoagulation intensity for stroke prevention in nonvalvular atrial fibrillation? The ATRIA study. Cardiovasc Qual Outcomes 2009; 2:297-304.

10. Witt DM, Sadler MA, Shanahan RL, Mazzoli G, Tillman DJ. Effect of a centralized clinical pharmacy anticoagulation service on the outcomes of anticoagulation therapy. Chest 2005; 127:1515-1522.

11. Claes N, Buntinx F, Vijgen J, et al. The Belgian improvement study on oral anticoagulation therapy: a randomized clinical trial. Eur Heart J 2005; 26:2159-2165.

12. Bjorck F, Renlund H, Lip GYH, et al. Outcomes in a warfarin-treated population with atrial fibrillation. JAMA Cardiology 2016; 1:172-180.

13. Poller L, Jespersen J, Ibrahim S. Warfarin or dabigatran for treatment of atrial fibrillation. J Thromb Haemost 2014; 12:1193-1195.

14. Kooistra HAM, Calf AH, Piersma-Wichers M, et al. Risk of bleeding and thrombosis in patients 70 yeaers or older using vitamin K antagonist. JAMA Internal Medicine 2016; 176:1176-1183.

15. Patel MR, Mahaffey KW, Garg J, Pan G, Singer DE, Hacke W, et al. Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. N Engl J Med 2011;365(10):883-91.

16. O'Shea SI, Arcasoy MO, Samsa G, Cummings SE, Thames EH, Surwit RS, Ortel TL. Direct-to-patient expert system and home INR monitoring iproves control of oral anticoagulation. J Thromb Thrombolysis 2008; 26(1): 14-21.

17. Ryan F, Byrne S, O'Shea S. Randomized controlled trial of supervised patient self-testing of warfarin versus using an Internet-based expert system. J Thromb Haemost 2009; 7:1284-1290.

18.  Harper PL, Pollock D. Improved anticoagulant control in patients using home international normalized ratio testing and decision support provided through the internet. Internal Medicine Journal 2011; 41:332-7. doi: 10.1111/j.1445-5994.2010.02282.x.

19.  Verret L, Couturier J, Rozon A, et al. Impact of a pharmacist-led warfarin self-management program on quality of life and anticoagulation control: a randomized trial. Pharmacotherapy 2012; 32:871-879.

20.  Bussey HI, Bussey M, Bussey-Smith KL, Frei CR. Evaluation of warfarin management with international normalized ratio self-testing and online remote monitoring and management plus low-dose vitamin K with genomic considerations: A pilot study. Pharmacotherapy 2013; 33:1136-1146. doi: 10.1002/phar.1343.

21.  Bereznicki LRE, Jackson SL, Peterson GM. Supervised patient self-testing of warfarin therapy using an online system. J Med Internet Res 2013; 15(7):e138. doi:10.2196/jmir.2255.

22.  Rose, Martin.  Transcript of FDA Xeralto Advisory Committee meeting, pages 190 – 214.

23.  Goodman SG, Wojdyla DM, Piccini JP, et al. Factors associated with major bleeding events: Insights from the ROCKET AF Trial (rivaroxaban once-daily oral direct factor Xa inhibition compared with vitamin K antagonism for prevention of stroke and embolism trial in atrial fibrillation. J Am Coll Cardiol. 2014; 63:891-900.

24.  ROCKET – Study Design in Relation to INR 500 slides labeled XARELTO_JANSSEN_16163291  Note, the slides are numbered IN-001 through IN-546 but there are only 500 slides suggesting a numbering error or  that some may have been deleted.

25.  Wysowski DK, Nourjah P, and Swartz L.  Bleeding complications with warfarin use; A prevalent adverse effect resulting in regulatory action. Arch Intern Med 2007; 167:1414-1419.

26.  FDA letter from Mary Ross Southworth, Pharm.D. to Alla Rhoge, Pharm.D. at Janssen Pharmaceuticals titled "PRIOR APPROVAL SUPPLEMENT REQUEST" and stamped "Reference ID: 3643575" and "XARELTO_BPAG_00040364.

27.  Razouki Z, Ozonoff A, et al. Improving quality measurement for anticoagulation; Adding International Normalized Ratio variability to percent time in therapeutic range. Circ Cardiovasc Qual Outcomes 2014; 7:664-669.

28.  Lind M, Fahlen M, et al. Variability of INR and its relationship with mortality, stroke, bleeding and hospitalisations in patients with atrial fibrillation. Thrombosis Research 2012; 129:32-35.

29.  Health Authority Response; Response to FDA Request for information regarding the Alere INRatio Monitor System Recall.  EDMS-ERI-122861949, XARELTO_Janssen_22661455, April 18, 2016, page 65.

30.  Singer DE, Hellkamp AS, Piccini JP, et al. Impact of global geographic region on time in therapeutic range on warfarin anticoagulation therapy: Data from the ROCKET AF clinical trial.  J Am Heart Assoc 2013, 2:e000067. doi: 10.1161/JAHA.112.000067.

31.  Wong KSL, Hu DY, Oomman A, et al. Rivaroxaban for stroke prevention in East Asian patients from the ROCKET AF trial. Stroke 2014; 45:1739 – 1747.

32.  European Medicines Agency assessment report: Xarelto. February 5, 2016 (http://222.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Assessment_Report_-_ariation/human/000944/WC500201726.pdf).

33.  Patel MR, Hellkamp AS, Fox KAA. Point-of-care warfarin monitoring in the ROCKET AF trial. N Engl J Med 2016; 374:785-8.

34.  Powell JR. Point-of-care warfarin monitoring in the ROCKET AF trial (letter) 2016. DOI: 10.1056/NEJMx1604020.

17

35. Patel MR and Fox KAA. Point of Care warfarin monitoring in the ROCKET AF trial. N Engl J Med. 2016 DOI: 10.1056/NEJMc1604020 (including the extensive supplemental materials available only online with full text of the letter at NEJM.org).

36. DiBattiste Exhibit 7 – Data provided on week 12 and week 24 paired INR results in patients who experienced a major or non-major clinically relevant bleed shortly after the paired INR samples were obtained.

37. Hart RG, Tonarelli SB, Pearce LA. Avoiding central nervous system bleeding during antithrombotic therapy, recent data and ideas. Stroke 2005; 36:1588-1593.

38. Rao M, Halvorsen S, Wojdyla D, Alexander J, Lopes R, Hylek E, et al.  Poorly controlled blood pressure is independently associated with a 50% higher risk of stroke or systemic embolism in patients with atrial fibrillation: Results from the ARISTOTLE trial. (Abstract A362)  J Am Coll Cardiol. 2014; 63 (Abstract A362).

# Attached Slides (3)

**Slide 1**



**Slide 2**



**Slide 3**

