# Exhibit 31

DEPARTMENT OF HEALTH & HUMAN SERVICES                    Public Health Service

                                                                    *FOI*

                                                        Food and Drug Administration
                                                        Rockville MD 20857

                                                        JUN 2 7 1997

**TRANSMITTED VIA FACSIMILE**

Michael E. Sliwoski, M.S.
PPD Regulatory Affairs, Advertising
Abbott Laboratories
100 Abbott Park Road
Abbott Park, IL 60064-3500

RE:    NDA# 20-471
       Zyflo (zileuton) Tablets
       MACMIS ID# 5424

Dear Mr. Sliwoski:

This letter concerns promotion of Zyflo (zileuton) Tablets. It has come to the attention of the
Division of Drug Marketing, Advertising, and Communications (DDMAC) that Abbott may be
promoting claims for Zyflo that are false, misleading, or otherwise lacking in fair balance in
violation of the Federal Food, Drug, and Cosmetic Act (Act) and its implementing regulations.

I.    Abbott Press Release Promoting Unapproved "Step-Down" Dosage Labeling Regimen

DDMAC has reviewed a May 5, 1997, press release (704-35V-9753) disseminated by Abbott
Laboratories entitled, "Abbott Laboratories Requests Dosage Labeling Change for Zyflo
(zileuton)--Study Shows Some Asthma Patients Maintained With Fewer Doses." DDMAC has
determined that this press release (i.e., promotional labeling) contains conclusory statements
about Zyflo efficacy based on a "step-down" dosage study that Abbott has submitted for FDA
review as a supplemental new drug application. These statements include:

-       "Results from this study suggest some patients who are well controlled with 600
        milligrams of Zyflo four times daily may be able to take fewer doses of Zyflo and still
        maintain asthma symptom control."

-       "We are pleased to learn that some patients may be able to reduce the number of daily
        doses of Zyflo once controlled at currently indicated doses."

FDA has not yet reviewed the submitted study design and data or rendered a decision on the
adequacy of the step-down dosing data to support such labeling claims. Thus, any implied or
suggested conclusions of Zyflo efficacy based on reduced dosing have not yet been adequately

Michael E. Sliwoski, M.S.                                                        Page 2
Abbott Laboratories
NDA# 20-471

demonstrated.  Therefore, DDMAC considers the above statements and any similar statement of
implied drug efficacy based on step-down dosing to be inconsistent with the approved product
labeling for Zyflo and to be promotion of an unapproved use in violation of the Act.  Abbott
should cease the dissemination of this press release and similarly violative materials
immediately.

II.      Violative "Homemade" Promotions by Abbott Sales Force

DDMAC has received information about various promotional claims, including unapproved
Zyflo dosage regimens (i.e., step-down dosing) and unsubstantiated efficacy claims, allegedly
being disseminated by Abbott sales representatives in widely varied geographic areas of the
United States, as illustrated by the list of enclosed copies of Zyflo sample packages and
promotional labeling:

1.       Zyflo sample package, Alabama
2.       Zyflo sample package, Wyoming
3.       Top of a Zyflo sample package, Alabama
4.       Zyflo "slim jim", Florida
5.       Zyflo "slim jim", New York
6.       Zyflo "slim jim", Indiana, including Abbott sales representative's name
6.       "Zyflo is cost-effective" piece, Iowa
7.       Zyflo label, with handwritten note to promote use in exercise-induced asthma, Iowa
8.       "Zyflo Patient Types (Which patients should receive Zyflo)", Ohio
9.       "Zyflo vs Accolate" comparative product attribute charts, implying cross-comparison
         studies performed, Puerto Rico, Arkansas, Iowa, and North Dakota, respectively.

In light of these promotional activities that Abbott representatives may be responsible for,
DDMAC requests that you provide a written response to the following questions and request for
information:

a) What knowledge does Abbott have concerning the handwritten step-down dosing information
placed on Zyflo materials, including Zyflo sample packages?

b) What involvement did Abbott's employees, including its sales force, have in developing and
disseminating "homemade" promotional Zyflo materials such as those listed above?

c) Describe all information that Abbott provided its sales force related to the statements used in
the materials such as those listed above.  This should include (1) written instructions on the use
of these materials, and (2) verbal instructions on the use of these materials.

Michael E. Sliwoski, M.S.                                              Page 3
Abbott Laboratories
NDA# 20-471


DDMAC requests that you provide a written response by July 14, 1997 answering the above
questions and outlining a plan of action addressing the two issues outlined above.  Please submit
your response to the undersigned by facsimile at (301) 594-6771, or at the Food and Drug
Administration, Division of Drug Marketing, Advertising and Communications, HFD-40, Rm
17-B-20, 5600 Fishers Lane, Rockville, MD  20857.  DDMAC reminds Abbott that only written
communications are considered official.

In all future correspondence regarding this particular matter, please refer to MACMIS ID #5424
in addition to the NDA number.



                              Sincerely,

                              Joan Hankin

                              Joan Hankin, JD
                              Regulatory Review Officer
                              Division of Drug Marketing,
                                 Advertising, and Communications




Enclosures 1-9

 DEPARTMENT OF HEALTH & HUMAN SERVICES

Food and Drug Administration
Rockville MD 20857

**TRANSMITTED VIA FACSIMILE**                              JUL  18  2000

Mr. Douglas N. Dobak
Quality Liaison Leader
AstraZeneca L.P.
725 Chesterbrook Blvd.
Wayne, PA 19087

**RE:**   NDA #19-810
          Prilosec (omeprazole) Delayed-Release Capsules
          MACMIS ID #9086

Dear Mr. Dobak:

This letter concerns AstraZeneca L.P.'s (AstraZeneca's) dissemination of promotional labeling and advertising for Prilosec (omeprazole) Delayed-Release Tablets.  The Division of Drug Marketing, Advertising, and Communications (DDMAC) has reviewed Prilosec promotional materials (sales aids #162159,  #162105, #160452, reprint carrier #161856, and advertisement  #0120PEOP), as part of its monitoring program and has concluded that AstraZeneca is disseminating materials that contain misleading promotional claims in violation of the Federal Food, Drug, and Cosmetic Act and implementing regulations.  A description of our objections follows.

**Misleading Efficacy Claims based on Intragastric pH Levels**

Prilosec promotional materials use intragastric pH data from healthy volunteers to suggest that specific levels of intragastric pH acidity correlate with clinical efficacy in the treatment of erosive esophagitis (EE) patients. However, the relationship between specific intragastric pH levels in healthy volunteers and the clinical efficacy of Prilosec in EE patients has not been demonstrated.  The use of nonclinical data to suggest a clinical benefit where none exists is misleading.  Prilosec promotional materials also use intragastric pH level data to suggest that the clinical effect of Prilosec is superior to that of lansoprazole.  The use of nonclinical data to suggest superiority to another drug is misleading.

Douglas N. Dobak                                                     Page 2
AstraZeneca
NDA 19-810, 20-916
MACMIS # 9086

For example, Sales Aid #160452 presents a graphical comparison of the lengths of time that Prilosec and lansoprazole each cause intragastric acidity levels in healthy volunteers to exceed a pH value > 4.  The graph shows that 20 mg and 40 mg doses of Prilosec result in pH levels > 4 for 53% and 78% of the day respectively, while lansoprazole 30mg and 60 mg doses result in pH levels >4 for only 46% and 70% of the day respectively. The implication that, at both doses, Prilosec's clinical efficacy depends on its ability to maintain an intragastric pH level >4 for a certain percentage of time, is misleading. Similarly, the implication that the pattern and extent of Prilosec's daily intragastric acid suppression translates into an improved clinical benefit for Prilosec over lansoprazole in the EE patient, is misleading.

The small, bifurcated statement at the bottom of the page that "Intragastric pH levels are not indicative of efficacy of healing" is not sufficient to correct the overwhelming message that Prilosec's intragastric pH level correlates with clinical benefit.  The tiny footnote that P=NS, is also not sufficient to correct the overall misleading message that Prilosec is superior to lansoprazole in clinical effect due to superior acid suppression in healthy volunteers.

**Misleading Dose-Related Duration of Effect Claims**

Prilosec's promotional materials misleadingly suggest that increasing the dose of Prilosec will result in an increased clinical efficacy in the treatment of erosive esophagitis or duodenal ulcers due to the increased duration of Prilosec's antisecretory effect at higher doses.  For example, Sales Aid #160452 states that "*as you increase the dose of PRILOSEC, you can increase acid inhibition.*"  An accompanying graph shows that the dose of Prilosec 40 mg suppresses acid (pH>3) for a duration of 22 hours a day while lower doses of Prilosec suppress acid for a shorter duration of time throughout the day.  Although the Sales Aid is directed at the erosive esophagitis indication, the graph measures pH levels in duodenal ulcer patients.  The graph and accompanying text in Sales Aid #160452, implies that both erosive esophagitis and duodenal ulcer patients will benefit from higher doses of Prilosec due to a correlation between increased clinical effect and increased duration of antisecretory effect.

There is, however, no substantial evidence to prove that a dose-related increase in duration of antisecretory action of Prilosec results in an increased clinical benefit in the treatment of EE or duodenal ulcers.  In fact, the CLINICAL STUDIES section of the approved product labeling for Prilosec states that [for erosive esophagitis] "*the 40 mg dose was not superior to the 20 mg dose of Prilosec in the percentage healing rate.*" Similarly, the CLINICAL STUDIES section of the approved product labeling for Prilosec states that [for duodenal ulcers] "*At 2 and 4 weeks…40mg was not superior to 20 mg of PRILOSEC, and at 8 weeks there was no significant difference…*"  Thus, the suggestion of improved clinical effect, based on the Prilosec's duration of antisecretory effect in the promotional materials where no such effect has been demonstrated, is misleading.

Douglas N. Dobak                                                              Page 3
AstraZeneca
NDA 19-810, 20-916
MACMIS # 9086


## Promotion of Unapproved Dosage Regimens

Prilosec promotional materials suggest dosage regimens for the treatment of erosive esophagitis and duodenal ulcers that are not supported by substantial evidence and are inconsistent with approved product labeling for Prilosec. Specifically, these materials promote a dose of 40 mg/day for both conditions for a duration of up to 12 years. Prilosec, however, is indicated for the short-term treatment of both conditions at an approved dose of 20mg/day for a period of 4 to 8 weeks.

- <u>Erosive Esophagitis (EE)</u> – The approved product labeling for Prilosec states that Prilosec is indicated for short-term therapy (4-8 weeks) of erosive esophagitis and that the efficacy of Prilosec used for longer than 8 weeks in EE patients has not been established. Prilosec's recommended adult oral dose for erosive esophagitis treatment is 20 mg daily. However, Sales Aid #162105 claims that "No PPI has been proven better in healing erosive esophagitis," that Prilosec has "excellent long-term safety data – up to 12 years of follow-up in patients receiving continuous treatment," and that "with Prilosec you can increase the dose to 40 mg without increasing adverse events." This Sales Aid is misleading because it suggests an unapproved dosage regimen for EE. The Sales Aid presents the results of 12-year follow-up safety studies involving Prilosec, implying that Prilosec is safe and effective in the long-term or chronic treatment of erosive esophagitis.

- <u>Duodenal Ulcer Indication -</u> Similarly, the approved dose of Prilosec in the short-term treatment of duodenal ulcer is 20 mg per day for a period of four weeks for most patients. Sales Aid #160452 suggests that a 40 mg/day dose of Prilosec is superior to a 20 mg/day dose in the treatment of duodenal ulcers and that a period of continuous therapeutic use up to eleven years is appropriate. The Sales Aid is misleading because its claims are inconsistent with the approved product labeling for Prilosec. The tiny footnote in the Sales Aid stating that the 20 mg dose is indicated for active duodenal ulcer is inadequate to correct the overwhelming message of the large and colorful graph that suggests an increased clinical effect from the 40 mg dose for duodenal ulcer patients, and the text that suggests long-term continuous treatment is appropriate.

## Misleading Comparative Presentations of EE Healing Rates

Reprint Carrier #161856 makes misleading graphical and textual comparisons between the EE healing rates of Prilosec and other Proton Pump Inhibitors (PPIs), based on the Castell study. The upper graph in Reprint Carrier #161856 is entitled "Healing Rates in Patients with Erosive Esophagitis." The graph is misleading because it does not prominently disclose the placebo effect from the Castell Study at 4 and 8 weeks, nor does

Douglas N. Dobak                                                        Page 4
AstraZeneca
NDA 19-810, 20-916
MACMIS # 9086

it prominently disclose the lack of statistical significance of some of the numbers shown.

The accompanying statement that "No PPI is proven to work better...for healing all grades of erosive esophagitis in clinical trials" is also not accurate, since the Castell study (and other cited references) did not make head-to-head comparisons between the healing rates of Prilosec and all other PPIs, delineated by each grade of erosion severity.  In addition, the reprint carrier presents healing rates for EE that are inconsistent with the approved product labeling.

## Misrepresentative Healing Rates in Severe EE

Sales Aid #162159 compares a combined EE healing rate of 89% for Prilosec 20 mg in patients with grades 3 and 4 erosive esophagitis, to a combined EE healing rate of 85% for lansoprazole 30 mg.  The accompanying text states: "No PPI is proven to work better...in severe erosive esophagitis in clinical trials."  The graph, however, misrepresents the extent of Prilosec experience in severe EE patients because it does not present the background incidence rate of patients studied that had the most severe erosions of grade 4.   In the actual study, less than 7% of the Prilosec patients (and less than 9% of the lansoprazole patients) had an erosion severity of grade 4, and less than 27% of the Prilosec (and approximately 30% of the lansoprazole patients) had an EE erosion severity rate of grade 3.  Thus, the healing rate of 89% for Prilosec and its comparison to healing rate of 85% for lansoprazole, for erosion severity of grades 3 and 4, without additional background incidence, suggests that the drug has been studied in a larger population of grade 4 erosion patients than it actually has been studied.  The Sales Aid misrepresents the extent of experience with this drug in healing erosions in grade 4 patients.

## Misleading Presentation of Clinical Data re Heartburn Relief

Reprint Carrier #161856, (Castell et al), selectively presents data from the Castell study.  The front flap of the reprint carrier states that "Prilosec 20mg and lansoprazole 30mg provided comparable decreases in heartburn in patients with EE.  There were only minor and inconsistent differences in heartburn symptom assessments."  However, on page 1753 of the actual reprint, the article states, "Patient diaries revealed significant differences between active treatment groups in the relief of day and night heartburn (Table 2).  Patients receiving lansoprazole 30 mg reported significantly less day and night heartburn during the first day and the first week of treatment than did patients receiving omeprazole 20mg (Table 2).  Similar results were observed when diary entries from the intent-to-treat population were evaluated."  The Castell reprint summary also stated that lansoprazole provided superior symptomatic relief early in the treatment and was more effective than omeprazole 20 mg with respect to alleviating nighttime heartburn throughout the 8-wk course of therapy.  Thus, the claims of comparable heartburn relief between omeprazole and lansoprazole are not supported by the referenced study.

Douglas N. Dobak
AstraZeneca
NDA 19-810, 20-916
MACMIS # 9086

Page 5

## Expanded Indication

Advertisement #0120PEOP promotes Prilosec for the relief of heartburn without adequately describing Prilosec's approved indication. Prilosec is indicated for the treatment of heartburn and other symptoms associated with gastroesophageal reflux disease (GERD). Heartburn related to GERD or acid reflux disease is heartburn that occurs two (2) or more days a week and persists despite diet or treatment. Prilosec is not indicated for the occasional relief of heartburn in the absence of GERD.

## Lack of Fair Balance

The promotional materials are lacking in fair balance because the risk information is not presented in a manner that is reasonably comparable to the presentation of promotional claims for PRILOSEC. Promotional materials must present information relating to contraindications, warnings, precautions and adverse effects with a prominence and readability reasonably comparable with the presentation of information relating to the efficacy of the drug.

For example, Sales Aid #162105 states, in large-size colorful header font, that Prilosec has an "Excellent safety record...ZERO cases of ECL cell dysplasia or carcinoids in continuous, open label studies of up to 12 years...With PRILOSEC you can increase the dose to 40mg without increasing adverse events." In much smaller type at the bottom of the page, however, the balancing statements that "Gastroduodenal carcinoids have been reported in patients with Zollinger-Ellison syndrome on long-term treatment with omeprazole. This finding is believed to be a manifestation of the underlying condition, which is known to be associated with such tumors...PRILOSEC should be used only for the conditions, dosage, and duration specified in the Prescribing Information." This important safety information is not presented with reasonably comparable readability to the efficacy claims presented and lacks fair balance.

In addition, some of the Prilosec materials lack important risk information. Sales Aid #162159, for example, states a Prilosec claim for the indication of H. pylori-associated duodenal ulcer disease in combination with clarithromycin and amoxicillin. The Sales Aid, however, fails to include any important risk information that accompanies the use of Prilosec in combination with clarithromycin and amoxicillin. Specifically, the approved product labeling for Prilosec states that clarithromycin is contraindicated in patients with a known hypersensitivity to clarithromycin, erythromycin, or any of the macrolide antibiotics, that clarithromycin is contraindicated in patients receiving cisapride, or pimozide who have pre-existing cardiac abnormalities or electrolyte disturbances, and that clarithromycin should not be used in pregnant women except in circumstances where no alternative therapy is appropriate. If resistance to clarithromycin is demonstrated or susceptibility testing is not possible, alternative antimicrobial therapy should be instituted. The Prilosec labeling also states that amoxicillin is contraindicated in patients with a history of allergic reaction to any of the penicillins.

Douglas N. Dobak                                                Page 6
AstraZeneca
NDA 19-810, 20-916
MACMIS # 9086

Reprint Carrier #161856 also fails to provide fair balance.  The carrier extensively details the efficacy results of the Castell study on each page, while limiting the safety information related to the study to one statement detailing the three most common adverse events of the study: headache, and diarrhea and abdominal pain.  However, in the study, nausea was also a common adverse event, that was not mentioned in the carrier, nor does the carrier mention the severe adverse reactions to omeprazole 20 mg that were experienced by the patients in the study. In the Castell study, four omeprazole 20 mg patients developed severe events that were possibly or probably treatment–related, including rhabdomyolysis, uticarial wheals, severe headache, and severe thromobocytopenic fever.

**Requested Action**

In order to address these objections, DDMAC requests that AstraZeneca:

1. Immediately ceases further use of these and other materials and practices with the same or similar messages.

2. Provide DDMAC, in writing, with AstraZeneca's intent to comply with the above.  This response should include a list of all violative promotional materials and AstraZeneca's methods for discontinuing their use.

AstraZeneca's response should be received no later than July 28, 2000.  If you have any questions, you should direct them to the undersigned in writing or by facsimile at (301) 594-6759 or at the Food and Drug Administration, Division of Drug Marketing, Advertising, and Communications, HFD-42, Rm. 17B-20, 5600 Fishers Lane, Rockville, MD  20857.  DDMAC reminds AstraZeneca that only written communications are considered official.

In all future correspondence regarding this particular matter, please refer to MACMIS ID #9086 in addition to the NDA number.

Sincerely,

*/S/*

Patricia Kuker Staub, R.Ph, J.D.
Regulatory Review Officer
Division of Drug Marketing,
   Advertising and Communications

## Only PRILOSEC offers all of these benefits:

**EFFICACY** — ***complete* relief of symptoms**

24-hour complete relief of heartburn
in 84% of GERD patients in controlled studies[1*]

**SAFETY** — **... more than a decade
of long-term safety data**

Excellent safety profile in ongoing studies of
patients treated continuously for up to 11 years[2]

**CONFIDENCE** — **... America's most prescribed anti-
secretory, surpassing any H$_2$-RA
or PPI[3]**



**PRILOSEC®**
**(OMEPRAZOLE)** 10-MG, 20-MG, 40-MG CAPSULES

The most frequently reported adverse events with PRILOSEC are headache, diarrhea, and
abdominal pain.

Symptomatic response to therapy does not preclude the presence of gastric malignancy.

Atrophic gastritis has been noted occasionally in gastric corpus biopsies from patients treated
long term with omeprazole.

[1] In 6 studies involving patients with erosive esophagitis.
[2] IMS HEALTH, since May 1997.

*Before prescribing PRILOSEC, please see accompanying full Prescribing Information.*

# PRILOSEC provides excellent acid suppression



PRILOSEC 20 mg once daily is appropriate for the majority of acid sufferers[1]

PRILOSEC 40 mg once daily is appropriate for conditions that require greater acid control*

# As you increase the dose of PRILOSEC, you can increase acid inhibition





Intragastric
The most fr
PRILOSEC
[1] Indicated for h
esophagitis, m
* Indicated for H
Helicobacter
** Registered tr
PRILOSEC s
Before presc
**References:**
Acid-inhibit
5. Savarino V, Mela G...



*Anzemet*
dolasetron mesylate

...fied in the Prescribing Information.
...formation:
PR119. 3. Data on file. DA-PR12... 4. Geus WP, Mulder PGH, Nix... et a...
...ri-negative healthy subjects. *Aliment Pharmacol Ther.* 1995;12:329-335.
...various doses of omeprazole. *Dig Dis Sci.* 1994;39:16...

**PRILOSEC**
(OMEPRAZOLE) 10 MG, 20 MG, 40 MG CAPSULES

Please visit our web site at www.prilosec-us.com

AstraZeneca

*Procter&Gamble*
PHARMACEUTICALS

Contains recycled materi...

©1999 AstraZeneca LP.  All rights reserved.          160452          Printed in U.S.A.



# PRILOSEC®
## (OMEPRAZOLE) 10-MG, 20-MG, 40-MG CAPSULES

# Extensive clinical experience

- **The PPI innovator with more than 18 years of clinical experience worldwide[1]**
- **Over 345 million patient treatments* worldwide[2†]**

# Excellent long-term safety data

- **Up to 12 years of follow-up in patients receiving continuous treatment[3]**

# Proven efficacy

- **No PPI is proven more effective in healing erosive esophagitis[4-11]**

The most frequently reported adverse events with PRILOSEC are headache, diarrhea, and abdominal pain. Symptomatic response to therapy does not preclude the presence of gastric malignancy. Atrophic gastritis has been noted occasionally in gastric corpus biopsies from patients treated long term with omeprazole.

PRILOSEC is indicated first line for heartburn and other symptoms associated with gastroesophageal reflux disease (GERD), erosive esophagitis, maintenance of healed erosive esophagitis, active duodenal ulcer, active benign gastric ulcer, pathological hypersecretory conditions, and in combination with clarithromycin and amoxicillin or with clarithromycin for *Helicobacter pylori*-associated duodenal ulcer disease.

*Before prescribing PRILOSEC, please see accompanying full Prescribing Information.*

# NO PPI is proven to work better...
## for healing all grades of erosive esophagitis in clinical trials[4-11]

**Healing rates in patients with erosive esophagitis[4]**



| PRILOSEC 20 mg once daily | 4 weeks (n=411) | **82%**‡ |
| | 8 weeks (n=407) | **91%** |
| lansoprazole 30 mg once daily | 4 weeks (n=396) | **83%**‡ |
| | 8 weeks (n=395) | **91%** |

‡P = NS.
Data from a double-blind, randomized, multicenter study (n=1284) in patients with endoscopically confirmed erosive esophagitis.
Rates were based on per-protocol analysis.

Adapted from Castell, et al

## in severe erosive esophagitis in clinical trials[4,5,7]

**8-Week healing rates for patients with baseline esophagitis (grades 3 and 4)[4]**

| PRILOSEC 20 mg once daily | (n=133) | **89%**§ |
| lansoprazole 30 mg once daily | (n=150) | **85%** |

§P = NS.
Data from a double-blind, randomized, multicenter study (n=1284) in patients with endoscopically confirmed erosive esophagitis.
Rates were based on per-protocol analysis.

Adapted from Castell, et al

**The most frequently reported adverse events with PRILOSEC are headache, diarrhea, and abdominal pain.**

*A patient treatment is defined as an individual prescription calculated by IMS to be an average of 41.31 counting units.
†IMS MIDAS Database 1/89 - 6/99
§Registered trademarks of the AstraZeneca group of companies.

**PRILOSEC should be used only for the conditions, dosage, and duration specified in the Prescribing Information.**

*Before prescribing PRILOSEC, please see accompanying full Prescribing Information.*

References: 1. Data on file, DA-PRI33. 2. Data on file, DA-PRI34. 3. Data on file, DA-PRI31. 4. Castell DO, Richter JE, Robinson M, et al. Efficacy and safety of lansoprazole in the treatment of erosive reflux esophagitis. Am J Gastroenterol. 1996;91(9):1749-1757. 5. Mee AS, Rowley JL, the Lansoprazole Clinical Research Group. Rapid symptom relief in reflux oesophagitis: a comparison of lansoprazole and omeprazole. Aliment Pharmacol Ther. 1996;10:757-763. 6. Hatlebakk JG, Berstad A, Carling L, et al. Lansoprazole versus omeprazole in short-term treatment of reflux oesophagitis: results of a Scandinavian multicentre trial. Scand J Gastroenterol. 1993;28:224-228. 7. Dekkers CPM, Beker JA, Thjodleifsson B, et al. Double-blind, placebo-controlled comparison of rabeprazole 20 mg vs. omeprazole 20 mg in the treatment of erosive or ulcerative gastro-oesophageal reflux disease. Aliment Pharmacol Ther. 1999;13:49-57. 8. Delchier JC, Cohen G, Humphries TJ. Rabeprazole is comparable in efficacy to omeprazole in erosive GORD and provides more rapid heartburn relief. Gut. 1994:44(suppl 1)A112. 9. Corinaldesi R, Valentini M, Belaiche J, et al. Pantoprazole and omeprazole in the treatment of reflux oesophagitis: a European multicentre study. Aliment Pharmacol Ther. 1995;9:667-671. 10. Mössner J, Hölscher AH, Herz R, Schneider A. A double-blind study of pantoprazole and omeprazole in the treatment of reflux oesophagitis: a multicentric trial. Aliment Pharmacol Ther. 1995;9:321-326. 11. Vicari F, Belin J, Marek L. Pantoprazole 40 mg versus omeprazole 20 mg in the treatment of reflux oesophagitis: results of a French multicentric double-blind comparative trial. Digestion. 1998;59(suppl 3):668.



# PRILOSEC®
**(OMEPRAZOLE)** 10-MG, 20-MG, 40-MG CAPSULES



AstraZeneca

*Procter&Gamble*
PHARMACEUTICALS

® Printed on recycled paper

© 2000 AstraZeneca LP. All rights reserved.

162159

Printed in U.S.A.

3/00

People   5/10/00   2:47 PM   Page 1



FREE OFFER FOR PRILOSEC USERS

## It's time for a
# Prilosec summer.
### Spread the word with a FREE phone card.



**Get your FREE
Phone Card now!
1-888-895-2502**

*You already know that the makers of prescription PRILOSEC are the experts in acid reflux disease. And that PRILOSEC can help keep you heartburn free. Now you can tell your friends who may suffer from frequent and persistent heartburn about PRILOSEC. Just call today for your free 24-minute phone card.* And remember to take your PRILOSEC as directed for 24 hours of complete heartburn relief that's possible with PRILOSEC. The most common side effects are headache, diarrhea, and abdominal pain.*

*Offer expires 9/30/00. Limit one per household.
Please allow 4 to 6 weeks for delivery.

©2000 AstraZeneca LP  All rights reserved.  162341  3/00  0120PE0P
†Registered trademark of the AstraZeneca group of companies.



AstraZeneca

*Please read the important Product Information
on the following page and discuss it with your doctor.*

# PRILOSEC
(OMEPRAZOLE) 20-40 CAPSULES

People  5/10/00  2:47 PM  Page 2

Please read this summary carefully, and then ask your doctor about PRILOSEC. No advertisement can provide all the information needed to prescribe a drug. This advertisement does not take the place of careful discussions with your doctor. Only your doctor has the training to weigh the risks and benefits of a prescription drug for you.

## PRILOSEC® (OMEPRAZOLE) Delayed-Release Capsules

**BRIEF SUMMARY.**

**CLINICAL PHARMACOLOGY** *Pharmacokinetics and Metabolism: Omeprazole* – In pharmacokinetic studies of single 20 mg omeprazole doses, an increase in AUC of approximately two-fold was noted in Asian subjects compared to Caucasians. Dose adjustment, particularly where maintenance of healing of erosive esophagitis is indicated, for the hepatically impaired and Asian subjects should be considered.

**INDICATIONS AND USAGE** *Duodenal Ulcer:* PRILOSEC is indicated for short-term treatment of active duodenal ulcer. Most patients heal within 4 weeks. Some patients may require an additional 4 weeks of therapy. PRILOSEC, in combination with clarithromycin and amoxicillin, is indicated for treatment of patients with *H. pylori* infection and duodenal ulcer disease (active or up to 1-year history) to eradicate *H. pylori*. PRILOSEC, in combination with clarithromycin, is also indicated for treatment of patients with *H. pylori* infection and duodenal ulcer disease to eradicate *H. pylori.* Eradication of *H. pylori* has been shown to reduce the risk of duodenal ulcer recurrence. Among patients who fail therapy, PRILOSEC with clarithromycin is more likely to be associated with the development of clarithromycin resistance as compared with triple therapy. In patients who fail therapy, susceptibility testing should be done. If resistance to clarithromycin is demonstrated or susceptibility testing is not possible, alternative antimicrobial therapy should be instituted. (See the clarithromycin package insert, MICROBIOLOGY section.) *Gastric Ulcer:* PRILOSEC is indicated for short-term treatment (4-8 weeks) of active benign gastric ulcer. *Treatment of Gastroesophageal Reflux Disease (GERD): Symptomatic GERD* – PRILOSEC is indicated for the treatment of heartburn and other symptoms associated with GERD. *Erosive Esophagitis* – PRILOSEC is indicated for the short-term treatment (4-8 weeks) of erosive esophagitis which has been diagnosed by endoscopy. The efficacy of PRILOSEC used for longer than 8 weeks in these patients has not been established. In the rare instance of a patient not responding to 8 weeks of treatment, it may be helpful to give up to an additional 4 weeks of treatment. If there is recurrence of erosive esophagitis or GERD symptoms (e.g. heartburn), additional 4-8 week courses of omeprazole may be considered. *Maintenance of Healing of Erosive Esophagitis:* PRILOSEC is indicated to maintain healing of erosive esophagitis. Controlled studies do not extend beyond 12 months. *Pathological Hypersecretory Conditions:* PRILOSEC is indicated for the long-term treatment of pathological hypersecretory conditions (e.g., Zollinger-Ellison syndrome, multiple endocrine adenomas and systemic mastocytosis).

**CONTRAINDICATIONS** *Omeprazole:* PRILOSEC Delayed-Release Capsules are contraindicated in patients with known hypersensitivity to any component of the formulation. *Clarithromycin:* PRILOSEC is contraindicated in patients with a known hypersensitivity to any macrolide antibiotic. Concomitant administration of clarithromycin with cisapride, pimozide, or terfenadine is contraindicated. There have been post-marketing reports of drug interactions when clarithromycin and/or erythromycin are co-administered with cisapride, pimozide, or terfenadine resulting in cardiac arrhythmias (QT prolongation, ventricular tachycardia, ventricular fibrillation, and torsades de pointes) most likely due to inhibition of hepatic metabolism of these drugs by erythromycin and clarithromycin. Fatalities have been reported. (Please refer to full prescribing information for clarithromycin before prescribing.) *Amoxicillin:* Amoxicillin is contraindicated in patients with a history of allergic reaction to any of the penicillins. (Please refer to full prescribing information for amoxicillin before prescribing.)

**WARNINGS:** *Clarithromycin:* CLARITHROMYCIN SHOULD NOT BE USED IN PREGNANT WOMEN EXCEPT IN CLINICAL CIRCUMSTANCES WHERE NO ALTERNATIVE THERAPY IS APPROPRIATE. IF PREGNANCY OCCURS WHILE TAKING CLARITHROMYCIN, THE PATIENT SHOULD BE APPRISED OF THE POTENTIAL HAZARD TO THE FETUS. (See WARNINGS in prescribing information for clarithromycin.) *Amoxicillin:* SERIOUS AND OCCASIONALLY FATAL HYPERSENSITIVITY (anaphylactic) REACTIONS HAVE BEEN REPORTED IN PATIENTS ON PENICILLIN THERAPY. THESE REACTIONS ARE MORE LIKELY TO OCCUR IN INDIVIDUALS WITH A HISTORY OF PENICILLIN HYPERSENSITIVITY AND/OR A HISTORY OF SENSITIVITY TO MULTIPLE ALLERGENS. BEFORE INITIATING THERAPY WITH AMOXICILLIN, CAREFUL INQUIRY SHOULD BE MADE CONCERNING PREVIOUS HYPERSENSITIVITY REACTIONS TO PENICILLINS, CEPHALOSPORINS OR OTHER ALLERGENS. IF AN ALLERGIC REACTION OCCURS, AMOXICILLIN SHOULD BE DISCONTINUED AND APPROPRIATE THERAPY INSTITUTED. SERIOUS ANAPHYLACTIC REACTIONS REQUIRE IMMEDIATE EMERGENCY TREATMENT WITH EPINEPHRINE. OXYGEN, INTRAVENOUS STEROIDS AND AIRWAY MANAGEMENT, INCLUDING INTUBATION, SHOULD ALSO BE ADMINISTERED AS INDICATED. (See WARNINGS in prescribing information for amoxicillin.) *Antimicrobials: Pseudomembranous colitis* has been reported with nearly all antibacterial agents and may range in severity from mild to life-threatening. Therefore, it is important to consider this diagnosis in patients who present with diarrhea subsequent to the administration of antibacterial agents. (see WARNINGS in prescribing information for clarithromycin and amoxicillin.)

**PRECAUTIONS** *General:* Symptomatic response to therapy with omeprazole does not preclude the presence of gastric malignancy. Atrophic gastritis has been noted occasionally in gastric corpus biopsies from patients treated long-term with omeprazole. *Information for Patients:* PRILOSEC Delayed-Release Capsules should be taken before eating. Patients should be cautioned that the PRILOSEC Delayed-Release Capsule should not be opened, chewed or crushed, and should be swallowed whole. *Drug Interactions: Other* – Omeprazole can prolong the elimination of diazepam, warfarin and phenytoin, drugs that are metabolized by oxidation in the liver. Although in normal subjects no interaction with theophylline or propranolol was found, there have been clinical reports of interaction with other drugs metabolized via the cytochrome P-450 system (e.g. cyclosporine, disulfiram, benzodiazepines). Patients should be monitored to determine if it is necessary to adjust the dosage of these drugs when taken concomitantly with PRILOSEC. Because of its profound and long lasting inhibition of gastric acid secretion, it is theoretically possible that omeprazole may interfere with absorption of drugs where gastric pH is an important determinant of their bioavailability (e.g., ketoconazole, ampicillin esters, and iron salts). In the clinical trials, antacids were used concomitantly with the administration of PRILOSEC. *Combination Therapy with Clarithromycin* – Co-administration of omeprazole and clarithromycin have resulted in increases in plasma levels of omeprazole, clarithromycin, and 14-hydroxy-clarithromycin. (See CLINICAL PHARMACOLOGY.) *Pharmacokinetics: Combination Therapy with Antimicrobials in full Prescribing Information.) Concomitant administration of clarithromycin with cisapride, pimozide, or terfenadine is contraindicated. There have been reports of an interaction between erythromycin and astemizole resulting in QT prolongation and torsades de pointes. Concomitant administration of erythromycin and astemizole is contraindicated. Because clarithromycin is also metabolized by cytochrome P450, concomitant administration of clarithromycin with astemizole is not recommended. (See also CONTRAINDICATIONS, Clarithromycin, above. Please refer to full prescribing information for clarithromycin.) *Carcinogenesis, Mutagenesis, Impairment of Fertility:* In two 24-month carcinogenicity studies in rats, omeprazole at daily doses of 1.7, 3.4, 13.8, 44.0 and 140.8 mg/kg/day (approximately 4 to 352 times the human dose, based on a patient weight of 50 kg and a human dose of 20 mg) produced gastric ECL cell carcinoids in a dose-related manner in both male and female rats; the incidence of this effect was markedly higher in female rats, which had higher blood levels of omeprazole. Gastric carcinoids seldom occur in the untreated rat. In addition, ECL cell hyperplasia was present in all treated groups of both sexes. In one of these studies, female rats were treated with 13.8 mg/kg/day omeprazole (approximately 35 times the human dose) for 1 year, then followed for an additional year without the drug. No carcinoids were seen in these rats. An increased incidence of treatment-related ECL cell hyperplasia was observed at the end of 1 year (94% treated vs. 10% controls). By the second year the difference between treated and control rats was much smaller (46% vs. 26%) but still showed more hyperplasia in the treated group. An unusual primary malignant tumor in the stomach was seen in one rat (2%). No similar tumor was seen in male or female rats treated for 2 years. For this stage of rat no similar tumor has been noted historically, but a finding involving only one tumor is difficult to interpret. A 78-week mouse carcinogenicity study of omeprazole did not show increased tumor occurrence, but the study was not conclusive. Omeprazole was not mutagenic in an in vitro Ames *Salmonella typhimurium* assay, an in vitro mouse lymphoma cell assay and an in vivo rat liver DNA damage assay. A mouse micronucleus test at 625 and 6250 times the human dose given as a borderline result, as did an in vivo bone marrow chromosome aberration test. A second mouse micronucleus study at 2000 times the human dose, but with different (suboptimal) sampling times, was negative. *Pregnancy: Teratogenic Effects Category C* – In rabbits, omeprazole in a dose range of 6.9 to 69.1 mg/kg/day (approximately 17 to 172 times the human dose) produced dose-related increases in embryo-lethality, fetal resorptions and pregnancy disruptions. In rats, dose-related embryo/fetal toxicity and postnatal developmental toxicity were observed in offspring resulting from parents treated with omeprazole 13.8 to 138.0 mg/kg/day (approximately 35 to 345 times the human dose). There are no adequate or well-controlled studies in pregnant women. Sporadic reports have been received of congenital abnormalities occurring in infants born to women who received omeprazole during pregnancy. Omeprazole should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus. *Clarithromycin: Pregnancy Category C* – See WARNING (above) and full prescribing information for clarithromycin before using in pregnant women. *Nursing Mothers:* It is not known whether omeprazole is excreted in human milk. In rats, omeprazole administration during late gestation and lactation at doses of 13.8 to 138 mg/kg/day (35 to 345 times the human dose) resulted in decreased weight gain in pups. Because many drugs are

excreted in human milk, because of the potential for serious adverse reactions in nursing infants from omeprazole, and because of the potential for tumorigenicity shown for omeprazole in rat carcinogenicity studies, a decision should be made whether to discontinue nursing or discontinue the drug, taking into account the importance of the drug to the mother. *Pediatric Use:* Safety and effectiveness in pediatric patients have not been established.

**ADVERSE REACTIONS:** In the U.S. clinical trial population of 465 patients (including duodenal ulcer, Zollinger-Ellison syndrome and resistant ulcer patients), the following adverse experiences were reported to occur in 1% or more of patients on therapy with PRILOSEC® (omeprazole). Numbers in parentheses indicate percentages of the adverse experiences considered by investigators as possibly, probably, or definitely related to the drug.

| | Omeprazole (n=465) | Placebo (n=64) | Ranitidine (n=195) |
|---|---|---|---|
| Headache | 6.9 (2.4) | 6.3 | 7.7 (2.6) |
| Diarrhea | 3.0 (1.9) | 3.1 (1.6) | 2.1 (0.5) |
| Abdominal Pain | 2.4 (0.4) | 3.1 | 2.1 |
| Nausea | 2.2 (0.9) | 3.1 | 4.1 (0.5) |
| URI | 1.9 | 1.6 | 2.6 ¹ |
| Dizziness | 1.5 (0.6) | 0.0 | 2.6 (1.0) |
| Vomiting | 1.5 (0.4) | 4.7 | 1.5 (0.5) |
| Rash | 1.5 (1.1) | 0.0 | 0.0 |
| Constipation | 1.1 (0.9) | 0.0 | 0.0 |
| Cough | 1.1 | 0.0 | 1.5 |
| Asthenia | 1.1 (0.2) | 1.6 (1.6) | 1.5 (1.0) |
| Back Pain | 1.1 | 0.0 | 0.5 |

The following adverse reactions which occurred in 1% or more of omeprazole-treated patients have been reported in international double-blind, and open-label, clinical trials in which 2,631 patients and subjects received omeprazole.

| | | Omeprazole (n=2631) | Placebo (n=120) |
|---|---|---|---|
| *Body as a Whole, site unspecified* | Abdominal pain | 5.2 | 3.3 |
| | Asthenia | 1.3 | 0.8 |
| *Digestive System* | Constipation | 1.5 | 0.8 |
| | Diarrhea | 3.7 | 2.5 |
| | Flatulence | 2.7 | 5.8 |
| | Nausea | 4.0 | 6.7 |
| | Vomiting | 3.2 | 10.0 |
| | Acid regurgitation | 1.9 | 3.3 |
| *Nervous System/Psychiatric* | Headache | 2.9 | 2.5 |

¹ Additional adverse experiences occurring in <1% of patients or subjects in domestic and/or international trials, or occurring since the drug was marketed, are shown below within each body system. In many instances, the relationship to PRILOSEC was unclear. *Body As a Whole:* Allergic reactions including, rarely, anaphylaxis (see also *Skin* below), fever, pain, fatigue, malaise, abdominal swelling. *Cardiovascular:* Chest pain or angina, tachycardia, bradycardia, palpitation, elevated blood pressure, peripheral edema. *Gastrointestinal:* Pancreatitis (some fatal), anorexia, irritable colon, flatulence, fecal discoloration, esophageal candidiasis, mucosal atrophy of the tongue, dry mouth. During treatment with omeprazole, gastric fundic gland polyps have been noted rarely. These polyps are benign and appear to be reversible when treatment is discontinued. Gastro-duodenal carcinoids have been reported in patients with ZE syndrome on long-term treatment with PRILOSEC. This finding is believed to be a manifestation of the underlying condition, which is known to be associated with such tumors. *Hepatic:* Mild and, rarely, marked elevations of liver function tests (ALT (SGPT), AST (SGOT), y-glutamyl transpeptidase, alkaline phosphatase, and bilirubin (jaundice)). In rare instances, overt liver disease has occurred, including hepatocellular, cholestatic, or mixed hepatitis, liver necrosis (some fatal), hepatic failure (some fatal), and hepatic encephalopathy. *Metabolic/Nutritional:* Hypoglycemia, hyponatremia, weight gain. *Musculoskeletal:* Muscle cramps, myalgia, muscle weakness, joint pain, leg pain. *Nervous System/Psychiatric:* Psychic disturbances including depression, aggression, hallucinations, confusion, insomnia, nervousness, tremors, apathy, somnolence, anxiety, dream abnormalities; vertigo; paresthesia; hemifacial dysesthesia. *Respiratory:* Epistaxis, pharyngeal pain. *Skin:* Rash and, rarely, cases of severe generalized skin reactions including toxic epidermal necrolysis (TEN, some fatal), Stevens-Johnson syndrome, and erythema multiforme (some severe); purpura and/or petechiae (some with rechallenge); skin inflammation, urticaria, angioedema, pruritus, alopecia, dry skin, hyperhidrosis. *Special Senses:* Tinnitus, taste perversion. *Urogenital:* Interstitial nephritis (some with positive rechallenge), urinary tract infection, microscopic pyuria, urinary frequency, elevated serum creatinine, proteinuria, hematuria, glycosuria, testicular pain, gynecomastia. *Hematologic:* Rare instances of pancytopenia, agranulocytosis (some fatal), thrombocytopenia, neutropenia, anemia, leucocytosis, and hemolytic anemia have been reported. *Combination Therapy for H. pylori Eradication:* Dual therapy with PRILOSEC and clarithromycin, or triple therapy with PRILOSEC, clarithromycin, and amoxicillin. Adverse experiences that have occurred have been limited to those that have been previously reported with omeprazole, clarithromycin, or amoxicillin. *Dual Therapy (PRILOSEC/clarithromycin):* The most frequent adverse experiences observed in clinical trials using combination therapy with PRILOSEC, clarithromycin, and amoxicillin (n = 274) were diarrhea (14%), taste perversion (10%), and headache (7%). None of these occurred at a higher frequency than that reported by patients taking the antimicrobial drugs alone. *Dual Therapy (PRILOSEC/clarithromycin):* Adverse experiences observed in controlled clinical trials using combination therapy with PRILOSEC and clarithromycin (n = 346) which differed from those previously observed for the omeprazole alone were: Taste perversion (15%), tongue discoloration (2%), rhinitis (2%), pharyngitis (1%) and flu syndrome (1%). For more information on clarithromycin or amoxicillin, refer to the respective package inserts, ADVERSE REACTIONS sections.

**OVERDOSAGE:** Rare reports have been received of overdosage with omeprazole. Doses ranged from 320 mg to 900 mg (16-45 times the usual recommended clinical dose). Manifestations were variable, but included confusion, drowsiness, blurred vision, tachycardia, nausea, diaphoresis, flushing, headache, and dry mouth. Symptoms were transient, and no serious clinical outcome has been reported. No specific antidote for omeprazole overdosage is known. Omeprazole is extensively protein bound and is, therefore, not readily dialyzable. In the event of overdosage, treatment should be symptomatic and supportive.

**DOSAGE AND ADMINISTRATION** *Short-Term Treatment of Active Duodenal Ulcer:* The recommended adult oral dose of PRILOSEC is 20 mg once daily. Most patients heal within 4 weeks. Some patients may require an additional 4 weeks of therapy. (See INDICATIONS AND USAGE.) *H. pylori Eradication for the Reduction of the Risk of Duodenal Ulcer Recurrence Triple Therapy (PRILOSEC/clarithromycin/amoxicillin):* The recommended adult oral regimen is PRILOSEC 20 mg plus clarithromycin 500 mg plus amoxicillin 1000 mg each given twice daily for 10 days. In patients with an ulcer present at the time of initiation of therapy, an additional 18 days of PRILOSEC 20 mg once daily is recommended for ulcer healing and symptom relief. *Dual Therapy (PRILOSEC/clarithromycin):* The recommended adult oral regimen is PRILOSEC 40 mg once daily plus clarithromycin 500 mg tid for 14 days. In patients with an ulcer present at the time of initiation of therapy, an additional 14 days of PRILOSEC 20 mg once daily is recommended for ulcer healing and symptom relief. Please refer to clarithromycin full prescribing information for CONTRAINDICATIONS and WARNINGS, and for information regarding dosing in elderly and renally impaired patients. (PRECAUTIONS, *General*; PRECAUTIONS: *Drug Interactions*). Please refer to amoxicillin full prescribing information for CONTRAINDICATIONS and WARNINGS. *Gastric Ulcer:* The recommended adult oral dose is 40 mg once daily for 4 to 8 weeks. (See INDICATIONS AND USAGE). *Gastric Ulcer:) Gastroesophageal Reflux Disease (GERD):* The recommended adult oral dose for the treatment of patients with symptomatic GERD and no esophageal lesions is 20 mg daily for up to 4 weeks. The recommended adult oral dose for the treatment of patients with erosive esophagitis and accompanying symptoms due to GERD is 20 mg daily for 4 to 8 weeks. (See INDICATIONS AND USAGE.) *Maintenance of Healing of Erosive Esophagitis:* The recommended adult oral dose is 20 mg daily. (See INDICATIONS AND USAGE.) *Pathological Hypersecretory Conditions:* The dosage of PRILOSEC in patients with pathological hypersecretory conditions varies with the individual patient. The recommended adult oral starting dose is 60 mg once a day. Doses should be adjusted to individual patient needs and should continue for as long as clinically indicated. Doses up to 120 mg t.i.d. have been administered. Daily dosages of greater than 80 mg should be administered in divided doses. No dosage adjustment is necessary for patients with renal impairment, hepatic dysfunction or for the

Distributed by: Astra Pharmaceuticals, L.P. Wayne, PA 19087, USA

Manufactured by: Merck & Co., Inc. West Point, PA 19486, USA

December 1998

*Registered trademark of Astra AB.
© Astra Pharmaceuticals, L.P., 1999. All rights reserved

PR131

**NOTE:** This summary provides important information about PRILOSEC. If you would like more information, ask your doctor or pharmacist to let you read the professional labeling and then discuss it with them.



# Extensive clinical experience

- **The PPI innovator with more than 18 years of clinical experience worldwide[1]**

- **Over 345 million patient treatments\* worldwide[2]†**

# Excellent long-term safety data

- **Up to 12 years of follow-up in patients receiving continuous treatment[3]**

# Proven efficacy

- **No PPI is proven more effective in healing erosive esophagitis[4-11]**

The most frequently reported adverse events with PRILOSEC are headache, diarrhea, and abdominal pain. Symptomatic response to therapy does not preclude the presence of gastric malignancy. Atrophic gastritis has been noted occasionally in gastric corpus biopsies from patients treated long term with omeprazole.

\*A patient treatment is defined as an individual prescription calculated by IMS to be an average of 41.31 counting units.
†IMS MIDAS Database 1/89 - 6/99.

PRILOSEC is indicated first line for heartburn and other symptoms associated with gastroesophageal reflux disease (GERD), erosive esophagitis, maintenance of healed erosive esophagitis, active duodenal ulcer, active benign gastric ulcer, pathological hypersecretory conditions, and in combination with clarithromycin and amoxicillin or with clarithromycin for *Helicobacter pylori*-associated duodenal ulcer disease.

*Before prescribing PRILOSEC, please see accompanying full Prescribing Information.*

# Excellent safety record

**PRILOSEC has the longest ongoing clinical study of any PPI— up to 12 years[3]**

# ZERO

cases of ECL cell dysplasia or carcinoids in continuous, open-label studies of up to 12 years[3‡§]

**With PRILOSEC you can increase the dose to 40 mg without increasing adverse events[12,13¶]**

- **No dose-related diarrhea observed with PRILOSEC 20-mg or 40-mg capsules[12,13]**

**Adverse events profile of PRILOSEC is comparable to placebo[12-14]**

The most frequently reported adverse events with PRILOSEC are headache, diarrhea, and abdominal pain. Atrophic gastritis has been noted occasionally in gastric corpus biopsies from patients treated long term with omeprazole.

‡Gastroduodenal carcinoids have been reported in patients with Zollinger-Ellison syndrome on long-term treatment with omeprazole. This finding is believed to be a manifestation of the underlying condition, which is known to be associated with such tumors.

§Patients were refractory to treatment with $H_2$-RAs for either peptic ulcer disease or GERD and received omeprazole 20 mg to 40 mg daily. Follow-up included upper endoscopy with gastric biopsy for mucosal pathology assessment of gastric ECL cells at 12-month intervals and clinical history evaluations at 6-month intervals.

¶PRILOSEC should be used only for the conditions, dosage, and duration specified in the Prescribing Information.

**Registered trademarks of the AstraZeneca group of companies.
**References: 1.** Data on file, DA-PRI33. **2.** Data on file, DA-PRI34. **3.** Data on file, DA-PRI31. **4.** Castell DO, Richter JE, Robinson M, et al. Efficacy and safety of lansoprazole in the treatment of reflux esophagitis. Am J Gastroenterol. 1996;91(9):1749-1757. **5.** Mee AS, Rowley JL, the Lansoprazole Clinical Research Group. Rapid symptom relief in reflux oesophagitis: a comparison of lansoprazole and omeprazole. Aliment Pharmacol Ther. 1996;10:757-763. **6.** Hatlebakk JG, Berstad A, Carling L, et al. Lansoprazole versus omeprazole in short-term treatment of reflux oesophagitis: results of a Scandinavian multicentre trial. Scand J Gastroenterol. 1993;28:224-228. **7.** Dekkers CPM, Beker JA, Thjodleifsson B, et al. Double-blind, placebo-controlled comparison of rabeprazole 20 mg vs. omeprazole 20 mg in the treatment of erosive or ulcerative gastro-oesophageal reflux disease. Aliment Pharmacol Ther. 1999;13:49-57. **8.** Delchier JC, Cohen G, Humphries TJ. Rabeprazole is comparable in efficacy to omeprazole in erosive GORD and provides more rapid heartburn relief. Gut. 1994;44(suppl 1):A112. **9.** Corinaldesi R, Valentini M, Belaiche J, et al. Pantoprazole and omeprazole in the treatment of reflux oesophagitis: a European multicentre study. Aliment Pharmacol Ther. 1995;9:667-671. **10.** Mössner J, Hölscher AH, Herz R, Schneider A. A double-blind study of pantoprazole and omeprazole in the treatment of reflux oesophagitis: a multicentre trial. Aliment Pharmacol Ther. 1995;9:321-326. **11.** Vicari F, Belin J, Marek L. Pantoprazole 40 mg versus omeprazole 20 mg in the treatment of reflux oesophagitis: results of a French multicentric double-blind comparative trial. Digestion. 1998;59(suppl 3):608. **12.** Simon TJ, Bradstreet DC. Comparative tolerability profile of omeprazole in clinical trials. Dig Dis Sci. 1991;36(10):1384-1389. **13.** Valenzuela JE, Kogut DG, McCullough AJ, et al. Comparison of once-daily doses of omeprazole (40 and 20 mg) and placebo in the treatment of benign gastric ulcer: a multicenter, randomized, double-blind study. Am J Gastroenterol. 1996;91(12):2516-2522. **14.** Prescribing Information for PRILOSEC.

*Before prescribing PRILOSEC, please see accompanying full Prescribing Information.*





*Procter&Gamble* PHARMACEUTICALS

Printed on recycled paper

© 2000 AstraZeneca LP. All rights reserved.

162105

Printed in U.S.A.

3/00

# A Comparative Study Demonstrating the Efficacy of Omeprazole and Lansoprazole in Healing Erosive Esophagitis (EE)

## Efficacy and Safety of Lansoprazole in the Treatment of Erosive Reflux Esophagitis

Castell DO,
Richter JE,
Robinson M, et al.
*Am J Gastroenterol.* 1996;91(9):1749-1757.

*This study was supported by TAP Pharmaceuticals.*



## PRiLOSEC® (OMEPRAZOLE) 20 MG ONCE DAILY

The most frequently reported adverse events with PRILOSEC are headache, diarrhea, and abdominal pain.

Before prescribing PRILOSEC, please see accompanying full Prescribing Information.

# Castell et al

## METHODS

⬤ In this double-blind, multicenter study, 1284 patients with endoscopically confirmed erosive reflux esophagitis were randomized to receive omeprazole 20 mg (n = 431), lansoprazole 30 mg (n = 422), lansoprazole 15 mg (n = 218),[*] or placebo (n = 213) once daily for 8 weeks. Healing was evaluated endoscopically at 2-week intervals. Patients kept daily diaries of their symptoms.

## RESULTS—*Heartburn Symptom Reduction*

⬤ PRILOSEC 20 mg and lansoprazole 30 mg provided comparable decreases in heartburn in patients with EE[1].

⬤ There were only minor and inconsistent differences in heartburn symptom assessments[1].

| | Investigator Assessment Day and Night heartburn | Patient Diary Assessment Days with heartburn | Nights with heartburn |
|---|---|---|---|
| Week 1 (7-day period) | No significant difference | 0.3 fewer with lansoprazole | 0.4 fewer with lansoprazole |
| Week 8 (56-day period) | No significant difference | No significant difference | 1.3 fewer with lansoprazole |

Adapted from Castell, et al

The clinical relevance of these minor differences is unclear.

Symptomatic response to therapy does not preclude the presence of gastric malignancy.

PRILOSEC should be used only for the conditions, dosage, and duration specified in the Prescribing Information.

*Note: This study contains information on the use of lansoprazole 15 mg once daily for the treatment of erosive esophagitis, a dose that is not approved in the product labeling for Prevacid® (lansoprazole). The current recommended adult oral dose of lansoprazole for the treatment of erosive esophagitis is 30 mg once daily. Statements in this publication that lansoprazole dose is superior to omeprazole dose in providing symptomatic relief in erosive esophagitis patients are not approved in the product labeling for Prevacid®.

Prevacid is a registered trademark of TAP Pharmaceuticals Inc.

**Prilosec®**
*(omeprazole)*

9194131   Prilosec® (omeprazole) Delayed-Release Capsules
64000431
**Pharmacokinetics: Combination Therapy with Antimicrobials**
Omeprazole 40 mg daily was given in combination with clarithromycin

Prilosec® (omeprazole) Delayed-Release Capsules

long-term treatment with other proton pump inhibitors or high doses of H₂-receptor antagonists.

# Castell et al

## RESULTS—*Healing*

⬥ PRILOSEC achieved excellent healing rates in patients with EE[1].



| Healing rates in patients with EE[1] | | |
|---|---|---|
| PRILOSEC 20 mg once daily | 4 weeks (n=411) | **82%** |
| | 8 weeks (n=407) | **91%** |
| lansoprazole 30 mg once daily | 4 weeks (n=396) | **83%** |
| | 8 weeks (n=395) | **91%** |

Rates were based on per-protocol analysis.

Adapted from Castell, et al[1]

⬥ PRILOSEC achieved excellent healing rates in patients with more severe EE[1].

| 8-Week healing rates for patients with baseline esophagitis (grades 3 and 4)[1] | |
|---|---|
| PRILOSEC 20 mg once daily | (n=133) **89%** |
| lansoprazole 30 mg once daily | (n=150) **85%** |

Rates were based on per-protocol analysis.

Adapted from Castell, et al[1]

The most frequently reported adverse events with PRILOSEC are headache, diarrhea, and abdominal pain.

*Please see accompanying full Prescribing Information.*



**PRiLOSEC®** *(OMEPRAZOLE)* 20 MG ONCE DAILY



*PRILOSEC is a registered trademark of the AstraZeneca group of companies.

**Please visit our web site at www.prilosec-us.com**



*Procter&Gamble*
PHARMACEUTICALS

©2000 AstraZeneca LP. All rights reserved.          161856          Printed in U.S.A.          1/00          ✪ Contains recycled material.



DEPARTMENT OF HEALTH & HUMAN SERVICES                    Public Health Service

---

Food and Drug Administration
Rockville MD 20857

February 21, 1997

**TRANSMITTED VIA FACSIMILE**

Patrick J. Mahaffy
President and Chief Executive Officer
Nexstar Pharmaceuticals, Inc.
2860 Wilderness Place
Boulder, Colorado  80301

RE:   NDA #50-704
      DaunoXome (daunorubicin citrate liposome injection)
      MACMIS # 4834

# WARNING LETTER

Dear Mr. Mahaffy:

This Warning Letter concerns Nexstar Pharmaceuticals, Inc.'s, (Nexstar) promotional materials for the marketing of DaunoXome (daunorubicin citrate liposome injection).  Based on materials[1] we have received as part of our monitoring program, the Division of Drug Marketing, Advertising, and Communications (DDMAC) has concluded that Nexstar is disseminating promotional materials for DaunoXome that contain statements, suggestions, or implications that are false and/or misleading, that promote unapproved uses and doses, and that do not comply with the post-marketing reporting requirements, in violation of Sections 502(a), 505(a), 502(f), and 505(k) of the Federal Food, Drug, and Cosmetic Act (Act), and applicable regulations.

---

[1]      The materials cited in this Warning Letter are illustrative only.  Many of the claims discussed in this letter were disseminated in a variety of materials and formats.  Thus, the issues are not limited to the materials cited.

Patrick J. Mahaffy                                          Page 10
Nexstar Pharmaceuticals Inc.
NDA 50-704

File Name:warnltr

| | |
|---|---|
| Drafted: Acker | November 22, 1996 |
| Comment: Drezin | January 2, 1997 |
| Revised: Acker | January 7, 1997 |
| *Revised: Drezin* | January 13, 1997 |
| Comment: Abrams | January 16, 1997 |
| Comment: BaylorHenry | January 17, 1997 |
| Comment: Morris | January 22, 1997 |
| Comment: Palmer | January 23, 1997 |
| Comment: White | January 31, 1997 |
| Comment: DeLap | January 28, 1997 |
| Comment: Temple | February 3, 1997 |
| Revised: Acker | February 11, 1997 |
| Comment: Ray | February 18, 1997 |
| Comment: Drezin | February 18, 1997 |
| Revised: Acker | February 20, 1997 |
| Revised: Acker | February 21, 1997 |

cc:
HFD-40/NDA # 50-704
HFD-40/Chron/Acker/Abrams/Drezin/BaylorHenry
HFD-1/Woodcock
HFD-2/Lumpkin
HFD-5/Axelrad
HFD-100/Temple
HFD-150/NDA # 50-704
HFD-150/RWhite/DSpillman/RDelap
HFC-1/Assoc. Comm. Reg. Affairs
HFD-205/CDER FOI
HFD-200/Rose
HFD-300/Office of Compliance
HFI-1/O'Hara
HFI-35/FOI
HF-12/Office of AIDS and Special Issues
GCF-1/Ray/Wion
HFR-SW200

MACMIS ID #4834
MACMIS Type Code:LETT
MACMIS Action Code:WARN

Due Date: March 10, 1997

| | |
|---|---|
| 2253 ID #:38992 | Material ID #:8556, 8560, 8561,8564,8566,8567, 8568 |
| 2253 ID #:44447 | Material ID #: NM1006, 9130 |
| 2253 ID #:40153 | Material ID #: 3764 |
| 2253 ID #:46348 | Material ID #: 9392 |
| 2253 ID #:42020 | |

Patrick J. Mahaffy                                                                    Page 11
Nexstar Pharmaceuticals Inc.
NDA 50-704

**2253 ID#: 47362        Material ID #:9578**
**2253 ID#: 47710**
**2253 ID#: 48506**

Close Out: No

FOI status: RELEASABLE

Patrick J. Mahaffy                                                    Page 2
Nexstar Pharmaceuticals Inc.
NDA 50-704

**COMPARATIVE SAFETY CLAIMS**

Nexstar is disseminating promotional materials[2] that state or suggest that
DaunoXome has a safety profile superior to conventional anthracycline-based
chemotherapy or ABV (combination chemotherapy consisting of doxorubicin,
bleomycin, and vincristine that is used as a regimen for the treatment of AIDS-
related Kaposi's sarcoma (AIDS-KS)).  For example, Nexstar is disseminating
promotional materials that claim "Tolerability improved compared to conventional
therapy."  This claim is false and/or misleading for the reasons stated below.

The ADVERSE REACTIONS sections of DaunoXome's approved labeling describe
data from Nexstar's randomized, controlled clinical trial that compared DaunoXome
to ABV.  Although the trial demonstrated that most adverse events occurred at a
similar rate in both groups, **certain important adverse events occurred more
frequently in the DaunoXome group.**  The trial data indicate that:  (1)  severe
neutropenia ($<500$ cells/mm$^3$) occurred with a higher incidence in the DaunoXome
group; (2)  opportunistic infections occurred more frequently in the DaunoXome
group; and (3) the median time to first opportunistic infection was 198 days shorter
in the DaunoXome-treated group.

Nexstar's promotional materials fail to disclose this important safety information.
Instead, Nexstar claims that DaunoXome is safer than ABV by making a selected
disclosure of adverse events that occurred at similar rates in, or less frequently
than, the ABV group.  Nexstar's misleading presentation of these data is
exemplified by a slide in a "Nurses Slide Kit."  The slide shows a table Nexstar
entitled "Summary of Important Safety Information" that describes the incidence of
alopecia, neuropathy, fatigue, diarrhea, nausea, vomiting, and fever.  For the events
presented, incidence rates between DaunoXome and ABV were similar, with the
exception of alopecia and neuropathy, which occurred less frequently in the
DaunoXome group.  However, the approved product labeling contains a table
entitled, "Summary of Important Safety Data."  This table describes the incidence
of neutropenia, opportunistic infections/illnesses, median time to first opportunistic
infections, certain cardiac adverse effects, patients withdrawn from therapy due to

---

[2]     These materials include, but are not limited to, a press release; nurses
        slide kit; brochure (NM1006); product monograph (printed and
        diskette) and reprint by Chew and Jacobs entitled, *Pharmacology of
        liposomal daunorubicin and its use in Kaposi's sarcoma,* Oncology
        1996; 10(6)Supp, pp 28-33.

cardiac causes, alopecia and neuropathy.  As indicated in this table and above, in all
of these events except alopecia and neuropathy, the incidence of occurrence was
higher with DaunoXome.

Clearly, the higher incidence of opportunistic infections is important information for
clinicians treating patients for AIDS-KS, and would be an important consideration in
a physician's choice of treatment.  The lower incidence of hair loss (alopecia) with
DaunoXome, although certainly important, is not more important than the
potentially life-threatening consequences of drug therapy that occurred more
frequently in the DaunoXome group.

Nexstar has thus used a selective presentation of adverse event information to
make false and/or misleading claims about the safety of DaunoXome.

## FAILURE TO PROVIDE FAIR BALANCE

Many of Nexstar's promotional materials[3] contain no information about the risks
associated with the use of the drug.  In those instances in which Nexstar did
disclose risk information, it was not sufficiently comprehensive, and was not
presented in a manner reasonably comparable in prominence to the claims of safety
and effectiveness.[4]   Promotional materials are misleading if they fail to present
information relating to adverse consequences associated with the use of the drug,
and fail to include appropriate reference to warnings, precautions, and
contraindications.  Such disclosures, should be presented with a prominence and
readability reasonably comparable with the information relating to effectiveness of
the drug.

---

[3]      These include, but are not limited to, journal ad; Dear Doctor letter;
fact sheet and several press releases.

[4]      For example, Sales aid; brochure (NM 1006); nurses slide kit;
monograph (printed and diskette); and press release.  Nexstar is
distributing an article by Gill and Espina et al., *Phase I/II clinical and
pharmacokinetic evaluation of liposomal daunorubicin*, JCO 1995;
13(4), pp 996-1003, that comments on the relative lack of acute
toxicity and cumulative organ damage seen with DaunoXome
treatment.  These statements directly contradict the approved product
labeling.

Patrick J. Mahaffy                                                          Page 4
Nexstar Pharmaceuticals Inc.
NDA 50-704

Nexstar consistently failed to provide fair balance in its promotional materials by failing to disclose serious events that occurred with a higher incidence in the DaunoXome-treated patients. Nexstar also failed to disclose, or minimized the significance of, adverse events unique to DaunoXome. According to the approved product labeling, the triad of back pain, flushing, and chest tightness occurred in 13.8% of patients receiving DaunoXome.

## CLAIMS OF REDUCED OR NO RISK OF CARDIAC TOXICITY

Nexstar is distributing promotional materials[5] that claim, "DaunoXome exhibits reduced risk of cardiotoxicity in Phase III trials", and that DaunoXome lacks cardiotoxicity after long-term use. These claims are unsubstantiated and inconsistent with the approved product labeling and the data Nexstar submitted to FDA, and therefore are false and/or misleading.

The boxed WARNINGS section of the approved product labeling for DaunoXome states:

> Cardiac function should be monitored regularly in patients receiving DaunoXome because of the potential risk for cardiac toxicity and congestive heart failure. Cardiac monitoring is advised especially in those patients who have received prior anthracyclines or who have pre-existing cardiac disease.

The WARNINGS section of the labeling further states:

> Cardiac function should be evaluated in each patient by means of a history and physical examination before each course of DaunoXome and determination of LVEF should be performed at total cumulative doses of DaunoXome of 320 mg/m², 480 mg/m² and every 240 mg/m² thereafter.

---

[5]     These materials include, but are not limited to, a "homemade" piece; press release; nurses slide kit; brochure ID#NM1006; reprint by Chew and Jacobs entitled, *Pharmacology of liposomal daunorubicin and its use in Kaposi's sarcoma*; product monograph; and abstract entitled, *Lack of cardiac toxicity of liposomal encapsulated daunorubicin (DaunoXome) after long term use in AIDS-related Kaposi's sarcoma*, Gill, Wernz et al., 9th NCI-EORTC Symposium on New Drugs in Cancer Therapy; March 12-15, 1996.

Patrick J. Mahaffy                                                                              Page 5
Nexstar Pharmaceuticals Inc.
NDA 50-704

The approved product labeling also states that the evaluation of cardiac toxicity in
the pivotal trial was incomplete with "several instances of missing repeat cardiac
evaluations." The approved product labeling presents the data on patients that
experienced reductions in ejection fraction as the number of cases rather than a
percentage, since the missing cardiac evaluations made the denominator for this
value uncertain. The fact that, (1) some DaunoXome-treated patients experienced
reductions in ejection fractions; (2) some patients were removed from DaunoXome
therapy due to cardiac causes; and (3) several cardiac evaluations were missing,
makes it impossible to conclude that DaunoXome has a reduced risk or no risk of
cardiac toxicity.

It is our understanding that Nexstar has also disseminated a promotional piece
containing a claim that DaunoXome is "cardioprotective"[6] even at doses exceeding
a cumulative dose of 3000 mg/m$^2$. In addition, Nexstar has issued materials
stating that **FDA has concluded** that DaunoXome reduces the cardiotoxicity
normally associated with anthracyclines.[7] These claims are false.

Nexstar's various claims of reduced or no cardiac toxicity may endanger patients
because physicians who rely on Nexstar's representations might fail to monitor for,
or fail to heed early signs of, cardiac toxicity.

## UNSUBSTANTIATED EFFECTIVENESS CLAIMS

In its promotional materials, Nexstar presents claims, inconsistent with its approved
product labeling, that DaunoXome is more effective than has been demonstrated
by substantial evidence. Nexstar is distributing an article by Chew and Jacobs
entitled *Pharmacology of liposomal daunorubicin and its use in Kaposi's sarcoma*,
Oncology 1996, 10 (6) Suppl. This article states that the pooled results of data
from 95 patients in the phase II trials show that overall, 97% received important
clinical benefits (complete or partial response or stable disease) from DaunoXome

---

[6]     DDMAC has received information that a Nexstar sales representative
        has distributed "homemade" promotional materials that claim "Data
        from Ph. II-III suggests DaunoXome to be cardioprotective even at
        doses exceeding 3000 mg/m$^2$."

[7]     Nexstar claims in a press release that, "...review of Nexstar's Phase III
        data led the FDA to conclude that Daunoxome therapy reduces the
        cardiotoxicity normally associated with anthracycline-based therapy."

Patrick J. Mahaffy                                                          Page 6
Nexstar Pharmaceuticals Inc.
NDA 50-704

therapy.  The effectiveness of DaunoXome is further exaggerated by the last
statement in the conclusion of the Chew article which states that  "It [DaunoXome]
has arrested progression of advanced KS in more than 95% of patients and has
produced actual remissions in 67% of patients."

Another reprint disseminated by Nexstar is an article by Girard, Bouchaud, et al.,
entitled, *Phase II study of liposomal encapsulated daunorubicin in the treatment of
AIDS-associated mucocutaneous Kaposi's sarcoma*, AIDS 1996; 10:753-757.  This
article describes that 73% of patients achieved a partial response.

These reprints, when used as promotional labeling by Nexstar, are false and/or
misleading because they report effectiveness rates that significantly overstate the
effectiveness of DaunoXome.  Furthermore, these rates are inconsistent with the
approved product labeling.  According to response data from the pivotal trials,
described by Nexstar as based upon strict, nationally recognized response criteria,
and as described in the approved product labeling, only 23% of DaunoXome-treated
patients responded to the drug.

## PROMOTION OF UNAPPROVED USES AND DOSES

Nexstar is promoting DaunoXome for unapproved uses and doses by distributing a
reprint of an article by Uthayakumar et al., 1996, entitled *Randomized cross-over
comparison of liposomal daunorubicin versus observation for early Kaposi's
sarcoma*, AIDS 10:515-519, containing an abstract that concludes that:

> Liposomal daunorubicin is a **well tolerated and efficacious treatment for early
> KS; however, the duration of response is brief.**  (Emphasis added)

However, according to the INDICATIONS AND USAGE section of the approved
product labeling,

> DaunoXome is indicated as a first line cytotoxic therapy for **advanced** HIV-
> associated Kaposi's sarcoma.  **DaunoXome is not recommended in patients
> with less than advanced HIV-related Kaposi's sarcoma.**  (Emphasis added)

Moreover, the abstract is misleading because it does not accurately summarize the
article, and is inconsistent with the approved product labeling.  The abstract
contradicts the discussion section of the article that states:

Patrick J. Mahaffy                                                   Page 7
Nexstar Pharmaceuticals Inc.
NDA 50-704

> the brief duration of response to chemotherapy when compared to the rate of
> progression in the observation arm is disappointing and **suggests that there is
> little value in early systemic single agent chemotherapy.** This is reinforced by
> the absence of any complete remissions. Nevertheless liposomal
> daunorubicin may have a role in advanced disease or a place in combination
> chemotherapy.... (Emphasis added)

Notwithstanding this disclosure on the fourth page of the article (page 518), the
dissemination of this article by Nexstar promotes a use of DaunoXome that is
clearly not recommended in, and inconsistent with, the approved product labeling
(i.e., early stage AIDS-KS).

Nexstar is also distributing a reprint and abstract[8] that promotes the use of
DaunoXome at doses up to 60 mg/m$^2$ every two weeks. However, the approved
product labeling states that DaunoXome should be administered at a dose of 40
mg/m$^2$ every two weeks. Thus, promotion of DaunoXome at a dose of 60 mg/m$^2$
promotes an unapproved dosage. Promotion of this dosage could present a serious
risk to patients. As you know, DaunoXome has significant risks even at
recommended doses. This risk is compounded by Nexstar's promotional materials
that fail to disclose, or minimize, important safety information.

**FAILURE TO SUBMIT UNDER FDA FORM 2253**

Some of the materials that are the subject of this Warning Letter were not
submitted to FDA by Nexstar pursuant to the post-marketing reporting requirements
for promotional labeling and advertising, 21 CFR 314.81(b)(3).

**CONCLUSIONS AND REMEDIAL ACTIONS**

The materials and promotional messages disseminated by Nexstar contain false
and/or misleading information about the safety and effectiveness of DaunoXome.
Such information could directly endanger patients whose physicians are either not
aware of DaunoXome's risks, or received information that minimizes such risks.

---

[8]     Gill, Espina, Muggia et al., *Phase I/II clinical and pharmacokinetic
        evaluation of liposomal daunorubicin*, JCO 1995; 13(4), pp 996-1003;
        Gill, Wernz, Myers, et al.,Treatment of AIDS-related bronchopulmonary
        Kaposi's sarcoma with liposomal encapsulated daunorubicin
        (DaunoXome). Presented at NCI-EORTC, March 12-15, 1996.

Patrick J. Mahaffy                                                    Page 8
Nexstar Pharmaceuticals Inc.
NDA 50-704

Accordingly, Nexstar should propose a corrective action plan, including the mailing and publication of a "Dear Healthcare Professional" letter to correct the false and/or misleading messages discussed in this letter to all health care providers, institutions, and organizations who received the violative messages.

This corrective action plan should also include:

A.    Immediately ceasing the dissemination of all materials that state, suggest, or imply (1) that DaunoXome is less toxic than other therapies; (2) that DaunoXome has reduced risk, or has no risk, of cardiac toxicity; (3) that DaunoXome is more effective than has been demonstrated by substantial evidence; (4) that DaunoXome is safe and effective for unapproved uses or doses; or (5) that otherwise contain violative claims of the type discussed in this letter.

B.    A written statement of Nexstar's intent to comply with "A" above.

C.    A complete listing of all advertising and promotional materials that will remain in use and those that will be discontinued.  Also provide two copies of all promotional materials for DaunoXome that Nexstar intends to continue to distribute.

D.    Within 15 days of the date of this letter, disseminating a message to all Nexstar sales representatives and marketing personnel involved in the marketing and sales of DaunoXome, instructing them to immediately cease dissemination of all promotional materials and messages discussed in this letter and providing each person with a copy of this letter.

The Dear Healthcare Professional letter and Nexstar's corrective action plan should be submitted to DDMAC for approval.  After such approval, the letter should be disseminated by both direct mail and through a paid advertisement in all journals that contained advertisements for DaunoXome during the 12 months prior to the date of this letter.

The violations discussed in this letter do not necessarily constitute an exhaustive listing.  We are continuing to evaluate other aspects of Nexstar's campaign for DaunoXome and we may determine that additional remedial measures will be necessary to fully correct the false and/or misleading messages resulting from Nexstar's violative conduct.

Patrick J. Mahaffy                                                    Page 9
Nexstar Pharmaceuticals Inc.
NDA 50-704


Nexstar should respond to this letter no later than March 10, 1997.  Please send
your response to Dr. Tracy Acker at the Division of Drug Marketing, Advertising,
and Communications, 5600 Fishers Lane, HFD-40, Rockville, Maryland  20857.  If
you have any questions in regard to this Warning Letter, please contact either Mr.
Norman Drezin or Dr. Tracy Acker at (301) 827-2831.  DDMAC reminds Nexstar
that only written communications are considered official.  In all future
correspondence regarding this particular matter, please refer to MACMIS ID #4834.

Failure to respond to this letter may result in regulatory action, including seizure
and/or injunction, without further notice.


                            Sincerely,

                            Minnie Baylor-Henry, RPh, JD
                            Director
                            Division of Drug Marketing,
                              Advertising, and Communications

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

---

Food and Drug Administration
Rockville MD 20857

MAR 2 3 2000

**TRANSMITTED VIA FACSIMILE**

Mr. James Allen Wachholz
Senior Director, Regulatory Affairs
Sepracor Inc.
111 Locke Drive
Marlborough, MA 01752

RE:   **NDA# 20-837**
      Xopenex (levalbuterol HCl) Inhalation Solution
      MACMIS ID#: 8815

Dear Mr. Wachholz:

The Division of Drug Marketing, Advertising, and Communications (DDMAC) has received
reports from several health care professionals that a Sepracor Inc. (Sepracor) sales representative
in the Dallas, Texas area recently made oral statements promoting Xopenex 0.63 mg
(levalbuterol HCl) Inhalation Solution for an unapproved dosage regimen ("every four hours,
similarly to albuterol"). These unapproved dosage regimen statements violate the Federal Food,
Drug, and Cosmetic Act and its implementing regulations and should be immediately
discontinued.

Discussion

The approved product labeling recommends dosing Xopenex 0.63 mg or 1.25 mg three times a
day (every 6 to 8 hours). A Sepracor sales representative orally promoted a dosage regimen for
"every 4 hours, similarly to albuterol." Such unapproved dosage statements are inconsistent with
the Xopenex approved product labeling. Furthermore, Sepracor has not demonstrated this
regimen to be a safe and effective dosage schedule.

Pertinent Excerpts of Xopenex Approved Product Labeling

The Warnings Section "Do Not Exceed Recommended Doses" states: "Fatalities have been
reported in association with excessive use of inhaled sympathomimetic drugs in patients with
asthma. The exact cause of death is unknown, but cardiac arrest following an unexpected
development of a severe acute asthmatic crisis and subsequent hypoxia is suspected."

Mr. James Allen Wachholz                                                    Page 2
Sepracor Inc.
NDA# 20-837 Xopenex Inhalation Solution

The Precautions Section "Information for Patients" warns: "The action of Xopenex … may last
up to 8 hours. Xopenex Inhalation Solution should not be used more frequently than
recommended. Do not increase the dose or frequency of dosing of Xopenex Inhalation Solution
without consulting your physician….Common adverse events include palpitations, chest pain,
rapid heart rate, headache, dizziness, and tremor or nervousness…."

The Dosage and Administration Section states: The usual starting dosage of Xopenex is 0.63 mg
administered three times a day, every 6 to 8 hours. Patients … with more severe asthma or
patients who do not respond adequately to a dose of 0.63 mg of Xopenex may benefit from a
dosage of 1.25 mg three times a day. Patients receiving the higher dose of Xopenex should be
monitored closely for adverse systemic effects, and the risks of such effects should be balanced
against the potential for improved efficacy."

Conclusion

Sepracor's oral statements promoting an unapproved dosage regimen are false or misleading.
The dosage regimen being promoted is more frequent than that recommended in the Xopenex
approved product labeling.

This Sepracor sales representative, and any other Sepracor sales representative or agent, should
immediately cease making such violative oral statements and should cease the distribution and
use of any Xopenex promotional materials that contain this or similar violative statements. Your
written response should be received no later than April 6, 2000, and should describe your method
to discontinue such verbal or written statements.

Your response should be directed to the undersigned at (301) 594-6771, or at the Food and Drug
Administration, Division of Drug Marketing, Advertising and Communications, HFD-42, Rm
17-B-20, 5600 Fishers Lane, Rockville, MD 20857. We remind Sepracor that only written
communications are considered official.

Mr. James Allen Wachholz                                              Page 3
Sepracor Inc.
NDA# 20-837 Xopenex Inhalation Solution

In all future correspondence regarding this particular matter, please refer to MACMIS ID# 8815
in addition to the NDA number.

Sincerely,

/S/

Joan Hankin, JD
Regulatory Review Officer
Division of Drug Marketing,
    Advertising, and Communications