# Exhibit 32

Protected - Subject to Further Protective Review

```
 1        IN THE UNITED STATES DISTRICT COURT
 2       FOR THE EASTERN DISTRICT OF LOUISIANA
 3                      - - -
 4
     IN RE:  XARELTO            :   MDL NO. 2592
 5   (RIVAROXABAN) PRODUCTS     :
     LITIGATION                  :   SECTION L
 6                               :
     THIS DOCUMENT RELATES       :   JUDGE ELDON
 7   TO ALL CASES                :   E. FALLON
                                 :
 8                               :
                                 :   MAG. JUDGE
 9                               :   NORTH
10
                          - - -
11
                 December 14, 2016
12
                          - - -
13
                     - PROTECTED -
14
     - SUBJECT TO FURTHER PROTECTIVE REVIEW -
15
16           Videotaped deposition of
     HENRY MICHAEL RINDER, M.D., taken
17   pursuant to notice, was held at the law
     offices of Douglas & London, 59 Maiden
18   Lane, New York, New York, beginning at
     8:09 a.m., on the above date, before
19   Michelle L. Gray, a Registered
     Professional Reporter, Certified
20   Shorthand Reporter,  Certified Realtime
     Reporter and Notary Public.
21
                          - - -
22
             GOLKOW TECHNOLOGIES, INC.
23      877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
24
```

Protected - Subject to Further Protective Review

```
1    APPEARANCES:
2
3        SCHLICHTER, BOGARD & DENTON, LLP
         BY:  ROGER C. DENTON, ESQ.
4        100 South Fourth Street
         Suite 1200
5        St. Louis, Missouri 63102
         (314) 621-6115
6        rdenton@uselaws.com
7           - and -
8        HERMAN HERMAN & KATZ
         BY: ANNE (BESS) E. DeVAUGHN, ESQ.
9        820 O'Keefe Avenue
         New Orleans, Louisiana 70113
10       (504) 581-4892
         bdevaughn@hhklawfirm.com
11
            - and -
12
         DOUGLAS & LONDON, PC
13       BY:  LARA J. SAY, ESQ.
         59 Maiden Lane, 6th Floor
14       New York, New York 10038
         (212) 566-7500
15       lsay@douglasandlondon.com
         Representing the Plaintiffs
16
17
18
19
20
21
22
23
24
```

Protected - Subject to Further Protective Review

1  APPEARANCES: (Cont'd.)
2
3  WILKINSON WALSH & ESKOVITZ
   BY: BRIAN L. STEKLOFF, ESQ.
4  MEG LOFTUS, ESQ.
   1900 M Street, NW, Suite 800
5  Washington, D.C. 20036
   (202) 847-4030
6  bstekloff@wilkinsonwalsh.com
   mloftus@wilkinsonwalsh.com
7  Representing Bayer Pharmaceuticals
8
   BARRASSO, USDIN, KUPPERMAN, FREEMAN
9  & SARVER, LLC
   BY: RICHARD E. SARVER, ESQ.
10 MADISON A. SHARKO, ESQ.
   909 Poydras Street, Suite 2400
11 New Orleans, Louisiana 70112
   (504) 589-9700
12 rsarver@barrassousdin.com
   msharko@barrassousdin.com
13 Representing Janssen entities
14
15 VIDEOTAPE TECHNICIAN:
16    Henry Marte
17
18
19
20
21
22
23
24

1            about literature, show him the
2       article.
3            THE WITNESS:  Again, I -- I
4       would be happy to look at the
5       specific article that you want and
6       to review it the way we did with
7       Adcock and Gosselin's article.
8    BY MR. STEKLOFF:
9         Q.    Do you agree that before the
10   companies could recommend that PT with a
11   Neoplastine reagent be used to monitor
12   patients who are taking Xarelto, the
13   companies would need FDA approval?
14            MR. DENTON:  Object to the
15       form.
16            THE WITNESS:  I'm sorry.
17       You're going to have to rephrase
18       that.  Before -- before the
19       companies --
20   BY MR. STEKLOFF:
21        Q.    Sir, you -- you wish the
22   companies would recommend that doctors
23   use PT as a way to monitor their Xarelto
24   patients, right?

1                MR. DENTON:  Object to the
2      form.
3                THE WITNESS:  I would be --
4      I would be very happy if the -- if
5      the FDA label showed the data
6      related to PT monitoring in a way
7      that -- in a way that strongly
8      showed for physicians that this
9      could be clinically useful for
10     them.
11               I -- I am not worried about
12     FDA approval of an assay as a
13     requirement to monitor or to
14     somehow follow patients.
15               We use laboratory tests that
16     are laboratory developed that are
17     not FDA approved.  We have
18     laboratory tests that are analyte
19     specific and, therefore, not FDA
20     approved, and we use those
21     clinically all the time.
22               So relying on FDA approval
23     as the threshold for being able to
24     use the prothrombin time for

1           clinical patient care, I don't
2           find of import.
3   BY MR. STEKLOFF:
4           Q.    Okay.  What do you think the
5   Xarelto label should say about PT that it
6   doesn't say today?
7           A.    Well, let's go to my report.
8                 On Page 4.  My criticisms
9   related to PT are under 5-B.  It fails to
10  inform physicians like myself of, one,
11  the degree of inter-patient variability
12  with respect to drug plasma
13  concentrations.
14                And related to that, the
15  near linear correlation between drug
16  plasma concentration and PT with numerous
17  available reagents, the relationship
18  observed between PT and bleeding risk in
19  the ROCKET-AF trial; and, four, the
20  utility of using a PT measurement to
21  identify those patients at highest risk
22  of bleeding.
23                And although the data in C,
24  which is that the bleeding risk relative

Protected - Subject to Further Protective Review

```
 1
 2                    CERTIFICATE
 3
 4
 5           I HEREBY CERTIFY that the
    witness was duly sworn by me and that the
 6  deposition is a true record of the
    testimony given by the witness.
 7
             It was requested before
 8  completion of the deposition that the
    witness, HENRY MICHAEL RINDER, M.D., have
 9  the opportunity to read and sign the
    deposition transcript.
10
11
             _____
12           MICHELLE L. GRAY,
             A Registered Professional
13           Reporter, Certified Shorthand
             Reporter, Certified Realtime
14           Reporter and Notary Public
             Dated:  December 15, 2016
15
16
17           (The foregoing certification
18  of this transcript does not apply to any
19  reproduction of the same by any means,
20  unless under the direct control and/or
21  supervision of the certifying reporter.)
22
23
24
```