# Exhibit 35

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  XARELTO (RIVAROXABAN)   MDL No. 2592
     PRODUCTS LIABILITY LITIGATION
 5                                       SECTION L
 6   _____     JUDGE FALLON
 7   THIS DOCUMENT RELATES TO:      MAG. JUDGE NORTH
 8   JOSEPH ORR, JR., AS LAWFUL
     SURVIVING SPOUSE OF SHARYN ORR
 9
     Case No. 2:15-CV-03708
10
11
12     PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
13
14                    NOVEMBER 28, 2016
15
16                          - - -
17           Videotaped deposition of GIANLUCA CERRI,
     M.D., FACEP, FAAEM, held at Perry Dampf Dispute
18   Solutions, 721 Government Street, Baton Rouge,
     Louisiana, commencing at 9:58 a.m., on the above
19   date, before Leslie B. Doyle, Certified Court
     Reporter (#93096), Registered Professional Reporter,
20   Certified Realtime Reporter.
21
22                          - - -
23              GOLKOW TECHNOLOGIES, INC.
24         877.370.3377 ph|917.591.5672 fax
25                   deps@golkow.com
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1   A P P E A R A N C E S:
 2
 3   COUNSEL FOR THE PLAINTIFF:
 4       EMILY C. JEFFCOTT, ESQ.
             Email:  Ejeffcott@thelambertfirm.com
 5           Phone:  (504) 581-1750
         THE LAMBERT FIRM
 6       701 MAGAZINE STREET
         NEW ORLEANS, LOUISIANA  70130
 7
 8   - AND -
 9       ROGER C. DENTON, ESQ.
             Email:  Rdenton@uselaws.com
10           Phone:  (314) 621-6115
         SCHLICHTER, BOGARD & DENTON, LLP
11       100 S. 4TH STREET, SUITE 900
         ST. LOUIS, MISSOURI  63102
12
13   COUNSEL FOR THE JANSSEN DEFENDANTS:
14       JAMES B. IRWIN, ESQ.
             Email:  Jirwin@irwinllc.com
15       MEERA U. SOSSAMON, ESQ.
             Email:  Msossamon@irwinllc.com
16           Phone:  (504) 310-2100
         IRWIN, FRITCHIE, URQUHART & MOORE, LLC
17       400 POYDRAS STREET, SUITE 2700
         NEW ORLEANS, LOUISIANA  70130
18
19   COUNSEL FOR THE BAYER DEFENDANTS:
20       JEREMY S. BARBER, ESQ.
             Jbarber@wilkinsonwalsh.com
21       KIM CHANNICK, ESQ.
             Kchannick@wilkinsonwalsh.com
22           Phone:  (202) 847-4000
         1900 M STREET, NW, SUITE 800
23       WASHINGTON, D.C.  20036
24
25   ALSO PRESENT:  MELISSA BARDWELL, VIDEOGRAPHER
```

1  know, yes, your wife takes Xarelto, but might have
2  skipped a dose because the level is zero, we can
3  proceed with the operation; or, yes, your wife took
4  Xarelto, your level is high, but we have an antidote
5  which is going to slow down the progression of the
6  bleed and give her a chance to live.  Those are the
7  things that -- those are the things that we need in
8  order for this drug to meet its full potential.
9          Again, it's a great drug, yes.  If you
10 don't have an adverse reaction, it's fantastic, but,
11 unfortunately, when you do, there's nothing you can
12 do.  And I hate to say it again.  There's no lab
13 assay that tells me when the patient took the
14 medication, how much of the medication is in the
15 system, how the kidney dysfunction is affecting the
16 level of the medication in the blood.  These are all
17 serious consideration that, as human beings, we need
18 to come to grasp with and do something about.
19      Q.   Here's my question:  Please listen to it
20 carefully.  What do the medical records that you
21 reviewed say about the last time that Mrs. Orr took
22 a Xarelto pill?
23      A.   I don't recall.
24      Q.   I want you to go down for a few sentences
25 that starts off with the word "meanwhile" on that

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1   doing.  You are guessing.
2           My job in case of anticoagulation-induced
3   or related brain bleed is to arrest the bleed,
4   minimize, halt, reverse and deliver a viable patient
5   to a subspecialty to perform a potentially
6   life-saving procedure, which I cannot do with this
7   medication in the setting of a brain bleed yet.
8   Okay?  When the antidote is available and a way to
9   monitor this drug, this is probably the preferred
10  drug to use.  Until then, when the patient shows
11  up -- and they don't show up to see the
12  neurosurgeon.  Okay?  They show up to see me so that
13  I can maximize their chances to see an emergency --
14  to see a surgeon on call to perform a potentially
15  life-saving procedure.  I cannot do that because
16  there's no antidote, and there's no assay to
17  quantify its activity.  That's the only thing I can
18  tell you.
19          Then if you're telling me, well, just go
20  ahead and do nothing because this bleed looks bad,
21  if that's what you're saying -- and, of course,
22  again, if this was your wife, I think that probably
23  the tune would change a little bit.  And I
24  understand you're doing the company's bidding;
25  you're doing your job.  I'm not doing my job.  I'm

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1            R E P O R T E R ' S   C E R T I F I C A T E

 2                This transcript is valid only for a

 3     transcript accompanied by my original signature and

 4     original required seal on this page.

 5                I, Leslie B. Doyle, Certified Court

 6     Reporter (LA Certificate #93096), in and for the

 7     State of Louisiana, as the officer before whom this

 8     testimony was taken, do hereby certify that GIANLUCA

 9     CERRI, M.D., FACEP, FAAEM, after having been duly

10     sworn by me upon authority of R.S. 37:2554, did

11     testify as herein before set forth in the foregoing

12     314 pages; that this testimony was reported by me in

13     the stenotype reporting method, was prepared and

14     transcribed by me or under my personal direction and

15     supervision, and is a true and correct transcript to

16     the best of my ability and understanding; that the

17     transcript has been prepared in compliance with

18     transcript format guidelines required by statute or

19     by rules of the board, that I have acted in

20     compliance with the prohibition on contractual

21     relationships, as defined by Louisiana Code of Civil

22     Procedure Article 1434 and in rules and advisory

23     opinions of the board.

24                I further certify that I am not related to

25     counsel or to the parties herein, nor am I otherwise
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1   interested in the outcome of this matter.
2           Signed this ___ day of _____, 2016.
3
4
5           _____
6           LESLIE B. DOYLE, RPR, RMR, RDR
            Certified Court Reporter
7           LA Certificate #93096
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25