# Exhibit 37

Protected - Subject to Further Protective Review

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   ) MDL 2592
PRODUCTS LIABILITY LITIGATION  ) SECTION L
                               )
THIS DOCUMENT RELATES TO ALL   ) JUDGE ELDON E. FALLON
CASES                          )
                               ) MAG. JUDGE NORTH
_____)

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

VIDEOTAPED DEPOSITION OF JOACHIM H. IX, M.D., MAS

LA JOLLA, CALIFORNIA

DECEMBER 6, 2016

REPORTED BY: AUDREY L. RICKS,

CSR No. 12098, CCR, RPR, CLR

Golkow Technologies, Inc. - 1.877.370.DEPS

Protected - Subject to Further Protective Review

Page 2

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE: XARELTO (RIVAROXABAN)   ) MDL 2592
     PRODUCTS LIABILITY LITIGATION  ) SECTION L
 5                                  )
     THIS DOCUMENT RELATES TO ALL   ) JUDGE ELDON E. FALLON
 6   CASES                          )
                                    ) MAG. JUDGE NORTH
 7   _____)
 8
 9
10
11
12       VIDEOTAPED DEPOSITION OF JOACHIM H. IX, MD,
13   MAS, taken on behalf of the Defendants, at 3299
14   Holiday Court, La Jolla, California, commencing at
15   9:03 a.m. and ending at 5:24 p.m., Tuesday, December
16   6, 2016, before Audrey L. Ricks, RPR, CCR, CLR,
17   Certified Shorthand Reporter, No. 12098.
18
19
20
21
22
23
24
25
```

Protected - Subject to Further Protective Review

Page 3

```
 1   APPEARANCES:
 2
 3   For Plaintiff:
 4         LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY
             & PROCTOR, P.A.
 5         BY:  NED McWILLIAMS, ESQ.
 6         316 South Baylen Street, Suite 600
 7         Pensacola, Florida 32502
 8         850-435-7000
 9         nmcwilliams@levinlaw.com
10
11   For Plaintiff:
12         GOZA & HONNOLD, L.L.C.
13         BY:  BRADLEY D. HONNOLD, ESQ.
14         11181 Overbrook Road, Suite 200
15         Leawood, Kansas 66211
16         913-451-3433
17         bhonnold@gohonlaw.com
18
19   For Defendant Janssen Pharmaceuticals:
20         THOMPSON & KNIGHT LLP
21         BY: TIMOTHY E. HUDSON, ESQ.
22         1722 Routh Street, Suite 1500
23         Dallas, Texas 75201
24         214-969-1540
25         tim.hudson@tklaw.com
```

Protected - Subject to Further Protective Review

Page 4

1  APPEARANCES: (Continued)
2
3  For Defendant Bayer:
4         NELSON MULLINS
5         BY: ERIC A. PAINE, ESQ.
6         -AND-
7         BY: WESLEY T. MORAN, ESQ.
8         1320 Main Street, 17th Floor
9         Columbia, South Carolina 29201
10        803-255-9585
11        eric.paine@nelsonmullins.com
12        wes.moran@nelsonmullins.com
13
14  Also Present:
15        Craig Ellingson - Legal Video Specialist
16
17
18
19
20
21
22
23
24
25

Golkow Technologies, Inc. - 1.877.370.DEPS

Protected - Subject to Further Protective Review

Page 316

```
 1   BY MR. PAINE:
 2       Q    Are you aware of whether FDA has approved
 3   any test or laboratory procedure specifically to
 4   monitor or evaluate the anticoagulant effects of
 5   rivaroxaban?
 6       A    I am not.
 7       Q    We talked about this a little bit earlier
 8   today, and I think we got a little sidetracked.
 9   Entirely my fault.  But you had told us a little bit
10   about your special status or special government
11   employee status with respect to FDA.
12            I don't want to revisit that again, but I
13   think I failed to ask you:  Have you served on any
14   FDA advisory committees in the past?
15       A    No.
16       Q    Have you ever served in any kind of an
17   advisory capacity or consulting capacity for FDA?
18       A    No.
19       Q    Have you ever had any occasion to
20   contribute comments or suggestions or drafts
21   regarding a pharmaceutical drug label?
22       A    You asked -- have I had the opportunity.
23       Q    Or have you done that?
24       A    No.
25       Q    Have you had any other roles with the FDA
```

Protected - Subject to Further Protective Review

Page 322

1    REPORTER'S CERTIFICATION

2        I, Audrey L. Ricks, Certified Shorthand

3   Reporter, Certified Shorthand Reporter Number 12098,

4   in and for the State of California, do hereby

5   certify:

6        That the foregoing witness was by me duly

7   sworn to testify to the truth, the whole truth, and

8   nothing but the truth in the within-entitled cause;

9        That said deposition was taken at the time

10  and place herein set forth;

11       That the deposition is a true record of the

12  witness's testimony as reported to the best of my

13  ability by me, a duly certified shorthand reporter

    and a disinterested person, and was thereafter

14  transcribed under my direction into typewriting by

15  computer;

16       That request [ X ] was [  ] was not made to

17  read and correct said deposition.

18       IN WITNESS WHEREOF, I have subscribed my

19  name on this __7th__ day of _December__, 2016.

20

21

22

23                    _____

24                    Audrey L. Ricks, CSR 12098

25                    CCR, RPR, CLR