# Exhibit 40

833806



# Extract of the FDA Feedback
# STA – Rivaroxaban Calibrator & Control

**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Public Health Service
Food and Drug Administration
Center for Devices and Radiological Health
Office of In Vitro Diagnostics and Radiological Health

**Date:** February 26, 2013

**Subject:** I120710
STA®-Liquid Anti-Xa Assay
STA®-Rivaroxaban Control
STA®- Rivaroxaban Control

**FDA responses to your questions are found below:**

**Method Comparison**

*Does FDA agree the method comparison design presented is adequate to generate the data required to demonstrate substantial equivalence to the predicate device?*

**FDA Response:**

We do not agree with the study design outlined under section 3.b. Please see the following recommendations:

a. In section 3.b, under site selection, you state "Since the reference method (HPLC-MS) is not used and available in all hospitals, all samples (coming from these three different sites) will be tested in a central laboratory for HPLC-MS." Use of a single site to perform the reference method is acceptable; however we recommend that testing of the new assay be performed on the same analyzer platform across test sites. The candidate assay should be performed on the same selected analyzer at all 3 sites.

b. It appears that you intend the HPLC-MS to serve as a reference method. Please identify and provide a description and address of your proposed central testing site for the reference method. Please provide the qualifications and experience of the operators.

c. Your proposed sample size and population distribution are unclear. We recommend your sample size be clinically and statistically valid and that samples are representative of the intended use population covering the entire assay measuring range. Please provide detailed patient demographics (i.e., age, gender, anticoagulant therapy status,



HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05645983

833806



# Extract of the FDA Feedback
## STA – Rivaroxaban Calibrator & Control

disease condition) for each test subject and ensure that your sample population adequately represents the diversity of the U.S.
d. We highly recommend that your studies include samples from patients receiving rivaroxaban to evaluate the actual performance of the assay in the intended use population.

*Does FDA agree with the acceptance criteria for the normal specimen study?*

**FDA Response:**
We believe the term *normal specimen* refers to the normal reference interval. In section 3.g, you state that the acceptance criterion for the reference interval is "90% of the normal samples with anti-Xa result inferior or equal to 25 ng/mL (which correspond to the lowest concentration of the working range)." It is unclear what you define as the "working range" or how you set your lowest working concentration. Will the results from this study represent the normal reference interval? We recommend you clearly define your measurement range and reference ranges and provide the rationale for this criterion in your study protocol. Please refer to CLSI documents C28-A for additional guidance. Please note that a reference interval is insufficient to establish the assay's clinical usefulness.

*Does FDA agree with the proposal to augment the clinical samples collected with spiked samples so the entire analytical measuring range may be covered?*

**FDA Response:**
Sections 3.c.i and 3.c.ii outlined the validity and number of spiked samples with rivaroxaban. You proposed that 45 out of 135 or 33% of samples with higher concentrations (250-500 ng/mL) are contrived.
To support the performance characteristics of your assay, you will need to provide device performance from patients actually receiving rivaroxaban treatment rather than spiked samples. We recommend that you should limit use of contrived samples to no more than 10% of your total samples.

*Labeling - Does FDA agree with the IFU strategy proposed?*

**FDA Response:** In sections 1.1 and 4.0 – you state "The current STA Liquid Anti-Xa Instruction for Use (IFU) with the heparin application will be modified to add rivaroxaban application". Modification to the Intended Use is acceptable provided that the clinical utility of measuring rivaroxaban is supported. The approved New Drug Application (NDA) does not recommend monitoring of coagulation parameters during treatment with rivaroxaban in routine clinical situations; therefore, you will need to provide justification for in vitro diagnostic use of the assay to measure rivaroxaban levels. Evidence of the necessity for monitoring rivaroxaban should be clearly outlined and supported in your submission.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05645984

833806



# Extract of the FDA Feedback
## STA – Rivaroxaban Calibrator & Control

*Additional FDA Comments:*

**Indication for Use/Intended Use:** Your intended use statement does not include all required components and should clearly address the purpose for the quantitative measurement of rivaroxaban. Your Intended Use/Indication for Use statement should include for what and for whom your device is intended is to be used. We recommend that you revise the Intended Use/Indications for Use (IFU) to include the following:
a. The clinical indication(s) for measuring rivaroxaban; the condition(s) or disease(s) to be screened, monitored, treated or diagnosed;
b. The target patient population (e.g., adult, pediatric);
c. Frequency of use (e.g., after meals);
d. Physiological purpose (e.g., determine glucose level).
e. Whether the test method/analysis is quantitative and/or qualitative.
f. The test method used with the assay: i.e., chromogenic, immunologic, etc.
g. All specimen types or matrices, including the type of anticoagulant(s) required (i.e., 3.2 % sodium citrate) for specimen collection.
h. Include all settings for prescription use (hospital, laboratory, point of care, physician's office, etc.).

*Clinical Performance*

**Clinical Comments:** You provided the following Intended Use Statement:
"The STA® - Liquid Anti-Xa kits are intended for use for the quantitative determination in the plasma:
—of the unfractionated (UFH) and low molecular weight heparins (LMWH) by measuring their anti-Xa activity on Antithrombin in a competitive assay using a synthetic chromogenic substrate on STA-R®, STA Compact® and STA Satellite®,
–of rivaroxaban (RXN) by measuring its direct anti-Xa activity in a competitive assay using a synthetic chromogenic substrate on STA-R® and STA Compact®."

We recommend you consider the following clinical implications to demonstrate the safety and effectiveness of your assay to measure rivaroxaban.

a. The Center for Drug Evaluation and Research (CDER) determined that rivaroxaban was efficacious and safe for prophylaxis for prevention of deep vein thrombosis (DVT) in patients undergoing hip/knee replacement, treatment of DVT or pulmonary embolism and recurrence reduction, and nonvalvular atrial fibrillation. *The FDA approved new drug application for rivaroxaban does not recommend testing the drug level for any of these indications.*

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05645985

833806



# Extract of the FDA Feedback
## STA – Rivaroxaban Calibrator & Control

i. Please clarify what is the additional value for measuring rivaroxaban levels when the drug was approved as safe and effective without testing drug levels.

ii. It is essential that your intended use claims include discussion and evidence to support the possible benefits or risks associated with addition of anti factor Xa rivaroxaban assay for effectiveness and/or safety of rivaroxaban therapy for the approved uses. This evidence may be provided in clinical studies that correlate different rivaroxaban levels to clinically significant outcomes.

iii. Please provide the clinical utility and evidence for use of the anti factor Xa rivaroxaban assay.

b. Review of the published literature raises concerns with regard to monitoring rivaroxaban. We recommend that you provide the basis for the cut-off values expected when a patient is taking rivaroxaban.

When a patient is taking the approved dosage of rivaroxaban,
i. What is the expected anti-Xa result using the rivaroxaban calibrator and controls?
ii. What assay cut-off or result is considered sub-therapeutic or supra-therapeutic?
iii. What is the anticipated medical decision for measurements that are above or below the therapeutic range?

iv. What assay result represents patients at risk of bleeding?
Although the Stago anti-Xa assay is claimed to measure the target of rivaroxaban, i.e., Factor Xa activity, the proposed analytical parameters tested may not be detecting and measuring all of the analytes that are fully representative of the pharmadynamic interactions of rivaroxaban in vivo. Refer to Kluft C, Burggraaf J. Introduction to haemostasis from a pharmacodynamic perspective. BJCP 72(4):538-546, 2011.

c. We encourage you to explore the possibility to work with the drug manufacturer to coordinate validation of the use of the anti-Xa in vitro diagnostic (IVD) in the management of Xarelto (rivaroxaban) therapy. The drug manufacturer may have residual clinical specimens from clinical drug trial testing that could be utilitized for the validation of the rivaroxaban anti-Xa IVD assay. As noted above, it would be particularly important to test your assay on specimens from patient exhibiting bleeding or thrombosis complications while on rivaroxaban therapy.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_05645986