# EXHIBIT B

```
                   UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF LOUISIANA




IN RE:  XARELTO             *
(RIVAROXABAN) PRODUCTS      *
LIABILITY LITIGATION        *
                            *
THIS DOCUMENT RELATES TO:   *   Docket No.: 14-MD-2592
                            *   Section "L"
Joseph J. Boudreaux, Jr.    *   New Orleans, Louisiana
v. Janssen Research &       *   April 24, 2017
Development, et. al.,       *
Case No.: 14-CV-2720        *
* * * * * * * * * * * * * * *


              VOLUME I - AFTERNOON SESSION
       TRANSCRIPT OF BELLWETHER JURY TRIAL PROCEEDINGS
           BEFORE THE HONORABLE ELDON E. FALLON
               UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Plaintiffs':
Liaison Counsel:            Levin Papantonio
                            BY:  BRIAN H. BARR, ESQ.
                            316 South Baylen Street, Suite 600
                            Pensacola, Florida  32502


                            Beasley Allen
                            BY:  ANDY BIRCHFIELD, ESQ.
                            P.O. Box 4160
                            Montgomery, Alabama 36103


                            Gainsburg Benjamin David
                              Meunier & Warshauer
                            BY:  GERALD E. MEUNIER, ESQ.
                            2800 Energy Centre
                            1100 Poydras Street
                            New Orleans, Louisiana 70163

                   OFFICIAL TRANSCRIPT
```

```
 1   APPEARANCES:

 2                                 Schlichter Bogard & Denton, LLP
                                   BY:  ROGER DENTON, ESQ.
 3                                 100 South Fourth Street
                                   St. Louis, Missouri 63102

 4

 5                                 The Lambert Firm
                                   BY:  EMILY JEFFCOTT, ESQ.
 6                                 701 Magazine Street
                                   New Orleans, Louisiana 70130

 7

 8   For the Defendant Bayer
     HealthCare Pharmaceuticals
 9   Inc. and Bayer Pharma AG:     Wilkinson Walsh & Eskovitz, LLP
                                   BY:  BETH A. WILKINSON, ESQ.
10                                 1900 M Street NW, Suite 800
                                   Washington, DC 20036

11

12                                 Nelson Mullins Riley &
                                     Scarborough, LLP
13                                 BY:  DAVID E. DUKES, ESQ.
                                   Meridian, 17th Floor
14                                 1320 Main Street
                                   Columbia, South Carolina 29201

15

16   For Janssen Pharmaceuticals,
     Inc. and Janssen Research &
17   Development, LLC:             Barrasso Usdin Kupperman Freeman &
                                     Sarver, LLC
18                                 BY:  RICHARD E. SARVER, ESQ.
                                   909 Poydras Street, 24th Floor
19                                 New Orleans, Louisiana 70112

20
     Official Court Reporter:      Jodi Simcox, RMR, FCRR
21                                 500 Poydras Street
                                   Room HB-406
22                                 New Orleans, Louisiana 70130
                                   (504) 589-7780

23

24   Proceedings recorded by mechanical stenography, transcript

25   produced by computer.
                           OFFICIAL TRANSCRIPT
```

1    it can go up into the brain and cause a stroke to happen.

2              And what you're going to hear in this case is

3    that Mr. Boudreaux was diagnosed with atrial fibrillation.  And

4    at that point of that diagnosis, he had about a 6 percent risk

5    of stroke.  So that's where he was.

6              Now, a blood thinner like Xarelto is designed to

7    make it harder for the blood to clot.  And this works well to

8    reduce the risk of stroke.  But, like most things we all deal

9    with in life, there's a trade-off.  And by making it more

10   difficult for the blood to clot, you increase the risk of

11   significant or even fatal bleeding.  That's how the drug is

12   designed to work.

13             And doctors that use this drug or anticoagulant

14   are trying to balance this trade-off between the risk of stroke

15   and the risk of bleeding, and they're trying get that balance

16   right for their patient.

17             Now, you're going to hear from Dr. Cindy

18   Leissinger in this trial.  She's going to explain to you how

19   this balance works.  Dr. Leissinger is a hematologist.  She

20   practices right here in New Orleans at Tulane University

21   Medical Center.  Now, hematologist is a doctor that specializes

22   in blood.  That's what she does.

23             She's going to come testify for you.  And she's

24   going to explain that there's a fine line between thinning the

25   blood enough to reduce the risk of stroke and not thinning the

                         OFFICIAL TRANSCRIPT

1    blood so much that you put someone at such a high bleed risk

2    that the risk of bleeding exceeds the benefit you're getting

3    from stroke protection.  It's the trade-off that we're talking

4    about.  That's what these anticoagulants are for.

5              And because these defendants refused to tell

6    doctors about a simple safety test that would identify people

7    at high risk of bleeding, you're going to hear that the doctors

8    who use Xarelto have to perform this balancing blindfolded.

9    They can't -- they don't know whether or not their patient is

10   at high risk of bleeding.

11             Now, the evidence in this case will be that

12   there is a simple test that can identify those people at high

13   risk of bleeding.  It's a test called prothrombin time.  We're

14   going to refer to it a lot in the case, I would guess, as a PT

15   test.  You're going to hear a lot about PT test in this trial.

16   And a PT test is just a short for prothrombin.

17             And all that test is doing is measuring the

18   amount of time it takes for blood to clot.  That's what it's

19   designed to do.  But a PT test is used by doctors in their

20   medical practices today.  They know what it is, and they've

21   been using it to identify patients in danger zones for a long

22   time.

23             But what you will hear is doctors have to be

24   told that that PT test has application to the drug they're

25   using.  And what doctors were told here was that PT cannot be

OFFICIAL TRANSCRIPT

1    used with Xarelto.

2              So doctors were told there is no test.  That's

3    what you're going to see.  This is the label for Xarelto.  And

4    what it tells doctors is that the anticoagulant effect, how

5    much it reduces the risk of bleeding, how thin it makes the

6    blood, cannot be monitored with standard laboratory testing.

7    So there is no way to do it, according to what the -- what

8    these defendants tell doctors.  Okay?

9              And so doctors don't know that they can use this

10   normal PT test to identify the patients on Xarelto that they're

11   treating.  They don't know that they can use that test with

12   their drug.  They believe that no test exists and none is

13   available.

14             Now, why didn't these companies want to tell

15   doctors about the use of this simple test to identify people at

16   high risk?

17             Well, what you're going to see is that Xarelto

18   was designed around a business plan.  The business plan came

19   first.  There was -- there was work done to determine the

20   requirements of Xarelto and how that drug could be used in the

21   marketplace.  And they needed three requirements, but the most

22   important was the testing.  And to concede that a test would be

23   able to identify people at high risk would have been completely

24   inconsistent with the marketing plan that they came up with.

25             So what were the three components?  We're going
                            OFFICIAL TRANSCRIPT

1                           *****

2                        CERTIFICATE

3          I, Jodi Simcox, RMR, FCRR, Official Court Reporter

4   for the United States District Court, Eastern District of

5   Louisiana, do hereby certify that the foregoing is a true and

6   correct transcript, to the best of my ability and

7   understanding, from the record of the proceedings in the

8   above-entitled and numbered matter.

9

10

11                          s/Jodi Simcox, RMR, FCRR
                            Jodi Simcox, RMR, FCRR
12                          Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25
                        OFFICIAL TRANSCRIPT


                    OFFICIAL TRANSCRIPT