# EXHIBIT F

**File Provided Natively**

**File Name:**                    2011165432.pdf

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_00000249



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration
Silver Spring MD 20993

NDA 202439

**NDA APPROVAL**



Janssen Pharmaceuticals, Inc.
c/o: Alla Rhoge Pharm.D., Associate Director
Global Regulatory Affairs
920 U.S. Highway 202
P.O. Box 300
Raritan, NJ 08869-0602

Dear Dr. Rhoge:

Please refer to your New Drug Application (NDA) dated January 4, 2011, received January 5, 2011, submitted under section 505(b)(1) of the Federal Food, Drug, and Cosmetic Act for XARELTO® (rivaroxaban) Tablets.

We also refer to your submissions received January 18 (two), 21, 28, and 31, February 2, 4 (two), 8, 9, 11, 15 (two), 16, 18 (four), 25, 28, and March 1, 4, 8, 16, 18 (two), 28, 29, 30, 31, April 1, 6, 8, 15 (two), 18, 22, 25, 26, 28, 29 (two), May 2, 4 (two), 5 (two), 6, 10, 13 (two), 16, 17 (two), 23 (three), 27 (two), June 3 (three), 9, 10 (five), 13, 16, 20, 22, 27, 29 (two), 30 (two), July 5, 11 (two), 14, 15, 19 (two), 20, 21 (two), 22, 26, 28, 29 (two), August 3, 4 (two), 9, 11 (two), 17, 19, 23, September 13, 23, 29, 30 (two), October 7, 11, 20, 21, 28, November 2 (four), 3 (four), and 4 (three), 2011.

This new drug application provides for the use of XARLETO for the following indication:

> XARELTO (rivaroxaban) is indicated to reduce the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation.

> There are limited data on the relative effectiveness of XARELTO and warfarin in reducing the risk of stroke and systemic embolism when warfarin therapy is well-controlled.

We have completed our review of this application, as amended. It is approved, effective on the date of this letter, for use as recommended in the enclosed agreed-upon labeling text.

NDA 202439 – Approval Letter
Page 2

## CONTENT OF LABELING

As soon as possible, but no later than 14 days from the date of this letter, submit the content of labeling [21 CFR 314.50(l)] in structured product labeling (SPL) format using the FDA automated drug registration and listing system (eLIST), as described at http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm.  Content of labeling must be identical to the enclosed labeling (text for the package insert and Medication Guide). Information on submitting SPL files using eLIST may be found in the guidance for industry titled "SPL Standard for Content of Labeling Technical Qs and As" at http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM072392.pdf.

The SPL will be accessible via publicly available labeling repositories.

We request that the labeling approved today be available on your website within 10 days of receipt of this letter.

## CARTON AND IMMEDIATE CONTAINER LABELS

We acknowledge your November 1, 2011, submission containing final printed carton and container labels.

## REQUIRED PEDIATRIC ASSESSMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients, new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication(s) in pediatric patients unless this requirement is waived, deferred, or inapplicable.

We are waiving the pediatric study requirement for this application because necessary studies are impossible because the disease is rare in children.

## POSTMARKETING REQUIREMENTS UNDER 505(o)

We remind you of the following postmarketing requirements detailed in the approval letter of NDA 22406:

PMR 1797-1   A postmarketing pharmacovigilance study of the risk factors, clinical management, and outcome of cases of major bleeding in association with Xarelto[®] (rivaroxaban) use.

The timetable you submitted on June 30, 2011, to NDA 22406, states that you will conduct this study according to the following schedule.

| Final Protocol Submission: | November 30, 2011 |
| Interim report submission: | Quarterly thereafter for 3 years, then annually |
| Study Completion: | June 30, 2016 |
| Final Report Submission: | December 30, 2018 |

PMR 1797-2   Perform a clinical trial to evaluate the effect of renal impairment (i.e., mild, moderate, severe) plus the concurrent use of P-gp and moderate inhibitors of CYP3A4 on the pharmacokinetics, pharmacodynamics, and safety of rivaroxaban in volunteers so that appropriate dosing recommendations can be developed in these populations.

The timetable you submitted on June 30, 2011, to NDA 22406, states that you will conduct this trial according to the following schedule:

| | |
|---|---|
| Final Protocol Submission: | Submitted February 4, 2011 |
| Trial Completion: | February 29, 2012 |
| Final Report Submission: | June 30, 2012 |

Submit protocols to your IND 64892, with a cross-reference letter to NDA 22406. Submit all final reports to NDA 22406. Prominently identify each submission with the following wording in bold capital letters at the top of the first page of the submission, as appropriate: **"Required Postmarketing Protocol Under 505(o)", "Required Postmarketing Final Report Under 505(o)", "Required Postmarketing Correspondence Under 505(o)"**.

Section 505(o)(3)(E)(ii) of the FDCA requires you to report periodically on the status of any study or clinical trial required under this section. This section also requires you to report periodically to FDA on the status of any study or clinical trial otherwise undertaken to investigate a safety issue. Section 506B of the FDCA, as well as 21 CFR 314.81(b)(2)(vii) requires you to report annually on the status of any postmarketing commitments or required studies or clinical trials.

FDA will consider the submission of your annual report, to NDA 22406, under section 506B and 21 CFR 314.81(b)(2)(vii) to satisfy the periodic reporting requirement under section 505(o)(3)(E)(ii) provided that you include the elements listed in 505(o) and 21 CFR 314.81(b)(2)(vii). We remind you that to comply with 505(o), your annual report must also include a report on the status of any study or clinical trial otherwise undertaken to investigate a safety issue. Failure to submit an annual report for studies or clinical trials required under 505(o) on the date required will be considered a violation of FDCA section 505(o)(3)(E)(ii) and could result in enforcement action.

## POSTMARKETING COMMITMENT NOT SUBJECT TO THE REPORTING REQUIREMENTS UNDER SECTION 506B

We also remind you of your postmarketing commitment detailed in the approval letter of NDA 22406:

PMC 1797-3   Develop and propose a 5 mg strength tablet or scored 10 mg tablet to allow for proper dose titration when rivaroxaban needs to be co-administered in patients at risk for clinically relevant changes in rivaroxaban exposure. For a scored 10 mg tablet, show that half-tablets follow the same dissolution profile and specifications (based on percent) as the whole and show that the half-tablets are otherwise proportionately equivalent. A 5 mg strength tablet should be sufficiently distinguishable from the 10 mg tablet in physical characteristics. If feasible, we recommend that you consider a proportional formulation for a 5 mg strength tablet. Full chemistry, manufacturing and controls (CMC) information for a 5 mg tablet including the batch data and stability data, labels, updated labeling, a request for a biowaiver for the lower 5 mg strength based on [proportional]

formulation and the F2 metric, and an updated environmental assessment section will be submitted in a prior approval supplement.

The timetable you submitted on June 30, 2011, to NDA 22406, states that you will conduct this study according to the following schedule:

Final CMC Supplement Submission:    April 2012

As a reminder, submit chemistry, manufacturing, and controls protocols and all final reports to NDA 22406. In addition, under 21 CFR 314.81(b)(2)(vii) and 314.81(b)(2)(viii) you should include a status summary of each commitment in your annual report for NDA 22406. The status summary should include expected summary completion and final report submission dates, any changes in plans since the last annual report, and, for clinical studies/trials, number of patients entered into each study/trial. All submissions, including supplements, relating to these postmarketing commitments should be prominently labeled "**Postmarketing Commitment Protocol**," "**Postmarketing Commitment Final Report**," or "**Postmarketing Commitment Correspondence**."

## RISK EVALUATION AND MITIGATION STRATEGY REQUIREMENTS

Section 505-1 of the FDCA authorizes FDA to require the submission of a risk evaluation and mitigation strategy (REMS), if FDA determines that such a strategy is necessary to ensure that the benefits of the drug outweigh the risks [section 505-1(a)].

In accordance with section 505-1 of FDCA, we have determined that a REMS is necessary for XARELTO to ensure the benefits of the drug outweigh the risks of increased risk of thrombotic events, including stroke, if XARELTO is discontinued or not taken daily with the evening meal to maximize absorption.

In accordance with section 505-1 of FDCA, as one element of a REMS, FDA may require the development of a Medication Guide as provided for under 21 CFR 208. Pursuant to 21 CFR 208, FDA has determined that XARELTO poses a serious and significant public health concern requiring the distribution of a Medication Guide. The Medication Guide is necessary for patients' safe and effective use of XARELTO. The Medication Guide stresses patient adherence to directions for use, which is crucial to the drug's effectiveness. Under 21 CFR 208, you are responsible for ensuring that the Medication Guide is available for distribution to patients who are dispensed XARELTO.

We have also determined that a communication plan is necessary to support implementation of the REMS.

Your proposed REMS, submitted on November 2nd and 3rd, 2011, and appended to this letter, is approved. The REMS consists of a Medication Guide, communication plan, implementation system, and a timetable for submission of assessments of the REMS.

Your REMS must be fully operational before you market XARELTO for this new indication into interstate commerce.

The REMS assessment plan should include, but is not limited to, the following:

1.  An evaluation of patients' understanding of the serious risks of XARELTO.

2.  A report on periodic assessments of the distribution and dispensing of the Medication Guide in accordance with 21 CFR 208.24.

3.  A report on failures to adhere to distribution and dispensing requirements, and corrective actions taken to address noncompliance.

4.  A report on the distribution of DHCP letters.

5.  An evaluation of healthcare providers' awareness and understanding of the serious risks associated with XARELTO.

6.  With respect to the REMS goals, an assessment of the extent to which the REMS is meeting its goals or whether the goals or other elements should be modified.

7.  Information on the status of any postapproval study or clinical trial required under section 505(o) or otherwise undertaken to investigate a safety issue. With respect to any such postapproval study, you must include the status of such study, including whether any difficulties completing the study have been encountered. With respect to any such postapproval clinical trial, you must include the status of such clinical trial, including whether enrollment has begun, the number of participants enrolled, the expected completion date, whether any difficulties completing the clinical trial have been encountered, and registration information with respect to requirements under subsections (i) and (j) of section 402 of the Public Health Service Act. You can satisfy these requirements in your REMS assessments by referring to relevant information included in the most recent annual report required under section 506B and 21 CFR 314.81(b)(2)(vii) and including any material or significant updates to the status information since the annual report was prepared. Failure to comply with the REMS assessments provisions in section 505-1(g) could result in enforcement action.

We remind you that in addition to the assessments submitted according to the timetable included in the approved REMS, you must submit a REMS assessment and may propose a modification to the approved REMS when you submit a supplemental application for a new indication for use as described in section 505-1(g)(2)(A) of the FDCA.


**PROMOTIONAL MATERIALS**

You may request advisory comments on proposed introductory advertising and promotional labeling. To do so, submit, in triplicate, a cover letter requesting advisory comments, the proposed materials in draft or mock-up form with annotated references, and the package insert to:

> Food and Drug Administration
> Center for Drug Evaluation and Research
> Office of Prescription Drug Promotion
> 5901-B Ammendale Road
> Beltsville, MD 20705-1266

NDA 202439 – Approval Letter
Page 6

As required under 21 CFR 314.81(b)(3)(i), you must submit final promotional materials, and the package insert, at the time of initial dissemination or publication, accompanied by a Form FDA 2253.  For instruction on completing the Form FDA 2253, see page 2 of the Form.  For more information about submission of promotional materials to the Office of Prescription Drug Promotion (OPDP), see http://www.fda.gov/AboutFDA/CentersOffices/CDER/ucm090142.htm.

**REPORTING REQUIREMENTS**

We remind you that you must comply with reporting requirements for an approved NDA (21 CFR 314.80 and 314.81).

**MEDWATCH-TO-MANUFACTURER PROGRAM**

The MedWatch-to-Manufacturer Program provides manufacturers with copies of serious adverse event reports that are received directly by the FDA.  New molecular entities and important new biologics qualify for inclusion for three years after approval.  Your firm is eligible to receive copies of reports for this product.  To participate in the program, please see the enrollment instructions and program description details at http://www.fda.gov/Safety/MedWatch/HowToReport/ucm166910.htm.

If you have any questions, please contact:

Alison Blaus
Regulatory Project Manager
(301) 796-1138

Sincerely,

*{See appended electronic signature page}*

Norman Stockbridge, M.D., Ph.D.
Director
Division of Cardiovascular and Renal Products
Office of Drug Evaluation I
Center for Drug Evaluation and Research

ENCLOSURES:
Content of Labeling
Carton and Container Labeling
REMS

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
These highlights do not include all the information needed to use
XARELTO® (rivaroxaban) safely and effectively. See full prescribing
information for XARELTO.

XARELTO (rivaroxaban) tablets, for oral use
Initial U.S. Approval: 2011

---

**WARNINGS:  (A) DISCONTINUING XARELTO IN PATIENTS WITH
NONVALVULAR ATRIAL FIBRILLATION INCREASES RISK OF
STROKE, (B) SPINAL/EPIDURAL HEMATOMA**
*See full prescribing information for complete boxed warning*

A.   **DISCONTINUING XARELTO IN PATIENTS WITH
     NONVALVULAR ATRIAL FIBRILLATION**
**Discontinuing XARELTO places patients at an increased risk of
thrombotic events. If anticoagulation with XARELTO must be
discontinued for a reason other than pathological bleeding, consider
administering another anticoagulant. (2.1, 5.1, 14.1).**

B.   **SPINAL/EPIDURAL HEMATOMA**
**Epidural or spinal hematomas have occurred in patients treated with
XARELTO who are receiving neuraxial anesthesia or undergoing spinal
puncture. These hematomas may result in long-term or permanent
paralysis (5.2, 5.3, 6.2).**

**Monitor patients frequently for signs and symptoms of neurological
impairment. If neurological compromise is noted, urgent treatment is
necessary (5.3).**

**Consider the benefits and risks before neuraxial intervention in patients
anticoagulated or to be anticoagulated for thromboprophylaxis (5.3).**

---

----------------------------RECENT MAJOR CHANGES---------------------------

| | |
|---|---|
| Boxed Warning | 11/2011 |
| Indications and Usage (1.1) | 11/2011 |
| Dosage and Administration (2.1, 2.3) | 11/2011 |
| Contraindications (4) | 11/2011 |
| Warnings and Precautions (5.1, 5.2, 5.5) | 11/2011 |

----------------------------INDICATIONS AND USAGE----------------------------
XARELTO is a factor Xa inhibitor indicated:
- to reduce the risk of stroke and systemic embolism in patients with
  nonvalvular atrial fibrillation (1.1)
- for the prophylaxis of deep vein thrombosis (DVT), which may lead to
  pulmonary embolism (PE) in patients undergoing knee or hip replacement
  surgery (1.2)

----------------------DOSAGE AND ADMINISTRATION----------------------
- Nonvalvular Atrial Fibrillation:
  o   For patients with CrCl >50 mL/min: 20 mg orally, once daily **with
      the evening meal** (2.1)
  o   For patients with CrCl 15 - 50 mL/min: 15 mg orally, once daily
      **with the evening meal** (2.1)
  o   Avoid use in patients with CrCl <15 mL/min (2.3)
- Prophylaxis of DVT: 10 mg orally, once daily with or without food (2.2)
- Hepatic impairment (for nonvalvular AF and prophylaxis of DVT
  indications):
  o   Avoid use in patients with moderate (Child-Pugh B) and severe
      (Child-Pugh C) hepatic impairment or with any degree of hepatic
      disease associated with coagulopathy (2.3, 8.8).

--------------------DOSAGE FORMS AND STRENGTHS--------------------
Tablets: 10 mg, 15 mg, and 20 mg (3)

------------------------------CONTRAINDICATIONS------------------------------
- Active pathological bleeding (4)
- Severe hypersensitivity reaction to XARELTO (4)

----------------------WARNINGS AND PRECAUTIONS----------------------
- Risk of bleeding: XARELTO can cause serious and fatal bleeding.
  Promptly evaluate signs and symptoms of blood loss. (5.2)
- Pregnancy related hemorrhage: Use XARELTO with caution in pregnant
  women due to the potential for obstetric hemorrhage and/or emergent
  delivery. Promptly evaluate signs and symptoms of blood loss. (5.4)

------------------------------ADVERSE REACTIONS------------------------------
The most common adverse reaction (>5%) was bleeding. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Janssen
Pharmaceuticals, Inc. at 1-800-526-7736 or FDA at 1-800-FDA-1088 or
*www.fda.gov/medwatch*.**

------------------------------DRUG INTERACTIONS------------------------------
- Combined P-gp and strong CYP3A4 inhibitors and inducers: Avoid
  concomitant use (7.1, 7.2)
- Prophylaxis of DVT:
  o   Anticoagulants: Avoid concomitant use (7.3)

----------------------USE IN SPECIFIC POPULATIONS----------------------
- Nursing mothers: discontinue drug or discontinue nursing (8.3)
- Renal impairment:
  o   Prophylaxis of DVT: Avoid use in patients with severe impairment
      (CrCl <30 mL/min). Use with caution in moderate impairment
      (CrCl 30 to <50 mL/min) (8.7)

**See 17 for PATIENT COUNSELING INFORMATION and Medication
Guide.**

**Revised:** 11/2011

---

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**WARNINGS: (A) DISCONTINUING XARELTO IN
PATIENTS WITH NONVALVULAR ATRIAL
FIBRILLATION INCREASES RISK OF STROKE,
(B)SPINAL/EPIDURAL HEMATOMA**

**1   INDICATIONS AND USAGE**
   1.1   Reduction of Risk of Stroke and Systemic
       Embolism in Nonvalvular Atrial Fibrillation
   1.2   Prophylaxis of Deep Vein Thrombosis
**2   DOSAGE AND ADMINISTRATION**
   2.1   Nonvalvular Atrial Fibrillation
   2.2   Prophylaxis of Deep Vein Thrombosis
   2.3   General Dosing Instructions
**3   DOSAGE FORMS AND STRENGTHS**
**4   CONTRAINDICATIONS**
**5   WARNINGS AND PRECAUTIONS**
   5.1   Increased Risk of Stroke After Discontinuation in
       Nonvalvular Atrial Fibrillation
   5.2   Risk of Bleeding
   5.3   Spinal/Epidural Anesthesia or Puncture
   5.4   Risk of Pregnancy Related Hemorrhage
   5.5   Severe Hypersensitivity Reactions
**6   ADVERSE REACTIONS**
   6.1   Clinical Trials Experience
   6.2   Postmarketing Experience

**7   DRUG INTERACTIONS**
   7.1   Drugs that Inhibit Cytochrome P450 3A4
       Enzymes and Drug Transport Systems
   7.2   Drugs that Induce Cytochrome P450 3A4
       Enzymes and Drug Transport Systems
   7.3   Anticoagulants
   7.4   NSAIDs/Aspirin
   7.5   Clopidogrel
   7.6   Drug-Disease Interactions with Drugs that Inhibit
       Cytochrome P450 3A4 Enzymes and Drug
       Transport Systems
**8   USE IN SPECIFIC POPULATIONS**
   8.1   Pregnancy
   8.2   Labor and Delivery
   8.3   Nursing Mothers
   8.4   Pediatric Use
   8.5   Geriatric Use
   8.6   Females of Reproductive Potential
   8.7   Renal Impairment
   8.8   Hepatic Impairment
**10   OVERDOSAGE**
**11   DESCRIPTION**
**12   CLINICAL PHARMACOLOGY**
   12.1   Mechanism of Action
   12.2   Pharmacodynamics
   12.3   Pharmacokinetics
   12.6   QT/QTc Prolongation
**13   NON-CLINICAL TOXICOLOGY**

1

13.1  Carcinogenesis, Mutagenesis, and Impairment of
        Fertility
**14  CLINICAL STUDIES**
        14.1  Stroke Prevention in Nonvalvular Atrial Fibrillation
        14.2  Prophylaxis of Deep Vein Thrombosis
**16  HOW SUPPLIED/STORAGE AND HANDLING**
**17  PATIENT COUNSELING INFORMATION**

17.1  Instructions for Patient Use
17.2  Bleeding Risks
17.3  Invasive or Surgical Procedures
17.4  Concomitant Medication and Herbals
17.5  Pregnancy and Pregnancy-Related Hemorrhage
17.6  Nursing
17.7  Females of Reproductive Potential

*Sections or subsections omitted from the full prescribing information are not listed.

2

Reference ID: 3039818

**FULL PRESCRIBING INFORMATION**

---

**WARNINGS: (A) DISCONTINUING XARELTO IN PATIENTS WITH NONVALVULAR ATRIAL FIBRILLATION INCREASES RISK OF STROKE, (B) SPINAL/EPIDURAL HEMATOMA**

**A. DISCONTINUING XARELTO IN PATIENTS WITH NONVALVULAR ATRIAL FIBRILLATION**

Discontinuing XARELTO places patients at an increased risk of thrombotic events. An increased rate of stroke was observed following XARELTO discontinuation in clinical trials in atrial fibrillation patients. If anticoagulation with XARELTO must be discontinued for a reason other than pathological bleeding, consider administering another anticoagulant *[see Dosage and Administration (2.1), Warnings and Precautions (5.1), and Clinical Studies (14.1)]*.

**B. SPINAL/EPIDURAL HEMATOMA**

Epidural or spinal hematomas have occurred in patients treated with XARELTO who are receiving neuraxial anesthesia or undergoing spinal puncture. These hematomas may result in long-term or permanent paralysis. Consider these risks when scheduling patients for spinal procedures. Factors that can increase the risk of developing epidural or spinal hematomas in these patients include:
- use of indwelling epidural catheters
- concomitant use of other drugs that affect hemostasis, such as non-steroidal anti-inflammatory drugs (NSAIDs), platelet inhibitors, other anticoagulants
- a history of traumatic or repeated epidural or spinal punctures
- a history of spinal deformity or spinal surgery

*[see Warnings and Precautions (5.2, 5.3) and Adverse Reactions (6.2)]*.

Monitor patients frequently for signs and symptoms of neurological impairment. If neurological compromise is noted, urgent treatment is necessary *[see Warnings and Precautions (5.3)]*.

Consider the benefits and risks before neuraxial intervention in patients anticoagulated or to be anticoagulated for thromboprophylaxis *[see Warnings and Precautions (5.3)]*.

---

## 1   INDICATIONS AND USAGE

### 1.1   Reduction of Risk of Stroke and Systemic Embolism in Nonvalvular Atrial Fibrillation

XARELTO (rivaroxaban) is indicated to reduce the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation.

There are limited data on the relative effectiveness of XARELTO and warfarin in reducing the risk of stroke and systemic embolism when warfarin therapy is well-controlled *[see Clinical Studies (14.1)]*.

3

## 1.2   Prophylaxis of Deep Vein Thrombosis

XARELTO (rivaroxaban) is indicated for the prophylaxis of deep vein thrombosis (DVT), which may lead to pulmonary embolism (PE) in patients undergoing knee or hip replacement surgery.

## 2   DOSAGE AND ADMINISTRATION

## 2.1   Nonvalvular Atrial Fibrillation

For patients with creatinine clearance (CrCl) >50 mL/min, the recommended dose of XARELTO is 20 mg taken orally once daily with the evening meal. For patients with CrCl 15 to 50 mL/min, the recommended dose is 15 mg once daily with the evening meal *[see Use in Specific Populations (8.7)]*.

*Switching from or to Warfarin* - When switching patients from warfarin to XARELTO, discontinue warfarin and start XARELTO as soon as the International Normalized Ratio (INR) is below 3.0 to avoid periods of inadequate anticoagulation.

No clinical trial data are available to guide converting patients from XARELTO to warfarin. XARELTO affects INR, so INR measurements made during co-administration with warfarin may not be useful for determining the appropriate dose of warfarin. One approach is to discontinue XARELTO and begin both a parenteral anticoagulant and warfarin at the time the next dose of XARELTO would have been taken.

*Switching from or to Anticoagulants other than Warfarin* - For patients currently receiving an anticoagulant other than warfarin, start XARELTO 0 to 2 hours prior to the next scheduled evening administration of the drug (e.g., low molecular weight heparin or non-warfarin oral anticoagulant) and omit administration of the other anticoagulant. For unfractionated heparin being administered by continuous infusion, stop the infusion and start XARELTO at the same time.

For patients currently taking XARELTO and transitioning to an anticoagulant with rapid onset, discontinue XARELTO and give the first dose of the other anticoagulant (oral or parenteral) at the time that the next XARELTO dose would have been taken *[see Drug Interactions (7.3)]*.

## 2.2   Prophylaxis of Deep Vein Thrombosis

The recommended dose of XARELTO is 10 mg taken orally once daily with or without food. The initial dose should be taken at least 6 to 10 hours after surgery once hemostasis has been established.

- For patients undergoing hip replacement surgery, treatment duration of 35 days is recommended.

4

- For patients undergoing knee replacement surgery, treatment duration of 12 days is recommended.

## 2.3   General Dosing Instructions

Hepatic Impairment

No clinical data are available for patients with severe hepatic impairment. Avoid use of XARELTO in patients with moderate (Child-Pugh B) and severe (Child-Pugh C) hepatic impairment or with any hepatic disease associated with coagulopathy *[see Use in Specific Populations (8.8)].*

Renal Impairment

*Nonvalvular Atrial Fibrillation*

Avoid the use of XARELTO in patients with CrCl <15 mL/min. Periodically assess renal function as clinically indicated (i.e., more frequently in situations in which renal function may decline) and adjust therapy accordingly. Discontinue XARELTO in patients who develop acute renal failure while on XARELTO *[see Use in Specific Populations (8.7)].*

*Prophylaxis of Deep Vein Thrombosis*

Avoid the use of XARELTO in patients with severe renal impairment (CrCl <30 mL/min) due to an expected increase in rivaroxaban exposure and pharmacodynamic effects in this patient population. Observe closely and promptly evaluate any signs or symptoms of blood loss in patients with moderate renal impairment (CrCl 30 to 50 mL/min). Patients who develop acute renal failure while on XARELTO should discontinue the treatment *[see Use in Specific Populations (8.7)].*

Surgery and Intervention

If anticoagulation must be discontinued to reduce the risk of bleeding with surgical or other procedures, XARELTO should be stopped at least 24 hours before the procedure. In deciding whether a procedure should be delayed until 24 hours after the last dose of XARELTO, the increased risk of bleeding should be weighed against the urgency of intervention. XARELTO should be restarted after the surgical or other procedures as soon as adequate hemostasis has been established. If oral medication cannot be taken after surgical intervention, consider administering a parenteral anticoagulant.

Missed Dose

If a dose of XARELTO is not taken at the scheduled time, administer the dose as soon as possible on the same day.

5

Use with P-gp and Strong CYP3A4 Inhibitors or Inducers

Avoid concomitant use of XARELTO with combined P-gp and strong CYP3A4 inhibitors (e.g., ketoconazole, itraconazole, lopinavir/ritonavir, ritonavir, indinavir/ritonavir, and conivaptan) *[see Drug Interactions (7.1)]*.

Avoid concomitant use of XARELTO with drugs that are combined P-gp and strong CYP3A4 inducers (e.g., carbamazepine, phenytoin, rifampin, St. John's wort) *[see Drug Interactions (7.2)]*.

## 3   DOSAGE FORMS AND STRENGTHS

- 10 mg tablets: Round, light red, biconvex and film-coated with a triangle pointing down above a "10" marked on one side and "Xa" on the other side
- 15 mg tablets: Round, red, biconvex, and film-coated with a triangle pointing down above a "15" marked on one side and "Xa" on the other side
- 20 mg tablets: Triangle-shaped, dark red, and film-coated with a triangle pointing down above a "20" marked on one side and "Xa" on the other side

## 4   CONTRAINDICATIONS

XARELTO is contraindicated in patients with:

- active pathological bleeding *[see Warnings and Precautions (5.2)]*
- severe hypersensitivity reaction to XARELTO *[see Warnings and Precautions (5.5)]*

## 5   WARNINGS AND PRECAUTIONS

### 5.1   Increased Risk of Stroke after Discontinuation in Nonvalvular Atrial Fibrillation

Discontinuing XARELTO in the absence of adequate alternative anticoagulation increases the risk of thrombotic events. An increased rate of stroke was observed during the transition from XARELTO to warfarin in clinical trials in atrial fibrillation patients. If XARELTO must be discontinued for a reason other than pathological bleeding, consider administering another anticoagulant *[see Dosage and Administration (2.1) and Clinical Studies (14.1)]*.

### 5.2   Risk of Bleeding

XARELTO increases the risk of bleeding and can cause serious or fatal bleeding. In deciding whether to prescribe XARELTO to patients at increased risk of bleeding, the risk of thrombotic events should be weighed against the risk of bleeding.

Promptly evaluate any signs or symptoms of blood loss. Discontinue XARELTO in patients with active pathological hemorrhage.

6

A specific antidote for rivaroxaban is not available. Because of high plasma protein binding, rivaroxaban is not expected to be dialyzable *[see Clinical Pharmacology (12.3)]*. Protamine sulfate and vitamin K are not expected to affect the anticoagulant activity of rivaroxaban. There is no experience with antifibrinolytic agents (tranexamic acid, aminocaproic acid) in individuals receiving rivaroxaban. There is neither scientific rationale for benefit nor experience with systemic hemostatics (desmopressin and aprotinin) in individuals receiving rivaroxaban. Use of procoagulant reversal agents such as prothrombin complex concentrate (PCC), activated prothrombin complex concentrate (APCC), or recombinant factor VIIa (rFVIIa) may be considered, but has not been evaluated in clinical trials.

Concomitant use of drugs affecting hemostasis increases the risk of bleeding. These include aspirin, $P2Y_{12}$ platelet inhibitors, other antithrombotic agents, fibrinolytic therapy, and non-steroidal anti-inflammatory drugs (NSAIDs) *[see Drug Interactions (7.3), (7.4), (7.5)]*.

Concomitant use of drugs that are combined P-gp and CYP3A4 inhibitors (e.g. ketoconazole and ritonavir) increases rivaroxaban exposure and may increase bleeding risk *[see Drug Interactions (7.1)]*.

## 5.3   Spinal/Epidural Anesthesia or Puncture

When neuraxial anesthesia (spinal/epidural anesthesia) or spinal puncture is employed, patients treated with anticoagulant agents for prevention of thromboembolic complications are at risk of developing an epidural or spinal hematoma which can result in long-term or permanent paralysis *[see Boxed Warning]*.

An epidural catheter should not be removed earlier than 18 hours after the last administration of XARELTO. The next XARELTO dose is not to be administered earlier than 6 hours after the removal of the catheter. If traumatic puncture occurs, the administration of XARELTO is to be delayed for 24 hours.

## 5.4   Risk of Pregnancy Related Hemorrhage

XARELTO should be used with caution in pregnant women and only if the potential benefit justifies the potential risk to the mother and fetus. XARELTO dosing in pregnancy has not been studied. The anticoagulant effect of XARELTO cannot be monitored with standard laboratory testing nor readily reversed. Promptly evaluate any signs or symptoms suggesting blood loss (e.g., a drop in hemoglobin and/or hematocrit, hypotension, or fetal distress).

7

**5.5   Severe Hypersensitivity Reactions**

There were postmarketing cases of anaphylaxis in patients treated with XARELTO to reduce the risk of DVT. Patients who have a history of a severe hypersensitivity reaction to XARELTO should not receive XARELTO *[see Adverse Reactions (6.2)]*.

# 6   ADVERSE REACTIONS
## 6.1   Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice.

During clinical development for the approved indications, 11598 patients were exposed to XARELTO. These included 7111 patients who received XARELTO 15 mg or 20 mg orally once daily for a mean of 19 months (5558 for 12 months and 2512 for 24 months) to reduce the risk of stroke and systemic embolism in nonvalvular atrial fibrillation (ROCKET AF) and 4487 patients who received XARELTO 10 mg orally once daily for prophylaxis of DVT following hip or knee replacement surgery (RECORD 1-3).

Hemorrhage

The most common adverse reactions with XARELTO were bleeding complications *[see Warnings and Precautions (5.2)]*.

*Nonvalvular Atrial Fibrillation*

In the ROCKET AF trial, the most frequent adverse reactions associated with permanent drug discontinuation were bleeding events, with incidence rates of 4.3% for XARELTO vs. 3.1% for warfarin. The incidence of discontinuations for non-bleeding adverse events was similar in both treatment groups.

Table 1 shows the number of patients experiencing various types of bleeding events in the ROCKET AF study.

8

**Table 1:    Bleeding Events in ROCKET AF\***

| Parameter | XARELTO N = 7111 n (%) | Event Rate (per 100 Pt-yrs) | Warfarin N = 7125 n (%) | Event Rate (per 100 Pt-yrs) |
|---|---|---|---|---|
| Major bleeding[†] | 395 (5.6) | 3.6 | 386 (5.4) | 3.5 |
| Bleeding into a critical organ[‡] | 91 (1.3) | 0.8 | 133 (1.9) | 1.2 |
| Fatal bleeding | 27 (0.4) | 0.2 | 55 (0.8) | 0.5 |
| Bleeding resulting in transfusion of ≥ 2 units of whole blood or packed red blood cells | 183 (2.6) | 1.7 | 149 (2.1) | 1.3 |
| Gastrointestinal bleeding | 221 (3.1) | 2.0 | 140 (2.0) | 1.2 |

\*   For all sub-types of major bleeding, single events may be represented in more than one row, and individual patients may have more than one event.

†   Defined as clinically overt bleeding associated with a decrease in hemoglobin of ≥ 2 g/dL, transfusion of ≥ 2 units of packed red blood cells or whole blood, bleeding at a critical site, or with a fatal outcome. Hemorrhagic strokes are counted as both bleeding and efficacy events. Major bleeding rates excluding strokes are 3.3 per 100 Pt-yrs for XARELTO vs. 2.9 per 100 Pt-yrs for warfarin.

‡   The majority of the events were intracranial, and also included intraspinal, intraocular, pericardial, intraarticular, intramuscular with compartment syndrome, or retroperitoneal.

## _Prophylaxis of Deep Vein Thrombosis_

In the RECORD clinical trials, the overall incidence rate of adverse reactions leading to permanent treatment discontinuation was 3.7% with XARELTO.

The mean duration of XARELTO treatment was 11.9 days in the total knee replacement study and 33.4 days in the total hip replacement studies. Overall, in the RECORD program, the mean age of the patients studied in the XARELTO group was 64 years, 59% were female and 82% were Caucasian. Twenty-seven percent (1206) of patients underwent knee replacement surgery and 73% (3281) underwent hip replacement surgery.

The rates of major bleeding events and any bleeding events observed in patients in the RECORD clinical trials are shown in Table 2.

9

**Table 2:     Bleeding Events[*] in Patients Undergoing Hip or Knee Replacement Surgeries (RECORD 1-3)**

| | XARELTO 10 mg | Enoxaparin[†] |
|---|---|---|
| **Total treated patients** | **N = 4487**<br>**n (%)** | **N = 4524**<br>**n (%)** |
| Major bleeding event | 14 (0.3) | 9 (0.2) |
| Fatal bleeding | 1 (<0.1) | 0 |
| Bleeding into a critical organ | 2 (<0.1) | 3 (0.1) |
| Bleeding that required re-operation | 7 (0.2) | 5 (0.1) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cells | 4 (0.1) | 1 (<0.1) |
| Any bleeding event[‡] | 261 (5.8) | 251 (5.6) |
| **Hip Surgery Studies** | **N = 3281**<br>**n (%)** | **N = 3298**<br>**n (%)** |
| Major bleeding event | 7 (0.2) | 3 (0.1) |
| Fatal bleeding | 1 (<0.1) | 0 |
| Bleeding into a critical organ | 1 (<0.1) | 1 (<0.1) |
| Bleeding that required re-operation | 2 (0.1) | 1 (<0.1) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cells | 3 (0.1) | 1 (<0.1) |
| Any bleeding event[‡] | 201 (6.1) | 191 (5.8) |
| **Knee Surgery Study** | **N = 1206**<br>**n (%)** | **N = 1226**<br>**n (%)** |
| Major bleeding event | 7 (0.6) | 6 (0.5) |
| Fatal bleeding | 0 | 0 |
| Bleeding into a critical organ | 1 (0.1) | 2 (0.2) |
| Bleeding that required re-operation | 5 (0.4) | 4 (0.3) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cells | 1 (0.1) | 0 |
| Any bleeding event[‡] | 60 (5.0) | 60 (4.9) |

[*]   Bleeding events occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last dose of double-blind study medication. Patients may have more than one event.
[†]   Includes the placebo-controlled period for RECORD 2, enoxaparin dosing was 40 mg once daily (RECORD 1-3)
[‡]   Includes major bleeding events

Following XARELTO treatment, the majority of major bleeding complications (≥60%) occurred during the first week after surgery.

## Other Adverse Reactions

Non-hemorrhagic adverse drug reactions (ADRs) reported in ≥1% of XARELTO-treated patients are shown in Table 3.

**Table 3:    Other Adverse Drug Reactions[*] Reported by ≥1% of XARELTO-Treated Patients in RECORD 1-3 Studies**

| System/Organ Class<br>    Adverse Reaction | XARELTO<br>10 mg<br>(N = 4487)<br>n (%) | Enoxaparin[†]<br><br>(N = 4524)<br>n (%) |
|---|---|---|
| **Injury, poisoning and procedural complications** | | |
|     Wound secretion | 125 (2.8) | 89 (2.0) |
| **Musculoskeletal and connective tissue disorders** | | |
|     Pain in extremity | 74 (1.7) | 55 (1.2) |
|     Muscle spasm | 52 (1.2) | 32 (0.7) |
| **Nervous system disorders** | | |
|     Syncope | 55 (1.2) | 32 (0.7) |
| **Skin and subcutaneous tissue disorders** | | |
|     Pruritus | 96 (2.1) | 79 (1.8) |
|     Blister | 63 (1.4) | 40 (0.9) |

[*]   ADR occurring any time following the first dose of double-blind medication, which may have been prior to administration of active drug, until two days after the last dose of double-blind study medication.

[†]   Includes the placebo-controlled period of RECORD 2, enoxaparin dosing was 40 mg once daily (RECORD 1-3)

*Other clinical trial experience:* In an investigational study of acute medically ill patients being treated with XARELTO 10 mg tablets, cases of pulmonary hemorrhage and pulmonary hemorrhage with bronchiectasis were observed.

## 6.2   Postmarketing Experience

The following adverse reactions have been identified during post-approval use of rivaroxaban. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

*Blood and lymphatic system disorders:* agranulocytosis

*Gastrointestinal disorders:* retroperitoneal hemorrhage

*Hepatobiliary disorders:* jaundice, cholestasis, cytolytic hepatitis

*Immune system disorders:* hypersensitivity, anaphylactic reaction, anaphylactic shock

*Nervous system disorders:* cerebral hemorrhage, subdural hematoma, epidural hematoma, hemiparesis

*Skin and subcutaneous tissue disorders:* Stevens-Johnson syndrome

11

## 7    DRUG INTERACTIONS

Rivaroxaban is a substrate of CYP3A4/5, CYP2J2, and the P-gp and ATP-binding cassette G2 (ABCG2) transporters.  Inhibitors and inducers of these CYP450 enzymes or transporters (e.g., P-gp) may result in changes in rivaroxaban exposure.

### 7.1    Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems

In drug interaction studies evaluating the concomitant use with drugs that are combined P-gp and CYP3A4 inhibitors, increases in rivaroxaban exposure and pharmacodynamic effects (i.e., factor Xa inhibition and PT prolongation) were observed. Significant increases in rivaroxaban exposure may increase bleeding risk.

- *Ketoconazole (combined P-gp and strong CYP3A4 inhibitor):* Steady-state rivaroxaban AUC and $C_{max}$ increased by 160% and 70%, respectively. Similar increases in pharmacodynamic effects were also observed.

- *Ritonavir (combined P-gp and strong CYP3A4 inhibitor):* Single-dose rivaroxaban AUC and $C_{max}$ increased by 150% and 60%, respectively. Similar increases in pharmacodynamic effects were also observed.

- *Clarithromycin (combined P-gp and strong CYP3A4 inhibitor):* Single-dose rivaroxaban AUC and $C_{max}$ increased by 50% and 40%, respectively. The smaller increases in exposure observed for clarithromycin compared to ketoconazole or ritonavir may be due to the relative difference in P-gp inhibition.

- *Erythromycin (combined P-gp and moderate CYP3A4 inhibitor):* Both the single-dose rivaroxaban AUC and $C_{max}$ increased by 30%.

- *Fluconazole (moderate CYP3A4 inhibitor):* Single-dose rivaroxaban AUC and $C_{max}$ increased by 40% and 30%, respectively.

Avoid concomitant administration of XARELTO with combined P-gp and strong CYP3A4 inhibitors (e.g., ketoconazole, itraconazole, lopinavir/ritonavir, ritonavir, indinavir/ritonavir, and conivaptan), which cause significant increases in rivaroxaban exposure that may increase bleeding risk.

Reference ID: 3039818

Prophylaxis of Deep Vein Thrombosis

When clinical data suggest a change in exposure is unlikely to affect bleeding risk (e.g., clarithromycin, erythromycin), no precautions are necessary during coadministration with drugs that are combined P-gp and CYP3A4 inhibitors.

## 7.2   Drugs that Induce Cytochrome P450 3A4 Enzymes and Drug Transport Systems

In a drug interaction study, co-administration of XARELTO (20 mg single dose with food) with a drug that is a combined P-gp and strong CYP3A4 inducer (rifampicin titrated up to 600 mg once daily) led to an approximate decrease of 50% and 22% in AUC and $C_{max}$, respectively. Similar decreases in pharmacodynamic effects were also observed. These decreases in exposure to rivaroxaban may decrease efficacy.

Avoid concomitant use of XARELTO with drugs that are combined P-gp and strong CYP3A4 inducers (e.g., carbamazepine, phenytoin, rifampin, St. John's wort).

## 7.3   Anticoagulants

In a drug interaction study, single doses of enoxaparin (40 mg subcutaneous) and XARELTO (10 mg) given concomitantly resulted in an additive effect on anti-factor Xa activity. Enoxaparin did not affect the pharmacokinetics of rivaroxaban. In another study, single doses of warfarin (15 mg) and XARELTO (5 mg) resulted in an additive effect on factor Xa inhibition and PT. Warfarin did not affect the pharmacokinetics of rivaroxaban.

Prophylaxis of Deep Vein Thrombosis

Avoid concurrent use of XARELTO with other anticoagulants due to the increased bleeding risk. Promptly evaluate any signs or symptoms of blood loss *[see Warnings and Precautions (5.2)]*.

## 7.4   NSAIDs/Aspirin

In ROCKET AF, concomitant aspirin use (almost exclusively at a dose of 100 mg or less) during the double-blind phase was identified as an independent risk factor for major bleeding. NSAIDs are known to increase bleeding, and bleeding risk may be increased when NSAIDs are used concomitantly with XARELTO. In a single-dose drug interaction study there were no pharmacokinetic or pharmacodynamic interactions observed after concomitant administration of naproxen or aspirin (acetylsalicylic acid) with XARELTO.

Promptly evaluate any signs or symptoms of blood loss if patients are treated concomitantly with aspirin, other platelet aggregation inhibitors, or NSAIDs *[see Warnings and Precautions (5.2)]*.

13

### 7.5   Clopidogrel

In two drug interaction studies where clopidogrel (300 mg loading dose followed by 75 mg daily maintenance dose) and XARELTO (15 mg single dose) were co-administered in healthy subjects, an increase in bleeding time to 45 minutes was observed in approximately 45% and 30% of subjects in these studies, respectively. The change in bleeding time was approximately twice the maximum increase seen with either drug alone. There was no change in the pharmacokinetics of either drug.

Promptly evaluate any signs or symptoms of blood loss if patients are treated concomitantly with clopidogrel *[see Warnings and Precautions (5.2)]*.

### 7.6   Drug-Disease Interactions with Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems

Based on simulated pharmacokinetic data, patients with renal impairment receiving full dose XARELTO in combination with drugs classified as combined P-gp and weak or moderate CYP3A4 inhibitors (e.g., amiodarone, diltiazem, verapamil, quinidine, ranolazine, dronedarone, felodipine, erythromycin, and azithromycin) may have significant increases in exposure compared with patients with normal renal function and no inhibitor use, since both pathways of rivaroxaban elimination are affected.

While increases in rivaroxaban exposure can be expected under such conditions, results from an analysis in the ROCKET AF trial, which allowed concomitant use with combined P-gp and weak or moderate CYP3A4 inhibitors (e.g., amiodarone, diltiazem, verapamil, chloramphenicol, cimetidine, and erythromycin), did not show an increase in bleeding in patients with CrCl 30 to <50 mL/min [Hazard Ratio (95% CI): 1.05 (0.77, 1.42)]. XARELTO should be used in patients with CrCL 15 to 50 mL/min who are receiving concomitant combined P-gp and weak or moderate CYP3A4 inhibitors only if the potential benefit justifies the potential risk *[see Use in Specific Populations (8.7)]*.

## 8   USE IN SPECIFIC POPULATIONS
### 8.1   Pregnancy

Pregnancy Category C

There are no adequate or well-controlled studies of XARELTO in pregnant women, and dosing for pregnant women has not been established. Use XARELTO with caution in pregnant patients because of the potential for pregnancy related hemorrhage and/or emergent delivery with an anticoagulant that is not readily reversible. The anticoagulant effect of XARELTO cannot be reliably monitored with standard laboratory testing. Animal reproduction studies showed no increased risk of structural malformations, but increased post-implantation pregnancy loss

14

occurred in rabbits. XARELTO should be used during pregnancy only if the potential benefit justifies the potential risk to mother and fetus *[see Warnings and Precautions (5.4)]*.

Rivaroxaban crosses the placenta in animals. Animal reproduction studies have shown pronounced maternal hemorrhagic complications in rats and an increased incidence of post-implantation pregnancy loss in rabbits. Rivaroxaban increased fetal toxicity (increased resorptions, decreased number of live fetuses, and decreased fetal body weight) when pregnant rabbits were given oral doses of ≥10 mg/kg rivaroxaban during the period of organogenesis. This dose corresponds to about 4 times the human exposure of unbound drug, based on AUC comparisons at the highest recommended human dose of 20 mg/day. Fetal body weights decreased when pregnant rats were given oral doses of 120 mg/kg. This dose corresponds to about 14 times the human exposure of unbound drug.

## 8.2   Labor and Delivery

Safety and effectiveness of XARELTO during labor and delivery have not been studied in clinical trials. However, in animal studies maternal bleeding and maternal and fetal death occurred at the rivaroxaban dose of 40 mg/kg (about 6 times maximum human exposure of the unbound drug at the human dose of 20 mg/day).

## 8.3   Nursing Mothers

It is not known if rivaroxaban is excreted in human milk. Rivaroxaban and/or its metabolites were excreted into the milk of rats. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from rivaroxaban, a decision should be made whether to discontinue nursing or discontinue XARELTO, taking into account the importance of the drug to the mother.

## 8.4   Pediatric Use

Safety and effectiveness in pediatric patients have not been established.

## 8.5   Geriatric Use

Of the total number of patients in the RECORD 1-3 clinical studies evaluating XARELTO, about 54% were 65 years and over, while about 15% were >75 years. In ROCKET AF, approximately 77% were 65 years and over and about 38% were >75 years. In clinical trials the efficacy of XARELTO in the elderly (65 years or older) was similar to that seen in patients younger than 65 years. Both thrombotic and bleeding event rates were higher in these older patients, but the risk-benefit profile was favorable in all age groups *[see Clinical Pharmacology (12.3) and Clinical Studies (14)]*.

15

### 8.6   Females of Reproductive Potential

Females of reproductive potential requiring anticoagulation should discuss pregnancy planning with their physician.

### 8.7   Renal Impairment

The safety and pharmacokinetics of single-dose XARELTO (10 mg) were evaluated in a study in healthy subjects [CrCl ≥80 mL/min (n=8)] and in subjects with varying degrees of renal impairment (see Table 4). Compared to healthy subjects with normal creatinine clearance, rivaroxaban exposure increased in subjects with renal impairment. Increases in pharmacodynamic effects were also observed.

**Table 4:    Percent Increase of Rivaroxaban PK and PD Parameters from Normal in Subjects with Renal Insufficiency from a Dedicated Renal Impairment Study**

| Parameter | | Renal Impairment Class [CrCl (mL/min)] | | |
|---|---|---|---|---|
| | | Mild [50 to 79] N=8 | Moderate [30 to 49] N=8 | Severe [15 to 29] N=8 |
| Exposure | AUC | 44 | 52 | 64 |
| (% increase relative to normal) | $C_{max}$ | 28 | 12 | 26 |
| FXa Inhibition | AUC | 50 | 86 | 100 |
| (% increase relative to normal) | $E_{max}$ | 9 | 10 | 12 |
| PT Prolongation | AUC | 33 | 116 | 144 |
| (% increase relative to normal) | $E_{max}$ | 4 | 17 | 20 |

PT = Prothrombin time; FXa = Coagulation factor Xa; AUC = Area under the concentration or effect curve; $C_{max}$ = maximum concentration; $E_{max}$ = maximum effect; and CrCl = creatinine clearance

Patients with renal impairment taking P-gp and weak to moderate CYP3A4 inhibitors may have significant increases in exposure which may increase bleeding risk *[see Drug Interactions (7.6)]*.

<u>Nonvalvular Atrial Fibrillation</u>

In the ROCKET AF trial, patients with CrCl 30 to 50 mL/min were administered XARELTO 15 mg once daily resulting in serum concentrations of rivaroxaban and clinical outcomes similar to those in patients with better renal function administered XARELTO 20 mg once daily. Patients with CrCl 15 to 30 mL/min were not studied, but administration of XARELTO 15 mg once daily is also expected to result in serum concentrations of rivaroxaban similar to those in patients with normal renal function *[see Dosage and Administration (2.1)]*.

<u>Prophylaxis of Deep Vein Thrombosis</u>

The combined analysis of the RECORD 1-3 clinical efficacy studies did not show an increase in bleeding risk for patients with moderate renal impairment and reported a possible increase in total VTE in this population. Observe closely and promptly evaluate any signs or symptoms of blood loss in patients with moderate renal impairment (CrCl 30 to <50 mL/min). Avoid the use

16

of XARELTO in patients with severe renal impairment (CrCl <30 mL/min) *[see Dosage and Administration (2.3) and Warnings and Precautions (5.2)]*.

## 8.8   Hepatic Impairment

The safety and pharmacokinetics of single-dose XARELTO (10 mg) were evaluated in a study in healthy subjects (n=16) and subjects with varying degrees of hepatic impairment (see Table 5). No patients with severe hepatic impairment (Child-Pugh C) were studied. Compared to healthy subjects with normal liver function, significant increases in rivaroxaban exposure were observed in subjects with moderate hepatic impairment (Child-Pugh B). Increases in pharmacodynamic effects were also observed.

**Table 5:    Percent Increase of Rivaroxaban PK and PD Parameters from Normal in Subjects with Hepatic Insufficiency from a Dedicated Hepatic Impairment Study**

| Parameter | | Hepatic Impairment Class (Child-Pugh Class) | |
| --- | --- | --- | --- |
| | | Mild (Child-Pugh A) N=8 | Moderate (Child-Pugh B) N=8 |
| Exposure | AUC | 15 | 127 |
| (% increase relative to normal) | $C_{max}$ | 0 | 27 |
| FXa Inhibition | AUC | 8 | 159 |
| (% increase relative to normal) | $E_{max}$ | 0 | 24 |
| PT Prolongation | AUC | 6 | 114 |
| (% increase relative to normal) | $E_{max}$ | 2 | 41 |

PT = Prothrombin time; FXa = Coagulation factor Xa; AUC = Area under the concentration or effect curve; $C_{max}$ = maximum concentration; $E_{max}$ = maximum effect

Avoid the use of XARELTO in patients with moderate (Child-Pugh B) and severe (Child-Pugh C) hepatic impairment or with any hepatic disease associated with coagulopathy *[see Dosage and Administration (2.3) and Warnings and Precautions (5.2)]*.

## 10   OVERDOSAGE

Overdose of XARELTO may lead to hemorrhage. A specific antidote for rivaroxaban is not available. Rivaroxaban systemic exposure is not further increased at single doses >50 mg due to limited absorption. Discontinue XARELTO and initiate appropriate therapy if bleeding complications associated with overdosage occur. The use of activated charcoal to reduce absorption in case of XARELTO overdose may be considered. Due to the high plasma protein binding, rivaroxaban is not expected to be dialyzable *[see Warnings and Precautions (5.2) and Clinical Pharmacology (12.3)]*.

## 11   DESCRIPTION

Rivaroxaban, a factor Xa inhibitor, is the active ingredient in XARELTO Tablets with the chemical  name  5-Chloro-N-({(5S)-2-oxo-3-[4-(3-oxo-4-morpholinyl)phenyl]-1,3-oxazolidin-5-

17

yl}methyl)-2-thiophenecarboxamide. The molecular formula of rivaroxaban is $C_{19}H_{18}ClN_3O_5S$ and the molecular weight is 435.89. The structural formula is:

Rivaroxaban is a pure (*S*)-enantiomer. It is an odorless, non-hygroscopic, white to yellowish powder. Rivaroxaban is only slightly soluble in organic solvents (e.g., acetone, polyethylene glycol 400) and is practically insoluble in water and aqueous media.

Each XARELTO tablet contains 10 mg, 15 mg, or 20 mg of rivaroxaban. The inactive ingredients of XARELTO are: croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, microcrystalline cellulose, and sodium lauryl sulfate. Additionally, the proprietary film coating mixture used for XARELTO 10 mg tablets is Opadry® Pink and XARELTO 15 mg tablets is Opadry® Red, containing ferric oxide red, hypromellose, polyethylene glycol 3350, and titanium dioxide, and for XARELTO 20 mg tablets is Opadry® II Dark Red, containing ferric oxide red, polyethylene glycol 3350, polyvinyl alcohol (partially hydrolyzed), talc, and titanium dioxide.

## 12  CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

XARELTO is an orally bioavailable factor Xa inhibitor that selectively blocks the active site of factor Xa and does not require a cofactor (such as Anti-thrombin III) for activity. Activation of factor X to factor Xa (FXa) via the intrinsic and extrinsic pathways plays a central role in the cascade of blood coagulation.

### 12.2 Pharmacodynamics

Dose-dependent inhibition of factor Xa activity was observed in humans and the Neoplastin® prothrombin time (PT), activated partial thromboplastin time (aPTT) and HepTest® are prolonged dose-dependently. Anti-factor Xa activity is also influenced by rivaroxaban.

18

### 12.3  Pharmacokinetics

Absorption

The absolute bioavailability of rivaroxaban is dose-dependent. For the 10 mg dose, it is estimated to be 80% to 100% and is not affected by food. XARELTO 10 mg tablets can be taken with or without food *[see Dosage and Administration (2.2)]*.

The absolute bioavailability of rivaroxaban at a dose of 20 mg in the fasted state is approximately 66%. Coadministration of XARELTO with food increases the bioavailability of the 20 mg dose (mean AUC and $C_{max}$ increasing by 39% and 76% respectively with food). XARELTO 15 mg and 20 mg tablets should be taken with the evening meal *[see Dosage and Administration (2.1)]*.

The maximum concentrations ($C_{max}$) of rivaroxaban appear 2 to 4 hours after tablet intake. The pharmacokinetics of rivaroxaban were not affected by drugs altering gastric pH. Coadministration of XARELTO (30 mg single dose) with the $H_2$-receptor antagonist ranitidine (150 mg twice daily), the antacid aluminum hydroxide/magnesium hydroxide (10 mL) or XARELTO (20 mg single dose) with the PPI omeprazole (40 mg once daily) did not show an effect on the bioavailability and exposure of rivaroxaban.

Absorption of rivaroxaban is dependent on the site of drug release in the GI tract. A 29% and 56% decrease in AUC and $C_{max}$ compared to tablet was reported when rivaroxaban granulate is released in the proximal small intestine. Exposure is further reduced when drug is released in the distal small intestine, or ascending colon. Avoid administration of rivaroxaban via a method that could deposit drug directly into the proximal small intestine (e.g., feeding tube) which can result in reduced absorption and related drug exposure.

Distribution

Plasma protein binding of rivaroxaban in human plasma is approximately 92% to 95%, with albumin being the main binding component. The steady-state volume of distribution in healthy subjects is approximately 50 L.

Metabolism

Approximately 51% of an orally administered [$^{14}$C]-rivaroxaban dose was recovered as metabolites in urine (30%) and feces (21%). Oxidative degradation catalyzed by CYP3A4/5 and CYP2J2 and hydrolysis are the major sites of biotransformation. Unchanged rivaroxaban was the predominant moiety in plasma with no major or active circulating metabolites.

Excretion

Following oral administration of a [$^{14}$C]-rivaroxaban dose, 66% of the radioactive dose was recovered in urine (36% as unchanged drug) and 28% was recovered in feces (7% as unchanged

19

drug). Unchanged drug is excreted into urine, mainly via active tubular secretion and to a lesser extent via glomerular filtration (approximate 5:1 ratio). Rivaroxaban is a substrate of the efflux transporter proteins P-gp and ABCG2 (also abbreviated Bcrp). Rivaroxaban's affinity for influx transporter proteins is unknown.

Rivaroxaban is a low-clearance drug, with a systemic clearance of approximately 10 L/hr in healthy volunteers following intravenous administration. The terminal elimination half-life of rivaroxaban is 5 to 9 hours in healthy subjects aged 20 to 45 years.

Specific Populations

*Gender*
Gender did not influence the pharmacokinetics or pharmacodynamics of XARELTO.

*Race*
Healthy Japanese subjects were found to have 20 to 40% on average, higher exposures compared to other ethnicities including Chinese. However, these differences in exposure are reduced when values are corrected for body weight.

*Elderly*
In clinical studies, elderly subjects exhibited higher rivaroxaban plasma concentrations than younger subjects with mean AUC values being approximately 50% higher, mainly due to reduced (apparent) total body and renal clearance. Age related changes in renal function may play a role in this age effect. The terminal elimination half-life is 11 to 13 hours in the elderly *[see Use in Specific Populations (8.5)].*

*Body Weight*
Extremes in body weight (<50 kg or >120 kg) did not influence (less than 25%) rivaroxaban exposure.

Drug Interactions

*In vitro* studies indicate that rivaroxaban neither inhibits the major cytochrome P450 enzymes CYP1A2, 2C8, 2C9, 2C19, 2D6, 2J2, and 3A4 nor induces CYP1A2, 2B6, 2C19, or 3A4.

*In vitro* data also indicates a low rivaroxaban inhibitory potential for P-gp and ABCG2 transporters.

In addition, there were no significant pharmacokinetic interactions observed in studies comparing concomitant rivaroxaban 20 mg and 7.5 mg single dose of midazolam (substrate of CYP3A4), 0.375 mg once-daily dose of digoxin (substrate of P-gp), or 20 mg once daily dose of atorvastatin (substrate of CYP3A4 and P-gp) in healthy volunteers.

Reference ID: 3039818

## 12.6  QT/QTc Prolongation

In a thorough QT study in healthy men and women aged 50 years and older, no QTc prolonging effects were observed for XARELTO (15 mg and 45 mg, single-dose).

## 13   NON-CLINICAL TOXICOLOGY

### 13.1  Carcinogenesis, Mutagenesis, and Impairment of Fertility

Rivaroxaban was not carcinogenic when administered by oral gavage to mice or rats for up to 2 years. The systemic exposures (AUCs) of unbound rivaroxaban in male and female mice at the highest dose tested (60 mg/kg/day) were 1- and 2-times, respectively, the human exposure of unbound drug at the human dose of 20 mg/day. Systemic exposures of unbound drug in male and female rats at the highest dose tested (60 mg/kg/day) were 2- and 4-times, respectively, the human exposure.

Rivaroxaban was not mutagenic in bacteria (Ames-Test) or clastogenic in V79 Chinese hamster lung cells *in vitro* or in the mouse micronucleus test *in vivo*.

No impairment of fertility was observed in male or female rats when given up to 200 mg/kg/day of rivaroxaban orally. This dose resulted in exposure levels, based on the unbound AUC, at least 13 times the exposure in humans given 20 mg rivaroxaban daily.

## 14   CLINICAL STUDIES

### 14.1  Stroke Prevention in Nonvalvular Atrial Fibrillation

The evidence for the efficacy and safety of XARELTO was derived from ROCKET AF, a multi-national, double-blind study comparing XARELTO (at a dose of 20 mg once daily with the evening meal in patients with CrCl >50 mL/min and 15 mg once daily with the evening meal in patients with CrCl 30 to <50 mL/min) to warfarin (titrated to INR 2.0 to 3.0) to reduce the risk of stroke and non-central nervous system (CNS) systemic embolism in patients with nonvalvular atrial fibrillation (AF). Patients had to have one or more of the following additional risk factors for stroke:

- a prior stroke (ischemic or unknown type), transient ischemic attack (TIA) or non-CNS systemic embolism, or
- 2 or more of the following risk factors:
  - age ≥75 years,
  - hypertension,
  - heart failure or left ventricular ejection fraction ≤35%, or
  - diabetes mellitus

21

ROCKET AF was a non-inferiority study designed to demonstrate that XARELTO preserved more than 50% of warfarin's effect on stroke and non-CNS systemic embolism as established by previous placebo-controlled studies of warfarin in atrial fibrillation.

A total of 14264 patients were randomized and followed on study treatment for a median of 590 days. The mean age was 71 years and the mean $CHADS_2$ score was 3.5. The population was 60% male, 83% Caucasian, 13% Asian and 1.3% Black. There was a history of stroke, TIA, or non-CNS systemic embolism in 55% of patients, and 38% of patients had not taken a vitamin K antagonist (VKA) within 6 weeks at time of screening. Concomitant diseases of patients in this study included hypertension 91%, diabetes 40%, congestive heart failure 63%, and prior myocardial infarction 17%. At baseline, 37% of patients were on aspirin (almost exclusively at a dose of 100 mg or less) and few patients were on clopidogrel. Patients were enrolled in Eastern Europe (39%); North America (19%); Asia, Australia, and New Zealand (15%); Western Europe (15%); and Latin America (13%). Patients randomized to warfarin had a mean percentage of time in the INR target range of 2.0 to 3.0 of 55%, lower during the first few months of the study.

In ROCKET AF, XARELTO was demonstrated non-inferior to warfarin for the primary composite endpoint of time to first occurrence of stroke (any type) or non-CNS systemic embolism [HR (95% CI): 0.88 (0.74, 1.03)], but superiority to warfarin was not demonstrated. There is insufficient experience to determine how XARELTO and warfarin compare when warfarin therapy is well-controlled.

Table 6 displays the overall results for the primary composite endpoint and its components.

**Table 6:  Primary Composite Endpoint Results in ROCKET AF Study**

| Event | XARELTO | | Warfarin | | XARELTO vs. Warfarin |
|---|---|---|---|---|---|
| | N = 7081 n (%) | Event Rate (per 100 Pt-yrs) | N = 7090 n (%) | Event Rate (per 100 Pt-yrs) | Hazard Ratio (95% CI) |
| Primary Composite Endpoint* | 269 (3.8) | 2.1 | 306 (4.3) | 2.4 | 0.88 (0.74, 1.03) |
| Stroke | 253 (3.6) | 2.0 | 281 (4.0) | 2.2 | |
| Hemorrhagic Stroke | 33 (0.5) | 0.3 | 57 (0.8) | 0.4 | |
| Ischemic Stroke | 206 (2.9) | 1.6 | 208 (2.9) | 1.6 | |
| Unknown Stroke Type | 19 (0.3) | 0.2 | 18 (0.3) | 0.1 | |
| Non-CNS Systemic Embolism | 20 (0.3) | 0.2 | 27 (0.4) | 0.2 | |

\* The primary endpoint was the time to first occurrence of stroke (any type) or non-CNS systemic embolism. Data are shown for all randomized patients followed to site notification that the study would end.

Figure 1 is a plot of the time from randomization to the occurrence of the first primary endpoint event in the two treatment arms.

22

**Figure 1:    Time to First Occurrence of Stroke (any type) or Non-CNS Systemic Embolism by Treatment Group**

Number of Subjects at Risk:

| | 0 | 90 | 180 | 270 | 360 | 450 | 540 | 630 | 720 | 810 | 900 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| XARELTO | 7081 | 6927 | 6774 | 6620 | 6470 | 5580 | 4779 | 3820 | 2951 | 2058 | 1321 |
| Warfarin | 7090 | 6910 | 6755 | 6590 | 6440 | 5561 | 4756 | 3807 | 2944 | 2069 | 1319 |

The efficacy of XARELTO was generally consistent across major subgroups.

The protocol for ROCKET AF did not stipulate anticoagulation after study drug discontinuation, but warfarin patients who completed the study were generally maintained on warfarin. XARELTO patients were generally switched to warfarin without a period of co-administration of warfarin and XARELTO, so that they were not adequately anticoagulated after stopping XARELTO until attaining a therapeutic INR. During the 28 days following the end of the study, there were 22 strokes in the 4637 patients taking XARELTO vs. 6 in the 4691 patients taking warfarin.

Few patients in ROCKET AF underwent electrical cardioversion for atrial fibrillation. The utility of XARELTO for preventing post-cardioversion stroke and systemic embolism is unknown.

23

## 14.2 Prophylaxis of Deep Vein Thrombosis

XARELTO was studied in 9011 patients (4487 XARELTO-treated, 4524 enoxaparin-treated patients) in the RECORD 1, 2, and 3 studies.

The two randomized, double-blind, clinical studies (RECORD 1 and 2) in patients undergoing elective total hip replacement surgery compared XARELTO 10 mg once daily starting at least 6 to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin 40 mg once daily started 12 hours preoperatively. In RECORD 1 and 2, a total of 6727 patients were randomized and 6579 received study drug. The mean age [± standard deviation (SD)] was 63 ± 12.2 (range 18 to 93) years with 49% of patients ≥65 years and 55% of patients were female. More than 82% of patients were White, 7% were Asian, and less than 2% were Black. The studies excluded patients undergoing staged bilateral total hip replacement, patients with severe renal impairment defined as an estimated creatinine clearance <30 mL/min, or patients with significant liver disease (hepatitis or cirrhosis). In RECORD 1, the mean exposure duration (± SD) to active XARELTO and enoxaparin was $33.3 \pm 7.0$ and $33.6 \pm 8.3$ days, respectively. In RECORD 2, the mean exposure duration to active XARELTO and enoxaparin was $33.5 \pm 6.9$ and $12.4 \pm 2.9$ days, respectively. After Day 13, oral placebo was continued in the enoxaparin group for the remainder of the double-blind study duration. The efficacy data for RECORD 1 and 2 are provided in Table 7.

**Table 7:   Summary of Key Efficacy Analysis Results for Patients Undergoing Total Hip Replacement Surgery - Modified Intent-to-Treat Population**

| | RECORD 1 | | | RECORD 2 | | |
|---|---|---|---|---|---|---|
| **Treatment Dosage and Duration** | **XARELTO 10 mg once daily** | **Enoxaparin 40 mg once daily** | **RRR[*], p-value** | **XARELTO 10 mg once daily** | **Enoxaparin[†] 40 mg once daily** | **RRR[*], p-value** |
| **Number of Patients** | **N = 1513** | **N = 1473** | | **N = 834** | **N = 835** | |
| **Total VTE** | 17 (1.1%) | 57 (3.9%) | 71% (95% CI: 50, 83), p<0.001 | 17 (2.0%) | 70 (8.4%) | 76% (95% CI: 59, 86), p<0.001 |
| **Components of Total VTE** | | | | | | |
| Proximal DVT | 1 (0.1%) | 31 (2.1%) | | 5 (0.6%) | 40 (4.8%) | |
| Distal DVT | 12 (0.8%) | 26 (1.8%) | | 11 (1.3%) | 43 (5.2%) | |
| Non-fatal PE | 3 (0.2%) | 1 (0.1%) | | 1 (0.1%) | 4 (0.5%) | |
| Death (any cause) | 4 (0.3%) | 4 (0.3%) | | 2 (0.2%) | 4 (0.5%) | |
| **Number of Patients** | **N= 1600** | **N = 1587** | | **N= 928** | **N = 929** | |
| **Major VTE[‡]** | 3 (0.2%) | 33 (2.1%) | 91% (95% CI: 71, 97), p<0.001 | 6 (0.7%) | 45 (4.8%) | 87% (95% CI: 69, 94), p<0.001 |
| **Number of Patients** | **N = 2103** | **N = 2119** | | **N = 1178** | **N = 1179** | |
| **Symptomatic VTE** | 5 (0.2%) | 11 (0.5%) | | 3 (0.3%) | 15 (1.3%) | |

[*]   Relative Risk Reduction; CI=confidence interval
[†]   Includes the placebo-controlled period of RECORD 2
[‡]   Proximal DVT, nonfatal PE or VTE-related death

Reference ID: 3039818

One randomized, double-blind, clinical study (RECORD 3) in patients undergoing elective total knee replacement surgery compared XARELTO 10 mg once daily started at least 6 to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin. In RECORD 3, the enoxaparin regimen was 40 mg once daily started 12 hours preoperatively. The mean age ($\pm$ SD) of patients in the study was 68 $\pm$ 9.0 (range 28 to 91) years with 66% of patients $\geq$65 years. Sixty-eight percent (68%) of patients were female. Eighty-one percent (81%) of patients were White, less than 7% were Asian, and less than 2% were Black. The study excluded patients with severe renal impairment defined as an estimated creatinine clearance <30 mL/min or patients with significant liver disease (hepatitis or cirrhosis). The mean exposure duration ($\pm$ SD) to active XARELTO and enoxaparin was 11.9 $\pm$ 2.3 and 12.5 $\pm$ 3.0 days, respectively. The efficacy data are provided in Table 8.

**Table 8:    Summary of Key Efficacy Analysis Results for Patients Undergoing Total Knee Replacement Surgery - Modified Intent-to-Treat Population**

| | RECORD 3 | | |
|---|---|---|---|
| **Treatment Dosage and Duration** | **XARELTO 10 mg once daily** | **Enoxaparin 40 mg once daily** | **RRR[*], p-value** |
| **Number of Patients** | **N = 813** | **N = 871** | |
| **Total VTE** | 79 (9.7%) | 164 (18.8%) | 48% (95% CI: 34, 60), p<0.001 |
| **Components of events contributing to Total VTE** | | | |
| Proximal DVT | 9 (1.1%) | 19 (2.2%) | |
| Distal DVT | 74 (9.1%) | 154 (17.7%) | |
| Non-fatal PE | 0 | 4 (0.5%) | |
| Death (any cause) | 0 | 2 (0.2%) | |
| **Number of Patients** | **N = 895** | **N = 917** | |
| **Major VTE[†]** | 9 (1.0%) | 23 (2.5%) | 60% (95% CI: 14, 81), p=0.024 |
| **Number of Patients** | **N = 1206** | **N = 1226** | |
| **Symptomatic VTE** | 8 (0.7%) | 24 (2.0%) | |

[*]  Relative Risk Reduction; CI=confidence interval
[†]  Proximal DVT, nonfatal PE or VTE-related death

# 16  HOW SUPPLIED/STORAGE AND HANDLING

XARELTO (rivaroxaban) Tablets are available in the strengths and packages listed below:

- 10 mg tablets are round, light red, biconvex film-coated tablets marked with a triangle pointing down above a "10" on one side, and an "Xa" on the other side. The tablets are supplied in the packages listed:

    NDC 50458-580-30          Bottle containing 30 tablets

    NDC 50458-580-10          Blister package containing 100 tablets (10 blister cards containing 10 tablets each)

25

- 15 mg tablets are round, red, biconvex film-coated tablets with a triangle pointing down above a "15" marked on one side and "Xa" on the other side. The tablets are supplied in the packages listed:

  | NDC 50458-578-30 | Bottle containing 30 tablets |
  |---|---|
  | NDC 50458-578-90 | Bottle containing 90 tablets |
  | NDC 50458-578-10 | Blister package containing 100 tablets (10 blister cards containing 10 tablets each) |

- 20 mg tablets are triangle-shaped, dark red film-coated tablets with a triangle pointing down above a "20" marked on one side and "Xa" on the other side. The tablets are supplied in the packages listed:

  | NDC 50458-579-30 | Bottle containing 30 tablets |
  |---|---|
  | NDC 50458-579-90 | Bottle containing 90 tablets |
  | NDC 50458-579-10 | Blister package containing 100 tablets (10 blister cards containing 10 tablets each) |

Store at 25° C (77° F) or room temperature; excursions permitted to 15°-30° C (59°-86° F) [see USP Controlled Room Temperature].

Keep out of the reach of children.

## 17  PATIENT COUNSELING INFORMATION

*See FDA-approved patient labeling (Medication Guide).*

### 17.1 Instructions for Patient Use

- Advise patients to take XARELTO only as directed.
- Remind patients to not discontinue XARELTO without first talking to their healthcare professional.
- Advise patients with atrial fibrillation to take XARELTO once daily with the evening meal.
- If a dose is missed, advise the patient to take XARELTO as soon as possible on the same day and continue on the following day with their recommended daily dose regimen.

### 17.2 Bleeding Risks

- Advise patients to report any unusual bleeding or bruising to their physician. Inform patients that it might take them longer than usual to stop bleeding, and that they may

26

bruise and/or bleed more easily when they are treated with XARELTO *[see Warnings and Precautions (5.2)]*.

- If patients have had neuraxial anesthesia or spinal puncture, and particularly, if they are taking concomitant NSAIDs or platelet inhibitors, advise patients to watch for signs and symptoms of spinal or epidural hematoma, such as tingling, numbness (especially in the lower limbs) and muscular weakness. If any of these symptoms occur, advise the patient to contact his or her physician immediately *[see Boxed Warning]*.

### 17.3   Invasive or Surgical Procedures

Instruct patients to inform their health care professional that they are taking XARELTO before any invasive procedure (including dental procedures) is scheduled.

### 17.4  Concomitant Medication and Herbals

Advise patients to inform their physicians and dentists if they are taking, or plan to take, any prescription or over-the-counter drugs or herbals, so their healthcare professionals can evaluate potential interactions *[see Drug Interactions (7)]*.

### 17.5  Pregnancy and Pregnancy-Related Hemorrhage

- Advise patients to inform their physician immediately if they become pregnant or intend to become pregnant during treatment with XARELTO *[see Use in Specific Populations (8.1)]*.

- Advise pregnant women receiving XARELTO to immediately report to their physician any bleeding or symptoms of blood loss *[see Warnings and Precautions (5.4)]*.

### 17.6  Nursing

Advise patients to discuss with their physician if they are nursing or intend to nurse during anticoagulant treatment *[see Use in Specific Populations (8.3)]*.

### 17.7  Females of Reproductive Potential

Advise patients who can become pregnant to discuss pregnancy planning with their physician *[see Use in Specific Populations (8.6)]*.

Active Ingredient Made in Germany

Finished Product Manufactured by:
Janssen Ortho, LLC
Gurabo, PR 00778

Reference ID: 3039818

Manufactured for:

Janssen Pharmaceuticals, Inc.

Titusville, NJ 08560

Licensed from:

Bayer HealthCare AG

51368 Leverkusen, Germany

© Janssen Pharmaceuticals, Inc. 2011

# MEDICATION GUIDE

## XARELTO® (zah-REL-toe)

## (rivaroxaban)

## Tablets

Read this Medication Guide before you start taking XARELTO and each time you get a refill. There may be new information. This Medication Guide does not take the place of talking with your doctor about your medical condition or your treatment.

**What is the most important information I should know about XARELTO?**

- **For people taking XARELTO for atrial fibrillation**:

  People with atrial fibrillation (an irregular heart beat) are at an increased risk of forming a blood clot in the heart, which can travel to the brain, causing a stroke, or to other parts of the body. XARELTO lowers your chance of having a stroke by helping to prevent clots from forming. If you stop taking XARELTO, you may have increased risk of forming a clot in your blood.

  **Do not stop taking XARELTO without talking to the doctor who prescribes it for you. Stopping XARELTO increases your risk of having a stroke.**

  If you have to stop taking XARELTO, your doctor may prescribe another blood thinner medicine to prevent a blood clot from forming.

- XARELTO can cause bleeding which can be serious, and rarely may lead to death. This is because XARELTO is a blood thinner medicine that reduces blood clotting. While you take XARELTO you are likely to bruise more easily and it may take longer for bleeding to stop.

  You may have a higher risk of bleeding if you take XARELTO and take other medicines that increase your risk of bleeding, including:

  - aspirin or aspirin containing products
  - non-steroidal anti-inflammatory drugs (NSAIDs)
  - warfarin sodium (Coumadin®, Jantoven®)
  - any medicine that contains heparin
  - clopidogrel (Plavix®)
  - prasugrel (Effient®)
  - ticagrelor (Brilinta®)

  Tell your doctor if you take any of these medicines. Ask your doctor or pharmacist if you are not sure if your medicine is one listed above.

  **Call your doctor or get medical help right away if you develop any of these signs or symptoms of bleeding:**
  - unexpected bleeding or bleeding that lasts a long time, such as:
    - o  nose bleeds that happen often
    - o  unusual bleeding from the gums

1

- o menstrual bleeding that is heavier than normal or vaginal bleeding
- bleeding that is severe or you cannot control
- red, pink or brown urine
- bright red or black stools (looks like tar)
- cough up blood or blood clots
- vomit blood or your vomit looks like "coffee grounds"
- headaches, feeling dizzy or weak
- pain, swelling, or new drainage at wound sites

**See "What are the possible side effects of XARELTO?" for more information about side effects.**

**What is XARELTO?**

- XARELTO is a prescription medicine used to:
  - o reduce the risk of stroke and blood clots in people who have a medical condition called atrial fibrillation. With atrial fibrillation, part of the heart does not beat the way it should. This can lead to the formation of blood clots, which can travel to the brain, causing a stroke, or to other parts of the body.
  - o reduce the risk of forming a blood clot in the legs and lungs of people who have just had hip or knee replacement surgery.

It is not known if XARELTO is safe and works in children.

**Who should not take XARELTO?**

**Do not take XARELTO if you:**

- currently have certain types of abnormal bleeding. Talk to your doctor before taking XARELTO if you currently have unusual bleeding.
- are allergic to rivaroxaban or any of the ingredients in XARELTO. See the end of this leaflet for a complete list of ingredients in XARELTO.

**What should I tell my doctor before taking XARELTO?**

Before you take XARELTO, tell your doctor if you:

- have ever had bleeding problems
- have liver or kidneys problems
- have any other medical condition
- are pregnant or planning to become pregnant. It is not known if XARELTO will harm your unborn baby.
- are breastfeeding or plan to breastfeed. It is not known if XARELTO passes into your breast milk. You and your doctor should decide if you will take XARELTO or breastfeed.

2

Tell all of your doctors and dentists that you are taking XARELTO. They should talk to the doctor who prescribed XARELTO for you before you have any surgery, medical or dental procedure.

**Tell your doctor about all the medicines you take, including prescription and nonprescription medicines, vitamins, and herbal supplements.** Some of your other medicines may affect the way XARELTO works. Certain medicines may increase your risk of bleeding. See **"What is the most important information I should know about XARELTO?"**

Especially tell your doctor if you take:

- ketoconazole (Nizoral®)
- itraconazole (Onmel™, Sporanox®)
- ritonavir (Norvir®)
- lopinavir/ritonavir (Kaletra®)
- indinavir (Crixivan®)
- carbamazepine (Carbatrol®, Equetro®, Tegretol®, Tegretol®-XR, Teril™, Epitol®)
- phenytoin (Dilantin-125®, Dilantin®, Phenobarbital, Solfoton™)
- rifampin (Rifater®, Rifamate®, Rimactane®, Rifadin®)
- St. John's wort (Hypericum perforatum)

Ask your doctor if you are not sure if your medicine is one listed above.

Know the medicines you take. Keep a list of them to show your doctor and pharmacist when you get a new medicine.

**How should I take XARELTO?**

- Take XARELTO exactly as prescribed by your doctor. Do not change your dose or stop taking XARELTO unless your doctor tells you to.
- For people who have:
  - **atrial fibrillation:** Take XARELTO 1 time a day **with your evening meal**. **Stopping XARELTO may increase your risk of having a stroke or forming blood clots in other parts of your body.**
  - **hip or knee replacement surgery:** Take XARELTO 1 time a day **with or without food**.
- **Your doctor will decide how long you should take XARELTO. Do not stop taking XARELTO without talking with your doctor first.**
- Your doctor may stop XARELTO for a short time before any surgery, medical or dental procedure. Your doctor will tell you when to start taking XARELTO again after your surgery or procedure.
- Do not run out of XARELTO. Refill your prescription of XARELTO before you run out. When leaving the hospital following a hip or knee replacement, be sure that you will have XARELTO available to avoid missing any doses.

3

- If you miss a dose of XARELTO, take it as soon as you remember on the same day.
- If you take too much XARELTO, go to the nearest hospital emergency room or call your doctor right away.

**What are the possible side effects of XARELTO?**

- **See "What is the most important information I should know about XARELTO?"**

Tell your doctor if you have any side effect that bothers you or that does not go away.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store XARELTO?**

- Store XARELTO at room temperature between 59° to 86°F (15° to 30° C).

**Keep XARELTO and all medicines out of the reach of children.**

**General information about XARELTO.**

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use XARELTO for a condition for which it was not prescribed. Do not give XARELTO to other people, even if they have the same condition. It may harm them.

This Medication Guide summarizes the most important information about XARELTO. If you would like more information, talk with your doctor. You can ask your pharmacist or doctor for information about XARELTO that is written for health professionals.

For more information call 1-800-526-7736 or go to www.XARELTO-US.com.

**What are the ingredients in XARELTO?**

Active ingredient: rivaroxaban

Inactive ingredients: croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, microcrystalline cellulose, and sodium lauryl sulfate.

The proprietary film coating mixture for XARELTO 10 mg tablets is Opadry® Pink contains: ferric oxide red, hypromellose, polyethylene glycol 3350, and titanium dioxide.

The proprietary film coating mixture for XARELTO 15 mg tablets is Opadry® Red, contains: ferric oxide red, hypromellose, polyethylene glycol 3350, and titanium dioxide.

The proprietary film coating mixture for XARELTO 20 mg tablets is Opadry® II Dark Red, contains: ferric oxide red, polyethylene glycol 3350, polyvinyl alcohol (partially hydrolyzed), talc, and titanium dioxide.

4

Issued: November 2011

This Medication Guide has been approved by the U.S. Food and Drug Administration.

Finished Product Manufactured by:
Janssen Ortho, LLC
Gurabo, PR 00778

Manufactured for:
Janssen Pharmaceuticals, Inc.
Titusville, NJ 08560

Licensed from:
Bayer HealthCare AG
51368 Leverkusen, Germany

© Janssen Pharmaceuticals, Inc. 2011

Trademarks are property of their respective owners.

5

NDC 50458-**578**-10
**Xarelto**®
(rivaroxaban) Tablets
**15 mg** Janssen
Pharmaceuticals, Inc.
Titusville, NJ 08560
Rx only
LOT
EXP:
(01)10350458578109

NDC 50458-**578**-10
**Xarelto**®
(rivaroxaban) Tablets
**15 mg** Janssen
Pharmaceuticals, Inc.
Titusville, NJ 08560
Rx only
LOT
EXP:
(01)10350458578109

NDC 50458-**578**-10
**Xarelto**®
(rivaroxaban) Tablets
**15 mg** Janssen
Pharmaceuticals, Inc.
Titusville, NJ 08560
Rx only
LOT
EXP:
(01)10350458578109

NDC 50458-**578**-10
**Xarelto**®
(rivaroxaban) Tablets
**15 mg** Janssen
Pharmaceuticals, Inc.
Titusville, NJ 08560
Rx only
LOT
EXP:
(01)10350458578109

NDC 50458-**578**-10
**Xarelto**®
(rivaroxaban) Tablets
**15 mg** Janssen
Pharmaceuticals, Inc.
Titusville, NJ 08560
Rx only
LOT
EXP:
(01)10350458578109

NDC 50458-**578**-10
**Xarelto**®
(rivaroxaban) Tablets
**15 mg** Janssen
Pharmaceuticals, Inc.
Titusville, NJ 08560
Rx only
LOT
EXP:
(01)10350458578109

NDC 50458-**578**-10
**Xarelto**®
(rivaroxaban) Tablets
**15 mg** Janssen
Pharmaceuticals, Inc.
Titusville, NJ 08560
Rx only
LOT
EXP:
(01)10350458578109

NDC 50458-**578**-10
**Xarelto**®
(rivaroxaban) Tablets
**15 mg** Janssen
Pharmaceuticals, Inc.
Titusville, NJ 08560
Rx only
LOT
EXP:
(01)10350458578109

NDC 50458-**578**-10
**Xarelto**®
(rivaroxaban) Tablets
**15 mg** Janssen
Pharmaceuticals, Inc.
Titusville, NJ 08560
Rx only
LOT
EXP:
(01)10350458578109

NDC 50458-**578**-10
**Xarelto**®
(rivaroxaban) Tablets
**15 mg** Janssen
Pharmaceuticals, Inc.
Titusville, NJ 08560
Rx only
LOT
EXP:
(01)10350458578109

JANSSEN-CILAG

Graphic Services

**Tel.: Inge Vermeiren: +32 14606915 - E-mail: ivermei1@gpsbe.jnj.com**

**Tel.: François Vermeylen: +32 14606865 - E-mail: fvermeyl@gpsbe.jnj.com**

FOIL XARELTO

**Article Number: 10224301**

Format Name: G/F/57312/V1

Technical Info/Spec:

File Name: 10224301.ai (CS4-PC)

L     A     B

■ **Black**

■ **Diecut (not to be printed)**

**Perforation** ----------

1. 27-10-2011

2.

3.

4.

5.

6.

Market: USA

Mat. ID Code:

Operator: BEP

FOR SCAN INSPECTION
2D CODE VERIFICATION

**Xarelto®**
(rivaroxaban)
Tablets **15** mg

janssen ʃ

LOT: EXP:

102272O2

NDC 50458-**578**-10

**Xarelto®**
(rivaroxaban)
Tablets **15** mg

10 Blister Strips
10 Tablets Each

janssen ʃ

NDC 50458-**578**-10

Dispense the accompanying
**Medication Guide to each patient.**

**Package Not Child Resistant!**

For Hospital Use Only.

**Rx only**

**Xarelto®**
(rivaroxaban)
Tablets **15** mg

10 Blister Strips
10 Tablets Each

**Dosage:** See package insert for full prescribing information.

Store at 25°C (77°F) or room temperature; excursions permitted
to 15–30°C (59–86°F) [See USP Controlled Room Temperature].
Keep out of reach of children.

For Hospital Use Only.

Active Ingredient Made in Germany

Finished Product Manufactured by
Janssen Ortho, LLC
Gurabo, PR 00778

Manufactured for:
Janssen Pharmaceuticals, Inc.
Titusville, NJ 08560

© Janssen 2011

Licensed from:
Bayer HealthCare AG,
51368 Leverkusen, Germany

janssen ʃ

3  50458-578-10   2

NDC 50458-**578**-10

Dispense the accompanying
**Medication Guide to each patient.**
Each tablet contains: rivaroxaban 15 mg

**Package Not Child Resistant!**

For Hospital Use Only.

**Rx only**

**Xarelto®**
(rivaroxaban)
Tablets **15** mg

NDC 50458-**578**-10

**Xarelto®**
(rivaroxaban)
Tablets **15** mg

janssen ʃ

10 Blister Strips 10 Tablets each.

**Rx only**

1022740.pdf • Page 1 of 1 October 27, 2011 10:14:34

JANSSEN-CILAG
Graphic Services
**Tel.-inge Vermeylen: +32 14/606915 - E-mail: iverneil1@janbe.jnj.com**
**Tel.-François Vermeylen: +32 14/606865 - E-mail: fvermey@janbe.jnj.com**
BOX XARELTO
**Article Number: 10227400**
Formal Name: 1024025.V1
Technical Info/Spec: 2006966
File Name: 1022740LA (CS4-PC)

L    A    B

Market: USA
Mat. ID Code: 10227400
Operator: IIEP

Open
Magenta
Yellow
Black
Ok-013
Micropoint (Xarelto/Rivaroxaban)
Varnish free
Diecut (not to be printed)

Cyan

1. 01-08-2011
2. 04-08-2011
3. 17-08-2011 (Marella)
4. 27-10-2011
5.
6.

Reference No: 3039818





JANSSEN-CILAG

Graphic Services

**Tel.: Inge Vermeiren: +32 14606915 - E-mail: ivermei1@gpsbe.jnj.com**

**Tel.: François Vermeylen: +32 14606865 - E-mail: fvermeyl@gpsbe.jnj.com**

LABEL XARELTO                                          Market: USA

**Article Number: 10227600**                          Mat. ID Code: 10227600

Format Name: G/L/14134/V2                               Operator: BEP

Technical Info/Spec: 206893

File Name: 10227600.ai (CS4-PC)

|  | L | A | B |
|---|---|---|---|
| Cyan | | | 1. 09-08-2011 |
| Magenta | | | 2. 19-09-2011 |
| Yellow | | | 3. 27-10-2011 |
| Black | | | 4. 27-10-2011 |
| PMS 268 | | | 5. |
| PMS 226 | | | 6. |
| PMS Cool Gray 10 | | | |
| Microprint (XARELTO) | | | |
| Security LPI-1013 or FI-1024 | | | |
| Varnish free | | | |
| Diecut (not to be printed) | | | |



NDC 50458-578-90     90 Tablets

# Xarelto®
## (rivaroxaban)
### Tablets 15 mg

Dispense the accompanying
Medication Guide to each patient.

10231000

janssen

Rx only

Each tablet contains:
rivaroxaban 15 mg
See package insert for
full prescribing information.
Store at 25°C (77°F) or room
temperature; excursions
permitted to 15-30°C (59°-86°F)
[See USP Controlled Room
Temperature].
Keep out of reach of children.
Active Ingredient Made in Germany
Finished Product Manufactured by:
Janssen Ortho, LLC, Gurabo, PR 00778
Manufactured for:
Janssen Pharmaceuticals, Inc.,
Titusville, NJ 08560
Licensed from: Bayer HealthCare AG
51368 Leverkusen, Germany
© Janssen 2011

LOT:
EXP:



JANSSEN-CILAG

Graphic Services

**Tel.: Inge Vermeiren: +32 14606915 - E-mail: ivermei1@gpsbe.jnj.com**

**Tel.: François Vermeylen: +32 14606865 - E-mail: fvermeyl@gpsbe.jnj.com**

LABEL XARELTO                              Market: USA

**Article Number: 10231000**          Mat. ID Code: 10231000

Format Name: G/L/14134/V2          Operator: BEP

Technical Info/Spec: 242289

File Name: 10231000.ai (CS4-PC)

|  | L | A | B |
|---|---|---|---|
| Cyan |  |  | 1. 03-08-2011 |
| Magenta |  |  | 2. 03-08-2011 |
| Yellow |  |  | 3. 27-10-2011 |
| Black |  |  | 4. 27-10-2011 |
| PMS 268 |  |  | 5. |
| PMS 226 |  |  | 6. |
| PMS Cool Gray 10 |  |  | 7. |
| Microprint (XARELTO) |  |  | |
| Security LPI-1013 or FI-1024 |  |  | |
| Varnish free |  |  | |
| Diecut (not to be printed) |  |  | |

10227800.pdf - Page 1 of 1 - October 27, 2011 - 11:11:13

JANSSEN-CILAG

Graphic Services

Tel.: Inge Vermeiren: +32 14 606915 - E-mail: ivermei1@gpsbe.jnj.com

Tel.: François Vermeylen: +32 14 606865 - E-mail: fvermeyl@gpsbe.jnj.com

LABEL XARELTO

**Article Number: 10227800**

Format Name: G/L/14133/V3

Technical Info/Spec: 242141

File Name: 10227800.ai (CS4-PC)

Market: USA

Mat.ID Code: 10227800

Operator: BEP



Each tablet
contains:
rivaroxaban 20 mg
See package
insert for full
prescribing
information.
Store at 25°C (77°F) or room
temperature; excursions permitted
to 15-30°C (59-86°F) [See USP
Controlled Room Temperature].
10227800

**Dispense the accompanying
Medication Guide to each patient.**

NDC 50458-579-99   5 tablets
SAMPLE - NOT FOR SALE

**Xarelto®**
(rivaroxaban)
Tablets **20 mg**

Rx Only

**Keep out of reach of children.**
Active Ingredient Made in Germany
Finished Product Manufactured by:
JOLLC, Gurabo, PR 00778
Manufactured for:
Janssen Pharmaceuticals, Inc.
Titusville, NJ 08560
Licensed from: Bayer HealthCare AG,
51368 Leverkusen, Germany
© Janssen 2011
EXP:     LOT:

L  A  B

| | |
|---|---|
| Black | 1. 09-08-2011 |
| PMS 268 | 2. 09-08-2011 |
| PMS 226 | 3. 27-10-2011 |
| PMS Cool Gray 10 | 4. |
| Security Varnish | 5. |
| Varnish free | 6. |
| Diecut (not to be printed) | |

Reference ID: 3039818



NDC 50458-579-99

Contains 5 tablets

**Xarelto®**
(rivaroxaban)
Tablets
**20 mg**

SAMPLE—NOT FOR SALE

**Patient Education & Resource Kit**

Includes:
• Patient Education
• Savings Information Card
• Resource Information

Rx only

Store at 25°C (77°F) or room temperature; excursions permitted to 15°-30°C (59°-86°F) [See USP Controlled Room Temperature].

Keep out of reach of children.

Active Ingredient Made in Germany

Finished Product Manufactured by: JOLLC, Gurabo, PR 00778
Manufactured for: Janssen Pharmaceuticals, Inc. Titusville, NJ 08560
Licensed from: Bayer HealthCare AG, 51368 Leverkusen, Germany

LOT:
EXP:

janssen

SAMPLE—NOT FOR SALE

Dispense the enclosed Medication Guide to each patient

Each tablet contains:
rivaroxaban 20 mg

Dosage: See package insert for full Prescribing Information.

Rx only

© Janssen 2011

10227900

JANSSEN-CILAG
Graphic Services
Tel.: Inge Vermeiren: +32 14600915 – E-mail ivermeil@gsjabelj's.com
Tel.: François Vermeylen: +32 14600865 – E-mail: fvermeyl@gpsbelj's.com
BOX XARELTO
Article Number: 10227900
Format Info/Size:
Technical Info/Spec:
File Name: 10227900.at (CS4+FC)

Market: USA
Mat. ID Code: 10227900
Operator: Mariëlle

L    A    B

Cyan
Magenta
Yellow
Black
Varnish free
Diecut (not to be printed)

1. 01-09-2011
2. 14-09-2011
3. 27-10-2011 (IBEP)
4. 27-10-2011 (IRSE)
5.
6.

JANSSEN-CILAG

Graphic Services

**Tel.: Inge Vermeiren: +32 14606915 - E-mail: ivermei1@gpsbe.jnj.com**

**Tel.: François Vermeylen: +32 14606865 - E-mail: fvermeyl@gpsbe.jnj.com**

FOIL XARELTO

**Article Number: 10224601**

Format Name: G/F/212440/V1

Technical Info/Spec:

File Name: 10224601.ai (CS4-PC)

L     A     B

■ **Black**

■ **Diecut (not to be printed)**

**Perforation** - - - - - - - -

Market: USA

Mat. ID Code:

Operator: BEP

1. 27-10-2011
2.
3.
4.
5.
6.

FOR SOLVAY/DISTRIBUTION

3W

issuel

EXP:
LOT:

**Xarelto**®
(rivaroxaban)
**Tablets 20 mg**

3W

NDC 50458-**579**-10

**Dispense the accompanying**
**Medication Guide to each patient.**
Each tablet contains: rivaroxaban 20 mg

**Package Not Child Resistant**

For Hospital Use Only.

**Rx only**

10 Blister Strips
10 Tablets Each

NDC 50458-**579**-10

**Dispense the accompanying**
**Medication Guide to each patient.**

**Package Not Child Resistant**

For Hospital Use Only.

**Xarelto**®
(rivaroxaban)
**Tablets 20 mg**

**Rx only**

10 Blister Strips
10 Tablets Each

**Dosage:** See package insert for full prescribing information.
Store at 25°C (77°F) or room temperature; excursions permitted
to 15°-30°C (59°-86°F) [see USP Controlled Room Temperature].
Keep out of reach of children.
For Hospital Use Only.
Active Ingredient Made in Germany

Finished Product Manufactured by:
Janssen Ortho LLC
Gurabo, PR 00778

Manufactured for
Janssen Pharmaceuticals, Inc.
Titusville, NJ 08560

© Janssen 2011

Licensed from:
Bayer HealthCare AG
51368 Leverkusen, Germany

10227500

3 50458-579-10   9

issuel

**Xarelto**®
(rivaroxaban)
**Tablets 20 mg**

NDC 50458-**579**-10

10 Blister Strips, 10 Tablets each.

**Rx only**

janssen

JANSSEN-CILAG
Graphic Services
Tel.: Ange Vermeiren: +32 14666915 - E-mail: ivermei1@gpsbe.jnj.com
Tel.: François Verreyen: +32 14666665 - E-mail: fverrey@gpsbe.jnj.com
BOX: XARELTO
Article Number: 10227500
Format: France Label
Technical Info/Spec: 2006886
File Name: 10227500.ai (CS4-PC)
Mkt.-ID Code: 10227500
Market: USA
OI-1013
Operator: BEP

10227500.pdf   Page 1 of 1 October 27, 2011 11:28:01

L   A   B

Cyan
Magenta
Yellow
Black
Microprint (Xarelto/rivaroxaban)
Varnish free
Diecut (not to be printed)

1. 04-08-2011
2. 12-09-2011 (Marelke)
3. 27-10-2011
4.
5.
6.



JANSSEN-CILAG

Graphic Services

**Tel.: Inge Vermeiren: +32 14606915 - E-mail: ivermei1@gpsbe.jnj.com**

**Tel.: François Vermeylen: +32 14606865 - E-mail: fvermeyl@gpsbe.jnj.com**

LABEL XARELTO

**Article Number: 10227700**

Format Name: G/L/14134/V2

Technical Info/Spec: 242289

File Name: 10227700.ai (CS4-PC)

Market: USA

Mat. ID Code: 10227700

Operator: BEP

|  | L | A | B |  |
|---|---|---|---|---|
| Cyan |  |  |  | 1. 03-08-2011 |
| Magenta |  |  |  | 2. 27-10-2011 |
| Yellow |  |  |  | 3. 27-10-2011 |
| Black |  |  |  | 4. |
| PMS 268 |  |  |  | 5. |
| PMS 226 |  |  |  | 6. |
| PMS Cool Gray 10 |  |  |  |  |
| Microprint (XARELTO) |  |  |  |  |
| Security LPI-1013 or FI-1024 |  |  |  |  |
| Varnish free |  |  |  |  |
| Diecut (not to be printed) |  |  |  |  |





JANSSEN-CILAG

Graphic Services

**Tel.: Inge Vermeiren: +32 14606915 - E-mail: ivermei1@gpsbe.jnj.com**

**Tel.: François Vermeylen: +32 14606865 - E-mail: fvermeyl@gpsbe.jnj.com**

LABEL XARELTO

**Article Number: 10231100**

Format Name: G/L/14134/V2

Technical Info/Spec: 206893

File Name: 10231100.ai (CS4-PC)

Market: USA

Mat. ID Code: 10231100

Operator: BEP

|  | L | A | B |
|---|---|---|---|
| **Cyan** | | | | 1. 01-08-2011 |
| **Magenta** | | | 2. 04-08-2011 |
| **Yellow** | | | 3. 19-09-2011 |
| **Black** | | | 4. 27-10-2011 |
| **PMS 268** | | | 5. 27-10-2011 |
| **PMS 226** | | | 6. |
| **PMS Cool Gray 10** | | | |
| **Microprint (XARELTO)** | | | |
| **Security LPI-1013 or FI-1024** | | | |
| **Varnish free** | | | |
| **Diecut (not to be printed)** | | | |

Initial REMS Approval: 11/2011

NDA 202,439

**XARELTO® (Rivaroxaban) tablets**

Factor Xa Inhibitor

Janssen Pharmaceuticals, Inc.

Titusville, NJ 08560

1-800-526-7736

### RISK EVALUATION AND MITIGATION STRATEGY (REMS)

## I.  GOALS

The goals of the XARELTO® REMS are:

1. To inform healthcare professionals (HCPs) that discontinuing XARELTO without introducing an adequate alternative anticoagulant places nonvalvular atrial fibrillation patients at an increased risk of thrombotic events, including stroke, and to follow recommendations in the US Prescribing Information (USPI) on how to convert nonvalvular atrial fibrillation patients from XARELTO to warfarin or other anticoagulants.

2. To inform nonvalvular atrial fibrillation patients that XARELTO should not be stopped without first informing their healthcare professional as to minimize the risks of post-discontinuation thrombotic events.

3. To inform healthcare professionals and nonvalvular atrial fibrillation patients that XARELTO (15 or 20 mg tablets) should be taken with the evening meal.

## II.  REMS ELEMENTS

### A.  Medication Guide

A Medication Guide will be dispensed with each XARELTO prescription in accordance with 21 CFR 208.24.

The Medication Guide is part of the REMS and is appended.

### B.  Communication Plan

Janssen Pharmaceuticals Inc. will implement a communication plan to HCPs to support the implementation of this REMS. This communication plan will include the following:

#### 1.  Dear Healthcare Professional Letter

A Dear Healthcare Professional (DHCP) Letter will be distributed by mail to: interventional cardiologists; clinical cardiologists; neurologists; emergency medicine physicians: internal medicine physicians; primary care physicians; nurse practitioners; physician assistants; pharmacists; critical care nurses, and cardiac nurse specialists. The letter will be distributed within 60 days, 12 months, and 24 months after the approval of the REMS, and in the event of any substantial safety update. A copy of the USPI and Medication Guide will accompany the DHCP Letter.

In addition, upon request, the DHCP Letter, USPI and Medication Guide will also be distributed to HCPs via sales representatives and medical science liaisons at the time of initial contact, when inquired about the risks outlined in the REMS.

The DHCP Letter is part of the REMS and is appended.

#### 2.  XARELTO REMS website

Within 30 days of REMS approval, Janssen Pharmaceuticals Inc. will post printed or web-based information for HCPs and patients on the XARELTO REMS website (www.xareltorems.com). This information will remain on the website for a period of 2 years.

The USPI and the Medication Guide will be provided in conjunction with the letter.

The content of the print or web-based material will include the following:

- Goals of the REMS
- Information about the risk
- Prescribing information for XARELTO
- Medication Guide for XARELTO
- DHCP Letter (for a period of 2 years)

The web-based material is part of the REMS and is appended.

### 3. Letters to Professional Organizations

A Professional Organization Letter will be distributed by e-mail within 60 days of the REMS approval date. This communication to professional organizations will include the same information as that contained in the DHCP Letter. Janssen Pharmaceuticals Inc. will request that these organizations disseminate this information to their members. Janssen Pharmaceuticals Inc. will communicate the letter to the leadership of the following professional organizations:

- The American Heart Association (AHA)

- The American College of Cardiologists (ACC)

- The Society for Cardiovascular Angiography and Interventions (SCAI)

- The American Academy of Neurology (AAN)

- The American Neurological Association (ANA)

- The National Institute of Neurological Disorders and Stroke (NINDS)

- The American Stroke Association (ASA)

- The National Stroke Association (NSA)

- The American Association of Neuromuscular & Electrodiagnostic Medicine (AANEM)

- The Association of Emergency Physicians (AEP)

- The American College of Chest Physicians (ACCP)

- The Association of Black Cardiologists (ABC)

- The American Academy of Family Physicians (AAFP)

- The American College of Physicians (ACP)

- The National Medical Association (NMA)

- The American Academy of Nurse Practitioners (AANP)

- The American Academy of Physician Assistants (AAPA)

- The American College of Clinical Pharmacy (ACCP)

- The American Society of Health-System Pharmacists (ASHP)

- The American Pharmacists Association (APhA)

- The American Association of Critical-Care Nurses (AACCN)

- The National Association of Clinical Nurse Specialists (NACNS)

The USPI and the Medication Guide will be provided in conjunction with the letter.

The Professional Organization Letter is part of the REMS and is appended.

### C.  Timetable for Submission of Assessments

Janssen Pharmaceuticals Inc. will submit REMS assessments to FDA 18 months, 3 years, and 7 years from the date of the approval of the REMS. To facilitate inclusion of as much information as possible while allowing reasonable time to prepare the submission, the reporting interval covered by each assessment will conclude no earlier than 60 days before the submission date for that assessment. Janssen Pharmaceuticals Inc. will submit each assessment so that it will be received by the FDA on or before the due date.

## IMPORTANT DRUG WARNING
**XARELTO® (rivaroxaban) film-coated oral tablets**

[Date]

Dear Healthcare Professional:

Janssen Pharmaceuticals, Inc. would like to inform you of important safety information for XARELTO® (rivaroxaban). XARELTO is an orally bioavailable reversible factor Xa inhibitor. XARELTO (10 mg once daily) is indicated for the prophylaxis of deep vein thrombosis (DVT) which may lead to pulmonary embolism in patients undergoing knee or hip replacement surgery. XARELTO (15 mg and 20 mg) is now indicated to reduce the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation.

The FDA has determined that a Risk Evaluation and Mitigation Strategy (REMS), which consists of a Medication Guide and a Communication Plan, is necessary to ensure that the benefits of XARELTO outweigh the potential risks in patients with nonvalvular atrial fibrillation, including:

- Increased risk of thrombotic events, including stroke, if XARELTO is discontinued without introducing an adequate alternative anticoagulant

- Potential decreased efficacy of XARELTO (15 mg and 20 mg) if not taken with the evening meal

The XARELTO labeling includes a boxed warning to highlight the safety issue of increased risk of thrombotic events following discontinuation of XARELTO.

---

**WARNING: DISCONTINUING XARELTO IN PATIENTS WITH NONVALVULAR ATRIAL FIBRILLATION INCREASES RISK OF STROKE**

**Discontinuing XARELTO places patients at an increased risk of thrombotic events. An increased rate of stroke was observed following XARELTO discontinuation in clinical trials in atrial fibrillation patients. If anticoagulation with XARELTO must be discontinued for a reason other than pathological bleeding, consider administering another anticoagulant.**

---

### Discontinuing Administration of XARELTO in Nonvalvular Atrial Fibrillation Patients

XARELTO has a plasma half-life of 5 to 9 hours in healthy subjects (ages 20 to 45 years) and 11 to 13 hours in the elderly. Therefore, the anticoagulant effect of XARELTO is only present when

the drug is taken. Discontinuing XARELTO places nonvalvular atrial fibrillation patients at an increased risk of thrombotic events. An increased rate of stroke was observed during the transition from XARELTO to warfarin in clinical trials in atrial fibrillation patients. If XARELTO must be discontinued for a reason other than pathological bleeding, consider administering another anticoagulant. Please read the recommendations in the US Prescribing Information for appropriate management of the switching or transition of XARELTO to warfarin or another anticoagulant. Additionally, advise patients to take XARELTO only as directed and not to discontinue XARELTO without first speaking to you.

## Take XARELTO® (15 and 20 mg) with the Evening Meal

The 20 mg tablet has an absolute bioavailability of approximately 66% under fasting conditions, which could result in a potential risk of inadequate anticoagulation with XARELTO therapy. Coadministration of XARELTO with food can approximately increase the mean AUC by 39% and $C_{max}$ by 76% in both the 15 mg and 20 mg strengths. XARELTO 15 mg and 20 mg tablets should be taken orally once daily with the evening meal to reduce the potential risk of decreased efficacy of therapy. Please inform your nonvalvular atrial fibrillation patients to take this medication as instructed.

## Medication Guide

The Medication Guide contains information to support patient counseling regarding the risks and benefits of treatment with XARELTO. Please review the attached Medication Guide with each patient who is prescribed XARELTO. Additional copies of the XARELTO Medication Guide may be obtained from:

- the web site at www.xareltorems.com or
- the Customer Communications Center at 1-800-526-7736.

Pharmacists and other healthcare professionals who dispense XARELTO have a responsibility to provide a Medication Guide directly to each patient or caregiver with each prescription.

## Reporting Adverse Events

To report any adverse events potentially associated with the use of XARELTO, contact:

- Janssen Pharmaceuticals, Inc. at to 1-800-526-7736 and/or
- FDA's MedWatch Reporting System by phone at 1-800-FDA-1088 (1-800-332-1088) or online at www.fda.gov/medwatch/report.htm

This letter is not intended as a comprehensive description of the risks associated with the use of XARELTO. Please read the enclosed US Prescribing Information and Medication Guide for a complete description of these risks.

 If you have any questions about XARELTO including any information found in this letter, the US Prescribing Information and Medication Guide for XARELTO, please call our Customer Communications Center at 1-800-526-7736.


Sincerely,

Paul Chang, MD

Vice President Medical Affairs

Internal Medicine


Enclosures:
US Prescribing Information
Medication Guide

**IMPORTANT DRUG WARNING**
**XARELTO® (rivaroxaban) film-coated oral tablets**

**Distribute this Information to Your Members**

[Date]

Dear Professional Organization:

Janssen Pharmaceuticals, Inc. would like to inform you of important safety information for XARELTO® (rivaroxaban). XARELTO is an orally bioavailable reversible factor Xa inhibitor. XARELTO (10 mg once daily) is indicated for the prophylaxis of deep vein thrombosis (DVT) which may lead to pulmonary embolism in patients undergoing knee or hip replacement surgery. XARELTO (15 mg and 20 mg) is now indicated to reduce the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation.

The FDA has determined that a Risk Evaluation and Mitigation Strategy (REMS), which consists of a Medication Guide and a Communication Plan, is necessary to ensure that the benefits of XARELTO outweigh the potential risks in patients with nonvalvular atrial fibrillation, including:

- Increased risk of thrombotic events, including stroke, if XARELTO is discontinued without introducing an adequate alternative anticoagulant

- Potential decreased efficacy of XARELTO (15 mg and 20 mg) if not taken with the evening meal

The XARELTO labeling includes a boxed warning to highlight the safety issue of increased risk of thrombotic events following discontinuation of XARELTO.

---

**WARNING: DISCONTINUING XARELTO IN PATIENTS WITH NONVALVULAR ATRIAL FIBRILLATION INCREASES RISK OF STROKE**

**Discontinuing XARELTO places patients at an increased risk of thrombotic events. An increased rate of stroke was observed following XARELTO discontinuation in clinical trials in atrial fibrillation patients. If anticoagulation with XARELTO must be discontinued for a reason other than pathological bleeding, consider administering another anticoagulant.**

---

**Discontinuing Administration of XARELTO in Nonvalvular Atrial Fibrillation Patients**

XARELTO has a plasma half-life of 5 to 9 hours in healthy subjects (ages 20 to 45 years) and 11 to 13 hours in the elderly. Therefore, the anticoagulant effect of XARELTO is only present when the drug is taken. Discontinuing XARELTO places nonvalvular atrial fibrillation patients at an increased risk of thrombotic events. An increased rate of stroke was observed during the transition from XARELTO to warfarin in clinical trials in atrial fibrillation patients. If XARELTO must be discontinued for a reason other than pathological bleeding, consider administering another anticoagulant. Please read the recommendations in the US Prescribing Information for appropriate management of the switching or transition of XARELTO to warfarin or another anticoagulant. Additionally, advise patients to take XARELTO only as directed and not to discontinue XARELTO without first speaking to you.

**Take XARELTO® (15 and 20 mg) with the Evening Meal**

The 20 mg tablet has an absolute bioavailability of approximately 66% under fasting conditions, which could result in a potential risk of inadequate anticoagulation with XARELTO therapy. Coadministration of XARELTO with food can approximately increase the mean AUC by 39% and $C_{max}$ by 76% in both the 15 mg and 20 mg strengths. XARELTO 15 mg and 20 mg tablets should be taken orally once daily with the evening meal to reduce the potential risk of decreased efficacy of therapy. Please inform your nonvalvular atrial fibrillation patients to take this medication as instructed.

**Medication Guide**

The Medication Guide contains information to support patient counseling regarding the risks and benefits of treatment with XARELTO. Please review the attached Medication Guide with each patient who is prescribed XARELTO. Additional copies of the XARELTO Medication Guide may be obtained from:

- the web site at www.xareltorems.com or

- the Customer Communications Center at 1-800-526-7736.

Pharmacists and other healthcare professionals who dispense XARELTO have a responsibility to provide a Medication Guide directly to each patient or caregiver with each prescription.

**Reporting Adverse Events**

To report any adverse events potentially associated with the use of XARELTO, contact:

- Janssen Pharmaceuticals, Inc. at to 1-800-526-7736 and/or

- FDA's MedWatch Reporting System by phone at 1-800-FDA-1088 (1-800-332-1088) or online at www.fda.gov/medwatch/report.htm

This letter is not intended as a comprehensive description of the risks associated with the use of XARELTO. Please read the enclosed US Prescribing Information and Medication Guide for a complete description of these risks.

If you have any questions about XARELTO including any information found in this letter, the US Prescribing Information and Medication Guide for XARELTO, please call our Customer Communications Center at 1-800-526-7736.

Sincerely,

Paul Chang, MD

Vice President Medical Affairs

Internal Medicine

Enclosures:
US Prescribing Information
Medication Guide

-------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

-------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

NORMAN L STOCKBRIDGE

11/04/2011