# EXHIBIT I

# THIS DOCUMENT HAS BEEN FILED UNDER SEAL