# EXHIBIT J

# THIS DOCUMENT HAS BEEN FILED UNDER SEAL