# EXHIBIT K

**File Provided Natively**

**File Name:**                     cover-letter.pdf

XARELTO_JANSSEN_00047669



Rd/0

July 22, 2008

R. Dwaine Rieves, M.D., Acting Director
Food and Drug Administration
Center for Drug Evaluation and Research
Division of Medical Imaging and Hematology
Drug Products
5901-B Ammendale Road
Beltsville, MD 20705-1266

**NDA 22-406**
XARELTO™ (rivaroxaban)

**New Drug Application**
Original New Drug Application

Dear Dr. Rieves:

Pursuant to the provisions of Section 505(b) of the Federal Food, Drug and Cosmetic Act and Title 21 of the Code of Federal Regulations, 21 CFR 314.50, and on behalf of Ortho-McNeil-Janssen-Pharmaceuticals, Inc. (OMJPI), Johnson & Johnson Pharmaceutical Research and Development, L.L.C. (J&JPRD) is submitting an original New Drug Application (NDA) for XARELTO™ (rivaroxaban) immediate release tablets for the prophylaxis of deep vein thrombosis (DVT) and pulmonary embolism (PE) in patients undergoing  hip replacement surgery or knee replacement surgery.

This NDA has been assigned Prescription Drug User Fee Payment Identification Number PD3008487.  The required fee of $1,178,000.00 was sent under separate cover to Wachovia Bank, Charlotte, NC on July 2, 2008.

1.1.3-1

This submission is being provided electronically in Common Technical Document (eCTD) format with information on the contents and navigation is located in the Reviewer's guide (Module 1.2).  J&JPRD certifies that we have taken precautions to ensure that the submission is free of computer viruses and authorizes CDER to use antivirus software, as appropriate. The following software was run to check for viruses: Trend Micro Office Scan (engine 8.710/pattern 5.395.000 or later).

1.2-1

In accordance with 21 CFR 314.50(j), we are requesting 5 years of marketing exclusivity for XARELTO™ (rivaroxaban) immediate release tablets, upon approval from the U.S. Food and Drug Administration, under the provision of 21 CFR 314.108(b)(2). J&JPRD hereby certifies that to the best of its knowledge rivaroxaban is a New Chemical Entity pursuant to 21 CFR §314.108(a), and FDA have not approved rivaroxaban in any application submitted under section 505(b) of the act after September 24, 1984.

This NDA has been prepared in accordance with the Agency's input.  Minutes from the various FDA meetings and teleconferences can be found in Module 1.6.3.                   1.2-14

Rivaroxaban (BAY 59-7939) was discovered by Bayer HealthCare and is currently being co-developed through a joint collaboration between Bayer HealthCare and J&JPRD.

As per discussions/agreement with the Agency, no CMC information is provided in Module 3.  This information is provided in 3 DMFs (listed below) that have been submitted separately.  Letters of cross-reference to the 3 DMFs are provided in Module 1

- DMF 21581 for rivaroxaban (micronized) drug substance (API) manufactured by Bayer Healthcare,                                                                                  1.4.1-1

- DMF 21592 for rivaroxaban tablets, 10 mg, drug product manufactured by (J&J) Janssen Ortho, L.L.C.,                                                                         1.4.1-1

- DMF 21580 for rivaroxaban tablets, 10 mg, drug product manufactured by Bayer Healthcare.                                                                                     1.4.1-1

Information on early product development and development chronology is discussed in the Bayer drug product DMF 21580.   Information supporting commercial launch will be discussed in the J&J DMF 21592; information supporting alternative production for market can be found in the Bayer drug product DMF 21580.

1.4.1-1
1.4.1-1
1.4.1-1

As per our discussions at the Pre-NDA meeting on December 13, 2007, we are seeking Priority Review Designation for this application. This request is made in accordance with the FDA CDER MAPP 6020.3R and is based on available data that rivaroxaban has the potential to offer a significant improvement compared with currently marketed products approved for this indication.

1.6.3-13
1.7.1-1

2

The major evidence demonstrating significant improvement with rivaroxaban over currently marketed products is:

- Clinically meaningful and highly statistically significant superior efficacy compared directly with the active control, enoxaparin, including reductions in both asymptomatic (i.e. venographic) and symptomatic event endpoints with a highly favorable benefit-to-risk ratio.
- Oral route of administration with once daily dosing, without the need for coagulation monitoring or dose adjustments, which is more convenient for the patient and enhances compliance.

Other factors that are important in differentiating rivaroxaban from currently available therapies and which provide additional support for consideration for priority review are:

- Unique mechanism of action (highly selective, direct factor Xa inhibitor).
- Favorable clinical pharmacology profile, including limited potential for drug-drug interactions or drug-food interactions, dual modes of excretion, and rapid onset/offset of action.

A detailed justification to support this request is provided in Module 1.7.1.               1.7.1-1

J&JPRD is requesting a waiver for the conduct of a clinical program in pediatric patients with rivaroxaban for the prophylaxis of deep vein thrombosis (DVT) and pulmonary embolism (PE) in patients undergoing elective hip or knee replacement surgery. The rationale for the waiver for the conduct of such a clinical program in this indication is the rarity of joint replacement surgery in the pediatric population and the lower risk of DVT and PE (collectively referred to as venous thromboembolism [VTE]), which does not necessarily require routine prophylaxis. The pediatric waiver      1.9.1-1
request is located in Module 1.9.1.

Should you have any questions regarding this submission or require additional information, please contact me directly at (908) 927-6522 or my colleague, Sanjay Jalota at (908) 927 2637.

For technical queries on the submission, please contact Shelly Chandler, Lead Dossier Analyst - Global Regulatory Operations, at (908) 704-4579 or email at schandl1@prdus.jnj.com

Sincerely,
Johnson & Johnson Pharmaceutical Research & Development, L.L.C.

for Andrea Kollath.

Andrea Kollath, DVM,
Director, Regulatory Affairs

3

**File Provided Natively**

**File Name:**                       draft-labeling-text.pdf

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_JANSSEN_00047659**

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use XARELTO™ (rivaroxaban) safely and effectively. See full prescribing information for XARELTO™**

**XARELTO™ (rivaroxaban) film coated oral tablets**
**Initial U.S. Approval: [XXXX]**

---

**WARNING:    SPINAL/EPIDURAL HEMATOMA**
*See full prescribing information for complete boxed warning.*

- **Anticoagulant use in patients undergoing spinal/epidural anesthesia or spinal puncture increases the risk of spinal or epidural hematoma, which may cause long-term or permanent paralysis (5.1)**
- **Risks increased by:**
  - ○ **Indwelling epidural catheters for analgesia (5.1)**
  - ○ **Drugs affecting hemostasis [e.g., nonsteroidal anti-inflammatory drugs, platelet aggregation inhibitors, anticoagulants (5.3, 7)**
  - ○ **Traumatic or repeated spinal or epidural puncture (5.1)**

---

**--------------------------INDICATIONS AND USAGE--------------------------**
XARELTO™ is an anticoagulant direct Factor Xa inhibitor indicated for the prophylaxis of deep vein thrombosis (DVT) and pulmonary embolism (PE) in patients undergoing:
- hip replacement surgery
- knee replacement surgery (1)

**--------------------DOSAGE AND ADMINISTRATION--------------------**
The recommended dose of XARELTO™ is one 10 mg tablet taken once daily with or without food. (2)

**------------------DOSAGE FORMS AND STRENGTHS------------------**
Tablet: 10 mg (3)

**----------------------------CONTRAINDICATIONS----------------------------**
XARELTO™ is contraindicated in:
- patients with clinically significant active bleeding,
- patients with hepatic disease associated with coagulopathy leading to a clinically relevant bleeding risk
- pregnant or breast-feeding women (4)

**--------------------WARNINGS AND PRECAUTIONS--------------------**
Bleeding risks:
- Use with caution in patients undergoing spinal/epidural anesthesia or spinal puncture and in patients with medical conditions, or with concomitant medications that affect hemostasis which may increase the risk of bleeding complications (5.1. 5.3)
- Use is not recommended in patients receiving concomitant strong inhibitors of both CYP3A4 and P-gp or other anticoagulants which may increase the risk of bleeding complications (5.2, 5.3)

**----------------------------ADVERSE REACTIONS----------------------------**
The most common adverse reactions (>5%) occurring in patients after orthopedic surgery were nausea, vomiting, post-procedural hemorrhage and anemia. (6)

**To report SUSPECTED ADVERSE REACTIONS, contact Ortho-McNeil-Janssen Pharmaceuticals, Inc. at 1-800-526-7736 or FDA at 1-800-FDA-1088 or** *www.fda.gov/medwatch.*

**----------------------DRUG INTERACTIONS----------------------**
- Strong inhibitors of both CYP3A4 and P-gp (e.g., ketoconazole and ritonavir): concomitant use not recommended. (7.1)
- Anticoagulants: concomitant use not recommended other than for required transitions in therapy. (7.2)
- NSAIDs and platelet aggregation inhibitors: use with caution. (7.3)

**----------------------USE IN SPECIFIC POPULATIONS----------------------**
- Pregnancy: contraindicated in pregnant women. (8.1)
- Nursing mothers: contraindicated in breast-feeding women. (8.3)
- Pediatrics: safety and effectiveness not established in patients less than 18 years of age. (8.4)
- Renal impairment: (8.6)
  - ○ Mild (creatinine clearance 50 to 80 mL/min): No dosage adjustment is necessary.
  - ○ Moderate (creatinine clearance 30 to <50 mL/min): No dosage adjustment is necessary. Use with caution in patients receiving specific concomitant medications (e.g., strong CYP3A4 inhibitors) since the combination may lead to clinically relevant increased rivaroxaban plasma concentrations.
  - ○ Severe (creatinine clearance 15 to<30 mL/min): Use with caution.
  - ○ Kidney failure (creatinine clearance <15 mL/min): Use is not recommended.
- Hepatic impairment: contraindicated in patients with hepatic disease associated with coagulopathy leading to a clinically relevant bleeding risk. (8.7)

**See 17 for PATIENT COUNSELING INFORMATION.** [Note: Include "and FDA approved patient labeling" as applicable.]

**Revised: MM/200X**

---

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**WARNING: SPINAL/EPIDURAL HEMATOMA**
**1    INDICATIONS AND USAGE**
**2    DOSAGE AND ADMINISTRATION**
   2.1    Renal Impairment
   2.2    Hepatic Impairment
   2.3    Pediatrics
**3    DOSAGE FORMS AND STRENGTHS**
**4    CONTRAINDICATIONS**
**5    WARNINGS AND PRECAUTIONS**
   5.1    Bleeding Risks
   5.2    Concomitant Use with Strong Inhibitors of Both CYP3A4 and P-glycoprotein
   5.3    Interactions with Concomitant Antithrombotics
**6    ADVERSE REACTIONS**
   6.1    Commonly-Observed Adverse Drug Reactions in Double-Blind Controlled Clinical Studies
   6.2    Other Adverse Drug Reactions Observed During the Premarketing Evaluation of XARELTO™
   6.3    Discontinuations Due to Adverse Drug Reactions
**7    DRUG INTERACTIONS**
   7.1    Drugs that Inhibit or Induce Cytochrome P450 3A4 Enzymes and/or Drug Transport Systems
   7.2    Anticoagulants
   7.3    NSAIDs/Platelet Aggregation Inhibitors
   7.4    Other Concomitant Therapies

**8    USE IN SPECIFIC POPULATIONS**
   8.1    Pregnancy
   8.2    Labor and Delivery
   8.3    Nursing Mothers
   8.4    Pediatric Use
   8.5    Geriatric Use
   8.6    Renal Impairment
   8.7    Hepatic Impairment
**10    OVERDOSAGE**
**11    DESCRIPTION**
**12    CLINICAL PHARMACOLOGY**
   12.1    Mechanism of Action
   12.2    Pharmacodynamics
   12.3    Pharmacokinetics
**13    NON-CLINICAL TOXICOLOGY**
   13.1    Carcinogenesis, Mutagenesis, and Impairment of Fertility
   13.2    Animal Toxicology and/or Pharmacology
**14    CLINICAL STUDIES**
**16    HOW SUPPLIED/STORAGE AND HANDLING**
**17    PATIENT COUNSELING INFORMATION**
   17.1    Directions for Use
   17.2    Bleeding Risks
   17.3    Concomitant Medication
   17.4    Pregnancy
   17.5    Nursing

[\*Sections or subsections omitted from the full prescribing information are not listed]

1

**FULL PRESCRIBING INFORMATION**

<div style="border:1px solid">

**WARNING: SPINAL/EPIDURAL HEMATOMAS**

**When neuraxial anesthesia (epidural/spinal anesthesia) or spinal puncture is employed, anticoagulated patients, or patients scheduled to be anticoagulated for prevention of thromboembolic complications, are at risk of developing an epidural or spinal hematoma which can result in long-term or permanent paralysis.**

**The risk of these events is increased by the use of indwelling epidural catheters for administration of analgesia or by the concomitant use of drugs affecting hemostasis such as non-steroidal anti-inflammatory drugs (NSAIDs), platelet aggregation inhibitors, or other anticoagulants. The risk also appears to be increased by traumatic or repeated epidural or spinal puncture.**

**Patients should be frequently monitored for signs and symptoms of neurologic impairment. If neurologic compromise is noted, urgent treatment is necessary.**

**The physician should consider the potential benefit versus risk before neuraxial intervention in patients anticoagulated or to be anticoagulated for thromboprophylaxis *[see Warnings and Precautions (5.1) and Drug Interactions (7.2, 7.3)].***

</div>

# 1   INDICATIONS AND USAGE

XARELTO™ (rivaroxaban) is indicated for the prophylaxis of deep vein thrombosis (DVT) and pulmonary embolism (PE) in patients undergoing:

- hip replacement surgery

- knee replacement surgery.

# 2   DOSAGE AND ADMINISTRATION

All patients should be evaluated for potential benefits and risks before administration of XARELTO™.

The recommended dose of XARELTO™ is 10 mg taken orally once daily. The initial dose should be taken at least 6 to 10 hours after surgery once hemostasis has been established. Routine monitoring of coagulation parameters is not required with XARELTO™ use *[see Clinical Pharmacology (12.2)].*

The duration of treatment depends on the individual risk of the patient for venous thromboembolism, which is determined by the type of orthopedic surgery.

- For patients undergoing hip replacement surgery, treatment duration of 35 days is recommended.

- For patients undergoing knee replacement surgery, treatment duration of 14 days is recommended.

The safety and effectiveness of using XARELTO™ beyond the recommended dose or treatment duration have not been established. Therefore, any use of doses of more than 10 mg of XARELTO™ once daily or treatment beyond 35 days is not recommended.

If a dose is missed, the patient should take XARELTO™ as soon as possible and continue on the following day with the once daily intake as before.

XARELTO™ can be taken with or without food *[see Clinical Pharmacology (12.3)]*.

## 2.1   Renal Impairment

No dose adjustment is necessary in patients with mild (creatinine clearance 50 to 80 mL/min) or moderate (creatinine clearance 30 to <50 mL/min) renal impairment *[see Clinical Pharmacology (12.3)]*. XARELTO™ should be used with caution in patients with moderate renal impairment (creatinine clearance 30 to <50 mL/min) who are also receiving certain specific concomitant medications (e.g., strong CYP3A4 inhibitors) since this combination may lead to clinically relevant increased rivaroxaban plasma concentrations *[see Warnings and Precautions (5.2, 5.3) and Drug Interactions (7)]*.

XARELTO™ should be used with caution in patients with severe renal impairment (creatinine clearance 15 to <30 mL/min) *[see Use in Specific Populations (8.6) and Clinical Pharmacology (12.3)]*.

Use of XARELTO™ is not recommended in patients with kidney failure (creatinine clearance <15 mL/min) *[see Use in Specific Populations (8.6) and Clinical Pharmacology (12.3)]*.

## 2.2   Hepatic Impairment

No dose adjustment is necessary in patients with mild hepatic impairment.

XARELTO™ is contraindicated in patients with hepatic disease associated with coagulopathy leading to a clinically relevant bleeding risk *[see Contraindications (4) and Clinical Pharmacology (12.3)]*.

### 2.3   Pediatrics

The safety and effectiveness of using XARELTO™ in children or adolescents <18 years of age have not been established and, therefore, use of XARELTO™ in this population is not recommended.

## 3   DOSAGE FORMS AND STRENGTHS

XARELTO™ 10 mg tablets are round, light red, biconvex film-coated tablets marked with a triangle pointing down above a "10" on one side, and an "Xa" on the other side.

## 4   CONTRAINDICATIONS

XARELTO™ is contraindicated in:

- patients with clinically significant active bleeding (e.g., intracranial bleeding, gastrointestinal bleeding) *[see Warnings and Precautions (5.1)]*

- patients with hepatic disease associated with coagulopathy leading to a clinically relevant bleeding risk *[see Clinical Pharmacology (12.3)])*.

- pregnant or breast-feeding women *[see Use in Specific Populations (8.1, 8.3)]*.

## 5   WARNINGS AND PRECAUTIONS

In general, as with other anticoagulants, patients treated with XARELTO™ who are at increased risk of bleeding may require more frequent clinical monitoring for signs and symptoms of bleeding.

### 5.1   Bleeding Risks

Spinal/Epidural Anesthesia or Puncture

When neuraxial anesthesia (spinal/epidural anesthesia) or spinal puncture is employed, patients treated with anticoagulant agents for prevention of thromboembolic complications are at risk of developing an epidural or spinal hematoma which can result in long-term or permanent paralysis *[see Boxed Warning]*.

An epidural catheter should not be removed earlier than 18 hours after the last administration of XARELTO™. The next XARELTO™ dose is not to be administered earlier than 6 hours after the removal of the catheter. If traumatic puncture occurs, the administration of XARELTO™ is to be delayed for 24 hours.

Concomitant Medical Conditions

Like other anticoagulants, XARELTO™ should be used with caution in patients with an increased bleeding risk such as:

- congenital or acquired bleeding disorders

- active ulcerative gastrointestinal disease

- recent intracranial or intracerebral hemorrhage

- shortly after brain, spinal or ophthalmological surgery

- intraspinal or intracerebral vascular abnormalities

- uncontrolled severe arterial hypertension

- recent gastrointestinal ulcerations

- vascular retinopathy

Patients with decreased renal or hepatic function may be at increased risk of bleeding *[see Dosage and Administration (2.1, 2.2), Use in Specific Populations (8.6, 8.7) and Clinical Pharmacology (12.3)]*.

Any unexplained fall in hemoglobin or blood pressure should lead to a search for a bleeding site.

## 5.2   Concomitant Use with Strong Inhibitors of Both CYP3A4 and P-glycoprotein

XARELTO™ is not recommended in patients receiving concomitant systemic treatment with strong inhibitors of both CYP3A4 and P-gp (e.g., azole-antimycotic ketoconazole, HIV protease inhibitor ritonavir). These active substances may increase rivaroxaban plasma concentrations to a clinically relevant degree, which may lead to an increased bleeding risk *[see Drug Interactions (7.1)]*.

## 5.3   Interactions with Concomitant Antithrombotics

Other than for required transitions in therapy, it is not recommended to concurrently use XARELTO™ with any other anticoagulant due to the increased bleeding risk. XARELTO™ should be used with caution in patients treated concomitantly with drugs affecting hemostasis [such as non-steroidal anti-inflammatory drugs (NSAIDs; including acetylsalicylic acid), platelet aggregation inhibitors, or fibrinolytics] *[see Drug Interactions (7.2, 7.3)]*.

## 6   ADVERSE REACTIONS

XARELTO™ was studied in 12,383 patients (6183 XARELTO™-treated, 6200 enoxaparin-treated patients) in the Phase 3 **RE**gulation of **C**oagulation in **Or**thopedic Surgery to Prevent **D**VT and PE (RECORD) 1, 2, 3 and 4 studies.

5.3.5.1.1-1
5.3.5.1.3-1
5.3.5.1.2-1
5.3.5.1.8-1

Patients received XARELTO™ 10 mg orally once daily and the mean duration of exposure was 11.8 days in the total knee replacement (RECORD 3 and 4) studies and 33.4 days in the total hip replacement (RECORD 1 and 2) studies. Overall, the mean age of the patients studied in the XARELTO™ group was 64 years, 60% were female and 79% were Caucasian. Forty-four percent (2746) of patients underwent knee replacement surgery and 56% (3437) underwent hip replacement surgery.

Throughout this section, adverse drug reactions (ADRs) are reported. Adverse drug reactions are adverse events that were considered to be reasonably associated with the use of XARELTO™ based on the comprehensive assessment of the available adverse event information. A causal association for XARELTO™ often cannot be reliably established in individual cases. Furthermore, because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice. Adverse drug reactions are presented within each frequency grouping and system organ classes.

## 6.1   Commonly-Observed Adverse Drug Reactions in Double-Blind Controlled Clinical Studies

- Based on its mechanism of action, XARELTO™ increases the risk for bleeding events *[see Contraindications (4) and Warnings and Precautions (5.1)]*.

The centrally adjudicated rates of major bleeding events, non-major clinically relevant bleeding events and any bleeding events observed in patients in the individual RECORD studies are shown in Table 1.

**Table 1**   **Treatment Emergent Bleeding Event Rates[a] for Individual RECORD Studies—Safety Population**

| | XARELTO™ 10 mg | Enoxaparin[b] |
|---|---|---|
| **RECORD 1–Hip Surgery Study** | **N=2209**<br>**n (%)** | **N=2224**<br>**n (%)** |
| Major bleeding event[c] | 6 (0.3) | 2 (0.1) |
| Non-major clinically relevant bleeding event | 65 (2.9) | 54 (2.4) |
| Any bleeding event | 133 (6.0) | 131 (5.9) |
| **RECORD 2–Hip Surgery Study** | **N=1228**<br>**n (%)** | **N=1229**<br>**n (%)** |
| Major bleeding event[c] | 1 (0.1) | 1 (0.1) |
| Non-major clinically relevant bleeding event | 40 (3.3) | 33 (2.7) |
| Any bleeding event | 81 (6.6) | 68 (5.5) |
| **RECORD 3–Knee Surgery Study** | **N=1220**<br>**n (%)** | **N=1239**<br>**n (%)** |
| Major bleeding event[c] | 7 (0.6) | 6 (0.5) |
| Non-major clinically relevant bleeding event | 33 (2.7) | 28 (2.3) |
| Any bleeding event | 60 (4.9) | 60 (4.8) |
| **RECORD 4–Knee Surgery Study** | **N=1526**<br>**n (%)** | **N=1508**<br>**n (%)** |
| Major bleeding event[c] | 10 (0.7) | 4 (0.3) |
| Non-major clinically relevant bleeding event | 39 (2.6) | 30 (2.0) |
| Any bleeding event | 160 (10.5) | 142 (9.4) |

[a] A treatment-emergent bleeding event was defined as one occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last dose of double-blind study medication

[b] Includes the placebo-controlled period of the RECORD 2 study, enoxaparin dosing was 40 mg once daily (RECORD 1-3) or 30 mg twice daily (RECORD 4)

[c] Major bleeding was defined as bleeding that was fatal, into a critical organ, required re-operation, clinically overt extra-surgical site bleeding associated with a drop in hemoglobin ≥2 g/dL, or clinically overt extra-surgical site bleeding requiring transfusion of ≥2 units blood.

A pooled analysis of the centrally adjudicated rates of major bleeding events, major bleeding events combined with non-major clinically relevant bleeding events and any bleeding events observed in patients over the entire double-blind treatment periods for all RECORD studies (total duration pool) is shown in Table 2.

**Table 2        Treatment Emergent Bleeding Event Rates[a]–Safety Population: Total Duration Pool**

| | XARELTO™ 10 mg | Enoxaparin[b] | HR (95% CI) [c] |
|---|---|---|---|
| **Total treated patients** | **N =6183 n (%)** | **N =6200 n (%)** | |
| Major bleeding event[d] | 24 (0.4) | 13 (0.2) | 1.8 (0.9, 3.6) |
| Major or Non-major clinically relevant bleeding event | 197 (3.2) | 158 (2.6) | 1.3 (1.0, 1.5) |
| Any bleeding event | 434 (7.0) | 401 (6.5) | 1.1 (0.9, 1.2) |
| **Hip Surgery Studies** | **N =3437 n (%)** | **N =3453 n (%)** | |
| Major bleeding event[d] | 7 (0.2) | 3 (0.1) | 2.3 (0.6, 9.0) |
| Major or Non-major clinically relevant bleeding event | 111 (3.2) | 90 (2.6) | 1.2 (0.9, 1.6) |
| Any bleeding event | 214 (6.2) | 199 (5.8) | 1.1 (0.9, 1.3) |
| **Knee Surgery Studies** | **N =2746 n (%)** | **N =2747 n (%)** | |
| Major bleeding event[d] | 17 (0.6) | 10 (0.4) | 1.7 (0.8, 3.7) |
| Major or Non-major clinically relevant bleeding event | 86 (3.1) | 68 (2.5) | 1.3 (0.9, 1.7) |
| Any bleeding event | 220 (8.0) | 202 (7.4) | 1.1 (0.9, 1.3) |

[a] A treatment-emergent bleeding event was defined as one occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last dose of double-blind study medication

[b] Includes the placebo-controlled period of the RECORD 2 study, enoxaparin dosing was 40 mg once daily (RECORD 1-3) or 30 mg twice daily (RECORD 4)

[c] HR=Hazard Ratio; CI=confidence interval

[d] Major bleeding was defined as bleeding that was fatal, into a critical organ, required re-operation, clinically overt extra-surgical site bleeding associated with a drop in hemoglobin $\geq2$ g/dL, or clinically overt extra-surgical site bleeding requiring transfusion of $\geq2$ units blood.

A separate analysis in patients in active-control treatment periods for all RECORD studies, excluding Day 12 to Day 35 in RECORD 2 when placebo was administered in the enoxaparin treatment group (active control pool), is shown in Table 3.

**Table 3        Treatment Emergent Bleeding Event Rates [a] –Safety Population: Active-Control Pool**

| | XARELTO™ 10 mg | Enoxaparin[b] | HR (95% CI)[c] |
|---|---|---|---|
| **Total treated patients** | **N =6183 n (%)** | **N =6200 n (%)** | |
| Major bleeding event[d] | 23 (0.4) | 13 (0.2) | 1.8 (0.9, 3.5) |
| Major or Non-major clinically relevant bleeding event | 190 (3.1) | 156 (2.5) | 1.2 (1.0, 1.5) |
| Any bleeding event | 424 (6.9) | 397 (6.4) | 1.1 (0.9, 1.2) |

[a] A treatment-emergent bleeding event was defined as one occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last dose of double-blind study medication
[b] Enoxaparin dosing was 40 mg once daily (RECORD 1-3) or 30 mg twice daily (RECORD 4)
[c] HR=Hazard Ratio; CI=confidence interval
[d] Major bleeding was defined as bleeding that was either fatal, into a critical organ, required re-operation, clinically overt extra-surgical site bleeding associated with a drop in hemoglobin ≥2 g/dL, or clinically overt extra-surgical site bleeding requiring transfusion of ≥2 units blood.

Overall, the incidence of major bleeding events was low for both XARELTO™-treated patients and enoxaparin-treated patients. Following XARELTO™ treatment, the majority of major bleeding complications (≥60%) occurred during the first week after surgery.

XARELTO™ may be associated with an increased risk of occult or overt bleeding from any tissue or organ. The signs, symptoms, and severity (including possible fatal outcome) will vary according to the location and degree or extent of the bleeding. The bleeding risk may be increased in certain patient groups (e.g., with uncontrolled severe arterial hypertension and/or on concomitant medications affecting hemostasis) *[see Warnings and Precautions (5.1, 5.2, 5.3)]*. Hemorrhagic complications may present as weakness, asthenia, paleness, dizziness, headache, or unexplained swelling. Therefore, the possibility of a hemorrhage is to be considered in evaluating the condition of any anticoagulated patient.

- As shown in Table 4, the most common ADRs (reported by ≥5% of patients receiving XARELTO™) in the four Phase 3 RECORD studies were nausea (12.7%), vomiting (9.8%), post-procedural hemorrhage (8.1%), and anemia (6.6%).

Table 4 shows all ADRs reported in ≥1% of XARELTO™-treated patients in the RECORD studies.

**Table 4**     **Treatment-Emergent Adverse Drug Reactions[a] Reported by ≥1% of XARELTO™-Treated Patients in the Four RECORD Studies - Safety Population**

| System/Organ Class | XARELTO™ 10 mg (N=6183) n (%) | Enoxaparin[b] (N=6200) n (%) |
|---|---|---|
| Blood and lymphatic system disorders | | |
|     Anemia | 408 (6.6) | 414 (6.7) |
| Gastrointestinal disorders | | |
|     Nausea | 788 (12.7) | 797 (12.9) |
|     Vomiting | 605 (9.8) | 610 (9.8) |
| General disorders and administration site conditions | | |
|     Wound secretion | 146 (2.4) | 106 (1.7) |
| Vascular disorders | | |
|     Post-procedural hemorrhage | 503 (8.1) | 496 (8.0) |
|     Hematoma | 86 (1.4) | 92 (1.5) |

[a] A treatment-emergent ADR was defined as occurring any time following the first dose of double-blind medication, which may have been prior to administration of active drug, until two days after the last dose of double-blind study medication.

[b] Includes the placebo-controlled period of the RECORD 2 study, enoxaparin dosing was 40 mg once daily (RECORD 1-3) or 30 mg twice daily (RECORD 4)

## 6.2   Other Adverse Drug Reactions Observed During the Premarketing Evaluation of XARELTO™

The following adverse drug reactions occurred in <1% of XARELTO™-treated patients in the RECORD studies' pooled safety data.

**Blood and lymphatic system disorders:**  hemorrhagic anemia

**Endocrine disorders:** adrenal hemorrhage

**Eye Disorder:** eye hemorrhage

**Gastrointestinal disorders:** GI tract hemorrhage

**Injury, poisoning and procedural complications:** contusion

**Renal and urinary disorders:** bleeding of the urethral tract, hematuria

**Respiratory, thoracic and mediastinal disorders:** nosebleed, respiratory tract hemorrhage

**Reproductive system and breast disorders:** genital tract bleeding

**Vascular disorders:** arterial hemorrhage

Adverse drug reactions identified from all other completed and ongoing studies in any phase of clinical development with XARELTO™ include intracranial hemorrhages (subdural,

subarachnoid and intra-parenchymal hemorrhages that may or may not have been fatal) and vascular pseudoaneurysm formation following percutaneous intervention.

Overall, rates of laboratory assessed hepatic dysfunction [aspartate (AST) and alanine (ALT) aminotransferase elevations greater than 3 times the upper limit of normal] were lower in patients receiving XARELTO™ compared to patients receiving enoxaparin (AST 2.6% vs. 3.4%, ALT 2.5% vs. 3.7%, respectively) across the four studies.

### 6.3   Discontinuations Due to Adverse Drug Reactions

The overall frequency of permanent discontinuation of study drug due to adverse events was lower for XARELTO™ (3.7%) than for enoxaparin (4.7%) primarily due to lower frequencies of DVT (0.3% vs. 0.6%) and PE (0.2% vs. 0.4%), respectively. The frequency of any bleeding ADR leading to discontinuation was 0.8% in the XARELTO™ group and 0.6% in the enoxaparin group. The two most frequent bleeding ADRs leading to discontinuation were operative hemorrhage (0.1%) and hematuria (0.1%). The two most common reasons for discontinuation due to non-bleeding ADRs were nausea (0.1%) and vomiting (0.1%).

## 7   DRUG INTERACTIONS

### 7.1   Drugs that Inhibit or Induce Cytochrome P450 3A4 Enzymes and/or Drug Transport Systems

Rivaroxaban is cleared mainly via cytochrome P450-mediated (CYP3A4, CYP2J2) hepatic metabolism and renal excretion of the unchanged drug, involving the P-glycoprotein (P-gp) and breast cancer resistance protein (Bcrp) transporter systems.

*In vitro* studies indicate that rivaroxaban neither inhibits nor induces any major CYP isoforms like CYP3A4. Furthermore, *in vitro* data indicate low rivaroxaban inhibitory potential for P-gp and Bcrp transporters. There were no mutual pharmacokinetic interactions between XARELTO™ and midazolam (substrate of CYP3A4), digoxin (substrate of P-gp) or atorvastatin (substrate of CYP3A4 and P-gp)

Co-administration of XARELTO™ (10 mg once daily, multiple doses) with the azole-antimycotic ketoconazole (400 mg once daily), a strong inhibitor of both CYP3A4 and P-gp, led to a 2.6-fold increase in mean rivaroxaban steady state AUC and a 1.7-fold increase in mean rivaroxaban $C_{max}$, with significant increases in its pharmacodynamic effects. Co-administration of XARELTO™ (10 mg single dose) with the HIV protease inhibitor ritonavir (600 mg twice daily), also a strong CYP 3A4 and P-gp inhibitor, led to a 2.5-fold increase in mean rivaroxaban AUC and a 1.6-fold increase in mean rivaroxaban $C_{max}$, with significant increases in its pharmacodynamic effects. Therefore, XARELTO™ is not recommended in

patients receiving concomitant systemic treatment with strong inhibitors of both CYP3A4 and P-gp (e.g., ketoconazole, ritonavir) *[see Warnings and Precautions (5.2)]*.

Co-administration of XARELTO™ (10 mg single dose) with clarithromycin (500 mg twice daily), considered a strong CYP3A4 inhibitor and moderate P-gp inhibitor, led to a 1.5-fold increase in mean rivaroxaban AUC and a 1.4-fold increase in $C_{max}$. This increase, which is close to the magnitude of the normal variability of AUC and $C_{max}$, is not considered to be clinically relevant.

Other active substances strongly inhibiting only one of the rivaroxaban elimination pathways, either CYP3A4 or P-gp, are expected to increase rivaroxaban plasma concentrations to a lesser extent, which would not be considered clinically relevant.

Co-administration of XARELTO™ (10 mg single dose) with erythromycin (500 mg three times daily), which moderately inhibits CYP3A4 and P-gp, led to a 1.3-fold increase in mean rivaroxaban AUC and $C_{max}$. This increase is within the magnitude of the normal variability of AUC and $C_{max}$ and is not considered to be clinically relevant.

Co-administration of XARELTO™ (20 mg single dose) with the strong CYP3A4 and P-gp inducer rifampicin (titrated up to 600 mg once daily) led to an approximate 50% decrease in mean rivaroxaban AUC, with parallel decreases in its pharmacodynamic effects. The concomitant use of XARELTO™ with other strong CYP3A4 inducers (e.g. phenytoin, carbamazepine, phenobarbital or St. John's Wort) may also lead to reduced rivaroxaban plasma concentrations. This decrease in rivaroxaban plasma concentrations is not considered to be clinically relevant.

### 7.2   Anticoagulants

After combined administration of enoxaparin (40 mg single dose) with XARELTO™ (10 mg single dose), an additive effect on anti-factor Xa activity was observed without additive effects on clotting tests [prothrombin time (PT), activated partial thromboplastin time (aPTT)]. Enoxaparin did not affect the pharmacokinetics of rivaroxaban.

Other than for required transitions in therapy, it is not recommended to concurrently use XARELTO™ with any other anticoagulant due to the increased bleeding risk *[see Warnings and Precautions (5.3)]*.

### 7.3   NSAIDs/Platelet Aggregation Inhibitors

XARELTO™ should be used with caution if patients are treated concomitantly with non-steroidal anti-inflammatory drugs (NSAIDs/acetylsalicylic acid) and platelet aggregation

inhibitors because these drugs typically increase the bleeding risk *[see Warnings and Precautions (5.3)]*.

No clinically relevant pharmacokinetic interaction or prolongation of bleeding time was observed after concomitant administration of XARELTO™ (15 mg single dose) and 500 mg naproxen (two consecutive days). Nevertheless, there may be individuals with a more pronounced pharmacodynamic response.

No clinically significant pharmacokinetic or pharmacodynamic interactions were observed when XARELTO™ (15 mg single dose) was co-administered with acetylsalicylic acid (500 mg on the first day and 100 mg on the next day).

Clopidogrel (300 mg loading dose followed by 75 mg daily maintenance dose) did not show a pharmacokinetic interaction with XARELTO™ (15 mg single dose), but a relevant increase in bleeding time was observed in a subset of patients, which was not correlated to platelet aggregation, P-selectin or GPIIb/IIIa receptor levels.

### 7.4  Other Concomitant Therapies
The pharmacokinetics of rivaroxaban were not affected by drugs altering gastric pH. Coadministration of XARELTO™ (30 mg single dose) with the $H_2$-receptor antagonist ranitidine (150 mg twice daily) or the antacid aluminum hydroxide/magnesium hydroxide (10 mL) did not affect rivaroxaban bioavailability and pharmacokinetics.

## 8   USE IN SPECIFIC POPULATIONS
### 8.1  Pregnancy
**Pregnancy Category: B *[see Contraindication (4)]*.**

XARELTO™ can be used in women of childbearing potential only when effective contraception is used.

No primary teratogenic potential was identified, but animal reproduction studies have shown pronounced maternal toxicity (e.g., hemorrhagic complications) with secondary effects on fetal development. Reproduction studies have been performed in rats and rabbits at exposure levels up to 40 (rat) and 94 (rabbit) times the therapeutic exposure levels based on unbound AUC in humans at a rivaroxaban dose of 10 mg/day. However, there are no adequate and well-controlled studies on the use of rivaroxaban in pregnant women. Because animal reproduction studies are not always predictive of human response, and due to the intrinsic risk of bleeding and the evidence that rivaroxaban crosses the placenta, XARELTO™ is contraindicated in pregnancy.

## 8.2   Labor and Delivery

The effect of XARELTO™ on labor and delivery in humans is unknown.

## 8.3   Nursing Mothers

No human data on the use of XARELTO™ in nursing mothers are available. In rats, rivaroxaban is secreted into breast milk. Therefore, XARELTO™ is contraindicated during breast-feeding *[see Contraindications (4)]*.

## 8.4   Pediatric Use

Safety and effectiveness have not been established in children and adolescents <18 years of age, therefore, XARELTO™ is not recommended for use in this population.

## 8.5   Geriatric Use

No dosage adjustment of XARELTO™ is necessary in elderly patients. Of the total number of patients in the RECORD studies of XARELTO™, about 53% were 65 years and over, while about 15% were 75 years and older. As would be expected, both thrombotic and bleeding event rates were higher in these older patients, but the efficacy and safety results versus enoxaparin were similar to those observed in younger patients. Greater sensitivity of some older individuals cannot be ruled out *[see Clinical Pharmacology (12.3) and Clinical Studies (14)]*.

## 8.6   Renal Impairment

No dose adjustment is necessary in patients with mild (creatinine clearance 50 to 80 mL/min) or moderate (creatinine clearance 30 to <50 mL/min) renal impairment *[see Dosage and Administration (2.1) and Clinical Pharmacology (12.3)]*. XARELTO™ should be used with caution in patients with moderate renal impairment (creatinine clearance 30 to <50 mL/min) who are also receiving certain specific concomitant medications (e.g., strong CYP3A4 inhibitors) since the combination may lead to clinically relevant increased rivaroxaban plasma concentrations *[see Warnings and Precautions (5.2, 5.3) and Drug Interactions (7)]*.

XARELTO™ should be used with caution in patients with severe renal impairment (creatinine clearance 15 to <30 mL/ min), who are at increased risk of bleeding and thrombosis, due to limited clinical data and an expected increase in rivaroxaban exposure in this patient population *[see Clinical Pharmacology (12.3)]*. No clinical data are available for patients with kidney failure (creatinine clearance <15 mL/min). Therefore, use of XARELTO™ is not recommended in these patients *[see Dosage and Administration (2.1) and Clinical Pharmacology (12.3)]*.

## 8.7   Hepatic Impairment

No dose adjustment is necessary in patients with mild hepatic impairment *[see Clinical Pharmacology (12.3)]*.

Limited clinical data in patients with moderate hepatic impairment indicate a significant increase in the pharmacological activity of XARELTO™. No clinical data are available for patients with severe hepatic impairment.

XARELTO™ is contraindicated in patients with hepatic disease associated with coagulopathy leading to a clinically relevant bleeding risk *[see Contraindications (4) and Clinical Pharmacology (12.3)]*.

## 10  OVERDOSAGE

Overdose following administration of XARELTO™ may lead to hemorrhagic complications due to its pharmacodynamic properties. Overdosage associated with bleeding complications should lead to treatment discontinuation and initiation of appropriate supportive therapy (e.g., mechanical compression, surgical interventions, fluid replacement and hemodynamic support, blood product or component transfusion).

There is no known specific antidote to reverse the pharmacological effect of rivaroxaban.

In dose-range finding clinical studies, patients have received up to 30 mg twice daily of XARELTO™. Dose-dependent increases in bleeding events were observed.

Although there is currently no clinical experience with the use of specific products in individuals receiving XARELTO™, animal data suggest the following products may be considered in managing XARELTO™ overdose.

- Administration of activated charcoal up to 8 hours after overdose may reduce the absorption of rivaroxaban.

- Administration of one of the following procoagulants may be considered if bleeding cannot be controlled by supportive measures alone:

  - activated prothrombin complex concentrate (APCC)

  - prothrombin complex concentrate (PCC)

  - recombinant factor VIIa (rF VIIa)

Protamine sulfate and vitamin K are not expected to affect the anticoagulant activity of XARELTO™. Further, there is no scientific evidence or experience with systemic hemostatics (e.g. desmopressin, aprotinin, tranexamic acid, aminocaproic acid) to support the use of these drugs to reverse the anticoagulant effect of XARELTO™. Due to being highly bound to plasma proteins, rivaroxaban is not expected to be dialyzable.

## 11  DESCRIPTION

XARELTO™ (rivaroxaban) is an anticoagulant direct Factor Xa inhibitor. XARELTO™ tablets are immediate-release film-coated tablets for oral administration. The chemical name is 5-Chloro-N-({(5S)-2-oxo-3-[4-(3-oxo-4-morpholinyl)phenyl]-1,3-oxazolidin-5-yl}methyl)-2-thiophenecarboxamide. The structural formula is:



The molecular formula of rivaroxaban is $C_{19}H_{18}ClN_3O_5S$ and the molecular weight is 435.89. Rivaroxaban is a pure (*S*)-enantiomer. It is an odorless, non-hygroscopic, white to yellowish powder.

Each XARELTO™ tablet contains 10 mg of rivaroxaban. The inactive ingredients of XARELTO™ are: Microcrystalline cellulose, croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, sodium lauryl sulfate, and Opadry® Pink 14F94373, a proprietary filmcoating mixture containing polyethylene glycol 3350, hypromellose, titanium dioxide, and ferric oxide red.

## 12  CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

XARELTO™ is a highly selective direct Factor Xa inhibitor with oral bioavailability. Activation of Factor X to Factor Xa (FXa) via the intrinsic and extrinsic pathways plays a central role in the cascade of blood coagulation. One molecule of Factor Xa is able to generate more than 1000 molecules of thrombin due to the amplification nature of the coagulation cascade.

### 12.2 Pharmacodynamics

Routine monitoring of coagulation parameters is not required with XARELTO™ use.

Dose-dependent inhibition of Factor Xa activity was observed in humans and the prothrombin time (PT), activated partial thromboplastin time (aPTT) and HepTest® are prolonged dose-dependently. The relationship between PT and rivaroxaban plasma concentration is linear and closely correlated. If assessment of the pharmacodynamic effect of rivaroxaban is considered

necessary in individual cases, PT (measured in seconds) is recommended. The Neoplastin® PT assay was measured in the RECORD program and the 5/95 percentiles for PT (Neoplastin®) 2 to 4 hours after tablet intake (i.e., at the time of maximum effect) ranged from 13 to 26 seconds. The International Normalized Ratio (INR) should not be used for measuring rivaroxaban pharmacodynamic effect.

In a thorough QT study in healthy men and women aged 50 years and older, no QTc prolonging effects were observed for XARELTO™ (15 mg and 45 mg, single dose).

## 12.3 Pharmacokinetics
### Absorption and Bioavailability
The absolute bioavailability of rivaroxaban is high (80% to 100%) for the 10 mg dose. Rivaroxaban is rapidly absorbed with maximum concentrations ($C_{max}$) appearing 2 to 4 hours after tablet intake.

Intake with food does not affect rivaroxaban AUC or $C_{max}$ at the 10 mg dose. XARELTO™ 10 mg can be taken with or without food.

Rivaroxaban pharmacokinetics are linear with no relevant accumulation beyond steady state after multiple doses. Variability in rivaroxaban pharmacokinetics is moderate with inter-individual variability (CV%) ranging from 30% to 40% except for the day of surgery and the following day when variability in exposure is high (70%).

### Distribution
Plasma protein binding of rivaroxaban in human plasma is approximately 92% to 95%, with serum albumin being the main binding component. The volume of distribution is approximately 50 L at steady state.

### Metabolism and Elimination
In humans, 87% of the administered dose is recovered as unchanged drug or as metabolites in urine or as metabolites in feces.

Of the administered rivaroxaban dose, approximately two-thirds undergoes metabolic degradation, with half being eliminated renally and the other half being eliminated by the fecal route. The other one-third of the administered dose undergoes direct renal excretion as unchanged active substance in the urine, mainly via active renal secretion.

Oxidative degradation of the morpholinone moiety (catalyzed by CYP3A4/3A5 and CYP2J2) and hydrolysis of the amide bonds are the major sites of biotransformation. Based on *in vitro* investigations, rivaroxaban is a substrate of the transporter proteins P-gp and breast cancer resistance protein (Bcrp).

Unchanged rivaroxaban is the most important component in human plasma, with no major or active circulating metabolites. Rivaroxaban is a low-clearance drug, with systemic clearance of approximately 10 L/hr. Elimination of rivaroxaban from plasma occurred with terminal half-lives of 5 to 9 hours in young individuals, and with terminal half-lives of 11 to 13 hours in the elderly.

**Special Populations**

Gender and Race

There were no clinically relevant effects of gender or race on the pharmacokinetics or pharmacodynamics of XARELTO™.

Elderly

Elderly subjects exhibited higher rivaroxaban plasma concentrations than younger subjects with mean AUC values being approximately 1.5-fold higher, mainly due to reduced (apparent) total body and renal clearance.

Body Weight

As compared to a body weight of 70 to 80 kg, extremes in body weight (<50 kg or >120 kg) had only a small influence (less than 25%) on rivaroxaban plasma concentrations.

Hepatic Impairment

Cirrhotic subjects with mild hepatic impairment (classified as Child-Pugh A) exhibited only minor changes in rivaroxaban pharmacokinetics (1.2-fold increase in rivaroxaban AUC on average) compared to healthy subjects. No relevant difference in pharmacodynamic properties was observed between these groups. In cirrhotic subjects with moderate hepatic impairment (classified as Child-Pugh B), rivaroxaban mean AUC was significantly increased by 2.3-fold compared to subjects with normal hepatic function, due to significantly impaired drug clearance. The mean unbound rivaroxaban AUC in subjects with moderate hepatic impairment was increased 2.6-fold. The inhibition of Factor Xa activity was increased by a factor of 2.6 in subjects with moderate hepatic impairment as compared to subjects with normal hepatic function. Prolongation of PT was similarly increased by a factor of 2.1 in subjects with moderate hepatic impairment. Therefore, XARELTO™ is contraindicated in patients with hepatic disease associated with coagulopathy leading to a clinically relevant bleeding risk *[see Dosage and Administration (2.2) and Contraindications (4)]*.

XARELTO™ has not been studied in subjects with severe hepatic impairment (Child-Pugh C).

Renal Impairment

Rivaroxaban exposure increased in subjects with decreasing renal function, as assessed via creatinine clearance measurements.

In subjects with mild (creatinine clearance 50 to <80 mL/min), moderate (creatinine clearance 30 to <50 mL/min) or severe (creatinine clearance 15 to <30 mL/min) renal impairment, rivaroxaban plasma exposure (AUC) were on average 1.4-, 1.5- and 1.6-fold increased, respectively, as compared to subjects with normal renal function.

Corresponding increases in pharmacodynamic effects were more pronounced than pharmacokinetic effects. In subjects with mild, moderate or severe renal impairment, the overall inhibition of Factor Xa activity was increased on average by a factor of 1.5, 1.9 and 2.0, respectively, as compared to subjects with normal renal function; prolongation of PT was similarly increased by a factor of 1.3, 2.2 and 2.4 on average, respectively.

Due to the underlying disease, patients with severe renal impairment are at an increased risk of both bleeding and thrombosis. XARELTO™ should be used with caution in patients with severe renal impairment (creatinine clearance 15 to <30 mL/min), due to limited clinical data and an expected increase in rivaroxaban plasma concentrations in this patient population *[see Dosage and Administration (2.1), and Use in Specific Populations (8.6)]*. Use of XARELTO™ is not recommended in patients with kidney failure (creatinine clearance <15 mL/min); XARELTO™ has not been evaluated in these patients.

## 13  NON-CLINICAL TOXICOLOGY

### 13.1  Carcinogenesis, Mutagenesis, and Impairment of Fertility

#### Carcinogenicity

No data are available on carcinogenicity.

#### Mutagenesis

Rivaroxaban produced no evidence of genotoxic potential when evaluated in a test for gene mutation in bacteria (Ames-Test), an *in vitro* test for chromosomal aberrations or in the *in vivo* micronucleus test.

#### Impairment of Fertility

No impairment of fertility was observed in male or female rats when treated with up to 200 mg/kg/day of rivaroxaban resulting in exposure levels, based on the unbound AUC, at least 33-fold above the therapeutic exposure in humans at a rivaroxaban dose of 10 mg/day.

### 13.2  Animal Toxicology and/or Pharmacology

Except for effects related to an exaggerated pharmacological mode of action (bleeding), preclinical data reveal no special hazard for humans based on studies of safety pharmacology, repeated dose toxicity and genotoxicity. No organ-specific toxicity of rivaroxaban was observed up to the highest dose tested, resulting in exposures based on unbound AUC of at least 29-fold (rat) or 39-fold (dog) the therapeutic exposure in humans at a rivaroxaban dose of 10 mg/day.

Rivaroxaban showed low acute toxicity in rats and mice.

Rivaroxaban was tested in repeat dose studies up to 6 months in rats and up to 12 months in dogs. Based on the pharmacological mode of action a no observed effect level (NOEL) could not be established due to effects on clotting time. All adverse findings except for a slight body weight gain reduction in rats and dogs could be related to an exaggerated pharmacological mode of action of the compound. Severe spontaneous bleeding was observed in dogs at very high exposure levels. The no observed adverse effect levels (NOAELs) after chronic exposure are 12.5 mg/kg in rats and 5 mg/kg in dogs.

Cardiovascular, respiratory, and CNS functions were not affected in any of the animals tested. No pro-arrhythmic potential was observed.

No clinically relevant effects on gastro-intestinal motility, liver function, renal function, and blood glucose levels were observed.

## 14  CLINICAL STUDIES

The Phase 3 clinical development of XARELTO™ included 4 randomized, double-blind clinical studies collectively referred to as the **RE**gulation of **C**oagulation in **OR**thopedic Surgery to Prevent **D**VT and PE (RECORD) studies. XARELTO™ was studied in 12,383 patients (6183 XARELTO™-treated, 6200 enoxaparin-treated patients) in the RECORD 1, 2, 3 and 4 studies.

The two randomized, double-blind, clinical studies (RECORD 1 and 2) in patients undergoing elective total hip replacement surgery compared XARELTO™ 10 mg once daily starting at least 6 to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin 40 mg once daily started 12 hours preoperatively. In RECORD 1 and 2, a total of 7050 patients were randomized and 6890 received study drug. The mean age [± standard deviation (SD)] was 63 ± 12.2 (range 18 to 93) years with 49% of patients ≥65 years and 55% of patients were female. More than 83% of patients were White, 7% were Asian, and less than 2% were Black. The studies excluded patients undergoing staged bilateral total hip replacement and patients with severe renal impairment defined as an estimated creatinine clearance <30 mL/min. In RECORD 1, the mean exposure duration (± SD) to active XARELTO™ and enoxaparin was 33.4 ± 6.9 and 33.7 ± 8.2 days, respectively. In RECORD 2, the mean exposure duration to active XARELTO™ and enoxaparin was 33.5 ± 6.9 and 12.4 ± 3.0 days, respectively. After Day 13, oral placebo was continued in the enoxaparin group for the remainder of the double-blind study duration.

The efficacy data for RECORD 1 and 2 are provided in Table 5. The primary endpoint was a composite endpoint of any DVT (proximal and/or distal), non-fatal PE, and death from all causes

referred to in Table 5 as total venous thromboembolism (VTE). In RECORD 1, total VTE was statistically significantly reduced in XARELTO™-treated patients compared to the enoxaparin-treated patients [1.1% vs. 3.7%, respectively; Relative Risk Reduction (RRR) 70% (95% CI: 49, 82); p<0.001]. In RECORD 2, total VTE was also statistically significantly reduced in the XARELTO™ group compared to the enoxaparin followed by placebo group [2.0% vs. 9.3%, respectively; RRR 79% (95% CI: 65, 87); p<0.001]. In both RECORD 1 and 2, the secondary endpoint of major VTE, a composite endpoint of proximal DVT, non-fatal PE, and VTE-related death, was statistically significantly reduced in the XARELTO™ group versus the comparator group (p<0.001 for each study).

**Table 5  Summary of Key Efficacy Analysis Results for Subjects Undergoing Total Hip Replacement Surgery - Modified Intent-to-Treat Population**

| Treatment Dosage and Duration | RECORD 1 | | | RECORD 2 | | |
|---|---|---|---|---|---|---|
| | XARELTO™ 10 mg once daily | Enoxaparin 40 mg once daily | RRR[a], p-value | XARELTO™ 10 mg once daily | Enoxaparin[b] 40 mg once daily | RRR[a], p-value |
| **Number of Subjects** | N = 1595 | N = 1558 | | N = 864 | N = 869 | |
| **Total VTE** | 18 (1.1%) | 58 (3.7%) | 70% (95% CI: 49, 82), p<0.001 | 17 (2.0%) | 81 (9.3%) | 79% (95% CI: 65, 87), p<0.001 |
| **Components of Total VTE** | | | | | | |
| Proximal and/or Distal DVT | 12 (0.8%) | 53 (3.4%) | | 14 (1.6%) | 71 (8.2%) | |
| Non-fatal PE | 4 (0.3%) | 1 (<0.1%) | | 1 (0.1%) | 4 (0.5%) | |
| Death (any cause) | 4 (0.3%) | 4 (0.3%) | | 2 (0.2%) | 6 (0.7%) | |
| **Number of Subjects** | N= 1686 | N = 1678 | | N= 961 | N = 962 | |
| **Major VTE rate** | 4 (0.2%) | 33 (2.0%) | 88% (95%CI: 66, 96), p<0.001 | 6 (0.6%) | 49 (5.1%) | 88% (95% CI: 71, 95), p<0.001 |
| **Components of Major VTE** | | | | | | |
| Proximal DVT | 1 (<0.1%) | 31 (1.9%) | | 5 (0.5%) | 44 (4.6%) | |
| Non-fatal PE | 4 (0.2%) | 1 (<0.1%) | | 1 (0.1%) | 4 (0.4%) | |
| VTE-related death | 0 (0%) | 1 (<0.1%) | | 0 (0%) | 1 (0.1%) | |

[a] Relative Risk Reduction; CI=confidence interval
[b] Includes the placebo-controlled period of the RECORD 2 study

Two randomized, double-blind, clinical studies (RECORD 3 and 4) in patients undergoing elective total knee replacement surgery compared XARELTO™ 10 mg once daily started at least 6 to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin. In RECORD 3, the enoxaparin regimen was 40 mg once daily started 12 hours preoperatively. In RECORD 4, the enoxaparin regimen was 30 mg twice daily started 12 to 24 hours postoperatively. The mean age (± SD) of patients in the RECORD 3 and 4 studies was 66 ± 9.5 (range 21 to 91) years with 58% of patients >65 years. Sixty-six percent (66%) of patients were female. More than 70% of patients were White, 13% were Asian, and less than 4% were Black. The studies excluded patients with severe renal impairment defined as an estimated creatinine clearance <30 mL/min. In RECORD 3, the mean exposure duration (± SD) to active

XARELTO™ and enoxaparin was 11.9 ± 2.3 and 12.5 ± 3.0 days, respectively. In RECORD 4, the mean exposure duration to active XARELTO™ and enoxaparin was 11.7 ± 2.5 and 11.0 ± 2.4 days, respectively.

The efficacy data for RECORD 3 and 4 are provided in Table 6. The primary endpoint was a composite endpoint of any DVT, non-fatal PE, and death from any cause referred to in Table 6 as total VTE. In RECORD 3, total VTE was statistically significantly reduced in XARELTO™-treated patients compared to enoxaparin-treated patients [9.6% vs. 18.9%, respectively; RRR 49% (95% CI: 35, 61); p<0.001]. In RECORD 4, total VTE was also statistically significantly reduced in the XARELTO™ group compared to the enoxaparin group [6.9% vs. 10.1%, respectively; RRR 32% (95% CI: 8, 49); p=0.012]. The secondary endpoint of major VTE, a composite endpoint of proximal DVT, non-fatal PE, and VTE-related death, was reduced in XARELTO™-treated patients compared to enoxaparin-treated patients in both RECORD 3 (p=0.01) and RECORD 4 (p=0.127).

**Table 6  Summary of Key Efficacy Analysis Results for Subjects Undergoing Total Knee Replacement Surgery- Modified Intent-to-Treat Population**

| | RECORD 3 | | | RECORD 4 | | |
|---|---|---|---|---|---|---|
| Treatment Dosage and Duration | XARELTO™ 10 mg once daily | Enoxaparin 40 mg once daily | RRR[a], p-value | XARELTO™ 10 mg once daily | Enoxaparin 30 mg twice daily | RRR[a], p-value |
| **Number of Subjects** | N = 824 | N = 878 | | N = 965 | N= 959 | |
| **Total VTE** | 79 (9.6%) | 166 (18.9%) | 49% (95% CI: 35, 61), p<0.001 | 67 (6.9%) | 97 (10.1%) | 32% (95% CI: 8, 49), p=0.012 |
| **Components of events contributing to Total VTE** | | | | | | |
| Proximal and/or Distal DVT | 79 (9.6%) | 160 (18.2%) | | 61 (6.3%) | 86 (9.0%) | |
| Non-fatal PE | 0 (0%) | 4 (0.5%) | | 5 (0.5%) | 8 (0.8%) | |
| Death (any cause) | 0 (0%) | 2 (0.2%) | | 2 (0.2%) | 3 (0.3%) | |
| **Number of Subjects** | N = 908 | N = 925 | | N = 1122 | N = 1112 | |
| **Major VTE rate** | 9 (1.0%) | 24 (2.6%) | 61% (95% CI: 17, 82), p=0.01 | 13 (1.2%) | 22 (2.0%) | 41% (95%CI: −17, 70), p=0.127 |
| **Components of events contributing to Major VTE** | | | | | | |
| Proximal DVT | 9 (1.0%) | 20 (2.2%) | | 8 (0.7%) | 14 (1.3%) | |
| Non-fatal PE | 0 (0%) | 4 (0.4%) | | 5 (0.5%) | 8 (0.7%) | |
| VTE-related death | 0 (0%) | 0 (0%) | | 1 (0.1%) | 0 (0%) | |

[a] Relative Risk Reduction; CI=confidence interval

Based on a pooled analysis of the four RECORD studies, the efficacy of XARELTO™ on total VTE in various age, gender, body weight and creatinine clearance subgroups was consistent with the efficacy observed in the overall population.  For the subgroups of White, Asian and Hispanic patients, efficacy results were consistent with the overall population, but the number of Black patients was insufficient to reliably assess effects.

As shown in Table 7, a pooled analysis of symptomatic events in the safety population that combined the double-blind treatment periods from all four studies showed a statistically significant reduction in the incidence of the composite endpoint of symptomatic VTE/death [(0.6% XARELTO™-treated patients compared to 1.3% enoxaparin-treated patients; RRR 58% (95% CI: 37, 71); p<0.001]. XARELTO™ use tended to reduce the rates of each component of the composite endpoint.

**Table 7: Integrated Analysis of Symptomatic VTE or All-Cause Death For RECORD 1-4—Safety Population: Double-Blind Treatment Period**

| Treatment Dosage and Duration | XARELTO™ | Enoxaparin/Placebo[a] | RRR[b], p-value |
|---|---|---|---|
| **Total Treated Patients** | **N = 6183** | **N=6200** | |
| **Composite Endpoints** | | | |
| Symptomatic VTE/death | 35 (0.6%) | 82 (1.3%) | 58% (95% CI: 37, 71), p<0.001 |
| Death/PE | 17 (0.3%) | 33 (0.5%) | 49% (95% CI: 8, 71), p=0.025 |
| **Components of composite endpoints** | | | |
| VTE | 28 (0.5%) | 68 (1.1%) | |
| PE | 10 (0.2%) | 19 (0.3%) | |
| Any death | 8 (0.1%) | 16 (0.3%) | |
| **Hip Surgery Studies** | **N=3437** | **N=3453** | |
| **Composite Endpoints** | | | |
| Symptomatic VTE/death | 15 (0.4%) | 35 (1.0%) | 57% (95% CI: 22, 77), p=0.006 |
| Death/PE | 11 (0.3%) | 16 (0.5%) | 31% (95% CI: -48, 68), p=0.334 |
| **Components of composite endpoints** | | | |
| VTE | 9 (0.3%) | 26 (0.8%) | |
| PE | 5 (0.2%) | 7 (0.2%) | |
| Any death | 6 (0.2%) | 11 (0.3%) | |
| **Knee Surgery Studies** | **N=2746** | **N=2747** | |
| **Composite Endpoints** | | | |
| Symptomatic VTE/death | 20 (0.7%) | 47 (1.7%) | 58% (95% CI: 28, 75), p=0.001 |
| Death/PE | 6 (0.2%) | 17 (0.6%) | 65% (95% CI: 11, 86), p=0.027 |
| **Components of composite endpoints** | | | |
| VTE | 19 (0.7%) | 42 (1.5%) | |
| PE | 5 (0.2%) | 12 (0.4%) | |
| Any death | 2 (0.1%) | 5 (0.2%) | |

[a] Includes the placebo-controlled period of the RECORD 2 study, enoxaparin dosing was 40 mg once daily or 30 mg twice daily
[b] Relative Risk Reduction; CI=confidence interval

A separate pooled analysis of symptomatic events in the active-control treatment periods for all RECORD studies (i.e., excluding Day 12 to Day 35 in RECORD 2 when placebo was administered in the enoxaparin treatment group) of the RECORD studies are shown in Table 8.

**Table 8 Integrated Analysis of Symptomatic VTE or All-Cause Death For RECORD 1-4—Safety Population: Active-Control Pool**

| Treatment Dosage and Duration | XARELTO™  N = 6183 | Enoxaparin[a]  N=6200 | RRR[b], p-value |
|---|---|---|---|
| **Composite Endpoints** | | | |
| Symptomatic VTE/death | 32 (0.5%) | 67 (1.1%) | 52% (95% CI: 27, 69), p<0.001 |
| Death/PE | 15 (0.2%) | 26 (0.4%) | 43% (95% CI: -8, 70), p=0.088 |
| **Components of composite endpoints** | | | |
| VTE | 26 (0.4%) | 57 (0.9%) | |
| PE | 9 (0.2%) | 16 (0.3%) | |
| Any death | 7 (0.1%) | 12 (0.2%) | |

[a] Enoxaparin dosing was 40 mg once daily or 30 mg twice daily
[b] Relative Risk Reduction; CI=confidence interval

# 16  HOW SUPPLIED/STORAGE AND HANDLING

XARELTO™ tablets are round, light red, biconvex film-coated tablets marked with a triangle pointing down above a "10" on one side, and an "Xa" on the other side and are supplied in bottles of 30 (NDC 50458-580-30).

XARELTO™ is also available in hospital unit dose blister packs of 10 (NDC 50458-580-10).

Store at 25° C (77° F) or room temperature; excursions permitted to 15-30° C (59-86° F) [See USP Controlled Room Temperature].

Keep out of the reach of children.

# 17  PATIENT COUNSELING INFORMATION

## 17.1  Directions for Use

Patients should be advised to take XARELTO™ only as directed by their physician. If a dose is missed, the patient should be advised to take XARELTO™ as soon as possible and continue on the following day with their once daily dose regimen.

## 17.2  Bleeding Risks

Patients should be told that it might take them longer than usual to stop bleeding, that they may bruise and/or bleed more easily when they are treated with XARELTO™. Patients should report any unusual bleeding or bruising to their physician *[see Warnings and Precautions (5.1)]*.

25

### 17.3 Concomitant Medication

Patients should inform their physicians and dentists if they are taking, or plan to take, any prescription or over-the-counter drugs, as there is a potential for interactions *[see Drug Interactions (7)]*.

### 17.4 Pregnancy

Patients should immediately notify their physician if they become pregnant or intend to become pregnant during treatment with XARELTO™. Advise women of child-bearing potential to use effective contraception to avoid pregnancy *[see Use in Specific Populations (8.1)]*.

### 17.5 Nursing

Patients should notify their physician if they are nursing or intend to nurse during treatment with XARELTO™ *[see Use in Specific Populations (8.3)]*.

Manufactured by:

Janssen Ortho LLC

Gurabo, PR 00778

Manufactured for:

Ortho-McNeil, Division of Ortho-McNeil-Janssen Pharmaceuticals, Inc.

Raritan, NJ 08869

Licensed from:

Bayer HealthCare AG

51368 Leverkusen, Germany