# EXHIBIT L

**File Provided Natively**

**File Name:**                    coverletter.pdf

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_JANSSEN_00054178**



**Date: December 27, 2010**

Ann Farrell, MD., Director,
Division of Hematology Products
Office of Oncology Drug Products
Center for Drug Evaluation and Research
Food and Drug Administration
5901-B Ammendale Road
Beltsville, MD 20705-1266

**NDA 22-406**
XARELTO™ (rivaroxaban)

**Sponsor Complete Response**

Dear Dr. Farrell:

Reference is made to the original New Drug Application (NDA) for XARELTO®
(rivaroxaban) immediate release tablets for the prophylaxis of deep vein thrombosis
(DVT) and pulmonary embolism (PE) in patients undergoing hip replacement surgery
or knee replacement surgery, filed July 29th, 2008, by Johnson & Johnson
Pharmaceutical Research and Development, L.L.C. (J&JPRD) on behalf of Ortho-
McNeil-Janssen-Pharmaceuticals, Inc. (OMJPI).  Reference is made to the FDA
action letter received 27 May, 2009.  Reference is also made to FDA letter dated 10
May 2010 providing an extension of the Sponsor's complete response until 27 May
2011.

In accordance with 21 CFR 314.110, and on behalf of Ortho-McNeil-Janssen
Pharmaceuticals, Inc. (OMJPI), J&JPRD is submitting a Complete Response
resubmission to NDA 22-406.

The core document entitled "Complete Response to FDA Letter of May 27, 2009"
located in Module 1.2 addresses each of the specific issues FDA cited and is
organized as per the questions in the FDA letter.  The document contains electronic
links to the appropriate attachments and modules in e CTD format.

**Reponses to FDA Questions**

**CLINICAL**

**Question 1a i, ii, iii**
Responses are provided in Mod1.2\Attachment 1, and include the Bayer QA audit plans, SOPs; audit findings and corrective actions; and list of clinical investigators terminated for noncompliance for the RECORD studies.

**Question 1b i, ii, iii**
Responses are provided in Mod1.2\Attachment 2, and include information on each CRO hired to monitor the clinical sites for the RECORD program, the oversight process for each CRO, and processes to ensure monitoring, as well as a list of noncompliant sites reported by the CROs.

**Question 1c i, ii, iii**
Responses are provided in Mod1.2\Attachment 3.   The response includes the Bayer audits, and the independent third party Falcon audits methodology, results and analyses.  This response additionally contains results of the Sponsor's RECORD 4 study data verification.

**Question 2a**
The background information on the Hepatic Event Assessment Committee (HEAC) and the changes from the previous process are provided in the core document.  The HEAC operations manual for clinical studies is located in Mod1.2\Attachment 4 and a separate HEAC manual of operations for the review of liver cases occurring as spontaneous reports or in post-marketing studies is available in Mod1.2\ Attachment 5.

A comprehensive Integrated Summary of Liver Safety is located in Mod 5.3.5.3.

**Question 2b**
Safety findings from post marketing exposures outside the United States are provided in the safety update ISS\ Mod5.3.5.3.

**Question 2c**
Safety findings from the post marketing study XAMOS are provided in the safety update ISS \Mod5.3.5.3.  The protocol for the observational post marketing study XAMOS is provided in Mod5.3.6\XAMOS.

**Question 2d**
The final study report for ATLAS ACS TIMI 46, including electronic datasets, is provided in Mod5.3.5.4\39039039ACS2001.

2

## PRODUCT QUALITY

Responses have been previously submitted to the three DMFs associated with this NDA as discussed at the 19 June 2009 FDA/J&J/Bayer teleconference. The sponsor references the responses and respectfully requests review by the Agency.

### Question 3
Responses were provided 12 May 2009 to Bayer DMF 21580 for rivaroxaban 10 mg drug product.

### Question 4
Responses were provided 01 May 2009 to Bayer DMF 21581 for rivaroxaban drug substance.

### Question 5
Responses were provided 14 May 2009 to J&J DMF 21592 for rivaroxaban 10 mg drug product.

### Question 6
The requested drug substance information has been included in Module 3 of the NDA.

### Questions 7 and 8
Reponses are provided in updated section 3.2.P.5.1 of the Bayer DMF 21580 and Mod 3.2.P.5.1\Drug Product Specifications in Module 3 of the NDA. The drug product specifications as provided by Bayer have been updated and are in alignment with those proposed by J&J.

### Question 9
Responses regarding the dissolution specification were submitted to the drug product DMF 21580 on 12 May 2009 and DMF 21592 on 14 May 2009.

### Question 10
Container Closure System Section 3.2.P.7 from the J&J drug product DMF 21592 has been provided in Module 3 of the NDA.

### Question 11
Stability sections 3.2.P.8.1, 3.2.P.8.2 and 3.2.P.8.3 for Bayer and J&J drug product have been updated are included in Module 3 of the NDA.

## CLINICAL PHARMACOLOGY

### Question 12
Based on the discussions with the Agency on 19 June 2010 the Sponsor is proposing to conduct a Phase 1 drug interaction study in patients with mild or moderate renal impairment concomitantly receiving erythromycin, a moderate CYP3A4 / moderate P-gp inhibitor. A detailed study synopsis is presented in Mod.5.3.3.4\ (Protocol Outline: Study number RIVAROXACS1001).

3

**LABELING**

**Question 13**
Package Insert
The sponsor has revised the package insert extensively, and the revised version is supplied in Mod1.14.1.  The major changes are as follows:

> i. The language has been simplified throughout the document in order to reduce redundancy and repetition
> ii. The previously included Box Warning has been removed, since the information contained is adequately reflected in the Warnings and Precautions section of the document
> iii. The contraindication of use in pregnancy and lactation language has been deleted as the available data not support its inclusion in Section 4.  Section 8.1 has also been revised from a "contraindication" to "not recommended" in pregnancy.

The revised label, the annotated revised label and SPL are provided in Mod 1.14.1. The annotated revised label does not contain active hyperlinks to the initial NDA.

**Question 14**
Revised draft carton and container labeling are provided in Mod1.14.1 and have been incorporated into the "How Supplied" section 16 of the package insert.

**SAFETY UPDATE**

**Questions 1-8**
A safety update as described at 21 CFR 314.50(d)(5)(vi)(b that includes data from all nonclinical and clinical studies/trials of rivaroxaban regardless of indication, dosage form, or dose level is provided in Mod 5.3.5.3.

All liver-related safety information is provided in a separate document, the Integrated Summary of Liver Safety (ISLS) provided in Mod 5.3.5.3.

English translations for package inserts are provided for 13 countries considered to be representative of the major geographic regions and major markets.  These are as follows: European Union, Switzerland, Russia, Canada, Mexico, Brazil, Australia, New Zealand, China, India, Kenya, U.A.E., and South Africa

This submission is being provided in electronic format. J&JPRD utilizes either McAfee VirusScan Enterprise or Microsoft ForeFront Client Security to ensure that this submission is free of computer viruses and spyware. J&JPRD authorizes the CDER to use similar software as appropriate.

Should you have any questions regarding this submission or require additional information, please contact me at (908) 927-6522.

Sincerely,

ANDREA
KOLLATH

Digitally signed by ANDREA KOLLATH
DN: c=US, o=JNJ, ou=Employees,
ou=369516, cn=ANDREA KOLLATH,
email=AKollath@its.jnj.com
Date: 2010.12.26 22:18:54 -05'00'

Andrea Kollath, DVM,
Director, Regulatory Affairs
Johnson & Johnson Pharmaceutical Research & Development, L.L.C.

cc. Marcus Cato MBA, FDA Project Manager, Division of Hematology Drug Products

5

**File Provided Natively**

**File Name:**                    draft-labeling-text.doc

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use XARELTO® (rivaroxaban) safely and effectively. See full prescribing information for XARELTO®**

**XARELTO (rivaroxaban) film-coated oral tablets**
**Initial U.S. Approval: [XXXX]**

----------------------------**INDICATIONS AND USAGE**---------------------------
XARELTO® is a direct factor Xa inhibitor indicated for the prophylaxis of deep vein thrombosis (DVT) and pulmonary embolism (PE) in patients undergoing knee or hip replacement surgery. (1)

---------------------**DOSAGE AND ADMINISTRATION**----------------------
• 10 mg orally, once daily with or without food (2)

--------------------**DOSAGE FORMS AND STRENGTHS**---------------------
Tablet: 10 mg (3)

------------------------------**CONTRAINDICATIONS**------------------------------
• Patients with active pathological bleeding (4)
• Patients with hepatic disease associated with coagulopathy leading to a clinically relevant bleeding risk (4)

----------------------**WARNINGS AND PRECAUTIONS**--------------------
• Spinal/epidural hematoma: Review recommendations for epidural catheter removal and XARELTO® administration (5.1)
• Risk of bleeding: XARELTO® can cause serious and, sometimes, fatal bleeding. Promptly evaluate signs and symptoms of blood loss. (5.2)

• Strong inhibitors of both CYP3A4 and P-gp: Concomitant use of ketoconazole or ritonavir with XARELTO® is not recommended (5.3)

----------------------------**ADVERSE REACTIONS**-----------------------------
The most common adverse reactions (>5%) were nausea, vomiting, post-procedural hemorrhage and anemia. (6)

**To report SUSPECTED ADVERSE REACTIONS, contact Ortho-McNeil-Janssen Pharmaceuticals, Inc. at 1-800-526-7736 or FDA at 1-800-FDA-1088 or _www.fda.gov/medwatch_.**

--------------------------------**DRUG INTERACTIONS**---------------------------
• Rifampicin: use with caution (7)
• Drugs that may increase bleeding risk (e.g., NSAIDs, ASA, naproxen, clopidogrel): use with caution. (7)

----------------------**USE IN SPECIFIC POPULATIONS**----------------------
• Pregnancy: use is not recommended (8.1)
• Nursing: use with caution (8.3)
• Renal impairment: CrCl 30 to <50 mL/min: Use with caution in patients receiving specific concomitant medications (e.g., strong CYP3A4 inhibitors).CrCl 15 to <30 mL/min, use with caution. CrCl <15 mL/min, use is not recommended (8.6)

**See 17 for PATIENT COUNSELING INFORMATION.**
                                                          **Revised: MM/20XX**

---

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**1   INDICATIONS AND USAGE**
**2   DOSAGE AND ADMINISTRATION**
**3   DOSAGE FORMS AND STRENGTHS**
**4   CONTRAINDICATIONS**
**5   WARNINGS AND PRECAUTIONS**
   5.1   Spinal/Epidural Anesthesia or Puncture
   5.2   Risk of Bleeding
   5.3   Effect of Strong Inhibitors of Both CYP3A4 and P-glycoprotein on Rivaroxaban Exposure
**6   ADVERSE REACTIONS**
   6.1   Commonly-Observed Adverse Drug Reactions in Double-Blind Controlled Clinical Studies
   6.2   Other Adverse Drug Reactions Observed During the Premarketing Evaluation of XARELTO®
**7   DRUG INTERACTIONS**
**8   USE IN SPECIFIC POPULATIONS**
   8.1   Pregnancy
   8.2   Labor and Delivery
   8.3   Nursing Mothers
   8.4   Pediatric Use
   8.5   Geriatric Use
   8.6   Renal Impairment
   8.7   Hepatic Impairment
**10   OVERDOSAGE**
**11   DESCRIPTION**
**12   CLINICAL PHARMACOLOGY**
   12.1   Mechanism of Action
   12.2   Pharmacodynamics
   12.3   Pharmacokinetics
**13   NON-CLINICAL TOXICOLOGY**
   13.1   Carcinogenesis, Mutagenesis, and Impairment of Fertility
**14   CLINICAL STUDIES**
**16   HOW SUPPLIED/STORAGE AND HANDLING**
**17   PATIENT COUNSELING INFORMATION**
   17.1   Instructions for Patient Use
   17.2   Bleeding Risks
   17.3   Concomitant Medication
   17.4   Pregnancy
   17.5   Nursing

\*Sections or subsections omitted from the full prescribing information are not listed

**FULL PRESCRIBING INFORMATION**

# 1   INDICATIONS AND USAGE

XARELTO® (rivaroxaban) Tablets are indicated for the prophylaxis of deep vein thrombosis (DVT) and pulmonary embolism (PE) in patients undergoing knee or hip replacement surgery.

# 2   DOSAGE AND ADMINISTRATION

The recommended dose of XARELTO® is 10 mg taken orally once daily with or without food *[see Clinical Pharmacology (12.3)]*. The initial dose should be taken at least 6 to 10 hours after surgery once hemostasis has been established. XARELTO® should be used with caution in patients with severe renal impairment (CrCl 15 to <30 mL/min). Use of XARELTO® is not recommended in patients with kidney failure (CrCl <15 mL/min) *[see Use in Specific Populations (8.6) and Clinical Pharmacology (12.3)]*.

- For patients undergoing hip replacement surgery, treatment duration of 35 days is recommended.
- For patients undergoing knee replacement surgery, treatment duration of 14 days is recommended.

If a dose of XARELTO® is not taken at the scheduled time, the dose should be taken as soon as possible on the same day and continued on the following day with the once daily intake as recommended.

# 3   DOSAGE FORMS AND STRENGTHS

XARELTO® 10 mg tablets are round, light red, biconvex and film-coated with a triangle pointing down above a "10" marked on one side and "Xa" on the other side.

# 4   CONTRAINDICATIONS

XARELTO® is contraindicated in patients with:

- active pathological bleeding *[see Warnings and Precautions (5.2)]*
- hepatic disease associated with coagulopathy leading to a clinically relevant bleeding risk *[see Clinical Pharmacology (12.3)]*.

# 5   WARNINGS AND PRECAUTIONS

## 5.1   Spinal/Epidural Anesthesia or Puncture

When neuraxial anesthesia (spinal/epidural anesthesia) or spinal puncture is employed, patients treated with anticoagulant agents for prevention of thromboembolic complications are at risk of developing an epidural or spinal hematoma which can result in long-term or permanent paralysis.

An epidural catheter should not be removed earlier than 18 hours after the last administration of XARELTO®. The next XARELTO® dose is not to be administered earlier than 6 hours after the

removal of the catheter. If traumatic puncture occurs, the administration of XARELTO® is to be delayed for 24 hours.

## 5.2   Risk of Bleeding

XARELTO® increases the risk of bleeding and can cause serious and, sometimes, fatal bleeding. Risk factors for bleeding include, the use of drugs that increase the risk of bleeding in general [e.g., anti-platelet agents, heparin, fibrinolytic therapy, and chronic use of non-steroidal anti-inflammatory drugs (NSAIDS)], and labor and delivery. Promptly evaluate any signs or symptoms of blood loss (e.g., a drop in hemoglobin and/or hematocrit or hypotension).

## 5.3   Effect of Strong Inhibitors of Both CYP3A4 and P-glycoprotein on Rivaroxaban Exposure

The concomitant use of XARELTO® with strong inhibitors of both CYP3A4 and P-gp (e.g., ketoconazole, ritonavir) increases exposure to rivaroxaban (160% on average) and is not recommended *[see Clinical Pharmacology (12.3)]*.

## 6   ADVERSE REACTIONS

XARELTO® was studied in 12,383 patients (6183 XARELTO®-treated, 6200 enoxaparin-treated patients) in the Phase 3 **RE**gulation of **C**oagulation in **Or**thopedic Surgery to Prevent **D**VT and PE (RECORD) 1, 2, 3 and 4 studies.

Patients received XARELTO® 10 mg orally once daily and the mean duration of exposure was 11.8 days in the total knee replacement (RECORD 3 and 4) studies and 33.4 days in the total hip replacement (RECORD 1 and 2) studies. Overall, the mean age of the patients studied in the XARELTO® group was 64 years, 60% were female and 79% were Caucasian. Forty-four percent (2746) of patients underwent knee replacement surgery and 56% (3437) underwent hip replacement surgery.

Throughout this section, adverse drug reactions (ADRs) are reported. Adverse drug reactions are adverse events that were considered to be reasonably associated with the use of XARELTO® based on the comprehensive assessment of the available adverse event information. A causal relationship for XARELTO® cannot be reliably established in individual cases. Furthermore, because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice. Adverse drug reactions are presented within each frequency grouping and system organ classes.

*Drug Discontinuations in RECORD*

The overall frequency of permanent discontinuation of study drug due to adverse events was lower for XARELTO® (3.7%) than for enoxaparin (4.7%) primarily due to lower frequencies of DVT (0.3% vs. 0.6%) and PE (0.2% vs. 0.4%), respectively. The frequency of any bleeding ADR leading to discontinuation was 0.8% in the XARELTO® group and 0.6% in the enoxaparin group. The two most frequent bleeding ADRs leading to discontinuation were operative hemorrhage (0.1%) and hematuria (0.1%). The two most common reasons for discontinuation due to non-bleeding ADRs were nausea (0.1%) and vomiting (0.1%).

## 6.1   Commonly-Observed Adverse Drug Reactions in Double-Blind Controlled Clinical Studies

- Based on its mechanism of action, XARELTO® increases the risk for bleeding events *[see Contraindications (4) and Warnings and Precautions (5.1)]*.

The centrally adjudicated rates of major bleeding events, non-major clinically relevant bleeding events and any bleeding events observed in patients in the individual RECORD studies are shown in Table 1.

4

**Table 1      Treatment Emergent Bleeding Event Rates[*] for Individual RECORD Studies—Safety Population**

| | XARELTO® 10 mg | Enoxaparin[†] |
|---|---|---|
| **RECORD 1–Hip Surgery Study** | **N = 2209 n (%)** | **N = 2224 n (%)** |
| Major bleeding event[‡] | 6 (0.3) | 2 (0.1) |
| Non-major clinically relevant bleeding event | 65 (2.9) | 54 (2.4) |
| Any bleeding event | 133 (6.0) | 131 (5.9) |
| **RECORD 2–Hip Surgery Study** | **N = 1228 n (%)** | **N = 1229 n (%)** |
| Major bleeding event[‡] | 1 (0.1) | 1 (0.1) |
| Non-major clinically relevant bleeding event | 40 (3.3) | 33 (2.7) |
| Any bleeding event | 81 (6.6) | 68 (5.5) |
| **RECORD 3–Knee Surgery Study** | **N = 1220 n (%)** | **N = 1239 n (%)** |
| Major bleeding event[‡] | 7 (0.6) | 6 (0.5) |
| Non-major clinically relevant bleeding event | 33 (2.7) | 28 (2.3) |
| Any bleeding event | 60 (4.9) | 60 (4.8) |
| **RECORD 4–Knee Surgery Study** | **N = 1526 n (%)** | **N = 1508 n (%)** |
| Major bleeding event[‡] | 10 (0.7) | 4 (0.3) |
| Non-major clinically relevant bleeding event | 39 (2.6) | 30 (2.0) |
| Any bleeding event | 160 (10.5) | 142 (9.4) |

[*] A treatment-emergent bleeding event was defined as one occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last dose of double-blind study medication

[†] Includes the placebo-controlled period of the RECORD 2 study, enoxaparin dosing was 40 mg once daily (RECORD 1-3) or 30 mg twice daily (RECORD 4)

[‡] Major bleeding was defined as bleeding that was fatal, into a critical organ, required re-operation, clinically overt extra-surgical site bleeding associated with a drop in hemoglobin $\geq 2$ g/dL, or clinically overt extra-surgical site bleeding requiring transfusion of $\geq 2$ units blood.

A pooled analysis of the centrally adjudicated rates of major bleeding events, major bleeding events combined with non-major clinically relevant bleeding events and any bleeding events observed in patients over the entire double-blind treatment periods for all RECORD studies (total duration pool) is shown in Table 2.

**Table 2      Treatment Emergent Bleeding Event Rates[*]–Safety Population: Total Duration Pool**

| | XARELTO® 10 mg | Enoxaparin[†] | HR (95% CI)[‡] |
|---|---|---|---|
| **Total treated patients** | **N = 6183**<br>**n (%)** | **N = 6200**<br>**n (%)** | |
| Major bleeding event[§] | 24 (0.4) | 13 (0.2) | 1.8 (0.9, 3.6) |
| Major or Non-major clinically relevant bleeding event | 197 (3.2) | 158 (2.6) | 1.3 (1.0, 1.5) |
| Any bleeding event | 434 (7.0) | 401 (6.5) | 1.1 (0.9, 1.2) |
| **Hip Surgery Studies** | **N = 3437**<br>**n (%)** | **N = 3453**<br>**n (%)** | |
| Major bleeding event[§] | 7 (0.2) | 3 (0.1) | 2.3 (0.6, 9.0) |
| Major or Non-major clinically relevant bleeding event | 111 (3.2) | 90 (2.6) | 1.2 (0.9, 1.6) |
| Any bleeding event | 214 (6.2) | 199 (5.8) | 1.1 (0.9, 1.3) |
| **Knee Surgery Studies** | **N = 2746**<br>**n (%)** | **N = 2747**<br>**n (%)** | |
| Major bleeding event[§] | 17 (0.6) | 10 (0.4) | 1.7 (0.8, 3.7) |
| Major or Non-major clinically relevant bleeding event | 86 (3.1) | 68 (2.5) | 1.3 (0.9, 1.7) |
| Any bleeding event | 220 (8.0) | 202 (7.4) | 1.1 (0.9, 1.3) |

[*] A treatment-emergent bleeding event was defined as one occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last dose of double-blind study medication

[†] Includes the placebo-controlled period of the RECORD 2 study, enoxaparin dosing was 40 mg once daily (RECORD 1-3) or 30 mg twice daily (RECORD 4)

[‡] HR=Hazard Ratio; CI=confidence interval

[§] Major bleeding was defined as bleeding that was fatal, into a critical organ, required re-operation, clinically overt extra-surgical site bleeding associated with a drop in hemoglobin ≥2 g/dL, or clinically overt extra-surgical site bleeding requiring transfusion of ≥2 units blood.

A separate analysis in patients in active-control treatment periods for all RECORD studies, excluding Day 12 to Day 35 in RECORD 2 when placebo was administered in the enoxaparin treatment group (active control pool), is shown in Table 3.

6

**Table 3        Treatment Emergent Bleeding Event Rates[*] –Safety Population: Active-Control Pool**

|  | XARELTO® 10 mg | Enoxaparin[†] | HR (95% CI)[‡] |
|---|---|---|---|
| **Total treated patients** | **N = 6183**<br>**n (%)** | **N = 6200**<br>**n (%)** |  |
| Major bleeding event[§] | 23 (0.4) | 13 (0.2) | 1.8 (0.9, 3.5) |
| Major or Non-major clinically relevant bleeding event | 190 (3.1) | 156 (2.5) | 1.2 (1.0, 1.5) |
| Any bleeding event | 424 (6.9) | 397 (6.4) | 1.1 (0.9, 1.2) |

[*] A treatment-emergent bleeding event was defined as one occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last dose of double-blind study medication

[†] Enoxaparin dosing was 40 mg once daily (RECORD 1-3) or 30 mg twice daily (RECORD 4)

[‡] HR=Hazard Ratio; CI=confidence interval

[§] Major bleeding was defined as bleeding that was either fatal, into a critical organ, required re-operation, clinically overt extra-surgical site bleeding associated with a drop in hemoglobin ≥2 g/dL, or clinically overt extra-surgical site bleeding requiring transfusion of ≥2 units blood.

Overall, the incidence of major bleeding events was low for both XARELTO®-treated patients and enoxaparin-treated patients. Following XARELTO® treatment, the majority of major bleeding complications (≥60%) occurred during the first week after surgery.

- As shown in Table 4, the most common ADRs (reported by ≥5% of patients receiving XARELTO®) in the four Phase 3 RECORD studies were nausea (12.7%), vomiting (9.8%), post-procedural hemorrhage (8.1%), and anemia (6.6%).

Table 4 shows all ADRs reported in ≥1% of XARELTO®-treated patients in the RECORD studies.

**Table 4     Treatment-Emergent Adverse Drug Reactions[*] Reported by ≥1% of XARELTO®-Treated Patients in the Four RECORD Studies - Safety Population**

| System/Organ Class | XARELTO® 10 mg (N = 6183) n (%) | Enoxaparin[†] (N = 6200) n (%) |
|---|---|---|
| Blood and lymphatic system disorders | | |
|    Anemia | 408 (6.6) | 414 (6.7) |
| Gastrointestinal disorders | | |
|    Nausea | 788 (12.7) | 797 (12.9) |
|    Vomiting | 605 (9.8) | 610 (9.8) |
| General disorders and administration site conditions | | |
|    Wound secretion | 146 (2.4) | 106 (1.7) |
| Vascular disorders | | |
|    Post-procedural hemorrhage | 503 (8.1) | 496 (8.0) |
|    Hematoma | 86 (1.4) | 92 (1.5) |

[*] A treatment-emergent ADR was defined as occurring any time following the first dose of double-blind medication, which may have been prior to administration of active drug, until two days after the last dose of double-blind study medication.

[†] Includes the placebo-controlled period of the RECORD 2 study, enoxaparin dosing was 40 mg once daily (RECORD 1-3) or 30 mg twice daily (RECORD 4)

## 6.2   Other Adverse Drug Reactions Observed During the Premarketing Evaluation of XARELTO®

The following adverse drug reactions occurred in <1% of XARELTO®-treated patients in the RECORD studies' pooled safety data.

**Blood and lymphatic system disorders:** hemorrhagic anemia

**Endocrine disorders:** adrenal hemorrhage

**Eye Disorder:** eye hemorrhage

**Gastrointestinal disorders:** GI tract hemorrhage

**Injury, poisoning and procedural complications:** contusion

**Renal and urinary disorders:** bleeding of the urethral tract, hematuria

**Respiratory, thoracic and mediastinal disorders:** nosebleed, respiratory tract hemorrhage

**Reproductive system and breast disorders:** genital tract bleeding

**Vascular disorders:** arterial hemorrhage

Adverse drug reactions identified from all other completed and ongoing studies in any phase of clinical development with XARELTO® include intracranial hemorrhages (subdural,

8

subarachnoid and intra-parenchymal hemorrhages that may or may not have been fatal) and vascular pseudoaneurysm formation following percutaneous intervention.

Overall, rates of laboratory assessed hepatic dysfunction [aspartate (AST) and alanine (ALT) aminotransferase elevations greater than 3 times the upper limit of normal] were lower in patients receiving XARELTO® compared to patients receiving enoxaparin (AST 2.6% vs. 3.4%, ALT 2.5% vs. 3.7%, respectively) across the four studies.

# 7   DRUG INTERACTIONS

The concomitant use of XARELTO® with strong inhibitors of both CYP3A4 and P-gp (e.g., ketoconazole, ritonavir) increases exposure to rivaroxaban and is not recommended *[see Clinical Pharmacology (12.3)]*.

The concomitant use of XARELTO® with strong CYP3A4 and P-gp inducers (e.g., rifampicin) decreased exposure to rivaroxaban and these inducers should be co-administered with caution *[see Clinical Pharmacology (12.3)]*. XARELTO® should also be used with caution if patients are treated concomitantly with drugs that typically increase the bleeding risk (e.g., NSAIDs, acetylsalicylic acid (ASA), naproxen, clopidogrel) *[see Warnings and Precautions (5.2) and Clinical Pharmacology (12.3)]*.

Coadministration of drugs strongly inhibiting only one of the rivaroxaban elimination pathways, either CYP3A4 or P-gp (e.g., clarithromycin, erythromycin); or drugs altering gastric pH (omeprazole, ranitidine or aluminum hydroxide/magnesium hydroxide) does not require a dose adjustment of XARELTO® *[see Clinical Pharmacology (12.3)]*.

# 8   USE IN SPECIFIC POPULATIONS

## 8.1   Pregnancy

**Pregnancy Category: B**

There are no adequate and well-controlled studies on the use of rivaroxaban in pregnant women.

No primary teratogenic potential was identified, but animal reproduction studies have shown pronounced maternal toxicity (e.g., hemorrhagic complications) with secondary effects on fetal development. Reproduction studies have been performed in rats and rabbits at exposure levels up to 40 (rat) and 94 (rabbit) times the therapeutic exposure levels based on unbound AUC in humans at a rivaroxaban dose of 10 mg/day. Because animal reproduction studies are not always predictive of human response, and due to the intrinsic risk of bleeding and the evidence that rivaroxaban crosses the placenta, XARELTO® is not recommended in pregnancy.

### 8.2   Labor and Delivery

The effect of XARELTO® on labor and delivery in humans is unknown.

### 8.3   Nursing Mothers

In rats, rivaroxaban is secreted into breast milk (2.1% of dose based on radiolabel recovery). Because many drugs are excreted in human milk, caution should be exercised when XARELTO® is administered to a nursing woman.

### 8.4   Pediatric Use

Safety and effectiveness have not been established in children and adolescents <18 years of age.

### 8.5   Geriatric Use

No dosage adjustment of XARELTO® is necessary in elderly patients. Of the total number of patients in the RECORD studies of XARELTO®, about 53% were 65 years and over, while about 15% were 75 years and older. As would be expected, both thrombotic and bleeding event rates were higher in these older patients, but the efficacy and safety results versus enoxaparin were similar to those observed in younger patients. *[see Clinical Pharmacology (12.3) and Clinical Studies (14)]*.

### 8.6   Renal Impairment

XARELTO® should be used with caution in patients with moderate renal impairment (CrCl 30 to <50 mL/min) who are also receiving certain specific concomitant medications (e.g., strong CYP3A4 inhibitors) since the combination may lead to clinically relevant increased rivaroxaban plasma concentrations *[see Warnings and Precautions (5.2, 5.3) and Drug Interactions (7)]*.

XARELTO® should be used with caution in patients with severe renal impairment (CrCl 15 to <30 mL/min), who are at increased risk of bleeding and thrombosis, due to limited clinical data and an expected increase in rivaroxaban exposure in this patient population *[see Clinical Pharmacology (12.3)]*. No clinical data are available for patients with kidney failure (CrCl <15 mL/min). Therefore, use of XARELTO® is not recommended in these patients *[see Dosage and Administration (2) and Clinical Pharmacology (12.3)]*.

### 8.7   Hepatic Impairment

No dose adjustment is necessary in patients with mild hepatic impairment.

Limited clinical data in patients with moderate hepatic impairment indicate a significant increase in the pharmacological activity of XARELTO®. No clinical data are available for patients with severe hepatic impairment *[see Clinical Pharmacology (12.3)]*.

## 10  OVERDOSAGE

Rare cases of overdose have been reported. Due to limited absorption, no further increase in average plasma exposure is expected at supratherapeutic doses of ≥50 mg rivaroxaban.

A specific antidote antagonizing the pharmacodynamic effect of rivaroxaban is not available. The use of activated charcoal to reduce absorption in case of XARELTO® overdose may be considered. Due to the high plasma protein binding rivaroxaban is not expected to be dialyzable *[see Clinical Pharmacology (12.3)]*.

*Management of Bleeding:* Should a bleeding complication arise in a patient receiving rivaroxaban, the next administration should be delayed or treatment should be discontinued as appropriate. Rivaroxaban has a half-life of approximately 5 to 9 hours in young individuals (20 to 45 years) and 11 to 13 hours in elderly individuals (≥75 years). Appropriate symptomatic treatment should be used as needed.

If bleeding cannot be controlled by the above measures, administration of one of specific procoagulant reversal agents should be considered, such as prothrombin complex concentrate (PCC), activated prothrombin complex concentrate (APCC), or recombinant factor VIIa (r-FVIIa). However, there is currently very limited clinical experience with the use of these products in individuals receiving XARELTO®.

Protamine sulfate and vitamin K are not expected to affect the anticoagulant activity of rivaroxaban. There is no experience with antifibrinolytic agents (tranexamic acid, aminocaproic acid) in individuals receiving XARELTO®. There is neither scientific rationale for benefit nor experience with the systemic hemostatics desmopressin and aprotinin individuals receiving XARELTO®.

## 11  DESCRIPTION

The chemical name of rivaroxaban, the active ingredient in XARELTO® Tablets, is 5-Chloro-N-({(5S)-2-oxo-3-[4-(3-oxo-4-morpholinyl)phenyl]-1,3-oxazolidin-5-yl}methyl)-2-thiophenecarboxamide. The molecular formula of rivaroxaban is $C_{19}H_{18}ClN_3O_5S$ and the molecular weight is 435.89. The structural formula is:

Rivaroxaban is a pure (*S*)-enantiomer. It is an odorless, non-hygroscopic, white to yellowish powder. Rivaroxaban is only slightly soluble in organic solvents (e.g., acetone, polyethylene glycol 400) and is practically insoluble in water and aqueous media.

Each XARELTO® tablet contains 10 mg of rivaroxaban. The inactive ingredients of XARELTO® are: Microcrystalline cellulose, croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, sodium lauryl sulfate, and Opadry® Pink 14F94373, a proprietary filmcoating mixture containing polyethylene glycol 3350, hypromellose, titanium dioxide, and ferric oxide red.

## 12  CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

XARELTO® is a highly selective and orally bioavailable direct factor Xa inhibitor. Activation of factor X to factor Xa (FXa) via the intrinsic and extrinsic pathways plays a central role in the cascade of blood coagulation. One molecule of factor Xa is able to generate more than 1000 molecules of thrombin due to the amplification nature of the coagulation cascade.

### 12.2 Pharmacodynamics

Routine monitoring of coagulation parameters is not required with XARELTO® use.

Dose-dependent inhibition of factor Xa activity was observed in humans and the prothrombin time (PT), activated partial thromboplastin time (aPTT) and HepTest® are prolonged dose-dependently. Anti-factor Xa activity is also influenced by rivaroxaban. The relationship between PT and rivaroxaban plasma concentration is linear and closely correlated. If assessment of the pharmacodynamic effect of rivaroxaban is considered necessary in individual cases, PT (measured in seconds) is recommended. The Neoplastin® PT assay was measured in the RECORD program and the median (with 5/95 percentiles) for PT (Neoplastin®) 2 to 4 hours after tablet intake (i.e., at the time of maximum effect) was 18 (13 to 26) seconds. The International Normalized Ratio (INR) should not be used for measuring rivaroxaban pharmacodynamic effect.

Cardiac Electrophysiology: In a thorough QT study in healthy men and women aged 50 years and older, no QTc prolonging effects were observed for XARELTO® (15 mg and 45 mg, single dose).

## 12.3 Pharmacokinetics

### Absorption

The absolute bioavailability of rivaroxaban is high (estimated to be 80% to 100%) for the 10 mg dose. Rivaroxaban is rapidly absorbed with maximum concentrations ($C_{max}$) appearing 2 to 4 hours after tablet intake.

Intake with food does not affect rivaroxaban AUC or $C_{max}$ at the 10 mg dose. XARELTO®️ 10 mg can be taken with or without food.

Rivaroxaban pharmacokinetics are linear with no relevant accumulation beyond steady state after multiple doses. Variability in rivaroxaban pharmacokinetics is moderate with inter-individual variability (CV%) ranging from 30% to 40% except for the day of surgery and the following day when variability in exposure is high (70%).

### Distribution

Plasma protein binding of rivaroxaban in human plasma is approximately 92% to 95%, with albumin being the main binding component. The steady-state volume of distribution in healthy subjects is approximately 50 L.

### Metabolism

Approximately 51% of an orally administered [$^{14}$C] rivaroxaban dose was recovered as metabolites in urine and feces. Oxidative degradation of the morpholinone moiety (catalyzed by CYP3A4/5 and CYP2J2) and hydrolysis of the amide bonds are the major sites of biotransformation. Unchanged rivaroxaban was the predominant moiety in plasma with no major or active circulating metabolites.

### Excretion

Following oral administration of a [$^{14}$C] rivaroxaban dose, 66% of the radioactive dose was recovered in urine (36% as unchanged drug, 30% as metabolites) and 28% was recovered in feces (7% as unchanged drug, 21% as metabolites). Unchanged drug is excreted into urine, mainly via active tubular secretion. Rivaroxaban is a substrate of the efflux transporter proteins P-gp and breast cancer resistance protein (Bcrp).

Rivaroxaban is a low-clearance drug, with a systemic clearance of approximately 10 L/hr. The terminal elimination half-life of rivaroxaban is 5 to 9 hours in young subjects aged 20 to 45 years.

Special Populations
*Gender and Race*
There were no clinically relevant effects of gender or race on the pharmacokinetics or pharmacodynamics of XARELTO®.

*Elderly*
Elderly subjects (aged 65 to 83 years) exhibited higher rivaroxaban plasma concentrations than younger subjects with mean AUC values being approximately 50% higher, mainly due to reduced (apparent) total body and renal clearance. The terminal elimination half-life is 11 to 13 hours in the elderly.

*Body Weight*
Compared to body weights of 70 to 80 kg, extremes in body weight (<50 kg or >120 kg) had no clinically meaningful influence (less than 25%) on rivaroxaban plasma concentrations. No dose adjustment of XARELTO® is necessary based on body weight.

*Hepatic Impairment*
A single-dose, open-label study was conducted to evaluate the pharmacokinetics of rivaroxaban (10 mg) in cirrhotic subjects with hepatic impairment (classified as Child-Pugh A or B) compared to healthy control subjects with normal hepatic function. In subjects with mild hepatic impairment (Child-Pugh A) rivaroxaban mean AUC increased approximately 20%, compared to healthy subjects. No relevant difference in pharmacodynamic effects was observed between these groups. In subjects with moderate hepatic impairment (Child-Pugh B), rivaroxaban mean AUC increased approximately 130% and mean unbound rivaroxaban AUC increased approximately 160%, compared to healthy subjects. Similar increases in the inhibition of factor Xa activity (160%) and prolongation of PT (110%) were observed.

XARELTO® has not been studied in subjects with severe hepatic impairment (Child-Pugh C).

XARELTO® is contraindicated in patients with hepatic disease associated with coagulopathy as use in these patients may lead to a clinically relevant bleeding risk *[see Contraindications (4)]*.

*Renal Impairment*
A single-dose, open-label study was conducted to evaluate the pharmacokinetics of rivaroxaban (10 mg) in subjects with varying degrees of chronic renal insufficiency compared to healthy control subjects with normal renal function (CrCL ≥80 mL/min). The study included subjects with renal insufficiency classified on the basis of CrCL as mild (50 to <80 mL/min), moderate (30 to <50 mL/min), and severe (15 to <30 mL/min). CrCL was measured by 24-hour urinary creatinine clearance measurements.

In subjects with mild, moderate, or severe renal impairment, average rivaroxaban AUC values increased 40%, 50%, and 60%, respectively, as compared to subjects with normal renal function and corresponding increases in pharmacodynamic effects were more pronounced. The overall inhibition of factor Xa activity was increased on average by 50%, 90%, and 100%, respectively, as compared to subjects with normal renal function. Prolongation of PT was similarly increased on average by 30%, 120%, and 140%, respectively.

Because limited clinical data are available for patients with severe renal impairment (CrCL 15 to <30 mL/min) and because these patients are at an increased risk of both bleeding and thrombosis due to their underlying disease, XARELTO® should be used with caution in these patients *[see Dosage and Administration (2) and Use in Specific Populations (8.6)]*.

No clinical data are available for patients with kidney failure (CrCL <15 mL/min), therefore, use of XARELTO® is not recommended in these patients.

## Drug Interactions

*In vitro* studies indicate that rivaroxaban neither inhibits the major cytochrome P450 enzymes CYP1A2, 2C8, 2C9, 2C19, 2D6, 2J2, and 3A4 nor induces CYP1A2, 2B6, 2C19, or 3A4. Furthermore, *in vitro* data indicate low rivaroxaban inhibitory potential for P-gp and Bcrp transporters.

### *Effects of Rivaroxaban on Other Drugs*

There were no mutual pharmacokinetic interactions between rivaroxaban 20 mg and 7.5 mg of midazolam (substrate of CYP3A4), 0.375 mg once-daily dose of digoxin (substrate of P-gp), or 20 mg once daily of atorvastatin (substrate of CYP3A4 and P-gp).

### *Effects of Other Drugs on Rivaroxaban*
**Combined CYP3A4 and P-gp Strong Inhibitors**

*Ketoconazole:* Rivaroxaban 10 mg administered alone once daily for 5 days, followed by concomitant administration with ketoconazole 400 mg once daily for another 5 days resulted in clinically significant increases in plasma concentrations (160% increase in rivaroxaban steady-state AUC and a 70% increase in $C_{max}$) and pharmacodynamic effects.

*Ritonavir:* Ritonavir 600 mg administered alone twice daily for 5 days, followed by concomitant administration with a single rivaroxaban 10 mg dose, resulted in clinically significant increases in plasma concentrations (150% increase in rivaroxaban AUC and a 60% increase in $C_{max}$) and pharmacodynamic effects.

XARELTO® is not recommended in patients receiving concomitant systemic treatment with strong inhibitors of both CYP3A4 and P-gp (e.g., ketoconazole, ritonavir) *[see Warnings and Precautions (5.3)]*.

**Other Combined CYP3A4 and P-gp or Bcrp Inhibitors**

*Clarithromycin:* Clarithromycin 500 mg administered alone twice daily for 4 days, followed by concomitant administration with a single rivaroxaban 10 mg dose, resulted in an approximate 50% increase in rivaroxaban AUC and a 40% increase in $C_{max}$.

*Erythromycin:* Erythromycin 500 mg administered alone three times daily for 4 days, followed by concomitant administration with a single rivaroxaban 10 mg dose, resulted in an approximate 30% increase in rivaroxaban AUC and $C_{max}$.

The increases in exposure seen with these inhibitors are within the magnitude of the normal variability of rivaroxaban AUC and $C_{max}$, and are not considered to be clinically relevant.

Other coadministered drugs strongly inhibiting only one of the major elimination pathways, either CYP3A4/5, P-gp, or Bcrp are expected to increase rivaroxaban plasma concentrations to a lesser extent, which would not be considered clinically relevant.

**Combined CYP3A4 and P-gp Strong Inducers**

*Rifampicin:* Rifampicin titrated up to a 600 mg once daily dose, followed by concomitant administration with a single rivaroxaban 20 mg dose, resulted in an approximate 50% decrease in rivaroxaban AUC and a 22% decrease in $C_{max}$, with parallel decreases in its pharmacodynamic effects.

Strong CYP3A4 and/or P-gp inducers should be co-administered with caution.

**Other Drugs**

**Anticoagulants**

*Enoxaparin:* After combined administration of enoxaparin (40 mg subcutaneous single dose) with rivaroxaban 10 mg single dose, an additive effect on anti-factor Xa activity was observed without additive effects on clotting tests [prothrombin time (PT), activated partial thromboplastin time (aPTT)]. Enoxaparin did not affect the pharmacokinetics of rivaroxaban.

**NSAIDS and Platelet Aggregation Inhibitors**

*Naproxen:* No clinically relevant pharmacokinetic interaction or prolongation of capillary bleeding time was observed after concomitant administration of rivaroxaban (15 mg single dose) and 500 mg naproxen (two consecutive days).

*Acetylsalicylic acid (ASA):* No clinically relevant pharmacokinetic or pharmacodynamic (including capillary bleeding time) interactions were observed when rivaroxaban (15 mg single dose) was co-administered with acetylsalicylic acid (500 mg on the first day and 100 mg on the next day).

*Clopidogrel:* Clopidogrel (300 mg loading dose followed by 75 mg daily maintenance dose) did not show a pharmacokinetic interaction with rivaroxaban (15 mg single dose), however, a clinically relevant increase (when compared to rivaroxaban administered alone) in capillary bleeding time was observed in a subset of subjects, which was not correlated to platelet aggregation, P-selectin or GPIIb/IIIa receptor levels.

**Drugs Which Affect Gastric pH**

*Omeprazole, Ranitidine, and Aluminum Hydroxide/Magnesium Hydroxide*: None of these drugs affected the pharmacokinetics of rivaroxaban.

## 13  NON-CLINICAL TOXICOLOGY
### 13.1  Carcinogenesis, Mutagenesis, and Impairment of Fertility

No data are available on carcinogenicity.

Rivaroxaban produced no evidence of genotoxic potential when evaluated in a test for gene mutation in bacteria (Ames-Test), an *in vitro* test for chromosomal aberrations or in the *in vivo* micronucleus test.

No impairment of fertility was observed in male or female rats when treated with up to 200 mg/kg/day of rivaroxaban resulting in exposure levels, based on the unbound AUC, at least 33-fold above the therapeutic exposure in humans at a rivaroxaban dose of 10 mg/day.

## 14  CLINICAL STUDIES

The Phase 3 clinical development of XARELTO[®] included 4 randomized, double-blind clinical studies collectively referred to as the **RE**gulation of **C**oagulation in **OR**thopedic Surgery to Prevent **D**VT and PE (RECORD) studies. XARELTO[®] was studied in 12,383 patients (6183 XARELTO[®]-treated, 6200 enoxaparin-treated patients) in the RECORD 1, 2, 3 and 4 studies.

The two randomized, double-blind, clinical studies (RECORD 1 and 2) in patients undergoing elective total hip replacement surgery compared XARELTO$^{®}$ 10 mg once daily starting at least 6 to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin 40 mg once daily started 12 hours preoperatively. In RECORD 1 and 2, a total of 7050 patients were randomized and 6890 received study drug. The mean age [± standard deviation (SD)] was 63 ± 12.2 (range 18 to 93) years with 49% of patients ≥65 years and 55% of patients were female. More than 83% of patients were White, 7% were Asian, and less than 2% were Black. The studies excluded patients undergoing staged bilateral total hip replacement and patients with severe renal impairment defined as an estimated creatinine clearance <30 mL/min. In RECORD 1, the mean exposure duration (± SD) to active XARELTO$^{®}$ and enoxaparin was 33.4 ± 6.9 and 33.7 ± 8.2 days, respectively. In RECORD 2, the mean exposure duration to active XARELTO$^{®}$ and enoxaparin was 33.5 ± 6.9 and 12.4 ± 3.0 days, respectively. After Day 13, oral placebo was continued in the enoxaparin group for the remainder of the double-blind study duration.

The efficacy data for RECORD 1 and 2 are provided in Table 5. The primary endpoint was a composite endpoint of any DVT (proximal and/or distal), non-fatal PE, and death from all causes referred to in Table 5 as total venous thromboembolism (VTE). In RECORD 1, total VTE was statistically significantly reduced in XARELTO$^{®}$-treated patients compared to the enoxaparin-treated patients [1.1% vs. 3.7%, respectively; Relative Risk Reduction (RRR) 70% (95% CI: 49, 82); p<0.001]. In RECORD 2, total VTE was also statistically significantly reduced in the XARELTO$^{®}$ group compared to the enoxaparin followed by placebo group [2.0% vs. 9.3%, respectively; RRR 79% (95% CI: 65, 87); p<0.001]. In both RECORD 1 and 2, the secondary endpoint of major VTE, a composite endpoint of proximal DVT, non-fatal PE, and VTE-related death, was statistically significantly reduced in the XARELTO$^{®}$ group versus the comparator group (p<0.001 for each study).

**Table 5**     **Summary of Key Efficacy Analysis Results for Subjects Undergoing Total Hip Replacement Surgery - Modified Intent-to-Treat Population**

| Treatment Dosage and Duration | RECORD 1 | | | RECORD 2 | | |
|---|---|---|---|---|---|---|
| | XARELTO[®] 10 mg once daily | Enoxaparin 40 mg once daily | RRR[*], p-value | XARELTO[®] 10 mg once daily | Enoxaparin[†] 40 mg once daily | RRR[*], p-value |
| **Number of Subjects** | N = 1595 | N = 1558 | | N = 864 | N = 869 | |
| **Total VTE** | 18 (1.1%) | 58 (3.7%) | 70% (95% CI: 49, 82), p<0.001 | 17 (2.0%) | 81 (9.3%) | 79% (95% CI: 65, 87), p<0.001 |
| **Components of Total VTE** | | | | | | |
| Proximal and/or Distal DVT | 12 (0.8%) | 53 (3.4%) | | 14 (1.6%) | 71 (8.2%) | |
| Non-fatal PE | 4 (0.3%) | 1 (<0.1%) | | 1 (0.1%) | 4 (0.5%) | |
| Death (any cause) | 4 (0.3%) | 4 (0.3%) | | 2 (0.2%) | 6 (0.7%) | |
| **Number of Subjects** | N= 1686 | N = 1678 | | N= 961 | N = 962 | |
| **Major VTE rate** | 4 (0.2%) | 33 (2.0%) | 88% (95%CI: 66, 96), p<0.001 | 6 (0.6%) | 49 (5.1%) | 88% (95% CI: 71, 95), p<0.001 |
| **Components of Major VTE** | | | | | | |
| Proximal DVT | 1 (<0.1%) | 31 (1.9%) | | 5 (0.5%) | 44 (4.6%) | |
| Non-fatal PE | 4 (0.2%) | 1 (<0.1%) | | 1 (0.1%) | 4 (0.4%) | |
| VTE-related death | 0 (0%) | 1 (<0.1%) | | 0 (0%) | 1 (0.1%) | |

[*] Relative Risk Reduction; CI=confidence interval
[†] Includes the placebo-controlled period of the RECORD 2 study

Two randomized, double-blind, clinical studies (RECORD 3 and 4) in patients undergoing elective total knee replacement surgery compared XARELTO[®] 10 mg once daily started at least 6 to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin. In RECORD 3, the enoxaparin regimen was 40 mg once daily started 12 hours preoperatively. In RECORD 4, the enoxaparin regimen was 30 mg twice daily started 12 to 24 hours postoperatively. The mean age (± SD) of patients in the RECORD 3 and 4 studies was 66 ± 9.5 (range 21 to 91) years with 58% of patients ≥65 years. Sixty-six percent (66%) of patients were female. More than 70% of patients were White, 13% were Asian, and less than 4% were Black. The studies excluded patients with severe renal impairment defined as an estimated creatinine clearance <30 mL/min. In RECORD 3, the mean exposure duration (± SD) to active XARELTO[®] and enoxaparin was 11.9 ± 2.3 and 12.5 ± 3.0 days, respectively. In RECORD 4, the mean exposure duration to active XARELTO[®] and enoxaparin was 11.7 ± 2.5 and 11.0 ± 2.4 days, respectively.

The efficacy data for RECORD 3 and 4 are provided in Table 6. The primary endpoint was a composite endpoint of any DVT, non-fatal PE, and death from any cause referred to in Table 6 as total VTE. In RECORD 3, total VTE was statistically significantly reduced in XARELTO[®]-treated patients compared to enoxaparin-treated patients [9.6% vs. 18.9%,

respectively; RRR 49% (95% CI: 35, 61); p<0.001]. In RECORD 4, total VTE was also statistically significantly reduced in the XARELTO® group compared to the enoxaparin group [6.9% vs. 10.1%, respectively; RRR 32% (95% CI: 8, 49); p=0.012]. The secondary endpoint of major VTE, a composite endpoint of proximal DVT, non-fatal PE, and VTE-related death, was reduced in XARELTO®-treated patients compared to enoxaparin-treated patients in both RECORD 3 (p=0.01) and RECORD 4 (p=0.127).

**Table 6      Summary of Key Efficacy Analysis Results for Subjects Undergoing Total Knee Replacement Surgery-Modified Intent-to-Treat Population**

| Treatment Dosage and Duration | RECORD 3 | | | RECORD 4 | | |
|---|---|---|---|---|---|---|
| | **XARELTO® 10 mg once daily** | **Enoxaparin 40 mg once daily** | **RRR*, p-value** | **XARELTO® 10 mg once daily** | **Enoxaparin 30 mg twice daily** | **RRR*, p-value** |
| **Number of Subjects** | N = 824 | N = 878 | | N = 965 | N= 959 | |
| **Total VTE** | 79 (9.6%) | 166 (18.9%) | 49% (95% CI: 35, 61), p<0.001 | 67 (6.9%) | 97 (10.1%) | 32% (95% CI: 8, 49), p=0.012 |
| **Components of events contributing to Total VTE** | | | | | | |
| Proximal and/or Distal DVT | 79 (9.6%) | 160 (18.2%) | | 61 (6.3%) | 86 (9.0%) | |
| Non-fatal PE | 0 (0%) | 4 (0.5%) | | 5 (0.5%) | 8 (0.8%) | |
| Death (any cause) | 0 (0%) | 2 (0.2%) | | 2 (0.2%) | 3 (0.3%) | |
| **Number of Subjects** | N = 908 | N = 925 | | N = 1122 | N = 1112 | |
| **Major VTE rate** | 9 (1.0%) | 24 (2.6%) | 61% (95% CI: 17, 82), p=0.01 | 13 (1.2%) | 22 (2.0%) | 41% (95%CI: –17, 70), p=0.127 |
| **Components of events contributing to Major VTE** | | | | | | |
| Proximal DVT | 9 (1.0%) | 20 (2.2%) | | 8 (0.7%) | 14 (1.3%) | |
| Non-fatal PE | 0 (0%) | 4 (0.4%) | | 5 (0.5%) | 8 (0.7%) | |
| VTE-related death | 0 (0%) | 0 (0%) | | 1 (0.1%) | 0 (0%) | |

* Relative Risk Reduction; CI=confidence interval

Based on a pooled analysis of the four RECORD studies, the efficacy of XARELTO® on total VTE in various age, gender, body weight and creatinine clearance subgroups was consistent with the efficacy observed in the overall population. For the subgroups of White, Asian and Hispanic patients, efficacy results were consistent with the overall population, but the number of Black patients was insufficient to reliably assess effects.

As shown in Table 7, a pooled analysis of symptomatic events in the safety population that combined the double-blind treatment periods from all four studies showed a statistically significant reduction in the incidence of the composite endpoint of symptomatic VTE/death [(0.6% XARELTO®-treated patients compared to 1.3% enoxaparin-treated patients; RRR

58% (95% CI: 37, 71); p<0.001]. XARELTO® use tended to reduce the rates of each component of the composite endpoint.

**Table 7:** **Integrated Analysis of Symptomatic VTE or All-Cause Death for RECORD 1-4—Safety Population: Double-Blind Treatment Period**

| Treatment Dosage and Duration | XARELTO® | Enoxaparin/Placebo[*] | RRR[†], p-value |
|---|---|---|---|
| **Total Treated Patients** | **N = 6183** | **N = 6200** | |
| **Composite Endpoints** | | | |
| Symptomatic VTE/death | 35 (0.6%) | 82 (1.3%) | 58% (95% CI: 37, 71), p<0.001 |
| Death/PE | 17 (0.3%) | 33 (0.5%) | 49% (95% CI: 8, 71), p=0.025 |
| **Components of composite endpoints** | | | |
| VTE | 28 (0.5%) | 68 (1.1%) | |
| PE | 10 (0.2%) | 19 (0.3%) | |
| Any death | 8 (0.1%) | 16 (0.3%) | |
| **Hip Surgery Studies** | **N = 3437** | **N = 3453** | |
| **Composite Endpoints** | | | |
| Symptomatic VTE/death | 15 (0.4%) | 35 (1.0%) | 57% (95% CI: 22, 77), p=0.006 |
| Death/PE | 11 (0.3%) | 16 (0.5%) | 31% (95% CI: -48, 68), p=0.334 |
| **Components of composite endpoints** | | | |
| VTE | 9 (0.3%) | 26 (0.8%) | |
| PE | 5 (0.2%) | 7 (0.2%) | |
| Any death | 6 (0.2%) | 11 (0.3%) | |
| **Knee Surgery Studies** | **N = 2746** | **N = 2747** | |
| **Composite Endpoints** | | | |
| Symptomatic VTE/death | 20 (0.7%) | 47 (1.7%) | 58% (95% CI: 28, 75), p=0.001 |
| Death/PE | 6 (0.2%) | 17 (0.6%) | 65% (95% CI: 11, 86), p=0.027 |
| **Components of composite endpoints** | | | |
| VTE | 19 (0.7%) | 42 (1.5%) | |
| PE | 5 (0.2%) | 12 (0.4%) | |
| Any death | 2 (0.1%) | 5 (0.2%) | |

[*] Includes the placebo-controlled period of the RECORD 2 study, enoxaparin dosing was 40 mg once daily or 30 mg twice daily
[†] Relative Risk Reduction; CI=confidence interval

A separate pooled analysis of symptomatic events in the active-control treatment periods for all RECORD studies (i.e., excluding Day 12 to Day 35 in RECORD 2 when placebo was administered in the enoxaparin treatment group) of the RECORD studies are shown in Table 8.

**Table 8:** **Integrated Analysis of Symptomatic VTE or All-Cause Death for RECORD 1-4—Safety Population: Active-Control Pool**

| Treatment Dosage and Duration | XARELTO® N = 6183 | Enoxaparin* N = 6200 | RRR†, p-value |
|---|---|---|---|
| **Composite Endpoints** | | | |
| Symptomatic VTE/death | 32 (0.5%) | 67 (1.1%) | 52% (95% CI: 27, 69), p<0.001 |
| Death/PE | 15 (0.2%) | 26 (0.4%) | 43% (95% CI: -8, 70), p=0.088 |
| **Components of composite endpoints** | | | |
| VTE | 26 (0.4%) | 57 (0.9%) | |
| PE | 9 (0.2%) | 16 (0.3%) | |
| Any death | 7 (0.1%) | 12 (0.2%) | |

* Enoxaparin dosing was 40 mg once daily or 30 mg twice daily
† Relative Risk Reduction; CI=confidence interval

# 16  HOW SUPPLIED/STORAGE AND HANDLING

XARELTO® (rivaroxaban) Tablets are round, light red, biconvex film-coated tablets marked with a triangle pointing down above a "10" on one side, and an "Xa" on the other side and are supplied in bottles of 30 (NDC 50458-580-30).

XARELTO® is also available in a single hospital unit dose carton containing 10 blister cards of 10 tablets each (NDC 50458-580-10).

Store at 25° C (77° F) or room temperature; excursions permitted to 15°-30° C (59°-86° F) [see USP Controlled Room Temperature].

Keep out of the reach of children.

# 17  PATIENT COUNSELING INFORMATION
## 17.1 Instructions for Patient Use

- Advise patients to take XARELTO® only as directed.

- Remind patients not to discontinue XARELTO® without first talking to their healthcare professional.

- If a dose is missed, advise the patient to take XARELTO® as soon as possible and continue on the following day with their once daily dose regimen.

### 17.2 Bleeding Risks

Inform patients that it might take them longer than usual to stop bleeding, and that they may bruise and/or bleed more easily when they are treated with XARELTO®. Patients should report any unusual bleeding or bruising to their physician *[see Warnings and Precautions (5.2)]*.

### 17.3 Concomitant Medication

Advise patients to inform their physicians and dentists if they are taking, or plan to take, any prescription or over-the-counter drugs, so their healthcare professionals can evaluate potential interactions *[see Drug Interactions (7)]*.

### 17.4 Pregnancy

Patients should immediately notify their physician if they become pregnant or intend to become pregnant during treatment with XARELTO® *[see Use in Specific Populations (8.1)]*.

### 17.5 Nursing

Patients should notify their physician if they are nursing or intend to nurse during treatment with XARELTO® *[see Use in Specific Populations (8.3)]*.

Manufactured by:

Janssen Ortho, LLC

Gurabo, PR 00778

Manufactured for:

Ortho-McNeil, Division of Ortho-McNeil-Janssen Pharmaceuticals, Inc.

Raritan, NJ 08869

Licensed from:

Bayer HealthCare AG

51368 Leverkusen, Germany

© Ortho-McNeil-Janssen Pharmaceuticals, Inc. 20XX