# EXHIBIT R

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  XARELTO                 *
(RIVAROXABAN) PRODUCTS          *
LIABILITY LITIGATION            *
                                *
THIS DOCUMENT RELATES TO:       *   Docket No.: 14-MD-2592
                                *   Section "L"
Joseph J. Boudreaux, Jr.        *   New Orleans, Louisiana
v. Janssen Research &           *   April 26, 2017
Development, et. al.,           *
Case No.: 14-CV-2720            *
* * * * * * * * * * * * * * * * *
```

VOLUME III - AFTERNOON SESSION
TRANSCRIPT OF BELLWETHER JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Plaintiffs':
Liaison Counsel:             Levin Papantonio
                             BY: BRIAN H. BARR, ESQ.
                             316 South Baylen Street, Suite 600
                             Pensacola, Florida  32502


                             Beasley Allen
                             BY: ANDY BIRCHFIELD, ESQ.
                             P.O. Box 4160
                             Montgomery, Alabama  36103


                             Gainsburg Benjamin David
                               Meunier & Warshauer
                             BY: GERALD E. MEUNIER, ESQ.
                             2800 Energy Centre
                             1100 Poydras Street
                             New Orleans, Louisiana  70163

OFFICIAL TRANSCRIPT

Page 633

```
 1   APPEARANCES:

 2                                   Schlichter Bogard & Denton, LLP
                                     BY:  ROGER DENTON, ESQ.
 3                                   100 South Fourth Street
                                     St. Louis, Missouri 63102
 4

 5                                   The Lambert Firm
                                     BY:  EMILY JEFFCOTT, ESQ.
 6                                   701 Magazine Street
                                     New Orleans, Louisiana 70130
 7

 8   For the Defendant Bayer
     HealthCare Pharmaceuticals
 9   Inc. and Bayer Pharma AG:       Wilkinson Walsh & Eskovitz, LLP
                                     BY:  BETH A. WILKINSON, ESQ.
10                                   1900 M Street NW, Suite 800
                                     Washington, DC 20036
11

12                                   Nelson Mullins Riley &
                                        Scarborough, LLP
13                                   BY:  DAVID E. DUKES, ESQ.
                                     Meridian, 17th Floor
14                                   1320 Main Street
                                     Columbia, South Carolina 29201
15

16   For Janssen Pharmaceuticals,
     Inc. and Janssen Research &
17   Development, LLC:               Barrasso Usdin Kupperman Freeman &
                                        Sarver, LLC
18                                   BY:  RICHARD E. SARVER, ESQ.
                                     909 Poydras Street, 24th Floor
19                                   New Orleans, Louisiana 70112

20   Official Court Reporter:        Jodi Simcox, RMR, FCRR
21                                   500 Poydras Street
                                     Room HB-406
22                                   New Orleans, Louisiana 70130
                                     (504) 589-7780
23

24   Proceedings recorded by mechanical stenography, transcript

25   produced by computer.
                         OFFICIAL TRANSCRIPT
```

SCOTT D. BERKOWITZ - EXAMINATION

Page 666

1  Q.  The last bullet point, "Treat the patient, not a level,"
2  what does that mean?
3  A.  Well, you know, oftentimes we'll get a PT value.  Let's
4  say it's an INR of 3.2.  That's high.  Yeah, what do you do?
5  Do you change them?  Do you change their dose?  They've been
6  stable for months.  You get a 3.2 or a 3.5.  That's not what
7  most physicians should do.  They should go over the questions
8  with the patient.  Did their diet change?  Did they get new
9  medications?  Has something changed in their life?  Did they
10 have an infection?  And if all that seems to be pretty stable,
11 you're more likely to bring them back in a few days and recheck
12 them and see if it still is high.  If it's high then, then you
13 might make a change.
14      But you don't just, you know, get a list of INRs on
15 your patient that day and just start adjusting doses without
16 talking with the patient.  You treat and monitor the patient,
17 not the level.
18 Q.  That said, does the U.S. label for Xarelto provide
19 information that doctors need, in your view, to make
20 appropriate decisions about how to best treat their patients?
21 A.  I think it does.
22 Q.  Why don't we take a look at a few.  Why don't we look at,
23 example, Section 5, the warnings and precautions section.
24 A.  Right.
25 Q.  What is Section 5.2 headed?

OFFICIAL TRANSCRIPT

1                What, if anything, does it say with regard to
2     evaluation of patients?
3     A.    Well, as we had discussed about how we care for patients,
4     promptly evaluate any signs or symptoms of blood loss and
5     consider the need for blood replacement.  So, clearly, that's
6     evidence that you have to watch patients on anticoagulants.
7     Q.    And what about, for example, Section 5.4, "Use in patients
8     with renal impairment"?  What does it say with respect to
9     patients and what type of information is provided to doctors
10    about patients with nonvalvular atrial fibrillation?
11    A.    In that particular situation, it says periodically assess
12    renal function as clinically indicated; that is, more
13    frequently in situations in which renal function may decline.
14    And adjust therapy accordingly to the dosage and administration
15    section of 2.4, where we provide that information.
16                          EXAMINATION
17    BY MR. BARR:
18    Q.    And one of the things you spent some time talking about
19    was the language about PT in the United States product insert.
20          Do you remember that?
21    A.    Yes.
22    Q.    And you said there was language about PT that was proposed
23    by Janssen, I believe, that the regulatory authority would not
24    allow into the label; is that correct?
25    A.    What I said was that we have standard language in our

                      OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

Page 668

1  CCDS, our core data sheet.  And we include it in the SPC.  I
2  know that we use it for all the labels and that it was
3  initially there, and then during the interchange back and
4  forth, it's not.  And they -- they struck it.  They have their
5  reasons for why they do different things, but that's what I
6  know.
7  Q.   Okay.  You were not involved in label negotiations between
8  Janssen and the FDA for the United States product insert, were
9  you?
10 A.   No, that's not correct.  I am.  I'm not deeply involved in
11 it.  They keep us in communication.  We may comment on the
12 label that they go back and forth.  So there's some
13 interaction, but they're responsible.
14 Q.   You were not yourself directly involved in the
15 negotiations negotiating the label with the FDA; correct?
16 A.   No, that's part of the regulatory positions at J&J.
17 Q.   And as I believe you testified, you don't know why the FDA
18 struck that language, do you?
19 A.   I don't remember why that was.
20 Q.   Let me show you what I'm going to mark as Exhibit 58.  And
21 this will be Plaintiffs' 2905274.  Exhibit 58 is a document
22 entitled "Xarelto USPI Label Contingency Document," from LRC,
23 April 23, 2009; correct?
24 A.   Yes.
25 Q.   And if you look, you see there's a statement in the middle

OFFICIAL TRANSCRIPT

SCOTT D. BERKOWITZ - EXAMINATION

Page 669

```
 1   of the box that says, "Will we need to add a new 5.4 laboratory
 2   section like Lovenox?"
 3             Do you see that?
 4   A.   I do.
 5   Q.   You understand that Section 5 is the warning section of
 6   the United States product insert; right?
 7   A.   Yes.
 8   Q.   Okay.  It says, "Only if section is requested, consider
 9   modifying significantly without stool occult blood test and PT
10   is not insensitive."
11             Do you see that?
12   A.   Yeah.
13   Q.   Okay.  And what it says is -- then it lists the language
14   from the Canadian label.
15             Do you see that?
16   A.   I do.
17   Q.   And so the instruction is only give this if the section is
18   requested; right?
19   A.   Well, it says, "Only if section is requested, consider
20   modifying significantly without stool occult blood test and PT
21   is not insensitive."
22   Q.   Right.  So if you go over to the third box down on the
23   bottom, it just has, in bold, "Number 1, defend not having any
24   laboratory monitoring statement in the warning section,"
25   doesn't it?
```
OFFICIAL TRANSCRIPT

Page 812

1              You're excused.  Thank you very much.
2              Okay.  Members of the jury, we'll try to come
3  back tomorrow at a quarter to 9:00.  We'll start at quarter to
4  9:00.  I'll see counsel at 8:30.
5           THE DEPUTY CLERK:  All rise.
6           (WHEREUPON, the jury exited the courtroom.)
7           (WHEREUPON, the proceedings were concluded.)
8                              *****
9                           CERTIFICATE
10         I, Jodi Simcox, RMR, FCRR, Official Court Reporter
11  for the United States District Court, Eastern District of
12  Louisiana, do hereby certify that the foregoing is a true and
13  correct transcript, to the best of my ability and
14  understanding, from the record of the proceedings in the
15  above-entitled and numbered matter.
16
17
18                              s/Jodi Simcox, RMR, FCRR
                                Jodi Simcox, RMR, FCRR
19                              Official Court Reporter
20
21
22
23
24
25
                          OFFICIAL TRANSCRIPT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  XARELTO                  *
(RIVAROXABAN) PRODUCTS           *
LIABILITY LITIGATION             *
                                 *
THIS DOCUMENT RELATES TO:        *  Docket No.: 14-MD-2592
                                 *  Section "L"
Joseph J. Boudreaux, Jr.         *  New Orleans, Louisiana
v. Janssen Research &            *  April 28, 2017
Development, et. al.,            *
Case No.: 14-CV-2720             *
* * * * * * * * * * * * * * * * *
```

VOLUME IV - AFTERNOON SESSION
TRANSCRIPT OF BELLWETHER JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs':
Liaison Counsel:            Levin Papantonio
                            BY:  BRIAN H. BARR, ESQ.
                            316 South Baylen Street, Suite 600
                            Pensacola, Florida  32502


                            Beasley Allen
                            BY:  ANDY BIRCHFIELD, ESQ.
                            P.O. Box 4160
                            Montgomery, Alabama  36103


                            Gainsburg Benjamin David
                              Meunier & Warshauer
                            BY:  GERALD E. MEUNIER, ESQ.
                            2800 Energy Centre
                            1100 Poydras Street
                            New Orleans, Louisiana  70163

```
 1   APPEARANCES:

 2                                   Schlichter Bogard & Denton, LLP
                                     BY:  ROGER DENTON, ESQ.
 3                                   100 South Fourth Street
                                     St. Louis, Missouri 63102
 4

 5                                   The Lambert Firm
                                     BY:  EMILY JEFFCOTT, ESQ.
 6                                   701 Magazine Street
                                     New Orleans, Louisiana 70130
 7

 8   For the Defendant Bayer
     HealthCare Pharmaceuticals
 9   Inc. and Bayer Pharma AG:       Wilkinson Walsh & Eskovitz, LLP
                                     BY:  BETH A. WILKINSON, ESQ.
10                                   1900 M Street NW, Suite 800
                                     Washington, DC 20036
11

12                                   Nelson Mullins Riley &
                                        Scarborough, LLP
13                                   BY:  DAVID E. DUKES, ESQ.
                                     Meridian, 17th Floor
14                                   1320 Main Street
                                     Columbia, South Carolina 29201
15

16   For Janssen Pharmaceuticals,
     Inc. and Janssen Research &
17   Development, LLC:               Barrasso Usdin Kupperman Freeman &
                                        Sarver, LLC
18                                   BY:  RICHARD E. SARVER, ESQ.
                                     909 Poydras Street, 24th Floor
19                                   New Orleans, Louisiana 70112

20
     Official Court Reporter:        Jodi Simcox, RMR, FCRR
21                                   500 Poydras Street
                                     Room HB-406
22                                   New Orleans, Louisiana 70130
                                     (504) 589-7780
23

24   Proceedings recorded by mechanical stenography, transcript

25   produced by computer.
```

Page 1102

1   A.   I do see my name.
2   Q.   Do you see your name, Gary Peters -- Peters, Gary.  Is
3   that you?
4   A.   Yes, it is.
5   Q.   Do you see the subject line?  Could you read it for us?
6   A.   The screen went blank, but I can read it off the hard
7   copy.
8   Q.   Go off the hard copy.
9   A.   Subject line says, "FDA marked-up version of ORS" -- which
10  is orthopedic surgery -- "USPI" -- which is U.S. package
11  insert -- (NDA22406CR)."
12  Q.   Dr. Peters, did you receive this e-mail in the course and
13  scope of your work at Janssen?
14  A.   Yes, I did.
15            MR. SARVER:  Your Honor, we would offer Defense
16  Exhibit 6009.
17            THE COURT:  Admitted.
18  BY MR. SARVER:
19  Q.   Now, Dr. Peters, could you turn to the actual text of the
20  e-mail at -- I believe it's page 33.
21            Do you see that?
22  A.   The e-mail is the first.  I don't --
23  Q.   Let's go to the e-mail text where it says, "Dear all."
24  A.   Okay.
25  Q.   Do you see that, Dr. Peters?

Page 1103

1  A.   Yes, I see that.  Yes, that's up on screen now.  Yes.
2  Q.   "Dear all, We received the FDA revisions to our proposed
3  USPI" --
4            Is that U.S. package insert?
5  A.   Yes, that would be those initials.
6  Q.   -- "and container carton and blister pack labels for our
7  review and comments."
8            Do you see that?
9  A.   Yes, I do.
10 Q.   Does this e-mail actually provide, as part of it, what the
11 FDA did to Janssen's suggested language?
12 A.   Yes.  The e-mail in the attachment, it says, "See all four
13 attached."
14           This was -- we had submitted our labels, and FDA had
15 provided their comments.  They have some comment boxes and they
16 have some changes.  And then we need to -- going on from what's
17 not highlighted, we need to accept the changes we agree to; and
18 for changes we do not, keep in track changes.  Because this
19 goes back and forth between the company and FDA at this point
20 until the approval and the final label is actually determined.
21 Q.   Okay.  Let's turn to page 33 of the attachment, if we
22 could.  Are you able to see that, Dr. Peters?  Take your time.
23 A.   I -- yes, I can see that.
24 Q.   All right.  Do you see the Section 12.2,
25 "Pharmacodynamics"?

Page 1104

1  A.   Yes, I do.
2  Q.   And there appears to be a strike-through on some of the
3  language.
4       Do you see that?
5  A.   Yes, I do.
6  Q.   Where did that strike-through come from?
7  A.   That strike-through came from FDA.
8  Q.   Let's take a look at the language, then, that the FDA
9  struck out of the label that Janssen proposed.  Read along with
10 me.
11      Now, the language the FDA chose to strike out says,
12 "The relationship between PT and riva plasma concentration is
13 linear and closely correlated.  If assessment of the
14 pharmacodynamics effect of rivaroxaban is considered necessary,
15 in individual cases PT (measured in seconds) is recommended."
16      Is that what the FDA chose to strike out of the
17 Janssen label?
18 A.   Yes, they -- they struck out that part and the parts that
19 follow.
20 Q.   All right.  So is there any question in your mind,
21 Dr. Peters, that Janssen proposed language to the FDA about the
22 label about PT and the FDA struck it out?
23 A.   No doubt in my mind at all, no.
24 Q.   I'd like to go to another issue that we need to clear up.
25      Did you attend any meetings with the FDA about

Page 1105

1  Xarelto, about the Xarelto warning label?
2  A.  Yes, I've been involved with meetings with FDA.
3  Q.  Were some of them by telephone?
4  A.  Yes.  Often we'll have teleconferences -- well, not often.
5  We will have teleconferences with FDA, yes.
6  Q.  I'd like counsel to provide you a copy of Defense
7  Exhibit 5352.
8      Do you have that in front of you, Dr. Peters?
9  A.  Yes, I do.
10 Q.  And what is Defendants' Exhibit 5352?
11 A.  I missed that a little bit.  Could you say that again?
12 Q.  I asked what is the document you have in front of you?
13 A.  The document here is an e-mail from one of our regulatory
14 people, Andrea Kollath.  It's basically forward that's from
15 FDA, project manager at FDA, Tyree Newman, which has a summary
16 of a teleconference we had with FDA.
17 Q.  And before we go on, are you -- did you participate in
18 that teleconference?
19 A.  Yes, I did.
20 Q.  All right.
21 A.  I don't know if you need to know the screen is blank
22 again, but I do have the hard copy.
23 Q.  It's actually blank here too.
24      MR. SARVER:  Jim, is there a way to put that up?
25      THE WITNESS:  I don't know what the jury is seeing,

```
                                                              Page 1138
 1   weekend.
 2             (WHEREUPON, the proceedings were concluded.)
 3                              *****
 4                            CERTIFICATE
 5        I, Jodi Simcox, RMR, FCRR, Official Court Reporter
 6   for the United States District Court, Eastern District of
 7   Louisiana, do hereby certify that the foregoing is a true and
 8   correct transcript, to the best of my ability and
 9   understanding, from the record of the proceedings in the
10   above-entitled and numbered matter.
11
12
13                               s/Jodi Simcox, RMR, FCRR
                                  Jodi Simcox, RMR, FCRR
14                                Official Court Reporter
15
16
17
18
19
20
21
22
23
24
25
```