# EXHIBIT T

Page 1487

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

                              CIVIL ACTION NO. 14-MD-2592 "L"
                              JACKSON, MISSISSIPPI
                              TUESDAY, AUGUST 15, 2017, 8:30 A.M.


THIS DOCUMENT RELATES TO:

DOCKET NO. 14-MD-2592
DORA MINGO, ET AL. V.
JANSSEN RESEARCH & DEVELOPMENT,
LLC, ET. AL.,
CASE NO. 15-CV-3469


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


                  DAY VII   MORNING SESSION
            TRANSCRIPT OF JURY TRIAL PROCEEDINGS
        HEARD BEFORE THE HONORABLE ELDON E. FALLON
              UNITED STATES DISTRICT JUDGE



APPEARANCES:


FOR THE PLAINTIFFS'
LIAISON COUNSEL:              GAINSBURGH BENJAMIN DAVID
                             MEUNIER & WARSHAUER
                             BY:  GERALD E. MEUNIER, ESQ.
                             2800 ENERGY CENTRE
                             1100 POYDRAS STREET
                             NEW ORLEANS, LOUISIANA  70163



FOR THE PLAINTIFFS:          BEASLEY ALLEN
                             BY:  ANDY BIRCHFIELD, ESQ.
                             P.O. BOX 4160
                             MONTGOMERY, ALABAMA  36103

```
 1   APPEARANCES CONTINUED:

 2

 3                            GAINSBURGH BENJAMIN DAVIS
                              MEUNIER & WARSHAUER
 4                            BY:  WALTER C. MORRISON, IV, ESQ.
                              240 TRACE COLONY PARK DRIVE
 5                            SUITE 100
                              RIDGELAND, MISSISSIPPI  39157
 6

 7

 8                            GOZA HONNOLD
                              BY:  BRADLEY D. HONNOLD, ESQ.
                              11181 OVERBROOK ROAD, SUITE 200
 9                            LEAWOOD, KANSAS  66211

10

11                            THE LAMBERT FIRM
                              BY:  EMILY JEFFCOTT, ESQ.
12                            701 MAGAZINE STREET
                              NEW ORLEANS, LOUISIANA  70130
13

14

15                            LEVIN FISHBEIN SEDRAN & BERMAN
                              BY:  FREDERICK S. LONGER, ESQ.
                              510 WALNUT STREET
16                            SUITE 500
                              PHILADELPHIA, PENNSYLVANIA  19106
17

18
     FOR THE DEFENDANT BAYER
19   HEALTHCARE PHARMACEUTICALS
     INC. AND BAYER PHARMA AG:  MITCHELL WILLIAMS SELIG GATES &
20                            WOODYARD, P.L.L.C.
                              BY:  LYN P. PRUITT, ESQ.
21                            425 W. CAPITOL AVENUE, SUITE 1800
                              LITTLE ROCK, ARKANSAS  72201
22

23
                              WATKINS & EAGER, PLCC
24                            BY:  WALTER T. JOHNSON, ESQ.
                              400 EAST CAPITOL STREET
25                            JACKSON, MISSISSIPPI  39201
     APPEARANCES CONTINUED:
```

```
 1   APPEARANCES CONTINUED:

 2

 3                              BRADLEY ARANT BOULT CUMMINGS, LLP
                               BY:  LINDSEY C. BONEY, IV, ESQ.
 4                             ONE FEDERAL PLACE
                               1819 FIFTH AVENUE NORTH
 5                             BIRMINGHAM, ALABAMA  35203

 6

 7   FOR JANSSEN PHARMACEUTICALS,
     INC. AND JANSSEN RESEARCH &
 8   DEVELOPMENT, LLC:             BARRASSO USDIN KUPPERMAN FREEMAN &
                                   SARVER, LLC
 9                                 BY:  RICHARD E. SARVER, ESQ.
                                   909 POYDRAS STREET, 24TH FLOOR
10                                 NEW ORLEANS, LOUISIANA  70112

11

12   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
13                              REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM B-275
14                              NEW ORLEANS, LA  70130
                                (504) 589-7779
15                              Cathy_Pepper@laed.uscourts.gov

16
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
17   PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

18

19

20

21

22

23

24

25
```

1  function decreased, then exertion of rivaroxaban decreased.

2  Hence, the concentration in the blood increased.  Hence, the PT

3  time was prolonged.

4       Now, if you see at how is the patient doing or how

5  are the patients doing, which is the point at stake here, this

6  patient with this renal function impairment with a longer PT

7  turned out to have a significantly -- or significantly less

8  bleedings than the ones that were given enoxaparin or warfarin.

9       So the effect was much greater vis-à-vis the healthy

10  patients.  It was not increased in comparison with the

11  rivaroxaban patients with a normal renal function, and there

12  was a mega difference compared with patients that were on

13  low-molecular-weight heparin and warfarin.

14  Q.   Doctor, have you -- in addition to the bleed and PT data

15  being provided to the FDA in the Integrated Summary of Safety,

16  have you also, sir, undertaken to prepare an article on whether

17  there is a correlation?

18  A.   Well, that question has become of lesser importance

19  scientifically because the FDA indicated that they weren't

20  interested in PT.  But, indeed, an article is currently under

21  preparation with regard to the relation between PT and bleeds.

22  We'll probably finish it by the end of this summer and send it

23  to a medical magazine for publication.

24  Q.   Doctor, you were asked a lot of questions today about

25  Health Canada and the label that goes to Canadian physicians.

Page 1512

1   Do you remember those questions?

2   A.   Yes, I remember them.

3   Q.   And can you just clarify for the ladies and gentlemen of

4   the jury, what role did you play, what data did you help

5   submit?

6   A.   Well, as the international leader in this research on

7   behalf of Bayer, I did help when other countries and their

8   health authorities asked questions.  And in this case, it was

9   the Canadian authorities that asked questions of a clinical

10   nature related to efficacy and safety, and I did indeed help

11   answer those questions.

12   Q.   Do you know if the lab testing information that relates to

13   PT was provided to the FDA by Janssen?

14   A.   Obviously that was part of a prospective study in the

15   EINSTEIN DVT/PE study, so it's compulsory to notify health

16   authorities, including the FDA.  So for sure, they got it.

17   Q.   Do you know if the FDA struck out or rejected label --

18   language that was proposed for the label that related to PT

19   testing?  Do you know?

20   A.   Yes.  The FDA was not interested in this test about PT.

21   Q.   And do you defer to Dr. Mueck and Dr. Kubitza on PK and PD

22   data?

23   A.   They are responsible for that, and they are the ones who

24   should reply to those questions.

25   Q.   And can you describe your relationship with Dr. Buller?

1    A.    It is a long-term relationship.  It dates back to almost

2    40 years.  Harry is like a brother to me, which means that we

3    can really tell each other what we think very frankly, tell

4    each other the truth, and then just continue like friends.

5          THE WITNESS:  (In English) Rough each other up.

6    EXAMINATION BY MS. YATES:

7    Q.    Doctor, is there another clinical trial called EINSTEIN

8    Choice?

9    A.    That is correct.  Recently we have completed a study by

10   the name of EINSTEIN Choice study.  And what we did is the

11   following.

12   Q.    Briefly.

13   A.    So what the EINSTEIN Choice study was about is a study

14   into the comparison between rivaroxaban 20 milligram and

15   10 milligram compared to aspirin, and it looked into over

16   3,000 patients.  And the results of the study were that aspirin

17   should not be used.  There is too much occurrence of

18   thrombosis.

19          What it also indicated is that if you compare the

20   10 milligram to 20 milligram as regards the efficacy, they're

21   similar.  And also it indicated that with the 10 milligram, the

22   result is numerically slightly better with respect to

23   bleedings.

24          THE WITNESS: (In English) With 10 milligram.

25   EXAMINATION BY MS. YATES:

Page 1586

1                Are there any further witnesses?

2          MR. BIRCHFIELD:  The next witness will be by video

3    deposition, Your Honor.  It will be Dr. Ted Spiro, Theodore

4    Spiro.  It will about an hour and a half.  We'll each have an

5    hour and a half.

6          THE COURT:  Is that the testimony you gave me to look

7    at?

8          MR. BIRCHFIELD:  No, Your Honor.

9          THE COURT:  All right.  We'll stop here then, come back

10   at -- let's do it at 1:30 today.

11               Court will stand in recess.

12          (WHEREUPON, at 11:37 a.m., the jury panel leaves the

13   courtroom, and the Court was in luncheon recess.)

14                          *   *   *

15

16                     REPORTER'S CERTIFICATE

17

18        I, Cathy Pepper, Certified Realtime Reporter, Registered
     Merit Reporter, Certified Court Reporter in and for the State
19   of Louisiana, Official Court Reporter for the United States
     District Court, Eastern District of Louisiana, do hereby
20   certify that the foregoing is a true and correct transcript to
     the best of my ability and understanding from the record of the
     proceedings in the above-entitled and numbered matter.

21
                              s/Cathy Pepper
22                            Cathy Pepper, CRR, RMR, CCR
                              Certified Realtime Reporter
23                            Registered Merit Reporter
                              Official Court Reporter
24                            United States District Court
                              Cathy_Pepper@laed.uscourts.gov

25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

                          CIVIL ACTION NO. 14-MD-2592 "L"
                          JACKSON, MISSISSIPPI
                          WEDNESDAY, AUGUST 16, 2017, 8:30 A.M.


THIS DOCUMENT RELATES TO:

DOCKET NO. 14-MD-2592
DORA MINGO, ET AL. V.
JANSSEN RESEARCH & DEVELOPMENT,
LLC, ET. AL.,
CASE NO. 15-CV-3469


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



                    DAY VIII  MORNING SESSION
               TRANSCRIPT OF JURY TRIAL PROCEEDINGS
           HEARD BEFORE THE HONORABLE ELDON E. FALLON
                  UNITED STATES DISTRICT JUDGE




APPEARANCES:


FOR THE PLAINTIFFS'
LIAISON COUNSEL:            GAINSBURGH BENJAMIN DAVID
                           MEUNIER & WARSHAUER
                           BY:  GERALD E. MEUNIER, ESQ.
                           2800 ENERGY CENTRE
                           1100 POYDRAS STREET
                           NEW ORLEANS, LOUISIANA  70163



FOR THE PLAINTIFFS:        BEASLEY ALLEN
                           BY:  ANDY BIRCHFIELD, ESQ.
                           P.O. BOX 4160
                           MONTGOMERY, ALABAMA  36103

```
 1   APPEARANCES CONTINUED:

 2

 3                           GAINSBURGH BENJAMIN DAVIS
                             MEUNIER & WARSHAUER
 4                           BY:  WALTER C. MORRISON, IV, ESQ.
                             240 TRACE COLONY PARK DRIVE
 5                           SUITE 100
                             RIDGELAND, MISSISSIPPI  39157
 6

 7
                             GOZA HONNOLD
 8                           BY:  BRADLEY D. HONNOLD, ESQ.
                             11181 OVERBROOK ROAD, SUITE 200
 9                           LEAWOOD, KANSAS  66211

10

11                           THE LAMBERT FIRM
                             BY:  EMILY JEFFCOTT, ESQ.
12                           701 MAGAZINE STREET
                             NEW ORLEANS, LOUISIANA  70130
13

14
                             LEVIN FISHBEIN SEDRAN & BERMAN
15                           BY:  FREDERICK S. LONGER, ESQ.
                             510 WALNUT STREET
16                           SUITE 500
                             PHILADELPHIA, PENNSYLVANIA  19106
17

18
     FOR THE DEFENDANT BAYER
19   HEALTHCARE PHARMACEUTICALS
     INC. AND BAYER PHARMA AG:  MITCHELL WILLIAMS SELIG GATES &
20                           WOODYARD, P.L.L.C.
                             BY:  LYN P. PRUITT, ESQ.
21                           425 W. CAPITOL AVENUE, SUITE 1800
                             LITTLE ROCK, ARKANSAS  72201
22

23
                             WATKINS & EAGER, PLCC
24                           BY:  WALTER T. JOHNSON, ESQ.
                             400 EAST CAPITOL STREET
25                           JACKSON, MISSISSIPPI  39201
```

```
                                                          Page 1709
 1   APPEARANCES CONTINUED:

 2

 3                              BRADLEY ARANT BOULT CUMMINGS, LLP
                                BY:  LINDSEY C. BONEY, IV, ESQ.
 4                              ONE FEDERAL PLACE
                                1819 FIFTH AVENUE NORTH
 5                              BIRMINGHAM, ALABAMA  35203

 6

 7   FOR JANSSEN PHARMACEUTICALS,
     INC. AND JANSSEN RESEARCH &
 8   DEVELOPMENT, LLC:          BARRASSO USDIN KUPPERMAN FREEMAN &
                                SARVER, LLC
 9                              BY:  RICHARD E. SARVER, ESQ.
                                909 POYDRAS STREET, 24TH FLOOR
10                              NEW ORLEANS, LOUISIANA  70112

11

12   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
13                              REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM B-275
14                              NEW ORLEANS, LA  70130
                                (504) 589-7779
15                              Cathy_Pepper@laed.uscourts.gov

16
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
17   PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

18

19

20

21

22

23

24

25
```

Page 1770

1    everything that appears on the screen.  Those reviews often

2    will take multiple rounds with the FDA where we will submit

3    something, they will comment, we may submit it again.  If there

4    is obviously a significant number of changes, then they will

5    respond again.  So without question, they review those TV ads

6    in detail for every word, every image.

7    Q.    Now, Mr. Shah, before we go into some of the specific

8    points that Mr. Birchfield made with you, I would like you to

9    clear up something that came up as an issue with another

10   witness in this case, a witness who says she didn't know who

11   made some strikethroughs on a document and she didn't know who

12   added some language to our label.  I would like to see if you

13   can help us with that.

14         So when you were working on Xarelto, were you --

15         MR. BIRCHFIELD:  Your Honor, at this point, could we

16   take the witness on voir dire about form and foundation issues?

17         MR. SARVER:  I'm about to go through the foundation,

18   Your Honor.

19         THE COURT:  Go ahead.

20   EXAMINATION BY MR. SARVER:

21   Q.    When you were working on Xarelto, were you part of a

22   committee that is known as the Label Working Group?

23   A.    Yes, I was.  Typically a director of marketing in my

24   position would be one of the members of that committee.

25   Q.    And tell us, what is the Label Working Group?

1  A.    So the Label Working Group basically is a committee that's

2  composed of our clinical leads, our scientists that work on the

3  manufacturing, chemical nature of the drug, our preclinical

4  people, as well as the compound development team leader, our

5  medical affairs as well.

6          And the idea is for us to evaluate -- first of all,

7  review the label as it goes in, but also evaluate FDA comments

8  as they start coming in on the label to then adjust for those

9  comments, and make those necessary recommendations back to the

10 FDA.

11 Q.    Now, sir, as a member of the -- it's the Label Working

12 Group.  Were you made aware of, personally, correspondence

13 between your regulatory colleagues at Janssen and the FDA?

14 A.    Yes.  Every single round I was.

15 Q.    Do you recall that when Janssen and the FDA had

16 discussions regarding the label for Xarelto that there was

17 information back and forth between Janssen and the FDA

18 regarding prothrombin time, PT testing?

19 A.    Yes.  I mean, it's awhile ago.  Obviously we're talking

20 back in 2011, but I do recall that being one of the things that

21 was discussed or debated back and forth via the documents that

22 were exchanged.

23 Q.    And, sir, do you recall that Janssen actually proposed

24 language on its label about PT testing to the FDA?

25 A.    Yes.  That was actually included in the initial document

1  that was sent to the FDA, our first draft of the label.  It was

2  also sent again a second time, and the FDA did not agree.

3  Q.   You anticipated my question.

4        Did the FDA accept Janssen's proposed labeling

5  language regarding prothrombin time?

6  A.   No.  They -- if my recollection is correct, they -- first

7  of all, I know for a fact they definitely struck a lot of that

8  language, and part of the rationale that they gave was that

9  there wasn't sufficient evidence or need for that information

10 to be in the label.

11 Q.   Jim, I would like to go to Defense Exhibit 5389.  And if

12 Mr. Shah could be provided with 5389, please.

13       Sir, do you recognize Defense Exhibit 5389?

14 A.   Yes, I do.

15 Q.   What is it?

16 A.   It appears to be a letter from the Food and Drug

17 Administration to our company.

18 Q.   I'm sorry, sir.  Could you take a look at it one more

19 time?  Is it a letter from J&J or from the FDA?

20 A.   Yes, it's from the FDA.

21 Q.   One more time, sir.

22 A.   I'm sorry.  Sorry, sorry, sorry.  Hold on.  Let me just

23 flip to the back so I can make sure.

24       Sorry, my apologies.

25 Q.   That's all right.

Page 1773

1  A.   The letterhead is actually Johnson & Johnson.  It appears

2  to be a letter from us to the FDA.

3  Q.   Right.  And if you would turn with me, what is this

4  letter?  Could you take a second and refresh yourself on it,

5  please?

6  A.   (Witness reviews the document.)

7        Yes, this appears to be our submission back to the

8  FDA following the complete response that we had received, so

9  it's our new package, new file that the FDA had requested to

10 support approvability of the drug.

11 Q.   I would like you to turn to page 4, please, Question 13.

12 A.   Okay.

13 Q.   And what was going on in Question 13, sir?

14 A.   (Witness reviews the document.)

15        This reflects revisions that we had made in response

16 to the FDA request related to some information in a box

17 warning, warnings and precautions, and also to the section

18 related to use of Xarelto in pregnancy and lactation.

19 Q.   And we'll get to that in a moment, sir.

20 A.   Okay.

21 Q.   Could you tell us who signed this letter for J&J?

22 A.   The letter is signed by Andrea Kollath, who is in our

23 regulatory department, within our R&D group, I should add.

24 Q.   I would like you to go to Defense Exhibit 5390.  Someone

25 will provide that to you.

1          And what is this, Mr. Shah?

2    A.    This is the package insert or label for Xarelto.

3    Q.    Was this the draft label that was mentioned in the letter

4    that you just saw?

5    A.    Yes, it appears to be.

6    Q.    All right.  As a member of the Label Working Group at

7    Janssen, was this information provided to you?

8    A.    Yes, it would have been.

9    Q.    Let's take a look at Section 12.2.  It's on the very

10   bottom of page 13 of 24, sir.

11   A.    Okay.

12   Q.    All right.  What's that section titled, 12.2?

13   A.    It's titled Pharmacodynamics.

14   Q.    And was this language in Section 12.2 proposed by Janssen

15   to the FDA to be included in the Xarelto label?

16   A.    Yes.  It would have been.

17   Q.    All right.

18   A.    And it was.

19   Q.    If you would read with me the highlighted portion.

20         "Anti-Factor Xa activity is also influenced by

21   rivaroxaban.  The relationship between PT and rivaroxaban

22   plasma concentration is linear and closely correlated.  If

23   assessment of the pharmacodynamic effect of rivaroxaban is

24   considered necessary in individual cases, PT, measured in

25   seconds, is recommended.  The Neoplastin PT assay was measured

Page 1775

1   in the Record program in median."  And we can go on.

2              Was that language proposed by Janssen to the FDA?

3   A.   Yes, it was.

4   Q.   All right.  I would like you to take a look at Defense

5   Exhibit 6009.  If that could be provided to Mr. Shah.

6              And do you have that in front of you, sir?

7   A.   I do.

8   Q.   What is Defense Exhibit 6009?

9   A.   It is an e-mail from Andrea Kollath, the same person who

10  wrote the letter to the FDA, alerting us that we have received

11  the revisions to our proposed label and that she has attached

12  the FDA comments, etcetera.

13  Q.   Now, were you copied on this e-mail?

14  A.   Yes, my name is on the e-mail.

15  Q.   What was the subject line of the e-mail?

16  A.   "FDA marked-up version of orthopedic surgery, U.S. package

17  insert."

18  Q.   And did the FDA actually attach a redlined version of the

19  label proposed by Janssen?

20  A.   Yes, that's correct.

21  Q.   All right.  And did you have the opportunity to review

22  that attachment?

23  A.   Yes, I did.

24  Q.   All right.  I would like you to turn to the same section

25  that we were looking at before, Section 12.2 Pharmacodynamics,

Page 1776

1    please.

2    A.    Would you happen to know the page number?

3    Q.    Yes, sir.  Page 33 of 47.  I had -- I cheated.  I had a

4    tab on mine.

5    A.    Got it.

6    Q.    Are you there?

7    A.    I'm there.

8    Q.    All right.  Do you see Section 12.2?

9    A.    I do.

10   Q.    Do you see that in Section 12.2, as it came back from the

11   FDA, certain language is struck out?

12   A.    Yes.

13   Q.    Who struck that language out?

14   A.    The FDA did.

15   Q.    And the language that we just read to the jury regarding

16   the relationship between PT and rivaroxaban and the measurement

17   of PT and Neoplastin, PT assay, was that language struck out?

18   A.    It was.

19   Q.    And who struck it out?

20   A.    The FDA.

21   Q.    All right.  Now, did the FDA also add certain language to

22   the Xarelto label that had not been in place when Janssen

23   submitted the label to the FDA?

24   A.    Yes.  And that is typical.  FDA will typically delete as

25   well as add comments and information.

1   Q.    Now, let's stay on Defense Exhibit 6009.  I think it's in

2   front of you; is that right, sir?

3   A.    It is.

4   Q.    All right.  Would you turn to page 9.

5   A.    Okay.

6   Q.    And I would like to direct your attention to 5.3.  Do you

7   see that section?

8   A.    I do.

9   Q.    Is there language in Section 5.3 that was added to the

10  label by the Food and Drug Administration?

11  A.    Yes.

12  Q.    Could you read that language for us, please?

13  A.    It states:  "Xarelto should be used with caution in

14  pregnant women.  Xarelto dosing in pregnancy has not been

15  studied.  The anticoagulation effect of Xarelto cannot be

16  monitored with standard laboratory testing nor readily

17  reversed.  Promptly evaluate any signs or symptoms suggestive

18  of blood loss," and then in parentheses, "for example, a drop

19  in hemoglobin and/or hematocrit, hypotension or fetal

20  distress."

21  Q.    The language "The anticoagulant effect of Xarelto cannot

22  be readily monitored with standard laboratory testing nor

23  readily reversed" was added by who?

24  A.    Yes.  All, with the exception of the word readily, that

25  you mentioned.

Page 1796

1   than half of those are in the United States.

2   Q.    Mr. Shah, I want to -- I want you to take a look at

3   Defense Exhibit 6100.  It's the document with the red ribbon on

4   it.  Do you see that, sir?

5   A.    Okay.

6   Q.    When is the first time you saw this document, Mr. Shah?

7   A.    I would have seen this when we received it from the FDA.

8   Obviously, anything we receive from the FDA goes first to our

9   regulatory department.  They will look at it, and then they

10  would forward it on to the label working group, which would

11  have included me.

12  Q.    So, when -- can you give us a month, a year -- when would

13  you have seen it?

14  A.    Immediately after we had received it, you would image

15  within a -- within a day or two.

16  Q.    All right.  So did you receive this back in 2011?  Did you

17  receive it last month?  Two months ago?  When did you receive

18  it, sir?

19  A.    So, what I was trying to do in addressing your question

20  was, basically, as a general rule of thumb, whenever we get

21  something like this from the FDA, we would then get it, as the

22  label working group, immediately.  It just first goes to our

23  regulatory department, because that's who has ultimately the

24  direct communication with the FDA.

25          So if this was received in 2011, whatever date it was

1  received on specifically in June, let's say, June 13th, I would

2  have received it within a day or two.

3  Q.   All right.  Mr. Shah, I want to make sure that I

4  understand your position clearly.  Is it your position that the

5  FDA struck the language from section 12.2?

6  A.   Yes, that's what I stated.

7  Q.   Okay.  Is it your position that the FDA struck the

8  language from section 12.2 because the FDA believes that PT

9  does not relate to bleeding risks; is that your opinion?

10  A.   The FDA -- so, what precisely the FDA believes in terms

11  what the PT test means or doesn't mean, you'd certainly have to

12  ask the FDA in terms of their detailed explanation.

13        But certainly, they struck it because they didn't

14  agree with what we had written, and asked us to, obviously,

15  delete it from the label.  What I think I stated earlier was

16  that they would either have considered it to be superfluous or

17  nonmeaningful information.

18  Q.   Did Janssen take the position that the PT does not relate

19  to bleeding risk, and that type language should not be part of

20  the label?

21  A.   So I have no -- what our position was, was obviously what

22  we put in the label, which we had read a little while ago, that

23  went down to the FDA.  So I think that's an accurate reflection

24  of what our position would have been based on the science that

25  would have existed.

1          Once the FDA obviously gives us a -- the feedback

2    that they did, unless we have, as a general rule of thumb,

3    clinical evidence or some new scientific data that would

4    convince the other FDA otherwise -- which we, obviously, always

5    have the purview of submitting -- it would be difficult to

6    overturn the FDA's position.

7    Q.   Mr. Shah, did -- you told us that you were involved every

8    step of the way, right, with --

9    A.   Correct.

10   Q.   So if we look at the -- if we look at the e-mail here from

11   Tyree Newman, it was June 13th --

12   A.   I'm sorry, I'm not looking at an e-mail.  I'm looking at

13   the red ribbon document you had asked me to look at.

14   Q.   If you turn to page 3 of the red ribbon document --

15   A.   Okay.

16   Q.   -- it is an e-mail from Tyree Newman to --

17   A.   Yes.

18   Q.   -- Andrea Kollath, right?

19   A.   Yes, it is.

20   Q.   So what I would like for you to do, Mr. Shah, is walk us

21   through, walk us through the timeline of the regulatory steps,

22   what happened next between now and the time that the label was

23   approved in July of 2011, and then the label in November of

24   2011.

25   A.   Right.  So, as I described earlier, FDA communication of

Page 1823

1    EXAMINATION BY MR. BIRCHFIELD:

2    Q.   Mr. Shah, are you aware of any occasion where Janssen

3    attempted to supply information about PT, plasma concentration

4    and bleeding risk after June 13, 2011?

5    A.   No.  Because, as I stated earlier, I was not aware of any

6    new scientific evidence that came out that would have supported

7    our ability to go back and present new information on PT's

8    correlation with bleeding.

9             MR. BIRCHFIELD:  Thank you, Your Honor.

10            THE COURT:  We'll stop here and we'll come back at

11   1:15.  The court is in recess until 1:15.

12            THE DEPUTY CLERK:  All rise.

13            (WHEREUPON, at 12:00 p.m. the jury panel leaves the

14   courtroom, and the Court was in luncheon recess.)

15                         *   *   *

16

                         REPORTER'S CERTIFICATE

17

18        I, Cathy Pepper, Certified Realtime Reporter, Registered
     Merit Reporter, Certified Court Reporter in and for the State
19   of Louisiana, Official Court Reporter for the United States
     District Court, Eastern District of Louisiana, do hereby
20   certify that the foregoing is a true and correct transcript to
     the best of my ability and understanding from the record of the
21   proceedings in the above-entitled and numbered matter.

22                         s/Cathy Pepper
                           Cathy Pepper, CRR, RMR, CCR
23                         Certified Realtime Reporter
                           Registered Merit Reporter
24                         Official Court Reporter
                           United States District Court
25                         Cathy_Pepper@laed.uscourts.gov