# EXHIBIT W

**File Provided Natively**

**File Name:**   2011154617.pdf

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

XARELTO_JANSSEN_00047265

| | |
|---|---|
| **From:** | Kollath, Andrea [PRDUS] |
| **To:** | GRO Archival Team [PRDUS]; |
| **Subject:** | FW: NDA 22406 teleconference minutes |
| **Date:** | Friday, June 24, 2011 2:12:18 PM |

**From:** Newman, Tyree [mailto:Tyree.Newman@fda.hhs.gov]
**Sent:** Friday, June 24, 2011 1:59 PM
**To:** Kollath, Andrea [PRDUS]
**Subject:** NDA 22406 teleconference minutes

Good afternoon Andrea, per our teleconference yesterday regarding the Clinical Pharmacology section of the label for NDA 22406, I have summarized the meeting as follows:

**The following attendees were present:**

**FDA Attendees (Agency):**

- Joseph Grillo, Pharm.D.– Clinical Pharmacology Reviewer
- Julie Bullock, Pharm.D. – Clinical Pharmacology Team Leader
- Nitin Mehrotra – Pharmacometrics Reviewer
- Gabrielle Richterman, Pharm.D., student
- Tyree Newman – Regulatory Project Manager
- **Johnson and Johnson (Sponsor) attendees:**
- Gary Peters , MD, VP, Cardiovascular and Metabolism Clinical Development
- Paul Burton MD PhD FACC, VP Franchise Medical Leader
- Troy Sarich PhD, Compound Development Team Leader
- Kenneth Todd Moore, MS, Clinpharm Leader Rivaroxaban
- Judy Kinaszczuk, R.Ph. Director, Global Labeling
- Sanjay Jalota, MRPharmS, Regulatory Global Regulatory Lead
- Andrea Kollath, DVM, North America Regulatory Lead

**Bayer Attendees (Sponsor):**

- Scott D. Berkowitz, MD, VP, Global Clinical Dev. Head
- Dagmar Kubitza, MD PhD Global Clinical Pharmacology Project

   Leader, BSP
- Wolfgang M. Mueck, PhD. Director Clinical Pharmacokinetics
- Andrea Derix, PhD, Sen. Global Regulatory Strategist

**The following is a summary of the primary discussion points between the Agency and the Sponsor:**

- The Division clarified its rationale for including all the in vivo drug interaction information in Section 7 of the draft labeling rather than splitting between Sections 7 and 12. The Sponsor was concerned that there may be changes as they are working with Cardio-Renal Division on the label. The Division confirmed that Cardio-Renal has been involved in the current labeling review.
- The Division clarified its rationale for omitting PgP potency claims by stating that the Agency is not ready to endorse claims regarding PgP potency in labeling at this time.
- The Division provided clarification regarding its rationale for including Section 7.2 (Complex Drug-Disease Interactions) by stating simulations from both the sponsor and FDA reported the potential for a significant increase in rivaroxaban exposure that the team felt required further assessment as a PMR. Once the PMR has been completed and if the data suggests the label should be revised, the Sponsor can submit a supplement.
- The Division provided clarification regarding its rationale for removing "clinically relevant" throughout the draft labeling.
- The Division stated that the Sponsor is free to propose revised wording for the introductory paragraph for Section 7.1. However, the Division stressed the quantitative information regarding the extent of the interaction should remain in the noted list drugs in this section.
- The Division stated that the Sponsor may propose changes regarding the use of the term(s) "Avoid" or "Not recommended" or "Use with caution" as long as they are using "active voice".
- The Division stressed that the sponsor is free to submit proposed language for the draft labeling. These proposals would be carefully reviewed, but it should not be assumed they are acceptable to the

- Agency.
- The Division has completed the review of the label based on the data received in response to the CR. The Division will not be able to review any new data for this submission.

Please inform me if you have any questions or comments.

Kind regards,

Tyree

Tyree Newman

Regulatory Project Manager

Food and Drug Administration

Division of Hematology Products

Office of Oncology Drug Products

Center for Drug Evaluation and Research

10903 New Hampshire Ave.

Silver Spring, MD 20993

301-796-3907 (phone)

301-796-9845 (fax)

Tyree.Newman@fda.hhs.gov