# EXHIBIT Z

**File Provided Natively**

**File Name:**     2011156529.pdf

XARELTO_JANSSEN_00000200

**Johnson & Johnson Pharmaceutical Research & Development, L.L.C.**

| | |
|---|---|
| **Regulatory Affairs** | **Record of Contact** |

| | |
|---|---|
| **Date of Contact:** 12 July 2011 | **Date of Report:** 12 July 2011 |
| **Health Authority/Division:** Division of Cardiovascular and Renal Products | **Product:** Rivaroxaban  **NDA No.:** 202,439 |
| **Health Authority Contact:** Name: Alison Blaus  Title: FDA Project Manager | **Prepared by:** Name: Alla Rhoge  Title: CVM TA Regulatory Affairs |
| **Health Authority Attendee(s):** Name:  Title: | **Company Attendee(s):** Name: Alla Rhoge and Sanjay Jalota  CVM TA Regulatory Affairs |

**Subject:** Update on Phase 1 Switching Study, USPI and Advisory Committee

A call was conducted with Alison Blaus, FDA Project Manager, to obtain feedback from the FDA internal meeting held on 12 July 2011.

Alison provided feedback with regards to the AFib USPI, Phase 1 Warfarin Switching study and the upcoming Advisory Committee meeting.

USPI

Alison asked when we were submitting the updated label because this is typically provided within 30 day of label/ product approval by another Division. She was surprised we had not been informed of the timing of this submission by the Hematology Division. We confirmed we would initiate the update of the label and submit it as soon as available.

Alison mentioned that NDA 22-406 approved label should be used as the basis for the updated label and the AFib specific information added to it. Since the Hematology Division was the "owner" of the label, common sections to both indications did not need updating as the CardioRenal Division would not re-review them.

We mentioned there were some common sections that would need updating because information was either not submitted to NDA 22-406 or submitted but not reviewed by the Hematology Division.

Alison recommended we make this clear in the updated label and suggested the two approaches. She was also going to consult colleagues in labeling on whether post approval changes to common sections could be made by a different Division.

**Johnson & Johnson Pharmaceutical Research & Development, L.L.C.**

- Some sections could contain specific information for AFib and VTE Prevention since the two indications have "vastly different" Benefit-Risk assessments
  OR
- provide a "consolidated" updated section, where appropriate

For any updates to the common sections, we should provide references where the information is located in NDA 202,439.
Alison recommended we submit a clean version and a track-changes version of the label with additional information in the "comments" field

Warfarin switching study

Alison mentioned that the proposed rivaroxaban to warfarin transition recommendation in the label and Phase 1 study synopsis had been discussed at the meeting.
- Division had not made final determination whether there was adequate data to write a label recommendation. Dr Stockbridge (Division Director) will discuss the transition/study at the 21 July 2011 Alignment Meeting and at this point has not made a final determination whether the transition recommendations will be discussed at the Advisory Committee
- The Division definitely wanted the study to be conducted and would require the CSR/datasets and not only topline data .
- The Division had comments on the study design and Alison would send us their feedback shortly. Two points mentioned
  - Longer term treatment to steady state
  - Protocol should mimic the transition proposed in the label
- Recommended we submit the protocol (could be via email or formal submission)

Advisory Committee

- Division interested in what we are presenting in each section to avoid duplication of presentations (eg: if we are presenting study design, FDA will not do the same). Also highlight if any additional analysis have been done for the meeting.
- Division will share draft questions when available (potentially at the 21 July 2011 alignment meeting but this was not confirmed). Alison confirmed the final list of questions will be issued two days prior to Advisory Committee meeting and will be shared with us 1-2 weeks prior to meeting
- No new issues have been raised since the mid-cycle review.
- We were receiving an increase in the FDA Information Requests (via telephone and email) because the Division is targeting completing their reviews by end July.

2