# EXHIBIT AA

**File Provided Natively**

**File Name:**                    cover.pdf

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_JANSSEN_00023122**



Dr. Norman Stockbridge, Director
Food and Drug Administration
Center for Drug Evaluation and Research
Division of Cardiovascular and Renal Products
Central Document Room HFD 120
5901-B Ammendale Road
Beltsville, MD 20705-1266

**18 August, 2011**

**NDA 202,439**
XARELTO® (rivaroxaban)

**New Drug Application**
Updated Labeling post NDA 22,406 approval

Dear Dr. Stockbridge:

Reference is made to the original New Drug Application (NDA) for XARELTO™ (rivaroxaban) immediate release tablets for the prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation, filed by Johnson & Johnson Pharmaceutical Research and Development, L.L.C. (J&JPRD) on behalf of Janssen Pharmaceuticals, Inc.  Reference is also made to NDA 22,406 approval dated July 01, 2011.

Please find enclosed a "marked/track changes" version as well as a "clean" version (all changes accepted) of the updated labeling post NDA 22,406 approval.  These updated versions have incorporated the NDA 202,439 proposed labeling text into the approved NDA 22,406 labeling.

This submission is being provided electronically in Common Technical Document (eCTD) format.  J&JPRD certifies that we have taken precautions to ensure that the submission is free of computer viruses via scanning with either McAfee VirusScan Enterprise or Microsoft ForeFront Client Security and authorizes CDER to use antivirus software, as appropriate.

Should you have any questions and/or comments, please contact me directly at 908-927-4758 or my colleague Sanjay Jalota at 908-927-2637.

Sincerely,
Johnson & Johnson Pharmaceutical Research & Development, L.L.C.

SANJAY
JALOTA

Digitally signed by SANJAY JALOTA
DN: c=US, o=JNJ, ou=Employees, ou=198062,
cn=SANJAY JALOTA, email=SJalota@its.jnj.com
Reason: I am the author of this document.
Date: 2011.08.18 04:55:36 -04'00'

Alla Rhoge, Pharm.D.
Associate Director, Global Regulatory Affairs
arhoge@its.jnj.com
908-253-0128 (Fax)

**File Provided Natively**

**File Name:**                    draft-labeling-text.doc

**XARELTO_JANSSEN_00023123**

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use XARELTO® (rivaroxaban) safely and effectively. See full prescribing information for XARELTO.**

**XARELTO (rivaroxaban) film-coated oral tablets**

**Initial U.S. Approval: 2011**

---

**WARNING:  SURGICAL SETTINGS--SPINAL/EPIDURAL HEMATOMA**

**Epidural or spinal hematomas may occur in patients who are anticoagulated and are receiving neuraxial anesthesia or undergoing spinal puncture. These hematomas may result in long-term or permanent paralysis. Consider these risks when scheduling patients for spinal procedures. Factors that can increase the risk of developing epidural or spinal hematomas in these patients include:**

- **use of indwelling epidural catheters**
- **concomitant use of other drugs that affect hemostasis, such as non-steroidal anti-inflammatory drugs (NSAIDs), platelet inhibitors, other anticoagulants**
- **a history of traumatic or repeated epidural or spinal punctures**
- **a history of spinal deformity or spinal surgery.**

**Monitor patients frequently for signs and symptoms of neurological impairment. If neurological compromise is noted, urgent treatment is necessary.**

**Consider the benefits and risks before neuraxial intervention in patients anticoagulated or to be anticoagulated for thromboprophylaxis** *[see Warnings and Precautions (5.1) and Drug Interactions (7)].*

---

-----------------------------RECENT MAJOR CHANGES-----------------------------
Indications and Usage (1.2)                                11/2011
Dosage and Administration (2.2, 2.3, 2.4, 2.5, 2.6, 2.7)   11/2011
Warnings and Precautions (5.3, 5.5, 5.7)                   11/2011

-----------------------------INDICATIONS AND USAGE-----------------------------
XARELTO is a factor Xa inhibitor indicated for the:

- prophylaxis of deep vein thrombosis (DVT) which may lead to pulmonary embolism (PE) in patients undergoing knee or hip replacement surgery (1.1)
- prevention of stroke and systemic embolism in patients with nonvalvular atrial fibrillation (1.2)

---------------------------DOSAGE AND ADMINISTRATION---------------------------
- Prophylaxis of DVT: 10 mg orally, once daily with or without food (2.1)
- Stroke Prevention in Atrial Fibrillation: For patients with CrCl ≥50 mL/min: 20 mg orally, once daily with food (2.2)

--------------------DOSAGE FORMS AND STRENGTHS--------------------
Tablets: 10 mg, 15 mg, and 20 mg (3)

----------------------------CONTRAINDICATIONS----------------------------
- Hypersensitivity to XARELTO (4)
- Active major bleeding (4)

-------------------------WARNINGS AND PRECAUTIONS-------------------------
- Risk of bleeding: XARELTO can cause serious and fatal bleeding. Promptly evaluate signs and symptoms of blood loss. (5.2)
- Temporary discontinuation: Avoid lapses in therapy to minimize risk of thrombotic events. (5.3)
- Pregnancy related hemorrhage: Use XARELTO with caution in pregnant women due to the potential for obstetric hemorrhage and/or emergent delivery. Promptly evaluate signs and symptoms of blood loss. (5.4)
- Patients with prosthetic heart valves: XARELTO has not been studied in this population. (5.7)

-----------------------------ADVERSE REACTIONS-----------------------------
The most common adverse reaction (>5%) was bleeding. (6.2)

**To report SUSPECTED ADVERSE REACTIONS, contact Janssen Pharmaceuticals, Inc. at 1-800-526-7736 or FDA at 1-800-FDA-1088 or *www.fda.gov/medwatch*.**

-----------------------------DRUG INTERACTIONS-----------------------------
- Combined P-gp and strong CYP3A4 inhibitors: Avoid concomitant use unless the lack of a significant interaction is proven (7.1)
- Combined P-gp and weak or moderate CYP3A4 inhibitors: Use with caution. Promptly evaluate any signs or symptoms of blood loss. (7.2)
- Combined P-gp and strong CYP3A4 inducers: Avoid concomitant use or consider an increased dose (2.5, 7.3)
- Anticoagulants: Avoid concomitant use (7.4)
- 

-----------------------USE IN SPECIFIC POPULATIONS-----------------------
- Nursing mothers: discontinue drug or discontinue nursing (8.3)
- Renal impairment: Prophylaxis of DVT: Avoid use in patients with severe impairment (CrCl <30 mL/min). Use with caution in moderate impairment (CrCl 30 to <50 mL/min). Stroke Prevention in Atrial Fibrillation: Decrease dose to 15 mg orally, once daily with food in moderate impairment (CrCl 30 to <50 mL/min). Use with caution in severe impairment (CrCl 15 to <30 mL/min). (8.7)
- Hepatic impairment: Avoid use in patients with moderate (Child-Pugh B) or severe (Child-Pugh C) hepatic impairment or in patients with any degree of hepatic disease associated with coagulopathy (8.8)

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide.**

**Revised: November 2011**

---

**FULL PRESCRIBING INFORMATION: CONTENTS***

**WARNING: SURGICAL SETTINGS—SPINAL/EPIDURAL HEMATOMA**
**1    INDICATIONS AND USAGE**
   1.1    Prophylaxis of Deep Vein Thrombosis
   1.2    Stroke Prevention in Atrial Fibrillation
**2    DOSAGE AND ADMINISTRATION**
   2.1    Prophylaxis of Deep Vein Thrombosis
   2.2    Stroke Prevention in Atrial Fibrillation
   2.3    Converting from or to Warfarin
   2.4    Converting from or to Anticoagulants Other Than Warfarin
   2.5    Use with P-gp and Strong CYP3A4 Inducers
   2.6    Surgery and Intervention
   2.7    Missed Dose
   2.8    Administration via GI Feeding Tube
**3    DOSAGE FORMS AND STRENGTHS**
**4    CONTRAINDICATIONS**
**5    WARNINGS AND PRECAUTIONS**
   5.1    Spinal/Epidural Anesthesia or Puncture
   5.2    Risk of Bleeding
   5.3    Temporary Discontinuation of XARELTO
   5.4    Risk of Pregnancy Related Hemorrhage
   5.5    Renal Impairment
   5.6    Hepatic Impairment
   5.7    Patients with Prosthetic Heart Valves
**6    ADVERSE REACTIONS**
   6.1    Adverse Reactions in Clinical Trials
   6.2    Hemorrhage
   6.3    Other Adverse Reactions
   6.4    Postmarketing Experience
**7    DRUG INTERACTIONS**
   7.1    Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems
   7.2    Drug-Disease Interactions with Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems
   7.3    Drugs that Induce Cytochrome P450 3A4 Enzymes and Drug Transport Systems
   7.4    Anticoagulants
   7.5    NSAIDs/Aspirin
   7.6    Clopidogrel
**8    USE IN SPECIFIC POPULATIONS**
   8.1    Pregnancy
   8.2    Labor and Delivery
   8.3    Nursing Mothers
   8.4    Pediatric Use
   8.5    Geriatric Use
   8.6    Females of Reproductive Potential
   8.7    Renal Impairment
   8.8    Hepatic Impairment
**10   OVERDOSAGE**
**11   DESCRIPTION**
**12   CLINICAL PHARMACOLOGY**
   12.1   Mechanism of Action

12.2  Pharmacodynamics
12.3  Pharmacokinetics
12.4  QT/QTc Prolongation
**13  NON-CLINICAL TOXICOLOGY**
13.1  Carcinogenesis, Mutagenesis, and Impairment of Fertility
**14  CLINICAL STUDIES**
14.1  Prophylaxis of Deep Vein Thrombosis
14.2  Stroke Prevention in Atrial Fibrillation

**16  HOW SUPPLIED/STORAGE AND HANDLING**
**17  PATIENT COUNSELING INFORMATION**
17.1  Instructions for Patient Use
17.2  Bleeding Risks
17.3  Invasive or Surgical Procedures
17.4  Concomitant Medication and Herbals
17.5  Pregnancy and Pregnancy-Related Hemorrhage
17.6  Nursing
17.7  Females of Reproductive Potential

*Sections or subsections omitted from the full prescribing information are not listed.

**FULL PRESCRIBING INFORMATION**

<div style="border:1px solid black; padding:10px;">

**WARNING: SURGICAL SETTINGS--SPINAL/EPIDURAL HEMATOMA**

**Epidural or spinal hematomas may occur in patients who are anticoagulated and are receiving neuraxial anesthesia or undergoing spinal puncture. These hematomas may result in long-term or permanent paralysis. Consider these risks when scheduling patients for spinal procedures. Factors that can increase the risk of developing epidural or spinal hematomas in these patients include:**

- **use of indwelling epidural catheters**
- **concomitant use of other drugs that affect hemostasis, such as non-steroidal anti-inflammatory drugs (NSAIDs), platelet inhibitors, other anticoagulants**
- **a history of traumatic or repeated epidural or spinal punctures**
- **a history of spinal deformity or spinal surgery.**

**Monitor patients frequently for signs and symptoms of neurological impairment. If neurological compromise is noted, urgent treatment is necessary.**

**Consider the benefits and risks before neuraxial intervention in patients anticoagulated or to be anticoagulated for thromboprophylaxis** *[see Warnings and Precautions (5.1) and Drug Interactions (7)]*.

</div>

## 1   INDICATIONS AND USAGE
### 1.1   Prophylaxis of Deep Vein Thrombosis

XARELTO (rivaroxaban) Tablets are indicated for the prophylaxis of deep vein thrombosis (DVT), which may lead to pulmonary embolism (PE) in patients undergoing knee or hip replacement surgery.

### 1.2   Stroke Prevention in Atrial Fibrillation

XARELTO is indicated for the prevention of stroke and systemic embolism in patients with nonvalvular atrial fibrillation.

## 2   DOSAGE AND ADMINISTRATION
### 2.1   Prophylaxis of Deep Vein Thrombosis

The recommended dose of XARELTO is 10 mg taken orally once daily with or without food. The initial dose should be taken at least 6 to 10 hours after surgery once hemostasis has been established.

- For patients undergoing hip replacement surgery, treatment duration of 35 days is recommended.

- For patients undergoing knee replacement surgery, treatment duration of 12 days is recommended.

3

## 2.2   Stroke Prevention in Atrial Fibrillation

For patients with creatinine clearance (CrCl) >50 mL/min, the recommended dose of XARELTO is 20 mg taken orally once daily with food. For patients with moderate renal impairment (CrCl 30 to <50 mL/min), the recommended dose is 15 mg once daily with food.

In general, anticoagulant therapy should be continued as long as atrial fibrillation and associated risks of stroke and systemic embolism remain.

## 2.3   Converting from or to Warfarin

When converting patients from warfarin to XARELTO, discontinue warfarin and start XARELTO when the international normalized ratio (INR) is below 3.0. When converting warfarin patients to XARELTO, INR values will be falsely elevated after the intake of XARELTO. The INR is not valid to measure the anticoagulant activity of XARELTO, and therefore, should not be used *[see Clinical Pharmacology (12.2)]*.

In patients who are switching from XARELTO to warfarin, warfarin should be given concurrently with XARELTO for two days using standard warfarin dosing. The INR should be measured **only immediately prior** to administration of the XARELTO dose beginning on Day 3 and daily thereafter, until the INR ≥2.0. XARELTO should be stopped once the INR is ≥2.0.

## 2.4   Converting from or to Anticoagulants Other Than Warfarin

For patients currently receiving an anticoagulant other than warfarin, start XARELTO 0 to 2 hours prior to the next scheduled administration of the drug (e.g., low molecular weight heparin or non-warfarin oral anticoagulant) and omit the next regularly scheduled administration of the non-warfarin anticoagulant. For a continuously administered parenteral drug (e.g., intravenous unfractionated heparin), stop the infusion of the parenteral drug and start XARELTO at the same time.

For patients currently taking XARELTO and transitioning to an anticoagulant other than warfarin, discontinue XARELTO and give the first dose of the non-warfarin anticoagulant (oral or parenteral) at the time that the next XARELTO dose would be taken *[see Drug Interactions (7.4)]*.

## 2.5   Use with P-gp and Strong CYP3A4 Inducers

Concomitant use of XARELTO with drugs that are combined P-gp and strong CYP3A4 inducers (e.g., carbamazepine, phenytoin, rifampin, St. John's wort) should be avoided. Taking the current once daily XARELTO dose twice a day should be considered if these drugs must be coadministered. The 15 mg and 20 mg dose should be taken with food *[see Drug Interactions (7.3) and Clinical Pharmacology (12.3)]*.

4

**2.6   Surgery and Intervention**

If clinically warranted in the setting of surgical intervention and based on clinical judgment, if invasive or surgical intervention is required, XARELTO should be stopped at least 24 hours before the intervention, if possible. In deciding if the procedure can be delayed, the increased risk of bleeding should be assessed against the urgency of intervention.

XARELTO should be restarted after the invasive procedures or surgical intervention as soon as possible provided the clinical situation allows and adequate hemostasis has been established [*see Clinical Pharmacology (12.3)*].

**2.7   Missed Dose**

If a dose of XARELTO is not taken at the scheduled time, the dose should be taken as soon as possible on the same day and continued on the following day with the recommended daily intake.

**2.8   Administration via GI Feeding Tube**

Rivaroxaban absorption is dependent on the site of drug release in the gastrointestinal (GI) tract (gastric versus small intestine). When administering XARELTO as a crushed tablet via a feeding tube, confirm gastric placement of the tube *[see Clinical Pharmacology (12.3)]*.

**3   DOSAGE FORMS AND STRENGTHS**
- 10 mg tablets: Round, light red, biconvex and film-coated with a triangle pointing down above a "10" marked on one side and "Xa" on the other side
- 15 mg tablets: Round, red, biconvex, and film-coated with a triangle pointing down above a "15" marked on one side and "Xa" on the other side
- 20 mg tablets: Triangle-shaped, dark red, and film-coated with a triangle pointing down above a "20" marked on one side and "Xa" on the other side

**4   CONTRAINDICATIONS**

XARELTO is contraindicated in patients with:
- hypersensitivity to XARELTO
- active major bleeding *[see Warnings and Precautions (5.2)]*

**5   WARNINGS AND PRECAUTIONS**
**5.1   Spinal/Epidural Anesthesia or Puncture**

When neuraxial anesthesia (spinal/epidural anesthesia) or spinal puncture is employed, patients treated with anticoagulant agents for prevention of thromboembolic complications are at risk of developing an epidural or spinal hematoma which can result in long-term or permanent paralysis *[see Boxed Warning]*.

5

An epidural catheter should not be removed earlier than 18 hours after the last administration of XARELTO. The next XARELTO dose is not to be administered earlier than 6 hours after the removal of the catheter. If traumatic puncture occurs, the administration of XARELTO is to be delayed for 24 hours.

## 5.2   Risk of Bleeding

XARELTO increases the risk of bleeding and can cause serious and fatal bleeding. Major hemorrhages including intracranial, epidural hematoma, gastrointestinal, retinal, and adrenal bleeding have been reported. Use XARELTO with caution in conditions with increased risk of hemorrhage.

Concomitant use of drugs affecting hemostasis increases the risk of bleeding. These include platelet aggregation inhibitors, other antithrombotic agents, fibrinolytic therapy, thienopyridines and chronic use of non-steroidal anti-inflammatory drugs (NSAIDs) *[see Drug Interactions (7.4), (7.5), (7.6)]*.

Bleeding can occur at any site during therapy with XARELTO. An unexplained fall in hematocrit or blood pressure should lead to a search for a bleeding site. Promptly evaluate any signs or symptoms of blood loss.

## 5.3   Temporary Discontinuation of XARELTO

Discontinuing anticoagulants, including XARELTO, for active bleeding, elective surgery, or invasive procedures places patients at an increased risk of thrombotic events. Lapses in therapy should be avoided, and if anticoagulation with XARELTO must be temporarily discontinued for any reason, therapy should be restarted as soon as possible.

## 5.4   Risk of Pregnancy Related Hemorrhage

XARELTO should be used with caution in pregnant women and only if the potential benefit justifies the potential risk to the mother and fetus. XARELTO dosing in pregnancy has not been studied. The anticoagulant effect of XARELTO cannot be monitored with standard laboratory testing nor readily reversed. Promptly evaluate any signs or symptoms suggesting blood loss (e.g., a drop in hemoglobin and/or hematocrit, hypotension, or fetal distress).

## 5.5   Renal Impairment

**Prophylaxis of Deep Vein Thrombosis:** Avoid the use of XARELTO in patients with severe renal impairment (creatinine clearance <30 mL/min) due to an expected increase in rivaroxaban exposure and pharmacodynamic effects in this patient population.

Observe closely and promptly evaluate any signs or symptoms of blood loss in patients with moderate renal impairment (CrCl 30 to <50 mL/min). Patients who develop acute renal failure while on XARELTO should discontinue the treatment *[see Use in Specific Populations (8.7)]*.

**Stroke Prevention in Atrial Fibrillation:** Limited clinical data for patients with severe renal impairment (CrCl 15 to <30 mL/min) indicate that rivaroxaban plasma levels are significantly increased in this patient population. Therefore, XARELTO 15 mg must be used with caution in these patients *[see Use in Specific Populations (8.7)]*.

## 5.6   Hepatic Impairment

Clinical data in patients with moderate hepatic impairment indicate a significant increase in rivaroxaban exposure and pharmacodynamic effects. No clinical data are available for patients with severe hepatic impairment. Avoid use of XARELTO in patients with moderate (Child-Pugh B) or severe (Child-Pugh C) hepatic impairment or with any hepatic disease associated with coagulopathy *[see Use in Specific Populations (8.8)]*.

## 5.7   Patients with Prosthetic Heart Valves

Safety and efficacy of XARELTO have not been studied in patients with prosthetic heart valves; therefore, there are no data to support that XARELTO provides adequate anticoagulation in this patient population.

## 6   ADVERSE REACTIONS
## 6.1   Adverse Reactions in Clinical Trials

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice.

During clinical development for the approved indications, 11,598 patients were exposed to XARELTO. These included 4487 patients who received XARELTO 10 mg orally once daily for prophylaxis of DVT following hip or knee replacement surgery (RECORD 1-3) and 7111 patients who received XARELTO 15 mg or 20 mg orally once daily for prevention of stroke and systemic embolism in nonvalvular atrial fibrillation (ROCKET AF).

The mean duration of XARELTO treatment was 11.9 days in the total knee replacement study and 33.4 days in the total hip replacement studies. Overall, in the RECORD program, the mean age of the patients studied in the XARELTO group was 64 years, 59% were female and 82% were Caucasian. Twenty-seven percent (1206) of patients underwent knee replacement surgery and 73% (3281) underwent hip replacement surgery.

The numbers of patients in the ROCKET AF trial receiving at least one dose of study drug and their exposures are described in Table 1.

**Table 1:    Summary of Treatment Exposure in Stroke Prevention in Atrial Fibrillation Trial (ROCKET AF)**

|  | XARELTO | Warfarin |
|---|---|---|
| **Total number patients treated** | **N= 7111**<br>**n (%)** | **N=7125**<br>**n (%)** |
| Cumulative Treatment Duration |  |  |
| ≥12 months | 5558 (78.2) | 5624 (78.9) |
| ≥24 months | 2512 (35.3) | 2571 (36.1) |
| ≥36 months | 141 (2.0) | 147 (2.1) |
| Mean exposure (months[*]) | 19.1 | 19.3 |

[*] 30 days = 1 month

<u>Drug Discontinuation</u>

In the RECORD clinical trials, the overall incidence rate of adverse reactions leading to permanent treatment discontinuation was 3.7% with XARELTO. In the ROCKET AF trial, the overall incidence rates of adverse reactions leading to permanent treatment discontinuation were 4.6% for XARELTO and 4.0% for warfarin. The most frequent adverse reactions leading to discontinuation of XARELTO compared to warfarin were bleeding events (4.4% vs. 3.8%, respectively).

## 6.2   Hemorrhage

The most common adverse reactions with XARELTO were bleeding complications *[see Warnings and Precautions (5.2)]*.

### Prophylaxis of Deep Vein Thrombosis

The rates of major bleeding events and any bleeding events observed in patients in the RECORD clinical trials are shown in Table 2.

**Table 2:     Bleeding Events[*] in Patients Undergoing Hip or Knee Replacement Surgeries (RECORD 1-3)**

| | XARELTO 10 mg | Enoxaparin[†] |
|---|---|---|
| **Total treated patients** | **N = 4487**<br>**n (%)** | **N = 4524**<br>**n (%)** |
| Major bleeding event | 14 (0.3) | 9 (0.2) |
| Fatal bleeding | 1 (<0.1) | 0 |
| Bleeding into a critical organ | 2 (<0.1) | 3 (0.1) |
| Bleeding that required re-operation | 7 (0.2) | 5 (0.1) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cells | 4 (0.1) | 1 (<0.1) |
| Any bleeding event[‡] | 261 (5.8) | 251 (5.6) |
| **Hip Surgery Studies** | **N = 3281**<br>**n (%)** | **N = 3298**<br>**n (%)** |
| Major bleeding event | 7 (0.2) | 3 (0.1) |
| Fatal bleeding | 1 (<0.1) | 0 |
| Bleeding into a critical organ | 1 (<0.1) | 1 (<0.1) |
| Bleeding that required re-operation | 2 (0.1) | 1 (<0.1) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cells | 3 (0.1) | 1 (<0.1) |
| Any bleeding event[‡] | 201 (6.1) | 191 (5.8) |
| **Knee Surgery Study** | **N = 1206**<br>**n (%)** | **N = 1226**<br>**n (%)** |
| Major bleeding event | 7 (0.6) | 6 (0.5) |
| Fatal bleeding | 0 | 0 |
| Bleeding into a critical organ | 1 (0.1) | 2 (0.2) |
| Bleeding that required re-operation | 5 (0.4) | 4 (0.3) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cells | 1 (0.1) | 0 |
| Any bleeding event[‡] | 60 (5.0) | 60 (4.9) |

[*] Bleeding events occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last dose of double-blind study medication. Patients may have more than one event.

[†] Includes the placebo-controlled period for RECORD 2, enoxaparin dosing was 40 mg once daily (RECORD 1-3)

[‡] Includes major bleeding events

Following XARELTO treatment, the majority of major bleeding complications (≥60%) occurred during the first week after surgery.

Stroke Prevention in Atrial Fibrillation

Table 3 shows the number of patients experiencing adjudicated bleeding event endpoints during the treatment period in the ROCKET AF study, with the bleeding rate per 100 patient-years (%). The principal safety outcome was the composite of major and non-major clinically relevant bleeding events. Major bleeding was defined as clinically overt bleeding associated with the following: a decrease in hemoglobin of 2g/dL or more, or; a transfusion of 2 or more units of packed red blood cells or whole blood, or; bleeding at a critical site; or a fatal outcome. Non-major clinically relevant bleeding was defined as overt bleeding that did not meet the criteria for

major bleeding, but was associated with medical intervention, unscheduled contact (visit or telephone call) with a physician, temporary or permanent cessation of study treatment, or associated with discomfort for the subject such as pain or impairment of activities of daily life.

**Table 3:     Bleeding Events (per 100 Patient-Years) in ROCKET AF**

| Parameter | XARELTO N = 7111 n (%) | Event rate (100 Pt-yrs) | Warfarin N = 7125 n (%) | Event Rate (100 Pt-yr) | Hazard Ratio (95% CI*) |
|---|---|---|---|---|---|
| **Principal Safety Outcome**[†] | 1475 (20.7) | 14.91 | 1449 (20.3) | 14.52 | 1.03 (0.96,1.11) |
| **Major** | 395 ( 5.6) | 3.60 | 386 ( 5.4) | 3.45 | 1.04 (0.90,1.20) |
| Critical Organ Bleeding[‡] | 91 ( 1.3) | 0.82 | 133 ( 1.9) | 1.18 | 0.69 (0.53,0.91) |
| Intracranial hemorrhage | 55 (0.8) | 0.49 | 84 (1.2) | 0.74 | 0.67 (0.47, 0.93) |
| Death due to bleeding | 27 ( 0.4) | 0.24 | 55 ( 0.8) | 0.48 | 0.50 (0.31,0.79) |
| Hemoglobin Drop[§] | 305 ( 4.3) | 2.77 | 254 ( 3.6) | 2.26 | 1.22 (1.03,1.44) |
| Transfusion[¶] | 183 ( 2.6) | 1.65 | 149 ( 2.1) | 1.32 | 1.25 (1.01,1.55) |
| **Non-major Clinically Relevant** | 1185 (16.7) | 11.80 | 1151 (16.2) | 11.37 | 1.04 (0.96,1.13) |

* Confidence Interval
[†] Principal Safety Outcome is the composite of Major and Non-Major clinically relevant bleeding events.
[‡] Critical organ bleeding are cases where bleeding site were identified as intracranial, intraspinal, intraocular, pericardial, intraarticular, intramuscular with compartment syndrome or retroperitoneal.
[§] Hemoglobin drop = a fall in hemoglobin of 2 g/dL or more.
[¶] Transfusion = a transfusion of 2 or more units of packed red blood cells or whole blood.

The increases in major bleeding events with XARELTO in the categories of hemoglobin drop and/or transfusion were primarily from the gastrointestinal tract.

## 6.3   Other Adverse Reactions

Non-hemorrhagic adverse drug reactions (ADRs) reported in ≥1% of XARELTO-treated patients are shown below.

Prophylaxis of Deep Vein Thrombosis

**Table 4:** **Other Adverse Drug Reactions**[*] **Reported by ≥1% of XARELTO-Treated Patients in RECORD 1-3 Studies**

| System/Organ Class<br>    Adverse Reaction | XARELTO<br>10 mg<br>(N = 4487)<br>n (%) | Enoxaparin[†]<br><br>(N = 4524)<br>n (%) |
|---|---|---|
| **Injury, poisoning and procedural complications** | | |
|     Wound secretion | 125 (2.8) | 89 (2.0) |
| **Musculoskeletal and connective tissue disorders** | | |
|     Pain in extremity | 74 (1.7) | 55 (1.2) |
|     Muscle spasm | 52 (1.2) | 32 (0.7) |
| **Nervous system disorders** | | |
|     Syncope | 55 (1.2) | 32 (0.7) |
| **Skin and subcutaneous tissue disorders** | | |
|     Pruritus | 96 (2.1) | 79 (1.8) |
|     Blister | 63 (1.4) | 40 (0.9) |

[*]  ADR occurring any time following the first dose of double-blind medication, which may have been prior to administration of active drug, until two days after the last dose of double-blind study medication.
[†]  Includes the placebo-controlled period of RECORD 2, enoxaparin dosing was 40 mg once daily (RECORD 1-3)

## Stroke Prevention in Atrial Fibrillation

In the ROCKET AF trial, non-hemorrhagic ADRs (reported by ≥1% of patients receiving XARELTO compared to warfarin) were nausea (2.7% vs. 2.2%), syncope (1.8% vs. 1.5%) and vomiting (1.6% vs. 1.6%), respectively.

<u>Less Common ADRs</u>

The following ADR occurred in <1% of XARELTO-treated patients in the RECORD 1-3 clinical studies:

**Renal and urinary disorders:** dysuria

<u>Laboratory Abnormalities</u>

The laboratory abnormalities in Table 5 were observed in RECORD 1-3 clinical studies:

**Table 5:    Laboratory Abnormalities in RECORD 1-3 Clinical Studies**

| Laboratory Abnormality | XARELTO 10 mg | Enoxaparin* |
|---|---|---|
| Alanine aminotransferase >3 x ULN | 114/4441 (2.6%) | 167/4456 (3.8%) |
| Aspartate aminotransferase >3 x ULN | 122/4441 (2.8%) | 152/4456 (3.4%) |
| Total bilirubin >1.5 x ULN | 140/4442 (3.2%) | 128/4456 (2.9%) |
| Gamma-glutamyltransferase >3 x ULN | 292/4442 (6.6%) | 391/4457 (8.8%) |
| Platelet counts <100,000/mm$^3$ or <50% of baseline value | 116/4425 (2.6%) | 131/4447 (3.0%) |

* Includes the placebo-controlled period of RECORD 2, enoxaparin dosing was 40 mg once daily (RECORD 1-3)

*Liver function tests:* In the ROCKET AF study the incidence of ALT >3xULN was 2.91% (203/6979) with XARELTO and 2.90% (203/7008) with warfarin. Rare cases (7 XARELTO vs. 4 warfarin cases) of ALT >8xULN were considered probably related to study drug. In none of these cases was there progression to more severe liver injury after discontinuation. Of note, the overall incidence of ALT elevations greater than 8xULN (and at other thresholds) was balanced between treatment groups. The incidence of combined ALT >3xULN with total bilirubin >2xULN cases was comparable for XARELTO 0.47% (33/6980) and warfarin 0.50% (35/7012).

## 6.4  Postmarketing Experience

The following additional adverse reactions have been reported in countries where XARELTO has been marketed. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

**Blood and lymphatic system disorders:** agranulocytosis

**Gastrointestinal disorders:** retroperitoneal hemorrhage

**Hepatobiliary disorders:** jaundice, cholestasis, cytolytic hepatitis

**Immune system disorder:** hypersensitivity, anaphylactic reaction, anaphylactic shock

**Nervous system disorders:** cerebral hemorrhage, subdural hematoma, epidural hematoma, hemiparesis

**Skin and subcutaneous tissue disorders:** Stevens-Johnson syndrome

## 7   DRUG INTERACTIONS

Rivaroxaban is a substrate of CYP3A4/5, CYP2J2, and the P-gp and ATP-binding cassette G2 (ABCG2) transporters. Inhibitors and inducers of these CYP450 enzymes or transporters may result in changes in rivaroxaban exposure.

12

### 7.1   Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems

In drug interaction studies evaluating the concomitant use with drugs that are combined P-gp and CYP3A4 inhibitors, increases in rivaroxaban exposure and pharmacodynamic effects (i.e., factor Xa inhibition and PT prolongation) were observed. Significant increases in rivaroxaban exposure may increase bleeding risk.

- *Ketoconazole (combined P-gp and strong CYP3A4 inhibitor):* Steady-state rivaroxaban AUC and $C_{max}$ increased by 160% and 70%, respectively. Similar increases in pharmacodynamic effects were also observed.

- *Ritonavir (combined P-gp and strong CYP3A4 inhibitor):* Single-dose rivaroxaban AUC and $C_{max}$ increased by 150% and 60%, respectively. Similar increases in pharmacodynamic effects were also observed.

- *Clarithromycin (combined P-gp and strong CYP3A4 inhibitor):* Single-dose rivaroxaban AUC and $C_{max}$ increased by 50% and 40%, respectively. The smaller increases in exposure observed for clarithromycin compared to ketoconazole or ritonavir may be due to the relative difference in P-gp inhibition.

- *Erythromycin (combined P-gp and moderate CYP3A4 inhibitor):* Both the single-dose rivaroxaban AUC and $C_{max}$ increased by 30%.

Avoid concomitant administration of XARELTO with combined P-gp and strong CYP3A4 inhibitors (e.g., ketoconazole, itraconazole, lopinavir/ritonavir, ritonavir, indinavir/ritonavir, and conivaptan) which cause significant increases in rivaroxaban exposure that may increase bleeding risk.

When clinical data suggest a change in exposure is unlikely to affect bleeding risk (e.g., clarithromycin, erythromycin), no precautions are necessary during coadministration with drugs that are combined P-gp and CYP3A4 inhibitors.

### 7.2   Drug-Disease Interactions with Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems

Based on simulated pharmacokinetic data, patients with renal impairment receiving full dose XARELTO in combination with drugs classified as combined P-gp and weak or moderate CYP3A4 inhibitors (e.g., amiodarone, diltiazem, verapamil, quinidine, ranolazine, dronedarone, felodipine, erythromycin, and azithromycin), may have significant increases in exposure compared with patients with normal renal function and no inhibitor use, since both pathways of rivaroxaban elimination are affected.

13

While increases in rivaroxaban exposure can be expected under such conditions, results from an analysis in the ROCKET AF trial, which allowed concomitant use with combined P-gp and weak or moderate CYP3A4 inhibitors (e.g., amiodarone, diltiazem, verapamil, chloramphenicol, cimetidine, and erythromycin), did not show an increase in bleeding in patients with CrCl <50 mL/min [Hazard Ratio (95% CI)=1.05 (0.77, 1.42)]. XARELTO should be used with caution in patients with renal impairment who are receiving concomitant combined P-gp and weak or moderate CYP3A4 inhibitors. Promptly evaluate any signs or symptoms of blood loss *[see Warnings and Precautions (5.2)]*.

### 7.3   Drugs that Induce Cytochrome P450 3A4 Enzymes and Drug Transport Systems

In a drug interaction study, co-administration of XARELTO (20 mg single dose with food) with a drug that is a combined P-gp and strong CYP3A4 inducer (rifampicin titrated up to 600 mg once daily) led to an approximate decrease of 50% and 22% in AUC and $C_{max}$, respectively. Similar decreases in pharmacodynamic effects were also observed. These decreases in exposure to rivaroxaban may decrease efficacy.

Avoid concomitant use of XARELTO with drugs that are combined P-gp and strong CYP3A4 inducers (e.g., carbamazepine, phenytoin, rifampin, St. John's wort). Consider increasing the XARELTO dose if these drugs must be coadministered *[see Dosage and Administration (2.5)]*.

### 7.4   Anticoagulants

In a drug interaction study, single doses of enoxaparin (40 mg subcutaneous) and XARELTO (10 mg) given concomitantly resulted in an additive effect on anti-factor Xa activity. Enoxaparin did not affect the pharmacokinetics of rivaroxaban. In another study, single doses of warfarin (15 mg) and XARELTO (5 mg) resulted in an additive effect on factor Xa inhibition and PT. Warfarin did not affect the pharmacokinetics of rivaroxaban.

Avoid concurrent use of XARELTO with other anticoagulants due to the increased bleeding risk other than when converting to or from XARELTO where patients should be observed closely *[see Dosage and Administration (2.3), (2.4)]*. Promptly evaluate any signs or symptoms of blood loss *[see Warnings and Precautions (5.2)]*.

### 7.5   NSAIDs/Aspirin

In a single-dose drug interaction study there were no pharmacokinetic or pharmacodynamic interactions observed after concomitant administration of naproxen or aspirin (acetylsalicylic acid) with XARELTO. The safety of long-term concomitant use of these drugs has not been studied.

NSAIDs/aspirin are known to increase bleeding, and bleeding risk may be increased when these drugs are used concomitantly with XARELTO.

Promptly evaluate any signs or symptoms of blood loss if patients are treated concomitantly with NSAIDs and/or platelet aggregation inhibitors *[see Warnings and Precautions (5.2)]*.

### 7.6   Clopidogrel

In two drug interaction studies where clopidogrel (300 mg loading dose followed by 75 mg daily maintenance dose) and XARELTO (15 mg single dose) were co-administered in healthy subjects, an increase in bleeding time to 45 minutes was observed in approximately 45% and 30% of subjects in these studies, respectively. The change in bleeding time was approximately twice the maximum increase seen with either drug alone. There was no change in the pharmacokinetics of either drug.

 Clopidogrel is known to increase bleeding, and bleeding risk may be increased when it is used concomitantly with XARELTO. Promptly evaluate any signs or symptoms of blood loss if patients are treated concomitantly with clopidogrel *[see Warnings and Precautions (5.2)]*.

## 8   USE IN SPECIFIC POPULATIONS
### 8.1   Pregnancy

Pregnancy Category C

There are no adequate or well-controlled studies of XARELTO in pregnant women, and dosing for pregnant women has not been established. Use XARELTO with caution in pregnant patients because of the potential for pregnancy related hemorrhage and/or emergent delivery with an anticoagulant that is not readily reversible. The anticoagulant effect of XARELTO cannot be reliably monitored with standard laboratory testing. Animal reproduction studies showed no increased risk of structural malformations, but increased post-implantation pregnancy loss occurred in rabbits. XARELTO should be used during pregnancy only if the potential benefit justifies the potential risk to mother and fetus.

Rivaroxaban crosses the placenta in animals. Animal reproduction studies have shown pronounced maternal hemorrhagic complications in rats and an increased incidence of post-implantation pregnancy loss in rabbits. Rivaroxaban increased fetal toxicity (increased resorptions, decreased number of live fetuses, and decreased fetal body weight) when pregnant rabbits were given oral doses of ≥10 mg/kg rivaroxaban during the period of organogenesis. This dose corresponds to about 11 times the human exposure of unbound drug, based on AUC comparisons at the recommended human dose of 10 mg/day. Fetal body weights decreased when

15

pregnant rats were given oral doses of 120 mg/kg. This dose corresponds to about 40 times the human exposure of unbound drug.

### 8.2   Labor and Delivery

Safety and effectiveness of rivaroxaban during labor and delivery have not been studied in clinical trials. However, in animal studies maternal bleeding and maternal and fetal death occurred at the rivaroxaban dose of 40 mg/kg (about 17 times maximum human exposure of the unbound drug at the human dose of 10 mg/day).

### 8.3   Nursing Mothers

It is not known if rivaroxaban is excreted in human milk. Rivaroxaban and/or its metabolites were excreted into the milk of rats. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from rivaroxaban, a decision should be made whether to discontinue nursing or discontinue the drug, taking into account the importance of the drug to the mother.

### 8.4   Pediatric Use

Safety and effectiveness in pediatric patients have not been established.

### 8.5   Geriatric Use

Of the total number of patients in clinical studies evaluating XARELTO, about 68% were 65 years and over, while about 29% were >75 years. In clinical trials the efficacy of XARELTO in the elderly (65 years or older) was similar to that seen in patients younger than 65 years. As would be expected, both thrombotic and bleeding event rates were higher in these older patients, but the risk-benefit profile was favorable in all age groups *[see Clinical Pharmacology (12.3) and Clinical Studies (14)]*.

Elderly subjects exhibited an increase in exposure that may be caused by age related changes in renal function. Promptly evaluate any signs or symptoms of blood loss *[see Clinical Pharmacology (12.3)]*.

### 8.6   Females of Reproductive Potential

Females of reproductive potential requiring anticoagulation should discuss pregnancy planning with their physician.

### 8.7   Renal Impairment

The safety and pharmacokinetics of single-dose XARELTO (10 mg) were evaluated in a study in healthy subjects [CrCl ≥80 mL/min (n=8)] and in subjects with varying degrees of renal impairment (see Table 6). Compared to healthy subjects with normal creatinine clearance,

rivaroxaban exposure increased in subjects with renal impairment. Increases in pharmacodynamic effects were also observed.

**Table 6:**  **Percent Increase of Rivaroxaban PK and PD Parameters from Normal in Subjects with Renal Insufficiency from a Dedicated Renal Impairment Study**

| Parameter | | Renal Impairment Class [CrCl (mL/min)] | | |
| --- | --- | --- | --- | --- |
| | | Mild [50 to 79] N=8 | Moderate [30 to 49] N=8 | Severe [15 to 29] N=8 |
| Exposure | AUC | 44 | 52 | 64 |
| (% increase relative to normal) | $C_{max}$ | 28 | 12 | 26 |
| FXa Inhibition | AUC | 50 | 86 | 100 |
| (% increase relative to normal) | $E_{max}$ | 9 | 10 | 12 |
| PT Prolongation | AUC | 33 | 116 | 144 |
| (% increase relative to normal) | $E_{max}$ | 4 | 17 | 20 |

PT = Prothrombin time; FXa = Coagulation factor Xa; AUC = Area under the concentration or effect curve; $C_{max}$ = maximum concentration; $E_{max}$ = maximum effect; and CrCl = creatinine clearance

Patients with any degree of renal impairment with concurrent use of P-gp and weak to moderate CYP3A4 inhibitors may have significant increases in exposure which may increase bleeding risk *[see Drug Interactions (7.2)]*.

**Prophylaxis of DVT:** The combined analysis of the RECORD 1-3 clinical efficacy studies did not show an increase in bleeding risk for patients with moderate renal impairment and reported a possible increase in total VTE in this population. Observe closely and promptly evaluate any signs or symptoms of blood loss in patients with moderate renal impairment (CrCl 30 to <50 mL/min). Avoid the use of XARELTO in patients with severe renal impairment (CrCl <30 mL/min) *[see Warnings and Precautions (5.2, 5.5)]*.

**Stroke Prevention in Atrial Fibrillation:** For patients with moderate renal impairment (CrCl 30 to <50 mL/min), reduce the dose of XARELTO to 15 mg once daily with food *[see Dosage and Administration (2.2)]*.

XARELTO should be used with caution in patients with severe renal impairment (CrCl 15 to <30 mL/min), who are at increased risk of bleeding and thrombosis, due to limited clinical data and an expected increase in rivaroxaban exposure in this patient population. No clinical data are available for patients with kidney failure (CrCl <15 mL/min). Therefore, use of XARELTO is not recommended in these patients *[see Warnings and Precautions (5.5)]*.

## 8.8   Hepatic Impairment

The safety and pharmacokinetics of single-dose XARELTO (10 mg) were evaluated in a study in healthy subjects (n=16) and subjects with varying degrees of hepatic impairment (see Table 7). No patients with severe hepatic impairment (Child-Pugh C) were studied. Compared to healthy

subjects with normal liver function, significant increases in rivaroxaban exposure were observed in subjects with moderate hepatic impairment (Child-Pugh B). Increases in pharmacodynamic effects were also observed.

**Table 7:** **Percent Increase of Rivaroxaban PK and PD Parameters from Normal in Subjects with Hepatic Insufficiency from a Dedicated Hepatic Impairment Study**

| Parameter | | Hepatic Impairment Class (Child-Pugh Class) | |
|---|---|---|---|
| | | Mild (Child-Pugh A) N=8 | Moderate (Child-Pugh B) N=8 |
| Exposure | AUC | 15 | 127 |
| (% increase relative to normal) | $C_{max}$ | 0 | 27 |
| FXa Inhibition | AUC | 8 | 159 |
| (% increase relative to normal) | $E_{max}$ | 0 | 24 |
| PT Prolongation | AUC | 6 | 114 |
| (% increase relative to normal) | $E_{max}$ | 2 | 41 |

PT = Prothrombin time; FXa = Coagulation factor Xa; AUC = Area under the concentration or effect curve; $C_{max}$ = maximum concentration; $E_{max}$ = maximum effect

Avoid the use of XARELTO in patients with moderate (Child-Pugh B) or severe (Child-Pugh C) hepatic impairment or with any hepatic disease associated with coagulopathy *[see Warnings and Precautions (5.2, 5.6)]*.

## 10   OVERDOSAGE

Overdose of XARELTO may lead to hemorrhage. A specific antidote of rivaroxaban is not available. Discontinue XARELTO and initiate appropriate therapy if bleeding complications associated with overdosage occur. The use of activated charcoal to reduce absorption in case of XARELTO overdose may be considered. Due to the high plasma protein binding, rivaroxaban is not expected to be dialyzable *[see Clinical Pharmacology (12.3)]*.

## 11   DESCRIPTION

Rivaroxaban, a factor Xa inhibitor, is the active ingredient in XARELTO Tablets with the chemical name 5-Chloro-N-({(5S)-2-oxo-3-[4-(3-oxo-4-morpholinyl)phenyl]-1,3-oxazolidin-5-yl}methyl)-2-thiophenecarboxamide. The molecular formula of rivaroxaban is $C_{19}H_{18}ClN_3O_5S$ and the molecular weight is 435.89. The structural formula is:



18

Rivaroxaban is a pure (*S*)-enantiomer. It is an odorless, non-hygroscopic, white to yellowish powder. Rivaroxaban is only slightly soluble in organic solvents (e.g., acetone, polyethylene glycol 400) and is practically insoluble in water and aqueous media.

Each XARELTO tablet contains 10 mg, 15 mg, or 20 mg of rivaroxaban. The inactive ingredients of XARELTO are: croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, microcrystalline cellulose, and sodium lauryl sulfate. Additionally, the proprietary film coating mixture used for XARELTO 10 mg tablets is Opadry® Pink and XARELTO 15 mg tablets is Opadry® Red, containing ferric oxide red, hypromellose, polyethylene glycol 3350, and titanium dioxide, and for XARELTO 20 mg tablets is Opadry® II Dark Red, containing ferric oxide red, polyethylene glycol 3350, polyvinyl alcohol (partially hydrolyzed), talc, and titanium dioxide.

## 12  CLINICAL PHARMACOLOGY
### 12.1 Mechanism of Action

XARELTO is an orally bioavailable factor Xa inhibitor that selectively blocks the active site of factor Xa and does not require a cofactor (such as Anti-thrombin III) for activity. Activation of factor X to factor Xa (FXa) via the intrinsic and extrinsic pathways plays a central role in the cascade of blood coagulation.

### 12.2 Pharmacodynamics

Dose-dependent inhibition of factor Xa activity was observed in humans and the Neoplastin® prothrombin time (PT), activated partial thromboplastin time (aPTT) and HepTest® are prolonged dose-dependently. Anti-factor Xa activity is also influenced by rivaroxaban. There are no data on the use of the International Normalized Ratio (INR). The predictive value of these coagulation parameters for bleeding risk or efficacy has not been established.

### 12.3 Pharmacokinetics

Absorption

The absolute bioavailability of rivaroxaban is high (estimated to be 80% to 100%) for the 10 mg dose. Intake with food does not affect rivaroxaban pharmacokinetics at the 10 mg dose. XARELTO 10 mg tablets can be taken with or without food *[see Dosage and Administration (2.1)]*.

The 20 mg tablet has an absolute bioavailability of approximately 66% under fasting conditions. Coadministration of XARELTO with food increases the mean AUC by 39% and $C_{max}$ by 76%, which is predicted to result in nearly complete bioavailability of the 20 mg dose. Similar effects of food on rivaroxaban AUC and $C_{max}$ for the 15 mg tablet are expected. XARELTO 15 mg and 20 mg tablets should be taken with food *[see Dosage and Administration (2.2)]*.

Rivaroxaban is rapidly absorbed with maximum concentrations ($C_{max}$) appearing 2 to 4 hours after tablet intake. Rivaroxaban pharmacokinetics are linear with no relevant accumulation after multiple doses.

The pharmacokinetics of rivaroxaban were not affected by drugs altering gastric pH. Coadministration of XARELTO (30 mg single dose) with the $H_2$-receptor antagonist ranitidine (150 mg twice daily) or the antacid aluminum hydroxide/magnesium hydroxide (10 mL) did not show an effect on the bioavailability and exposure of rivaroxaban.

Absorption of rivaroxaban is dependent on the site of drug release in the GI tract. A 29% and 56% decrease in AUC and $C_{max}$ compared to tablet was reported when rivaroxaban granulate is released in the proximal small intestine. Exposure is further reduced when drug is released in the distal small intestine, or ascending colon. Avoid administration of rivaroxaban via a method that could deposit drug directly into the proximal small intestine (e.g., feeding tube) which can result in reduced absorption and related drug exposure *[see Dosage and Administration (2.8)]*.

Distribution
Plasma protein binding of rivaroxaban in human plasma is approximately 92% to 95%, with albumin being the main binding component. The steady-state volume of distribution in healthy subjects is approximately 50 L.

Metabolism
Approximately 51% of an orally administered [$^{14}$C]-rivaroxaban dose was recovered as metabolites in urine (30%) and feces (21%). Oxidative degradation catalyzed by CYP3A4/5 and CYP2J2 and hydrolysis are the major sites of biotransformation. Unchanged rivaroxaban was the predominant moiety in plasma with no major or active circulating metabolites.

Excretion
Following oral administration of a [$^{14}$C]-rivaroxaban dose, 66% of the radioactive dose was recovered in urine (36% as unchanged drug) and 28% was recovered in feces (7% as unchanged drug). Unchanged drug is excreted into urine, mainly via active tubular secretion and to a lesser extent via glomerular filtration (approximate 5:1 ratio). Rivaroxaban is a substrate of the efflux transporter proteins P-gp and ABCG2 (also abbreviated Bcrp). Rivaroxaban's affinity for influx transporter proteins is unknown.

Rivaroxaban is a low-clearance drug, with a systemic clearance of approximately 10 L/hr in healthy volunteers following intravenous administration. The terminal elimination half-life of rivaroxaban is 5 to 9 hours in healthy subjects aged 20 to 45 years.

Special Populations

*Gender*

Gender did not influence the pharmacokinetics or pharmacodynamics of XARELTO.

*Race*

Healthy Japanese subjects were found to have 20 to 40% on average, higher exposures compared to other ethnicities including Chinese. However, these differences in exposure are reduced when values are corrected for body weight.

*Elderly*

In clinical studies, elderly subjects exhibited higher rivaroxaban plasma concentrations than younger subjects with mean AUC values being approximately 50% higher, mainly due to reduced (apparent) total body and renal clearance. Age related changes in renal function may play a role in this age effect. The terminal elimination half-life is 11 to 13 hours in the elderly *[see Use in Specific Populations (8.5)]*.

*Body Weight*

Extremes in body weight (<50 kg or >120 kg) did not influence (less than 25%) rivaroxaban exposure.

Drug Interactions

*In vitro* studies indicate that rivaroxaban neither inhibits the major cytochrome P450 enzymes CYP1A2, 2C8, 2C9, 2C19, 2D6, 2J2, and 3A4 nor induces CYP1A2, 2B6, 2C19, or 3A4.

*In vitro* data also indicates a low rivaroxaban inhibitory potential for P-gp and ABCG2 transporters.

In addition, there were no significant pharmacokinetic interactions observed in studies comparing concomitant rivaroxaban 20 mg and 7.5 mg single dose of midazolam (substrate of CYP3A4), 0.375 mg once-daily dose of digoxin (substrate of P-gp), or 20 mg once daily dose of atorvastatin (substrate of CYP3A4 and P-gp) in healthy volunteers.

## 12.4 QT/QTc Prolongation

In a thorough QT study in healthy men and women aged 50 years and older, no QTc prolonging effects were observed for XARELTO (15 mg and 45 mg, single-dose).

## 13  NON-CLINICAL TOXICOLOGY

## 13.1 Carcinogenesis, Mutagenesis, and Impairment of Fertility

Rivaroxaban was not carcinogenic when administered by oral gavage to mice or rats for up to 2 years. The systemic exposures (AUCs) of unbound rivaroxaban in male and female mice at the

highest dose tested (60 mg/kg/day) were 3- and 5-times, respectively, the human exposure of unbound drug at the human dose of 10 mg/day. Systemic exposures of unbound drug in male and female rats at the highest dose tested (60 mg/kg/day) were 4- and 10-times, respectively, the human exposure.

Rivaroxaban was not mutagenic in bacteria (Ames-Test) or clastogenic in V79 Chinese hamster lung cells *in vitro* or in the mouse micronucleus test *in vivo*.

No impairment of fertility was observed in male or female rats when given up to 200 mg/kg/day of rivaroxaban orally. This dose resulted in exposure levels, based on the unbound AUC, at least 33 times the exposure in humans given 10 mg rivaroxaban daily.

## 14  CLINICAL STUDIES
### 14.1 Prophylaxis of Deep Vein Thrombosis

XARELTO was studied in 9011 patients (4487 XARELTO-treated, 4524 enoxaparin-treated patients) in the RECORD 1, 2, and 3 studies.

The two randomized, double-blind, clinical studies (RECORD 1 and 2) in patients undergoing elective total hip replacement surgery compared XARELTO 10 mg once daily starting at least 6 to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin 40 mg once daily started 12 hours preoperatively. In RECORD 1 and 2, a total of 6727 patients were randomized and 6579 received study drug. The mean age [± standard deviation (SD)] was 63 ± 12.2 (range 18 to 93) years with 49% of patients ≥65 years and 55% of patients were female. More than 82% of patients were White, 7% were Asian, and less than 2% were Black. The studies excluded patients undergoing staged bilateral total hip replacement, patients with severe renal impairment defined as an estimated creatinine clearance <30 mL/min, or patients with significant liver disease (hepatitis or cirrhosis). In RECORD 1, the mean exposure duration (± SD) to active XARELTO and enoxaparin was 33.3 ± 7.0 and 33.6 ± 8.3 days, respectively. In RECORD 2, the mean exposure duration to active XARELTO and enoxaparin was 33.5 ± 6.9 and 12.4 ± 2.9 days, respectively. After Day 13, oral placebo was continued in the enoxaparin group for the remainder of the double-blind study duration. The efficacy data for RECORD 1 and 2 are provided in Table 8.

**Table 8:    Summary of Key Efficacy Analysis Results for Patients Undergoing Total Hip Replacement Surgery - Modified Intent-to-Treat Population**

| Treatment Dosage and Duration | RECORD 1 | | | RECORD 2 | | |
|---|---|---|---|---|---|---|
| | XARELTO 10 mg once daily | Enoxaparin 40 mg once daily | RRR[*], p-value | XARELTO 10 mg once daily | Enoxaparin[†] 40 mg once daily | RRR[*], p-value |
| **Number of Patients** | **N = 1513** | **N = 1473** | | | **N = 834** | **N = 835** |
| **Total VTE** | 17 (1.1%) | 57 (3.9%) | 71% (95% CI: 50, 83), p<0.001 | 17 (2.0%) | 70 (8.4%) | 76% (95% CI: 59, 86), p<0.001 |
| **Components of Total VTE** | | | | | | |
| Proximal DVT | 1 (0.1%) | 31 (2.1%) | | 5 (0.6%) | 40 (4.8%) | |
| Distal DVT | 12 (0.8%) | 26 (1.8%) | | 11 (1.3%) | 43 (5.2%) | |
| Non-fatal PE | 3 (0.2%) | 1 (0.1%) | | 1 (0.1%) | 4 (0.5%) | |
| Death (any cause) | 4 (0.3%) | 4 (0.3%) | | 2 (0.2%) | 4 (0.5%) | |
| **Number of Patients** | **N= 1600** | **N = 1587** | | | **N= 928** | **N = 929** |
| **Major VTE[‡]** | 3 (0.2%) | 33 (2.1%) | 91% (95% CI: 71, 97), p<0.001 | 6 (0.7%) | 45 (4.8%) | 87% (95% CI: 69, 94), p<0.001 |
| **Number of Patients** | **N = 2103** | **N = 2119** | | | **N = 1178** | **N = 1179** |
| **Symptomatic VTE** | 5 (0.2%) | 11 (0.5%) | | | 3 (0.3%) | 15 (1.3%) |

\*  Relative Risk Reduction; CI=confidence interval
†  Includes the placebo-controlled period of RECORD 2
‡  Proximal DVT, nonfatal PE or VTE-related death

One randomized, double-blind, clinical study (RECORD 3) in patients undergoing elective total knee replacement surgery compared XARELTO 10 mg once daily started at least 6 to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin. In RECORD 3, the enoxaparin regimen was 40 mg once daily started 12 hours preoperatively. The mean age (± SD) of patients in the study was $68 \pm 9.0$ (range 28 to 91) years with 66% of patients $\geq$65 years. Sixty-eight percent (68%) of patients were female. Eighty-one percent (81%) of patients were White, less than 7% were Asian, and less than 2% were Black. The study excluded patients with severe renal impairment defined as an estimated creatinine clearance <30 mL/min or patients with significant liver disease (hepatitis or cirrhosis). The mean exposure duration (± SD) to active XARELTO and enoxaparin was $11.9 \pm 2.3$ and $12.5 \pm 3.0$ days, respectively. The efficacy data are provided in Table 9.

**Table 9:** **Summary of Key Efficacy Analysis Results for Patients Undergoing Total Knee Replacement Surgery - Modified Intent-to-Treat Population**

| Treatment Dosage and Duration | RECORD 3 | | |
|---|---|---|---|
| | XARELTO 10 mg once daily | Enoxaparin 40 mg once daily | RRR[*], p-value |
| **Number of Patients** | **N = 813** | **N = 871** | |
| **Total VTE** | 79 (9.7%) | 164 (18.8%) | 48% (95% CI: 34, 60), p<0.001 |
| **Components of events contributing to Total VTE** | | | |
| Proximal DVT | 9 (1.1%) | 19 (2.2%) | |
| Distal DVT | 74 (9.1%) | 154 (17.7%) | |
| Non-fatal PE | 0 | 4 (0.5%) | |
| Death (any cause) | 0 | 2 (0.2%) | |
| **Number of Patients** | **N = 895** | **N = 917** | |
| **Major VTE[†]** | 9 (1.0%) | 23 (2.5%) | 60% (95% CI: 14, 81), p=0.024 |
| **Number of Patients** | **N = 1206** | **N = 1226** | |
| **Symptomatic VTE** | 8 (0.7%) | 24 (2.0%) | |

[*]  Relative Risk Reduction; CI=confidence interval
[†]  Proximal DVT, nonfatal PE or VTE-related death

## 14.2  Stroke Prevention in Atrial Fibrillation

The clinical evidence for the efficacy of XARELTO was derived from ROCKET AF (**R**ivaroxaban **O**nce daily oral direct Factor Xa inhibition **C**ompared with vitamin **K** antagonist for the prevention of stroke and **E**mbolism **T**rial in **A**trial **F**ibrillation) a multicenter, randomized, double-blind, parallel-group, active-controlled, event-driven study comparing XARELTO with warfarin in the prevention of stroke and non-central nervous system (CNS) systemic embolism in patients with nonvalvular atrial fibrillation (AF). Those patients assigned to XARELTO received XARELTO 20 mg orally once daily (15mg orally once daily in patients with CrCl 30 to <50mL/min). Patients assigned to warfarin received warfarin titrated to a target INR of 2.5 (range 2.0-3.0 inclusive). Randomized patients with nonvalvular AF had one or more of the following additional risk factors:

- a prior stroke (ischemic or unknown type), transient ischemic attack (TIA) or non-CNS systemic embolism,

- or who had 2 or more of the following risk factors:

    - age ≥75 years,

    - hypertension,

    - heart failure and/or left ventricular ejection fraction ≤35%, or

    - diabetes mellitus

The primary objective of the study was to determine whether the efficacy of XARELTO was non-inferior to that of dose-adjusted warfarin in reducing the occurrence of the composite

endpoint of stroke and non-CNS systemic embolism. The study was designed to ensure that XARELTO preserved more than 50% of warfarin's effect as established by previous randomized, placebo-controlled trials of warfarin in AF. Statistical superiority was also analyzed.

A total of 14,264 patients were randomized of which 14,236 patients took at least one dose of study medication (safety population) and were followed for a median number of 590 days (19.7 months) on treatment. The patients' mean age was 71.2 years and the mean CHADS$_2$ score was 3.47. The patient population was 60.3% male, 83.3% Caucasian, 12.5% Asian and 1.3% Black, and 20.9% patients had a moderate renal impairment (CrCl 30 to <50 mL/min) at baseline. There was a history of stroke, TIA, or non-CNS systemic embolism in 54.8% of patients and 37.6% of patients were Vitamin K antagonist (VKA) naïve, defined as <6 weeks VKA use at time of screening. Concomitant diseases of patients in these trials included hypertension 90.5%, diabetes 39.9%, congestive heart failure 62.5%, and prior myocardial infarction 17.3%. At baseline, 36.5% of patients were on chronic ASA, 2.4% on anticoagulants other than VKAs, 8.7% on Class III antiarrhythmics, 54.5% on angiotensin converting enzyme inhibitors, 22.7% on angiotensin receptor blockers, 60.0% on diuretics, 24.0% on oral antidiabetics, and 65.5% on beta blockers.

For patients randomized to warfarin, the mean percentage of time in therapeutic range (INR 2.0 to 3.0) was 55.16%; the mean percentages of time INR measurements were greater than 5 or less than 1.5 were 1.03% and 8.47%, respectively.

Relative to warfarin, XARELTO 20 mg once daily significantly reduced the primary composite endpoint of stroke and systemic embolism (see Table 10 and Figure 1).

**Table 10:     First Occurrence of Stroke or Non-CNS Systemic Embolism in the ROCKET AF Study**

| | XARELTO 20 mg once daily | Warfarin |
|---|---|---|
| **Prespecified analysis for non-inferiority*** | **N = 6958** | **N = 7004** |
| Patients with events (event rate 100 patient-years) | 188 (1.71) | 241 (2.16) |
| Hazard Ratio vs. warfarin (95% CI) | 0.79 (0.66, 0.96) | |
| p-value for non-inferiority | <0.001 | |
| **Prespecified analysis for superiority†** | **N =7061** | **N =7082** |
| Patients with events (event rate 100 patient-years) | 189 (1.70) | 243 (2.15) |
| Hazard Ratio vs. warfarin (95% CI) | 0.79 (0.65, 0.95) | |
| p-value for superiority | 0.015 | |

* Per protocol, on treatment population
† Safety population, on treatment

Figure 1:    Kaplan-Meier Curves of Adjudicated Primary Composite Endpoints of Stroke and
Non-CNS Systemic Embolism by Treatment Group Safety Population / On Treatment



Note: On Treatment = Events Included Up to Last Dose Plus 2 Days

The contributions of the components of the composite endpoint, including stroke by subtype, are
shown in Table 11. The treatment effect was primarily a reduction in stroke.

**Table 11:    Strokes and Systemic Embolism in ROCKET AF Study\***

| Endpoints | XARELTO | | Warfarin | | XARELTO vs. Warfarin |
|---|---|---|---|---|---|
| | N = 7061 n (%) | Event Rate (100 Pt-yr) | N = 7082 n (%) | Event Rate (100 Pt-yr) | Hazard Ratio (95% CI) |
| **Major Secondary Efficacy Endpoint 1[†]** | 346 (4.90) | 3.11 | 410 (5.79) | 3.63 | 0.86 (0.74,0.99) |
| **Major Secondary Efficacy Endpoint 2‡** | 433 (6.13) | 3.91 | 519 (7.33) | 4.62 | 0.85 (0.74, 0.96) |
| **Other Efficacy Endpoints** | | | | | |
| Stroke | 184 (2.61) | 1.65 | 221 (3.12) | 1.96 | 0.85 (0.70, 1.03) |
| Primary Hemorrhagic Stroke | 29 (0.41) | 0.26 | 50 (0.71) | 0.44 | 0.59 (0.37, 0.93) |
| Primary Ischemic Stroke | 149 (2.11) | 1.34 | 161 (2.27) | 1.42 | 0.94 (0.75, 1.17) |
| Unknown Stroke Type | 7 (0.10) | 0.06 | 11 (0.16) | 0.10 | 0.65 (0.25, 1.67) |
| Stroke Outcome | | | | | |
| Stroke Outcome Death | 47 (0.67) | 0.42 | 67 (0.95) | 0.59 | 0.71 (0.49, 1.03) |
| Disabling Stroke | 43 (0.61) | 0.39 | 57 (0.80) | 0.50 | 0.77 (0.52, 1.14) |
| Nondisabling Stroke | 88 (1.25) | 0.79 | 87 (1.23) | 0.77 | 1.03 (0.76, 1.38) |
| Stroke Outcome Unknown | 7 (0.10) | 0.06 | 12 (0.17) | 0.11 | 0.59 (0.23, 1.50) |
| Non-CNS Systemic Embolism | 5 (0.07) | 0.04 | 22 (0.31) | 0.19 | 0.23 (0.09, 0.61) |
| Myocardial Infarction | 101 (1.43) | 0.91 | 126 (1.78) | 1.12 | 0.81 (0.63, 1.06) |
| All Cause Mortality | 208 (2.95) | 1.87 | 250 (3.53) | 2.21 | 0.85 (0.70, 1.02) |

\* Safety population, on treatment
[†] Composite of stroke, non-CNS systemic embolism and vascular death
‡ Composite of stroke, non-CNS systemic embolism, MI and vascular death

The efficacy of XARELTO was generally consistent across major subgroups (see Figure 2).

**Figure 2     Subgroup Analysis of Adjudicated Primary Composite Endpoints by Patient Baseline Characteristics Safety Population / On Treatment**



Note: Primary Composite Endpoints of Stroke and Non-CNS Systemic Embolism, On Treatment = Events Included Up to Last Dose Plus 2 Days.

Table 12 provides a sensitivity analysis for INR adherence in warfarin-treated patients across ROCKET AF study centers. The comparison of XARELTO to warfarin is provided within each quartile and was examined to see whether the XARELTO treatment effect varied by center by INR control. The effect of XARELTO vs. warfarin was generally consistent across quartiles of warfarin INR control. The observed XARELTO treatment effect was not unduly impacted by center warfarin control. In North America, the average percentage of INR values for warfarin within therapeutic range (2.0 to 3.0) was 64.13%. The incidence of the primary efficacy composite endpoint of stroke and non-CNS systemic embolism was numerically lower in North American patients treated with XARELTO relative to those treated with warfarin [HR (95% CI) = 0.58 (0.34, 1.01)] which is consistent with the overall study efficacy result. This analysis provides assurance that the observed XARELTO treatment effect is not unduly impacted by center warfarin control.

**Table 12:    Center INR Control in the ROCKET AF Study**

| | XARELTO | | Warfarin | | XARELTO vs. Warfarin |
|---|---|---|---|---|---|
| Center TTR* | N = 7061 n/J† (%) | Event Rate (100 Pt-yr) | N = 7082 n/J† (%) | Event Rate (100 Pt-yr) | Hazard Ratio (95% CI) |
| 0.00-50.62% | 45/1735 (2.59) | 1.77 | 62/1689 (3.67) | 2.53 | 0.70 (0.48,1.03) |
| 50.71-58.54% | 53/1746 (3.04) | 1.94 | 63/1807 (3.49) | 2.18 | 0.89 (0.62,1.29) |
| 58.63-65.71% | 54/1734 (3.11) | 1.90 | 62/1758 (3.53) | 2.14 | 0.89 (0.62,1.28) |
| 65.74-100.0% | 37/1676 (2.21) | 1.33 | 55/1826 (3.01) | 1.80 | 0.74 (0.49,1.12) |

\* TTR = time in therapeutic range: 2.0 to 3.0 inclusive
† n = number of patients with events, J = number of patients in each subgroup

## 16  HOW SUPPLIED/STORAGE AND HANDLING

XARELTO (rivaroxaban) Tablets are available in the strengths and packages listed below:

- 10 mg tablets are round, light red, biconvex film-coated tablets marked with a triangle pointing down above a "10" on one side, and an "Xa" on the other side. The tablets are supplied in the packages listed:

    NDC 50458-580-30              Bottle containing 30 tablets

    NDC 50458-580-10              Blister package containing 100 tablets (10 blister cards containing 10 tablets each)

- 15 mg tablets are round, red, biconvex film-coated tablets with a triangle pointing down above a "15" marked on one side and "Xa" on the other side. The tablets are supplied in the packages listed:

    NDC 50458-578-30              Bottle containing 30 tablets

29

|  |  |
|---|---|
| NDC 50458-578-10 | Blister package containing 100 tablets (10 blister cards containing 10 tablets each) |

- 20 mg tablets are triangle-shaped, dark red film-coated tablets with a triangle pointing down above a "20" marked on one side and "Xa" on the other side. The tablets are supplied in the packages listed:

|  |  |
|---|---|
| NDC 50458-579-30 | Bottle containing 30 tablets |
| NDC 50458-579-90 | Bottle containing 90 tablets |
| NDC 50458-579-10 | Blister package containing 100 tablets (10 blister cards containing 10 tablets each) |

Store at 25° C (77° F) or room temperature; excursions permitted to 15°-30° C (59°-86° F) [see USP Controlled Room Temperature].

Keep out of the reach of children.

## 17  PATIENT COUNSELING INFORMATION

See FDA-approved patient labeling (Medication Guide).

### 17.1 Instructions for Patient Use

- Advise patients to take XARELTO only as directed.

- Remind patients not to discontinue XARELTO prematurely without first talking to their healthcare professional.

- If a dose is missed, advise the patient to take XARELTO as soon as possible and continue on the following day with their recommended daily dose regimen.

### 17.2 Bleeding Risks

If patients have had neuraxial anesthesia or spinal puncture, and particularly, if they are taking concomitant NSAIDs or platelet inhibitors, advise patients to watch for signs and symptoms of spinal or epidural hematoma, such as tingling, numbness (especially in the lower limbs) and muscular weakness. If any of these symptoms occur, advise the patient to contact his or her physician immediately.

Advise patients to report any unusual bleeding or bruising to their physician. Inform patients that it might take them longer than usual to stop bleeding, and that they may bruise and/or bleed more easily when they are treated with XARELTO *[see Warnings and Precautions (5.2)]*.

### 17.3   Invasive or Surgical Procedures

Instruct patients to inform their health care provider that they are taking XARELTO before any invasive procedure (including dental procedures) is scheduled.

### 17.4  Concomitant Medication and Herbals

Advise patients to inform their physicians and dentists if they are taking, or plan to take, any prescription or over-the-counter drugs or herbals, so their healthcare professionals can evaluate potential interactions *[see Drug Interactions (7)]*.

### 17.5 Pregnancy and Pregnancy-Related Hemorrhage

Advise patients to inform their physician immediately if they become pregnant or intend to become pregnant during treatment with XARELTO *[see Use in Specific Populations (8.1)]*.

Advise pregnant women receiving XARELTO to immediately report to their physician any bleeding or symptoms of blood loss *[see Warnings and Precautions (5.4)]*.

### 17.6 Nursing

Advise patients to discuss with their physician if they are nursing or intend to nurse during anticoagulant treatment *[see Use in Specific Populations (8.3)]*.

### 17.7 Females of Reproductive Potential

Advise patients who can become pregnant to discuss pregnancy planning with their physician *[see Use in Specific Populations (8.6)]*.


Active Ingredient Made in Germany

Finished Product Manufactured by:
Janssen Ortho, LLC
Gurabo, PR 00778

Manufactured for:
Janssen Pharmaceuticals, Inc.
Titusville, NJ 08560

Licensed from:
Bayer HealthCare AG
51368 Leverkusen, Germany

© Janssen Pharmaceuticals, Inc. 2011

**MEDICATION GUIDE**
**XARELTO® (zah-REL-toe)**
**(rivaroxaban) Tablets**

Read this Medication Guide before you start taking XARELTO and each time you get a refill. There may be new information. This Medication Guide does not take the place of talking with your doctor about your medical condition and treatment.

**What is the most important information I should know about XARELTO?**

- XARELTO is a medicine that keeps blood clots from forming.

    o Patients with atrial fibrillation (an irregular heart beat) are at an increased risk of forming a blood clot in the heart which can travel to the brain and cause a stroke. XARELTO lowers your chance of having a stroke by helping to prevent the formation of clots.

    o Patients who have just had hip or knee replacement surgery are at an increased risk of forming a blood clot in their legs and lungs. XARELTO lowers your chance of forming blood clots in your legs and lungs.

- You should take XARELTO exactly as directed by your doctor and do not skip a dose unless you are advised to do so by your doctor.

- XARELTO, like all blood thinners, can cause bleeding, which can be serious, and sometimes be life-threatening. While you take XARELTO:
    o you may find you bruise or bleed more easily.

**It is very important to take XARELTO as prescribed, and to alert your doctor if you develop any signs of bleeding, which may include:**

- unusual bruising (bruises that develop without an injury or grow in size)
- any new bleeding, such as:
    o nose bleeds
    o bleeding gums
    o red urine
    o bright red blood in your stools
    o coughing up or vomiting blood
- any bleeding that is heavier than usual, from:
    o cuts
    o menstruation
- dizziness or weakness
- pain, swelling, or new drainage at wound sites

Whenever you see ANY doctor, including your dentist, be sure to tell them you are currently taking XARELTO.

33

**Do not stop taking XARELTO without talking to the doctor who prescribes it for you. If you stop taking XARELTO, you may increase the chances of having a stroke or forming a blood clot in your legs and lungs.**

**Tell your doctor about any planned surgical, medical, or dental procedures.** Your doctor may recommend that you stop taking XARELTO for a short time. Your doctor will tell you when to start taking XARELTO again after your surgery or procedure.

**See "What are the possible side effects of XARELTO?" for more information about side effects.**

## What is XARELTO?

- XARELTO is a prescription medicine used to:

  o reduce the risk of stroke caused by blood clots in people who have a medical condition called atrial fibrillation. With atrial fibrillation, part of the heart does not beat the way it should. This can lead to the formation of blood clots, which can travel to the brain, causing a stroke, or to other parts of the body.

  o reduce the risk of forming a blood clot in the legs and lungs of patients who have just had hip or knee replacement surgery.

- XARELTO is a blood thinner that lowers the chance of blood clots forming in your body.

- XARELTO begins working within a few hours after you start taking it, and helps protect you for as long as you take it. Your doctor will tell you how long you need to take XARELTO.

- You do not need routine blood tests to see if XARELTO is working. You do not need to change your diet while taking XARELTO.

- It is not known if XARELTO is safe and works in children.

## Who should not take XARELTO?

**Do not take XARELTO if you:**
- are allergic to rivaroxaban or other ingredients in XARELTO. See the end of this leaflet for a complete list of ingredients in XARELTO.
- have abnormal or unusual bleeding

Talk to your doctor, before taking XARELTO, if you currently have unusual bleeding.

34

**What should I tell my doctor before taking XARELTO?**

Before you take XARELTO, tell your doctor if you:

- bleed very easily or for a long time
- have any problems with your liver or kidneys
- are pregnant or planning to become pregnant
- are breast-feeding or plan to breast-feed

**Tell your doctor about all the medicines you take, including prescription and nonprescription medicines, and herbal supplements.**

Using XARELTO with certain other medicines:

- may increase your risk of bleeding and XARELTO may not work properly.

- may require stopping or changing the other medicines

- your doctor can tell you what medicines can be safely taken with XARELTO.

- may increase your risk of bleeding, if taken with non-prescription products containing aspirin or other anti-inflammatory pain relieving drugs (such as ibuprofen, naproxen). These products should be used only with your doctor's approval if you are taking XARELTO.

**How should I take XARELTO?**

- Take XARELTO exactly as your doctor has told you.

- For patients who have:

  - **atrial fibrillation:** Take XARELTO 15 mg or 20 mg once a day **with** food.

  - **hip or knee replacement surgery:** Take XARELTO 10 mg once a day **with or without** food.

- **Your doctor will decide how long you should take XARELTO**. **Do not stop taking XARELTO without talking with your doctor first. Stopping XARELTO may increase your risk of having a stroke or forming blood clots in your legs and lungs.**

- Do not run out of XARELTO. Be sure to fill your next prescription of XARELTO before you run out of tablets, so you do not miss a dose. When leaving the hospital following a hip or knee replacement, be sure that you will have XARELTO available to avoid missing any doses.

35

- If you have missed a dose of XARELTO, take the dose as soon as possible on the same day. Continue taking XARELTO on the following day with your next regularly scheduled dose. Do not take two doses of XARELTO at the same time.

- **Call your doctor right away if you take too much XARELTO.** Taking too much XARELTO may increase the risk of bleeding.

### What should I avoid while taking XARELTO?

- Do not start, stop, or change any medicine such as:
  - prescription medicines
  - non-prescription medicines
  - over-the-counter medicines
  - herbal supplements

  without talking with your doctor.

Do not participate in activities that may increase your risk of serious injury or bleeding. Call your doctor right away if you fall or injure yourself in a way that causes you to bleed. If you injure your head, call your doctor, even if you do not see signs of bleeding.

### What are the possible side effects of XARELTO?

XARELTO can cause serious side effects including:

- See "What is the Most Important Information I Should Know About XARELTO?"

Call your doctor if you have any side effect that bothers you or that does not go away.

These are not all the possible side effects of XARELTO. For a complete list, ask your doctor or pharmacist or go to *www.XARELTO-US.com.*

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

### How should I store XARELTO?

- Store XARELTO at room temperature between 59° and 86°F (15° to 30°C).

**Keep XARELTO and all medicines out of the reach of children.**

### General information about XARELTO

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide.

Do not use XARELTO for a condition for which it was not prescribed. **Do not give XARELTO to other people, even if they have the same condition. It may harm them.**

36

This Medication Guide summarizes the most important information about XARELTO. If you would like more information, talk with your doctor. You can ask your pharmacist or doctor for information about XARELTO that is written for health professionals.

For more information about XARELTO, call 1-800-526-7736 or visit *www.XARELTO-US.com*.

## What are the ingredients in XARELTO?

**Active Ingredient: rivaroxaban**

**Inactive ingredients:** croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, microcrystalline cellulose, and sodium lauryl sulfate. Additionally, the proprietary film coating mixture used for XARELTO 10 mg tablets is Opadry® Pink and XARELTO 15 mg tablets is Opadry® Red, containing ferric oxide red, hypromellose, polyethylene glycol 3350, and titanium dioxide; and for XARELTO 20 mg tablets is Opadry® II Dark Red, containing ferric oxide red, polyethylene glycol 3350, polyvinyl alcohol (partially hydrolyzed), talc, and titanium dioxide.

Issued: 05 November 2011

Active Ingredient Made in Germany

Finished Product Manufactured by:
Janssen Ortho, LLC
Gurabo, PR 00778

Manufactured for:
Janssen Pharmaceuticals, Inc.
Titusville, NJ 08560

Licensed from:
Bayer HealthCare AG
51368 Leverkusen, Germany

This Medication Guide has been approved by the U.S. Food and Drug Administration.

© Janssen Pharmaceuticals, Inc. 2011