# EXHIBIT EE

**File Provided Natively**

**File Name:**                    cover.pdf

XARELTO_JANSSEN_00054638

**Janssen Research & Development, LLC**
Global Regulatory Affairs
920 Highway 202, South
P.O. Box 300
Raritan, NJ 08869



01 May 2012

Ann Farrell, MD., Director,                    **NDA 22-406**
Food and Drug Administration                   **XARELTO® (rivaroxaban)**
Center for Drug Evaluation and Research
Office of Oncology Drug Products
Division of Hematology Products
5901-B Ammendale Road                          **Supplemental New Drug Application**
Beltsville, MD 20705-1266                       **Original supplemental New Drug
                                                Application**

Dear Dr. Farrell:

Pursuant to the provisions of Section 505(b) of the Federal Food, Drug and Cosmetic Act and Title
21 of the Code of Federal Regulations, 21 CFR 314.50, Janssen Research & Development, LLC, on
behalf of Janssen Pharmaceuticals, Inc. is submitting an original supplemental New Drug
Application (sNDA) to NDA 22-406 for XARELTO® (rivaroxaban) 15 and 20 mg immediate
release tablets for the treatment of deep vein thrombosis (DVT) and/or pulmonary embolism (PE)
and for the prevention of recurrent DVT and/or PE. As advised by Dr. Michael Jones, the Office
of Regulatory Policy, CDER, FDA, the sNDA is being submitted as two supplemental
applications with two user fees to provide for the two indications; specifically, treatment of DVT
and for the prevention of recurrent DVT and/or PE, and treatment of PE and for the prevention of
recurrent DVT and/or PE.

Accordingly, this supplemental NDA, S-001, for the treatment of DVT and for the prevention of
recurrent DVT and/or PE is being submitted concurrently with the supplemental NDA 022406,
designated as S-002, for the treatment of PE and for the prevention of recurrent DVT and/or PE.

This sNDA, S-001, has been assigned Prescription Drug User Fee Payment Identification Number
PD3012265. The required fee of $920,750.00 was sent under separate cover letter to U.S. Bank, St.
Louis, MO on 26 April 2012 and delivery was confirmed on 27 April 2012.

In accordance with the Agency's input and agreement, this sNDA, S-001, has been prepared as the
primary and complete application containing all the required data, physical files in support of the
proposed consolidated labeling, and to which the supplemental NDA, S-002, is href hyperlinked
i.e. no physical documents in S-002 except for certain administrative documents in Module 1. An
explanation of the format and content of each module of this sNDA is provided in the Reviewer's
Guide located in Module 1.2., and minutes from the various FDA meetings and email
communications can be found in Module 1.6.3, Correspondence Regarding Meetings.

Based on the agreed upon format of the supplements, JRD plans to utilize sNDA, S-001, as the primary application for all subsequent information amendments, responses to information requests, 4-month safety update, and any possible updates to the proposed labeling.

In accordance with 21 CFR 314.50(j), we are claiming 3 years of marketing exclusivity for XARELTO® (rivaroxaban) 15 and 20 mg immediate release tablets, upon approval from the U.S. Food and Drug Administration, under 21 CFR 314.108(b)(5).  We certify to the best of our knowledge that the clinical studies conducted under IND 64,892 included in support of this application are "new clinical investigations" within the meaning of 21 CFR 314.108(a) and are essential to the approval of this sNDA.

Janssen Research & Development, LLC is requesting a deferral for providing pediatric data for this indication under the Pediatric Research Equity Act (PREA) requirement.  The pediatric deferral request is located in Module 1.9.2.

Janssen Research & Development, LLC is also requesting Priority Review designation for this sNDA. A justification for consideration is included in the ATTACHMENT of the cover letter.

This submission is being provided in electronic format. JRD utilizes either McAfee VirusScan Enterprise or Microsoft ForeFront Client Security to ensure that this submission is free of computer viruses and spyware. Janssen Research & Development authorizes the CDER to use similar software as appropriate.

Should you have any questions and/or comments, please contact me directly at 908-927-2565, or my colleague Sanjay Jalota at 908-927-2637.

Sincerely,

Janssen Research & Development, LLC



Huy Q. Truong
Associate Director, Global Regulatory Affairs



cc: Mr. Tyree Newman, Regulatory Health Project Manager, DHP, FDA

# ATTACHMENT

## JUSTIFICATION FOR REQUESTING PRIORITY REVIEW DESIGNATION

Janssen Research & Development, LLC is requesting Priority Review designation for this sNDA. This request is made in accordance with the FDA CDER Manual of Policies and Procedures (MAPP) 6020.3R on Priority Review and is based on the data presented in this submission demonstrating that rivaroxaban offers a significant improvement in the management of patients when compared with low molecular weight heparin/ vitamin K antagonist (LMWH/VKA), the current standard of care for this indication.

Deep vein thrombosis (DVT) and pulmonary embolism (PE) are potentially life-threatening illnesses for which immediate medical therapy is indicated. In addition, since the risk of a recurrent event is high, anticoagulant therapy is necessary for long periods of time in many patients. Some patients may even require life-long therapy depending upon the underlying risk factors present in the patients with the disease. More than 2 million Americans suffer from acute venous thromboembolism (VTE), i.e. DVT and/or PE, each year. In the European Union (EU), incidence rates of DVT and PE are assumed to be slightly higher, but are generally consistent with those in the U.S.[1,2]. Deep-vein thrombosis and PE are a burden for healthcare systems as it is associated with high mortality and considerable morbidity in terms of recurrent events, the post-thrombotic syndrome, and chronic thromboembolic pulmonary hypertension[3,4,5,6,7]. Treatment of DVT and PE aims at prevention of worsening of the existing thrombus, as well as prevention of recurrent VTE[8].

As noted, the current standard treatment for acute venous thromboembolism (VTE; the collective term for DVT and PE) consists of initial parenteral therapy, with agents such as LMWH, unfractionated heparin (UFH) or fondaparinux, overlapping with a VKA (primarily warfarin) and subsequent long term VKA treatment, for a duration based on physician judgment.  Many physiological and pharmacological factors as well as diet influence the therapeutic efficacy of VKA, and patients' response to the drug is highly variable. Numerous drug-drug and drug-food interactions have been documented to exist for warfarin. These factors, when combined with its narrow therapeutic window, impose a need for ongoing coagulation laboratory monitoring and frequent dose-adjustment, which is inconvenient, can impact compliance and adherence to treatment and is associated with high direct and indirect health care costs.

The EINSTEIN DVT and PE clinical development program with rivaroxaban comprises three large multinational Phase 3 clinical studies that enrolled 9,502 subjects. The submitted data from the completed Phase 3 studies confirmed the known safety profile of rivaroxaban, and, in comparison to the current standard of care in the 11702 DVT and 11702 PE treatment studies, indicated a favorable benefit-risk profile for rivaroxaban with similar efficacy and overall bleeding rates, and with an observed clinically important reduction in major bleeding risk compared to the enoxaparin/VKA treatment regimen. It is important to note that in this large clinical development program the most serious complication of anticoagulant therapy, intracranial hemorrhage, was numerically reduced in incidence with rivaroxaban compared to the standard treatment regimens used in these indications. The data from the EINSTEIN clinical development program clearly demonstrate that even following a period of what physicians consider to be adequate duration anticoagulant treatment VTE risk persists.  In the EINSTEIN Extension study 7.1% of patients in the placebo arm experienced an event of DVT or PE compared to 1.3% in the rivaroxaban arm. This highly statistically significant and substantial

reduction in the risk of these important clinical events was accompanied by a manageable increase in major and overall bleeding rates. Taken together, these data support the clinical utility of rivaroxaban for longer term treatment in the prevention of recurrent DVT and/or PE in patients who remain at continued risk.

Combining the strong efficacy and safety results from these three Phase 3 studies together with a favorable clinical pharmacology profile, rivaroxaban treatment would offer a significant benefit in the treatment of VTE by:

i.   improving therapy by offering a single, orally administered drug regimen without a requirement for injections, routine coagulation monitoring or dose adjustment that is unencumbered by extensive drug-drug and drug-food interactions.  In turn rivaroxaban should increase compliance, adherence and perseverance to treatment

ii.  simplifying treatment by eliminating the need to transition to a different anticoagulant

iii. and rivaroxaban prevents the recurrence of thrombotic events in patients with DVT and/or PE, both in the acute and long term setting

1. Cohen AT, Agnelli G, Anderson FA, et al. Venous thromboembolism (VTE) in Europe. The number of VTE events and associated morbidity and mortality. Thromb Haemost. 2007;98:756-64.

2. Stein PD, Beemath A, Olson RE. Trends in the incidence of pulmonary embolism and deep venous thrombosis in hospitalized patients. Am J Cardiol. 2005;95:1525-6.

3. Goldhaber SZ. Pulmonary Embolism. Zipes DP, Libby P, Bonow RO, Braunwald E, editors. Philadelphia, PA, USA: Elsevier Saunders; 2008.

4. Lensing AW, Prandoni P, Prins MH, Buller HR. Deep-vein thrombosis. Lancet. 1999 Feb 6;353(9151):479-85.

5. Pengo V, Lensing AW, Prins MH, et al. Incidence of chronic thromboembolic pulmonary hypertension after pulmonary embolism. N Engl J Med. 2004;350:2257-64.

6. Prandoni P, Lensing AW, Prins MH, et al. Below-knee elastic compression stockings to prevent the post-thrombotic syndrome: a randomized, controlled trial. Ann Intern Med. 2004 ;141:249-56.

7. White RH. The epidemiology of venous thromboembolism. Circulation. 2003;107 (23 Suppl 1):I4-8.

8. Weitz JI, Linkins LA. Beyond heparin and warfarin: the new generation of anticoagulants. Expert Opin Investig Drugs. 2007;16:271-82.

**File Provided Natively**

**File Name:**                    proposed-annotated-uspi.doc

XARELTO_JANSSEN_00054662

**HIGHLIGHTS OF PRESCRIBING INFORMATION**[†]
These highlights do not include all the information needed to use
XARELTO® (rivaroxaban) safely and effectively. See full prescribing
information for XARELTO.

XARELTO (rivaroxaban) tablets, for oral use
Initial U.S. Approval: 2011

---
**WARNINGS: (A) DISCONTINUING XARELTO IN PATIENTS WITH
NONVALVULAR ATRIAL FIBRILLATION INCREASES RISK OF
STROKE, (B) SPINAL/EPIDURAL HEMATOMA**
*See full prescribing information for complete boxed warning*

**A. DISCONTINUING XARELTO IN PATIENTS WITH
NONVALVULAR ATRIAL FIBRILLATION**

Discontinuing XARELTO places patients at an increased risk of
thrombotic events. If anticoagulation with XARELTO must be
discontinued for a reason other than pathological bleeding, consider
administering another anticoagulant (2.1, 5.1, 14.1).

**B. SPINAL/EPIDURAL HEMATOMA**

Epidural or spinal hematomas have occurred in patients treated with
XARELTO who are receiving neuraxial anesthesia or undergoing spinal
puncture. These hematomas may result in long-term or permanent
paralysis (5.2, 5.3, 6.2).

Monitor patients frequently for signs and symptoms of neurological
impairment. If neurological compromise is noted, urgent treatment is
necessary (5.3).

Consider the benefits and risks before neuraxial intervention in patients
anticoagulated or to be anticoagulated for thromboprophylaxis (5.3).
---

-----------------RECENT MAJOR CHANGES-----------------
| | |
|---|---|
| Boxed Warning | 11/2011 |
| Indications and Usage (1.1) | 11/2011 |
| Indications and Usage (1.2) | XX/XXXX |
| Dosage and Administration (2.1, 2.3~~4~~) | 11/2011 |
| Dosage and Administration (2.1, 2.2, 2.4) | XX/XXXX |
| Contraindications (4) | 11/2011 |
| Warnings and Precautions (5.1, 5.2, 5.5) | 11/2011 |
| Warnings and Precautions (5.5) | XX/XXXX |

-----------------INDICATIONS AND USAGE-----------------
XARELTO is a factor Xa inhibitor indicated:
• to reduce the risk of stroke and systemic embolism in patients with
  nonvalvular atrial fibrillation (1.1)
• for the treatment of deep vein thrombosis (DVT), pulmonary embolism
  (PE), and for the prevention of recurrent DVT and/or PE (1.2)
• for the prophylaxis of ~~deep vein thrombosis (DVT)~~, which may lead to
  ~~pulmonary embolism (PE)~~ in patients undergoing knee or hip replacement
  surgery (1.2~~3~~)

-----------------DOSAGE AND ADMINISTRATION-----------------
• Nonvalvular Atrial Fibrillation:
  o For patients with CrCl >50 mL/min: 20 mg orally, once daily **with
    the evening meal** (2.1)

  o For patients with CrCl 15 - 50 mL/min: 15 mg orally, once daily
    **with the evening meal** (2.1)
  o Avoid use in patients with CrCl <15 mL/min (2.3~~4~~)
• Treatment of DVT, PE, and prevention of recurrent DVT and/or PE:
  15 mg orally twice daily with food for the first three weeks. After the
  initial treatment period, 20 mg orally once daily with food for the
  remaining treatment and the long-term prevention of recurrent DVT
  and/or PE. (2.2)
• Prophylaxis of DVT following hip or knee replacement surgery: 10 mg
  orally, once daily with or without food (2.3)
• Hepatic impairment (for nonvalvular AF and prophylaxis of DVT
  indications):
  o Avoid use in patients with moderate (Child-Pugh B) and severe
    (Child-Pugh C) hepatic impairment or with any degree of hepatic
    disease associated with coagulopathy (2.3, 8.8)

-----------------DOSAGE FORMS AND STRENGTHS-----------------
Tablets: 10 mg, 15 mg, and 20 mg (3)

-----------------CONTRAINDICATIONS-----------------
• Active pathological bleeding (4)
• Severe hypersensitivity reaction to XARELTO (4)

-----------------WARNINGS AND PRECAUTIONS-----------------
• Risk of bleeding: XARELTO can cause serious and fatal bleeding.
  Promptly evaluate signs and symptoms of blood loss. (5.2)
• Pregnancy related hemorrhage: Use XARELTO with caution in pregnant
  women due to the potential for obstetric hemorrhage and/or emergent
  delivery. Promptly evaluate signs and symptoms of blood loss. (5.4)

-----------------ADVERSE REACTIONS-----------------
The most common adverse reaction (>5%) was bleeding. (6.1)

To report SUSPECTED ADVERSE REACTIONS, contact Janssen
Pharmaceuticals, Inc. at 1-800-526-7736 or FDA at 1-800-FDA-1088 or
*www.fda.gov/medwatch.*

-----------------DRUG INTERACTIONS-----------------
• Combined P-gp and strong CYP3A4 inhibitors and inducers: Avoid
  concomitant use (7.1, 7.2)
• Prophylaxis of DVT:
• Anticoagulants: Avoid concomitant use (7.3)

-----------------USE IN SPECIFIC POPULATIONS-----------------
• Nursing mothers: discontinue drug or discontinue nursing (8.3)
• Renal impairment:
  o Treatment of DVT, PE, and prevention of recurrent DVT and/or
    PE: Avoid use in patients with severe impairment (CrCl <30
    mL/min) (8.7)
  o Prophylaxis of DVT following hip or knee replacement surgery:
    Avoid use in patients with severe impairment (CrCl <30 mL/min).
    Use with caution in moderate impairment (CrCl 30 to
    <50 mL/min) (8.7)
• Hepatic impairment: Avoid use in patients with moderate (Child-Pugh
  B) and severe (Child-Pugh C) hepatic impairment or with any degree of
  hepatic disease associated with coagulopathy. (2.4, 8.8)

See 17 for PATIENT COUNSELING INFORMATION and Medication
Guide.

Revised: ~~12XX~~/20~~11~~XX

> **Formatted:** Indent: Left:  0", Tab stops: Not at  1.5"

---

**FULL PRESCRIBING INFORMATION: CONTENTS\***

WARNINGS: (A) DISCONTINUING XARELTO IN
PATIENTS WITH NONVALVULAR ATRIAL
FIBRILLATION INCREASES RISK OF STROKE, (B)
(B) SPINAL/EPIDURAL HEMATOMA

1  INDICATIONS AND USAGE
   1.1  Reduction of Risk of Stroke and Systemic
        Embolism in Nonvalvular Atrial Fibrillation
   1.2  Treatment of Deep Vein Thrombosis (DVT),
        Pulmonary Embolism (PE), and Prevention of
        Recurrent DVT and/or PE
   1.3  Prophylaxis of Deep Vein Thrombosis Following
        Hip or Knee Replacement Surgery
2  DOSAGE AND ADMINISTRATION
   2.1  Nonvalvular Atrial Fibrillation

   2.2  Treatment of Deep Vein Thrombosis (DVT),
        Pulmonary Embolism (PE), and Prevention of
        Recurrent DVT and/or PE
   2.3  Prophylaxis of Deep Vein Thrombosis Following
        Hip or Knee Replacement Surgery
   2.4  General Dosing Instructions
3  DOSAGE FORMS AND STRENGTHS
4  CONTRAINDICATIONS
5  WARNINGS AND PRECAUTIONS
   5.1  Increased Risk of Stroke after Discontinuation in
        Nonvalvular Atrial Fibrillation
   5.2  Risk of Bleeding
   5.3  Spinal/Epidural Anesthesia or Puncture
   5.4  Risk of Pregnancy Related Hemorrhage
   5.5  Severe Hypersensitivity Reactions
6  ADVERSE REACTIONS
   6.1  Clinical Trials Experience
   6.2  Postmarketing Experience
7  DRUG INTERACTIONS

7.1    Drugs that Inhibit Cytochrome P450 3A4
Enzymes and Drug Transport Systems
7.2    Drugs that Induce Cytochrome P450 3A4
Enzymes and Drug Transport Systems
7.3    Anticoagulants
7.4    NSAIDs/Aspirin
7.5    Clopidogrel
7.6    Drug-Disease Interactions with Drugs that Inhibit
Cytochrome P450 3A4 Enzymes and Drug
Transport Systems
8    **USE IN SPECIFIC POPULATIONS**
8.1    Pregnancy
8.2    Labor and Delivery
8.3    Nursing Mothers
8.4    Pediatric Use
8.5    Geriatric Use
8.6    Females of Reproductive Potential
8.7    Renal Impairment
8.8    Hepatic Impairment
10    **OVERDOSAGE**
11    **DESCRIPTION**
12    **CLINICAL PHARMACOLOGY**
12.1    Mechanism of Action

12.2    Pharmacodynamics
12.3    Pharmacokinetics
12.6    QT/QTc Prolongation
13    **NON-CLINICAL TOXICOLOGY**
13.1    Carcinogenesis, Mutagenesis, and Impairment of
Fertility
14    **CLINICAL STUDIES**
14.1    Stroke Prevention in Nonvalvular Atrial Fibrillation
14.2    Treatment of Deep Vein Thrombosis (DVT),
Pulmonary Embolism (PE), and Prevention of
Recurrent DVT and/or PE
14.3    Prophylaxis of Deep Vein Thrombosis Following
Hip or Knee Replacement Surgery
16    **HOW SUPPLIED/STORAGE AND HANDLING**
17    **PATIENT COUNSELING INFORMATION**
17.1    Instructions for Patient Use
17.2    Bleeding Risks
17.3    Invasive or Surgical Procedures
17.4    Concomitant Medication and Herbals
17.5    Pregnancy and Pregnancy-Related Hemorrhage
17.6    Nursing
17.7    Females of Reproductive Potential

*Sections or subsections omitted from the full prescribing information are not listed.

Formatted: Font: 8 pt

**FULL PRESCRIBING INFORMATION**

---

**WARNINGS: (A) DISCONTINUING XARELTO IN PATIENTS WITH NONVALVULAR ATRIAL FIBRILLATION INCREASES RISK OF STROKE, (B) SPINAL/EPIDURAL HEMATOMA**

**A. DISCONTINUING XARELTO IN PATIENTS WITH NONVALVULAR ATRIAL FIBRILLATION**

**Discontinuing XARELTO places patients at an increased risk of thrombotic events. An increased rate of stroke was observed following XARELTO discontinuation in clinical trials in atrial fibrillation patients. If anticoagulation with XARELTO must be discontinued for a reason other than pathological bleeding, consider administering another anticoagulant** *[see Dosage and Administration (2.1), Warnings and Precautions (5.1), and Clinical Studies (14.1)].*

**B. SPINAL/EPIDURAL HEMATOMA**

**Epidural or spinal hematomas have occurred in patients treated with XARELTO who are receiving neuraxial anesthesia or undergoing spinal puncture. These hematomas may result in long-term or permanent paralysis. Consider these risks when scheduling patients for spinal procedures. Factors that can increase the risk of developing epidural or spinal hematomas in these patients include:**
- **use of indwelling epidural catheters**
- **concomitant use of other drugs that affect hemostasis, such as non-steroidal anti-inflammatory drugs (NSAIDs), platelet inhibitors, other anticoagulants**
- **a history of traumatic or repeated epidural or spinal punctures**
- **a history of spinal deformity or spinal surgery**

*[see Warnings and Precautions (5.2, 5.3) and Adverse Reactions (6.2)].*

**Monitor patients frequently for signs and symptoms of neurological impairment. If neurological compromise is noted, urgent treatment is necessary** *[see Warnings and Precautions (5.3)].*

**Consider the benefits and risks before neuraxial intervention in patients anticoagulated or to be anticoagulated for thromboprophylaxis** *[see Warnings and Precautions (5.3)].*

---

## 1   INDICATIONS AND USAGE

### 1.1   Reduction of Risk of Stroke and Systemic Embolism in Nonvalvular Atrial Fibrillation

XARELTO ~~(rivaroxaban)~~ is indicated to reduce the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation.

3

There are limited data on the relative effectiveness of XARELTO and warfarin in reducing the risk of stroke and systemic embolism when warfarin therapy is well-controlled *[see Clinical Studies (14.1)]*.

**1.2   Treatment of Deep Vein Thrombosis (DVT), Pulmonary Embolism (PE), and Prevention of Recurrent DVT and/or PE[2]**

XARELTO is indicated for the treatment of deep vein thrombosis (DVT) and for the prevention of recurrent DVT and/or pulmonary embolism (PE).

XARELTO is indicated for the treatment of PE and for the prevention of recurrent DVT and/or PE.

**~~1.2~~1.3 Prophylaxis of Deep Vein Thrombosis Following Hip or Knee Replacement Surgery**

XARELTO ~~(rivaroxaban)~~ is indicated for the prophylaxis of ~~deep vein thrombosis (~~DVT~~)~~, which may lead to ~~pulmonary embolism (~~PE~~)~~ in patients undergoing knee or hip replacement surgery.

**2   DOSAGE AND ADMINISTRATION**

**2.1   Nonvalvular Atrial Fibrillation**

For patients with creatinine clearance (CrCl) >50 mL/min, the recommended dose of XARELTO is 20 mg taken orally once daily with the evening meal. For patients with CrCl 15 to 50 mL/min, the recommended dose is 15 mg once daily with the evening meal *[see Use in Specific Populations (8.7)]*.

*~~Switching from or to Warfarin - When switching patients from warfarin to XARELTO, discontinue warfarin and start XARELTO as soon as the International Normalized Ratio (INR) is below 3.0 to avoid periods of inadequate anticoagulation.~~*

*Switching to Warfarin -* No clinical trial data are available to guide converting patients from XARELTO to warfarin. XARELTO affects International Normalized Ratio (INR~~)~~, so INR measurements made during co~~-~~administration with warfarin may not be useful for determining the appropriate dose of warfarin. One approach is to discontinue XARELTO and begin both a parenteral anticoagulant and warfarin at the time the next dose of XARELTO would have been taken.

*Switching from or to Anticoagulants other than Warfarin -* For patients currently receiving an anticoagulant other than warfarin, start XARELTO 0 to 2 hours prior to the next scheduled evening administration of the drug (e.g., low molecular weight heparin or non-warfarin oral anticoagulant) and omit administration of the other anticoagulant. For unfractionated heparin

4

being administered by continuous infusion, stop the infusion and start XARELTO at the same time.

For patients currently taking XARELTO and transitioning to an anticoagulant with rapid onset, discontinue XARELTO and give the first dose of the other anticoagulant (oral or parenteral) at the time that the next XARELTO dose would have been taken *[see Drug Interactions (7.3)]*.

## 2.2   Treatment of Deep Vein Thrombosis (DVT), Pulmonary Embolism (PE), and Prevention of Recurrent DVT and/or PE

The recommended dose of XARELTO for the initial treatment of acute DVT and/or PE is 15 mg taken orally twice daily[3] with food[4] for the first three weeks. After the initial treatment period, the recommended dose of XARELTO is 20 mg taken orally once daily with food, at approximately the same time each day, for the remaining treatment and the long-term prevention of recurrent DVT and/or PE *[see Clinical Studies (14.2)]*.[5]

## 2.2 2.3 Prophylaxis of Deep Vein Thrombosis Following Hip or Knee Replacement Surgery

The recommended dose of XARELTO is 10 mg taken orally once daily with or without food. The initial dose should be taken at least 6 to 10 hours after surgery once hemostasis has been established.

- For patients undergoing hip replacement surgery, treatment duration of 35 days is recommended.
- For patients undergoing knee replacement surgery, treatment duration of 12 days is recommended.

## 2.3 2.4 General Dosing Instructions

### Switching from Warfarin

When switching patients from warfarin to XARELTO, discontinue warfarin and start XARELTO as soon as the International Normalized Ratio (INR) is below 3.0 to avoid periods of inadequate anticoagulation.[6]

### Hepatic Impairment

No clinical data are available for patients with severe hepatic impairment. Avoid use of XARELTO in patients with moderate (Child-Pugh B) and severe (Child-Pugh C) hepatic impairment or with any hepatic disease associated with coagulopathy *[see Use in Specific Populations (8.8)]*.

Renal Impairment

*Nonvalvular Atrial Fibrillation*

Avoid the use of XARELTO in patients with CrCl <15 mL/min. Periodically assess renal function as clinically indicated (i.e., more frequently in situations in which renal function may decline) and adjust therapy accordingly. Discontinue XARELTO in patients who develop acute renal failure while on XARELTO *[see Use in Specific Populations (8.7)]*.

*Treatment of Deep Vein Thrombosis (DVT), Pulmonary Embolism (PE), and Prevention of Recurrent DVT and/or PE*

Avoid the use of XARELTO in patients with severe renal impairment (CrCl <30 mL/min)[7] due to an expected increase in rivaroxaban exposure and pharmacodynamic effects in this patient population *[see Use in Specific Populations (8.7)]*.[8]

*Prophylaxis of Deep Vein Thrombosis Following Hip or Knee Replacement Surgery*

Avoid the use of XARELTO in patients with severe renal impairment (CrCl <30 mL/min) due to an expected increase in rivaroxaban exposure and pharmacodynamic effects in this patient population. Observe closely and promptly evaluate any signs or symptoms of blood loss in patients with moderate renal impairment (CrCl 30 to 50 mL/min). Patients who develop acute renal failure while on XARELTO should discontinue the treatment *[see Use in Specific Populations (8.7)]*.

Surgery and Intervention

If anticoagulation must be discontinued to reduce the risk of bleeding with surgical or other procedures, XARELTO should be stopped at least 24 hours before the procedure. In deciding whether a procedure should be delayed until 24 hours after the last dose of XARELTO, the increased risk of bleeding should be weighed against the urgency of intervention. XARELTO should be restarted after the surgical or other procedures as soon as adequate hemostasis has been established. If oral medication cannot be taken after surgical intervention, consider administering a parenteral anticoagulant.

Missed Dose

If a dose of XARELTO is not taken at the scheduled time, administer the dose as soon as possible on the same day.

*Treatment of Deep Vein Thrombosis (DVT), Pulmonary Embolism (PE), and Prevention of Recurrent DVT and/or PE*[9]

If a dose is missed during the 15 mg twice daily treatment phase (Day 1 - 21), the patient should take XARELTO immediately to ensure intake of 30 mg XARELTO per day. In this particular instance, two 15 mg tablets may be taken at once. The patient should continue with the regular 15 mg twice daily intake as recommended on the following day.

If a dose is not taken at the scheduled time during the once daily XARELTO 20 mg treatment phase (Day 22 and onwards), the patient should take the missed XARELTO dose immediately.

Administration Options[10, 11]
For patients who are unable to swallow whole tablets, XARELTO may be crushed and mixed with applesauce immediately prior to use and administered orally. After the administration of crushed XARELTO 15 mg or 20 mg tablets, the dose should be immediately followed by food *[see Dosage and Administration (2.1, 2.2)].*

*Administration via GI feeding tube:* Rivaroxaban absorption is dependent on the site of drug release in the gastrointestinal (GI) tract (gastric versus small intestine). Confirm gastric placement of the tube when administering XARELTO as a crushed tablet in a small amount of water via a feeding tube flushed with water. After the administration of crushed XARELTO 15 mg or 20 mg tablets, the dose should then be immediately followed by enteral feeding *[see Clinical Pharmacology (12.3)].*

Use with P-gp and Strong CYP3A4 Inhibitors or Inducers
Avoid concomitant use of XARELTO with combined P-gp and strong CYP3A4 inhibitors (e.g., ketoconazole, itraconazole, lopinavir/ritonavir, ritonavir, indinavir/ritonavir, and conivaptan) *[see Drug Interactions (7.1)].*

Avoid concomitant use of XARELTO with drugs that are combined P-gp and strong CYP3A4 inducers (e.g., carbamazepine, phenytoin, rifampin, St. John's wort) *[see Drug Interactions (7.2)].* For patients requiring chronic use of these types of strong inducers, based on pharmacokinetic simulations and pharmacokinetic studies conducted in DVT and/or PE patient populations, increasing the XARELTO daily dose could be considered during the coadministration *[see Drug Interactions (7.2)].*[12]

## 3   DOSAGE FORMS AND STRENGTHS

- 10 mg tablets: Round, light red, biconvex and film-coated with a triangle pointing down above a "10" marked on one side and "Xa" on the other side
- 15 mg tablets: Round, red, biconvex, and film-coated with a triangle pointing down above a "15" marked on one side and "Xa" on the other side
- 20 mg tablets: Triangle-shaped, dark red, and film-coated with a triangle pointing down above a "20" marked on one side and "Xa" on the other side

## 4   CONTRAINDICATIONS

XARELTO is contraindicated in patients with:

- active pathological bleeding *[see Warnings and Precautions (5.2)]*

7

- severe hypersensitivity reaction to XARELTO *[see Warnings and Precautions (5.5)]*

## 5   WARNINGS AND PRECAUTIONS

### 5.1   Increased Risk of Stroke after Discontinuation in Nonvalvular Atrial Fibrillation

Discontinuing XARELTO in the absence of adequate alternative anticoagulation increases the risk of thrombotic events. An increased rate of stroke was observed during the transition from XARELTO to warfarin in clinical trials in atrial fibrillation patients. If XARELTO must be discontinued for a reason other than pathological bleeding, consider administering another anticoagulant *[see Dosage and Administration (2.1) and Clinical Studies (14.1)]*.

### 5.2   Risk of Bleeding

XARELTO increases the risk of bleeding and can cause serious or fatal bleeding. In deciding whether to prescribe XARELTO to patients at increased risk of bleeding, the risk of thrombotic events should be weighed against the risk of bleeding.

Promptly evaluate any signs or symptoms of blood loss. Discontinue XARELTO in patients with active pathological hemorrhage.

A specific antidote for rivaroxaban is not available. Because of high plasma protein binding, rivaroxaban is not expected to be dialyzable *[see Clinical Pharmacology (12.3)]*. Protamine sulfate and vitamin K are not expected to affect the anticoagulant activity of rivaroxaban. There is no experience with antifibrinolytic agents (tranexamic acid, aminocaproic acid) in individuals receiving rivaroxaban. There is neither scientific rationale for benefit nor experience with systemic hemostatics (desmopressin and aprotinin) in individuals receiving rivaroxaban. Use of procoagulant reversal agents such as prothrombin complex concentrate (PCC), activated prothrombin complex concentrate (APCC), or recombinant factor VIIa (rFVIIa) may be considered, but has not been evaluated in clinical trials.

Concomitant use of drugs affecting hemostasis increases the risk of bleeding. These include aspirin, $P2Y_{12}$ platelet inhibitors, other antithrombotic agents, fibrinolytic therapy, and non-steroidal anti-inflammatory drugs (NSAIDs) *[see Drug Interactions (7.3), (7.4), (7.5)]*.

Concomitant use of drugs that are combined P-gp and CYP3A4 inhibitors (e.g. ketoconazole and ritonavir) increases rivaroxaban exposure and may increase bleeding risk *[see Drug Interactions (7.1)]*.

### 5.3   Spinal/Epidural Anesthesia or Puncture

When neuraxial anesthesia (spinal/epidural anesthesia) or spinal puncture is employed, patients treated with anticoagulant agents for prevention of thromboembolic complications are at risk of

8

developing an epidural or spinal hematoma which can result in long-term or permanent paralysis *[see Boxed Warning]*.

An epidural catheter should not be removed earlier than 18 hours after the last administration of XARELTO. The next XARELTO dose is not to be administered earlier than 6 hours after the removal of the catheter. If traumatic puncture occurs, the administration of XARELTO is to be delayed for 24 hours.

### 5.4   Risk of Pregnancy Related Hemorrhage

XARELTO should be used with caution in pregnant women and only if the potential benefit justifies the potential risk to the mother and fetus. XARELTO dosing in pregnancy has not been studied. The anticoagulant effect of XARELTO cannot be monitored with standard laboratory testing nor readily reversed. Promptly evaluate any signs or symptoms suggesting blood loss (e.g., a drop in hemoglobin and/or hematocrit, hypotension, or fetal distress).

### 5.5   Severe Hypersensitivity Reactions

There were postmarketing cases of anaphylaxis in patients treated with XARELTO ~~to reduce the risk of DVT~~.[13] Patients who have a history of a severe hypersensitivity reaction to XARELTO should not receive XARELTO *[see Adverse Reactions (6.2)]*.

## 6   ADVERSE REACTIONS
### 6.1   Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice.

During clinical development for the approved indications, ~~11598~~16326 patients were exposed to XARELTO. These included 7111 patients who received XARELTO 15 mg or 20 mg orally once daily for a mean of 19 months (5558 for 12 months and 2512 for 24 months) to reduce the risk of stroke and systemic embolism in nonvalvular atrial fibrillation (ROCKET AF); 4728 patients who received either XARELTO 15 mg orally twice daily for three weeks followed by 20 mg orally once daily (EINSTEIN DVT, EINSTEIN PE) or 20 mg orally once daily (EINSTEIN Extension) to treat DVT, PE, and prevent recurrent DVT and/or PE;[14, 15, 16] and 4487 patients who received XARELTO 10 mg orally once daily for prophylaxis of DVT following hip or knee replacement surgery (RECORD 1-3).

Hemorrhage

The most common adverse reactions with XARELTO were bleeding complications *[see Warnings and Precautions (5.2)]*.

9

## *Nonvalvular Atrial Fibrillation*

In the ROCKET AF trial, the most frequent adverse reactions associated with permanent drug discontinuation were bleeding events, with incidence rates of 4.3% for XARELTO vs. 3.1% for warfarin. The incidence of discontinuations for non-bleeding adverse events was similar in both treatment groups.

Table 1 shows the number of patients experiencing various types of bleeding events in the ROCKET AF study.

**Table 1:    Bleeding Events in ROCKET AF\***

| Parameter | XARELTO N = 7111 n (%) | Event Rate (per 100 Pt-yrs) | Warfarin N = 7125 n (%) | Event Rate (per 100 Pt-yrs) |
|---|---|---|---|---|
| Major bleeding[†] | 395 (5.6) | 3.6 | 386 (5.4) | 3.5 |
| Bleeding into a critical organ[‡] | 91 (1.3) | 0.8 | 133 (1.9) | 1.2 |
| Fatal bleeding | 27 (0.4) | 0.2 | 55 (0.8) | 0.5 |
| Bleeding resulting in transfusion of ≥2 units of whole blood or packed red blood cells | 183 (2.6) | 1.7 | 149 (2.1) | 1.3 |
| Gastrointestinal bleeding | 221 (3.1) | 2.0 | 140 (2.0) | 1.2 |

\* For all sub-types of major bleeding, single events may be represented in more than one row, and individual patients may have more than one event.

[†] Defined as clinically overt bleeding associated with a decrease in hemoglobin of ≥2 g/dL, transfusion of ≥2 units of packed red blood cells or whole blood, bleeding at a critical site, or with a fatal outcome. Hemorrhagic strokes are counted as both bleeding and efficacy events. Major bleeding rates excluding strokes are 3.3 per 100 Pt-yrs for XARELTO vs. 2.9 per 100 Pt-yrs for warfarin.

[‡] The majority of the events were intracranial, and also included intraspinal, intraocular, pericardial, intraarticular, intramuscular with compartment syndrome, or retroperitoneal.

### *Treatment of Deep Vein Thrombosis (DVT), Pulmonary Embolism (PE), and Prevention of Recurrent DVT and/or PE*

EINSTEIN Deep Vein Thrombosis and EINSTEIN Pulmonary Embolism Studies

In the pooled analysis of the EINSTEIN DVT and EINSTEIN PE clinical studies, the most frequent adverse reactions leading to permanent drug discontinuation were bleeding events, with XARELTO vs. enoxaparin/Vitamin K antagonist (VKA) incidence rates of 1.7% vs. 1.5%, respectively.[17] The mean duration of treatment was 208 days for XARELTO-treated patients and 204 days for enoxaparin/VKA-treated patients.[18]

Table 2 shows the number of patients experiencing major bleeding events in the pooled analysis of the EINSTEIN DVT and EINSTEIN PE studies.

10

Table 2:    Bleeding Events* in the Pooled Analysis of EINSTEIN DVT and EINSTEIN PE Studies – Safety Population[19]

| Parameter | XARELTO[†] N = 4130 n (%) | Enoxaparin/ VKA[†] N = 4116 n (%) |
|---|---|---|
| Major bleeding event | 40 (1.0) | 72 (1.7) |
| Fatal bleeding | 3 (<0.1) | 8 (0.2) |
| Intracranial | 2 (<0.1) | 4 (<0.1) |
| Non-fatal critical organ bleeding | 10 (0.2) | 29 (0.7) |
| Intracranial[‡] | 3 (<0.1) | 10 (0.2) |
| Retroperitoneal[‡] | 1 (<0.1) | 8 (0.2) |
| Intraocular[‡] | 3 (<0.1) | 2 (<0.1) |
| Intra-articular[‡] | 0 | 4 (<0.1) |
| Non-fatal non-critical organ bleeding[20] | 27 (0.7) | 37 (0.9) |
| Decrease in Hb ≥ 2-g/dL | 28 (0.7) | 42 (1.0) |
| Transfusion of ≥2 units of whole blood or packed red blood cells | 18 (0.4) | 25 (0.6) |
| Clinically relevant non-major bleeding[21] | 357 (8.6) | 357 (8.7) |
| Any major or clinically relevant non-major bleeding event[22] | 388 (9.4) | 412 (10.0) |

[*]  Bleeding event occurred after randomization and up to 2 days after the last dose of study drug. Although a patient may have had 2 or more events, the patient is counted only once in a category.

[†]  Treatment schedule in EINSTEIN DVT and EINSTEIN PE studies: XARELTO 15 mg twice daily for 3 weeks followed by 20 mg once daily; enoxaparin/VKA [enoxaparin: 1 mg/kg twice daily, VKA: individually titrated doses to achieve a target INR of 2.5 (range: 2.0-3.0)]

[‡]  Treatment-emergent major bleeding events with at least ≥2 subjects in any pooled treatment group

The incidence rate of all confirmed treatment-emergent major bleeding events was lower in the XARELTO treatment group (1.0%) compared to the enoxaparin/VKA treatment group (1.7%) [HR (95% CI): 0.54 (0.37, 0.79)].[23]

Overall, the results of the subgroup analyses for the treatment-emergent major bleeding events in the pooled analysis showed no increased risk in bleeding events in the XARELTO treatment groups compared with enoxaparin/VKA across all subgroups (including age, weight, creatinine clearance, and intended treatment duration).[24]

EINSTEIN Extension Study

In the EINSTEIN Extension clinical study, the most frequent adverse reactions associated with permanent drug discontinuation were bleeding events, with incidence rates of 1.8% for XARELTO vs. 0.2% for placebo treatment groups.[25] The mean duration of treatment was 190 days for both XARELTO and placebo treatment groups.[26]

Table 3 shows the number of patients experiencing various types of bleeding events in the EINSTEIN Extension study.

11

**Table 3:      Bleeding Events\* in EINSTEIN Extension Study – Safety Population[27]**

| Parameter | XARELTO[‡] 20 mg N = 598 n (%) | Placebo[‡] N = 590 n (%) |
|---|---|---|
| Major bleeding event[§] | 4 (0.7) | 0 |
| Decrease in Hb >2 g/dL | 4 (0.7) | 0 |
| Transfusion of >2 units of whole blood or packed red blood cells | 2 (0.3) | 0 |

\*  Bleeding event occurred after the first dose and up to 2 days after the last dose of study drug. Although a patient may have had 2 or more events, the patient is counted only once in a category.
‡  Treatment schedule: XARELTO 20 mg once daily; matched placebo once daily
§  There were no fatal or critical organ bleeding events.

*Prophylaxis of Deep Vein Thrombosis Following Hip or Knee Replacement Surgery*

In the RECORD clinical trials, the overall incidence rate of adverse reactions leading to permanent treatment discontinuation was 3.7% with XARELTO.

The mean duration of XARELTO treatment was 11.9 days in the total knee replacement study and 33.4 days in the total hip replacement studies. Overall, in the RECORD program, the mean age of the patients studied in the XARELTO group was 64 years, 59% were female and 82% were Caucasian. Twenty-seven percent (1206) of patients underwent knee replacement surgery and 73% (3281) underwent hip replacement surgery.

The rates of major bleeding events and any bleeding events observed in patients in the RECORD clinical trials are shown in Table 24.

12

Table ~~34~~: Bleeding Events[*] in Patients Undergoing Hip or Knee Replacement Surgeries (RECORD 1-3)

| | XARELTO 10 mg | Enoxaparin[†] |
|---|---|---|
| **Total treated patients** | **N = 4487**<br>**n (%)** | **N = 4524**<br>**n (%)** |
| Major bleeding event | 14 (0.3) | 9 (0.2) |
| Fatal bleeding | 1 (<0.1) | 0 |
| Bleeding into a critical organ | 2 (<0.1) | 3 (0.1) |
| Bleeding that required re-operation | 7 (0.2) | 5 (0.1) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cells | 4 (0.1) | 1 (<0.1) |
| Any bleeding event[‡] | 261 (5.8) | 251 (5.6) |
| **Hip Surgery Studies** | **N = 3281**<br>**n (%)** | **N = 3298**<br>**n (%)** |
| Major bleeding event | 7 (0.2) | 3 (0.1) |
| Fatal bleeding | 1 (<0.1) | 0 |
| Bleeding into a critical organ | 1 (<0.1) | 1 (<0.1) |
| Bleeding that required re-operation | 2 (0.1) | 1 (<0.1) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cells | 3 (0.1) | 1 (<0.1) |
| Any bleeding event[‡] | 201 (6.1) | 191 (5.8) |
| **Knee Surgery Study** | **N = 1206**<br>**n (%)** | **N = 1226**<br>**n (%)** |
| Major bleeding event | 7 (0.6) | 6 (0.5) |
| Fatal bleeding | 0 | 0 |
| Bleeding into a critical organ | 1 (0.1) | 2 (0.2) |
| Bleeding that required re-operation | 5 (0.4) | 4 (0.3) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cells | 1 (0.1) | 0 |
| Any bleeding event[‡] | 60 (5.0) | 60 (4.9) |

[*] Bleeding events occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last dose of double-blind study medication. Patients may have more than one event.
[†] Includes the placebo-controlled period for RECORD 2, enoxaparin dosing was 40 mg once daily (RECORD 1-3)
[‡] Includes major bleeding events

Following XARELTO treatment, the majority of major bleeding complications (≥60%) occurred during the first week after surgery.

## Other Adverse Reactions

Non-hemorrhagic adverse drug reactions (ADRs) reported in ≥1% of XARELTO-treated patients are shown in Table ~~35~~.

13

Table ~~3~~5:   Other Adverse Drug Reactions[*] Reported by ≥1% of XARELTO-Treated Patients in RECORD 1-3 Studies

| System/Organ Class<br>    Adverse Reaction | XARELTO<br>10 mg<br>(N = 4487)<br>n (%) | Enoxaparin[†]<br><br>(N = 4524)<br>n (%) |
|---|---|---|
| **Injury, poisoning and procedural complications** | | |
|     Wound secretion | 125 (2.8) | 89 (2.0) |
| **Musculoskeletal and connective tissue disorders** | | |
|     Pain in extremity | 74 (1.7) | 55 (1.2) |
|     Muscle spasm | 52 (1.2) | 32 (0.7) |
| **Nervous system disorders** | | |
|     Syncope | 55 (1.2) | 32 (0.7) |
| **Skin and subcutaneous tissue disorders** | | |
|     Pruritus | 96 (2.1) | 79 (1.8) |
|     Blister | 63 (1.4) | 40 (0.9) |

[*] ADR occurring any time following the first dose of double-blind medication, which may have been prior to administration of active drug, until two days after the last dose of double-blind study medication.
[†] Includes the placebo-controlled period of RECORD 2, enoxaparin dosing was 40 mg once daily (RECORD 1-3)

*Other clinical trial experience:* In an investigational study of acute medically ill patients being treated with XARELTO 10 mg tablets, cases of pulmonary hemorrhage and pulmonary hemorrhage with bronchiectasis were observed.

## 6.2   Postmarketing Experience

The following adverse reactions have been identified during post-approval use of rivaroxaban. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

*Blood and lymphatic system disorders:* agranulocytosis

*Gastrointestinal disorders:* retroperitoneal hemorrhage

*Hepatobiliary disorders:* jaundice, cholestasis, cytolytic hepatitis

*Immune system disorders:* hypersensitivity, anaphylactic reaction, anaphylactic shock, angioedema[28]

*Nervous system disorders:* cerebral hemorrhage, subdural hematoma, epidural hematoma, hemiparesis

*Skin and subcutaneous tissue disorders:* Stevens-Johnson syndrome

14

## 7    DRUG INTERACTIONS

Rivaroxaban is a substrate of CYP3A4/5, CYP2J2, and the P-gp and ATP-binding cassette G2 (ABCG2) transporters. -Inhibitors and inducers of these CYP450 enzymes or transporters (e.g., P-gp) may result in changes in rivaroxaban exposure.

### 7.1    Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems

In drug interaction studies evaluating the concomitant use with drugs that are combined P-gp and CYP3A4 inhibitors, increases in rivaroxaban exposure and pharmacodynamic effects (i.e., factor Xa inhibition and PT prolongation) were observed. Significant increases in rivaroxaban exposure may increase bleeding risk.

- *Ketoconazole (combined P-gp and strong CYP3A4 inhibitor):* Steady-state rivaroxaban AUC and $C_{max}$ increased by 160% and 70%, respectively. Similar increases in pharmacodynamic effects were also observed.

- *Ritonavir (combined P-gp and strong CYP3A4 inhibitor):* Single-dose rivaroxaban AUC and $C_{max}$ increased by 150% and 60%, respectively. Similar increases in pharmacodynamic effects were also observed.

- *Clarithromycin (combined P-gp and strong CYP3A4 inhibitor):* Single-dose rivaroxaban AUC and $C_{max}$ increased by 50% and 40%, respectively. The smaller increases in exposure observed for clarithromycin compared to ketoconazole or ritonavir may be due to the relative difference in P-gp inhibition.

- *Erythromycin (combined P-gp and moderate CYP3A4 inhibitor):* Both the single-dose rivaroxaban AUC and $C_{max}$ increased by 30%.

- *Fluconazole (moderate CYP3A4 inhibitor):* Single-dose rivaroxaban AUC and $C_{max}$ increased by 40% and 30%, respectively.

Avoid concomitant administration of XARELTO with combined P-gp and strong CYP3A4 inhibitors (e.g., ketoconazole, itraconazole, lopinavir/ritonavir, ritonavir, indinavir/ritonavir, and conivaptan), which cause significant increases in rivaroxaban exposure that may increase bleeding risk.

15

Prophylaxis of Deep Vein Thrombosis[29]

When clinical data suggest a change in exposure is unlikely to affect bleeding risk (e.g., clarithromycin, erythromycin), no precautions are necessary during coadministration with drugs that are combined P-gp and CYP3A4 inhibitors.

### 7.2   Drugs that Induce Cytochrome P450 3A4 Enzymes and Drug Transport Systems

In a drug interaction study, co-administration of XARELTO (20 mg single dose with food) with a drug that is a combined P-gp and strong CYP3A4 inducer (rifampicin titrated up to 600 mg once daily) led to an approximate decrease of 50% and 22% in AUC and $C_{max}$, respectively. Similar decreases in pharmacodynamic effects were also observed. These decreases in exposure to rivaroxaban may decrease efficacy.

In a clinical study, the pharmacokinetics/pharmacodynamics of rivaroxaban administered as 30 mg twice daily in the first 3 weeks of treatment, followed by 20 mg twice daily, has been studied in 19 patients treated for DVT or PE and who concomitantly were medicated with a combined P-gp and strong CYP3A4 inducer (rifampicin or phenytoin). Similar rivaroxaban pharmacokinetics and pharmacodynamics were observed when compared to patients receiving the recommended rivaroxaban 15 mg twice daily in the first 3 weeks of treatment, followed by 20 mg once daily without the concomitant administration of a combined P-gp and strong CYP3A4 inducer.[30]

Avoid concomitant use of XARELTO with drugs that are combined P-gp and strong CYP3A4 inducers (e.g., carbamazepine, phenytoin, rifampin, St. John's wort). For patients requiring chronic use of a concomitant combined P-gp and strong CYP3A4 inducer, based on pharmacokinetic simulations and pharmacokinetic studies in DVT and/or PE patient populations, increasing the XARELTO daily dose could be considered during the coadministration *[see Dosage and Administration (2.4)]*.[31]

### 7.3   Anticoagulants

In a drug interaction study, single doses of enoxaparin (40 mg subcutaneous) and XARELTO (10 mg) given concomitantly resulted in an additive effect on anti-factor Xa activity. Enoxaparin did not affect the pharmacokinetics of rivaroxaban. In another study, single doses of warfarin (15 mg) and XARELTO (5 mg) resulted in an additive effect on factor Xa inhibition and PT. Warfarin did not affect the pharmacokinetics of rivaroxaban.

Prophylaxis of Deep Vein Thrombosis[32]

Avoid concurrent use of XARELTO with other anticoagulants due to the increased bleeding risk. Promptly evaluate any signs or symptoms of blood loss *[see Warnings and Precautions (5.2)]*.

**7.4   NSAIDs/Aspirin**

In ROCKET AF, concomitant aspirin use (almost exclusively at a dose of 100 mg or less) during the double-blind phase was identified as an independent risk factor for major bleeding. NSAIDs are known to increase bleeding, and bleeding risk may be increased when NSAIDs are used concomitantly with XARELTO. In a single-dose drug interaction study there were no pharmacokinetic or pharmacodynamic interactions observed after concomitant administration of naproxen or aspirin (acetylsalicylic acid) with XARELTO.

Promptly evaluate any signs or symptoms of blood loss if patients are treated concomitantly with aspirin, other platelet aggregation inhibitors, or NSAIDs *[see Warnings and Precautions (5.2)]*.

**7.5   Clopidogrel**

In two drug interaction studies where clopidogrel (300 mg loading dose followed by 75 mg daily maintenance dose) and XARELTO (15 mg single dose) were co-administered in healthy subjects, an increase in bleeding time to 45 minutes was observed in approximately 45% and 30% of subjects in these studies, respectively. The change in bleeding time was approximately twice the maximum increase seen with either drug alone. There was no change in the pharmacokinetics of either drug.

Promptly evaluate any signs or symptoms of blood loss if patients are treated concomitantly with clopidogrel *[see Warnings and Precautions (5.2)]*.

**7.6   Drug-Disease Interactions with Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems**

Based on simulated pharmacokinetic data, patients with renal impairment receiving full dose XARELTO in combination with drugs classified as combined P-gp and weak or moderate CYP3A4 inhibitors (e.g., amiodarone, diltiazem, verapamil, quinidine, ranolazine, dronedarone, felodipine, erythromycin, and azithromycin) may have significant increases in exposure compared with patients with normal renal function and no inhibitor use, since both pathways of rivaroxaban elimination are affected.

While increases in rivaroxaban exposure can be expected under such conditions, results from an analysis in the ROCKET AF trial, which allowed concomitant use with combined P-gp and weak or moderate CYP3A4 inhibitors (e.g., amiodarone, diltiazem, verapamil, chloramphenicol, cimetidine, and erythromycin), did not show an increase in bleeding in patients with CrCl 30 to <50 mL/min [Hazard Ratio (95% CI): 1.05 (0.77, 1.42)]. XARELTO should be used in patients with CrCL 15 to 50 mL/min who are receiving concomitant combined P-gp and weak or moderate CYP3A4 inhibitors only if the potential benefit justifies the potential risk *[see Use in Specific Populations (8.7)]*.

17

## 8   USE IN SPECIFIC POPULATIONS

### 8.1   Pregnancy

Pregnancy Category C

There are no adequate or well-controlled studies of XARELTO in pregnant women, and dosing for pregnant women has not been established. Use XARELTO with caution in pregnant patients because of the potential for pregnancy related hemorrhage and/or emergent delivery with an anticoagulant that is not readily reversible. The anticoagulant effect of XARELTO cannot be reliably monitored with standard laboratory testing. Animal reproduction studies showed no increased risk of structural malformations, but increased post-implantation pregnancy loss occurred in rabbits. XARELTO should be used during pregnancy only if the potential benefit justifies the potential risk to mother and fetus *[see Warnings and Precautions (5.4)]*.

Rivaroxaban crosses the placenta in animals. Animal reproduction studies have shown pronounced maternal hemorrhagic complications in rats and an increased incidence of post-implantation pregnancy loss in rabbits. Rivaroxaban increased fetal toxicity (increased resorptions, decreased number of live fetuses, and decreased fetal body weight) when pregnant rabbits were given oral doses of ≥10 mg/kg rivaroxaban during the period of organogenesis. This dose corresponds to about 4 times the human exposure of unbound drug, based on AUC comparisons at the highest recommended human dose of 20 mg/day. Fetal body weights decreased when pregnant rats were given oral doses of 120 mg/kg. This dose corresponds to about 14 times the human exposure of unbound drug.

### 8.2   Labor and Delivery

Safety and effectiveness of XARELTO during labor and delivery have not been studied in clinical trials. However, in animal studies maternal bleeding and maternal and fetal death occurred at the rivaroxaban dose of 40 mg/kg (about 6 times maximum human exposure of the unbound drug at the human dose of 20 mg/day).

### 8.3   Nursing Mothers

It is not known if rivaroxaban is excreted in human milk. Rivaroxaban and/or its metabolites were excreted into the milk of rats. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from rivaroxaban, a decision should be made whether to discontinue nursing or discontinue XARELTO, taking into account the importance of the drug to the mother.

### 8.4   Pediatric Use

Safety and effectiveness in pediatric patients have not been established.

18

**8.5   Geriatric Use**

Of the total number of patients in the RECORD 1-3 clinical studies evaluating XARELTO, about 54% were 65 years and over, while about 15% were >75 years. In ROCKET AF, approximately 77% were 65 years and over and about 38% were >75 years. In the EINSTEIN DVT, PE and Extension clinical studies approximately 37% were 65 years and over and about 16% were >75 years.[33] In clinical trials the efficacy of XARELTO in the elderly (65 years or older) was similar to that seen in patients younger than 65 years. Both thrombotic and bleeding event rates were higher in these older patients, but the risk-benefit profile was favorable in all age groups *[see Clinical Pharmacology (12.3) and Clinical Studies (14)]*.

**8.6   Females of Reproductive Potential**

Females of reproductive potential requiring anticoagulation should discuss pregnancy planning with their physician.

**8.7   Renal Impairment**

The safety and pharmacokinetics of single-dose XARELTO (10 mg) were evaluated in a study in healthy subjects [CrCl ≥80 mL/min (n=8)] and in subjects with varying degrees of renal impairment (see Table 46). Compared to healthy subjects with normal creatinine clearance, rivaroxaban exposure increased in subjects with renal impairment. Increases in pharmacodynamic effects were also observed.

**Table 46:   Percent Increase of Rivaroxaban PK and PD Parameters from Normal in Subjects with Renal Insufficiency from a Dedicated Renal Impairment Study**

| Parameter | | Renal Impairment Class [CrCl (mL/min)] | | |
|---|---|---|---|---|
| | | Mild [50 to 79] N=8 | Moderate [30 to 49] N=8 | Severe [15 to 29] N=8 |
| Exposure | AUC | 44 | 52 | 64 |
| (% increase relative to normal) | $C_{max}$ | 28 | 12 | 26 |
| FXa Inhibition | AUC | 50 | 86 | 100 |
| (% increase relative to normal) | $E_{max}$ | 9 | 10 | 12 |
| PT Prolongation | AUC | 33 | 116 | 144 |
| (% increase relative to normal) | $E_{max}$ | 4 | 17 | 20 |

PT = Prothrombin time; FXa = Coagulation factor Xa; AUC = Area under the concentration or effect curve; $C_{max}$ = maximum concentration; $E_{max}$ = maximum effect; and CrCl = creatinine clearance

Patients with renal impairment taking P-gp and weak to moderate CYP3A4 inhibitors may have significant increases in exposure which may increase bleeding risk *[see Drug Interactions (7.6)]*.

<u>Nonvalvular Atrial Fibrillation</u>

In the ROCKET AF trial, patients with CrCl 30 to 50 mL/min were administered XARELTO 15 mg once daily resulting in serum concentrations of rivaroxaban and clinical outcomes similar to those in patients with better renal function administered XARELTO 20 mg once daily.

Patients with CrCl 15 to 30 mL/min were not studied, but administration of XARELTO 15 mg once daily is also expected to result in serum concentrations of rivaroxaban similar to those in patients with normal renal function *[see Dosage and Administration (2.1)]*.

Treatment of Deep Vein Thrombosis (DVT), Pulmonary Embolism (PE), and Prevention of Recurrent DVT and/or PE [34]
In the EINSTEIN trials, patients with CrCl values <30 mL/min at screening were excluded from the studies. Avoid the use of XARELTO in patients with severe renal impairment (CrCl <30 mL/min) *[see Dosage and Administration (2.4)]*.

Prophylaxis of Deep Vein Thrombosis Following Hip or Knee Replacement Surgery
The combined analysis of the RECORD 1-3 clinical efficacy studies did not show an increase in bleeding risk for patients with moderate renal impairment and reported a possible increase in total VTE in this population. Observe closely and promptly evaluate any signs or symptoms of blood loss in patients with moderate renal impairment (CrCl 30 to <50 mL/min). Avoid the use of XARELTO in patients with severe renal impairment (CrCl <30 mL/min) *[see Dosage and Administration (2.34) and Warnings and Precautions (5.2)]*.

## 8.8   Hepatic Impairment

The safety and pharmacokinetics of single-dose XARELTO (10 mg) were evaluated in a study in healthy subjects (n=16) and subjects with varying degrees of hepatic impairment (see Table 57). No patients with severe hepatic impairment (Child-Pugh C) were studied. Compared to healthy subjects with normal liver function, significant increases in rivaroxaban exposure were observed in subjects with moderate hepatic impairment (Child-Pugh B). Increases in pharmacodynamic effects were also observed.

**Table 57:**   **Percent Increase of Rivaroxaban PK and PD Parameters from Normal in Subjects with Hepatic Insufficiency from a Dedicated Hepatic Impairment Study**

| Parameter | | Hepatic Impairment Class (Child-Pugh Class) | |
|---|---|---|---|
| | | Mild (Child-Pugh A) N=8 | Moderate (Child-Pugh B) N=8 |
| Exposure | AUC | 15 | 127 |
| (% increase relative to normal) | $C_{max}$ | 0 | 27 |
| FXa Inhibition | AUC | 8 | 159 |
| (% increase relative to normal) | $E_{max}$ | 0 | 24 |
| PT Prolongation | AUC | 6 | 114 |
| (% increase relative to normal) | $E_{max}$ | 2 | 41 |

PT = Prothrombin time; FXa = Coagulation factor Xa; AUC = Area under the concentration or effect curve; $C_{max}$ = maximum concentration; $E_{max}$ = maximum effect

Avoid the use of XARELTO in patients with moderate (Child-Pugh B) and severe (Child-Pugh C) hepatic impairment or with any hepatic disease associated with coagulopathy *[see Dosage and Administration (2.3~~4~~) and Warnings and Precautions (5.2)]*.

## 10  OVERDOSAGE

Overdose of XARELTO may lead to hemorrhage. A specific antidote for rivaroxaban is not available. Rivaroxaban systemic exposure is not further increased at single doses >50 mg due to limited absorption. Discontinue XARELTO and initiate appropriate therapy if bleeding complications associated with overdosage occur. The use of activated charcoal to reduce absorption in case of XARELTO overdose may be considered. Due to the high plasma protein binding, rivaroxaban is not expected to be dialyzable *[see Warnings and Precautions (5.2) and Clinical Pharmacology (12.3)]*.

## 11  DESCRIPTION

Rivaroxaban, a factor Xa inhibitor, is the active ingredient in XARELTO Tablets with the chemical name 5-Chloro-N-({(5S)-2-oxo-3-[4-(3-oxo-4-morpholinyl)phenyl]-1,3-oxazolidin-5-yl}methyl)-2-thiophenecarboxamide. The molecular formula of rivaroxaban is $C_{19}H_{18}ClN_3O_5S$ and the molecular weight is 435.89. The structural formula is:



Rivaroxaban is a pure (*S*)-enantiomer. It is an odorless, non-hygroscopic, white to yellowish powder. Rivaroxaban is only slightly soluble in organic solvents (e.g., acetone, polyethylene glycol 400) and is practically insoluble in water and aqueous media.

Each XARELTO tablet contains 10 mg, 15 mg, or 20 mg of rivaroxaban. The inactive ingredients of XARELTO are: croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, microcrystalline cellulose, and sodium lauryl sulfate. Additionally, the proprietary film coating mixture used for XARELTO 10 mg tablets is Opadry® Pink and XARELTO 15 mg tablets is Opadry® Red, containing ferric oxide red, hypromellose, polyethylene glycol 3350, and titanium dioxide, and for XARELTO 20 mg tablets is Opadry® II Dark Red, containing ferric oxide red, polyethylene glycol 3350, polyvinyl alcohol (partially hydrolyzed), talc, and titanium dioxide.

## 12  CLINICAL PHARMACOLOGY

### 12.1  Mechanism of Action

XARELTO is an orally bioavailable factor Xa inhibitor that selectively blocks the active site of factor Xa and does not require a cofactor (such as Anti-thrombin III) for activity. Activation of factor X to factor Xa (FXa) via the intrinsic and extrinsic pathways plays a central role in the cascade of blood coagulation.

### 12.2  Pharmacodynamics

Dose-dependent inhibition of factor Xa activity was observed in humans and the Neoplastin® prothrombin time (PT), activated partial thromboplastin time (aPTT) and HepTest® are prolonged dose-dependently. Anti-factor Xa activity is also influenced by rivaroxaban.

### 12.3  Pharmacokinetics

#### Absorption

The absolute bioavailability of rivaroxaban is dose-dependent. For the 10 mg dose, it is estimated to be 80% to 100% and is not affected by food. XARELTO 10 mg tablets can be taken with or without food *[see Dosage and Administration (2.2~~3~~)]*.

The absolute bioavailability of rivaroxaban at a dose of 20 mg in the fasted state is approximately 66%. Coadministration of XARELTO with food increases the bioavailability of the 20 mg dose (mean AUC and $C_{max}$ increasing by 39% and 76% respectively with food). XARELTO 15 mg and 20 mg tablets should be taken with ~~the evening meal~~food *[see Dosage and Administration (2.1, 2.2)]*.[35]

The maximum concentrations ($C_{max}$) of rivaroxaban appear 2 to 4 hours after tablet intake. The pharmacokinetics of rivaroxaban were not affected by drugs altering gastric pH. Coadministration of XARELTO (30 mg single dose) with the $H_2$-receptor antagonist ranitidine (150 mg twice daily), the antacid aluminum hydroxide/magnesium hydroxide (10 mL) or XARELTO (20 mg single dose) with the PPI omeprazole (40 mg once daily) did not show an effect on the bioavailability and exposure of rivaroxaban.

Absorption of rivaroxaban is dependent on the site of drug release in the GI tract. A 29% and 56% decrease in AUC and $C_{max}$ compared to tablet was reported when rivaroxaban granulate is released in the proximal small intestine. Exposure is further reduced when drug is released in the distal small intestine, or ascending colon. Avoid administration of rivaroxaban via a method that could deposit drug directly into the proximal small intestine (e.g., feeding tube) which can result in reduced absorption and related drug exposure.

In an *in vitro* stability and compatibility study, a crushed rivaroxaban 20 mg tablet showed complete stability in water, orange juice, cranberry juice, or applesauce tested for up to 4 hours. In addition, it was demonstrated that a water suspension of the crushed rivaroxaban 20 mg tablet showed high *in vitro* compatibility (no adsorption) with both PVC and silicone nasogastric (NG) tubing.[36]

In a study in healthy subjects, relative bioavailability (AUC and $C_{max}$) was comparable for 20 mg rivaroxaban administered orally as a crushed tablet mixed in applesauce, or suspended in water and administered via a NG tube followed by a liquid meal, compared to a whole tablet. Results from this study can be applied to lower rivaroxaban dose strengths.[37]

### Distribution

Plasma protein binding of rivaroxaban in human plasma is approximately 92% to 95%, with albumin being the main binding component. The steady-state volume of distribution in healthy subjects is approximately 50 L.

### Metabolism

Approximately 51% of an orally administered [$^{14}$C]-rivaroxaban dose was recovered as metabolites in urine (30%) and feces (21%). Oxidative degradation catalyzed by CYP3A4/5 and CYP2J2 and hydrolysis are the major sites of biotransformation. Unchanged rivaroxaban was the predominant moiety in plasma with no major or active circulating metabolites.

### Excretion

Following oral administration of a [$^{14}$C]-rivaroxaban dose, 66% of the radioactive dose was recovered in urine (36% as unchanged drug) and 28% was recovered in feces (7% as unchanged drug). Unchanged drug is excreted into urine, mainly via active tubular secretion and to a lesser extent via glomerular filtration (approximate 5:1 ratio). Rivaroxaban is a substrate of the efflux transporter proteins P-gp and ABCG2 (also abbreviated Bcrp). Rivaroxaban's affinity for influx transporter proteins is unknown.

Rivaroxaban is a low-clearance drug, with a systemic clearance of approximately 10 L/hr in healthy volunteers following intravenous administration. The terminal elimination half-life of rivaroxaban is 5 to 9 hours in healthy subjects aged 20 to 45 years.

### Specific Populations

#### *Gender*

Gender did not influence the pharmacokinetics or pharmacodynamics of XARELTO.

23

*Race*

Healthy Japanese subjects were found to have 20 to 40% on average, higher exposures compared to other ethnicities including Chinese. However, these differences in exposure are reduced when values are corrected for body weight.

*Elderly*

In clinical studies, elderly subjects exhibited higher rivaroxaban plasma concentrations than younger subjects with mean AUC values being approximately 50% higher, mainly due to reduced (apparent) total body and renal clearance. Age related changes in renal function may play a role in this age effect. The terminal elimination half-life is 11 to 13 hours in the elderly *[see Use in Specific Populations (8.5)]*.

*Body Weight*

Extremes in body weight (<50 kg or >120 kg) did not influence (less than 25%) rivaroxaban exposure.

Drug Interactions

*In vitro* studies indicate that rivaroxaban neither inhibits the major cytochrome P450 enzymes CYP1A2, 2C8, 2C9, 2C19, 2D6, 2J2, and 3A4 nor induces CYP1A2, 2B6, 2C19, or 3A4.

*In vitro* data also indicates a low rivaroxaban inhibitory potential for P-gp and ABCG2 transporters.

In addition, there were no significant pharmacokinetic interactions observed in studies comparing concomitant rivaroxaban 20 mg and 7.5 mg single dose of midazolam (substrate of CYP3A4), 0.375 mg once-daily dose of digoxin (substrate of P-gp), or 20 mg once daily dose of atorvastatin (substrate of CYP3A4 and P-gp) in healthy volunteers.

**12.6  QT/QTc Prolongation**

In a thorough QT study in healthy men and women aged 50 years and older, no QTc prolonging effects were observed for XARELTO (15 mg and 45 mg, single-dose).

**13  NON-CLINICAL TOXICOLOGY**

**13.1  Carcinogenesis, Mutagenesis, and Impairment of Fertility**

Rivaroxaban was not carcinogenic when administered by oral gavage to mice or rats for up to 2 years. The systemic exposures (AUCs) of unbound rivaroxaban in male and female mice at the highest dose tested (60 mg/kg/day) were 1- and 2-times, respectively, the human exposure of unbound drug at the human dose of 20 mg/day. Systemic exposures of unbound drug in male and female rats at the highest dose tested (60 mg/kg/day) were 2- and 4-times, respectively, the human exposure.

24

Rivaroxaban was not mutagenic in bacteria (Ames-Test) or clastogenic in V79 Chinese hamster lung cells *in vitro* or in the mouse micronucleus test *in vivo*.

No impairment of fertility was observed in male or female rats when given up to 200 mg/kg/day of rivaroxaban orally. This dose resulted in exposure levels, based on the unbound AUC, at least 13 times the exposure in humans given 20 mg rivaroxaban daily.

## 14   CLINICAL STUDIES

### 14.1  Stroke Prevention in Nonvalvular Atrial Fibrillation

The evidence for the efficacy and safety of XARELTO was derived from ROCKET AF, a multi-national, double-blind study comparing XARELTO (at a dose of 20 mg once daily with the evening meal in patients with CrCl >50 mL/min and 15 mg once daily with the evening meal in patients with CrCl 30 to <50 mL/min) to warfarin (titrated to INR 2.0 to 3.0) to reduce the risk of stroke and non-central nervous system (CNS) systemic embolism in patients with nonvalvular atrial fibrillation (AF). Patients had to have one or more of the following additional risk factors for stroke:

- a prior stroke (ischemic or unknown type), transient ischemic attack (TIA) or non-CNS systemic embolism, or
- 2 or more of the following risk factors:
  - age ≥75 years,
  - hypertension,
  - heart failure or left ventricular ejection fraction ≤35%, or
  - diabetes mellitus

ROCKET AF was a non-inferiority study designed to demonstrate that XARELTO preserved more than 50% of warfarin's effect on stroke and non-CNS systemic embolism as established by previous placebo-controlled studies of warfarin in atrial fibrillation.

A total of 14264 patients were randomized and followed on study treatment for a median of 590 days. The mean age was 71 years and the mean $CHADS_2$ score was 3.5. The population was 60% male, 83% Caucasian, 13% Asian and 1.3% Black. There was a history of stroke, TIA, or non-CNS systemic embolism in 55% of patients, and 38% of patients had not taken a vitamin K antagonist (VKA) within 6 weeks at time of screening. Concomitant diseases of patients in this study included hypertension 91%, diabetes 40%, congestive heart failure 63%, and prior myocardial infarction 17%. At baseline, 37% of patients were on aspirin (almost exclusively at a dose of 100 mg or less) and few patients were on clopidogrel. Patients were enrolled in Eastern Europe (39%); North America (19%); Asia, Australia, and New Zealand (15%); Western Europe

25

(15%); and Latin America (13%). Patients randomized to warfarin had a mean percentage of time in the INR target range of 2.0 to 3.0 of 55%, lower during the first few months of the study.

In ROCKET AF, XARELTO was demonstrated non-inferior to warfarin for the primary composite endpoint of time to first occurrence of stroke (any type) or non-CNS systemic embolism [HR (95% CI): 0.88 (0.74, 1.03)], but superiority to warfarin was not demonstrated. There is insufficient experience to determine how XARELTO and warfarin compare when warfarin therapy is well-controlled.

Table 68 displays the overall results for the primary composite endpoint and its components.

**Table 68:    Primary Composite Endpoint Results in ROCKET AF Study**

| Event | XARELTO | | Warfarin | | XARELTO vs. Warfarin |
|---|---|---|---|---|---|
| | N = 7081 n (%) | Event Rate (per 100 Pt-yrs) | N = 7090 n (%) | Event Rate (per 100 Pt-yrs) | Hazard Ratio (95% CI) |
| Primary Composite Endpoint* | 269 (3.8) | 2.1 | 306 (4.3) | 2.4 | 0.88 (0.74, 1.03) |
| Stroke | 253 (3.6) | 2.0 | 281 (4.0) | 2.2 | |
| Hemorrhagic Stroke | 33 (0.5) | 0.3 | 57 (0.8) | 0.4 | |
| Ischemic Stroke | 206 (2.9) | 1.6 | 208 (2.9) | 1.6 | |
| Unknown Stroke Type | 19 (0.3) | 0.2 | 18 (0.3) | 0.1 | |
| Non-CNS Systemic Embolism | 20 (0.3) | 0.2 | 27 (0.4) | 0.2 | |

* The primary endpoint was the time to first occurrence of stroke (any type) or non-CNS systemic embolism. Data are shown for all randomized patients followed to site notification that the study would end.

Figure 1 is a plot of the time from randomization to the occurrence of the first primary endpoint event in the two treatment arms.

Figure 1:   Time to First Occurrence of Stroke (any type) or Non-CNS Systemic Embolism by Treatment Group



Number of Subjects at Risk:

|          |      |      |      |      |      |      |      |      |      |      |
|----------|------|------|------|------|------|------|------|------|------|------|
| XARELTO  | 7081 | 6927 | 6774 | 6620 | 6470 | 5580 | 4779 | 3820 | 2951 | 2058 | 1321 |
| Warfarin | 7090 | 6910 | 6755 | 6590 | 6440 | 5561 | 4756 | 3807 | 2944 | 2069 | 1319 |

The efficacy of XARELTO was generally consistent across major subgroups.

The protocol for ROCKET AF did not stipulate anticoagulation after study drug discontinuation, but warfarin patients who completed the study were generally maintained on warfarin. XARELTO patients were generally switched to warfarin without a period of co-administration of warfarin and XARELTO, so that they were not adequately anticoagulated after stopping XARELTO until attaining a therapeutic INR. During the 28 days following the end of the study, there were 22 strokes in the 4637 patients taking XARELTO vs. 6 in the 4691 patients taking warfarin.

Few patients in ROCKET AF underwent electrical cardioversion for atrial fibrillation. The utility of XARELTO for preventing post-cardioversion stroke and systemic embolism is unknown.

**14.2  Treatment of Deep Vein Thrombosis (DVT), Pulmonary Embolism (PE), and Prevention of Recurrent DVT and/or PE**

EINSTEIN Deep Vein Thrombosis and EINSTEIN Pulmonary Embolism Studies

The clinical evidence for the efficacy of XARELTO to reduce the risk of DVT and/or PE and for the prevention of recurrent DVT and/or PE was derived from EINSTEIN DVT and EINSTEIN PE, multi-national, open-label, non-inferiority studies[38, 39] comparing XARELTO (at an initial dose of 15 mg twice daily with food for the first three weeks, followed by XARELTO 20 mg once daily with food)[40, 41] to enoxaparin 1 mg/kg twice daily for at least five days with VKA and then continued with VKA only after the target INR (2.0-3.0) was reached.[42, 43]

A total of 8281 (3449 in EINSTEIN DVT and 4832 in EINSTEIN PE) patients were randomized[44, 45] and followed on study treatment for a mean of 208 days in the XARELTO group and 204 days in the enoxaparin/VKA group.[46] The mean age was approximately 57 years. The population was 55% male, 70% Caucasian, 9% Asian and about 3% Black.[47] Aspirin was taken as on treatment concomitant antithrombotic medication by approximately 12% of patients in both treatment groups.[48]

In the EINSTEIN DVT study, 62% of patients had a spontaneous DVT/PE at baseline and 38% had a DVT attributed to recent surgery or trauma, immobilization, use of estrogen-containing drug, puerperium or active cancer. Of patients assessed with an index DVT, 6% had active cancer.[49] In the EINSTEIN PE study, 65% of patients had a spontaneous PE at baseline. Of patients assessed with an index PE, approximately 5% had active cancer.[50]

In the EINSTEIN DVT and EINSTEIN PE studies, XARELTO was demonstrated non-inferior to enoxaparin/VKA for the primary composite endpoint of time to first occurrence of recurrent DVT or non-fatal or fatal PE [EINSTEIN DVT HR (95% CI): 0.68 (0.44, 1.04)[51]; EINSTEIN PE HR (95% CI): 1.12 (0.75, 1.68)[52]].

Table 9 displays the overall results for the primary composite endpoint and its components for EINSTEIN DVT and EINSTEIN PE studies.

**Table 9:     Primary Composite Endpoint Results* in EINSTEIN DVT and EINSTEIN PE Studies – Intent-to-Treat Population**

| Event | XARELTO 20 mg[†] | Enoxaparin/VKA[†] | XARELTO vs. Enoxaparin/VKA Hazard Ratio (95% CI) |
|---|---|---|---|
| **EINSTEIN DVT Study[53]** | **N = 1731 n (%)** | **N = 1718 n (%)** | |
| Primary Composite Endpoint | 36 (2.1) | 51 (3.0) | 0.68 (0.44, 1.04) p-value = <0.0001[‡54] |
| Death (PE) | 1 (<0.1) | 0 | |
| Death (PE cannot be excluded) | 3 (0.2) | 6 (0.3) | |
| Symptomatic PE and DVT | 1 (<0.1) | 0 | |
| Symptomatic recurrent PE only | 20 (1.2) | 18 (1.0) | |
| Symptomatic recurrent DVT only | 14 (0.8) | 28 (1.6) | |
| **EINSTEIN PE Study[55]** | **N = 2419 n (%)** | **N = 2413 n (%)** | |
| Primary Composite Endpoint | 50 (2.1) | 44 (1.8) | 1.12 (0.75, 1.68) p-value =0.0026[‡56] |
| Death (PE) | 3 (0.1) | 1 (<0.1) | |
| Death (PE cannot be excluded) | 8 (0.3) | 6 (0.2) | |
| Symptomatic PE and DVT | 0 | 2 (<0.1) | |
| Symptomatic recurrent PE only | 23 (1.0) | 20 (0.8) | |
| Symptomatic recurrent DVT only | 18 (0.7) | 17 (0.7) | |

\*  For the primary efficacy analysis, all confirmed events were considered from randomization up to the end of intended treatment duration (3, 6 or 12 months) irrespective of the actual treatment duration.
†  Treatment schedule in EINSTEIN DVT and EINSTEIN PE studies: XARELTO 15 mg twice daily for 3 weeks followed by 20 mg once daily; enoxaparin/VKA [enoxaparin: 1 mg/kg twice daily, VKA: individually titrated doses to achieve a target INR of 2.5 (range: 2.0-3.0)]
‡  p-value for non-inferiority

Figures 2 and 3 are plots of the time from randomization to the occurrence of the first primary efficacy endpoint event in the two treatment groups in EINSTEIN DVT and EINSTEIN PE studies, respectively.

**Figure 2: Time to First Occurrence of the Composite of Recurrent DVT or Non-fatal or Fatal PE by Treatment Group (Intent-to-Treat Population) – EINSTEIN DVT Study[57]**



**Figure 3: Time to First Occurrence of the Composite of Recurrent DVT or Non-fatal or Fatal PE by Treatment Group (Intent-to-Treat Population) – EINSTEIN PE Study[58]**



The efficacy of XARELTO was generally consistent across major subgroups.[59]

## EINSTEIN Extension Study

The clinical evidence for the efficacy of extended XARELTO use to prevent recurrent symptomatic DVT and PE was derived from EINSTEIN Extension study, a multi-national, double-blind, superiority study comparing XARELTO (20 mg once daily with food) to placebo in patients who had completed 6 to 14 months of treatment for DVT and/or PE following the acute event.[60]

A total of 1196 patients were randomized and followed on study treatment for a mean of 190 days for both XARELTO and placebo treatment groups.[61] The mean age was approximately 58 years. The population was 58% male, 78% Caucasian, 8% Asian and about 2% Black.[62] Aspirin was taken as on-treatment concomitant antithrombotic medication by approximately 12% of patients in both treatment groups.[63] In the EINSTEIN Extension study about 60% of patients had a history of proximal index DVT without PE event and 29% of patients had a PE without symptomatic DVT event.[64]

In the EINSTEIN Extension study XARELTO was demonstrated superior to placebo for the primary composite endpoint of time to first occurrence of recurrent DVT or non-fatal or fatal PE [HR (95% CI): 0.18 (0.09, 0.39)].[65]

Table 10 displays the overall results for the primary composite endpoint and its components.

**Table 10:    Primary Composite Endpoint Results\* in EINSTEIN Extension Study – Intent-to-Treat Population[66, 67]**

| Event | XARELTO 20 mg N = 602 n (%) | Placebo N = 594 n (%) | XARELTO vs. Placebo Hazard Ratio (95% CI) |
|---|---|---|---|
| Primary Composite Endpoint | 8 (1.3) | 42 (7.1) | 0.18 (0.09, 0.39) p-value=<0.0001[‡] |
| Death (PE) | 0 | 1 (0.2) | |
| Death (PE cannot be excluded) | 1 (0.2) | 0 | |
| Symptomatic recurrent PE only | 2 (0.3) | 13 (2.2) | |
| Symptomatic recurrent DVT only | 5 (0.8) | 31 (5.2) | |

\*  For the primary efficacy analysis, all confirmed events were considered from randomization up to the end of intended treatment duration (6 or 12 months) irrespective of the actual treatment duration.
‡   p-value for superiority

Figure 4 is a plot of the time from randomization to the occurrence of the first primary efficacy endpoint event in the two treatment groups.

31

**Figure 4: Time to First Occurrence of the Composite of Recurrent DVT or Non-fatal or Fatal PE by Treatment Group (Intent-to-Treat Population) – EINSTEIN Extension Study**[68]



The efficacy of XARELTO was generally consistent across major subgroups.[69]

### 14.214.3 Prophylaxis of Deep Vein Thrombosis Following Hip or Knee Replacement Surgery

XARELTO was studied in 9011 patients (4487 XARELTO-treated, 4524 enoxaparin-treated patients) in the RECORD 1, 2, and 3 studies.

The two randomized, double-blind, clinical studies (RECORD 1 and 2) in patients undergoing elective total hip replacement surgery compared XARELTO 10 mg once daily starting at least 6 to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin 40 mg once daily started 12 hours preoperatively. In RECORD 1 and 2, a total of 6727 patients were randomized and 6579 received study drug. The mean age [± standard deviation (SD)] was 63 ± 12.2 (range 18 to 93) years with 49% of patients ≥65 years and 55% of patients were female. More than 82% of patients were White, 7% were Asian, and less than 2% were Black. The studies excluded patients undergoing staged bilateral total hip replacement, patients with severe renal impairment defined as an estimated creatinine clearance <30 mL/min, or patients with significant liver disease (hepatitis or cirrhosis). In RECORD 1, the mean exposure duration (± SD) to active XARELTO and enoxaparin was 33.3 ± 7.0 and 33.6 ± 8.3 days, respectively. In RECORD 2, the mean exposure duration to active XARELTO and enoxaparin was 33.5 ± 6.9 and 12.4 ± 2.9 days, respectively. After Day 13, oral placebo was continued in the enoxaparin

32

group for the remainder of the double-blind study duration. The efficacy data for RECORD 1 and 2 are provided in Table ~~7~~11.

**Table ~~7~~11:**   **Summary of Key Efficacy Analysis Results for Patients Undergoing Total Hip Replacement Surgery - Modified Intent-to-Treat Population**

| Treatment Dosage and Duration | RECORD 1 | | | RECORD 2 | | |
|---|---|---|---|---|---|---|
| | XARELTO 10 mg once daily | Enoxaparin 40 mg once daily | RRR[*], p-value | XARELTO 10 mg once daily | Enoxaparin[†] 40 mg once daily | RRR[*], p-value |
| **Number of Patients** | **N = 1513** | **N = 1473** | | **N = 834** | **N = 835** | |
| **Total VTE** | 17 (1.1%) | 57 (3.9%) | 71% (95% CI: 50, 83), p<0.001 | 17 (2.0%) | 70 (8.4%) | 76% (95% CI: 59, 86), p<0.001 |
| **Components of Total VTE** | | | | | | |
| Proximal DVT | 1 (0.1%) | 31 (2.1%) | | 5 (0.6%) | 40 (4.8%) | |
| Distal DVT | 12 (0.8%) | 26 (1.8%) | | 11 (1.3%) | 43 (5.2%) | |
| Non-fatal PE | 3 (0.2%) | 1 (0.1%) | | 1 (0.1%) | 4 (0.5%) | |
| Death (any cause) | 4 (0.3%) | 4 (0.3%) | | 2 (0.2%) | 4 (0.5%) | |
| **Number of Patients** | **N= 1600** | **N = 1587** | | **N= 928** | **N = 929** | |
| **Major VTE[‡]** | 3 (0.2%) | 33 (2.1%) | 91% (95% CI: 71, 97), p<0.001 | 6 (0.7%) | 45 (4.8%) | 87% (95% CI: 69, 94), p<0.001 |
| **Number of Patients** | **N = 2103** | **N = 2119** | | **N = 1178** | **N = 1179** | |
| **Symptomatic VTE** | 5 (0.2%) | 11 (0.5%) | | 3 (0.3%) | 15 (1.3%) | |

[*]   Relative Risk Reduction; CI=confidence interval
[†]   Includes the placebo-controlled period of RECORD 2
[‡]   Proximal DVT, nonfatal PE or VTE-related death

One randomized, double-blind, clinical study (RECORD 3) in patients undergoing elective total knee replacement surgery compared XARELTO 10 mg once daily started at least 6 to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin. In RECORD 3, the enoxaparin regimen was 40 mg once daily started 12 hours preoperatively. The mean age (± SD) of patients in the study was 68 ± 9.0 (range 28 to 91) years with 66% of patients ≥65 years. Sixty-eight percent (68%) of patients were female. Eighty-one percent (81%) of patients were White, less than 7% were Asian, and less than 2% were Black. The study excluded patients with severe renal impairment defined as an estimated creatinine clearance <30 mL/min or patients with significant liver disease (hepatitis or cirrhosis). The mean exposure duration (± SD) to active XARELTO and enoxaparin was 11.9 ± 2.3 and 12.5 ± 3.0 days, respectively. The efficacy data are provided in Table ~~8~~12.

33

Table ~~8~~12:   Summary of Key Efficacy Analysis Results for Patients Undergoing Total Knee Replacement
Surgery - Modified Intent-to-Treat Population

| Treatment Dosage and Duration | RECORD 3 | | |
|---|---|---|---|
| | XARELTO 10 mg once daily | Enoxaparin 40 mg once daily | RRR[*], p-value |
| Number of Patients | N = 813 | N = 871 | |
| Total VTE | 79 (9.7%) | 164 (18.8%) | 48% (95% CI: 34, 60), p<0.001 |
| Components of events contributing to Total VTE | | | |
| Proximal DVT | 9 (1.1%) | 19 (2.2%) | |
| Distal DVT | 74 (9.1%) | 154 (17.7%) | |
| Non-fatal PE | 0 | 4 (0.5%) | |
| Death (any cause) | 0 | 2 (0.2%) | |
| Number of Patients | N = 895 | N = 917 | |
| Major VTE[†] | 9 (1.0%) | 23 (2.5%) | 60% (95% CI: 14, 81), p=0.024 |
| Number of Patients | N = 1206 | N = 1226 | |
| Symptomatic VTE | 8 (0.7%) | 24 (2.0%) | |

[*]  Relative Risk Reduction; CI=confidence interval
[†]  Proximal DVT, nonfatal PE or VTE-related death

**Formatted:** Font: 9 pt

## 16  HOW SUPPLIED/STORAGE AND HANDLING

XARELTO (rivaroxaban) Tablets are available in the strengths and packages listed below:

- 10 mg tablets are round, light red, biconvex film-coated tablets marked with a triangle pointing down above a "10" on one side, and an "Xa" on the other side. The tablets are supplied in the packages listed:

    NDC 50458-580-30              Bottle containing 30 tablets

    NDC 50458-580-10              Blister package containing 100 tablets (10 blister cards containing 10 tablets each)

- 15 mg tablets are round, red, biconvex film-coated tablets with a triangle pointing down above a "15" marked on one side and "Xa" on the other side. The tablets are supplied in the packages listed:

    NDC 50458-578-30              Bottle containing 30 tablets

    NDC 50458-578-90              Bottle containing 90 tablets

    NDC 50458-578-10              Blister package containing 100 tablets (10 blister cards containing 10 tablets each)

34

- 20 mg tablets are triangle-shaped, dark red film-coated tablets with a triangle pointing down above a "20" marked on one side and "Xa" on the other side. The tablets are supplied in the packages listed:

  NDC 50458-579-30          Bottle containing 30 tablets

  NDC 50458-579-90          Bottle containing 90 tablets

  NDC 50458-579-10          Blister package containing 100 tablets (10 blister cards containing 10 tablets each)

Store at 25° C (77° F) or room temperature; excursions permitted to 15°-30° C (59°-86° F) [see USP Controlled Room Temperature].

Keep out of the reach of children.

## 17  PATIENT COUNSELING INFORMATION[70]

*See FDA-approved patient labeling (Medication Guide).*

### 17.1  Instructions for Patient Use

- Advise patients to take XARELTO only as directed.

- Remind patients to not discontinue XARELTO without first talking to their healthcare professional.

- Advise patients with atrial fibrillation to take XARELTO once daily with the evening meal.

- Advise patients with DVT and/or PE to take XARELTO 15 mg or 20 mg tablets with food at approximately the same time every day *[see Dosage and Administration (2.2)].*

- Advise patients who cannot swallow the tablet whole to crush XARELTO and combine with a small amount of applesauce *[see Dosage and Administration (2.4)].*

- For patients requiring a feeding tube, instruct the patient or caregiver to crush the XARELTO tablet and mix it with a small amount of water before administering via the feeding tube *[see Dosage and Administration (2.4)].*

- If a dose is missed, advise the patient to take XARELTO as soon as possible on the same day and continue on the following day with their recommended daily dose regimen.

### 17.2  Bleeding Risks

- Advise patients to report any unusual bleeding or bruising to their physician. Inform patients that it might take them longer than usual to stop bleeding, and that they may bruise and/or bleed more easily when they are treated with XARELTO *[see Warnings and Precautions (5.2)].*

- If patients have had neuraxial anesthesia or spinal puncture, and particularly, if they are taking concomitant NSAIDs or platelet inhibitors, advise patients to watch for signs and symptoms of spinal or epidural hematoma, such as tingling, numbness (especially in the lower limbs) and muscular weakness. If any of these symptoms occur, advise the patient to contact his or her physician immediately *[see Boxed Warning]*.

### 17.3   Invasive or Surgical Procedures

Instruct patients to inform their health care professional that they are taking XARELTO before any invasive procedure (including dental procedures) is scheduled.

### 17.4  Concomitant Medication and Herbals

Advise patients to inform their physicians and dentists if they are taking, or plan to take, any prescription or over-the-counter drugs or herbals, so their healthcare professionals can evaluate potential interactions *[see Drug Interactions (7)]*.

### 17.5  Pregnancy and Pregnancy-Related Hemorrhage

- Advise patients to inform their physician immediately if they become pregnant or intend to become pregnant during treatment with XARELTO *[see Use in Specific Populations (8.1)]*.

- Advise pregnant women receiving XARELTO to immediately report to their physician any bleeding or symptoms of blood loss *[see Warnings and Precautions (5.4)]*.

### 17.6  Nursing

Advise patients to discuss with their physician if they are nursing or intend to nurse during anticoagulant treatment *[see Use in Specific Populations (8.3)]*.

### 17.7  Females of Reproductive Potential

Advise patients who can become pregnant to discuss pregnancy planning with their physician *[see Use in Specific Populations (8.6)]*.

Active Ingredient Made in Germany

Finished Product Manufactured by:
Janssen Ortho, LLC
Gurabo, PR 00778

Manufactured for:
Janssen Pharmaceuticals, Inc.

36

Titusville, NJ 08560

Licensed from:

Bayer HealthCare AG

51368 Leverkusen, Germany

© Janssen Pharmaceuticals, Inc. 2011

MEDICATION GUIDE[71]

XARELTO® (zah-REL-toe)

(rivaroxaban)

Tablets

Read this Medication Guide before you start taking XARELTO and each time you get a refill. There may be new information. This Medication Guide does not take the place of talking with your doctor about your medical condition or your treatment.

**What is the most important information I should know about XARELTO?**

- **For people taking XARELTO for atrial fibrillation**:

  People with atrial fibrillation (an irregular heart beat) are at an increased risk of forming a blood clot in the heart, which can travel to the brain, causing a stroke, or to other parts of the body. XARELTO lowers your chance of having a stroke by helping to prevent clots from forming. If you stop taking XARELTO, you may have increased risk of forming a clot in your blood.

  **Do not stop taking XARELTO without talking to the doctor who prescribes it for you. Stopping XARELTO increases your risk of having a stroke.**

  If you have to stop taking XARELTO, your doctor may prescribe another blood thinner medicine to prevent a blood clot from forming.

- XARELTO can cause bleeding which can be serious, and rarely may lead to death. This is because XARELTO is a blood thinner medicine that reduces blood clotting. While you take XARELTO you are likely to bruise more easily and it may take longer for bleeding to stop.

  You may have a higher risk of bleeding if you take XARELTO and take other medicines that increase your risk of bleeding, including:

  - aspirin or aspirin containing products
  - non-steroidal anti-inflammatory drugs (NSAIDs)
  - warfarin sodium (Coumadin®, Jantoven®)
  - any medicine that contains heparin
  - clopidogrel (Plavix®)
  - prasugrel (Effient®)
  - ticagrelor (Brilinta®)

  Tell your doctor if you take any of these medicines. Ask your doctor or pharmacist if you are not sure if your medicine is one listed above.

  **Call your doctor or get medical help right away if you develop any of these signs or symptoms of bleeding:**
  - unexpected bleeding or bleeding that lasts a long time, such as:
    - nose bleeds that happen often
    - unusual bleeding from the gums

38

- o menstrual bleeding that is heavier than normal or vaginal bleeding
- bleeding that is severe or you cannot control
- red, pink or brown urine
- bright red or black stools (looks like tar)
- cough up blood or blood clots
- vomit blood or your vomit looks like "coffee grounds"
- headaches, feeling dizzy or weak
- pain, swelling, or new drainage at wound sites

**See "What are the possible side effects of XARELTO?" for more information about side effects.**

**What is XARELTO?**

- XARELTO is a prescription medicine used to:

  - o reduce the risk of stroke and blood clots in people who have a medical condition called atrial fibrillation. With atrial fibrillation, part of the heart does not beat the way it should. This can lead to the formation of blood clots, which can travel to the brain, causing a stroke, or to other parts of the body.

  - o treat existing blood clots in the veins of your legs (deep vein thrombosis) or lungs (pulmonary embolism) and reduce the risk of them from occurring again.

  - o reduce the risk of forming a blood clot in the legs and lungs of people who have just had hip or knee replacement surgery.

  It is not known if XARELTO is safe and works in children.

**Who should not take XARELTO?**

**Do not take XARELTO if you:**

- currently have certain types of abnormal bleeding. Talk to your doctor before taking XARELTO if you currently have unusual bleeding.

- are allergic to rivaroxaban or any of the ingredients in XARELTO. See the end of this leaflet for a complete list of ingredients in XARELTO.

**What should I tell my doctor before taking XARELTO?**

Before you take XARELTO, tell your doctor if you:

- have ever had bleeding problems

- have liver or kidney problems

- have any other medical condition

- are pregnant or planning to become pregnant. It is not known if XARELTO will harm your unborn baby.

- are breastfeeding or plan to breastfeed. It is not known if XARELTO passes into your breast milk. You and your doctor should decide if you will take XARELTO or breastfeed.

Tell all of your doctors and dentists that you are taking XARELTO. They should talk to the doctor who prescribed XARELTO for you before you have any surgery, medical or dental procedure.

**Tell your doctor about all the medicines you take, including prescription and nonprescription medicines, vitamins, and herbal supplements.** Some of your other medicines may affect the way XARELTO works. Certain medicines may increase your risk of bleeding. See **"What is the most important information I should know about XARELTO?"**

Especially tell your doctor if you take:

- ketoconazole (Nizoral®)
- itraconazole (Onmel™, Sporanox®)
- ritonavir (Norvir®)
- lopinavir/ritonavir (Kaletra®)
- indinavir (Crixivan®)
- carbamazepine (Carbatrol®, Equetro®, Tegretol®, Tegretol®-XR, Teril™, Epitol®)
- phenytoin (Dilantin-125®, Dilantin®)
- phenobarbital (Solfoton™)
- rifampin (Rifater®, Rifamate®, Rimactane®, Rifadin®)
- St. John's wort (Hypericum perforatum)

Ask your doctor if you are not sure if your medicine is one listed above.

Know the medicines you take. Keep a list of them to show your doctor and pharmacist when you get a new medicine.

**How should I take XARELTO?**

- Take XARELTO exactly as prescribed by your doctor. Do not change your dose or stop taking XARELTO unless your doctor tells you to.
- For people who have:
  - o  **atrial fibrillation:** Take XARELTO 1 time a day **with your evening meal. Stopping XARELTO may increase your risk of having a stroke or forming blood clots in other parts of your body.**

  - o  **blood clots in the veins of your legs or lungs:**

      For treatment, take XARELTO 15 mg 2 times a day with food for the first 3 weeks, followed by XARELTO 20 mg 1 time a day with food.

      For the long-term prevention of blood clots, take XARELTO 20 mg 1 time a day with food.

40

- o **hip or knee replacement surgery:** Take XARELTO 1 time a day **with or without food**.

- <u>If you cannot swallow the tablet whole, XARELTO can be crushed and taken with a small amount of applesauce. Swallow all of the medicine mixture immediately.</u>

- **Your doctor will decide how long you should take XARELTO. Do not stop taking XARELTO without talking with your doctor first.**

- Your doctor may stop XARELTO for a short time before any surgery, medical or dental procedure. Your doctor will tell you when to start taking XARELTO again after your surgery or procedure.

- Do not run out of XARELTO. Refill your prescription of XARELTO before you run out. When leaving the hospital following a hip or knee replacement, be sure that you will have XARELTO available to avoid missing any doses.

- If you miss a dose of XARELTO, take it as soon as you remember on the same day.

- If you take too much XARELTO, go to the nearest hospital emergency room or call your doctor right away.

**What are the possible side effects of XARELTO?**

- **See "What is the most important information I should know about XARELTO?"**

Tell your doctor if you have any side effect that bothers you or that does not go away.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store XARELTO?**

- Store XARELTO at room temperature between 59° to 86°F (15° to 30° C).

**Keep XARELTO and all medicines out of the reach of children.**

**General information about XARELTO.**

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use XARELTO for a condition for which it was not prescribed. Do not give XARELTO to other people, even if they have the same condition. It may harm them.

This Medication Guide summarizes the most important information about XARELTO. If you would like more information, talk with your doctor. You can ask your pharmacist or doctor for information about XARELTO that is written for health professionals.

For more information call 1-800-526-7736 or go to www.XARELTO-US.com.

**Formatted:** Default Paragraph Font

41

**What are the ingredients in XARELTO?**

Active ingredient: rivaroxaban

Inactive ingredients: croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, microcrystalline cellulose, and sodium lauryl sulfate.

The proprietary film coating mixture for XARELTO 10 mg tablets is Opadry® Pink contains: ferric oxide red, hypromellose, polyethylene glycol 3350, and titanium dioxide.

The proprietary film coating mixture for XARELTO 15 mg tablets is Opadry® Red, contains: ferric oxide red, hypromellose, polyethylene glycol 3350, and titanium dioxide.

The proprietary film coating mixture for XARELTO 20 mg tablets is Opadry® II Dark Red, contains: ferric oxide red, polyethylene glycol 3350, polyvinyl alcohol (partially hydrolyzed), talc, and titanium dioxide.

Revised: ~~December 2011~~Month Year

This Medication Guide has been approved by the U.S. Food and Drug Administration.

Finished Product Manufactured by:
Janssen Ortho, LLC
Gurabo, PR 00778

Manufactured for:
Janssen Pharmaceuticals, Inc.
Titusville, NJ 08560

Licensed from:
Bayer HealthCare AG
51368 Leverkusen, Germany

© Janssen Pharmaceuticals, Inc. 2011

Trademarks are property of their respective owners.

42

## ENDNOTE ANNOTATIONS

[1] The contents of the Highlights section are based on the contents of the Full Prescribing Information (FPI)--See annotations in FPI.

[2] eCTD Sequence 0088, Module 2.5 Clinical Overview, Section 7. EDMS-ERI-40928632.

[3] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Efficacy, Section 4. EDMS-ERI-34779649.

[4] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Safety, Section 4.2. EDMS-ERI-34769989.

[5] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Efficacy, Section 4. EDMS-ERI-34779649.

[6] eCTD Sequence 0088, Module 2.5 Clinical Overview, Section 7. EDMS-ERI-40928632.

[7] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Safety, Section 4.1. EDMS-ERI-34769989.

[8] eCTD Sequence 0088, Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 1.2.4.

[9] eCTD Sequence 0088, Module 2.5 Clinical Overview, Section 7. EDMS-ERI-40928632.

[10] eCTD Sequence 0088, Module 3.2.P.2.6 Compatibility.

[11] eCTD Sequence 0088, Module 2.7.1 Summary of Biopharmaceutic Studies and Associated Analytical Methods, Section 2.2. EDMS-ERI-41171070.

[12] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Safety, Section 4.3. EDMS-ERI-34769989.

[13] eCTD Sequence 0088, Module 2.5 Clinical Overview, Section 5.4.3.2. EDMS-ERI-40928632.

[14] Bayer HealthCare AG Study 11702 Clinical Study Report Oral direct factor Xa inhibitor rivaroxaban in patients with acute symptomatic deep-vein thrombosis The EINSTEIN DVT study, Section 8.1 Disposition of subjects, Text-Figure 8-1. 25 October 2010.

[15] Bayer HealthCare AG Study 11702 EINSTEIN PE Clinical Study Report Oral direct factor Xa inhibitor rivaroxaban in patients with acute symptomatic pulmonary embolism The EINSTEIN PE Study, Section 8.1 Disposition of subjects, Text-Figure 8-1. 20 March 2012.

[16] Bayer HealthCare AG Study 11899 EINSTEIN Extension Clinical Study Report Once-daily oral direct factor Xa inhibitor rivaroxaban in the long-term prevention of recurrent symptomatic venous thromboembolism in patients with symptomatic deep-vein thrombosis or pulmonary embolism. The Einstein extension study, Section 8.1 Disposition of subjects, Text-Figure 8-1. 01 September 2010.

[17] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Safety, Section 1.1.4.5.11. EDMS-ERI-34769989.

[18] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Safety, Section 1.1.4.1.3 Duration of Treatment, Table 27. EDMS-ERI-34769989.

[19] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Safety, Section 1.1.4.5.1.2 Major Bleeding, Table 33. EDMS-ERI-34769989.

[20] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Safety, Section 1.1.4.5.1.2. EDMS-ERI-34769989.

[21] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Safety, Section 1.1.4.5.1.3 Clinically Relevant Non-Major Bleeding Events, Table 34. EDMS-ERI-34769989.

[22] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Safety, Section 1.1.4.5.1.1 Principal Safety Outcome, Table 32. EDMS-ERI-34769989.

[23] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Safety, Section 1.1.4.5.1.2. EDMS-ERI-34769989.

[24] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Safety, Section 1.1.4.5.5. EDMS-ERI-34769989.

[25] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Safety, Section 1.1.5.1.5.8. EDMS-ERI-34769989.

[26] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Safety, Section 1.1.5.1.1.3 Duration of Treatment, Table 39. EDMS-ERI-34769989.

[27] Bayer HealthCare AG Study 11899 EINSTEIN Extension Clinical Study Report Once-daily oral direct factor Xa inhibitor rivaroxaban in the long-term prevention of recurrent symptomatic venous thromboembolism in patients with symptomatic deep-vein thrombosis or pulmonary embolism. The Einstein extension study, Section 10.4.3.4.1 Analysis of bleeding events, Text Table 10-13. 01 September 2010.

[28] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Safety, Section 3.2.2.5. EDMS-ERI-34769989.

[29] eCTD Sequence 0088, Module 2.5 Clinical Overview, Section 5.7.3. EDMS-ERI-40928632.

[30] eCTD Sequence 0088, Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.6.2.

[31] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Safety, Section 4.3. EDMS-ERI-34769989.

[32] eCTD Sequence 0088, Module 2.5 Clinical Overview, Section 5.7.3. EDMS-ERI-40928632.

[33] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Safety, Section 4.1. EDMS-ERI-34769989.

[34] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Safety, Section 4.1. EDMS-ERI-34769989.

[35] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Safety, Section 4.2. EDMS-ERI-34769989.

[36] eCTD Sequence 0088, Module 3.2.P.2.6 Compatibility.

[37] eCTD Sequence 0088, Module 2.7.1 Summary of Biopharmaceutic Studies and Associated Analytical Methods, Section 2.2. EDMS-ERI-41171070.

[38] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Efficacy, Section 1.2.1.1. EDMS-ERI-34779649.

[39] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Efficacy, Section 1.2.2.1. EDMS-ERI-34779649.

[40] Bayer HealthCare AG Study 11702 Clinical Study Report Oral direct factor Xa inhibitor rivaroxaban in patients with acute symptomatic deep-vein thrombosis The EINSTEIN DVT study, Section 7.3.4. 25 October 2010.

[41] Bayer HealthCare AG Study 11702 EINSTEIN PE Clinical Study Report Oral direct factor Xa inhibitor rivaroxaban in patients with acute symptomatic pulmonary embolism The EINSTEIN PE Study, Section 7.3.4. 20 March 2012.

[42] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Efficacy, Section 1.2.1.3. EDMS-ERI-34779649.

[43] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Efficacy, Section 1.2.2.3. EDMS-ERI-34779649.

[44] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Efficacy, Section 2.2. EDMS-ERI-34779649.

[45] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Efficacy, Section 2.3. EDMS-ERI-34779649.

[46] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Efficacy, Section 3.3 Extent of Exposure, Table 18. EDMS-ERI-34779649.

[47] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Efficacy, Section 3.2 Demographics and Baseline Characteristics, Table 17. EDMS-ERI-34779649.

[48] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Safety, Section 1.1.4.3. EDMS-ERI-34769989.

[49] Bayer HealthCare AG Study 11702 Clinical Study Report Oral direct factor Xa inhibitor rivaroxaban in patients with acute symptomatic deep-vein thrombosis The EINSTEIN DVT study, Section 8.6.2 Description of index DVT at baseline, Text Table 8-11. 25 October 2010.

[50] Bayer HealthCare AG Study 11702 EINSTEIN PE Clinical Study Report Oral direct factor Xa inhibitor rivaroxaban in patients with acute symptomatic pulmonary embolism The EINSTEIN PE Study, Section 8.6.2 Description of index PE and coexisting DVT at baseline, Text Table 8-17. 20 March 2012.

[51] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Efficacy, Section 2.2.2. EDMS-ERI-34779649.

[52] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Efficacy, Section 2.3.2. EDMS-ERI-34779649.

[53] Bayer HealthCare AG Study 11702 Clinical Study Report Oral direct factor Xa inhibitor rivaroxaban in patients with acute symptomatic deep-vein thrombosis The EINSTEIN DVT study, Section 9.3.1 Primary efficacy outcome, Text Table 9-14. 25 October 2010.

[54] Bayer HealthCare AG Study 11702 Clinical Study Report Oral direct factor Xa inhibitor rivaroxaban in patients with acute symptomatic deep-vein thrombosis The EINSTEIN DVT study, Section 9.3.1 Primary efficacy outcome, Text Table 9-17. 25 October 2010.

[55] Bayer HealthCare AG Study 11702 EINSTEIN PE Clinical Study Report Oral direct factor Xa inhibitor rivaroxaban in patients with acute symptomatic pulmonary embolism The EINSTEIN PE Study, Section 9.3.1 Primary efficacy outcome, Text Table 9-13. 20 March 2012.

[56] Bayer HealthCare AG Study 11702 EINSTEIN PE Clinical Study Report Oral direct factor Xa inhibitor rivaroxaban in patients with acute symptomatic pulmonary embolism The EINSTEIN PE Study, Section 9.3.1 Primary efficacy outcome, Text Table 9-15. 20 March 2012.

[57] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Efficacy, Section 2.2.2.1 Cumulative Risk Analyses, Figure 1. EDMS-ERI-34779649.

[58] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Efficacy, Section 2.3.2.1 Cumulative Risk Analyses, Figure 2. EDMS-ERI-34779649.

[59] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Efficacy, Section 3.6.3. EDMS-ERI-34779649.

[60] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Efficacy, Section 1.2.4.1. EDMS-ERI-34779649.

[61] Bayer HealthCare AG Study 11899 EINSTEIN Extension Clinical Study Report Once-daily oral direct factor Xa inhibitor rivaroxaban in the long-term prevention of recurrent symptomatic venous thromboembolism in patients with symptomatic deep-vein thrombosis or pulmonary embolism. The Einstein extension study, Section 9.2 Treatment compliance and duration, Text Table 9-1. 01 September 2010.

[62] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Efficacy, Section 2.4.1. EDMS-ERI-34779649.

[63] Bayer HealthCare AG Product Report PH-36306 Analysis of the effect of rivaroxaban (BAY 59-7939) on bleedings and efficacy with selected co-medication categories in studies SN 11702 DVT (EINSTEIN DVT) and SN 11899 (EINSTEIN EXTENSION), Table 14.3.2/69. 02 September 2010.

[64] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Efficacy, Section 2.4.1.5. EDMS-ERI-34779649.

[65] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Efficacy, Section 2.4.2. EDMS-ERI-34779649.

[66] Bayer HealthCare AG Study 11899 EINSTEIN Extension Clinical Study Report Once-daily oral direct factor Xa inhibitor rivaroxaban in the long-term prevention of recurrent symptomatic venous thromboembolism in patients with symptomatic deep-vein thrombosis or pulmonary embolism. The Einstein extension study, Section 9.3.1 Primary efficacy variable, Text Table 9-3. 01 September 2010.

[67] Bayer HealthCare AG Study 11899 EINSTEIN Extension Clinical Study Report Once-daily oral direct factor Xa inhibitor rivaroxaban in the long-term prevention of recurrent symptomatic venous thromboembolism in patients with symptomatic deep-vein thrombosis or pulmonary embolism. The Einstein extension study, Section 9.3.1 Primary efficacy variable, Text Table 9-5. 01 September 2010.

[68] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Efficacy, Section 2.4.2.1 Cumulative Risk Analysis, Figure 3. EDMS-ERI-34779649.

[69] eCTD Sequence 0088, Module 5.3.5.3 Integrated Summary of Efficacy, Section 2.4.2.3. EDMS-ERI-34779649.

[70] Contents of Patient Counseling Information based on the contents of the XARELTO full prescribing information.

[71] Contents of Medication Guide are based on the contents of the XARELTO full prescribing information.