# EXHIBIT MM

Janssen Research & Development, LLC
Global Regulatory Affairs
920 Highway 202, South
Raritan, NJ 08869



29 September 2015

Dr. Norman Stockbridge, Director
Food and Drug Administration
Center for Drug Evaluation and Research
Division of Cardiovascular and Renal Products
5901-B Ammendale Road
Beltsville, MD 20705-1266

**IND 75,238**
XARELTO® (rivaroxaban) Tablets

**Serial No.: 1917**

**General Correspondence**

Dear Dr. Stockbridge:

Reference is made to Investigational New Drug Application 75,238 for Rivaroxaban Tablets and to protocol 39039039AFL3001, entitled "A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once-Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation (ROCKET-AF).

Additional reference is made to the following:

- The 23 September 2015 telephone conversation with Ms. Alison Blaus, FDA Project Manager, informing her that Janssen Research & Development, LLC (JRD) has become aware of a December 2014 recall for the use of the Alere INRatio Monitor System which was the Point of Care (POC) Device utilized to measure INR in the ROCKET-AF study. The recall impacts patients with certain conditions identified in the recall notice. The recall notice issued by Alere Inc (manufacturer of the INRatio Monitor System) was provided to Ms. Blaus via email. At the time, JRD had not received confirmation from Alere if the devices utilized in the ROCKET-AF study were impacted by the recall.
- The 29 September 2015 telephone conversation with Ms. Blaus informing her that JRD has received written confirmation from Alere Inc that the POC devices utilized in the ROCKET-AF study are included in the recall.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_16378490

At this time, JRD is submitting additional background information as well as an outline of the planned analyses for the assessment of the potential impact on the ROCKET AF study.

This submission is being provided in electronic format. JRD utilizes Microsoft ForeFront Endpoint Protection to ensure that this submission is free of computer viruses and spyware. JRD authorizes CDER to use similar software as appropriate.

Should you have any questions regarding this submission or require additional information, please contact me directly by telephone at (908) 218-6834

Sincerely,

PURVE PATEL
Digitally signed by PURVE PATEL
DN: c=US, o=JNJ, ou=Employees, ou=185312, cn=PURVE PATEL, email=PPatel@its.jnj.com
Reason: I am the author of this document.
Date: 2015.09.29 15:15:09 -04'00'

Purve Patel
Director, Global Regulatory Affairs

Enclosures

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_16378491

**Janssen Research & Development, L.L.C.**

**29 September 2015**

---

**XARELTO® (Rivaroxaban) Tablets**

| | |
|---|---|
| **Status:** | Approved |
| **Date:** | 29 September 2015 |
| **Prepared by:** | Janssen Research & Development, LLC |

[**Compliance:** The study described in this report was performed according to the principles of Good Clinical Practice (GCP).]

**Confidentiality Statement**
The information in this document contains trade secrets and commercial information that are privileged or confidential and may not be disclosed unless such disclosure is required by applicable law or regulations. In any event, persons to whom the information is disclosed must be informed that the information is *privileged* or *confidential* and may not be further disclosed by them. These restrictions on disclosure will apply equally to *all* future information supplied to you that is indicated as *privileged or confidential*.

1

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_16378492

## TABLE OF CONTENTS

TABLE OF CONTENTS ................................................................................................................ 2
1.   INTRODUCTION .................................................................................................................. 3
2.   HISTORY ............................................................................................................................. 3
3.   PLANNED SENSITIVITY ANALYSES FROM THE ROCKET AF STUDY ......................... 4
4.   SUPPORTING DATA FROM OTHER SOURCES ............................................................... 4
4.1.   Randomized Clinical Trials ................................................................................................. 4
4.2.   Observational Studies ........................................................................................................ 5
4.3.   Post-marketing safety and Pharmacovigilance .................................................................. 6
5.   CONCLUSION ..................................................................................................................... 6
REFERENCES ............................................................................................................................ 7

HIGHLY PROTECTED INFORMATION                                              XARELTO_JANSSEN_16378493
SUBJECT TO PROTECTIVE ORDER

## 1. INTRODUCTION

Reference is made to the September 23, 2015 telephone conversation with Ms. Alison Blaus, FDA Project Manager, informing her of the potential applicability of a recall notice of the Alere INRatio and INRatio 2 PT/INR Monitor System [(hereinafter Point of Care (POC) device]) to the devices used in the ROCKET AF trial program (ROCKET AF & J-ROCKET). Reference is also made to the September 29, 2015 telephone conversation with Ms. Blaus informing her that Janssen Research & Development, LLC (JRD) has received written confirmation from Alere Inc, (manufacturer of the Alere INRatio Monitor System) that the devices utilized in the ROCKET-AF study were included in the recall. The POC device was not chosen to monitor INR in any other ongoing or completed Bayer- or Janssen-sponsored interventional or non-interventional rivaroxaban studies.

This communication will provide additional background information as well as an outline of the planned analyses for the assessment of the potential impact on the ROCKET AF study.

## 2. HISTORY

On September 9, 2015, JRD became aware of the potential applicability of a recall notice of the POC device to the devices used in the ROCKET AF trial program. The referenced recall was initiated on December 5, 2014. As noted on the FDA website[1] the devices were being recalled in patients with certain conditions as they "may provide an INR result that is lower than expected result obtained using a laboratory INR method". According to the voluntary urgent correction notice issued by Alere, the device should not be used on patients with certain medical conditions such as anemia with hematocrit < 30%, conditions associated with elevated fibrinogen levels including acute inflammatory conditions, (e.g., pneumonia), chronic inflammatory conditions (e.g., rheumatoid arthritis), severe infection, advanced stage cancer, etc.[2] Importantly, the device continues to be marketed and supported by Alere. The INRatio device was approved by U.S. FDA in 2002 "for use by healthcare professionals in monitoring patients who are on warfarin-type (coumarin) anticoagulation therapy".[3] The INRatio device, currently marketed by Alere San Diego, Inc., was previously marketed by HemoSense, Inc., (San Jose, CA). In 2006, the HemoSense INRatio was selected as the POC device that would be used in the conduct of the ROCKET AF trial program. Between 2006 and 2008, JRD purchased over 3,000 POC devices for use by enrolling sites.

To ascertain if the POC devices used in the ROCKET AF trial program were affected by the recall, JRD contacted Alere via the published hotline number. During the initial contacts, the representatives from Alere could not verify if the purchased devices were included in the recall. This was primarily due to a unique identifier used on the ROCKET AF trial program devices that could not be found in the Alere database.

On September 24, 2015, JRD received written confirmation from Alere that the INRatio devices used in the ROCKET AF study were in fact included in the recall.

3

HIGHLY PROTECTED INFORMATION                                                                  XARELTO_JANSSEN_16378494
SUBJECT TO PROTECTIVE ORDER

### 3.   PLANNED SENSITIVITY ANALYSES FROM THE ROCKET AF STUDY

To better understand the potential effect of the recall on the results of the ROCKET AF study, the following sensitivity analyses are planned.

A subset of patients with conditions listed in the recall notice[2] will be identified. The impact on the primary efficacy and principal safety endpoints will be evaluated in the population excluding the subset with these conditions.

The following are the sources of potential relevant conditions.

- Baseline medical history – these data were entered at the time of randomization by the investigator in the "Relevant Medical History" field on the eCRF.
- Treatment-Emergent Adverse Events – these events were reported by the investigator as having occurred while the patient was taking study medication.
- Treatment-Emergent Serious Adverse Events – these events were reported by the investigator as having occurred while the patient was taking study medication. However, they are distinct from Treatment-Emergent Adverse Events as they met Seriousness criteria.

Every effort will be made to provide these analyses by October 15, 2015.

### 4.   SUPPORTING DATA FROM OTHER SOURCES

The efficacy and safety of rivaroxaban for stroke prevention in nonvalvular atrial fibrillation is further supported from sources outside of the ROCKET AF trial program, both in atrial fibrillation and in other indications. These sources include data from randomized clinical trials, observational studies and post marketing safety and pharmacovigilance activities.

#### 4.1.   Randomized Clinical Trials

- EINSTEIN program – the EINSTEIN DVT and EINSTEIN PE studies were prospective, randomized, open-label studies comparing rivaroxaban to a combination of short-term low molecular weight heparin followed by long-term vitamin K antagonist (warfarin or acenocoumeral) therapy in 8,282 patients with either DVT or PE. The POC device was not utilized to monitor INR in these studies. In a pooled analysis of the EINSTEIN-DVT and PE studies, the primary efficacy outcome occurred in 86 (2.1%) rivaroxaban-treated patients compared with 95 (2.3%) standard-therapy-treated patients (HR, 0.89; 95% CI, 0.66 - 1.19; $p_{noninferiority} < 0.001$). Major bleeding was observed in 40 (1.0%) and 72 (1.7%) patients in the rivaroxaban and standard-therapy groups, respectively (HR, 0.54; 95% CI, 0.37 - 0.79; p = 0.002). According to the authors, "The single-drug approach with rivaroxaban resulted in similar efficacy to standard-therapy and was associated with a significantly lower rate of major bleeding. Efficacy and safety results were consistent among key patient subgroups".[4] Data from the EINSTEIN program presents an additional perspective on the comparison of rivaroxaban to warfarin therapy. Here again, rivaroxaban is shown to be both safe and efficacious, findings that are consistent with those from the ROCKET AF program as well as from multiple other sources as described below.

### 4.2. Observational Studies

- <u>XANTUS</u> –this was a real-world, prospective, observational study of atrial fibrillation patients treated with rivaroxaban for stroke prevention. There were 6,784 patients treated with rivaroxaban at 311 centers. The mean treatment duration was 329 days. The incidence rate of treatment-emergent major bleeding was 2.1/100 patients–years (95% CI 1.8 – 2.5). The incidence rate of all-cause death was 1.9/100 patients–years (95% CI 1.6 – 2.3), consistent with the age and underlying conditions of this population. The authors state that, "With the distribution of stroke risk scores in XANTUS, real world stroke incidence was low in patients receiving anticoagulation, with an annual stroke rate of 0.7% (vs. 1.7 events per 100 patient-years in the ROCKET AF on-treatment population). The incidence rate of major bleeding was 2.1 events per 100 patient-years, which is lower than in ROCKET AF (3.6 events per 100 patient years)"[5].

- <u>Matched-cohort study performed independently of JRD/Bayer with information from French health-care databases</u> - In this study, data were extracted for adults with non-valvular atrial fibrillation who received their first prescription for a vitamin K antagonist between Jan 1, 2011 and Nov 30, 2012 and who were either switched to a NOAC (dabigatran or rivaroxaban) or maintained on the vitamin K antagonist. Of 17,410 participants, 6,705 switched to a NOAC (switchers) and 10,705 remained on vitamin K-antagonist therapy (non-switchers). After a median follow-up of 10.0 months, no difference was noted between groups for bleeding events (99 [1%] in switchers vs 193 [2%] in non-switchers, p=0.54). In adjusted multivariate analyses, the risk of bleeding in switchers was not different from that in non-switchers (HR, 0.87; 95% CI 0.67 - 1.13). Additionally, no differences were noted when the risk of bleeding was compared among switchers from a vitamin K antagonist to dabigatran (HR, 0.78; 95% CI 0.54 - 1.09), switchers from a vitamin K antagonist to rivaroxaban (HR, 1.04; 95% CI 0.68 – 1.58) and non-switchers. The authors concluded that the "findings suggest that patients with non-valvular atrial fibrillation who switch their oral anticoagulant treatment from a vitamin K antagonist to a non-vitamin K antagonist are not at increased risk of bleeding. Future studies with longer follow-up might be needed."[6]

- <u>Replication of FDA Mini-Sentinel</u> –this observational study in atrial fibrillation patients, conducted by Janssen, replicates the analysis proposed in the FDA Mini-Sentinel protocol[7] and executes the analysis against the Truven Market Scan Medicare Supplemental Beneficiaries Database (MDCR). There were 22,152 rivaroxaban new users who met inclusion criteria in the database. In this analysis, there was no difference between rivaroxaban and warfarin users in the occurrence of ischemic stroke (HR, 0.86; CI 0.65 – 1.12). For the occurrence of intracranial hemorrhage, there was a statistically significant decreased risk in rivaroxaban new users relative to warfarin new users (HR, 0.54; CI 0.34 – 0.83). For gastrointestinal bleeding, there was a statistically significant increased risk in rivaroxaban new users relative to warfarin new users (HR, 1.35; 1.13 – 1.62). These results were largely consistent with the reported results from the ROCKET-AF study.

### 4.3. Post-marketing safety and Pharmacovigilance

- <u>PMSS</u> – this was a post-marketing pharmacovigilance study for the detection and evaluation of major bleeding events in Xarelto users with atrial fibrillation. The cumulative report from January 1, 2013 to June 30, 2015 included 44,793 atrial fibrillation patients taking Xarelto. 1,293 patients experienced at least one major bleeding event. The major bleeding incidence rate within the NVAF cohort was 2.84 [95% CI 2.69-3.00] per 100 person-years. To provide context, the reported rates of major bleeding were 3.6% (per person-year) for Xarelto and 3.5% (per person-year) for warfarin in patients with NVAF in the ROCKET-AF study. The most common bleeding site in the NVAF cohort was gastrointestinal, representing 86.3% of the bleeds (1,116/1,293), followed by intracranial representing 8.1% (105/1,293). Forty-one (41) of the 1,293 NVAF patients died during their hospitalization for the major bleeding event (a case fatality rate of 3.2%), reflecting an overall fatal bleeding rate of 0.09 [95% CI 0.07, 0.12] per 100 person-years in this cumulative reporting period. Of those who died, 29 (70.7%, [29/41]) experienced ICH whereas 12 (29.3%, [12/41]) had GI bleeding, resulting in case fatality rates of 27.6% (29/105) for ICH and 1.1% (12/1,116) for GI bleeding.

- <u>13th PBRER/PSUR for Xarelto (available upon request)</u> - The cumulative worldwide exposure to Xarelto during the 6 years of marketing (since September 2008) is estimated at approximately 5.5 million patient years. Post marketing data gathered subsequent to the pivotal trials does not change the favorable benefit-risk assessment of rivaroxaban in the approved indications. This report covers the interval from September 16, 2014 to March 15, 2015 and concluded that no new information has emerged during the reporting interval that would change the overall evaluation of benefit-risk for Xarelto in the approved indications. The company's assessment of the benefit-risk balance for Xarelto remains favorable.

## 5. CONCLUSION

This document summarizes the results of analyses from three distinct sources: randomized clinical trials, observational studies and Postmarketing data & Pharmacovigilance activities. These results are directionally consistent with those reported in the ROCKET AF study and support the continued use of rivaroxaban in the approved indications.

HIGHLY PROTECTED INFORMATION                                                                        XARELTO_JANSSEN_16378497
SUBJECT TO PROTECTIVE ORDER

## REFERENCES

1. http://www.fda.gov/MedicalDevices/Safety/ListofRecalls/ucm429496.htm
2. www.fda.gov/Safety/MedWatch/SafetyInformation/SafetyAlertsforHumanMedicalProducts/ucm396324.htm
3. http://www.accessdata.fda.gov/cdrh_docs/pdf2/K020679.pdf
4. http://www.thrombosisjournal.com/content/11/1/21
5. http://eurheartj.oxfordjournals.org/content/early/2015/08/29/eurheartj.ehv466
6. http://www.thelancet.com/journals/lanhae/article/PIIS2352-3026(15)00027-7/abstract
7. http://www.mini-sentinel.org/work_products/Assessments/Mini-Sentinel_PROMPT_Rivaroxaban-Surveillance-Plan.pdf

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_16378498