# EXHIBIT PP

**File Provided Natively**

**File Name:** RE_NDA 202439 - DRAFT Label for rivaroxaban for AFIB.pdf

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_JANSSEN_00001454**

## Rhoge, Alla [JRDUS]

**From:** Blaus, Alison [Alison.Blaus@fda.hhs.gov]
**Sent:** Tuesday, October 11, 2011 3:50 PM
**To:** Rhoge, Alla [JRDUS]; Jalota, Sanjay [JRDUS]
**Subject:** RE: NDA 202439 - DRAFT Label for rivaroxaban for AFIB
**Attachments:** 202439 DRAFT Labeling 11 Oct 2011 to SPONSOR.doc
**Signed By:** alison.blaus@fda.hhs.gov

**Importance:** High

Hi! We slightly changed 12.3 (absorption) to put the last sentence of the first paragraph (everything after "20 mg dose…" in parentheses).

Sorry about that.

---

laus, Alison
esday, October 11, 2011 2:41 PM
ge, Alla [JRDUS]'; 'Jalota, Sanjay [JRDUS]'
NDA 202439 - DRAFT Label for rivaroxaban for AFIB
**ce:** High

Hi Alla and Sanjay -

Please find attached the Agency's revisions to your August 2011 proposed labeling for the XARELTO AFIB indication (NDA 202439). We have made a number of changes that mostly appear in tracked changes. Some sections may appear to be completely replaced, but instead they were just moved to the new formatting (e.g., all AFIB indication will always appear before DVT). Please note the number of comments. Please try to incorporate as much as possible in this iteration. In the interest of time, please do not spend too much time on the Highlights this go-around. The Highlights are drawn off the FPI (as is Section 17, the MG and Communication Plan) so it is our priority to come to some agreement on the FPI first.

I have set aside tomorrow, Wednesday (Oct 12), from 4-5p to discuss the label if you would like. If there is no need to meet, we can always cancel.

**Please accept ALL changes to the label before making changes of your own**. In the label returned to us, the tracked changes should only be yours. If you do not like a new section, please "accept" the new section and then delete it in tracked changes mode. Do not delete a section that is in "red".

We respectfully ask that you respond to the label by **Friday, October 14th (October 17th, 7pm at the latest)**.

Thank you in advance for your time!
Kind regards,
Alison

Alison Blaus
Senior Regulatory Health Project Manager
Division of Cardiovascular and Renal Products
Center for Drug Evaluation and Research
Food and Drug Administration
alison.blaus@fda.hhs.gov
p:(301) 796-1138
f:(301) 796-9838

Address for desk and courtesy copies:
Food and Drug Administration
10903 New Hampshire Avenue
White Oak, Building 22, Room 4158

Silver Spring, MD 20993

Address for official submissions to your administrative file:
Division of Cardiovascular and Renal Products
FDA, CDER, HFD-110
5901-B Ammendale Rd.
Beltsville, MD 20705-1266

**File Provided Natively**

**File Name:** 202439 DRAFT Labeling 11 Oct 2011 to SPONSOR.DOC

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER
XARELTO_JANSSEN_00001453

HIGHLIGHTS OF PRESCRIBING INFORMATION

**These highlights do not include all the information needed to use XARELTO® (rivaroxaban) safely and effectively. See full prescribing information for XARELTO.**

**XARELTO (rivaroxaban) film-coated oral tablets, for oral use**
**Initial U.S. Approval: 2011**

**WARNINGS: DISCONTINUING XARELTO IN PATIENTS WITH ATRIAL FIBRILLATION INCREASES RISK OF STROKE AND SURGICAL SETTINGS–SPINAL/EPIDURAL HEMATOMA**
*See full prescribing information for complete boxed warning*

**DISCONTINUING XARELTO IN PATIENTS WITH ATRIAL FIBRILLATION**

•

**Discontinuing XARELTO places patients at an increased risk of thrombotic events. An increased rate of stroke was observed following Xarelto discontinuation in clinical trials in atrial fibrillation patients. Discontinuing XARELTO increases the risk of thrombotic events (5.3). If XARELTO must be temporarily discontinued, administer another anticoagulant (5.32)**

**SURGICAL SETTINGS–SPINAL/EPIDURAL HEMATOMA**

**Epidural or spinal hematomas may occur in patients who are anticoagulated and are receiving neuraxial anesthesia or undergoing spinal puncture. These hematomas may result in long-term or permanent paralysis. Consider these risks when scheduling patients for spinal procedures. Factors that can increase the risk of developing epidural or spinal hematomas in these patients include:**

- **use of indwelling epidural catheters**
- **concomitant use of other drugs that affect hemostasis, such as non-steroidal anti-inflammatory drugs (NSAIDs), platelet inhibitors, other anticoagulants**
- **a history of traumatic or repeated epidural or spinal punctures**
- **a history of spinal deformity or spinal surgery.**

**Monitor patients frequently for signs and symptoms of neurological impairment. If neurological compromise is noted, urgent treatment is necessary.**

**Consider the benefits and risks before neuraxial intervention in patients anticoagulated or to be anticoagulated for thromboprophylaxis** *[see Warnings and Precautions (5.1) and Drug Interactions (7)].*

---RECENT MAJOR CHANGES---

| | |
|---|---|
| Boxed Warning | XX/2011 |
| Indications and Usage (1.12) | XX/2011 |
| Dosage and Administration (2.12, 2.3), 2.4, 2.5, 2.6, 2.7) | XX/2011 |
| Warnings and Precautions (5.23, 5.35, 5.42) | XX/2011 |

---INDICATIONS AND USAGE---

XARELTO is a factor Xa inhibitor indicated:

- Tto reduce the risk of stroke and systemic embolism in patients with non-valvular atrial fibrillation (1.1)
- for the prophylaxis of deep vein thrombosis (DVT) which may lead to pulmonary embolism (PE) in patients undergoing knee or hip replacement surgery (1.21)
- prevention of stroke and systemic embolism in patients with nonvalvular atrial fibrillation (1.2)

---DOSAGE AND ADMINISTRATION---

- Atrial Fibrillation: 20 mg once daily with the evening meal (2.1) Stroke Prevention in Atrial FibrillationFor patients with CrCl > 50 mL/min: 20mg orally, once daily with evening meal (2.1)
- For patients with CrCl < ≥50 and ≥ 15 mL/min: 2015 mg orally, once daily with evening meal (2.1)Prophylaxis of DVT: 10 mg orally, once daily with or without food (2.2)

STROKE PREVENTION IN ATRIAL FIBRILLATION: FOR PATIENTS WITH CRCL ≥50 ML/MIN: 20 MG ORALLY, ONCE DAILY WITH EVENING MEALFOOD

---DOSAGE FORMS AND STRENGTHS---

Tablets: 10 mg, 15 mg, and 20 mg (3)

---CONTRAINDICATIONS---

- Active pathological bleeding (4)
- Hypersensitivity to XARELTO (4)

---WARNINGS AND PRECAUTIONS---

- Risk of bleeding: XARELTO can cause serious and fatal bleeding. Promptly evaluate signs and symptoms of blood loss. (5.21)
- Discontinuation: Avoid lapses in therapy or consider Use bridging therapy to minimize risk of thrombotic events, including stroke. (5.32)
- Pregnancy related hemorrhage: Use XARELTO with caution in pregnant women due to the potential for obstetric hemorrhage and/or emergent delivery. Promptly evaluate signs and symptoms of blood loss. (5.46)
- Patients requiring cardioversion: Xarelto has not been systematically studied in this population, but strokes have occurred following cardioversion in Xarelto-treated patients (5.7)
- I WOULD MOVE THIS TO ADVERSE REACTIONS and WOULD MODIFY STATEMENT TO SAY THAT AMOUNT OF DATA IS LIMITED.

---ADVERSE REACTIONS---

The most common adverse reaction (>5%) was bleeding. (6.21)

**To report SUSPECTED ADVERSE REACTIONS, contact Janssen Pharmaceuticals, Inc. at 1-800-526-7736 or FDA at 1-800-FDA-1088 or** *www.fda.gov/medwatch.* The most common adverse reaction (>5%) was bleeding. (6.2)

**To report SUSPECTED ADVERSE REACTIONS, contact Janssen Pharmaceuticals, Inc. at 1-800-526-7736 or FDA at 1-800-FDA-1088 or** *www.fda.gov/medwatc*

---DRUG INTERACTIONS---

- Atrial Fibrillation:
  - Combined P-gp and strong CYP3A4 inhibitors and inducers: Avoid concomitant use (7.1)
- Prophylaxis of DVT:
  - Combined P-gp and strong CYP3A4 inhibitors: Avoid concomitant use unless the lack of a significant interaction is proven (7.1)
  - Combined P-gp and strong CYP3A4 inducers: Avoid concomitant use or consider an increased dose (2.5, 7.3)
  - Anticoagulants: Avoid concomitant use (7.4)

Use with caution. Promptly evaluate any signs or symptoms of blood loss. (7.2)

---USE IN SPECIFIC POPULATIONS---

- Nursing mothers: discontinue drug or discontinue nursing (8.3)
- Renal impairment:
  - Atrial fibrillation: Use 15 mg once daily for CrCl 15-50 mL/min. Avoid use with CrCl < 15 mL/min (8.7).
  - Prophylaxis of DVT: Avoid use in patients with severe impairment (CrCl <30 mL/min). Use with caution in moderate impairment (CrCl 30 to <50 mL/min (8.7).). Stroke Prevention in Atrial Fibrillation: Decrease dose to 15 mg orally, once daily with food in moderate impairment (CrCl 30 to <50 mL/min) and severe renal impairment (CrCL 15 to <30 mL/min). (8.7)
- Hepatic impairment:
  - All Indications: Avoid use in patients with severe (Child-Pugh C) hepatic impairment or in patients with any degree of hepatic disease associated with coagulopathy (8.8).
  - Prophylaxis of DVT: Avoid use in patients with moderate (Child-Pugh B) hepatic impairment (8.8).
- Use with caution in severe impairment (CrCl 15 to <30 mL/min). (8.7)
- Hepatic impairment: Prophylaxis of DVT: Avoid use in patients with moderate (Child-Pugh B) or severe (Child-Pugh C) hepatic impairment or in patients with any degree of hepatic disease associated with coagulopathy. Stroke Prevention in Atrial Fibrillation: Decrease dose to 10 mg orally, once daily with food in moderate impairment (Child-Pugh B). Avoid use in patients with severe hepatic impairment (Child-Pugh C) or in patients with any degree of hepatic disease associated with coagulopathy. (8.8)

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide.**

Revised: XX/XXXX

**Author**
SPONSOR – Throughout the label, please ensure that the table and figure numbers are in order and that the right table and/or figure number is correctly reference. Some numbering may be in error due to the reordering of indications.

**Author**
SPONSOR – Please make sure all cross-references are correct. We have been through them, but a second/third glance would be appreciated.

**Author**
SPONSOR – Please ensure consistent font throughout. For example, if Arial is used for subheadings in Section 2, the same should be done in section 8. Same for the bodies of the sections.

**Aliza Thompson**
**Formatted:** Bullets and Numbering

**Author**
SPONSOR - DHP will need to edit Highlights boxed warning as this needs to be in bulleted format and not just cut and paste from FPI. Total line count in highlight box must be < 20 lines.

**Author**
SPONSOR - The section has been divided up by indication (is not in track changes)

**mackrillp**
**Formatted:** Bullets and Numbering

**mackrillp**
**Formatted:** Bullets and Numbering

**FULL PRESCRIBING INFORMATION: CONTENTS***

**WARNING: DISCONTINUING XARELTO IN PATIENTS WITH ATRIAL FIBRILLATION INCREASES RISK OF STROKE AND SURGICAL SETTINGS—SPINAL/EPIDURAL HEMATOMA**

**1 INDICATIONS AND USAGE**
- 1.1 Reduction of Risk of Stroke and Systemic Embolism in Atrial Fibrillation
- 1.2 Prophylaxis of Deep Vein Thrombosis

**2 DOSAGE AND ADMINISTRATION**
- 2.1 Atrial Fibrillation
- Surgery and Intervention
- Converting from or to Warfarin
- Converting from or to Anticoagulants Other Than Warfarin
- 2.2 Prophylaxis of Deep Vein Thrombosis
- XARELTO should be restarted after the invasive procedures or surgical intervention as soon as adequate hemostasis has been established [see Clinical Pharmacology (12.3)]. If oral medication cannot be taken after surgical intervention, consider administering a parenteral anticoagulant.
- 2.3 Information Applicable to All Indications
- Use with P-gp and Strong CYP3A4 Inducers
- Missed Dose
- If a dose of XARELTO is not taken at the scheduled time, administer the dose as soon as possible on the same day. Do not administer two doses on the same day.

**3 DOSAGE FORMS AND STRENGTHS**

**4 CONTRAINDICATIONS**

**5 WARNINGS AND PRECAUTIONS**
- 5.1 Risk of Bleeding
- 5.2 Increased Risk of Stroke After Discontinuation in Atrial Fibrillation:
- 5.3 Renal Impairment
- Reduction of Risk of Stroke and Systemic Embolism in Atrial Fibrillation:
- Prophylaxis of Deep Vein Thrombosis:
- 5.4 Hepatic Impairment
- 5.5 Spinal/Epidural Anesthesia or Puncture
- 5.6 Risk of Pregnancy Related Hemorrhage
- 5.7 Use with Cardioversion

**6 ADVERSE REACTIONS**
- Clinical Trials Experience
- 6.1
- Hemorrhage
- Atrial Fibrillation:
- Other Adverse Reactions
- 6.2 Postmarketing Experience

**7 DRUG INTERACTIONS**
- 7.1 Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems
- 7.2 Drug-Disease Interactions with Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems
- 7.3 Drugs that Induce Cytochrome P450 3A4 Enzymes and Drug Transport Systems
- 7.4 Anticoagulants
- 7.5 NSAIDs/Aspirin
- 7.6 Clopidogrel

**8 USE IN SPECIFIC POPULATIONS**
- 8.1 Pregnancy
- 8.2 Labor and Delivery
- 8.3 Nursing Mothers
- 8.4 Pediatric Use
- 8.5 Geriatric Use
- 8.6 Females of Reproductive Potential
- 8.7 Renal Impairment
- Atrial Fibrillation:
- Prophylaxis of Deep Vein Thrombosis:
- 8.8 Hepatic Impairment

**10 OVERDOSAGE**

**11 DESCRIPTION**

**12 CLINICAL PHARMACOLOGY**
- 12.1 Mechanism of Action
- 12.2 Pharmacodynamics
- 12.3 Pharmacokinetics
- 12.6 QT/QTc Prolongation

**13 NON-CLINICAL TOXICOLOGY**
- 13.1 Carcinogenesis, Mutagenesis, and Impairment of Fertility

**14 CLINICAL STUDIES**
- 14.1 Stroke Prevention in Atrial Fibrillation
- 14.2 Prophylaxis of Deep Vein Thrombosis

**16 HOW SUPPLIED/STORAGE AND HANDLING**

**17 PATIENT COUNSELING INFORMATION**
- 17.1 Instructions for Patient Use
- 17.2 Bleeding Risks
- 17.3 Invasive or Surgical Procedures
- 17.4 Concomitant Medication and Herbals
- 17.5 Pregnancy and Pregnancy-Related Hemorrhage
- 17.6 Nursing
- 17.7 Females of Reproductive Potential

*Sections or subsections omitted from the full prescribing information are not listed.

**Author**
SPONSOR – Please do not edit TOC. Will be finalized once there is a more finalized label.

**FULL PRESCRIBING INFORMATION**

**WARNINGS: DISCONTINUING XARELTO IN PATIENTS WITH ATRIAL FIBRILLATION INCREASES RISK OF STROKE AND SURGICAL SETTINGS--SPINAL/EPIDURAL HEMATOMA**

**DISCONTINUING XARELTO IN PATIENTS WITH ATRIAL FIBRILLATION**

**Discontinuing XARELTO places patients at an increased risk of thrombotic events. An increased rate of stroke was observed following Xarelto discontinuation in clinical trials in atrial fibrillation patients. If anticoagulation with XARELTO must be temporarily discontinued for a reason other than pathological bleeding, consider administering another anticoagulant ~~*Discontinuing XARELTO increases the risk of thrombotic events*~~ *[see Warnings and Precautions (5.1)* and *Clinical Studies (14.1)]*.~~(5.3)~~**

~~**If XARELTO must be temporarily discontinued, administer another anticoagulant (5.3)**~~

**SURGICAL SETTINGS--SPINAL/EPIDURAL HEMATOMA**

**Epidural or spinal hematomas may occur in patients who are anticoagulated and are receiving neuraxial anesthesia or undergoing spinal puncture. These hematomas may result in long-term or permanent paralysis. Consider these risks when scheduling patients for spinal procedures. Factors that can increase the risk of developing epidural or spinal hematomas in these patients include:**

- **use of indwelling epidural catheters**
- **concomitant use of other drugs that affect hemostasis, such as non-steroidal anti-inflammatory drugs (NSAIDs), platelet inhibitors, other anticoagulants**
- **a history of traumatic or repeated epidural or spinal punctures**
- **a history of spinal deformity or spinal surgery.**

**Monitor patients frequently for signs and symptoms of neurological impairment. If neurological compromise is noted, urgent treatment is necessary.**

**Consider the benefits and risks before neuraxial intervention in patients anticoagulated or to be anticoagulated for thromboprophylaxis** ***[see Warnings and Precautions (5.~~1~~5) and Drug Interactions (7)].***

**1 INDICATIONS AND USAGE**

**1.1 Reduction of Risk of Stroke and Systemic Embolism in Atrial Fibrillation**

XARELTO® (rivaroxaban) is indicated to reduce the risk of stroke and systemic embolism in patients with non-valvular atrial fibrillation.

The relative effectiveness of XARELTO and warfarin in reducing the risk of stroke and systemic embolism has not been characterized when warfarin is well managed (e.g., patient INR in the target range more than 70% of the time) *[see Clinical Studies (14.1)]*.

**Author**

SPONSOR - Revise cross-referencing. The cross-reference should be placed immediately following the information to cross reference. Therefore, the Drug Interactions cross-reference should be placed after this information.

### 1.11.2 Prophylaxis of Deep Vein Thrombosis

XARELTO (rivaroxaban) Tablets are indicated for the prophylaxis of deep vein thrombosis (DVT), which may lead to pulmonary embolism (PE) in patients undergoing knee or hip replacement surgery.

## 2 DOSAGE AND ADMINISTRATION

General Considerations

*Use with P-gp and Strong CYP3A4 Inducers* - Concomitant use of XARELTO with drugs that are combined P-gp and strong CYP3A4 inducers (e.g., carbamazepine, phenytoin, rifampin, St. John's wort) should be avoided. [see Drug Interactions (7.3) and Clinical Pharmacology (12.3)].

*Missed Dose* - If a dose of XARELTO is not taken at the scheduled time, administer the dose should be taken as soon as possible on the same day. and continued on the following day with the recommended daily intake. Do not administer twoTwo doses should not be administered inon the same day.

### 2.1 Atrial Fibrillation

XARELTO should be taken with the evening meal. For patients with creatinine clearance (CrCl) ≥50 mL/min, the recommended dose of XARELTO is 20 mg taken orally once daily with the evening meal with the evening meal. . For patients with moderate renal impairmentcreatinine clearance (CrCl) (CrCl 3015 to <50 mL/min), the recommended dose is 15 mg once daily with the evening meal. with the evening meal. .For patients with severe renal impairment (CrCl 15 to <30 mL/min), a dose of 15 mg once daily with the evening meal is expected to provide exposure and pharmacodynamic effects similar to patients with moderate renal impairment. However, Tthere is no clinical trial experience with this dosing regimen forof XARELTO in patients with severe renal impairment and atrial fibrillation *[Ssee Use in specific populations (8.7)]*.

*Surgery and Intervention* - ~~If~~If~~- clinically warranted in the setting of~~ anti-coagulation must be discontinued to reduce the risk of bleeding ~~of~~with surgical ~~intervention~~or other procedures, then ~~and based on clinical judgment, if invasive or surgical intervention is required,~~ XARELTO should be stopped at least 24 hours before the ~~interventio~~ procedure.~~n because of the risk of bleeding., if possible.~~ In deciding ~~if~~ whether ~~the~~a procedure ~~can~~should be delayed until 24 hours after the last dose of XARELTO, the increased risk of bleeding should be ~~assessed~~weighed against the urgency of intervention. XARELTO should be restarted after the surgical or other procedures~~invasive procedures or surgical intervention~~ as soon as adequate hemostasis has been established *[see Clinical Pharmacology (12.3)]*. If oral medication cannot be taken after surgical intervention, consider administering a parenteral anticoagulant.

*Converting from or to Warfarin* - When converting patients from warfarin to XARELTO, discontinue warfarin and start XARELTO when the international normalized ratio (INR) is below ~~3~~2.0.

No clinical trial data ~~is~~are available to guide converting patients from XARELTO to warfarin. XARELTO variably increases the INR so INR measurements during co-administration with warfarin may not be useful for determining the appropriate dose of warfarin. One approach is to begin a parenteral anticoagulant and warfarin the evening after the last dose of Xarelto and then adjust the warfarin dose based on INR.

*Converting from or to Anticoagulants Other Than Warfarin* - For patients currently receiving an anticoagulant other than warfarin, start XARELTO 0 to 2 hours prior to the next scheduled evening administration of the drug (e.g., low molecular weight heparin or non-warfarin oral anticoagulant) and omit the next regularly scheduled administration of the ~~non-warfarin~~other anticoagulant. For unfractionated heparin being administered by continuous infusion, stop the infusion and start XARELTO at the same time.

For patients currently taking XARELTO and transitioning to an anticoagulant ~~other than warfarin,~~with rapid onset, discontinue XARELTO and give the first dose of the ~~non-warfarin~~other anticoagulant (oral or parenteral) at the time that the next XARELTO dose would have been taken *[see Drug Interactions (7.4)]*.

## 2.2 Prophylaxis of Deep Vein Thrombosis

The recommended dose of XARELTO is 10 mg taken orally once daily with or without food. The initial dose should be taken at least 6 to 10 hours after surgery once hemostasis has been established.

- For patients undergoing hip replacement surgery, treatment duration of 35 days is recommended.

- For patients undergoing knee replacement surgery, treatment duration of 12 days is recommended.

XARELTO should be restarted after the invasive procedures or surgical intervention as soon as adequate hemostasis has been established [*see Clinical Pharmacology (12.3)*]. If oral medication cannot be taken after surgical intervention, consider administering a parenteral anticoagulant.

patients with *see Clinical Pharmacology (12.2)*]. No clinical trial data is available to guide converting patients from XARELTO to warfarin. XARELTO variably increases the INR so INR measurements during co administration with warfarin may not be useful for determining the appropriate dose of warfarin. One approach is to begin a parenteral anticoagulant and warfarin the evening after the last dose of Xarelto and then adjust the warfarin dose based on INR.

**Converting from or to Anticoagulants Other Than Warfarin**

For patients currently receiving an anticoagulant other than warfarin, start XARELTO 0 to 2 hours prior to the next scheduled evening administration of the drug (e.g., low molecular weight heparin or non warfarin oral anticoagulant) and omit the next regularly scheduled administration of the non warfarin anticoagulant. For unfractionated heparin being administered by continuous infusion, stop the infusion and start XARELTO at the same time.

For patients currently taking XARELTO and transitioning to an anticoagulant other than warfarin, discontinue XARELTO and give the first dose of the non warfarin anticoagulant (oral or parenteral) at the time that the next XARELTO dose would have been taken *[see Drug Interactions (7.4)]*.

**Converting from or to Warfarin**

When converting patients from warfarin to XARELTO, discontinue warfarin and start XARELTO when the international normalized ratio (INR) is below 3.0. When converting warfarin patients to XARELTO, INR values will be falsely elevated after the intake of XARELTO. The INR is not valid to measure the anticoagulant activity of XARELTO, and therefore, should not be used *[see Clinical Pharmacology (12.2)]*.

In patients who are switching from XARELTO to warfarin, warfarin should be given concurrently with XARELTO for at least two days using standard warfarin dosing. The INR should be measured **only immediately prior** to administration of the XARELTO dose beginning

**Author**
**Formatted:** Bullets and Numbering

on Day 3 and daily thereafter, until the INR ≥2.0. XARELTO should be stopped once the INR is ≥2.0.

**Converting from or to Anticoagulants Other Than Warfarin**

For patients currently receiving an anticoagulant other than warfarin, start XARELTO 0 to 2 hours prior to the next scheduled administration of the drug (e.g., low molecular weight heparin or non warfarin oral anticoagulant) and omit the next regularly scheduled administration of the non warfarin anticoagulant. For a continuously administered parenteral drug (e.g., intravenous unfractionated heparin), stop the infusion of the parenteral drug and start XARELTO at the same time.

For patients currently taking XARELTO and transitioning to an anticoagulant other than warfarin, discontinue XARELTO and give the first dose of the non warfarin anticoagulant (oral or parenteral) at the time that the next XARELTO dose would be taken *[see Drug Interactions (7.4)]*.

Taking the current once daily XARELTO dose twice a day should be considered if these drugs must be coadministered. The 15 mg and 20 mg dose should be taken with food *[see Drug Interactions (7.3) and Clinical Pharmacology (12.3)]*.

**Surgery and Intervention**

If clinically warranted in the setting of surgical intervention and based on clinical judgment, if invasive or surgical intervention is required, XARELTO should be stopped at least 24 hours before the intervention, if possible. In deciding if the procedure can be delayed, the increased risk of bleeding should be assessed against the urgency of intervention.

XARELTO should be restarted after the invasive procedures or surgical intervention as soon as possible provided the clinical situation allows and adequate hemostasis has been established [*see Clinical Pharmacology (12.3)]*.

### Missed Dose

If a dose of XARELTO is not taken at the scheduled time, the dose should be taken as soon as possible on the same day and continued on the following day with the recommended daily intake.

### Administration via GI Feeding Tube

## 3 RIVAROXABAN ABSORPTION IS DEPENDENT ON THE SITE OF DRUG RELEASE IN THE GASTROINTESTINAL (GI) TRACT (GASTRIC VERSUS SMALL INTESTINE). WHEN ADMINISTERING XARELTO AS A CRUSHED TABLET VIA A FEEDING TUBE, CONFIRM GASTRIC PLACEMENT OF THE TUBE *[SEE CLINICAL PHARMACOLOGY (12.3)]*.DOSAGE FORMS AND STRENGTHS

- 10 mg tablets: Round, light red, biconvex and film-coated with a triangle pointing down above a "10" marked on one side and "Xa" on the other side
- 15 mg tablets: Round, red, biconvex, and film-coated with a triangle pointing down above a "15" marked on one side and "Xa" on the other side
- 20 mg tablets: Triangle-shaped, dark red, and film-coated with a triangle pointing down above a "20" marked on one side and "Xa" on the other side

## 4 CONTRAINDICATIONS

XARELTO is contraindicated in patients with:

- active pathological bleeding *[see Warnings and Precautions (5.2)]*
- hypersensitivity to XARELTO

## 5 WARNINGS AND PRECAUTIONS

### 5.1 Risk of Bleeding

XARELTO increases the risk of bleeding and can cause serious evenor fatal bleeding including intracranial, gastrointestinal, retinal, pulmonary, and adrenal bleeding.. The coexistence of bBronchiectasis may increase the risk of fatal pulmonary hemorrhage. Use XARELTO with caution in conditions In deciding whether to prescribe XARELTO to patients withat increased risk of hemorrhagebleeding, the risk of stroke should be weighed against the risk of bleeding.

Concomitant use of drugs affecting hemostasis increases the risk of bleeding. These include aspirin, $P2Y_{12}$ platelet inhibitors, other antithrombotic agents, fibrinolytic therapy, and non-steroidal anti-inflammatory drugs (NSAIDs) *[see Drug Interactions (7.4), (7.5), (7.6)]*.

An unexplained fall in hematocrit or blood pressure should lead to a search for a bleeding site. Promptly evaluate any signs or symptoms of blood loss. Discontinue XARELTO in patients with active pathological hemorrhage.

Protamine sulfate and vitamin K are not expected to affect the anticoagulant activity of rivaroxaban. There is no experience with antifibrinolytic agents (tranexamic acid, aminocaproic acid) in individuals receiving rivaroxaban. There is neither scientific rationale for benefit nor experience with the systemic hemostatics (desmopressin and aprotinin) in individuals receiving rivaroxaban.

A specific antidote for rivaroxaban is not available. Due to theBecause of high plasma protein binding, rivaroxaban is not expected to be dialyzable *[see Clinical Pharmacology (12.3)]*. Appropriate symptomatic and supportive treatment should be used as needed. If bleeding cannot be controlled by the above measuresand is life threatening, administrationUse of one of specifica procoagulant reversal agents—sheould be considered, such as prothrombin complex concentrate (PCC), activated prothrombin complex concentrate (APCC), or recombinant factor VIIa (r-FVIIa). However, tThe usefulnesseffectiveness and risks of these agents in theis clinical setting —hasve not been establishedinvestigated.

Protamine sulfate and vitamin K are not expected to affect the anticoagulant activity of rivaroxaban. There is no experience with antifibrinolytic agents (tranexamic acid, aminocaproic acid) in individuals receiving rivaroxaban. There is neither scientific rationale for benefit nor experience with the systemic hemostatics (desmopressin and aprotinin) in individuals receiving rivaroxaban.

**Author**
**Formatted:** Bullets and Numbering

Discontinuation of XARELTO

Discontinuing XARELTO places patients at an increased risk of thrombotic events. An increased rate of stroke was observed following Xarelto discontinuation in clinical trials in atrial fibrillation patients. Lapses in therapy should be avoided; however if anticoagulation with XARELTO must be temporarily discontinued, consider administering another anticoagulant.

As per my comments in highlights, I would not combine transition to another chronic therapy/warfarin issue with issue of temporary discontinuation.

~~Temporary discontinuations: Discontinuing XARELTO for active bleeding, elective surgery or invasive procedures places patients at an increased risk of stroke. Lapses in therapy should be avoided, and if anticoagulation with XARELTO must be temporarily discontinued, therapy should be restarted as soon as possible.~~

~~Transitioning to warfarin: An excess of strokes was seen during the transition from XARELTO to warfarin in clinical trials. Use a parenteral agent when transitioning from XARELTO to warfarin.~~

### 5.2 Increased Risk of Stroke After Discontinuation in Atrial Fibrillation

~~D~~Because of its short duration of action, discontinuing XARELTO places patients at an increased risk of thrombotic events~~. An increased rate of stroke was observed in the 30 days following Xarelto discontinuation in clinical trials in atrial fibrillation patients~~ within a day or so. If anticoagulation with XARELTO must be ~~temporarily~~interrupted or discontinued for a reason other than pathological bleeding, ~~consider administering~~ initiate another anticoagulant~~.~~ *[see Dosage and Administration (2.1)].*

### 5.3 Renal Impairment

Atrial Fibrillation

Avoid the use of XARELTO in patients with ~~severe renal impairment~~renal failure ~~(~~creatinine clearance <~~30~~15 mL/min~~) due to an expected increase in rivaroxaban exposure and pharmacodynamic effects in this patient population. Observe closely and promptly evaluate any signs or symptoms of blood loss in patients with moderate renal impairment (CrCl 15 to <30 mL/min) or severe renal impairment (CrCl 30 to <50 mL/min). Patients who develop acute renal failure while on XARELTO should discontinue the treatment~~ Monitor renal function and adjust therapy accordingly *[see Use in Specific Populations (8.7)].*

Prophylaxis of Deep Vein Thrombosis

Avoid the use of XARELTO in patients with severe renal impairment (creatinine clearance <30 mL/min) due to an expected increase in rivaroxaban exposure and pharmacodynamic effects in this patient population. Observe closely and promptly evaluate any signs or symptoms of blood loss in patients with moderate renal impairment (CrCl 30 to <50 mL/min). Patients who develop acute renal failure while on XARELTO should discontinue the treatment *[see Use in Specific Populations (8.7)].*

### 5.4 Hepatic Impairment

All Indications

No clinical data are available for patients with severe hepatic impairment. Avoid use of XARELTO in patients with severe (Clild-Pugh C) hepatic impairment or with any hepatic disease associated with coagulopathy *[see Use in Specific Populations (8.8)]*.

Prophylaxis of Deep Vein Thrombosis

**Clinical data in patients with moderate hepatic impairment (Child Pugh B) indicate a significant increase in rivaroxaban exposure and pharmacodynamic effects. No clinical data are available for patients with severe hepatic impairment. Avoid use of XARELTO in patients with moderate (Child-Pugh B) or severe (Child Pugh C) hepatic impairment or with any hepatic disease associated with coagulopathy** *[see Use in Specific Populations (8.8)]*.

***Patients undergoing Direct Current Cardioversion (DCC)***

***Rivaroxaban use for the prophylaxis of embolic stroke following cardioversion or atrial ablation procedures has not been systematically studied. Ischemic/embolic strokes were observed in 2 of 81 rivaroxaban-treated patients following DC cardioversion in ROCKET AF. One of these patients had also undergone a catheter-based Maze procedure. There were no strokes and one non-CNS systemic embolism in the 71warfarin-treated ROCKET AF patients who underwent DC cardioversion. Clinical judgment and caution with respect to pre-procedure atrial imaging and/or post-procedure anticoagulation algorithms should be exercised in these scenarios.Rivaroxaban use for the prophylaxis of embolic stroke at the time of DCC has not been systematically studied. In atrial fibrillation patients in the ROCKET trial, recurrences of atrial fibrillation resulting in DCC, and the outcomes of those subjects by treatment group with respect to trial's primary efficacy endpoint events (stroke and non-CNS embolism), are summarized in table X below:***

***Table X: Strokes and Non-CNS emboli following DCC from ROCKET (to Day 30 follow-up)****

| | ***XARELTO*** ***N= 7061*** | ***Warfarin*** ***N=7082*** |
|---|---|---|
| **Total number patients treated** | **n (%)** | **n (%)** |
| Patients with DCC | 81 (1.2) | 71 (1.0) |
| Patients with (within 5 days) | | |

grants
Formatted: Default Label, Space After: 6 pt

grants
Formatted: Left, Space After: 6 pt

grants
Formatted: Default Label, Space After: 6 pt, Border: Left: (No border), Tab stops: Not at 0"

grants
Formatted: Default Label, Space After: 6 pt, Tab stops: Not at 0"

grants
Formatted: Default Label, Left, Space After: 6 pt, Tab stops: Not at 0"

grants
Formatted: Default Label, Space Before: 0 pt, After: 6 pt, Tab stops: Not at 0"

grants
Formatted: Default Label, Left, Space Before: 0 pt, After: 6 pt, Tab stops: Not at 0"

grants
Formatted: Default Label, Space Before: 0 pt, After: 6 pt, Tab stops: Not at 0"

grants
Formatted: Default Label, Left, Space Before: 0 pt, After: 6 pt, Tab stops: Not at 0"

| | | |
|---|---|---|
| Ischemic stroke | 2 (2.5) | 0 |
| Non-CNS systemic embolism | 0 | 1 (1.4) |

### 5.5 Spinal/Epidural Anesthesia or Puncture

When neuraxial anesthesia (spinal/epidural anesthesia) or spinal puncture is employed, patients treated with anticoagulant agents for prevention of thromboembolic complications are at risk of developing an epidural or spinal hematoma which can result in long-term or permanent paralysis *[see Boxed Warning]*.

An epidural catheter should not be removed earlier than 18 hours after the last administration of XARELTO. The next XARELTO dose is not to be administered earlier than 6 hours after the removal of the catheter. If traumatic puncture occurs, the administration of XARELTO is to be delayed for 24 hours.

### 5.6 Risk of Pregnancy Related Hemorrhage

XARELTO should be used with caution in pregnant women and only if the potential benefit justifies the potential risk to the mother and fetus. XARELTO dosing in pregnancy has not been studied. The anticoagulant effect of XARELTO cannot be monitored with standard laboratory testing nor readily reversed. Promptly evaluate any signs or symptoms suggesting blood loss (e.g., a drop in hemoglobin and/or hematocrit, hypotension, or fetal distress).

### 5.7 Use with Cardioversion

There is little experience with XARELTO in patients undergoing DC cardioversion for atrial fibrillation.

6mustshould be used with caution in these patients *[see Use in Specific Populations (8.7)]*.

Author
Formatted: Bullets and Numbering

### 6Hepatic Impairment

**Prophylaxis of Deep Vein Thrombosis:** Clinical data in patients with moderate hepatic impairment indicate a significant increase in rivaroxaban exposure and pharmacodynamic effects. No clinical data are available for patients with severe hepatic impairment. Avoid use of XARELTO in patients with moderate (Child Pugh B) or severe (Child Pugh C) hepatic impairment or with any hepatic disease associated with coagulopathy *[see Use in Specific Populations (8.8)]*.

**Stroke Prevention in Atrial Fibrillation:** Clinical data in patients with moderate hepatic impairment indicate a significant increase in rivaroxaban exposure and pharmacodynamic effects. For patients with moderate hepatic impairment (Child Pugh B), the recommended dose is 10 mg once daily with food. No clinical data are available for patients with severe hepatic impairment. Avoid use of XARELTO in patients with severe hepatic impairment (Child Pugh C) or with any hepatic disease associated with coagulopathy *[see Use in Specific Populations (8.8)]*.

**Patients with Prosthetic Heart Valves**

6Safety and efficacy of XARELTO have not been studied in patients with prosthetic heart valves; therefore, there are no data to support that XARELTO provides adequate anticoagulation in this patient population.

## 6 ADVERSE REACTIONS

### 6.1 Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice.

During clinical development for the approved indications, 11,598 patients were exposed to XARELTO. These included 7111 patients who received XARELTO 15 mg or 20 mg orally once daily for a mean of 19 months for prevention of stroke and systemic embolism in non-valvular atrial fibrillation (ROCKET AF) and 4487 patients who received XARELTO 10 mg orally once daily for prophylaxis of DVT following hip or knee replacement surgery (RECORD 1-3) and 7111 patients who received XARELTO 15 mg or 20 mg orally once daily for prevention of stroke and systemic embolism in non_valvular atrial fibrillation (ROCKET AF).

The numbers of patients in the ROCKET AF trial receiving at least one dose of study drug and their exposures are described in Table 1.

**Table 1: Summary of Treatment Exposure in Stroke Prevention in Atrial Fibrillation Trial (ROCKET AF)**

| | XARELTO | Warfarin |
|---|---|---|
| **Total number patients treated** | **N= 7111**<br>**n (%)** | **N=7125**<br>**n (%)** |
| Cumulative Treatment Duration | | |
| >12 months | 5558 (78.2) | 5624 (78.9) |
| >24 months | 2512 (35.3) | 2571 (36.1) |
| >36 months | 141 (2.0) | 147 (2.1) |
| Mean exposure (months*) | 19.1 | 19.3 |

* 30 days = 1 month

In the ROCKET AF trial, the overall incidence rates of adverse reactions leading to permanent treatment discontinuation were 4.6% for XARELTO and 4.0% for warfarin. The most frequent adverse reactions leading to discontinuation of XARELTO compared to warfarin were bleeding events (4.3% vs. 3.1%, respectively). In the RECORD clinical trials, the overall incidence rate of adverse reactions leading to permanent treatment discontinuation was 3.7% with XARELTO.

The mean duration of XARELTO treatment was 11.9 days in the total knee replacement study and 33.4 days in the total hip replacement studies. Overall, in the RECORD program, the mean age of the patients studied in the XARELTO group was 64 years, 59% were female and 82% were Caucasian. Twenty-seven percent (1206) of patients underwent knee replacement surgery and 73% (3281) underwent hip replacement surgery.

The numbers of patients in the ROCKET AF trial receiving at least one dose of study drug and their exposures are described in Table 1.

**Table 1: Summary of Treatment Exposure in Stroke Prevention in Atrial Fibrillation Trial (ROCKET AF)**

| | XARELTO | Warfarin |
|---|---|---|
| **Total number patients treated** | **N= 7111**<br>**n (%)** | **N=7125**<br>**n (%)** |
| Cumulative Treatment Duration | | |
| >12 months | 5558 (78.2) | 5624 (78.9) |
| >24 months | 2512 (35.3) | 2571 (36.1) |
| >36 months | 141 (2.0) | 147 (2.1) |
| Mean exposure (months*) | 19.1 | 19.3 |

* 30 days = 1 month

**Drug Discontinuation**

**In the RECORD clinical trials, the overall incidence rate of adverse reactions leading to permanent treatment discontinuation was 3.7% with XARELTO. In the ROCKET AF trial, the overall incidence rates of adverse reactions leading to permanent treatment discontinuation were 4.6% for XARELTO and 4.0% for warfarin. The most frequent**

**adverse reactions leading to discontinuation of XARELTO compared to warfarin were bleeding events (4.34% vs. 3.18%, respectively).**

Hemorrhage

The most common adverse reactions with XARELTO were bleeding complications *[see Warnings and Precautions (5.2)]*.

*Atrial Fibrillation*

Table 13 shows the number of patients experiencing adjudicated major bleeding (decrease in hemoglobin of 2 g/dL, transfusion of 2 units of packed red blood cells or whole blood, bleeding at a critical site, or fatal outcome) events during the treatment period in the ROCKET AF study, with the bleeding rate per 100 patient years (%).Major bleeding was defined as clinically overt bleeding associated with the following: a decrease in hemoglobin of 2g/dL or more, or; a transfusion of 2 or more units of packed red blood cells or whole blood, or; bleeding at a critical site; or a fatal outcome..

**Table 13: Major Bleeding Events (per 100 Patient-Years) in ROCKET AF***

| Parameter | XARELTO N = 7111 n (%) | Event rate (100 Pt-yrs) | Warfarin N = 7125 n (%) | Event Rate (100 Pt-yr) |
|---|---|---|---|---|
| **All Major**† | 360 ( 5.1) | 3.3 | 329 ( 4.6) | 2.9 |
| Critical Organ bleeds‡ | 91 ( 1.3) | 0.8 | 133 ( 1.9) | 1.2 |
| Deaths due to bleeding | 27 ( 0.4) | 0.2 | 55 ( 0.8) | 0.5 |
| Transfusion¶ | 183 ( 2.6) | 1.7 | 149 ( 2.1) | 1.3 |
| GI bleeds | 221 (3.1) | 2.0 | 140 (2.0) | 1.6 |

*For all sub-types of major bleeding, single events may be represented in more than one row, and individual subjects may have more than one event

† For major bleeds, hHemorrhagic strokes are not included to prevent double counting (these were efficacy events in ROCKET).

‡ Critical organ bleeds are cases where bleeding sites were identified as iIntracranial, intraspinal, intraocular, pericardial, intraarticular, intramuscular with compartment syndrome, or retroperitoneal.

¶ Transfusion = bleeds requiring transfusion of 2Two or more units of packed red blood cells or whole blood.

*Prophylaxis of Deep Vein Thrombosis*

The rates of major bleeding events and any bleeding events observed in patients in the RECORD clinical trials are shown in Table 2.

**Table 2: Bleeding Events* in Patients Undergoing Hip or Knee Replacement Surgeries (RECORD 1-3)**

| | XARELTO 10 mg | Enoxaparin† |
|---|---|---|
| **Total treated patients** | **N = 4487**<br>**n (%)** | **N = 4524**<br>**n (%)** |
| Major bleeding event | 14 (0.3) | 9 (0.2) |
| Fatal bleeding | 1 (<0.1) | 0 |
| Bleeding into a critical organ | 2 (<0.1) | 3 (0.1) |
| Bleeding that required re-operation | 7 (0.2) | 5 (0.1) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cells | 4 (0.1) | 1 (<0.1) |
| Any bleeding event‡ | 261 (5.8) | 251 (5.6) |
| **Hip Surgery Studies** | **N = 3281**<br>**n (%)** | **N = 3298**<br>**n (%)** |
| Major bleeding event | 7 (0.2) | 3 (0.1) |
| Fatal bleeding | 1 (<0.1) | 0 |
| Bleeding into a critical organ | 1 (<0.1) | 1 (<0.1) |
| Bleeding that required re-operation | 2 (0.1) | 1 (<0.1) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cells | 3 (0.1) | 1 (<0.1) |
| Any bleeding event‡ | 201 (6.1) | 191 (5.8) |
| **Knee Surgery Study** | **N = 1206**<br>**n (%)** | **N = 1226**<br>**n (%)** |
| Major bleeding event | 7 (0.6) | 6 (0.5) |
| Fatal bleeding | 0 | 0 |
| Bleeding into a critical organ | 1 (0.1) | 2 (0.2) |
| Bleeding that required re-operation | 5 (0.4) | 4 (0.3) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cells | 1 (0.1) | 0 |
| Any bleeding event‡ | 60 (5.0) | 60 (4.9) |

* Bleeding events occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last dose of double-blind study medication. Patients may have more than one event.
† Includes the placebo-controlled period for RECORD 2, enoxaparin dosing was 40 mg once daily (RECORD 1-3)
‡ Includes major bleeding events

Following XARELTO treatment, the majority of major bleeding complications (≥60%) occurred during the first week after surgery.

| Table 3 shows the number of patients experiencing adjudicated major bleeding events endpoints during the treatment period in the ROCKET AF study, with the bleeding rate per 100 patient-years (%). The principal safety outcome was the composite of major and non-major clinically relevant bleeding events. Major bleeding was defined as clinically overt bleeding associated with the following: a decrease in hemoglobin of 2g/dL or more, or; a transfusion of 2 or more units of packed red blood cells or whole blood, or; bleeding at a critical site; or a fatal outcome. Non major clinically relevant bleeding was defined as overt bleeding that did not meet the criteria for major bleeding, but was associated with medical intervention, unscheduled contact (visit or telephone call) with a physician, temporary or permanent cessation of study treatment, or associated with discomfort for the | 1449 (20.4)1475 (20.7) | 14.6514.91 | 1399 (19.6)1449 (20.3) | 14.0114.52 |
|---|---|---|---|---|

| subject such as pain or impairment of activities of daily lifePrincipal Safety Outcome‡ | | | | |
|---|---|---|---|---|
| All Major‡ | 360 ( 5.1)395 ( 5.6) | 3.2833.60 | 329 ( 4.62)386 ( 5.4) | 2.943.45 |
| Critical Organ Bleedingbleeds‡ | 91 ( 1.3) | 0.82 | 133 ( 1.9) | 1.218 |
| Intracranial hemorrhage | 55 (0.8) | 0.49 | 84 (1.2) | 0.74 |
| Deaths due to bleedingbleeding | 27 ( 0.4) | 0.24 | 55 ( 0.8) | 0.548 |
| Hemoglobin Drop§ | 305 ( 4.3) | 2.77 | 254 ( 3.6) | 2.26 |
| Transfusion¶ | 183 ( 2.6) | 1.765 | 149 ( 2.1) | 1.32 |
| GI bleeds | 221 (3.1) | 2.00 | 140 (21.960) | 1.61 |
| Non major Clinically Relevant | 1185 (16.7) | 11.80 | 1151 (16.2) | 11.37 |

*For all sub types of major bleeding, single events may be represented in more than one row, and individual subjects may have more than one event

* Confidence Interval

† Principal Safety Outcome is the composite of Major and Non Major clinically relevant bleeding events. For both the principal safety outcome and major bleeds, hemorrhagic strokes are not included to prevent double counting (these were efficacy events in ROCKET).

‡ Critical organ bleeding bleeds are cases where bleeding sites were identified as intracranial, intraspinal, intraocular, pericardial, intraarticular, intramuscular with compartment syndrome or retroperitoneal.

§ Hemoglobin drop = a fall in hemoglobin of 2 g/dL or more.

¶ Transfusion = a bleeds requiring transfusion of 2 or more units of packed red blood cells or whole blood.

There was a higher annual rate of major gastrointestinal bleeds in patients receiving XARELTO than in patients receiving warfarin (3.1% vs 2.0%, respectively, with a hazard ratio vs. Warfarin of 1.6, p < 0.001), and a higher annual rate of any gastrointestinal bleeds (5.8% vs 4.2%, respectively, with a hazard ratio vs. Warfarin of 1.4, p < 0.001). The increases in major bleeding events with XARELTO in the categories of hemoglobin drop and/or transfusion were primarily from the gastrointestinal tract.

dunnmonp
Formatted: Indent: Left: 0.01"

dunnmonp
Formatted: Indent: Left: 0.01"

dunnmonp
Formatted: Indent: Left: 0.01"

dunnmonp
Formatted: Indent: Left: 0.01"

dunnmonp
Formatted: Indent: Left: 0.01"

   
~~The risk of major bleeds was similar with XARELTO and warfarin across major subgroups defined by baseline characteristics, with the exceptions of race and region. There was a higher annual rate of major bleeding in Black subjects taking XARELTO compared their warfarin treated counterparts than in non-black subject groups (HR = 1.7, p interaction = 0.025). Likewise, North American subjects on XARELTO experienced a higher annual bleeding rate compared to their warfarin treated counterparts than subjects from any other region (HR = 1.4, p interaction = 0.008).The increases in major bleeding events with XARELTO in the categories of hemoglobin drop and/or transfusion were primarily from the gastrointestinal tract.~~Other Adverse Reactions

Non-hemorrhagic adverse drug reactions (ADRs) reported in ≥1% of XARELTO-treated patients are shown below.

~~*Reduction of Risk of Stroke and Systemic Embolism in Atrial Fibrillation:*~~

~~*Ischemic/embolic strokes were observed in 2 of 81 rivaroxaban treated patients following DC cardioversion in ROCKET AF. There were no strokes and one non CNS systemic embolism in the 71 warfarin treated ROCKET AF patients who underwent DC cardioversion. Rivaroxaban use for the prophylaxis of embolic stroke following cardioversion or atrial ablation procedures has not been systematically studied.*~~

*Prophylaxis of Deep Vein Thrombosis*

**Table 34: Other Adverse Drug Reactions* Reported by ≥1% of XARELTO-Treated Patients in RECORD 1-3 Studies**

| System/Organ Class<br>Adverse Reaction | XARELTO<br>10 mg<br>(N = 4487)<br>n (%) | Enoxaparin†<br><br>(N = 4524)<br>n (%) |
|---|---|---|
| **Injury, poisoning and procedural complications** | | |
| Wound secretion | 125 (2.8) | 89 (2.0) |
| **Musculoskeletal and connective tissue disorders** | | |
| Pain in extremity | 74 (1.7) | 55 (1.2) |
| Muscle spasm | 52 (1.2) | 32 (0.7) |
| **Nervous system disorders** | | |
| Syncope | 55 (1.2) | 32 (0.7) |
| **Skin and subcutaneous tissue disorders** | | |
| Pruritus | 96 (2.1) | 79 (1.8) |
| Blister | 63 (1.4) | 40 (0.9) |

* ADR occurring any time following the first dose of double-blind medication, which may have been prior to administration of active drug, until two days after the last dose of double-blind study medication.

† Includes the placebo-controlled period of RECORD 2, enoxaparin dosing was 40 mg once daily (RECORD 1-3)

~~In the ROCKET AF trial, non-hemorrhagic ADRs (reported by ≥1% of patients receiving XARELTO compared to warfarin) were nausea (2.7% vs. 2.2%), syncope (1.8% vs. 1.5%) and vomiting (1.6% vs. 1.6%), respectively.~~

~~Less Common ADRs~~

~~6.2The following ADR occurred in <1% of XARELTO treated patients in the RECORD 1-3 clinical studies:~~

~~6.2**Renal and urinary disorders:** dysuria~~

~~Laboratory Abnormalities~~

~~6.2The laboratory abnormalities in Table 35 were observed in RECORD 1-3 clinical studies:~~

**Author**
**Formatted:** Bullets and Numbering

**6.2Table 5: Laboratory Abnormalities in RECORD 1-3 Clinical Studies**

| 6.2Laboratory Abnormality | 6.2XARELTO 6.210 mg | 6.2Enoxaparin* |
|---|---|---|
| 6.2Alanine aminotransferase >3 x ULN | 6.2114/4441 (2.6%) | 6.2167/4456 (3.8%) |
| 6.2Aspartate aminotransferase >3 x ULN | 6.2122/4441 (2.8%) | 6.2152/4456 (3.4%) |
| 6.2Total bilirubin >1.5 x ULN | 6.2140/4442 (3.2%) | 6.2128/4456 (2.9%) |
| 6.2Gamma-glutamyltransferase >3 x ULN | 6.2292/4442 (6.6%) | 6.2391/4457 (8.8%) |
| 6.2Platelet counts <100,000/mm³ or <50% of baseline value | 6.2116/4425 (2.6%) | 6.2131/4447 (3.0%) |

6.2* Includes the placebo-controlled period of RECORD 2, enoxaparin dosing was 40 mg once daily (RECORD 1-3)

Author
Formatted: Bullets and Numbering

Author
Formatted: Bullets and Numbering

Author
Formatted: Bullets and Numbering

Author
Formatted: Bullets and Numbering

Author
Formatted: Bullets and Numbering

Author
Formatted: Bullets and Numbering

6.2*Liver function tests:* In the ROCKET AF study the incidence of ALT >3xULN was 2.91% (203/6979) with XARELTO and 2.90% (203/7008) with warfarin. Rare cases (7 XARELTO vs. 4 warfarin cases) of ALT >8xULN were considered probably related to study drug. In none of these cases was there progression to more severe liver injury after discontinuation. Of note, the overall incidence of ALT elevations greater than 8xULN (and at other thresholds) was balanced between treatment groups. The incidence of combined ALT >3xULN with total bilirubin >2xULN cases was comparable for XARELTO 0.47% (33/6980) and warfarin 0.50% (35/7012).

### 6.16.2 Postmarketing Experience

The following adverse reactions have been identified during post-approval use of rivaroxaban. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

*Blood and lymphatic system disorders:* agranulocytosis

*Gastrointestinal disorders:* retroperitoneal hemorrhage

*Hepatobiliary disorders:* jaundice, cholestasis, cytolytic hepatitis

*Immune system disorder:* hypersensitivity, anaphylactic reaction, anaphylactic shock

*Nervous system disorders:* cerebral hemorrhage, subdural hematoma, epidural hematoma, hemiparesis

*Pulmonary system disorders:* pulmonary hemorrhage, pulmonary hemorrhage with bronchiectasis

*Skin and subcutaneous tissue disorders:* Stevens-Johnson syndrome

## 7 DRUG INTERACTIONS

Rivaroxaban is a substrate of CYP3A4/5, CYP2J2, and the P-gp and ATP-binding cassette G2 (ABCG2) transporters. Inhibitors and inducers of these CYP450 enzymes or transporters may result in changes in rivaroxaban exposure.

### 7.1 Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems

General Considerations

In drug interaction studies evaluating the concomitant use with drugs that are combined P-gp and CYP3A4 inhibitors, increases in rivaroxaban exposure and pharmacodynamic effects (i.e., factor Xa inhibition and PT prolongation) were observed. Significant increases in rivaroxaban exposure may increase bleeding risk.

- *Ketoconazole (combined P-gp and strong CYP3A4 inhibitor):* Steady-state rivaroxaban AUC and $C_{max}$ increased by 160% and 70%, respectively. Similar increases in pharmacodynamic effects were also observed.
- *Ritonavir (combined P-gp and strong CYP3A4 inhibitor):* Single-dose rivaroxaban AUC and $C_{max}$ increased by 150% and 60%, respectively. Similar increases in pharmacodynamic effects were also observed.
- *Clarithromycin (combined P-gp and strong CYP3A4 inhibitor):* Single-dose rivaroxaban AUC and $C_{max}$ increased by 50% and 40%, respectively. The smaller increases in exposure observed for clarithromycin compared to ketoconazole or ritonavir may be due to the relative difference in P-gp inhibition.
- *Erythromycin (combined P-gp and moderate CYP3A4 inhibitor):* Both the single-dose rivaroxaban AUC and $C_{max}$ increased by 30%.

Avoid concomitant administration of XARELTO with combined P-gp and strong CYP3A4 inhibitors (e.g., ketoconazole, itraconazole, lopinavir/ritonavir, ritonavir, indinavir/ritonavir, and conivaptan) which cause significant increases in rivaroxaban exposure that may increase bleeding risk.

Prophylaxis of Deep Vein Thrombosis

When clinical data suggest a change in exposure is unlikely to affect bleeding risk (e.g., clarithromycin, erythromycin), no precautions are necessary during coadministration with drugs that are combined P-gp and CYP3A4 inhibitors.

### 7.2 Drug-Disease Interactions with Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems

Based on simulated pharmacokinetic data, patients with renal impairment receiving full dose XARELTO in combination with drugs classified as combined P-gp and weak or moderate CYP3A4 inhibitors (e.g., amiodarone, diltiazem, verapamil, quinidine, ranolazine, dronedarone, felodipine, erythromycin, and azithromycin, diltiazem, verapamil, quinidine, ranolazine, dronedarone, amiodarone, and felodipine), may have significant increases in exposure compared with patients with normal renal function and no inhibitor use, since both pathways of rivaroxaban elimination are affected.

While increases in rivaroxaban exposure can be expected under such conditions, results from an analysis in the ROCKET AF trial, which allowed concomitant use with combined P-gp and weak or moderate CYP3A4 inhibitors (e.g., amiodarone, diltiazem, verapamil, chloramphenicol, cimetidine, and erythromycin), did not show an increase in bleeding in patients with CrCl <50 mL/min [Hazard Ratio (95% CI)=1.05 (0.77, 1.42)]. Since these increases may increase bleeding risk, use XARELTO in this situation only if the potential benefit justifies the potential risk *[see Use in Specific Populations (8.7)]* XARELTO should be used in patients with renal impairment who are receiving concomitant combined P-gp and weak or moderate CYP3A4 inhibitors if the potential benefit justifies the potential riskXARELTO should be used with caution in patients with renal impairment who are receiving concomitant combined P-gp and weak or moderate CYP3A4 inhibitors. Promptly evaluate any signs or symptoms of blood loss. *[see Warnings and Precautions (5.2)]*.

### 7.3 Drugs that Induce Cytochrome P450 3A4 Enzymes and Drug Transport Systems

General Considerations

In a drug interaction study, co-administration of XARELTO (20 mg single dose with food) with a drug that is a combined P-gp and strong CYP3A4 inducer (rifampicin titrated up to 600 mg once daily) led to an approximate decrease of 50% and 22% in AUC and $C_{max}$, respectively. Similar decreases in pharmacodynamic effects were also observed. These decreases in exposure to rivaroxaban may decrease efficacy.

Avoid concomitant use of XARELTO with drugs that are combined P-gp and strong CYP3A4 inducers (e.g., carbamazepine, phenytoin, rifampin, St. John's wort).

Prophylaxis of Deep Vein Thrombosis

Consider increasing the XARELTO dose if these drugs must be coadministered *[see Dosage and Administration (2.5)]*.

### 7.4 Anticoagulants

In a drug interaction study, single doses of enoxaparin (40 mg subcutaneous) and XARELTO (10 mg) given concomitantly resulted in an additive effect on anti-factor Xa activity. Enoxaparin did not affect the pharmacokinetics of rivaroxaban. In another study, single doses of warfarin (15 mg) and XARELTO (5 mg) resulted in an additive effect on factor Xa inhibition and PT. Warfarin did not affect the pharmacokinetics of rivaroxaban. ~~The safety of long term concomitant use of these drugs has not been studied.~~

Prophylaxis of Deep Vein Thrombosis

Avoid concurrent use of XARELTO with other anticoagulants due to the increased bleeding risk ~~other than during therapeutic transition periodswhen converting to or from XARELTO where patients should be observed closely~~ *[see Dosage and Administration (2.3, ), (2.4)]*. Promptly evaluate any signs or symptoms of blood loss *[see Warnings and Precautions (5.2)]*.

### 7.5 NSAIDs/Aspirin

In a single-dose drug interaction study there were no pharmacokinetic or pharmacodynamic interactions observed after concomitant administration of naproxen or aspirin (acetylsalicylic acid) with XARELTO. ~~The safety of long term concomitant use of these drugs has not been studied.~~

NSAIDs~~/aspirin~~ are known to increase bleeding, and bleeding risk may be increased when these drugs are used concomitantly with XARELTO. In ROCKET~~-AF trial~~, aspirin use ~~(≥ 50% use)~~ during the double-blind phase was identified as an independent risk factor for major bleeding.

Promptly evaluate any signs or symptoms of blood loss if patients are treated concomitantly with NSAIDs and/or platelet aggregation inhibitors *[see Warnings and Precautions (5.2)]*.

### 7.6 Clopidogrel

In two drug interaction studies where clopidogrel (300 mg loading dose followed by 75 mg daily maintenance dose) and XARELTO (15 mg single dose) were co-administered in healthy subjects, an increase in bleeding time to 45 minutes was observed in approximately 45% and 30% of subjects in these studies, respectively. The change in bleeding time was approximately twice the maximum increase seen with either drug alone. There was no change in the pharmacokinetics of either drug.

~~In ROCKET, there were approximately 100 people in each trial arm who took a thienopyridine during the trial without concomitant ASA. In addition, there were 109 rivaroxaban treated subjects and 143 warfarin treated subjects who took combination ASA and thienopyridine therapy during the trial. Rates of major bleeding were higher in thienopyridine treated patients in both the warfarin and rivaroxaban treatment arms, without differences between the groups. Avoid concurrent administration of clopidogrel with XARELTO unless the benefit outweighs the risk of increased bleeding *[see Warnings and Precautions (5.2)]*.Clopidogrel is known to increase bleeding, and bleeding risk may be increased when it is used concomitantly with XARELTO.~~ Promptly evaluate any signs or symptoms of blood loss if patients are treated concomitantly with clopidogrel *[see Warnings and Precautions (5.2)]*.

## 8 USE IN SPECIFIC POPULATIONS

### 8.1 Pregnancy

Pregnancy Category C

There are no adequate or well-controlled studies of XARELTO in pregnant women, and dosing for pregnant women has not been established. Use XARELTO with caution in pregnant patients because of the potential for pregnancy related hemorrhage and/or emergent delivery with an anticoagulant that is not readily reversible. The anticoagulant effect of XARELTO cannot be reliably monitored with standard laboratory testing. Animal reproduction studies showed no increased risk of structural malformations, but increased post-implantation pregnancy loss occurred in rabbits. XARELTO should be used during pregnancy only if the potential benefit justifies the potential risk to mother and fetus *[see Warnings and Precautions (5.6)]*.

Rivaroxaban crosses the placenta in animals. Animal reproduction studies have shown pronounced maternal hemorrhagic complications in rats and an increased incidence of post-implantation pregnancy loss in rabbits. Rivaroxaban increased fetal toxicity (increased resorptions, decreased number of live fetuses, and decreased fetal body weight) when pregnant rabbits were given oral doses of ≥10 mg/kg rivaroxaban during the period of organogenesis. This dose corresponds to about ~~11~~4 times the human exposure of unbound drug, based on AUC comparisons at the highest ~~maximum~~ recommended human dose of ~~10~~20 mg/day. Fetal body weights decreased when pregnant rats were given oral doses of 120 mg/kg. This dose corresponds to about ~~40~~14 times the human exposure of unbound drug.

### 8.2 Labor and Delivery

Safety and effectiveness of rivaroxaban during labor and delivery have not been studied in clinical trials. However, in animal studies maternal bleeding and maternal and fetal death occurred at the rivaroxaban dose of 40 mg/kg (about ~~17~~6 times maximum human exposure of the unbound drug at the human dose of ~~10~~20 mg/day).

### 8.3 Nursing Mothers

It is not known if rivaroxaban is excreted in human milk. Rivaroxaban and/or its metabolites were excreted into the milk of rats. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from rivaroxaban, a decision should be made whether to discontinue nursing or discontinue the drug, taking into account the importance of the drug to the mother.

### 8.4 Pediatric Use

Safety and effectiveness in pediatric patients have not been established.

### 8.5 Geriatric Use

Of the total number of patients in the RECORD 1-3 clinical studies evaluating XARELTO, about 5368% were 65 years and over, while about 1529% were >75 years. In ROCKET AF, approximately 77% were 65 years and over and about 38% were > 75 years. In clinical trials the efficacy of XARELTO in the elderly (65 years or older) was similar to that seen in patients younger than 65 years. ~~As would be expected, b~~Both thrombotic and bleeding event rates were higher in these older patients, but the risk-benefit profile was favorable in all age groups *[see Clinical Pharmacology (12.3) and Clinical Studies (14)]*.

~~8.6Elderly subjects exhibited an increase in exposure that may be caused by age related changes in renal function. For patients 65 years of age and older, consideration should be given to assessment of renal function prior to starting therapy with XARELTO. Promptly evaluate any signs or symptoms of blood loss *[see Clinical Pharmacology (12.3)]*.~~

Author
Formatted: Bullets and Numbering

### 8.6 Females of Reproductive Potential

Females of reproductive potential requiring anticoagulation should discuss pregnancy planning with their physician.

### 8.7 Renal Impairment

The safety and pharmacokinetics of single-dose XARELTO (10 mg) were evaluated in a study in healthy subjects [CrCl ≥80 mL/min (n=8)] and in subjects with varying degrees of renal impairment (see Table 46). Compared to healthy subjects with normal creatinine clearance, rivaroxaban exposure increased in subjects with renal impairment. Increases in pharmacodynamic effects were also observed.

**Table 46: Percent Increase of Rivaroxaban PK and PD Parameters from Normal in Subjects with Renal Insufficiency from a Dedicated Renal Impairment Study**

| Parameter | | Renal Impairment Class [CrCl (mL/min)] | | |
|---|---|---|---|---|
| | | Mild [50 to 79] N=8 | Moderate [30 to 49] N=8 | Severe [15 to 29] N=8 |
| Exposure | AUC | 44 | 52 | 64 |
| (% increase relative to normal) | $C_{max}$ | 28 | 12 | 26 |
| FXa Inhibition | AUC | 50 | 86 | 100 |
| (% increase relative to normal) | $E_{max}$ | 9 | 10 | 12 |
| PT Prolongation | AUC | 33 | 116 | 144 |
| (% increase relative to normal) | $E_{max}$ | 4 | 17 | 20 |

PT = Prothrombin time; FXa = Coagulation factor Xa; AUC = Area under the concentration or effect curve; $C_{max}$ = maximum concentration; $E_{max}$ = maximum effect; and CrCl = creatinine clearance

Patients with any degree of renal impairment with concurrent use of P-gp and weak to moderate CYP3A4 inhibitors may have significant increases in exposure which may increase bleeding risk *[see Drug Interactions (7.2)]*.

Atrial Fibrillation

For patients with moderate renal impairment (CrCl 3015 to <50 mL/min), reduce the dose of XARELTO to 15 mg once daily with the evening meal as studied in ROCKET AFROCKET AF trial *[see Dosage and Administration (2.1)]*. For patients with severe renal impairment (CrCl 15 to <30 mL/min), a dose of 15 mg once daily with the evening meal is expected to provide exposure and pharmacodynamic effects similar to patients with moderate renal impairment. There is no clinical experience with this dosing regimen for XARELTO in patients with severe renal impairment. Use of XARELTO is not recommended in patients with renal failure (CrCl <15 mL/min) *[see Warnings and Precautions (5.5)]*.

Prophylaxis of Deep Vein Thrombosis

The combined analysis of the RECORD 1-3 clinical efficacy studies did not show an increase in bleeding risk for patients with moderate renal impairment and reported a possible increase in total VTE in this population. Observe closely and promptly evaluate any signs or symptoms of blood loss in patients with moderate renal impairment (CrCl 30 to <50 mL/min). Avoid the use of XARELTO in patients with severe renal impairment (CrCl <30 mL/min) *[see Dosage and Administration (2.2) and Warnings and Precautions (5.1, 5.3)]*.

### 8.8 Hepatic Impairment

The safety and pharmacokinetics of single-dose XARELTO (10 mg) were evaluated in a study in healthy subjects (n=16) and subjects with varying degrees of hepatic impairment (see Table 57). No patients with severe hepatic impairment (Child-Pugh C) were studied. Compared to healthy subjects with normal liver function, significant increases in rivaroxaban exposure were observed

in subjects with moderate hepatic impairment (Child-Pugh B). Increases in pharmacodynamic effects were also observed.

**Table 57: Percent Increase of Rivaroxaban PK and PD Parameters from Normal in Subjects with Hepatic Insufficiency from a Dedicated Hepatic Impairment Study**

| Parameter | | Hepatic Impairment Class (Child-Pugh Class) | |
|---|---|---|---|
| | | Mild (Child-Pugh A) N=8 | Moderate (Child-Pugh B) N=8 |
| Exposure | AUC | 15 | 127 |
| (% increase relative to normal) | $C_{max}$ | 0 | 27 |
| FXa Inhibition | AUC | 8 | 159 |
| (% increase relative to normal) | $E_{max}$ | 0 | 24 |
| PT Prolongation | AUC | 6 | 114 |
| (% increase relative to normal) | $E_{max}$ | 2 | 41 |

PT = Prothrombin time; FXa = Coagulation factor Xa; AUC = Area under the concentration or effect curve; $C_{max}$ = maximum concentration; $E_{max}$ = maximum effect

~~rDVT~~
Atrial Fibrillation

No dosing recommendations can be provided for patients with moderate (Child-Pugh B) hepatic impairment. Avoid the use of XARELTO in patients with severe (Child-Pugh C) hepatic impairment or with any hepatic disease associated with coagulopathy *[see Warnings and Precautions (5.2, 5.6)]*.

Prophylaxis of Deep Vein Thombosis

Avoid the use of XARELTO in patients with moderate (Child-Pugh B) or severe (Child-Pugh C) hepatic impairment or with any hepatic disease associated with coagulopathy *[see Warnings and Precautions (5.1, 5.4)]*.

## 10 OVERDOSAGE

Overdose of XARELTO may ~~lead to hemorrhage~~result in fatal bleeding. A specific antidote ~~of~~for rivaroxaban is not available. Discontinue XARELTO and initiate appropriate therapy if bleeding complications associated with overdosage occur. The use of activated charcoal to reduce absorption in case of XARELTO overdose may be considered. Due to the high plasma protein binding, rivaroxaban is not expected to be dialyzable *[see Clinical Pharmacology (12.3) and Warnings and Precautions (5.1)]*.

## 11 DESCRIPTION

Rivaroxaban, a factor Xa inhibitor, is the active ingredient in XARELTO Tablets with the chemical name 5-Chloro-N-({(5S)-2-oxo-3-[4-(3-oxo-4-morpholinyl)phenyl]-1,3-oxazolidin-5-

yl}methyl)-2-thiophenecarboxamide. The molecular formula of rivaroxaban is $C_{19}H_{18}ClN_3O_5S$ and the molecular weight is 435.89. The structural formula is:



Rivaroxaban is a pure (*S*)-enantiomer. It is an odorless, non-hygroscopic, white to yellowish powder. Rivaroxaban is only slightly soluble in organic solvents (e.g., acetone, polyethylene glycol 400) and is practically insoluble in water and aqueous media.

Each XARELTO tablet contains 10 mg, 15 mg, or 20 mg of rivaroxaban. The inactive ingredients of XARELTO are: croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, microcrystalline cellulose, and sodium lauryl sulfate. Additionally, the proprietary film coating mixture used for XARELTO 10 mg tablets is Opadry® Pink and XARELTO 15 mg tablets is Opadry® Red, containing ferric oxide red, hypromellose, polyethylene glycol 3350, and titanium dioxide, and for XARELTO 20 mg tablets is Opadry® II Dark Red, containing ferric oxide red, polyethylene glycol 3350, polyvinyl alcohol (partially hydrolyzed), talc, and titanium dioxide.

## 12  CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

XARELTO is an orally bioavailable factor Xa inhibitor that selectively blocks the active site of factor Xa and does not require a cofactor (such as Anti-thrombin III) for activity. Activation of factor X to factor Xa (FXa) via the intrinsic and extrinsic pathways plays a central role in the cascade of blood coagulation.

### 12.2 Pharmacodynamics

Dose-dependent inhibition of factor Xa activity was observed in humans and the Neoplastin® prothrombin time (PT), activated partial thromboplastin time (aPTT) and HepTest® are prolonged dose-dependently. Anti-factor Xa activity is also influenced by rivaroxaban. There are no data on the use of the International Normalized Ratio (INR). The predictive value of these coagulation parameters for bleeding risk or efficacy has not been established.

### 12.3 Pharmacokinetics

*Absorption*

The absolute bioavailability of rivaroxaban is dose-dependent. For the 10 mg dose, it is estimated to is high (estimated to be 80% to 100% and is not affected by food. i, ) for the 10 mg dose.

RIntake with food does not affect rivaroxaban AUC or $C_{max}$pharmacokinetics at the 10 mg dose. XARELTO 10 mg tablets can be taken with or without food *[see Dosage and Administration (2.21)]*.

The absolute bioavailability of rivaroxaban is reduced (approximately 66%) at a dose of 20 mg in the fasted state is approximately estimated to be approximately 66%. Coadministration of XARELTO with food significantly increases the bioavailability of the 20 mg dose (with mean AUC and $C_{max}$ increasing by 39% and 76% respectively with food). XARELTO 15 mg and 20 mg tablets should be taken with the evening meal *[see Dosage and Administration (2.12)]*.

The maximum concentrations ($C_{max}$) of rivaroxaban appear 2 to 4 hours after tablet intake. The 20 mg tablet has an absolute bioavailability of approximately 66% under fasting conditions. Coadministration of XARELTO with food increases the mean AUC by 39% and $C_{max}$ by 76%, which is predicted to result in nearly complete bioavailability of the 20 mg dose. Similar effects of food on rivaroxaban AUC and $C_{max}$ for the 15 mg tablet are expected. XARELTO 15 mg and 20 mg tablets should be taken with food *[see Dosage and Administration (2.2)]*.

Rivaroxaban is rapidly absorbed with The maximum concentrations ($C_{max}$) of rivaroxaban appearing 2 to 4 hours after tablet intake. Rivaroxaban pharmacokinetics are linear with no relevant accumulation after multiple doses.

The pharmacokinetics of rivaroxaban were was not affected by drugs altering gastric pH. Coadministration of XARELTO (30 mg single dose) with the $H_2$-receptor antagonist ranitidine (150 mg twice daily) or the antacid aluminum hydroxide/magnesium hydroxide (10 mL) did not show an effect on the bioavailability and exposure of rivaroxaban.

Absorption of rivaroxaban is dependent on the site of drug release in the GI tract. A 29% and 56% decrease in AUC and $C_{max}$ compared to tablet was reported when rivaroxaban granulate is released in the proximal small intestine. Exposure is further reduced when drug is released in the distal small intestine, or ascending colon. Avoid administration of rivaroxaban via a method that could deposit drug directly into the proximal small intestine (e.g., feeding tube) which can result in reduced absorption and related drug exposure *[see Dosage and Administration (2.8)]*.

*Distribution*

Plasma protein binding of rivaroxaban in human plasma is approximately 92% to 95%, with albumin being the main binding component. The steady-state volume of distribution in healthy subjects is approximately 50 L.

*Metabolism*

Approximately 51% of an orally administered [$^{14}$C]-rivaroxaban dose was recovered as metabolites in urine (30%) and feces (21%). Oxidative degradation catalyzed by CYP3A4/5 and CYP2J2 and hydrolysis are the major sites of biotransformation. Unchanged rivaroxaban was the predominant moiety in plasma with no major or active circulating metabolites.

*Excretion*

Following oral administration of a [$^{14}$C]-rivaroxaban dose, 66% of the radioactive dose was recovered in urine (36% as unchanged drug) and 28% was recovered in feces (7% as unchanged drug). Unchanged drug is excreted into urine, mainly via active tubular secretion and to a lesser extent via glomerular filtration (approximate 5:1 ratio). Rivaroxaban is a substrate of the efflux transporter proteins P-gp and ABCG2 (also abbreviated Bcrp). Rivaroxaban's affinity for influx transporter proteins is unknown.

Rivaroxaban is a low-clearance drug, with a systemic clearance of approximately 10 L/hr in healthy volunteers following intravenous administration. The terminal elimination half-life of rivaroxaban is 5 to 9 hours in healthy subjects aged 20 to 45 years.

Specific Populations

*Gender*

Gender did not influence the pharmacokinetics or pharmacodynamics of XARELTO.

*Race*

Healthy Japanese subjects were found to have 20 to 40~~50~~% on average, higher exposures compared to other ethnicities including Chinese. However, these differences in exposure are reduced when values are corrected for body weight.

*Elderly*

In clinical studies, elderly subjects exhibited higher rivaroxaban plasma concentrations than younger subjects with mean AUC values being approximately 50% higher, mainly due to reduced (apparent) total body and renal clearance. Age related changes in renal function may play a role in this age effect. The terminal elimination half-life is 11 to 13 hours in the elderly *[see Use in Specific Populations (8.5)]*.

*Body Weight*

Extremes in body weight (<50 kg or >120 kg) did not influence (less than 25%) rivaroxaban exposure.

Drug Interactions

*In vitro* studies indicate that rivaroxaban neither inhibits the major cytochrome P450 enzymes CYP1A2, 2C8, 2C9, 2C19, 2D6, 2J2, and 3A4 nor induces CYP1A2, 2B6, 2C19, or 3A4.

*In vitro* data also indicates a low rivaroxaban inhibitory potential for P-gp and ABCG2 transporters.

In addition, there were no significant pharmacokinetic interactions observed in studies comparing concomitant rivaroxaban 20 mg and 7.5 mg single dose of midazolam (substrate of CYP3A4), 0.375 mg once-daily dose of digoxin (substrate of P-gp), or 20 mg once daily dose of atorvastatin (substrate of CYP3A4 and P-gp) in healthy volunteers.

### 12.6 QT/QTc Prolongation

Author
SPONSOR – This subsection was changed to 12.6. Section 12.4 is always reserved for "Microbiology" and 12.5 is always reserved for "Pharmacogenomics".

In a thorough QT study in healthy men and women aged 50 years and older, no QTc prolonging effects were observed for XARELTO (15 mg and 45 mg, single-dose).

## 13 NON-CLINICAL TOXICOLOGY

### 13.1 Carcinogenesis, Mutagenesis, and Impairment of Fertility

Rivaroxaban was not carcinogenic when administered by oral gavage to mice or rats for up to 2 years. The systemic exposures (AUCs) of unbound rivaroxaban in male and female mice at the highest dose tested (60 mg/kg/day) were ~~3~~1- and ~~5~~1.6-times, respectively, the human exposure of unbound drug at the human dose of ~~10~~20 mg/day. Systemic exposures of unbound drug in male and female rats at the highest dose tested (60 mg/kg/day) were ~~4~~2- and ~~10~~4-times, respectively, the human exposure.

Rivaroxaban was not mutagenic in bacteria (Ames-Test) or clastogenic in V79 Chinese hamster lung cells *in vitro* or in the mouse micronucleus test *in vivo*.

No impairment of fertility was observed in male or female rats when given up to 200 mg/kg/day of rivaroxaban orally. This dose resulted in exposure levels, based on the unbound AUC, at least 1~~3~~3 times the exposure in humans given 2~~1~~0 mg rivaroxaban daily.

## 14 CLINICAL STUDIES

### 14.1 Stroke Prevention in Atrial Fibrillation

The clinical evidence for the efficacy of XARELTO was derived from ROCKET AF ~~(Rivaroxaban Once daily oral direct Factor Xa inhibition Compared with vitamin K antagonist~~

~~for the prevention of stroke and Embolism Trial in Atrial Fibrillation)~~, a ~~multicenter,~~ multi-national, ~~randomized,~~ double-blind~~, parallel group, active-controlled~~ study comparing XARELTO (20 mg once daily with the evening meal) with warfarin (titrated to INR 2-3) in the prevention of stroke and non-central nervous system (CNS) systemic embolism in patients with non-valvular atrial fibrillation (AF). ~~Those patients assigned to XARELTO received XARELTO 20 mg orally once daily (15mg orally once daily in patients with CrCl 30 to <50mL/min). Patients assigned to warfarin were supposed to have warfarin titrated to a target INR of 2.5 (range 2.0-3.0 inclusive).~~ Patients also had to have one or more of the following additional risk factors for stroke:

- a prior stroke (ischemic or unknown type), transient ischemic attack (TIA) or non-CNS systemic embolism, or
- 2 or more of the following risk factors:
  - age ≥75 years,
  - hypertension,
  - heart failure ~~and/~~or left ventricular ejection fraction ≤35%, or
  - diabetes mellitus

~~The primary objective of the study was to compare the efficacy of XARELTO to that of dose-adjusted warfarin in reducing the occurrence of the composite endpoint of stroke and non-CNS systemic embolism. The study~~This was a non-inferiority study designed to demonstrate that XARELTO preserved more than 50% of warfarin's effect as established by previous ~~randomized,~~ placebo-controlled trials of warfarin in AF.

A total of 14,264 patients were randomized and followed for a median ~~number~~ of 590 days ~~(19.7 months)~~. The ~~patients'~~ mean age was 71~~.2~~ years. The ~~patient~~ population was 60~~.3~~% male, 83~~.3~~% Caucasian, 12~~.5~~3% Asian and 1.3% Black~~, and 20.9% patients had a moderate renal impairment (CrCl 30 to <50 mL/min) at baseline~~. There was a history of stroke, TIA, or non-CNS systemic embolism in 55~~4.8~~% of patients, and 3~~7.6~~8% of patients had not taken a vitamin K antagonist (VKA) within 6 weeks at time of screening. Concomitant diseases of patients in these trials included hypertension 91~~0.5~~%, diabetes ~~39.~~409%, congestive heart failure 63~~2.5~~%, and prior myocardial infarction 17~~.3~~%. At baseline, 3~~6.5~~7% of patients were on chronic ~~ASA~~aspirin and~~;~~ 2.04% on anticoagulants other than VKAs.~~, 8.7% on Class III antiarrhythmics, 54.5% on angiotensin converting enzyme inhibitors, 22.7% on angiotensin receptor blockers, 60.0% on diuretics, 24.0% on oral antidiabetics, and 65.5% on beta blockers. During the study, in patients randomized to warfarin, the mean percentage of time in therapeutic range (INR 2.0 to 3.0) was 55%. The mean percentage of time with INR measurements were greater than 4 or less than 1.5 wereas <1.5 or >5.0 was 8.5% and 31.0% and 8%, respectively.~~

~~For the primary composite endpoint of stroke and systemic embolism, XARELTO was non-inferior to warfarin as it was used in ROCKET AF. Superiority to warfarin was not demonstrated. Relatively few patients were enrolled at study sites where warfarin administration was well managed, and in such athat setting the relative efficacy of XARELTO relative toand warfarin has not been well characterized.~~ Table 610 displays the overall results for the primary composite endpoint and its components.

**Table 610: Primary Composite Endpoint Results in ROCKET AF Study**

| | XARELTO | | Warfarin | | XARELTO vs. Warfarin |
|---|---|---|---|---|---|
| **Event** | **N = 7081 n (%)** | **Event Rate (100 Pt-yr)** | **N = 7090 n (%)** | **Event Rate (100 Pt-yr)** | **Hazard Ratio (95% CI)** |
| Primary Composite Endpoint* | 269 (3.80) | 2.12 | 306 (4.32) | 2.42 | 0.88 (0.74, 1.03) |
| Stroke | 253 (3.576) | 1.992.0 | 281 (3.964.0) | 2.22 | - |
| Hemorrhagic Stroke | 33 (0.475) | 0.263 | 57 (0.80) | 0.44 | - |
| Ischemic Stroke | 206 (2.91) | 1.62 | 208 (2.93) | 1.64 | - |
| Unknown Stroke Type | 19 (0.273) | 0.152 | 18 (0.253) | 0.14 | - |
| Non-CNS Systemic Embolism | 20 (0.283) | 0.162 | 27 (0.384) | 0.21 | - |

*The primary endpoint was the time to first occurrence of stroke (any type) or non-CNS systemic embolism. Data are shown for all randomized patients followed to site notification, i.e., the time when the study sites were notified that the target number of primary endpoint events had occurred.

For the primary composite endpoint of stroke and systemic embolism, XARELTO was non-inferior to warfarin. Superiority to warfarin was not demonstrated. The efficacy of XARELTO was generally consistent across major subgroups.

Figure 1 is a plot of the time from randomization to the occurrence of the first primary endpoint event in the two treatment arms. ~~Most of the observed difference between the treatment arms accrued in the initial months following randomization, when anticoagulation tended to be poorer in the warfarin armdministration tended to be most poorly managed.~~

**Figure 1: Kaplan-Meier Curves of Adjudicated Primary Composite Endpoints of Stroke and Non-CNS Systemic Embolism by Treatment Group (All randomized patients followed to site notification)**



Author
SPONSOR - This KM will be changed with the next iteration. It will need a Y axis that is the cumulative event rate, not log negative log survival.

~~The efficacy of XARELTO was generally consistent across major subgroups.~~Patients randomized to warfarin had INR in the target range of 2-3 only 55% of the time, worse during the first few months of the study. There is insufficient experience with INR control more typical of US practice to say how XARELTO and warfarin compare in this setting.

### ~~14.1~~14.2 Prophylaxis of Deep Vein Thrombosis

Author
SPONSOR – DVT moved from 14.1 to 14.2.

XARELTO was studied in 9011 patients (4487 XARELTO-treated, 4524 enoxaparin-treated patients) in the RECORD 1, 2, and 3 studies.

The two randomized, double-blind, clinical studies (RECORD 1 and 2) in patients undergoing elective total hip replacement surgery compared XARELTO 10 mg once daily starting at least 6 to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin 40 mg once daily started 12 hours preoperatively. In RECORD 1 and 2, a total of 6727 patients were randomized and 6579 received study drug. The mean age [± standard deviation (SD)] was 63 ± 12.2 (range 18 to 93) years with 49% of patients ≥65 years and 55% of patients were female. More than 82% of patients were White, 7% were Asian, and less than 2% were Black. The studies excluded patients undergoing staged bilateral total hip replacement, patients with severe renal impairment defined as an estimated creatinine clearance <30 mL/min, or patients with significant liver disease (hepatitis or cirrhosis). In RECORD 1, the mean exposure duration (± SD) to active XARELTO and enoxaparin was 33.3 ± 7.0 and 33.6 ± 8.3 days, respectively. In

RECORD 2, the mean exposure duration to active XARELTO and enoxaparin was 33.5 ± 6.9 and 12.4 ± 2.9 days, respectively. After Day 13, oral placebo was continued in the enoxaparin group for the remainder of the double-blind study duration. The efficacy data for RECORD 1 and 2 are provided in Table 78.

**Table 78: Summary of Key Efficacy Analysis Results for Patients Undergoing Total Hip Replacement Surgery - Modified Intent-to-Treat Population**

| | RECORD 1 | | | RECORD 2 | | |
|---|---|---|---|---|---|---|
| **Treatment Dosage and Duration** | **XARELTO 10 mg once daily** | **Enoxaparin 40 mg once daily** | **RRR[*], p-value** | **XARELTO 10 mg once daily** | **Enoxaparin[†] 40 mg once daily** | **RRR[*], p-value** |
| **Number of Patients** | **N = 1513** | **N = 1473** | | **N = 834** | **N = 835** | |
| **Total VTE** | 17 (1.1%) | 57 (3.9%) | 71% (95% CI: 50, 83), p<0.001 | 17 (2.0%) | 70 (8.4%) | 76% (95% CI: 59, 86), p<0.001 |
| **Components of Total VTE** | | | | | | |
| Proximal DVT | 1 (0.1%) | 31 (2.1%) | | 5 (0.6%) | 40 (4.8%) | |
| Distal DVT | 12 (0.8%) | 26 (1.8%) | | 11 (1.3%) | 43 (5.2%) | |
| Non-fatal PE | 3 (0.2%) | 1 (0.1%) | | 1 (0.1%) | 4 (0.5%) | |
| Death (any cause) | 4 (0.3%) | 4 (0.3%) | | 2 (0.2%) | 4 (0.5%) | |
| **Number of Patients** | **N= 1600** | **N = 1587** | | **N= 928** | **N = 929** | |
| **Major VTE[‡]** | 3 (0.2%) | 33 (2.1%) | 91% (95% CI: 71, 97), p<0.001 | 6 (0.7%) | 45 (4.8%) | 87% (95% CI: 69, 94), p<0.001 |
| **Number of Patients** | **N = 2103** | **N = 2119** | | **N = 1178** | **N = 1179** | |
| **Symptomatic VTE** | 5 (0.2%) | 11 (0.5%) | | 3 (0.3%) | 15 (1.3%) | |

[*] Relative Risk Reduction; CI=confidence interval

[†] Includes the placebo-controlled period of RECORD 2

[‡] Proximal DVT, nonfatal PE or VTE-related death

One randomized, double-blind, clinical study (RECORD 3) in patients undergoing elective total knee replacement surgery compared XARELTO 10 mg once daily started at least 6 to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin. In RECORD 3, the enoxaparin regimen was 40 mg once daily started 12 hours preoperatively. The mean age (± SD) of patients in the study was 68 ± 9.0 (range 28 to 91) years with 66% of patients ≥65 years. Sixty-eight percent (68%) of patients were female. Eighty-one percent (81%) of patients were White, less than 7% were Asian, and less than 2% were Black. The study excluded patients with severe renal impairment defined as an estimated creatinine clearance <30 mL/min or patients with significant liver disease (hepatitis or cirrhosis). The mean exposure duration (± SD) to active XARELTO and enoxaparin was 11.9 ± 2.3 and 12.5 ± 3.0 days, respectively. The efficacy data are provided in Table 89.

Table 89: Summary of Key Efficacy Analysis Results for Patients Undergoing Total Knee Replacement Surgery - Modified Intent-to-Treat Population

| | RECORD 3 | | |
|---|---|---|---|
| **Treatment Dosage and Duration** | **XARELTO 10 mg once daily** | **Enoxaparin 40 mg once daily** | **RRR*, p-value** |
| **Number of Patients** | **N = 813** | **N = 871** | |
| **Total VTE** | 79 (9.7%) | 164 (18.8%) | 48% (95% CI: 34, 60), p<0.001 |
| **Components of events contributing to Total VTE** | | | |
| Proximal DVT | 9 (1.1%) | 19 (2.2%) | |
| Distal DVT | 74 (9.1%) | 154 (17.7%) | |
| Non-fatal PE | 0 | 4 (0.5%) | |
| Death (any cause) | 0 | 2 (0.2%) | |
| **Number of Patients** | **N = 895** | **N = 917** | |
| **Major VTE**[†] | 9 (1.0%) | 23 (2.5%) | 60% (95% CI: 14, 81), p=0.024 |
| **Number of Patients** | **N = 1206** | **N = 1226** | |
| **Symptomatic VTE** | 8 (0.7%) | 24 (2.0%) | |

* Relative Risk Reduction; CI=confidence interval
† Proximal DVT, nonfatal PE or VTE-related death

## 16 HOW SUPPLIED/STORAGE AND HANDLING

XARELTO (rivaroxaban) Tablets are available in the strengths and packages listed below:

- 10 mg tablets are round, light red, biconvex film-coated tablets marked with a triangle pointing down above a "10" on one side, and an "Xa" on the other side. The tablets are supplied in the packages listed:

| | |
|---|---|
| NDC 50458-580-30 | Bottle containing 30 tablets |
| NDC 50458-580-10 | Blister package containing 100 tablets (10 blister cards containing 10 tablets each) |

- 15 mg tablets are round, red, biconvex film-coated tablets with a triangle pointing down above a "15" marked on one side and "Xa" on the other side. The tablets are supplied in the packages listed:

| | |
|---|---|
| NDC 50458-578-30 | Bottle containing 30 tablets |
| NDC 50458-578-10 | Blister package containing 100 tablets (10 blister cards containing 10 tablets each) |

- 20 mg tablets are triangle-shaped, dark red film-coated tablets with a triangle pointing down above a "20" marked on one side and "Xa" on the other side. The tablets are supplied in the packages listed:

| | |
|---|---|
| NDC 50458-579-30 | Bottle containing 30 tablets |
| NDC 50458-579-90 | Bottle containing 90 tablets |
| NDC 50458-579-10 | Blister package containing 100 tablets (10 blister cards containing 10 tablets each) |

Store at 25° C (77° F) or room temperature; excursions permitted to 15°-30° C (59°-86° F) [see USP Controlled Room Temperature].

Keep out of the reach of children.

## 17 PATIENT COUNSELING INFORMATION

Author
SPONSOR - This will be finalized once we have labeling done.

See FDA-approved patient labeling (Medication Guide).

### 17.1 Instructions for Patient Use

- Advise patients to take XARELTO only as directed.
- Remind patients not to discontinue XARELTO prematurely without first talking to their healthcare professional.
- If a dose is missed, advise the patient to take XARELTO as soon as possible and continue on the following day with their recommended daily dose regimen.

### 17.2 Bleeding Risks

Advise patients to report any unusual bleeding or bruising to their physician. Inform patients that it might take them longer than usual to stop bleeding, and that they may bruise and/or bleed more easily when they are treated with XARELTO *[see Warnings and Precautions (5.2)]*.

If patients have had neuraxial anesthesia or spinal puncture, and particularly, if they are taking concomitant NSAIDs or platelet inhibitors, advise patients to watch for signs and symptoms of spinal or epidural hematoma, such as tingling, numbness (especially in the lower limbs) and muscular weakness. If any of these symptoms occur, advise the patient to contact his or her physician immediately.

~~Advise patients to report any unusual bleeding or bruising to their physician. Inform patients that it might take them longer than usual to stop bleeding, and that they may bruise and/or bleed more easily when they are treated with XARELTO *[see Warnings and Precautions (5.2)]*.~~

### 17.3 Invasive or Surgical Procedures

Instruct patients to inform their health care provider that they are taking XARELTO before any invasive procedure (including dental procedures) is scheduled.

### 17.4 Concomitant Medication and Herbals

Advise patients to inform their physicians and dentists if they are taking, or plan to take, any prescription or over-the-counter drugs or herbals, so their healthcare professionals can evaluate potential interactions *[see Drug Interactions (7)]*.

### 17.5 Pregnancy and Pregnancy-Related Hemorrhage

Advise patients to inform their physician immediately if they become pregnant or intend to become pregnant during treatment with XARELTO *[see Use in Specific Populations (8.1)]*.

Advise pregnant women receiving XARELTO to immediately report to their physician any bleeding or symptoms of blood loss *[see Warnings and Precautions (5.4)]*.

### 17.6 Nursing

Advise patients to discuss with their physician if they are nursing or intend to nurse during anticoagulant treatment *[see Use in Specific Populations (8.3)]*.

### 17.7 Females of Reproductive Potential

Advise patients who can become pregnant to discuss pregnancy planning with their physician *[see Use in Specific Populations (8.6)]*.

Active Ingredient Made in Germany

Finished Product Manufactured by:
Janssen Ortho, LLC
Gurabo, PR 00778

Manufactured for:
Janssen Pharmaceuticals, Inc.
Titusville, NJ 08560

Licensed from:
Bayer HealthCare AG
51368 Leverkusen, Germany

© Janssen Pharmaceuticals, Inc. 2011

**MEDICATION GUIDE**
**XARELTO® (zah-REL-toe)**
**(rivaroxaban) Tablets**

Author
SPONSOR – Medication Guide (MG) is still under review. Once we have a substantially complete FPI we will edit the MG.

Read this Medication Guide before you start taking XARELTO and each time you get a refill. There may be new information. This Medication Guide does not take the place of talking with your doctor about your medical condition and treatment.

**What is the most important information I should know about XARELTO?**

- XARELTO is a medicine that keeps blood clots from forming.
  - Patients with atrial fibrillation (an irregular heart beat) are at an increased risk of forming a blood clot in the heart which can travel to the brain and cause a stroke. XARELTO lowers your chance of having a stroke by helping to prevent the formation of clots.
  - Patients who have just had hip or knee replacement surgery are at an increased risk of forming a blood clot in their legs and lungs. XARELTO lowers your chance of forming blood clots in your legs and lungs.
- You should take XARELTO exactly as directed by your doctor and do not skip a dose unless you are advised to do so by your doctor.
- XARELTO, like all blood thinners, can cause bleeding, which can be serious, and sometimes be life-threatening. While you take XARELTO:
- ~~you may find~~expect that you will bruise or bleed more easily. Do not discontinue XARELTO because of minor bruising.

**It is very important to take XARELTO as prescribed, and to alert your doctor if you develop any signs of bleeding, which may include:**

- unusual bruising (bruises that develop without an injury or grow in size)
- any new bleeding, such as:
  - nose bleeds
  - bleeding gums
  - red urine
  - bright red blood in your stools
  - coughing up or vomiting blood
- any bleeding that is heavier than usual, from:
  - cuts
  - menstruation
- dizziness or weakness
- pain, swelling, or new drainage at wound sites

Whenever you see ANY doctor, including your dentist, be sure to tell them you are currently taking XARELTO.

**Do not stop taking XARELTO without talking to the doctor who prescribes it for you. If you stop taking XARELTO, you may increase the chances of having a stroke or forming a blood clot in your legs and lungs.**

**Tell your doctor about any planned surgical, medical, or dental procedures.** Your doctor may recommend that you stop taking XARELTO for a short time. Your doctor will tell you when to start taking XARELTO again after your surgery or procedure.

**See "What are the possible side effects of XARELTO?" for more information about side effects.**

### What is XARELTO?

- XARELTO is a prescription medicine used to:
    - reduce the risk of stroke caused by blood clots in people who have a medical condition called atrial fibrillation. With atrial fibrillation, part of the heart does not beat the way it should. This can lead to the formation of blood clots, which can travel to the brain, causing a stroke, or to other parts of the body.
    - reduce the risk of forming a blood clot in the legs and lungs of patients who have just had hip or knee replacement surgery.
- XARELTO is a blood thinner that lowers the chance of blood clots forming in your body.
- XARELTO begins working within a few hours after you start taking it, and helps protect you for as long as you take it. Your doctor will tell you how long you need to take XARELTO.
- You do not need routine blood tests to see if XARELTO is working. You do not need to change your diet while taking XARELTO.
- It is not known if XARELTO is safe and works in children.

### Who should not take XARELTO?

**Do not take XARELTO if you:**

- are allergic to rivaroxaban or other ingredients in XARELTO. See the end of this leaflet for a complete list of ingredients in XARELTO.
- have abnormal or unusual bleeding

Talk to your doctor, before taking XARELTO, if you currently have unusual bleeding.

**What should I tell my doctor before taking XARELTO?**

Before you take XARELTO, tell your doctor if you:

- bleed very easily or for a long time
- have any problems with your liver or kidneys
- are pregnant or planning to become pregnant
- are breast-feeding or plan to breast-feed

**Tell your doctor about all the medicines you take, including prescription and nonprescription medicines, and herbal supplements.**

Using XARELTO with certain other medicines:

- may increase your risk of bleeding and XARELTO may not work properly.
- may require stopping or changing the other medicines
- your doctor can tell you what medicines can be safely taken with XARELTO.
- may increase your risk of bleeding, if taken with non-prescription products containing aspirin or other anti-inflammatory pain relieving drugs (such as ibuprofen, naproxen). These products should be used only with your doctor's approval if you are taking XARELTO.

**How should I take XARELTO?**

- Take XARELTO exactly as your doctor has told you.
- For patients who have:
  - **atrial fibrillation:** Take XARELTO 15 mg or 20 mg once a day **with your evening mealfood**.
  - **hip or knee replacement surgery:** Take XARELTO 10 mg once a day **with or without food**.
- **Your doctor will decide how long you should take XARELTO. Do not stop taking XARELTO without talking with your doctor first. Stopping XARELTO may increase your risk of having a stroke or forming blood clots in your legs and lungs.**
- Do not run out of XARELTO. Be sure to fill your next prescription of XARELTO before you run out of tablets, so you do not miss a dose. When leaving the hospital following a

hip or knee replacement, be sure that you will have XARELTO available to avoid missing any doses.

- If you have missed a dose of XARELTO, take the dose as soon as possible ~~on the same day~~. Continue taking XARELTO on the following day with your next regularly scheduled dose. Do not take two doses of XARELTO at the same time.

- **Call your doctor right away if you take too much XARELTO.** Taking too much XARELTO may increase the risk of bleeding.

**What should I avoid while taking XARELTO?**

- Do not start, stop, or change any medicine such as:
    - prescription medicines
    - non-prescription medicines
    - over-the-counter medicines
    - herbal supplements

  without talking with your doctor.

Do not participate in activities that may increase your risk of serious injury or bleeding. Call your doctor right away if you fall or injure yourself in a way that causes you to bleed. If you injure your head, call your doctor, even if you do not see signs of bleeding.

**What are the possible side effects of XARELTO?**

XARELTO can cause serious side effects including:

- See "What is the Most Important Information I Should Know About XARELTO?"

Call your doctor if you have any side effect that bothers you or that does not go away.

These are not all the possible side effects of XARELTO. For a complete list, ask your doctor or pharmacist or go to *www.XARELTO-US.com*.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store XARELTO?**

- Store XARELTO at room temperature between 59° and 86°F (15° to 30°C).

**Keep XARELTO and all medicines out of the reach of children.**

**General information about XARELTO**

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide.

Do not use XARELTO for a condition for which it was not prescribed. **Do not give XARELTO to other people, even if they have the same condition. It may harm them.**

This Medication Guide summarizes the most important information about XARELTO. If you would like more information, talk with your doctor. You can ask your pharmacist or doctor for information about XARELTO that is written for health professionals.

For more information about XARELTO, call 1-800-526-7736 or visit *www.XARELTO-US.com*.

**What are the ingredients in XARELTO?**

**Active Ingredient: rivaroxaban**

**Inactive ingredients:** croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, microcrystalline cellulose, and sodium lauryl sulfate. Additionally, the proprietary film coating mixture used for XARELTO 10 mg tablets is Opadry® Pink and XARELTO 15 mg tablets is Opadry® Red, containing ferric oxide red, hypromellose, polyethylene glycol 3350, and titanium dioxide; and for XARELTO 20 mg tablets is Opadry® II Dark Red, containing ferric oxide red, polyethylene glycol 3350, polyvinyl alcohol (partially hydrolyzed), talc, and titanium dioxide.

Issued: 05 November 2011

Active Ingredient Made in Germany

Finished Product Manufactured by:
Janssen Ortho, LLC
Gurabo, PR 00778

Manufactured for:
Janssen Pharmaceuticals, Inc.
Titusville, NJ 08560

Licensed from:
Bayer HealthCare AG
51368 Leverkusen, Germany

This Medication Guide has been approved by the U.S. Food and Drug Administration.

© Janssen Pharmaceuticals, Inc. 2011