# EXHIBIT SS

**File Provided Natively**


**File Name:**                          fda-info-req-28jan14.pdf

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_11047265



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

NDA 202439                                              **INFORMATION REQUEST**

Janssen Pharmaceuticals, Inc.
ATTENTION: Alla Rhoge Pharm.D., Associate Director
Global Regulatory Affairs
920 U.S. Highway 202
P.O. Box 300
Raritan, NJ 08869-0602

Dear Dr. Rhoge:

Please refer to your New Drug Application (NDA) submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for XARELTO (rivaroxaban) Tablets.

We are exploring ways to present efficacy and safety data similarly in the labeling for the new oral anticoagulants. Please provide the number of major bleeding events (similar to Table 1 in labeling) according to the following parameters and template.

1.   Report all adjudicated major bleeding events occurring on treatment (last dose plus 2 days) in the safety patient set (receiving at least one dose of study drug).
2.   Exposure time for rate calculations should be determined as follows.  Subjects without an adjudicated major bleeding event should be censored at the earliest occurrence of the following events: death, last dose plus 2 days, or last time major bleeding information collected.  Subjects with an adjudicated major bleeding event should be censored at the time of the major bleeding event.
3.   Include the definition of gastrointestinal (GI) bleeding used. Also, provide a table (if necessary) where GI bleeding includes upper GI, lower GI and rectal bleeding.
4.   Include the definition of intracranial bleeding used. Describe how efficacy endpoints (hemorrhagic strokes) were included in the intracranial bleeding category.

NDA 202439 – Clinical Information Request
Page 2

**Table 1 -** Bleeding Events in ROCKET AF*

| | XARELTO N = 7111 n (per 100 pt-year) | Warfarin N = 7125 n (per 100 pt-year) | Hazard Ratio (95% CI) |
|---|---|---|---|
| Major Bleeding[†] | | | |
|    Gastrointestinal (GI) | | | |
|    Intracranial | | | |
|    Fatal[††] | | | |
|     - Intracranial | | | |
|     - Non-intracranial | | | |

\* Major bleeding events within each subcategory were counted once per subject, but subjects may have contributed
  events to multiple endpoints
[†] Defined as clinically overt bleeding accompanied by one or more of the following: a decrease in hemoglobin of
  2g/dl, a transfusion of 2 units of packed red blood cells, bleeding at a critical site or with a fatal outcome
[††] Fatal bleeding is an adjudicated death with the primary cause of death from bleeding


Provide also provide a Forest plot showing the risk of major bleeding (same definition used in Table 1) in
the following subgroups of interest at baseline:

1. Prior warfarin/VKA status (define VKA naïve vs. experienced)
2. Age (< 65 years, ≥65 to < 75 years, and ≥ 75 years)
3. Gender
4. Weight (≤ 60 kg, > 60 kg)
5. Prior Stroke/TIA
6. Diabetic status
7. $CHADS_2$ score (1, 2, 3+)
8. Creatinine Clearance (< 30 ml/min, 30 to 50 ml/min, >50- 80 ml/min, >80 ml/min)
9. Geographic Region
10. Aspirin at randomization

Lastly, please provide a Forest plot showing the risk of stroke and systemic embolism (efficacy endpoint)
in the same subgroups.

The display of the Forest plot should conform to the following characteristics.

1. For each subgroup include number of events and total number of patients (n/N) as well as event
rates (% per year) in rivaroxaban and warfarin separately.
2. For each subgroup, include hazard ratio (with 95% confidence limits) comparing rivaroxaban to
warfarin and do not include the p-value.
3. For the graphic representation of the hazard ratio, the dots representing the point estimate should
be proportional in size to the subgroup size.  Present these data using a log-scale.

NDA 202439 – Clinical Information Request
Page 3

Please provide a response to this letter within 30 days. If you have any questions, please contact:

Alison Blaus, RAC
Regulatory Project Manager
(301) 796-1138

Sincerely,

*{See appended electronic signature page}*

Mary Ross Southworth, Pharm.D.
Deputy Director for Safety
Division of Cardiovascular and Renal Products
Office of Drug Evaluation I
Center for Drug Evaluation and Research

---

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---

/s/

-------------------------------------------------

ALISON L BLAUS
01/28/2014

MARY R SOUTHWORTH
01/28/2014