**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN)            MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                          SECTION L

THIS DOCUMENT RELATES TO:                 JUDGE ELDON E. FALLON

*William Henry, et al. v. Janssen et al.*   MAGISTRATE NORTH
**Case No. 14-73**

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Bayer HealthCare Pharmaceuticals

Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC,

and Janssen Ortho, LLC, for leave to file Exhibits A, B, D, and E to their Joint Motion for Summary

Judgment Under the Texas Product Liability Act in the above-captioned matter UNDER SEAL;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the

referenced Exhibits UNDER SEAL.

New Orleans, Louisiana, this ___ day of September, 2017.


                                    _____
                                    UNITED STATES DISTRICT JUDGE