UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

**************************************

THIS DOCUMENT RELATES TO**:**
*Billy Massey v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:16-cv-15810-EEF-MBN*

## MOTION TO SUBSTITUTE PLAINTIFF

**COMES NOW** Plaintiff, Billy Massey, deceased, by and through undersigned counsel, pursuant to Fed.R.Civ.P. 25, moves this Honorable Court for an order substituting the Estate of Billy Massey and Karen Massey, surviving spouse and Special Administrator, as the named parties in place of Billy Massey.

Plaintiff, Billy Massey, passed away on December 6, 2016, as reported in the Suggestion of Death filed by Plaintiff's counsel on June 23, 2017. Billy Massey filed a products liability lawsuit against the defendants on October 24, 2016. Subsequently, Plaintiff's counsel was notified of the death of the Plaintiff. Mr. Massey's claims against the defendants are not extinguished by his death and, therefore, the Estate and Karen Massey, as Special Administrator, are the proper parties to continue the lawsuit on the deceased's behalf.

**WHEREFORE**, Plaintiff prays that this Motion to Substitute Plaintiff be granted and direct the Clerk to correct the caption to reflect the proper party.

Dated: September 22, 2017

**[ SIGNATURE BLOCK ON NEXT PAGE]**

Respectfully submitted,

/s/ *Kacie F. Gray*_____
ANTHONY D. IRPINO (#24727)
LOUISE C. HIGGINS (#31780)
KACIE F. GRAY (#36476)
Irpino Law Firm
2216 Magazine St.
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
kgray@irpinolaw.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Kacie F. Gray*_____
Kacie F. Gray