UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

**************************************

THIS DOCUMENT RELATES TO**:**
*Billy Massey v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:16-cv-15810-EEF-MBN*

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

**THIS CAUSE**, having come before this Honorable Court on Counsel for Plaintiff's Motion to Substitute Party, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Counsel for Plaintiff's motion is **GRANTED**.

2. The Estate of Billy Massey and Karen Massey, as Special Administrator, are substituted as Plaintiffs in this action.

**SO ORDERED** in Chambers in the United States District Court for the Eastern District of Louisiana, on this _____ day of _____, 2017.

_____
JUDGE ELDON E. FALLON