MINUTE ENTRY
FALLON, J.
SEPTEMBER 20, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          MDL NO. 2592
     PRODUCTS LIABILITY LITIGATION

                                        SECTION: L

THIS DOCUMENT RELATES TO:          JUDGE FALLON
Various Cases                              MAGISTRATE JUDGE NORTH

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances:   Sindhu Daniel, Esq. and Lenny Davis, Esq. for Plaintiffs
                Chanda Miller, Esq. and John Olinde, Esq. for Defendants
                Charles Orr, Esq., by phone, for certain Plaintiffs
                Marty Mason, Esq., by phone, for certain Plaintiffs
                Jaime Moss, Esq., by phone for certain Plaintiffs
                Dean Vance, Esq., by phone for certain Plaintiffs
                Paul Venizelos, Esq., by phone for certain Plaintiffs
                Lauren Burbol, Esq., by phone for certain Plaintiffs

**Show Cause Hearing:**

A Show Cause hearing was held this date and there were appearances by multiple counsel, in person and by phone.

The Court issued its rulings as stated on the record. Counsel for the parties will submit orders to the court regarding the Court's rulings on said matters.

JS10:     :45