UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7614 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Shirley A. Griffin*

CA# 2:16-cv-17929

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel,

**IT IS ORDERED** that Krystal K. Weigl and Andrew W. Callahan of the Flint Law Firm, LLC, be allowed to enroll as co-counsel for Plaintiff Shirley A. Griffin.

New Orleans, Louisiana, this 22nd day of September, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE