# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7643 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Leroy Samples v. Janssen Research & Development LLC, et al.*

CA# 2:17-cv-641

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Mary Crist, as administratrix of the estate of Leroy Samples, is substituted for Plaintiff Leroy Samples, in the above captioned case.

New Orleans, Louisiana, this 22nd day of September, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE