UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7267 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Milton Hemphill*

CA# 2:16-cv-9484

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Marsha Hemphill, on behalf of the estate of Milton Hemphill, is substituted for Plaintiff Milton Hemphill, in the above captioned case.

New Orleans, Louisiana, this 22nd day of September, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE