# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　　　　　　　　　MDL No. 2592
PRODUCTS LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　SECTION: L
　　　　　　　　　　　　　　　　　　　　　　　　JUDGE FALLON
　　　　　　　　　　　　　　　　　　　　　　　　MAGISTRATE NORTH

THIS DOCUMENT RELATES TO:
Case No. 2:16-CV-15300-EEF-MBN

## ORDER

　　　　Considering Attorney Patricia L. Campbell's Motion for Leave to Withdraw as Counsel of Record (Doc. 7205):

　　　　The Motion is GRANTED, and **IT IS HEREBY ORDERED** that Patricia L. Campbell is hereby withdrawn as counsel of record for Plaintiffs Glenda McConnell and Deborah Wickkiser in the above-referenced action.

　　　　New Orleans, Louisiana, this 22nd day of September, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ELDON E. FALLON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATE DISTRICT JUDGE