## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592
SECTION: L
JUDGE FALLON
MAGISTRATE NORTH

THIS DOCUMENT RELATES TO:
Case No. 2:16-CV-15300-EEF-MBN

## ORDER

Considering Attorney Brandon L. Corl's Motion for Leave to Withdraw as Counsel of Record (Doc. 7206):

The Motion is GRANTED, and **IT IS HEREBY ORDERED** that Brandon L. Corl is hereby withdrawn as counsel of record for Plaintiffs Glenda McConnell and Deborah Wickkiser in the above-referenced action.

New Orleans, Louisiana, this 22nd day of September, 2017.

ELDON E. FALLON
UNITED STATE DISTRICT JUDGE