UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LIONEL HAMPTON,<br>Plaintiff,<br><br>v<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC,<br>JANSSEN ORTHO LLC,<br>JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.,<br>JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br>BAYER PHARMA AG,<br>BAYER CORPORATION,<br>BAYER HEALTHCARE LLC,<br>BAYER HEALTHCARE AG, and<br>BAYER AG,<br>Defendants. | Civil Case No: 2:16-cv-17357<br><br>**MDL NO. 2592**<br><br>SECTION L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED**<br><br>**NOTICE OF DISMISSAL** |

## NOTICE OF DISMISSAL

Plaintiff, Lionel Hampton, files his notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

1. On December 14, 2016, plaintiff sued defendants.

2. Defendants have been served with process and have not filed an answer or a motion for summary judgment.

3. This case is not a class action.

4. A receiver has not been appointed in this action.

5. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

6. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

7. This dismissal is without prejudice.

Dated: September 25, 2017.

                  Respectfully submitted,

                  **REICH & BINSTOCK, LLP**

                  By: /s/ Robert J. Binstock
                  Robert J. Binstock
                  State Bar No. 02328350
                  E-mail: bbinstock@reichandbinstock.com
                  Dennis C. Reich
                  State Bar No. 16739600
                  4265 San Felipe, Suite 1000
                  Houston, Texas 77027
                  Telephone: (713) 622-7271
                  Facsimile: (713) 623-8724

                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing notice of dismissal has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17, on September 25, 2017:

                  By: /s/ Robert J. Binstock
                  Robert J. Binstock