UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592 – R. DOC. 7664

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Billy Massey v. Janssen Research & Development, LLC et al.*

CA# 2:16-cv-15810

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiffs Estate of Billy Massey and Karen Massey, as Special Administrator, is substituted for Plaintiff Billy Massey, in the above captioned case.

New Orleans, Louisiana, this 25th day of September, 2017.

_____

UNITED STATES DISTRICT COURT JUDGE