UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO.: 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Patsy Treece v. Janssen Research & Development, LLC, et al*
**Civil Action No. 2:17-cv-00627**

### PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A HIPAA PROTECTIVE ORDER TO OBTAIN THE RELEASE OF MEDICAL RECORDS

Plaintiff Patsy Treece, individually and as representative of the Estate of Nancy Glenn, Deceased, by and through her attorney, Michael T. Gallagher, and pursuant to Federal Rule of Civil Procedure 26(c), moves for entry of a HIPAA protective order permitting the disclosure of "protected health information" of her deceased mother, Nancy Glenn, for the purpose of the above-captioned litigation.

WHEREFORE, Plaintiff, Patsy Treece, individually and as surviving heir of the Estate of Nancy Glenn, Deceased, requests that the court enter a HIPAA protective order authorizing the disclosure of Nancy Glenn's protected health information for the purposes of this products liability litigation as outlined in the proposed order.

Date: September 26, 2017

Respectfully submitted,

THE GALLAGHER LAW FIRM PLLC

s/ Michael T. Gallagher
Michael T. Gallagher (#07586000)
2905 Sackett Street
Houston TX 77098
Telephone: (713) 222-8080
Facsimile: (713) 222-0066
mike@lgd-law.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                      s/ Michael T. Gallagher
                                                      Michael T. Gallagher