UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ROOSEVELT GLASS, JR. ) <br> DEVELOPMENT LLC, JANSSEN ORTHO LLC, ) | MDL NO. 2592 <br><br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

This Document Relates to:
***ROOSEVELT GLASS, JR. v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,
Civil Action No. 2:16-cv-11561***

## MOTION FOR SUBSTITUTION OF PARTIES

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Cecil Miller and Sandra Francis, on behalf of the Estate of Roosevelt Glass, Jr., as the Plaintiffs in the above captioned matter:

1. Roosevelt Glass, Jr. filed a products liability action on June 23, 2016.

2. Plaintiff, Roosevelt Glass, Jr. died on November 27, 2016.

3. Roosevelt Glass' products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on September 21, 2017, attached hereto as "Exhibit A".

5. Cecil Miller and Sandra Francis, surviving siblings of Roosevelt Glass, are the proper parties to substitute Plaintiff-decedent Roosevelt Glass, Jr. and have the proper capacity to proceed with the surviving products liability lawsuit on his behalf, pursuant to Federal Rule of Civil Procedure 25(a)(1).

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of parties in this action.

Dated: September 26, 2017

By: /s/ *Danielle T. Hufft*_____
Russ M. Herman (La. Bar No.: 6819)
rherman@hhklawfirm.com
Leonard A. Davis (La. Bar No.: 14190)
ldavis@hhklawfirm.com
Stephen J. Herman (La. Bar No.: 23129)
Sherman@hhklawfirm.com
Danielle T. Hufft (La. Bar No. 32260)
dhufft@hhklawfirm.com
HERMAN HERMAN & KATZ, LLC
820 O'Keefe Ave.
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax:  (504) 561-6024

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel. Notice of this filing will also be sent to all parties or their attorneys via MDL Centrality in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Danielle T. Hufft*_____
DANIELLE T. HUFFT
