UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | JUDGE ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |
| ROOSEVELT GLASS, JR. | ) | |
| DEVELOPMENT LLC, JANSSEN ORTHO LLC, | ) | |

This Document Relates to:
***ROOSEVELT GLASS, JR. v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,***
***Civil Action No. 2:16-cv-11561***

## **ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Parties, as well as any responses thereto, finds the motion meritorious.  Therefore,

**IT IS ORDERED** that Plaintiffs Cecil Miller and Sandra Francis are substituted for Plaintiff Roosevelt Glass, Jr. in the above captioned cause.

Dated: _____          _____
                                                                  Hon. Eldon E. Fallon
                                                                  United States District Court Judge