UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| | MAGISTRATE NORTH |

William Henry v. Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.
Case No. 2:15-cv-0224

Harriet Ibanez, et al. v. Janssen Research & Development, LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.
Case No. 2:14-cv-02669

## O R D E R

Considering Defendants' Joint *Ex Parte* Motion for Leave to File Under Seal Exhibits 11-12 to Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Design-Defect Claim.

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Exhibits 11-12 to Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Design-Defect Claim (Doc. 7653) be and are hereby **FILED UNDER SEAL.**

New Orleans, Louisiana, this  22nd  day of September, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE