**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN)                    MDL No. 2592 - R. Doc. 7661
PRODUCTS LIABILITY LITIGATION

                                                 SECTION L

THIS DOCUMENT RELATES TO:                        JUDGE ELDON E. FALLON

*James Henry, et al. v. Janssen et al.*          MAGISTRATE NORTH
Case No. 15-224

*Harriet Ibanez, et al. v. Janssen et al.*
Case No. 14-2669

### ORDER

Considering the foregoing *Ex Parte* Motion filed by Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC, for leave to file Exhibits I and J to to their Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn or Instruct Claim in the above-captioned matter UNDER SEAL;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the referenced Exhibits UNDER SEAL.

New Orleans, Louisiana, this 25th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE

1