UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          MDL No. 2592 - R. Doc. 7663
PRODUCTS LIABILITY LITIGATION

         SECTION L

THIS DOCUMENT RELATES TO:          JUDGE ELDON E. FALLON

*William Henry, et al. v. Janssen et al.*          MAGISTRATE NORTH
Case No. 14-73

## ORDER

Considering the foregoing *Ex Parte* Motion filed by Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC, for leave to file Exhibits A, B, D, and E to their Joint Motion for Summary Judgment Under the Texas Product Liability Act in the above-captioned matter UNDER SEAL;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file the referenced Exhibits UNDER SEAL.

New Orleans, Louisiana, this 25th day of September, 2017.

UNITED STATES DISTRICT JUDGE

1