UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  )<br>PRODUCTS LIABILITY LITIGATION  )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>_____ ) | MDL No. 2592 - R.Doc. 7680<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br>JURY TRIAL DEMANDED |

THIS DOCUMENT RELATES TO:

TIMOTHY BAKER V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-6547

GEORGE BANASKY V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-16286

JESSIE BARRS V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-4175

ALICE BRYANT V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9573

GERARD DELONZOR, ADMINISTRATOR OF THE ESTATE OF DIANA DELONZOR, DECEASED V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-4032

PEGGY DEPUYDT V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-5978

GERALD FITZGERALD V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-6047

GAIL FRY, AS EXECUTRIX OF THE ESTATE OF ROBERT FRY, DECEASED, V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-4221

DONNA GRIMES V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-4202

DAVID HERRING V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9576

PHILLIP E. HORTON V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-6573

MARY LEE JENKINS V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9577

DAVID L. JOHNSON V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9581

PHYLLIS JOHNSON, ADMINISTRATOR OF THE ESTATE OF EDWARD LEWIS JOHNSON, DECEASED V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-5044

JERRY KEITH JONES V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9584

MARIAN F. HALL V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9565

STEPHEN KELSEY V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9588

ALAN KENT V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-6551

SUSAN M. COLE-LOMBARDO, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF PAUL LOMBARDO, DECEASED V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-6547

ROGER D. MURRAY V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9590

STEPHEN NEW V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9593

ESTHER PEREZ V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-13144

CHESTER ROBERTS V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9594

LISA TALLIE, EXECUTOR OF THE ESTATE OF HAZEL CONNER, DECEASED V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-4200

SAMUEL TRUNZO V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-6044

WALTER C. WASCO V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-8079

RICHARD WEIS V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-4178

CAROL WINTERS V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:17-CV-1760

E. MICHAEL YORE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GAYLE M. DIXON, DECEASED V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-15933

## ORDER

Now pending before the Court is an Motion to Withdraw and Substitute Counsel of Record filed herein on September 25, 2017. Upon consideration of said motion, it is hereby ORDERED that the motion is GRANTED.

It is ORDERED that attorney N. Victoria Ebrahimi-Charles is allowed to withdraw as associate counsel and that attorney Robert E. Norton be substituted in her place.

The Clerk is instructed to substitute Robert E. Norton as counsel in all the above referenced matters along with lead counsel of record, Richard S. Frankowski.

Dated: September 26th 2017

Honorable Eldon E. Fallon