UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Sue Feasor, Individually and as Personal Representative of the Estate of Cleighton Darling, deceased, et al. v. Janssen Research & Development LLC, et al.*
USDC No. 2:17-CV-04734

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Plaintiff in the above listed action, through undersigned counsel, respectfully requests that this Court grant this Motion for Extension of Time within Which to Serve Process and issue an Order allowing him an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants, Janssen Research & Development, LLC, Janssen Ortho, LLC , Janssen Pharmaceuticals, Inc. and Johnson and Johnson Company, by sending a copy of Plaintiffs' Complaint and Notice of Lawsuit and Request to Waive Service of Summons upon said Defendants, by certified mail, return receipt requested.  A brief memorandum in support of Plaintiffs' motion is submitted herewith.

Dated:   September 29, 2017         Respectfully submitted,

                                                   _/s/ JeffreyS.Quinn_____
Jeffrey S. Quinn
Bekman, Marder & Adkins, LLC
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201
Telephone:  (410) 539-6633
***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys through electronic filing system of the United States District Court for the Eastern District of Louisiana.

        /s/ JeffreyS.Quinn
        Jeffrey S. Quinn