**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Sue Feasor, Individually and as Personal Representative of the Estate of Cleighton Darling, deceased, et al. v. Janssen Research & Development LLC, et al.*
USDC No. 2:17-CV-04734

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION
OF TIME WITHIN WHICH TO SERVE PROCESS**

Now come the Plaintiffs in the above-listed action, through undersigned counsel, who respectfully moves this Court for an Order allowing them an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants, Janssen Research & Development, LLC, Janssen Ortho, LLC , Janssen Pharmaceuticals, Inc. and Johnson and Johnson Company (the "Defendants") through the procedures of service by sending a copy of Plaintiffs' Complaint and Notice of Lawsuit and Request to Waive Service of Summons upon said Defendants, by certified mail, return receipt requested.  In support of this motion, Plaintiffs state as follows:

The foregoing action has been filed and docketed in this consolidated proceeding, *In Re: Xarelto (Rivaroxaban) Products Liability* Litigation, MDL No. 2592.  However, due to inadvertent oversight on behalf of undersigned counsel, Notice of Lawsuit and Request to Waive Service of Summons of Plaintiffs' complaints in this action was not properly effected as to some of the Defendants.  Undersigned counsel regrets its failure to properly oversee and accomplish

service of the complaint and summons in the above-listed action and assures the Court that it has instituted procedures to ensure that any future complaints are properly and timely served.

The MDL involves thousands of similarly situated Plaintiffs who have filed claims alleging facts, circumstances, and theories of recovery similar to this lawsuit and as such, no prejudice has or will occur to Defendants by this Court granting the relief sought herein.

Thus, Plaintiffs respectfully request that this Court grant their motion and allow them an additional thirty (30) days within which to effect service on the Defendants.

Dated:   September 29, 2017               Respectfully submitted,

                                          _/s/ JeffreyS.Quinn_____
                                          Jeffrey S. Quinn
                                          Bekman, Marder & Adkins, LLC
                                          300 W. Pratt Street, Suite 450
                                          Baltimore, Maryland 21201
                                          Telephone:  (410) 539-6633
                                          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys through electronic filing system of the United States District Court for the Eastern District of Louisiana.

                                          _/s/ JeffreyS.Quinn_____
                                          Jeffrey S. Quinn