UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Sue Feasor, Individually and as Personal Representative of the Estate of Cleighton Darling, deceased, et al. v. Janssen Research & Development LLC, et al.*
USDC No. 2:17-CV-04734

## ORDER

Having considered Plaintiffs' Motion for Extension of Time Within Which to Serve Process and Memorandum in Support thereof, it is on this _____ day of _____, 2017, hereby,

ORDERED that Plaintiffs in the above listed action shall have thirty (30) days from the date of this Order within which to effect service on Defendants, Janssen Research & Development, LLC, Janssen Ortho, LLC , Janssen Pharmaceuticals, Inc. and Johnson and Johnson Company, through the procedures of service by sending a copy of Plaintiffs' Complaint and Notice of Lawsuit and Request to Waive Service of Summons upon said Defendants, by certified mail, return receipt requested.

_____
Honorable Eldon E. Fallon