**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Sue Feasor, Individually and as Personal Representative of the Estate of Cleighton Darling, deceased, et al. v. Janssen Research & Development LLC, et al.*
USDC No. 2:17-CV-04734

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that on Friday, September 29, 2017, Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendants, Janssen Research & Development, LLC, Janssen Ortho, LLC , Janssen Pharmaceuticals, Inc. and Johnson and Johnson Company and Memorandum in Support thereof will be presented to the Court for a ruling without the necessity of an oral hearing.

Dated: September 29, 2017           Respectfully submitted,

                                               /s/ JeffreyS.Quinn
                                              Jeffrey S. Quinn
                                              Bekman, Marder & Adkins, LLC
                                              300 W. Pratt Street, Suite 450
                                              Baltimore, Maryland 21201
                                              Telephone: (410) 539-6633
                                              ***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys through electronic filing system of the United States District Court for the Eastern District of Louisiana.

       /s/ JeffreyS.Quinn
       Jeffrey S. Quinn