UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7686<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Roosevelt Glass, Jr. v. Janssen Research & Development, LLC et al.*

CA# 2:16-cv-11561

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiffs Cecil Miller and Sandra Francis, on behalf of the Estate of Roosevelt Glass, Jr., are substituted for Plaintiff Roosevelt Glass, Jr., in the above captioned case.

New Orleans, Louisiana, this 2nd day of October, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE