# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | CIVIL ACTION: |
| ) | MDL NO.: 2592 |
| MILDRED BUCKALEW REAVES, ET AL ) | |
|    Plaintiffs ) | 17-477 L (5) |
| vs. ) | |
| ) | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC ) | |
| f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL ) | |
| RESEARCH AND DEVELOPMENT, LLC; ET AL ) | |
|    Defendants ) | |

*************************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss:

IT IS HEREBY ORDERED that the above entitled and numbered matter is dismissed with prejudice in its entirety with each party to bear its own costs, R. Doc. 7569.

New Orleans, Louisiana, this ___2nd___ day of _____October_____, 2017.

_____
**JUDGE**