# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | Master File No.: MDL No. 2592 |
| This Document Relates To: MDL Case No. 2:17-cv-02357 | Plaintiff: BEHM, MARYANNE |

## MOTION FOR WITHDRAWAL OF COUNSEL

COMES NOW, the plaintiff, Maryanne Behm, by and through her counsel of record and hereby moves for the withdrawal of attorney Michael K. Grigsby as counsel for plaintiff. In support of said motion, plaintiff states that as of July 31, 2017, Attorney Michael K. Grigsby is no longer with the law firm of VAN OSDOL, PC, which represents the plaintiff. Plaintiff's lead counsel, Jonathan W. Davis, remains with VAN OSDOL, PC, and continues as lead counsel for the plaintiff.

Respectfully submitted,

VAN OSDOL, PC

/s/ Jonathan W. Davis
Jonathan W. Davis          KS 22102
1000 Walnut Street, Suite 1500
Kansas City, MO 64106
Phone: (816) 421-0644
Fax:    (816) 421-0758
jdavis@VanOsdolKC.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify, on this 3rd day of October, 2017, that a copy of the above and foregoing **Motion for Withdrawal of Counsel** has been contemporaneously with or before filing been served on all parties or their attorneys via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Jonathan W. Davis
Attorney

{00285005. 1}