**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | Master File No.: MDL No. 2592 |
| This Document Relates To:<br>MDL Case No. 2:17-cv-02357 | Plaintiff: BEHM, MARYANNE |

### ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

NOW on this _____ day of October, 2017, comes on before the Court plaintiff Maryanne Behm's **Motion for Withdrawal of Counsel**.

Upon consideration, being fully advised in the premises, and for good cause shown, the Court finds that said Motion should be and hereby is GRANTED.

IT IS SO ORDERED.

_____
Judge

PREPARED AND SUBMITTED BY:

 /s/ Jonathan W. Davis
Jonathan W. Davis     KS 22102
VAN OSDOL, PC
1000 Walnut Street, Suite 1500
Kansas City, MO 64106
Phone: (816) 421-0644
Fax:    (816) 421-0758
jdavis@VanOsdolKC.com
ATTORNEYS FOR PLAINTIFF

{00285010. 1}