# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> This Document relates to: ) <br>    Shirley S. Mammen v. Janssen Research ) <br>    & Development, LLC, et al. ) <br>    E.D. La. No. 2:17-cv-09332 ) | MDL NO. 2592 <br><br> SECTION:  L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH <br><br><br> JURY TRIAL DEMANDED |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Robert M. Maggard on behalf of his deceased mother, Shirley S. Mammen.

1. Shirley S. Mammen filed a products liability lawsuit against Defendants on September 20, 2017.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Shirley S. Mammen died on May 14, 2017.

3. Shirley S. Mammen's products liability action against Defendants survived her death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on October 3, 2017.

5. Robert M. Maggard, surviving son of Shirley S. Mammen, is a proper party to substitute for plaintiff-decedent Shirley S. Mammen and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ.

P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Robert M. Maggard requests that this Court grant his request for substitution as plaintiff in this action.

Dated: October 3, 2017

Respectfully submitted,

By: */s/ Ethan L. Shaw*
 Ethan L. Shaw
 John P. Cowart
 SHAW COWART, L.L.P.
 1609 Shoal Creek Boulevard
 Suite 100
 Austin, Texas  78701
 Telephone:  (512) 499-8900
 Facsimile:  (512) 320-8906
 elshaw@shawcowart.com
 jcowart@shawcowart.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Motion for Substitution of Proper Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  October 3, 2017

*/s/ Ethan L. Shaw*