**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 - R. Doc. 7308 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**HABTE ARAYA**
**2:16-cv-01085**

## ORDER

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by Plaintiff Habte Araya be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file Plaintiffs' Third Amended Joint Complaint into the record in this matter.

SIGNED this ___2nd___ day of ___October___, 2017.

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge