UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

\* MDL NO. 2592

\* SECTION L

\* JUDGE ELDON E. FALLON

\* MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

In consideration of the Show Cause Hearing held on September 20, 2017 and the continuation of fact sheet and profile deficiencies,

**IT IS ORDERED** that a Show Cause Hearing will be held on Thursday, November 30th, 2017 at 10:00 a.m. Out-of-town counsel may participate by phone, using the following call-in information: Phone Number: (800) 260-0702; Access Code: 431403. Participants, please keep your line muted until the Court calls your case. Thank you.

New Orleans, Louisiana this 3rd day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE