UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:** *Bettie Bunch v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* No. 2:15-cv-03027<br><br>**No. 2:17-cv-00603** | **MDL No. 2592**<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

## ORDER

Upon consideration of Plaintiff's Motion for Substitution of Party, the motion is HEREBY GRANTED. IT IS ORDERED THAT Natoshia Hargrove Wooten, the administrator of Plaintiff's estate, be substituted for Bettie Bunch as the Plaintiff in this action.

SO ORDERED:

_____
Hon. Eldon E. Fallon
United States District Court Judge

Dated:_____

1