UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Delbert "Sonny" West and Judy West v. Janssen Research & Development LLC, et al.*;
Civil Action No.: 2:16-cv-15276

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Delbert "Sonny" West's surviving spouse, Judy West, as plaintiff "individually and as Surviving Spouse on behalf of the decedent, Delbert "Sonny" West."

1. Delbert "Sonny" West filed a claim against the defendants on August 10, 2016.

2. Subsequently, plaintiff's counsel was notified that Delbert "Sonny" West died on May 24, 2017.

3. Delbert "Sonny" West's action against the defendants survived his death and was not extinguished.

4. Judy West, wife of Delbert "Sonny" West, is a proper party to substitute for plaintiff-decedent Delbert "Sonny" West and has proper capacity to continue the lawsuit on his behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

**WHEREFORE**, based on the foregoing, Judy West requests that this Court grant her request for substitution as plaintiff "individually and as Surviving Spouse on behalf of the decedent, Delbert "Sonny" West" in this action.

Dated: October 5, 2017                               Respectfully submitted,

**CUMMINGS MANOOKIAN PLC**

/s/ Brian Cummings
Brian Cummings
TN State Bar No. 19354
45 Music Square West
Nashville, TN 37203
bcummings@cummingsmanookian.com
(615) 266-3333
(615) 266-0250

*Attorney for the Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Brian Cummings
Brian Cummings

2