UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Delbert "Sonny" West and Judy West v. Janssen Research & Development LLC, et al.*;
Civil Action No.: 2:16-cv-15276

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SERVE PROCESS

COME NOW the Plaintiffs, by and through their undersigned counsel, in the above listed action, and respectfully move the Court for an order granting Plaintiffs a permissive extension under Rule 4(m) of sixty (60) days from entry of such order within which to serve process on the Defendant Bayer Healthcare Pharmaceuticals for the reasons set forth in the Memorandum in Support filed concurrently with this Motion.

Plaintiff respectfully requests that this Court exercise its discretion and enter an order granting Plaintiffs sixty (60) days within which to serve process on the Defendant Bayer Healthcare Pharmaceuticals.

Dated: October 9, 2017

Respectfully submitted,

**CUMMINGS MANOOKIAN PLC**

/s/ Brian Cummings
Brian Cummings
TN State Bar No. 19354
45 Music Square West
Nashville, TN 37203
bcummings@cummingsmanookian.com
(615) 266-3333
(615) 266-0250

*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Brian Cummings
Brian Cummings

2