# CUMMINGS MANOOKIAN

**BRIAN CUMMINGS**
Licensed to practice in
TN, GA, FL, CA and HI

**BRIAN MANOOKIAN**
Licensed to practice in TN

August 10, 2017

**VIA ELECTRONIC MAIL**

lbrown@bradley.com
Ms. Lindy D. Brown
Bradley Arant Boult Cummings
One Jackson Place
188 East Capitol Street, Suite 400
Jackson, Mississippi 39201

**EXHIBIT 2**

Re: *Delbert "Sonny" West and Judy West v Janssen Research, et al.*, Civil Action No. 2:16-cv-15276

Dear Ms. Brown:

I am writing in response to your May 23, 2017 letter stating that you clients Bayer Healthcare Pharmaceuticals Inc (BHP), were not willing to accept the Complaint and Summons we provided because we used the method detailed in a Pre-Trial Order, but did so after the 60-day window of time for using that method passed.

We dispute that service was made after the 60-day window as our action was not even initiated until August of 2016[1] and docketed in the multi-district litigation thereafter. As you are aware, service in the federal court system is driven by the issue of whether the Defendants at issue received the Summons and Complaint at issue and the federal rules impose a duty upon defendant to avoid "unnecessary expenses of serving a summons." (F.R.C.P.4(d)(1)) Obviously, your firm has already received these documents, and adding hoops for my client to serve these international entities is not necessary and would only use up additional time and resources.

At your convenience, please let me know in writing if Bayer Healthcare Pharmaceuticals Inc. is willing to either (1) waive formal service of process or (2) otherwise accept service of the complaint and summons you have acknowledged your client has received. If we cannot reach an agreement

45 Music Square West
Nashville, TN 37203
T 615.266.3333
F 615.266.0250

Pauahi Tower
1003 Bishop St.
Suite 2710
Honolulu, HI 96813
T 808.444.4800
F 808.444.4888

www.cmtriallawyers.com

---

[1] The summons for your client was issued on August 11, 2016, with the proper agent for service of process.

on this, I will file a Motion with the Court to move this forward, which I hope will not be necessary in the midst of this massive litigation.

Sincerely,

Brian Cummings

cc: Afsoon Hagh, Esq. (via electronic mail)