UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Delbert "Sonny" West and Judy West v. Janssen Research & Development LLC, et al.*;
Civil Action No.: 2:16-cv-15276

## NOTICE OF SUBMISSION

Please take notice that the above-listed Plaintiffs will bring their Motion for Extension of Time Within Which to Serve Process on the Defendant Bayer Healthcare Pharmaceuticals for submission before the Honorable Eldon E. Fallon on November 1, 2017 at 9:00 a.m.

Respectfully submitted,

**CUMMINGS MANOOKIAN PLC**

/s/ Brian Cummings
Brian Cummings
TN State Bar No. 19354
45 Music Square West
Nashville, TN 37203
bcummings@cummingsmanookian.com
(615) 266-3333
(615) 266-0250

*Attorney for the Plaintiffs*

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                      /s/ Brian Cummings
                      Brian Cummings