**Exhibit A**
**(Alleged Failure to Submit Plaintiff Fact Sheet)**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Binggeli, Betty | 2:17-cv-00632 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 2. | Brown, Kevin | 2:17-cv-02623 | Michael A. Mills, PC; The Dixon Firm, PC |
| 3. | Contreras, Edward | 2:17-cv-02507 | Andrews Thornton Higgins Razmara, LLP |
| 4. | Cooper, Deborah F. | 2:17-cv-01307 | Hodes Milman Liebeck, LLP |
| 5. | Crosby, Marie | 2:16-cv-12728 | Nemeroff Law Firm |
| 6. | Edwards, Herbert C., Jr. | 2:17-cv-01454 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 7. | Emmons, Virginia | 2:17-cv-01507 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 8. | Hanke, Melodie | 2:16-cv-17927 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.; Kirtland & Packard LLP2 |
| 9. | Harris, Jean D. | 2:17-cv-01153 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 10. | Head, Jacquelyn | 2:17-cv-01796 | Slater, Slater Schulman, LLP |
| 11. | Henry, Barbara | 2:17-cv-02667 | Andrews Thornton Higgins Razmara, LLP |
| 12. | Johnson, Ruby | 2:17-cv-01049 | Slater, Slater Schulman, LLP |
| 13. | King, Brenda | 2:17-cv-01066 | Sanders Law Firm, LLC; 147 |
| 14. | Lundy, Barbara | 2:16-cv-17927 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.; Kirtland & Packard LLP |
| 15. | Marks, William B., Jr. | 2:17-cv-01443 | Murray Law Firm |
| 16. | McDonald, Terry W. | 2:17-cv-01942 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
| --- | --- | --- | --- |
| 17. | Olivarez, Josefita | 2:17-cv-00836 | Slater, Slater Schulman, LLP |
| 18. | O'Mahoney, Denis | 2:16-cv-17927 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.; Kirtland & Packard LLP2 |
| 19. | Patterson, Denna | 2:17-cv-01795 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 20. | Runyan, Bonnie J. | 2:17-cv-00970 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 21. | Samples, Leroy | 2:17-cv-00641 | Meyerkord & Meyerkord, LLC |
| 22. | Torres, Alicia | 2:17-cv-00854 | Fears Nachawati, PLLC |
| 23. | Turner, Alma | 2:17-cv-01014 | Monsour Law Firm |
| 24. | Whitehead, Joan | 2:17-cv-02343 | Wilshire Law Firm |
| 25. | Williams, Jeanette | 2:17-cv-02405 | Tor Hoerman Law LLC |