**Exhibit A**
**(Alleged Core Deficient Plaintiff Fact Sheet)**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 1. | Aiman, Carol Patena | Lenze Kamerrer Moss, PLC. | 2:16-cv-16445 | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 2. | Allen, Charles W | Johnson Becker | 2:17-cv-00746 | Failure to provide any Medical Records demonstrating alleged injury |
| 3. | Arlis, Laurel | Johnson Becker | 2:17-cv-00176 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 4. | Arrington, Bernard | The Driscoll Firm | 2:16-cv-13851 | Medical records provided do not demonstrate alleged injury |
| 5. | Banks, John | Beasley Allen | 2:17-cv-01899 | Medical records provided do not demonstrate alleged injury |
| 6. | Basley, Syreatha M | Beasley Allen | 2:17-cv-00969 | Medical records provided do not demonstrate alleged injury |
| 7. | Bonacci, Donald | Johnson Law Group | 2:17-cv-2273 | Records provided do not show Xarelto use |
| 8. | Braun, Theodore | The Driscoll Firm | 2:16-cv-11605 | Medical records provided do not demonstrate alleged injury |

|  | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 9. | Brouwer, Anna | Lenze Kamerrer Moss, PLC. | 2:16-cv-17872 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 10. | Cary, Jacqueline | The Potts Law Firm, LLP | 2:17-cv-00748 | Medical records provided do not demonstrate alleged injury |
| 11. | Chatman, Melvina | Princenthal & May, LLC | 2:17-cv-3811 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 12. | Ciaramella, Amedeo | The Driscoll Firm | 2:16-cv-10885 | Medical records provided do not demonstrate alleged injury |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 13. | Core, Walter | Salim-Beasley, LLC | 2:17-cv-04050 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 14. | Cuascut, Juan J | Beasley Allen | 2:16-cv-17927 | Failure to provide any Medical Records demonstrating alleged injury |
| 15. | Curry, Adolph | Marc J. Bern & Partners LLP | 2:17-cv-01827 | Records provided do not show Xarelto use |
| 16. | Dalton, Kenneth | The Orlando Firm, PC | 2:17-cv-03071 | Failure to provide any Medical Records demonstrating alleged injury |
| 17. | Daniels, Marvin | The Driscoll Firm | 2:17-cv-03504 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 18. | Denault, Jeffrey | Dixon Davis, LLC | 2:17-cv-02050 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 19. | Foster, Willie | Johnson Law Group | 2:17-cv-00834 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 20. | Gallaty, Samantha | The Gallagher Law Firm LLP | 2:17-cv-01517 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Medical records provided do not demonstrate alleged injury |
| 21. | Gallay, Shirley | Wexler Wallace LLP | 2:17-cv-01193 | Medical records provided do not demonstrate alleged injury |
| 22. | Gill, Willie | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11714 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 23. | Goss, Terrance W | Peters Murdaugh Parker Eltzroth & Detrick | 2:16-cv-02963 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 24. | Gothard, Myrtle | Beasley Allen | 2:17-cv-01791 | Medical records provided do not demonstrate alleged injury |
| 25. | Grefer, Patsy R | Gainsburgh Benjamin | 2:16-cv-17856 | Medical records provided do not demonstrate alleged injury |
| 26. | Hale, Daniel | Beasley Allen | 2:17-cv-00713 | Medical records provided do not demonstrate alleged injury |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 27. | Harris, Lakenya | Lenze Kamerrer Moss, PLC. | 2:16-cv-17630 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 28. | Harvey, Paula | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11734 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 29. | Heath, Susan | Salim-Beasley, LLC | 2:17-cv-00860 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 30. | Heitt, Melvin | Johnson Law Group | 2:17-cv-1223 | Medical records provided do not demonstrate alleged injury |
| 31. | Hield, Helen | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11729 | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 32. | Horton, Ola | Dixon Davis, LLC | 2:17-cv-02053 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 33. | Houston, Maynard | Law Office of Christopher K. Johnston, LLC | 2:17-cv-4414 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 34. | Huffman, Leonard | Slater Slater Schulman LLP | 2:16-cv-8670 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 35. | Hurd, Helen | The Potts Law Firm, LLP | 2:17-cv-03013 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 36. | Hutchinson, Garland | Stark & Stark | 2:17-cv-00581 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 37. | Jackson, Albert | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11705 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|-----|---|---|---|---|
| 38. | Jaynes, Albert | Douglas & London | 2:17-cv-3808 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 39. | Joynes, Anita | Princenthal & May, LLC | 2:17-cv-04738 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 40. | Kendrick, Gentry | The Gallagher Law Firm LLP | 2:17-cv-00614 | Medical records provided do not demonstrate alleged injury |
| 41. | Kennedy, James | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-12344 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 42. | Kovacic, Robert | Douglas & London | 2:17-cv-3876 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 43. | Little, Betty | Law Offices of Charles H. Johnson, P.A. | 2:17-cv-02588 | Medical records provided do not demonstrate alleged injury |
| 44. | Luna, Janice | Dixon Davis, LLC | 2:17-cv-02611 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|-----|---|---|---|---|
| 45. | Mccall, Virginia | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-12340 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 46. | Mcgowan, Veronica | Law Office of Christopher K. Johnston, LLC | 2:17-cv-4769 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 47. | Mckenna, Patrick J | Milstein Jackson Fairchild & Wade, LLP | 2:17-cv-03501 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 48. | Mcmahon, David | Forman Law Offices | 2:17-cv-06041 | Medical records provided do not demonstrate alleged injury |
| 49. | Monteleone, John | The Potts Law Firm, LLP | 2:17-cv-00164 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 50. | Montgomery, Ervin | Fernelius Simon PLLC | 2:17-cv-02594 | Records provided do not show Xarelto use; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 51. | Morris, Marie A | Huber, Slack, Thomas & Marcelle, LLP | 2:17-cv-00596 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 52. | Munoz, Anita | Johnson Law Group | 2:17-cv-01084 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 53. | Nelson, Joe | Kelley & Ferraro LLP | 2:16-cv-13744 | Medical records provided do not demonstrate alleged injury |
| 54. | Norris, Stanley | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11732 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 55. | Patterson, Roy | The Michael Brady Lynch Law Firm | 2:17-cv-04108 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 56. | Pent, Patricia | Douglas & London | 2:15-cv-05164 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 57. | Perkins, Gaynell | The Potts Law Firm, LLP | 2:17-cv-03059 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 58. | Peters, Reginal | The Simon Law Firm | 2:16-cv-15011 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 59. | Peterson, Laura O. | The Driscoll Firm | 2:16-cv-11836 | Medical records provided do not demonstrate alleged injury |
| 60. | Phillips, Jacqueline | The Potts Law Firm, LLP | 2:17-cv-2801 | Medical records provided do not demonstrate alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 61. | Pizzalato, Nicole | The Miller Firm LLC | 2:16-cv-12614 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 62. | Pollock, Jim | Beasley Allen | 2:16-cv-17800 | Failure to provide any Medical Records demonstrating alleged injury |
| 63. | Porras, John | Slater Slater Schulman LLP | 2:17-cv-01787 | Medical records provided do not demonstrate alleged injury |
| 64. | Powders, Betty | Bruno & Bruno, LLP | 2:17-cv-03694 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 65. | Pridmore, Cecil W | Kirkendall Dwyer LLP | 2:17-cv-2312 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 66. | Pyles, James | Lenze Kamerrer Moss, PLC. | 2:16-cv-16300 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 67. | Quinn, Joseph | Kirtland & Packard | 2:17-cv-01095 | Medical records provided do not demonstrate alleged injury |
| 68. | Ramirez, Maurice | The Mulligan Law Firm | 2:16-cv-12885 | Records provided do not show Xarelto use |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 69. | Reece, William G | Goldblatt + Singer | 2:17-cv-01403 | Medical records provided do not demonstrate alleged injury |
| 70. | Rice, Eron | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11731 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 71. | Richards, Michael | Bruno & Bruno, LLP | 2:17-cv-03734 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 72. | Robinson, Trena | Beasley Allen | 2:17-cv-02164 | Records provided do not show Xarelto use |
| 73. | Roland, Jack | Wexler Wallace LLP | 2:17-cv-01268 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 74. | Ronald, Greenwood | Grant & Eisenhofer | 2:17-cv-2755 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 75. | Ross, Randy | Beasley Allen | 2:17-cv-02616 | Records provided do not show Xarelto use |
| 76. | Rowland, Dennis | The Orlando Firm, PC | 2:17-cv-01819 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 77. | Schiller, Walter O | Beasley Allen | 2:16-cv-17927 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 78. | Schultz, Betty | Andrus Wagstaff | 2:17-cv-2746 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 79. | Shackleford, Jerry D | Hodes Milman Liebeck, LLP | 2:16-cv-01865 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 80. | Shines, Patricia | The Driscoll Firm | 2:16-cv-12006 | Records provided do not show Xarelto use |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 81. | Simon, Glenda A | Salim-Beasley, LLC | 2:17-cv-04162 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 82. | Sipsy, Carolyn | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-12037 | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 83. | Smallwood, Lestine | The Gallagher Law Firm LLP | 2:17-cv-03835 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 84. | Smith, Rufus | The Gallagher Law Firm LLP | 2:17-cv-03884 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 85. | Stamper, Clarence | Beasley Allen | 2:17-cv-00686 | Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 86. | Staskivige, Donald | The Driscoll Firm | 2:16-cv-12295 | Records provided do not show Xarelto use |
| 87. | Thomas, Joseph | The Gallagher Law Firm LLP | 2:17-cv-00308 | Medical records provided do not demonstrate alleged injury |
| 88. | Thompson, Katherine H | Terrell Hogan | 2:16-cv-00602 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 89. | Trujillo, Anthonia | The Miller Firm LLC | 2:16-cv-12682 | Medical records provided do not demonstrate alleged injury |
| 90. | Tuell, Irene | FAY LAW GROUP, P.A | 2:15-cv-06722 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 91. | Valle, Kathy | Johnson Law Group | 2:17-cv-3518 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 92. | Welden, Sandra | Law Office of Christopher K. Johnston, LLC | 2:17-cv-3984 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Response provided does not match Xarelto user identified in complaint |
| 93. | West, Jonathon | Johnson Becker | 2:17-cv-00280 | Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 94. | Wichman Deceased, Suzanne | Freedland Harwin Valori, PL | 2:17-cv-01171 | Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 95. | Wickersham, Robert | Stewart & Stewart Attys | 2:16-cv-14053 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 96. | Wilson, Elvira | Wexler Wallace LLP | 2:17-cv-01955 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |