UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | * |
| | *  SECTION L |
| | * |
| | *  JUDGE ELDON E. FALLON |
| | * |
| | *  MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**
*Lisa Fultz, Individually and on Behalf of Rosetta L. McConnachie, Deceased v. Janssen Research & Development LLC, et al*, **17-cv-1537**

## ORDER

The above captioned case has been dismissed. R. Doc. 7619.

Accordingly, **IT IS ORDERED** that Plaintiff's motion to dismiss, R. Doc. 6349, is **MOOT**.

New Orleans, Louisiana this 10th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE