UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
*Thurman*, 16-cv-15969

## ORDER

The above captioned case has been dismissed. R. Doc. 7369.

Accordingly, **IT IS ORDERED** that Plaintiff's motion to dismiss, R. Doc. 6890, is **MOOT**.

New Orleans, Louisiana this 10th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE