**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 - R. Doc. 7707 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| JULIA BUTLER 1:17-cv-5195 | MAGISTRATE JUDGE NORTH |

## PROPOSED ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel;

IT IS ORDERED, ADJUDGED, AND DECREED that Andrew W. Callahan and Krystal K. Weigl of the Flint Law Firm, LLC, be allowed to enroll as co-counsel for Plaintiff, Julia Butler.

Date:  October 6, 2017

Hon. Eldon E. Fallon
United States District Court