# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | Master File No.: MDL No. 2592 - R. Doc. 7708 |
| This Document Relates To: MDL Case No. 2:17-cv-02357 | Plaintiff: BEHM, MARYANNE |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

NOW on this  6th   day of October, 2017, comes on before the Court plaintiff Maryanne Behm's **Motion for Withdrawal of Counsel**.

Upon consideration, being fully advised in the premises, and for good cause shown, the Court finds that said Motion should be and hereby is GRANTED.

IT IS SO ORDERED.

_____
Judge

{00285010. 1}