UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7710<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Shirley S. Mammen v. Janssen Research & Development, LLC et al.*

CA# 2:17-cv-9332

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Robert M. Maggard, as surviving heir, son, and administrator of the estate of Shirley S. Mammen, is substituted for Plaintiff Shirley S. Mammen, in the above captioned case.

New Orleans, Louisiana, this 6th day of October, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE