UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7718 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Bettie Bunch v. Janssen Research & Development, LLC et al.*

CA# 2:17-cv-603

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Natasha Hargrove Wooten, as administrator of the estate of Bettie Bunch, is substituted for Plaintiff Bettie Bunch, in the above captioned case.

New Orleans, Louisiana, this 6th day of October, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE