# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7719 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Delbert "Sonny" West and Judy West v. Janssen Research & Development, LLC et al.*

CA# 2:16-cv-15276

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Judy West, individually and as surviving spouse on behalf of Plaintiff Delbert "Sonny" West, is substituted for Plaintiff Delbert "Sonny" West, in the above captioned case.

New Orleans, Louisiana, this 6th day of October, 2017.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT COURT JUDGE