UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| William Henry v. Janssen Research & Development, LLC et al. Case No. 2:15-cv-00224 | MAGISTRATE NORTH |

**STIPULATION AND ORDER**

NOW INTO COURT, through undersigned counsel, comes Plaintiff William Henry, and Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC (collectively "Parties"), who desire to narrow the issues for trial and hereby jointly state and stipulate as follows:

I.

The Parties hereby stipulate that the claims and causes of action in the above-captioned matter are governed exclusively by the Texas Product Liability Act, Tex. Civ. Prac. & Rem. Ann., Title 4, Chapter 82 (hereinafter, "TPLA"), except that Defendants expressly reserve their positions as to the law applicable to Plaintiff's demand for punitive damages, including whether punitive damages can be considered or awarded in the above-captioned matter.

II.

The Parties further stipulate that the only TPLA causes of action asserted and reserved by Plaintiffs in the above-captioned action are as follows:

(1) Defendants' product (Xarelto) was defective because of the lack of adequate warnings or instructions, pursuant to TPLA §82.007; and

(2) Defendants' product (Xarelto) was designed in a defective manner, pursuant to TPLA §82.005.

All other causes of action under the TPLA are dismissed with prejudice.

### III.

The Parties further stipulate that all claims and causes of action falling outside of the exclusive theories of recovery and damages allowed by the TPLA are hereby dismissed with prejudice.

### IV.

The Parties further stipulate that all allowable claims for the recovery of both compensatory and punitive damages under the TPLA are preserved, subject to the reservation of the Defendants' position on choice of law with regard to punitive damages, but claims for attorneys' fees are hereby dismissed with prejudice.

### V.

The Parties further stipulate that no action or lack of action by Plaintiff William Henry's healthcare providers caused or contributed to his alleged injuries. This stipulation does not otherwise exclude evidence concerning the medical condition, care and treatment of the plaintiff.

### VI.

Except as specified above, Defendants reserve all defenses.

Considering the foregoing Stipulation, it is so ordered by the Court, this 6th day of October, 2017, New Orleans, Louisiana.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE