UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *James Henry, et al. v. Janssen et al.* Case No. 2:15-cv-00224 | * * * | JUDGE ELDON E. FALLON |
| *Harriet Ibanez, et al. v. Janssen et al.* Case No. 2:14-cv-02669 | * * * * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>PLAINTIFFS' MOTION TO EXTEND THE BRIEFING DEADLINES OF CMO 2(J)</u>**

**I.     INTRODUCTION**

NOW INTO COURT, plaintiffs move on an expedited basis to extend the briefing deadlines of CMO 2(J) as the motions that the Defendants filed pursuant to that CMO require particularized attention.  The grounds establishing the basis of this motion are set forth in detail below:

1. On September 21, 2017, this Court entered CMO 2(J).  Therein, the Court set forth a briefing schedule on dispositive motion.  Pursuant thereto, that day, defendants filed four (4) dispositive motions:

    a. Defendants' Joint Motion for Summary Judgment Under the Texas Product Liability Act (Rec. Doc. 7662);

    b. Defendants' Joint Motion for Partial Summary Judgment on Plaintiff's Claims For Failure to Warn Under the Learned Intermediary Doctrine (Rec. Doc. 7658);

    c. Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn or Instruct Claim (Rec. Doc. 7660); and

    d. Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Design-Defect Claim (Rec. Doc. 7653).

2. As to the Defendants' Joint Motion for Summary Judgment under the Texas Product Liability Act, upon review of the motion, Plaintiffs have determined that a response including a constitutional challenge to the statue is appropriate. Therefore, pursuant to Fed. R. Civ. P. 5.1, Plaintiffs intend to serve a notice of constitutional question, which notice shall be served on the Attorney General of Texas. Rule 5.1 permits the Texas Attorney General 60 days to intervene into the action to address the constitutional challenge. Accordingly, Plaintiffs would request an extension of time to respond to the motion for summary judgment under the Texas Product Liability Act to allow sufficient time for the Attorney General of Texas to engage in this litigation.

3. With regard to the Defendants' joint motions addressing preemption (Rec. Doc. Nos. 7660 and 7653), plaintiffs seek a continuance of the hearing on the matters as both motions were filed not only in the bellwether case of William Henry, but also in the individual claim of Harriet Ibanez. As the motions were jointly filed to relate to both the Henry and Ibanez cases, and the Ibanez case is subject to updated discovery, Plaintiffs submit that an appropriate stay of the motions is in order. This stay will permit the parties to engage in updated discovery regarding the purported grounds for Preemption, *e.g.,* the purported "FDA redline strike-through" document and related matters. The continuance of the matter is also necessary as without the discovery, even Plaintiff Henry would be

required to submit a Fed.R.Civ.P 56(d) affidavit, identifying the grounds for which additional discovery would be required so that facts essential to justify its opposition may be obtained.

WHEREFORE, Plaintiffs respectfully request that this motion to 1) extend the deadline on briefing regarding the Texas Product Liability Act be granted, and 2) a continuance of the two motions regarding preemption be granted to allow for additional discovery addressing the matters raised therein.

Dated:  October 10, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
Email:  ldavis@hhklawfirm.com

*/s/ Gerald E. Meunier*
Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
PH:  (504) 522-2304
FAX: (504) 528-9973
Email:  gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 10, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic

filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

             */s/ Gerald E. Meunier*
             **GERALD E. MEUNIER**