UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *James Henry, et al. v. Janssen et al.* Case No. 2:15-cv-00224 | * * * | JUDGE ELDON E. FALLON |
| *Harriet Ibanez, et al. v. Janssen et al.* Case No. 2:14-cv-02669 | * * * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO EXTEND THE BRIEFING DEADLINES OF CMO 2(J)

Plaintiffs have moved on an expedited basis to extend the briefing deadlines of CMO 2(J). Therein Plaintiffs requested that this Court 1) extend the deadline on briefing regarding the Defendants' Joint Motion for Summary Judgment Under the Texas Product Liability Act (Rec. Doc. 7662), and 2) grant a continuance as to Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn or Instruct Claim (Rec. Doc. 7660) and Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Design-Defect Claim (Rec. Doc. 7653), to allow for additional discovery addressing the matters raised therein.

WHEREFORE, for the reasons set forth in Plaintiffs' motion, it is respectfully requested that the motion be granted.

Dated:  October 10, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)

        *HERMAN, HERMAN & KATZ, LLC*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
Email:  ldavis@hhklawfirm.com

*/s/ Gerald E. Meunier*
Gerald E. Meunier (Bar No. 9471)
*GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC*
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
PH:  (504) 522-2304
FAX: (504) 528-9973
Email:  gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 10, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        */s/ Gerald E. Meunier*
        **GERALD E. MEUNIER**