UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *James Henry, et al. v. Janssen et al.* Case No. 2:15-cv-00224 | * * * | JUDGE ELDON E. FALLON |
| *Harriet Ibanez, et al. v. Janssen et al.* Case No. 2:14-cv-02669 | * * * * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

    Plaintiffs have moved on an expedited basis to extend the briefing deadlines of CMO 2(J). Upon consideration of the motion, and the responses thereto, it is hereby ORDERED that the motion is GRANTED.

    It is further ordered that the deadline on briefing regarding the Defendants' Joint Motion for Summary Judgment Under the Texas Product Liability Act (Rec. Doc. 7662) shall be extended and rescheduled after 60 days from Plaintiffs' Rule 5.1 Notice to allow time for the Texas Attorney General to intervene in this action to address the merits of the proposed constitutional challenge.  In addition, it is also ORDERED that a continuance as to Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn or Instruct Claim (Rec. Doc. 7660) and Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Design-Defect Claim (Rec. Doc. 7653), shall be put in effect to allow for additional discovery addressing the matters raised

therein.  The parties shall advise the Court when discovery has concluded to the point that the matter can be reinstated.

    NEW ORLEANS, LOUISIANA this \_\_\_ day of October 2017.

 

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**