UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *James Henry, et al. v. Janssen et al.* Case No. 2:15-cv-00224 | * * * | JUDGE ELDON E. FALLON |
| *Harriet Ibanez, et al. v. Janssen et al.* Case No. 2:14-cv-02669 | * * * * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION FOR EXPEDITED HEARING ON MOTION
TO EXTEND THE BRIEFING DEADLINES OF CMO 2(J)**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who respectfully submit that they filed a Motion to Extend the Briefing Deadlines of CMO 2(J), and who respectfully request that their motion be heard on Wednesday, November 1, 2017 at 9:00 a.m., or at whatever time the Court deems appropriate for the expedited consideration of the matter at issue.

Dated:  October 10, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
Email:  ldavis@hhklawfirm.com

*/s/ Gerald E. Meunier*
Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre

1100 Poydras Street  
New Orleans, LA  70163-2800  
PH:  (504) 522-2304  
FAX: (504) 528-9973  
Email:  gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2017 a copy of the above and foregoing Motion for Expedited Hearing on Plaintiffs' Motion to Extend the Briefing Deadlines of CMO 2(J), has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Gerald E. Meunier*  
**Gerald E. Meunier**