UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 - R. Doc. 7722 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL | : | |
| CASES ON ATTACHED EXHIBIT LIST | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**ORDER TO SHOW CAUSE
REGARDING PLAINTIFFS WITH ALLEGED
CORE PLAINTIFF FACT SHEET DEFICIENCIES**

Plaintiffs on the attached Exhibit A have filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. The same plaintiffs have failed to provide one or more of the following: (1) records demonstrating proof of use of Xarelto®; (2) medical records demonstrating the injury alleged; and/or (3) a signed declaration and, thus, have failed to provide the documentation required by paragraph 4 of Case Management Order No. 1, Pretrial Order No. 31, and Sections I and X of the Plaintiff Fact Sheet.

The most basic elements of any products liability case include the proof of use of the product that allegedly caused the plaintiff's alleged injury, as well as the damage allegedly caused by the use of the product. For example, under the Louisiana Products Liability Act, a plaintiff must establish: "(1) that the defendant is a manufacturer of the product; (2) that the [plaintiff's] damage was proximately caused by a characteristic of the product; (3) that this characteristic made the product 'unreasonably dangerous'; and (4) that the [plaintiff's] damage arose from a reasonably anticipated use of the product by the [plaintiff] or someone else." *Stahl v. Novartis Pharm. Corp.*, 283 F.3d 254, 260-61 (5th Cir. 2002) (quoting La. Rev. Stat. Ann. § 9:2800.54(A)). Without proof

1

that plaintiff used the product that allegedly caused his or her injury—as well as proof of the alleged injury itself—plaintiff certainly cannot show that any damage was proximately caused by a characteristic of the product and that this damage arose from a reasonably anticipated use of the product. And verification of the information contained in and documents attached to the Plaintiff Fact Sheet is required for plaintiff to proceed with his or her claim. Therefore, any plaintiff who fails to provide (1) records demonstrating proof of use of Xarelto®; (2) medical records demonstrating the injury alleged; and/or (3) a signed declaration cannot maintain a products liability action against the defendants in this case.

Plaintiffs on the attached Exhibit A have failed to provide at least one of the foregoing items as required by paragraph 4 of Case Management Order No. 1, Pretrial Order No. 31, and Sections I and X of the Plaintiff Fact Sheet. Plaintiffs shall be ordered to show cause on November 30, 2017, before Judge Fallon as to why their case should not be dismissed with prejudice.

Failure to show cause by appearing before this Court at 10:00 am on November 30, 2017, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

Upon entry of the Order to Show Cause, Defendants shall serve a copy of this Order by electronic mail on counsel for plaintiffs on the attached Exhibit A.

New Orleans, Louisiana, on this 11th day of _____October_____ 2017.

_____
United States District Judge

**Exhibit A**
**(Alleged Core Deficient Plaintiff Fact Sheet)**

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 1. | Aiman, Carol Patena | Lenze Kamerrer Moss, PLC. | 2:16-cv-16445 | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 2. | Allen, Charles W | Johnson Becker | 2:17-cv-00746 | Failure to provide any Medical Records demonstrating alleged injury |
| 3. | Arlis, Laurel | Johnson Becker | 2:17-cv-00176 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 4. | Arrington, Bernard | The Driscoll Firm | 2:16-cv-13851 | Medical records provided do not demonstrate alleged injury |
| 5. | Banks, John | Beasley Allen | 2:17-cv-01899 | Medical records provided do not demonstrate alleged injury |
| 6. | Basley, Syreatha M | Beasley Allen | 2:17-cv-00969 | Medical records provided do not demonstrate alleged injury |
| 7. | Bonacci, Donald | Johnson Law Group | 2:17-cv-2273 | Records provided do not show Xarelto use |
| 8. | Braun, Theodore | The Driscoll Firm | 2:16-cv-11605 | Medical records provided do not demonstrate alleged injury |

1

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 9. | Brouwer, Anna | Lenze Kamerrer Moss, PLC. | 2:16-cv-17872 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 10. | Cary, Jacqueline | The Potts Law Firm, LLP | 2:17-cv-00748 | Medical records provided do not demonstrate alleged injury |
| 11. | Chatman, Melvina | Princenthal & May, LLC | 2:17-cv-3811 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 12. | Ciaramella, Amedeo | The Driscoll Firm | 2:16-cv-10885 | Medical records provided do not demonstrate alleged injury |

2

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 13. | Core, Walter | Salim-Beasley, LLC | 2:17-cv-04050 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 14. | Cuascut, Juan J | Beasley Allen | 2:16-cv-17927 | Failure to provide any Medical Records demonstrating alleged injury |
| 15. | Curry, Adolph | Marc J. Bern & Partners LLP | 2:17-cv-01827 | Records provided do not show Xarelto use |
| 16. | Dalton, Kenneth | The Orlando Firm, PC | 2:17-cv-03071 | Failure to provide any Medical Records demonstrating alleged injury |
| 17. | Daniels, Marvin | The Driscoll Firm | 2:17-cv-03504 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 18. | Denault, Jeffrey | Dixon Davis, LLC | 2:17-cv-02050 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 19. | Foster, Willie | Johnson Law Group | 2:17-cv-00834 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

3

| | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 20. | Gallaty, Samantha | The Gallagher Law Firm LLP | 2:17-cv-01517 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Medical records provided do not demonstrate alleged injury |
| 21. | Gallay, Shirley | Wexler Wallace LLP | 2:17-cv-01193 | Medical records provided do not demonstrate alleged injury |
| 22. | Gill, Willie | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11714 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 23. | Goss, Terrance W | Peters Murdaugh Parker Eltzroth & Detrick | 2:16-cv-02963 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 24. | Gothard, Myrtle | Beasley Allen | 2:17-cv-01791 | Medical records provided do not demonstrate alleged injury |
| 25. | Grefer, Patsy R | Gainsburgh Benjamin | 2:16-cv-17856 | Medical records provided do not demonstrate alleged injury |
| 26. | Hale, Daniel | Beasley Allen | 2:17-cv-00713 | Medical records provided do not demonstrate alleged injury |

4

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 27. | Harris, Lakenya | Lenze Kamerrer Moss, PLC. | 2:16-cv-17630 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 28. | Harvey, Paula | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11734 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 29. | Heath, Susan | Salim-Beasley, LLC | 2:17-cv-00860 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 30. | Heitt, Melvin | Johnson Law Group | 2:17-cv-1223 | Medical records provided do not demonstrate alleged injury |
| 31. | Hield, Helen | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11729 | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

5

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 32. | Horton, Ola | Dixon Davis, LLC | 2:17-cv-02053 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 33. | Houston, Maynard | Law Office of Christopher K. Johnston, LLC | 2:17-cv-4414 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 34. | Huffman, Leonard | Slater Slater Schulman LLP | 2:16-cv-8670 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 35. | Hurd, Helen | The Potts Law Firm, LLP | 2:17-cv-03013 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 36. | Hutchinson, Garland | Stark & Stark | 2:17-cv-00581 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 37. | Jackson, Albert | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11705 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |

6

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 38. | Jaynes, Albert | Douglas & London | 2:17-cv-3808 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 39. | Joynes, Anita | Princenthal & May, LLC | 2:17-cv-04738 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 40. | Kendrick, Gentry | The Gallagher Law Firm LLP | 2:17-cv-00614 | Medical records provided do not demonstrate alleged injury |
| 41. | Kennedy, James | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-12344 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 42. | Kovacic, Robert | Douglas & London | 2:17-cv-3876 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 43. | Little, Betty | Law Offices of Charles H. Johnson, P.A. | 2:17-cv-02588 | Medical records provided do not demonstrate alleged injury |
| 44. | Luna, Janice | Dixon Davis, LLC | 2:17-cv-02611 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |

7

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 45. | Mccall, Virginia | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-12340 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 46. | Mcgowan, Veronica | Law Office of Christopher K. Johnston, LLC | 2:17-cv-4769 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 47. | Mckenna, Patrick J | Milstein Jackson Fairchild & Wade, LLP | 2:17-cv-03501 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 48. | Mcmahon, David | Forman Law Offices | 2:17-cv-06041 | Medical records provided do not demonstrate alleged injury |
| 49. | Monteleone, John | The Potts Law Firm, LLP | 2:17-cv-00164 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 50. | Montgomery, Ervin | Fernelius Simon PLLC | 2:17-cv-02594 | Records provided do not show Xarelto use; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

8

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 51. | Morris, Marie A | Huber, Slack, Thomas & Marcelle, LLP | 2:17-cv-00596 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 52. | Munoz, Anita | Johnson Law Group | 2:17-cv-01084 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 53. | Nelson, Joe | Kelley & Ferraro LLP | 2:16-cv-13744 | Medical records provided do not demonstrate alleged injury |
| 54. | Norris, Stanley | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11732 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

9

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 55. | Patterson, Roy | The Michael Brady Lynch Law Firm | 2:17-cv-04108 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 56. | Pent, Patricia | Douglas & London | 2:15-cv-05164 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 57. | Perkins, Gaynell | The Potts Law Firm, LLP | 2:17-cv-03059 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 58. | Peters, Reginal | The Simon Law Firm | 2:16-cv-15011 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 59. | Peterson, Laura O. | The Driscoll Firm | 2:16-cv-11836 | Medical records provided do not demonstrate alleged injury |
| 60. | Phillips, Jacqueline | The Potts Law Firm, LLP | 2:17-cv-2801 | Medical records provided do not demonstrate alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

10

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 61. | Pizzalato, Nicole | The Miller Firm LLC | 2:16-cv-12614 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 62. | Pollock, Jim | Beasley Allen | 2:16-cv-17800 | Failure to provide any Medical Records demonstrating alleged injury |
| 63. | Porras, John | Slater Slater Schulman LLP | 2:17-cv-01787 | Medical records provided do not demonstrate alleged injury |
| 64. | Powders, Betty | Bruno & Bruno, LLP | 2:17-cv-03694 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 65. | Pridmore, Cecil W | Kirkendall Dwyer LLP | 2:17-cv-2312 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 66. | Pyles, James | Lenze Kamerrer Moss, PLC. | 2:16-cv-16300 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 67. | Quinn, Joseph | Kirtland & Packard | 2:17-cv-01095 | Medical records provided do not demonstrate alleged injury |
| 68. | Ramirez, Maurice | The Mulligan Law Firm | 2:16-cv-12885 | Records provided do not show Xarelto use |

11

|     | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
| --- | --- | --- | --- | --- |
| 69. | Reece, William G | Goldblatt + Singer | 2:17-cv-01403 | Medical records provided do not demonstrate alleged injury |
| 70. | Rice, Eron | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-11731 | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 71. | Richards, Michael | Bruno & Bruno, LLP | 2:17-cv-03734 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 72. | Robinson, Trena | Beasley Allen | 2:17-cv-02164 | Records provided do not show Xarelto use |
| 73. | Roland, Jack | Wexler Wallace LLP | 2:17-cv-01268 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 74. | Ronald, Greenwood | Grant & Eisenhofer | 2:17-cv-2755 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

12

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 75. | Ross, Randy | Beasley Allen | 2:17-cv-02616 | Records provided do not show Xarelto use |
| 76. | Rowland, Dennis | The Orlando Firm, PC | 2:17-cv-01819 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 77. | Schiller, Walter O | Beasley Allen | 2:16-cv-17927 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 78. | Schultz, Betty | Andrus Wagstaff | 2:17-cv-2746 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 79. | Shackleford, Jerry D | Hodes Milman Liebeck, LLP | 2:16-cv-01865 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 80. | Shines, Patricia | The Driscoll Firm | 2:16-cv-12006 | Records provided do not show Xarelto use |

13

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 81. | Simon, Glenda A | Salim-Beasley, LLC | 2:17-cv-04162 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 82. | Sipsy, Carolyn | Milstein Jackson Fairchild & Wade, LLP | 2:16-cv-12037 | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 83. | Smallwood, Lestine | The Gallagher Law Firm LLP | 2:17-cv-03835 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 84. | Smith, Rufus | The Gallagher Law Firm LLP | 2:17-cv-03884 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |

|  | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 85. | Stamper, Clarence | Beasley Allen | 2:17-cv-00686 | Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 86. | Staskivige, Donald | The Driscoll Firm | 2:16-cv-12295 | Records provided do not show Xarelto use |
| 87. | Thomas, Joseph | The Gallagher Law Firm LLP | 2:17-cv-00308 | Medical records provided do not demonstrate alleged injury |
| 88. | Thompson, Katherine H | Terrell Hogan | 2:16-cv-00602 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 89. | Trujillo, Anthonia | The Miller Firm LLC | 2:16-cv-12682 | Medical records provided do not demonstrate alleged injury |
| 90. | Tuell, Irene | FAY LAW GROUP, P.A | 2:15-cv-06722 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 91. | Valle, Kathy | Johnson Law Group | 2:17-cv-3518 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

15

|   | **Plaintiff Name** | **Law Firm Name** | **Docket Number** | **Active Deficiencies** |
|---|---|---|---|---|
| 92. | Welden, Sandra | Law Office of Christopher K. Johnston, LLC | 2:17-cv-3984 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Response provided does not match Xarelto user identified in complaint |
| 93. | West, Jonathon | Johnson Becker | 2:17-cv-00280 | Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |
| 94. | Wichman Deceased, Suzanne | Freedland Harwin Valori, PL | 2:17-cv-01171 | Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 95. | Wickersham, Robert | Stewart & Stewart Attys | 2:16-cv-14053 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 96. | Wilson, Elvira | Wexler Wallace LLP | 2:17-cv-01955 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

16