UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No: 2:17-cv-4769 |

THIS DOCUMENT RELATES TO:
VERONICA McGowan v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-4769

**MEMORANDUM IN SUPPORT OF SECOND MOTION FOR EXTENSION OF TIME UNDER PTO 27 TO PROVIDE THE DECLARATION PAGE IN CONNECTION WITH PLAINTIFF'S FACT SHEET**

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time under PTO 27 to provide the declaration page in connection with Plaintiff's Fact Sheet, Plaintiff states the following:

1. The Plaintiff filed the above captioned case on May 8, 2017.

2. Pursuant to PTO 27, this case is not in the discovery pool, and according to the issued Deficiency Notice, the PFS deadline was due on August 31, 2017.

3. On August 30, 2017, Plaintiff filed a Motion for Extension of Deadlines to Satisfy Plaintiff Fact Sheet Deficiencies until October 30, 2017, in order to provide the Signed Declaration in the instant case.

1

4. On September 12, 2017, Defendants in this current civil matter filed a RESPONSE/MEMORANDUM in Opposition to the Plaintiff's Motion for Extension of Deadlines to Satisfy Plaintiff Fact Sheet Deficiencies.

5. To this date, this Court has not yet ruled on Plaintiff's Motion for Extension filed last August 30, 2017.

6. Furthermore, as indicated in the filed Complaint, the undersigned counsel who is associated with the Johnston Law Firm is based in Guaynabo, Puerto Rico.

7. To that end, pursuant to Rule 201 (2) of the Federal Rules of Evidence (Fed. R. Evid. 201 (2), "Judicial Notice of Adjudicative Facts", this Court may take Judicial Notice that last September 19, 2017, the island of Puerto Rico was devastated by the onslaught of Hurricane Maria.

8. Wherefore, the undersigned counsel's law firm is currently in the process of reestablishing their regular operations under the current circumstances.

9. On September 28, 2017, pursuant to PTO 31 the defendants through undersigned counsel formally communicated with the Plaintiffs law firm via email requesting an update on the current civil matter. The defendants were duly informed of the undersigned counsel's situation considering the damages caused to the law firm's operations by Hurricane Maria.

10. Plaintiff's counsel has still not received the declaration page.  If the declaration page is received during the pendency of the motion, plaintiff's counsel will proceed to upload.

11. Accordingly, Plaintiff requests an second extension of the deadline for sixty (60) days from the date of the Court's order on this motion. An extension of time is not sought for delay. An extension is sought so that justice may be served.

12. Wherefore, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to grant this Second Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies; to enter an Order extending the deadline to satisfy PFS deficiencies for sixty (60) days from the date of the Order; and for such further relief deemed just and proper under the circumstances.

13. This motion is being submitted to this Honorable Court without the need of a formal hearing.

Wherefore, Plaintiff, by and through undersigned Counsel, respectfully requests an extension of time for providing the declaration page in connection with Plaintiff's Fact Sheet to December 10, 2017.

Respectfully submitted this 11th day of October, 2017.

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

//s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)
