UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 )<br>) SECTION:  L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>) Civil Action No:  <u>2:17-cv-4769</u> |

THIS DOCUMENT RELATES TO:
VERONICA McGowan v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-4769

**NOTICE OF SUBMISSION**

COMES NOW, the plaintiff Veronica McGowan by and through the undersigned counsel, and files this Notice of Submission of Response Memorandum to Defendant's Request for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies before the Honorable Judge Eldon E. Fallon on November 10, 2017, at 9:00 am.  This motion is being submitted to this Honorable Court without the need of a formal hearing

Respectfully submitted this 11th day of October, 2017.

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

//s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)