UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

*John D. Phipps v. Janssen Research & Development, LLC, et al.*

Civil Action No. 2:17-cv-5602

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE DEFENDANTS BAYER PHARMA AG, BAYER HEALTHCARE PHARMACEUTICALS INC., JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, AND JOHNSON & JOHNSON COMPANY

**TO THE HONORABLE JUDGE FALLON:**

COMES NOW, counsel for the Plaintiff John D. Phipps, by and through the undersigned counsel, respectfully move the Court for an order granting his Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Pharma AG, Bayer HealthCare Pharmaceuticals Inc., Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC (collectively referred to as "Defendants"). Plaintiff requests that the Court grant him an additional thirty (30) days from the date of the Court's Order granting this Motion to serve the Defendant as set forth in this Court's Pre-Trial Order ("PTO") No. 10. Plaintiff's

2 | P a g e

Memorandum in Support of her Motion for Extension of Time Within Which to Serve Defendants is submitted herewith.

DATED: October 11, 2017

                Respectfully submitted,

                PIERCE SKRABANEK PLLC

                */s/ Sofia E. Bruera*

                SOFIA E. BRUERA
                State Bar No. 24062189
                3701 Kirby Drive, Suite 760
                Houston, Texas 77098
                Telephone: (832) 690-7000
                Facsimile: (832) 616-5576
                E-mail: sofia@brueralaw.com

                **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby that a copy of the above and foregoing Motion for Extension of Time Within Which to Serve Process, which I electronically filed on October 11, 2017 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                */s/ Sofia E. Bruera*
                SOFIA E. BRUERA