UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

*John D. Phipps v. Janssen Research & Development, LLC, et al.*

Civil Action No. 2:17-cv-5602

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE DEFENDANTS BAYER PHARMA AG, BAYER HEALTHCARE PHARMACEUTICALS INC., JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. AND JANSSEN RESEARCH & DEVELOPMENT, LLC**

Plaintiff submits this Memorandum in Support of his Motion for an Order from this Honorable Court granting him thirty (30) days within which to serve process on Defendants Bayer Pharma AG, Bayer HealthCare Pharmaceuticals Inc., Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC (collectively referred to as "Defendants"), and would respectfully show as follows:

1. The original Complaint was filed on June 7, 2017 (*John D. Phipps vs. Janssen Research & Development LLC, et al.,* 2:17-cv-05602-EEF-MBN [Doc. 1]).

2. Summons for Defendants Bayer Healthcare Pharmaceuticals and Bayer Pharma AG were issued on June 7, 2017.

3. Plaintiff submitted his completed Plaintiff Fact Sheet, Authorizations, Medical and Pharmacy Records on August 11, 2017 – about a month before its deadline of September 5, 2017.

4. On or about October 10, 2017, the undersigned counsel received a notice of unserved Complaint.

5. After receipt of the said notice of unserved Complaint, Plaintiff immediately prepared and served the Summons to the Defendants pursuant to the streamlined service set forth in Pre-Trial Order #10, 10A and 10B.

6. The undersigned counsel experienced a slight delay in service given the issues with Hurricane Harvey which affected Houston in August.

7. Due to unforeseen circumstanced and inadvertent and honest oversight on behalf of undersigned counsel, service of Plaintiff's complaint in this action was not properly effected within the time period for streamlined service set forth in Pre-Trial Order #10, 10A and 10B as to some or all of the Defendants.

8. Undersigned counsel regrets its failure to properly oversee and accomplish the service of the complaint and summons in the above-listed action.

9. "[T]he court has discretionary power to extend time for service" even in the absence of good cause. Thompson v. Brown, 91 F.3d 20, 21 (5th Cir. 1996). It would be appropriate for the Court to exercise its etionary power in this circumstance. This MDL involves cases filed by thousands of plaintiffs who have alleged claims that are virtually identical in that they involve similar injuries allegedly caused by use of the same pharmaceutical, Xarelto. Therefore, no actual prejudice will occur to Defendants if this Court grants the relief sought by the Plaintiff identified in the action above.

10. MDL involves thousands of similarly situated plaintiffs who have filed claims alleging facts, circumstances, and theories of recovery virtually identical to the lawsuit filed by Mr. Phipps, and as such, no actual prejudice has or will occur to Defendants by this Court granting the relief sought herein. Plaintiff shows that as a matter of law and fact, he was not in "bad faith" in delaying streamlined service of his respective Complaint and Summons. Defendants are fully aware of and are served with hundreds of identical complaints in this matter.

11. In consideration of the above, Plaintiff requests an order from this Court granting him thirty (30) days within which to serve process on the Defendants. Plaintiff demonstrates that no party will be prejudiced by the granting of the relief sought and that the progress of the MDL will not be affected.

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully requests that this Court exercise its discretion and enter an order granting Plaintiff thirty (30) days from within which to serve process on the Defendants, and grant Plaintiff such other and further relief to which he may be justly entitled.

DATED: October 11, 2017

                                        Respectfully submitted,

                                        PIERCE SKRABANEK PLLC

                                        */s/ Sofia E. Bruera*

                                        SOFIA E. BRUERA
                                        State Bar No. 24062189
                                        3701 Kirby Drive, Suite 760
                                        Houston, Texas 77098
                                        Telephone: (832) 690-7000
                                        Facsimile: (832) 616-5576
                                        E-mail: sofia@brueralaw.com

                                        **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby that a copy of the above and foregoing Memorandum in support of Plaintiff's Motion for Extension of Time Within Which to Serve Process, which I electronically filed on October 11, 2017 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        */s/ Sofia E. Bruera*
                                        SOFIA E. BRUERA