# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*John D. Phipps v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:17-cv-5602**

## NOTICE OF SUBMISSION

COMES NOW Plaintiff, John D. Phipps, by and through his undersigned counsel, and files this Notice of Submission of Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Pharma AG, Bayer HealthCare Pharmaceuticals Inc., Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC.

1 | P a g e

DATED: October 11, 2017

                                       Respectfully submitted,

                                       PIERCE SKRABANEK PLLC

                                       */s/ Sofia E. Bruera*

                                       SOFIA E. BRUERA
                                       State Bar No. 24062189
                                       3701 Kirby Drive, Suite 760
                                       Houston, Texas 77098
                                       Telephone: (832) 690-7000
                                       Facsimile: (832) 616-5576
                                       E-mail: sofia@brueralaw.com

                                       **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby that a copy of the above and foregoing Notice of Submission, which I electronically filed on October 11, 2017 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                       */s/ Sofia E. Bruera*
                                       SOFIA E. BRUERA