# Exhibit A

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT IN ILLINOIS
RANDOLPH COUNTY

**FILED**

In the Matter of the Estate of: )

) No. 16-P-87

JACQUELINE E. BOSTON, Deceased )

**OCT 1 7 2016**

Sherry L. Johnson
CIRCUIT CLERK
RANDOLPH COUNTY, IL

### LETTERS OF OFFICE – DECEDENT'S ESTATE

**Pamela K. Steele and Leslie B. Robledo** have been appointed **Co-Executors** of the
Estate of **Jacqueline E. Boston,** Deceased, who died **October 5, 2016**, and is authorized to
take possession of and collect the estate of the decedent, and to do all acts required of them
by law.

Witness, ___October 17___, 2016

_[Seal of Court]_

_____
(Clerk of Circuit Court)

### CERTIFICATE

I certify that this is a copy of the letters of office now in force in this estate.

_[Seal of Court]_

Witness, ___October 17___, 2016

_____
(Clerk of Circuit Court)

Name: ARBEITER LAW OFFICES
Attorney for Estate
Address: P.O. Box 367
City: Chester, IL 62233
Tele. (618) 826-2369
Fax   (618) 826-4511

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY of SANTA CLARA
## PUBLIC HEALTH DEPARTMENT
### VITAL RECORDS AND REGISTRATION

3052016196491 — STATE FILE NUMBER

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

LOCAL REGISTRATION NUMBER: 3201643008180

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT - FIRST (Given) | JACQUELINE |
| 2. MIDDLE | - |
| 3. LAST (Family) | BOSTON |
| AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST) | JACQUELINE EUGENIA BOSTON |
| 4. DATE OF BIRTH mm/dd/ccyy | (redacted) |
| 5. AGE Yrs. | 86 |
| IF UNDER ONE YEAR (Months/Days) | |
| IF UNDER 24 HOURS (Hours/Minutes) | |
| 6. SEX | F |
| 9. BIRTH STATE/FOREIGN COUNTRY | IL |
| 10. SOCIAL SECURITY NUMBER | |
| 11. EVER IN U.S. ARMED FORCES? | YES / [X] NO / UNK |
| 12. MARITAL STATUS/SRDP (at Time of Death) | WIDOWED |
| 7. DATE OF DEATH mm/dd/ccyy | 10/05/2016 |
| 8. HOUR (24 Hours) | 2245 |
| 13. EDUCATION – Highest Level/Degree | HS GRADUATE |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | YES / [X] NO |
| 16. DECEDENT'S RACE | AFRICAN AMERICAN |
| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED | BOOK BINDER |
| 18. KIND OF BUSINESS OR INDUSTRY | PRINTING |
| 19. YEARS IN OCCUPATION | 25 |
| 20. DECEDENT'S RESIDENCE | (redacted) |
| 21. CITY | SAN JOSE |
| 22. COUNTY/PROVINCE | SANTA CLARA |
| 23. ZIP CODE | 95117 |
| 24. YEARS IN COUNTY | 1 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | LESLIE ROBLEDO, DAUGHTER |
| 27. INFORMANT'S MAILING ADDRESS | SAN JOSE, CA 95117 |
| 28. NAME OF SURVIVING SPOUSE/SRDP – FIRST | - |
| 31. NAME OF FATHER/PARENT – FIRST | FREDERICK |
| 32. MIDDLE | M. |
| 33. LAST | SHEPHERD |
| 34. BIRTH STATE | IL |
| 35. NAME OF MOTHER/PARENT – FIRST | SARAH |
| 37. LAST (BIRTH NAME) | SMITH |
| 38. BIRTH STATE | IL |
| 39. DISPOSITION DATE mm/dd/ccyy | 10/10/2016 |
| 40. PLACE OF FINAL DISPOSITION | CALEDONIA CEMETERY — SPARTA, IL |
| 41. TYPE OF DISPOSITION(S) | TR/BU |
| 42. SIGNATURE OF EMBALMER | ANDREA GARZA |
| 43. LICENSE NUMBER | EMB9229 |
| 44. NAME OF FUNERAL ESTABLISHMENT | LIMA & CAMPAGNA SUNNYVALE MORTUARY |
| 45. LICENSE NUMBER | FD-1961 |
| 46. SIGNATURE OF LOCAL REGISTRAR | SARA H CODY, MD |
| 47. DATE mm/dd/ccyy | 10/08/2016 |
| 101. PLACE OF DEATH | EL CAMINO HOSPITAL |
| 102. IF HOSPITAL, SPECIFY ONE | [X] IP / ER/OP / DOA |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | Hospice / Nursing Home/LTC / Decedent's Home / Other |
| 104. COUNTY | SANTA CLARA |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 2500 GRANT ROAD |
| 104. CITY | MOUNTAIN VIEW |

**107. CAUSE OF DEATH**

| | | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | (A) GASTROINTESTINAL BLEEDING - NONTRAUMATIC | (A) DAYS | YES / [X] NO |
| Sequentially, list conditions, if any, leading to cause on Line A. | (B) BLOOD LOSS ANEMIA | (B) DAYS | 109. BIOPSY PERFORMED? YES / [X] NO |
| Enter UNDERLYING CAUSE | (C) INFECTED AORTOENTERIC FISTULA | (C) MONS | 110. AUTOPSY PERFORMED? YES / [X] NO |
| (D) | | (D) | 111. USED IN DETERMINING CAUSE? YES / NO |

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107.

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?

113A. IF FEMALE, PREGNANT IN LAST YEAR? YES / [X] NO / UNK

**PHYSICIAN'S CERTIFICATION**

| Field | Value |
|---|---|
| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED... | |
| Decedent Attended Since (A) mm/dd/ccyy | 09/28/2016 |
| Decedent Last Seen Alive (B) mm/dd/ccyy | 10/05/2016 |
| 116. SIGNATURE AND TITLE OF CERTIFIER | HIND SALIH YASSIN M.D. |
| 118. TYPE ATTENDING PHYSICIAN'S NAME; MAILING ADDRESS, ZIP CODE | HIND SALIH YASSIN M.D. 2500 GRANT ROAD, MOUNTAIN VIEW, CA 94040 |
| 115. LICENSE NUMBER | A116608 |
| 117. DATE mm/dd/ccyy | 10/08/2016 |

**CORONER'S USE ONLY**

| Field | Value |
|---|---|
| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED... | |
| MANNER OF DEATH | Natural / Accident / Homicide / Suicide / Pending Investigation / Could not be determined |
| 120. INJURED AT WORK? | YES / NO / UNK |
| 121. INJURY DATE mm/dd/ccyy | |
| 122. HOUR (24 Hours) | |
| 123. PLACE OF INJURY | |
| 124. DESCRIBE HOW INJURY OCCURRED | |
| 125. LOCATION OF INJURY | |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | |
| 127. DATE mm/dd/ccyy | |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | |

STATE REGISTRAR  A  B  C  D  E

'010001003364934'

FAX AUTH.#     CENSUS TRACT

---

## CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } SS
COUNTY OF SANTA CLARA

DATE ISSUED: OCT 1 3 2016   By

*H3177562*

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, DEPARTMENT OF PUBLIC HEALTH.



SARA H. CODY
HEALTH OFFICER AND LOCAL REGISTRAR
OF BIRTHS AND DEATHS

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

PHSCO (Rev 02/16)

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE