UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION:  L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) JURY TRIAL DEMANDED ) ) Civil Action No:  <u>2:17-cv-3984</u> |

**THIS DOCUMENT RELATES TO:**

*SANDRA H. WELDEN v. JANSSEN RESEARCH & DEVELOPMENT, LL ET AL*
Civil Action No.: 2:17-cv-03984

<u>**PLAINTIFF'S MOTION IN OPPOSOTION TO DEFENDANT'S MOTION REQUESTING AN ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES**</u>

COMES NOW Plaintiff, Sandra H. Welden, by and through undersigned counsel, as detailed in the accompanying Memorandum in Support, hereby requests from this Honorable Court to deny Defendant's Request for and Order to Show Cause regarding Plaintiff's Fact Sheet Deficiencies in the instant civil matter. This motion is being submitted to this Honorable Court without the need of a formal hearing.

Respectfully submitted this 11th day of October, 2017.

/s/ William Rivera-Alvarez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784

Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ William Rivera-Alvarez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff