# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) JURY TRIAL DEMANDED ) ) Civil Action No: **2:17-cv-3984** |

**THIS DOCUMENT RELATES TO:**

*SANDRA H. WELDEN v. JANSSEN RESEARCH & DEVELOPMENT, LL ET AL*
Civil Action No.: 2:17-cv-03984

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION IN OPPOSITION TO RESPONSE TO DEFENDANTS REQUEST FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW Plaintiff, SANDRA H. WELDEN, in the above referenced civil action, and by and through undersigned counsel hereby files a Response to Defendant's Request for an Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies and shows as follows:

1. Plaintiff Sandra H. Welden contacted the undersigned counsel regarding a potential claim involving her use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on April 25, 2017 in good faith to comply with the statute of limitations for Mrs. Welden's claim.

3. Plaintiff's counsel has attempted to and contacted Mrs. Welden on multiple occasions to secure a complete Plaintiff Fact Sheet.

1

4. On August 3, 2017, Plaintiff by and through undersigned counsel presented Motion to Amend / Correct Complaint in which we asked to correct Plaintiff's name and surname.

5. On October 2, 2017, this Honorable Court granted the above-mentioned Motion to Amend / Correct the complaint.

6. On October 9, 2017, Defendant's presented Motion for Order to Show Cause Regarding Plaintiff's with Alleged Core Plaintiff Fact Sheet Deficiencies.

7. The next scheduled date for Submission of Motions is November 1, 2017 as per the Courts Calendar.

8. Local Rule 7.5 Response and Memorandum states that "Each party opposing a motion must file citations of authorities no later than eight days before the noticed submission date."

9. Furthermore, as indicated in the filed Complaint, the undersigned counsel who is associated with the Johnston Law Firm is based in Guaynabo, Puerto Rico.

10. To that end, pursuant to Rule 201 (2) of the Federal Rules of Evidence (Fed. R. Evid. 201 (2), "Judicial Notice of Adjudicative Facts", this Court may take Judicial Notice that last September 19, 2017, the island of Puerto Rico was devastated by the onslaught of Hurricane Maria.

11. Wherefore, the undersigned counsel's law firm is currently in the process of reestablishing their regular operations under the current circumstances.

12. On September 28, 2017, pursuant to PTO 31 the defendants through undersigned counsel formally communicated with the Plaintiffs law firm via email requesting an update on the current civil matter. The defendants were duly informed of the

undersigned counsel's situation considering the damages caused to the law firm's operations by Hurricane Maria.

13. As such, the undersigned counsel requests that the Motion for Order to Show Cause Regarding the Plaintiff's With Alleged Core Plaintiff Fact Sheets Deficiencies be denied.

14. This motion is being submitted to this Honorable Court without the need of a formal hearing.

Respectfully submitted this 11th day of October, 2017.

/s/ William Rivera-Alvarez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ William Rivera-Alvarez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff