UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) JURY TRIAL DEMANDED ) ) Civil Action No: **2:17-cv-3984** |

**THIS DOCUMENT RELATES TO:**

*SANDRA H. WELDEN v. JANSSEN RESEARCH & DEVELOPMENT, LL ET AL*
**Civil Action No.: 2:17-cv-03984**

## ORDER

THIS MATTER, having come before the Court is Plaintiff's Response Memorandum to Defendant's Request for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies.

Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Defendants Request for Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies is hereby DENIED.

Signed New Orleans, Louisiana this \_\_\_\_ day of _____, 2017.

_____
Eldon K. Fallon, United States District Court Juge