UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) ) MDL NO. 2592
PRODUCTS LIABILITY LITIGATION )
) SECTION: L
) JUDGE FALLON
) MAG. JUDGE NORTH
)
) **JURY TRIAL DEMANDED**
)
) Civil Action No: 2:17-cv-6439

THIS DOCUMENT RELATES TO:
Marguerite Jernigan v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-6439

**FIRST MOTION FOR EXTENSION OF TIME TO SERVE PLAINTIFF FACT SHEET**

COMES NOW Plaintiff, Marguerite Jernigan, by and through undersigned counsel, and respectfully moves this Court for an extension of time to file the Plaintiff Fact Sheet ("PFS") in the instant case. The deadline to submit her PFS was on September 29, 2017. Plaintiff respectfully requests an extra sixty (60) days, with a new deadline date of December 11, 2017, to submit her PFS.

In support of her Motion, Plaintiff Counsel notes:

1. On July 1, 2017, Plaintiff by and through the undersigned counsel, filed her Complaint with the Court.

2. Furthermore, as indicated in the filed Complaint, the undersigned counsel who is associated with the Johnston Law Firm is based in Guaynabo, Puerto Rico.

1

3. To that end, pursuant to Rule 201 (2) of the Federal Rules of Evidence (Fed. R. Evid. 201 (2), "Judicial Notice of Adjudicative Facts", this Court may take Judicial Notice that last September 19, 2017, the island of Puerto Rico was devastated by the onslaught of Hurricane Maria.

4. Wherefore, the undersigned counsel's law firm is currently in the process of reestablishing their regular operations under the current circumstances.

5. Plaintiff counsel has not been able to complete the Plaintiff Fact Sheet (PFS) and hereby requests a sixty (60) day extension of time to file the Plaintiff's Plaintiff Fact Sheet until December 11, 2017.

6. An extension of time is not sought for delay.  An extension is sought so that justice may be served.

Wherefore, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to grant this Motion for Extension of Time to file the Plaintiff Fact Sheet; to enter an Order extending the deadline to file the PFS for sixty (60) days from the date of the Order; and for such further relief deemed just and proper under the circumstances.  This motion is being submitted to this Honorable Court without the need of a formal hearing.

Respectfully submitted this 12th day of October 2017.

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

                                                          //s/ David B. Owen Jiménez
                                                           David B. Owen Jiménez (#301113)