UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 )  ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH )  ) JURY TRIAL DEMANDED )  ) Civil Action No: <u>2:17-cv-3984</u> |

THIS DOCUMENT RELATES TO:

*SANDRA H. WELDEN v. JANSSEN RESEARCH & DEVELOPMENT, LL ET AL*
Civil Action No.: 2:17-cv-03984

## PLAINTIFFS RESPONSE TO ORDER TO SHOW CAUSE

NOW COMES, Plaintiff by and though the undersigned counsel and for her Response to the Order to Show Cause (Rec. Doc. 7737), and pursuant to Federal Rules of Civil Procedure 25, state as follows:

1. Plaintiff has completed her Plaintiff Fact Sheet, however the name stated in the complaint was mistyped.

2. For the above-mentioned reason, the name presented in the Plaintiff Fact Sheet does not match that in the Complaint.

3. The noticed deficiency on July 28, 2017 alludes to a "failure to provide declaration signed by Plaintiff, Xarelto user, or Xarelto User's representative; Response provided does not match Xarelto user identified in complaint."

4. On August 3, 2017, Plaintiff by and through undersigned counsel presented Motion to

Amend / Correct complaint in which we asked to correct Plaintiffs name and surname.

5. On August 3, 2017, but after submitting the Motion to Amend / Correct complaint the deficiency was cured with the signed Declaration by Plaintiff.

6. As of this date we have not received a new core deficiency notice.

7. On October 2, 2017, this Honorable Court granted the Motion to Amend / Correct the complaint.

8. Plaintiff's delay if any was not for any nefarious purpose, bad faith or for prejudicing or delaying defendants.

WHEREFORE, Plaintiff respectfully requests that this Court deny defendant's motion to dismiss the plaintiff's action since Defense's point is moot.

Respectfully submitted this 12th day of October 2017.

/s/ William Rivera-Alvarez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ William Rivera-Alvarez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff
