UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>**JURY TRIAL DEMANDED**<br><br>Civil Action No: 2:17-cv-4769 |

THIS DOCUMENT RELATES TO:
VERONICA McGowan v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-4769

**PLAINTIFF'S MOTION IN RESPONSE FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES**

COMES NOW Plaintiff, Veronica McGowan, by and through undersigned counsel, as detailed in the accompanying Memorandum in Support, hereby submits to this Honorable Court the Motion in Response for Order to Show Cause regarding Plaintiff's Fact Sheet Deficiencies in the instant civil matter. This motion is being submitted to this Honorable Court without the need of a formal hearing.

Respectfully submitted this 12th day of October 2017.

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

1

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

//s/ David B. Owen Jiménez<br>
David B. Owen Jiménez (#301113)