UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No: 2:17-cv-4769 |

THIS DOCUMENT RELATES TO:
VERONICA McGowan v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-4769

**PLAINTIFF'S RESPONSE MEMORANDUM FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WITH ALLEGED CORE PLAINTIFF FACT SHEET DEFICIENCIES**

COMES NOW Plaintiff, Veronica McGowan, in the above referenced civil action, and by and through undersigned counsel hereby files a Response to for an Order to Show Cause Regarding Plaintiffs with Alleged Core Plaintiff Fact Sheet Deficiencies and shows as follows:

1. Plaintiff Veronica McGowan contacted the undersigned counsel regarding a potential claim involving her use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on May 8, 2017. The Complaint was filed in good faith in order to comply with the statute of limitations for Ms. McGowan's claim.

3. Plaintiff's counsel has attempted to contact Ms. McGowan on multiple occasions to secure a complete Plaintiff Fact Sheet.

1

4. Beginning in May 2017, Plaintiff's counsel began attempting to contact Ms. McGowan and/or her relatives by phone/ mail/email, for needed information and/or documents.

   Attempts to contact Ms. McGowan and/or her relatives by phone/mail/email:

   5/8/2017

   6/27/2017

   7/19/2017

   7/31/2017

   8/23/2017

   8/28/2017

5. Considering the above, on August 30, 2017, Plaintiff filed a Motion for Extension of Deadlines to Satisfy Plaintiff Fact Sheet Deficiencies until October 30, 2017, in order to provide the Signed Declaration in the instant case.

6. To that end, on September 12, 2017, Defendants in this current civil matter filed a RESPONSE/MEMORANDUM in Opposition to the Plaintiff's Motion for Extension of Deadlines to Satisfy Plaintiff Fact Sheet Deficiencies.

7. To this date, this Court has not yet ruled on Plaintiff's Motion for Extension filed last August 30, 2017.

8. Furthermore, as indicated in the filed Complaint, the undersigned counsel who is associated with the Johnston Law Firm is based in Guaynabo, Puerto Rico.

9. To that end, pursuant to Rule 201 (2) of the Federal Rules of Evidence (Fed. R. Evid. 201 (2), "Judicial Notice of Adjudicative Facts", this Court may take Judicial Notice that

last September 19, 2017, the island of Puerto Rico was devastated by the onslaught of Hurricane Maria.

10. Wherefore, the undersigned counsel's law firm is currently in the process of reestablishing their regular operations under the current circumstances.

11. On September 28, 2017, pursuant to PTO 31 the defendants through undersigned counsel formally communicated with the Plaintiffs law firm via email requesting an update on the current civil matter. The defendants were duly informed of the undersigned counsel's situation considering the damages caused to the law firm's operations by Hurricane Maria.

12. To date, Plaintiffs' counsel has been unable to reach Ms. McGowan nor have we received any signed documents.

Plaintiff would respectfully request that the court dismiss Ms. McGowan's claim without prejudice.

Respectfully submitted this 12th day of October 2017.

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

//s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)
