# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) ) MDL No: 2592
PRODUCTS LIABILITY LITIGATION )
) SECTION: L
) JUDGE FALLON
) MAG. JUDGE NORTH

## THIS DOCUMENT RELATES TO:

*Betty Ann Faulkner v. Janssen Research & Development LLC, et al.*
**Civil Action No. 2:17-cv-5675**

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**COMES NOW** Plaintiff, through undersigned counsel hereby requests an Order for Leave to File First Amended Complaint. In support, Plaintiff offers as follows:

1. Plaintiff's Complaint was initially filed on or about June 8, 2017, for which she paid the filing fee as a solitary filing and thereby complied with the filing fee payment provisions pursuant to PTO 11B;

2. That the Defendants were served in the above-referenced case thereafter;

3. That Defendants have not been or will not be prejudiced by the amendment of this complaint.

4. That due to error or omission the Complaint was filed with inaccurate wording as to the dates and injuries suffered by Plaintiff.

5. That per the deficiency notice served on counsel we became aware of such error or omission.

6. That on September 14, 2017 Plaintiff, by and through undersigned counsel, per duty to confer, emailed Defense counsel to notify of our intention of submitting First Amended Complaint in order to receive consent or opposition.

7. That to this date we have not received any consent or opposition.

8. That the complaint is otherwise the same in every other manner.

WHEREFORE, Plaintiff, by and through her undersigned Counsel, respectfully requests this Court grant her Motion for Leave to File First Amended Complaint.

Dated:   October 12, 2017.

                                                  Respectfully Submitted,

/s/ William Rivera-Alvarez
William Rivera-Alvarez
Puerto Rico Bar No. 19578
USDCPR No. 304111
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. FD Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
william@masstortslaw.com


/s/Christopher K. Johnston
Christoher K. Johnston
California Bar No. 261474
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. FD Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
kyle@masstortslaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File First Amended Complaint was filed electronically with the Clerk of the Court via CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *William Rivera-Alvarez*
William Rivera-Alvarez