**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN) )  MDL No: 2592
PRODUCTS LIABILITY LITIGATION )
          )  SECTION: L
          )  JUDGE FALLON
          )  MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Betty Ann Faulkner v. Janssen Research & Development LLC, et al.*
**Civil Action No. 2:17-cv-5675**

## <u>NOTICE OF SUBMISSION</u>

   PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion

for Leave to File First Amended Complaint and Memorandum in Support Of to be heard by

the Honorable Eldon E. Fallon on Wednesday, November 1, 2017 at 9:30 a.m.

  Dated October 1, 2017.

            Respectfully submitted,

             /s/ William Rivera-Alvarez
             William Rivera-Alvarez
             Puerto Rico Bar No. 19578
             USDCPR No. 304111
             LAW OFFICE OF
             CHRISTOPHER K. JOHNSTON, LLC
             1510 Ave. FD Roosevelt, Ste. 6A1
             Guaynabo, Puerto Rico 00968
             Tel: (844) 345-3784
             Fax: (844) 644-1230
             william@masstortslaw.com

             s/ Christopher K. Johnston
             Christopher K. Johnston
             California Bar No. 261474
             LAW OFFICE OF
             CHRISTOPHER K. JOHNSTON, LLC
             1510 Ave. FD Roosevelt, Ste. 6A1
             Guaynabo, Puerto Rico 00968
             Tel: (844) 345-3784
             Fax: (844) 644-1230
             kyle@masstortslaw.com

             *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 12th day of October, 2017.

*/s/ William Rivera-Alvarez*
**Attorney for Plaintiff**