UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 - R. Doc. 6982 |
| | SECTION L |
| Case No. 16-6505 | JUDGE ELDON FALLON |

ROBERT GAMBLE

        Plaintiff

v.

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG,

        Defendants
_____

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO AMEND THE COMPLAINT**
_____

THIS CAUSE having come to be heard on Plaintiff's Unopposed Motion for Leave to Amend the Complaint, and the Court being otherwise advised in the Premises, it is hereupon,

ORDERED AND ADJUDGED that said Motion be, and the same is hereby: GRANTED, the First Amended Complaint attached to Plaintiff's Motion for Leave to

Amend the Complaint as Exhibit A is deemed filed as of the date of this Order.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana, this <u>12th</u> day of <u>October</u>, 2017

Eldon E. Fallon
United States District Judge