UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 - R. Doc. 7425 <br> * <br> * SECTION: L <br> * <br> * JUDGE: ELDON E. FALLON <br> * MAG. JUDGE: MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Michael Lanier, et al. v. Janssen Research & Development LLC, et al., Case No. 2:17-cv-04497*

## ORDER

Plaintiff, by designated attorneys, has filed a Motion for Leave to File an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

This Court, having considered Plaintiff's motion, finds that Plaintiff has demonstrated that justice so requires the grant of leave to file the proposed amended complaint. Therefore, Plaintiff's motion is GRANTED.

ORDERED AND ADJUDGED that the Amended Complaint attached to Plaintiff's Motion for Leave to Amend the Complaint is deemed filed as of the date of this Order.

This 12th day of October, 2017.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE