UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAURA BRAZIEL FKA LAURA FUTCH,<br>   Plaintiff<br><br>v.<br><br><br><br>JANSSEN RESEARCH & DEVELOPMENT LLC<br>  f/k/a JOHNSON AND JOHNSON<br>PHARMACEUTICAL RESEARCH AND<br>DEVELOPMENT LLC,<br>  *et al.*<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL 2592 - R. Doc. 7440<br><br>Section: L<br><br>Case No. 2:17-cv-05211<br><br>Judge: Eldon E. Fallon<br><br>Mag. Judge: Michael North |

## ORDER

The *[Corrected] Plaintiff's Motion to Amend Her Complaint* (the "Motion") filed by Plaintiff Laura Braziel fka Laura Futch is hereby allowed, and the operative complaint in this case is hereby the *First Amended Complaint* attached as Exhibit A to the Motion.

Dated: <u>October 12th</u>, 2017.

                                                                                    _____
                                                                                    Eldon E. Fallon
                                                                                    U.S. District Court Judge