UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 - R. Doc. 7469<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: **2:17-cv-08436** |

**THIS DOCUMENT RELATES TO:**

*DAVID LAWTON SENDERLING V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:17-cv-08436**

## ORDER GRANTING EX PARTE MOTION TO AMEND COMPLAINT

This matter having come before the Court on the Ex Parte Motion to Amend Complaint, and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) and applicable Pretrial Order No. 11C, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HERBY ORDERED that Plaintiff David Lawton Senderling's Motion to Amend Complaint is GRANTED. Plaintiff is hereby granted leave to file the First Amended Complaint tendered with the Motion, and the Clerk of the Court is ordered to file the First Amended Complaint into the record of this matter.

Entered this __12th__ day of __October__, 2017

_____
HONORABLE DISTRICT JUDGE ELDON E. FALLON