UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 - R. Doc. 7734 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *James Henry, et al. v. Janssen et al.* Case No. 2:15-cv-00224 | * * * | MAG. JUDGE NORTH |
| *Harriet Ibanez, et al. v. Janssen et al.* Case No. 2:14-cv-02669 | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the Motion for Expedited Hearing filed by Plaintiffs;

IT IS ORDERED by the Court that the motion is GRANTED and a hearing on Plaintiffs' Motion to Extend the Briefing Deadlines of CMO 2(J) is set on an expedited basis for the 16th day of October, 2017 at 9:00 a.m. a.m./p.m.

NEW ORLEANS, LOUISIANA, this 11th day of October, 2017.

The parties will use the following call-in information. The parties may reach the Court at (877) 336-1839. The access code for the conference is 4227405. The security code is 101617.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE