UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No: <u>2:17-cv-5024</u> |

THIS DOCUMENT RELATES TO:
Roscoe Brent v.
JANSSEN PHARMACEUTICALS, INC., et al
No. 2:17-cv-5024

## EXPARTE MOTION TO AMEND COMPLAINT

**COMES NOW** Plaintiff, Roscoe Brent, as administrator on behalf of his deceased wife, Savannah M. Brent, by and through the undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(a)(2), respectfully moves this Court for leave to amend the Complaint filed in these actions. [1]

Plaintiff's original Complaint was filed on May 17, 2017, *(Roscoe Brent, et al. v. Janssen Research and Development LLC, et al., Case No. 2:17-cv-5024),* and pursuant to streamlined service procedures articulated in PTO No. 10, Plaintiff served all defendants. Shortly thereafter, counsel became aware that the Plaintiff's alleged injury date updated with the date of "March 2016", rather than the correct date of May 3, 2016, and paragraph numbers were incorrect following the first section of the Complaint. Thus, Plaintiff's proposed amended would correct

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense has no opposition.

1

this error by updating paragraph numbers and revising the alleged injuries and appropriate dates in their complaint; specifically, to paragraphs No. 7 and 9. [2]

Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion. Further, defendants will not be prejudiced by Plaintiff's amended complaint. [3] For the foregoing reasons, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

Respectfully submitted this 13th day of October 2017.

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com
Counsel for Plaintiff

/s/ Christopher K. Johnston
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF CHRISTOPHER K. JOHSTON, LLC
1510 Ave. F.D. Roosevelt, Ste 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644- 1230
kyle@masstortslaw.com
/s/Christopher K. Johnston
Christopher K. Johnston (#261474)

---

[2] In Plaintiff's original Complaint, the revision would be made to paragraphs No. 7 and 9, but for the renumbering of selected paragraphs in the Amended Complaint.
[3] A copy of the amended complaint Plaintiff seeks to file is attached hereto.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

//s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)

/s/ Christopher K. Johnston
Christopher K. Johnston (#261474)
