# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION:  L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) JURY TRIAL DEMANDED ) ) Civil Action No:  __2:17-cv-5675__ |

**THIS DOCUMENT RELATES TO:**

*BETTY ANN FAULKNER v. JANSSEN RESEARCH & DEVELOPMENT, LL ET AL*
**Civil Action No.: 2:17-cv-05675**

## MEMORANDUM IN SUPPORT OF FIRST MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET CORE DEFICIENCIES

**COMES NOW** Plaintiff, through undersigned counsel hereby requests an Extension of Time to cure noticed deficiencies related to the Plaintiff Fact Sheet. In support of Plaintiff's Motion for Extension of Time under PTO 27 to cure deficiencies, Plaintiff states the following:

1. The Plaintiff filed the above captioned case on June 8, 2017.

2. The Plaintiff Fact Sheet core deficiency was notified on September 6, 2017.

3. Pursuant to PTO 27, this case is not in the discovery pool, and according to the issued Deficiency Notice, the PFS deadline was due on September 26, 2017.

4. On September 5, 2017, Hurricane Irma passed along the North-East Side of the Island of Puerto Rico, which left the island without electricity and communications for a brief period.

5. Two weeks later, on September 19 hurricane Maria passed through the center of the island devastating the electrical and communications grid.

1

6. Furthermore, as indicated in the filed Complaint, the undersigned counsel who is associated with the Johnston Law Group is based in Guaynabo, Puerto Rico.

7. To that end, pursuant to Rule 201 (2) of the Federal Rules of Evidence (Fed. R. Evid. 201 (2), "Judicial Notice of Adjudicative Facts", this Court may take Judicial Notice that both hurricanes passed through the island.

8. Wherefore, the undersigned counsel's law firm is currently in the process of reestablishing their regular operations under the current circumstances.

9. On September 28, 2017, pursuant to PTO 31 the defendants through undersigned counsel formally communicated with the Plaintiffs law firm via email requesting an update on other current civil matter. The defendants were duly informed of the undersigned counsel's situation considering the damages caused to the law firm's operations by both hurricanes.

10. Plaintiff's counsel has received all documents pertaining to the completion of the Plaintiff Facts Sheet and uploaded them to MDL Centrality.

11. The noticed deficiency alludes to an incongruence between the alleged injury and the medical records.

12. To that end, on October 12, 2017, Plaintiff, by and through the undersigned counsel has submitted First Motion to Amend / Correct Complaint.

13. Accordingly, Plaintiff requests first extension of the deadline for sixty (60) days from the date of the Court's order on this motion to cure the noticed deficiency. An extension of time is not sought for delay. An extension is sought so that justice may be served.

14. Wherefore, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to grant this First Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies; to enter an Order extending the deadline to satisfy PFS deficiencies for sixty

(60) days from the date of the Order; and for such further relief deemed just and proper under the circumstances.

15. This motion is being submitted to this Honorable Court without the need of a formal hearing.

Wherefore, Plaintiff, by and through undersigned Counsel, respectfully requests an extension of time to cure noticed deficiency in connection with Plaintiff's Fact Sheet taking notice that the alleged injury will not coincide with that shown on the Plaintiff Fact Sheet until this Honorable Court hears and rules on the pending First Motion to Amend Complaint.

Respectfully submitted this 13th day of October 2017.

/s/ William Rivera-Alvarez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
william@masstortslaw.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

//s/ William Rivera-Alvarez
William Rivera-Alvarez (#304111)
