UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO.: 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Mendel, et al v. Janssen Research & Development, LLC, et al*
Civil Action No. 2:17-cv-07406

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A HIPAA PROTECTIVE ORDER TO OBTAIN THE RELEASE OF MEDICAL RECORDS**

Plaintiff David Mendel, individually and as representative of the Estate of Ruth Mendel, Deceased, by and through his attorney, Barrett Beasley, and pursuant to Federal Rule of Civil Procedure 26(c), moves for entry of a HIPAA protective order permitting the disclosure of "protected health information" of his deceased relative, Ruth Mendel, for the purpose of the above-captioned litigation.

WHEREFORE, Plaintiff, David Mendel, individually and as surviving heir of the Estate of Ruth Mendel, Deceased, requests that the court enter a HIPAA protective order authorizing the disclosure of Ruth Mendel's protected health information for the purposes of this products liability litigation as outlined in the proposed order.

Date: October 13, 2017                                                         Respectfully submitted,

                                                                                               By: Barrett Beasley
                                                                                               Barrett Beasley (#25984)
                                                                                               SALIM-BEASLEY, LLC
                                                                                               1901 Texas Street
                                                                                               Natchitoches, LA 71457
                                                                                               Phone: (800) 491-1817
                                                                                               Fax: (318) 354-1227

2

bbeasley@salim-beasley.com
Attorney for Plaintiff

2