UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) JURY TRIAL DEMANDED ) ) Civil Action No: <u>2:17-cv-4352</u> |

**THIS DOCUMENT RELATES TO:**

*RONALD R. PERRY v. JANSSEN RESEARCH & DEVELOPMENT, LL ET AL*
**Civil Action No.: 2:17-cv-04352**

## FIRST MOTION FOR EXTENSION OF TIME TO SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW Plaintiff, Ronald R. Perry, by and through undersigned counsel, and respectfully moves this Court for an extension of time to satisfy the alleged Plaintiff Fact Sheet ("PFS") deficiencies herein. The current deadline provides an insufficient amount of time for Plaintiff to comply. Accordingly, Plaintiff requests an extension of the deadline of sixty (60) days from the date of the Court's order on this motion.

In support of this motion, Plaintiff has attached a Memorandum in Support.

An extension of time is not sought for delay. An extension is sought so that justice may be served.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to grant this Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies; to enter an Order extending the deadline to satisfy PFS deficiencies for sixty (60)

1

days from the date of the Order; and for such further relief deemed just and proper under the circumstances.  This motion is being submitted to this Honorable Court without the need of a formal hearing.

Respectfully submitted this 13th day of October 2017.

/s/ Joel Figueroa-Rivera
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
joel@masstortslaw.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

//s/ Joel Figueroa-Rivera
Joel Figueroa-Rivera (#302803)