UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jacqueline Boston v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-13970*

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiffs Jacqueline Boston, Leslie Robledo, and Pamela Steele respectfully move this court to substitute Leslie Robledo and Pamela Steele, the daughters, as the Co-Executors for the Estate of Jacqueline Boston, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Jacqueline Boston's case was filed on or about August 19, 2016 (*Jacqueline Boston v. Janssen Research & Development, LLC, et al*; Case No. 2:16-cv-13970).

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

   a. On or about October 20, 2016, Defendant Bayer Healthcare Pharmaceuticals, Inc. was served by certified mail with the Complaint and Summons pursuant to PTO 10.

   b. On or about November 1, 2016, Defendant Bayer Pharma AG was served by registered mail with the Complaint and Summons pursuant to PTO 10.

1

    c. On or about October 18, 2016, Defendant Janssen Ortho was served by a process server with the Complaint and Summons.

    d. On or about October 19, 2016, Defendants Janssen Research & Development and Johnson & Johnson were served by a process server with the Complaint and Summons.

    e. On or about October 20, 2016, Defendant Janssen Pharmaceuticals was served by a process server with the Complaint and Summons.

3. Subsequently, Plaintiffs' counsel was informed that Jacqueline Boston passed away on or about October 5, 2016.

4. Jacqueline Boston's action against Defendants survives his death and is not extinguished.

5. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about October 11, 2017, attached hereto.

6. On or about October 17, 2016, the Twentieth Judicial Circuit Court in Illinois, Randolph County, appointed Leslie Robledo and Pamela Steele as Co-Executors for the Estate of Jacqueline Boston, attached hereto.

7. Plaintiffs thus move to substitute Leslie Robledo and Pamela Steele as Co-Executors for the Estate of Jacqueline Boston, Deceased, as Plaintiffs in the present action.

8. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically Leslie Robledo and Pamela Steele, as Co-Executors of the Estate of Jacqueline Boston, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Jacqueline Boston is now deceased.

9. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiffs, Jacqueline Boston, Leslie Robledo, and Pamela Steele, respectfully request the Court grant Plaintiffs' Motion to Substitute Leslie Robledo and Pamela Steele, as Co-Executors of the Estate of Jacqueline Boston, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated: October 13, 2017               Respectfully submitted,

                                      By: /s/ Roger C. Denton

                                      Roger C. Denton, Esq. (MO # 30292)
                                      Kristine K. Kraft, Esq. (MO # 37971)
                                      Ashley Brittain Landers, Esq. (MO # 62763)
                                      SCHLICHTER, BOGARD & DENTON
                                      100 South 4th Street
                                      Saint Louis, MO 63102
                                      Telephone: (314) 621-6115
                                      Fax: (314) 621-7151
                                      rdenton@uselaws.com
                                      kkraft@uselaws.com
                                      abrittain@uselaws.com

                                      *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

<em>s/ Roger C. Denton</em>