# Exhibit A

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT IN ILLINOIS
RANDOLPH COUNTY

In the Matter of the Estate of:      )
                                         )     No. 16-P-87
JACQUELINE E. BOSTON, Deceased    )

**FILED**

**OCT 1 7 2016**

Sheryl Johnson
CIRCUIT CLERK
RANDOLPH COUNTY, IL

## LETTERS OF OFFICE – DECEDENT'S ESTATE

**Pamela K. Steele and Leslie B. Robledo** have been appointed **Co-Executors** of the Estate of **Jacqueline E. Boston,** Deceased, who died **October 5, 2016,** and is authorized to take possession of and collect the estate of the decedent, and to do all acts required of them by law.

Witness, _____ October 17_____, 2016

*[Seal of Court]*

_____
(Clerk of Circuit Court)

## CERTIFICATE

I certify that this is a copy of the letters of office now in force in this estate.

*[Seal of Court]*

Witness, _____ October 17_____, 2016

_____
(Clerk of Circuit Court)

Name: ARBEITER LAW OFFICES
Attorney for Estate
Address: P.O. Box 367
City: Chester, IL 62233
Tele. (618) 826-2369
Fax (618) 826-4511

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY of SANTA CLARA
### PUBLIC HEALTH DEPARTMENT
### VITAL RECORDS AND REGISTRATION

**CERTIFICATE OF DEATH**

3052016196491     STATE FILE NUMBER     3201643008180

LOCAL REGISTRATION NUMBER

1. NAME OF DECEDENT—FIRST (Given): **JACQUELINE**
2. MIDDLE
3. LAST (Family): **BOSTON**

AKA ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST): **JACQUELINE EUGENIA BOSTON**

4. DATE OF BIRTH: — 5. AGE Yrs. **86** — 6. SEX **F**

7. BIRTH STATE/FOREIGN COUNTRY: **IL**
10. SOCIAL SECURITY NUMBER
11. EVER IN U.S. ARMED FORCES? YES / **NO** X
12. MARITAL STATUS/SRDP: **WIDOWED**
7. DATE OF DEATH: **10/05/2016**
8. HOUR: **2245**

9. EDUCATION: **HS GRADUATE**
14/15. WAS DECEDENT HISPANIC/LATINO/a/SPANISH? **YES**
16. DECEDENT'S RACE: **AFRICAN AMERICAN**

17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED: **BOOK BINDER**
18. KIND OF BUSINESS OR INDUSTRY: **PRINTING**
19. YEARS IN OCCUPATION: **25**

20. DECEDENT'S RESIDENCE (Street and number, or location):
21. CITY: **SAN JOSE**
22. COUNTY/PROVINCE: **SANTA CLARA**
23. ZIP CODE: **95117**
24. YEARS IN COUNTY: **1**
25. STATE/FOREIGN COUNTRY: **CA**

26. INFORMANT'S NAME, RELATIONSHIP: **LESLIE ROBLEDO, DAUGHTER**
27. INFORMANT'S MAILING ADDRESS: **SAN JOSE, CA 95117**

28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: —  MIDDLE: —  LAST (Birth Name): —
29. NAME OF FATHER/PARENT—FIRST: **FREDERICK**  MIDDLE: **M.**  LAST: **SHEPHERD**  BIRTH STATE: **IL**
30. NAME OF MOTHER/PARENT—FIRST: **SARAH**  MIDDLE: —  LAST (Birth Name): **SMITH**  BIRTH STATE: **IL**

38. DISPOSITION DATE: **10/10/2016**
40. PLACE OF FINAL DISPOSITION: **CALEDONIA CEMETERY**
**SPARTA, IL**

41. TYPE OF DISPOSITION: **TR/BU**
42. SIGNATURE OF EMBALMER: **ANDREA GARZA**
43. LICENSE NUMBER: **EMB9229**

44. NAME OF FUNERAL ESTABLISHMENT: **LIMA & CAMPAGNA SUNNYVALE MORTUARY**
45. LICENSE NUMBER: **FD-1961**
46. SIGNATURE OF LOCAL REGISTRAR: **SARA H CODY, MD**
47. DATE: **10/08/2016**

101. PLACE OF DEATH: **EL CAMINO HOSPITAL**  HOSPITAL: **IP** X
103A. COUNTY: **SANTA CLARA**
103B. FACILITY ADDRESS OR LOCATION WHERE FOUND: **2500 GRANT ROAD**
104. CITY: **MOUNTAIN VIEW**

107. CAUSE OF DEATH:
IMMEDIATE CAUSE (a): **GASTROINTESTINAL BLEEDING - NONTRAUMATIC** — DAYS
(b): **BLOOD LOSS ANEMIA** — DAYS
(c): **INFECTED AORTOENTERIC FISTULA** — MONS

108. DEATH REPORTED TO CORONER? YES / **NO** X
109. BIOPSY PERFORMED? YES / **NO** X
110. AUTOPSY PERFORMED? YES / **NO** X
111. USED IN DETERMINING CAUSE? 

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED...
Decedent Attended Since: **09/28/2016**  Decedent Last Seen Alive: **10/05/2016**
115. SIGNATURE AND TITLE OF CERTIFIER: **HIND SALIH YASSIN M.D.**
116. LICENSE NUMBER: **A116608**  117. DATE: **10/08/2016**
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: **HIND SALIH YASSIN M.D. 2500 GRANT ROAD, MOUNTAIN VIEW, CA 94040**

119. MANNER OF DEATH: Natural / Accident / Homicide / Suicide / Pending Investigation / Could not be determined
120. INJURED AT WORK? YES / NO / UNK
121. INJURY DATE
122. HOUR

123. PLACE OF INJURY
124. DESCRIBE HOW INJURY OCCURRED
125. LOCATION OF INJURY
126. SIGNATURE OF CORONER / DEPUTY CORONER
127. DATE
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER

STATE REGISTRAR   A   B   C   D   E        FAX AUTH #        CENSUS TRACT
*010001003364934*

---

### CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA  }
COUNTY OF SANTA CLARA  } SS
DATE ISSUED **OCT 13 2016**  By

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, DEPARTMENT OF PUBLIC HEALTH.

**SARA H. CODY**
HEALTH OFFICER AND LOCAL REGISTRAR
OF BIRTHS AND DEATHS

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

*H3177562*



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE