UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH<br><br>**ORDER FOR SUBSTITUTION**<br>**OF THE PROPER PARTY** |

**THIS DOCUMENT RELATES TO:**

*Jacqueline Boston v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-13970*

**ORDER**

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by Plaintiffs Jacqueline Boston, Leslie Robledo, and Pamela Steele be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Amended Complaint into the record in this matter.

SIGNED this _____ day of _____, 2017.

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge