# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAG. JUDGE NORTH ) ) COMPLAINT AND JURY ) DEMAND ) |

Civil Action No: **2:17-cv-05768**

**THIS DOCUMENT RELATES TO:**

*DOROTHY BOYER V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
Civil Action No.: 2:17-cv-05768

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

COMES NOW Plaintiff Dorothy Boyer, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 15(a)(1)(A) files this Motion for leave to file First Amended Complaint, and in support would show the Court as follows:

Plaintiff seeks to amend the complaint to modify the alleged injuries and dates that were inadvertently mistyped in the original complaint. Specifically, in the "Plaintiff" section. A copy of Plaintiff's First Amended Complaint is attached hereto as Exhibit A.

Plaintiff Dorothy Boyer's Complaint was filed via LAED CM/ECF on June 13, 2017. Service of process was executed thereafter. It is hereby requested that this Motion for Leave to File First Amended Complaint be granted.

Dated: <u>October 13, 2017</u>                          Respectfully submitted,

                                                      <u>/s/William Rivera-Alvarez</u>
Puerto Rico Bar No. 19578
USDCPR No. 304111
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
william@masstortslaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 13, 2017, the foregoing document was filed electronically with the Clerk of the Court via CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiff's and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                           /s/William Rivera-Alvarez
                                                            William Rivera-Alvarez