**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) | **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **SECTION:  L** |
| ) | **JUDGE ELDON E. FALLON** |
| ) | **MAG. JUDGE NORTH** |
| ) | |
| ) | **COMPLAINT     AND     JURY** |
| ) | **DEMAND** |
| ) | |
| | **Civil Action No:  2:17-cv-05768** |

**THIS DOCUMENT RELATES TO:**

*DOROTHY BOYER V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
Civil Action No.: 2:17-cv-05768

<u>**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**</u>

COMES NOW Plaintiff Dorothy Boyer, by and through undersigned counsel hereby

requests an Order for Leave to File First Amended Complaint. In support, Plaintiff offers as

follows:

1. That Plaintiff filed the above captioned case on June 13, 2017, for which she paid the filing

   fee as a solitary filing and thereby complied with the filing fee payment provisions

   pursuant to PTO 11B.

2. That Defendants were served in the above-referenced case thereafter.

3. That Defendants have not been or will not be prejudiced by the amendment of this

   complaint.

4. That the complaint was filed to preserve Plaintiff's rights under statute of limitations.

5. That due to error or omission the Complaint was filed with inaccurate wording and dates of alleged injuries.

6. That on September 14, 2017 Plaintiff, by and through undersigned counsel, per duty to confer, emailed Defense counsel to obtain consent or opposition to the Amendment of the Complaint.

7. That to this day we have not received any reply regarding consent or opposition by Defense's counsel.

8. This motion is being submitted to this Honorable Court without the need of a formal hearing.

Wherefore, Plaintiff, by and through undersigned Counsel, respectfully requests an Order For Leave to File Plaintiff's First Amended Complaint.

Respectfully submitted this 13th day of October 2017.

/s/William Rivera-Alvarez
Puerto Rico Bar No. 19578
USDCPR No. 304111
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
william@masstortslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

//s/ William Rivera-Alvarez
 William Rivera-Alvarez (#304111)