## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAG. JUDGE NORTH ) ) COMPLAINT AND JURY ) DEMAND ) Civil Action No: **2:17-cv-05768** |

**THIS DOCUMENT RELATES TO:**

*DOROTHY BOYER V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:17-cv-05768**

## NOTICE OF SUBMISSION

COMES NOW, the plaintiff Dorothy Boyer, by and through the undersigned counsel, and files this Notice of Submission of Motion for Leave to File Plaintiff's First Amended Complaint before the Honorable Judge Eldon E. Fallon on November 1, 2017, at 9:00am. This motion is being submitted to this Honorable Court without the need of a formal hearing

Respectfully submitted this 13th day of October 2017.

/s/ William Rivera-Alvarez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
william@masstortslaw.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

//s/ William Rivera-Alvarez
William Rivera-Alvarez (#304111)
