UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to:<br>Maria Ortiz, as Surviving Spouse of Francisco Ortiz -Amaro, Deceased  v. Janssen Research & Development, LLC<br>E.D. La. No. 2:17-cv-07265 | JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

## PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER PHARMA AG AND BAYER HEALTHCARE PHARMACEUTICALS

NOW INTO COURT, through undersigned counsel, comes plaintiff, Maria Ortiz, as Surviving Spouse of Francisco Ortiz-Amaro deceased. Plaintiff respectfully moves the Honorable Court for an extension of time within which to serve process on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals. In support of this Motion, Plaintiff submits her contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiff respectfully requests that this Court exercise its discretion and enter an Order granting an extension of time within which to serve process.

Dated: October 13, 2017

                                      Respectfully submitted:

                                      By:  */s/ Rachal G. Rojas*
                                              Rachal G. Rojas
                                              Federal Bar No.: 1005606
                                              JOHNSON LAW GROUP
                                              2925 Richmond Avenue
                                              Suite 1700
                                              Houston, TX 77098
                                              Telephone: (800) 230-7700
                                              Facsimile: (713) 583-9460
                                              rrojas@johnsonlawgroup.com

                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                          */s/ Rachal G. Rojas*
                                                          Attorney for Plaintiff