UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: Maria Ortiz, as Surviving Spouse of Ortiz - Amaro, Deceased v. Janssen Research & Development, LLC E.D. La. No. 2:17-cv-07265 | JUDGE ELDON E. FALLON  MAG. JUDGE NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on Wednesday, November 01, 2017, Plaintiff's, Maria Ortiz, as Surviving Spouse of Francisco Ortiz-Amaro deceased, Motion for an Extension of Time Within Which to Serve Process on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals will be presented to the Court for a ruling without the necessity of an oral hearing.

Dated: October 13, 2017

                Respectfully submitted,

                By: */s/ Rachal Rojas*
                      Rachal Rojas
                      Federal Bar No.: 1005606
                      JOHNSON LAW GROUP
                      2925 Richmond Avenue
                      Suite 1700
                      Houston, TX 77098
                      Telephone: (800) 230-7700
                      Facsimile: (713) 583-9460

                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Rachal Rojas*
Attorney for Plaintiff