UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to:<br>Maria Ortiz, as Surviving Spouse of Francisco Ortiz-Amaro, Deceased v. Janssen Research & Development, LLC<br>E.D. La. No. 2:17-cv-07265 | JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

## PROPOSED ORDER

IT IS ORDERED that the Plaintiff's, Maria Ortiz, as Surviving Spouse of Francisco Ortiz-Amaro deceased, Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of process of the Complaint through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this _____ day of _____ 2017.

_____
Hon. Eldon E. Fallon
United States District Judge