# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO.: 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

    **Maria Ortiz, as Surviving Spouse of Francisco**
    **Ortiz-Amaro, Deceased v. Janssen Research & Development, LLC**
    **Civil Action No. 2:17-cv-07265**

## PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A HIPAA PROTECTIVE ORDER TO OBTAIN THE RELEASE OF MEDICAL RECORDS

    Plaintiff Maria Ortiz, as Surviving Spouse of Francisco Ortiz-Amaro deceased, by and through her attorney, Rachal Rojas, and pursuant to Federal Rule of Civil Procedure 26(c) and 45 C.F.R. §164.512(e)(1), moves for entry of a HIPAA protective order permitting the disclosure of "protected health information" of her deceased spouse, Francisco Ortiz-Amaro, for the purpose of the above-captioned litigation.

    WHEREFORE, Plaintiff, Maria Ortiz, as Surviving Spouse of Francisco Ortiz-Amaro deceased, requests that the court enter a HIPAA protective order authorizing the disclosure of Francisco Ortiz-Amaro's protected health information for the purposes of this products liability litigation as outlined in the proposed order.

Date: October 13, 2017                                                                Respectfully submitted,

                                                                               Respectfully submitted,
                                                                               By: */s/ Rachal Rojas*
                                                                               Rachal Rojas
                                                                               Federal Bar No.: 1005606
                                                                               JOHNSON LAW GROUP
                                                                               2925 Richmond Avenue
                                                                               Suite 1700
                                                                               Houston, TX 77098
                                                                               Telephone: (281) 764-9612
                                                                               *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                        */s/ Rachal Rojas*
                                                        Attorney for Plaintiff