UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAG. JUDGE NORTH ) ) COMPLAINT AND JURY ) DEMAND ) |

Civil Action No: **2:17-cv-06631**

**THIS DOCUMENT RELATES TO:**

*JAN BRENNER, AS THE PROPOSED PERSONAL REPRESENTATIVE OF THE ESTATE OF CHRISTINE BRENNER V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:17-cv-06631**

## ORDER

THIS MATTER, having come before the Court is Plaintiff's First Motion for Extension of Time, under PTO 27, to serve Plaintiff Fact Sheet.

Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to serve Plaintiff Facts Sheet is hereby GRANTED. The deadline to serve Plaintiff's Fact Sheet is now December 31, 2017.

Signed New Orleans, Louisiana this ____ day of _____, 2017.

_____
Eldon K. Fallon, United States District Court Juge