UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 - R. Doc. 7766<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>**JURY TRIAL DEMANDED**<br>Civil Action No: 2:17-cv-5024 |

THIS DOCUMENT RELATES TO:
Roscoe Brent v.
JANSSEN PHARMACEUTICALS, INC., et al
No. 2:17-cv-5024

## ORDER GRANTING EX PARTE MOTION TO AMEND COMPLAINT

This matter having come before the Court on the Ex Parte Motion to amend the Complaint, and pursuant to the applicable Rules of Federal Procedure Fed. R. Civ. P. 15(a)(2) and applicable Pretrial Order No. 11C, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff Roscoe Brent Ex Parte Motion to Amend the Complaint is GRANTED. Plaintiff is hereby granted leave to file the First Amended Complaint tendered with this Motion, and the Clerk of the Court is ordered to file the First Amended Complaint into the record of this matter.

Entered this 13th day of October, 2017, into the United States Eastern District Court of Louisiana.

_____
Eldon K. Fallon, United States District Court Juge