UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No: <u>2:17-cv-6379</u> |

THIS DOCUMENT RELATES TO:
Ingrid M. Sutton o/b/o
Her deceased husband, John K. Sutton v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-6379

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes David B. Owen Jiménez for the Plaintiff and moves this Honorable Court for an order substituting Ingrid M. Sutton on behalf of her deceased husband, John K. Sutton, for the following reasons:

**I.** On June 30th, 2017, John K. Sutton filed a Complaint in the above referenced matter.

**II.** On June 3, 2017, John K. Sutton died, without his wife notifying his legal representatives.

**III.** The decedents wife, Ingrid M. Sutton, is the Proper Plaintiff and wishes to be substituted on behalf of John K. Sutton, in this case.

Wherefore, movant prays for said substitution.

Respectfully submitted this 16th day of October 2017.

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)