# CERTIFICATION OF VITAL RECORD

## STATE OF NORTH CAROLINA
## JACKSON COUNTY
### OFFICE OF REGISTER OF DEEDS

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
**CERTIFICATE OF DEATH**

BK 0103 PG 134

REGISTRATION DISTRICT NO. 050-00  LOCAL NO. ___  COUNTY OF DEATH: Jackson  STATE FILE NO. ___

**DECEDENT'S LEGAL NAME**
- 1a. FIRST: John
- 1b. MIDDLE: Kenneth Boulet
- 1c. LAST: Sutton
- 1d. SUFFIX:
- 1e. LAST NAME PRIOR TO FIRST MARRIAGE:

2. SEX: M
3a. AGE-LAST BIRTHDAY (Yrs): 83
4. DATE OF BIRTH: 03/20/1934
5. BIRTHPLACE: Jackson, NC
6. DATE OF DEATH: 06/03/2017

PLACE OF DEATH: ☒ Decedent's home
7c. FACILITY NAME: 883 Cedar Creek Farms Road
7d. CITY OR TOWN: Tuckaseege
7e. COUNTY OF DEATH: Jackson

8. MARITAL STATUS: ☒ Married
9. SURVIVING SPOUSE: Ingrid Madrin
10a. DECEDENT'S USUAL OCCUPATION: Maintenance
10b. KIND OF BUSINESS/INDUSTRY: University Maintenance

11. SOCIAL SECURITY NUMBER: 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
12a. RESIDENCE—STATE: NC
12b. COUNTY: Jackson
12c. CITY OR TOWN: Tuckasegee
12d. STREET AND NUMBER: 883 Cedar Creek Farms Road
12e. INSIDE CITY LIMITS: ☒ No
12f. ZIP CODE: 28783
13. WAS DECEDENT EVER IN U.S. ARMED FORCES?: ☒ Yes

14. DECEDENT'S EDUCATION: ☒ High school graduate or GED completed
15. DECEDENT OF HISPANIC ORIGIN?: ☒ No, not Spanish/Hispanic/Latino
16. DECEDENT'S RACE: ☒ White

17. FATHER'S NAME: Jerome Baston Sutton
18. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Sylvia Boulet

19a. INFORMANT'S NAME: Ingrid Madrin Sutton
19b. RELATIONSHIP TO DECEDENT: Wife
19c. MAILING ADDRESS: 883 Cedar Creek Farms Road, Tuckaseege, NC 28783

20a. METHOD OF DISPOSITION: ☒ Cremation
20b. PLACE OF DISPOSITION: Appalachian Funeral Services
20c. LOCATION: Sylva, NC

21a. SIGNATURE OF FUNERAL DIRECTOR: Carmaletta Hale
21b. LICENSE NUMBER: FD4070
21c. NAME OF EMBALMER: NA

22. NAME AND ADDRESS OF FUNERAL HOME: Appalachian Funeral Services And Crematorium, 165 Skyland Drive, Sylva, NC 28779

**23. Part I.**
- a. IMMEDIATE CAUSE: Cardiopulmonary Arrest
- b. Cardiovascular Disease — 5 years
- c. Hypertension — 20 years

24a. WAS AN AUTOPSY PERFORMED?: No

25. MANNER OF DEATH: ☒ Natural
27. TIME OF DEATH: Unknown
28. DID TOBACCO USE CONTRIBUTE TO DEATH?: Probably

33a. SIGNATURE AND TITLE OF CERTIFIER: [signature]
33b. LICENSE NUMBER: FM3700425
33c. DATE SIGNED: 6/3/2017
33d. NAME AND ADDRESS OF CERTIFIER: Bradley McAbee MD, 68 Hospital Dr, Sylva NC 28779

34. FOR LOCAL REGISTRAR: Bobbi Jo Rhymer
35. DATE FILED: 6-5-17

Volume 103 Page 134

This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

**Joe Hamilton**
Register of Deeds
Jackson County

Witness my hand and official seal this the 12th day of June, 2017
By: Tracy Brown, Dep.
Deputy/Assistant Register of Deeds

Any alterations or erasure voids this certificate. Do not accept unless on security paper with Register of Deeds seal clearly embossed in left corner.

