**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | **MDL No. 2592 - R. Doc. 7773** |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | **SECTION: L** |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | **MAG. JUDGE NORTH** |
| | ) | |
| | ) | **ORDER FOR SUBSTITUTION** |
| | ) | **OF THE PROPER PARTY** |

**THIS DOCUMENT RELATES TO:**

*Jacqueline Boston v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-13970*

**ORDER**

      **IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by

Plaintiffs Jacqueline Boston, Leslie Robledo, and Pamela Steele be and the same is hereby

**GRANTED**, and the Clerk of the Court is ordered to file the Amended Complaint into the record

in this matter.

      SIGNED this _____16th_____ day of _____October_____, 2017.

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge

1