UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION:  L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) **JURY TRIAL DEMANDED** ) ) Civil Action No: 2:17-cv-6938 |

THIS DOCUMENT RELATES TO:
Josefa Rivera v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-6938

## NOTICE OF SUBMISSION

COMES NOW, the plaintiff Josefa Rivera, by and through the undersigned counsel, and files this Notice of Submission of First Motion for Extension of Time under PTO 27 to file the Plaintiff Fact Sheet ("PFS") to December 15, 2017 before the Honorable Judge Eldon E. Fallon on November 1, 2017, at 9:00am.  This motion is being submitted to this Honorable Court without the need of a formal hearing

Respectfully submitted this 16th day of October 2017.

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

//s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)