UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 - R. Doc. 7774<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: **2:17-cv-05768** |

**THIS DOCUMENT RELATES TO:**

*DOROTHY BOYER V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:17-cv-05768**

## ORDER

THIS MATTER, having come before the Court is Plaintiff's Motion for Leave to File First Amended Complaint.

Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File First Amended Complaint is hereby GRANTED.

Signed New Orleans, Louisiana this  16th  day of ____October____, 2017.

_____
Eldon K. Fallon, United States District Court Juge