UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7794<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ingrid M. Sutton o/b/o Her deceased husband, John K. Sutton v. Janssen Pharmaceuticals, Inc. et al.*
CA# 2:17-cv-6379

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Ingrid M. Sutton, on behalf of her deceased husband, Plaintiff John K. Sutton, is substituted for Plaintiff John K. Sutton, in the above captioned case.

New Orleans, Louisiana, this 16th day of October, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE