UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) MDL NO. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAG. JUDGE NORTH ) ) COMPLAINT AND JURY ) DEMAND ) Civil Action No: <u>2:17-cv-06799</u> |

THIS DOCUMENT RELATES TO:

*CARRIE WINSTEAD V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
Civil Action No.: 2:17-cv-06799

**MEMORANDUM IN SUPPORT OF FIRST MOTION FOR EXTENSION OF TIME TO SERVE PLAINTIFF'S FACT SHEET**

COMES NOW Plaintiff Carrie Winstead, by and through undersigned counsel, and respectfully moves this Court for an extension of time to file the Plaintiff Fact Sheet ("PFS") in the instant case. In support, Plaintiff offers as follows:

1. The above captioned case was filed on July 17, 2017.

2. Pursuant to PTO 27, this case is not in the discovery pool, the PFS deadline was due on October 17, 2017.

3. Plaintiff's counsel tried to communicate with Mrs. Winstead to obtain the signed Plaintiff Fact Sheet to no avail.

4. That the undersigned counsel who is associated with the Johnston Law Group is based in Guaynabo, Puerto Rico.

1

5. That during the month of September the Island of Puerto Rico's communications and power grid were affected by hurricane Irma and Hurricane Maria.

6. To that end, pursuant to Rule 201 (2) of the Federal Rules of Evidence (Fed. R. Evid. 201 (2), "Judicial Notice of Adjudicative Facts", this Court may take Judicial Notice that last September 19, 2017, the island of Puerto Rico was devastated by the onslaught of Hurricane Maria.

7. Wherefore, the undersigned counsel's law firm is currently in the process of reestablishing their regular operations under the current circumstances.

8. On September 28, 2017, pursuant to PTO 31 the defendants through undersigned counsel formally communicated with the Plaintiffs law firm via email requesting an update on other civil matters. The defendants were duly informed of the undersigned counsel's situation considering the damages caused to the law firm's operations by Hurricane Maria.

9. That the Plaintiff Facts Sheet may very well still be in the unverified mail.

10. Accordingly, Plaintiff requests a first extension of the deadline for sixty (60) days from the date of the Court's order on this motion. An extension of time is not sought for delay. An extension is sought so that justice may be served.

11. This motion is being submitted to this Honorable Court without the need of a formal hearing.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Honorable Court to grant this First Motion for Extension of Time to serve Plaintiff Fact Sheet; to enter an Order extending the deadline to serve Plaintiff Fact Sheet for sixty (60) days from

the date of the Order; and for such further relief deemed just and proper under the circumstances. Plaintiff respectfully requests an extra sixty (60) days, with a new deadline date of December 31, to submit his PFS.

Respectfully submitted this 16th day of October 2017.

                                                   /s/William Rivera-Alvarez
                                                 Puerto Rico Bar No. 19578
                                                 USDCPR No. 304111
                                                 LAW OFFICE OF
                                                 CHRISTOPHER K. JOHNSTON, LLC
                                                 1510 Ave. F.D. Roosevelt, Ste. 6A1
                                                 Guaynabo, Puerto Rico 00968
                                                 Tel: (844) 345-3784
                                                 Fax: (844) 644-1230
                                                 william@masstortslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

//s/ William Rivera-Alvarez<br>
William Rivera Alvarez (#304111)