MINUTE ENTRY
FALLON, J.
OCTOBER 16, 2017

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| | * | |
| *James Henry, et al. v. Janssen, et al.* No. 15-224 | * * | JUDGE ELDON E. FALLON |
| *Harriet Ibanez, et al. v. Janssen, et al.* No. 14-2669 | * * * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

A hearing was held via telephone on this date in the Chambers of Judge Eldon E. Fallon. Plaintiffs were represented by Andy Birchfield, Brian Barr, Fred Longer, Jerry Meunier, and Neil Overholtz. Defendants were represented by Steven Glickstein, Susan Sharko, John Olinde, and Lindsay Boney. The parties discussed Plaintiffs' motion to extend deadlines, R. Doc. 7733. The Court determined that Plaintiffs would submit responses to Defendants' motions on November 3, 2017, including a Rule 56(d) request for additional discovery. This status conference was transcribed by Ms. Toni Tusa, Official Court Reporter. Counsel may contact Ms. Thompson to request a copy of the transcript.

Accordingly,

**IT IS ORDERED** that Plaintiffs' motion to extend deadlines, R. Doc. 7733, is **GRANTED IN PART** and Plaintiffs' response deadline to Defendant's motions, R. Docs. 7653, 7658, 7660, 7662, is continued to November 3, 2017.

JS10: 00:38

1

**IT IS FURTHER ORDERED** that the parties will participate in a hearing via telephone on November 14, 2017 at 1:30 p.m. The parties may contact the Court at 877-336-1839. The access code is 4227405 and the security code is 111417.

*Eldon E. Fallon*