UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION: L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Alice Schwartz v. Janssen Research & Development LLC, et al.*
*LAED USDC No. 2:17-cv-03595*

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG

COMES NOW Plaintiff Alice Schwartz who, through her undersigned counsel, hereby files this Motion for Extension of Time within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG. Plaintiff respectfully moves this Court for an Order granting an additional thirty (30) days from the date of the Court's Order to serve process upon Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG under the procedure set forth Pre-Trial Order No. 10. In support of her Motion, Plaintiff submits a contemporaneously filed Memorandum in Support.

Respectfully Submitted,

DATED: OCTOBER ___, 2017

HODES • MILMAN • LIEBECK, LLP

BY: _____
BENJAMIN T. IKUTA, ESQ.
ATTORNEYS FOR PLAINTIFF,
ALICE SCHWARTZ

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion has been served on all parties or their attorneys through the electronic filing system of the United States District Court for the Eastern District of Louisiana.

Dated: October 16, 2017

BY: _____
BRENDA K. MILLER