UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 <br> : <br> : SECTION: L <br> : <br> : JUDGE ELDON E. FALLON <br> : <br> : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Alice Schwartz v. Janssen Research & Development LLC, et al.*
*LAED USDC No. 2:17-cv-03595*

### [PROPOSED] ORDER

IT IS ORDERED that the Motion for Extension of Time within Which to Serve Process on Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG filed by Plaintiff is hereby GRANTED. Plaintiff shall have thirty (30) days from the date of this Order to complete service of process as set forth in Pre-Trial Order No. 10.

DATED: _____          _____
                                Honorable Eldon E. Fallon
                                United States District Judge