UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 <br> : <br> : SECTION: L <br> : <br> : JUDGE ELDON E. FALLON <br> : <br> : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Alice Schwartz v. Janssen Research & Development LLC, et al.*
*LAED USDC No. 2:17-cv-03595*

## NOTICE OF SUBMISSION

Please take notice that the Motion for Extension of Time within Which to Serve Process on Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG filed by Plaintiff in the above-listed action, through her undersigned counsel, will be submitted to the Court on Wednesday, November 15, 2017 at 9:00 a.m. before the Honorable Eldon E. Fallon at the U.S. Courthouse, 500 Poydras Street, New Orleans, LA 70130.

Respectfully Submitted,

DATED: OCTOBER 16, 2017

HODES • MILMAN • LIEBECK, LLP

BY: _____
BENJAMIN T. IKUTA, ESQ.
ATTORNEYS FOR PLAINTIFF,
ALICE SCHWARTZ

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion has been served on all parties or their attorneys through the electronic filing system of the United States District Court for the Eastern District of Louisiana.

DATED: October 16, 2017

BY: _____
BRENDA K. MILLER