This is to certify that this is a photocopy of the authentic certificate of death.

_Carolyn J Hobbs_ Funeral Director

Sworn to (or affirmed) before me this 30th day of January, 2017

_Rela K. McKinney_
Notary Public

My commission expires March 21, 2018

[Notary Seal: REBA K. MCKINNEY, STATE OF TENNESSEE, NOTARY PUBLIC, COUNTY OF MCMINN]

## TENNESSEE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

STATE FILE NUMBER

**DECEDENT**

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix) | William Millsaps |
| 2. SEX | Male |
| 3. DATE OF DEATH (Month, Day, Year) | January 21, 2017 |
| 4. TIME OF DEATH (Approx.) | 6:30 PM |
| 5a. AGE-Last Birthday (Years) | 74 |
| 5b. UNDER 1 YEAR Months/Days | |
| 5c. UNDER 1 DAY Hours/Minutes | |
| 6. DATE OF BIRTH (Month, Day, Year) | December 12, 1942 |
| 7. BIRTHPLACE (City and State or Foreign Country) | Monroe County, Tennessee |

8a. PLACE OF DEATH (Check only one): [X] Decedent's home

| Field | Value |
|---|---|
| 8b. FACILITY NAME | 721 County Rd. 187 |
| 8c. CITY OR TOWN | Athens |
| 8d. COUNTY OF DEATH | McMinn |
| 9. MARITAL STATUS | [X] Married |
| 10. SURVIVING SPOUSE | Betty Ruth Watson |
| 11a. DECEDENT'S USUAL OCCUPATION | Owner and operator |
| 11b. KIND OF BUSINESS/INDUSTRY | Wood Pulp Company |
| 12. SOCIAL SECURITY NUMBER | 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 |
| 13a. RESIDENCE-STATE OR FOREIGN COUNTRY | Tennessee |
| 13b. COUNTY | McMinn |
| 13c. CITY OR TOWN | Athens |
| 13d. STREET AND NUMBER | 721 County Rd. 187 |
| 13e. INSIDE CITY LIMITS | [X] No |
| 13f. ZIP CODE | 37303 |
| 14. WAS DECEDENT EVER IN US ARMED FORCES? | [X] No |

15. DECEDENT'S EDUCATION: [X] 8th grade or less

16. DECEDENT OF HISPANIC ORIGIN?: [X] No, not Spanish/Hispanic/Latino

17. DECEDENT'S RACE: [X] White

**PARENTS**

| Field | Value |
|---|---|
| 18. FATHER'S NAME | Johnny Olly Millsaps |
| 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | Bernice Ona Baker |

| Field | Value |
|---|---|
| 20a. INFORMANT'S NAME | Betty Ruth Millsaps |
| 20b. RELATIONSHIP TO DECEDENT | Wife |
| 20c. MAILING ADDRESS | 721 County Rd. 187 Athens, TN 37303 |

**DISPOSITION**

| Field | Value |
|---|---|
| 21a. METHOD OF DISPOSITION | [X] Burial |
| 21b. PLACE OF DISPOSITION | Old Fashion Baptist Church Cemetery |
| 21c. LOCATION | Niota, Tennessee |
| 22a. SIGNATURE OF FUNERAL DIRECTOR | (signed) |
| 22b. LICENSE NUMBER | 2799 |
| 22c. SIGNATURE OF EMBALMER | Dale Patrick Hinkle |
| 22d. LICENSE NUMBER | 5669 |
| 23a. NAME AND ADDRESS OF FUNERAL HOME | Laycock Hobbs Funeral Home, Inc, 521 Jackson St. N.E., Athens, Tennessee 37303 |
| 23b. LICENSE NUMBER OF FUNERAL HOME | 722 |

**REGISTRAR**

24. REGISTRAR'S SIGNATURE
25. DATE FILED

**CERTIFIER**

26. CERTIFIER: [X] 26a. PHYSICIAN -To the best of my knowledge, death occurred at the date and place, and due to the cause(s) and manner stated.

| Field | Value |
|---|---|
| 27a. SIGNATURE OF CERTIFIER | (signed) |
| 27b. LICENSE NUMBER | 018827 |
| 27c. DATE SIGNED | 1-27-17 |
| 27d. NAME AND ADDRESS | Dr. Charles B. Cox, 503 W. Madison Ave., Athens, TN 37303 |

**MEDICAL CERTIFICATION**

28. PART I.
 a. IMMEDIATE CAUSE: Severe congestive heart failure
 b. ASCVD
 c.
 d.

PART II. Other significant conditions contributing to death:

29a. WAS AN AUTOPSY PERFORMED? [ ] Yes [ ] No
29b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? [ ] Yes [ ] No

30. MANNER OF DEATH: [X] Natural

31. DID TOBACCO USE CONTRIBUTE TO DEATH? [X] Unknown

32. IF FEMALE: (n/a)

33. IF TRANSPORTATION INJURY, SPECIFY:

34a. DATE OF INJURY
34b. TIME OF INJURY
34c. INJURY AT WORK?
34d. PLACE OF INJURY
34e. DESCRIBE HOW INJURY OCCURRED
34f. LOCATION OF INJURY

PH-1659 (Rev. 10/2011)  RDA 1399