## AFFIDAVIT OF SURVIVING SPOUSE OR NEXT OF KIN

VENUE

_Tenn_ )
(State) )
 )
_McMinn_ )   SS: _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_
(County)

I, _Betty R Millsaps_, being duly sworn according to law, declare
(First, middle, last or maiden name)

that I reside at _721 Co Rd 187_ , _Athens, Tenn 37303_ and that on
(Street address)                  (City and state)

_6 13 1942_ , _William Millsaps_ had permanent
(Mo., day, year of death)   (Name of deceased)

legal residence at _721 Co Rd 187 Athens Tenn 37303_ .
(Complete address of decedent)

I am the widow, child, father, mother, brother, sister, other _Widow_ ,
(Circle appropriate relationship)          (Specify if other)

and as such am entitled to receive the decedent's estate under the laws of

_Tennessee   37303_
(Name of state in the United States where decedent last had legal permanent residence)

## NAME(S) OF SURVIVORS, IN ORDER OF KINSHIP

Please insert the names of living relatives in the following order of relationship: surviving spouse, children, father, and /or mother, brothers and/or sisters:

| Name | Date /Place of Birth | Address | Relationship |
|---|---|---|---|
| 1. William Millsaps | 9-14-1965 Flordia | 705 County Rd 187 Athen, Tenn 37303 | son |
| 2. Tina R. Robers | 2-28-1968 Flordia | 713 County Rd 187 Athens Tenn 3730 | daughter |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

_____Betty R Millsaps_____
(Signature of Affiant)

Subscribed and sworn (or affirmed) to before me by __Betty R. Millsaps__
(Typed name of affiant)

at __9 Madison Ave Athens TN__ on __9-18-2017__
(Address of Notary of Public)    (Date)

_____Ann Falls_____
(Signature of Notary Public)

__Ann Falls__
(Typed name of Notary Public)

Commission expires 11-21-2017