UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) )
PRODUCTS LIABILITY LITIGATION )
)
) MDL No. 2592
)
) SECTION: L
) JUDGE ELDON E. FALLON
) MAGISTRATE JUDGE NORTH
)
)

**THIS DOCUMENT RELATES TO:**

*Moxley v. Janssen Research & Development, LLC, et al.* Civil Action No. 2:17-cv-7926

## MOTION TO CORRECT MISNOMER OF PLAINTIFF

Plaintiff moves to correct misnomer. Plaintiff, David Moxley, was incorrectly listed as Plaintiff in the above-captioned cause. The first name of the Plaintiff was inadvertently misspelled. Plaintiff moves for an order correcting misnomer and for leave to file an Amended Complaint naming Donald Moxley as Plaintiff.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully requests that an order of correction of misnomer and leave to file an amended complaint in this action in the form attached hereto as Exhibit A.

Dated:  __10/17/2017_____

Respectfully submitted,

     /s/ Joseph T. Waechter         
Joseph T. Waechter
Florida Bar Number 0092593
Michael Goetz
Florida Bar Number 0963984

1

**Morgan & Morgan**
**Complex Litigation Group**
201 N. Franklin St., Suite 700
Tampa, FL 33602
JWaechter@forthepeople.com
MGoetz@forthepeople.com
Phone: (813) 223-5505
Fax: (813) 222-4730

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Correct Misnomer of Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  __10/17/2017_____

　　　　/s/ Joseph T. Waechter_____
Joseph T. Waechter
Florida Bar Number 0092593
Michael Goetz
Florida Bar Number 0963984
**Morgan & Morgan**
**Complex Litigation Group**
201 N. Franklin St., Suite 700
Tampa, FL 33602
JWaechter@forthepeople.com
MGoetz@forthepeople.com
Phone: (813) 223-5505
Fax: (813) 222-4730

*Attorneys for Plaintiff*