UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) )
PRODUCTS LIABILITY LITIGATION )
)
) MDL No. 2592
)
) SECTION: L
) JUDGE ELDON E. FALLON
) MAGISTRATE JUDGE NORTH
)
) THIS DOCUMENT RELATES TO:

Moxley v. Janssen Research & Development, LLC, et al. *Civil Action No. 2:17-cv-7926*

## ORDER

The Court, after consideration the Plaintiff's Motion to Correct Misnomer of Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore:

**ORDERED THAT** Plaintiff is granted leave to file Amended Complaint to correct misnomer and substitute Donald Moxley in the above captioned cause.

New Orleans, Louisiana this _____ day of_____, 2017.

_____
Honorable Eldon E. Fallon
United States District Court Judge