UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH<br><br>**THIS DOCUMENT RELATES TO:** |

*Moxley v. Janssen Research & Development, LLC, et al.* **Civil Action No. 2:17-cv-7926**

## NOTICE OF SUBMISSION

**COME NOW**, the Plaintiff David Moxley, by and through the undersigned counsel, and files this Notice of Submission of Motion to Correct Misnomer of Plaintiff before Honorable Judge Eldon E. Fallon. This motion is being submitted to this Honorable Court without the need for a formal hearing.

Respectfully submitted this 17th day of October 2017.

                                                          Respectfully submitted,

                                                            /s/ Joseph T. Waechter
                                                       Joseph T. Waechter
                                                       Florida Bar Number 0092593
                                                       Michael Goetz
                                                       Florida Bar Number 0963984
                                                       **Morgan & Morgan**
                                                       **Complex Litigation Group**
                                                       201 N. Franklin St., Suite 700
                                                       Tampa, FL 33602
                                                       JWaechter@forthepeople.com
                                                       MGoetz@forthepeople.com
                                                       Phone: (813) 223-5505
                                                       Fax: (813) 222-4730

                                                       *Attorneys for Plaintiff*

1