UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) JURY TRIAL DEMANDED ) ) Civil Action No: <u>2:17-cv-07186</u> |

**THIS DOCUMENT RELATES TO:**

*CARL FRANKLIN CALDWELL v. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:17-cv-07186**

## MOTION TO CORRECT / AMEND COMPLAINT

COMES NOW Plaintiff Carl Franklin Caldwell, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 15(a)(1)(A) and applicable Pretrial Order No. 11C, files this Ex Parte Motion to Correct / Amend Complaint, and in support would show the Court as follows:

Plaintiff Carl Franklin Caldwell's complaint was filed via LAED CM/ECF on July 27, 2017 and service was executed thereafter. Plaintiff seeks to amend complaint to correct the name that appears on the Complaint. Specifically, in the "Caption" and "Plaintiff" section relating to the spelling of Mr. Caldwell's surname. It is hereby requested that this Ex Parte Motion to Correct / Amend Complaint be granted.

Respectfully submitted this 17th day of October 2017.

/s/William Rivera-Alvarez
Puerto Rico Bar No. 19578

USDCPR No. 304111
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
william@masstortslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2017, the foregoing document was filed electronically with the Clerk of the Court via CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/William Rivera-Alvarez
      William Rivera-Alvarez