UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) JURY TRIAL DEMANDED ) ) Civil Action No: **2:17-cv-07186** |

**THIS DOCUMENT RELATES TO:**

*CARL FRANKLIN CALDWELL v. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:17-cv-07186**

## ORDER GRANTING EX PARTE MOTION TO CORRECT / AMEND COMPLAINT

This matter having come before the Court on the Ex Parte Motion to Correct / Amend Complaint, and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) and applicable Pretrial Order No. 11C, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HERBY ORDERED that Plaintiff Carl Franklin Caldwell's Motion to Correct / Amend Complaint is GRANTED. Plaintiff is hereby granted leave to file the First Amended Complaint tendered with the Motion, and the Clerk of the Court is ordered to file the First Amended Complaint into the record of this matter.

Entered this _____ day of _____, 2017 into the United States Eastern District Court of Louisiana.

_____
HONORABLE DISTRICT JUDGE ELDON E. FALLON