

# STATE OF OKLAHOMA
## CERTIFICATE OF DEATH

**AMENDED**

**STATE FILE NUMBER:** 2017-022004

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME | YVONDA SUE REED |
| 1a. LAST NAME PRIOR TO FIRST MARRIAGE | SLAY |
| 2. SEX | FEMALE |
| 3. SOCIAL SECURITY NUMBER | 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 |
| 4. EVER IN US ARMED FORCES? | NO |
| 5a. AGE - Last birthday (years) | 59 |
| 6. DATE OF BIRTH | MAY 27, 1958 |
| 7. BIRTHPLACE | LINDSAY, OKLAHOMA |
| 8a. RESIDENCE-State | OKLAHOMA |
| 8b. RESIDENCE-County | MCCLAIN |
| 8c. RESIDENCE-City or Town | LINDSAY |
| 8d. RESIDENCE-Zip Code | 73052 |
| 8e. RESIDENCE-Inside City Limits? | NO |
| 8f. RESIDENCE-Street and Number | 12962 108TH STREET |
| 9. MARITAL STATUS AT TIME OF DEATH | Married |
| 10. SURVIVING SPOUSE'S NAME | ROBERT CHRIS REED |
| 11. FATHER'S NAME | WILLIS DOYLE SLAY |
| 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | ELLA MAE LONG |
| 13. DECEDENT OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| 14. DECEDENT'S RACE | WHITE |
| 15. DECEDENT'S EDUCATION | ASSOCIATE DEGREE (E.G. AA, AS) |
| 16. DECEDENT'S USUAL OCCUPATION | LPN & PARAMEDIC |
| 17. KIND OF BUSINESS / INDUSTRY | HOSPITAL/EMS |
| 18a. INFORMANT'S NAME | ROBERT CHRIS REED |
| 18b. RELATIONSHIP TO DECEDENT | SPOUSE |
| 18c. MAILING ADDRESS | 12962 108TH STREET, LINDSAY, OKLAHOMA 73052 |
| 19. METHOD OF DISPOSITION | Burial |
| 20. PLACE OF DISPOSITION | + ERIN SPRINGS CEMETERY |
| 21. LOCATION | + ERIN SPRINGS, OKLAHOMA |
| 22. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | BOYDSTON FUNERAL HOME, INC. - LINDSAY, 308 S.W. 3RD STREET, LINDSAY, OKLAHOMA 73052 |
| 23. FUNERAL HOME DIRECTOR OR FAMILY MEMBER ACTING AS SUCH | JEFFREY S. WILBOURN |
| 24. FH ESTABLISHMENT LICENSE # | 1155ES |

**25. PLACE OF DEATH:** Decedent's home

| Field | Value |
|---|---|
| 26. FACILITY NAME | 12962 108TH STREET |
| 27. CITY OR TOWN, STATE AND ZIP CODE OF LOCATION OF DEATH | LINDSAY, OKLAHOMA, 73052 |
| 28. COUNTY OF DEATH | MCCLAIN |
| 29. DATE OF DEATH | JULY 24, 2017 |
| 30. TIME OF DEATH | 01:54 |
| 31. WAS MEDICAL EXAMINER CONTACTED? | NO |
| 32. WAS AN AUTOPSY PERFORMED? | NO |

### 34. CAUSE OF DEATH - PART I

| Line | Cause | Approximate interval: Onset to death |
|---|---|---|
| a. IMMEDIATE CAUSE | STAGE IIA LEFT BREAST CANCER, INVASIVE DUCTAL CARCINOMA | UNKNOWN |
| b. | CANCER METASTATIC TO THE BONE | UNKNOWN |
| c. | | |
| d. | | |

**36. MANNER OF DEATH:** Natural

**37. IF FEMALE:** Not pregnant within past year

**38. DID TOBACCO USE CONTRIBUTE TO DEATH?** No

**46. CERTIFIER:** ATTENDING PHYSICIAN: Physician in charge of the patient's care

**47. NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH:**
ROBERT MICHAEL WESTCOTT, MD
409 SOUTH MAIN
LINDSAY, OKLAHOMA 73052

**Certifier:** ROBERT M WESTCOTT, MD

**48. LICENSE NUMBER:** 18951OK

**49. DATE DEATH CERTIFIED:** AUGUST 3, 2017

**50. REGISTRAR'S SIGNATURE:** Kelly M Baker

**52. DATE RECEIVED BY STATE REGISTRAR:** AUGUST 3, 2017

**+ DENOTES AMENDED ITEMS:**
Items 20, 21 REQUESTED W/ DOCUMENTATION BY FUNERAL HOME: 08/25/2017 KS.

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Oklahoma City, Oklahoma, certified on the date stamped.

*Kelly M. Baker*
Kelly M. Baker
State Registrar
Office of Vital Statistics
Department of Health



It is in violation of Oklahoma Statutes, Title 63, Section 1-324.1, to "prepare or issue any certificate which purports to be original, certified copy or copy of a certificate of birth, death or stillbirth, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**

VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND. THE BACK CONTAINS SPECIAL LINES WITH TEXT, EMBOSSED SEAL AND THERMOCHROMIC INK.