## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DELPHA DOWDY and WILLIAM DOWDY, Plaintiffs, | Civil Case No: 2:16-cv-17366 |
| | **MDL NO. 2592** |
| | SECTION L |
| v | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, Defendants. | **JURY TRIAL DEMANDED**  **NOTICE OF DISMISSAL** |

## NOTICE OF DISMISSAL

Plaintiffs, Delpha Dowdy and Spouse William Dowdy, files their notice of dismissal under

Federal Rule of Civil Procedure 41(a)(1)(i).

1.     On December 14, 2016, plaintiffs sued defendants.

2.     Defendants have been served with process and have not filed an answer or a motion

    for summary judgment.

3.     This case is not a class action.

4.      A receiver has not been appointed in this action.

5.      This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

6.      Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

7.      This dismissal is without prejudice.

Dated: October 17, 2017.

Respectfully submitted,

**REICH & BINSTOCK, LLP**

By: /s/ Robert J. Binstock
Robert J. Binstock
State Bar No. 02328350
E-mail: bbinstock@reichandbinstock.com
Dennis C. Reich
State Bar No. 16739600
4265 San Felipe, Suite 1000
Houston, Texas  77027
Telephone:  (713) 622-7271
Facsimile:  (713) 623-8724

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing notice of dismissal has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17, on October 17, 2017:

By:  /s/ Robert J. Binstock
Robert J. Binstock