UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *   MDL NO. 2592 – R. Doc. 5569 |
| | *   SECTION L |
| | * |
| | *   JUDGE ELDON E. FALLON |
| | * |
| | *   MAG. JUDGE NORTH |
| ************************************************* | * |

**THIS DOCUMENT RELATES TO:**
*Joseph J. Boudreaux, Jr., et al. v. Janssen et al.*, **14-cv-2720**
*Joseph Orr, Jr., et al. v. Janssen et al.*, **15-cv-3708**

## ORDER

Trials in the above captioned cases have concluded.

Accordingly, **IT IS ORDERED** that Plaintiff's objections, R. Doc. 5569, is **MOOT**.

New Orleans, Louisiana this 17th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE