UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE ELDON E. FALLON |
| *James Henry, et al. v. Janssen et al.* Case No. 2:15-cv-00224 | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL
OF CLAIMS WITH PREJUDICE, AND FOR DISMISSAL
OF CERTAIN MOTIONS AS MOOT**

NOW INTO COURT, through undersigned counsel, comes plaintiff in the above matter, James Henry, individually and as Executor of the Estate of William Henry, who, for the reasons more fully set forth in the memorandum attached hereto, respectfully moves the Court for an Order (1) voluntarily dismissing with prejudice both the Original Complaint and the Joint Complaint filed in connection with the claims of William Henry (deceased), and (2) dismissing as moot both the Defendants' Joint Motion for Partial Summary Judgment on Plaintiff's Claims for Failure to Warn Under the Learned Intermediary Doctrine [Rec. Doc. 7658], and Defendants' Joint Motion for Summary Judgment Under the Texas Product Liability Act [Rec. Doc. 7662].

Dated:  October 17, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
Email:  ldavis@hhklawfirm.com

>/s/ Gerald E. Meunier
>Gerald E. Meunier (Bar No. 9471)
>***GAINSBURGH BENJAMIN DAVID MEUNIER &
>WARSHAUER, LLC***
>2800 Energy Centre
>1100 Poydras Street
>New Orleans, LA  70163-2800
>PH:  (504) 522-2304
>FAX: (504) 528-9973
>Email:  gmeunier@gainsben.com
>
>***Plaintiffs' Liaison Counsel***
>
>
>/s/ Christopher T. Kirchmer
>Christopher T. Kirchmer (Bar No. 00794099)
>Provost Umphrey Law Firm, L.L.P.
>490 Park Street
>P. O. Box 4905
>Beaumont, TX  77701
>PH:  (409) 835-6000
>FAX: (409) 813-8612
>Email: ckirchmer@pulf.com
>***Attorney for Plaintiff***
>
>
>/s/ Ronald E. Johnson, Jr.
>Ronald E. Johnson, Jr. (Bar No. 88302)
>Sarah N. Emery (Bar No. 94261)
>Schachter Hendy & Johnson, PSC
>909 Wright's Summit Parkway
>Suite 210
>Ft. Wright, KY  41011
>PH:  (859) 578-4444
>FAX: (859) 578-4440
>Email: rjohnson@pschachter.com
>           semergy@pschachter.com
>***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2017 a copy of the above and foregoing has

contemporaneously with or before filing been served on all parties or their attorneys in a manner

authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Gerald E. Meunier*
**Gerald E. Meunier**