UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *James Henry, et al. v. Janssen et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:15-cv-00224 | * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S
MOTION FOR VOLUNTARY DISMISSAL
OF CLAIMS WITH PREJUDICE, AND FOR DISMISSAL
OF CERTAIN MOTIONS AS MOOT**

**MAY IT PLEASE THE COURT:**

On December 19, 2014, an Original Complaint was filed in the Northern District of Texas, San Angelo Division of the United States District Court, on behalf of the plaintiff William Henry, seeking damages from the defendants herein for damages sustained by Mr. Henry due to his ingestion of Xarelto.  Counsel of record in that matter was Christopher Kirchmer of Provost Umphrey Law Firm in Beaumont, Texas.  *See Henry* Complaint, Rec. Doc. 1, No. 2:15-cv-00224.  The action was transferred into this MDL on March 4, 2015.

On August 23, 2015, Mr. Henry passed away, leaving no surviving spouse; and his adult son James Henry was appointed as the Executor of his Estate.  *See* Letters Testamentary appointing James Henry as the Executor of the Estate of William Henry, Exhibit 1.  On April 1, 2016, a Joint Complaint was filed directly in this MDL on behalf of James Henry, individually and as the Executor of the Estate of William Henry, asserting both survival and wrongful death claims arising out of the same use of Xarelto by the decedent William Henry, which had given rise to the Original Complaint by Mr. Henry.

1

Hence, although both the Original Complaint filed when Mr. Henry was alive and the Joint Complaint filed on behalf of his Estate by his surviving son, are separately pending herein, the viable allegations in both are effectively contained in the Joint Complaint as a survival and wrongful death action.

The plaintiff James Henry, acting with full and informed knowledge about this litigation, now has advised his counsel that he no longer wishes to pursue the claims arising out of his father's use of Xarelto, and he has authorized and directed counsel to seek a voluntary dismissal, with prejudice, of all allegations made in the above-referenced actions.  Accordingly, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(2), undersigned counsel, joined by the PSC (to the extent Mr. Henry's case had been selected as a bellwether trial case) now request that the Court enter an Order dismissing these actions with prejudice.

As stated in the attached, proposed Order of dismissal, the dismissal will be allowed with the express provision that any and all filing fees in both actions must and will be paid fully to the Clerk of Court, in accordance with the provisions of Pretrial Order No. 11B.

In addition, undersigned counsel request that the Court dismiss as moot two motions filed by Defendants which remain pending in connection with the Joint Complaint brought by the James Henry.  One of these motions seeks partial summary judgment pursuant to the "learned intermediary" doctrine (Rec. Doc. 7658), and the other seeks summary judgment pursuant to the Texas Product Liability Act (Rec. Doc. 7662).  Neither motion is set for hearing, pursuant to the Court's Minute Entry of October 15, 2017 (Rec. Doc. 7805).

Dated:  October 17, 2017                    Respectfully submitted,

                                            */s/ Leonard A. Davis*
                                            Leonard A. Davis, Esq. (Bar No. 14190)
                                            **HERMAN, HERMAN & KATZ, LLC**

820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
Email: ldavis@hhklawfirm.com

*/s/ Gerald E. Meunier*
Gerald E. Meunier (Bar No. 9471)
*GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC*
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
PH: (504) 522-2304
FAX: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*


*/s/ Christopher T. Kirchmer*
Christopher T. Kirchmer (Bar No. 00794099)
Provost Umphrey Law Firm, L.L.P.
490 Park Street
P. O. Box 4905
Beaumont, TX 77701
PH: (409) 835-6000
FAX: (409) 813-8612
Email: ckirchmer@pulf.com
*Attorney for Plaintiff*


*/s/ Ronald E. Johnson, Jr.*
Ronald E. Johnson, Jr. (Bar No. 88302)
Sarah N. Emery (Bar No. 94261)
Schachter Hendy & Johnson, PSC
909 Wright's Summit Parkway
Suite 210
Ft. Wright, KY 41011
PH: (859) 578-4444
FAX: (859) 578-4440
Email: rjohnson@pschachter.com
semergy@pschachter.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2017 a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>*/s/ Gerald E. Meunier*
>**Gerald E. Meunier**