# Letters Testamentary

## No. 15P480-L2

| The State of Texas | In County Court at Law #2 |
|---|---|
| County of Tom Green | Tom Green County, Texas |

I, __ELIZABETH MCGILL__, Clerk of the County Court at Law #2 of Tom Green County, Texas do hereby certify that on the 28th day of January, 2016, James Henry was by said Court granted Letters Testamentary of the Estate of WILLIAM HOWARD HENRY, Deceased, and that he duly qualified as Independent Executor of said Estate on the 28th day of January, 2016 as the law requires, and that said appointment is still in full force and effect.

Witness my hand and seal of said court at San Angelo, Texas this 29th day of January, 2016.

_Elizabeth McGill_ Clerk
County Court at Law #2, Tom Green County, Texas
By _Renea Patterson_ Deputy
Renea Patterson

**EXHIBIT 1**