UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *James Henry, et al. v. Janssen et al.* | * | JUDGE ELDON E. FALLON |
| Case No. 2:15-cv-00224 | * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130, on November 1, 2017 for an Order (1) voluntarily dismissing with prejudice both the Original Complaint and the Joint Complaint filed in connection with the claims of William Henry (deceased), and (2) dismissing as moot both the Defendants' Joint Motion for Partial Summary Judgment on Plaintiff's Claims for Failure to Warn Under the Learned Intermediary Doctrine [Rec. Doc. 7658], and Defendants' Joint Motion for Summary Judgment Under the Texas Product Liability Act [Rec. Doc. 7662].

Dated: October 17, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
Email: ldavis@hhklawfirm.com

/s/ Gerald E. Meunier
Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
PH: (504) 522-2304
FAX: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

/s/ Christopher T. Kirchmer
Christopher T. Kirchmer (Bar No. 00794099)
Provost Umphrey Law Firm, L.L.P.
490 Park Street
P. O. Box 4905
Beaumont, TX 77701
PH: (409) 835-6000
FAX: (409) 813-8612
Email: ckirchmer@pulf.com
*Attorney for Plaintiff*

/s/ Ronald E. Johnson, Jr.
Ronald E. Johnson, Jr. (Bar No. 88302)
Sarah N. Emery (Bar No. 94261)
Schachter Hendy & Johnson, PSC
909 Wright's Summit Parkway
Suite 210
Ft. Wright, KY 41011
PH: (859) 578-4444
FAX: (859) 578-4440
Email: rjohnson@pschachter.com
semergy@pschachter.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2017 a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner

authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Gerald E. Meunier*
**Gerald E. Meunier**