## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EVELYN BRIGHT,<br>Plaintiff,<br><br>v<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC,<br>JANSSEN ORTHO LLC,<br>JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.,<br>JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br>BAYER PHARMA AG,<br>BAYER CORPORATION,<br>BAYER HEALTHCARE LLC,<br>BAYER HEALTHCARE AG, and<br>BAYER AG,<br>Defendants. | Civil Case No: 2:16-cv-17369<br><br>**MDL NO. 2592**<br><br>SECTION L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED**<br><br>**NOTICE OF DISMISSAL** |

## NOTICE OF DISMISSAL

Plaintiff, Evelyn Bright, files her notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

1. On December 14, 2016, plaintiff sued defendants.

2. Defendants have been served with process and have not filed an answer or a motion for summary judgment.

3. This case is not a class action.

4. A receiver has not been appointed in this action.

5. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

6. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

7. This dismissal is without prejudice.

Dated: October 17, 2017.

>Respectfully submitted,
>
>**REICH & BINSTOCK, LLP**
>
>By: /s/ Robert J. Binstock
>Robert J. Binstock
>State Bar No. 02328350
>E-mail: bbinstock@reichandbinstock.com
>Dennis C. Reich
>State Bar No. 16739600
>4265 San Felipe, Suite 1000
>Houston, Texas 77027
>Telephone: (713) 622-7271
>Facsimile: (713) 623-8724
>
>*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing notice of dismissal has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17, on October 17, 2017:

>By: /s/ Robert J. Binstock
>Robert J. Binstock