UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) ) MDL NO. 2592
PRODUCTS LIABILITY LITIGATION )
) SECTION: L
) JUDGE ELDON E. FALLON
) MAG. JUDGE NORTH
)
)
)
) Civil Action No: **2:17-cv-06989**
)

THIS DOCUMENT RELATES TO:

*KIMMY JAMES V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.*
Civil Action No.: 2:17-cv-06989

<u>FIRST MOTION FOR EXTENSION OF TIME TO SERVE PLAINTIFF FACT SHEET</u>

COMES NOW Plaintiff Kimmy James, by and through undersigned counsel, and respectfully moves this Court for an extension of time to file the Plaintiff Fact Sheet ("PFS") in the instant case. The deadline to submit his PFS expires on October 19, 2017. Plaintiff respectfully requests an extra sixty (60) days, with a new deadline date of December 31, to submit his PFS.

In support of this motion, the undersigned counsel has attached a memorandum in Support. Specifically, counsel has diligently requested from Plaintiff that the PFS be reviewed and signed as required by the Court, but our efforts to contact Plaintiff and to obtain his signature have been unavailing. This is the first request for an extension of the deadline to submit the PFS.

The extension of time requested is not sought to caused any delay. It is sought so that justice may be served.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Honorable Court to grant this Motion for Extension of Time to Serve Plaintiff Fact Sheet; to enter an Order extending the deadline to satisfy PFS for sixty (60) days from the date of the Order; and for such relief to be deemed just and proper under the circumstances. This motion is being submitted to this Honorable Court without the need of a formal hearing.

Respectfully submitted this 17th day of October 2017.

/s/ Carlos M. Hernández-Burgos
USDC-PR 224814
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
carlos.h@masstortslaw.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ Carlos M. Hernández-Burgos