UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAG. JUDGE NORTH ) ) ) Civil Action No: **2:17-cv-06989** |

**THIS DOCUMENT RELATES TO:**

*KIMMY JAMES V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:17-cv-06989**

### MEMORANDUM IN SUPPORT OF FIRST MOTION FOR EXTENSION OF TIME TO SERVE PLAINTIFF FACT SHEET

COMES NOW Plaintiff Kimmy James, by and through undersigned counsel, and respectfully moves this Court for an extension of time to file the Plaintiff Fact Sheet ("PFS") in the instant case. In support, Plaintiff offers as follows:

1. The above captioned case was filed on July 21, 2017.

2. Pursuant to PTO 27, this case is not in the discovery pool, and therefore the PFS deadline is due on October 19, 2017, according to the applicable time period for submission.

3. Plaintiff's counsel has been attempting to communicate with Plaintiff through multiple means, using the contact information provided by the client. So far, those efforts have been unavailing.

4. Our efforts to contact the client in order for him to review and sign the corresponding PFS were interrupted by the effects that Hurricane Irma and Hurricane Maria had on Puerto

1

Rico's communications and power grid.[1] The undersigned counsel is based on the Johnston Law Group's offices in Puerto Rico.

5. Wherefore, the undersigned counsel's law firm is currently in the process of reestablishing their regular operations under the current circumstances.[2] Still, during this process additional efforts have been made to contact Plaintiff before the deadline to serve the PFS has expired.

6. That Plaintiff's counsel has still not been able to communicate with Plaintiff. If a signed PFS is received during the pendency of the motion, Plaintiff's counsel will proceed to immediately serve the same.

7. Accordingly, Plaintiff requests a first extension of the deadline for sixty (60) days from the date of the Court's order on this motion. The extension of time requested is not sought for delay. It is sought so that justice may be served.

8. The request for extension of time is being submitted to this Honorable Court without the need of a formal hearing.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Honorable Court to grant this First Motion for Extension of Time to serve the Plaintiff Fact Sheet; to enter an Order extending the deadline to serve Plaintiff Fact Sheet for sixty (60) days from the date of the Order; and for such relief to be deemed just and proper under the

---

[1] Pursuant to Rule 201 (2) of the Federal Rules of Evidence (Fed. R. Evid. 201 (2), "Judicial Notice of Adjudicative Facts", this Court may take Judicial Notice that last September 19, 2017, the island of Puerto Rico was devastated by the onslaught of Hurricane Maria, which was preceded by Hurricane Irma.

[2] On September 28, 2017, pursuant to PTO 31 the defendants through undersigned counsel formally communicated with the Plaintiffs law firm via email requesting an update on other civil matters. The defendants were duly informed of the undersigned counsel's situation considering the damages caused to the law firm's operations by Hurricane Maria.

circumstances. Plaintiff respectfully requests an extra sixty (60) days, with a new deadline date of December 31, to submit his PFS.

Respectfully submitted this 17th day of October 2017.

>/s/Carlos M. Hernández-Burgos
>USDCPR No. 224814
>LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
>1510 Ave. F.D. Roosevelt, Ste. 6A1
>Guaynabo, Puerto Rico 00968
>Tel: (844) 345-3784
>Fax: (844) 644-1230
>carlos.h@masstortslaw.com
>
>*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

/s/ Carlos M. Hernández-Burgos