**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) | **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **SECTION:  L** |
| ) | **JUDGE ELDON E. FALLON** |
| ) | **MAG. JUDGE NORTH** |
| ) | |
| ) | |
| ) | |
| ) | **Civil Action No:  2:17-cv-06989** |
| ) | |

**THIS DOCUMENT RELATES TO:**

*KIMMY JAMES V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:17-cv-06989**

**ORDER**

THIS MATTER, having come before the Court is Plaintiff's First Motion for Extension of

Time, under PTO 27, to serve Plaintiff Fact Sheet.

Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Serve Plaintiff Fact

Sheet is hereby GRANTED.  The deadline to serve the Plaintiff Fact Sheet is now December 31,

2017.

Signed New Orleans, Louisiana this _____ day of _____, 2017.


_____
Eldon E. Fallon, United States District Court Juge