**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| SANDRA KOONCE,<br>Plaintiff,<br><br><br>v<br><br><br><br>JANSSEN RESEARCH & DEVELOPMENT<br>LLC f/k/a JOHNSON AND JOHNSON<br>PHARMACEUTICAL RESEARCH AND<br>DEVELOPMENT LLC,<br>JANSSEN ORTHO LLC,<br>JANSSEN PHARMACEUTICALS, INC. f/k/a<br>JANSSEN PHARMACEUTICA INC. f/k/a<br>ORTHO-MCNEIL-JANSSEN<br>PHARMACEUTICALS, INC.,<br>JOHNSON & JOHNSON COMPANY BAYER<br>HEALTHCARE PHARMACEUTICALS,<br>INC.,<br>BAYER PHARMA AG,<br>BAYER CORPORATION,<br>BAYER HEALTHCARE LLC,<br>BAYER HEALTHCARE AG, and<br>BAYER AG,<br>Defendants. | Civil Case No: 2:16-cv-17776<br><br>**MDL NO. 2592**<br><br>SECTION L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED**<br><br><br>**NOTICE OF DISMISSAL** |

**NOTICE OF DISMISSAL**

Plaintiff, Sandra Koonce, files her notice of dismissal under Federal Rule of Civil

Procedure 41(a)(1)(i).

1.      On December 23, 2016, plaintiff sued defendants.

2.      Defendants have been served with process and have not filed an answer or a motion

        for summary judgment.

3.      This case is not a class action.

4.     A receiver has not been appointed in this action.

5.     This case is not governed by any federal statute that requires an order of the court

for dismissal of the case.

6.     Plaintiff has not dismissed an action based on or including the same claims as those

presented in this suit.

7.     This dismissal is without prejudice.

Dated: October 17, 2017.

Respectfully submitted,

**REICH & BINSTOCK, LLP**

By: /s/ Robert J. Binstock
Robert J. Binstock
State Bar No. 02328350
E-mail: bbinstock@reichandbinstock.com
Dennis C. Reich
State Bar No. 16739600
4265 San Felipe, Suite 1000
Houston, Texas  77027
Telephone:  (713) 622-7271
Facsimile:  (713) 623-8724

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing notice of dismissal has

contemporaneously with or before filing been served on all parties or their attorneys in a

manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via

MDL Centrality, which will send notice of electronic filing in accordance with the procedures

established in MDL 2592 pursuant to Pre-Trial Order No. 17, on October 17, 2017:

By:  /s/ Robert J. Binstock
Robert J. Binstock