UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 – R. DOC. 7810<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Betty R. Millsaps o/b/o Her deceased husband, William Millsaps v. Janssen Pharmaceuticals, Inc. et al.*
CA# 2:17-cv-7817

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Betty R. Millsaps, on behalf of her deceased husband, Plaintiff William Millsaps, is substituted for Plaintiff William Millsaps, in the above captioned case.

New Orleans, Louisiana, this 17th day of October, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE