UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |  MDL No. 2592 - R. Doc. 7811<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH<br><br>THIS DOCUMENT RELATES TO: |

Moxley v. Janssen Research & Development, LLC, et al. ***Civil Action No. 2:17-cv-7926***

## ORDER

The Court, after consideration the Plaintiff's Motion to Correct Misnomer of Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore:

**ORDERED THAT** Plaintiff is granted leave to file Amended Complaint to correct misnomer and substitute Donald Moxley in the above captioned cause.

New Orleans, Louisiana this   17th   day of   October  , 2017.

_____
Honorable Eldon E. Fallon
United States District Court Judge