UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) JURY TRIAL DEMANDED ) ) Civil Action No: <u>2:17-cv-6542</u> |

THIS DOCUMENT RELATES TO:
*JENNIFER M. CARR v. Janssen Research & Development, LLC et al.*
Civil Action No. 2:17-cv-6542

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S FACT SHEET

NOW COMES Plaintiff, by and through his undersigned counsel, and respectfully moves this Honorable Court for an extension of time to file his Plaintiff's Fact Sheet (PFS). The deadline to submit his PFS was October 5, 2017. Plaintiff respectfully requests an extra 60 days, with new deadline of December 31, 2017, to provide her PFS.

In support of her Motion, Plaintiff's counsel notes:

1. On July 7, 2017, Plaintiff, by and through his counsel, filed her Complaint with the Court.

2. Plaintiff's counsel has attempted to communicate with Plaintiff regarding Plaintiff's PFS up until approximately October 17, 2017.

3. Plaintiff's counsel has not been able to contact Plaintiff regarding Plaintiff's PFS.

4. Plaintiff's counsel has tried to contact client in numerous times to notify Plaintiff of the due date of the PFS.

5. Furthermore, On September 19, 2017, hurricane Maria passed through the center of the island devastating the electrical and communications grid.

6. As indicated in the filed Complaint, the undersigned counsel who is associated with the Johnston Law Group is based in Guaynabo, Puerto Rico.

7. To that end, pursuant to Rule 201 (2) of the Federal Rules of Evidence (Fed. R. Evid. 201 (2), "Judicial Notice of Adjudicative Facts", this Court may take Judicial Notice of hurricane Maria passed through the island.

8. Wherefore, the undersigned counsel's law firm is currently in the process of reestablishing their regular operations under the current circumstances.

9. On September 28, 2017, pursuant to PTO 31 the defendants through undersigned counsel formally communicated with the Plaintiffs law firm via email requesting an update on other current civil matter. The defendants were duly informed of the undersigned counsel's situation considering the damages caused to the law firm's operations by the hurricane.

10. Plaintiff's counsel requests an extension of time to file Plaintiff's PFS.

11. This motion is being submitted to this Honorable Court without the need of a formal hearing.

WHEREFORE, for the reasons specified above, Plaintiff respectfully moves this Honorable Court for an Extension of Time to File Plaintiff's Fact Sheet until December 31, 2017.

Respectfully submitted this 17 day of October, 2017.

/s/ Joel Figueroa-Rivera
Joel Figueroa-Rivera
Puerto Rico Bar No. 20132
USDCPR No. 302803
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
joel@masstortslaw.com

/s/ Christopher K. Johnston
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF
CHRISTOPHER K. JOHSTON, LLC
1510 Ave. F.D. Roosevelt, Ste 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644- 1230
kyle@masstortslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17 day of October, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

/s/ Joel Figueroa-Rivera
Joel Figueroa-Rivera
Puerto Rico Bar No. 20132
USDCPR No. 302803
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1

Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
joel@masstortslaw.com