UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) JURY TRIAL DEMANDED ) ) Civil Action No: **2:17-cv-6542** |

**THIS DOCUMENT RELATES TO:**

*Jennifer M. Carr v. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:17-cv-06542**

**NOTICE OF SUBMISSION**

COMES NOW, the plaintiff JENNIFER M. CARR, by and through the undersigned counsel, and files this Notice of Submission of First Motion for Extension of Time under PTO 27 to Submit the Plaintiff Fact Sheet ("PFS") before the Honorable Judge Eldon E. Fallon on November 1, 2017, at 9:00am.  This motion is being submitted to this Honorable Court without the need of a formal hearing

Respectfully submitted this 17th day of October 2017.

/s/ Joel Figueroa-Rivera
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
joel@masstortslaw.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

/s/ Joel Figueroa-Rivera
Joel Figueroa-Rivera (#302803)