UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 ) ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) JURY TRIAL DEMANDED ) ) Civil Action No: **2:17-cv-6542** |

**THIS DOCUMENT RELATES TO:**

*Jennifer M. Carr v. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:17-cv-06542**

**ORDER**

THIS MATTER, having come before the Court is Plaintiff's First Motion for Extension of Time, under PTO 27, to submit Plaintiff Fact Sheet.

Upon consideration of all the documents relating to the Motion, and good cause appearing: IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to submit the Plaintiff Fact Sheet is hereby GRANTED. The deadline to provide the declaration page relating to Plaintiff's Fact Sheet is now December 31, 2017.

Signed New Orleans, Louisiana this \_\_\_\_ day of _____, 2017.

_____
Eldon K. Fallon, United States District Court Juge