UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |  MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br><br>Civil Action No: <u>2:17-cv-9100</u> |

**STATEMENT NOTING A PARTY'S DEATH**

THIS DOCUMENT RELATES TO:
Naomi F. Birkas o/b/o
Her deceased husband, Kalman Birkas v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-9100

In accordance with Federal Rule of Civil Procedure 25 (a), your undersigned, who represents Plaintiff Naomi F. Birkas, notes the death before pendency of this action of Plaintiff Kalman Birkas on August 18th, 2017.

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of October 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)