# CERTIFICATE OF DEATH

Ohio Department of Health - Vital Statistics

Reg. Dist. No.: 4704
Primary Reg. Dist. No.: 4704
Registrar's No.: 2017001638
State File No.: 2017060260

Type or print in permanent blue or black ink

**DECEDENT**

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | KALMAN BIRKAS |
| 2. Sex | MALE |
| 3. Date of Death | AUGUST 18, 2017 |
| 4. Social Security Number | 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 |
| 5a. Age (Years) | 82 |
| 6. Date of Birth | JANUARY 18, 1935 |
| 7. Birthplace | HUNGARY |
| 8a. Residence State | OHIO |
| 8b. County | LORAIN |
| 8c. City or Town | AMHERST TOWNSHIP |
| 8d. Street and Number | 48450 MIDDLE RIDGE ROAD |
| 8f. Zip Code | 44001 |
| 8g. Inside City Limits | NO |
| 9. Ever in US Armed Forces? | NO |
| 10. Marital Status at Time of Death | MARRIED |
| 11. Surviving Spouse's Name | NAOMI MESSER |
| 12. Decedent's Education | 8TH GRADE OR LESS |
| 13. Decedent of Hispanic Origin | NO |
| 14. Decedent's Race | WHITE |
| 15. Father's Name | LAJOS BIRKAS |
| 16. Mother's Name (prior to first marriage) | ILONA PESZMEG |
| 17a. Informant's Name | NAOMI BIRKAS |
| 17b. Relationship to Decedent | WIFE |
| 17c. Mailing Address | 48450 MIDDLE RIDGE ROAD, AMHERST, OHIO 44001 |
| 18a. Place of Death | HOSPITAL - EMERGENCY ROOM / OUTPATIENT |
| 18b. Facility Name | UNIVERSITY AMHERST HEALTH CENTER |
| 18c. City or Town, State and Zip Code | AMHERST, OH 44001 |
| 18d. County of Death | LORAIN |

**FUNERAL / DISPOSITION**

| Field | Value |
|---|---|
| 19. Signature of Funeral Service Licensee | ERIC WILLIAM HEMPEL |
| 20. License Number | 007785 |
| 21. Name and Complete Address of Funeral Facility | HEMPEL FUNERAL HOME, 373 CLEVELAND AVE, AMHERST, OH 44001 |
| 22a. Method of Disposition | BURIAL |
| 22b. Date of Disposition | AUGUST 25, 2017 |
| 22c. Place of Disposition | RIDGE HILL MEMORIAL PARK |
| 22d. Location | AMHERST, OH |

**REGISTRAR**

| Field | Value |
|---|---|
| 23. Registrar's Signature | Cynthia A. Burns |
| 24. Date Filed | Aug. 24, 2017 |
| 25a. Name of Person Issuing Disposition Permit | HEMPEL, ERIC |
| 25b. District No. | 4700 |
| 25c. Date Disposition Permit Issued | AUGUST 23, 2017 |

**CERTIFIER**

26a. Certifier (Check only one): ☒ Certifying Physician
☐ Coroner or Medical Examiner

| Field | Value |
|---|---|
| 26b. Time of Death | 1349 |
| 26c. Date Pronounced Dead | 8/18/2017 |
| 26d. Was the Medical Examiner or Coroner Contacted? | NO |
| Degree | DO |
| License Number | 34.006316 |
| Date Signed | 8/23/2017 |
| 27. Name and Address of Person who Completed Cause of Death | TIMOTHY WAGNER, 101 COOPER FOSTER PARK ROAD, AMHERST, OH 44001 |

**CAUSE OF DEATH**

28. Part I

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| Immediate Cause | Cardiac Arrhythmia | 5 mm |
| Due to | CAD | 6 yrs |
| Due to (Underlying Cause) | Hypertension | 40 yrs |
| Due to | | |

29. Other significant conditions contributing to death:
Hyperlipidemia, Atrial Fibrillation, COPD, CKD Stage III, Diabetes Type II

29a. Was An Autopsy Performed? ☐ Yes ☒ No
29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death? ☐ Yes ☐ No ☒ Not Applicable

30. Did Tobacco Use Contribute to Death? ☐ Yes ☐ Unknown ☐ No ☒ Probably

31. If Female, Pregnancy Status: Not applicable

32. Manner of Death: ☒ Natural ☐ Homicide ☐ Accident ☐ Pending Investigation ☐ Suicide ☐ Could not be determined

33a. Date of Injury: —
33b. Time of Injury: —
33c. Place of Injury: —
33d. Injury at Work? ☐ Yes ☐ No
33e. Location of Injury: —
33f. Describe How Injury Occurred: —
33g. If Transportation Injury, Specify: ☐ Driver/Operator ☐ Pedestrian ☐ Passenger ☐ Other

HEA 2724 Rev. 07/15-08/15

---

Cynthia A. Burns, Local Registrar

AUG 24 2017

Cynthia A. Burns

I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH

REV. 7/2015

VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID