UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH <br><br> JURY TRIAL DEMANDED <br><br> Civil Action No: 2:17-cv-6542 |

THIS DOCUMENT RELATES TO:
*JENNIFER M. CARR v. Janssen Research & Development, LLC et al.*
Civil Action No. 2:17-cv-6542

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF FIRST MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S FACT SHEET

NOW COMES Plaintiff, by and through his undersigned counsel, and respectfully moves this Honorable Court for an extension of time to file his Plaintiff's Fact Sheet (PFS). The deadline to submit his PFS was October 5, 2017. Plaintiff respectfully requests an extension of 60 days, with new deadline of December 31, 2017, to provide his PFS.

**FACTUAL BACKGROUND**

On July 7, 2017, Plaintiff, by and through his counsel, filed her Complaint with the Court. Plaintiff timely served Defendants in this case. Plaintiff's counsel as tried to notify Plaintiff about the need to file Plaintiff's PFS.

Plaintiff's counsel has not been able to contact Plaintiff for approximately the past two weeks. Plaintiff has made phone calls, but has not been able to reach Plaintiff. To date, Plaintiff's counsel has not heard from Plaintiff.

In addition to the above mention, on September 19, 2017, hurricane Maria passed through the center of Puerto Rico, devastating the electrical and communications grid. As indicated in the filed complaint, the undersigned counsel who is associated with the Johnston Law Group is based in Guaynabo, Puerto Rico. The undersigned counsel's law firm is currently in the process of reestablishing their regular operations under the current circumstances.

Plaintiff's counsel respectfully requests an extension of time to file Plaintiff's PFS due to Plaintiff's counsel's inability to contact Plaintiff.

This motion is being submitted to this Honorable Court without the need of a formal hearing.

WHEREFORE, for the reasons specified above, Plaintiff respectfully moves this Honorable Court for an Extension of Time to File Plaintiff's Fact Sheet until December 31, 2017.

Respectfully submitted this 18 day of October, 2017.

/s/ Joel Figueroa-Rivera
Joel Figueroa-Rivera
Puerto Rico Bar No. 20132
USDCPR No. 302803
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
joel@masstortslaw.com

/s/ Christopher K. Johnston
Christopher K. Johnston
California Bar No. 261474
LAW OFFICE OF
CHRISTOPHER K. JOHSTON, LLC
1510 Ave. F.D. Roosevelt, Ste 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644- 1230
kyle@masstortslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18 day of October, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

/s/ Joel Figueroa-Rivera
Joel Figueroa-Rivera
Puerto Rico Bar No. 20132
USDCPR No. 302803
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
joel@masstortslaw.com