UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: *Orr, et al. v. Bayer Corp., et al.* Case No. 2:15-cv-03708 | * * * * | SECTION L JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above-named case (Joseph Orr, Jr.; Joseph Orr, III; Kelli Orr Walker; and Kim Orr DeAgano) hereby appeal to the United States Court of Appeals for the Fifth Circuit from: (1) the Order dated April 13, 2017, denying Plaintiffs' Motions to Preclude Speculative Testimony About Potential Outcomes from Other Anticoagulants and Plaintiffs' Motion to Exclude Certain Opinions of Dr. J. Michael Gaziano [Record Doc. 6198]; (2) the Order dated May 26, 2017, denying Plaintiffs' Motions in *Limine* [Record Doc. 6645]; (3) the Order dated April 18, 2017, sustaining Defendants' Motions in *Limine* in *Boudreaux v. Bayer Corp.,* No. 2:14-cv-02720 (E.D. La.) [Record Doc. 6254], which was carried forward into this action pursuant to the Joint Stipulation on Motion *in Limine* Filings and Rulings [Record Doc. 6535]; (4) the Judgment on Jury Verdict dated June 15, 2017 [Record Doc. 6876]; (5) the Order dated September 19, 2017, denying Plaintiffs' Rule 59 Motion for a New Trial [Record Doc. 7615]; and (6) the Order dated September 20, 2017, denying Plaintiffs' Rule 59 Motion for a New Trial [Record Doc.7644].

y

Inherent in the listing of items 4-6 above is an appeal from orders entered during the trial, as reflected in the trial transcript. Additionally, inherent in the listing of items 5-6 above is an appeal from the order entered on the record after argument was heard on September 19, 2017.

Dated: October 18, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
***HERMAN, HERMAN & KATZ, LLC***
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
***GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC***
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2017 a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Gerald E. Meunier*
**Gerald E. Meunier**