UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Boudreaux, et al. v. Bayer Corp., et al.* Case No. 2:14-cv-02720 | * * * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above-named case (Joseph J. Boudreaux, Jr.; and Loretta Boudreaux) hereby appeal to the United States Court of Appeals for the Fifth Circuit from: (1) the Order dated April 13, 2017, denying Plaintiffs' Motions to Preclude Speculative Testimony About Potential Outcomes from Other Anticoagulants and Plaintiffs' Motion to Exclude Certain Opinions of Dr. J. Michael Gaziano [Record Doc. 6198]; (2) the Order dated April 18, 2017, sustaining Defendants' Motions in Limine [Record Doc. 6254]; (3) the Order dated May 4, 2017, denying Plaintiffs' Motion for Judgment as a Matter of Law and Plaintiffs' Motion to Strike [Record Doc. 6397]; (4) the Judgment on Jury Verdict dated May 15, 2017 [Record Doc. 6497]; (5) the Amended Judgment on Jury Verdict dated May 16, 2017 [Record Doc. 6522]; (6) the Order dated September 19, 2017, denying Plaintiffs' Rule 59 Motion for a New Trial [Record Doc. 7615]; and (7) the Order dated September 20, 2017, denying Plaintiffs' Rule 59 Motion for a New Trial [Record Doc.7644].

Inherent in the listing of items 4-7 above is an appeal from orders entered during the trial, as reflected in the trial transcript. Additionally, inherent in the listing of items 6-7 above is an appeal from the order entered on the record after argument was heard on September 19, 2017.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 18, 2017 | */s/ Leonard A. Davis* |
|  | Leonard A. Davis, Esq. (Bar No. 14190) |
|  | **HERMAN, HERMAN & KATZ, LLC** |
|  | 820 O'Keefe Avenue |
|  | New Orleans, LA 70113 |
|  | Phone: (504) 581-4892 |
|  | Fax: (504) 561-6024 |
|  | Email: ldavis@hhklawfirm.com |
|  |  |
|  | Gerald E. Meunier (Bar No. 9471) |
|  | **GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC** |
|  | 2800 Energy Centre, 1100 Poydras Street |
|  | New Orleans, LA 70163-2800 |
|  | Phone: (504) 522-2304 |
|  | Fax: (504) 528-9973 |
|  | Email: gmeunier@gainsben.com |
|  |  |
|  | *Plaintiffs' Liaison Counsel* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2017 a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Gerald E. Meunier*
**Gerald E. Meunier**

2