UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L |
| | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**This document relates to:**

| | |
|---|---|
| *Patricia Cianfarini* | 2:16-cv-15101 |
| *Jondra Fox* | 2:17-cv-01332 |
| *Linda Scott, as Representative of the Estate of Audrey Garner, Deceased* | 2:16-cv-06516 |
| *Brian Masters* | 2:16-cv-09467 |
| *David Seitz, Individually and as Representative of the Estate of Myrtle Marie Seitz, Deceased* | 2:16-cv-09471 |
| *Jennifer Tien* | 2:16-cv-09474 |
| *Michael A. Toups, Individually and as Representative of the Estate of Margaret Toups, Deceased* | 2:16-cv-09478 |
| *James Wier* | 2:17-cv-02664 |
| *Laura Wolfe* | 2:16-cv-09483 |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned counsel files this Notice of Change of Address, effective October 30, 2017. All phone numbers and emails remain the same; the new address is as follows:

**Bailey Peavy Bailey Cowan Heckaman PLLC**
**Marathon Oil Tower**
**5555 San Felipe St., Suite 900**
**Houston, TX 77056**

RESPECTFULLY SUBMITTED this 18th day of October, 2017.

By: */s/ K. Camp Bailey*
K. Camp Bailey
Texas Bar No. 24006782
Andrea McGinnis
Texas Bar No. 24046389
Bailey Peavy Bailey Cowan Heckaman PLLC
The Lyric Centre
440 Louisiana Street, Suite 2100
Houston, Texas 77002
713-425-7100 Telephone
713-425-7101 Facsimile
bailey-svc@bpblaw.com
*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2017, a true and correct copy of the above and foregoing has been filed electronically with the Clerk of the Court using the CM/ECF which will send notice of electronic filing in accordance with the procedures established in MDL 2592.

    */s/ K. Camp Bailey*           
    K. Camp Bailey