# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
|---|---|
| | SECTION:   L |
| | JUDGE:  ELDON E. FALLON |
| | MAG. JUDGE:  MICHAEL NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NO.:**

| ANNA MCCULLOCH | 2:17-cv-07962 |
|---|---|

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE PLAINTIFF FACT SHEET

NOW COMES Plaintiff, by and through her undersigned counsel, and respectfully moves this Honorable Court for an extension of time to file her Plaintiff's Fact Sheet (PFS). The deadline to submit her PFS was October 17, 2017. Plaintiff respectfully requests an extra 30 days, with a new deadline date of November 18, 2017, to provide her PFS.

In support of her Motion, Plaintiff's counsel notes:

1.  On August 17, 2017, Plaintiff, by and through her counsel, filed her Complaint with the Court.

2.  Plaintiff's counsel has tried on numerous occasions to contact their client.

3. Due to Plaintiff's age and health, she was unable to provide the information necessary to complete the Plaintiff Fact Sheet.

4. Plaintiff has contacted her attorney and we anticipate having responses within 30 days.

5. Plaintiff's counsel requests a 30 day extension of time to file Plaintiff's PFS until November 18, 2017.

6. Plaintiff's counsel emailed Defendants' counsel and received consent for an extension of time to file Plaintiff's Fact Sheet on October 18, 2017.

WHEREFORE, for the reasons specified above, Plaintiff respectfully moves this Honorable Court for an Extension of Time to File Plaintiff's Fact Sheet until November 18, 2017.

Dated: October 19, 2017

Respectfully Submitted,

By:   /s/ Michael G. Guajardo
Michael G. Guajardo
Guajardo & Marks
12221 Merit Drive
Suite 945
Dallas, Texas 75251
Office: (972) 774-9800
Fax: (972) 774-9801
Email: mike@guajardomarks.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The foregoing PLAINTIFFS MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S FACT SHEET has been served upon all counsel of record via the Court's ECF system on October 19, 2017.

                                                            By:    /s/ Michael G. Guajardo
                                                                         Michael G. Guajardo
                                                                          Guajardo & Marks
                                                                          12221 Merit Drive
                                                                          Suite 945
                                                                          Dallas, Texas 75251
                                                                          Office: (972) 774-9800
                                                                          Fax: (972) 774-9801
                                                                          Email: mike@guajardomarks.com

*Attorneys for Plaintiff*