UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

| ANNA MCCULLOCH | 2:17-cv-07962 |
|---|---|

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion for an Extension of Time to Serve Plaintiff Fact Sheet to be heard by the Honorable Eldon E. Fallon.

Dated: October 19, 2017

                                            Respectfully Submitted,

                                By:    /s/ Michael G. Guajardo
                                                Michael G. Guajardo
                                                Guajardo & Marks
                                                12221 Merit Drive
                                                Suite 945
                                                Dallas, Texas 75251
                                                Office: (972) 774-9800
                                                Fax: (972) 774-9801
                                                Email: mike@guajardomarks.com

                                             *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The foregoing NOTICE OF SUBMISSION has been served upon all counsel of record via the Court's ECF system on October 18, 2017.

By:    /s/ Michael G. Guajardo
Michael G. Guajardo
Guajardo & Marks
12221 Merit Drive
Suite 945
Dallas, Texas 75251
Office: (972) 774-9800
Fax: (972) 774-9801
Email: mike@guajardomarks.com

*Attorneys for Plaintiff*