## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :          MDL No. 2592
                                      :
                                      :          SECTION L
                                      :
                                      :          JUDGE ELDON E. FALLON
                                      :
_____:          MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

| ANNA MCCULLOCH | 2:17-cv-07962 |
|---|---|

## <u>ORDER</u>

Considering the foregoing Motion for Extension of Time to Serve Plaintiff Fact Sheet:

IT IS HEREBY ORDERED that Plaintiff in the above-listed action shall have thirty

(30) days with a new deadline of November 18, 2017, to serve a Plaintiff Fact Sheet.

New Orleans, Louisiana this____day of_____, 2017.

_____
Honorable Eldon E. Fallon