UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>JURY TRIAL DEMANDED |

**THIS DOCUMENT RELATES TO:**

*Marcella I. Safranski v. Janssen Research & Development, LLC. et al.*

Civil Action No. 2:15-cv-2220

## MOTION TO SUBSTITUTE PLAINTIFF

COMES NOW Plaintiff, Marcella I. Safranski, deceased, by and through her counsel, pursuant to Federal Rules of Civil Procedure 15, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

Plaintiff, Marcella I. Safranski, passed away on August 5, 2017, as reported in the Suggestion of Death filed on October 19, 2017. On September 13, 2017, the Baltimore County Circuit Court, State of Maryland, Probate Division, appointed Celeste Bridges as administrator of the Estate of Marcella I. Safranski, attached hereto as Exhibit A. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Celeste Bridges, as Administrator of the Estate of Marcella I. Safranski as the named party in place Marcella I. Safranski.

WHEREFORE, Plaintiff prays that this Motion to Substitute Plaintiff be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an amended complaint to correct the caption to reflect the proper party.

Dated: <u>October 19, 2017</u>　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　<u>/s/ Craig M. Silverman</u>
　　　　　　　　　　　　　　　　　　　　　　Jay D. Miller (MD Bar No. 04653)
　　　　　　　　　　　　　　　　　　　　　　Jmiller@lawpga.com
　　　　　　　　　　　　　　　　　　　　　　Craig M. Silverman (MD Bar No. 16898)
　　　　　　　　　　　　　　　　　　　　　　Csilverman@lawpga.com
　　　　　　　　　　　　　　　　　　　　　　**Law Offices of Peter G. Angelos, P.C.**
　　　　　　　　　　　　　　　　　　　　　　One Charles Center
　　　　　　　　　　　　　　　　　　　　　　100 N. Charles Street, 22nd Floor
　　　　　　　　　　　　　　　　　　　　　　Baltimore, Maryland  21201
　　　　　　　　　　　　　　　　　　　　　　(410) 649-2000
　　　　　　　　　　　　　　　　　　　　　　(410) 649-2101 (Fax)

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Motion to Substitute Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: <u>October 19, 2017</u>

<u>/s/ Craig M. Silverman</u>