# EXHIBIT A



# STATE OF MARYLAND
# LETTERS OF ADMINISTRATION

ESTATE NO. <u>195271</u>

I certify that administration of the Estate of

**MARCELLA I SAFRANSKI**
AKA: MARCELLA IRENE SAFRANSKI

was granted on the <u>13th</u> day of <u>SEPTEMBER, 2017</u>,
to <u>CELESTE BRIDGES</u>

as personal representative(s) and the appointment is in effect

this <u>13th</u> day of <u>SEPTEMBER</u> <u>2017</u>,

☑ Will probated <u>September 13, 2017</u>
    (date)

☐ Intestate estate

*Grace G. Connolly*

**GRACE G. CONNOLLY**
**Register of Wills for**

BALTIMORE COUNTY

**VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER**

RW1120

ROWNET
11/2009