**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L |
| | JUDGE: ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |
| | JURY TRIAL DEMANDED |

**THIS DOCUMENT RELATES TO:**

*Marcella I. Safranski v. Janssen Research & Development, LLC. et al.*

Civil Action No. 2:15-cv-2220

**(Proposed) ORDER**

This matter comes before the Court on Plaintiff's Motion to Substitute Celeste Bridges, as personal representative of the estate of Marcella I. Safranski as Plaintiff in the place of Marcella I Safranski, in the above referenced action. The Court having reviewed the pleadings and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is HEREBY GRANTED.

Signed, this _____ day of _____, 2017

_____
Honorable Eldon E. Fallon
U.S. District Court Judge