## APPENDIX A

### *Mingo* Trial Excerpts Regarding Neoplastin PT

I. **Plaintiff's Evidence that Defendants "Knew" from the Clinical Trials that Neoplastin PT Could Be Used to Measure the Anticoagulant Effect of Xarelto**

  A. **Dr. Laura Plunkett**

- "There is one more method -- or one more indirect measure that was used by the company in their development of the drug, and that is -- and this is discussed in the medical literature too -- and it's an anticoagulation assay that's called 'prothrombin time' or a 'PT test.' So this is another laboratory assay where you're measuring the effect. Remember the effect I talked about here was interaction with this factor. The effect here is whether -- how long it takes the blood to clot. That's the anticoagulation. So this test, the results of this test will show that blood clots in 5 seconds or in 10 seconds or in 20 seconds, and that measurement of the amount of time has been correlated in the laboratory with concentrations of Xarelto that produce that level of anticoagulation. For this particular drug, the data was collected in the clinical trial, and we should mention that the prothrombin time test data they collected was with this reagent [Neoplastin]. And they showed that, when prothrombin time is measured with this reagent in a test tube in their clinical studies, they were able to show that, as prothrombin time went up, which means less coagulation, that the risk of bleeding went up. So toxicity was shown to relate to a change in this indirect measure of exposure as well." *Mingo* Trial Tr. 587:15–588:13.

- "A. . . . And then the third way [to measure], which is Number 2 here, is the data that was collected looking at the clotting assay of prothrombin time. So that's how fast it takes blood to clot. And when you use that tool in the way that they used in their clinical studies with this reagent Neoplastin, they indeed show that there was a correlation again between the exposure, the amount of Xarelto in the blood, and the -- the presence of -- or the activity to clot, so how fast blood clotted or how slow the blood clotted. Q. So there were correlations through studies that Bayer and Janssen conducted. They found correlations between the Xarelto concentration in the blood and these last two bottom measurements? A. Yes, that's exactly right." *Id.* 627:25–628:13.

- "Q. And, Dr. Plunkett, were the companies aware that Neoplastin PT was highly correlated with the blood level, with the plasma concentration of the drug? A. Yes. That was reported in their own clinical trials. . . . Q. So, Dr. Plunkett, is it your opinion that, because Neoplastin PT was so well correlated, that that's why defendants Bayer and Janssen used it in essentially their Phase III trials? A. Yes. And that – my opinion is based on what their data and their studies before showed where they actually

        demonstrated correlations between blood levels and PT levels and risk." *Id.* 707:5–708:13.

### B. Dr. Suzanne Parisian

- "Q. . . . From your review of materials in this case, did the manufacturers of Xarelto, during the Stage I and Stage II parts where the Phase I through III trials are done, did the companies gain significant knowledge and understanding about the Neoplastin PT?  A. Yes.  They began the Neoplastin PT in the animal studies.  So all through all of this research, their company was always using Neoplastin PT to show what the plasma concentration was to look at the PT and the effects.  So when you go back to the animal studies with rabbits and rats, you see the Neoplastin PT.  So it's always been -- throughout all these studies, it's been involved by the company in terms of monitoring their drug and testing their drug and finding out what's going on with it." *Id.* 1062:17–1063:5.

- "Particularly since I've seen the Neoplastin PT be used all the way through all the studies from the animals to monitor plasma concentration and the potential effect for a patient." *Id.* 1087:10–13.

- "In terms of the internal documents, they've been using the Neoplastin PT in order to look at the plasma concentration.  And when the plasma concentration is high the company is looking at the PT as being a marker, a surrogate for the – that level of the concentration of drug is high and you're at an increased risk of bleeding." *Id.* 1088:13–23.

- "Q. Based upon the materials that you reviewed in this case, specifically the various trials from Phase I through Phase III, was there any purpose for using the Neoplastin PT in those trials other than being able to follow the patient's response to the drug?  A. No.  Q. Is there any doubt in your mind about that?  A. No.  Q. Have you seen any suggestion in any document from Janssen or Bayer to suggest that the Neoplastin PT was used in clinical trials for any reason other than following the patients' response to the drug?  A. No." *Id.* 1088:25–1089:5.

### C. Dr. Henry Rinder

- "Q. Dr. Rinder, why do you think the PT test with Neoplastin would be helpful?  A. Well, there's a lot of data out there from trials by the company in both ROCKET, which was for atrial fibrillation, and EINSTEIN, which was to treat DVT, and RECORD, which was for preventing DVT, as well as the FDA's own data, all of which show that the group of patients that had the highest PT values have the highest bleeding risks." *Id.* 1279:10–17.

- "Q. Is that the same PT reagent that was used in their clinical trials as well? A. Yes. In their clinical trials for their safety monitoring, they used the same Neoplastin PT reagent to measure PT." *Id.* 1290:5–9.

- "Q. What's the FDA's position at this point? Would you read that for us, sir. A. They are saying that the clinical pharmacology, which is one group of experts, and the clinical reviewers, a second group of experts, 'demonstrated that there is a linear correlation between rivaroxaban levels and prothrombin time, PT.' Just as an aside, that is the prothrombin time, PT, using Neoplastin, conducted in all of the trials for the safety monitoring of Xarelto."). *Id.* 1396:14–23.

## II. Plaintiff's Evidence of Company Scientists' Statements Regarding Utility of PT Testing

### A. Dr. Laura Plunkett

- "Q. Now, Dr. Plunkett, would you mind reading the title of this article. A. It's called 'Clinical Pharmacokinetic and Pharmacodynamic Profile of Rivaroxaban.' Q. And who is this authored by? A. It's authored by employees of the company. I believe these are actually Bayer employees. Wolfgang Mueck. I think I'm saying that right, I hope. The other name I recognize is Dagmar Kubitza. Both of those individuals have published a number of articles in the medical literature that deal with these issues of pharmacokinetics and pharmacodynamics." *Mingo* Trial Tr. 614:10–21.

### B. Henry Gosselin

- "Q. All right. And so that is -- that's a study that you were involved in personally. Was there other basis for your statement that it's false to say that the anticoagulant effect of Xarelto cannot be monitored with standard laboratory testing? A. Yes. When I pursued the literature on Xarelto, there were publications made by Bayer scientists in 2000, I believe, 5 through 2008, where they looked at Neoplastin PTs and to look at the anticoagulant effect on Xarelto. And I believe in every single publication, they indicate that Neoplastin PT could be used to determine the anticoagulant effect of Xarelto . . . and that this test could be used to determine that anticoagulant effect in future studies." *Id.* 791:20–792:8.

- "Q. Mr. Gosselin, you mentioned that there were -- that Bayer scientists had researched the issue of the sensitivity of Neoplastin PT and rivaroxaban or Xarelto; is that right? A. That's what they published, yes. Q. Okay. And what were their findings regarding the sensitivity of Neoplastin PT specifically and Xarelto? A. Again, in the studies published in 2005, I think is when they start, to 2008, the ones that I cite in my deposition -- in my report, was that they used Neoplastin. And they, in their own terminology, indicated that this test could be used to determine the anticoagulation effect

> of Xarelto in patients being treated -- or in clinical trials that they observed to be accurate." *Id.* 890:11–23.

- "Q. All right. And based on all of the articles that Mr. Sarver showed you about the use of -- of PT in measuring or monitoring the anticoagulant effect of Xarelto, is it your opinion, Mr. Gosselin, that the Neoplastin PT reagent is an effective tool to measure the anticoagulant effect of Xarelto? A. Based on the studies that we performed with UNC and based on the literature by the Bayer scientists, I would say yes." *Id.* 897:14–20.

## C. Dr. Suzanne Parisian

- "Q. And, Doctor, has Bayer published on this particular issue? A. Yes, they have. Their employees have. I think Kubitza in 2005 published an article about it. Q. Let me stop you there. MR. HONNOLD: Mr. Carl, can we put up the Kubitza 2005 article at 5767878? And I'd like to go to pages 7 and 8, please. And there's a particular section at page 7, we can highlight. There's a sentence, Mr. Carl, that says, 'There was a direct linear relationship between plasma, BAY-7939 concentration in PT.' There you go. Can you go down a little bit and capture it a little bit more? Thank you. BY MR. HONNOLD: Q. So we've called out this specific section, Dr. Parisian, this sentence that says, 'There was a direct linear relationship between plasma, BAY 59-7939 concentration, and PT. This suggests that PT, a routinely used coagulation test, could be used clinically to monitor the anticoagulant effect of pharmacodynamic' -- excuse me -- 'between plasma BAY 59-7939 concentration and PT. This suggests that PT, a routinely used coagulation test, could be used clinically to monitor the anticoagulant effects of BAY 59-7939 if necessary.' Can you explain the significance of that findings and statement in the Kubitza article? A. Well, yeah. It's basically, this is a Bayer employee saying -- who was head of the research in terms of this drug, and she's saying that you could routinely use a coag test which is your PT, and she goes down at the end to say, at the very end, 'This suggests that PT would be a viable monitoring test of the anticoagulant effect of BAY 59-7939, whatever the ISI of the reagent used.' She's talking about the tissue factor that's being used. So she -- this person is saying that PT should be used for monitoring the effect, especially when necessary, if there are patients that it's necessary to determine. So this internally is 2005. So the company had that information." *Id.* 1103:2–1104:12.

- "A. And as you get out to those outer dots, those people are people with higher PT levels. And they also have higher concentration. So those patients would be at increased risk of bleeding. They may not bleed, but they're an increased risk of bleeding. Q. And the data that's been published by Kubitza and Mueck, the prothrombin time that's being spoken to there, is the Neoplastin PT? A. Yes."). *Id.* 1106:3–11.

### D.     Dr. Henry Rinder

- "Q. And are you familiar with the Kubitza 2005 article? A. Yes. That's a study by, I believe, Bayer scientists who examined drug levels. Q. . . . Is that the article you're referring to, Dr. Rinder? A. Yes, it is. Q. Is there any particular graph or information in here that would be helpful to the jury on this issue? A. Yes. If you'll turn to graph Figure 4B. Q. So, Dr. Rinder, will you describe for us what we're looking at in this graph? Before we go there, if you'll turn back to the first page -- My apologies, Mr. Carl. -- and who are the authors of this study. A. The authors are Kubitza, Becka, Wensing, Voith and Zuehlsdorf. Q. Are any of these Bayer scientists? A. I believe that they all are. Wait, no, I'm sorry. Kubitza, Wensing, Voith, and Zuehlsdorf are all Bayer Healthcare AG. Q. Let's go back to Figure 4B. So in this 2005 article in Figure 4B, describe for us what we're looking at here, sir. . . . And so we plot the concentration versus the PT value on this, and you can see there is many, many patients in this trial. And you can see that, as you go from left to right, as the concentration of drug increases, so does the prothrombin time." *Id.* 1286:13–1288:9.

- "Q. So this is a 2005 article. Was there a later article by Bayer scientists that gives the same similar information? A. Yes, there is. Q. . . . And this is the article you're referring to, Dr. Rinder? A. Yes. Q. What's the date and the lead author on this study? A. This is a 2014 article and the lead author is Mueck. Q. And then, I think you said, Dagmar Kubitza, we identified him as a Bayer scientist just a moment ago; is that right? A. That's right." *Id.* 1288:16–1289:2.

### E.     Cross-Examination of Dr. Theodore Spiro

- "Q. And using that Neoplastin reagent, did you learn that the people at Bayer that had been involved in the development believed that there was a strong correlation between PT and drug exposure levels? A. There was a correlation between the prothrombin time prolongation in seconds and the concentration of rivaroxaban present in the patient plasma. Q. So you understood from the people at Bayer that had worked on this development that using the Neoplastin PT, there was a correlation between the PT, using that reagent, and plasma concentration of Xarelto. Is that fair? A. Yes, it is. Q. And who did you learn that information from specifically at Bayer? A. I think it would have been in discussions certainly with the clinical pharmacologists involved in the program. That would have been Dr. Dagmar Kubitza and Dr. Wolfgang Mueck. And certainly Dr. Frank Misselwitz would have also been communicating to me that information."). *Id.* 1603:18–1604:11.