# Exhibit A

1     UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF MISSISSIPPI

3

4

5 IN RE:  XARELTO     *
  (RIVAROXABAN) PRODUCTS  *
6 LIABILITY LITIGATION   *
             *
7 THIS DOCUMENT RELATES TO: * Docket No.: 14-MD-2592
             * Section "L"
8 *Dora Mingo, et al. v.*  * Jackson, Mississippi
  *Janssen Research &*   * August 7, 2017
9 *Development, LLC, et. al.,* *
  Case No.: 15-CV-3469  *
10 * * * * * * * * * * * * * * *

11     VOLUME I - AFTERNOON SESSION
     TRANSCRIPT OF JURY TRIAL PROCEEDINGS
12    BEFORE THE HONORABLE ELDON E. FALLON
     UNITED STATES DISTRICT JUDGE

13

14 <u>APPEARANCES</u>:

15

  For the Plaintiffs'
16 Liaison Counsel:    Gainsburg Benjamin David
            Meunier & Warshauer
17           BY:  GERALD E. MEUNIER, ESQ.
           2800 Energy Centre
18           1100 Poydras Street
           New Orleans, Louisiana 70163

19

20

  For the Plaintiffs:   Beasley Allen
21           BY:  ANDY BIRCHFIELD, ESQ.
           P.O. Box 4160
22           Montgomery, Alabama 36103

23

24

25

```
 1   APPEARANCES:

 2                              Gainsburg Benjamin Davis
                                  Meunier & Warshauer
 3                              BY:  WALTER C. MORRISON, IV, ESQ.
                               240 Trace Colony Park Drive
 4                             Suite 100
                               Ridgeland, Mississippi 39157
 5

 6
                               Goza Honnold
 7                             BY:  BRADLEY D. HONNOLD, ESQ.
                               11181 Overbrook Road, Suite 200
 8                             Leawood, Kansas 66211

 9
                               The Lambert Firm
10                             BY:  EMILY JEFFCOTT, ESQ.
                               701 Magazine Street
11                             New Orleans, Louisiana 70130

12
     For the Defendant Bayer
13   HealthCare Pharmaceuticals
     Inc. and Bayer Pharma AG:   Mitchell, Williams, Selig, Gates &
14                                  Woodyard, P.L.L.C.
                               BY:  LYN P. PRUITT, ESQ.
15                             425 W. Capitol Avenue, Suite 1800
                               Little Rock, Arkansas 72201
16

17
                               Watkins & Eager, PLCC
18                             BY:  WALTER T. JOHNSON, ESQ.
                               400 East Capitol Street
19                             Jackson, Mississippi 39201

20

21   For Janssen Pharmaceuticals,
     Inc. and Janssen Research &
22   Development, LLC:           Barrasso Usdin Kupperman Freeman &
                                    Sarver, LLC
23                             BY:  RICHARD E. SARVER, ESQ.
                               909 Poydras Street, 24th Floor
24                             New Orleans, Louisiana 70112

25
```

*OFFICIAL TRANSCRIPT*

1

2

3  Official Court Reporter:        Tana J. Hess, CRR, RMR
                                   500 Poydras Street
                                   Room B275
4                                  New Orleans, Louisiana 70130
                                   (504) 589-7781
5

6

7  Proceedings recorded by mechanical stenography using
   computer-aided transcription software.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1:20PM   1
1:20PM   2
1:20PM   3
1:21PM   4
1:21PM   5
1:21PM   6
1:21PM   7
1:21PM   8
1:21PM   9
1:21PM   10
1:21PM   11
1:21PM   12
1:21PM   13
1:21PM   14
1:21PM   15
1:21PM   16
1:21PM   17
1:21PM   18
1:22PM   19
1:22PM   20
1:22PM   21
1:22PM   22
1:22PM   23
1:22PM   24
1:22PM   25

            The evidence that you will hear in this case, we
will present two competing narratives or story lines, if you
will.  The narrative that you will hear, the story that you
will hear from the companies is that blood thinners are
lifesaving drugs.  And we agree.  And you will hear from the
company that the conditions that blood thinners are prescribed
for, some of those conditions are life-threatening conditions.
We agree.

            You will hear from the companies that they tell
all the important information to doctors and that the FDA has
approved this drug and its label multiple times, planting the
idea that because the FDA allows it to be sold, then you should
accept that it is good and safe.  We don't agree with that.

            You will hear from the companies -- all of us
agree -- that Ms. Mingo suffered a GI bleed, a stomach bleed.

            The companies will say that Ms. Mingo's GI bleed
was caused by something else other than Xarelto.  They
acknowledge that Xarelto causes bleeding and even GI bleeding;
but now that Ms. Mingo has suffered her bleed, they say her GI
bleed was caused by something else.

            Our narrative.  Our narrative is different.  The
evidence that we will present in this case will show that to
compete in this highly competitive blood thinner market, that
these companies, they cut corners.  They cut corners with
their -- with the studies, the studies that they did on the

LAURA MASSEY PLUNKETT - DIRECT

11:05  1   A.   Right.  That's exactly right.  That's when we're moving

11:05  2   our exposure up where it's too high, and now we're seeing an

11:05  3   increased risk of bleeding.  That's the toxicity we're talking

11:05  4   about here.  So we don't have a very high risk of bleeding down

11:05  5   here, but the higher we get, we increase that risk.

11:05  6        That means there's more likelihood -- risk just means

11:05  7   there's more -- there's a greater likelihood that somebody that

11:05  8   has that level of exposure internally could bleed, and that's

11:05  9   data that they actually collect in their clinical trials.

11:05 10   Q.   And so you've provided two ways to essentially measure

11:05 11   where people are along that line; is that right?

11:05 12   A.   Yes.

11:05 13   Q.   Are there any other means to measure, in terms of --

11:05 14   you've got the direct.  What about the indirect?

11:05 15   A.   Yes.  There is one more method -- or one more indirect

11:05 16   measure that was used by the company in their development of

11:06 17   the drug, and that is -- and this is discussed in the medical

11:06 18   literature too -- and it's an anticoagulation assay that's

11:06 19   called "prothrombin time" or a "PT test."

11:06 20        So this is another laboratory assay where you're

11:06 21   measuring the effect.  Remember the effect I talked about here

11:06 22   was interaction with this factor.  The effect here is

11:06 23   whether -- how long it takes the blood to clot.  That's the

11:06 24   anticoagulation.

11:06 25        So this test, the results of this test will show that

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

11:06  1    blood clots in 5 seconds or in 10 seconds or in 20 seconds, and
11:06  2    that measurement of the amount of time has been correlated in
11:06  3    the laboratory with concentrations of Xarelto that produce that
11:06  4    level of anticoagulation.
11:07  5            For this particular drug, the data was collected in
11:07  6    the clinical trial, and we should mention that the prothrombin
11:07  7    time test data they collected was with this reagent.  And they
11:07  8    showed that, when prothrombin time is measured with this
11:07  9    reagent in a test tube in their clinical studies, they were
11:07  10   able to show that, as prothrombin time went up, which means
11:07  11   less coagulation, that the risk of bleeding went up.  So
11:07  12   toxicity was shown to relate to a change in this indirect
11:07  13   measure of exposure as well.
11:07  14   Q.   And so to summarize what you have and what you've written
11:07  15   out here, you have three ways to measure that were essentially
11:07  16   used by Bayer/Janssen in the clinical trial?
11:07  17   A.   Yes.
11:07  18   Q.   And the first way is by mass spec, which directly measures
11:07  19   the amount of drug in the blood; is that fair?
11:08  20   A.   Yes.
11:08  21   Q.   And the other two don't measure how much of it's in your
11:08  22   blood; they're measuring the exposure?
11:08  23   A.   Yes.  And they're correlating -- yes, but they did collect
11:08  24   data to correlate that exposure with this number.  So, in other
11:08  25   words, they have these patients where they had data on the

OFFICIAL REALTIME TRANSCRIPT

LAURA MASSEY PLUNKETT - DIRECT

11:50  1    blood?  Because that blood level correlates with the risk of
11:50  2    bleeding.
11:50  3    Q.   And, Dr. Plunkett, I want to show you one of the studies
11:50  4    that you reviewed.  I'll put it up on the ELMO.
11:50  5         Now, Dr. Plunkett, are you familiar with this
11:50  6    article?
11:50  7    A.   Yes.
11:50  8    Q.   Do you need a copy?
11:51  9    A.   No.  I have one here.
11:51  10   Q.   Now, Dr. Plunkett, would you mind reading the title of the
11:51  11   article.
11:51  12   A.   It's called "Clinical Pharmacokinetic and Pharmacodynamic
11:51  13   Profile of Rivaroxaban."
11:51  14   Q.   And who is this authored by?
11:51  15   A.   It's authored by employees of the company.  I believe
11:51  16   these are actually Bayer employees.  Wolfgang Mueck.  I think
11:51  17   I'm saying that right, I hope.  The other name I recognize is
11:51  18   Dagmar Kubitza.
11:51  19        Both of those individuals have published a number of
11:51  20   articles in the medical literature that deal with these issues
11:51  21   of pharmacokinetics and pharmacodynamics.
11:51  22   Q.   And so this article is essentially what we've been talking
11:51  23   about today:  Pharmacokinetics, pharmacodynamics.
11:51  24        And what essentially does this article seek to do?
11:52  25   A.   So the reason I relied on this article, it's a nice review

1:23PM  1    necessarily, in terms of it would be the plasma concentrations.

1:23PM  2    Is that a better way to state it?

1:23PM  3    A.   Yes, that's correct.

1:23PM  4    Q.   Okay.  That's my bad.  So -- and then -- and you may have

1:23PM  5    already stated this, but the same concept, as you increase your

1:23PM  6    Xarelto concentration, your bleed risk increases?

1:23PM  7    A.   Yes.  And there's clinical data to show that that indeed

1:23PM  8    does occur.

1:23PM  9    Q.   Okay.  You talked about this over there, and you mapped

1:23PM 10    out the different ways to measure Xarelto, whether it's Xarelto

1:23PM 11    in the blood or Xarelto exposure.  And those three ways, if you

1:23PM 12    could just briefly recap?

1:23PM 13    A.   So there's the direct chemical measurement of the compound

1:23PM 14    in the blood.  That was the mass spectrometry method in the

1:24PM 15    laboratory.

1:24PM 16          Then there's two other methods that look at exposure

1:24PM 17    by correlating an effect that you get with Xarelto with a blood

1:24PM 18    level.  So the first was -- well, actually, the second one I

1:24PM 19    went over was the anti-Factor Xa.  You have it Number 3.  So

1:24PM 20    that's directly -- that's the direct target of Xarelto.  It's

1:24PM 21    inhibiting that activity, and the data they collected shows

1:24PM 22    that there's a correlation between inhibition of that activity

1:24PM 23    and blood levels.  So that's another way to determine exposure

1:24PM 24    to Xarelto in the patient's blood.

1:24PM 25          And then the third way, which is Number 2 here, is

1:24PM   1   the data that was collected looking at the clotting assay of

1:24PM   2   prothrombin time.  So that's how fast it takes blood to clot.

1:24PM   3   And when you use that tool in the way that they used in their

1:24PM   4   clinical studies with this reagent Neoplastin, they indeed show

1:24PM   5   that there was a correlation again between the exposure, the

1:24PM   6   amount of Xarelto in the blood, and the -- the presence of --

1:25PM   7   or the activity to clot, so how fast blood clotted or how slow

1:25PM   8   the blood clotted.

1:25PM   9   Q.   So there were correlations through studies that Bayer and

1:25PM  10   Janssen conducted.  They found correlations between the Xarelto

1:25PM  11   concentration in the blood and these last two bottom

1:25PM  12   measurements?

1:25PM  13   A.   Yes, that's exactly right.

1:25PM  14   Q.   Okay.  And I broke them down into PK/PD, just because

1:25PM  15   those are the terminology we've been using today.  Could you

1:25PM  16   kind of break out how each type of measurement applies to

1:25PM  17   whether it's PK or PD?

1:25PM  18   A.   So the first measurement, the concentration of blood is a

1:25PM  19   typical tool you use when you collect PK data.  So that's the

1:25PM  20   data on what is the drug, what does the body do to the drug, we

1:25PM  21   talked about.  So that is the process where the drug enters the

1:25PM  22   body, gets into the blood, and then it eventually gets

1:25PM  23   eliminated.

1:25PM  24       So measuring blood concentrations is a way to look at

1:25PM  25   the pharmacokinetics.

3:18PM   1    Neoplastin.  The Neoplastin PT reagent has been the one that

3:18PM   2    has been shown to be able to be used to identify exposure

3:18PM   3    response relationship.

3:18PM   4    Q.   Now, Dr. Plunkett, if you would go back to the handout

3:18PM   5    that I gave you, "The Explorative Analysis of PT Neoplastin in

3:18PM   6    the EINSTEIN Phase III trial."  And if you would go to the last

3:19PM   7    page, please.

3:19PM   8         Now, what is the title of this table?

3:19PM   9    A.   It says, "Number of subjects and observed event rate for

3:19PM  10    clinically relevant bleeding in b.i.d. dosing phase by

3:19PM  11    quartiles of PT Neoplastin," and then it says, "Population,

3:19PM  12    subjects valid for safety."

3:19PM  13    Q.   And based upon your analysis -- and I know it's hard to

3:19PM  14    read.  I apologize.  The quality is a little poor, but in

3:19PM  15    reviewing the quartiles -- well, first, let's explain

3:19PM  16    "quartiles."  How is this information broken out?

3:19PM  17    A.   Okay.  So in some of the analyses that the company did --

3:19PM  18    and I believe FDA talks about this too -- on PT, they would

3:19PM  19    break it into time, so they would take a bleeding time between

3:19PM  20    certain values.

3:20PM  21         So the quartile 1.  So they take the bleeding times

3:20PM  22    that fell within 11.6 to 19.7, if you look there.  I don't know

3:20PM  23    if you can highlight it.  Right there, yes.

3:20PM  24    Q.   And this is the PT range; right?

3:20PM  25    A.   Right.  So that's how they did -- they broke these

| | | |
|---|---|---|
| 3:24PM | 1 | THE COURT: Any objection? |
| 3:24PM | 2 | MS. PRUITT: No objection, Your Honor. |
| 3:24PM | 3 | THE COURT: Let it be admitted. |
| 3:24PM | 4 | BY MS. JEFFCOTT: |
| 3:24PM | 5 | Q. And, Dr. Plunkett, were the companies aware that |
| 3:24PM | 6 | Neoplastin PT was highly correlated with the blood level, with |
| 3:24PM | 7 | the plasma concentration of the drug? |
| 3:24PM | 8 | A. Yes. That was reported in their own clinical trials. |
| 3:24PM | 9 | Q. And because it was so well correlated, is that why the |
| 3:24PM | 10 | companies used this Neoplastin PT in multiple clinical trials? |
| 3:24PM | 11 | A. Yes. I mean, they started out in the initial trial -- |
| 3:25PM | 12 | MS. PRUITT: Objection, Your Honor. She's asking |
| 3:25PM | 13 | this witness to speculate. She doesn't know why the company -- |
| 3:25PM | 14 | THE COURT: She doesn't know, so you'd have to frame |
| 3:25PM | 15 | that as an opinion. |
| 3:25PM | 16 | MS. JEFFCOTT: I'll break it down. |
| 3:25PM | 17 | BY MS. JEFFCOTT: |
| 3:25PM | 18 | Q. So in the Phase III clinical trials, what was the primary |
| 3:25PM | 19 | measurer of exposure used by defendants Janssen and Bayer? |
| 3:25PM | 20 | A. Prothrombin time using the Neoplastin reagent. |
| 3:25PM | 21 | Q. So is it your opinion that because the PT Neoplastin was |
| 3:25PM | 22 | so well correlated with plasma concentration of Xarelto, that's |
| 3:25PM | 23 | why it was used? |
| 3:25PM | 24 | MS. PRUITT: Same objection, Your Honor. There's no |
| 3:25PM | 25 | way for her to know. |

*OFFICIAL TRANSCRIPT*

3:25PM    1          THE COURT:  That's her opinion.  It's not a fact.

3:25PM    2   It's her opinion.

3:25PM    3          MS. JEFFCOTT:  I'll restate it to get a complete

3:25PM    4   thought.

3:25PM    5   BY MS. JEFFCOTT:

3:25PM    6   Q.   So, Dr. Plunkett, is it your opinion that, because

3:25PM    7   Neoplastin PT was so well correlated, that that's why

3:25PM    8   defendants Bayer and Janssen used it in essentially their

3:26PM    9   Phase III trials?

3:26PM   10   A.   Yes.  And that -- my opinion is based on what their data

3:26PM   11   and their studies before showed where they actually

3:26PM   12   demonstrated correlations between blood levels and PT levels

3:26PM   13   and risk.

3:26PM   14          MS. JEFFCOTT:  That's all my questions.  Thank you.

3:26PM   15          THE COURT:  Okay.  Thank you.  Thank you, ma'am.

3:26PM   16                    (Witness excused.)

3:26PM   17          THE COURT:  You want to take a break at this time

3:26PM   18   or -- all right.  Let's call your next witness then.

3:26PM   19          MR. BIRCHFIELD:  Your Honor, at this time, we'll call

3:26PM   20   Dr. Anthonie Lensing by video deposition.

3:26PM   21          I think that we have an issue that we need to

3:26PM   22   discuss with the Court for just --

3:26PM   23          THE COURT:  Okay.  All right.  We'll take a break at

3:26PM   24   this time.  We'll stand in recess for ten minutes.

3:26PM   25          THE DEPUTY CLERK:  All rise.

ROBERT GOSSELIN - DIRECT

09:14  1   **A.**   I would say that's false.

09:14  2   **Q.**   Okay.  I'm going to put your initials there.  Okay?  BG?

09:14  3   **A.**   Yes, sir.

09:14  4   **Q.**   All right.  So, Mr. Gosselin, tell us why you say that is

09:14  5   false.

09:14  6   **A.**   This statement right here?

09:14  7   **Q.**   Yes.

09:14  8   **A.**   So, based on a study that I collaborated with at the

09:14  9   University of North Carolina, we looked at patients who were

09:14  10  getting Xarelto, and we looked at what we call peak and trough

09:14  11  collections.  And those were performed at UNC, UC Davis, and

09:14  12  the laboratory in Colorado.

09:14  13          And we demonstrated that Neoplastin, as well as a

09:14  14  point-of-care device called Hemochron, as well as

09:14  15  RecombiPlasTin 2G, were pretty sensitive to the anticoagulant

09:14  16  effects of Xarelto.

09:14  17  **Q.**   Okay.  Let's slow down just a bit.  So, first of all,

09:15  18  you're saying that you participated in a study -- this is a

09:15  19  study that you participated in personally; is that right?

09:15  20  **A.**   Yes, sir.

09:15  21  **Q.**   And you looked at the Neoplastin PT?

09:15  22  **A.**   I personally didn't.  It was performed at UNC.  But I

09:15  23  looked at the data it was published as, yes.

09:15  24  **Q.**   So you're very careful with your words.

09:15  25  **A.**   Yes, sir.

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:15  1   **Q.**   So the study that you were participating in, you were part
09:15  2   of conducting this study; right?
09:15  3   **A.**   Yes, sir.  Yes, sir.
09:15  4   **Q.**   And this study looked at Neoplastin Plus?
09:15  5   **A.**   Yes, sir.
09:15  6   **Q.**   Is that right?
09:15  7   **A.**   Yes, sir.
09:15  8   **Q.**   And then you mentioned a couple of other reagents as well?
09:15  9   **A.**   Yes, sir.  And a RecombiPlasTin 2G, and of those three PT
09:15  10  reagents that constitutes roughly 90 percent of the PT testing
09:15  11  done in the United States.
09:15  12  **Q.**   All right.  So we've got the -- we've got the
09:15  13  Neoplastin PT, and you said Innovin PT; is that right?
09:16  14  **A.**   Yes, sir.
09:16  15  **Q.**   Let me get to a blank sheet.  All right.  So we got PT
09:16  16  Neoplastin and Innovin; is that right?
09:16  17  **A.**   Yes, sir.
09:16  18  **Q.**   And then --
09:16  19  **A.**   RecombiPlasTin 2G.  We can just initial that as R2G.
09:16  20  Might be a little simpler.
09:16  21  **Q.**   Okay.  So these three are reagents that are used in the PT
09:16  22  test; is that right?
09:16  23  **A.**   Yes, sir, roughly by about 90 percent of the labs in the
09:16  24  U.S.
09:16  25  **Q.**   So 90 percent of the labs would use one of these three

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:16 1  reagents?

09:16 2  A.   Yes, sir.

09:16 3  Q.   And what did you find in the study that you participated

09:16 4  in there with UNC?

09:16 5  A.   So, again, the UNC study we looked at these three

09:16 6  different reagents and -- as well as some other point-of-care

09:16 7  devices, "point-of-care" meaning they're not traditional

09:17 8  laboratory tests, but they're smaller instruments that are

09:17 9  performed next to the patient or at the bedside, using whole

09:17 10  blood.

09:17 11       And we demonstrated that one point-of-care device was

09:17 12  the most sensitive, followed by the Neoplastine CI Plus

09:17 13  reagent, followed by the RecombiPlasTin 2G, with Innovin being

09:17 14  the least responsive or sensitive to Xarelto anticoagulant

09:17 15  effect.

09:17 16  Q.   So you found the Neoplastin PT to be a sensitive reagent?

09:17 17  A.   Yes.

09:17 18  Q.   For Xarelto?

09:17 19  A.   Yes.

09:17 20  Q.   All right.  And so that is -- that's a study that you were

09:17 21  involved in personally.  Was there other basis for your

09:17 22  statement that it's false to say that the anticoagulant effect

09:17 23  of Xarelto cannot be monitored with standard laboratory

09:18 24  testing?

09:18 25  A.   Yes.  When I pursued the literature on Xarelto, there were

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - DIRECT

09:18  1    publications made by Bayer scientists in 2000, I believe, 5
09:18  2    through 2008, where they looked at Neoplastin PTs and to look
09:18  3    at the anticoagulant effect on Xarelto.  And I believe in every
09:18  4    single publication, they indicate that Neoplastin PT could be
09:18  5    used to determine the anticoagulant effect of Xarelto because
09:18  6    there's a dose that had no relationship, and that this test
09:18  7    could be used to determine that anticoagulant effect in future
09:18  8    studies.
09:18  9    Q.    All right.  Let's talk a little bit more about the
09:18  10   prothrombin time.  You've told us that different reagents are
09:18  11   used to measure PT.  We've looked at those three; right?
09:18  12   A.    Yes.
09:18  13   Q.    And with respect to -- with respect to Xarelto, they're
09:18  14   not all equal, are they?
09:19  15   A.    No, they are not all equal.
09:19  16   Q.    Okay.  So you mentioned that Neoplastin is particularly
09:19  17   sensitive for Xarelto.  So when we talk about being sensitive,
09:19  18   describe for us what that means.
09:19  19   A.    That -- it's difficult to explain in words, but what
09:19  20   you're looking at is essentially, what is the degree of change
09:19  21   in a test relative to the change in the drug concentration.  So
09:19  22   if you have a lot of drug concentration changes and you have
09:19  23   very little change in the test reporting time, like, in
09:19  24   seconds, we'd say that's a very insensitive test.
09:19  25          Conversely, if you had a higher degree of change in

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:36  1    A.    Yes.

10:36  2    Q.    Fair enough.  Have you read the Neoplastine CI Plus

10:36  3    package insert?

10:36  4    A.    Yes.

10:36  5    Q.    And you know, based on reading it, that it is not approved

10:36  6    for use with Xarelto?

10:36  7    A.    I don't think the package insert says anything it approved

10:36  8    for any use.  Its intended use it's approved for is for PT

10:36  9    testing on two of their analyzers.  That's the --

10:36  10   Q.    But isn't --

10:36  11   A.    -- intended use.

10:36  12          They go on to describe potentially the use of the PT

10:36  13   in a bunch of medication, but I am not sure that's the FDA

10:37  14   approval process.  The FDA approval process is the intended

10:37  15   use.  The intended use would be the PT on those tests --

10:37  16   Q.    You know, don't you, from reading the label --

10:37  17   A.    -- on those instruments, I'm sorry.

10:37  18          MR. SARVER:  I'm sorry, Madam Court Reporter.  I

10:37  19   walked over him.  Are we okay?  All right.

10:37  20   BY MR. SARVER:

10:37  21   Q.    You know from reading the label, don't you, that there is

10:37  22   a lengthy discussion of use of Neoplastine CI with warfarin;

10:37  23   true?

10:37  24   A.    No.  What they talk about is discussion of the PT test,

10:37  25   the summary of the prothrombin time test, or PT test, and what

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:37   1   are the potential indications for use of this test; warfarin

10:37   2   being one of them, liver disease being another, DIC being

10:37   3   another.

10:37   4   Q.   And there is absolutely no discussion in the Neoplastine

10:37   5   CI Plus label that recommends its use with Xarelto, is there?

10:37   6   A.   That is a true statement.

10:37   7   Q.   All right.  Neoplastin Plus PT measures three out of the

10:38   8   five factors or proteins in the clotting cascade; correct?

10:38   9   A.   Three?

10:38  10   Q.   Three.

10:38  11   A.   No.  It measures VII, V, X, II, and, to a lesser degree,

10:38  12   fibrinogen.  So five.

10:38  13   Q.   So Neoplastine CI Plus measures five proteins in the

10:38  14   clotting cascade; true?

10:38  15   A.   Yes, sir.

10:38  16   Q.   And Xarelto affects how many?

10:38  17   A.   One.

10:38  18   Q.   All right.  Do you think that might be a reason why the

10:38  19   manufacturers of Neoplastine CI Plus don't recommend its use

10:38  20   with Xarelto?

10:38  21   A.   No.

10:38  22   Q.   You don't know, do you?

10:38  23   A.   You asked me if I thought there was a reason.  No, because

10:38  24   we use this test to screen -- isolate deficiencies for

10:38  25   Factor V, isolate deficiences for Factor X, isolate

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

10:38   1   deficiencies of prothrombin.  So we use this test to screen for

10:38   2   those.

10:39   3          So if one of them are missing, we would see a

10:39   4   prolongation.  So I don't think that's the reason, because it

10:39   5   only affects one of the five factors.

10:39   6   Q.   Now, Mr. Gosselin, would you agree that there is no

10:39   7   FDA-approved method, calibrator, or control for using PT to

10:39   8   access the anticoagulant effect of rivaroxaban?

10:39   9   A.   Again, sir --

10:39   10  Q.   Would you like me to repeat it?

10:39   11  A.   Again, sir, I'm not sure the FDA approves the PT test

10:39   12  utilization and what it's used for.  They approve the test on

10:39   13  instruments or the intended use as described in the label.

10:39   14  Q.   Should we go back to your deposition?

10:39   15  A.   Sir, I'm not a regulatory person.  You can go back to the

10:39   16  deposition, but my understanding is that the FDA does not

10:39   17  approve a test per se, but it approves the intended use.

10:39   18  Q.   Let's take a look at your deposition, page 203, lines 7

10:39   19  through 10.  That question was asked to you directly.

10:39   20  A.   Okay.

10:39   21         "Q.   Would you agree that there is no FDA-approved

10:39   22         method, calibrator or control for using PT to assess the

10:39   23         anticoagulant effect of rivaroxaban?

10:39   24         "A.   That is a true statement."

        25

OFFICIAL REALTIME TRANSCRIPT

ROBERT GOSSELIN - CROSS

| | |
|---|---|
| 10:40 | 1 |
| 10:40 | 2 |
| 10:40 | 3 |
| 10:40 | 4 |
| 10:40 | 5 |
| 10:40 | 6 |
| 10:40 | 7 |
| 10:40 | 8 |
| 10:40 | 9 |
| 10:40 | 10 |
| 10:40 | 11 |
| 10:40 | 12 |
| 10:40 | 13 |
| 10:40 | 14 |
| 10:40 | 15 |
| 10:40 | 16 |
| 10:41 | 17 |
| 10:41 | 18 |
| 10:41 | 19 |
| 10:41 | 20 |
| 10:41 | 21 |
| 10:41 | 22 |
| 10:41 | 23 |
| 10:41 | 24 |
| 10:41 | 25 |

BY MR. SARVER:

Q.    That is a true statement, isn't it?

A.    Well, when you collectively throw in "calibrators and controls," I would have to say yes, that's true.  When you say "method," that's a whole different picture.

Q.    Would you agree that there is no FDA-approved method, calibrator, or control for using PT to assess the anticoagulant effect of rivaroxaban?

A.    There are no FDA-approved calibrators or controls for measuring rivaroxaban.  As far as FDA methodology approval for pro time, again, my understanding of the regulatory -- again, I'm not a regulatory expert -- is it that the FDA approves the intended use of the test, which is their first box on the label.

       And the intended use for Neoplastin is for measuring PT on two of their -- three of their analyzers.  That's my understanding.

Q.    Let's take it to the clinical context a bit.  All right.

       You'd agree that, with PT testing on a Xarelto patient, you could have the same sample using the same reagent but test in different laboratories and the results would be different?

A.    That would not be unusual.  I don't think they'd be significantly different.  I think they would be different --

Q.    Do you agree with me that you can have the same PT test on

OFFICIAL REALTIME TRANSCRIPT

1:24PM   1   Xarelto?

1:24PM   2   A.   Yes.

1:24PM   3   Q.   And have you published, along with Dorothy Adcock, on that

1:24PM   4   very issue?

1:24PM   5   A.   Yes.

1:24PM   6   Q.   And in the paper that you and Dr. Adcock published

1:24PM   7   together, do you state that Neoplastin PT is sensitive to

1:24PM   8   rivaroxaban?

1:24PM   9   A.   I believe we do, but I couldn't tell you which citation it

1:24PM   10  would be or which paper it was.

1:24PM   11  Q.   Mr. Gosselin, you mentioned that there were -- that Bayer

1:24PM   12  scientists had researched the issue of the sensitivity of

1:25PM   13  Neoplastin PT and rivaroxaban or Xarelto; is that right?

1:25PM   14  A.   That's what they published, yes.

1:25PM   15  Q.   Okay.  And what were their findings regarding the

1:25PM   16  sensitivity of Neoplastin PT specifically and Xarelto?

1:25PM   17  A.   Again, in the studies published in 2005, I think is when

1:25PM   18  they start, to 2008, the ones that I cite in my deposition --

1:25PM   19  in my report, was that they used Neoplastin.  And they, in

1:25PM   20  their own terminology, indicated that this test could be used

1:25PM   21  to determine the anticoagulation effect of Xarelto in patients

1:25PM   22  being treated -- or in clinical trials that they observed to be

1:25PM   23  accurate.

1:25PM   24  Q.   And that is the -- that's the position that you have

1:25PM   25  confirmed in the studies that you have done yourself?

**OFFICIAL TRANSCRIPT**

1:33PM  1    frequently.  Potassium, sodium, all the -- chloride, BUN,

1:33PM  2    creatinine.  There's a bunch.

1:33PM  3    Q.   If you're getting like a complete blood count, a CBC --

1:33PM  4    A.   Yes.

1:33PM  5    Q.   -- a panel, is that ex vivo?

1:33PM  6    A.   Yes.

1:33PM  7    Q.   If you're looking at white blood cell counts, is that ex

1:33PM  8    vivo?

1:33PM  9    A.   Yes.

1:33PM  10   Q.   Red blood cell count, that's ex vivo?

1:34PM  11   A.   Yes.

1:34PM  12   Q.   All of those are ex vivo tests?

1:34PM  13   A.   Yes.

1:34PM  14   Q.   All right.  And based on all of the articles that

15           Mr. Sarver showed you about the use of -- of PT in measuring or

16           monitoring the anticoagulant effect of Xarelto, is it your

17           opinion, Mr. Gosselin, that the Neoplastin PT reagent is an

18           effective tool to measure the anticoagulant effect of Xarelto?

1:34PM  19   A.   Based on the studies that we performed with UNC and based

1:34PM  20   on the literature by the Bayer scientists, I would say yes.

1:34PM  21   Q.   And is it your opinion that the anti-Factor Xa assay is an

1:34PM  22   effective tool to measure the levels of Xarelto?

1:34PM  23   A.   Yes, absolutely.

1:34PM  24           MR. SARVER:  Thank you, Your Honor.

1:34PM  25           THE COURT:  Okay.  All right.  Thank you.  You're

**OFFICIAL TRANSCRIPT**

| | | |
|---|---|---|
| 1:34PM | 1 | excused, sir. |
| 1:34PM | 2 | (Witness excused.) |
| 1:35PM | 3 | THE COURT:  Call your next witness.  Thank you. |
| 1:35PM | 4 | MR. BIRCHFIELD:  Your Honor, Mr. Honnold will be |
| 1:35PM | 5 | taking the next witness.  This will be by satellite.  There's |
| 1:35PM | 6 | one issue that we need to discuss. |
| 1:35PM | 7 | THE COURT:  Okay. |
| 1:35PM | 8 | (Whereupon the following proceedings were held at the |
| 1:35PM | 9 | bench out of the hearing of the jury:) |
| 1:40PM | 10 | THE COURT:  This is Dr. Wu? |
| 1:40PM | 11 | MR. SARVER:  This is Dr. Wu. |
| 1:40PM | 12 | MR. BIRCHFIELD:  Your Honor, in the -- the Court |
| 1:40PM | 13 | sustained our Motion in Limine about the FDA-approved |
| 1:40PM | 14 | Neoplastin.  We have raised that issue in -- it was part of the |
| 1:40PM | 15 | Boudreaux trial.  We briefed that issue in the Orr trial, and |
| 1:40PM | 16 | you granted it.  It's a Motion in Limine that was sustained in |
| 1:40PM | 17 | this case, and Mr. Sarver went specifically there in regards to |
| 1:40PM | 18 | the FDA-approved Neoplastin, and so we would ask the Court |
| 1:40PM | 19 | to -- to give an instruction to the jury regarding the lack of |
| 1:41PM | 20 | necessity of the FDA approval for Neoplastin PT.  I mean, |
| 1:41PM | 21 | this -- this is -- |
| 1:41PM | 22 | MR. SARVER:  We absolutely did.  We did because he |
| 1:41PM | 23 | opened the door wide open, walked through it with a Mack truck. |
| 1:41PM | 24 | THE COURT:  No.  I will at the appropriate time; just |
| 1:41PM | 25 | say it. |

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 1:41PM | 1 | **MR. SARVER:**  Yes, sir.  Thank you. |
| 1:41PM | 2 | **THE COURT:**  Andy, why don't you all just request I |
| 1:41PM | 3 | give an instruction? |
| 1:41PM | 4 | **MR. SARVER:**  Yes. |
| 1:37PM | 5 | (Whereupon the following proceedings were held in |
| 1:37PM | 6 | open court in the presence and hearing of the jury:) |
| 1:39PM | 7 | **THE COURT:**  All right.  Let's take a five-minute |
| 1:39PM | 8 | break, and we'll come back. |
| 1:39PM | 9 | **THE DEPUTY CLERK:**  All rise. |
| 1:39PM | 10 | (Whereupon the jury was excused from the courtroom.) |
| 1:46PM | 11 | (Recess.) |
| 1:46PM | 12 | (Whereupon the jury entered the courtroom.) |
| 1:46PM | 13 | **THE COURT:**  Be seated, please. |
| 1:46PM | 14 | Call your next witness. |
| 1:46PM | 15 | **MR. BIRCHFIELD:**  Your Honor, the next witness is |
| 1:46PM | 16 | Dr. Wu, and Mr. Honnold will be examining him. |
| 1:46PM | 17 | Before -- before the witness is sworn in, we |
| 1:46PM | 18 | would ask the Court to give an instruction regarding the |
| 1:47PM | 19 | Neoplastin PT and the FDA approval. |
| 1:47PM | 20 | **THE COURT:**  Well, with regard to -- |
| 1:47PM | 21 | **MR. SARVER:**  Your Honor, we object to the language |
| 1:47PM | 22 | that is proposed by the plaintiffs. |
| 1:47PM | 23 | **THE COURT:**  I don't know what language they proposed. |
| 1:47PM | 24 | **MR. SARVER:**  Okay.  Thanks, Judge.  Sorry. |
| 1:47PM | 25 | **THE COURT:**  With regard to -- we've heard the FDA |

**OFFICIAL TRANSCRIPT**

1:47PM  1  approval with regard to labels, and you should know that the
1:47PM  2  defendant at all times has the responsibility of providing an
1:47PM  3  adequate label to warn and instruct treaters on prescription
1:47PM  4  drugs.  In fact, any action, or actually inaction, on the part
1:47PM  5  of the FDA, though relevant, does not foreclose a claim under
1:47PM  6  Mississippi law.  In other words, it's relevant, but not
1:47PM  7  dispositive.
1:47PM  8              Let's proceed.
1:47PM  9          MR. HONNOLD:  As Mr. Birchfield said, plaintiffs at
1:48PM  10  this time call Dr. Shujian Wu.
1:48PM  11              Dr. Wu, good afternoon.
1:48PM  12          THE DEPUTY CLERK:  I need to swear him in.
1:48PM  13          THE COURT:  First --
1:48PM  14          THE DEPUTY CLERK:  Would you raise your right hand,
1:48PM  15  Dr. Wu?
1:48PM  16                      **(Witness sworn.)**
9:10AM  17          THE DEPUTY CLERK:  Please state and spell your name
9:10AM  18  for the record.
1:48PM  19          THE WITNESS:  My name is Shujian Wu.
1:48PM  20          THE DEPUTY CLERK:  Could you ask him to spell it,
1:48PM  21  Brad?
1:48PM  22                  **SHUJIAN WU, M.D., Ph.D.,**
1:48PM  23  a witness called on behalf of the Plaintiff, being first duly
1:48PM  24  sworn, was examined and testified as follows:
        25                      **DIRECT EXAMINATION**

OFFICIAL TRANSCRIPT

SUZANNE PARISIAN - DIRECT

09:24 1  selling the drug who the -- the Food, Drug, and Cosmetic Act

09:24 2  and the regulations has put the responsibility on.

09:24 3  **Q.**   As it relates to a prescription drug that has been

09:24 4  approved and on the market, in your experience and in your

09:24 5  view, who knows more about the specifics of that drug on the

09:24 6  market, the FDA or the manufacturer of the product?

09:24 7  **A.**   Oh, the manufacturer.  They're the ones who developed it.

09:24 8  They have all the researchers.  They have teams of people,

09:24 9  large groups of people that are working on it.

09:24 10       The FDA basically reviews the documents and

09:24 11  information that's given to them by the company but always with

09:24 12  the caveat that the company is the expert.  And so the FDA

09:24 13  relies on the company to be the expert in that drug when

09:24 14  they're interacting with them.

09:24 15  **Q.**   And just in terms of the relationship or ratio of numbers

09:25 16  of people who might have specific knowledge and understanding

09:25 17  of the drug at the company compared to those at the FDA, what

09:25 18  is the relationship between those numbers?

09:25 19  **A.**   We're talking hundreds of people at the company, and

09:25 20  you're talking maybe three reviewers, if you're talking about

09:25 21  clinical reviewers.  Then there's a chemist, there's a small

09:25 22  handful of about eight different teams of people at the FDA who

09:25 23  look at the application that's given to them.

09:25 24       But they're not -- they're not doing clinical trials.

09:25 25  They're not using the drug.  They're just looking at the

SUZANNE PARISIAN - DIRECT

09:25  1    documentation that's given to them.

09:25  2    **Q.**   From your perspective, Doctor, does it make sense from the

09:25  3    public health perspective or policy perspective for the drug

09:25  4    company to be responsible for the safety of their drugs?

09:25  5    **A.**   Sure.   They're the ones selling it every day.   They know

09:25  6    what happens with their drug.   And it's required that they make

09:25  7    sure that it's safe and effective and adequately labeled.

09:25  8    **Q.**   Let me ask you a little bit about clinical trials.   Does

09:25  9    the FDA itself conduct or perform its own clinical trials

09:26  10   leading to the approval of a prescription drug product?

09:26  11   **A.**   No.   They just review -- they review documents that come

09:26  12   in.   And remember, the FDA reviewers are looking at competitive

09:26  13   drugs, so they have blinders on.   You look at one application;

09:26  14   you don't talk about another person's drug.

09:26  15          So they're just looking at the application.   They're

09:26  16   not -- there is no FDA hospital.   The FDA clinicians are not

09:26  17   seeing patients.   It's basically a paper-review process.

09:26  18   **Q.**   I've written on the pad a dollar sign with money for

09:26  19   clinical trials.   In terms of the clinical trials, then, that

09:26  20   are done by industry, how -- based upon your knowledge and

09:26  21   experience in this area, how are those clinical trials funded

09:26  22   or paid for?

09:26  23   **A.**   By the company.

09:26  24   **Q.**   And can you talk about -- and you may give some insight

09:26  25   into this case in terms of how clinical trials are done.   But

OFFICIAL REALTIME TRANSCRIPT

SUZANNE PARISIAN - DIRECT

09:28  1          You can comment at the FDA.  But, ultimately, it's

09:28  2   the manufacturer who's responsible for doing the clinical

09:28  3   trial, making the protocol, the plan, and picking what the

09:28  4   endpoints are.  So it's the manufacturer.

09:28  5   Q.   In your view, Doctor, in terms of which entity or body is

09:28  6   best positioned and informed to give instruction and guidance

09:28  7   to physicians about allow to safely use a product, who would

09:28  8   that be?

09:28  9   A.   It's required to be the manufacturer.  Every manufacturer,

09:28  10   in terms of the NDA process, the New Drug Application, is

09:28  11   required to draft a label because they know what the label

09:28  12   should be, and they know what their -- they know their product

09:29  13   better than the FDA.

09:29  14          And so, ultimately, the label belongs to the

09:29  15   manufacturer, not the FDA.  The FDA can comment, can request,

09:29  16   particularly before a drug is approved.  They may make some

09:29  17   changes.  But it's the manufacturer who's ultimately

09:29  18   responsible for what's in the label.

09:29  19          21 CFR 314.5, I think, 1 will actually be saying that

09:29  20   they have to have a draft label.  So the manufacturer drafts

09:29  21   the label.

09:29  22   Q.   And we put a slide up, Doctor, about the FDA, and I think

09:29  23   we've covered this.  But is it fair to state here, as this

09:29  24   slide does, that the FDA does not perform any testing,

09:29  25   research, clinical studies, or experiments on drugs?

SUZANNE PARISIAN - DIRECT

09:40   1   failure.  Those are specific groups, smaller populations.
09:40   2   You're going to see those in a smaller group.
09:40   3        But you're not going to see the full spectrum with
09:40   4   safety issues in a clinical trial.  There's no way that all of
09:41   5   that information is going to be shown in a clinical trial,
09:41   6   particularly in that the clinical trial is using specially
09:41   7   selected patients and the point of clinical trial is to get
09:41   8   approved.
09:41   9        And so you want to be able to show efficacy.  So the
09:41  10   safety actually comes from the real world.
09:41  11   Q.   Can Phase III clinical trials, though, have enough data
09:41  12   where there are safety issues that become an issue that get
09:41  13   discussed as part of approval process?
09:41  14   A.   Yes.
09:41  15
09:41  16   Q.   To connect a few dots here, there's been a great deal of
09:41  17   discussion about Neoplastin PT.  From your review of materials
09:41  18   in this case, did the manufacturers of Xarelto, during the
09:41  19   Stage I and Stage II parts where the Phase I through III trials
09:41  20   are done, did the companies gain significant knowledge and
09:41  21   understanding about the Neoplastin PT?
09:41  22   A.   Yes.  They began the Neoplastin PT in the animal studies.
09:41  23   So all through all of this research, their company was always
09:41  24   using Neoplastin PT to show what the plasma concentration was
09:42  25   to look at the PT and the effects.

OFFICIAL REALTIME TRANSCRIPT

SUZANNE PARISIAN - DIRECT

09:42  1           So when you go back to the animal studies with

09:42  2   rabbits and rats, you see the Neoplastin PT.  So it's always

09:42  3   been -- throughout all these studies, it's been involved by the

09:42  4   company in terms of monitoring their drug and testing their

09:42  5   drug and finding out what's going on with it.

09:42  6           The other thing I want to say is that we have VTE

09:42  7   treatment and reduction.  That's other indications that were

09:42  8   cleared.  They were cleared as an NDA supplement.

09:42  9           **MS. PRUITT:**  Your Honor, I'm sorry to interrupt, but

09:42  10  could we have a question and an answer?

09:42  11          **MR. HONNOLD:**  Sure thing.  Oh, I'm sorry, Your Honor.

09:42  12          **THE COURT:**  Well, we have to take a break soon, so

09:42  13  let's get to a breaking point.

09:42  14          **MR. HONNOLD:**  Okay.

09:42  15  BY MR. HONNOLD:

09:42  16  **Q.**   Doctor, can you discuss the distinction between the

09:42  17  initial NDA approval and then supplements and how that's done?

09:42  18  And this will be our last short topic before break.

09:42  19  **A.**   Okay.  NDA supplements, you don't submit all this again.

09:42  20  You just submit the information that you need -- that you're

09:43  21  asking in terms of approval.  So the reviewers, the FDA, as we

09:43  22  said earlier, under the PDUFA, they're only going to look at

09:43  23  the information that you requesting.

09:43  24          So in the NDA supplements for the expansion to

09:43  25  treatment and reduction of VTE, the FDA's focus will not be to

SUZANNE PARISIAN - DIRECT

10:37  1   **A.**   Yeah.  It's for helpful laboratory information.  You need
10:37  2   to provide that to a doctor.  There it is.
10:37  3   **Q.**   Doctor, so we've put up on the screen a slide that has
10:37  4   some of the language from Section 21 CFR 201.57.  The part
10:37  5   that's up says, "Section 5, Warnings and Precautions, must
10:37  6   identify any laboratory tests helpful in following the
10:38  7   patient's response."
10:38  8           Can you explain how that language -- whether you feel
10:38  9   that that language is particularly applicable to Xarelto?
10:38  10  **A.**   Yes.  Particularly since I've seen the Neoplastin PT be
10:38  11  used all the way through all the studies from the animals to
10:38  12  monitor plasma concentration and the potential effect for a
10:38  13  patient.  So it seems like it should -- it is a helpful test.
10:38  14  I mean, it should -- and it should be included there to let a
10:38  15  physician know that you can still use PT, which is a standard
10:38  16  coagulation test, and that it's meaningful in a patient who has
10:38  17  an elevated PT level and you need to consider that.
10:38  18          You need to just consider, in terms of your patient,
10:38  19  whether this drug is acceptable for this patient or if there's
10:38  20  a potential risk of bleeding.
10:38  21  **Q.**   And you mentioned PT.  In the context of Xarelto in this
10:39  22  case, is there a particular form of PT test or reagent that you
10:39  23  feel is applicable to Section 5?
10:39  24  **A.**   Yes.  The Neoplastin PT.  I'm sure that you've heard about
10:39  25  that.  In terms of the thromboplastin, it's the tissue factor

OFFICIAL REALTIME TRANSCRIPT

SUZANNE PARISIAN - DIRECT

10:39   1   that's used to look at clotting and to see how quickly a person

10:39   2   clots.

10:39   3   **Q.**   Can you really explain, as it relates to the

10:39   4   Neoplastin PT, how it is that it's helpful in following the

10:39   5   patient's response?  Can you connect those two things in terms

10:39   6   of a patient taking Xarelto, how they respond, and how that is

10:39   7   reflected in the results of the Neoplastin PT?

10:39   8           **MS. PRUITT:**   Your Honor, I'm going to object to this.

10:39   9   This doctor hasn't ever prescribed this medication, and she

10:39   10  doesn't do PT tests and she hasn't for years.

10:39   11          **THE COURT:**   All right.  I'll overrule the objection.

10:39   12  Thank you.

10:39   13          **THE WITNESS:**   In terms of the internal documents,

10:39   14  they've been using the Neoplastin PT in order to look at the

10:40   15  plasma concentration.  And when the plasma concentration is

10:40   16  high, the company is looking at the PT as being a marker, a

10:40   17  surrogate for the -- that level of the concentration of the

10:40   18  drug is high and you're at an increased risk of bleeding.  Not

10:40   19  everybody is going to bleed who has an elevated PT.  But some

10:40   20  patients, you put them now at an increased risk of bleeding.

10:40   21          So it's been through -- they used it in the

10:40   22  animals studies on to look at the plasma concentration and

10:40   23  potential risk of bleeding.

10:40   24  BY MR. HONNOLD:

10:40   25  **Q.**   Based upon the materials that you reviewed in the case,

OFFICIAL REALTIME TRANSCRIPT

SUZANNE PARISIAN - DIRECT

| | | |
|---|---|---|
| 10:40 | 1 | specifically the various trials from Phase I through Phase III, |
| 10:40 | 2 | was there any purpose for using the Neoplastin PT in those |
| 10:40 | 3 | trials other than being able to follow the patient's response |
| 10:40 | 4 | to the drug? |
| 10:40 | 5 | **A.**   No. |
| 10:40 | 6 | **Q.**   Is there any doubt in your mind about that? |
| 10:40 | 7 | **A.**   No. |
| 10:40 | 8 | **Q.**   Have you seen any suggestion in any document from Janssen |
| 10:40 | 9 | or Bayer to suggest that the Neoplastin PT was used in clinical |
| 10:40 | 10 | trials for any reason other than following the patients' |
| 10:40 | 11 | response to the drug? |
| 10:41 | 12 | **A.**   No. |
| 10:41 | 13 | **Q.**   Is that the reason why you feel that information about the |
| 10:41 | 14 | Neoplastin PT should be included in Section 5? |
| 10:41 | 15 | **A.**   Yes.  And because I also -- the PT is a standard |
| 10:41 | 16 | coagulation test.  And so the way it stands now, physicians are |
| 10:41 | 17 | not being told to use the tool they already have in their |
| 10:41 | 18 | toolbox, which is the standard coagulation test, to know when a |
| 10:41 | 19 | patient's at risk of bleeding. |
| 10:41 | 20 | **Q.**   Based upon the materials that you've reviewed and what |
| 10:41 | 21 | you've told us so far, is it your view in this case on the |
| 10:41 | 22 | issue of the Neoplastin PT and Section 5 of the Xarelto label |
| 10:41 | 23 | that federal law, in the form of 21 CFR 201.57, mandates that |
| 10:41 | 24 | this label contain that information? |
| 10:41 | 25 | **A.**   Based as being a regulatory consultant, yes, sir. |

OFFICIAL REALTIME TRANSCRIPT

SUZANNE PARISIAN - DIRECT

| | | |
|---|---|---|
| 10:59 | 1 | does the -- do the manufacturers of Xarelto, in your view, that |
| 10:59 | 2 | have this common serious adverse event, have a duty to provide |
| 10:59 | 3 | all relevant information regarding helpful laboratory tests to |
| 10:59 | 4 | allow for the safest use of their products? |
| 10:59 | 5 | **A.** Right.  To help make sure that the patients are safe. |
| 10:59 | 6 | **Q.** Doctor, what I'd like to do is move forward a little bit |
| 11:00 | 7 | and talk about a couple additional reasons about the |
| 11:00 | 8 | helpfulness of the Neoplastin PT. |
| 11:00 | 9 | What I'd like to talk about is the issue of |
| 11:00 | 10 | correlation -- the correlation between PT and Xarelto.  And so |
| 11:00 | 11 | while I'm writing that, why don't you go ahead and explain your |
| 11:00 | 12 | views on that issue in terms of correlation between Xarelto in |
| 11:00 | 13 | the blood and PT. |
| 11:00 | 14 | **A.** Well, the higher your concentration in the blood of the |
| 11:00 | 15 | drug, the more likely you're going to see a change in PT in |
| 11:00 | 16 | terms of blood clotting.  I mean, it's an anticoagulant.  So |
| 11:00 | 17 | certain patients will run fairly high in terms of their Cmax. |
| 11:00 | 18 | So those patients who get like a higher drug level -- |
| 11:00 | 19 | like the hot sauce.  The people who really get a kick from the |
| 11:01 | 20 | hot sauce, they're going to have higher levels, and you're |
| 11:01 | 21 | going to see it in their PT.  Their PT is also going to be |
| 11:01 | 22 | prolonged in terms of clotting.  You're not going to clot as |
| 11:01 | 23 | fast as a person with a lower level. |
| 11:01 | 24 | So there's a direct relationship between the |
| 11:01 | 25 | concentration and your clotting and your risk of not clotting, |

SUZANNE PARISIAN - DIRECT

11:01  1    of bleeding.

11:01  2    Q.    And, Doctor, has Bayer published on this particular issue?

11:01  3    A.    Yes, they have.  Their employees have.  I think Kubitza in

11:01  4    2005 published an article about it.

11:01  5    Q.    Let me stop you there.

11:01  6          MR. HONNOLD:  Mr. Carl, can we put up the Kubitza

11:01  7    2005 article at 5767878?  And I'd like to go to pages 7 and 8,

11:01  8    please.  And there's a particular section at page 7, we can

11:02  9    highlight.  There's a sentence, Mr. Carl, that says, "There was

11:02  10   a direct linear relationship between plasma, BAY-7939

11:02  11   concentration in PT."  There you go.  Can you go down a little

11:02  12   bit and capture it a little bit more?  Thank you.

11:02  13   BY MR. HONNOLD:

11:02  14   Q.    So we've called out this specific section, Dr. Parisian,

11:02  15   this sentence that says, "There was a direct linear

11:03  16   relationship between plasma, BAY 59-7939 concentration, and PT.

11:03  17   This suggests that PT, a routinely used coagulation test, could

11:03  18   be used clinically to monitor the anticoagulant effect of

11:03  19   pharmacodynamic" -- excuse me -- "between plasma BAY 59-7939

11:03  20   concentration and PT.  This suggests that PT, a routinely used

11:03  21   coagulation test, could be used clinically to monitor the

11:03  22   anticoagulant effects of BAY 59-7939 if necessary."

11:03  23         Can you explain the significance of that findings and

11:03  24   statement in the Kubitza article?

11:03  25   A.    Well, yeah.  It's basically, this is a Bayer employee

OFFICIAL REALTIME TRANSCRIPT

SUZANNE PARISIAN - DIRECT

11:03  1    saying -- who was head of the research in terms of this drug,
11:03  2    and she's saying that you could routinely use a coag test which
11:03  3    is your PT, and she goes down at the end to say, at the very
11:04  4    end, "This suggests that PT would be a viable monitoring test
11:04  5    of the anticoagulant effect of BAY 59-7939, whatever the ISI of
11:04  6    the reagent used."
11:04  7            She's talking about the tissue factor that's being
11:04  8    used.
11:04  9            So she -- this person is saying that PT should be
11:04  10   used for monitoring the effect, especially when necessary, if
11:04  11   there are patients that it's necessary to determine.  So this
11:04  12   internally is 2005.  So the company had that information.
11:04  13   Q.   And in 2005 and in other years, had Bayer specifically, in
11:04  14   terms of PT, identified that it was the Neoplastin PT reagent
11:04  15   that had particular or unique sensitivity to Xarelto?
11:04  16   A.   Yes.  And that's what they're talking about with the ISI
11:04  17   of 1.21.  It's talking about the tissue factor and the type of
11:04  18   clotting you're going to produce.
11:04  19   Q.   And, Doctor, was this information then confirmed and
11:05  20   repeated in a later year in the medical literature in an
11:05  21   article authored by another Bayer employee, specifically Dr. or
11:05  22   Mr. Mueck, M-U-E-C-K?
11:05  23   A.   Yes, Dr. Mueck.  He's been involved in the PK, the
11:05  24   development of this product from the get-go.  So he published
11:05  25   on it too, saying, when it's necessary, there are times when

OFFICIAL REALTIME TRANSCRIPT

SUZANNE PARISIAN - DIRECT

1  the PT will be effective for giving you information about your

2  bleeding risk.

3       **MR. HONNOLD:**  Mr. Carl, can you call up exhibit

4  5768548, the Mueck paper.

5  **BY MR. HONNOLD:**

6  **Q.**   Specifically, Doctor, have you reviewed of the Mueck

7  paper, the 2014 Mueck paper?

8  **A.**   Yes.  And the 2013.  The 2013 is the one with a lot of the

9  PT information.

10  **Q.**   Let's go to 5768548, Table 4 at page 12.

11       And, Doctor, in your view, is there information in

12  the Mueck 2013 table that, again, shows the relationship

13  between how much Xarelto is in the blood and a patient's PT

14  level?

15  **A.**   Yes.

16  **Q.**   And if we look at this graph that's Graph B that's being

17  highlighted, it's a graph that shows rivaroxaban plasma

18  concentration on the lower on the axis on the bottom and

19  prothrombin time on the left.

20       Can you explain the significance of that graph.

21  **A.**   This graph is showing that there's a straight line

22  that's -- the straight line that's through all those patient

23  dots, and that shows there a linear straight-line relationship

24  between the concentration of rivaroxaban and your PT.  As your

25  PT prolongs, and that would be your second, as your second span

OFFICIAL REALTIME TRANSCRIPT

SUZANNE PARISIAN - DIRECT

11:07  1    here, you're getting more and more dose.  Usually, like, around

11:07  2    400 may be what you'd think of as a cutoff for a dose.

11:07  3         And as you get out to those outer dots, those people

11:07  4    are people with higher PT levels.  And they also have higher

11:07  5    concentration.  So those patients would be at increased risk of

11:07  6    bleeding.  They may not bleed, but they're an increased risk of

11:07  7    bleeding.

11:07  8    Q.   And the data that's been published by Kubitza and Mueck,

11:07  9    the prothrombin time that's being spoken to there, is the

11:07  10   Neoplastin PT?

11:07  11   A.   Yes.

11:07  12   Q.   You've mentioned a topic that I want to just spend a

11:07  13   little bit of time on, and that is the issue of there might be

11:07  14   some people with a low PT who might bleed; there might be some

11:07  15   people with an average PT who might bleed or not; and then

11:08  16   there might be some people with a high PT who don't bleed.

11:08  17   A.   Uh-huh.

11:08  18   Q.   Is that true?

11:08  19   A.   Yes.

11:08  20   Q.   Can you put it into context or significance in terms of

11:08  21   how we're talking about risk as to populations about certain

11:08  22   things versus isolated incidence of looking at one person not

11:08  23   bleeding or bleeding in a particular situation?  Can you

11:08  24   discuss that?

11:08  25   A.   Well, yeah, you can have patients with a low PT, and they

OFFICIAL REALTIME TRANSCRIPT

| | | |
|---|---|---|
| 1:45PM | 1 | **Q.**   Thank you. |
| 1:45PM | 2 | **A.**   And RECORD was part of it. |
| 1:45PM | 3 | **Q.**   Now, in June of 2011, the FDA sent back to Janssen -- on |
| 1:45PM | 4 | our proposed label, they made some changes, didn't they? |
| 1:45PM | 5 | **A.**   They did make some, yes, ma'am. |
| 1:45PM | 6 | **Q.**   Okay.  Can I have Defense Exhibit 6100? |
| 1:45PM | 7 | **A.**   Thank you. |
| 1:45PM | 8 | **Q.**   Now, if you'll turn with me to -- I believe it's page 18. |
| 1:45PM | 9 | **MS. PRUITT:**  Joshu, if you can -- can you bring that |
| 1:46PM | 10 | up? |
| 1:46PM | 11 | **BY MS. PRUITT:** |
| 1:46PM | 12 | **Q.**   We're going to go to the second under "Pharmacodynamics," |
| 1:46PM | 13 | and we're going to have to pull that out as far as we can |
| 1:46PM | 14 | because -- you -- people that are -- I mean, you understand |
| 1:46PM | 15 | track changes; right, Doctor? |
| 1:46PM | 16 | **A.**   Yes, ma'am. |
| 1:46PM | 17 | **MS. PRUITT:**  And so if you could pull up the comments |
| 1:46PM | 18 | too, Joshu, because the jury needs to see the comments on the |
| 1:46PM | 19 | side, where it says deleted and deleted.  In that section all |
| 1:46PM | 20 | the way down.  The next section, please. |
| 1:46PM | 21 | **BY MS. PRUITT:** |
| 1:46PM | 22 | **Q.**   "Routine monitoring of coagulation parameters" -- "Routine |
| 1:46PM | 23 | monitoring of coagulation parameters is not required with |
| 1:46PM | 24 | Xarelto use." |
| 1:46PM | 25 | Do you see that? |

1178

| | | |
|---|---|---|
| 1:46PM | 1 | **A.**   Right.   That was deleted. |
| 1:46PM | 2 | **Q.**   That was deleted, and it was deleted by the FDA; correct? |
| 1:46PM | 3 | **A.**   It's hard to know -- |
| 1:46PM | 4 | **MR. HONNOLD:**  Objection, Your Honor.  There's no |
| 1:46PM | 5 | foundation to who did what here. |
| 1:46PM | 6 | **THE COURT:**  Okay.  She doesn't know. |
| 1:47PM | 7 | **MS. PRUITT:**  Your Honor, I was just asking her. |
| 1:47PM | 8 | **A.**   It's deleted. |
| 1:47PM | 9 | **BY MS. PRUITT:** |
| 1:47PM | 10 | **Q.**   Okay.? |
| 1:47PM | 11 | **A.**   I know that the company had proposed that statement, and |
| 1:47PM | 12 | it's now deleted.  So it's saying that monitoring is required |
| 1:47PM | 13 | for Xarelto. |
| 1:47PM | 14 | **Q.**   Well, and you also know that this 6100 is what the FDA |
| 1:47PM | 15 | sent back to Janssen; correct? |
| 1:47PM | 16 | **MR. HONNOLD:**  Your Honor, same objection.  There's no |
| 1:47PM | 17 | foundation as to which entity, company or FDA, did what.  There |
| 1:47PM | 18 | is no -- |
| 1:47PM | 19 | **THE COURT:**  Yeah, this witness may not be able to |
| 1:47PM | 20 | answer that.  I mean, she doesn't know. |
| 1:47PM | 21 | You know, if you want to show her this, but this |
| 1:47PM | 22 | witness doesn't know who made it or what they did or why they |
| 1:47PM | 23 | did it. |
| 1:47PM | 24 | Or do you know, ma'am? |
| 1:47PM | 25 | **THE WITNESS:**  No, I don't know.  There's been nothing |

1:47PM  1   stated by the FDA to say why any of this was deleted or what

1:47PM  2   occurred with this.  It's not consistent with any of the

1:47PM  3   documents that FDA has published on their websites.  So it is

1:47PM  4   deleted.  There are statements deleted, but who did it and when

1:47PM  5   and why, there is no record of that.

1:48PM  6   BY MS. PRUITT:

1:48PM  7   Q.   No record that you've seen?

1:48PM  8   A.   I've looked at all the types of documents I can see.  I've

1:48PM  9   looked at all the documents on the website.  I've looked at all

1:48PM  10  the documents around this issue as to who deleted what lines,

1:48PM  11  and it's not a clear tracking as to who deleted it.

1:48PM  12       This is not the typical way that you would know who

1:48PM  13  deleted what.  So there are deletions, but who deleted them and

1:48PM  14  why, I don't know.  And they're not -- the deletions are not

1:48PM  15  consistent with anything the FDA subsequently said.  In fact,

1:48PM  16  it contradicts what FDA has said in other documents.

1:48PM  17  Q.   Will you turn to page 3 of that document, please, ma'am?

1:48PM  18  A.   Yes, ma'am.

1:48PM  19  Q.   Keep your finger there, because I'm going to go back.

1:48PM  20  A.   Right.

1:48PM  21  Q.   Page 3 is an email from Tyree Newman.

1:48PM  22       Tyree Newman is the regulatory project manager for

1:48PM  23  the Food and Drug Administration; right?

1:48PM  24  A.   Right.

1:48PM  25  Q.   And it says, "Good morning, Andrea.  Please see the

| | | |
|---|---|---|
| 1:48PM | 1 | attached redlined version of the label regarding NDA 22-406 for |
| 1:48PM | 2 | your review and comments.  Please accept changes you agree to. |
| 1:49PM | 3 | For changes you do not, keep in track changes." |
| 1:49PM | 4 | Did I read that correctly? |
| 1:49PM | 5 | A.   Right.  But this document doesn't make it clear when |
| 1:49PM | 6 | things got deleted and who.  Typically, the document will look |
| 1:49PM | 7 | different and you will have who deleted what and why, but this |
| 1:49PM | 8 | document is not the type that you can actually know when the -- |
| 1:49PM | 9 | there are deletions, and I'm sure that Tyree Newman is from the |
| 1:49PM | 10 | FDA.  But when they were made, you can't be sure from this |
| 1:49PM | 11 | document. |
| 1:49PM | 12 | MS. PRUITT:  Let's go back to page 12, Joshu, and |
| 1:49PM | 13 | pull up that second deleted section please, the second long |
| 1:49PM | 14 | deleted box. |
| 1:49PM | 15 | THE WITNESS:  Uh-huh. |
| 1:49PM | 16 | BY MS. PRUITT: |
| 1:49PM | 17 | Q.   "The relationship between PT and rivaroxaban plasma |
| 1:49PM | 18 | concentration is linear and closely correlated." |
| 1:49PM | 19 | That was deleted; correct? |
| 1:49PM | 20 | A.   By someone, yes, ma'am. |
| 1:49PM | 21 | Q.   "If assessment of the pharmacodynamic effect of |
| 1:49PM | 22 | rivaroxaban is considered necessary in individual cases, PT |
| 1:49PM | 23 | measured in seconds is recommended." |
| 1:50PM | 24 | That was deleted; isn't that correct? |
| 1:50PM | 25 | A.   By someone, yes, ma'am. |

|         |    |                                                                          |
|---------|----|--------------------------------------------------------------------------|
| 1:50PM  | 1  | **MS. PRUITT:**  Your Honor, if we would move in Defense                  |
| 1:50PM  | 2  | Exhibit 6100.                                                             |
| 1:50PM  | 3  | **A.**  But then --                                                       |
| 1:50PM  | 4  | **THE COURT:**  Wait, wait.  Please give us a moment.                     |
| 1:50PM  | 5  | Let me deal with this first.                                             |
| 1:50PM  | 6  | The -- the material passes the 901 -- it's                              |
| 1:50PM  | 7  | authenticated.  It looks -- it looks to me what it appears to            |
| 1:50PM  | 8  | be.  So I'll admit it.                                                   |
| 1:50PM  | 9  | But insofar as this witness's testimony                                 |
| 1:50PM  | 10 | regarding it, she doesn't authenticate it.  The document is              |
| 1:50PM  | 11 | authenticated because it appears to be what it is, a US Food             |
| 1:50PM  | 12 | and Drug Administration certificate on it.  But who did what,            |
| 1:50PM  | 13 | this witness is not able to testify to.                                  |
| 1:50PM  | 14 | I'll admit the document, though.                                        |
| 1:50PM  | 15 | **MS. PRUITT:**  Thank you, Your Honor.                                   |
| 1:50PM  | 16 | **THE COURT:**  Uh-huh.                                                   |
| 1:50PM  | 17 | BY MS. PRUITT:                                                           |
| 1:50PM  | 18 | **Q.**  Now, you have given depositions in this case prior; is           |
| 1:51PM  | 19 | that correct?                                                            |
| 1:51PM  | 20 | **A.**  Yes, ma'am.                                                       |
| 1:51PM  | 21 | **Q.**  And were you asked about that language in Section 12.2           |
| 1:51PM  | 22 | being stricken?  Were you asked?                                         |
| 1:51PM  | 23 | **A.**  Yes, I'm aware that it was stricken.                              |
| 1:51PM  | 24 | **Q.**  Okay.  And are you aware -- do you also remember that you        |
| 1:51PM  | 25 | admitted that the FDA is the one that crossed it out?                    |

| | | |
|---|---|---|
| 2:56 PM | 1 | Judge.  He's just going back and getting brand new opinions. |
| 2:56 PM | 2 | **THE COURT:**  Yeah, look.  You're moving out of the |
| 2:56 PM | 3 | area that deals with rehabilitation on redirect.  Let's not |
| 2:57 PM | 4 | introduce any new things. |
| 2:57 PM | 5 | **MR. HONNOLD:**  Okay. |
| 2:57 PM | 6 | **THE COURT:**  You can rehabilitate or feel like you |
| 2:57 PM | 7 | rehabilitate or let her express things she's already said, |
| 2:57 PM | 8 | but -- that you dealt with but didn't do it in the completeness |
| 2:57 PM | 9 | as you feel, but let's not introduce now areas. |
| 2:57 PM | 10 | **MR. HONNOLD:**  Got it. |
| 2:52 PM | 11 | (Whereupon, the following proceedings were held in |
| 2:52 PM | 12 | open court in the presence and hearing of the jury:) |
| 2:52 PM | 13 | BY MR. HONNOLD: |
| 2:52 PM | 14 | Q.  We can go ahead and move on to PDF page 10 of the summary |
| 2:53 PM | 15 | review, please, the paragraph "Additional Issues," and I'd like |
| 2:53 PM | 16 | to highlight down in that first paragraph through the word |
| 2:53 PM | 17 | "information." |
| 2:53 PM | 18 | Doctor, do you recall your testimony when I was |
| 2:53 PM | 19 | asking you questions earlier where we talked about the |
| 2:53 PM | 20 | relationship between rivaroxaban or Xarelto levels in the blood |
| 2:53 PM | 21 | and prothrombin time? |
| 2:53 PM | 22 | A.  Yes, sir. |
| 2:53 PM | 23 | Q.  And do you see here in the FDA summary review which was |
| 2:53 PM | 24 | dated November 4th of 2011 that the FDA is stating, "The |
| 2:53 PM | 25 | clinical pharmacology and clinical reviewers demonstrated that |

| | | |
|---|---|---|
| 2:53PM | 1 | there is a linear correlation between rivaroxaban levels and |
| 2:53PM | 2 | prothrombin time"? |
| 2:53PM | 3 | Do you see that? |
| 2:53PM | 4 | A.   Yes, sir. |
| 2:53PM | 5 | Q.   And, further, they also demonstrated that there is also a |
| 2:53PM | 6 | correlation between PT and risk of bleeding? |
| 2:54PM | 7 | A.   Right. |
| 2:54PM | 8 | Q.   Does it appear that the things that you testified to on |
| 2:54PM | 9 | direct examination have been supported to and agreed to by the |
| 2:54PM | 10 | information in the FDA summary review? |
| 2:54PM | 11 | A.   Yes. |
| 2:54PM | 12 | Q.   And then the next sentence, last sentence, "This applicant |
| 2:54PM | 13 | has not chosen to utilize this information." |
| 2:54PM | 14 | Do you see that? |
| 2:54PM | 15 | A.   Yes. |
| 2:54PM | 16 | Q.   What does that mean? |
| 2:54PM | 17 | A.   That means the applicant -- that would be Johnson & |
| 2:54PM | 18 | Johnson, Janssen -- has chosen not to put that PT information |
| 2:54PM | 19 | in their label.  That's the PT and bleeding risk which is what |
| 2:54PM | 20 | we've been discussing. |
| 2:54PM | 21 | Q.   As of today, Doctor, based upon your knowledge, training |
| 2:54PM | 22 | and experience and all the material that you've reviewed in |
| 2:54PM | 23 | this case, is there anything, any situation or condition that |
| 2:54PM | 24 | would prohibit or -- prohibit the companies from putting |
| 2:54PM | 25 | detailed Neoplastin PT information in Section 5 of the warnings |

09:22:19 1           And the prothrombin time is a test that is done in

09:22:22 2   almost every lab in the hospitals, doctors' offices, clinics.

09:22:29 3   Very straightforward, very easy test.  And as I said, it

09:22:33 4   measures this clotting time in seconds, how long it takes from

09:22:35 5   the activator to the clot.

09:22:37 6   Q.   Dr. Rinder, do you have an opinion as to whether the PT

09:22:41 7   test, the PT coagulation test would be helpful in reducing the

09:22:46 8   bleed risks associated with Xarelto?

09:22:49 9   A.   Yes, I do.

09:22:49 10  Q.   What is that?

09:22:52 11  A.   My opinion is that the PT test, especially using an

09:22:56 12  activator called *Neoplastin*, can correlate with the amount of

09:23:03 13  Xarelto that's in the blood, and that the people that have the

09:23:07 14  highest amounts of Xarelto in the blood and the highest PT

09:23:13 15  values are at a greater risk of bleeding than people that have

09:23:17 16  low amounts of drug in the blood and low PT levels.

09:23:20 17  Q.   So, Dr. Rinder, the PT test, particularly with the

09:23:24 18  Neoplastin reagent, would be helpful to doctors?

09:23:27 19  A.   Absolutely.

09:23:30 20       MR. BIRCHFIELD:  Your Honor, the parties have entered

09:23:31 21  into a stipulation regarding the reagent that was used with the

09:23:36 22  PT test.  We would ask -- I think this would be a good time to

09:23:39 23  inform the jury.

09:23:40 24       THE COURT:  Okay.  As I mentioned to you before,

09:23:43 25  Members of the Jury, the evidence comes in from the witnesses

*OFFICIAL TRANSCRIPT*

09:23:45  1    and sometimes the parties agree that that is evidence, and one
09:23:50  2    way of doing that is a stipulation.
09:23:51  3            So the parties, both sides, have agreed that --
09:23:53  4    the parties stipulate that in January and February of 2015, the
09:23:59  5    reagent used by the laboratory at Southwest Mississippi
09:24:02  6    Regional Medical Center to perform the PT test was the
09:24:11  7    STA-NEOPLASTINE CL PLUS test.
09:24:13  8            MR. BIRCHFIELD:  Thank you, Your Honor.
09:24:13  9    EXAMINATION BY MR. BIRCHFIELD:
09:24:15 10    Q.    Dr. Rinder, why do you think the PT test with Neoplastin
09:24:19 11    would be helpful?
09:24:20 12    A.    Well, there's a lot of data out there from trials by the
09:24:26 13    company in both ROCKET, which was for atrial fibrillation, and
09:24:31 14    EINSTEIN, which was to treat DVT, and RECORD, which was for
09:24:35 15    preventing DVT, as well as the FDA's own data, all of which
09:24:39 16    show that the group of patients that had the highest PT values
09:24:44 17    have the highest bleeding risks.
09:24:46 18    Q.    All right.  Dr. Rinder, in looking at -- in looking at the
09:24:51 19    studies and the published literature on Xarelto, did you
09:24:57 20    observe any -- the characteristics of variability as it relates
09:25:03 21    to Xarelto?
09:25:04 22    A.    Yes.
09:25:04 23    Q.    Can you tell us about variability, what that concept is,
09:25:07 24    and particularly variability as it relates to Xarelto?
09:25:12 25    A.    Certainly.  So, when I think about or when other doctors

*OFFICIAL TRANSCRIPT*

09:33:49 1   Q.   Dr. Rinder, based on your -- based on your study and
09:33:54 2   looking at the clinical trials in the medical literature, is
09:33:58 3   there a way to identify those patients that have more drug in
09:34:02 4   their blood?
09:34:02 5   A.   Yes.  There are about three dozen studies that address
09:34:07 6   that.
09:34:07 7   Q.   All right.  And is the PT test one way to identify those
09:34:15 8   patients?
09:34:15 9   A.   Yes.  Especially using Neoplastin.
09:34:17 10  Q.   And is that position, is it supported in the medical
09:34:23 11  literature?
09:34:24 12  A.   Yes, it is.
09:34:24 13  Q.   And are you familiar with the Kubitza 2005 article?
09:34:32 14  A.   Yes.  That's a study by, I believe, Bayer scientists who
09:34:36 15  examined drug levels.
09:34:37 16  Q.   Let me show you what's marked for identification purposes
09:34:41 17  as Record Number 5767718.  Is that the article that you're
09:34:54 18  referring to, Dr. Rinder?
09:34:57 19  A.   Yes, it is.
09:34:57 20  Q.   Is there any particular graph or information in here that
09:35:09 21  would be helpful to the jury on this issue?
09:35:10 22  A.   Yes.  If you'll turn to graph Figure 4B.
09:35:19 23  Q.   So, Dr. Rinder, will you describe for us what we're
09:35:23 24  looking at in this graph?
09:35:25 25           Before we go there, if you'll turn back to the first

*OFFICIAL TRANSCRIPT*

09:35:30  1   page --

09:35:31  2         My apologies, Mr. Carl.

09:35:33  3         -- and who are the authors of this study.

09:35:38  4   A.   The authors are Kubitza, Becka, Wensing, Voith and

09:35:50  5   Zuehlsdorf.

09:35:54  6   Q.   Are any of these Bayer scientists?

09:35:56  7   A.   I believe that they all are.  Wait, no, I'm sorry.

09:35:59  8   Kubitza, Wensing, Voith, and Zuehlsdorf are all

09:36:06  9   Bayer Healthcare AG.

09:36:09 10   Q.   Let's go back to Figure 4B.

09:36:14 11         So in this 2005 article in Figure 4B, describe for us

09:36:20 12   what we're looking at here, sir.

09:36:22 13   A.   Okay.  So this graph has on the bottom axis, you can see

09:36:30 14   it says, "Plasma concentration of BAY 59-7939," and then

09:36:36 15   micrograms per liter, which is the concentration of blood.  So

09:36:41 16   that's the amount of Xarelto that's been measured in the blood.

09:36:43 17   Q.   That BAY 59-7939, that's the molecule that's later known

09:36:50 18   as *Xarelto*; is that right?

09:36:51 19   A.   That's my understanding.

09:36:55 20   Q.   Okay.

09:36:57 21   A.   So that's the bottom axis.

09:36:58 22         In the axis going vertically, from 0 up to 40, you

09:37:02 23   can see the prothrombin time.  That's the PT test that we've

09:37:05 24   described.

09:37:06 25         The dots that are in this graph, each dot represents

*OFFICIAL TRANSCRIPT*

09:37:11 1    a patient, having their blood drawn, and that blood sample is

09:37:17 2    getting two tests.  It's getting tested for the concentration

09:37:21 3    of drug, and that same blood sample is getting tested for the

09:37:27 4    PT value.

09:37:28 5         And so we plot the concentration versus the PT value

09:37:33 6    on this, and you can see there is many, many patients in this

09:37:37 7    trial.  And you can see that, as you go from left to right, as

09:37:41 8    the concentration of drug increases, so does the prothrombin

09:37:47 9    time.

09:37:47 10   Q.   All right.  And is the reason that you want to know or

09:37:54 11   identify patients that have a lot of Xarelto in their blood,

09:37:57 12   does that have anything to do with the bleeding risk?

09:38:01 13   A.   It certainly does.  And, in fact, the prothrombin time is

09:38:04 14   used in all of the Xarelto trials as part of their safety

09:38:11 15   monitoring.

09:38:11 16   Q.   So this is a 2005 article.  Was there a later article by

09:38:17 17   Bayer scientists that gives the same similar information?

09:38:21 18   A.   Yes, there is.

09:38:21 19   Q.   All right.  Let me ask you to take a look at what's marked

09:38:31 20   as for identification purposes as Record Number 3261528.  And

09:38:35 21   is this the article you're referring to, Dr. Rinder?

09:38:38 22   A.   Yes.

09:38:39 23   Q.   What's the date and the lead author on this study?

09:38:47 24   A.   This is a 2014 article and the lead author is Mueck.

09:38:53 25   Q.   And then, I think you said, Dagmar Kubitza, we identified

*OFFICIAL TRANSCRIPT*

09:38:59  1    him as a Bayer scientist just a moment ago; is that right?

09:39:02  2    A.    That's right.

09:39:02  3    Q.    Where is it published?

09:39:04  4    A.    In *Clinical Pharmacokinetics*.

09:39:10  5    Q.    Let's take a look at Figure 4B on page 9 of this article,

09:39:15  6    if we could, Dr. Rinder.

09:39:16  7          Okay.  And so, again, describe for us what we're

09:39:20  8    looking at in this graph.

09:39:28  9    A.    So, once again, on the bottom it's the same graph that we

09:39:33 10    saw before in the way that it's formulated.  The plasma

09:39:38 11    concentration of Xarelto goes from left to right, 0 up to

09:39:44 12    600 micrograms per liter.

09:39:47 13          In the axis going from 10 up to 45 on the left is the

09:39:52 14    prothrombin time.  And, again, each dot is a single patient

09:39:58 15    with their blood drawn and measured for both concentration of

09:40:01 16    the drug and the prothrombin time.  And, once again, as you go

09:40:05 17    from left to right, you can see that as the concentration of

09:40:10 18    the drug goes up, the prothrombin time increases.

09:40:13 19    Q.    All right.  Dr. Rinder, in this -- in this study by Bayer

09:40:20 20    scientists and in the 2005 study that we just looked at, they

09:40:23 21    are measuring prothrombin times, right?

09:40:26 22    A.    That's correct.

09:40:26 23    Q.    And they are relating those prothrombin times to the

09:40:30 24    plasma concentration or the level of drug in the blood; is that

09:40:30 25    right?

***OFFICIAL TRANSCRIPT***

09:40:33 1    A.    Yes.

09:40:34 2    Q.    And in these studies, what reagent were they using for

09:40:39 3    their PT?

09:40:40 4    A.    In these studies they were using Neoplastin.

09:40:44 5    Q.    Is that the same PT reagent that was used in their

09:40:48 6    clinical trials as well?

09:40:49 7    A.    Yes.  In their clinical trials for their safety

09:40:52 8    monitoring, they used the same Neoplastin reagent to measure

09:40:55 9    PT.

09:40:55 10   Q.    All right.  And, Dr. Rinder, why is it -- as a doctor

09:41:03 11   treating patients that are on Xarelto, why is it that you would

09:41:08 12   want to know the plasma concentration or the level of drug in

09:41:14 13   their blood?

09:41:14 14   A.    As I said before, all anticoagulants work the same way.

09:41:18 15   The more anticoagulation in the blood, the more likely you are

09:41:21 16   to have bleeding.

09:41:22 17   Q.    Dr. Rinder, what evidence do you have that supports that

09:41:28 18   position, the more drug, the thinner the blood, the greater the

09:41:35 19   bleed risk?

09:41:35 20   A.    I'll give you an example.  In Warfarin, when people have

09:41:43 21   too much Warfarin in their blood, and we can monitor that

09:41:45 22   through the blood test, they are more likely to have bleeding.

09:41:48 23        There is also data for Xarelto, as I said, in

09:41:52 24   multiple trials, that show that the patients that have the

09:41:55 25   highest levels of PT, which correspond to the highest levels of

**OFFICIAL TRANSCRIPT**

HENRY RINDER - REDIRECT

01:43

1    That's what you were referring to just a moment ago, right?

2    **A.**   That is correct.

3    **Q.**   We will turn to the -- turn to page 9 of the FDA summary

4    review, where it discusses additional issues.  Do you see that,

5    Dr. Rinder?

6    **A.**   Yes, I see the highlighted area.

7    **Q.**   So, Dr. Rinder --

8    **A.**   Thank you very much.

9    **Q.**   Sorry.

10          The heading "Additional issues, desirability of

11   monitoring for adjustment of Xarelto dose," do you see that,

12   Dr. Rinder?

13   **A.**   Yes, I do.

14   **Q.**   What's the FDA's position at this point?  Would you read

15   that for us, sir.

16   **A.**   They are saying that the clinical pharmacology, which is

17   one group of experts, and the clinical reviewers, a second

18   group of experts, "demonstrated that there is a linear

19   correlation between rivaroxaban levels and prothrombin time,

20   PT."

21          Just as an aside, that is the prothrombin time, PT,

22   using Neoplastin, conducted in all of the trials for the safety

23   monitoring of Xarelto.

24          To continue reading:  "They also demonstrated that

25   there is also a correlation between PT and risk of bleeding."

HENRY RINDER - REDIRECT

01:44

1    That's what I'm referring to as the quartiles.  "This applicant

2    has not chosen to utilize this information."

3    **Q.**    When it says "applicant," who is that referring to?

4    **A.**    I believe that's the company that is making the drug.

5    **Q.**    So what's the FDA's position in November of 2011?  Five

6    months after that previous letter, what's their position at

7    this point, with the ROCKET data in hand, about the correlation

8    between PT and bleeding risk?

9    **A.**    They are saying that it exists.  And my reading of this

10   and interpretation is that this Neoplastin PT could be a useful

11   tool for -- to guide therapy, for physicians to know about and

12   to use.

13   **Q.**    Dr. Rinder, Ms. Pruitt also showed you this article from

14   *Blood* in 2008.  Do you recall looking at this with Ms. Pruitt?

15   **A.**    Yes, sir.

16   **Q.**    Again, the date of this is July 11, 2008; is that right?

17   Prepublished online?

18   **A.**    I believe that is correct.

19   **Q.**    If we can, let's take a look at the authors here.  First

20   we see an Anthonie Lensing.  Do you see that?

21   **A.**    Yes, sir.

22   **Q.**    The jury has met Mr. Lensing through a video deposition.

23   He is a Bayer scientist; is that right?

24   **A.**    I believe so.

25   **Q.**    There's another author here that I have highlighted,

ANTHONIE LENSING - EXAMINATION

03:55

1   monograph.  What I do remember is that I have been involved in

2   the consultation with the health authorities in Canada.

3   **Q.**   Whenever you were involved in interacting with the

4   regulatory authority in Canada, was that called Health Canada?

5   **A.**   That's correct.

6   **Q.**   So when you were interacting with Health Canada, did Bayer

7   provide information to Health Canada about Xarelto in order to

8   seek approval for the drug?

9   **A.**   I can only speak on the basis of my experience, and

10  indeed, Bayer has provided information to Health Canada as part

11  of the approval of the Xarelto, and this for an indication of

12  DVT and PE.

13  **Q.**   Was it your understanding that the information that Bayer

14  would provide to Health Canada about Xarelto would be accurate?

15  **A.**   Yes.

16  **Q.**   So Exhibit 60, if you look with me on the -- I guess it's

17  the second page, there's an email to you from a Dana Cusack

18  from Health Canada, Bayer, to yourself as well as several other

19  people at Bayer, including Akos Pap and Dr. Horvat-Broecker.

20         Do you see that?

21  **A.**   Yes, I see it.

22  **Q.**   So then if we turn back to the first page, it looks like

23  Ms. Cusack emails you February 9, 2011, and says:  "Dear Ton,

24  greetings from Canada.  I hope you are well.  I just wanted to

25  confirm that you are okay with the text for VTE treatment as

ANTHONIE LENSING - EXAMINATION

03:58

1    presented in this final draft Canadian product monograph, as
2    well as the reviewers's notes."
3           Do you see that?
4    A.   I see it.
5    Q.   Did you, in fact, review the text related to the VTE
6    treatment and indicate to Ms. Cusack that you did not have any
7    comments?
8    A.   I have indeed read it, and I have indeed no comments.
9    Q.   Did you want to ensure in your review that the information
10   that was going to be told to doctors in Canada in this product
11   monograph would be accurate?
12   A.   I always try for accuracy; hence, I also do in this case.
13   Q.   Let me show you what we will mark as Exhibit 61, which is
14   Exhibit 371022, which is the product monograph attachment --
15   draft product monograph attachment to this email.
16          So Dr. Lensing, if we can look at this draft product
17   monograph attached, you can see that on the first page they are
18   adding a 15- and 20-milligram dose to the labeling -- it's
19   highlighted in yellow -- on February 28, 2011.  Do you see
20   that?
21   A.   I can see that.
22   Q.   I know I didn't point you to this one earlier, but on
23   page 19, do you see that a section has been added for treatment
24   of DVT and prevention of recurrent VTE that describes the dose
25   of 15 milligrams twice daily for three weeks and 20 milligrams

ANTHONIE LENSING - EXAMINATION

04:00

1   of Xarelto once daily after that?

2   A.   Yes, that's what it says.

3   Q.   That's the same dosing regimen that was approved for use

4   in the United States for the treatment of DVT; is that right?

5   A.   Yes, that's correct.

6   Q.   Now, in Canada, did Bayer get the DVT indication first and

7   then seek PE indications later?

8   A.   That's correct.

9   Q.   Now, if you can turn with me over to page 24, there's a

10   section entitled "Pharmacodynamics."  Do you see that?

11   A.   Yes, I see that.

12   Q.   What's stated here under "Pharmacodynamics" is:  "There is

13   a clear correlation between plasma rivaroxaban concentration

14   and the degree of anticoagulant effect."

15         Do you see that?

16   A.   That is what it says indeed.

17   Q.   It says:  "The max effect of Xarelto on pharmacodynamic

18   parameters occurs at the same time as Cmax."

19         Do you see that?

20   A.   Yes, I see it.

21   Q.   You see there are two bullet points, and the first talks

22   about factor Xa activity.  If you look at the bottom, it says:

23   "There is a close correlation between factor Xa inhibition and

24   plasma concentration with an R-value of 0.97."

25         Do you see that?

ANTHONIE LENSING - EXAMINATION

04:01

1   A.   I see that.

2   Q.   If you look with me at the next bullet point, it says:

3   "PT is influenced by rivaroxaban in a dose-dependent way with a

4   close correlation to plasma concentration R equals 0.98 if

5   Neoplastin is used for the assay."

6        Do you see that?

7   A.   I see that.

8   Q.   So you see here highlighted in yellow -- and this was

9   highlighted on the version produced to us by Bayer -- that

10  there is a Table 8 added which provides the 5th and 95th

11  percentiles for PT Neoplastin by indication.  Do you see that

12  chart?

13  A.   Yes, I see the table.

14  Q.   And you see that they provide -- for treatment of DVT and

15  prevention of recurrent VTE, they provide both doses, the

16  15 b.i.d. and the 20 o.d., and then provide the range of PT

17  times for the 5th and 95th percentiles using the Neoplastin

18  reagent in the chart.  Do you see that?

19  A.   Yes, I see that.

20  Q.   This draft proposed labeling was something that you were

21  working on along with the folks from Bayer in Canada to present

22  to the Canadian Health Authority, Health Canada, about Xarelto,

23  correct?

24  A.   I was involved in this.  And as I told you before, I was

25  involved in the clinical part of this monograph.  I was not

ANTHONIE LENSING – EXAMINATION

04:03

1  involved in the pharmacokinetics and pharmacodynamics part.  We

2  have special experts for that and you know these.

3  **Q.**  Dr. Lensing, I'm just asking:  Did you understand that

4  when you reviewed this product monograph, according to the

5  emails from Ms. Cusack, as she indicated, this was a draft

6  label adding the VTE treatment indication that would be

7  submitted to Health Canada?

8  **A.**  I understood that eventually this would be submitted to

9  Health Canada.  This is a draft.  I don't know if this was the

10  final version, but the eventual object was to submit it to

11  Health Canada.

12  **Q.**  Was the object to provide accurate information to Health

13  Canada about Xarelto?

14  **A.**  I repeat:  My object is always to provide accurate

15  information, so that also applies to this case.

16  **Q.**  Let me show you what we will mark as Exhibit No. 62.  This

17  is the product monograph for Xarelto that was in effect as of

18  September of 2011.  If you can look with me on the front page,

19  we see the date of September 24, 2011.

20      Oh, this is AWL005, the plaintiff's exhibit number,

21  and this is on page 7.  It has a monitoring and laboratory

22  section.  Do you see that?

23  **A.**  Yes, I see that.

24  **Q.**  It describes that Xarelto at recommended doses prolongs

25  several global, including prothrombin time and specific

ANTHONIE LENSING - EXAMINATION

04:05

1   inhibition of factor Xa activity, clotting tests.

2          Do you see that?

3   A.   Yes, I see that.

4   Q.   Then specifically, as we have discussed, says that

5   prothrombin time, PT, is influenced by Xarelto in a

6   dose-dependent way if Neoplastin is used for the assay.

7   Correct?

8   A.   That's correct.

9   Q.   It then provides for the 10-milligram prevention dose, the

10  5th and 95th percentiles for PT Neoplastin two to four hours

11  after tablet intake, indicating that those times range from 13

12  to 25 seconds.  Do you see that?

13  A.   Yes, I see that.

14  Q.   It says:  "In cases of excessive doses, the PT is expected

15  to be outside of this range."

16          Do you see that?

17  A.   I see that, and I understand that they mean over this

18  range.

19  Q.   There is a section below that that indicates that the aPTT

20  and HepTest are also both prolonged dose dependently, but that

21  neither test is recommended for the assessment of

22  pharmacodynamic effects.  Do you see that?

23  A.   Yes, I see that.

24  Q.   So they have provided instructions to physicians in Canada

25  about which tests are not recommended to be used?

ANTHONIE LENSING - EXAMINATION

04:07

1   **A.**   I see that.

2   **Q.**   Dr. Lensing, if you will look at Exhibit 63 and 64, which

3   are two emails, and then I can direct you to the pages we will

4   look at of Exhibit 65.

5           So, Dr. Lensing I'm showing you an email chain.  If

6   we can start at the bottom of the page, there is an email from

7   Susan Morency on April 30, 2015, and the subject is:  Xarelto

8   response to Health Canada, interaction with P-gp and moderate

9   CYP3A4 inhibitors in patients with mild and moderate renal

10  impairment.

11          Do you see that?

12  **A.**   I can see that, yes.

13  **Q.**   Do you see it's the same email?

14  **A.**   I think it is indeed the same email.

15  **Q.**   If you can now take a look with me at Exhibit 65, which is

16  the attachment annotated "Product Monograph," if you can look

17  at the first page, we see now that we have the 10-, 15-, and

18  20-milligram tablets.  And the date of this is March 13, 2015,

19  and now being revised on May 6, 2015.

20          Do you see that?

21  **A.**   Yes, I see that.

22  **Q.**   So now if we can look over at page 9, there's a section

23  for "Monitoring and Laboratory Tests."  Do you see that?

24  **A.**   Yes, I see that.

25  **Q.**   It says:  "The prothrombin time, measured in seconds, is

ANTHONIE LENSING - EXAMINATION

04:08

1  influenced by Xarelto in a dose-dependent way with a close

2  correlation to plasma concentration if the Neoplastin reagent

3  is used."  Do you see that?

4  A.   Yes, I see that.

5  Q.   Then it says:  "In patients who are bleeding, measuring

6  the PT using Neoplastin reagent may be useful to assist in

7  determining an excess of anticoagulant activity."

8           Do you see that?

9  A.   Yes, that is what is assumed here.

10  Q.   Then if we look at page 29, we see the same statement

11  again.  "In patients who are bleeding" -- I'll wait for you to

12  get there?

13  A.   I'm there.

14  Q.   The same statement appears again.  "In patients who are

15  bleeding, measuring the PT, Neoplastin reagent, may be useful

16  to assist in determining the excess of anticoagulant activity."

17           Do you see that sentence?

18  A.   Yes, that is what is assumed here.

19  Q.   Then we see at the bottom of this page, there's a section

20  for pharmacodynamics that again talks about the clear

21  correlation between concentration and anticoagulant effect.

22           Do you see that?

23  A.   Yes, I see that.

24  Q.   Then if we turn to the next page in that section, we see

25  that there's a section about factor Xa activity.  Do you see

ANTHONIE LENSING - EXAMINATION

04:10

1    that?

2    **A.**   Yes, that is there.

3    **Q.**   Then there's a section that says:  "Factor Xa assay tests

4    require calibration and should not be used unless

5    rivaroxaban-specific calibrators and controls are available."

6         Do you see that?

7    **A.**   Yes, I see that.

8    **Q.**   This is instructing physicians and laboratory doctors that

9    if they are going to use a factor Xa test to measure Xarelto,

10   they need to use a rivaroxaban-specific calibrator and control,

11   correct?

12   **A.**   Yes, that is correct.

13   **Q.**   Then we see the same sentence that we have been looking at

14   for the third time in this draft label:  "In patients who are

15   bleeding, measuring the PT may be useful to assist in

16   determining the excess of anticoagulant activity.  See warnings

17   and precautions."

18        Do you see that?

19   **A.**   Yes, that is what is assumed here.

20   **Q.**   You see, Dr. Lensing, that there is a chart provided that

21   shows the relative prolongation of PT related to baseline as

22   compared to warfarin.  Do you see that?  For PT Neoplastin.

23   And that's after stopping warfarin and transferring to Xarelto.

24   **A.**   Yes, I see that.

25   **Q.**   And then finally, if we look over on the next page, you

ANTHONIE LENSING – EXAMINATION

04:12

1    will see that there's a Table 11 again, and it says:  "The

2    usual expected effect of Xarelto on PT when the Neoplastin

3    reagent is used in Table 11 below."

4            Do you see that?

5  A.   Yes, I see that.

6  Q.   This draft labeling, based on the email that we saw from

7    Susan Morency regarding -- in Exhibit 63 and 64, this is draft

8    labeling that's going to be provided to Health Canada about

9    Xarelto back in May of 2015, correct?

10 A.   I do not know what was provided to Health Canada

11   precisely.

12 Q.   You understood that the goal was to provide this in

13   response to Health Canada?

14 A.   These are the preparatory works for the submission.

15 Q.   If you saw, we were looking at Exhibit 65, and this was

16   the revised Health Canada product monograph for Canadian

17   doctors that was being revised from the March 13, 2015, version

18   to the May 6, 2015, version.  That's what we were looking at on

19   Exhibit 65?

20 A.   65, yes.

21 Q.   So you can see the draft was set to have the revision

22   occur in May 2015, it was back from the March version.  And

23   then we see that on Exhibit 66, there was actually a final

24   version issued on May 22, 2015.  Do you see that?

25 A.   I see that there is a product monograph for Xarelto with a

1466

ANTHONIE LENSING - EXAMINATION

04:14

1    date of revision May 22nd.

2    **Q.**   I want to just take a look at what ended up being in the

3    final version of the pharmacodynamic section which started on

4    the bottom of page 29.

5              Do you see that?  Do you see that, Dr. Lensing?

6    **A.**   Yes, I see that.

7    **Q.**   So then if we turn to the next page, we see in this

8    product monograph final from May 2015 the statement made:  "In

9    patients who are bleeding, measuring the PT Neoplastin reagent

10   may be useful to assist in determining the excess of

11   anticoagulant activity."

12             Do you see that?

13   **A.**   I see that this is being assumed.

14   **Q.**   If you can look with me at the next page, there's

15   information provided here regarding Table 11 again.  Do you see

16   that?

17   **A.**   I see that.

18   **Q.**   Is this information, as you understand it, correct with

19   respect to the PT ranges for max and trough for the VTE

20   indication for the 15-milligram twice-daily dose?

21   **A.**   These figures were based on blood samplings taken as part

22   of the EINSTEIN-DVT and EINSTEIN PE studies for the

23   prolongation of PT.  And this was documented through Cmax and

24   Ctrough in order to see a correlation with the occurrence of

25   bleeding afterwards.  So that's correct.

THEODORE SPIRO – EXAMINATION

01:42

1    since 1988, so we knew each other over a long period of time up

2    to his demise this past year.

3            He was already, when I joined Bayer, involved with

4    the company in looking at different types of coagulation

5    testing that could be used for helping determine the degree of

6    anticoagulation present in patients being treated with the

7    non-vitamin K or the novel oral anticoagulants.

8    **Q.**   Yourself as planned attendee.  Dr. Misselwitz, correct?

9    **A.**   Correct.

10   **Q.**   Under Item 3, "listed prothrombin time."  Do you see that?

11   **A.**   Yes.

12   **Q.**   So you learned that Bayer in their development program up

13   to this point in time had used a specific prothrombin time, PT

14   reagent, in their testing, correct?

15   **A.**   Correct.

16   **Q.**   Was that the Neoplastin reagent?

17   **A.**   Yes, it was.

18   **Q.**   And using that Neoplastin reagent, did you learn that the

19   people at Bayer that had been involved in the development

20   believed that there was a strong correlation between PT and

21   drug exposure levels?

22   **A.**   There was a correlation between the prothrombin time

23   prolongation in seconds and the concentration of rivaroxaban

24   present in the patient plasma.

25   **Q.**   So you understood from the people at Bayer that had worked

THEODORE SPIRO - EXAMINATION

01:44

1   on this development that using the Neoplastin PT, there was a

2   correlation between the PT, using that reagent, and plasma

3   concentration of Xarelto.  Is that fair?

4   A.   Yes, it is.

5   Q.   And who did you learn that information from specifically

6   at Bayer?

7   A.   I think it would have been in discussions certainly with

8   the clinical pharmacologists involved in the program.  That

9   would have been Dr. Dagmar Kubitza and Dr. Wolfgang Mueck.  And

10  certainly Dr. Frank Misselwitz would have also been

11  communicating to me that information.

12  Q.   And then No. 5, a factor Xa inhibitory assay, do you see

13  that?

14  A.   Yes.

15  Q.   And you were aware that there were actually factor Xa

16  inhibitory assays available on the market at this time,

17  correct?

18  A.   Yes, there were.

19  Q.   Did you understand whether or not they would work in

20  evaluating the activity of the Xarelto in patients that were

21  taking Xarelto?

22  A.   These assays were very specialized assays.  As I remember,

23  they were research-use-only assays, and they were not widely

24  used in clinical -- in the clinical settings.

25          We did discuss them at the meeting, and our

10:29:29 1   everything that appears on the screen.  Those reviews often

10:29:32 2   will take multiple rounds with the FDA where we will submit

10:29:35 3   something, they will comment, we may submit it again.  If there

10:29:39 4   is obviously a significant number of changes, then they will

10:29:43 5   respond again.  So without question, they review those TV ads

10:29:47 6   in detail for every word, every image.

10:29:51 7   Q.   Now, Mr. Shah, before we go into some of the specific

10:29:54 8   points that Mr. Birchfield made with you, I would like you to

10:29:56 9   clear up something that came up as an issue with another

10:30:00 10  witness in this case, a witness who says she didn't know who

10:30:05 11  made some strikethroughs on a document and she didn't know who

10:30:09 12  added some language to our label.  I would like to see if you

10:30:12 13  can help us with that.

10:30:16 14          So when you were working on Xarelto, were you --

10:30:18 15          MR. BIRCHFIELD:  Your Honor, at this point, could we

10:30:20 16  take the witness on voir dire about form and foundation issues?

10:30:26 17          MR. SARVER:  I'm about to go through the foundation,

10:30:29 18  Your Honor.

10:30:29 19          THE COURT:  Go ahead.

10:30:29 20  EXAMINATION BY MR. SARVER:

10:30:30 21  Q.   When you were working on Xarelto, were you part of a

10:30:32 22  committee that is known as the *Label Working Group*?

10:30:38 23  A.   Yes, I was.  Typically a director of marketing in my

10:30:41 24  position would be one of the members of that committee.

10:30:42 25  Q.   And tell us, what is the Label Working Group?

*OFFICIAL TRANSCRIPT*

|          |    |                                                                    |
|----------|----|--------------------------------------------------------------------|
| 10:30:46 | 1  | A.    So the Label Working Group basically is a committee that's    |
| 10:30:52 | 2  | composed of our clinical leads, our scientists that work on the    |
| 10:30:59 | 3  | manufacturing, chemical nature of the drug, our preclinical        |
| 10:31:04 | 4  | people, as well as the compound development team leader, our       |
| 10:31:07 | 5  | medical affairs as well.                                           |
| 10:31:09 | 6  |        And the idea is for us to evaluate -- first of all,          |
| 10:31:14 | 7  | review the label as it goes in, but also evaluate FDA comments     |
| 10:31:19 | 8  | as they start coming in on the label to then adjust for those      |
| 10:31:22 | 9  | comments, and make those necessary recommendations back to the     |
| 10:31:26 | 10 | FDA.                                                                |
| 10:31:27 | 11 | Q.    Now, sir, as a member of the -- it's the Label Working        |
| 10:31:33 | 12 | Group.  Were you made aware of, personally, correspondence         |
| 10:31:38 | 13 | between your regulatory colleagues at Janssen and the FDA?         |
| 10:31:41 | 14 | A.    Yes.  Every single round I was.                               |
| 10:31:46 | 15 | Q.    Do you recall that when Janssen and the FDA had               |
| 10:31:51 | 16 | discussions regarding the label for Xarelto that there was         |
| 10:31:56 | 17 | information back and forth between Janssen and the FDA             |
| 10:32:00 | 18 | regarding prothrombin time, PT testing?                            |
| 10:32:03 | 19 | A.    Yes.  I mean, it's awhile ago.  Obviously we're talking      |
| 10:32:07 | 20 | back in 2011, but I do recall that being one of the things that    |
| 10:32:11 | 21 | was discussed or debated back and forth via the documents that    |
| 10:32:15 | 22 | were exchanged.                                                     |
| 10:32:16 | 23 | Q.    And, sir, do you recall that Janssen actually proposed        |
| 10:32:22 | 24 | language on its label about PT testing to the FDA?                 |
| 10:32:27 | 25 | A.    Yes.  That was actually included in the initial document     |

*OFFICIAL TRANSCRIPT*

10:32:33  1   that was sent to the FDA, our first draft of the label.  It was

10:32:38  2   also sent again a second time, and the FDA did not agree.

10:32:42  3   Q.   You anticipated my question.

10:32:45  4        Did the FDA accept Janssen's proposed labeling

10:32:49  5   language regarding prothrombin time?

10:32:53  6   A.   No.  They -- if my recollection is correct, they -- first

10:32:57  7   of all, I know for a fact they definitely struck a lot of that

10:33:01  8   language, and part of the rationale that they gave was that

10:33:04  9   there wasn't sufficient evidence or need for that information

10:33:07 10   to be in the label.

10:33:07 11   Q.   Jim, I would like to go to Defense Exhibit 5389.  And if

10:33:15 12   Mr. Shah could be provided with 5389, please.

10:33:27 13        Sir, do you recognize Defense Exhibit 5389?

10:33:32 14   A.   Yes, I do.

10:33:32 15   Q.   What is it?

10:33:35 16   A.   It appears to be a letter from the Food and Drug

10:33:40 17   Administration to our company.

10:33:41 18   Q.   I'm sorry, sir.  Could you take a look at it one more

10:33:45 19   time?  Is it a letter from J&J or from the FDA?

10:33:50 20   A.   Yes, it's from the FDA.

10:33:55 21   Q.   One more time, sir.

10:33:56 22   A.   I'm sorry.  Sorry, sorry, sorry.  Hold on.  Let me just

10:33:59 23   flip to the back so I can make sure.

10:34:03 24        Sorry, my apologies.

10:34:03 25   Q.   That's all right.

**OFFICIAL TRANSCRIPT**

| | | |
|---|---|---|
| 10:34:04 | 1 | A.   The letterhead is actually Johnson & Johnson.  It appears |
| 10:34:07 | 2 | to be a letter from us to the FDA. |
| 10:34:08 | 3 | Q.   Right.  And if you would turn with me, what is this |
| 10:34:15 | 4 | letter?  Could you take a second and refresh yourself on it, |
| 10:34:18 | 5 | please? |
| 10:34:19 | 6 | A.   (Witness reviews the document.) |
| 10:34:29 | 7 | Yes, this appears to be our submission back to the |
| 10:34:31 | 8 | FDA following the complete response that we had received, so |
| 10:34:35 | 9 | it's our new package, new file that the FDA had requested to |
| 10:34:41 | 10 | support approvability of the drug. |
| 10:34:42 | 11 | Q.   I would like you to turn to page 4, please, Question 13. |
| 10:34:52 | 12 | A.   Okay. |
| 10:34:52 | 13 | Q.   And what was going on in Question 13, sir? |
| 10:34:58 | 14 | A.   (Witness reviews the document.) |
| 10:35:12 | 15 | This reflects revisions that we had made in response |
| 10:35:17 | 16 | to the FDA request related to some information in a box |
| 10:35:23 | 17 | warning, warnings and precautions, and also to the section |
| 10:35:27 | 18 | related to use of Xarelto in pregnancy and lactation. |
| 10:35:32 | 19 | Q.   And we'll get to that in a moment, sir. |
| 10:35:32 | 20 | A.   Okay. |
| 10:35:35 | 21 | Q.   Could you tell us who signed this letter for J&J? |
| 10:35:41 | 22 | A.   The letter is signed by Andrea Kollath, who is in our |
| 10:35:46 | 23 | regulatory department, within our R&D group, I should add. |
| 10:35:51 | 24 | Q.   I would like you to go to Defense Exhibit 5390.  Someone |
| 10:35:59 | 25 | will provide that to you. |

*OFFICIAL TRANSCRIPT*

10:36:01 1                    And what is this, Mr. Shah?

10:36:05 2    A.    This is the package insert or label for Xarelto.

10:36:08 3    Q.    Was this the draft label that was mentioned in the letter

10:36:12 4    that you just saw?

10:36:13 5    A.    Yes, it appears to be.

10:36:17 6    Q.    All right.  As a member of the Label Working Group at

10:36:22 7    Janssen, was this information provided to you?

10:36:25 8    A.    Yes, it would have been.

10:36:28 9    Q.    Let's take a look at Section 12.2.  It's on the very

10:36:35 10   bottom of page 13 of 24, sir.

10:36:38 11   A.    Okay.

10:36:38 12   Q.    All right.  What's that section titled, 12.2?

10:36:45 13   A.    It's titled *Pharmacodynamics*.

10:36:49 14   Q.    And was this language in Section 12.2 proposed by Janssen

10:36:53 15   to the FDA to be included in the Xarelto label?

10:36:57 16   A.    Yes.  It would have been.

10:37:00 17   Q.    All right.

10:37:00 18   A.    And it was.

10:37:02 19   Q.    If you would read with me the highlighted portion.

10:37:09 20             "Anti-Factor Xa activity is also influenced by

10:37:14 21   rivaroxaban.  The relationship between PT and rivaroxaban

10:37:18 22   plasma concentration is linear and closely correlated.  If

10:37:21 23   assessment of the pharmacodynamic effect of rivaroxaban is

10:37:24 24   considered necessary in individual cases, PT, measured in

10:37:29 25   seconds, is recommended.  The Neoplastin PT assay was measured

                         *OFFICIAL TRANSCRIPT*

10:37:34 1    in the Record program in median."  And we can go on.

10:37:38 2            Was that language proposed by Janssen to the FDA?

10:37:40 3    A.   Yes, it was.

10:37:43 4    Q.   All right.  I would like you to take a look at Defense

10:37:47 5    Exhibit 6009.  If that could be provided to Mr. Shah.

10:38:00 6            And do you have that in front of you, sir?

10:38:03 7    A.   I do.

10:38:03 8    Q.   What is Defense Exhibit 6009?

10:38:09 9    A.   It is an e-mail from Andrea Kollath, the same person who

10:38:15 10   wrote the letter to the FDA, alerting us that we have received

10:38:19 11   the revisions to our proposed label and that she has attached

10:38:25 12   the FDA comments, etcetera.

10:38:28 13   Q.   Now, were you copied on this e-mail?

10:38:34 14   A.   Yes, my name is on the e-mail.

10:38:35 15   Q.   What was the subject line of the e-mail?

10:38:39 16   A.   "FDA marked-up version of orthopedic surgery, U.S. package

10:38:44 17   insert."

10:38:44 18   Q.   And did the FDA actually attach a redlined version of the

10:38:50 19   label proposed by Janssen?

10:38:52 20   A.   Yes, that's correct.

10:38:52 21   Q.   All right.  And did you have the opportunity to review

10:38:55 22   that attachment?

10:38:57 23   A.   Yes, I did.

10:38:58 24   Q.   All right.  I would like you to turn to the same section

10:39:01 25   that we were looking at before, Section 12.2 Pharmacodynamics,

*OFFICIAL TRANSCRIPT*

10:39:07  1    please.

10:39:13  2    A.   Would you happen to know the page number?

10:39:16  3    Q.   Yes, sir.  Page 33 of 47.  I had -- I cheated.  I had a

10:39:22  4    tab on mine.

10:39:22  5    A.   Got it.

10:39:24  6    Q.   Are you there?

10:39:24  7    A.   I'm there.

10:39:25  8    Q.   All right.  Do you see Section 12.2?

10:39:30  9    A.   I do.

10:39:30 10    Q.   Do you see that in Section 12.2, as it came back from the

10:39:36 11    FDA, certain language is struck out?

10:39:37 12    A.   Yes.

10:39:38 13    Q.   Who struck that language out?

10:39:43 14    A.   The FDA did.

10:39:43 15    Q.   And the language that we just read to the jury regarding

10:39:50 16    the relationship between PT and rivaroxaban and the measurement

10:39:55 17    of PT and Neoplastin, PT assay, was that language struck out?

10:40:02 18    A.   It was.

10:40:03 19    Q.   And who struck it out?

10:40:06 20    A.   The FDA.

10:40:06 21    Q.   All right.  Now, did the FDA also add certain language to

10:40:20 22    the Xarelto label that had not been in place when Janssen

10:40:24 23    submitted the label to the FDA?

10:40:26 24    A.   Yes.  And that is typical.  FDA will typically delete as

10:40:33 25    well as add comments and information.

*OFFICIAL TRANSCRIPT*

| | |
|---|---|
| 10:40:35 1 | Q.   Now, let's stay on Defense Exhibit 6009.  I think it's in |
| 10:40:41 2 | front of you; is that right, sir? |
| 10:40:43 3 | A.   It is. |
| 10:40:43 4 | Q.   All right.  Would you turn to page 9. |
| 10:40:54 5 | A.   Okay. |
| 10:40:54 6 | Q.   And I would like to direct your attention to 5.3.  Do you |
| 10:41:02 7 | see that section? |
| 10:41:03 8 | A.   I do. |
| 10:41:03 9 | Q.   Is there language in Section 5.3 that was added to the |
| 10:41:09 10 | label by the Food and Drug Administration? |
| 10:41:11 11 | A.   Yes. |
| 10:41:13 12 | Q.   Could you read that language for us, please? |
| 10:41:18 13 | A.   It states:  "Xarelto should be used with caution in |
| 10:41:22 14 | pregnant women.  Xarelto dosing in pregnancy has not been |
| 10:41:25 15 | studied.  The anticoagulation effect of Xarelto cannot be |
| 10:41:29 16 | monitored with standard laboratory testing nor readily |
| 10:41:33 17 | reversed.  Promptly evaluate any signs or symptoms suggestive |
| 10:41:37 18 | of blood loss," and then in parentheses, "for example, a drop |
| 10:41:44 19 | in hemoglobin and/or hematocrit, hypotension or fetal |
| 10:41:48 20 | distress." |
| 10:41:48 21 | Q.   The language "The anticoagulant effect of Xarelto cannot |
| 10:41:55 22 | be readily monitored with standard laboratory testing nor |
| 10:42:00 23 | readily reversed" was added by who? |
| 10:42:02 24 | A.   Yes.  All, with the exception of the word *readily*, that |
| 10:42:05 25 | you mentioned. |

***OFFICIAL TRANSCRIPT***

10:42:06 1    Q.   The language that was added, who added that language?

10:42:14 2    A.   That language was added to the FDA -- by the FDA, excuse

10:42:17 3    me.

10:42:17 4    Q.   Thank you, sir.

10:42:21 5         I would like to show you Defense Exhibit 6100.  Do

10:42:34 6    you have that in front you, sir?  Or you will have.

10:42:38 7    A.   I do.

10:42:38 8    Q.   Thank you.

10:42:42 9         And if you could turn to the first page, is what is

10:42:46 10   in front of you something called a *red ribbon* document?

10:42:50 11   A.   Yes.  I can tell by the red ribbon.

10:42:54 12   Q.   It's a good hint, right?

10:42:56 13   A.   Yes.

10:42:57 14   Q.   If you turn to the third page, do you see a copy of an

10:43:07 15   e-mail, sir?

10:43:09 16   A.   I do.

10:43:10 17   Q.   And who is the e-mail from?

10:43:16 18   A.   The e-mail is from Tyree Newman, who is the regulatory

10:43:20 19   project manager at the Food and Drug Administration, or FDA.

10:43:22 20   Q.   And who was it to?

10:43:25 21   A.   And it was written to Andrea Kollath, who is in our

10:43:30 22   regulatory department.

10:43:31 23   Q.   Do you see the text of the e-mail is:  "Good morning,

10:43:34 24   Andrea.  Please see the attached redlined version of the label

10:43:39 25   regarding New Drug Application 22406 for your review and

*OFFICIAL TRANSCRIPT*

10:43:44  1   comments"?  Do you see that?

10:43:46  2   A.    Yes, I do.

10:43:47  3   Q.    And what was *New Drug Application 22406*?

10:43:54  4   A.    This particular NDA, or new drug application, was for the

10:43:59  5   approval of Xarelto for the orthopedic surgery indication,

10:44:01  6   which was VTE prophylaxis or prophylaxis following hip or knee

10:44:09  7   replacement surgery.

10:44:10  8   Q.    Sir, have you had the opportunity to review Defense

10:44:13  9   Exhibit 6100?

10:44:15 10   A.    Yes, I have it in front of me, and I would have reviewed

10:44:18 11   it back then in my role.

10:44:20 12   Q.    Have you reviewed it recently to confirm that the

10:44:24 13   strikethrough and the additions that we've just talked about

10:44:27 14   are confirmed by Defense Exhibit 6100?

10:44:31 15   A.    Yes.  This is the exact same.

10:44:37 16         MR. SARVER:  Your Honor, I move for --

10:44:38 17         THE WITNESS:  I have had a chance to review it.

10:44:41 18         MR. SARVER:  -- I move for admission of Defense

10:44:43 19   Exhibit 6100.

10:44:45 20         THE COURT:  I already admitted it.

10:44:48 21         MR. SARVER:  Oh, it's already admitted.  Thank you.

10:44:52 22   EXAMINATION BY MR. SARVER:

10:44:52 23   Q.    Now, during the time that you worked on the label

10:44:56 24   committee, was it frequent that the FDA would go back to

10:45:01 25   Janssen with edits and changes to Janssen's label?

***OFFICIAL TRANSCRIPT***

10:45:07  1    A.    Yes, it was actually very typical.  In fact, there were

10:45:13  2    probably about -- a number of rounds, I can't precisely recall

10:45:18  3    exactly how many rounds of comments we received from the FDA.

10:45:21  4    Q.    Is it required before any label is approved by the FDA

10:45:25  5    that they approve every word in that label?

10:45:33  6    A.    I have learned from my experience on multiple launches

10:45:37  7    that they look at every single word, every single dash, every

10:45:42  8    single table.  They are very, very precise in looking through

10:45:46  9    that document, from the very beginning to the very end.

10:45:49 10          Ultimately, what they -- what they decide, as a rule

10:45:53 11    of thumb -- which they have the power to do -- is ultimately

10:45:56 12    what goes in our final label.

10:45:58 13    Q.    Is it your knowledge, sitting here today, in 2017, that

10:46:04 14    the language that the FDA struck from the Xarelto label and the

10:46:08 15    language that the FDA added to the Xarelto label remains in the

10:46:14 16    approved label?

10:46:16 17    A.    Yes, that is still the case.

10:46:19 18    Q.    All right.  Mr. Shah, what I would like to do is talk just

10:46:32 19    a little bit about a different topic.  Mr. Birchfield was

10:46:37 20    asking you questions about whether or not there was a belief at

10:46:45 21    Janssen that Xarelto would be a product that would be very

10:46:48 22    successful.  Was there such a belief?

10:46:52 23    A.    Yeah, we certainly had very high hopes for Xarelto, given

10:46:56 24    the fact that we knew there had not been a new drug in this

10:47:00 25    category for almost 50 years, which is highly unusual; we knew

*OFFICIAL TRANSCRIPT*

10:45:07 1   A.   Yes, it was actually very typical.  In fact, there were

10:45:13 2   probably about -- a number of rounds, I can't precisely recall

10:45:18 3   exactly how many rounds of comments we received from the FDA.

10:45:21 4   Q.   Is it required before any label is approved by the FDA

10:45:25 5   that they approve every word in that label?

10:45:33 6   A.   I have learned from my experience on multiple launches

10:45:37 7   that they look at every single word, every single dash, every

10:45:42 8   single table.  They are very, very precise in looking through

10:45:46 9   that document, from the very beginning to the very end.

10:45:49 10          Ultimately, what they -- what they decide, as a rule

10:45:53 11  of thumb -- which they have the power to do -- is ultimately

10:45:56 12  what goes in our final label.

10:45:58 13  Q.   Is it your knowledge, sitting here today, in 2017, that

10:46:04 14  the language that the FDA struck from the Xarelto label and the

10:46:08 15  language that the FDA added to the Xarelto label remains in the

10:46:14 16  approved label?

10:46:16 17  A.   Yes, that is still the case.

10:46:19 18  Q.   All right.  Mr. Shah, what I would like to do is talk just

10:46:32 19  a little bit about a different topic.  Mr. Birchfield was

10:46:37 20  asking you questions about whether or not there was a belief at

10:46:45 21  Janssen that Xarelto would be a product that would be very

10:46:48 22  successful.  Was there such a belief?

10:46:52 23  A.   Yeah, we certainly had very high hopes for Xarelto, given

10:46:56 24  the fact that we knew there had not been a new drug in this

10:47:00 25  category for almost 50 years, which is highly unusual; we knew

*OFFICIAL TRANSCRIPT*

10:47:04  1    there were a large number of people out there that needed help

10:47:07  2    in preventing clots and also in treating clots; and, people

10:47:12  3    wanted not only effective medications, but they wanted safer

10:47:15  4    medications, and also medications that could alleviate some of

10:47:19  5    the burdens associated with warfarin, which prevented people

10:47:22  6    from eating certain types of foods, taking certain drugs, and

10:47:25  7    requiring monitoring.

10:47:28  8         So we knew that there was a large unmet need, and

10:47:31  9    this drug showed a lot of promise.  It showed a lot of promise

10:47:34 10    in the early stage clinical results that were obviously there.

10:47:37 11    Clearly, that was part of the reason the company was interested

10:47:40 12    and put billions of dollars into its development.

10:47:43 13    Q.   You mentioned something called an *unmet need*.  If a

10:47:48 14    medicine doesn't fulfill an unmet need, will it ever be

10:47:53 15    successful?

10:47:54 16    A.   No.  I mean, the bottom line is, you know, we can

10:47:57 17    identify -- Alzheimer's is a great example, right?  We have

10:48:01 18    been trying to solve Alzheimer's for years now.  We've poured

10:48:06 19    billions of dollars in terms of trying to do that, and we've

10:48:09 20    come up empty.  So there is a huge unmet need there, but we

10:48:12 21    just don't have a solution that's been scientifically valid.

10:48:16 22         In this case, we had an unmet need, and we were able

10:48:19 23    to identify an innovation; and, not only identify that

10:48:22 24    innovation, we then had to conduct very large scale trials over

10:48:25 25    a number of years, including thousands and thousands, tens of

*OFFICIAL TRANSCRIPT*

10:48:29 1   thousands of patients, to prove that it would actually be

10:48:32 2   effective and safe and supportive of bringing it to the market.

10:48:34 3   Q.   Sir, in your experience, is any medicine going to be a

10:48:41 4   commercial success if it isn't safe and effective in the hands

10:48:47 5   of doctors using it with their patients?

10:48:50 6   A.   No, not even close.  Even -- you know, there are plenty of

10:48:55 7   examples where something unforeseen happens, and drugs can then

10:48:58 8   be unsuccessful even after they are successful.

10:49:01 9        So the bottom line is, it has to hit the unmet need,

10:49:05 10  and then, after the product is introduced, people have to have

10:49:09 11  good success with it, have to have good experiences with it,

10:49:12 12  specifically doctors, to even recommend it to their patients or

10:49:15 13  to continue to use that drug.

10:49:17 14  Q.   Now, Mr. Birchfield asked you questions about a clinical

10:49:22 15  trial.  The clinical trial he asked you about was called the

10:49:26 16  *ROCKET trial*.  Are you familiar with that trial?

10:49:29 17  A.   Yes, very familiar.

10:49:30 18  Q.   Now, I don't know if you know anything about the plaintiff

10:49:34 19  in this case, Ms. Mingo, but she was treated with Xarelto for a

10:49:41 20  clot, a deep vein thrombosis, extensive deep vein thrombosis.

10:49:46 21  Is that the indication that was tested in the ROCKET study?

10:49:51 22  A.   No.  The patients that were studied in the ROCKET study

10:49:55 23  actually had atrial fibrillation, which obviously is,

10:49:58 24  unfortunately, a defect that occurs in the heart and causes

10:50:02 25  pooling of the blood, and leads to the formation of clots,

*OFFICIAL TRANSCRIPT*

10:50:05 1   which can then cause stroke.

10:50:08 2        What you just described would be a patient who would

10:50:10 3   develop a clot typically in the lower part of the legs, and

10:50:14 4   then obviously would be treated for that clot and prevention of

10:50:16 5   a secondary clot occurring.

10:50:18 6   Q.   Is looking at the ROCKET trial the appropriate trial to

10:50:22 7   look at for someone like Ms. Mingo?

10:50:25 8   A.   No.  ROCKET trial was in a totally different population.

10:50:29 9   We conducted a different set of trials to evaluate Xarelto's

10:50:33 10  effectiveness and safety and dosing in patients who would fit

10:50:38 11  the description you just gave.

10:50:39 12  Q.   I would like to take you on a little bit of a different

10:50:43 13  topic, and show you Defense Exhibit 10, Mr. Shah.

10:50:47 14       What's coming to you will be the Xarelto label -- or

10:50:51 15  package insert.  Do you have that in front of you, sir?

10:50:56 16  A.   I do.

10:50:56 17  Q.   I believe this is already in evidence.

10:51:01 18       Would you turn to page 41 of the package insert.

10:51:08 19  A.   I'm sorry.  40 -- okay, got it.  I'm there.

10:51:13 20  Q.   What is -- what begins on page 41?

10:51:17 21  A.   This is the medication guide.

10:51:19 22  Q.   What is the medication guide?

10:51:22 23  A.   So the medication guide is a document that the FDA will

10:51:27 24  often approve alongside the package insert.  While the package

10:51:31 25  insert is written in very technical terms and is meant for the

*OFFICIAL TRANSCRIPT*

10:51:35 1    physician community -- or healthcare provider community, the

10:51:38 2    FDA will sometimes add a medication guide, which is written for

10:51:42 3    patients.

10:51:43 4    Q.    Who drafts the document?

10:51:47 5    A.    This document, the medication guide, is typically drafted

10:51:51 6    in response to an FDA request.  Then the FDA ultimately owns

10:51:57 7    the content of the medication guide --

10:51:59 8    Q.    Who is the intended audience --

10:52:02 9    A.    -- alongside us.

10:52:05 10   Q.    Thank you, sir.  Sorry.  Who is the intended audience for

10:52:08 11   the medication guide?

10:52:08 12   A.    The medication guide is meant for your average layperson.

10:52:11 13   So it's written in very simple terms that -- at least the FDA

10:52:17 14   tries to write it, and they ask us to write it as well with

10:52:19 15   them, in very simple language that the average person can

10:52:24 16   understand, even if they don't have a science background.

10:52:26 17   Q.    Is the medication guide included with the medicine for the

10:52:31 18   patients to read?

10:52:34 19   A.    Always.  It has to be -- whenever an FDA label includes a

10:52:39 20   medication guide, we're required by law and rules and

10:52:42 21   regulations to then include that medication guide with the

10:52:47 22   product when it's distributed, and also include it in a number

10:52:51 23   of patient materials that may associate -- may be accompanying

10:52:54 24   that product.

10:52:58 25   Q.    Now, is there a section titled:  "What is the most

*OFFICIAL TRANSCRIPT*

10:53:01  1  important information I should know about Xarelto?"

10:53:03  2  A.   Yes.  It's actually all the way at the top.

10:53:05  3  Q.   Right.

10:53:08  4       Jim, if you wouldn't mind moving up a little bit on

10:53:11  5  our document, so the jury can see a little more.

10:53:14  6       Under the second bullet point -- is it the second or

10:53:17  7  the third, I can't tell -- second bullet point, what does it

10:53:23  8  say?

10:53:23  9  A.   Second bullet point states in bold:  "Xarelto can cause

10:53:29 10  bleeding."  Then there is other information that's not bolded.

10:53:34 11       Would you like me to read it?

10:53:37 12  Q.   You know, I'm going to try to move this along, but is it

10:53:40 13  very clear that on the first page of the medication guide given

10:53:42 14  to patients, we tell them:  One of the most important things to

10:53:46 15  know is that Xarelto can cause bleeding?

10:53:48 16  A.   Yes.  That was the intention of the medication guide is to

10:53:52 17  specifically state that Xarelto can cause bleeding as one of

10:53:56 18  the leading key things that it conveys.  It's put in bold for

10:54:00 19  exactly that reason, because -- and it's listed towards the

10:54:03 20  top, because it is the most common side effect.

10:54:07 21  Q.   Are you old enough to remember a radio show called *The*

10:54:12 22  *Rest of the Story*?  Or are you too young for that?

10:54:17 23  A.   I'm not familiar with that radio show, sorry.

10:54:19 24  Q.   Maybe some of the jurors are as old as me.  But I would

10:54:22 25  like to talk about a couple of the documents that

*OFFICIAL TRANSCRIPT*

10:54:26   1   Mr. Birchfield showed you, but didn't talk about some parts,

10:54:30   2   all right?

10:54:31   3   A.   Okay.

10:54:31   4   Q.   Remember that article called *Blood*.

10:54:33   5          Mr. Hoy, it's 5813730.

10:54:40   6          Do you remember that -- do you remember this one?

10:54:43   7   Can you see it?

10:54:43   8   A.   Yes.  I can see it on your screen, yes.

10:54:47   9   Q.   Okay.  Do you have a hard copy in front of you?  Maybe

10:54:50  10   that would be easier.

10:54:51  11   A.   I don't.

10:54:53  12   Q.   Big stack of documents?

10:55:03  13   A.   Can I get one?

10:55:03  14   Q.   I won't take too long, but it's always easier to have the

10:55:08  15   hard copy, isn't it?

10:55:16  16   A.   Thank you.

10:55:16  17   Q.   Thank you, Mr. Shah.  Sorry to make you work.

10:55:22  18          Do you recall being asked some questions about this

10:55:24  19   document?

10:55:25  20   A.   Yes, I do.

10:55:26  21   Q.   The document is dated 2009?

10:55:31  22   A.   Yes, it is.

10:55:34  23   Q.   It's an abstract; is that correct?  Actually, it says

10:55:38  24   abstract 2099, but I think that's the number of the abstract.

10:55:44  25   We're not quite to 2099.

*OFFICIAL TRANSCRIPT*

10:55:46 1  A.   Yes.  It has an abstract.  It could have been a poster or

10:55:49 2  just could be an abstract.  I'm not sure.

10:55:51 3  Q.   I'd like you to take a look at the second page of the

10:55:54 4  abstract.

10:55:59 5  A.   Okay.

10:55:59 6  Q.   Do you recall being asked some questions about the

10:56:02 7  abstract?

10:56:04 8  A.   I was.

10:56:05 9  Q.   Okay.  If you wouldn't mind turning to the line beginning

10:56:12 10  with, "this analysis."  It's toward the very bottom of the

10:56:17 11  page.  It's three lines up, "this analysis."

10:56:27 12          Jim, just move your cursor all the way over to --

10:56:31 13  there you go.  You're almost there.  Down one.  There you are.

10:56:35 14  Now you're there.

10:56:36 15  A.   I'm sorry, you said this was -- oh, okay.  On page 2,

10:56:43 16  right?  "This analysis focused on treatment emergent"; is that

10:56:46 17  where you are?

10:56:46 18  Q.   No, I'm actually, "this analysis suggests."

10:56:54 19          It's highlighted on the screen now.  Perhaps you can

10:56:56 20  see it.

10:56:57 21  A.   Unfortunately, I can't see your screen, but it's on

10:57:01 22  page 2, correct?

10:57:01 23  Q.   It's on page 2.  It's just above the big chart at the

10:57:06 24  bottom.

10:57:18 25          Go up three lines.

*OFFICIAL TRANSCRIPT*

10:57:18 1    A.    Yes.

10:57:19 2    Q.    "This analysis suggests that PT over a wide range is not

10:57:24 3    an accurate predictor of bleeding."  Do you see that?

10:57:35 4          Jim, could you crunch the screen a little bit.

10:57:37 5    A.    I haven't found it yet.  I apologize.  I don't know why

10:57:42 6    I'm missing it here.

10:57:43 7    Q.    That's all right.  It's important for us to get there

10:57:46 8    because we need to be on the same page.

10:57:47 9          So if you go up three lines from the top of the

10:57:51 10   chart --

10:57:53 11         THE COURT:  He's on the wrong page.

10:57:54 12   EXAMINATION BY MR. SARVER:

10:57:57 13   Q.    Are you on the wrong page, sir?  It's on page 2.

10:58:01 14   A.    I'm on page 2 -- it's listed PDF 2, and 2 of 5, correct?

10:58:07 15   That's what I'm supposed to be on.

10:58:07 16   Q.    It is?

10:58:08 17   A.    I see two sentences.  One states:  "The reproducible

10:58:11 18   effects of rivaroxaban."  Then it starts -- then the next

10:58:14 19   sentence is:  "Although extreme PT trough and peak values."

10:58:17 20   Q.    There we go.  Read that whole line.

10:58:19 21   A.    I got you now.  Okay.  I was looking for the beginning of

10:58:24 22   the sentence starting with "this analysis."  I apologize.

10:58:24 23   Q.    My fault.

10:58:26 24   A.    "Although extreme PT trough and peak values were

10:58:30 25   associated with an increased risk of bleeding, this analysis

*OFFICIAL TRANSCRIPT*

10:58:32 1    suggests that PT over a wide range is not an accurate predictor

10:58:36 2    of bleeding events in individual patients undergoing total hip

10:58:41 3    or knee replacement surgery receiving 10 milligrams of

10:58:45 4    rivaroxaban."

10:58:45 5    Q.    Now, is that the ultimate conclusion of the article, that

10:58:50 6    PT is not a predictor?

10:58:52 7    A.    Yes, that appears to be the case.

10:58:54 8    Q.    Is that your understanding, sitting here today in 2017, of

10:59:00 9    what the state of the science is?

10:59:02 10   A.    Yes.  That's exactly ultimately where the conclusion

10:59:07 11   landed, and that's actually what the FDA's position was.

10:59:10 12   Q.    Is that the reason the FDA struck the language it struck

10:59:13 13   from our label?

10:59:14 14   A.    Yes.  The FDA felt that any information related to PT and

10:59:20 15   what it measured or could imply, they felt was superfluous and

10:59:27 16   could cause confusion.

10:59:28 17   Q.    If we could take a look now at Plaintiff's Exhibit 127,

10:59:33 18   another one that was shown to you, 1023223.

10:59:43 19           I don't know if someone can give that to Mr. Shah.

10:59:48 20   Plaintiff's Exhibit 127.

10:59:54 21           Do you remember talking about this with

10:59:56 22   Mr. Birchfield?

10:59:58 23   A.    Yes, I do.

10:59:59 24   Q.    Just to the point we were going to, if you would go -- and

11:00:04 25   did you write this, by the way?  This is your e-mail?

*OFFICIAL TRANSCRIPT*

11:00:06  1    A.    I did.  Yes, I did.

11:00:09  2    Q.    Going to the point we were just talking about, the last

11:00:12  3    sentence in the first paragraph --

11:00:16  4    A.    Yep.

11:00:17  5    Q.    -- would you read that for us?

11:00:18  6    A.    It says:  "Finally, it's my understanding that, while the

11:00:23  7    measurements may indicate current rivaroxaban levels in the

11:00:26  8    body, they don't correlate to risks of bleedings or other

11:00:30  9    outcomes."

11:00:31 10    Q.    Is that your understanding today?

11:00:35 11    A.    Yes, that's still my understanding.

11:00:37 12    Q.    Do you know when Bayer --

11:00:47 13          We're done with that.  Thank you, Mr. Shah.  Sorry.

11:00:50 14    A.    Okay.

11:00:51 15    Q.    You were asked some questions about the CDLA -- do you

11:00:58 16    remember those questions -- that agreement between Bayer and

11:01:00 17    Janssen?

11:01:00 18    A.    Yes.

11:01:01 19    Q.    Do you know when Bayer began the clinical study and the

11:01:05 20    scientific study of rivaroxaban?

11:01:09 21    A.    I believe -- well, I don't recall the exact year.  I know

11:01:13 22    that the studies were started sometime in the late 1990s.

11:01:16 23    Q.    By the time that the CDLA was entered into, had there been

11:01:24 24    literature, scientific articles, published by Bayer scientists

11:01:29 25    about rivaroxaban?

*OFFICIAL TRANSCRIPT*

1796

11:09:14 1    than half of those are in the United States.

11:09:15 2    Q.    Mr. Shah, I want to -- I want you to take a look at

11:09:20 3    Defense Exhibit 6100.  It's the document with the red ribbon on

11:09:28 4    it.  Do you see that, sir?

11:09:30 5    A.    Okay.

11:09:34 6    Q.    When is the first time you saw this document, Mr. Shah?

11:09:41 7    A.    I would have seen this when we received it from the FDA.

11:09:45 8    Obviously, anything we receive from the FDA goes first to our

11:09:48 9    regulatory department.  They will look at it, and then they

11:09:52 10   would forward it on to the label working group, which would

11:09:56 11   have included me.

11:09:56 12   Q.    So, when -- can you give us a month, a year -- when would

11:10:03 13   you have seen it?

11:10:05 14   A.    Immediately after we had received it, you would image

11:10:08 15   within a -- within a day or two.

11:10:09 16   Q.    All right.  So did you receive this back in 2011?  Did you

11:10:18 17   receive it last month?  Two months ago?  When did you receive

11:10:22 18   it, sir?

11:10:23 19   A.    So, what I was trying to do in addressing your question

11:10:27 20   was, basically, as a general rule of thumb, whenever we get

11:10:30 21   something like this from the FDA, we would then get it, as the

11:10:33 22   label working group, immediately.  It just first goes to our

11:10:37 23   regulatory department, because that's who has ultimately the

11:10:41 24   direct communication with the FDA.

11:10:42 25            So if this was received in 2011, whatever date it was

*OFFICIAL TRANSCRIPT*

11:10:46  1   received on specifically in June, let's say, June 13th, I would

11:10:50  2   have received it within a day or two.

11:10:51  3   Q.   All right.  Mr. Shah, I want to make sure that I

11:11:00  4   understand your position clearly.  Is it your position that the

11:11:03  5   FDA struck the language from section 12.2?

11:11:10  6   A.   Yes, that's what I stated.

11:11:11  7   Q.   Okay.  Is it your position that the FDA struck the

11:11:17  8   language from section 12.2 because the FDA believes that PT

11:11:23  9   does not relate to bleeding risks; is that your opinion?

11:11:28 10   A.   The FDA -- so, what precisely the FDA believes in terms

11:11:33 11   what the PT test means or doesn't mean, you'd certainly have to

11:11:38 12   ask the FDA in terms of their detailed explanation.

11:11:41 13        But certainly, they struck it because they didn't

11:11:43 14   agree with what we had written, and asked us to, obviously,

11:11:47 15   delete it from the label.  What I think I stated earlier was

11:11:54 16   that they would either have considered it to be superfluous or

11:11:56 17   nonmeaningful information.

11:11:57 18   Q.   Did Janssen take the position that the PT does not relate

11:12:06 19   to bleeding risk, and that type language should not be part of

11:12:11 20   the label?

11:12:15 21   A.   So I have no -- what our position was, was obviously what

11:12:19 22   we put in the label, which we had read a little while ago, that

11:12:22 23   went down to the FDA.  So I think that's an accurate reflection

11:12:25 24   of what our position would have been based on the science that

11:12:28 25   would have existed.

*OFFICIAL TRANSCRIPT*

11:12:28  1          Once the FDA obviously gives us a -- the feedback

11:12:32  2   that they did, unless we have, as a general rule of thumb,

11:12:37  3   clinical evidence or some new scientific data that would

11:12:40  4   convince the other FDA otherwise -- which we, obviously, always

11:12:43  5   have the purview of submitting -- it would be difficult to

11:12:46  6   overturn the FDA's position.

11:12:48  7   Q.   Mr. Shah, did -- you told us that you were involved every

11:12:56  8   step of the way, right, with --

11:12:57  9   A.   Correct.

11:12:57 10   Q.   So if we look at the -- if we look at the e-mail here from

11:13:06 11   Tyree Newman, it was June 13th --

11:13:10 12   A.   I'm sorry, I'm not looking at an e-mail.  I'm looking at

11:13:13 13   the red ribbon document you had asked me to look at.

11:13:16 14   Q.   If you turn to page 3 of the red ribbon document --

11:13:21 15   A.   Okay.

11:13:22 16   Q.   -- it is an e-mail from Tyree Newman to --

11:13:26 17   A.   Yes.

11:13:27 18   Q.   -- Andrea Kollath, right?

11:13:34 19   A.   Yes, it is.

11:13:34 20   Q.   So what I would like for you to do, Mr. Shah, is walk us

11:13:38 21   through, walk us through the timeline of the regulatory steps,

11:13:43 22   what happened next between now and the time that the label was

11:13:49 23   approved in July of 2011, and then the label in November of

11:13:55 24   2011.

11:13:57 25   A.   Right.  So, as I described earlier, FDA communication of

**OFFICIAL TRANSCRIPT**

11:14:01 1   this sort, and as this e-mail proves what I just stated a

11:14:06 2   little while ago, it would go to our regulatory department.

11:14:09 3   Our regulatory department would then forward that information

11:14:11 4   to the label working group, which I was a part of.  That would

11:14:15 5   occur within just a day or two.  Obviously, they would need

11:14:18 6   enough time to just get the e-mail, turn it around, forward it

11:14:22 7   on.

11:14:22 8        Then we would typically have a meeting to review FDA

11:14:25 9   comments.  Obviously, respond and adjust things for the FDA's

11:14:31 10  comments.  Then, ultimately, send a cleaner version back to the

11:14:34 11  FDA within whatever time period we could adjust and make all

11:14:39 12  those changes that they requested.

11:14:40 13  Q.   So when was that, sir?  When was the follow-up?  I'm

11:14:43 14  asking you to factually walk us through.

11:14:47 15  A.   I can't possibly remember from seven years ago when the

11:14:49 16  exact timing -- or six years ago, when the exact timing of that

11:14:53 17  follow-up would be.  But, typically, what I would tell you is,

11:14:56 18  in those circumstances, we tried to do that as quickly as

11:14:59 19  possible.

11:14:59 20       So, obviously, when we get FDA's comments, we absorb

11:15:02 21  them, we study them.  Obviously, if we need some additional

11:15:05 22  help to digest some of the comments, go look up studies that

11:15:08 23  they've requested follow-up on, we would do that.  Then we

11:15:12 24  would do our best to turn it around within a matter of days

11:15:15 25  back to the FDA.

*OFFICIAL TRANSCRIPT*

11:15:15  1     Q.    All right.  I want you to turn, if you would, Mr. Shah, to

11:15:24  2     page 18 of 52 of that red ribbon document.

11:15:30  3     A.    Okay.

11:15:31  4     Q.    Dean, can I get the --

11:15:45  5           All right.  So, following the redline, if you'll look

11:15:51  6     at that section, let's look at the -- at what was deleted --

11:15:59  7     you have stated this language was deleted by the FDA, correct?

11:16:04  8     A.    Correct.

11:16:04  9     Q.    So deleted is:  "Routine monitoring of coagulation

11:16:10 10     parameters is not required with Xarelto use."  That was deleted

11:16:15 11     by the FDA; is that your testimony, sir?

11:16:18 12     A.    It appears, yes, that's exactly right.

11:16:22 13     Q.    Then deleted from this section:  "The relationship between

11:16:27 14     PT and rivaroxaban plasma concentration is linear and closely

11:16:35 15     correlated.  If assessment of the pharmacodynamic effect of

11:16:39 16     rivaroxaban is considered necessary in individual cases, PT

11:16:45 17     measured in seconds is recommended.  The Neoplastin PT assay

11:16:50 18     was measured in the RECORD program, and the median, with 95.5

11:17:05 19     percentile for PT Neoplastin, two to four hours after tablet

11:17:06 20     intake, i.e., at the time of maximum effect, was 18."

11:17:11 21           Are you following me there, sir?

11:17:13 22     A.    Yes, I am.

11:17:14 23     Q.    Then it says:  "The internationalized normalized ratio

11:17:22 24     should not be used for measuring rivaroxaban pharmacodynamic

11:17:26 25     effect."  Is that right?  Did I read that --

*OFFICIAL TRANSCRIPT*

11:17:29 1    A.    Yes, you read -- you read that correctly, yes.

11:17:31 2    Q.    That was stricken by the FDA?

11:17:33 3    A.    Yes.

11:17:34 4    Q.    Is there any information in that language that would

11:17:43 5    instruct doctors that the Neoplastin PT could be useful to help

11:17:50 6    identify patients in the upper quartile, the fourth quartile?

11:17:56 7    A.    So I'm not sure I completely understand your question.

11:18:01 8          First of all, I think that, you know -- and, listen,

11:18:04 9    I would recommend, you know, our clinicians obviously look at

11:18:08 10   that.  But, generally speaking, if somebody is doing quartiles,

11:18:13 11   you're segmenting a group of patients you're doing in a study

11:18:17 12   into different groupings.  Ultimately, you're then analyzing

11:18:20 13   the results of those people.

11:18:22 14         This specifically is ultimately saying that the

11:18:28 15   information we had included obviously stated that this could be

11:18:33 16   a pharmacodynamic assessment if necessary.  You could -- you

11:18:38 17   could use PT potentially to look at that.  Then, obviously, the

11:18:43 18   FDA struck that.

11:18:43 19         So I'm not sure -- like, obviously, the quartile

11:18:48 20   information, which we had just discussed in my previous line of

11:18:52 21   questioning, the results of that study clearly stated that PT

11:18:57 22   was not an active -- or accurate predictor of the bleeding

11:19:03 23   risk.  So that's why this -- I would imagine that's why our

11:19:07 24   clinicians decided not to include that originally.

11:19:11 25         MR. BIRCHFIELD:  Your Honor, may I get an easel?

*OFFICIAL TRANSCRIPT*

11:19:27 1          THE COURT:  Yes.

11:19:27 2          MR. SARVER:  Your Honor, may I walk over, please?

11:19:31 3          THE COURT:  Yes.

11:19:32 4  EXAMINATION BY MR. BIRCHFIELD:

11:19:33 5  Q.    Mr. Shah, the redlined red ribbon document that we just

11:19:37 6  looked at, that was a -- that was a communication from the --

11:19:41 7  from the FDA to Johnson & Johnson on June 13, 2011; is that

11:19:41 8  right?

11:19:50 9  A.    Yes, that's correct.

11:19:51 10 Q.    Mr. Shah, the language in this strikethrough, it

11:20:25 11 references particular clinical trials; is that right?  The

11:20:32 12 RECORD trial?

11:20:33 13 A.    The language that was deleted, you mean, by the FDA?  I'm

11:20:37 14 not sure what you're asking me.

11:20:39 15 Q.    So, sir, what clinical trials are being considered, what

11:20:43 16 data is being considered when they make this -- when they

11:20:46 17 provide this strikethrough?

11:20:49 18 A.    So, the FDA -- again, you know, I would recommend you talk

11:20:54 19 to our clinical team about that, and specifically the file that

11:20:57 20 was sent down.  But the label is basically typically a summary

11:21:01 21 of all the things that are down at the FDA.

11:21:04 22          You know, clearly, when we send an NDA down, it's not

11:21:08 23 this.  It's a massive file.  All these statements are

11:21:12 24 ultimately supported by all the studies that have been done,

11:21:14 25 those studies are sent down to the FDA.

**OFFICIAL TRANSCRIPT**

11:21:17  1        So I would imagine -- and, again, our regulatory

11:21:21  2   folks could give you specifics on that -- is that the studies

11:21:23  3   that would have been done assessing PT, relevance of PT, that

11:21:27  4   you would imagine that those would have been done at the FDA,

11:21:30  5   the FDA would have reviewed those.  Ultimately, that's how they

11:21:34  6   make the decision as to what they leave in, what they add, or

11:21:38  7   what they strike from the label.

11:21:41  8        They certainly just don't take our summary and base

11:21:44  9   their entire knowledge based off of that.

11:21:48 10   Q.   So you would agree, Mr. Shah, that it's important to

11:21:50 11   consider all of the data from all of the clinical trials in

11:21:53 12   providing information to doctors, right?

11:21:56 13   A.   Well, I mean, you take -- the FDA, I would imagine, would

11:22:00 14   have assessed the composition of the clinical trial data that

11:22:04 15   was at their disposal, as well as any other information that

11:22:07 16   they wanted to take a look at, even beyond those packages, that

11:22:10 17   was in the public domain.

11:22:11 18   Q.   Okay.  All right.  Let's go back to the language that was

11:22:19 19   deleted here.  Can you see that, Mr. Shah?  Do you see the box

11:22:23 20   where it's referring to, deleted?

11:22:26 21   A.   The same box that we were just referring to?  Yes.

11:22:28 22   Q.   Okay.  It says:  "The Neoplastin PT was measured in the

11:22:34 23   RECORD program."  Is that right?

11:22:38 24   A.   That's what it says.

11:22:38 25   Q.   The RECORD program -- there were four RECORD clinical

*OFFICIAL TRANSCRIPT*

11:22:46  1    trials, right?  RECORD-1, RECORD-2, RECORD-3 and RECORD-4,

11:22:51  2    right?

11:22:52  3    A.    Yes, that's correct.

11:22:52  4    Q.    Those clinical trials involved the prevention or

11:22:58  5    prophylaxis of DVT and PE's; is that right?

11:23:04  6    A.    Following hip or knee replacement surgery, yes.

11:23:06  7    Q.    Okay.  This data -- I mean, the FDA strikes language

11:23:12  8    pertaining to the RECORD trials, agreed?

11:23:15  9    A.    Yes.  The date of this exchange indicates that this was

11:23:23 10    the review for the orthopedic surgery indication, so that's not

11:23:28 11    surprising that that's what it's referencing.

11:23:30 12    Q.    All right.  So, before June 11th -- I mean, June 13, 2011,

11:23:44 13    the position of the company was that PT -- PT information

11:23:50 14    should be included in the label to inform doctors that you can

11:23:54 15    measure and monitor the plasma concentration of Xarelto using

11:23:59 16    the Neoplastin PT?

11:24:04 17         MR. SARVER:  Objection, Your Honor, misstates the

11:24:06 18    evidence.

11:24:06 19    EXAMINATION BY MR. BIRCHFIELD:

11:24:07 20    Q.    Mr. Shah, was it the position of the company before

11:24:10 21    June 13, 2011, that Neoplastin PT would be useful and helpful

11:24:16 22    for doctors in measuring -- in measuring the plasma

11:24:23 23    concentration of Xarelto?

11:24:25 24    A.    So, you know, again, I would refer you to our clinical

11:24:29 25    team for that assessment, because they would be the best to

*OFFICIAL TRANSCRIPT*

11:24:32  1    evaluate or give you our, quote, unquote, you know, official

11:24:35  2    position.

11:24:37  3              What my recollection of this is, is that when this

11:24:39  4    was formulated, and this information that ultimately was

11:24:43  5    deleted by the FDA, I recall hearing from our clinical team

11:24:47  6    that, look, you know, while we don't think that this is going

11:24:51  7    to necessarily be a predictor of clinical outcome, there may be

11:24:54  8    situations where people want to just know what a level is, and

11:24:58  9    this is all we've got scientifically available at this time,

11:25:01 10    and so we put that in.

11:25:03 11              Obviously, the FDA didn't feel that it was necessary

11:25:05 12    to include because the FDA's position clearly here was that

11:25:09 13    they didn't see a clinical rationale or an outcome-based

11:25:13 14    decision that it would lead to.

11:25:15 15    Q.   Mr. Shah, after, after June 13, 2011, there were

11:25:20 16    additional clinical data pertaining to Xarelto that was

11:25:25 17    obtained by the company, correct?

11:25:28 18    A.   Well, sure.  We had other clinical trials that came to

11:25:32 19    completion after this specific date.  Atrial fibrillation, by

11:25:37 20    this time, the ROCKET trial, I know, had been completed.  I

11:25:40 21    can't recall the exact date when the EINSTEIN studies were

11:25:44 22    completed.

11:25:44 23    Q.   But the ROCKET data was still being analyzed at this

11:25:48 24    point, right?

11:25:50 25    A.   No.  The ROCKET data had been analyzed at this point, and

*OFFICIAL TRANSCRIPT*

11:25:54  1    the FDA actually had it.

11:25:55  2    Q.   All right.  So, after June 13, 2011, did Janssen or Bayer

11:26:03  3    ever recommend to the FDA, ever amend its label, try to get

11:26:10  4    language in the label about the usefulness of the PT

11:26:17  5    Neoplastin?

11:26:17  6    A.   So since -- so my time obviously on Xarelto ended in 2012.

11:26:22  7    I can't speak to any other conversations that occurred

11:26:25  8    specifically within the team prior -- after 2012 to now.

11:26:29  9         What I can tell you is that during the time, if my

11:26:32 10    recollection is correct -- and, again, I would refer you to our

11:26:35 11    clinical people for this -- there was no other evidence that

11:26:38 12    was sufficient enough to overturn or change that position.

11:26:43 13    That, obviously, was scientifically based, and, as much, we

11:26:47 14    didn't do it.

11:26:48 15         Now, you know, even the ROCKET trial that you just

11:26:50 16    mentioned a couple of minutes ago, the ROCKET NDA, the atrial

11:26:55 17    fibrillation NDA was at the FDA at this time.  Part of the

11:26:58 18    reason we had a two-year delay on our orthopedic surgery

11:27:00 19    indication was that the FDA wanted that data as well, and

11:27:03 20    wanted some long-term safety data.

11:27:05 21         So they obviously had it, and they didn't approve us

11:27:07 22    for orthopedic surgery indication until they had that full data

11:27:11 23    available to them.

11:27:12 24    Q.   Mr. Shah, can you tell -- can you tell us, can you tell

11:27:17 25    the jury whether Janssen or Bayer ever attempted to have

*OFFICIAL TRANSCRIPT*

1870

DEMONDES HAYNES - DIRECT

02:03

1   A.   She was.

2   Q.   There's been some discussion in this trial about what we

3   mean when we say "Xarelto worked for Ms. Mingo."

4        Did Xarelto work?

5   A.   Oh, it definitely worked for her.

6   Q.   Tell me what you mean when you say Xarelto "worked."

7   A.   So when we put patients on blood thinners, we are trying

8   to prevent the blood clots to the lung, as we mentioned.  We

9   are trying to prevent the clots in the legs from becoming

10  larger.  We are trying to prevent more clots from forming.  We

11  are trying to prevent those side effects that can happen after

12  a clot, like the swelling and the ulcers in the leg.

13  Q.   Let's talk for a few moments -- the jury has been hearing

14  a lot in this trial about the PT test, including Neoplastin PT.

15  I want to ask you:  Do you use the PT test when you prescribe

16  Xarelto or other DOAC medications?

17  A.   No, we don't use those tests -- PT tests -- for DOACs.

18  Q.   Do your colleagues at UMC, the ones you work with and

19  consult with, use the PT test when they are prescribing Xarelto

20  and other DOAC medications?

21  A.   No, they don't.

22  Q.   Why do you not do that?

23  A.   The PT test is a test that can be affected by a lot of

24  things.  The primary reason we don't use those is they are not

25  approved to be utilized or recommended to be utilized.

DEMONDES HAYNES - DIRECT

02:04

1     **MR. HONNOLD:**  Your Honor, may we approach?

2     **THE COURT:**  Yes.

3     (The following proceedings were held at the bench.)

4     **MR. HONNOLD:**  I apologize.  Just briefly, I don't

5  know whether the cat is out of the bag on this issue, if things

6  have been mentioned, but this issue of a specific reagent being

7  approved by the FDA or not really is not a probative, relevant

8  issue.  There is no such requirement.

9     We did file a motion in limine on this, which I

10  think you did rule favorably on, and I think it's important.

11  It is misleading to the jury to suggest that there's a

12  requirement that the individual reagents have to be

13  individually cleared by the agency.  It's just not true.

14     **THE COURT:**  See, the issue really is not that.  She

15  is asking why he didn't do it.  If he said it is a requirement

16  that you have to do it, then that would be improper, but that's

17  the reason he doesn't do it.

18     Now, under cross you can do what you can do on

19  it, but that's the reason he doesn't do it.  That's what it is.

20  What am I going to say, that you don't need to use that reason?

21     **MR. HONNOLD:**  No, Your Honor.  I think those are two

22  different points.

23     **THE COURT:**  I think it does.

24     **MR. HONNOLD:**  As he has expressed it, that's

25  suggested it's sanctioning or a requirement.

DEMONDES HAYNES - DIRECT

02:06

1      **THE COURT:**  Well, but that's something you can clear

2   up on cross.  That's what it's there for.

3      **MR. MEUNIER:**  Your Honor, if I could just say, when

4   you granted our motion on this, your language was whether or

5   not the FDA approved the use of Neoplastin PT is "not an issue

6   in the case."  Therefore, since it's not an issue, we don't

7   think any expert should be able to give the jury the impression

8   that it's valid.

9      **THE COURT:**  That's the reason he doesn't do it.  If

10   he says, "My mother told me not to do it," well, what do I say,

11   "Your mother doesn't have any right to tell you that"?

12      **MR. MEUNIER:**  Then we would object and say

13   irrelevant, just like this is.  It's irrelevant.

14      **MR. BONEY:**  It's in the case.  They long opened the

15   door on this.  Your Honor, the motion in limine, as we

16   understood, went to the legal issue of whether you have to have

17   approval to use it or not, not the fact of whether it's

18   approved or not and whether he decides to use it for that

19   reason.

20      **MS. PRUITT:**  Both of their experts, Plunkett and

21   Parisian, have talked about it, Your Honor.

22      **THE COURT:**  You have to just clear that up on cross.

23      **MR. BONEY:**  Thank you, Your Honor.

24      **MR. MEUNIER:**  Your Honor, can we just object to the

25   relevance for the record?

DEMONDES HAYNES - DIRECT

02:07

1        **THE COURT:** Yes.

2        (End of bench conference.)

3  BY MS. PRUITT:

4  **Q.**   Dr. Haynes, why do you not use the PT test when you

5  prescribe Xarelto or other DOAC medications?

6  **A.**   The PT test is not approved to be utilized for making

7  patient care decisions on patients who are taking Xarelto or

8  medications like that.  It's not recommended by the FDA, which

9  helps give us -- gives us authority -- gives us information.

10  It's not recommended by the American College of Chest

11  Physicians.  As I mentioned, that is the organization that's

12  been publishing guidelines for treating blood clots for more

13  than 30 years.

14        It's also not been shown in the literature to help us

15  in the care of patients.  When we are looking at articles, the

16  medical and scientific community generally agree that the PT

17  test is not a test we want to use to follow patients clinically

18  when we are using drugs like Xarelto.

19        **THE COURT:** Now, members of the jury, that's his

20  reason for doing it.  It's not necessarily what the facts are

21  one way or the other, but that's his reason for doing it.

22        **MS. PRUITT:** Can we pull up Slide 102, please.

23  BY MS. PRUITT:

24  **Q.**   Let's talk about some of the medical literature.  What

25  type of literature is this that you have reviewed?

09:41:38  1          And so we have -- we have -- you know, one of the

09:41:43  2   issues is, can you do the test?  Can you test?  We have

09:41:48  3   Dr. Gosselin -- not Dr. Gosselin -- Mr. Gosselin, Bob Gosselin,

09:41:52  4   who came in.  This is the guy whose life, his career has been

09:41:57  5   devoted to these laboratory tests.  One of the most published,

09:42:00  6   greatest researchers in this area.  And he came in and he told

09:42:03  7   us, yes, you can test.  Neoplastin is a particularly sensitive

09:42:08  8   reagent.  It can be used to identify the blood levels, the high

09:42:13  9   responders on these drugs.

09:42:15 10          We have Dr. Rinder who told us that it is -- that

09:42:20 11   Neoplastin is a tool that doctors can use to identify folks

09:42:26 12   that are at risk.

09:42:27 13          We have the medical literature, the medical

09:42:29 14   literature that includes the Bayer scientists.  Back in 2005 --

09:42:34 15   back in 2005 they were using -- they were studying, what are

09:42:38 16   the best tools to measure -- measure the effect here?  And they

09:42:42 17   recognized that Neoplastin is the right one.  That's confirmed

09:42:46 18   by Bayer scientists in 2013.  And Dr. Spiro himself is involved

09:42:53 19   in these studies.

09:42:53 20          So we have -- we have Dr. Rinder.  We have

09:42:57 21   Bob Gosselin.  We have Bayer scientists.  We have their

09:43:00 22   clinical trials.

09:43:00 23          When they -- when they were doing their clinical

09:43:03 24   trials and they were studying this drug and they were getting

09:43:05 25   ready to submit this data to the FDA, what did they use to

*OFFICIAL TRANSCRIPT*

09:43:09  1     measure the plasma concentration?  PT with Neoplastin.

09:43:15  2              Then we have what Bayer says to regulators and

09:43:21  3     doctors outside of the United States.  You've heard the

09:43:25  4     testimony of Dr. Lensing by video.  You heard him say about how

09:43:32  5     to make sure that the information -- it is important that the

09:43:34  6     information be right, that the information be correct.

09:43:38  7              What do they say?  This test is useful.  This

09:43:42  8     test can be useful.  So when we look at -- what are we talking

09:43:49  9     about?  What test are we talking about?  The Neoplastin PT may

09:43:55 10     be useful to assist in determining an excess anticoagulant.  Is

09:44:04 11     the blood too thin?  Are they at risk (inaudible)?

09:44:07 12              So when we look at all of this together, we've

09:44:12 13     got Rinder, we have Gosselin, we have Bayer scientists, we have

09:44:25 14     what they tell doctors and regulators in Canada, we have the

09:44:30 15     medical literature, the early medical literature.  All of this

09:44:37 16     tells us that they know that there is a test that could be

09:44:42 17     measured -- used to measure this.

09:44:43 18              Again, why is this important?  It's important

09:44:47 19     because of the variability, the high variability.

09:44:53 20              All right.  So, let's go to Question Number 3.

09:44:56 21     We look at Question Number 3:  Do you find by a preponderance

09:44:58 22     of the evidence that the Defendants' failure to provide

09:45:02 23     adequate instructions to Dr. Jordon was a proximate cause of

09:45:02 24     Dora Mingo's GI bleed?

09:45:08 25              So what do we have that shows that there is a

*OFFICIAL TRANSCRIPT*

```
10:54:22  1         So, on behalf of my client, Bayer and Janssen, we
10:54:29  2   want to thank you for your time and your attention and your
10:54:32  3   careful thoughtful consideration of everything that we've said
10:54:35  4   and all the evidence that we brought to you.  And we now place
10:54:38  5   in this your capable hands.
10:54:40  6         THE COURT:  Thank you very, very much.  Let's take a
10:54:43  7   brief break of five, ten minutes.
10:54:46  8         THE DEPUTY CLERK:  Ten minutes.  All rise.
10:54:58  9         (WHEREUPON, at 10:54 a.m. the jury panel leaves the
10:55:16 10   courtroom.)
10:55:16 11         (WHEREUPON, at 10:55 a.m. the jury panel leaves the
10:55:16 12   courtroom and then a brief recess was taken.)
10:55:16 13         (WHEREUPON, at 11:06 a.m., the jury panel enters the
11:06:55 14   courtroom.)
11:06:55 15         THE COURT:  Be seated, please.
11:06:57 16            You may proceed.
11:06:57 17         MR. BIRCHFIELD:  Thank you, Your Honor.
11:06:58 18              REBUTTAL CLOSING ARGUMENTS
11:06:58 19   BY MR. BIRCHFIELD:
11:06:59 20            We all have biases, and we all have prejudices.
11:07:03 21   In this case, you have agreed, when serving as jurors, to set
11:07:09 22   aside those prejudices, and render your verdict based on the
11:07:17 23   facts as they apply to the law.  The Defendants are banking on
11:07:23 24   you not being able to do that.  We're trusting that you can.
11:07:30 25            We have prejudices that we come in with, and one
```

*OFFICIAL TRANSCRIPT*

11:07:32  1   of those that is very prevalent and was played on by the

11:07:36  2   Defendants is the idea that the FDA controls; the FDA controls

11:07:43  3   the product, the FDA controls the label.

11:07:47  4          That is a prejudice, that's a prejudging that is

11:07:52  5   very difficult to set aside, but that is not the law.

11:07:59  6   Judge Fallon will give you instructions on the law.

11:08:02  7          You've heard the witnesses for the Defendants,

11:08:06  8   the testimony they gave, the FDA controls -- the FDA writes the

11:08:12  9   labels, the FDA controls every dot and dash, and the FDA writes

11:08:17 10   the medication data.  That's the prejudice, the prejudging of

11:08:20 11   the role of the FDA that the Defendants are counting on you not

11:08:25 12   being able to set aside in rendering your verdict here.  We're

11:08:29 13   trusting that you will.

11:08:30 14          I want to go to -- I want to start with the FDA

11:08:37 15   document, because here is what I want to walk through.  There

11:08:42 16   is a lot that was just laid out that is misleading and was

11:08:48 17   designed for misdirection.  I want to try to bring us back to

11:08:52 18   the law and the facts of this case, starting with the FDA

11:08:57 19   label, suggesting that, hey, we wanted to put in information

11:09:03 20   about the PT test, suggesting we thought maybe it would be

11:09:09 21   helpful to doctors.

11:09:11 22          Look, please look, at this exhibit, at

11:09:18 23   section 12.2.  There is nothing anything in there that isn't

11:09:20 24   struck through that would advise doctors about using the

11:09:24 25   PT test, instructing them that it could be helpful or useful in

*OFFICIAL TRANSCRIPT*

11:09:29  1    following the response.

11:09:30  2            But then, look over here.  Look on the -- look at

11:09:34  3    the document and how they do the track changes, and see what

11:09:38  4    they said.  It says author.  That document is chock full of

11:09:44  5    these changes, and the only description is author.

11:09:48  6            Then go -- you remember what happened.  We had --

11:09:52  7    we had -- Mr. Shah testified about this.  Then we showed him a

11:09:58  8    strikethrough that he received two days later.  This is -- this

11:10:02  9    is January 11th.  There is a strikethrough, an e-mail and a

11:10:07 10    strikethrough that came in on January 13th, two days later,

11:10:14 11    from the FDA.

11:10:15 12            I want you to take a look, if you will, at those

11:10:18 13    two documents.  Look at that strikethrough.  It's very clear,

11:10:23 14    very clear the changes that the FDA -- it's identified, FDA.

11:10:28 15    This is their comments, sponsor.  This is their comments.

11:10:32 16    That's not the case here.

11:10:33 17            So to come in and be critical of Dr. Parisian

11:10:36 18    because she couldn't follow that, she didn't know who did what,

11:10:42 19    that's misleading.  That's misdirection in this case here.  To

11:10:46 20    take this, to take this document and suggest that they were

11:10:51 21    proposing the PT test that would be helpful to doctors, and the

11:10:55 22    FDA rejected it, is misleading.

11:11:00 23            Look at the exhibit two days later.  Look at the

11:11:02 24    position the FDA took in Section 7, in Section 7 of the label.

11:11:07 25    It's clear.  The FDA was not saying that the PT test is

**OFFICIAL TRANSCRIPT**

11:11:12 1   meaningless, is worthless with Xarelto.  That is not their

11:11:15 2   position at all.

11:11:16 3               But here is the final word.  I implore you,

11:11:22 4   please take a look at Plaintiff's Exhibit 102.  This is the FDA

11:11:26 5   summary review.  This is five months later.  This is five

11:11:31 6   months later after this.

11:11:33 7               During those five months, the FDA has the ROCKET

11:11:38 8   data, the big -- the big study for the AFib indication, much

11:11:43 9   more robust data.  They have that data to evaluate.

11:11:46 10              If you'll take the Exhibit 102, and go to page --

11:11:52 11  go to page 9.  You'll see on page 9, they are addressing the

11:11:58 12  issue, the desirability of monitoring for Xarelto.  Here is

11:12:02 13  what they say.  So this is five months after this.

11:12:06 14              The clinical and pharmacology reviewers

11:12:10 15  demonstrated that there is a linear correlation between

11:12:14 16  rivaroxaban levels and prothrombin time, PT.  They also

11:12:19 17  demonstrated that there is a correlation between PT and risk of

11:12:26 18  bleeding.  The applicant -- that's the company -- the applicant

11:12:31 19  has not chosen to utilize this information.

11:12:38 20              You look and -- read the whole paragraph, read

11:12:40 21  that whole section on this, I implore you.  Look at the last

11:12:45 22  sentence:  "However, infrequent monitoring, perhaps at

11:12:49 23  initiation and yearly thereafter, to assure appropriate dosing

11:12:53 24  of drugs that prevent stroke and cause bleeding may improve

11:12:56 25  outcomes and be acceptable to patients."

                         *OFFICIAL TRANSCRIPT*

11:13:01 1        This is the final word of the FDA on this issue.
11:13:06 2   Never, never after, after this strikethrough five months
11:13:12 3   earlier, never did they propose any methods.  They certainly
11:13:17 4   didn't propose any helpful laboratory testing in their label in
11:13:21 5   Section 5 after this or anywhere else in their label.  None.
11:13:24 6        So it's misleading to come in and say, the FDA
11:13:28 7   has just rejected our position, that's it, that's the final
11:13:32 8   word.
11:13:33 9        They are -- they are banking on you not being
11:13:37 10  able to set aside prejudging thoughts that most people in our
11:13:41 11  society have about the control of the FDA.
11:13:44 12       Judge Fallon will give you instructions on the
11:13:50 13  FDA and the label.  You will see, you will see from the charges
11:13:56 14  that he gives you, you will able to hear Judge Fallon instruct
11:14:00 15  you that the manufacturer has a continuing duty to use
11:14:06 16  reasonable care to provide adequate instructions to the
11:14:10 17  prescriber of its drugs concerning such later discovered
11:14:14 18  matters.  The label is -- it's their label.  They bear that
11:14:19 19  responsibility.  They bear that responsibility at all times.
11:14:22 20       You will hear that the responsibility for the
11:14:29 21  contents, the contents of the label, is the manufacturer's.
11:14:34 22  It's not the FDA.  It's the company's label, not theirs.
11:14:40 23       You will see that the company -- the company knew
11:14:50 24  about the usefulness of the PT, but they never, they never put
11:14:55 25  that in their label.  That's their responsibility.  That's what

*OFFICIAL TRANSCRIPT*

1                          REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter in and for the State

5    of Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11                              *s/Cathy Pepper*
                                _____

12                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
13                              Official Court Reporter
                                United States District Court
14                              Cathy_Pepper@laed.uscourts.gov

15

16

17

18

19

20

21

22

23

24

25

                           *OFFICIAL TRANSCRIPT*