# Exhibit D

```
 1                      UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA
 2
     ******************************************************************
 3

     IN RE:  XARELTO (RIVAROXABAN)
 4   PRODUCTS LIABILITY LITIGATION         Docket No. 14-MD-2592
                                           Section "L"
 5                                         New Orleans, Louisiana
     THIS DOCUMENT RELATES TO:             Wednesday, June 7, 2017
 6   Joseph Orr, et al
     v. Janssen Research &
 7   Development, et. al.,
     Case No. 15-CV-3708
 8
     ******************************************************************
 9
                       TRANSCRIPT OF TRIAL PROCEEDINGS
10            HEARD BEFORE THE HONORABLE ELDON E. FALLON
                       UNITED STATES DISTRICT JUDGE
11                    VOLUME VIII - AFTERNOON SESSION

12
     APPEARANCES:
13
     FOR THE PLAINTIFFS'
14   LIAISON COUNSEL:              LEVIN PAPANTONIO
                                   BRIAN H. BARR, ESQ.
15                                 316 Baylen Street, Suite 600
                                   Pensacola, FL 32502
16
                                   BEASLEY ALLEN
17                                 BY:  ANDY BIRCHFIELD, ESQ.
                                   P.O. Box 4160
18                                 Montgomery, AL 36103

19                                 GAINSBURGH BENJAMIN DAVID
                                   MEUNIER & WARSHAUER
20                                 BY:  GERALD E. MEUNIER, ESQ.
                                   2800 Energy Centre
21                                 1100 Poydras Street
                                   New Orleans, LA 70163
22
                                   GOZA & HONNOLD, LLC
23                                 BY:  BRADLEY D. HONNOLD, ESQ.
                                   11181 Overbrook Road, Suite 200
24                                 Leawood, Kansas 66211

25
```

OFFICIAL TRANSCRIPT

```
 1                                         THE LAMBERT FIRM, PLC
                                           BY:  EMILY JEFFCOTT, ESQ.
 2                                         701 Magazine Street
                                           New Orleans, Louisiana 70130
 3

 4   FOR THE DEFENDANT BAYER
     HEALTHCARE PHARMACEUTICALS
 5   INC. and BAYER PHARMA AG:             WILKINSON WALSH & ESKOVITZ, LLP
                                           BY:  BETH A. WILKINSON, ESQ.
 6                                         1900 M Street NW, Suite 800
                                           Washington, DC 20036
 7
                                           Nelson Mullins Riley
 8                                         & Scarborough, LLP
                                           BY:  DAVID E. DUKES, ESQ.
 9                                         Meridian, 17th Floor
                                           1320 Main Street
10                                         Columbia, SC 29201

11
     FOR JANSSEN PHARMACEUTICALS,
12   INC. AND JANSSEN RESEARCH &
     DEVELOPMENT, LLC:                     IRWIN FRITCHIE URQUHART & MOORE
13                                         BY:  JAMES B. IRWIN, ESQ.
                                           400 Poydras St., Suite 2700
14                                         New Orleans, LA 70130

15

16   Official Court Reporter:              Karen A. Ibos, CCR, RPR, CRR, RMR
                                           500 Poydras Street, B-275
17                                         New Orleans, Louisiana 70130
                                           (504) 589-7776
18

19      Proceedings recorded by mechanical stenography, transcript
     produced by computer.
20

21

22

23

24

25
```

OFFICIAL TRANSCRIPT

```
14:13:31  1   and for changes you do not, keep in track changes," correct?
14:13:33  2   A.   Right.  Which shows that the company still could make comments
14:13:36  3   and put in what they wanted.
14:13:36  4   Q.   Right.
14:13:38  5   A.   So it's still a negotiation.  It's not FDA saying you have to
14:13:42  6   do this.
14:13:43  7   Q.   Right.  Let's call up DX 5222.30.1.  So the FDA struck the
14:13:54  8   relationship between PT and rivaroxaban plasma concentration as
14:13:59  9   linear and closely correlated, didn't they?
14:14:02 10   A.   Yes, sir.
14:14:02 11   Q.   And if we call up DX 5222.30.2, FDA also struck "If assessment
14:14:12 12   of the pharmacodynamic effect of rivaroxaban is considered
14:14:17 13   necessary in individual cases, PT (measured in seconds) is
14:14:22 14   recommended."  Correct?
14:14:24 15   A.   Right.  That would be like monitoring a patient, adjusting
14:14:28 16   their dose.
14:14:28 17   Q.   And let's call up DX 5222.6.1.
14:14:33 18   A.   Well, we're not going to get the final sentence that they left?
14:14:35 19   Q.   No.  You will have an opportunity, but I am trying to complete
14:14:38 20   this.
14:14:38 21           MR. BARR:  Your Honor, I mean, she's asking for a rule of
14:14:41 22   completeness again.
14:14:42 23           THE COURT:  Well, you know, just answer the questions and
14:14:46 24   then --
14:14:46 25           THE WITNESS:  Yes, your Honor.
```

\* \* \* \* \*

REPORTER'S CERTIFICATE

I, Karen A. Ibos, CCR, Official Court Reporter, United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

/s/ Karen A. Ibos
Karen A. Ibos, CCR, RPR, CRR, RMR
Official Court Reporter