# Exhibit E

1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF LOUISIANA

3

4

5   IN RE:  XARELTO                    *
    (RIVAROXABAN) PRODUCTS             *
6   LIABILITY LITIGATION               *
                                       *
7   THIS DOCUMENT RELATES TO:          *   Docket No.: 14-MD-2592
                                       *   Section "L"
8   Joseph J. Boudreaux, Jr.           *   New Orleans, Louisiana
    v. Janssen Research &              *   May 1, 2017
9   Development, et. al.,              *
    Case No.: 14-CV-2720               *
10  * * * * * * * * * * * * * * * *

11                 DAY 6, MORNING SESSION
        TRANSCRIPT OF BELLWETHER JURY TRIAL PROCEEDINGS
12         BEFORE THE HONORABLE ELDON E. FALLON
               UNITED STATES DISTRICT JUDGE
13
    APPEARANCES:
14

15  For the Plaintiffs':
    Liaison Counsel:           Levin Papantonio
16                             BY:  BRIAN H. BARR, ESQ.
                               316 South Baylen Street, Suite 600
17                             Pensacola, Florida  32502

18                             Herman, Herman & Katz, LLC
                               BY:  LEONARD A. DAVIS, ESQ.
19                             820 O'Keefe Avenue
                               New Orleans, LA  70113
20
                               Beasley Allen
21                             BY:  ANDY BIRCHFIELD, ESQ.
                               P.O. Box 4160
22                             Montgomery, Alabama 36103

23                             Gainsburg Benjamin David
                                 Meunier & Warshauer
24                             BY:  GERALD E. MEUNIER, ESQ.
                               2800 Energy Centre
25                             1100 Poydras Street
                               New Orleans, Louisiana 70163

```
 1  APPEARANCES:

 2                              Schlichter Bogard & Denton, LLP
                                BY:  ROGER DENTON, ESQ.
 3                              100 South Fourth Street
                                St. Louis, Missouri 63102
 4

 5                              The Lambert Firm
                                BY:  EMILY JEFFCOTT, ESQ.
 6                              701 Magazine Street
                                New Orleans, Louisiana 70130
 7

 8  For the Defendant Bayer
    HealthCare Pharmaceuticals
 9  Inc. and Bayer Pharma AG:   Wilkinson Walsh & Eskovitz, LLP
                                BY:  BETH A. WILKINSON, ESQ.
10                              1900 M Street NW, Suite 800
                                Washington, DC 20036
11

12                              Nelson Mullins Riley &
                                  Scarborough, LLP
13                              BY:  DAVID E. DUKES, ESQ.
                                Meridian, 17th Floor
14                              1320 Main Street
                                Columbia, South Carolina 29201
15

16  For Janssen Pharmaceuticals,
    Inc. and Janssen Research &
17  Development, LLC:           Barrasso Usdin Kupperman Freeman &
                                  Sarver, LLC
18                              BY:  RICHARD E. SARVER, ESQ.
                                909 Poydras Street, 24th Floor
19                              New Orleans, Louisiana 70112

20
    Official Court Reporter:    Tana J. Hess, RMR, FCRR
21                              500 Poydras Street
                                Room B275
22                              New Orleans, Louisiana 70130
                                (504) 589-7781
23

24  Proceedings recorded by mechanical stenography, transcript

25  produced by computer.
```

OFFICIAL TRANSCRIPT

1     **MR. NEWSOM:**  Okay.

2     **THE COURT:**  That sort of thing.

3     **MR. NEWSOM:**  And without ruining the suspense, do you

4 yet know whether you're intending to charge the jury on the

5 clear evidence preemption issue?  Neither party proposed the

6 instruction initially, and I think the plaintiffs have now

7 supplemented.  We're happy to provide you with supplemental as

8 well if you think it's going down that road.

9     **THE COURT:**  I really hadn't planned on going down

10 that road.

11    **MR. BARR:**  And ours was only in the event the Court

12 felt it was for the jury.

13    **MR. NEWSOM:**  Of course.

14    **THE COURT:**  I think that's a question of law, not for

15 the jury.  I'm not even sure they know what preemption is.

16    **MR. NEWSOM:**  Nor do I for that matter.

17    **MS. WILKINSON:**  Your Honor, it might help the Court

18 if we tell you our schedule.

19    **THE COURT:**  I thought they did.

20    **MS. WILKINSON:**  We may finish early today, Your

21 Honor, because we only have two physicians, and the other one

22 is coming tomorrow, so --

23    **THE COURT:**  So we'll do the best we can.

24    **MR. MEUNIER:**  Your Honor, we do need the court

25 reporter back out to finish reading exhibits into the record

08:25:40  1   shown during Dr. Kessler's testimony.

08:25:43  2           Finally, we object to the failure to include

08:25:46  3   plaintiffs' proposed jury charge Number 20, which, pursuant to

08:25:48  4   the authorities cited in our instruction, provides that a

08:25:52  5   manufacturer's violation of one or more relevant federal

08:25:55  6   regulations may be considered as relevant in determining

08:25:58  7   whether adequate instructions have been provided by the

08:26:01  8   manufacturer to prescribing physicians.

08:26:03  9           So, Your Honor, in your section dealing generally

08:26:06 10   with the FDA and federal regulations, we have cited to our jury

08:26:11 11   charges 18, 19, and 20, and we respectfully object to those not

08:26:17 12   being included in that section of your charge.

08:26:19 13       THE COURT:  I've taken that up.  22 and 23 of the

08:26:23 14   charge deal with the fact that the FDA approval may be

08:26:28 15   relevant, but it's not, in itself, dispositive of liability.

08:26:34 16           I also take up the fact that whether the FDA did

08:26:36 17   or did not do anything, that that's not sufficient and it's not

08:26:50 18   conclusive.

08:26:52 19           With regard to dealing with specific items of

08:26:55 20   evidence that should be in, I don't think the jury charge

08:26:59 21   should focus on specific items of evidence.  I chose not to do

08:27:03 22   that, but instead speak the law generally and let the jury

08:27:07 23   decide on it.  So I'll deny that motion.

08:27:09 24       MR. MEUNIER:  Your Honor, in this same section of the

08:27:12 25   Court's charge on the FDA and federal regulations, again,

*OFFICIAL TRANSCRIPT*

02:42:17  1          THE JURORS:  Yes.

02:42:18  2          THE COURT:  Does anybody wish the jury to be polled?

02:42:21  3          MR. BIRCHFIELD:  No, Your Honor.

02:42:22  4          MS. WILKINSON:  No, Your Honor.

02:42:23  5          THE COURT:  Okay.  Thank you very much.  We'll make the

02:42:24  6  verdict a part of the record in the case and discharge the jury

02:42:29  7  with the Court's thanks.

02:42:31  8              All rise, please, as the jury leaves.

02:42:34  9          (WHEREUPON, at 2:42 p.m., the jury panel leaves the

02:42:57 10  courtroom.)

02:42:57 11          THE COURT:  As I mentioned, I'll make the verdict a

02:43:00 12  part of the record.  I thank everybody.

02:43:02 13              Court will stand in recess.  Thank you very much.

      14          (WHEREUPON, at 2:43 p.m., the proceedings were

      15  concluded.)

      16                         *   *   *

      17

      18                    REPORTER'S CERTIFICATE

      19      I, Cathy Pepper, Certified Realtime Reporter, Registered
          Merit Reporter, Certified Court Reporter in and for the State
      20  of Louisiana, Official Court Reporter for the United States
          District Court, Eastern District of Louisiana, do hereby
      21  certify that the foregoing is a true and correct transcript to
          the best of my ability and understanding from the record of the
          proceedings in the above-entitled and numbered matter.

      22

      23                         s/Cathy Pepper
                              Cathy Pepper, CRR, RMR, CCR
      24                      Official Court Reporter
                              United States District Court
      25                      Cathy_Pepper@laed.uscourts.gov

                         *OFFICIAL TRANSCRIPT*