## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No: **2:17-cv-06218** |

**THIS DOCUMENT RELATES TO:**

*TIMOTHY CRAIG V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:17-cv-06218**

## FIRST MOTION FOR EXTENSION OF TIME TO SERVE PLAINTIFF FACT SHEET

COMES NOW Plaintiff Timothy Craig, by and through undersigned counsel, respectfully moves this Court for an extension of time to file the Plaintiff Fact Sheet ("PFS") in the instant case. The deadline to submit his PFS was on September 27, 2017. Plaintiff respectfully requests an extra sixty (60) days, with a new deadline date of January 18 2018, to submit his PFS.

In support of this motion, Plaintiff has attached a memorandum in Support. Specifically, Plaintiff has not been able to obtain pharmacy records. This is the first request for an extension of the deadline to submit the Plaintiff Facts Sheet.

An extension of time is not sought for delay. An extension is sought so that justice may be served.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Honorable Court to grant this Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet; to enter an Order extending the deadline to satisfy PFS for sixty (60) days from the date of the Order; and for such further relief deemed just and proper under the circumstances. This motion is being submitted to this Honorable Court without the need of a formal hearing.

Respectfully submitted this 23rd day of October 2017.

/s/ William Rivera-Alvarez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
william@masstortslaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of October, 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

<u>//s/ William Rivera-Alvarez</u>
William Rivera-Alvarez (#304111)