UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION:  L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH<br><br>COMPLAINT AND JURY DEMAND<br><br>Civil Action No:  **2:17-cv-06218** |

**THIS DOCUMENT RELATES TO:**

*TIMOTHY CRAIG V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:17-cv-06218**

**MEMORANDUM IN SUPPORT OF FIRST MOTION FOR EXTENSION OF TIME TO SERVE PLAINTIFF'S FACT SHEET**

COMES NOW Plaintiff Timothy Craig, by and through undersigned counsel, and respectfully moves this Court for an extension of time to file the Plaintiff Fact Sheet ("PFS") in the instant case. In support, Plaintiff offers as follows:

1. The above captioned case was filed on June 27, 2017.

2. Pursuant to PTO 27, this case is not in the discovery pool, the PFS deadline was due on September 27, 2017.

3. Plaintiff's counsel has communicated with Mr. Craig to try and obtain the pharmacy records corresponding to his use of Xarelto.

4. That Plaintiff has an outstanding debt with the pharmacy which holds his records.

5. That because of such outstanding debt the pharmacy refuses to provide his records to this date.

1

6. That the undersigned counsel who is associated with the Johnston Law Group is based in Guaynabo, Puerto Rico.

7. That during the month of September the Island of Puerto Rico's communications and power grid were affected by hurricane Irma and Hurricane Maria.

8. To that end, pursuant to Rule 201 (2) of the Federal Rules of Evidence (Fed. R. Evid. 201 (2), "Judicial Notice of Adjudicative Facts", this Court may take Judicial Notice that last September 19, 2017, the island of Puerto Rico was devastated by the onslaught of Hurricane Maria.

9. Wherefore, the undersigned counsel's law firm is currently in the process of reestablishing their regular operations under the current circumstances.

10. On September 28, 2017, pursuant to PTO 31 the defendants through other counsel formally communicated with the Plaintiffs law firm via email requesting an update on other civil matters. The defendants were duly informed of the undersigned counsel's situation considering the damages caused to the law firm's operations by Hurricane Maria.

11. Accordingly, Plaintiff requests a first extension of the deadline for sixty (60) days from the date of the Court's order on this motion. An extension of time is not sought for delay. An extension is sought so that justice may be served.

12. This motion is being submitted to this Honorable Court without the need of a formal hearing.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Honorable Court to grant this First Motion for Extension of Time to serve Plaintiff Fact Sheet;

to enter an Order extending the deadline to serve Plaintiff Fact Sheet for sixty (60) days from the date of the Order; and for such further relief deemed just and proper under the circumstances. Plaintiff respectfully requests an extra sixty (60) days, with a new deadline date of January 18 , to submit his PFS.

    Respectfully submitted this 23rd day of October 2017.

                                                              /s/William Rivera-Alvarez
Puerto Rico Bar No. 19578
USDCPR No. 304111
LAW OFFICE OF
CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
william@masstortslaw.com

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of October 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

//s/ William Rivera-Alvarez
William Rivera Alvarez (#304111)
