# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) ) ) ) ) |  **MDL NO. 2592**  **SECTION:  L**  **JUDGE ELDON E. FALLON**  **MAG. JUDGE NORTH**  **COMPLAINT AND JURY DEMAND**  Civil Action No:  **2:17-cv-06218** |

**THIS DOCUMENT RELATES TO:**

*TIMOTHY CRAIG V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:17-cv-06218**

## ORDER

THIS MATTER, having come before the Court is Plaintiff's First Motion for Extension of Time, under PTO 27, to serve Plaintiff Fact Sheet.

Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to serve Plaintiff Facts Sheet is hereby GRANTED.  The deadline to serve Plaintiff's Fact Sheet is now January 18, 2017.

Signed New Orleans, Louisiana this _____ day of _____, 2017.

_____
Eldon E. Fallon, United States District Court Juge