UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| THE CASES LISTED BELOW | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**ORDER**

On March 6, 2017, Defendants filed Motions for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Docs. 5648 and 5660]. Pursuant to the Court's March 15, 2017 Order [Rec. Doc. 5794], the following unresolved case was to be addressed at Order to Show Cause Hearing held on April 19, 2017. [Rec. Doc. 6190]. For the reasons set forth on the record during the Order to Show Cause Hearing held on April 19, 2017, the following Plaintiff was given until June 28, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 6611]. For the reasons set forth on the record at the Order to Show Cause Hearing held on June 28, 2017, the following Plaintiff was given until September 20, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 7347]. Prior to the Order to Show Cause Hearing held on September 20, 2017, the following plaintiff remedied the alleged deficiencies raised in Defendants' Motion. This action may proceed accordingly:

| No. | Xarelto User | Law Firm Name | Docket No. | Reason for Deficiency Notice |
|---|---|---|---|---|
| 1. | Kokernak, Constance | The Driscoll Firm | 2:16-cv-11120 | Medical records provided do not demonstrate alleged injury |

New Orleans, Louisiana, on this 20th day of October, 2017.

*Judge Eldon E. Fallon*
Judge Eldon E. Fallon
United States District Court Judge