## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| THE CASES LISTED BELOW | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

<u>ORDER</u>

On January 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Docs. 4921; 5085]. During the Order to Show Cause Hearing held on March 15, 2017, the following Plaintiff was given until April 19, 2017, to remedy the Plaintiff Fact Sheet deficiencies identified by Defendants. [Rec. Doc. 6188]. For the reasons set forth on the record during the Order to Show Cause Hearing held on April 19, 2017, the following Plaintiff was given until June 28, 2017 to remedy the deficiencies raised in Defendants' Motion. [Rec. Doc. 6623]. For the reasons set forth on the record at the Order to Show Cause Hearing held on June 28, 2017, the following Plaintiff was given until September 20, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 7357]. For the reasons set forth on the record at the Order to Show Cause Hearing held on September 20, 2017, the following case is dismissed with prejudice for failure to resolve the Plaintiff Fact Sheet deficiencies:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 1. | Warrad, Thabet | The Mulligan Law Firm | 2:16-cv-12026 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

New Orleans, Louisiana, on this 20th day of October, 2017.

Judge Eldon E. Fallon
United States District Court Judge