UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | | |

## ORDER

On January 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Docs. 4921; 5085]. During the Order to Show Cause Hearing held on March 15, 2017, the following Plaintiffs were given until April 19, 2017, to remedy the Plaintiff Fact Sheet deficiencies identified by Defendants. [Rec. Doc. 6188]. For the reasons set forth on the record during the Order to Show Cause Hearing held on April 19, 2017, the following Plaintiffs were given until June 28, 2017 to remedy the deficiencies raised in Defendants' Motion. [Rec. Doc. 6623]. For the reasons set forth on the record at the Order to Show Cause Hearing held on June 28, 2017, the following Plaintiffs were given until September 20, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 7357]. Prior to the Order to Show Cause Hearing held on September 20, 2017, the following Plaintiffs remedied the alleged deficiencies raised in Defendants' Motion. These actions may proceed accordingly:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 1. | Adams, Thomas | Morris Law Firm | 2:16-cv-01668 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide response containing city and state |
| 2. | Albergo, Anthony | The Driscoll Firm | 2:16-cv-06544 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 3. | Arndt, Bruce J. | Van Wey Law, PLLC | 2:16-cv-05886 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Medical records provided do not demonstrate alleged injury |
| 4. | Bohlken, George | Kelley & Ferraro LLP | 2:16-cv-13493 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 5. | Conley, Mary | The Driscoll Firm | 2:16-cv-09425 | Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information). |
| 6. | Davis, Dorothy I. | Kelley & Ferraro LLP | 2:16-cv-13509 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide response containing the month and year of death; Failure to respond to question in Section I (core case information). |
| 7. | Klineline, Wilma | Kelley & Ferraro LLP | 2:16-cv-13704 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 8. | Reynolds, Johnnie M | Scott, Sevin & Vicknair | 2:15-cv-02427 | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information). |
| 9. | Shelton, Cuevas | Kelley & Ferraro LLP | 2:16-cv-14436 | Failure to provide all nine digits of social security number; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to provide first and last name of each prescribing physician identified |

New Orleans, Louisiana, on this 20th day of October, 2017

_____
Judge Eldon E. Fallon
United States District Court Judge