# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| THE CASES LISTED BELOW | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

On January 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Docs. 4921; 5085].   During the Order to Show Cause Hearing held on March 15, 2017, the following Plaintiff was given until April 19, 2017, to remedy the alleged Plaintiff Fact Sheet deficiencies identified by Defendants. [Rec. Doc. 6188].  The following case was not addressed during the April 19, 2017 conference and was therefore given until June 28, 2017 to remedy the alleged Plaintiff Fact Sheet deficiencies identified by Defendants.  [Rec. Doc. 6624].  For the reasons set forth on the record at the Order to Show Cause Hearing held on June 28, 2017, the following Plaintiff was given until September 20, 2017 to remedy the alleged deficiencies raised in Defendants' Motion.  [Rec. Doc. 7360].  For the reasons set forth on the record at the Order to Show Cause Hearing held on September 20, 2017, the following case is dismissed with prejudice for failure to resolve the Plaintiff Fact Sheet deficiencies:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|-----|----------------|---------------|---------------|------------------------------|
| 1. | Bowes, Kimberly | The Mulligan Law Firm | 2:16-cv-00410 | Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS section I.; Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

New Orleans, Louisiana, on this 20th day of October, 2017.

Judge Eldon E. Fallon
United States District Court Judge