UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| THE CASES LISTED BELOW | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**ORDER**

On January 5, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Docs. 4921; 5085]. During the Order to Show Cause Hearing held on March 15, 2017, the following Plaintiffs were given until April 19, 2017, to remedy the alleged Plaintiff Fact Sheet deficiencies identified by Defendants. [Rec. Doc. 6188]. The following cases were not addressed during the April 19, 2017 conference and were therefore given until June 28, 2017 to remedy the alleged Plaintiff Fact Sheet deficiencies identified by Defendants. [Rec. Doc. 6624]. For the reasons set forth on the record at the Order to Show Cause Hearing held on June 28, 2017, the following Plaintiffs were given until September 20, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 7360]. Prior to the Order to Show Cause Hearing held on September 20, 2017, the following Plaintiffs remedied the alleged deficiencies raised in Defendants' Motion. These actions may proceed accordingly:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 1. | Haben, Devan | The Mulligan Law Firm | 2:16-cv-11465 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 2. | Ladd, Tommy | The Driscoll Firm | 2:16-cv-08777 | Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

New Orleans, Louisiana, on this 20th day of October, 2017.

Judge Eldon E. Fallon
United States District Court Judge