UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)            :
PRODUCTS LIABILITY LITIGATION           :   MDL No. 2592
                                        :
                                        :   SECTION L
THIS DOCUMENT RELATES TO:               :
THE CASES LISTED BELOW                  :
                                        :   JUDGE ELDON E. FALLON
                                        :
                                        :   MAGISTRATE JUDGE NORTH

**ORDER**

On June 6, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 6748]. For the reasons set forth on the record at the Order to Show Cause Hearing held on June 28, 2017, the following Plaintiff was given until September 20, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 7367]. Prior to the Order to Show Cause Hearing held on September 20, 2017, the following Plaintiff remedied the alleged deficiencies raised in Defendants' Motion. This action may proceed accordingly:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Reason for Deficiency Notice |
|---|---|---|---|---|
| 1. | Lawson, Rebecca | Johnson Law Group | 2:16-cv-16479 | Failure to provide any Medical Records demonstrating alleged injury; Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to provide first and last name of each prescribing physician identified |

New Orleans, Louisiana, on this 20th day of October, 2017.

Judge Eldon E. Fallon
United States District Court Judge