UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : : : | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

On August 9, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Doc. 7562]. For the reasons set forth on the record at the Order to Show Cause Hearing held on September 20, 2017, the following cases are dismissed with prejudice for failure to serve a Plaintiff Fact Sheet:

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 1. | Burrell, Jean | 2:16-cv-17274 | The Mulligan Law Firm |
| 2. | Cotton, Emma | 2:17-cv-00465 | Law Office of L. Paul Mankin |
| 3. | Cox, Kelley | 2:17-cv-00469 | Grant & Eisenhofer P.A. |
| 4. | Dark, Carrington | 2:16-cv-06972 | Slater, Slater Schulman, LLP |
| 5. | Doyle, Lerutha | 2:16-cv-17148 | The Driscoll Firm, P.C. |
| 6. | Hines, Faye | 2:17-cv-00163 | Peterson & Associates, P.C. |
| 7. | Kinsella, William, Sr. | 2:16-cv-16213 | Hissey Kientz, L.L.P. |
| 8. | Lasauskas, Paula | 2:16-cv-15108 | McCallum, Methvin & Terrell, P.C. |
| 9. | Lowery, Barbara | 2:16-cv-16549 | Wilshire Law Firm |

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 10. | Ross, Jim | 2:16-cv-01725 | Slater, Slater Schulman, LLP |
| 11. | Simmons, Anna | 2:16-cv-06495 | Slater, Slater Schulman, LLP |
| 12. | Smith, Lillie M. | 2:16-cv-17764 | Wagstaff & Cartmell, LLP |
| 13. | Taggart, Catherine | 2:16-cv-17310 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 14. | Taylor, Naomi | 2:16-cv-07081 | Slater, Slater Schulman, LLP |
| 15. | Tribble, Aza Lee | 2:17-cv-00284 | Slater, Slater Schulman, LLP |
| 16. | Webb, Howard | 2:16-cv-09452 | Slater, Slater Schulman, LLP |
| 17. | Wheeler, Sadie Mae | 2:17-cv-00367 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 18. | Williams, Anna | 2:16-cv-03535 | Slater, Slater Schulman, LLP |
| 19. | Williams, Earsell | 2:16-cv-17837 | Burns Charest LLP |
| 20. | Wilson, Doretha | 2:16-cv-16952 | The Driscoll Firm, P.C. |
| 21. | Wright, Rita | 2:16-cv-16415 | The Benton Law Firm PLLC |

Accordingly,

**IT IS FURTHER ORDERED** that Plaintiffs Cotton and Wright's motions to dismiss without prejudice, R. Docs. 6891, 6893, 6931, are **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff Smith's motion for extension of time, R. Doc. 6924, is **DISMISSED AS MOOT**.

New Orleans, Louisiana, on this 20th day of October, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge