# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

## ORDER

On August 9, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Doc. 7562]. Prior to the Order to Show Cause Hearing held on September 20, 2017, the following Plaintiffs served a Plaintiff Fact Sheet. These actions may proceed accordingly:

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 1. | Baskerville, Cynthia | 2:16-cv-16305 | The Driscoll Firm, P.C. |
| 2. | Corbett, Shayla | 2:16-cv-16581 | Flint Law Firm, LLC |
| 3. | Greiser, Francis T., Sr. | 2:16-cv-16997 | Fears Nachawati, PLLC |
| 4. | Griffin, Shirley A. | 2:16-cv-17929 | Barney & Karamanis, LLP |
| 5. | Hairl, Gaye | 2:16-cv-17845 | Slater, Slater Schulman, LLP |
| 6. | Hamilton, Eugene (Duplicate Filer) | 2:16-cv-16734 | The Driscoll Firm, P.C. |
| 7. | Morris, Gail | 2:16-cv-16735 | Fears Nachawati, PLLC |
| 8. | Murphy, Dianna | 2:17-cv-00372 | The Driscoll Firm, P.C. |
| 9. | Rager, Randall | 2:16-cv-12901 | Fears Nachawati, PLLC |

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 10. | Redmond, Kevin | 2:16-cv-17149 | The Driscoll Firm, P.C. |
| 11. | Richardson, Sherry | 2:17-cv-00370 | The Driscoll Firm, P.C. |
| 12. | Sherman, Junior Dwayne | 2:16-cv-17993 | Kabateck Brown Kellner, LLP |
| 13. | Womacks, Raudine | 2:17-cv-00371 | The Driscoll Firm, P.C. |
| 14. | Zell, Kathryn R. | 2:17-cv-00431 | Aylstock, Witkin, Kreis & Overholtz PLLC |

New Orleans, Louisiana, on this 20th day of October, 2017.

Judge Eldon E. Fallon
United States District Court Judge