UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
THIS DOCUMENT RELATES TO: :
THE CASES LISTED BELOW :
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

## ORDER

On August 9, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet. [Rec. Doc. 7562]. For the reasons set forth on the record at the Order to Show Cause Hearing held on September 20, 2017, the following Plaintiffs shall be given until November 30, 2017 to serve a Plaintiff Fact Sheet, and the cases shall be addressed at the Order to Show Cause Hearing to be held on November 30, 2017 at 10:00 a.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to serve a Plaintiff Fact Sheet by this date may result in dismissal of the case with prejudice:

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 1. | Bright Evelyn | 2:16-cv-17369 | Reich & Binstock |
| 2. | Dowdy, William | 2:16-cv-17366 | Reich & Binstock |
| 3. | Hampton, Lionel | 2:16-cv-17357 | Reich & Binstock |
| 4. | Jennette, Bobbi | 2:16-cv-17773 | Reich & Binstock |
| 5. | Kerner, Helen | 2:16-cv-17775 | Reich & Binstock |
| 6. | Koonce, Sandra | 2:16-cv-17776 | Reich & Binstock |

| No. | Xarelto User | Docket No. | Plaintiff's Counsel |
|---|---|---|---|
| 7. | Pena, Francisca | 2:16-cv-17778 | Reich & Binstock |
| 8. | Scott, Alberta | 2:16-cv-17780 | Reich & Binstock |

New Orleans, Louisiana, on this 20th day of October, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge