UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

## ORDER

On November 3, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet [Rec. Docs. 4432; 5294]. During the the Order to Show Cause Hearing held on March 15, 2017, the following Plaintiff was given until April 19, 2017, to serve a Plaintiff Fact Sheet. [Rec. Doc. No. 6186]. During the Order to Show Cause Hearing held on April 19, 2017, the following Plaintiff was given until June 28, 2017 to serve a Plaintiff Fact Sheet. [Rec. Doc. No. 6606]. For the reasons set forth on the record at the Order to Show Cause Hearing held on June 28, 2017, the following Plaintiff was given until September 20, 2017 to remedy the alleged deficiencies raised in Defendants' Motion. [Rec. Doc. 7372]. For the reasons set forth on the record at the Order to Show Cause Hearing held on September 20, 2017, the following case is dismissed with prejudice for failure to resolve the Plaintiff Fact Sheet deficiencies:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Estrada, Fidel Zabala | Pro Se – Fidel Zabala Estrada | 2:15-cv-05200 |

New Orleans, Louisiana, on this 20th day of October, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge