UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
THIS DOCUMENT RELATES TO: :
THE CASES LISTED BELOW :
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

## ORDER

On August 9, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 7563]. For the reasons set forth on the record at the Order to Show Cause Hearing held on September 20, 2017, the following cases are dismissed with prejudice for failure to resolve the Plaintiff Fact Sheet deficiencies:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | Allen, Charles | Dixon Davis, LLC | 2:17-cv-02621 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 2. | Artis, Lakisha | The Gallagher Law Firm LLP | 2:16-cv-14975 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 3. | Augustus, Wallace | The Gallagher Law Firm LLP | 2:16-cv-15770 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 4. | Baker, Ronald | Slater Slater Schulman LLP | 2:16-cv-7497 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 5. | Campos, Albeza | The Gallagher Law Firm LLP | 2:16-cv-14461 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury;  Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to respond to question in Section I (core case information) |
| 6. | Cantwell, Kathryn E | Milstein Adelman Jackson Fairchild & Wade, LLP | 2:16-cv-11727 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records- |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Failure to provide any Medical Records demonstrating alleged injury |
| 7. | Chadwick, Carolyn S | Salim-Beasley, LLC | 2:16-cv-14725 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 8. | Choppy, Stephen | The Gallagher Law Firm LLP | 2:16-cv-09924 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 9. | Connors, Brian | The Gallagher Law Firm LLP | 2:16-cv-17901 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 10. | Duncan, Everett | The Gallagher Law Firm LLP | 2:16-cv-16917 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

3

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 11. | Eastman, Jerry D | The Gallagher Law Firm LLP | 2:16-cv-15936 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 12. | Eli, Susan | The Gallagher Law Firm LLP | 2:16-cv-05464 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 13. | Fisher, Ronnie | The Driscoll Firm | 2:16-cv-11176 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 14. | Gordon, Janie | The Gallagher Law Firm LLP | 2:16-cv-05481 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 15. | James, Bonnie | The Gallagher Law Firm LLP | 2:17-cv-00310 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 16. | Jeffers, Marsha | Kelley & Ferraro LLP | 2:16-cv-13690 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury |
| 17. | Kern, Pauline L | The Gallagher Law Firm LLP | 2:16-cv-17112 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 18. | King, David | Slater Slater Schulman LLP | 2:16-cv-9791 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Date of death-Failure to provide response containing the month and year of death; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 19. | Kinnitt, Ira John | The Bradley Law Firm | 2:16-cv-13789 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |

5

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 20. | Koeler, Linda | Baron & Budd | 2:16-cv-16683 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 21. | Lewis, Josephine | The Driscoll Firm | 2:16-cv-12272 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 22. | Mccann, James | Sanders Law | 2:16-cv-13505 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 23. | Mello, Marissa | Slater Slater Schulman LLP | 2:16-cv-10899 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 24. | Mickens, Gwendolyn | Kelley & Ferraro LLP | 2:16-cv-13737 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 25. | Murray, Sharon | Padberg Corrigan & Appelbaum | 2:16-cv-17726 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 26. | Oliphant, Tommy | Douglas & London | 15-cv-0845 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 27. | Petty, John | The Gallagher Law Firm LLP | 2:16-cv-10176 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 28. | Prophete, Feirva | Milstein Adelman Jackson Fairchild & Wade, LLP | 2:16-cv-12327 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 29. | Robinson, Hattie | Slater Slater Schulman LLP | 2:16-cv-10055 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | representative; Failure to respond to question in Section I (core case information) |
| 30. | Robinson, Robert C | Hilliard Munoz Gonzales LLP | 2:15-cv-6742 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |
| 31. | Rogers, Kyesha | Slater Slater Schulman LLP | 2:16-cv-10065 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 32. | Salyers, Heather | Johnson Becker | 2:16-cv-14605 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 33. | Schubert, Robert | The Gallagher Law Firm LLP | 2:16-cv-11895 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 34. | Simmons, Antoine R | Hilliard Munoz Gonzales LLP | 2:15-cv-6761 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user |
| 35. | Sombke, Pamela | Cochran Legal Group | 2:16-cv-15156 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 36. | Stapp, Jessie | The Driscoll Firm | 2:16-cv-11853 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 37. | Taylor, Darnishia | The Driscoll Firm | 2:16-cv-13851 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 38. | Todd, Lewis R | Johnson Becker | 2:16-cv-14382 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 39. | Vitar, Libby | The Potts Law Firm, LLP | 2:17-cv-00162 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 40. | Woodward, Barbara Phoebe | Slater Slater Schulman LLP | 2:16-cv-08982 | Prescription Records-Records provided do not show Xarelto use |

Accordingly,

**IT IS FURTHER ORDERED** that Plaintiff Kinnitt's motion for dismissal without prejudice, R. Doc. 6997, is **DISMISSED AS MOOT**.

New Orleans, Louisiana, on this 20th day of October, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge

10