UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : : : | |
| | : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

## ORDER

On August 9, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 7563]. For the reasons set forth on the record at the Order to Show Cause Hearing held on September 20, 2017, the following Plaintiffs shall be given until November 30, 2017 to remedy the alleged deficiencies raised in Defendants' Motion, and the cases shall be addressed at the Order to Show Cause Hearing to be held on November 30, 2017 at 10:00 a.m., in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana. Failure to resolve the alleged deficiencies raised in Defendants' Motion by this date may result in dismissal of these cases with prejudice:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | Barker, Agnes | Ferrer, Poirot & Wansbrough | 2:16-cv-07338 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 2. | Bellone, Maria | Huber, Slack, Thomas & Marcelle, LLP | 2:17-cv-1743 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | Section I (core case information) |
| 3. | Brown, Richard | Lenze Kamerrer Moss, PLC. | 2:16-cv-13897 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 4. | De Leon, Americo | Cochran Legal Group | 2:16-cv-15074 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 5. | Floyd, Barbara J | Grant & Eisenhofer | 2:17-cv-1205 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 6. | Glenn, Nancy | The Gallagher Law Firm LLP | 2:17-cv-00627 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 7. | Green, Sandra | Kelley & Ferraro LLP | 2:16-cv-13541 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 8. | Hundley, Pamela | Grant & Eisenhofer | 2:16-cv-17544 | Prescription Records-Records provided do not show Xarelto use |
| 9. | Jacobs, Byron | Slater Slater Schulman LLP | 2:16-cv-06531 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 10. | Kennedy, Maurice | Grant & Eisenhofer | 2:17-cv-00361 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |
| 11. | Loveless, Michael K | Wilshire Law Firm | 2:17-cv-00462 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 12. | Sailors, Jerry | Ferrer, Poirot & Wansbrough | 2:16-cv-06530 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 13. | Sherrard, Robert | The Potts Law Firm, LLP | 2:17-cv-00148 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 14. | Stone, Alice S | Slater Slater Schulman LLP | 2:16-cv-16689 | Prescription Records-Records provided do not show Xarelto use |
| 15. | Stoneman, Alice | Cochran Legal Group | 2:16-cv-15158 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 16. | Tippett, Deborah | Kelley & Ferraro LLP | 2:16-cv-14460 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 17. | Wallace, Robert E | Reich and Binstock, LLP | 2:17-cv-01156 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission; Failure to respond to question in Section I (core case information) |
| 18. | Williams, Lee Monroe | Lenze Kamerrer Moss, PLC. | 2:16-cv-15896 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| | | | | question in Section I (core case information) |

New Orleans, Louisiana, on this 20th day of October, 2017.

Judge Eldon E. Fallon
United States District Court Judge

