UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : | MDL No. 2592 |
| : : | SECTION L |
| THIS DOCUMENT RELATES TO: : THE CASES LISTED BELOW : : | |
| : : | JUDGE ELDON E. FALLON |
| : : | MAGISTRATE JUDGE NORTH |

**ORDER**

On August 9, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 7563]. Prior to the Order to Show Cause Hearing held on September 20, 2017, the following Plaintiffs remedied the alleged deficiencies raised in Defendants' Motion. These actions may proceed accordingly:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | Alli, Benjamin | The Gallagher Law Firm LLP | 2:16-cv-05924 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 2. | Altman, Pauline | Kontos Mengine Law Group | 2:16-cv-12213 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 3. | Anderson, William E | Motley Rice, LLC | 2:16-cv-16043 | Medical Records-Medical records provided do not demonstrate alleged injury |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 4. | Bruni, Ann | The Law Office of L. Paul Mankin | 2:17-cv-01083 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 5. | Buccinio, Lorraine | The Dugan Law Firm | 2:17-cv-929 | Prescription Records-Records provided do not show Xarelto use |
| 6. | Carroll, Janie | Ferrer, Poirot & Wansbrough | 2:16-cv-07352 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 7. | Collins, Ruby | Meade Injury Law Group | 2:16-cv-07289 | Date of death-Failure to provide response containing the month and year of death; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 8. | Davis, James | Meyerkord & Meyerkord, LLC | 2:17-cv-00626 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 9. | Dunn, Gregory | Hissey Kientz | 2:16-cv-04165 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 10. | Ekmekjian, Mardiros | Scott, Vicknair, Hair & Checki, LLC | 2:15-cv-01551 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or |

2

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 11. | Embry, Linda | The Gallagher Law Firm LLP | 2:16-cv-17522 | Medical Records-Medical records provided do not demonstrate alleged injury; Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 12. | Giambastiani, Antonio | Romanucci & Blandin | 2:17-cv-02592 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 13. | Guthrie, Richard A | The Murray Law Firm | 2:17-cv-1190 | Medical Records-Medical records provided do not demonstrate alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 14. | Gutierrez, Oscar | Ferrer, Poirot & Wansbrough | 2:16-cv-13487 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury |

3

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 15. | Henderson, Diane | Huber, Slack, Thomas & Marcelle, LLP | 2:16-cv-14923 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 16. | Hiatt, Florence | Meyerkord & Meyerkord, LLC | 2:17-cv-00597 | Prescription Records-Records provided do not show Xarelto use |
| 17. | Hoskins, Marsha M | The Gallagher Law Firm LLP | 2:16-cv-17598 | Prescription Records-Failure to provide proof that user received samples |
| 18. | Hubbard, Jerry | The Michael Brady Lynch Law Firm | 2:16-cv-16868 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 19. | Hudson, William | The Gallagher Law Firm LLP | 2:16-cv-17088 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 20. | Hughes, Hattie | The Driscoll Firm | 2:16-cv-9496 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 21. | Jacobson, Linda | The Driscoll Firm | 2:16-cv-9497 | Prescription Records-Records provided do not show Xarelto use; Medical Records-Medical records provided do not demonstrate alleged injury |
| 22. | Jill, Christopher | Ferrer, Poirot & Wansbrough | 2:16-cv-07533 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any |

4

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
|  |  |  |  | Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 23. | Louisos, William T | Perdue & Kidd | 2:16-cv-17636 | Prescription Records-Failure to provide proof that user received samples; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 24. | Mainor, Elaine | Slater Slater Schulman LLP | 2:16-cv-06692 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 25. | Mayhue, Margie | The Law Office of L. Paul Mankin | 2:16-cv-16881 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 26. | Odell, Richard | Beasley Allen | 2:16-cv-16033 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 27. | Penland, Wallace | The Michael Brady Lynch Law Firm | 2:17-cv-00101 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 28. | Pitman, Betty | The Driscoll Firm | 2:16-cv-17149 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 29. | Powell, Gloria | The DiLorenzo Law Firm, LLC | 2:16-cv-17771 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 30. | Rainey, Walter | Beasley Allen | 2:16-cv-17592 | Prescription Records-Records provided do not show Xarelto use |
| 31. | Reyes, Luis | Douglas & London | 2:16-cv-09274 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 32. | Schnidman, Ralph | Johnson Law Group | 2:16-cv-17989 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 33. | Sullivan, Cornelius | Goldblatt + Singer | 2:16-cv-16783 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 34. | Swisher, Bonnie | Salim-Beasley, LLC | 2:16-cv-17894 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |
| 35. | Thomas, William M | Beasley Allen | 2:17-cv-01167 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 36. | Thompson, Charles | Onder, Shelton, O'Leary & Peterson, LLC | 2:16-cv-14258 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Failure to respond to question in Section I (core case information) |
| 37. | Wall, Larry | Beasley Allen | 2:17-cv-00769 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 38. | Whitaker Estate, Mary Francis | Freedland Harwin Valori, PL | 2:17-cv-01291 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 39. | Wiley, Steven | The Driscoll Firm | 2:17-cv-03504 | Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 40. | Williams, Juanita | Ferrer, Poirot & Wansbrough | 2:16-cv-13014 | Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative |
| 41. | Williams, Milton | Rainey & Brown, PA | 2:16-cv-3978 | Medical Records-Medical records provided do not demonstrate alleged injury; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 20th day of October, 2017.

Judge Eldon E. Fallon
United States District Court Judge