# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>THE CASES LISTED BELOW | | |

## ORDER

On August 9, 2017, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs with Alleged Plaintiff Fact Sheets Deficiencies. [Rec. Doc. 7563]. Prior to the Order to Show Cause Hearing held on September 20, 2017, the following plaintiffs agreed to file, or stipulations have already been filed, dismissing their cases with prejudice:

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 1. | Bogdon, Stephen | The Webster Law Firm | 2:16-cv-11447 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 2. | Byrd, Clarence | The Webster Law Firm | 2:16-cv-11455 | Prescription Records-Records provided do not show Xarelto use; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 3. | Graham, William L. | The Webster Law Firm | 2:16-cv-11480 | Medical Records-Medical records provided do not demonstrate alleged injury |
| 4. | Mitcham, Rosa | Tautfest Bond PLLC | 2:16-cv-17629 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Date of death-Failure to provide response containing the month and year of death; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |
| 5. | Phelps, Dwight | Slater Slater Schulman LLP | 2:16-cv-9310 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; Failure to respond to question in Section I (core case information) |

| No. | Plaintiff Name | Law Firm Name | Docket Number | Active Deficiencies |
|---|---|---|---|---|
| 6. | Spiegla, Nancy | The Law Office of L. Paul Mankin | 2:17-cv-01035 | Prescription Records- Records provided do not show Xarelto use; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Failure to respond to question in Section I (core case information) |
| 7. | Turnage, Eddie J | The Gallagher Law Firm LLP | 2:16-cv-14465 | Prescription Records-Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto; Medical Records-Failure to provide any Medical Records demonstrating alleged injury; Declaration-Failure to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user; Failure to respond to question in Section I (core case information) |

New Orleans, Louisiana, on this 20th day of October, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge