UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

**This Document Relates to:**

*Action Nos.* 16-15293; 16-15147; 17-3425; 15-220; 15-201; 16-9840; 15-3679; 16-13391; 15-221; 16-13311; 17-2046; 16-6004; 16-5988; 16-6016; 16-6032; 16-6042; 16-6111; 16-6120; 16-6128; 17-4162; 16-6592; 16-11712; 16-11730; 16-15923; 16-11709; 16-11736; 16-11731; 16-11705; 17-513; 16-11729; 16-11722; 16-11717; 16-15929; 16-11720; 16-11732; 16-12346; 17-514; 16-11733; 16-11714; 16-11738; 17-515; 17-559; 17-561; 17-562; 17-563; 16-12343; 16-11726; 16-11710; 16-11727; 16-11737; 16-11715; 16-11735; 16-6582; 16-12042; 16-12050; 16-12053; 16-12049; 16-12304; 16-12336; 16-12046; 16-12306; 16-12052; 16-12037; 16-12308; 16-12322; 16-12335; 16-12054; 16-12307; 16-12331; 16-12333; 16-12324; 16-12323; 16-12041; 16-12328; 16-12043; 16-12338; 16-12303; 16-12039; 16-12342; 16-12337; 16-12327; 16-12030; 16-12326; 16-12035; 16-12048; 16-12329; 16-12341; 16-12305; 16-12321; 16-12045; 16-12047; 16-12339; 17-3522; 17-4940; 17-4944 17-5022; 17-5161; 17-5165; 17-5203; 17-5207; 17-2074; 17-2153; 17-2237; 17-1226; 17-1225; 16-13857; 16-17925; 16-17921; 17-3502; 17-3464; 17-3501; 17-2071; 16-17923; 16-17924; 16-13850; 17-4734*

## **ORDER**

The Court, after considering the Plaintiffs' Motions for Extension of Time Within Which to Serve Defendants, R. Docs. 6981, 6985, 6986, 6987, 7097, 7120, 7121, 7122, 7123, 7146, 7147, 7312, 7314, 7426, 7450, 7451, 7453, 7460, 7493, 7548, 7549, 7550, 7551, 7694, finds the motions meritorious. It is therefore:

ORDERED THAT Plaintiffs in the above referenced cases, shall have thirty (30) days from the date of this Order to serve process on Defendants, as set forth in this Court's Pre-Trial Order No. 10.

On this 23rd day of October, 2017

_____
Hon. Eldon E. Fallon
United States District Court Judge