UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Marcella I. Safranski v. Janssen Research & Development, LLC, et al.*
CA# 2:15-cv-2220

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 7835, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Celeste Bridges, as personal representative of the estate of Marcella I. Safranski, is substituted for Plaintiff Marcella I. Safranski, in the above captioned case.

New Orleans, Louisiana, this 23rd day of October, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE