UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Naomi F. Birkas o/b/o Her deceased husband, Kalman Birkas v. Janssen Pharmaceuticals, Inc. et al.*
CA# 2:17-cv-9100

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 7826, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Naomi F. Birkas, on behalf of her deceased husband, Plaintiff Kalman Birkas, is substituted for Plaintiff Kalman Birkas, in the above captioned case.

New Orleans, Louisiana, this 23rd day of October, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE