UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :    MDL No. 2592
                                     :
                                     :    SECTION L
                                     :
                                     :    JUDGE ELDON E. FALLON
                                     :
_____  :    MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

James Lang

CA# 2:16-cv-748

## SUGGESTION OF DEATH

   Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, James Lang, July 30, 2017.

Dated:  October 25, 2017

                                    Respectfully submitted,

                                    By:   /s/ Daniel J. Carr

                                    Joseph C. Peiffer, La. Bar # 26459
                                    Daniel J. Carr, La. Bar # 31088
                                    PEIFFER ROSCA WOLF
                                    ABDULLAH CARR & KANE
                                    A Professional Law Corporation
                                    201 St. Charles Avenue, Suite 4610
                                    New Orleans, Louisiana  70170-4600
                                    Telephone:  (504) 523-2434
                                    Facsimile:  (504) 523-2464
                                    Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com

*Attorneys for the Plaintiff*

Certificate of Service

    I hereby certify that on October 25, 2017, a copy of the above and foregoing *Suggestion of Death* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  /s/ *Daniel J. Carr*