UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

James Lang

CA# 2:16-cv-748

# ORDER

   The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Joan Clarke, as a surviving daughter of James Lang, is substituted for Plaintiff James Lang, in the above captioned cause.

Date: _____        _____
                               Hon. Eldon E. Fallon
                               United States District Court Judge