UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Nancy Wittkopf

CA# 2:16-cv-10552

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Kathy Wittkopf, on behalf of the Estate of Nancy Wittkopf, is substituted for Plaintiff Nancy Wittkopf, in the above captioned cause.

Date: _____        _____
                                          Hon. Eldon E. Fallon
                                          United States District Court Judge