# EXHIBIT 2

| STATE OF WISCONSIN, CIRCUIT COURT, BROWN COUNTY | FILED |
|---|---|

IN THE MATTER OF THE ESTATE OF

NANCY M. WITTKOPF

☐ Amended

**Domiciliary Letters**
☒ Informal Administration
☐ Formal Administration

Case No. 17 IN 281

OCT 13 2017
REGISTER IN PROBATE
BROWN COUNTY, WI

To: KATHY WITTKOPF
1371 Carriage Drive
Suamico, WI 54173

The decedent, with date of birth June 3, 1939 and date of death August 4, 2016, was domiciled in Brown County, State of Wisconsin.

You are granted domiciliary letters with general powers and duties of a personal representative.

You are authorized to administer the estate as required by law.

Other: _____

(SEAL)

I, Cheryl A. Beekman, Registrar in Probate, certify that the copy annexed has been compared by me with original on file and required by law to be in my custody. The same is a correct transcript and true copy of the original record. I herewith set my hand and affix the seal of the Circuit Court of Brown County, Wisconsin at Green Bay, This 13 day of October A.D. 2017.
Cheryl A. Beekman
Register in Probate

LETTERS ISSUED BY:

/S/ Cheryl A. Beekman
Circuit Court Judge/Circuit Court Commissioner/Probate Registrar

Cheryl A. Beekman
Title (Print or Type Name if not eSigned)

Oct. 13, 2017
Date

| Form completed by: (Name) |  |
|---|---|
| Wm. Vande Castle | |
| Address | |
| VANDE CASTLE, S.C. | |
| 303 S. Jefferson Street | |
| Green Bay, WI 54301 | |
| Telephone Number | Bar Number (If any) |
| (920) 435-3599 | 1016919 |