UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*MAURICE SCHOENROCK v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Civil Action No. 2:16-cv-07325*

**ORDER**

      The Court, after considering the Plaintiff's Motion for Substitution of Proper Party, as well as any responses thereto, finds the motion meritorious. It is therefore:

      ORDERED THAT Plaintiff Cathy Schoenrock, on behalf of the Estate of Maurice Schoenrock be substituted for Plaintiff Maurice Schoenrock in the above captioned cause.

Dated: _____     _____
                                                                  Hon. Eldon E. Fallon
                                                                  United States District Court Judge