**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DONA CAMILLE** | **MDL NO. 2592** |
| **PLAINTIFF** | **SECTION  L** |
| **v.** | **JUDGE ELDON E. FALLON** |
| **JANSSEN RESEARCH & DEVELOPMENT LLC** **f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL** **RESEARCH AND DEVELOPMENT LLC,** **JANSSEN ORTHO LLC,** **JANSSEN PHARMACEUTICALS, INC. f/k/a** **JANSSEN PHARMACEUTICA INC. f/k/a** **ORTHO-MCNEIL-JANSSEN** **PHARMACEUTICALS, INC., JOHNSON & JOHNSON** **COMPANY, BAYER** **HEALTHCARE PHARMACEUTICALS, INC.,** **BAYER  PHARMA  AG,  BAYER  CORPORATION,** **BAYER HEALTHCARE LLC, BAYER HEALTHCARE** **AG, and BAYER AG,** | **MAG. JUDGE MICHAEL** **NORTH**  **JURY TRIAL DEMANDED** |
| **DEFENDANTS** | |

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS**

Plaintiff in the above-styled action, through undersigned counsel, respectfully requests that this Court grant this Motion for Extension of Time within Which to Serve Process and issue an Order allowing them an additional twenty (20) days from the date the Order is entered in which to effect service on the Defendants through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

A brief memorandum in support of Plaintiffs' motion is submitted herewith.

Dated: October 26, 2017

Respectfully submitted,
*/s/: Donald W. Medley*
Donald W. Medley
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served via MDL Centrality,

which will send notice of the electronic filing in accordance with the procedures established in MDL

2592 pursuant to Pre-Trial Order No. 17.

/s/ Donald W. Medley
Donald W. Medley

Donald W. Medley
MS Bar #2832
don@medleylawgroup.com
MEDLEY LAW GROUP
902 West Pine Street
Hattiesburg, MS 39401
Tel:   601-544-8110
Fax:   601-544-8158