**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

DONA CAMILLE                                                                    MDL NO. 2592

      PLAINTIFF                                                          SECTION  L

v.                                                                                      JUDGE ELDON E. FALLON

JANSSEN RESEARCH & DEVELOPMENT LLC                   MAG. JUDGE MICHAEL NORTH
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC,
JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC. f/k/a
JANSSEN PHARMACEUTICA INC. f/k/a                                **JURY TRIAL DEMANDED**
ORTHO-MCNEIL-JANSSEN  PHARMACEUTICALS,
INC., JOHNSON & JOHNSON COMPANY, BAYER
HEALTHCARE PHARMACEUTICALS, INC.,
BAYER  PHARMA  AG,  BAYER  CORPORATION,
BAYER HEALTHCARE LLC, BAYER HEALTHCARE
AG, and BAYER AG,

      DEFENDANTS

**MEMORANDUM IN SUPPORT OF MOTION**
**FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS**

Comes now the Plaintiff in the above-styled action, through undersigned counsel, with this

Motion for an Order allowing her an additional twenty (20) days from the date the Order is entered

in which to effect service on the Defendants through the streamlined procedures for informal service

of process set forth in Pre-Trial Order #10. In support of their motion, Plaintiff states as follows:

This action was filed and docketed in the above-styled manner. However, due to

inadvertence, service of Plaintiff's complaint was calendared for ninety day service and not properly

effected within the time period for streamlined service set forth in Pre-Trial Order #10. Undersigned

counsel regrets its failure to properly oversee and accomplish the service of the complaint and

summons in the above-styled action and assures this Court that it has instituted procedures to ensure

that all future complaints are properly and timely served according to Pre-Trial Order #10.

Since no service has been had at this time, undersigned counsel has not contacted the Defendants to request an extension of time to complete streamlined service.  Plaintiff respectfully requests that the Court grant this motion and allow them an additional twenty (20) days within which to effect service on the Defendants through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

Dated: October 26, 2017

Respectfully submitted,
*/s/: Donald W. Medley*
Donald W. Medley
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served via MDL Centrality,

which sends notice of the electronic filing in accordance with the procedures established in MDL.

                                                 */s/ Donald W. Medley*
                                                 Donald W. Medley
                                                 Attorney for the Plaintiff

Donald W. Medley
MS Bar #2832
don@medleylawgroup.com
MEDLEY LAW GROUP
902 West Pine Street
Hattiesburg, MS 39401
Tel:   601-544-8110
Fax:  601-544-8158