**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

DONA CAMILLE                                                          MDL NO. 2592

      PLAINTIFF                                                    SECTION  L

v.                                                                   JUDGE ELDON E. FALLON

JANSSEN RESEARCH & DEVELOPMENT LLC          MAG. JUDGE MICHAEL NORTH
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC,
JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC. f/k/a
JANSSEN PHARMACEUTICA INC. f/k/a                    **JURY TRIAL DEMANDED**
ORTHO-MCNEIL-JANSSEN  PHARMACEUTICALS,
INC., JOHNSON & JOHNSON COMPANY, BAYER
HEALTHCARE PHARMACEUTICALS, INC.,
BAYER  PHARMA  AG,  BAYER  CORPORATION,
BAYER HEALTHCARE LLC, BAYER HEALTHCARE
AG, and BAYER AG,

      DEFENDANTS

**<u>NOTICE OF SUBMISSION</u>**

     Please take notice that the Motion for Extension of Time within Which to Serve Process

filed by the Plaintiff in the above-styled case, through undersigned counsel, will be submitted to

the Court at 9:00 am on Wednesday, November 15, 2017, before the Honorable Eldon E. Fallon,

at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

     Dated: October 26, 2017

                              Respectfully submitted,

                              */s/ Donald W. Medley*
                              Donald W. Medley
                              Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served via MDL Centrality,

which will send notice of the electronic filing in accordance with the procedures established in

MDL 2592 pursuant to the Pre-Trial Order.

/s/ Donald W. Medley
Donald W. Medley
Attorney for the Plaintiff

Donald W. Medley
MS Bar #2832
don@medleylawgroup.com
MEDLEY LAW GROUP
902 West Pine Street
Hattiesburg, MS 39401
Tel:   601-544-8110
Fax:  601-544-8158