UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *All Cases* | * * | JUDGE ELDON E. FALLON |
| | * * | |
| | * | MAGISTRATE JUDGE NORTH |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

### PLAINTIFFS' MOTION TO QUASH THE CROSS-NOTICE OF DEPOSITION OF BYRON CRYER, MD

NOW INTO COURT, Plaintiffs move to quash the cross-notice of deposition of Byron Cryer, MD. The Bayer Defendants cross-noticed the deposition of Dr. Cryer, an expert witness, approximately thirteen (13) hours before his deposition was scheduled to proceed in a case pending in the Court of Common Pleas in Philadelphia. For the reasons set forth in the accompanying memorandum of law in support of this motion, Plaintiffs respectfully request that the cross-notice be quashed in these MDL proceedings.

Dated: October 27, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

1

                Gerald E. Meunier (Bar No. 9471)
                ***GAINSBURGH BENJAMIN DAVID MEUNIER***
                ***& WARSHAUER, LLC***
                2800 Energy Centre, 1100 Poydras Street
                New Orleans, LA 70163-2800
                Phone: (504) 522-2304
                Fax: (504) 528-9973
                Email: gmeunier@gainsben.com

                *Plaintiffs' Liaison Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 27, 2017, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

                                        */s/ Leonard A. Davis*
                                        **LEONARD A. DAVIS**