# EXHIBIT 1

**Lillian Flemming**

| | |
|---|---|
| **From:** | Cora, Albert <Albert.Cora@apks.com> |
| **Sent:** | Thursday, October 26, 2017 7:57 PM |
| **To:** | 'bbarr@levinlaw.com'; 'Andy.Birchfield@BeasleyAllen.com'; 'gmeunier@gainsben.com'; Lenny Davis; 'rdenton@uselaws.com' |
| **Cc:** | Solow, Andrew K.; du Pont, Julie K.; 'Susan.Sharko@dbr.com'; Albert Bixler; Leslie Hayes; 'Miller, Chanda A.' |
| **Subject:** | Cross notice of Deposition of Byron Cryer, MD |
| **Attachments:** | Cross Notice of Deposition of Byron Cryer MD.PDF |

Counsel,

Please see the attached.

_____

Albert Cora
Case Manager

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, New York 10019-9710
T: +1 212.836.7436 | F: +1 212.836.8689
Albert.Cora@apks.com | www.apks.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter Kaye Scholer LLP, click here: http://www.apks.com

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL 2592 |
| | ) | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | ) ) ) | JUDGE ELDON E. FALLON |
| | ) ) | MAG. JUDGE NORTH |
| | ) ) | |

## CROSS-NOTICE OF VIDEOTAPED DEPOSITION OF BYRON CRYER, MD

PLEASE TAKE NOTICE that the undersigned counsel for Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG and Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson and Johnson hereby cross-notice in this matter the videotaped deposition of Byron Cryer, MD.  Plaintiffs' Notice of Deposition in *Russell v. Janssen Pharmaceuticals, Inc., et al.,* is attached hereto as Exhibit A.

The videotaped deposition will take place on October 27, 2017 beginning at 9:00 am EST, at Norton Rose Fullbright, 2200 Ross Avenue, Suite 3600, Dallas, Texas 75201.  The deposition will proceed upon examination pursuant to the Federal Rules of Civil Procedure, before a Notary Public and certified Shorthand Reporter from any other officer authorized by law to take depositions in like cases.

You are invited to attend and participate in the manner provided for in the Federal Rules of Civil Procedure and the MDL Case Management Orders.

Dated:  October 26, 2016                    Respectfully submitted,

                                            KAYE SCHOLER LLP


                                            /s/ Andrew K. Solow
                                            KAYE SCHOLER LLP
                                            250 West 55th Street
                                            New York, New York 10019-9710
                                            Telephone: (212) 836-8485
                                            Facsimile: (212) 836-6485
                                            Andrew.Solow@kayescholer.com

                                            *On behalf of Bayer HealthCare*
                                            *Pharmaceuticals Inc. and Bayer Pharma AG*

                                            DRINKER BIDDLE & REATH LLP

                                            /s/ Susan M. Sharko
                                            Susan M. Sharko
                                            DRINKER BIDDLE & REATH LLP
                                            A Delaware Limited Liability Partnership
                                            600 Campus Drive
                                            Florham Park, NJ 07932-1047
                                            Telephone: (973) 549-7000
                                            Facsimile:  (973) 360-9831
                                            susan.sharko@dbr.com

                                            *On behalf of Janssen Pharmaceuticals, Inc.,*
                                            *Janssen Research & Development, LLC,*
                                            *Janssen Ortho LLC, and Johnson and Johnson*

## CERTIFICATE OF SERVICE

I hereby certify on October 26, 2017 the foregoing was served electronically to the following in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17:

Brian H. Barr
LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.
bbarr@levinlaw.com
*Plaintiffs' Co-Lead Counsel*

Andy D. Birchfield, Jr.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Andy.Birchfield@BeasleyAllen.com
*Plaintiffs' Co-Lead Counsel*

Gerald E. Meunier
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC
gmeunier@gainsben.com
*Plaintiffs' Co-Liaison Counsel*

Leonard A. Davis
HERMAN HERMAN & KATZ LLC
ldavis@hhklawfirm.com
*Plaintiffs' Co-Liaison Counsel*

Roger Denton
SCHLICHTER, BOGARD & DENTON, LLP
rdenton@uselaws.com

Albert M. Cora

# EXHIBIT A

**LEVIN SEDRAN & BERMAN**
BY: Michael M. Weinkowitz, Esquire (ID No. 76033)
510 Walnut Street, Suite 500
Philadelphia, PA 19107
Tel (215) 592-1500/Fax (215) 592-4663
MWeinkowitz@lfsblaw.com

*Attorney for Plaintiff*

| | |
|---|---|
| **IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION**<br><br>**January Term, 2015, No. 2349**<br>_____<br>*This Document Relates to:*<br><br>**Daniel I. Russell,**<br><br>　　　　*Plaintiff,*<br><br>**v.**<br><br>**Janssen Pharmaceuticals, Inc., et al.,**<br><br>　　　　*Defendants*. | **COURT OF COMMON PLEAS PHILADELPHIA COUNTY CIVIL TRIAL DIVISION**<br><br><br>**February Term, 2016**<br><br>**No. 362** |

---

**NOTICE OF VIDEOTAPED**
**DEPOSITION OF BYRON CRYER, MD**

---

**TO:**　　Albert G. Bixler, Esquire　　　　Chanda Miller, Esquire
　　　　Eckert Seamans Cherin & Mellott, LLC　　Drinker Biddle & Reath LLP
　　　　Two Liberty Place　　　　　　　One Logan Square, Suite 2000
　　　　50 South 16th Street, 22nd Floor　　Philadelphia, PA 19103-6996
　　　　Philadelphia, Pennsylvania 19102　　*Attorney for Janssen Defendants*
　　　　*Attorney for Bayer Defendants*

　　　　**PLEASE TAKE NOTICE** that pursuant to the Pennsylvania Rules of Civil Procedure,

including Rule 4007.1(e), the Plaintiff will take the deposition upon videotaped oral examination

of the Bayer Defendants' expert witness, Byron Cryer, MD at Norton Rose Fullbright US, 2200

Ross Avenue, Ste 3600, Dallas, Texas, or at another location mutually agreed upon by the parties. The witness' deposition will commence on October 27, 2017, at 9:00 a.m., and continue day-to-day until complete, subject to the time limits specified in the Court's Case Management Orders.

The deposition shall be videotaped and recorded stenographically before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this case. The oral examination is to be taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Pennsylvania Rules of Evidence, the Pennsylvania Rules of Civil Procedure, and the Case Management Orders entered by the Court.

The attorney contact information is set forth in the signature block below.

## DOCUMENTS TO BE PRODUCED

At least 14 days in advance of the deposition (and then again the day before the deposition), Defendants and the deponent are required to produce the following:

1) All documents required to be produced pursuant to CMO-9a, the Deposition Protocol for Expert Witnesses.

2) All documents reviewed by the witness for purposes of refreshing his recollection regarding the matters designated above.

3) The witness' curriculum vitae.

4) All time records, diaries, invoices, and/or bills prepared and rendered in connection with the witness's investigation and evaluation of the issues involved in the Xarelto litigation.  This request includes all documents that the witness used to record the number of hours the witness spent investigating and evaluating the issues involved in the Xarelto litigation.

5)      The witness's complete file in connection with the witness's investigation and evaluation of the issues involved in the Xarelto litigation.

6)      All documents furnished to the witness for review with reference to the Xarelto litigation.

7)      All documents obtained or created by the witness with reference to the Xarelto litigation, excluding drafts of reports.

8)      All documents reviewed, referred to or relied upon by the witness in arriving at any of the witness's opinions or conclusions concerning the issues involved in the Xarelto litigation, including but not limited to all scientific, medical or technical articles, publications, codes, textbooks, standards, and other literature.

9)      All photographs, videotapes, audio tapes, or any other graphic reproduction of sound, places, objects, or otherwise that have been prepared by the witness in the witness's investigation or evaluation of the Xarelto litigation.

10)     All documents constituting, reflecting, or reporting factual observations, tests, supporting data, calculations, photographs, notes, or opinions, including but not limited to any report prepared by or under the direction of the witness, including any recording or transcript thereof of any oral reports.

11)     All facts, data, and assumptions defendants' counsel provided to the witness and that the witness considered in forming his opinions regarding the Xarelto litigation.

12)     Documents sufficient to identify the name, civil action number and/or attorney for every case in which the witness has been retained as a consulting expert and/or

witness in the past 4 years, including any disclosures made outside of the Xarelto litigation.

13)   All reports written by the witness in whole or in part, and all transcripts of depositions or trial testimony given by the witness, in each litigation identified in response to Request No. 12.

14)   Documents sufficient to identify all research grants the witness has received involving the study of issues that relate to or concern the subject matter of his testimony.

15)   All articles or papers the witness has written, presented, or has participated in writing or presenting, that relate to or concern the subject matter of his testimony in the Xarelto litigation.

16)   All documents concerning any research the witness has undertaken that relates to or concerns the subject matter of his testimony in the Xarelto litigation, whether he found the research to be helpful or not.

17)   Copies of all affidavits, reports, and sworn testimony given by the witness, whether at deposition, trial, or otherwise, that relate to or concern the subject matter of his testimony in the Xarelto litigation.

By:  /s/ Michael M. Weinkowitz
        Michael M. Weinkowitz
        LEVIN SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19107
        Tel (215) 592-1500/Fax (215) 592-4663
        MWeinkowitz@lfsblaw.com

        *Attorney for Plaintiff*

Dated: September 8, 2017

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September, 2017, I caused a true and correct copy of the foregoing Notice of Videotaped Deposition of Byron Cryer, MD to be served on counsel of record by electronic mail as follows:

Albert G. Bixler, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, Pennsylvania 19102
abixler@eckertseamans.com

Chanda Miller, Esquire
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
chanda.miller@dbr.com

/s/ Michael M. Weinkowitz
Michael M. Weinkowitz