UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *All Cases* | * * | JUDGE ELDON E. FALLON |
| | * * | |
| | * | MAGISTRATE JUDGE NORTH |

## ORDER

Upon consideration of the Plaintiffs' Motion to Quash the Cross-Notice of Deposition of Byron Cryer, MD it is hereby ORDERED that the motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**