UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *All Cases* | * * | JUDGE ELDON E. FALLON |
| | * * | |
| | * | MAGISTRATE JUDGE NORTH |
| * * * * * * * * * * * * * * * * * * * * * * | | |

**MOTION FOR EXPEDITED HEARING ON
PLAINTIFFS' MOTION TO QUASH THE CROSS-NOTICE OF
DEPOSITION OF BYRON CYRER, MD**

Now come Plaintiffs who submit that Plaintiffs' Motion to Quash the Cross-Notice of Deposition of Byron Cryer, MD [Rec. Doc. 7885] ("Motion to Quash"), was filed on October 27, 2017. The cross-noticed deposition at issue was scheduled to begin at 9:00 a.m. on October 27, 2017. Plaintiffs request that an expedited hearing be had on the Motion to Quash so that a ruling can be made on an expedited basis.

1

WHEREFORE mover prays that this motion be GRANTED and that the Court expedite a hearing and rule on Plaintiffs' Motion to Quash the Cross-Notice of Deposition of Byron Cryer, MD [Rec. Doc. 7885] on an expedited basis.

Dated: October 27, 2017

Respectfully submitted,

*/s/ Leonard A. Davis*
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 27, 2017, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**