UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *All Cases* | * * * | JUDGE ELDON E. FALLON |
| | * * | |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion for Expedited Hearing on Plaintiffs' Motion to Quash the Cross-Notice of Deposition of Byron Cryer, MD [Rec. Doc. 7885];

IT IS ORDERED BY THE COURT that the motion is GRANTED and the matter is set for expedited hearing on the ___ day of _____, 2017, at ____ o'clock ___.

IT IS FURTHER ORDERED BY THE COURT that all responses to the Plaintiffs' Motion to Quash the Cross-Notice of Deposition of Byron Cryer, MD [Rec. Doc. 7885] should be filed on or by the ____ day of _____, 2017.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge