UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |
| ************************************************ | * |

THIS DOCUMENT RELATES TO CASES LISTED IN THE ATTACHED DOCUMENT

## ORDER

In consideration of unpaid filing fees, the Court orders the Plaintiffs listed in the attached document to show cause why they should not be held in contempt for failure to pay the required filing fees for the cases listed in the attached document. Counsel wishing to contest any matters related to payment of filing fees may do so at the hearing.

**IT IS ORDERED** that a Show Cause Hearing will be held on Tuesday, December 12th, 2017 at 2:00 p.m. Out-of-town counsel may participate by phone, using the following call-in information: Phone Number: (800) 260-0712; Access Code: 432731. Participants, please keep your line muted until the Court calls your case. Thank you.

New Orleans, Louisiana this 26th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE