| Case No. | Plaintiff | Law Firm | Dismissal Doc. No. | 9 Month Mark | Date of Dismissal |
|---|---|---|---|---|---|
| 15-5186 | Arsenio Farinas | Diez-Arguelles and Tejedor | 6398 | | |
| 15-5191 | Aurea Morales | Diez-Arguelles and Tejedor | 6398 | | |
| 15-5194 | Bernardo Maldonado | Diez-Arguelles and Tejedor | 6605 | | |
| 15-5226 | Jose Zouian | Diez-Arguelles and Tejedor | 6398 | | |
| 15-5424 | Tatiana Martinez-Hernandez | Diez-Arguelles and Tejedor | 6398 | | |
| 15-5426 | Teresa Betancourt | Diez-Arguelles and Tejedor | 6398 | | |
| 16-1017 | Tammie Thigpen | John J. Driscoll, Attorney at Law/The Driscoll Firm PC | 7346 | | |
| 16-102 | Talisha Molock | John J. Driscoll, Attorney at Law/The Driscoll Firm PC | 6613 | | |
| 16-10031 | Charles Scott | Jacoby and Meyers, LLC & Cochran Firm | 5721 | | |
| 16-10314 | Eleanor Boltz | Jacoby and Meyers, LLC & Cochran Firm | 5721 | | |
| 16-10322 | Esmerald Jaramillo | Jacoby and Meyers, LLC & Cochran Firm | 5721 | | |
| 16-10385 | Clementine Hendrick | Ferrer Poirot Wansbrough (GA) - CASE STILL OPEN NO FEE DUE | | | |
| 16-10488 | James Berry | Jacoby and Meyers, LLC & Cochran Firm | 5721 | | |
| 16-10494 | Jerry Slocum | Jacoby and Meyers, LLC & Cochran Firm | 7285 | | |
| 16-10866 | Charles Bell | Driscoll Firm, P.C. | 6054 | 3/20/2017 | 4/6/2017 |
| 16-10887 | Adrenn Clayton | Driscoll Firm, P.C. | 6060 | 3/20/2017 | 4/6/2017 |
| 16-10957 | Artelia Jackson | John Driscoll, Attorney at Law & Driscoll Firm, P.C. | 6622 | | |
| 16-10964 | William Friday | Jacoby and Meyers, LLC & Cochran Firm | 5721 | | |
| 16-11044 | Leslie Stafford | John Driscoll, Attorney at Law & Driscoll Firm, P.C. | 6613 | | |
| 16-11056 | Ralph Warne | John Driscoll, Attorney at Law & Driscoll Firm, P.C. | 6622 | | |
| 16-11081 | James Young | John Driscoll, Attorney at Law & Driscoll Firm, P.C. | 6613 | | |
| 16-11244 | Mohammed Harun | John Driscoll, Attorney at Law & Driscoll Firm, P.C. | 6622 | | |
| 16-11356 | Sherry McDaniel | John Driscoll, Attorney at Law & Driscoll Firm, P.C. | 6622 | | |
| 16-11778 | Mary Ann Hawkins | John Driscoll, Attorney at Law & Driscoll Firm, P.C. | 7319 | 3/27/2017 | 8/14/2017 |
| 16-12068 | Christuma Allen | Driscoll Firm, P.C. | 6051 | 3/29/2017 | 4/6/2017 |
| 16-12086 | Charles Berner | Driscoll Firm, P.C. | 6055 | 3/29/2017 | 4/6/2017 |
| 16-12106 | Janet Gamble Shannon | Driscoll Firm, P.C. | 6071 | 3/29/2017 | 4/6/2017 |
| 16-12140 | Annette Gwynn | John Driscoll, Attorney at Law & Driscoll Firm, P.C. | 6622 | | |
| 16-12173 | Willena E. Natt | John Driscoll, Attorney at Law & Driscoll Firm, P.C. | 6622 | | |
| 16-12185 | Contota Richardson | John Driscoll, Attorney at Law & Driscoll Firm, P.C. | 6613 | | |
| 16-12215 | Charlie Spink | John Driscoll, Attorney at Law & Driscoll Firm, P.C. | 6622 | | |
| 16-12254 | Gregory Clark | Driscoll Firm, P.C. | 6059 | 3/30/2017 | 4/6/2017 |
| 16-12273 | Ray McCarty | John Driscoll, Attorney at Law & Driscoll Firm, P.C. | 6613 | | |
| 16-12294 | Wencel Splichal | John Driscoll, Attorney at Law & Driscoll Firm, P.C. | 6622 | | |
| 16-12831 | Carol Sixberry | Mulligan Law Firm | 7346 | | |
| 16-12954 | Jacqueline Anconetani | Mulligan Law Firm | 7346 | | |
| 16-13257 | Carl Norris | Mulligan Law Firm | 7346 | | |
| 16-2489 | Barbara Jankowski | Grant & Eisenhofer, PA | 7356 | | |
| 16-2723 | Ronald Allen | Potts Law Firm/Burnet Law Frim | 5301 | | |
| 16-4305 | Anita Wells | Aylstock Witkin Kreis & Overholtz, PLLC | 7303 | | |
| 16-6052 | Julie Stevens | Provost, Umphrey Law Firm, LLP | 6398 | | |
| 16-7131 | Linda Albright | Driscoll Firm, P.C. | 7343 | | |
| 16-7683 | Arnold Lawrence | Jacoby and Meyers, LLC & Cochran Firm | 7280 | | |
| 16-7887 | Betty Sineath | Jacoby and Meyers, LLC & Cochran Firm | 7290 | | |
| 16-8172 | George Sanchez | Jacoby and Meyers, LLC & Cochran Firm | 7287 | | |
| 16-8290 | Helen Hicks, Deceased | Jacoby and Meyers, LLC & Cochran Firm | 7284 | | |
| 16-8292 | Janet Claybourne | Jacoby and Meyers, LLC & Cochran Firm | 7286 | | |
| 16-8308 | Kee Manygoats | Jacoby and Meyers, LLC & Cochran Firm | 7288 | | |
| 16-8311 | Lois Belt | Jacoby and Meyers, LLC & Cochran Firm | 7283 | | |
| 16-8471 | Marianna Belluomini | Jacoby and Meyers, LLC & Cochran Firm | 7282 | | |
| 16-8672 | Helga King Executrix - Fred Harry King | John Driscoll, Attorney at Law & Driscoll Firm, P.C. | 6056 | 3/7/2017 | 4/6/2017 |
| 16-8690 | Daniel Calix | John Driscoll, Attorney at Law & Driscoll Firm, P.C. | 5173 | 3/7/2017 | |
| 16-8701 | Kristan Cubbage | Driscoll Firm, P.C. | 6063 | 3/7/2017 | 4/6/2017 |
| 16-8707 | Gail Eldridge obo Robert Eldridge | Driscoll Firm, P.C. | 6068 | 3/7/2017 | 4/6/2017 |
| 16-8716 | Garolyn Fields | Driscoll Firm, P.C. | 6069 | 3/7/2017 | 4/6/2017 |
| 16-8731 | Ridgeway Gaines | John Driscoll, Attorney at Law & Driscoll Firm, P.C. | 5175 | 3/7/2017 | |
| 16-8733 | Renia Goode | Driscoll Firm, P.C. | 6072 | 3/7/2017 | 4/6/2017 |
| 16-8747 | David Hinkley | Driscoll Firm, P.C. | 6075 | 3/7/2017 | 4/6/2017 |
| 16-8756 | John Hollier obo Sedia Hollier | John Driscoll, Attorney at Law & Driscoll Firm, P.C. | 6613 | | |
| 16-8762 | Jeffrey Huffman | Driscoll Firm, P.C. | 6076 | 3/7/2017 | 4/6/2017 |
| 16-8769 | Marlene Jackson obo James Jackson | Driscoll Firm, P.C. | 6077 | 3/7/2017 | 4/6/2017 |
| 16-8774 | Edward Jones obo Linda Jones | Driscoll Firm, P.C. | 7346 | | |
| 16-8776 | Thomas Kincade | Driscoll Firm, P.C. | 6079 | 3/7/2017 | 4/6/2017 |
| 16-8778 | Shelton Lewis | Driscoll Firm, P.C. | 6080 | 3/7/2017 | 4/6/2017 |
| 16-8779 | Denise Lush | Driscoll Firm, P.C. | 6081 | 3/7/2017 | 4/6/2017 |
| 16-8833 | Barry McLead | Driscoll Firm, P.C. | 6083 | 3/8/2017 | 4/6/2017 |
| 16-8838 | Anthony McMahan | Driscoll Firm, P.C. | 6084 | 3/8/2017 | 4/6/2017 |
| 16-8869 | Durand Moore | Driscoll Firm, P.C. | 6085 | 3/8/2017 | 4/6/2017 |
| 16-8886 | Jeffrey Odom obo Conway Odom | Driscoll Firm, P.C. | 6090 | 3/8/2017 | 4/6/2017 |
| 16-8894 | Quentin Pugh | Driscoll Firm, P.C. | 6092 | 3/8/2017 | 4/6/2017 |
| 16-8960 | Harrison Sims | John Driscoll, Attorney at Law & Driscoll Firm, P.C. | 6616 | 3/8/2017 | 5/24/2017 |
| 16-9006 | David Sutton | Driscoll Firm, P.C. | 6097 | 3/8/2017 | 4/6/2017 |
| 16-9012 | Latonya Swinney | Driscoll Firm, P.C. | 6098 | 3/8/2017 | 4/6/2017 |
| 16-9067 | Norman Woods | Driscoll Firm, P.C. | 6106 | 3/8/2017 | 4/6/2017 |
| 16-9414 | Paul Chappelear obo Evenlyn Chappelear | Driscoll Firm, P.C. | 6058 | 3/9/2017 | 4/6/2017 |
| 16-9419 | Mary Coffman | Driscoll Firm, P.C. | 6061 | 3/9/2017 | 4/6/2017 |
| 16-9436 | Edwina Felton | John J. Driscoll, Attorney at Law | 6622 | | |
| 16-9511 | Rene Martel obo Jenette Martel | John Driscoll, Attorney at Law & Driscoll Firm, P.C. | 6616 | 3/9/2017 | 5/24/2017 |
| 16-9515 | Ernest Campbell obo Ida Presley | John Driscoll, Attorney at Law & Driscoll Firm, P.C. | 6622 | | |
| 16-9516 | Matthew Schneibel | Driscoll Firm, P.C. | 6094 | 3/9/2017 | 4/6/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 16-9525 | Lucian Williams obo Donielle Swanson | John J. Driscoll, Attorney at Law | 6622 | | |
| 16-9585 | Patricia Wilson | Driscoll Firm, P.C. | 6105 | 3/10/2017 | 4/6/2017 |
| 16-9587 | Sabreana Patterson obo Ebony Young | Driscoll Firm, P.C. | 6108 | 3/10/2017 | 4/7/2017 |
| 16-9692 | Barbara Ivey | Jacoby and Meyers, LLC & Cochran Firm | 7279 | | |
| 16-9693 | Barbara Jackson | Jacoby and Meyers, LLC & Cochran Firm | 7293 | | |
| 16-9853 | Gervasio Donatelli | Rosenberg & Gluck, LLP | 6513 | | |
| 16-9858 | Larry Gibson | Rosenberg & Gluck, LLP | 6512 | | |
| 16-9863 | Shanda Maye | Rosenberg & Gluck, LLP | 7359 | | |
| 16-9885 | John Smith | John J. Driscoll, Attorney at Law | 6622 | | |
| 16-9968 | Charles Oelze | Jacoby and Meyers, LLC | 6609 | | |
| 16-9981 | Duane Thompson | John Driscoll, Attorney at Law & Driscoll Firm, P.C. | 7359 | | |