# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 26, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-30845    In re: Xarelto Prod Liability
                           USDC No. 2:14-MD-2592
                           USDC No. 2:15-CV-3708

Enclosed is an order entered in this case.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   By: _____
                                   Allison G. Lopez, Deputy Clerk
                                   504-310-7702

Mr. William W. Blevins
Mr. Leonard Arthur Davis
Mr. Steven Glickstein
Mr. James Burke Irwin
Mr. Frederick S. Longer
Mr. Gerald Edward Meunier
Ms. Susan M. Sharko