# CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
JUL 06 2017

**STATE OF TEXAS — CERTIFICATE OF DEATH**

STATE FILE NUMBER: 142-17-097347

1. LEGAL NAME OF DECEASED: GEORGE MAURICE WENTSCH
2. DATE OF DEATH (ACTUAL OR PRESUMED): JUNE 28, 2017
3. SEX: MALE
4. DATE OF BIRTH: AUGUST 13, 1926
5. AGE-Last Birthday (Years): 90
6. BIRTHPLACE: HOLLYWOOD, CA
7. SOCIAL SECURITY NUMBER: 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
8. MARITAL STATUS AT TIME OF DEATH: ☒ Widowed
10a. RESIDENCE STREET ADDRESS: 2500 BARTON CREEK BLVD.
10c. CITY OR TOWN: AUSTIN
10d. COUNTY: TRAVIS
10e. STATE: TEXAS
10f. ZIP CODE: 78735
10g. INSIDE CITY LIMITS? ☒ No
11. FATHER'S NAME PRIOR TO FIRST MARRIAGE: HAROLD E. WENTSCH
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: ELIZABETH MAJILLA SHULZE
13. PLACE OF DEATH: ☒ Nursing Home
14. COUNTY OF DEATH: TRAVIS
15. CITY/TOWN, ZIP: PRECINCT 3, 78735
16. FACILITY NAME: QUERENCIA OF BARTON CREEK
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: ELIZABETH WENTSCH KRAMER - DAUGHTER
18. MAILING ADDRESS OF INFORMANT: 768 HORSESHOE DR., KINGSLAND, TX 78639
19. METHOD OF DISPOSITION: ☒ Cremation
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: CHRISTINA SALCIDO, BY ELECTRONIC SIGNATURE - 114722
21. ☒ Unknown
22. PLACE OF DISPOSITION: HEART OF TEXAS CREMATORY
23. LOCATION: AUSTIN, TX
24. NAME OF FUNERAL FACILITY: HEART OF TEXAS CREMATION & BURIAL SERVICE
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 12010 HWY 290 WEST, AUSTIN, TX 78737
26. CERTIFIER: ☒ Certifying physician
27. SIGNATURE OF CERTIFIER: ANJANA PHILIP, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: JULY 1, 2017
29. LICENSE NUMBER: P1385
30. TIME OF DEATH: 07:05 AM
31. PRINTED NAME, ADDRESS OF CERTIFIER: ANJANA PHILIP, 1108 LAVACA ST. #110-320, AUSTIN, TX 78701
32. TITLE OF CERTIFIER: MD

33. PART I. CHAIN OF EVENTS:
   a. IMMEDIATE CAUSE: PROSTATE CANCER — Approximate interval: MONTHS

34. WAS AN AUTOPSY PERFORMED? ☒ No
36. MANNER OF DEATH: ☒ Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ No

42a. REGISTRAR FILE NO.: 0500222
42b. DATE RECEIVED BY LOCAL REGISTRAR: JULY 6, 2017
42c. REGISTRAR: REGISTRAR - TRAVIS COUNTY - PREC 3, ELECTRONICALLY FILED

EDR NUMBER: 000002126875

VS-112 REV 1/2006
Q A1 1059573

WARNING: The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine up to $10,000. (Health and Safety Code, Sec. 195.1989)

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED: JUL 07 2017

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

