## LETTERS TESTAMENTARY

ESTATE OF                      C-1-PB-17-001606

GEORGE M. WENTSCH       IN PROBATE COURT NUMBER ONE

DECEASED                       TRAVIS COUNTY, TEXAS

THE STATE OF TEXAS     *

COUNTY OF TRAVIS       *

I, the undersigned Clerk of the Probate Court No. 1 of Travis County Texas, do hereby certify that on **OCTOBER 3, 2017**, **CUMBERLAND TRUST AND INVESTMENT COMPANY, INC.** was duly granted by said Court, Letters Testamentary of the Estate of **GEORGE M. WENTSCH** Deceased, and that it qualified as **Independent Executor** without bond of said estate on **OCTOBER 3, 2017** as the law requires, said appointment is still in full force and effect. Given under my hand and seal of office at Austin, Texas, on **October 10, 2017.**

                        Dana DeBeauvoir

                        County Clerk, Travis County, Texas

                        P.O. Box 149325 Austin, Texas 78714-9325

              By Deputy            _[signature]_

                        B. HICKS

21P - 000014300
C-1-PB-17-001606