UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Ila Anderson v. Janssen Research & Dev, LLC, et al; LAED USDC No. 2:16-cv-01021*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Shirley Guthrie, on behalf of the Estate of Ila Jean Anderson, as Plaintiff in the above-captioned cause.

1. Ila Jean Anderson brought a products liability lawsuit against defendants on February 4, 2016.

2. Plaintiff Ila Jean Anderson died on June 14, 2017.

3. Ila Jean Anderson's products liability action against defendants survived Plaintiff's death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on August 17, 2017, attached hereto as "Exhibit A".

5. Shirley Guthrie, as Administratrix of the Estate of Ila Jean Anderson, is a proper party to substitute for Plaintiff Ila Jean Anderson and has proper capacity to proceed forward

with the surviving products liability lawsuit on Plaintiff's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for the Plaintiff requests that this Court grant this request for substitution as Plaintiff in this action.


Dated October 31, 2017                    Respectfully submitted,


/s/Joel L. DiLorenzo
Joel L. DiLorenzo, Esq.
Attorney I.D. No. 7575-J64D (AL)
THE DILORENZO LAW FIRM, LLC
505 20th Street North, Suite 1275
Birmingham, AL 35203
Tel: 205.212.9988
Fax: 205.212.9989
joel@dilorenzo-law.com
Attorney for the Plaintiffs


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MOTION FOR SUBSTITUTION OF PROPER PARTIES has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


This the 31st day of October, 2017


/s/ Joel L. DiLorenzo