| | | |
|---|---|---|
| THE ESTATE OF | * | IN THE PROBATE COURT OF |
| ILA JEAN ANDERSON | * | WALKER COUNTY, ALABAMA |
| DECEASED | * | CASE NO: PC2017-192 |

## ORDER GRANTING LETTERS OF ADMINISTRATION

And now, on this day comes **SHIRLEY GUTHRIE** and presents to the Court a petition in writing and under oath, praying that Letters of Administration on the Estate of **ILA JEAN ANDERSON**, deceased, be issued to herself, which petition is examined by the Court; and it appearing to the satisfaction of the Court from the allegations contained in said petition and from other good and sufficient evidence that the said **ILA JEAN ANDERSON** departed this life on or about June 14, 2017, being at the time of her death an inhabitant of Walker County; that she died leaving assets in Walker County, consisting chiefly of an unliquidated contingent claim of unknown value for which the petitioner requests a minimum bond but leaving no will, testament or other writing relative to the disposal or distribution of the estate and that the death of said decedent was known more than five days before this day; and it further appearing to the satisfaction of the Court that **SHIRLEY GUTHRIE**, the daughter of the said decedent, is over twenty-one years of age, an inhabitant of this State, and a suitable person under the law and in the estimation of the Court to serve as Personal Representative, and no person having appeared to oppose the granting of Letters of Administration to the said **SHIRLEY GUTHRIE** or to show cause why the prayer of said Petitioner should not be granted; this Court is of the opinion that said petition be recorded and that the prayer for Letters of Administration shall be granted and that **SHIRLEY GUTHRIE** shall make and file bond in the penal sum of **$10,000.00**, conditioned and payable according to the statute in such cases made and provided, with such surety of sureties as may be approved by the Court; Letters of Administration shall not issue until said bond is approved and filed.

And now again comes **SHIRLEY GUTHRIE** and presents to the Court for approval her bond in the form as by this Court heretofore required with Western Surety Company as surety thereon, and the Court being sufficiently advised concerning said bond and said surety, this Court is of the opinion that said bond be taken, approved and recorded. Therefore,

**IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the Petition for Letters of Administration as filed by **SHIRLEY GUTHRIE** be, and hereby is, granted and shall be recorded. It is further ordered that the bond in the amount of **$10,000.00** be taken, approved and recorded.

**IT IS FURTHER ORDERED** by the Court that Letters of Administration on the Estate of **ILA JEAN ANDERSON**, deceased, be granted to **SHIRLEY GUTHRIE** and she shall be, and hereby is, authorized to administer said estate; it is further ordered that the said **SHIRLEY GUTHRIE** proceed immediately to collect and take into her possession all of the goods, chattels, money, books, papers and evidence of debt of said deceased, according to the Administration Laws of the State of Alabama, and make due return under oath to this Court a full

detailed inventory thereof, listing personal items with their values and any identifying numbers, and all bank accounts including bank name, account number, amount, and the type of account with proper heading, within two months, being due on or before **December 25, 2017.**

**IT IS FURTHER ORDERED** by the Court that said Administratrix shall file an annual settlement on the said administration once every year pursuant to Title §43-2-338, the first being due on or before **October 25, 2018.**

**IT IS FURTHER ORDERED** by the Court that said Administratrix has the authority to access and retrieve any and all assets of said deceased person that she may have owned or possessed at the time of her death forward.

**IT IS FURTHER ORDERED** that any financial institution having financial records, assets, or personal effects, and not limited to said aforementioned items, shall surrender such to said Administratrix.

**IT IS FURTHER ORDERED** that the Administratrix, as required in Code of Alabama §43-2-60, shall publish in a local newspaper once a week for three successive weeks for unknown claims against said estate.

**IT IS FURTHER ORDERED** that the Administratrix file with this Court an affidavit of Publication of Legal Notice for Claims from the newspaper that published within thirty days from the last date of publication.

**DONE AND ORDERED** this the **27th** day of October, **2017.**

Rick Allison, Judge of Probate

| THE ESTATE OF | * | IN THE PROBATE COURT OF |
| ILA JEAN ANDERSON | * | WALKER COUNTY, ALABAMA |
| DECEASED | * | CASE NO: PC2017-192 |

## LETTERS OF ADMINISTRATION

Letters of Administration on the estate of **ILA JEAN ANDERSON**, deceased, are hereby granted to **SHIRLEY GUTHRIE**, who has duly qualified and given bond as such personal representative, and is authorized to administer such estate with authority to take actions as set forth in §43-2-843, Code of Alabama 1975, except as restricted below.

Inventory is due on or before **December 25, 2017**.

Annual settlement and accounting are due on or before **October 25, 2018**.

**WITNESS** my hand, and dated this **27th** day of **October, 2017**.

_____
Rick Allison, Judge of Probate

**STATE OF ALABAMA**

**WALKER COUNTY**

I, Rick Allison, Judge of Probate in and for said County and State, hereby certify that the within and foregoing is a true, correct and complete copy of the Letters of Administration issued to **SHIRLEY GUTHRIE** as Personal Representative of the estate of **ILA JEAN ANDERSON**, deceased, as the same appears of record in my office and are still in full force and effect.

**GIVEN UNDER** my hand and seal of said Court, this the **27th** day of **October, 2017**.

_____
Rick Allison, Judge of Probate