UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

GEORGE WENTSCH v. JANSSEN PHARMACEUTICALS, INC., et al

No. 2:15-cv-06083

## SUGGESTION OF DEATH OF PLAINTIFF

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, George Wentsch.

Dated: October 31, 2017

/s/ John Jewell Pace

/s/ Samuel C. Ward

**RESPECTFULLY SUBMITTED** this the 31st day of October 2017.

                                       JOHN JEWELL PACE, A.P.L.C.

                                       By: /s/ John Jewell Pace
                                       John Jewell Pace
                                       John Jewell Pace, A.P.L.C.
                                       **(State Bar No. 1115)**
                                       P.O. Box 14209
                                       Baton Rouge, LA 707898
                                       Telephone: (225) 686-3000
                                       Facsimile: (866) 912-2008
                                       E-mail:jjp@johnjpacelaw.com

                                       By: /s/ Samuel C. Ward
                                       **Samuel "Chuck" Ward**
                                       Samuel C. Ward, Jr., & Associates
                                       **(State Bar No. 29508)**
                                       660 Saint Ferdinand Street
                                       Baton Rouge, LA 70802
                                       Telephone: (225) 330-6677
                                       Facsimile: (225) 330-6680
                                       Email: samuelcward@aol.com

                                       Attorneys for Plaintiff,
                                       *George Wentsch*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Fed. R. Civ.P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**RESPECTFULLY SUBMITTED** this the 31st day of October 2017.

JOHN JEWELL PACE, A.P.L.C.

By: /s/ John Jewell Pace
John Jewell Pace

John Jewell Pace, A.P.L.C.
**(State Bar No. 1115)**
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
E-mail: jjp@johnjpacelaw.com

By: /s/ Samuel C. Ward
 **Samuel "Chuck" Ward**
 Samuel C. Ward, Jr., & Associates
 **(State Bar No. 29508)**
 660 Saint Ferdinand Street
 Baton Rouge, LA 70802
 Telephone: (225) 330-6677
 Facsimile: (225) 330-6680
 Email: samuelcward@aol.com

Attorneys for Plaintiff,

*George Wentsch*