# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br>MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

THIS DOCUMENT RELATES TO:

*Antonio Fernandes v. Janssen Research & Development, LLC, et al.; No. 2:17-cv-8273*

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW Plaintiff Antonio Fernandes, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 15(a)(1)(A) files this Motion for Leave to File Amended Complaint, and in support would show the Court as follows:

Plaintiff seeks to amend the complaint to include the additional injury dates of March 20, 2016 through April 19, 2016. A copy of Plaintiff's First Amended Complaint is attached hereto as Exhibit A.

Plaintiff Antonio Fernandes' Complaint was filed via LAED CM/ECF on August 25, 2017 and service was executed thereafter on September 7, 2017. It is hereby requested that this Ex Parte Motion to Amend Complaint be granted.

Dated October 31, 2017                                        Respectfully submitted,

                                                              By: /s/ Bobby Saadian
                                                              Bobby Saadian, Esq.
                                                              CA Bar 250377
                                                              3055 Wilshire Blvd. 12th Floor,
                                                              Los Angeles, CA 90010
                                                              Phone: (213)381-9988
                                                              Fax: (213)381-9989
                                                              Email: masstorts@wilshirelawfirm.com
                                                              *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 31st day of October, 2017.

                                                              **THE WILSHIRE LAW FIRM**

                                                              By: /s/ Bobby Saadian
                                                              Bobby Saadian, Esq.
                                                              CA Bar 250377
                                                              3055 Wilshire Blvd. 12th Floor,
                                                              Los Angeles, CA 90010
                                                              Phone: (213)381-9988
                                                              Fax: (213)381-9989
                                                              Email: masstorts@wilshirelawfirm.com
                                                              ***Attorney for Plaintiffs***