UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.:     2592<br>SECTION:    L<br>JUDGE:        ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Viola Westmeyer v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al*

**Case No.: 16-17563**

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, Viola Westmeyer, respectfully moves this court to substitute Harold Westmeyer on behalf of the Estate of Viola Westmeyer, for Plaintiff Viola Westmeyer, deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1. After the Complaint was filed on December 19, 2016, Plaintiff's counsel was informed that Plaintiff, Viola Westmeyer, passed away on January 29, 2017 (a copy of the Death Certificate is attached hereto as Exhibit A).

2. Viola Westmeyer's action against Defendants survives her death and is not extinguished.

3. Plaintiff's counsel now moves to substitute Harold Westmeyer, surviving spouse and personal representative of Plaintiff's Estate, as the named party on behalf of the Estate of Viola Westmeyer in the present action.

WHEREFORE, Counsel for Plaintiff, Viola Westmeyer, respectfully request the Court substitute Harold Westmeyer on behalf of the Estate of Viola Westmeyer, as Plaintiff in the above captioned action.

Respectfully submitted,

Dated: November 1, 2017

**GRANT & EISENHOFER P.A.**

By: */s/ Thomas V. Ayala*
M. Elizabeth Graham
Thomas V. Ayala
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on November 1, 2017.

*/s/ Thomas V. Ayala*
Thomas V. Ayala

# Exhibit A

## (Death Certificate)