UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL No.: 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE: MICHAEL NORTH |

**This Document Relates to:**

*Viola Westmeyer v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC, et al*

**Case No.: 16-17563**

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Harold Westmeyer on behalf of the Estate of Viola Westmeyer as the Plaintiff in this action, the Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute Party is **HEREBY GRANTED.**

Plaintiff Harold Westmeyer on behalf of the Estate of Viola Westmeyer, is substituted for Plaintiff Viola Westmeyer in the above captioned action.

Date: _____          _____
                                     Hon. Eldon E. Fallon
                                     United States District Court Judge