# CERTIFICATION OF VITAL RECORD

## North Dakota Department of Health
### Bismarck, North Dakota

# Certification of Death

THIS IS TO CERTIFY THAT THERE IS ON RECORD IN THE DIVISION OF VITAL RECORDS, NORTH DAKOTA DEPARTMENT OF HEALTH, BISMARCK ND, THE FOLLOWING ENTRY OF DEATH:

## DECEDENT INFORMATION

| | | | |
|---|---|---|---|
| NAME: | VIOLA VERNA WESTMEYER | SEX: | FEMALE |
| SOCIAL SECURITY NUMBER: | 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 | DATE OF DEATH: | JANUARY 29, 2017 |
| PLACE OF DEATH: | BISMARCK, NORTH DAKOTA | COUNTY OF DEATH: | BURLEIGH |
| MARITAL STATUS: | MARRIED | TIME OF DEATH: | 20:50 |
| SURVIVING SPOUSE'S NAME: | HAROLD WESTMEYER | DATE OF BIRTH: | JULY 09, 1930 |
| FATHER'S NAME: | ARTHUR ZUMBAUM | AGE: | 86 YEARS |
| MOTHER'S MAIDEN NAME: | HULDA BUDDEAU | BIRTHPLACE: | NORTH DAKOTA |
| RESIDENTIAL ADDRESS: | 404 7TH AVENUE NW MANDAN, NORTH DAKOTA 58554 | U.S. ARMED FORCES: | NO |
| PLACE DEATH OCCURRED: | HOSPITAL - INPATIENT | FILING DATE: | JANUARY 30, 2017 |
| FACILITY OR ADDRESS: | ST. ALEXIUS MEDICAL CENTER, BISMARCK BISMARCK, NORTH DAKOTA | DATE ISSUED: | FEBRUARY 03, 2017 |
| | | CERTIFICATE NO: | 133-17-000523 |

## INFORMANT INFORMATION

| | | | |
|---|---|---|---|
| INFORMANT: | HAROLD WESTMEYER | RELATIONSHIP: | SPOUSE |
| INFORMANT'S ADDRESS: | 404 7TH AVENUE NW MANDAN, NORTH DAKOTA 58554 | | |

## DISPOSITION INFORMATION

| | | | |
|---|---|---|---|
| FINAL DISPOSITION: | MANDAN UNION CEMETERY MANDAN, NORTH DAKOTA | METHOD: | BURIAL |
| FUNERAL HOME: | DAWISE-PERRY FUNERAL SERVICES MANDAN, ND 58554 | FUNERAL DIRECTOR: | DAVID WISE |
| | | LICENSE NUMBER: | 1209 |

## MEDICAL CAUSE OF DEATH INFORMATION

| | | | |
|---|---|---|---|
| MEDICAL CERTIFIER: | NIDA ZEHRA, | LICENSE NUMBER: | |
| CERTIFIER'S ADDRESS: | ST. ALEXIUS MEDICAL CENTER, BISMARCK BISMARCK, ND 58501 | | |

IMMEDIATE CAUSE OF DEATH: RESPIRATORY ACIDOSIS
   as a consequence of > HEART AND RESPIRATORY FAILURE
   as a consequence of >
   as a consequence of >
CONTRIBUTING FACTORS:

| | | | |
|---|---|---|---|
| MANNER OF DEATH: | NATURAL | | |
| MEDICAL EXAMINER CONTACTED: | NO | AUTOPSY PERFORMED: NO | AUTOPSY FINDINGS AVAILABLE: |
| TOBACCO CONTRIBUTED TO DEATH: NO | | DECEASED DIABETIC: UNKNOWN | |
| PREGNANT AT TIME OF DEATH: | NOT PREGNANT WITHIN PAST YEAR | | |
| DATE OF INJURY: | | TIME OF INJURY: | |
| PLACE OF INJURY: | | INJURY AT WORK: | |
| LOCATION OF INJURY: | | TRANSPORTATION INJURY: | |

HOW INJURY OCCURRED:

001587777

Darin J. Meschke
State Registrar of Vital Statistics

This certificate is issued in compliance with the laws of the State of North Dakota
**(NOT VALID without raised impression seal of the North Dakota Department of Health)**