UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Dorothy Heiman

CA# 2:16-cv-15702

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Dorothy Heiman on August 24, 2017.

Dated: November 1, 2017

                                                                                                                      Respectfully submitted,

                                                                                                                      By: /s/ Daniel J. Carr

                                                                                                                      Joseph C. Peiffer, La. Bar # 26459
                                                                                                                      Daniel J. Carr, La. Bar # 31088
       PEIFFER ROSCA WOLF
       ABDULLAH CARR & KANE
       A Professional Law Corporation
       201 St. Charles Avenue, Suite 4610
       New Orleans, Louisiana 70170-4600
       Telephone: (504) 523-2434
       Facsimile: (504) 523-2464
       Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com

*Attorneys for the Plaintiff*

Certificate of Service

I hereby certify that on November 1, 2017, a copy of the above and foregoing *Suggestion of Death* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

       */s/ Daniel J. Carr*