UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Dorothy Heiman

CA# 2:16-cv-15702

# ORDER

      The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Sandra Prichard, as a surviving daughter of Dorothy Heiman, is substituted for Plaintiff Dorothy Heiman, in the above captioned cause.

Date: _____             _____
                                                                   Hon. Eldon E. Fallon
                                                                   United States District Court Judge