UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 )  ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH )  ) **JURY TRIAL DEMANDED** )  ) Civil Action No: <u>2:17-cv-8119</u> |

THIS DOCUMENT RELATES TO:
Constance Petrillo o/b/o
Her deceased husband, Daniel Petrillo v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-8119

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes David B. Owen Jiménez for the Plaintiff and moves this Honorable Court for an order substituting Constance Petrillo as the new proposed personal representative on behalf of her deceased husband, Daniel Petrillo, for the following reasons:

**I.** On August 22nd, 2017, Tina M. Petrillo acting as the proposed personal representative filed a Complaint in the above referenced matter.

**II.** On November 1, 2017, Tina M. Petrillo informed her legal representatives that she no longer wishes to proceed with the filed claim and names her mother Constance Petrillo as the new proposed personal representative in the instant case.

1

**III.** The decedents wife, Constance Petrillo, is the Proper Plaintiff and wishes to be substituted on behalf of Daniel Petrillo, in this case.

Wherefore, movant prays for said substitution.

Respectfully submitted this 1st day of November 2017.

/s/ David B. Owen Jiménez
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
1510 Ave. F.D. Roosevelt, Ste. 6A1
Guaynabo, Puerto Rico 00968
Tel: (844) 345-3784
Fax: (844) 644-1230
david@masstortslaw.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November 2017 a true and correct copy of the foregoing has been submitted to the Clerk of the Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ David B. Owen Jiménez
David B. Owen Jiménez (#301113)