UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 <br> ) <br> ) SECTION: L <br> ) JUDGE FALLON <br> ) MAG. JUDGE NORTH <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) Civil Action No: <u>2:17-cv-8119</u> <br> ) |

THIS DOCUMENT RELATES TO:
Constance Petrillo o/b/o
Her deceased husband, Daniel Petrillo v.
JANSSEN PHARMACEUTICALS, INC., et al

No. 2:17-cv-8119

**ORDER**

Considering the foregoing Motion to Substitute:

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Constance Petrillo, is named the new proposed personal representative in place of her daughter Tina M. Petrillo on behalf of her deceased husband, Daniel Petrillo, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this _____ day of _____, 2017.

_____
Eldon K. Fallon, United States District Court Juge