Case 2:14-md-02592-EEF-MBN Document 7910-3 Filed 11/01/17 Page 1 of 1

**NEW YORK STATE**
**DEPARTMENT OF HEALTH**

# CERTIFICATE OF DEATH

REGISTRATION No. 01482

**STATE FILE NUMBER**

| 1. NAME: FIRST | MIDDLE | LAST |
|---|---|---|
| DANIEL | A. | PETRILLO |

| 2. SEX: MALE ☒ FEMALE ☐ | 3A. DATE OF DEATH: MONTH 04 DAY 22 YEAR 2014 | 3B. HOUR: 2:07 a.m |

**4A. PLACE OF DEATH:** (Check one)
HOSPITAL DOA ER ☐ | HOSPITAL OUTPATIENT ☐ | HOSPITAL INPATIENT ☒ | NURSING HOME ☐ | PRIVATE RESIDENCE ☐ | HOSPICE FACILITY ☐ | OTHER (Specify): ☐

**4B. IF FACILITY, DATE ADMITTED:** MONTH 04 DAY 17 YEAR 2014

**4C. NAME OF FACILITY:** (If not facility, give address) Sisters of Charity Hospital

**4D. LOCALITY:** (Check one and specify) CITY ☒ VILLAGE ☐ TOWN ☐ Buffalo

**4E. COUNTY OF DEATH:** Erie

**4F. MEDICAL RECORD NO.** 1517976

**4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION?** (If yes, specify institution name, city or town, county and state) NO ☒ YES ☐

**5. DATE OF BIRTH:** MONTH 03 DAY 28 YEAR 1943

**6A. AGE IN YEARS:** 71 yrs.

**6B. IF UNDER 1 YEAR, ENTER:** months / days

**6C. IF UNDER 1 DAY, ENTER:** hours / minutes

**7A. CITY AND STATE OF BIRTH:** (If not USA, Country and Region/Province) Buffalo, NY

**7B. IF AGE UNDER 1 YEAR, NAME OF HOSPITAL OF BIRTH:**

**8. SERVED IN U.S. ARMED FORCES?** (Specify years) NO ☒ 0 ☐ 1

**9. DECEDENT OF HISPANIC ORIGIN?** Check the boxes that best describes whether the decedent is Spanish/Hispanic/Latino.
A ☒ No, not Spanish/Hispanic/Latino | B ☐ Yes, Mexican, Mexican American, Chicano
C ☐ Yes, Puerto Rican | D ☐ Yes, Cuban
E ☐ Yes, Other Spanish/Hispanic/Latino (Specify)

**10. DECEDENT'S RACE:** Check one or more races to indicate what the decedent considered himself or herself to be.
A ☒ White/Caucasian | B ☐ Black or African American | C ☐ Asian Indian | D ☐ Chinese
E ☐ Filipino | F ☐ Japanese | G ☐ Korean | H ☐ Vietnamese
I ☐ Native Hawaiian | K ☐ Guamanian or Chamorro | M ☐ Samoan
N ☐ American Indian or Alaska Native (specify)
P ☐ Other Asian (specify) | R ☐ Other Pacific Islander (specify)
S ☐ Other (specify)

**11. DECEDENT'S EDUCATION:** Check the box that best describes the highest degree or level of school completed at the time of death.
1 ☐ ≤ 8th grade | 2 ☐ 9th-12th grade; no diploma | 3 ☒ High school graduate or GED
4 ☐ Some college credit, but no degree | 5 ☐ Associate's degree | 6 ☐ Bachelor's degree
7 ☐ Master's degree | 8 ☐ Doctorate/Professional degree

**12. SOCIAL SECURITY NUMBER:** 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

**13. MARITAL STATUS** NEVER MARRIED ☐ 1 | MARRIED ☒ 2 | WIDOWED ☐ 3 | DIVORCED ☐ 4 | SEPARATED ☐ 5

**14. SURVIVING SPOUSE** Enter birth name of spouse if married or separated. Constance Myslek

**15A. USUAL OCCUPATION:** (Do not enter retired) Machinist

**15B. KIND OF BUSINESS OR INDUSTRY:** Machine Shop

**15C. NAME AND LOCALITY OF COMPANY OR FIRM:** Curtis Screw, Buffalo, NY

**16A. RESIDENCE:** (State or Country if not USA) NY

**16B. County or Region/Province if not USA:** Erie

**16C. LOCALITY:** (Check one and specify) CITY ☐ VILLAGE ☒ TOWN ☐ Depew

**16F. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS?** YES ☐ NO ☐ IF NO, SPECIFY TOWN:

**16D. STREET AND NUMBER OF RESIDENCE:** 344 Easton Street

**16E. ZIP CODE:** 14043

**17. BIRTH NAME OF FATHER / PARENT:** FIRST Jerome | MI | LAST Petrillo

**18. BIRTH NAME OF MOTHER / PARENT:** FIRST Helen | MI | LAST Nawrocki

**19A. NAME OF INFORMANT:** Constance Petrillo

**19B. MAILING ADDRESS:** (Include zip code) 344 Easton Street, Depew, NY 14043

**20A.** 1 ☐ BURIAL | 2 ☒ CREMATION | 3 ☐ REMOVAL | 4 ☐ HOLD | 5 ☐ DONATION | 6 ☐ ENTOMBMENT
MONTH 04 DAY 25 YEAR 2014

**20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION:** Buffalo Cremation Co.

**20C. LOCATION:** (City or town and state) Buffalo, NY

**21A. NAME AND ADDRESS OF FUNERAL HOME:** Cichon-Borgosz Funeral Home Inc., 4929 Broadway, Depew, NY 14043

**21B. REGISTRATION NUMBER:** 00336

**22A. NAME OF FUNERAL DIRECTOR:** Brian P. Borgosz

**22B. SIGNATURE OF FUNERAL DIRECTOR:**

**22C. REGISTRATION NUMBER:** 10344

**23A. SIGNATURE OF REGISTRAR:** Gerald A. Chamberlain

**23B. DATE FILED:** MONTH 04 DAY 25 YEAR 2014

**23C. BURIAL OR REMOVAL PERMIT ISSUED BY:** Brianne M Chase

**23D. DATE ISSUED:** MONTH 04 DAY 25 YEAR 2014

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN -- OR -- CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

**25A. CERTIFICATION:** To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.
Certifier's Name: Beth L Maddi | License No.: 199577 | Signature: | Month 4 Day 25 Year 14

**25B. Certifier's Title:** 0 ☐ Attending Physician | 0 ☐ Physician acting on behalf of Attending Physician | Address:
1 ☐ Coroner | 2 ☐ Medical Examiner / Deputy Medical Examiner

**25B.** If coroner is not a physician, enter Coroner's Physician's name & title: | License No.: | Signature: | Address: | Amherst NY | Month Day Year

**25C.** If certifier is not attending physician, enter Attending Physician's name & title: | License No.: | Address:

**26A. Attending physician attended deceased:** FROM Month Day Year 1988 TO Month Day Year

**26B. Deceased last seen alive by attending physician:** Month 4 Day 21 Year 14

**26C. Pronounced Dead:** Month 4 Day 22 Year 14 AT Time 0207 AM/PM

**27. MANNER OF DEATH:** NATURAL CAUSE ☒ 1 | ACCIDENT ☐ 2 | HOMICIDE ☐ 3 | SUICIDE ☐ 4 | UNDETERMINED CIRCUMSTANCES ☐ 5 | PENDING INVESTIGATION ☐ 6

**28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER?** 0 ☐ NO | 1 ☐ YES

**29A. AUTOPSY?** NO ☒ 0 | YES ☐ 1 | REFUSED ☐ 2

**29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH?** 0 ☐ NO | 1 ☐ YES

**CONFIDENTIAL** ☐ SEE INSTRUCTION SHEET FOR COMPLETING CAUSE OF DEATH **CONFIDENTIAL**

**30. DEATH WAS CAUSED BY:** (ENTER ONLY ONE CAUSE PER LINE FOR (A), (B) AND (C).)

**APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH**

**PART I / IMMEDIATE CAUSE:**
(A) Acute respiratory failure

DUE TO OR AS A CONSEQUENCE OF:
(B) Chronic heart failure (late) ... pts

DUE TO OR AS A CONSEQUENCE OF:
(C) Chronic heart disease

**31. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A):** hypertension

**DID TOBACCO USE CONTRIBUTE TO DEATH?** 0 ☐ NO | 1 ☐ YES | 2 ☐ PROBABLY | 3 ☐ UNKNOWN

**31A. IF INJURY, DATE:** MONTH DAY YEAR | HOUR:

**31B. INJURY LOCALITY** (City or town and county and state)

**31C. DESCRIBE HOW INJURY OCCURRED:**

**31D. PLACE OF INJURY:**

**31E. INJURY AT WORK?** NO ☐ 0 | YES ☐ 1

**31F. IF TRANSPORTATION INJURY, SPECIFY:** 1 ☐ Driver/Operator | 2 ☐ Passenger | 3 ☐ Pedestrian

**32. WAS DECEDENT HOSPITALIZED IN LAST 2 MONTHS?** NO ☐ YES ☐

**33A. IF FEMALE:** 0 ☐ Not pregnant within last year | 1 ☐ Pregnant at time of death | 2 ☐ Not pregnant, but pregnant within 42 days of death | 3 ☐ Not pregnant, but pregnant 43 days to 1 year before death | 4 ☐ Unknown if pregnant within past year

**33B. DATE OF DELIVERY:** MONTH DAY YEAR