

U. S. Department of State
CONSULAR OFFICES OF THE UNITED STATES OF AMERICA

# AFFIDAVIT FOR THE SURVIVING SPOUSE OR NEXT OF KIN

*Provide information below to the extent that it is available.*

**VENUE**

State: North Carolina

ss.

City: Mebane

I, **Tina M. Petrillo** (Your Name) being duly sworn according to law, declare that I reside at **214 Haywards Lane, Mebane, NC 27302** (Street Address Including City, State/or Country) and that on **04-22-2014** (Date of Death mm-dd-yyyy) **Daniel A. Petrillo** (Name of Deceased) had permanent legal residence at **344 Easton Street, Depew, NY 14043** (Complete Address of the Deceased). I am the **Child** (Specify: widow, widower, child, father, mother, sibling, other) and as such am entitled to receive the decedent's estate under the laws of **New York** (Name of state/foreign state in the United States or foreign country where the deceased last had a permanent legal residence). To the best of my knowledge, **Daniel A. Petrillo** (Name of Deceased) did/did not have a will or trust specifying the disposition of his or her estate.

## NAME(S) OF SURVIVORS, IN ORDER OF KINSHIP

Please insert the name of living relatives in the following order of relationship: surviving spouse, children, father and/or mother, brothers and/or sisters, other:

| Name | Date of Birth (mm-dd-yyyy) | Address | Telephone Number | Relationship |
|---|---|---|---|---|
| Constance A. Petrillo | 04-14-1941 | 344 Easton Street, Depew, NY 14043 | 7166810581 | Widow |
|  |  |  |  |  |
| Anthony D. Petrillo | 12-29-1968 | 11 Daven, Getzville, NY 14068 | 716-639-0553 | Son |
| Tara L. Lapp | 06-06-1974 | 5703 Fairmeadow Court, Clarence Center, NY 14032 | 7162892331 | Daughter |

DS-5511
10-2008

Page 1 of 3

| Name | Date of Birth | Address | Telephone Number | Relationship |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Subscribed and sworn to before me by _____
Signature of Affiant

Tina M. Petrillo
Type Name of Affiant

WELLS FARGO BANK, N.A.
Northgate Office
900 West Club Boulevard
Durham, NC 27701
Address of Notary Public

Date (mm-dd-yyyy): 6/30/17

_____
Signature of Notary Public

LUKE IWARA
Type Name of Notary Public

[Notary Seal: LUKE IWARA, My Commission Expires 12-27-2021, NOTARY PUBLIC, DURHAM COUNTY, NC]