UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph J. Boudreaux, Jr., et al. v. Janssen et al. Case No. 2:14-cv-02720 | MAGISTRATE NORTH |

NOTICE OF CONDITIONAL CROSS-APPEAL

Notice is hereby given that Defendants Bayer HealthCare Pharmaceuticals, Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC (collectively, "Defendants"), conditionally cross-appeal, pursuant to Rule 4(a)(3) of the Federal Rules of Appellate Procedure, to the United States Court of Appeals for the Fifth Circuit from the following orders and rulings entered in this action: (1) the Court's April 21, 2017 Minute Order Denying Defendants' Motion to Quash (Doc. 6295); (2) the Court's April 18, 2017 Order Sustaining Plaintiffs' Motions *in Limine* (Doc. 6254); (3) the Court's Final Jury Charge and Instructions (Doc. 6393); (4) the Court's April 13, 2017, Order Denying Defendants' *Daubert* Motions (Doc. 6198); and (5) the Court's in-trial evidentiary rulings, whether made on the record or in rulings on deposition designations.

This notice of conditional cross-appeal is given solely as a precaution for the purpose of preserving Defendants' rights in the event the Final Judgment in this action (Docs. 6497, 6522) is reversed, vacated, or modified based on Plaintiffs' Notice of Appeal (Doc. 7830). *See Allstate Ins. Co. v. Plambeck*, 802 F.3d 665, 673 (5th Cir. 2014) (recognizing that party filed a "contingent cross-appeal" in the event the court of appeals "grant[ed] relief" to the appealing party).

Respectfully submitted,

| | |
|---|---|
| BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.<br><br>By: /s/ *Richard E. Sarver*<br>Richard E. Sarver<br>Celeste R. Coco-Ewing<br>BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.<br>909 Poydras Street, 24th Floor<br>New Orleans, Louisiana 70112<br>Telephone: (504) 589-9700<br>rsarver@barrassousdin.com<br>ccoco-ewing@barrassousdin.com | WILKINSON WALSH + ESKOVITZ LLP<br><br>By: /s/ *Beth A. Wilkinson*<br>Beth A. Wilkinson<br>Jennifer L. Saulino<br>Jeremy Barber<br>WILKINSON WALSH + ESKOVITZ LLP<br>1900 M. Street NW, Suite 800<br>Washington, DC 20036<br>Telephone: (202) 847-4000<br>bwilkinson@wilkinsonwalsh.com<br>jsaulino@wilkinsonwalsh.com<br>jbarber@wilkinsonwalsh.com |
| DRINKER BIDDLE & REATH LLP<br><br>By: /s/ *Susan M. Sharko*<br>Susan M. Sharko<br>Drinker Biddle & Reath LLP<br>600 Campus Drive<br>Florham Park, NJ 07932-1047<br>Telephone: (973) 549-7000<br>susan.sharko@dbr.com<br><br>Rodney M. Hudson<br>DRINKER BIDDLE & REATH LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br>Telephone: (415) 591-7500<br>Rodney.hudson@dbr.com<br><br>Chanda A. Miller<br>Drinker Biddle & Reath LLP<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103-6996<br>Telephone: (215) 988-2700<br>Chanda.Miller@dbr.com | NELSON MULLINS RILEY & SCARBOROUGH LLP<br><br>By: /s/ *David E. Dukes*<br>David E. Dukes<br>J. Mark Jones<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>1320 Main Street, 17th Floor<br>Columbia, SC 29201<br>Telephone: (803) 799-2000<br>David.Dukes@nelsonmullins.com<br>Mark.Jones@nelsonmullins.com<br><br>ARNOLD & PORTER KAYE SCHOLER LLP<br><br>By: /s/ *William Hoffman*<br>William Hoffman<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: (202) 942-5000<br>william.hoffman@apks.com<br><br>Andrew K. Solow<br>Steven Glickstein<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8485<br>andrew.solow@apks.com<br>steven.glickstein@apks.com |
| IRWIN FRITCHIE URQUHART & MOORE LLC<br><br>By: /s/ *James B. Irwin*<br>James B. Irwin<br>Kim E. Moore<br>Irwin Fritchie Urquhart & Moore LLC<br>400 Poydras Street, Suite 2700 | |

New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen
Pharmaceuticals, Inc. and Janssen Research
& Development, LLC*

BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Lindsey C Boney IV*
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8914
lboney@bradley.com

CHAFFE MCCALL L.L.P.
By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare
Pharmaceuticals Inc. and Bayer Pharma AG*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on the 1st day of November, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system.

                */s/  John F. Olinde*