UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Joseph Orr, Jr., et al. v. Janssen et al. Case No. 2:15-cv-03708 | MAGISTRATE NORTH |

NOTICE OF CONDITIONAL CROSS-APPEAL

Notice is hereby given that Defendants Bayer HealthCare Pharmaceuticals, Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research & Development, LLC (collectively, "Defendants"), conditionally cross-appeal, pursuant to Rule 4(a)(3) of the Federal Rules of Appellate Procedure, to the United States Court of Appeals for the Fifth Circuit from the following orders and rulings entered in this action: (1) the Court's April 13, 2017 Order Denying Defendants' *Daubert* Motions (Doc. 6198); (2) the Court's May 26, 2017 Order Denying Defendants' Motion to Quash (Doc. 6640); (3) the Court's April 18, 2017 Order Sustaining Plaintiffs' Motions *in Limine* (Docs. 6254, 6535); (4) the Court's Final Jury Instructions and Verdict Form (Docs. 6815, 6817); (5) the Court's May 26, 2017 Order Denying Defendants' Motions *in Limine* and Sustaining Plaintiffs' Motions *in Limine* (Doc. 6645); (6) the Court's May 31, 2017 Minute Order Denying Defendants' Renewed Motion to Exclude Certain Dosing-Related Opinions of Dr. Smart (Doc. 6686); (7) the Court's June 5, 2017 Minute Order (Doc. 6724); (8) the Court's June 6, 2017 Order (Doc. 6757); (9) the Court's June 15, 2017 Order (Doc. 6864); and (10) the Court's in-trial evidentiary rulings, whether made on the record or in rulings on deposition designations.

This notice of conditional cross-appeal is given solely as a precaution for the purpose of preserving Defendants' rights in the event the Final Judgment in this action (Doc. 6876) is reversed, vacated, or modified based on Plaintiffs' Notice of Appeal (Doc. 7829). *See Allstate Ins.*

*Co. v. Plambeck*, 802 F.3d 665, 673 (5th Cir. 2014) (recognizing that party filed a "contingent cross-appeal" in the event the court of appeals "grant[ed] relief" to the appealing party).

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Rodney M. Hudson
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Rodney.hudson@dbr.com

Chanda A. Miller
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Chanda.Miller@dbr.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC*

WILKINSON WALSH + ESKOVITZ LLP

By: /s/ *Beth A. Wilkinson*
Beth A. Wilkinson
Jennifer L. Saulino
Jeremy Barber
WILKINSON WALSH + ESKOVITZ LLP
1900 M. Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonwalsh.com
jsaulino@wilkinsonwalsh.com
jbarber@wilkinsonwalsh.com

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ David E. Dukes*
David E. Dukes
J. Mark Jones
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Telephone: (803) 799-2000
David.Dukes@nelsonmullins.com
Mark.Jones@nelsonmullins.com

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *William Hoffman*
William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP

250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
andrew.solow@apks.com
steven.glickstein@apks.com


BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Lindsey C Boney IV*
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8914
lboney@bradley.com


CHAFFE MCCALL L.L.P.
By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on the 1st day of November, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs by operation of the court's electronic filing system.

              */s/  John F. Olinde*