UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Peter McDonald

2:16-CV-03210

## NOTICE OF APPEARANCE AND SUBSITUTION OF COUNSEL

## To: CLERK OF THE ABOVE-TITLED COURT AND ALL PARTIES AND COUNSEL

## OF RECORD

The undersigned hereby stipulate and agree that Timothy Litzenburg of The Miller Firm, LLC, located at 108 Railroad Ave., Orange, VA, 22960 hereby appears as counsel for the Plaintiff, and has been substituted for Katy Krottinger, of the Monsour Law Firm, as attorney of record for Plaintiff in the above-referenced action, and the Clerk of this Court is hereby requested to make such entries as may be required to record such substitution, to remove Katie Krottinger of the Monsour Law Firm from ECF service on this case, and replace that firm with ECF service to The Miller Firm.

Dated this 2nd day of November 2017

__/s/ Timothy Litzenburg__
*Attorney for Plaintiff(s)*
The Miller Firm, LLC
108 Railroad Ave
Orange, VA 22960
540 672 4224

tlitzenburg@millerfirmllc.com

/s/ Katy Krottinger
The Monsour Law Firm

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this Notice of Substitution was served via electronic filing and upload to MDL centrality this 2nd day of November 2017.

/s/ Timothy Litzenburg