AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Reinhart Anderson ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:15-cv-04938 |
| Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, Janssen Ortho, LLC, et al. ) | |
| *Defendant* | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Reinhart Anderson.

Date: November 2, 2017

s/ James L. Ward, Jr.
*Attorney's signature*

James L. Ward, Jr., 24595
*Printed name and bar number*

321 Wingo Way
Ste 103
Mt. Pleasant, SC 29464
*Address*

jward@mcgowanhood.com
*E-mail address*

843-388-7202
*Telephone number*

843-388-3194
*FAX number*