# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592**<br><br>**SECTION: L**<br>**JUDGE ELDON E. FALLON**<br>**MAG. JUDGE NORTH**<br><br>**COMPLAINT AND JURY DEMAND**<br><br>Civil Action No: **2:17-cv-05675** |

**THIS DOCUMENT RELATES TO:**

*BETTY ANN FAULKNER V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
**Civil Action No.: 2:17-cv-05675**

## ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby Grants Plaintiff's Motion for Leave to File Amended Complaint, R. Doc. 7753, in the above captioned matter and hereby directs the proper officials to file the First Amended Complaint tendered with the Motion and the corresponding accompanying documents.

Entered this __2nd__ day of __November__, 2017 into the United States Eastern District Court of Louisiana.

_____
HONORABLE DISTRICT JUDGE ELDON E. FALLON