UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br><br>Case No. 2:17-cv-06832 |

THIS DOCUMENT RELATES TO:

*Antonio Fernandes v. Janssen Research & Development, LLC, et al.; No. 2:17-cv-8273*

### ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiffs' Motion for Leave the File Amended Complaint, R. Doc. 7900, in the above captioned matter and hereby directs the proper officials to correct the case caption in the CM/ECF E-Filing system in the above captioned matter to reflect the name change of Plaintiffs.

SO ORDERED this  2nd  day of     November     , 2017.

_____

JUDGE, UNITED STATES DISTRICT COURT