UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*James Lang*
CA# 2:16-cv-748

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 7878, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Joan Clarke, as a surviving daughter of James Lang, is substituted for Plaintiff James Lang, in the above captioned case.

New Orleans, Louisiana, this 2nd day of November, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE