UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Nancy Wittkopf*
CA# 2:16-cv-10552

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 7879, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Kathy Wittkopf, on behalf of the Estate of Nancy Wittkopf, is substituted for Plaintiff Nancy Wittkopf, in the above captioned case.

New Orleans, Louisiana, this 2nd day of November, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE