UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ********************************************* | * | |

**THIS DOCUMENT RELATES TO:**
*All Cases*

## ORDER

The parties have informed the Court that Plaintiff's motion to quash, R. Doc. 7885, and motion to expedite hearing on the motion to quash, R. Doc. 7886, are no longer relevant.

Accordingly, **IT IS ORDERED** that Plaintiff's motions, R. Docs. 7885, 7886, are **DISMISSED AS MOOT**.

New Orleans, Louisiana this 2nd day of November, 2017.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE