UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ila J. Anderson v. Janssen Research & Development LLC, et al.*
CA# 2:16-cv-1021

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 7905, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Shirley Guthrie, on behalf of the Estate of Ila J. Anderson, is substituted for Plaintiff Ila Jean Anderson, in the above captioned case.

New Orleans, Louisiana, this 2nd day of November, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE