UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Dorothy Heiman*
CA# 2:16-cv-15702

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 7906, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Sandra Prichard, as a surviving daughter of Dorothy Heiman, is substituted for Plaintiff Dorothy Heiman, in the above captioned case.

New Orleans, Louisiana, this 2nd day of November, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE