UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Lisa E. Stowell o/b/o Her deceased husband, James Stowell v. Janssen Pharmaceuticals, et al.*
CA# 2:17-cv-4612

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, R. Doc. 7909, as well as any responses thereto, finds the motions meritorious. Therefore,

**IT IS ORDERED** that Plaintiff Lisa Stowell, on behalf of her deceased husband, James Stowell, is substituted as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this 2nd day of November, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE