UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2592 |
| | | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | | SECTION L, DIVISION 5 |
| *Meghan Henderson v. Janssen Ortho, LLC, et al., 2:16-cv-12467* | | MAG. JUDGE MICHAEL B. NORTH |

PLAINTIFFS' JOINT MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COME NOW, the Plaintiffs herein, and file this, the Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel, and respectfully show to this Court as follows:

The Plaintiffs request that attorneys Ryan Nicole Jacobs and Patrick Jonathan O'Hara of Jacobs O'Hara McMullen, P.C. be granted leave to withdraw as counsel in the main MDL No. 2592 and in member case *Henderson*, 2:16-cv-12467.

The Plaintiffs further request the substitution of attorney Kelly A. Fitzpatrick of Ventura Law, 235 Main Street, Danbury, CT 06810, in place of attorneys Ryan Nicole Jacobs and Patrick Jonathan O'Hara of Jacobs O'Hara McMullen, P.C.

Attorney Kelly A. Fitzpatrick has conferred with attorneys Ryan Nicole Jacobs and Patrick Jonathan O'Hara and represents to this Court that attorneys Ryan Nicole Jacobs and Patrick Jonathan O'Hara consent to this Motion.

WHEREFORE, the Plaintiffs respectfully request that attorneys Ryan Nicole Jacobs and Patrick Jonathan O'Hara of Jacobs O'Hara McMullen, P.C. be granted leave to withdraw as counsel in the main MDL No. 2592 and in member case *Henderson*, 2:16-cv-12467, and that attorney Kelly A. Fitzpatrick of Ventura Law be substituted therefor.

Respectfully submitted,

/s/ Kelly A. Fitzpatrick
Kelly A. Fitzpatrick (CT: ct29764)
Ventura Law
235 Main Street
Danbury, CT 06810
Phone: 203-800-8000
Fax: 203-791-9264
kelly@venturalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, a copy of the foregoing Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Kelly A. Fitzpatrick
Kelly A. Fitzpatrick (CT: ct29764)
Ventura Law
235 Main Street
Danbury, CT 06810
Phone: 203-800-8000
Fax: 203-791-9264
kelly@venturalaw.com