UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *James Henry, et al. v. Janssen et al.* Case No. 2:15-cv-00224 | * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing Motion and the applicable provisions of the Federal Rules of Civil Procedure,

IT IS ORDERED that the Original Complaint filed on December 19, 2014 in the Northern District of Texas, San Angelo Division of the United States District Court on behalf of William Henry (and transferred into this MDL on March 4, 2015), and the Joint Complaint filed on April 1, 2016 in this MDL by James Henry individually and as Executor of the Estate of William Henry, be DISMISSED WITH PREJUDICE, each side to bear its own costs, conditional on Plaintiffs' paying any and all deferred filing fees in the above-referenced matters, pursuant to the provisions of Pretrial Order 11B; and

IT IS FURTHER ORDERED that (1) Defendants' Joint Motion for Partial Summary Judgment on Plaintiff's Claims for Failure to Warn Under the Learned Intermediary Doctrine [Rec. Doc. 7658], and (2) Defendants' Joint Motion for Summary Judgment Under the Texas Product Liability Act [Rec. Doc. 7662] be DISMISSED AS MOOT.

THIS DONE the __2nd__ day of ____November_____, 2017, New Orleans, LA.

_____

HONORABLE ELDON E. FALLON  
UNITED STATES DISTRICT COURT JUDGE