UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| *Harriet Ibanez, at al. v. Janssen, et al.* Case No. 2:14-cv-02669 | * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering Plaintiffs' Motion for Leave to Exceed Page Limitation and To File Exhibits Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Memorandum in Opposition to Defendants' Joint Motion for Partial Summary Judgment On the Ground That Federal Law Preempts Plaintiffs' Design-Defect Claim be and is hereby filed into the record;

IT IS FURTHER ORDERED BY THE COURT that Exhibit 14 attached to the Plaintiffs' Memorandum in Opposition to Defendants' Joint Motion for Partial Summary Judgment On the Ground That Federal Law Preempts Plaintiffs' Design-Defect Claim be and they are hereby filed UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge