# PHARMACODYNAMICS AND DRUG ACTION

## Safety, pharmacodynamics, and pharmacokinetics of single doses of BAY 59-7939, an oral, direct factor Xa inhibitor

*Background and Objective:* There is a clinical need for new oral anticoagulants to prevent and treat thromboembolic diseases. Given its integral role in the coagulation cascade, factor Xa is a particularly promising target for new anticoagulation therapies. The aim of this study was to investigate the safety, pharmacodynamics, and pharmacokinetics of BAY 59-7939, an oral, direct factor Xa inhibitor.

*Methods:* This single-center, randomized, single-blinded, placebo-controlled, dose-escalation study included 108 healthy white male subjects aged 19 to 45 years. Subjects received single oral doses of either BAY 59-7939 (1.25-80 mg) or placebo; in addition, 1 group received 2 doses of BAY 59-7939 (5-mg tablet and oral solution) or placebo in a crossover design.

*Results:* Oral BAY 59-7939 in single doses up to 80 mg was safe and well tolerated and was not associated with an increased risk of bleeding compared with placebo. Pharmacodynamic effects (inhibition of factor Xa activity, prothrombin time, activated partial thromboplastin time, and HepTest) and plasma concentration profiles were dose-dependent. Maximum inhibition of factor Xa activity was achieved 1 to 4 hours after administration of BAY 59-7939 and ranged from 20% to 61% for the 5- to 80-mg doses. BAY 59-7939 selectively inhibited factor Xa activity; thrombin (factor IIa) and antithrombin were unaffected. Inhibition of factor Xa activity and prolongation of prothrombin time correlated well with BAY 59-7939 plasma concentrations ($r$ = 0.949 and 0.935, respectively).

*Conclusions:* BAY 59-7939 was well tolerated with predictable pharmacodynamics and pharmacokinetics across a wide range of doses in healthy male subjects. BAY 59-7939 was shown to be an effective and specific factor Xa inhibitor. (Clin Pharmacol Ther 2005;78:412-21.)

**Dagmar Kubitza, MD, Michael Becka, PhD, Barbara Voith, PhD, Michael Zuehlsdorf, PhD, and Georg Wensing, MD**  *Wuppertal, Germany*

Thromboembolic disorders are a major cause of morbidity and death.[1-4] Orthopedic surgery, orthopedic trauma, acute coronary syndromes, and atrial fibrillation are well-documented risk factors for thromboembolic events, such as deep vein thrombosis, pulmonary embolism, and stroke.[1,5,6] For example, 50% to 80% of patients undergoing major orthopedic surgery, particularly total hip or knee replacement, are at risk of venous thromboembolism; the risk of pulmonary embolism has been reported to be as high as 10%.[7,8] Prophylaxis with an anticoagulant can reduce these risks, and guidelines recommend the routine use of drugs such as low–molecular weight heparins (LMWHs), fondaparinux, and vitamin K antagonists (eg, warfarin).[6,9,10]

From Bayer HealthCare AG.
Received for publication April 20, 2005; accepted June 27, 2005.
Reprint requests: Dagmar Kubitza, MD, Bayer HealthCare AG, Institute of Clinical Pharmacology, D-42096 Wuppertal, Germany.
E-mail: *dagmar.kubitza@bayerhealthcare.com*
0009-9236/$30.00
Copyright © 2005 by the American Society for Clinical Pharmacology and Therapeutics.
doi:10.1016/j.clpt.2005.06.011

CLINICAL PHARMACOLOGY & THERAPEUTICS
2005;78(4):412-21

Safety, PD, and PK of single doses of BAY 59-7939     413



**Fig 1.** Key serine proteases in coagulation cascade. TF, Tissue factor; F, factor; NAPc2, nematode anticoagulant protein c2; TFPI, tissue factor pathway inhibitor. (Adapted with permission from Weitz JI. New anticoagulants for treatment of venous thromboembolism. Circulation 2004;110:I19-26.[30])

**Fig 2.** Chemical structure of BAY 59-7939 (5-chloro-$N$-[([5$S$]-2-oxo-3-[4-(3-oxomorpholin-4-yl)phenyl]-1,3-oxozolidin-5-yl)methyl]thiophene-2-carboxamide).

Elective major orthopedic surgery, particularly total hip or knee replacement, is widely accepted to be a useful model in which to assess the safety and efficacy of new antithrombotic agents.[11] Consequently, new anticoagulants are typically first assessed in this model before further studies are performed for other indications requiring long-term anticoagulation.

Most of the serine proteases within the coagulation cascade are potential therapeutic targets for new anticoagulants (Fig 1).[12] Currently available anticoagulants act at various points in the coagulation cascade. Orally administered warfarin inhibits the functional synthesis of the serine protease thrombin and several clotting factors, including factors VII, IX, and X, by interfering with the vitamin K–mediated carboxylation of their precursors.[13] Although warfarin is the mainstay of long-term anticoagulation, its pharmacologic profile and narrow therapeutic window warrant frequent coagulation monitoring[12]; these factors result in underutilization and poor compliance.[14,15]

Factor Xa is an integral component of the coagulation cascade and is generated via both the intrinsic and extrinsic pathways. It is also the rate-limiting step for the propagation of thrombin generation[16] and, thus, is a particularly attractive target for anticoagulation. Studies of fondaparinux demonstrate that selective factor Xa inhibition, albeit indirect, provides effective thromboprophylaxis.

Unfractionated heparin (UFH) inhibits both thrombin and factor Xa, in a ratio of 1:1, via the UFH–antithrombin (AT) complex; UFH also binds to heparin cofactor II, which inhibits thrombin further.[17] Introduced in the 1980s, the LMWHs are the established standard of care for the prevention of venous thromboembolism in hospitalized patients after orthopedic surgery. LMWHs inhibit factor Xa more strongly than thrombin, with a ratio of 1.5:1 to 4:1 depending on the particular LMWH.[18] Both UFH and LMWHs also induce the release of tissue factor pathway inhibitor, which may enhance anticoagulation further.[18] The synthetic pentasaccharide fondaparinux, launched in 2003, selectively inhibits factor Xa[19] and has been shown to be superior to LMWHs in orthopedic surgery.[20,21] Fondaparinux and LMWHs are effective anticoagulants but require AT as a cofactor and are limited by parenteral administration; therefore they are neither particularly convenient nor cost-effective for administration after hospital discharge.[22]

Parenterally administered, specific direct thrombin inhibitors, such as hirudin, are effective and have been approved for clinical use; however, they have a narrow therapeutic window, which limits their clinical use to special populations.[23]

BAY 59-7939 is an oral, direct factor Xa inhibitor in development for the prevention and treatment of thromboembolic diseases (Fig 2).[24] It is a member of a new class of small-molecule, active site–directed factor Xa inhibitors. In preclinical studies BAY 59-7939 has demonstrated dose-dependent inhibition of factor Xa activity and prolongation of global clotting tests (prothrombin time [PT] and activated partial thromboplastin time [aPTT]) in vitro and in vivo.[24] In animal models BAY 59-7939 effectively inhibited thrombus formation without significantly affecting bleeding time.[24] Here we report a clinical study with BAY 59-7939, which was performed to investigate its safety, tolerability, and pharmacodynamic effects over a wide range of single oral doses in healthy male subjects. The pharmacokinetics of BAY 59-7939 was also assessed.

**Table I.** Subject demographics (all subjects valid for safety, n = 103)

| Parameter | Value |
|---|---|
| Age (y, median and range) | 33.0 (19-45) |
| Weight (kg) | |
|   Mean and range | 81.2 (52-106) |
|   SD | 10.6 |
| Height (cm) | |
|   Mean and range | 180.5 (160-199) |
|   SD | 7.3 |
| Body mass index (kg/m$^2$) | |
|   Mean and range | 24.9 (19.3-31.7) |
|   SD | 2.7 |

## METHODS

*Subjects.* A total of 108 healthy male subjects, who were aged 19 to 45 years and of normal body weight (body mass index between 18 and 32 kg/m$^2$), were enrolled in this single-center, randomized, single-blinded, placebo-controlled, dose-escalation study. Subjects were ineligible if they had any known coagulation disorders, increased bleeding risk, or sensitivity to common causes of bleeding, such as acute gastroenteritis and nasal bleeding.

*Study treatments.* In the first dose step each subject received a single 1.25-mg tablet of BAY 59-7939 or placebo. In the second dose step each subject was given 2 doses of BAY 59-7939 (5-mg tablet and 5-mg oral solution) or corresponding placebo, in a crossover design. In step 3 subjects received either a single oral dose of 10-mg BAY 59-7939 solution or placebo. In steps 4 to 10 they received either single doses of BAY 59-7939 (10-, 15-, 20-, 30-, 40-, 60-, or 80-mg tablets) or placebo. At each dose step, it was planned that 8 subjects would receive BAY 59-7939 and 4 subjects would receive placebo; escalation to each new dose step was dependent on the safety of the preceding dose step. BAY 59-7939 was given in the morning after a fasting period of at least 10 hours. All study drugs were supplied by Bayer HealthCare AG (Wuppertal, Germany).

Each subject provided written informed consent before enrollment in this study, and full ethics committee approval was received from the North Rhine Medical Council (Düsseldorf, Germany) before commencement. In addition, this study was conducted in accordance with the Declaration of Helsinki, Good Clinical Practice guidelines, and German drug law.[25,26]

*Safety and tolerability.* Safety and tolerability were assessed for up to 48 hours after administration of BAY 59-7939. Tolerability was evaluated objectively by monitoring of vital signs (including evaluation of electrocardiograms) and clinical laboratory tests, such as hematologic testing, clinical chemistry testing, and urinalysis, and subjectively by questioning subjects about any adverse events, as well as by spontaneous reporting of adverse events. Adverse events were classified according to their severity. Bleeding time and Rumpel-Leede tests to assess potential bleeding risk or capillary leakage were performed.

*Sample analysis.* The pharmacodynamic effects of BAY 59-7939 were assessed by evaluation of factor Xa activity, PT, aPTT, and HepTest (LMWH activity assay). The direct action of BAY 59-7939 on factor Xa was evaluated by measurement of AT and thrombin activity. The pharmacokinetic parameters of BAY 59-7939 were calculated from the plasma concentration–time data by noncompartmental methods.

Blood samples for pharmacodynamic assays were centrifuged, and the resulting plasma samples were frozen and stored below $-15°C$ until analyzed at the Biomarker and Pharmacogenetics Laboratory at Bayer HealthCare AG. After sample dilution, factor Xa, thrombin, and AT activities were determined by photometric assays (Chromogenix, Milan, Italy; method based on supplier's instructions). In brief, factor Xa activity was determined by a 2-step process: In the first step total factor X in plasma was activated to factor Xa via Russell's viper venom in the presence of calcium ions; subsequently, the chromogenic substrate ZD-Arg-Gly-Arg-pNA (S-2765; Chromogenix) was then hydrolyzed by the factor Xa releasing the chromogenic group pNA (p-nitroanilin). The quantity of pNA released, which is proportional to the factor Xa activity, was determined by photometer at 405 nm. The activity of factor IIa was determined after ecarin activation by use of the chromogenic substrate HD-Phe-Pip-Arg-pNA (S-2238; Chromogenix). All standards and controls were prepared from the 3rd International Standard Coagulation Factors II and X Concentrate, Human, 98/590 (National Institute for Biological Standards and Control, Potters Bar, United Kingdom).

To determine AT activity, plasma was incubated with an excess of factor Xa and heparin, and the quantity of unbound factor Xa was then determined via cleavage of S-2765 and release of pNA, measured by photometer at 405 nm. This is inversely proportional to the AT activity of the plasma sample. All reagents used were obtained from the COAMATIC Antithrombin III kit (Chromogenix). All standards were prepared from Calibration Plasma (Haemochrom Diagnostica, Essen, Germany). All controls were prepared from the Second International Standard Antithrombin Plasma, Human, 93/768 (National Institute for Biological Standards and Control).

CLINICAL PHARMACOLOGY & THERAPEUTICS
2005;78(4):412-21

*Safety, PD, and PK of single doses of BAY 59-7939*   415



**Fig 3.** Pharmacodynamic parameters after administration of BAY 59-7939 tablets. Median change from baseline in factor Xa inhibition (**A**), prothrombin time (PT) (**B**), activated partial thromboplastin time (aPTT) (**C**), HepTest (**D**), ecarin-stimulated thrombin activity (**E**), and antithrombin activity (**F**). Data are not shown for 15-, 30-, and 60-mg tablets.

Factor Xa activities above 0.1 IU/mL (the lower limit of quantification) were determined with a precision of 9.5% to 14% and an accuracy of 99.5% to 114%. PT (assessed by use of freeze-dried thromboplastin from rabbit brain [Neoplastin Plus; Roche Diagnostics, Mannheim, Germany]), aPTT (assessed by use of a kaolin-activated test [Roche Diagnostics]), and HepTest (Haemachem, St Louis, Mo) were measured with a ball coagulometer (KC 10; Amelung, Lemgo, Germany) according to the manufacturer's instructions.

Blood samples for pharmacokinetic analysis were centrifuged and then stored below −15°C until ana-



**Fig 4.** Median percentage change from baseline in factor Xa inhibition after administration of BAY 59-7939 oral solution.

lyzed at the bioanalytic laboratories at Bayer HealthCare AG. After solid/liquid extraction, the resulting plasma samples were analyzed by a fully validated HPLC method by use of tandem mass spectrometry detection techniques. Concentrations greater than 0.5 to 2 µg/L (the lower limit of quantification) were determined with a precision of less than 6.8% and an accuracy of 88.7% to 95.0%.

*Statistical analyses.* Statistical evaluations were performed by use of SAS software (SAS Institute, Cary, NC). Mean values were only calculated if at least two thirds of the individual data were measured and were above the limit of quantification (LOQ). For calculation of the mean value, data points below the LOQ were substituted by 50% of the LOQ.

**RESULTS**

*Study population.* Of the 108 healthy white male subjects enrolled in the study, 4 were withdrawn because of protocol violations and 1 withdrew consent;





**Fig 5.** Plasma concentration–time profiles of BAY 59-7939 after administration of BAY 59-7939 tablets (data not shown for 15-, 30-, and 60-mg tablets) (**A**) and 5 and 10 mg BAY 59-7939 as oral solution or tablet (**B**). Data are geometric means.

data from 103 subjects are included in these analyses (Table I).

*Safety and tolerability.* There were no withdrawals because of adverse events. Overall, the incidence of adverse events was similar in subjects receiving BAY 59-7939 or placebo. Of the 103 healthy subjects included in the trial, 29 (9 in the placebo group and 20 in the BAY 59-7939 groups) reported 39 adverse events. Of the 39 adverse events, 6 were judged to be possibly related to BAY 59-7939: 3 cases of having a taste of blood at the 1.25-, 10-, and 80-mg doses (no traces of blood were found and these incidents resolved within 30-105 minutes); 2 cases of ecchymosis at the 80-mg dose (1 at the puncture site and 1 on the contralateral arm, both of which resolved spontaneously); and 1 headache, which responded to treatment with a proprietary analgesic. One serious adverse event occurred, which involved medically important increases in creatine kinase level. This was subsequently attributed to extreme physical exercise on the day before the follow-up visit and was not considered by the investigator to be related to study medication.

**Table II.** Pharmacokinetic parameters of BAY 59-7939 in plasma

| Parameter | 1.25-mg tablet (n = 8) | 5-mg solution (n = 6) | 5-mg tablet (n = 6) | 10-mg solution (n = 8) |
|---|---|---|---|---|
| AUC (µg · h/L) | 119/24.5 (94-189) | 461/17.2 (348-587) | 446/23.0 (348-677) | 997/25.1 (613-1383) |
| $AUC_{norm}$ (g · h/L) | 7386/26.5 (5647-11,630) | 7734/18.9 (6626-11,040) | 7479/21.4 (5155-9213) | 8366/35.3 (4291-12,080) |
| $C_{max}$ (µg/L) | 23/22.4 (17-33) | 119/18.5 (97.2-158) | 72/19.7 (55-96) | 266/25.1 (187-412) |
| $C_{max,norm}$ (g/L) | 1436/29.9 (919-2229) | 1991/28.6 (1339-2967) | 1208/20.0 (914-1484) | 2231/31.8 (1312-3501) |
| $t_{1/2}$ (h) | 3.93/35.5 (2.94-7.53) | 3.24/8.4 (2.89-3.70) | 4.27/25.3 (3.29-6.14) | 4.15/20.8 (2.87-5.13) |
| $V_z/f$ (L/kg) | 0.77/40.7 (0.46-1.65) | 0.605/18.3 (0.442-0.718) | 0.82/30.7 (0.58-1.14) | 0.716/19.5 (0.532-0.965) |
| CL/f (L/h) | 10.5/24.5 (6.6-13.4) | 10.8/17.2 (8.51-14.4) | 11.2/23.0 (7.4-14.4) | 10.0/25.1 (7.23-16.3) |
| $Ae_{ur}$ (%) | 41.8/10.3* (30.5-64.9) | — | — | — |
| $t_{max}$‡ (h) | 3.00 (2.50-4.00) | 0.63 (0.50-0.75) | 1.88 (0.50-4.00) | 0.50 (0.25-1.00) |

Data are given as geometric mean values/percent geometric coefficient of variation and range, unless otherwise indicated. Data are not shown for 15-, 30-, and 60-mg tablets.

AUC, Area under plasma concentration–time curve; $C_{max}$, peak plasma concentration; $t_{1/2}$, terminal half-life; $t_{max}$, time to peak plasma concentration; $AUC_{norm}$, area under concentration-time curve divided by dose per kilogram of body weight; $C_{max,norm}$, maximum drug concentration in plasma divided by dose per kilogram of body weight; $V_z/f$, apparent volume of distribution during terminal phase after oral administration; CL/f, total plasma clearance calculated after oral administration (apparent oral clearance); $Ae_{ur}$, amount of drug excreted via urine.

*Arithmetic mean ± SD and range, 0- to 48-hour sampling interval.
†Arithmetic mean ± SD and range, 0- to 72-hour sampling interval.
‡Median and range.





**Fig 6.** Correlation between plasma concentration of BAY 59-7939 and factor Xa (FXa) inhibition (**A**) and PT (**B**).

| *10-mg tablet (n = 8)* | *20-mg tablet (n = 7)* | *40-mg tablet (n = 8)* | *80-mg tablet (n = 6)* |
| --- | --- | --- | --- |
| 1020/14.9 (797-1217) | 1612/36.1 (859-2193) | 2412/20.3 (1856-3143) | 3298/31.0 (2000-4784) |
| 8766/18.0 (6958-11,700) | 6369/31.4 (3694-8883) | 5128/18.6 (4153-7172) | 3286/27.6 (1975-4205) |
| 141/15.5 (112-184) | 173/35.6 (111-294) | 234/36.5 (115-362) | 316/40.7 (185-532) |
| 1211/21.3 (954-1844) | 684/33.0 (476-1130) | 498/32.7 (271-724) | 315/31.3 (217-438) |
| 9.07/61.8 (4.37-31.70) | 7.60/35.4 (5.18-14.30) | 8.88/51.6 (4.72-14.90) | 17.40/68.5 (6.97-42.60) |
| 1.49/66.3 (0.80-5.50) | 1.72/48.0 (0.95-2.78) | 2.50/44.2 (1.41-4.40) | 7.66/55.2 (4.27-17.70) |
| 9.8/14.9 (8.2-12.5) | 12.4/36.1 (9.1-23.3) | 16.6/20.2 (12.7-21.6) | 24.3/31.0 (16.7-40.0) |
| — | — | 19.8/5.66* (13.4-28.9) | 10.9/1.56† (7.9-12.5) |
| 2.00 (0.50-2.50) | 1.50 (0.50-4.00) | 1.50 (1.00-4.00) | 2.00 (0.50-4.00) |

No clinically relevant signs or symptoms of bleeding were observed. Isolated prolongation of the bleeding time of more than twice the baseline value occurred after placebo and low doses of BAY 59-7939 but not after high doses. Vessel leakage was not detected by the Rumpel-Leede test, performed when plasma concentrations of BAY 59-7939 were at or near maximum.

***Pharmacodynamics.*** Median inhibitions of factor Xa activities ranged from 20% to 61% for the 5- to 80-mg tablet doses, and factor Xa activity was inhibited up to 75% in some subjects at the highest dose tested (80 mg) (Fig 3, *A*; only the most relevant data are shown [15-, 30-, and 60-mg dose steps are not included]). No significant inhibition of factor Xa activity was observed for the 1.25-mg dose compared with placebo. Inhibition data of factor Xa activities for the oral solution (5 and 10 mg) are presented in Fig 4.

Maximum inhibition of factor Xa activity occurred 45 minutes after administration of the oral solution and 1 to 4 hours after administration of BAY 59-7939 tablets. The half-life of the biologic effect was 4 hours for the solution and 6 to 7 hours for the tablet. Factor Xa activities had not completely returned to baseline at 24 hours for doses above 5 mg. PT prolongation followed a similar profile to inhibition of factor Xa activities. At the 80-mg dose, the response peaked at twice the baseline value by 2 hours and had not completely reverted to baseline after 24 hours (Fig 3, *B*).

BAY 59-7939 prolonged aPTT and HepTest (Fig 3, *C* and *D*); the profiles were similar in shape to those for PT prolongation and inhibition of factor Xa activity and demonstrated a change of 1.5- and 2.3-fold from baseline, respectively, at the 80-mg dose level. BAY 59-7939 had no effect on thrombin and AT activity (Fig 3, *E* and *F*).

***Pharmacokinetics.*** After administration of the oral solution, BAY 59-7939 was absorbed rapidly and reached peak plasma concentrations after approximately 30 minutes (Fig 5, *A*). These plasma concentrations decreased rapidly, resulting in a terminal half-life of 3 to 4 hours. After administration of oral tablets, peak plasma concentrations of BAY 59-7939 were reached after 2 hours (Fig 5, *B*) and were 50% lower compared with solution. However, the area under the plasma concentration–time curve (AUC) values were similar for both formulations. At BAY 59-7939 doses greater than 10 mg, increases in peak plasma concentration and AUC were less than dose-proportional. The terminal half-lives ranged from 7 to 17 hours (Fig 5, *A*, and Table II).

Urinalysis for unchanged BAY 59-7939 showed that approximately 40% of the administered dose was excreted renally in the unchanged form after administration of the 1.25-mg dose. However, at the 60- and 80-mg doses, only approximately 10% of the administered dose was present in urine as the parent drug. The pharmacokinetic parameters are summarized in Table II (only the most relevant data are shown [15-, 30-, and 60-mg dose steps are not included]).

***Pharmacokinetic and pharmacodynamic correlation.*** Inhibition of factor Xa activity (Fig 6, *A*) and PT prolongation (Fig 6, *B*) both correlated strongly with BAY 59-7939 plasma concentrations ($r = 0.949$ and 0.935, respectively).

**DISCUSSION**

There is a medical need for new oral anticoagulants that offer effective and predictable anticoagulation without increased risk of adverse events, such as bleeding or drug interactions.[12,23] In this study oral BAY 59-7939 was shown to have predictable anticoagulant activity without any clinically relevant signs or symptoms of bleeding. Single doses of BAY 59-7939 (5-80 mg) resulted in sustained, dose-dependent inhibition of factor Xa activity and prolongation of PT, without a significant effect on thrombin or AT activity. The phar-

macokinetics of BAY 59-7939 was predictable and dose-dependent over a wide dose range. Furthermore, pharmacokinetic parameters correlated closely with inhibition of factor Xa activity and PT prolongation.

The results of this study confirm that BAY 59-7939 does not enhance AT activity (Fig 3, F) and does not exhibit anti-IIa activity; this supports in vitro findings.[24] Conversely, indirect factor Xa inhibitors, such as fondaparinux, LMWHs, and UFH, all require AT to be effective. The resulting AT-drug combination is too large to inhibit factor Xa within the prothrombinase complex or within a pre-existing clot, thereby limiting their effects to free factor Xa only. In contrast, the direct factor Xa inhibitor BAY 59-7939 not only inhibits free factor Xa but also inhibits factor Xa within the prothrombinase complex.[24] Hypothetically, this inhibition should also extend to activity within the clot, if the molecule is small enough and does not require cofactors, which may bring additional benefits when treating patients with a pre-existing clot. This is the subject of ongoing research.

The ideal serine protease to inhibit within the coagulation cascade is the subject of continuing debate.[23,27-29] UFH inhibits factor Xa and thrombin and also binds to platelet factor 4 (PF4), which may cause heparin-induced thrombocytopenia (HIT), an autoimmune response.[17] The LMWHs also bind to PF4; therefore HIT may still occur with these drugs. As an indirect factor Xa inhibitor, fondaparinux does not bind to either platelets or PF4, and HIT has not been reported.[30,31] Although extremely rare, cross-reactivity with HIT sera has been reported[32]; therefore the risk of inducing HIT cannot be completely disregarded. Although parenteral direct thrombin inhibitors have been developed and are approved for clinical use, they are limited by a narrow therapeutic window and, therefore, cannot be used widely. Ximelagatran, an oral, direct thrombin inhibitor, has been approved for limited use in orthopedic surgery; however, concerns remain over its long-term safety. BAY 59-7939 is selective for factor Xa and shows no direct effect on thrombin (Fig 3, E); this also confirms in vitro findings.[24]

Data from studies of families with factor Xa deficiency showed that spontaneous bleeding only occurred when factor Xa levels were lowered to 5% of normal levels.[33] Although these data suggest that factor Xa can be markedly suppressed without affecting hemostasis, any clinical implication of such findings on the efficacy or safety of factor Xa inhibitors, or how this compares with direct thrombin inhibition, has yet to be determined.

In addition to the pharmacologic effects, the biopharmaceutical properties of a drug are important to ensure predictable pharmacokinetics. An oral solution of BAY 59-7939 was used to allow flexible dosing in the first steps of this study and also for the determination of the relative bioavailability, which was found to be approximately 80%. The solution was absorbed rapidly, achieving higher plasma concentrations, and also had a shorter time to peak plasma concentration; however, it resulted in greater differences in the peak/trough ratio (Fig 5).

The pharmacokinetics of BAY 59-7939 tablets was dose-dependent; however, at doses above 10 mg, less than dose-proportional increases in peak plasma concentration and AUC were observed. This suggests that limited solubility may be responsible for incomplete absorption of higher doses of the tablet formulation of BAY 59-7939. This is consistent with the apparent lower proportion of BAY 59-7939 excreted unchanged in the urine at the highest doses (60 and 80 mg) compared with the lowest dose (1.25 mg) in this study (10% versus 40%, respectively). A benefit of the decreased bioavailability of the highest doses of BAY 59-7939 may be to reduce the risk of unintentional overdosing.

The availability of both pharmacodynamic and pharmacokinetic data for such a large number of patients enabled us to show a good correlation between these parameters, particularly between BAY 59-7939 concentrations and PT and factor Xa activity tests. Therefore tests such as PT may be used in future trials for monitoring, if necessary.

BAY 59-7939 demonstrated sustained dose-dependent inhibition of factor Xa and prolongation of global clotting tests across a wide range of doses, without significantly affecting AT or thrombin activity. The pharmacokinetics of BAY 59-7939 was predictable and dose-dependent and correlated well with its pharmacodynamic effects. All doses were well tolerated, with no evidence of an increased risk of bleeding. The favorable pharmacodynamic, pharmacokinetic, and safety profiles of BAY 59-7939 provide the foundation for future studies to determine the clinical benefits of BAY 59-7939 in greater detail.

All authors are employees of Bayer HealthCare AG, Wuppertal, Germany, the sponsors of this study.

*References*

1. American Heart Association. Heart Disease and Stroke Statistics—2004 Update. Available from: URL:http://www.americanheart.org/downloadable/heart/1079736729696HDSStats2004UpdateREV3-19-04.pdf. Accessed Dec 22, 2004.

CLINICAL PHARMACOLOGY & THERAPEUTICS
2005;78(4):412-21

*Safety, PD, and PK of single doses of BAY 59-7939*   421

2. Fareed J, Hoppenstedt DA, Bick RL. An update on heparins at the beginning of the new millennium. Semin Thromb Hemost 2000;26(Suppl 1):5-21.
3. Hirsh J, Anand SS, Halperin JL, Fuster V. AHA Scientific Statement: guide to anticoagulant therapy: heparin: a statement for healthcare professionals from the American Heart Association. Arterioscler Thromb Vasc Biol 2001; 21:E9.
4. White RH. The epidemiology of venous thromboembolism. Circulation 2003;107:I4-8.
5. Turpie AG. Clinical potential of antithrombotic drugs in coronary syndromes. Am J Cardiol 1998;82:11L-4L.
6. Geerts WH, Pineo GF, Heit JA, Bergqvist D, Lassen MR, Colwell CW, et al. Prevention of venous thromboembolism: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy. Chest 2004;126:338S-400S.
7. Aaron RK, Ciombor D. Venous thromboembolism in the orthopedic patient. Surg Clin North Am 1983;63:529-37.
8. Paiement GD, Mendelsohn C. The risk of venous thromboembolism in the orthopedic patient: epidemiological and physiological data. Orthopedics 1997;20(Suppl):7-9.
9. Harrington RA, Becker RC, Ezekowitz M, Meade TW, O'Connor CM, Vorchheimer DA, et al. Antithrombotic therapy for coronary artery disease: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy. Chest 2004;126:513S-48S.
10. Singer DE, Albers GW, Dalen JE, Go AS, Halperin JL, Manning WJ. Antithrombotic therapy in atrial fibrillation: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy. Chest 2004;126:429S-56S.
11. Dahl OE, Bergqvist D. Current controversies in deep vein thrombosis prophylaxis after orthopaedic surgery. Curr Opin Pulm Med 2002;8:394-7.
12. Hirsh J. Current anticoagulant therapy—unmet clinical needs. Thromb Res 2003;109(Suppl 1):S1-8.
13. Hirsh J, Fuster V, Ansell J, Halperin JL. American Heart Association/American College of Cardiology Foundation guide to warfarin therapy. Circulation 2003;107:1692-711.
14. McCormick D, Gurwitz JH, Goldberg RJ, Becker R, Tate JP, Elwell A, et al. Prevalence and quality of warfarin use for patients with atrial fibrillation in the long-term care setting. Arch Intern Med 2001;161:2458-63.
15. Ruivard M, Berger C, Achaibi A, Campagne C, Philippe P. Physician compliance with outpatient oral anticoagulant guidelines in Auvergne, France. J Gen Intern Med 2003;18:903-7.
16. Mann KG, Jenny RJ, Krishnaswamy S. Cofactor proteins in the assembly and expression of blood clotting enzyme complexes. Annu Rev Biochem 1988;57:915-56.
17. Hirsh J, Levine MN. Low molecular weight heparin. Blood 1992;79:1-17.
18. Fareed J, Hoppenstedt D, Walenga J, Iqbal O, Ma Q, Jeske W, et al. Pharmacodynamic and pharmacokinetic properties of enoxaparin: implications for clinical practice. Clin Pharmacokinet 2003;42:1043-57.
19. Herbert JM, Petitou M, Lormeau JC, Cariou R, Necciari J, Magnani HN, et al. SR 90107A/Org 31540, a novel anti-factor Xa antithrombotic agent. Cardiovasc Drug Rev 1997;15:1-26.
20. Bauer KA, Eriksson BI, Lassen MR, Turpie AG. Fondaparinux compared with enoxaparin for the prevention of venous thromboembolism after elective major knee surgery. N Engl J Med 2001;345:1305-10.
21. Eriksson BI, Bauer KA, Lassen MR, Turpie AG. Fondaparinux compared with enoxaparin for the prevention of venous thromboembolism after hip-fracture surgery. N Engl J Med 2001;345:1298-304.
22. Dahl OE, Pleil AM. Investment in prolonged thromboprophylaxis with dalteparin improves clinical outcomes after hip replacement. J Thromb Haemost 2003;1:896-906.
23. Ansell J. New anticoagulants and their potential impact on the treatment of thromboembolic disease. Curr Hematol Rep 2004;3:357-62.
24. Perzborn EP, Strassburger J, Wilmen A, Buetehorn U, Lampe T, Pernerstorfer J, et al. In vitro and in vivo studies of the novel antithrombotic agent BAY 59-7939—an orally active, direct Factor Xa inhibitor. J Thromb Haemost 2005;3:514-21.
25. Note for guidance on Good Clinical Practice, CPMP/ICH/135/95. EUDRALEX 1996; 3CC1A. Available from: URL:http://pharmacos.eudra.org/F2/eudralex/vol-3/home.htm. Accessed Sept 20, 2005.
26. World Medical Association Declaration of Helsinki. Ethical principles for medical research involving human subjects. JAMA 2000;284:3043-5.
27. Leadley RJ Jr. Coagulation factor Xa inhibition: biological background and rationale. Curr Top Med Chem 2001;1:151-9.
28. Samama MM, Gerotziafas GT. Evaluation of the pharmacological properties and clinical results of the synthetic pentasaccharide (fondaparinux). Thromb Res 2003;109:1-11.
29. Quan ML, Smallheer JM. The race to an orally active Factor Xa inhibitor: recent advances. Curr Opin Drug Discov Devel 2004;7:460-9.
30. Weitz JI. New anticoagulants for treatment of venous thromboembolism. Circulation 2004;110:I19-26.
31. Harenberg J, Jorg I, Fenyvesi T. Treatment of heparin-induced thrombocytopenia with fondaparinux. Haematologica 2004;89:1017-8.
32. Savi P, Chong BH, Greinacher A, Gruel Y, Kelton JG, Warkentin TE, et al. Effect of fondaparinux on platelet activation in the presence of heparin-dependent antibodies: a blinded comparative multicenter study with unfractionated heparin. Blood 2005;105:139-44.
33. Cooper DN, Millar DS, Wacey A, Pemberton S, Tuddenham EG. Inherited factor X deficiency: molecular genetics and pathophysiology. Thromb Haemost 1997;78:161-72.