# TITLE PAGE

**Sponsor's Name:** Bayer HealthCare

**Identity of Investigational Product:** BAY 59-7939
INN Rivaroxaban

**Activity:** Rivaroxaban Laboratory Test Progress Report

**Effective Date:** 08-NOV 2011

**Version Number:** 5.0

**Confidentiality Statement:** *This material is the property of Bayer HealthCare. The information is confidential and is to be used only in connection with matters authorized by Bayer HealthCare and no part of it is to be disclosed to others without prior written permission from Bayer HealthCare.*

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

 TABLE OF CONTENTS

1. Introduction .......... 5
   1.1 Summary of Previous Reports 5
   1.2 Current report 6
2. Approach and Methods .......... 6
   2.1 Collaborations with External Experts 8
      2.1.1 Prof. Meyer-Michel Samama .......... 8
      2.1.2 Rivaroxaban Monitoring Swiss Expert Group .......... 8
   2.2 Collaboration with Manufacturers and Suppliers of Laboratory Instruments and Reagents 8
      2.2.1 Diagnostica Stago .......... 8
      2.2.2 Haemochrom Diagnostica .......... 8
      2.2.3 Technoclone .......... 8
      2.2.4 Hyphen BioMed .......... 8
   2.3 Activities with External Professional Societies 9
      2.3.1 Activity with the International Society of Thrombosis and Haemostasis Scientific Subcommittee Control of Anticoagulation .......... 9
      2.3.2 External Quality Assurance of Laboratory Medicine in Sweden .......... 9
   2.4 Marketing Authorisation Holder Initiated Investigations 9
   2.5 Laboratory Tests 9
      2.5.1 Prothrombin Time .......... 9
      2.5.2 Chromogenic anti-factor Xa assays .......... 9
      2.5.3 Prothrombinase induced clotting time .......... 10
      2.5.4 Other assays .......... 10
3. Status .......... 10
   3.1 Collaborations with External Experts 10
      3.1.1 Prof. Meyer-Michel Samama. .......... 10
      3.1.2 Rivaroxaban Monitoring Swiss Expert Group. .......... 10
   3.2 Collaboration with Manufacturers and Suppliers of Laboratory Instruments and Reagent 11
      3.2.1 Collaboration with Diagnostica-Stago .......... 11
         3.2.1.1 Prothrombin Time Field Trial .......... 11
         3.2.1.2 Calibrators and Controls for Neoplastine CI Prothrombin Time and Chromogenic Anti-factor Xa Assays .......... 11
      3.2.2 Collaboration with Haemochrom Diagnostica .......... 12
      3.2.3 Collaboration with Technoclone GmbH .......... 12
      3.2.4 Collaborations with Hyphen-Biomed SA .......... 14
   3.3 Activities with External Professional Societies 14
      3.3.1 Activity with the International Society of Thrombosis and Haemostasis Scientific Subcommittee Control of Anticoagulation .......... 14
      3.3.2 External Quality Assurance of Laboratory Medicine in Sweden .......... 15
   3.4 Marketing Authorisation Holder Initiated Investigations 15
   3.5 Laboratory Tests 15
      3.5.1 Prothrombin Time .......... 15
      3.5.2 Chromogenic anti-factor Xa Assays .......... 15
         3.5.2.1 STA-Rotachrom® Heparin Assay .......... 15
         3.5.2.2 Coamatic® Heparin Assay .......... 16
         3.5.2.3 Biophen DiXaI (Direct Xa Inhibitors) Assay .......... 16
         3.5.2.4 Technochrom Anti-factor Xa Assay .......... 16
      3.5.3 Prothrombinase induced Clotting Time .......... 16
      3.5.4 Other Assays .......... 17
4. Summary .......... 17
5. References .......... 20

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

HealthCare

## LIST OF TABLES

Table 1: : Overview of current approaches for development of laboratory assays for rivaroxaban ....... 7
Table 2: List of commercially available chromogenic anti-factor Xa assays and manufacturers ....... 10
Table 3. Measurement of rivaroxaban plasma concentrations with anti-Factor Xa chromogenic assays using rivaroxaban calibrators and plasma control samples – the Anti-Factor Xa Chromogenic Assay Field Trial* ....... 12
Table 4: Summary of assay, calibrators and controls available for measurement of rivaroxaban plasma concentrations ....... 18

## LIST OF FIGURES

Figure 1: Correlationen between Technochrom® Anti-Xa ♦ low calibartion range rivaroxaban patient samples and HPLC/MS-MS ....... 13
Figure 2: Correlationen between Technochrom® Anti-Xa ♦ high calibartion range rivaroxaban patient samples and HPLC/MS-MS ....... 14
Figure 3: Technoclone Anti-Factor Xa Assay with Antithrombin ....... 16
Figure 4: Technoclone Anti-Factor Xa Assay without Antithrombin ....... 16

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

| GLOSSARY OF ABBREVIATIONS AND ACRONYMS | |
|---|---|
| **Abbreviation or Acronym** | **Meaning** |
| CE | Certification Européenne |
| CHMP | Committee for Medicinal Products for Human Use |
| CV | Coefficient of Variation |
| EMEA | European Medicines Agency |
| EQUALIS | External Quality Assurance of Laboratory Medicine in Sweden |
| EU | European Union |
| FIIa | Factor IIa |
| FXa | Factor Xa |
| GmbH | Gesellschaft mit beschränkter Haftung |
| GTH | Gesellschaft für Thrombose-und Hämostaseforschung |
| I | Inhibitor/inhibition |
| INR | International Normalized Ratio |
| ISI | International Sensitivity Index |
| IVD | In Vitro Diagnostics |
| LC MS MS | Liquid Chromatograpy with Tandem Mass Spectroscopy Detectors |
| MAH | Marketing Authorisation Holder |
| NPP | Normal Plasma Pool |
| NVTH | Nederlandse Vereniging voor Trombose en Hemostase. |
| OD | Optical Density |
| PiCT | Prothrombinase Induced Clotting Time |
| PSUR(s) | Periodic Safety Update Report(s) |
| PT | Prothrombin Time |
| aPTT | Activated Partial Thromboplastin Time |
| RivaMoS | Rivaroxaban Monitoring Swiss Expert Group |
| RLTPR | Rivaroxaban Laboratory Test Progress Report |
| RUO | Research Use Only |
| SA | Scientific Administrator |
| SC | Standard Deviation |
| SPC | Summary of Product Characteristics |

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

# 1. Introduction

Xarelto® 10 mg film coated tablets were approved in the European Union (EU) 30 September 2008 for the indication "prevention of venous thromboembolism (VTE) in adult patients undergoing elective hip or knee replacement surgery". One of the Follow-up Measures (FUMs) as detailed in the Letter of Undertaking prepared by the marketing authorisation holder (MAH) at the time of opinion specified that the MAH would "continue his work to validate modified commercially available tests for estimations of the pharmacodynamic activity of rivaroxaban (or rivaroxaban plasma concentration) that could be used in routine clinical setting. After development of an appropriate validated method, the applicant should explore options to include recommendations in the Summary of Product Characteristics (SPC) including methodology for monitoring of pharmacokinetics (PK). Progress to be reported regularly to the Committee for Medicinal Products for Human Use (CHMP) with the first report within 6 months and thereafter together with Periodic Safety Update Report (PSUR) updates" (FUM 014).

## 1.1 Summary of Previous Reports

In the first Rivaroxaban Laboratory Test Progress Report (RLTPR) Version 1.0 effective 26 March 2009[1] additional detailed information concerning the scientific and regulatory background in regards to the rationale for the development of assay methods for measurement of rivaroxaban blood concentrations and test methods used in previously conducted phase I, II and III studies have been reported. The Rapporteurs Assessment Report, dated 16 June 2009, stated that "the MAH's approach is reasonable". "The first part (first report) of Follow-up measure 014 is, thus, considered fulfilled". The MAH committed to continuously report the progress of the assay development to be reported with future Periodic Safety Update Reports (PSURs).

The second RLTPR which was submitted 10 November 2009 documented the steps accomplished since the first report (Version 1.0) and focused on the continued development of calibrators and controls and on two specific assays, the prothrombin time and chromogenic anti-factor Xa activity assays. For both assays, encouraging first results have been reported. Chromogenic assays conform well to the objective of measuring rivaroxaban across a broad range of plasma concentrations. However, these assays are not routinely available and have to be adapted to commercial use. [2] The Rapporteurs Assessment Report, dated 26 February 2010, deemed that the progress reported and the additional steps planned were adequate and that progress would continue to be reported at the time of PSUR submission.

The third RLTPR which was submitted 10 May 2010 focused on one specific type of assay, the chromogenic anti-factor Xa activity assay.[3] The development of well validated calibrators and controls remained an essential step in the development of a test for the quantitation of rivaroxaban plasma concentrations. The Rapporteurs Assessment Report, dated 12 August 2010, stated that the program seemed to be well underway and that further updates (together with the next PSUR) were awaited with interest.

The fourth RLTPR which was submitted 04 November 2010 focused on setting the stage for formal validation and future commercialisation of rivaroxaban calibrators and controls.[4] The

HealthCare

Rapporteurs Assessment Report received 07 February 2011 indicated that progress was being made toward the development of a rivaroxaban assay and that the content of the report was in line with that of previous reports.

### 1.2 Current report

The objective of this laboratory test development program remains unchanged and is to validate a test that can be performed in the routine clinical laboratory to measure rivaroxaban across a broad range of plasma concentrations. This fifth RLTPR (reporting period: 16 September 2010 to 15 September 2011) will report the progress made this past year , leading to the availability of CE certified Rivaroxaban Calibrator & Control as well as appropriate assays currently marketed by two different diagnostic companies. Subsequent to this report, a Type II variation will be submitted to EMA with a wording proposal to address that rivaroxaban levels can be measured by calibrated quantitative anti-factor Xa tests.

## 2. Approach and Methods

The approach and methods to achieve the specified objective basically have not changed. The following activities are either completed or ongoing (started already during the previous RLTPR reporting periods or were started during the current RLTPR reporting period). The status of these activities is detailed in Section 3. An overview of current approaches for development of laboratory assays for rivaroxaban is given in **Table 1** below.

HealthCare

**Table 1: Overview of current approaches for development of laboratory assays for rivaroxaban**

| Reagent/Assay | Activity | Collaboration Partner | Status at time of 5th RPTL | Section |
|---|---|---|---|---|
| Calibrators and controls | Evaluation in the prothrombin time (PT) field trial | Diagnostica Stago | Completed in previous reporting period. Manuscript reporting the results of the field trial have been accepted for publication | 2.1.1<br>3.1.1<br>3.2.1.1 |
| Calibrators and Controls | Evaluation in the chromogenic anti-factor Xa assay field trial completed. | Diagnostica Stago | Completed. Results published in abstract and poster form and manuscript submitted for publication | 2.2.1<br>3.2.1.2 |
| Calibrators and controls | Process validation | Diagnostica Stago | RUO calibrator and control reagents are available | 2.2.1<br>3.2.1.2 |
| Calibrators and controls | Process validation | Technoclone | Completed. RUO and CE mark calibrator and control reagents are available. | 2.2.3<br>3.2.3 |
| Calibrators and controls | Process validation | Hyphen BioMed | Completed. RUO and CE mark calibrator and control reagents are available. | 2.2.4<br>3.2.4 |
| Rotachrom® Heparin Assay | Adaptation of the assay to measure plasma concentrations in the range 20 to 500 ng/mL | Diagnostica Stago | CE mark assay kit available. | 2.2.1<br>3.2.1.2<br>3.5.2.1 |
| Coamatic® Heparin Assay | Adaptation of the assay to measure plasma concentrations in the range 5 to 500 ng/mL | Haemochrom* Diagnostica | No activity. | 2.2.2<br>3.2.2<br>3.2.3<br>3.5.2.2<br>3.5.2.4 |
| Biophen DiXaI Assay | Development of a new anti-Factor Xa assay | Hyphen-BioMed | Ongoing. RUO and CE* mark assay kits are available. | 2.2.4<br>3.1.1<br>3.2.4<br>3.5.2.3 |

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

 **Table 1: Overview of current approaches for development of laboratory assays for rivaroxaban**

| Reagent/Assay | Activity | Collaboration Partner | Status at time of 5th RPTL | Section |
|---|---|---|---|---|
| Technochrom Anti-FXa Assay | Development of a new anti-Factor Xa assay | Technoclone | Completed. RUO and CE mark assay kits are available | 2.2.3<br>3.2.3 |

* Distributor – Haemochrom Diagnostica

† Based on information from the manufacturer CE mark certification has been achieved (not yet published on manufacturer's website)

## 2.1 Collaborations with External Experts

### 2.1.1 Prof. Meyer-Michel Samama

This collaboration has been presented in RLTPR 4.0. The focus of this collaboration was the completion and the publication of the prothrombin time and chromogenic anti-factor Xa assay field trials.

### 2.1.2 Rivaroxaban Monitoring Swiss Expert Group

This collaboration has been presented in RLTPR 4.0 and focused on the assessment of a chromogenic anti-factor Xa assay (Biophen DiXaI assay) in a field trial.

## 2.2 Collaboration with Manufacturers and Suppliers of Laboratory Instruments and Reagents

### 2.2.1 Diagnostica Stago

The focus of this ongoing collaboration was on prothrombin time and chromogenic anti-factor Xa assays (specific emphasis on Rotachrom® Heparin assay) as well as the manufacture of rivaroxaban calibrators and controls.

### 2.2.2 Haemochrom Diagnostica

The focus of this ongoing collaboration was on chromogenic anti-factor Xa assays (specific emphasis on Coamatic® Heparin assay).

### 2.2.3 Technoclone

The focus of this ongoing collaboration was on the manufacture of calibrators and controls for chromogenic anti-factor Xa assays. In addition they developed a new anti-factor Xa assay, the Technochrom anti-FXa assay.

### 2.2.4 Hyphen BioMed

The focus of this ongoing collaboration was on the manufacture of calibrators and controls for chromogenic anti-facytor Xa assays. In addition Hyphen BioMed developed a new anti-

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

factor Xa assay, the Biophen DiXaI assay.

## 2.3 Activities with External Professional Societies

### 2.3.1 Activity with the International Society of Thrombosis and Haemostasis Scientific Subcommittee Control of Anticoagulation

Professor Job Harenberg, Dr. Elaine Gray and Professor Meyer Michel Samama initiated a collaborative study on the evaluation of measurement methods to determine the activity of factor Xa inhibitors in human blood. The aim of this study was to utilize a panel of plasmas to evaluate the different methods for determination of the anticoagulant effect and anti-factor Xa activity of direct factor Xa inhibitors. In the opinion of the MAH, a prerequisite for this study was to have validated rivaroxaban calibrators and controls available for testing in the participating laboratories. This was not the case and accordingly this collaboration was not further pursued. A status report nonetheless relevant to this intiative is presented in Section 3.3.1.

### 2.3.2 External Quality Assurance of Laboratory Medicine in Sweden

A study that has been completed by External Quality Assurance of Laboratory Medicine in Sweden (EQUALIS) evaluated the effect of increasing concentrations of rivaroxaban on the Owren[5] type PT assay as well as other commonly used coagulation assays which are used in routine clinical laboratories in Swedish hospitals. No further activities were planned or occurred during the reporting period.

## 2.4 Marketing Authorisation Holder Initiated Investigations

The MAH supported the various initiatives described in this report.

## 2.5 Laboratory Tests

A detailed description of the assays in general was provided in RLTPR Version1.0.[1] The current RLTPR continues to focus on the assays as detailed below.

### 2.5.1 Prothrombin Time

The STA Neoplastine prothrombin time assay has been extensively studied in conjunction with rivaroxaban calibrators and controls and supports the use of the prothrombin time for the measurement of rivaroxaban plasma concentrations.

### 2.5.2 Chromogenic anti-factor Xa assays

The commercially available chromogenic anti-factor Xa assays involved in the current approaches for development of laboratory assays for rivaroxaban and their manufacturers are listed in **Table 2**:

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

**Table 2: List of commercially available chromogenic anti-factor Xa assays and manufacturers**

| Assay | Manufacturer | CE-Mark |
|---|---|---|
| STA-Rotachrom® Heparin Assay | Diagnostica Stago | Yes |
| STA®-Liquid anti Xa Assay | Diagnostica Stago | Yes |
| Coamatic® Heparin assay | Chromogenix* | Yes |
| Biophen Heparin 6® Assay | Hyphen BioMed | Yes |
| Biophen DiXaI Assay | Hyphen BioMed† | Yes |
| Technochrom anti-Xa Assay | Technoclone | Yes |

* Distributor – Haemochrom Diagnostica

† Based on information from the manufacturer CE mark certification has been achieved (not yet published on manufacturer's website)

### 2.5.3 Prothrombinase induced clotting time

### 2.5.4 Other assays

# 3. Status

## 3.1 Collaborations with External Experts

### 3.1.1 Prof. Meyer-Michel Samama.

Collaboration with M.M. Samama is ongoing. He has provided the scientific leadership for the completed prothrombin time field trial as well as for the chromogenic anti-factor Xa assay field trial which is underway (see section 3.2.1).

One abstract summarizing the results of the prothrombin time and chromogenic assay field trials assessing rivaroxaban calibrators and controls for measuring rivaroxaban plasma concentrations was published and the results presented at International Society on Thrombosis and Haemostasis meeting in 2011.[6]

A manuscript describing the results of the prothrombin time field trial has been completed and has been accepted for publication in CATH.[7] This manuscript concludes that the PT assay, in conjunction with a rivaroxaban calibration curve, may be of assistance for the measurement of rivaroxaban concentrations if required.

A manuscript describing the results of the chromogenic assay field trial has been prepared and submitted for publication to Thromb Haemost.[8] This manuscript concludes that the modified anti-Factor Xa-based chromogenic assay could provide an additional, more sensitive and specific method than the previously described PT method for the measurement of rivaroxaban plasma concentrations, if required.

### 3.1.2 Rivaroxaban Monitoring Swiss Expert Group

The RivaMoS group published the results of their evaluation of the precision and reproducibility of the Biophen DiXaI anti-factor Xa assay.[9]

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

 Case 2:14-md-02592-EEF-MBN Document 7946-8 Filed 11/03/17 Page 11 of 22

## 3.2 Collaboration with Manufacturers and Suppliers of Laboratory Instruments and Reagent

### 3.2.1 Collaboration with Diagnostica-Stago

Collaboration with Diagnostica Stago SA, Asniéres sur Seine France, was ongoing. A Supply Agreement was executed with Diagnostica Stago to facilitate the production of proprietary commercially available calibrators and controls and the related modified chromogenic anti-factor Xa assay.

#### 3.2.1.1 Prothrombin Time Field Trial

The Prothrombin Time Field Trial had been completed and the results were provided in the third RLTPR. Current publication activities are presented in Section 3.1.1

#### 3.2.1.2 Calibrators and Controls for Neoplastine CI Prothrombin Time and Chromogenic Anti-factor Xa Assays

Currently a calibrator and control set is under final evaluation for quality assurance, and it is intended for formal external and internal validation to fulfill the legal requirements for aquiring the CE marking for medical devices. Calibrators and controls in RUO reagent kits have been released and are available for *in vitro* diagnostic use.

The MAH and Diagnostica Stago have completed a field trial assessing chromogenic anti-factor Xa assays. Manufacture of a new set of four calibrators and three controls has been completed. Laboratories in agreement to participate in this second field trial have been provided with kits containing the detailed protocol to be followed, the calibrators and controls to be tested, the STA-Rotachrome Heparin Assay kit, and spreadsheets to be completed after the conclusion of all testing. Final data have been presented at the 2010 American Society of Hematology Scientific Sessions.[10] A manuscript reporting the results of this field trial has been submitted to Thromb Haemost and is under review.[8] The final results of the study are presented in **Table 3**. The results of this study suggested that the modified anti-factor Xa-based chromogenic assay could provide an additional, more sensitive and specific method than the previously described PT method for the measurement of rivaroxaban plasma concentrations.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_06233273

**Table 3. Measurement of rivaroxaban plasma concentrations with anti-Factor Xa chromogenic assays using rivaroxaban calibrators and plasma control samples – the Anti-Factor Xa Chromogenic Assay Field Trial***

| Actual rivaroxaban concentrations in plasma control samples measured by LC-MS/MS (ng/mL) | 20 | 199 | 662 | 662* |
|---|---|---|---|---|
| Measured rivaroxaban concentrations using local anti-Factor Xa reagents | | | | |
| Mean±SD (ng/mL) | 17±6.4 | 205±28.2 | 576±106.5 | 668±94.4 |
| Coefficient of variation (%) | 37.0 | 13.7 | 18.5 | 14.1 |
| Measured rivaroxaban concentrations using STA® Rotachrom | | | | |
| Mean±SD (ng/mL) | 18±3.4 | 199±21.7 | 541±12.7 | 656±65.8 |
| Coefficient of variation (%) | 19.1 | 10.9 | 2.3 | 10.0 |

*Samples were diluted 1:3 with calibrator (containing 0 ng/mL rivaroxaban).
N=20 for the local reagents; A clot-based assay, STA Staclot® heparin was used in one laboratory whose results were excluded from these analyses; . N=23 for the modified STA® Rotachrom test set-up.
LC-MS/MS, liquid chromatography–tandem mass spectrometry. SD, standard deviation.

### 3.2.2 Collaboration with Haemochrom Diagnostica

No further activites were undertaken during the current reporting period.

### 3.2.3 Collaboration with Technoclone GmbH

Technoclone focused work on the development and commercialisation of rivaroxaban calibrators and controls (Technoview Rivaroxaban Calibrator Set and Technoview Rivaroxaban Control Set), and development of the Technochrom anti-FXa assay. The interlaboratory variation was planned to be evaluated in an ECAT (External quality Control of diagnostic Assays and Tests) ring study. Additionally, an external study for the evaluation in patient plasma was completed (Klinikum der JWG Universität Frankfurt, Prof. Lindhoff-Last). This study evaluated the Technoview Calibrator Set and Technoview Controls for determination of rivaroxaban in plasma using the two chromogenic anti factor Xa assays, Technochrom anti-Xa and Coamatic Heparin. In addition, plasma concentrations were measured by liquid chromatography with tandem mass spectroscopy detectors LC-MS/MS (Bayer).

Both calibrator and controls and the anti-Factor Xa assay have now received CE mark certification and are commercially available.

No information is available in regards to the ECAT ring study; accordingly no progress can be reported. This study was not required to be completed as a part of the CE mark certification procedure.

In the external study together with Klinikum der JWG Universität Frankfurt, Prof. Lindhoff-Last, the Technoclone reagents were successfully evaluated on patient plasma samples and compared to results derived by liquid chromatography with tandem mass spectroscopy detectors LC-MS/MS. The results of this study are presented in Figure 1 and Figure 2.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

Case 2:14-md-02592-EEF-MBN Document 7946-8 Filed 11/03/17 Page 13 of 22


**Figure 1: Correlation between Technochrom® Anti-Xa ♦ low calibration range rivaroxaban patient samples and HPLC/MS-MS**



Passing and Bablok Regression ♦ values 0-120ng/mL rivaroxaban

| Requirements | Specification | Met Target |
|---|---|---|
| Correlation (Pearson) | ≥ 0.9 | ☒ Yes / ☐ No |
| Slope (Passing-Bablok) | 0.9 – 1.1 | ☒ Yes / ☐ No |
| Intercept | ≤ ± 1ng/ml | ☒ Yes / ☐ No |

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_06233275

Figure 2: Correlation between Technochrom® Anti-Xa ♦ high calibration range rivaroxaban patient samples and HPLC/MS-MS

Passing and Bablok Regression ♦ values 25 -500ng/mL rivaroxaban

| Requirements | Specification | Met Target |
|---|---|---|
| Correlation (Pearson) | ≥ 0.9 | ☒ Yes / ☐ No |
| Slope (Passing-Bablok) | 0.9 – 1.1 | ☒ Yes / ☐ No |
| Intercept | ≤ ± 1ng/mL | ☒ Yes / ☐ No |

### 3.2.4 Collaborations with Hyphen-Biomed SA

Hyphen-Biomed SA has developed a new anti-factor Xa assay (Biophen DiXaI). This assay has received CE mark IVD certification and is available as a RUO assay as well outside of the European Union.[11]

A Supply Agreement was executed with Hyphen-Biomed to facilitate the production of proprietary commercially available calibrators and controls. Hyphen Biomed has completed preparing calibrators and controls and has CE mark certification.[12 13] They recommend using the calibrators and controls in conjunction with anti-Xa chromogenic assays, and more specifically Biophen DiXaI (Hyphen BioMed # 221030).

## 3.3 Activities with External Professional Societies

### 3.3.1 Activity with the International Society of Thrombosis and Haemostasis Scientific Subcommittee Control of Anticoagulation

The status of this SSC sponsored collaborative study was provided during the International Society of Thrombosis and Haemostasis Scientific Subcommittee Control of Anticoagulation session being held 23to 28 July 2011.[14] The study has been completed and the results have been reported during the meeting.[15] Dr Job Harenberg presented the results of the

multicentre evaluation of assays undertaken on behalf of the SSC using plasmas spiked with rivaroxaban between 50 and 750 ng/mL. One PT assay, four chromogenic anti-Xa assays and the prothrombinase induced clotting time were evaluated. No aPTT assay was evaluated. CVs were reported for each assay. It was proposed that the results of the evaluation would be made available through the SSC website and that the report would be published independently of the SSC as an original article.

### 3.3.2 External Quality Assurance of Laboratory Medicine in Sweden

This activity has been completed and reported in the fourth RLTPR. No further activity was undertaken.

## 3.4 Marketing Authorisation Holder Initiated Investigations

The MAH is supporting the various initiatives described in this report.

## 3.5 Laboratory Tests

### 3.5.1 Prothrombin Time

Assessment of the prothrombin time based on the Quick method[16] as a platform upon which to build rivaroxaban plasma concentration measurement methods has been completed (see Section 3.2.1). As reported in the fourth RLTPR, assessment of the prothrombin time, based on the Owren[3] method as a platform upon which to measure rivaroxaban plasma concentration (see Section 3.3.2) has shown that the Owren method is several fold less sensitive than the Quick method. No further activity to evaluate this method was undertaken during the current reporting period with the exception of the continued effort to achieve the publication of the Prothrombin Time Field Trial results, see 3.2.1.13.1.1.

### 3.5.2 Chromogenic anti-factor Xa Assays

These assays conform well to the objective of measuring rivaroxaban across a broad range of plasma concentrations as they allow for detection of rivaroxaban plasma concentrations from potentially 20 ng/mL up to 500 ng/mL when calibration is performed with rivaroxaban in plasma. Their adaptation to rivaroxaban has been discussed in preceding sections of the RLTPR Version 5.0.

#### 3.5.2.1 STA-Rotachrom® Heparin Assay

The assay has been modified by its manufacturer to allow measurement of rivaroxaban concentrations over a 20 to 500 ng/mL concentration range.The manufacture of calibrators and controls to support a field trial assessing the performance of the STA Rotachrome Assay in 24 laboratories has been completed. The field trial started in the first half of 2010. An abstract containing preliminary results from eight participating laboratories was submitted to the American Society of Hematology Scientific Sessions 2010 and has been presented during poster sessions.[10] The final results as presented are summarized in Table 3 and discussed in Section 3.2.1.2. The complete results are available and the manuscript is currently under review for publication in Thrombosis and Haemostasis.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

Case 2:14-md-02592-EEF-MBN Document 7946-8 Filed 11/03/17 Page 16 of 22






#### 3.5.2.2 Coamatic® Heparin Assay

There are currently no new data available. This cooperation is dependant on the interest of the manufacturer Chromogenix to assess its adaptation for this specific purpose.

#### 3.5.2.3 Biophen DiXaI (Direct Xa Inhibitors) Assay

The results of further assessments of this assay have been previously presented in Sections 3.1.2 and 3.2.4

#### 3.5.2.4 Technochrom Anti-factor Xa Assay

Technoclone has developed two anti-factor Xa assays suitable for measuring rivaroxaban, one with antithrobin and one without antithrombin.[17,18] The Technochrom assays allows to measure rivaroxaban concentration over a broad concentration range from low to high plasma concentration. The assay is commercially available and CE certification has been achieved. Assay performance as described in the assay kit insert is presented in Figure 3 and Figure 4.

**Figure 3: Technoclone Anti-Factor Xa Assay with Antithrombin**




X axis: ng/mL (Rivaroxaban); Y axis: Extinction

**Figure 4: Technoclone Anti-Factor Xa Assay without Antithrombin**




X axis: ng/mL (Rivaroxaban); Y axis: Extinction



### 3.5.3 Prothrombinase induced Clotting Time

Three MAH sponsored studies are using the one step PiCT assay platform to measure rivaroxaban plasma concentrations in subjects enrolled into these studies.[19 20] Currently the availability of the one step PiCT assay in clinical routine laboratories is rather limited and the suitability of the assay remains to be established. As reported in RLTPR Version 4.0, the

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_06233278

manufacturer of the PICT assay has recently released the description of the one-step PICT assay as one of two procedures for the performance of this assay.[21] The MAH is unaware of any progress made in the further development since the last RLTPR.

### 3.5.4 Other Assays

A review article discussing the state of the art for measurement of rivaroxaban in patients plasma samples was published by Professor Edelgard Lindhoff-Last[22] and was summarized in the the fourth RLTPR.

Assessment of commercially available coagulation assays for the measurement of rivaroxaban has been completed and was published by Professor Meyer Michel Samama in 2010.[23] Eight different types of coagulation assays were studies including the prothrombin time (PT), the dilute PT (dPT), the activated partial thromboplastin time (aPTT), the thromboelastogram (TEGR Thrombelastograph; Haemonetics, Plaisir, France), heparin clotting time (HepTestR; American Diagnostica, Stamford, CT, USA), prothrombinase-induced clotting time (PiCT), dilute Russell's viper venom (dRVV) time using both screening and confirmation reagents (Diagnostica Stago, Asnieres, France), antithrombin (AT)-immunodepleted plasma (Kordia, Leiden, The Netherlands), RotachromR LMWH and StachromR LMWH – two chromogenic anti-FXa assays (Diagnostica Stago, Asnieres, France) – and the thrombin generation test (TGT) (Hemker method) (Thrombinoscope, Maastricht, the Netherland). The authors stated that modified specific factor Xa chromogenic assays are being further investigated. One-step PiCT and HepTest with shortened incubation times, as well as the widely available PT assay (using a rivaroxaban calibrator) could be useful to measure the pharmacodynamic effects of rivaroxaban accurately. Finally, all clotting and chromogenic assays showed a concentration-dependent effect induced by rivaroxaban.

## 4. Summary

As part of the review process of the initial Marketing Authorisation Application for Xarelto® 10 mg film-coated tablets, the need for a test to estimate the pharmacodynamic activity or the plasma concentration of rivaroxaban was discussed between Rapporteur/Co-Rapporteur/CHMP and the MAH. The MAH had, as a follow-up measure, undertaken to continue his work to validate commercially available tests modified appropriately to estimate rivaroxaban pharmacodynamic activity or concentration that could be used in routine clinical laboratory setting. The development of a laboratory test for measuring plasma levels of rivaroxaban mandated the development of appropriate calibrators and controls to allow calculation of rivaroxaban plasma concentrations in nanograms per milliliter, and to permit quality control of the reagents and instruments to be performed. Additionally, a suitable routine clinical laboratory assay for measuring rivaroxaban plasma concentrations needed to be identified. Calibrators and controls for the measurement of rivaroxaban plasma concentrations as well as the test itself fall under the scope of the DIRECTIVE 98/79/EC on in vitro diagnostic medical devices. According to the directive calibrators, controls and test are classified as "Other in-vitro diagnostic medical devices" for which the manufacturer of the IVD has to declare on his own responsibility that the product conforms to all applicable European legislation as indicated by affixing the CE mark.

Case 2:14-md-02592-EEF-MBN Document 7946-8 Filed 11/03/17 Page 18 of 22

In order to fulfil the follow up measure, after approval of Xarelto 10 mg film-coated tablet the MAH has started collaborations with several Manufacturers and Suppliers of Laboratory Instruments and Reagents that are managing IVDs within this directive frame as certified companies for ISO 13485 and ISO 9001. The first four RLTPRs submitted have described the progress made in the development and later the validation of an *in vitro* laboratory tests to allow rivaroxaban plasma concentrations to be measured in the routine clinical laboratory. The efforts were focused on the development of rivaroxaban calibrators and controls and the adaptation of established anti-factor Xa assay methods which in combination were to be validated on multiple automated laboratory instruments. The objective of this approach was to allow individual clinical laboratories to measure rivaroxaban plasma concentrations over a broad range including low rivaroxaban concentrations (e.g. 20 ng/mL) and high rivaroxaban concentrations (e.g. 500 ng/mL) with well defined precision and accuracy.

In this fifth RLTPR, we report that two manufacturers have made available to clinical laboratories rivaroxaban calibrator and control reagents that have been declared to conform to CE mark specifications for IVD testing. Additionally, reagents are available for RUO testing. Supporting chromgenic anti-factor Xa assays have been developed or validated as well for the purpose of measurement of rivaroxaban plasma concentrations. The following Table 4 summarises the status of these activites.

**Table 4: Summary of assay, calibrators and controls available for measurement of rivaroxaban plasma concentrations**

| Manufacturer | Assay / Calibrator &Control | RUO/ IVD (CE-marked) | Ref |
|---|---|---|---|
| **Diagnostica Stago** | STA-Rotachrom® Heparin Assay | IVD (CE-marked) | 24 |
| | STA®-Liquid anti Xa Assay | IVD (CE-marked) | 25 |
| | STA®-Rivaroxaban Calibrator | RUO | 26 |
| | STA®-Rivaroxaban Control | RUO | 27 |
| **Hyphen BioMed** | Biophen Heparin 6® Assay | IVD (CE-marked) | 28 |
| | Biophen DiXaI Assay* | IVD (CE-marked) | 11 |
| | Biophen Rivaroxaban® Control Plasma Kit | IVD (CE-marked) | 13 |
| | Biophen Rivaroxaban® Plasma Calibrator Kit | IVD (CE-marked) | 12 |
| **Technoclone** | Technochrom anti-Xa Assay | IVD (CE-marked) | 17 |
| | Technoview Rivaroxaban Calibrator Sets (~0-500 ng/mL / (~0-110 ng/mL) | IVD (CE-marked) | 18 |
| | Technoview Rivaroxaban Calibrators and Controls (high/medium/low) | IVD (CE-marked) | 29 |

* Based on information from the manufacturer CE mark certification has been achieved (not yet published on manufacturer's website)

In addition to the development of a laboratory method to measure rivaroxaban plasma concentrations in the clinical laboratory, the MAH was asked to explore options to include recommendations in the SPC including methodology for monitoring of rivaroxaban pharmacodynamic activity and concentrations.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

During the assessment of a Line Extension / Type II Variation of two new strengths / indications for Xarelto (EMEA/H/C/000944/X/010; EMEA/H/C/000944/II/012), it was requested that monitoring of coagulation parameters may be considered in situations of bleedings or perceived increased bleeding risk. Recommendations on how this can be performed in the routine clinical setting have been implemented in the SPC for these new strengths. The SPC for Xarelto 10 mg film-coated tablet will be similarly adapted. The submission of a respective Type II variation application is planned for December 2011.

The MAH was asked to provide progress reports regularly to the CHMP with the first report due within 6 months of the approval of rivaroxaban for marketing in the European Union and thereafter together with PSUR updates. This requirement has been met as this is the fifth in a series of RLTPRs issued to describe the steps being taken by the MAH to meet the requirement of the follow-up measure. With the availability now of the CE marked IVD assays to clinical laboratories in the European Union and with the associated changes to the SPC planned for December 2011, the MAH believes that this follow-up measure will have been accomplished.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

HealthCare

## 5. References

1 Rivaroxaban Laboratory Test Progress Report, 26 March 2009

2 Rivaroxaban Laboratory Test Progress Report, 10 November 2009

3 Rivaroxaban Laboratory Test Progress Report, 12 May 2010

4 Rivaroxaban Laboratory Test Progress Report, 04 Nov 2010

5 Owren PA, Aas K (1951). The control of dicumarol therapy and the quantitative determination of prothrombin and proconvertin. Scand. J. Clin. Lab. Invest. 3 (3): 201–8. PMID 14900966 (http://www.ncbi.nlm.nih.gov/pubmed/14900966)

6 Samama MM, Contant G, Perzborn E, Guinct C, Gourmclin Y, Lc Flcm L, Rhodc G, Martinoli JL, Depasse F and Spiro T for the Rivaroxaban Prothrombin Time and Anti-Factor Xa Chromogenic Assay Field Trial Laboratories. Measurement of rivaroxaban plasma concentrations using calibrators and controls – results of the prothrombin time and the anti-factor Xa chromogenic assay field trials. J Thromb Haemost 2011: P-TH-206; 834

7 Samama MM, Contant G, Spiro T, Perzborn E, Le Flem L,Guinet C, Gourmelin Y, and Martinoli JL for the Rivaroxaban Prothrombin Time Field Trial Laboratories. Evaluation of the Prothrombin Time for Measuring Rivaroxaban Plasma Concentrations using Calibrators and Controls: Results of a Multicenter Field Trial. Accepted for Publication in CATH. 2011

8 Samama MM, Contant G, Spiro T, Perzborn E, Guinet C, Gourmelin Y,Le Flem L, Rhode G. and Martinoli JL for the Rivaroxaban Anti-Factor Xa Chromogenic Assay Field Trial Laboratories. Evaluation of the anti-Factor Xa chromogenic assay for the measurement of rivaroxaban plasma concentrations using calibrators and controls. Thromb Haemost. Submitted

9 Asmis LM, Alberio L, Angelillo-Scherrer A, Korte W, Mendez A, Reber G, Seifert B, Stricker H, Tsakiris DA, Wuillemin WA. Rivaroxaban: Quantification by anti-FXa assay and influcncc on coagulation tcsts A study in 9 Swiss laboratories. Thromb Res. 2011 Aug 11. [Epub ahead of print] PMID: 21840043 [PubMed - as supplied by publisher]

10 Samama MM, Contant C, Spiro TE, Perzborn E, Guinet C, Gourmelin Y, Le Flem L, Martinoli JL for the Rivaroxaban Anti-Factor Xa Chromogenic Assay Field Trial Laboratories. Evaluation of the Anti-Factor Xa Chromogenic Assay for Measuring Rivaroxaban Plasma Concentrations using Calibrators and Controls. Blood: 2010 :116 : 1363 (Abstract 3330)

11 Biophen DiXaI (Direct Xa Inhibitors) Ref. A221030. Chromogenic assay for Direct Factor Xa inhibitors (DiXaIs). In vitro research use only (RUO)

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

12 Biophen Rivaroxaban® Plasma Calibrator Ref 222701. Calibration plasmas for Rivaroxaban® measurements with anti-Xa method

13 Biophen Rivaroxaban® Plasma Control Ref 222701. Human plasmas at two levels of Rivaroxaban® for the quality control of Rivaroxaban® measurements with anti-Xa methods

14 Baglin T, Ageno W, Herneberg J, Kearon C, Olson J, Palareti G, Schulman S, Van Den Besselaer A. Control of Anticoagulation Draft Subcommittee Minutes. 57th Annual Scientific and Standardization Committee Meeting. Kyoto. 23 July 2011. http://isth.org/default/index.cfm/ssc1/2011-ssc-subcommittee-minutes/2011-control-of-anticoagulation-minutes/

15 Harenberg J, Evaluation (Standardisation) of tests to evaluate effect of factor Xa inhibitors (rivaroxaban). Control of Anticoagulation DRAFT Subcommittee Minutes. 23 July 2011. http://isth.org/default/index.cfm/ssc1/2011-ssc-subcommittee-minutes/2011-control-of-anticoagulation-minutes/

16. Quick AJ, Stanley-Brown M, Bancroft FW (1935). "A study of the coagulation defect in hemophilia and in jaundice". Am J Med Sc 190: 501

17 Technochrom anti-Xa (AT+) Kit. Ref. 534023, March 2011

18 Technochrom anti-Xa Kit . Ref. 5340230. February 2011

19 Multicenter, rAndomized, parallel Group Efficacy efficacy and study in hospitalized medically iLL patients comparing rivaroxabaN with enoxaparin. Study Acronym MAGELLaN. Protocol No.: BAY 59-7939 / 12839. EudraCT No.: 2007-004614-14

20 Oral direct factor Xa inhibitor rivaroxaban in patients with acute symptomatic deep-vein thrombosis or pulmonary embolism. Study Acronym: Einstein VTE Phase III. Protocol No.: BAY59-7939/11702. EudraCT No.: 2006-004495-13

21 Special Coagulation Tests Pefakit® PiCT® REF 505-01. http://www.pentapharm.com/sw1326.asp

22 Lindhoff-Last E, Samama MM, Ortel TL, Weitz JI and Spiro TE. Assays for measuring rivaroxaban: their suitability and limitations. Ther Drug Monit 2010: doi: 10.1097/FTD.0b013e3181f2f264

23 Samama MM, Martinoli JL, LeFlem L, Guinet C, Plu-Bureau G; Depasse F; Perzborn E. Assessment of laboratory assays to measure rivaroxabannm– an oral, direct factor Xa inhibitor. Thromb Haemost 2010: 103.4/2010; 1 – 10.

24 STA-Rotachrom® Heparin Assay

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

Case 2:14-md-02592-EEF-MBN Document 7946-8 Filed 11/03/17 Page 22 of 22

25 STA®-Liquid anti Xa Assay

26 STA®-Rivaroxaban Calibrator. 2010

27 STA®-Rivaroxaban Control. 2010

28 Biophen Heparin 6® Assay

29 Technoview Rivaroxaban Calibrator and Control Sets: (~0-500 ng/ml / (~0-110 ng/ml). 2011

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_06233284