119115

**File Provided Natively**

File Name:   Antidote_GDC_19Jan2010.ppt





PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_00114701

# 'Xarelto'
## Rivaroxaban specific Antidote (BAY 1110262)

Working draft for information

GDC, Jan 19 2011

Bayer HealthCare
Bayer Schering Pharma

119115

# Project Rationale

- Anticoagulants are associated with a bleeding risk
- There is an unmet medical need for effective antidotes for anticoagulants in general
- No specific antidotes are available for the new anticoagulants
  - Coagulation factor substitution (e.g. fresh frozen plasma, prothrombin complex concentrates) is used. Downside: pro-thrombotic risk and risk of infections
  - Life threatening bleeds can be expected in 1 – 3% of Xarelto patients
  - Physicians report significant interest in an antidote "security blanket"
- Health Authorities do not request antidote for the approval of SPAF/DVT; Co-Rapporteur BfArm asked for antidote in SA meetings and expressed support
- Competitive advantage for company who will provide an antidote for their anticoagulant drug

> A rivaroxaban-specific antidote offers a unique treatment option for rare cases of emergency and therefore, will increase confidence for Xarelto use in general



Xarelto® rivaroxaban
Jan 19 2011

Working Draft FOR INFO

119115

# TPP / Mode of action

| | |
|---|---|
| Target indication | The rivaroxaban-specific antibody (Fab) is indicated to neutralize the anticoagulant effect of rivaroxaban in emergency situations (e.g. emergency surgery, severe or life threatening bleeds) |
| Efficacy | Rapid and specific neutralisation of rivaroxaban-induced anticoagulant effect<br>Single dose administration to provide appropriate effect<br>Clearance rate allowing fast re-start of anticoagulation<br>Specific to rivaroxaban, no effect on other anticoagulants |
| Safety/ Tolerability | No pro-coagulant activity<br>Low immunogenic / allergenic potential<br>Repeat treatment possible |
| Convenience | i.v. injection/infusion, for emergency use<br>Available in emergency situation within </= 1h, on stock in relevant centers<br>Rapid use of drug product (no lengthy drug product reconstitution) |

- BAY1110262 specifically binds to rivaroxaban and neutralizes riva activity on FXa by lowering the fraction of unbound riva in plasma



inactive FXa   active FXa + Riva-roxaban ⇌ active FXa + Riva-Antidote complex

Antidote

Xarelto® rivaroxaban Jan 19 2011

119115

# Pharmacology (in vitro / in vivo)

- BAY 1110262 potently reverses rivaroxaban effect in human plasma
- BAY 1110262 sustainably normalizes coagulation and stops rivaroxaban induced bleeding prolongation in rats



Working Draft FOR INFO

Xarelto® rivaroxaban
Jan 19 2011

119115

# BAY 1110262 - Key Characteristics

- **PK**
  - Single species scaling indicate a short half-life (2 h) for BAY 1110262 in humans
  - In rats, renal elimination of rivaroxaban is facilitated in the pressence of antidote
  - Pk modeling indicates a ~2 g dose of antidote to reduce rivaroxaban plasma levels sustainably from $C_{max}$ to below trough level (for 20 mg dose) within minutes

- **Tox / Safety**
  - No clinical signs for intolerability were observed in a single dose study
  - Low toxicological risk, low immunogenic potential to be expected for human Fab fragment

- **Drug substance**
  - E. coli is the preferred expression system for API manufacturing
  - Cell line / process development is ongoing in cooperation with Wacker Biotech
  - CoGs: current estimate ~700 € per 2 g dose

- **Drug product**
  - Favourable physico-chemical properties (no aggregation observed, high Tm)
  - No initial signs of stability issues; shelf life target >2 yrs
  - Increased risk for comparability exercises due to short timelines


Xarelto®
rivaroxaban
Jan 19 2011

119115

Working Draft FOR INFO

# Commercial Assessment

- Revenues will be predominantly gained by increased Xarelto sales
  - Due to confidence build with unique treatment option for rare emergency cases
  - 3.5% increase in overall sales assumed; will result in peak sales of € 97 million (ww ex-US)

- Medical use of antidote expected to be low and restricted to rare cases
  - Value is largely for utilizing in major bleeds such as ICH, severe GI/pulmonary bleeds, trauma
    Research indicates that value of antidote does not decrease with lowered incidence of bleeding
  - Major, life threatening bleeding estimated at 2.5%; estimated use: approx 5,000 doses p.a. ww ex-US; estimated sales prize 1,750 €
  - Stocking expected at major hospitals (estimated distribution centers 5,500 hospitals ww-Ex US)

- Competition
  - No confirmed reports on clinical development of specific antidotes for novel oral anticoagulants
  - Very unspecified rumors that Pfizer/BMS might be working on an antidote
  - Portola's FXa (non-specific) antidote in preclinical development (little advancement over past 2 years)

- Commercial value (CV) € ~100 mio / Expected Value (EV) € ~10 mio (ex US)



Working Draft FOR INFO

119115

# Regulatory perspective

- Health authority position on clinical development unclear;
- Might require additional studies
  - Antidote development doesn't match the standard development program for drugs
  - There is little precedent for antidote development / no guideline available
  - HA request for additional clin. study in patients would cause significant delay of submission / launch
  - Current development schedule implies Health Authorities accept
    – Dosing strategy
    – No extended immunological assessment
    – No additional clinical studies (e.g. renal impaired subjects)
    – Combination of Ph I & POC in one study
- Expeditious development is needed to reach maximal commercial benefit
  - The impact of the antidote on riva sales will decline strongly with time riva is on the market

**Conduct Scientific Advice Meetings with Health Authorities in Q3 2011 to gain understanding whether the proposed development strategy is acceptable**


Xarelto® rivaroxaban
Jan 19 2011

119115

# Overall development strategy - key activities

| Activity | | | | | | | | | | | | | | | | | | | Q2 | Q3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Key milestones | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * |
| | ▲ D3 | ▲ Initiate HA meetings | ▲▲ HA feedback available | Next DP | | ▲▲ D4 | CTA Filing | | | | | | ▲ Dossier submission EU & Ex EU | | | | | ▲ Approval Launch | | |
| Fermentation dev Wacker | | 30→300L | | | | | | | | | | | | | | | | | | |
| Fermentation dev Bayer | | | 300 L | | | | | | | | | | | | | | | | | |
| Tox manufacturing | | | | 2 kL | | | | | | | | | | | | | | | | |
| GMP Manufacturing | | | | | | 2 kL | | | | | | | | | | | | | | |
| Upscale/Process dev | | | | | | | 10 – 30 kL | | | | | | | | | | | | | |
| Tox studies | Pre clinical Development | | | | | Rat/ Cyno | | | | | | | | | | | | | | |
| SD (FIM) + PoC | Clinical 1,2,3 | | | | | | Pr. | SD | POC | | | | | | | | | | | |
| Repeated Dose (RD) Study (Riva + repeated Fab admin. 24h) | Development | | | | | | | | | Pr. | RD | | | | | | | | | |
| Bridging Study Multi Ethnic | | | | | | | | | | Pr. | Br.S | | | | | | | | | |
| Registry Post approval committment | | | | | | | | | | | | | | | | | Reg | | | |

Pr. ⬢ Preparation of study
⋮⋮⋮ Submitted as one trial

Working Draft FOR INFO

1 — Under prerequisite health authorities accept combined Phase I studies as single submission and do not require additional studies
2 — If additional immunological investigations are requested, timelines must be extended
3 — Under prerequisite that healthy volunteer data will be regarded as sufficient for patient safety

Xarelto® rivaroxaban
Jan 19 2011

119115

# Summary

- ◆ BAY 1110262 shows positive profile
  - Potent neutralization of rivaroxaban activity in biochemical and plasma based assays
  - Stops rivaroxaban induced bleeding prolongation in rats
  - Rapid on set of action and short $t_{1/2}$
  - Favourable physico-chemical profile and positive early feasibility assessment for DS / DP
  - Low toxicological risk and low immunogenic potential to be expected
- ◆ Unique treatment option for bleeding management in rare but life threatening emergency cases
- ◆ Positive commercial assessment driven by increased confidence in Xarelto use and differentiation in drug class
- ◆ Health Authority acceptance of the proposed development program is critical for the project due to risk of delayed launch date


Xarelto®
rivaroxaban
Jan 19 2011

Working Draft FOR INFO

119115

# ◆ Back Up

Xarelto®
rivaroxaban
Jan 19 2011

Working Draft FOR INFO

119115

## TPP


Xarelto
rivaroxaban
Jan 19 2011

| | |
|---|---|
| Target indication | The rivaroxaban-specific antibody (Fab) is indicated to neutralize the anticoagulant effect of rivaroxaban in emergency situations (e.g. emergency surgery, severe or life threatening bleeds) |
| Efficacy | Rapid and specific neutralisation of rivaroxaban-induced anticoagulant effect<br>Single dose administration to provide appropriate effect<br>Clearance rate allowing fast re-start of anticoagulation<br>Specific to rivaroxaban, no effect on other anticoagulants |
| Safety/ Tolerability | No pro-coagulant activity<br>Low immunogenic / allergenic potential<br>Repeat treatment possible |
| Convenience | i.v. injection/infusion, for emergency use<br>To be applied without a need for determination of rivaroxaban plasma concentration<br>Available in emergency situation within </= 1h, on stock in relevant centers<br>Rapid use of drug product (no lengthy drug product reconstitution) |
| HEOR | Price to support on-label use |
| Brand benefit | Builds confidence for Xarelto use in general, as it offers a unique treatment option to reverse anticoagulation effect for rare cases of emergency. Positive impact on overall rivaroxaban sales |

119115

11  Working Draft FOR INFO

# Summary of in vitro data

| Assay | | | |
|---|---|---|---|
| Affinity | ultracentrifugation | $K_D$ [nM] | ~0.5 |
| Biochemical FXa assay | @ 1 nM Riva | $EC_{50}$ [nM] | 6 |
| FXa activity (RVV) | In human plasma @ 50 nM rivaroxaban | $IC_{50}$ [µM] | 0.02 |
| FXa activity (Haemochrom) | In human plasma @ 0.29 µM rivaroxaban | $IC_{50}$ [µM] | 1.6 |
| Thrombin generation | In human plasma @ 100 nM rivaroxaban | $IC_{50}$ [µM] | 0.13 |
| Prothrombin Time (PT) | In human plasma @ 0.17 and 0.33 µM | $IC_{50}$ [µM] | 0.07 and 0.09 |

➡ **BAY 1110262 neutralizes rivaroxaban in different in vitro assays**

Working Draft FOR INFO

**Xarelto®**
rivaroxaban
Jan 19 2011

119115

## Project key risk

| Area | Risk Decription | Consequence | Mitigation |
|---|---|---|---|
| Clinical Regulatory | HA request increased dose (e.g. riva target level based on catheter removal conc. resulting in approx 4g antidote dose) | Delay of developm. timelines due to need for additional purif. steps; COGS increase | Develop DS spec-ification and purity for a maximum dose of 4g, SA with HA |
| | HA request efficacy/safety phase Iii study prior to approval | Launch delay by > 1.5 y likely, increased dev cost | Scientific Advice with Health Authorities asap |
| | HA request additional clinical studies (e.g. renal study) prior to approval | Launch delay potentially < 1.5 y, increased dev cost | Scientific Advice with Health Authorities asap |
| CMC | Yield of fermentation process <0.5 g / L | Need for additional purification steps potential delay in development, COGS increase | Generate alternative cell line (Pichia past.) (VTU) |
| | Process upscale from 2 000 to 30 000 L not feasible from regulatory perspective | COGS increase due to need to use CMO or comparability studies needed | Pro active discussion with Health authorities |
| | Major changes in manufacturing process for DS and DP necessary after D4 | Delay of launch due to comparability studies (approx. 1y) | Pro active discussion with Health Authorities |
| Competiton | Portola antidote is available at time of launch (commercial impact) | Little need / benefit for riva specific antidote if available | Expedite development of Bay 1110262, monitor Portola |
| | Competitor develops specific antidote vs. novel competitive anticoagulant | Impact of riva antidote increases | Monitor competitor activities |



Xarelto® rivaroxaban
Jan 19 2011

Working Draft FOR INFO

119115



# PoC Strategy

- First in man:
  - Single dose escalation (Fab only) to evaluate safety, tolerability, PK

- PoC study/dose finding in healthy volunteers:
  - Single Dose interaction study in which a single dose of 20-40 mg rivaroxaban will be antagonized by BAY 1110262
  - Modelling and simulation of antidote activity

- Biomarkers:
  - PD (relevant biomarkers of Rivaroxaban) and PK samples will be analyzed
  - Measure plasma concentrations of total and unbound rivaroxaban
  - PD/PK behaviour of BAY 1110262 has to be determined using adequate markers
  - Immunological assessement can be necessary or neglected depending on precl. results (ADA, IgE assessment and neutralization of rivaroxaban)



Xarelto®
rivaroxaban
Jan 19 2011

Working Draft FOR INFO

119115

# Fab antidote strategy

- Fabs represent an established class of therapeutics
- Pharmacological sequestration of drugs by Fabs is an established principle (e.g. for digoxin)
- 3 D structure of rivaroxaban – Bay 1110262 complex based on co-crystallisation experiments



Rivaroxaban

Xarelto®
rivaroxaban
Jan 19 2011

Working Draft FOR INFO

119115