# TITLE PAGE

**Sponsor's Name:** Bayer HealthCare

**Identity of Investigational Product:** BAY 59-7939
INN Rivaroxaban

**Activity:** Rivaroxaban Laboratory Test Progress Report

**Effective Date:** 26 March 2009

**Version Number:** 1.0

**Confidentiality Statement:** *This material is the property of Bayer HealthCare. The information is confidential and is to be used only in connection with matters authorized by Bayer HealthCare and no part of it is to be disclosed to others without prior written permission from Bayer HealthCare.*

**HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER**

XARELTO_BHCP_03165997

# TABLE OF CONTENTS

TITLE PAGE.................................................................................................................1
TABLE OF CONTENTS ..............................................................................................2
GLOSSARY OF ABBREVIATIONS AND ACRONYMS ..........................................3
1.  Introduction .........................................................................................................4
2.  Approach and Methods ......................................................................................6
    2.1  **Collaboration with External Experts**    6
        2.1.1  Michel Meyer Samama    6
    2.2  **Collaboration with Diagnostica-Stago**    6
    2.3  **Collaboration with Haemochrom Diagnostica**    7
    2.4  **Calibrators and Controls**    7
        2.4.1  Pilot Experiment .................................................7
        2.4.2  Full scale experiment ...........................................8
    2.5  **Prothrombin Time**    8
    2.6  **Chromogenic Assay for anti Factor Xa Inhibitory Activity**    9
        2.6.1  Coamatic® Heparin Assay ......................................9
        2.6.2  STA-Rotachrom® Heparin Assay .......................... 10
    2.7  **Prothrombinase induced clotting time**    10
3.  Status...................................................................................................................11
    3.1  **Collaboration with External Experts**    11
        3.1.1  Michel Meyer Samama    11
    3.2  **Collaboration with Diagnostica-Stago**    11
    3.3  **Collaboration with Haemochrom Diagnostica**    12
    3.4  **Calibrators and Controls**    12
    3.5  **Prothrombin Time**    12
    3.6  **Chromogenic Assay for anti Factor Xa Inhibitory Activity**    12
        3.6.1  Coamatic® Heparin Assay ...................................... 12
        3.6.2  STA-Rotachrom® Heparin Assay .......................... 12
    3.7  **Prothrombinase induced clotting time**    13
4.  Discussion.........................................................................................................13
5.  References ........................................................................................................14

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BHCP_03165998

| GLOSSARY OF ABBREVIATIONS AND ACRONYMS ||
|---|---|
| **Abbreviation or Acronym** | |
| ACL | Automated Coagulation Laboratory |
| AT | Antithrombin |
| AVK | Anti-Vitamin K |
| CHMP | Committee for Medicinal Products for Human Use |
| EMEA | European Medicines Agency |
| EU | European Union |
| Factor IIa | FIIa |
| Factor Xa | FXa |
| I | Inhibitor/inhibition |
| INR | International Normalized Ratio |
| MAPA | Membrane Associated Protein A |
| NPP | Normal Plasma Pool |
| NRW | Nordrhein Westfalen |
| PiCT | Prothrombinase Induced Clotting Time |
| pNA | para-Nitroaniline |
| PSUR | Periodic Safety Update Report |
| PT | Prothrombin Time |
| aPTT | Activated Partial Thromboplastin Time |
| SPC | Summary of Product Characteristics |
| TGT | Thrombin Generation Test |

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

XARELTO_BHCP_03165999

# 1. Introduction

## Background

Testing of coagulation parameters during the administration of oral and parenteral antithrombotic agents is a common and accepted practice in clinical medicine. Several tests have been developed for this purpose, most notably the prothrombin time (PT) expressed in seconds and as an international normalized ratio (INR) widely used for monitoring drugs that inhibit the vitamin K dependent enzymatic pathways required for coagulation factor activation, the activated partial thromboplastin time (aPTT) expressed in seconds used for monitoring unfractionated heparin and anti-factor Xa inhibitory activity assays used to monitor low-molecular-weight heparins, unfractionated heparin and pentasacharride. Other tests such as the HepTest and Prothrombinase Induced Clotting time (PiCT) are available but their utilization is limited to only small numbers of laboratories. Further tests such as the calibrated automated thrombogram used to quantitate endogenous thrombin generation, thromboclastography used to quantitate thrombus mechanics and reaction time and endogenous factor Xa generation tests have been developed but they are performed in only highly specialized coagulation laboratories in very limited numbers of centers in Europe.

New agents are being developed to replace the parenterally administered heparins and direct thrombin inhibitors and orally administered vitamin K antagonists. The advantages of these agents include the fact that there is no need for routine monitoring due to the more predictable pharmacokinetic and pharmacodynamic effects achieved, and fewer drug interactions than was the case for anti-vitamin K class of agents. While routine monitoring of these agents may not be required, certain clinical situations exist in which monitoring and measurement of their blood concentration as well as their pharmacodynamic effects would be desirable.

## Test methods used in rivaroxaban phase I, II and III studies

Rivaroxaban is a potent oral highly selective factor Xa inhibitor.[1] It has predictable pharmacokinetics, with little variation of plasma concentration with age, weight, or renal function following a fixed dose administration. With a fixed dose, a wide therapeutic window, few drug interactions, and predictable pharmacodynamics, no routine monitoring of coagulation parameters is required. The pharmacodynamics of rivaroxaban are predictable, as anticoagulant activity measured in a variety of ways closely correlates with the plasma concentration. Preclinical experimentation and phase I studies have evaluated several different haemostasis assays and have guided the selection process for assays to bring forward into phase II and phase III program. During phase I, phase II and phase III clinical development of rivaroxaban, several coagulation tests were performed to explore the possibility of quantitating the pharmacodynamic effect and gravimetric concentration of rivaroxaban in patient plasma samples obtained from subjects participating in these studies. Inhibition of endogenous factor Xa activity, the prothrombin time, the activated partial thromboplastin time, endogenous thrombin generation potential assay, anti-

*Rivaroxaban Laboratory Test Progress Report    Version 1.0 Date: 2009-03-26*          *Page 4 of 15*

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER                                    XARELTO_BHCP_03166000

factor Xa activity and the HepTest[®] were tested in these studies performed in rivaroxaban phase I studies and the results have been communicated to the EMEA. Inhibition of endogenous factor Xa activity, the prothrombin time and the HepTest[®] were brought forward into the phase II and III programs and their results have likewise been communicated to the agency. Accordingly, these tests have been considered as possible platforms upon which a rivaroxaban monitoring test might be performed. Inhibition of endogenous factor Xa activity and the HepTest[®] have been eliminated from further assessment due to the limited use of these tests in clinical coagulation laboratories. The prothrombin time is widely available and accordingly its further assessment is underway. In addition, as rivaroxaban is a highly specific direct factor Xa inhibitor, assays which measure anti-factor Xa activity are being explored, in particular those assays which use chromogenic substrates to quantitate this effect. Such assays were not assessed in the phase II and III programs although in the phase I program, anti factor Xa activity was measured in individual studies.[2, 3] In addition, a modified prothrombinase induced clotting time test has and is being tested in phase II and III studies.

**Regulatory Backgound**

As part of the review process of the Marketing Authorisation Application for Xarelto®, the need for a test to estimate the pharmacodynamic activity or the plasma concentration of rivaroxaban was discussed between Rapporteur/Co-Rapporteur/ Committee for Medicinal Products for Human Use (CHMP) and the Sponsor. The Sponsor has, as a follow-up measure, undertaken to continue his work to validate commercially available tests modified appropriately for estimations of the rivaroxaban pharmacodynamic activity or concentration that could be used in routine clinical laboratory setting. After development of an appropriate, validated method, the applicant will explore options to include recommendations in the Summary of Product Characteristics (SPC) including methodology for monitoring of rivaroxaban pharmacodynamic activity and concentrations.

The Sponsor is obliged to provide progress reports regularly to the CHMP with the first report within 6 months of the approval of rivaroxaban for marketing in the European Union and thereafter together with Periodic Safety Update Report (PSUR) updates.

This report constitutes the first report documenting the steps already accomplished and being planned to fulfill this commitment.

**Objective**

The objective of this laboratory drug monitoring test program is to validate a test that can be performed in the routine clinical laboratory and can detect rivaroxaban across a broad range of plasma concentrations. The development of well validated calibrators and controls is an essential step in the development of a test for the quantitation of rivaroxaban blood concentrations. These reagents are required for the quantitation of rivaroxaban blood concentrations and for monitoring the assay performance (quality control) to ensure the precision and accuracy of the measurements

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

obtained.  Accordingly, the manufacture of such materials is an important step in the validation of a rivaroxaban monitoring test.

In order to achieve the specified objective, the following activities are ongoing:

- Collaborations with External Experts

- Collaborations with Diagnostica Stago

- Collaborations with Haemochrom Diagnostica

## 2.  Approach and Methods

### 2.1     Collaboration with External Experts

#### 2.1.1     Michel Meyer Samama

Collaboration with Professor Samama, Medical Director, Biomnis Specialised Medical Pathology, Ivry sur Seine France, in the development of rivaroxaban monitoring tests is ongoing. Both rivaroxaban laboratory monitoring on prothrombin time and chromogenic factor Xa inhibition assay platforms are being conducted.  Exploration of other coagulation assay platforms including the diluted prothrombin time assay and the endogenous thrombin generation test has been completed.

### 2.2     Collaboration with Diagnostica-Stago

Diagnostica Stago discovers and formulates in its internal research and development facilities, manufactures and offers a broad range of reagents and analytical instruments in haemostasis.  The company is headquartered in Asniéres sur Seine France.  Roche Diagnostics distribute its products in Western Europe (except France), Japan, and South America.  Diagnostica Stago functions as its own distributor in France, the United Kingdom, the United States, Canada, China, and Australia – New Zealand.  Diagnostica Stago has a strong global position in laboratory instruments for coagulation testing in general and was the first manufacturer to develop the related reagents and marketing activity.

A formal contractual agreement has been executed with Diagnostica Stago for the manufacture of rivaroxaban calibrators and controls.  A field testing program in approximately 10 to 15 laboratories using the prothrombin time as the assay platform is planned.  Any automated laboratory instrument will be used for measurement of prothrombin times.  In addition to the locally used reagent system used for measurement of the PT, the Diagnostica Stago reagent system Neoplastine® CI Plus will be tested as well.[4]  The aim of the program is to evaluate the

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

concept of the monitoring of rivaroxaban with the prothrombin time using calibration plasmas. Each center will receive a set of four already titrated calibration plasmas and a set of three control plasmas containing rivaroxaban at an unknown level. Titration of these plasmas as well of the evaluation of the analytical performances (day to day precision) will be achieve by each center using its own PT reagent in parallel with a PT reagent from Diagnostica Stago (Neoplastine® CI Plus) also provided.

## 2.3    Collaboration with Haemochrom Diagnostica

Haemochrom Diagnostica, a distributor of haemostasis diagnostic reagents headquartered in Essen NRW Germany. A material transfer agreement has been executed with this company. Validation in a preliminary manner of a rivaroxaban monitoring test based on the Coamatic® Heparin Assay using internally prepared plasma based rivaroxaban calibrators and controls is underway.

## 2.4    Calibrators and Controls

The preparation of lyophilized rivaroxaban calibrators and controls in human plasma is under way. This activity is currently in an experimental stage of development. A contract has been prepared and implemented with Diagnostica Stago to prepare these materials. The set of calibration and control plasma is obtained by spiking a normal plasma pool (NPP) with increasing concentrations of rivaroxaban.

### 2.4.1    Pilot Experiment

Explore the freeze drying conditions and related performances:

- Three (3) x 300 mL NPP will be spiked with rivaroxaban to obtain the following concentrations: 0 (A) / 50 (B) /250 (C) / 500 (D) ng/mL after addition of the current bulking agents. Two thirds of those 3 plasma solutions will be freeze dried to obtain 200 vials (manual filling). The rest will be kept frozen. After freeze drying, the following quality control studies will be conducted:
- Within lot potency consistency:  The test to be used to verify lot homogeneity is the PT. Proposed specification for homogeneity is a between vial coefficient of variation of less than 2%.
- Stability after reconstitution:  Proposed specification is less than 5% deviation when tested with the PT.
- Drug recovery:  Verify that the inhibitory activity has not been modified by freeze drying process or quantitate the loss. Proposed benchmark is less than 10%. This will be done through a comparison with the initial set of plasmas kept frozen.

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

## 2.4.2    Full scale experiment

Volume:
Prepare approximately 1.5 litres of each plasma in order to prepare at least 1200 vials of one mL for each level (A, B, C, and D and T, U, and V). Part of these 7 solutions will be kept frozen (approximately 100 mL). Titers (in ng/mL) for the calibrators will be: A: 0; B: 50; C: 250; and D: 500. Titers (in ng/mL) for the controls will be: T: 25; U: 200; V: 800

Quality Control:
The same quality control studies as mentioned above will be performed: within lot consistency and stability after reconstitution will be monitored using the PT, and, in addition, using the aPTT, fibrinogen and antithrombin (AT) measurements.

Titration:
This will be done in two laboratories, Diagnostica Stago (Gennevilliers, Taverny, France) and Biomnis (Ivry sur Seine, France). Each laboratory will prepare on five different occasions a set of calibration material made of fresh normal plasma spiked with rivaroxaban at different doses (eg: 0 – 50 – 100 – 200 – 250 – 300 – 400 – 450 – 500 – 550 – 1000 ng/mL). Then, the 4 freeze dried plasma calibrators (A, B, C and D) will be titrated against the freshly prepared calibration material using PT Reagents from different sources in duplicate. Frozen aliquots will be assayed in parallel as well.

## 2.5    Prothrombin Time

The prothrombin time is a plasma based functional assay measuring the external coagulation pathway which allows for screening of patients for a variety coagulation disorders and as well has been adapted to allow monitoring anti-vitamin K (AVK) therapy. Two types of PT assays are performed based on methods developed by Quick and Owren respectively.[5, 6] In the Quick prothrombin time, an excess of thromboplastin and calcium in addition to phospholipid is added to anticoagulated plasma. The clotting time is considered to directly represent the concentration of active serpine proteases in particular factors II, VII, IX and X. In the Owren method, a combined thromboplastin reagent which includes factor V and fibrinogen is substituted for thromboplastin. The most commonly performed PT is based on the Quick method. However, the Owren method is used in some countries notably bit not exclusively the Nordic countries.[7] Assessment of the prothrombin time based on the Quick method as as a platform upon which to build rivaroxaban plasma concentration measurement methods is underway. Assessment of the prothrombin time based on the Owren method as a platform upon which to build rivaroxaban plasma concentration measurement methods is under consideration.

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

XARELTO_BHCP_03166004

## 2.6    Chromogenic Assay for anti Factor Xa Inhibitory Activity

Rivaroxaban is a direct highly specific inhibitor of activated factor X.  Accordingly, its plasma concentrations can be measured using assays developed to monitor heparins and low-molecular-molecular heparins.  Two types of such assays are currently used in clinical laboratories to quantitate the intensity of anticoagulation achieved, functional or clot-based assays and amidolytic assays with synthetic chromogenic substrates.  Chromogenic assays differ amongst themselves in particular in regards to the addition or not of excess antithrombin and the amino assay sequence of the chromogenic substrate employed to drive the amidolytic reaction.  Direct factor Xa inhibitors do not require antithrombin to catalyze binding to the activated factor X binding site, and accordingly only those assays not including this material in their reagent system are undergoing further assessment.  These assays conform well to the objective of monitoring rivaroxaban across a broad range of plasma concentrations as they allow for detection of rivaroxaban from levels as low as 5 ng/mL or even less up to 500 ng/mL.  However, at the present time, they are not routinely available in most community medical centers and are generally not available for urgent testing purposes even in the more specialized academic medical centers in which they are performed.

### 2.6.1    Coamatic® Heparin Assay

The Coamatic® Heparin Assay is manufactured by Chromogenix which is a part of Instrument Laboratories headquartered in Lexington Massachusetts USA.  Instrumentation Laboratories itself is owned by the Werfen group.  Chromogenix research, development and production of all reagent products is based in the Instrumentation Laboratory plant located in Orangeburg NY, USA, where all Chromogenix brand products are manufactured.  The Coamatic® Heparin Assay is a one-step assay which does not require addition of antithrombin.  The measurement principle of the assay is as follows:[8]

| AT Heparin]  S-2732 | + FXa | ⟶ | [AT · Heparin · FXa] +  Peptide + pNA |
|---|---|---|---|

The Coamatic Heparin reagents are as follows:
1.  S-2732:  Chromogenic substrate, Suc-Ile-Glu ($\gamma$-pip)-Gly-Arg-pNA _ HCl lyophilized withdetergent and mannitol as bulking agent.
2.  Factor Xa: Lyophilized bovine FXa containing Tris buffer, EDTA, NaCl, dextran sulfate and bovine serum albumin.

The addition of rivaroxaban calibrators and controls to this assay method will allow assessment of its ability to measure with the required accuracy and precision rivaroxaban plasma concentrations.  The assay can be adapted to be performed on a variety of automated laboratory instrumentation allowing spectrophotometric measurement at 450 nM (or 490 nM for microtiter plates) (BCS (Siemens), STA (Diagnostica Stago/Roche)) including those manufactured by Instrumentation Laboratories, in particular, its ACL series of equipment.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BHCP_03166005

### 2.6.2  STA-Rotachrom® Heparin Assay

The STA Rotachrome Heparin Assay is manufactured by Diagnostica-Stago in its manufacturing facility in Taverny France.  This is a one-step assay which does not require addition of antithrombin.[9]  The measurement principle of the assay is as follows:

| AT Heparin] | + FXa | | [AT · Heparin · FXa] + |
|---|---|---|---|
| S-2732 | | ⟶ | Peptide + pNA |

The STA Rotachrome Assay reagents are as follows:
- Reagent 1:  CBS 52.44:  Lyophilized chromogenic substrate, MAPA-Gly-Arg-pNA AcOH.
- Reagent 2:  Factor Xa: Lyophilized bovine FXa.
- Reagent 3:  Solvent for reagent 2.

The addition of rivaroxaban calibrators and controls to this assay method will allow assessment of its ability to measure with the required accuracy and precision rivaroxaban plasma concentrations.  The assay was originally developed to be performed on centrifugal autoanalyzers (Cobas (Roche Diagnostics) and ACT (Instrumentation Lanoratories)).  The assay can be performed on a variety of automated laboratory instrumentation allowing spectrophotometric measurement at 450 nM (BCS (Siemens), CA-1500 (Sysmex), Hitachi Model 717, ACL (Instrumentation Laboratories) including those manufactured by Diagnostica Stago, the STA series of equipment.  Application protocols are available for such automated laboratory intruments.

### 2.7  Prothrombinase induced clotting time

Pefakit® PiCT® (Prothrombinase induced Clotting Time) is a plasma based functional assay for the quantitative determination of anticoagulant activities of heparin and heparinoids based on FXa and FIIa inhibition.  For PiCT® analysis the plasma sample is mixed with a reagent containing a combination of a defined amount of activated factor X (FXa), phospholipids and RVV-V, an enzyme from the venom of the snake *Daboia russelli* specifically activating factor V.  During an incubation period of 180 seconds, the added FXa is inhibited depending on the amount of AT-heparin complexes or direct FXa and FIIa inhibitors present in the sample.  Following recalcification the prothrombinase complex is formed using the residual FXa, phospholipids, factor Va generated from factor V present in the sample and free calcium ions.  Due to the factor V preactivation prothrombinase formation is not dependent on endogenous thrombin mediated factor V activation.[10]  A modification of this base method is required to allow measurement of direct factor Xa inhibitors.[11]  In the 2-step method (referenced by the manufacturer) 50 µl sample and 50 µl activator reagent (contains bovine FXa, phospholipids and RVV-V) are mixed, and,

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BHCP_03166006

after incubation at 37°C for 180 sec, 50 µl $CaCl_2$ (25 mM) are added, mixed for 3 sec and the time to clotting measured (acquisition time 300 sec). However, the 2-step PiCT assay is not sensitive enough to detect clinically relevant plasma concentrations of rivaroxaban and in addition, shows a paradoxical decrease in clotting time with low concentrations of direct FXa-inhibitors. This effect is surmounted at higher concentrations and can be eliminated by omitting the incubation step prior to the addition $CaCl_2$ from method. This modified method is designated the one-step PiCT method and results in the ability to detect lower concentrations of direct factor Xa inhibitors than is the case for the two-step method.[12]

# 3.  Status

## 3.1     Collaboration with External Experts

### 3.1.1     Michel Meyer Samama

Interactions with M. M. Samama have focused on the use of coagulation assays and heparin monitoring assays used in the routine and special coagulation laboratories. Recently published abstracts and manuscripts have described the effects of rivaroxaban on a variety of global and specific coagulation assays including the prothrombin time (various manufacturers' reagents), the dilute prothrombin time, the Heparin Test (HepTest®, American Diagnostica Inc.), the activated partial thromboplastin time, dilute Russell's viper venom time, anti-factor Xa activity (Rotachrom and Stachrom, Diagnostica Stago), prothrombinase induced clotting time (Pentapharm), and the thrombin generation test (Synapse BV).[13,14,15] Continuing collaborations are now underway focusing on the prothrombin time and the chromogenic anti-factor Xa activity assay.

## 3.2     Collaboration with Diagnostica-Stago

The preparation of rivaroxaban calibrators and controls is one component of this ongoing collaboration and is discussed in section more detail in section 3.4.

In addition, a field trial testing the performance of the calibrators and controls in specialized clinical laboratories using the prothrombin time as the monitoring platform is underway. Fifteen (15) laboratories have been contacted to determine their interest in participating in a study to evaluate the performance of the prothrombin time for rivaroxaban plasma concentration monitoring. Until now, ten (10) laboratories located in the European Union and the United States have expressed interest in joining the program. The anticipated start of field testing of the prothrombin time assay and the calibrators and controls is planned for the second quarter of 2009.

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

XARELTO_BHCP_03166007

## 3.3     Collaboration with Haemochrom Diagnostica

Haemochrom Diagnostica has evaluated the Coamatic® Heparin Assay for the purpose of measuring rivaroxaban plasma concentrations in a laboratory located in its headquarters in Essen. Supportive results have been forthcoming from these experiments. Evaluation of opportunities for assay validation in a certified laboratory and development of calibrators and controls with a second industrial partner are underway.

## 3.4     Calibrators and Controls

The production of calibrators and controls to be used for the assessment of the Quick prothrombin time assay has been performed by Diagnostica Stago and the evaluation is ongoing. Verification of rivaroxaban's concentrations in calibrators and controls is underway. Performance of the calibrators A, B, C and D and the controls T, U and V is being compared in Biomnis and Diagnostica Stago coagulation laboratories.

## 3.5     Prothrombin Time

Evaluation of the prothrombin time assay is underway. The aim of the study is to evaluate the feasibility of monitoring rivaroxaban with prothrombin time (PT) using calibration and control plasmas in the setting of hospital and commercial coagulation laboratory environment. Each center will receive a set of already titrated calibration plasma (4), and a set of control plasmas containing rivaroxaban at unknown titers. Titration of these plasmas as well the evaluation of the analytical performances (day to day precision) will be performed by each center using its own PT reagent in parallel with a PT reagent provided by Diagnostica Stago (Neoplastin CI +).

## 3.6     Chromogenic Assay for anti Factor Xa Inhibitory Activity

### 3.6.1    Coamatic® Heparin Assay

The Coamatic® Heparin Assay has been tested as a method on which the measurement of rivaroxaban plasma concentrations can be based over a concentration range of 0.0 to 500.0 ng/mL. Supportive results have been obtained. The low detection range showed linearity between 0 and 63 ng/mL and the high detection range between 31 and 500 ng/mL. Further assessment and development of this methodology will require additional partners to be identified. Collaborations and partnerships with other third parties qualified to manufacture rivaroxaban calibrators and controls are being developed.

### 3.6.2    STA-Rotachrom® Heparin Assay

The STA Rotachrom® Heparin Assay has been tested as a method on which the measurement of rivaroxaban plasma concentrations could be based over a concentration range of 0.0 to 500.0 ng/mL. Supportive results have been obtained.[15] Further development of this

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

XARELTO_BHCP_03166008

methodology is under consideration. So far, the detection range with the routinely used assay showed linearity between 0 and 120 ng/mL.

## 3.7    Prothrombinase induced clotting time

The modified PEFAKIT prothrombinase induced clotting time is currently being performed for the ongoing clinical studies 12639 MAGELLaN, 11702 Einstein VTE Phase III, 11899 Einstein Extension VTE and 13238 the Einstein CYP Cohort Study. Calibrators and controls are being prepared by the MDS Pharma Services central laboratories supporting these studies. However, no further activities are envisioned at this time to advance the commercial development of the PiCT assay as a method on which to platform rivaroxaban monitoring. Nonetheless, the eventual manufacture of rivaroxaban calibrators and controls may allow PentaPharm, the manufacturer and distributor of the PEFAKIT PiCT anticoagulant drug monitoring assay kits to commercialize a PEFAKIT rivaroxaban assay and add it to his existing product portfolio.[16]

## 4.  Discussion

This progress report is the first in a series that will describe progress made in the validation of an *in vitro* laboratory monitoring test that will allow rivaroxaban plasma concentrations to be measured in the routine clinical laboratory. Focused efforts are now engaged in the development of rivaroxaban calibrators and controls that will be validated on one or more existing coagulation assay methods and automated laboratory instrumentation to allow measurement of rivaroxaban plasma concentrations over a broad range including very low rivaroxaban concentrations (< 5.0 ng/mL) and very high rivaroxaban concentration (at least 500 ng/mL). The objective of this approach is to allow individual clinical laboratories using a large variety of reagent kits and automated laboratory instrumentation to measure rivaroxaban plasma concentrations with well defined precision and accuracy. Assessments of existing information available for rivaroxaban pharmacodynamic measurements and in parallel assessment of tests available in the clinical laboratory setting have now focused development efforts on two specific assays, the prothrombin time and chromogenic anti-factor Xa activity assays. Encouraging results have been obtained with both assays.

The development of a laboratory test for monitoring plasma levels of rivaroxaban mandates the development of appropriate calibrators and controls to allow extrapolation of measured plasma activity to gravimetric measurements in nanograms per milliliter and to permit quality control of the reagents and instruments to be performed. Efforts in this domain are well underway and field testing of such reagents is expected to begin in Q2-Q3/2009.

This progress reports is the first of a series of reports that will be issued regularly to the CHMP with the first report now issued within 6 months of the approval of rivaroxaban for marketing in the European Union. The progess report will be issued hereafter together with Periodic Safety Update Report (PSUR) updates.

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

# 5.  References

1   Rivaroxaban Investigator's Brochure. Version 15; 28 January 2009.

2   Kubitza D, Voith B, Becka M, Zuehlsdorf M.  Single dose,  non-blinded, randomized, non-placebo-controlled crossover study to investigate the potential influence of 40 mg of enoxaparin on the safety, tolerability, pharmacodynamics and pharmacokinetics of 10 mg BAY 59-7939 and vice versa in healthy, male subjects (SN 10848): Bayer HealthCare AG; 2003.  Report No.  PH-32714.

3   Kubitza D, Mueck W, Becka M. Randomized, open-label, two-fold cross-over pilot study to investigate the effect of 5 and 30 mg BAY 59-7939 on the thrombin generation in 12 healthy male subjects (SN 11140): Bayer HealthCare AG; 2004. Report No. PH-33444.

4   Neoplastine CI Plus Insert

5   Quick AJ, Stanley-Brown M, Bancroft FW (1935). "A study of the coagulation defect in hemophilia and in jaundice". *Am J Med Sc* **190**: 501.

6   Owren PA, Aas K (1951). "The control of dicumarol therapy and the quantitative determination of prothrombin and proconvertin". *Scand. J. Clin. Lab. Invest.* **3** (3): 201–8. PMID 14900966 (http://www.ncbi.nlm.nih.gov/pubmed/14900966).

7    Horsti J. Prothrombin time: Evaluation of determination Methods. http://acta.uta.fi/english/teos.php?id=7247

8    COAMATIC® Heparin – 82 3393 63.  November 2002. www.chromogenix.com/Products/schede/popup.asp?codice=82 3393 63.

9   STA ROTACHROM® HEPARIN Colorimetric Assay of Heparins (UFH and LMWH). REF 00661.  February 2007.

10   Special Coagulation Tests Pefakit® PiCT® REF 505-01. http://www.pentapharm.com/sw1326.asp

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**                                    XARELTO_BHCP_03166010

11      Harder S, et al, Monitoring direct FXa-inhibitors and fondaparinux by Prothrombinase-induced Clotting Time (PiCT): Relation to FXa-activity and influence of as..., Thromb Res (2008), doi:10.1016/j.thromres.2008.05.010

12      Graff J, Picard-Willems N, Harder S. Monitoring effects of direct FXa-inhibitors with a new one-step prothrombinase induced clotting time (PiCT) assay: comparative in vitro investigation with heparin, enoxaparin, fondaparinux, and DX 9065a. Int J Clin Pharm Ther 2007;45:234.

13      Graff J, von Hentig N, Misselwitz F et al.  Effects of the oral direct factor Xa inhibitor on platelet induced thrombin generation and prothrombinase activity. J Clin Pharm 2007; 47:1398-1407.

14      Samama MM, Le Flem L, Guinet C et al.  Measuring rivaroxaban pharmacodynammics: prothrombinase-induced clotting time (PiCT®) and Heptest®.  20th International Congress on Thrombosis 2008: Poster P174.

15      Samama MM, Le Flem L, Guinet C et al. Effects of the novel oral direct factor Xa inhibitor rivaroxaban on coagulation assays.  American Society of Hematology 50th Annual Meeting and Exxpositions 2008: Abstract 3028.

16      PiCT_application_505-01_STA-C_1-Step MIX_V01_en

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

XARELTO_BHCP_03166011