**Exhibit A**
**(Alleged Failure to Submit Plaintiff Fact Sheet)**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Anderson, Harry | 2:16-cv-10770 | The Benton Law Firm PLLC |
| 2. | Barron, Ester V. | 2:16-cv-10774 | The Benton Law Firm PLLC |
| 3. | Beyonce, Lumis | 2:17-cv-02073 | Burns Charest LLP |
| 4. | Binggeli, Betty | 2:17-cv-00632 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 5. | Boatner, Heidi | 2:17-cv-02781 | Slater, Slater Schulman, LLP |
| 6. | Bolden, Dennis | 2:17-cv-04508 | Glancy Prongay & Murray LLP; Smith Segura & Raphael, LLP |
| 7. | Bright, Evelyn | 2:16-17369 | Reich & Binstock |
| 8. | Carr, Paul | 2:17-cv-02965 | Excolo Law, PLLC |
| 9. | Chidester, Wanda | 2:17-cv-05136 | Slater, Slater Schulman, LLP |
| 10. | Contreras, Edward | 2:17-cv-02507 | Andrews Thornton Higgins Razmara, LLP |
| 11. | Cooper, Deborah F. | 2:17-cv-01307 | Hodes Milman Liebeck, LLP |
| 12. | Covington, Daphne | 2:17-cv-05130 | Slater, Slater Schulman, LLP |
| 13. | Cox, Kelley | 2:17-cv-00469 | Grant & Eisenhofer P.A. |
| 14. | Cullen, Virginia | 2:17-cv-04486 | Kabateck Brown Kellner, LLP |
| 15. | Dark, Carrington | 2:16-cv-06972 | Slater, Slater Schulman, LLP |
| 16. | DeJesus, Jose | 2:17-cv-04527 | Slater, Slater Schulman, LLP |

| | | | |
|---|---|---|---|
| **17.** | Dowdy, Delpha | 2:16-cv-17366 | Reich & Binstock |
| **18.** | Emmons, Virginia | 2:17-cv-01507 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| **19.** | Frazier, Creighton | 2:17-cv-02240 | Goldblatt + Singer; The Buxner Law Firm |
| **20.** | Gallo, J Peter | 2:17-cv-03014 | Slater, Slater Schulman, LLP |
| **21.** | Gibson-Rios, Marissa | 2:17-cv-02804 | Peterson & Associates, P.C. |
| **22.** | Goodman, Sharon | 2:17-cv-04736 | Slater, Slater Schulman, LLP |
| **23.** | Grinstead, Ernestine | 2:17-cv-04203 | Marc J. Bern & Partners LLP - New York |
| **24.** | Hampton, Lionel | 2:16-cv-17357 | Reich & Binstock |
| **25.** | Hanke, Melodie | 2:16-cv-17927 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.; Kirtland & Packard LLP |
| **26.** | Harris, Jean D. | 2:17-cv-01153 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| **27.** | Head, Jacquelyn | 2:17-cv-01796 | Slater, Slater Schulman, LLP |
| **28.** | Headley, Helene | 2:16-cv-12686 | The Miller Firm, LLC |
| **29.** | Heiner, Larry | 2:17-cv-02374 | Goldblatt + Singer; The Buxner Law Firm |
| **30.** | Henry, Barbara | 2:17-cv-02667 | Andrews Thornton Higgins Razmara, LLP |
| **31.** | Houchin Robert E. | 2:15-cv-0455 | Pro Se |
| **32.** | Jackson, Earline | 2:17-cv-02969 | Fernelius Simon PLLC |
| **33.** | Jennette, Bobbi | 2:16-cv-17773 | Reich & Binstock |
| **34.** | Johnson, Ida Faye | 2:16-cv-10201 | The Benton Law Firm PLLC |

| | | | |
|---|---|---|---|
| 35. | Johnson, Ruby | 2:17-cv-01049 | Slater, Slater Schulman, LLP |
| 36. | Johnson, Valary | 2:15-cv-05372 | Pro Se |
| 37. | King, Brenda | 2:17-cv-01066 | Sanders Law Firm, LLC |
| 38. | Koonce, Sandra | 2:16-cv-17776 | Reich & Binstock |
| 39. | Lee, Ricky | 2:17-cv-05323 | Barrett Johnston Martin & Garrison, LLC |
| 40. | Lewis, Kathryn | 2:17-cv-05185 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 41. | Marks, William B., Jr. | 2:17-cv-01443 | Murray Law Firm |
| 42. | McCoy, Kobre | 2:17-cv-05133 | Slater, Slater Schulman, LLP |
| 43. | McDonald, Terry W. | 2:17-cv-01942 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 44. | McDowell, Silas L. | 2:17-cv-03987 | The Schlemmer Firm, LLC |
| 45. | McGee, Charisma | 2:17-cv-02444 | Grant & Eisenhofer P.A. |
| 46. | Murray, Sharon | 2:17-cv-02791 | Slater, Slater Schulman, LLP |
| 47. | Nidiffer, Pauline | 2:17-cv-02701 | Reich & Binstock |
| 48. | Olivarez, Josefita | 2:17-cv-00836 | Slater, Slater Schulman, LLP |
| 49. | Oliver, Alvin | 2:17-cv-00622 | Reich & Binstock |
| 50. | O'Mahoney, Denis | 2:16-cv-17927 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.; Kirtland & Packard LLP |
| 51. | Patterson, Denna | 2:17-cv-01795 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 52. | Pearson, Tammie | 2:17-cv-02702 | Reich & Binstock |

| | | | |
|---|---|---|---|
| **53.** | Pena, Francisca | 2:16-cv-17778 | Reich & Binstock |
| **54.** | Ross, Geri | 2:16-cv-06710 | Cochran Legal Group, LLP |
| **55.** | Ross, Jim | 2:16-cv-01725 | Slater, Slater Schulman, LLP |
| **56.** | Runyan, Bonnie J. | 2:17-cv-00970 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| **57.** | Russell, Steven E. | 2:17-cv-03491 | Herman, Herman & Katz, LLC |
| **58.** | Schrader, Ernest, Jr. | 2:17-cv-04539 | Burns Charest LLP |
| **59.** | Simmons, Anna | 2:16-cv-06495 | Slater, Slater Schulman, LLP |
| **60.** | Smith, John A. | 2:16-cv-10976 | Slater, Slater Schulman, LLP |
| **61.** | Smith, Reginald | 2:17-cv-03921 | The Gallagher Law Firm, PLLC |
| **62.** | St. Germain, Lula | 2:17-cv-01682 | Reich & Binstock |
| **63.** | Szydlek, Jennifer | 2:17-cv-04740 | Peterson & Associates, P.C. |
| **64.** | Taggart, Catherine | 2:16-cv-17310 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| **65.** | Taylor, Naomi | 2:16-cv-07081 | Slater, Slater Schulman, LLP |
| **66.** | Torres, Angel | 2:17-cv-02430 | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm |
| **67.** | Tribble, Aza Lee | 2:17-cv-00284 | Slater, Slater Schulman, LLP |
| **68.** | Walker, Sean | 2:17-cv-02703 | Reich & Binstock |
| **69.** | Webb, Howard | 2:16-cv-09452 | Slater, Slater Schulman, LLP |
| **70.** | Wheeler, Sadie Mae | 2:17-cv-00367 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

| | | | |
|---|---|---|---|
| **71.** | Wiggins, Edgar William | 2:17-cv-03072 | Pierce Skrabanek Bruera, PLLC |
| **72.** | Williams, Anna | 2:16-cv-03535 | Slater, Slater Schulman, LLP |
| **73.** | Willis, Galen | 2:17-cv-04522 | Slater, Slater Schulman, LLP |