UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Harriet Ibanez, at al. v. Janssen, et al.* Case No. 2:14-cv-02669 | * * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE
LIMITATION AND TO FILE EXHIBITS UNDER SEAL**

NOW COME Plaintiffs, who respectfully submit that Plaintiffs' Memorandum in Opposition to Defendants' Joint Motion for Partial Summary Judgment On the Ground That Federal Law Preempts Plaintiffs' Failure to Warn or Instruct Claim ("Opposition Memorandum") exceeds the page limit allowed by the Federal Rules of Civil Procedure. Movers hereby request leave of court to exceed the allowed page limit and that the attached Opposition Memorandum be filed into the record.

Movers further submit that Exhibits 2, 39, 40 and 44 attached to the Opposition Memorandum contain or refer to information that has been designated confidential. Accordingly, movers pray that Exhibits 2, 39, 40 and 44 attached to the Opposition Memorandum be filed UNDER SEAL.

WHEREFORE, movers pray that this motion be GRANTED and that they be allowed to exceed page limitation and that the attached  Plaintiffs' Memorandum in Opposition to Defendants' Joint Motion for Partial Summary Judgment On the Ground That Federal Law Preempts Plaintiffs' Failure to Warn or Instruct Claim be filed into the record; and that Exhibits 2,

39, 40 and 44 attached to the Plaintiffs' Memorandum in Opposition to Defendants' Joint Motion for Partial Summary Judgment On the Ground That Federal Law Preempts Plaintiffs' Failure to Warn or Instruct Claim be filed UNDER SEAL.

Dated: November 3, 2017

Respectfully submitted,

/s/ Leonard A. Davis
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 3, 2017, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**