**FILED**
02 OCT 2017 04:44 pm
Civil Administration
E. HAURIN

**IN THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA COURT OF COMMON PLEAS**
**TRIAL DIVISION – CIVIL**

| | |
|---|---|
| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to all actions.* | JANUARY 2015,<br><br>NO. 002349 |

## ORDER

AND NOW, this 31st day of October 2017, upon consideration of the *Defendants' Joint Motion for Partial Summary Judgment on the Ground that Federal Law Preempts Plaintiffs' Failure-to-Warn Claims* and any response thereto, it is hereby **ORDERED and DECREED** that said motion is **DENIED** and the relief granted in this Order is a global ruling that applies to all cases filed *In Re: Xarelto Products Liability Litigation-Mass Tort Program* in the First Judicial District of Pennsylvania.

BY THE COURT

ARNOLD L. NEW, J

Case ID: 150102349
Control No.: 17091098

In Re: Xarelto Litigati-ORDER

15010234900309

DOCKETED
COMPLEX LIT CENTER

OCT 31 2017

J. STEWART