UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| *Harriet Ibanez, at al. v. Janssen, et al.* Case No. 2:14-cv-02669 | * * * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT 2 TO
PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS'
JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE
GROUND THAT FEDERAL LAW PREEMPTS
PLAINTIFFS' FAILURE TO WARN OR INSTRUCT CLAIM**

# FILED UNDER SEAL