**File Provided Natively**

**File Name:**   afl-3001-sparse-pd.pdf

**PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

XARELTO_JANSSEN_00002044
Case ID: 150102349
Control No.: 17091055

Johnson & Johnson Pharmaceutical Research & Development, L.L.C.

Pharmacodynamic Analysis

Exploratory Analyses Of Pharmacodynamic Coagulation Measurements
in Subjects with Non-Valvular Atrial Fibrillation Treated With Rivaroxaban
For The Prevention of Stroke and Non-Central Nervous System Systemic
Embolism Based on Data from the Study 39039039AFL3001

JNJ-39039039 (BAY 59-7939, rivaroxaban)

**Issue/Report Date:** 15 DECEMBER 2010
**Department:** Biostatistics & Programming
**Document No.:** EDMS-PSDB-10709985:2.0

[**Compliance:** The study described in this report was performed according to the principles of Good Clinical Practice (GCP).]

**Confidentiality Statement**

The information in this document contains trade secrets and commercial information that are privileged or confidential and may not be disclosed unless such disclosure is required by applicable law or regulations. In any event, persons to whom the information is disclosed must be informed that the information is *privileged* or *confidential* and may not be further disclosed by them. These restrictions on disclosure will apply equally to *all* future information supplied to you that is indicated as *privileged or confidential*.

Case ID: 150102349
Control No.: 17091055

Rivaroxaban: Pharmacodynamic Coagulation Analysis

Page 1

Table 568: Number of subjects and observed event by quartiles of PT Measurement at Week 12 peak
Event=Bleeding event, Population: Subjects who received rivaroxaban - double blind phase

```
------------------------------------------------------------------------------------------------------
Subgroup            Value of subgroup            N/ALL   (%)
------------------------------------------------------------------------------------------------------

MAJOR               Q1-level [10.3; 19.7]         1/  21 ( 4.76%)
                    Q2-level [>19.7; 24.4]        5/  21 (23.81%)
                    Q3-level [>24.4; 28.6]        1/  22 ( 4.55%)
                    Q4-level [>28.6; 52.5]        1/  19 ( 5.26%)

NMCR                Q1-level [10.3; 19.7]         3/  21 (14.29%)
                    Q2-level [>19.7; 24.4]        7/  21 (33.33%)
                    Q3-level [>24.4; 28.6]        4/  22 (18.18%)
                    Q4-level [>28.6; 52.5]        3/  19 (15.79%)

EITHER              Q1-level [10.3; 19.7]         4/  21 (19.05%)
                    Q2-level [>19.7; 24.4]       12/  21 (57.14%)
                    Q3-level [>24.4; 28.6]        5/  22 (22.73%)
                    Q4-level [>28.6; 52.5]        4/  19 (21.05%)

NEITHER             Q1-level [10.3; 19.7]        17/  21 (80.95%)
                    Q2-level [>19.7; 24.4]        9/  21 (42.86%)
                    Q3-level [>24.4; 28.6]       17/  22 (77.27%)
                    Q4-level [>28.6; 52.5]       15/  19 (78.95%)
------------------------------------------------------------------------------------------------------
NOTE: NO IMPUTATION OR EXCLUSION OF IMPLAUSIBLE PHARMACODYNAMIC MEASUREMENTS DUE TO ERRONEOUS BLOOD SAMPLING TIME, BLOOD SAMPLE
      HANDLING OR COMEDICATIONS AFFECTING MEASUREMENTS.
```

685

Case ID: 150102349
Control No.: 17091055

Rivaroxaban: Pharmacodynamic Coagulation Analysis

Page 1

Table 571: Number of subjects and observed event by quartiles of PT Measurement at Week 12 postdose
Event=Bleeding event, Population: Subjects who received rivaroxaban - double blind phase

```
------------------------------------------------------------------------------------------------------------
Subgroup              Value of subgroup         N/ALL    (%)
------------------------------------------------------------------------------------------------------------

MAJOR                 Q1-level [8.2; 14.3]       32/ 873 ( 3.67%)
                      Q2-level [>14.3; 16.7]     36/ 851 ( 4.23%)
                      Q3-level [>16.7; 19.8]     46/ 856 ( 5.37%)
                      Q4-level [>19.8; 118.6]    59/ 852 ( 6.92%)

NMCR                  Q1-level [8.2; 14.3]       96/ 873 (11.00%)
                      Q2-level [>14.3; 16.7]    119/ 851 (13.98%)
                      Q3-level [>16.7; 19.8]    131/ 856 (15.30%)
                      Q4-level [>19.8; 118.6]   162/ 852 (19.01%)

EITHER                Q1-level [8.2; 14.3]      128/ 873 (14.66%)
                      Q2-level [>14.3; 16.7]    155/ 851 (18.21%)
                      Q3-level [>16.7; 19.8]    177/ 856 (20.68%)
                      Q4-level [>19.8; 118.6]   221/ 852 (25.94%)

NEITHER               Q1-level [8.2; 14.3]      745/ 873 (85.34%)
                      Q2-level [>14.3; 16.7]    696/ 851 (81.79%)
                      Q3-level [>16.7; 19.8]    679/ 856 (79.32%)
                      Q4-level [>19.8; 118.6]   631/ 852 (74.06%)
------------------------------------------------------------------------------------------------------------
NOTE: NO IMPUTATION OR EXCLUSION OF IMPLAUSIBLE PHARMACODYNAMIC MEASUREMENTS DUE TO ERRONEOUS BLOOD SAMPLING TIME, BLOOD SAMPLE
      HANDLING OR COMEDICATIONS AFFECTING MEASUREMENTS.
```

Case ID: 150102349
Control No.: 17091055

Rivaroxaban: Pharmacodynamic Coagulation Analysis

Page 1

Table 574: Number of subjects and observed event by quartiles of PT Measurement at Week 12 trough
Event=Bleeding event, Population: Subjects who received rivaroxaban - double blind phase

```
--------------------------------------------------------------------------------------------------------------
Subgroup              Value of subgroup            N/ALL    (%)
--------------------------------------------------------------------------------------------------------------

MAJOR                 Q1-level [10.0; 13.8]         17/ 409 ( 4.16%)
                      Q2-level [>13.8; 15.9]        30/ 418 ( 7.18%)
                      Q3-level [>15.9; 18.9]        29/ 397 ( 7.30%)
                      Q4-level [>18.9; 124.0]       36/ 398 ( 9.05%)

NMCR                  Q1-level [10.0; 13.8]         63/ 409 (15.40%)
                      Q2-level [>13.8; 15.9]        65/ 418 (15.55%)
                      Q3-level [>15.9; 18.9]        73/ 397 (18.39%)
                      Q4-level [>18.9; 124.0]       70/ 398 (17.59%)

EITHER                Q1-level [10.0; 13.8]         80/ 409 (19.56%)
                      Q2-level [>13.8; 15.9]        95/ 418 (22.73%)
                      Q3-level [>15.9; 18.9]       102/ 397 (25.69%)
                      Q4-level [>18.9; 124.0]      106/ 398 (26.63%)

NEITHER               Q1-level [10.0; 13.8]        329/ 409 (80.44%)
                      Q2-level [>13.8; 15.9]       323/ 418 (77.27%)
                      Q3-level [>15.9; 18.9]       295/ 397 (74.31%)
                      Q4-level [>18.9; 124.0]      292/ 398 (73.37%)
--------------------------------------------------------------------------------------------------------------
NOTE: NO IMPUTATION OR EXCLUSION OF IMPLAUSIBLE PHARMACODYNAMIC MEASUREMENTS DUE TO ERRONEOUS BLOOD SAMPLING TIME, BLOOD SAMPLE
      HANDLING OR COMEDICATIONS AFFECTING MEASUREMENTS.
```

691

Case ID: 150102349
Control No.: 17091055

Rivaroxaban: Pharmacodynamic Coagulation Analysis

Page 1

Table 577: Number of subjects and observed event by quartiles of PT Measurement at Week 24 peak
Event=Bleeding event, Population: Subjects who received rivaroxaban - double blind phase

```
------------------------------------------------------------------------------------------------------
Subgroup              Value of subgroup              N/ALL  (%)
------------------------------------------------------------------------------------------------------

MAJOR                 Q1-level [9.9; 18.6]            1/  18 ( 5.56%)
                      Q2-level [>18.6; 24.2]          0/  17 ( 0.00%)
                      Q3-level [>24.2; 29.8]          1/  18 ( 5.56%)
                      Q4-level [>29.8; 57.3]          2/  17 (11.76%)

NMCR                  Q1-level [9.9; 18.6]            1/  18 ( 5.56%)
                      Q2-level [>18.6; 24.2]          2/  17 (11.76%)
                      Q3-level [>24.2; 29.8]          7/  18 (38.89%)
                      Q4-level [>29.8; 57.3]          4/  17 (23.53%)

EITHER                Q1-level [9.9; 18.6]            2/  18 (11.11%)
                      Q2-level [>18.6; 24.2]          2/  17 (11.76%)
                      Q3-level [>24.2; 29.8]          8/  18 (44.44%)
                      Q4-level [>29.8; 57.3]          6/  17 (35.29%)

NEITHER               Q1-level [9.9; 18.6]           16/  18 (88.89%)
                      Q2-level [>18.6; 24.2]         15/  17 (88.24%)
                      Q3-level [>24.2; 29.8]         10/  18 (55.56%)
                      Q4-level [>29.8; 57.3]         11/  17 (64.71%)
------------------------------------------------------------------------------------------------------
```
NOTE: NO IMPUTATION OR EXCLUSION OF IMPLAUSIBLE PHARMACODYNAMIC MEASUREMENTS DUE TO ERRONEOUS BLOOD SAMPLING TIME, BLOOD SAMPLE
      HANDLING OR COMEDICATIONS AFFECTING MEASUREMENTS.

694

Case ID: 150102349
Control No.: 17091055

Rivaroxaban: Pharmacodynamic Coagulation Analysis

Page 1

Table 580: Number of subjects and observed event by quartiles of PT Measurement at Week 24 postdose
Event=Bleeding event, Population: Subjects who received rivaroxaban - double blind phase

```
--------------------------------------------------------------------------------------------------------
Subgroup            Value of subgroup           N/ALL     (%)
--------------------------------------------------------------------------------------------------------

MAJOR               Q1-level [9.5; 14.4]         28/ 842 ( 3.33%)
                    Q2-level [>14.4; 16.8]       34/ 837 ( 4.06%)
                    Q3-level [>16.8; 20.3]       40/ 837 ( 4.78%)
                    Q4-level [>20.3; 119.0]      66/ 814 ( 8.11%)

NMCR                Q1-level [9.5; 14.4]         92/ 842 (10.93%)
                    Q2-level [>14.4; 16.8]      116/ 837 (13.86%)
                    Q3-level [>16.8; 20.3]      130/ 837 (15.53%)
                    Q4-level [>20.3; 119.0]     141/ 814 (17.32%)

EITHER              Q1-level [9.5; 14.4]        120/ 842 (14.25%)
                    Q2-level [>14.4; 16.8]      150/ 837 (17.92%)
                    Q3-level [>16.8; 20.3]      170/ 837 (20.31%)
                    Q4-level [>20.3; 119.0]     207/ 814 (25.43%)

NEITHER             Q1-level [9.5; 14.4]        722/ 842 (85.75%)
                    Q2-level [>14.4; 16.8]      687/ 837 (82.08%)
                    Q3-level [>16.8; 20.3]      667/ 837 (79.69%)
                    Q4-level [>20.3; 119.0]     607/ 814 (74.57%)
--------------------------------------------------------------------------------------------------------
NOTE: NO IMPUTATION OR EXCLUSION OF IMPLAUSIBLE PHARMACODYNAMIC MEASUREMENTS DUE TO ERRONEOUS BLOOD SAMPLING TIME, BLOOD SAMPLE
      HANDLING OR COMEDICATIONS AFFECTING MEASUREMENTS.
```

697

Case ID: 150102349
Control No.: 17091055

Rivaroxaban: Pharmacodynamic Coagulation Analysis

Page 1

Table 583: Number of subjects and observed event by quartiles of PT Measurement at Week 24 trough
Event=Bleeding event, Population: Subjects who received rivaroxaban - double blind phase

```
-----------------------------------------------------------------------------------------------------
Subgroup              Value of subgroup             N/ALL     (%)
-----------------------------------------------------------------------------------------------------

MAJOR                 Q1-level [9.8; 14.0]           17/ 421 ( 4.04%)
                      Q2-level [>14.0; 16.0]         22/ 387 ( 5.68%)
                      Q3-level [>16.0; 18.7]         33/ 384 ( 8.59%)
                      Q4-level [>18.7; 90.7]         45/ 394 (11.42%)

NMCR                  Q1-level [9.8; 14.0]           79/ 421 (18.76%)
                      Q2-level [>14.0; 16.0]         75/ 387 (19.38%)
                      Q3-level [>16.0; 18.7]         56/ 384 (14.58%)
                      Q4-level [>18.7; 90.7]         80/ 394 (20.30%)

EITHER                Q1-level [9.8; 14.0]           96/ 421 (22.80%)
                      Q2-level [>14.0; 16.0]         97/ 387 (25.06%)
                      Q3-level [>16.0; 18.7]         89/ 384 (23.18%)
                      Q4-level [>18.7; 90.7]        125/ 394 (31.73%)

NEITHER               Q1-level [9.8; 14.0]          325/ 421 (77.20%)
                      Q2-level [>14.0; 16.0]        290/ 387 (74.94%)
                      Q3-level [>16.0; 18.7]        295/ 384 (76.82%)
                      Q4-level [>18.7; 90.7]        269/ 394 (68.27%)
-----------------------------------------------------------------------------------------------------
NOTE: NO IMPUTATION OR EXCLUSION OF IMPLAUSIBLE PHARMACODYNAMIC MEASUREMENTS DUE TO ERRONEOUS BLOOD SAMPLING TIME, BLOOD SAMPLE
      HANDLING OR COMEDICATIONS AFFECTING MEASUREMENTS.
```

700

711

Case ID: 150102349
Control No.: 17091055