Article type      : Original Article - Coagulation

**Dissociation between the pharmacokinetics and pharmacodynamics of once-daily rivaroxaban and twice-daily apixaban: a randomized crossover study**

**Running head**: Anticoagulant effects of rivaroxaban and apixaban

Reinhold Kreutz[1], Pontus B. Persson[2], Dagmar Kubitza[3], Kirstin Thelen[3], Stefan Heitmeier[3], Stephan Schwers[3], Michael Becka[3] and Melanie Hemmrich[4]

[1]Institut für Klinische Pharmakologie und Toxikologie, Charité – Universitätsmedizin Berlin, Berlin, Germany, [2]Institut für Vegetative Physiologie, Charité – Universitätsmedizin Berlin, Berlin, Germany, [3]Bayer AG, Wuppertal, Germany, [4]Bayer AG, Berlin, Germany

**Correspondence:** Prof. Dr. Reinhold Kreutz, Charité – Universitätsmedizin Berlin, Charité Campus Mitte (CCM), Institut für Klinische Pharmakologie und Toxikologie, Charitéplatz 1, 10117 Berlin, Germany. E-mail: reinhold.kreutz@charite.de

This article has been accepted for publication and undergone full peer review but has not been through the copyediting, typesetting, pagination and proofreading process, which may lead to differences between this version and the Version of Record. Please cite this article as doi: 10.1111/jth.13801
This article is protected by copyright. All rights reserved.

Case ID: 150102349
Control No.: 17091055

## Essentials

- In this crossover study the anticoagulant effects of rivaroxaban and apixaban were compared.

- Healthy volunteers received rivaroxaban 20 mg once daily or apixaban 5 mg twice daily.

- Rivaroxaban was associated with more prolonged inhibition of thrombin generation than apixaban.

- Rivaroxaban induced a prolongation of prothrombin time and activated partial thromboplastin time.

## Summary

*Background*

The anticoagulant actions of the oral direct factor Xa inhibitors, rivaroxaban and apixaban, have not previously been directly compared.

*Objectives*

To compare directly the steady-state pharmacokinetics and anticoagulant effects of rivaroxaban and apixaban at doses approved for stroke prevention in nonvalvular atrial fibrillation.

*Methods*

Twenty-four healthy Caucasian male volunteers were included in this open-label, two-period crossover, phase 1 study (EudraCT number: 2015-002612-32). Volunteers were randomized to receive rivaroxaban 20 mg once daily or apixaban 5 mg twice daily for 7 days followed by

This article is protected by copyright. All rights reserved.

Case ID: 150102349

Control No.: 17091055

a washout period of at least 7 days before receiving the other treatment. Plasma concentrations and anticoagulant effects were measured at steady state and after drug discontinuation.

*Results*

Overall exposure was similar for both drugs: the geometric mean area under the plasma concentration–time curve for the 0–24 h interval was 1830 µg·h·L$^{-1}$ for rivaroxaban and 1860 µg·h·L$^{-1}$ for apixaban. Rivaroxaban was associated with a greater inhibition of endogenous thrombin potential (geometric mean area under the curve relative to baseline during the 0–24 h interval 15.5 vs 17.5) and a more pronounced maximal prolongation relative to baseline of prothrombin time (PT; 1.66-fold vs 1.14-fold) and activated partial thromboplastin time (aPTT; 1.43-fold vs 1.16-fold) at steady state than apixaban.

*Conclusions*

Despite similar exposure to both drugs, rivaroxaban 20 mg once daily was associated with greater and more sustained inhibition of thrombin generation than apixaban 5 mg twice daily. Sensitive prothrombin time and activated partial thromboplastin time assays can be used to estimate the anticoagulant effects of rivaroxaban.

**Keywords:** rivaroxaban, apixaban, direct factor Xa inhibitors, thrombin generation, prothrombin time, activated partial thromboplastin time

## Introduction

Rivaroxaban and apixaban are direct oral anticoagulants (DOACs) that reversibly inhibit factor Xa (FXa). Unlike vitamin K antagonists (VKAs), such as warfarin, rivaroxaban and apixaban display predictable pharmacokinetic (PK) properties [1]. Thus, no routine

This article is protected by copyright. All rights reserved.

Case ID: 150102349
Control No.: 17091055

coagulation monitoring is required to guide dosing [1]. Rivaroxaban (once daily) and apixaban (twice daily) are licensed for prevention and treatment of various thromboembolic disorders, including: prevention of venous thromboembolism (VTE) in patients undergoing elective hip or knee replacement surgery; treatment of acute deep vein thrombosis (DVT) or pulmonary embolism (PE); prevention of recurrent DVT or PE; and prevention of stroke and systemic embolism in patients with nonvalvular atrial fibrillation (NVAF) [2, 3]. Rivaroxaban twice daily, in combination with either acetylsalicylic acid (ASA) or ASA plus clopidogrel or ticlopidine, is approved in Europe for the prevention of atherothrombotic events after diagnosis of acute coronary syndrome with elevated cardiac biomarkers [2]. Rivaroxaban is also administered twice daily during the first 21 days of treatment for acute DVT or PE.

The differences between once- and twice-daily dosing regimens are potentially clinically relevant [4]. For example, in patients with NVAF who were taking edoxaban for the prevention of stroke and systemic embolism, twice-daily dosing regimens were associated with higher rates of bleeding than once-daily dosing regimens [5, 6]. These findings are specific to edoxaban and do not necessarily apply to all drugs in the same class but do serve to highlight the potential impact of a different dosing regimen on clinical outcomes. In addition, once-daily dosing has been associated with greater adherence to therapy than twice-daily dosing in the long-term treatment of cardiovascular disease [7], which may improve clinical outcomes [8].

It has been suggested that twice-daily versus once-daily dosing of DOACs affords greater continuity of action and is more forgiving of missed doses [9, 10]. Studies in healthy volunteers cannot answer questions on clinical efficacy, but may provide insights into pharmacological action. A recent direct comparison of the PK and anti-FXa activity of rivaroxaban and apixaban at doses approved for the prevention of VTE (rivaroxaban, 10 mg

This article is protected by copyright. All rights reserved.

Case ID: 150102349
Control No.: 17091055

once daily; apixaban, 2.5 mg twice daily) reported that apixaban twice daily displayed smaller peak-to-trough fluctuations in plasma concentration and anti-FXa activity, as expected for a twice-daily versus once-daily regimen [10]. The authors of this study therefore suggested that twice-daily dosing is associated with less variability in exposure and greater continuity of drug action than once-daily dosing [10]. However, direct comparisons of the effects of rivaroxaban and apixaban on measures of anticoagulant activity, such as inhibition of thrombin generation, have yet to be carried out and are required before conclusions can be drawn on the differences in continuity of action between the two drugs. In addition, global screening assays, such as prothrombin time (PT) and activated partial thromboplastin time (aPTT) may be used to assess anticoagulant activity and have been shown to be sensitive to rivaroxaban [11-14].

To our knowledge, this is the first study to compare directly the steady-state PK and pharmacodynamic (PD) properties (anti-FXa activity, thrombin generation, PT and aPTT) of rivaroxaban and apixaban when administered orally at the doses approved for prevention of stroke and systemic embolism in patients with NVAF. For this indication, rivaroxaban is administered at a dose of 20 mg once daily [2] and apixaban at a dose of 5 mg twice daily [3] in patients without an indication for dose reduction. These doses of rivaroxaban and apixaban are also approved for the maintenance treatment of patients with acute DVT and PE, following an initial intensified treatment phase (rivaroxaban, 15 mg twice daily for the first 3 weeks; apixaban, 10 mg twice daily for the first 7 days) [2, 3].

The primary objective of this study was to compare the PK properties of rivaroxaban 20 mg once daily and apixaban 5 mg twice daily on day 7 at steady state (where the rate of intake is in a dynamic equilibrium with the rate of elimination [15-17]) and after drug discontinuation. Secondary objectives were to examine corresponding surrogate measures of the effectiveness of the drugs, namely anti-FXa activity, thrombin generation, PT and aPTT, and to explore

This article is protected by copyright. All rights reserved.

Case ID: 150102349
Control No.: 17091055

their relationship with the plasma concentration of both drugs. These data will help further inform physician decisions regarding DOACs and the appropriate dosing regimen.

## Methods

### Volunteers

Healthy Caucasian male volunteers aged 18–55 years with a body mass index of 18.0–29.9 $kg \cdot m^{-2}$ at screening were eligible for inclusion. Key exclusion criteria were known coagulation disorders or conditions that increase bleeding risk (e.g. peptic ulcer), susceptibility to common types of bleeding (e.g. nasal bleeding), evidence of thyroid disorders, creatinine clearance of less than 90 $mL \cdot min^{-1}$, use of medication that may impact on the study objectives, relevant diseases or therapies within 4 weeks of starting study drug and a history of heavy smoking or drug or alcohol abuse.

All volunteers provided written informed consent before taking part in any procedures related to the study. Study documentation was reviewed and approved by the Ethics Committee of the North Rhine Medical Council (Düsseldorf, Germany). The study (EudraCT number: 2015-002612-32) was conducted in accordance with the ethical principles of the Declaration of Helsinki (1964, last revised version) and in compliance with the International Conference on Harmonisation guidelines for Good Clinical Practice and German drug law.

### Study design

This study was a randomized, open-label, two-period, two-treatment crossover study (Figure 1). Screening was carried out within the 14-day period preceding the first administration of a study drug. Eligible volunteers were randomized by an independent group, which used a computer program to generate the allocation sequence to randomize

This article is protected by copyright. All rights reserved.

Case ID: 150102349
Control No.: 17091055

volunteers to receive either rivaroxaban 20 mg once daily (at 08:00 with standardized breakfast) or apixaban 5 mg twice daily (at 08:00 and 20:00 with standardized breakfast and standardized dinner, respectively) for 7 days. Volunteers took study medication (marketed immediate-release tablets) in the sitting or standing position with 240 mL still water under the supervision of the investigator. Blinding was not carried out because the PK and PD parameters being studied were not expected to be influenced by knowledge of treatment allocation.

During each treatment period, rivaroxaban and apixaban were administered on days 1–7. Volunteers were admitted to the study site (CRS Clinical Research Services Mönchengladbach GmbH, Mönchengladbach, Germany) 1 day before the first administration of each study drug, and discharged on day 10, with continuous observation and monitoring for adverse events (AEs) until discharge. The first 7-day treatment period was followed by a washout period of at least 7 days before volunteers received the other drug. All volunteers attended a follow-up visit within 7 days of the final administration of the second study drug.

### PK assessments

Blood samples for PK analysis were collected in lithium heparinate tubes. For rivaroxaban, samples were taken before tablet intake on days 1 and 7 of the treatment period, and at 0.5, 1, 1.5, 2, 3, 4, 6, 8, 12, 15, 18, 24, 30, 36, 42, 48, 60 and 72 h after the final dose on the morning of day 7 (steady state). For apixaban, blood samples were collected before the morning dose on days 1 and 7 of the treatment period. On day 7 (steady state), samples were also taken at 0.5, 1, 2, 3, 4, 5, 6, 8 and 12 h after the morning dose and at 0.5, 1, 2, 3, 4, 5, 6, 8, 12, 18, 24, 30, 36, 48 and 60 h after the evening dose. Blood samples were centrifuged at 2000 $g$ for 10 min at room temperature, and ≥ 0.5 mL plasma transferred to a polypropylene tube and stored at ≤ 15°C.

This article is protected by copyright. All rights reserved.

Case ID: 150102349
Control No.: 17091055

Plasma concentrations of unchanged rivaroxaban and apixaban were measured using validated LC–MS/MS methods. For rivaroxaban, Rivaroxaban-$^{15}$N-d$_5$ was used as the internal standard for the assay. The calibration range was from 0.500 µg·L$^{-1}$ (lower limit of quantification [LLOQ]) to 500 µg·L$^{-1}$ (upper limit of quantification [ULOQ]). Quality control samples (1.50–375 µg·L$^{-1}$) were determined with an accuracy of 98.9–100.0% and a precision of 5.5–6.7%. For apixaban, Apixaban-$^{13}$C-d$_3$ was used as the internal standard for the assay (calibration range: 1.00 µg·L$^{-1}$ [LLOQ] to 200 µg·L$^{-1}$ [ULOQ]). Quality control samples (3.00–150 µg·L$^{-1}$) were determined with an accuracy of 95.3–97.3% and a precision of 3.9–5.6%. All samples were stored at $-25 \pm 5$°C.

For each dosing interval (0–24 h for rivaroxaban, and 0–12 h and 12–24 h for apixaban), the maximum observed plasma concentration ($C_{max}$), minimum observed plasma concentration (greater than the LLOQ) ($C_{min}$), time to reach maximum plasma concentration ($t_{max}$) and observed plasma concentration at the end of the dosing interval ($C_{trough}$) were determined. Calculated parameters included: area under the plasma concentration–time curve for each dosing interval (AUC$\tau$) and from time 0 to 24 h (AUC$_{0-24}$); ratio of maximum to minimum observed plasma concentrations ($C_{max}/C_{min}$); peak-to-trough fluctuation over one dosing interval at steady state (PTF); total body clearance after oral administration (CL/F) and average steady-state plasma concentration after multiple dosing ($C_{av,md}$). Elimination half-life ($t_{½}$) and apparent volume of distribution at steady state after oral administration ($V_{ss}/F$) were determined after the final dose of each drug. PK parameters were calculated using the model-independent (compartment-free) method and WinNonlin software (version 6.2.1, Pharsight Corporation, Mountain View, CA, USA) in conjunction with Statistical Analysis System software, version 9.3.

This article is protected by copyright. All rights reserved.

Case ID: 150102349
Control No.: 17091055

*PD assessments*

Blood samples for the analysis of steady-state PD parameters of rivaroxaban were taken before dosing on days 1 and 7 of the treatment period, and then at 1, 2, 3, 4, 6, 12, 18, 24, 36, 48 and 60 h after dosing on day 7. For apixaban, samples were taken before dosing on days 1 and 7, and again on day 7 at 1, 2, 3, 4, 6, 8 and 12 h after the morning dose and 1, 2, 3, 4, 6, 12, 18, 24, 36, 48 and 60 h after the evening dose. For anti-FXa activity, PT and aPTT assays, blood was collected into tubes containing Na-citrate (3.2%; 1:10), centrifuged for 15 min at 2500 $g$ and 15°C, and plasma aliquoted into fresh tubes and flash-frozen at −70°C. For thrombin generation assays, plasma aliquots from the first centrifugation were centrifuged again under identical conditions and flash-frozen at –70°C.

Anti-FXa activity was determined by a validated method using the STA-Liquid Anti-Xa assay and STA-rivaroxaban and STA-apixaban calibrators and controls (Diagnostica Stago S.A.S., Asnières sur Seine, France) on an ACL TOP 550 CTS platform (Instrumentation Laboratory, Bedford, MA, USA). Plasma was added to a reagent mix containing exogenously added FXa and a chromogenic FXa-specific substrate. Signal generation was assessed photometrically, and was influenced by the concentration of FXa inhibitors in the plasma sample, which reduce enzymatic conversion of the chromogenic substrate. Using rivaroxaban and apixaban calibration curves, the anti-FXa activity of each drug in terms of micrograms of inhibitor per litre of plasma ($\mu g \cdot L^{-1}$) was determined.

PT and aPTT assays were performed using the Stago STA compact coagulation analyser (Stago Deutschland GmbH, Düsseldorf, Germany) and the reagents STA Neoplastine CI Plus 10 (PT assay) and STA C.K. Prest 5 (aPTT assay) (Stago Deutschland GmbH). The reportable range for both tests was 10–180 s. The thrombin generation assay (calibrated automated thrombogram [CAT]; all reagents from Diagnostica Stago S.A.S.) was conducted using a validated method [18] in which thrombin generation was triggered in double-

This article is protected by copyright. All rights reserved.

Case ID: 150102349
Control No.: 17091055

centrifuged, citrated plasma using tissue factor (final concentration, 5 pM) and phospholipids (4 μM). Thrombin activity resulted in conversion of a fluorogenic substrate that was measured continuously for 90 min using a MTP fluorometer (Diagnostica Stago S.A.S.), which relates fluorescence to a thrombin calibrator. Thrombin generation assay parameters (endogenous thrombin potential [ETP], peak, time to peak and lag time) were derived using Thrombinoscope software (Thrombinoscope BV, Maastricht, Netherlands).

For each PD parameter, maximum effect ($E_{max}$) and area under the curve ($AUC_{0-12}$, $AUC_{12-24}$ and $AUC_{0-24}$) were calculated so that comparisons could be made between morning and evening doses of apixaban and between the two drugs over the 24 h dosing interval. $AUC_{0-12}$ represents the time period 0–12 h after the last dose of rivaroxaban and the morning dose of apixaban, and $AUC_{12-24}$ represents the time period from 12–24 h after the last dose of rivaroxaban and 0–12 h after the evening dose of apixaban. Relative changes from baseline were investigated for all PD parameters, except anti-FXa activity, for which absolute values were evaluated.

### Safety assessments

The following safety assessments were performed in the morning (before dosing) on days 1, 4, 6 and 7 of each treatment period and at the follow-up visit: measurement of vital signs, haematological analysis, urinalysis and 12-lead ECG. Concomitant medication and AEs were monitored throughout the study, with AEs classified according to intensity (mild, moderate or severe) and importance (serious or non-serious).

This article is protected by copyright. All rights reserved.

Case ID: 150102349
Control No.: 17091055

*Statistical methods*

Based on findings in previous phase 1 studies [19], the sample size of 24 healthy volunteers was expected to provide appropriate precision. Selected PK and PD characteristics of rivaroxaban and apixaban were analysed in an explorative manner assuming log-normally distributed data. To compare the key PK and PD parameters of rivaroxaban and apixaban, an ANOVA that included sequence, subject (sequence), period and treatment effects was applied.

Based on these analyses, point estimates and exploratory 90% confidence intervals for the treatment or dosing interval ratios were calculated by re-transformation of the logarithmic results given by the ANOVA. Exploratory analyses were performed to compare PK variables for the morning and evening doses of apixaban using paired t-tests. Data are presented as geometric mean and standard deviation, unless stated otherwise. $P < 0.05$ was taken to denote statistical significance. Correlation plots were used to visualise the relationship between plasma concentration and anti-FXa activity for each drug.

# Results

*Demographics and disposition*

The first volunteer entered the study on 3 September 2015 and the last volunteer completed the study on 21 October 2015. In total, 24 healthy Caucasian male volunteers received study drugs (Table 1). All 24 volunteers completed the study (Figure 1).

*Pharmacokinetics*

Overall exposure (area under the plasma concentration–time curve) and $C_{av,md}$ on day 7, were similar for both drugs (Table 2). Rivaroxaban (once daily) displayed significantly higher $C_{max}$ and lower $C_{min}$ values than apixaban (twice daily); thus, $C_{max}/C_{min}$ was significantly higher

This article is protected by copyright. All rights reserved.

Case ID: 150102349
Control No.: 17091055

for rivaroxaban than for apixaban (Figure 2 and Table 2). The morning dose of apixaban was associated with a higher $C_{max}$ and $C_{max}/C_{min}$ ratio than the evening dose (Table 2). Individual $t_{max}$ was reached at an earlier time point following the morning dose than following the evening dose of apixaban; however, geometric mean values for the latter were similar (Table 2). The coefficient of variation of $AUC_{0-24}$ was similar for rivaroxaban and apixaban (19.5% and 21.6%, respectively). The coefficients of variation of $C_{max}$ and $C_{min}$ were also similar for rivaroxaban (18.2% and 44.3%, respectively) and the morning (19.1% and 34.0%, respectively) and evening (21.5% and 38.8%, respectively) doses of apixaban (Table 2).

### Pharmacodynamics

#### Anti-FXa activity

The time-course profiles of anti-FXa activity for rivaroxaban and apixaban mirrored their plasma concentration–time profiles. Rivaroxaban was associated with significantly greater $E_{max}$ and $AUC_{0-12}$, and significantly lower $AUC_{12-24}$ than apixaban; $AUC_{0-24}$ was significantly greater for rivaroxaban than apixaban (Table S1). There was a close relationship between the plasma concentration and anti-FXa activity of each drug (Figure S1).

#### Thrombin generation

The overall inhibitory effect of rivaroxaban on ETP for the 24 h dosing interval relative to baseline was significantly greater than that of apixaban ($AUC_{0-24}$, 15.5 h for rivaroxaban and 17.5 h for apixaban; Figure 3a and Table S1). During the time period 0–12 h after the last dose of rivaroxaban and the morning dose of apixaban, the inhibitory effects of rivaroxaban on ETP relative to baseline were significantly greater than those of apixaban ($AUC_{0-12}$, 6.36 h for rivaroxaban and 8.69 h for apixaban; Table S1). In the time period 12–24 h after the last dose of rivaroxaban and 0–12 h after the last (evening) dose of apixaban ($AUC_{12-24}$), the

This article is protected by copyright. All rights reserved.

Case ID: 150102349
Control No.: 17091055

effects of rivaroxaban and apixaban on inhibition of ETP were similar (Table S1). Rivaroxaban also displayed a significantly greater suppression of the peak of thrombin generation during the 0–24 h dosing interval ($AUC_{0-24}$, 6.59 h for rivaroxaban and 7.84 h for apixaban; Figure 3b and Table S1). Furthermore, the effects of rivaroxaban on prolongation of thrombin generation lag time and prolongation of the time to the peak of thrombin generation were significantly greater than those of apixaban for all measured parameters ($E_{max}$, $AUC_{0-12}$, $AUC_{12-24}$ and $AUC_{0-24}$; Figure 4, 5 and Table S1). At time points 36 h and 48 h after the last dose of rivaroxaban (equivalent to 24 h and 36 h after the last dose of apixaban), the inhibitory effects of rivaroxaban on the peak and time to peak of thrombin generation were significantly greater than those of apixaban (Table S2). Time course analysis of the inhibition of ETP over the period 24–60 h after intake of the last dose of each drug demonstrated a numerically greater inhibition of ETP with rivaroxaban than with apixaban (Figure 3); however, this difference did not reach statistical significance.

Some volunteers displayed smaller prolongations of thrombin generation lag time (Figure 4) in response to apixaban than might be expected on the basis of plasma drug concentrations. Individual plasma concentrations and thrombin generation lag time data from eight volunteers whose thrombin generation lag time responses to apixaban were among the lowest of all volunteers are shown together with the corresponding rivaroxaban data in Figure S2. The distribution of plasma concentrations of apixaban and rivaroxaban in these individuals was similar to the overall distribution of all volunteers. However, the effects of apixaban but not rivaroxaban on thrombin generation lag time and time to peak were smaller than might be expected on the basis of plasma concentrations (Figure S2 and S3).

This article is protected by copyright. All rights reserved.

Case ID: 150102349
Control No.: 17091055

*PT and aPTT*

Rivaroxaban was associated with a significantly greater maximal prolongation of the global coagulation parameters PT and aPTT compared with apixaban (Table S1). The time-course profiles of the effects of rivaroxaban on PT and aPTT (Figure 6) mirrored its plasma concentration–time profile (Figure 2). At steady state on day 7, rivaroxaban was associated with a 1.66-fold prolongation of PT and a 1.43-fold prolongation of aPTT at $E_{max}$ (Table S1). The corresponding effects of apixaban on PT and aPTT were less pronounced (Figure 6) and did not closely mirror the apixaban plasma concentration–time profile (Figure 2); at steady state on day 7, apixaban was associated with a 1.14-fold prolongation of PT and a 1.16-fold prolongation of aPTT at $E_{max}$ (Table S1).

### Safety

Rivaroxaban and apixaban were well tolerated. In total, six volunteers experienced treatment-emergent AEs; however, none of these was judged to be related to the study drugs and all were mild-to-moderate and resolved without treatment. No deaths or serious AEs were reported and no volunteers discontinued treatment. There were no findings of clinical relevance with respect to laboratory tests, vital signs, ECGs or physical examinations.

## Discussion

To our knowledge, this is the first study in which a direct comparison has been made between the effects of rivaroxaban 20 mg once daily and apixaban 5 mg twice daily on thrombin generation, global coagulation assays (PT and aPTT) and anti-FXa activity in healthy volunteers. In the context of this study we observed that, at steady state, once-daily dosing of

This article is protected by copyright. All rights reserved.

Case ID: 150102349
Control No.: 17091055

rivaroxaban 20 mg is associated with a significantly greater inhibition of thrombin generation than twice-daily dosing of apixaban 5 mg during the 24 h dosing interval.

The PK results from this study are generally consistent with previously published data for rivaroxaban and apixaban [10, 17, 20, 21]. The overall exposure to rivaroxaban and apixaban over the 24 h period ($AUC_{0-24}$) on day 7 was similar. $C_{max}$ was higher and $C_{min}$ lower for rivaroxaban than for apixaban, as expected for once-daily versus twice-daily dosing. The finding that the morning dose of apixaban was associated with higher $C_{max}$ and a higher $C_{max}/C_{min}$ ratio than the evening dose may be explained by circadian variations in gastrointestinal function, hepatic and intestinal enzyme activity and organ blood flow, which can influence drug absorption and elimination [22-24]. In agreement with previous studies, the anti-FXa activity of both drugs mirrored their plasma concentration–time profiles [10, 17, 20, 21].

Overall, the inhibitory effects of rivaroxaban on thrombin generation in this study were significantly greater than those of apixaban in the 0–24 h dosing interval, as determined by calculation of AUC for each parameter related to thrombin generation. Furthermore, compared with apixaban, rivaroxaban displayed significantly greater inhibitory effects on thrombin generation peak and time to peak of thrombin generation at 36 h and 48 h after the last dose (equivalent to 24 h and 36 h after the last [evening] dose of apixaban). These data underscore the recommendation that rivaroxaban should be discontinued at least 24 h before invasive procedures and surgical interventions [2]. In several volunteers, the effects of apixaban on thrombin generation lag time and time to peak of thrombin generation were found to be lower than expected based on plasma concentrations. However, these volunteers displayed responses to rivaroxaban that were within the expected range. Taken together, these data suggest that it is not necessarily appropriate to think of the twice-daily dosing regimen of apixaban as more forgiving of missed doses than the once-daily dosing regimen of

This article is protected by copyright. All rights reserved.

Case ID: 150102349
Control No.: 17091055

rivaroxaban, as has been proposed [9], and provide further valuable data regarding DOACs and the potential differences between dosing regimens.

A key advantage of DOACs over VKAs is that routine coagulation monitoring is not required to guide dosing. However, in some clinical situations (such as medical emergencies that require prompt decision-making) it may still be beneficial to assess the extent of drug exposure and how this relates to anticoagulant effect [25]. The present data demonstrate the close relationship between the plasma concentration–time profiles (determined by LC–MS/MS) and the anti-FXa activity of rivaroxaban and apixaban, and therefore support the use of chromogenic anti-FXa assays to estimate plasma concentrations. However, anti-FXa assays are not routinely available in the clinical setting and, at present, there is no consensus on their use for assessing DOAC activity [26]. The finding that rivaroxaban, but not apixaban, exhibited a clear prolongation of PT and aPTT is in agreement with other recently published data [13], although it is acknowledged that the extent of prolongation of coagulation assessed using these assays depends on the reagents used [27, 28]. Nevertheless, a recent clinical guideline recommends the use of PT tests to determine whether clinically relevant plasma concentrations of rivaroxaban may be present during an occurrence of bleeding; this strategy is not recommended for patients receiving apixaban [29].

The limitations of this study include those inherent to phase 1 PK/PD studies where surrogate markers of a drug's effectiveness (i.e. pharmacological properties) are assessed, and the observed dissociation between PK and PD parameters must be interpreted within the context of our study objectives, design and the parameters analysed. Thus, it is unclear whether the observed dissociation applies to PD parameters that were not investigated (e.g. D-dimer), or more importantly to clinical outcomes including thromboembolic or bleeding events. Therefore, caution is warranted when interpreting the clinical implications of the findings.

This article is protected by copyright. All rights reserved.

Case ID: 150102349
Control No.: 17091055

In conclusion, once-daily dosing of rivaroxaban 20 mg and twice-daily dosing of apixaban 5 mg result in similar overall plasma concentrations and exposures over a 24 h interval. Thus, these data support the once daily dosing regimen of rivaroxaban and confirm the need for twice daily dosing of apixaban. Despite the similar exposure, rivaroxaban treatment is associated with greater and more sustained inhibition of thrombin generation than apixaban. These data are therefore not in agreement with previously reported suggestions that twice-daily dosing of apixaban leads to more consistent anticoagulation than once-daily dosing of rivaroxaban [10], or that superior therapeutic coverage is achieved with twice-daily dosing regimens [9]. The present findings do however confirm previous reports suggesting that the anticoagulant activity of rivaroxaban may be more readily assessed than apixaban in the clinical setting, provided that sensitive PT or aPTT assays are used.

## Addendum

All authors contributed to the study concept, design and implementation. K. Thelen participated in generating, evaluating, and presenting PK data. D. Kubitza, S. Heitmeier, and S. Schwers were involved in generating, evaluating, and presenting pharmacodynamics data. M. Becka performed statistical analyses. R. Kreutz, P. B. Persson, and M. Hemmrich participated in data evaluation and presentation. All authors were involved in revising the manuscript for important intellectual content, and approved the final version of the manuscript.

## Acknowledgements

This work was carried out at Bayer AG and CRS Clinical Research Services Mönchengladbach GmbH.  Medical writing support was provided by Emma Bolton DPhil and Emma Moorhouse DPhil of Oxford PharmaGenesis, Oxford, UK, and funded by Bayer AG, Berlin, Germany. The authors would like to thank Michael Leidig (CRS Clinical

This article is protected by copyright. All rights reserved.

Case ID: 150102349
Control No.: 17091055

Research Services Mönchengladbach GmbH, Mönchengladbach, Germany) for his role in conducting the study and Angelika Roth and Anja Schäfer (Bayer AG, Berlin, Germany) for their expert technical assistance with performing PD analyses.

## Disclosure of Conflict of Interests

R. Kreutz has been a consultant for Bayer HealthCare, Berlin-Chemie Menarini, Daiichi Sankyo, Lundbeck, and Servier. P. B. Persson has provided consultancy for Bayer Diagnostics with regard to the renal safety of X-ray contrast media. D. Kubitza, K. Thelen, S. Heitmeier, S. Schwers, M. Becka, and M. Hemmrich are employees of Bayer AG, which provided funding for this study.

## References

1.      Mookadam M, Shamoun FE, Mookadam F. Novel anticoagulants in atrial fibrillation: a primer for the primary physician. *J Am Board Fam Med* 2015;**28**:510–22.
2.      European Medicines Agency 2013. Rivaroxaban summary of product characteristics. [Online] Available from http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Product_Information/human/000944/WC500057108.pdf [Accessed: 8 November 2016].
3.      European Medicines Agency 2015. Apixaban summary of product characteristics. [Online] Available from http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Product_Information/human/002148/WC500107728.pdf [Accessed: 8 November 2016].
4.      Kreutz R. A clinical and pharmacologic assessment of once-daily versus twice-daily dosing for rivaroxaban. *J Thromb Thrombolysis* 2014;**38**:137–49.
5.      Salazar DE, Mendell J, Kastrissios H, Green M, Carrothers TJ, Song S, Patel I, Bocanegra TS, Antman EM, Giugliano RP, Kunitada S, Dornseif B, Shi M, Tachibana M, Zhou S, Rohatagi S. Modelling and simulation of edoxaban exposure and response relationships in patients with atrial fibrillation. *Thromb Haemost* 2012;**107**:925–36.
6.      Weitz JI, Connolly SJ, Patel I, Salazar D, Rohatagi S, Mendell J, Kastrissios H, Jin J, Kunitada S. Randomised, parallel-group, multicentre, multinational phase 2 study comparing edoxaban, an oral factor Xa inhibitor, with warfarin for stroke prevention in patients with atrial fibrillation. *Thromb Haemost* 2010;**104**:633–41.
7.      Coleman CI, Roberts MS, Sobieraj DM, Lee S, Alam T, Kaur R. Effect of dosing frequency on chronic cardiovascular disease medication adherence. *Curr Med Res Opin* 2012;**28**:669–80.
8.      Renda G, De Caterina R. The new oral anticoagulants in atrial fibrillation: once daily or twice daily? *Vascul Pharmacol* 2013;**59**:53–62.

This article is protected by copyright. All rights reserved.

Case ID: 150102349
Control No.: 17091055

9.      Vrijens B, Heidbuchel H. Non-vitamin K antagonist oral anticoagulants: considerations on once- vs. twice-daily regimens and their potential impact on medication adherence. *Europace* 2015;**17**:514–23.

10.     Frost C, Song Y, Barrett YC, Wang J, Pursley J, Boyd RA, LaCreta F. A randomized direct comparison of the pharmacokinetics and pharmacodynamics of apixaban and rivaroxaban. *Clin Pharmacol* 2014;**6**:179–87.

11.     Baglin T, Hillarp A, Tripodi A, Elalamy I, Buller H, Ageno W. Measuring Oral Direct Inhibitors (ODIs) of thrombin and factor Xa: A recommendation from the Subcommittee on Control of Anticoagulation of the Scientific and Standardisation Committee of the International Society on Thrombosis and Haemostasis. *J Thromb Haemost* 2013.

12.     Gosselin RC, Adcock DM. The laboratory's 2015 perspective on direct oral anticoagulant testing. *J Thromb Haemost* 2016;**14**:886-93.

13.     Gosselin R, Grant RP, Adcock DM. Comparison of the effect of the anti-Xa direct oral anticoagulants apixaban, edoxaban, and rivaroxaban on coagulation assays. Int J Lab Hematol. DOI: 10.1111/ijlh.12528. *Int J Lab Hematol* 2016.

14.     Eby C. Novel anticoagulants and laboratory testing. *Int J Lab Hematol* 2013;**35**:262-8.

15.     Kubitza D, Becka M, Voith B, Zuehlsdorf M, Wensing G. Safety, pharmacodynamics, and pharmacokinetics of single doses of BAY 59-7939, an oral, direct factor Xa inhibitor. *Clin Pharmacol Ther* 2005;**78**:412-21.

16.     Kubitza D, Becka M, Roth A, Mueck W. Dose-escalation study of the pharmacokinetics and pharmacodynamics of rivaroxaban in healthy elderly subjects. *Curr Med Res Opin* 2008;**24**:2757-65.

17.     Frost C, Wang J, Nepal S, Schuster A, Barrett YC, Mosqueda-Garcia R, Reeves RA, LaCreta F. Apixaban, an oral, direct factor Xa inhibitor: single dose safety, pharmacokinetics, pharmacodynamics and food effect in healthy subjects. *Br J Clin Pharmacol* 2013;**75**:476–87.

18.     Hemker HC, Giesen P, Al Dieri R, Regnault V, de Smedt E, Wagenvoord R, Lecompte T, Beguin S. Calibrated automated thrombin generation measurement in clotting plasma. *Pathophysiol Haemost Thromb* 2003;**33**:4–15.

19.     Mueck W, Stampfuss J, Kubitza D, Becka M. Clinical pharmacokinetic and pharmacodynamic profile of rivaroxaban. *Clin Pharmacokinet* 2014;**53**:1–16.

20.     Mueck W, Becka M, Kubitza D, Voith B, Zuehlsdorf M. Population model of the pharmacokinetics and pharmacodynamics of rivaroxaban – an oral, direct factor Xa inhibitor – in healthy subjects. *Int J Clin Pharmacol Ther* 2007;**45**:335–44.

21.     Kubitza D, Becka M, Schwers S, Voith B. Investigation of pharmacodynamic and pharmacokinetic interactions between rivaroxaban and enoxaparin in healthy male subjects. *Clin Pharmacol Drug Dev* 2013;**2**:270–7.

22.     Baraldo M. The influence of circadian rhythms on the kinetics of drugs in humans. *Expert Opin Drug Metab Toxicol* 2008;**4**:175-92.

23.     Paschos GK, Baggs JE, Hogenesch JB, FitzGerald GA. The role of clock genes in pharmacology. *Annu Rev Pharmacol Toxicol* 2010;**50**:187-214.

24.     Ohdo S, Koyanagi S, Matsunaga N, Hamdan A. Molecular basis of chronopharmaceutics. *J Pharm Sci* 2011;**100**:3560-76.

25.     Heidbuchel H, Verhamme P, Alings M, Antz M, Hacke W, Oldgren J, Sinnaeve P, Camm AJ, Kirchhof P. European Heart Rhythm Association Practical Guide on the use of new oral anticoagulants in patients with non-valvular atrial fibrillation. *Europace* 2013;**15**:625–51.

26.     Ciurus T, Sobczak S, Cichocka-Radwan A, Lelonek M. New oral anticoagulants – a practical guide. *Kardiochir Torakochirurgia Pol* 2015;**12**:111–8.

This article is protected by copyright. All rights reserved.

27.     Samama MM, Martinoli JL, LeFlem L, Guinet C, Plu-Bureau G, Depasse F, Perzborn E. Assessment of laboratory assays to measure rivaroxaban--an oral, direct factor Xa inhibitor. *Thromb Haemost* 2010;**103**:815-25.

28.     Mueck W, Schwers S, Stampfuss J. Rivaroxaban and other novel oral anticoagulants: pharmacokinetics in healthy subjects, specific patient populations and relevance of coagulation monitoring. *Thromb J* 2013;**11**:10.

29.     Patel JP, Chitongo PB, Czuprynska J, Roberts LN, Patel RK, Arya R. Normal prothrombin times in the presence of therapeutic levels of apixaban – *in-vivo* experience from King's College Hospital. *Br J Haematol* 2015;**169**:152–3.

## Figure legends

**Figure 1**

Volunteer disposition.

b.d., twice daily; o.d., once daily; R, randomization.

**Figure 2**

Plasma concentration–time profile of rivaroxaban and apixaban on day 7 and after drug discontinuation on a linear scale. Data are presented as geometric mean and standard deviation. Blue denotes rivaroxaban, yellow denotes the morning dose of apixaban and red denotes the evening dose of apixaban.

b.d., twice daily; o.d., once daily.

**Figure 3**

Effects of rivaroxaban and apixaban, relative to baseline, on (A) endogenous thrombin potential and (B) thrombin generation peak. Data are presented as geometric mean and standard deviation. Blue denotes rivaroxaban, yellow denotes the morning dose of apixaban and red denotes the evening dose of apixaban. Panels on the left depict time after the last morning dose of each drug on day 7, panels on the right depict time after the final dose of each drug on day 7 (i.e. morning dose of rivaroxaban and evening dose of apixaban).

b.d., twice daily; o.d., once daily.

This article is protected by copyright. All rights reserved.

**Figure 4**

Effects of rivaroxaban and apixaban, relative to baseline, on thrombin generation lag time during the dosing intervals on day 7 and after drug discontinuation. Top panel: data are presented as geometric mean and standard deviation. Blue denotes rivaroxaban, yellow denotes the morning dose of apixaban and red denotes the evening dose of apixaban. Bottom panel: data are presented as responses in individual volunteers.

b.d., twice daily; o.d., once daily.

**Figure 5**

Effects of rivaroxaban and apixaban on area under the curve of thrombin generation lag time. Data are presented as box plots. Blue denotes rivaroxaban, yellow denotes apixaban. For each box, the upper horizontal line denotes the 75th percentile, the lower horizontal line denotes the 25th percentile, the horizontal bar within the box denotes the median and the lines above and below denote the maximum and minimum values, respectively. Dark blue and dark yellow squares within the boxes denote the geometric mean. Data points for individual volunteers are also shown.

$AUC_{0-12}$, area under the curve from time 0 to 12 h; $AUC_{12-24}$, area under the curve from time 12 to 24 h; $AUC_{0-24}$, area under the curve from time 0 to 24 h; b.d., twice daily; o.d., once daily.

**Figure 6**

Effects of rivaroxaban and apixaban, relative to baseline, on inhibition of (A) prothrombin time and (B) activated partial thromboplastin time. Data are presented as geometric mean and standard deviation. Blue denotes rivaroxaban, yellow denotes the morning dose of apixaban and red denotes the evening dose of apixaban. Panels on the left depict time after the last

This article is protected by copyright. All rights reserved.

Case ID: 150102349
Control No.: 17091055

morning dose of each drug on day 7, panels on the right depict time after the final dose of

each drug on day 7 (i.e. morning dose of rivaroxaban and evening dose of apixaban).

b.d., twice daily; o.d., once daily.

**Table 1** Demographics

| Parameter | Healthy Caucasian men ($n$ = 24) |
| --- | --- |
| Age, years | |
| Mean (SD) | 39.9 (10.8) |
| Range | 22.0–55.0 |
| Height, cm | |
| Mean (SD) | 181 (6.65) |
| Range | 169–191 |
| Weight, kg | |
| Mean (SD) | 81.1 (8.97) |
| Range | 60.0–95.1 |
| BMI, kg·m$^{-2}$ | |
| Mean (SD) | 24.7 (2.67) |
| Range | 20.8–29.5 |
| Smoking status, $n$ (%) | |
| Never | 10 (41.7) |
| Former | 5 (20.8) |
| Current | 9 (37.5) |

BMI, body mass index; SD, standard deviation

This article is protected by copyright. All rights reserved.

Case ID: 150102349

Control No.: 17091055

Case ID: 150102349
Control No.: 17091055

**Table 2** Pharmacokinetic parameters for rivaroxaban 20 mg o.d. and apixaban 5 mg b.d. on day 7

| Parameter | Rivaroxaban 20 mg o.d. | Apixaban 5 mg b.d. | | P values | |
| --- | --- | --- | --- | --- | --- |
| | | Morning | Evening | Rivaroxaban vs apixaban[a] | Morning vs evening dose of apixaban[b] |
| $AUC_{0-24}$, µg·h·L$^{-1}$ | 1830 (19.5) | 1860 (21.6) | | 0.6334 | 0.1483 |
| $AUC_{\tau}$, µg·h·L$^{-1}$ | 1830 (19.5) | 944 (22.6) | 914 (22.3) | – | – |
| $C_{max}$, µg·L$^{-1}$ | 227 (18.2) | 139 (19.1) | 118 (21.5) | < 0.0001 | < 0.0001 |
| $C_{min}$, µg·L$^{-1}$ | 14.4 (44.3) | 35.2 (34.0) | 35.0 (38.8) | < 0.0001 | 0.9208 |
| $C_{trough}$, µg·L$^{-1}$ | 17.8 (44.3) | 40.5 (30.7) | 53.7 (32.1) | – | < 0.0001 |
| $C_{max}/C_{min}$ | 15.8 (41.1) | 3.95 (21.7) | 3.38 (31.0) | < 0.0001 | 0.0078 |
| $C_{av,md}$, µg·L$^{-1}$ | 76.3 (19.5) | 78.7 (22.6) | 76.1 (22.3) | – | – |
| PTF, % | 278 (11.9) | 131 (17.1) | 106 (28.3) | – | – |
| $t_{1/2}$, h | 9.77 (37.6) | – | 11.3 (45.1) | – | – |
| $t_{max}$, h[c] | 2.50 (1.00–4.00) | 3.00 (1.00–4.00) | 3.00 (1.00–6.00) | – | 0.0183 |
| CL/F, L·h$^{-1}$ | 10.9 (19.5) | 5.29 (22.6) | 5.47 (22.3) | – | – |
| $V_{ss}/F$, L | 118 (20.8) | – | 68.8 (24.0) | – | – |

Data presented are geometric mean (% coefficient of variation) unless stated otherwise.

[a]Comparison of rivaroxaban with the evening dose of apixaban.

This article is protected by copyright. All rights reserved.

Case ID: 150102349
Control No.: 17091055

[b]Comparisons of morning and evening doses of apixaban made using a paired t-test.

[c]Median (range).

$AUC_{0-24}$, AUC from time 0 to 24 h; $AUC\tau$, AUC for the actual dosing interval; b.d., twice daily; $C_{av,md}$, average steady-state plasma concentration after multiple dosing; CL/F, total body clearance after oral administration; $C_{max}$, maximum observed plasma concentration; $C_{min}$, minimum observed plasma concentration (greater than the lower limit of quantification); $C_{trough}$, plasma concentration at the end of the dosing interval; o.d., once daily; PTF, peak-to-trough fluctuation over one dosing interval at steady state; $t_{\frac{1}{2}}$, elimination half-life; $t_{max}$, time to reach maximum plasma concentration; $V_{ss}/F$, apparent volume of distribution at steady state after oral administration.

This article is protected by copyright. All rights reserved.



This article is protected by copyright. All rights reserved.

Case ID: 150102349

Control No.: 17091055



This article is protected by copyright. All rights reserved.

Case ID: 150102349
Control No.: 17091055



This article is protected by copyright. All rights reserved.

Case ID: 150102349

Control No.: 17091055



This article is protected by copyright. All rights reserved.

Case ID: 150102349

Control No.: 17091055



This article is protected by copyright. All rights reserved.

Case ID: 150102349

Control No.: 17091055