PHARMACODYNAMICS

# Effects of the Oral, Direct Factor Xa Inhibitor Rivaroxaban on Platelet-Induced Thrombin Generation and Prothrombinase Activity

*Jochen Graff, MD, Nils von Hentig, MD, Frank Misselwitz, MD, Dagmar Kubitza, MD, Michael Becka, PhD, Hans-Klaus Breddin, MD, and Sebastian Harder*

*Rivaroxaban (BAY 59-7939) is an oral, direct factor Xa inhibitor in advanced development. This study was undertaken to investigate its effects on thrombin generation. In this placebo-controlled, randomized, crossover study, 12 healthy subjects received rivaroxaban (single 5- or 30-mg dose) or placebo. Thrombin generation was investigated by measuring the endogenous thrombin potential and prothrombinase-induced clotting time. Maximal effect of rivaroxaban was observed 2 hours after drug administration: prothrombinase-induced clotting time was prolonged 1.8 and 2.3 times baseline after rivaroxaban 5 and 30 mg, respectively. Collagen-induced endogenous thrombin potential was reduced by ~80% and ~90% compared with baseline after rivaroxaban 5 and 30 mg, respectively, and tissue factor-induced endogenous thrombin potential was reduced by ~40% (5 mg) and ~65% (30 mg), respectively. Thrombin generation remained inhibited for 24 hours. There was a close correlation between plasma concentration of rivaroxaban and prolongation of prothrombinase-induced clotting time and reduction in endogenous thrombin potential. Rivaroxaban strongly inhibits platelet-induced thrombin generation, after activation of either platelets or the coagulation pathway, even in the presence of minimal factor Xa inhibition in plasma.*

*Keywords:    Direct factor Xa inhibitor; oral anticoagulant; thrombin generation; platelets; PiCT*
*Journal of Clinical Pharmacology, 2007;47:1398-1407*
*© 2007 the American College of Clinical Pharmacology*

**T**he activation of factor X to factor Xa (FXa) plays a central role in blood coagulation—it converts prothrombin (factor II) to thrombin (factor IIa), which leads to the conversion of fibrinogen to fibrin and the formation of a clot. In vivo, this process is initiated by tissue factor (TF), which, in conjunction with factor VIIa (FVIIa), activates FXa directly or via propagation of the tenase complex (factor VIIIa + IXa) on an activated platelet membrane.[1] The prothrombinase complex is then formed on the platelet surface by FXa and platelet-derived factor Va (Figure 1). Incorporation of FXa into the prothrombinase complex increases the rate of thrombin generation by several orders of magnitude—the prothrombinase complex is 300 000-fold more efficient at catalyzing the conversion of prothrombin (factor II) to thrombin (factor IIa) than free FXa,[1-3] emphasizing the importance of platelet function for thrombin generation. In vitro studies demonstrated[4] that although heparins inhibit free FXa, FXa incorporated into the prothrombinase complex is protected from inhibition by antithrombin and by antithrombin-dependent

From pharmazentrum frankfurt/ZAFES, Institute of Clinical Pharmacology, University Hospital, Frankfurt am Main, Germany (Dr Graff, Dr von Hentig, Dr Harder); Bayer HealthCare, Wuppertal, Germany (Dr Misselwitz, Dr Kubitza, Dr Becka); and International Institute for Thrombosis and Vascular Diseases, Frankfurt am Main, Germany (Dr Breddin [deceased]). Submitted for publication December 28, 2006; revised version accepted April 1, 2007. Address for correspondence: Jochen Graff, MD, pharmazentrum frankfurt/ZAFES, Institute of Clinical Pharmacology, University Hospital, Frankfurt/Main, Theodor Stern Kai 7, D-60590 Frankfurt am Main, Germany; e-mail: graff@em.uni-frankfurt.de.
DOI: 10.1177/0091270007302952

Case ID: 150102349
Control No.: 17091055



*Figure 1.   Thrombin generation cascade at the interface between endothelium, plasmatic coagulation, and platelet membrane (see text).*

heparins (independent of their molecular size). Selective inhibition of FXa should terminate this burst of thrombin generation and result in potent antithrombotic activity,[5,6] and small-molecule direct FXa inhibitors are capable of inhibiting prothrombinase activity.[7,8]

In vivo, thrombin is rapidly formed on platelets adhering to damaged vessel walls or to other platelets, and fibrinogen is converted to fibrin primarily on platelets and in the surrounding areas. The prothrombinase complex, formed by FXa and platelet-derived FVa, depends on the translocation of phospholipids on the platelet surface, a mechanism that can be induced by direct platelet agonists such as adenosine diphosphate (ADP) and collagen.[9] Thrombin, a strong platelet activator, reinforces its own generation via platelet activation by thrombin receptors, the PAR-1 and PAR-4,[10] with high and low affinity, resulting in a sustained response in platelets.[11,12] Therefore, platelets or platelet-derived microparticles[1] are a major source of thrombin. It has already been shown in vitro that direct inhibition of FXa integrated in the prothrombinase complex inhibits the platelet-mediated coagulation cycle, whereas indirect FXa inhibitors such as fondaparinux do not.[4]

Rivaroxaban (BAY 59-7939) is an oral, direct FXa inhibitor in advanced development for the prevention and treatment of thromboembolic disorders. It is a selective, highly potent, and competitive FXa inhibitor (Ki $0.4 \pm 0.02$ nM), which does not affect other trypsin-like serine proteases (selectivity for FXa >10 000-fold).[8] As a small-molecule direct FXa inhibitor, rivaroxaban is capable of inhibiting FXa within the prothrombinase complex,[8] and it has also been demonstrated in vitro to inhibit fibrin-bound FXa, with a higher efficacy than that observed for the indirect inhibitor fondaparinux at similar concentrations.[13] The ideal laboratory control of the clinical effects of the new class of FXa inhibitors is currently not established. Prothrombinase-induced clotting time (PiCT) in plasma has recently been proposed as a laboratory assay suitable for monitoring direct FXa inhibitors.[14-16] Also, thrombin generation in platelet-rich plasma assessed by the method of Hemker et al[17] has been shown to be a sensitive tool to describe pharmacodynamic effects of various anticoagulants or antiplatelet drugs.[18,19]

This study investigated the effects of a direct FXa inhibitor, rivaroxaban, on platelet-induced thrombin generation (endogenous thrombin potential [ETP]) in vivo. Furthermore, platelet-dependent thrombin generation was compared with a plasma-based assay assessing the activity of an artificial prothrombinase complex (PiCT).

## METHODS

### Study Design

This was a randomized, open-label, 2-way crossover, placebo-controlled study. After approval by the Institutional Review Board of the Frankfurt University Hospital and giving informed consent, 12 healthy male subjects (aged 27-37 years, weighing 66-90 kg) were allocated to one of the following groups:

- Group 1 (n = 8): a single dose of rivaroxaban 5 mg on day 1 and 30 mg on day 14, or vice versa
- Group 2 (n = 4): matching placebo 30 mg on day 1 and 5 mg on day 14, or vice versa

The study drugs were administered in the morning after a fasting period of 10 hours. Previous phase I studies[20,21] have shown that rivaroxaban 5 and 30 mg allow the investigation of a broad range of inhibition of FXa activity, which should provide adequate information on the degree of inhibition of thrombin generation with rivaroxaban. Based on these results, 5 and 30 mg were chosen as doses in this study.

After a predose blood sample, citrated blood was drawn (via a 1.2-gauge venous cannula) 2, 4, 6, 8, 10, 12, 24, 30, and 36 hours after study drug administration. Blood samples for pharmacokinetic analysis were centrifuged and stored at −22°C until analyzed. From a sample of the citrated blood, platelet-rich plasma (PRP) was prepared by centrifugation at 400 *g* for 5 minutes. Platelet-poor plasma (PPP) was prepared

Case ID: 150102349
Control No.: 17091055

from the remaining citrated blood by centrifugation at 2500 *g* for 15 minutes.

**Pharmacodynamics**

All laboratory personnel evaluating the pharmacodynamic parameters were blinded to treatment allocation. The following pharmacodynamic parameters were evaluated.

*Factor Xa Activity*

FXa activity was determined in PPP using FXa (preactivated by Russell's viper venom) and a chromogenic substrate (ZD-Arg-Gly-Arg-pNA; S-2765; Chromogenix, Milan, Italy), which is hydrolyzed by FXa releasing the chromogenic group pNA (p-nitroanilin). The quantity of pNA released, which is proportional to the FXa activity, was determined by photometer at 405 nm. Results are given as percentage of the predose value. All standards and controls were prepared from the 3rd International Standard Coagulation Factors II and X Concentrate, Human, 98/590 (National Institute for Biological Standards and Control, Potters Bar, United Kingdom).

*Global Clotting Tests*

Commercially available tests were used to measure prothrombin time (PT; Neoplastin Plus, Roche Diagnostics, Basel, Switzerland) and activated partial thromboplastin time (aPTT; Roche Diagnostics) according to the manufacturer's instructions and were assessed in PPP using a ball coagulometer (KC 10; Amelung, Lemgo, Germany). Values are given as the ratio to the predose value.

*Prothrombinase-Induced Clotting Time*

Prothrombinase-induced clotting time is a plasma clotting assay based on the activation of coagulation using a combination of a defined amount of FXa, phospholipids (mimicking the platelet membrane or other negatively charged surfaces), and an enzyme that specifically activates factor V (FV; FV activator from Russell's viper venom). Thus, this assay is dependent on the activity of FXa in the plasma sample; therefore, in the presence of FXa inhibitors, clotting of a sample will be delayed. The only other variable in this assay is the availability of FV in the sample, which is not affected by anticoagulants to a significant extent. A recently referenced method (1-step PiCT) is able to detect the effects of direct FXa inhibitors[16]: together with 50 μL PPP sample and 50 μL activator reagent (contains FXa, phospholipids, and RVV-V), 50 μL $CaCl_2$ (25 mM) is added and mixed for 3 seconds, and time to clotting is measured on an ACL 6000 automated coagulation timer (acquisition time 300 seconds). All reagents used in this test were provided by Pentapharm Ltd (Basel, Switzerland; Pefakit PiCT). The results are given in seconds (predose normal range on the ACL system: 8-10 seconds) and are reported here as ratio of the individuals' predose value and the value measured after study drug administration.

*Endogenous Thrombin Potential in Platelet-Rich Plasma*

For assessment of ETP,[17] PRP (80 μL) and buffer (20 μL) containing a thrombin generation trigger (1.4 nM TF or collagen, final concentration 5 μg/mL) were added to each well of a 96-well microtiter plate. The reaction was initiated by adding a fluorogenic substrate solution (20 μL Z-GGR-AMC; Bachem, Switzerland) also containing 0.1 M $CaCl_2$. The Fluoroskan Ascent Type 374 (Labsystems, Finland) microtiter plate fluorometer with an excitation wavelength of 390 nm and an emission wavelength of 460 nm was used to measure fluorescence with a measurement integration time of 20 ms per well. Fluorescence was measured in each well at 20-second intervals (total 200 measurements). The course of the fluorescence signal from each well was collated in an Excel spreadsheet. Correction for the residual α2-macroglobulin-thrombin activity was carried out using an algorithm published previously.[22] The first derivative of the fluorescence-time curve reflects the course of thrombin activity in the sample (in arbitrary fluorescence units). Parameters of interest were the integral of this curve (ETP-AUC), the maximum thrombin generation rate (ie, the peak of the first derivative [ETP-peak]), and the time to peak (ETP-time). Inhibition of ETP will lead to reduced ETP-peak and ETP-AUC and possibly a prolongation of the time to peak. An example is shown in Figure 2.

The choice of the two different activators was based on the following rationale: collagen induces thrombin formation on platelets by direct platelet activation (eg, via glycoprotein VI [GPVI]), and the activated platelet reinforces FXa activation by the tenase complex. Tissue factor induces thrombin generation after platelet activation via primary utilization of the coagulation pathway: the FVIIa-TF interaction results in the direct activation of small amounts of FX to FXa, which in turn converts a small amount of prothrombin to thrombin. This small amount of thrombin is sufficient to activate

Case ID: 150102349
Control No.: 17091055



*Figure 2.* An endogenous thrombin potential (ETP) time-activity graph. RFU, relative fluorescence units. (A) Before and (B) 2 hours after 30 mg rivaroxaban.

platelets (eg, via PAR-1).[23] We confined here the results on the ETP-peak (all other parameters were influenced by rivaroxaban in the same direction and similar magnitude as seen for ETP-peak), given as the ratio of the individuals' predose value and the value measured after study drug administration.

**Pharmacokinetics**

Plasma concentrations of rivaroxaban were analyzed at the bioanalytic laboratories at Bayer HealthCare AG after solid/liquid extraction, using a fully validated high-performance liquid chromatography/tandem mass spectrometry method. Monitored ions were 436 → 145 (rivaroxaban) and 464 → 145 (internal standard; 5-chloro-N-({3[3,5-dimethyl-4-(3-oxomorpholin-4yl)phenyl]-2-oxo-1,3-oxozolidin-5-yl}methyl) thiopene-2-carboxamide; Bayer Healthcare AG, Wuppertal, Germany).[24] The lower limit of quantification (LLOQ) for plasma samples was 0.5 µg/L. Samples greater than this concentration were determined with a precision of less than 6.8% and an accuracy of 88.7% to 95%.[20]

**Statistical Methods**

The statistical evaluation was performed using the SAS software package. Arithmetic mean and standard deviation are presented as summary statistics. Because individual concentration-effect curves indicate a direct relationship between rivaroxaban plasma concentrations and its pharmacodynamic effects with no hysteresis or proteresis, the data of the active treatments were pooled for further exploratory analyses. To sketch the effects, an $E_{max}$ model was applied for FXa activity and PiCT using nonlinear regression, as well as an exponential model for ETP using log-linear regression.

To assess differences between dose levels (30 mg, 5 mg, and placebo), individual profiles of FXa activity, PiCT, and ETP over time of each dynamic parameter were characterized by the area under the curve ($AUC_{0-24\,h}$), calculated using the trapezoidal rule. The logarithm of this characteristic was analyzed using analysis of variance (ANOVA), including a treatment effect where both placebo groups were pooled together. Based on these analyses, point estimates (least squares means) and multiple comparisons (2-sided *t* test) were performed. A confirmatory statistical analysis was not intended.

**RESULTS**

**Pharmacodynamics**

*Inhibition of Factor Xa Activity*

Rivaroxaban inhibited FXa activity. Maximum inhibition was 28% after 5 mg and 56% after 30 mg rivaroxaban and was observed at the sampling point 2 hours after study drug administration. Inhibition of FXa activity returned to baseline 24 hours after administration of rivaroxaban 5 mg but was still evident (~10%) 24 hours after administration of rivaroxaban 30 mg (Figure 3A). Placebo had no effect on FXa activity. Dose-effect analysis revealed a significant difference between 30 mg and 5 mg ($P = .034$) but no difference between 5 mg and placebo ($P = .2707$, Table I).

*Global Clotting Tests*

Maximum prolongation of PT occurred 2 hours after administration of rivaroxaban; it was 1.3 times the baseline after the 5-mg dose and 1.8 times the baseline

Case ID: 150102349
Control No.: 17091055



*Figure 3.* Effect of rivaroxaban 5 and 30 mg and placebo on (A) inhibition of factor Xa activity, (B) prothrombin time, and (C) prothrombinase-induced clotting time (PiCT). Data are mean relative change from baseline ± SD.

after the 30-mg dose. Prothrombin time returned to baseline 10 to 12 hours after the 5-mg dose and remained at 1.1 times the baseline 24 hours after the 30-mg dose (Table II and Figure 3B). The influence of rivaroxaban on aPTT was similar (Table II). Placebo did not affect global clotting tests.

### Prothrombinase-Induced Clotting Time

Maximum prolongation of PiCT occurred 2 hours after administration of rivaroxaban, 1.8 times baseline after 5 mg, and 2.3 times baseline after 30 mg rivaroxaban. Twenty-four hours after drug administration, PiCT remained prolonged by 1.2-fold after 5 mg rivaroxaban and 1.5-fold after administration of 30 mg (Table II and Figure 3C). Placebo had no effect on PiCT. Prothrombinase-induced clotting time was able to discriminate between both dose levels ($P = .0075$) and between both dose and placebo ($P < .001$, Table I).

### Endogenous Thrombin Potential

Thrombin generation in PRP, triggered by collagen or TF, was markedly reduced by rivaroxaban, leading to a decrease in ETP-peak (Table II and Figure 4A, B). Only ETP-peak results are reported, as other ETP parameters (ETP-AUC, ETP-TTP) behaved accordingly in response to rivaroxaban.

Rivaroxaban 5 mg decreased collagen-induced ETP-peak by ~80% compared with baseline 2 hours

Case ID: 150102349
Control No.: 17091055

Table I  Summary of Statistics as Point Estimates (Least Squares Means) and Multiple Comparisons (2-Sided *t* Test)

| Parameter | Treatment | LS Mean | 2-Sided *t* Test *P* Values 5 mg | Placebo |
|---|---|---|---|---|
| Factor Xa | 30 mg | 3.320 | .0034 | .0002 |
|  | 5 mg | 3.485 |  | .2707 |
|  | Placebo | 3.542 |  |  |
| PiCT | 30 mg | 6.145 | .0075 | <.0001 |
|  | 5 mg | 5.945 |  | .0004 |
|  | Placebo | 5.658 |  |  |
| ETP-AUC (collagen) | 30 mg | 9.115 | .0132 | .0006 |
|  | 5 mg | 9.472 |  | .1961 |
|  | Placebo | 9.647 |  |  |
| ETP-peak (collagen) | 30 mg | 6.262 | .0249 | .0001 |
|  | 5 mg | 6.741 |  | .0348 |
|  | Placebo | 7.188 |  |  |
| ETP-AUC (tissue factor) | 30 mg | 9.641 | .0122 | .0020 |
|  | 5 mg | 9.820 |  | .4443 |
|  | Placebo | 9.870 |  |  |
| ETP-peak (tissue factor) | 30 mg | 6.717 | .0274 | .0003 |
|  | 5 mg | 6.976 |  | .0714 |
|  | Placebo | 7.184 |  |  |

LS, least squares; PiCT, prothrombinase-induced clotting time; ETP, endogenous thrombin potential.

Table II  Pharmacodynamic Parameters 2 and 24 Hours After Rivaroxaban 5 mg and 30 mg

| Pharmacodynamic Parameter | Treatment | Time After Dose, h 2 | 24 |
|---|---|---|---|
| aPTT | 30 mg | 1.49 ± 0.14 | 1.07 ± 0.04 |
|  | 5 mg | 1.22 ± 0.04 | 1.07 ± 0.14 |
|  | Placebo | 1.00 ± 0.03 | 1.00 ± 0.06 |
| PT | 30 mg | 1.87 ± 0.23 | 1.07 ± 0.08 |
|  | 5 mg | 1.27 ± 0.05 | 1.03 ± 0.14 |
|  | Placebo | 1.00 ± 0.01 | 1.00 ± 0.03 |
| PiCT | 30 mg | 2.3 ± 0.2 | 1.5 ± 0.1 |
|  | 5 mg | 1.9 ± 0.1 | 1.2 ± 0.3 |
|  | Placebo | 1.0 ± 0.0 | 1.0 ± 0.0 |
| ETP-peak tissue factor | 30 mg | 0.35 ± 0.08 | 0.84 ± 0.10 |
|  | 5 mg | 0.61 ± 0.08 | 1.04 ± 0.11 |
|  | Placebo | 1.04 ± 0.09 | 1.05 ± 0.13 |
| ETP-peak collagen | 30 mg | 0.09 ± 0.07 | 0.64 ± 0.41 |
|  | 5 mg | 0.22 ± 0.10 | 1.04 ± 0.49 |
|  | Placebo | 0.90 ± 0.15 | 1.06 ± 0.15 |

Values are given as a ratio to baseline; mean ± SD; N = 8. aPTT, activated partial thromboplastin time; PT, prothrombin time; PiCT, prothrombinase-induced clotting time; ETP, endogenous thrombin potential.

Case ID: 150102349
Control No.: 17091055



*Figure 4.* Effect of rivaroxaban 5 and 30 mg and placebo on (A) ETP-peak after activation by collagen (5 μg/mL) and (B) ETP-peak after activation by tissue factor (1.4 nmol). Data are mean relative change from baseline ± SD. ETP, endogenous thrombin potential.

after study drug administration; 30 mg decreased ETP-peak by ~90%. ETP-peak was restored in the 24 hours following the 5-mg dose but was inhibited by ~40% 24 hours after the 30-mg dose (Figure 4A). Similar effects were seen with TF-induced ETP-peak (Figure 4B), with a reduction by ~40% compared with baseline 2 hours after administration of 5 mg and ~85% of 30 mg. Approximately 20% inhibition was still evident 24 hours after 30 mg rivaroxaban, whereas no inhibition was evident for the 5-mg dose after 24 hours compared with placebo. Endogenous thrombin potential was able to discriminate between both dose levels ($P < .0249$ and $P < .0274$, respectively; Table I). Although placebo affected ETP parameters, the effects of rivaroxaban 5 mg on collagen-induced ETP could be clearly differentiated from those of placebo ($P = .0348$, Figure 4A), whereas the difference from TF-induced ETP was not significant ($P = .0714$; Table I and Figure 3B).

**Pharmacokinetics**

The plasma-concentration time profile for rivaroxaban is shown in Figure 5. There was close correlation between rivaroxaban plasma concentration and inhibition of FXa activity in plasma, prolongation of PiCT in plasma, and reduction of platelet-derived thrombin generation at platelets (Figure 6A-D). Nonlinear regression curves indicate an $E_{max}$ of a concentration-effect relationship, with approximately 50% of the effects at plasma concentrations of rivaroxaban below 100 μg/L.



*Figure 5.* Plasma-concentration time profile for rivaroxaban. Data are geometric mean ± SD.

**DISCUSSION**

Early phase I studies showed that rivaroxaban, an oral, direct FXa inhibitor, was well tolerated at single doses up to 80 mg and multiple doses up to 30 mg bid.[20,21] Rivaroxaban is rapidly absorbed after oral administration, with a terminal half-life of 5 to 9 hours.[21] The antithrombotic effect of rivaroxaban was demonstrated in different rat and rabbit thrombosis models[8] and has been confirmed in phase II studies investigating rivaroxaban, given twice daily for the prevention of

Case ID: 150102349
Control No.: 17091055



*Figure 6.* Correlation between rivaroxaban plasma concentrations and (A) inhibition of factor Xa activity [Model: Change = $(E_{max} \cdot Concentration)/(Km + Concentration)$; parameter estimates: $E_{max} = 144\%$ (95% confidence interval, 106-182); Km 348 µg/L (217-479), residual/corrected = 0.9]; (B) prothrombinase-induced clotting time (PiCT) [Model: Change = $1 + (E_{max} \cdot Concentration)/(Km + Concentration)$; $E_{max} = 1.6$ (95% confidence interval, 1.4-1.7); Km 51 µg/L (37-64), residual/corrected = 0.73]; (C) endogenous thrombin potential (ETP)–peak, tissue factor [Model: Change = $\exp(Slope \cdot Concentration)$, slope 0.006 µg/L (–0.005 to 0.007), residual/corrected = 0.71]; and (D) ETP-peak, collagen [Model: Change = $\exp(Slope \cdot Concentration)$, slope 0.024 µg/L (–0.027 to 0.020), residual/corrected = 0.4]. Data are mean relative change from baseline ± SD.

venous thromboembolism in patients undergoing high-risk orthopedic surgery. These studies demonstrated that total daily doses of 5 to 20 mg are comparable with enoxaparin.[25,26] Indeed, a further phase II study investigating rivaroxaban given once daily relative to enoxaparin demonstrated that 10 mg was the optimal dose of rivaroxaban in this indication.[27]

This study was designed to investigate the influence of rivaroxaban on thrombin generation after in vivo administration, using platelet-based and plasma-based assays. Platelet-induced thrombin generation was measured by means of ETP in the presence of collagen and TF. The ETP method was first developed as a plasma-based assay with laborious subsampling[28] and was later refined by automation and expanded on platelet-induced thrombin generation in PRP.[17] The platelet-based ETP assay is able to detect the inhibitory effects of anticoagulants[18] and antiplatelet drugs,[19] as well as procoagulant effects, such as those with recombinant activated FVII[29] and oral

Case ID: 150102349
Control No.: 17091055

contraceptives.[30] Despite the similar inhibitory activity (Ki) against purified human FXa of various experimental direct FXa inhibitors, a much broader range of concentrations was required to reduce the amount of thrombin produced in the platelet-based ETP assay[31] (a variation of 10 000-fold or more). FXa inhibitors with greater potency to prevent thrombin production in the PRP assay had antithrombotic effects in animal models, whereas those with lower potency in the assay did not reduce thrombus mass.[31,32] Therefore, inhibition of platelet-bound prothrombinase activity, rather than inhibition of purified FXa in solution, may be a better predictor of antithrombotic efficacy.

Endogenous thrombin potential, as a measure of potency of the whole clotting system, indicated that rivaroxaban dose-dependently inhibited the total amount of thrombin generated at platelets. This effect was observed after platelet activation by both activators (which propagate thrombin generation from different vectors) used: peak ETP was reduced in a concentration-dependent manner after administration of rivaroxaban and had not returned to baseline 24 hours after administration of 30 mg rivaroxaban (~20% inhibition [TF induced]; ~40% inhibition [collagen induced]). Even small amounts of rivaroxaban, which had an almost undetectable effect on FXa activity, were able to inhibit prothrombinase-induced thrombin generation via FXa. Although this was a single-dose study, it seems noteworthy that in clinical studies investigating rivaroxaban for the prevention of venous thromboembolism after major orthopedic surgery, 5 mg rivaroxaban given once daily was shown to be as effective as enoxaparin.[27] Because we measured the concentrations of rivaroxaban in plasma after a single dose in this study, we can only speculate whether platelet-bound active drug maintained this strong effect.

Selective FXa inhibitors show varying effects on the commonly used coagulation tests aPTT or PT, which use complex mechanisms within the coagulation pathway, such as feedback activation of the intrinsic pathway by thrombin.[33] Fondaparinux, an indirect FXa inhibitor, does not affect aPTT significantly.[6] Rivaroxaban affected PT and aPTT to a similar extent to that observed in previous phase I studies[20,21]: at clinically relevant concentrations, rivaroxaban prolongs PT more than aPTT.[20] Other direct FXa inhibitors include DX-9065a, which shows only modest prolongation of both aPTT and PT,[34] and otamixaban, which affects aPTT more than PT.[35] As yet, PiCT has not been used to evaluate the pharmacodynamic responses of direct FXa inhibitors, although a recent publication on otamixaban presented clinical data obtained with a self-developed Russell's viper venom–induced clotting time, using the same principle as PiCT.[35] Prothrombinase-induced clotting time (as used in the 1-step assay approach[16]) showed strong sensitivity to even small doses and concentrations of rivaroxaban, similar to that seen in the platelet-based ETP assay, even though the source of phospholipids necessary to start activation of both tests is different.

In conclusion, despite automation, the ETP method with freshly drawn PRP has a high technical standard for a routine laboratory test because it requires several processing steps and laboratory skills. However, PiCT, a simple plasma-based assay, might be useful to monitor the effects of direct FXa inhibitors. The anticoagulant effects of direct FXa inhibitors, even at low levels of inhibition of FXa activity, are not detected by other coagulation tests. Overall, the results of the PiCT and ETP tests indicate that rivaroxaban was able to diminish the rate of thrombin generation when platelets are activated. Peak ETP and PiCT are still affected 24 hours after administration of rivaroxaban 30 mg, supporting the concept of once-daily administration.

Financial disclosure: This study was sponsored by Bayer HealthCare AG.

## REFERENCES

**1.** Mann KG, Butenas S, Brummel K. The dynamics of thrombin formation. *Arterioscler Thromb Vasc Biol*. 2003;23:17-25.

**2.** Mann KG, van't Veer C, Cawthern K, Butenas S. The role of the tissue factor pathway in initiation of coagulation. *Blood Coagul Fibrinolysis*. 1998;9(suppl 1):S3-S7.

**3.** Rauch U, Nemerson Y. Circulating tissue factor and thrombosis. *Curr Opin Hematol*. 2000;7:273-277.

**4.** Brufatto N, Ward A, Nesheim ME. Factor Xa is highly protected from antithrombin-fondaparinux and antithrombin-enoxaparin when incorporated into the prothrombinase complex. *J Thromb Haemost*. 2003;1:1258-1263.

**5.** Samama MM. Synthetic direct and indirect factor Xa inhibitors. *Thromb Res*. 2002;106:V267-V273.

**6.** Samama MM, Gerotziafas GT, Elalamy I, Horellou MH, Conard J. Biochemistry and clinical pharmacology of new anticoagulant agents. *Pathophysiol Haemost Thromb*. 2002;32:218-224.

**7.** Hagemeyer CE, Tomic I, Jaminet P, et al. Fibrin-targeted direct factor Xa inhibition: construction and characterization of a recombinant factor Xa inhibitor composed of an anti-fibrin single-chain antibody and tick anticoagulant peptide. *Thromb Haemost*. 2004;92:47-53.

**8.** Perzborn E, Strassburger J, Wilmen A, et al. In vitro and in vivo studies of the novel antithrombotic agent BAY 59-7939—an oral, direct factor Xa inhibitor. *J Thromb Haemost*. 2005;3:514-521.

Case ID: 150102349
Control No.: 17091055

9. Briede JJ, Tans G, Willems GM, Hemker HC, Lindhout T. Regulation of platelet factor Va-dependent thrombin generation by activated protein C at the surface of collagen-adherent platelets. *J Biol Chem*. 2001;276:7164-7168.

10. Faruqi TR, Weiss EJ, Shapiro MJ, Huang W, Coughlin SR. Structure-function analysis of protease-activated receptor 4 tethered ligand peptides: determinants of specificity and utility in assays of receptor function. *J Biol Chem*. 2000;275:19728-19734.

11. Graff J, Klinkhardt U, Harder S. Pharmacodynamic profile of antiplatelet agents: marked differences between single versus costimulation with platelet activators. *Thromb Res*. 2004;113:295-302.

12. Kahn ML, Nakanishi-Matsui M, Shapiro MJ, Ishihara H, Coughlin SR. Protease-activated receptors 1 and 4 mediate activation of human platelets by thrombin. *J Clin Invest*. 1999;103:879-887.

13. Depasse FBJ, Mnich J, Le Flem L, Gerotziafas GT, Samama MM. Effect of BAY 59-7939—a novel, oral, direct factor Xa inhibitor—on clot-bound factor Xa activity in vitro. Presented at: XXth Congress of the International Society on Thrombosis and Haemostasis; August 6-12, 2005; Sydney, Australia.

14. Calatzis A SM, Gempeler-Messina P, Kolde HJ, Schramm W, Haas S. The prothrombinase-induced clotting test: a new technique for the monitoring of anticoagulants. *Haemostasis*. 2000;30(suppl 2):172-174.

15. Calatzis A. Monitoring of direct FXa inhibitors using the prothrombinase-induced clotting test (PiCT). *Haemostaseologie*. 2006;26:102.

16. Graff JP-WB, Harder S. Monitoring effects of direct FXa-inhibitors with a new one-step prothrombinase-induced clotting time (PiCT) assay: comparative in vitro investigation with heparin, enoxaparin, fondaparinux, and DX 9065a. *Int J Clin Pharmacol*. In press.

17. Hemker HC, Giesen PL, Ramjee M, Wagenvoord R, Beguin S. The thrombogram: monitoring thrombin generation in platelet-rich plasma. *Thromb Haemost*. 2000;83:589-591.

18. al Dieri R, Alban S, Beguin S, Hemker HC. Thrombin generation for the control of heparin treatment, comparison with the activated partial thromboplastin time. *J Thromb Haemost*. 2004;2:1395-1401.

19. Wegert W, Graff J, Kaiser D, Breddin HK, Klinkhardt U, Harder S. Effects of antiplatelet agents on platelet-induced thrombin generation. *Int J Clin Pharmacol Ther*. 2002;40:135-141.

20. Kubitza D, Becka M, Voith B, Zuehlsdorf M, Wensing G. Safety, pharmacodynamics, and pharmacokinetics of single doses of BAY 59-7939, an oral, direct factor Xa inhibitor. *Clin Pharmacol Ther*. 2005;78:412-421.

21. Kubitza D, Becka M, Wensing G, Voith B, Zuehlsdorf M. Safety, pharmacodynamics, and pharmacokinetics of BAY 59-7939—an oral, direct factor Xa inhibitor—after multiple dosing in healthy male subjects. *Eur J Clin Pharmacol*. 2005;61:873-880.

22. Hemker HC, Willems GM, Beguin S. A computer assisted method to obtain the prothrombin activation velocity in whole plasma independent of thrombin decay processes. *Thromb Haemost*. 1986;56:9-17.

23. Roberts HR, Hoffman M, Monroe DM. A cell-based model of thrombin generation. *Semin Thromb Hemost*. 2006;32(suppl 1):32-38.

24. Weinz C, Buetehorn U, Daehler HP, et al. Pharmacokinetics of BAY 59-7939—an oral, direct factor Xa inhibitor—in rats and dogs. *Xenobiotica*. 2005;35:891-910.

25. Eriksson BI, Borris L, Dahl OE, et al. Oral, direct factor Xa inhibition with BAY 59-7939 for the prevention of venous thromboembolism after total hip replacement. *J Thromb Haemost*. 2006;4:121-128.

26. Turpie AG, Fisher WD, Bauer KA, et al. BAY 59-7939: an oral, direct factor Xa inhibitor for the prevention of venous thromboembolism in patients after total knee replacement. A phase II dose-ranging study. *J Thromb Haemost*. 2005;3:2479-2486.

27. Eriksson BI, Borris LC, Dahl OE, et al. Prevention of venous thromboembolism after total hip replacement with once-daily BAY 59-7939—an oral, direct Xa inhibitor. *Blood*. 2005;106:A280.

28. Hemker HC, Beguin S. Thrombin generation in plasma: its assessment via the endogenous thrombin potential. *Thromb Haemost*. 1995;74:134-138.

29. Wegert W, Harder S, Bassus S, Kirchmaier CM. Platelet-dependent thrombin generation assay for monitoring the efficacy of recombinant factor VIIa. *Platelets*. 2005;16:45-50.

30. Curvers J, Thomassen MC, Nicolaes GA, et al. Acquired APC resistance and oral contraceptives: differences between two functional tests. *Br J Haematol*. 1999;105:88-94.

31. Halfon S, Malinowski J, Sinha U. Effect of anticoagulants and antiplatelet agents on platelet-mediated thrombin generation. *Blood Coagul Fibrinolysis*. 2002;13:715-724.

32. Sinha U, Lin PH, Edwards ST, et al. Inhibition of purified factor Xa amidolytic activity may not be predictive of inhibition of in vivo thrombosis: implications for identification of therapeutically active inhibitors. *Arterioscler Thromb Vasc Biol*. 2003;23:1098-1104.

33. Bates SM, Weitz JI. Coagulation assays. *Circulation*. 2005;112:e53-e60.

34. Shimbo D, Osende J, Chen J, et al. Antithrombotic effects of DX-9065a, a direct factor Xa inhibitor: a comparative study in humans versus low molecular weight heparin. *Thromb Haemost*. 2002;88:733-738.

35. Paccaly A, Ozoux ML, Chu V, et al. Pharmacodynamic markers in the early clinical assessment of otamixaban, a direct factor Xa inhibitor. *Thromb Haemost*. 2005;94:1156-1163.

Case ID: 150102349
Control No.: 17091055