314779

# Clinical Pharmacology Technical Report for PD-Outcome Analysis

This report provides technical details describing the PD-Outcome relationship for rivaraxoban. The report also describes the analysis evaluating the effect of aspirin on the PD-Outcome relationship for rivaraxoban and warfarin.

## I. Data and Methods

Pharmacodynamic (PD) samples were collected at weeks 12 and 24 in almost all subjects in ROCKET-AF (dataset: adpd.xpt). To examine the PD-outcome relationship, a PD measurement that was collected closer and prior to the target event was used (i.e. the last observed PD measurement before an event). For example, if a patient had a safety event occurred after week 24, PD measurements at week 24, if available, were used in the analysis. To approximate an on-treatment analysis, the time period from the first dose to the last dose of study medication plus 2 days were chosen. If an outcome event did not occur during this timeframe, time was censored at the last dose of the study medication plus 2 days. Only time to the first event was considered (dataset: adtteepb.xpt).

Two approaches were used to evaluate the PD-Outcome relationship: 1) A logistic regression and 2) Time-to-event analysis using Cox Proportional Hazards model.
To explore the relationship between PD measurements and outcome, patients were binned into quartiles based on their PD. Observed probability (% events) for a targeted event in each quartile (number of events/ number of patients in a quartile) was calculated. A logistic regression of the entire data was used to predict the probability of having a safety event as a function of a PD measurement (polynomial fit if necessary). An overlay-plot with the observed probability in each quartile of PD as well as a predicted probability from the regression model was used to display the relationship between a PD measurement and outcome.
Time to the first occurrence of targeted endpoint was modeled with a Cox proportional hazard (PH) model to examine PD-outcome relationship while controlling for potential covariates. The results were depicted graphically by plotting the probability of an event in 1year derived from the Cox model against the range of PD observed in ROCKET-AF.

Influence of aspirin use during ROCKET-AF on the PD-outcome relationship was also explored for both efficacy and bleeding.

## II. Results

### A. Prothrombin Time- Ischemic Stroke Relationship

A subset of rivaroxaban per-protocol analysis set [n = 6193/7008 (88%)], which included all patients with a PT measurement closest to an ischemic stroke event, was used in this analysis. A total of 124 ischemic stroke events were included in this subset [83% of ischemic strokes (n = 150) in the per-protocol population].

1

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01464182

The probability of ischemic stroke, a major component of the primary efficacy endpoint, was independent of the PT measures over the observed range for rivaroxaban (**Figure 1**).



**Figure 1.** Ischemic stroke events are independent of PT over the observed range. Probability of ischemic stroke by PT with rivaroxaban shown in (A) logistic regression model and (B) Cox regression model for 1 year probability. The PT measurements made either at week 12 or week 24, whichever was closer to the reported ischemic stroke event was used for the analysis.

### B. Prothrombin Time – Major Bleeding Relationship

A subset of rivaroxaban per-protocol analysis set [n = 6172/7008 (88%)], including all patients with an available PT measurement prior to the first major bleeding event as defined in the protocol, was used in this analysis. There were 306/392 (78%) major bleeding events in this subset. The probability for major bleeding event, the primary safety endpoint, increased with increase in PT (**Figure 2**). Analyses with different pairs of PD measurements (e.g. FXa activity and PiCT) and safety endpoints were performed for rivaroxaban. In addition to major bleeding event, TIMI major bleeding and potential life/organ threatening major bleeding event (PLOT) were also used for the analysis (dataset:adtteepb.xpt). Overall, the results demonstrated that risk of bleeding was associated with PD measurements (PT, FXa or PiCT). The results were consistent with the findings from our primary analysis of PT-major bleeding relationship.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01464183



Figure 2. Major bleeding events are dependent of PT over the observed range. Probability of major bleeding by PT with rivaroxaban shown in (A) logistic regression model and (B) Cox regression model for 1 year probability. The PT measurements made either at week 12 or week 24, whichever was closer to the reported ischemic stroke event was used for the analysis.

### C. Concomitant Aspirin Use – Efficacy and Safety Analysis

The concomitant use of aspirin during the double blind phase ($\geq 50\%$ use) significantly increased the risk for major bleeding with rivaroxaban (**Figure 3**). The PT-major bleeding relationship for rivaroxaban was steeper among the aspirin users. However, concomitant aspirin use seemed not to have a significant effect on the efficacy outcome (ischemic stroke), which might be partially due to insufficient power to identify risk factors for ischemic stroke.

The same analyses were conducted in warfarin group using the last observed INR as a PD marker. The combined effect of aspirin and INR on the major bleeding in warfarin seems like an additive effect instead of an interaction effect (changes of slope) observed for rivaroxaban (**Figure 4**). The concomitant use of aspirin seems not to affect the risk for ischemic stroke in warfarin group, which is in agreement with the results in rivaroxaban.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01464184



Figure 3. Predicted and observed probability of (A) major bleeding and (B) Ischemic stroke by PT and Aspirin use for rivaroxaban in ROCKET-AF. The solid line represents the predicted probability from an unadjusted logistic regression and the shaded region represents the 95% confidence interval. The point represents observed probability at the median PT of a given quartile.



Figure 4. Predicted and observed probability of (A) major bleeding and (B) Ischemic stroke by last observed INR and Aspirin use for warfarin in ROCKET-AF. The solid line represents the predicted probability from an unadjusted logistic regression and the shaded region represents the 95% confidence interval. The point represents observed probability at the median INR of a given quartile.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01464185