```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


****************************************************************

IN RE:  XARELTO
(RIVAROXABAN) PRODUCTS
LIABILITY LITIGATION

                                CIVIL ACTION NO. 14-MD-2592
                                SECTION "L"
                                NEW ORLEANS, LOUISIANA
                                WEDNESDAY, MAY 3, 2017

THIS DOCUMENT RELATES TO:
Joseph J. Boudreaux, Jr.
V. Janssen Research &
Development, et. al.,
Case No.: 14-CV-2720

****************************************************************


        VOLUME VIII - MORNING AND AFTERNOON SESSION
    TRANSCRIPT OF BELLWETHER JURY TRIAL PROCEEDINGS
      HEARD BEFORE THE HONORABLE ELDON E. FALLON
                UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE PLAINTIFFS'
LIAISON COUNSEL:        LEVIN PAPANTONIO THOMAS MITCHELL
                        RAFFERTY & PROCTOR
                        BY:  BRIAN H. BARR, ESQ.
                        316 SOUTH BAYLEN STREET, SUITE 600
                        PENSACOLA, FLORIDA 32502



                        BEASLEY ALLEN CROW METHVIN
                        PORTIS & MILES
                        BY: ANTHONY BIRCHFIELD JR., ESQ.
                        POST OFFICE BOX 4160
                        MONTGOMERY, ALABAMA  36103
```

*OFFICIAL TRANSCRIPT*

```
 1   APPEARANCES CONTINUED:

 2

 3                              GAINSBURGH BENJAMIN DAVID
                                MEUNIER AND WARSHAUER
 4                              BY:  GERALD E. MEUNIER, ESQ.
                                2800 ENERGY CENTRE
 5                              1100 POYDRAS STREET, SUITE 2800
                                NEW ORLEANS, LOUISIANA   70163
 6

 7
                                SCHLICHTER BOGARD & DENTON
 8                              BY:  ROGER DENTON, ESQ.
                                100 S. 4TH STREET, SUITE 1200
 9                              ST. LOUIS, MISSOURI   63102

10

11                              LAMBERT FIRM
                                BY:  EMILY JEFFCOTT, ESQ.
12                              701 MAGAZINE STREET
                                NEW ORLEANS, LOUISIANA   70130

13

14
     FOR THE DEFENDANT BAYER
15   HEALTHCARE PHARMACEUTICALS
     INC. And BAYER PHARMA AG:  WILKINSON WALSH & ESKOVITZ, LLP
16                              BY:  BETH A. WILKINSON, ESQ.
                                1900 M STREET NW, SUITE 800
17                              WASHINGTON, DC   20036

18

19                              NELSON MULLINS RILEY
                                & SCARBOROUGH, LLP
20                              BY:  DAVID E. DUKES, ESQ.
                                MERIDIAN, 17TH FLOOR
21                              1320 MAIN STREET
                                COLUMBIA, SOUTH CAROLINA   29201

22

23
                                BRADLEY ARANT BOULT CUMMINGS
24                              BY:  KEVIN C. NEWSOM, ESQ.
                                ONE FEDERAL PLACE
25                              1819 5TH AVENUE N
                                BIRMINGHAM, ALABAMA   35203
```

*OFFICIAL TRANSCRIPT*

```
 1    APPEARANCES CONTINUED:

 2


 3    FOR JANSSEN PHARMACEUTICALS,
      INC. AND JANSSEN RESEARCH &
 4    DEVELOPMENT, LLC:           BARRASSO USDIN KUPPERMAN FREEMAN
                                  & SARVER, LLC
 5                                BY:  RICHARD E. SARVER, ESQ.
                                  909 POYDRAS STREET, 24TH FLOOR
 6                                NEW ORLEANS, LOUISIANA  70112

 7

 8    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
 9                                REGISTERED MERIT REPORTER
                                  500 POYDRAS STREET, ROOM HB-275
10                                NEW ORLEANS, LOUISIANA  70130
                                  (504) 589-7779
11                                Cathy_Pepper@laed.uscourts.gov

12
      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
13    PRODUCED BY COMPUTER.

14

15

16

17

18

19

20

21

22

23

24

25
```

*OFFICIAL TRANSCRIPT*

```
08:15:32  1   point.  The defendants had Dr. Hixon -- a report of Dr. Hixon,
08:15:37  2   but she did not testify at trial, and so there is nothing
08:15:41  3   competent presented to Your Honor.
08:15:44  4              As a result, without any competent evidence that
08:15:50  5   the FDA would act one way or the other, we respectfully submit
08:15:56  6   that the defendants have failed to meet their burden of proving
08:16:00  7   their affirmative defense, and that no reasonable jury could
08:16:06  8   have legally found a sufficient evidentiary basis to find for
08:16:11  9   the defendants, and that judgment should be entered as a matter
08:16:13 10   of law on the preemption defense.
08:16:17 11              THE COURT:  Thank you very much.
08:16:18 12              MR. LONGER:  Thank you.
08:16:20 13              THE COURT:  With regard to comparative fault,
08:16:22 14   comparative fault is not an issue in the case, and age is not
08:16:27 15   an issue in the case, and race is not an issue in the case, and
08:16:31 16   ethnic background is not an issue in the case.
08:16:35 17              I don't want to tell the jury all of those things
08:16:37 18   that are not an issue in the case.  That's not necessary.
08:16:41 19              With regard to the whether or not FDA would
08:16:45 20   approve the warning, you'll see in my jury charges, the jury
08:16:51 21   charges mimic the law that it doesn't matter what the FDA would
08:16:56 22   or would not have done from the standpoint of the law in the
08:17:04 23   case.  It may have something to do with intent of the parties,
08:17:08 24   it may have something to do with motive of the parties, but
08:17:11 25   it's a question of fact or evidence.  So I'll deny the
```

*OFFICIAL TRANSCRIPT*

```
08:17:20  1    plaintiffs' motion.
08:17:23  2            MR. NEWSOM:  If I may, Your Honor, just briefly for the
08:17:31  3    record.  If you're finished.
08:17:31  4            MR. LONGER:  I'm done on that.  I have one more.
08:17:32  5            MR. NEWSOM:  Just, Your Honor, for the record, to be
08:17:32  6    clear, the preemption-based Rule 50 motion is improper for
08:17:37  7    another reason.
08:17:37  8                 I think, at this point, as Your Honor has
08:17:39  9    reiterated time and time again, preemption is a question of law
08:17:44 10    for the Court, as we have briefed in summary judgment and on
08:17:47 11    our JML motion.  To even entertain a motion at this stage of
08:17:53 12    the case that there are insufficient facts to demonstrate
08:17:55 13    preemption would be changing the rules after the game has
08:17:59 14    begun.
08:17:59 15            THE COURT:  Right.  Yes.
08:17:59 16            MR. NEWSOM:  So we object even to the entertainment of
08:18:04 17    the motion, let alone granting of the motion.
08:18:04 18            THE COURT:  Okay.
08:18:04 19            MR. NEWSOM:  Thank you, Your Honor.
08:18:04 20            THE COURT:  I agree with that.
08:18:05 21            MR. NEWSOM:  Yes, sir.  Thank you.
08:18:05 22            THE COURT:  Let's go to the --
08:18:05 23            MR. LONGER:  Your Honor --
08:18:05 24            THE COURT:  Yes.
08:18:09 25            MR. LONGER:  -- if I may, Fred Longer again.
```

*OFFICIAL TRANSCRIPT*

```
02:42:17   1              THE JURORS:  Yes.
02:42:18   2              THE COURT:  Does anybody wish the jury to be polled?
02:42:21   3              MR. BIRCHFIELD:  No, Your Honor.
02:42:22   4              MS. WILKINSON:  No, Your Honor.
02:42:23   5              THE COURT:  Okay.  Thank you very much.  We'll make the
02:42:24   6   verdict a part of the record in the case and discharge the jury
02:42:29   7   with the Court's thanks.
02:42:31   8              All rise, please, as the jury leaves.
02:42:34   9              (WHEREUPON, at 2:42 p.m., the jury panel leaves the
02:42:57  10   courtroom.)
02:42:57  11              THE COURT:  As I mentioned, I'll make the verdict a
02:43:00  12   part of the record.  I thank everybody.
02:43:02  13              Court will stand in recess.  Thank you very much.
          14              (WHEREUPON, at 2:43 p.m., the proceedings were
          15   concluded.)
          16                           *   *   *
          17
                                REPORTER'S CERTIFICATE
          18
                    I, Cathy Pepper, Certified Realtime Reporter, Registered
          19   Merit Reporter, Certified Court Reporter in and for the State
               of Louisiana, Official Court Reporter for the United States
          20   District Court, Eastern District of Louisiana, do hereby
               certify that the foregoing is a true and correct transcript to
          21   the best of my ability and understanding from the record of the
               proceedings in the above-entitled and numbered matter.
          22
          23                                  s/Cathy Pepper
                                              Cathy Pepper, CRR, RMR, CCR
          24                                  Official Court Reporter
                                              United States District Court
          25                                  Cathy_Pepper@laed.uscourts.gov

                                 OFFICIAL TRANSCRIPT
```