| | |
|---|---|
| **From:** | Jalota, Sanjay [PRDUS] |
| **To:** | Rhoge, Alla [PRDUS] |
| **Sent:** | 6/1/2011 9:05:22 PM |
| **Subject:** | FW: Xarelto LWG May 13: ORS Med Guide and Afib USPI Labeling Contingency Document |
| **Attachments:** | For 5-13-11 Afib_VTE Px Xarelto label contingencies clean.doc; 5-5-11 ORS MED GUIDE only_draft_NS comments.doc |

**From:** Kinaszczuk, Judy [CPGRAUS]
**Sent:** Thursday, May 12, 2011 6:15 PM
**To:** Kinaszczuk, Judy [CPGRAUS]; Sarich, Troy [PRDUS]; Burton, Paul [PRDUS]; Nessel, Christopher [PRDUS]; Jalota, Sanjay [PRDUS]; Rhoge, Alla [PRDUS]; Gardiner, Margarita [GMSUS]; Wildgoose, Peter [OMJUS]; Shah, Nauman [OMPUS]; Peters, Gary [PRDUS]; Moore, Todd [PRDUS]; Kollath, Andrea [PRDUS]; Haskell, Lloyd [PRDUS]
**Subject:** Xarelto LWG May 13: ORS Med Guide and Afib USPI Labeling Contingency Document

Dear All,
For tomorrow's 10AM LWG meeting, I would like to go over Nauman's ORS contingency Med Guide comments (attached) and the labeling contingency document (yellow highlighted text on pages 3, 6, 13, 23, 25, 27, 33, 35, 38, 39, 42, 46, 52, 58).

Best regards,
Judy

*This email message is confidential and for the sole use of the intended recipient(s) and may contain privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply mail and destroy all copies of the original message. In addition, any comments you have concerning labeling content should be discussed with Judy Kinaszczuk (1 609 730-2974).*

2905274

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

1st Option: Defend USPI text as submitted. Key: Text highlighted in grey is new to LRC. Text highlighted in yellow is for LWG discussion.

2-4-11 Will need contingency USPIs as follows:

- 10 mg ORS without Med Guide, new company name, for June/July 2011
- 10mg ORS with Med Guide, new company name, for June/July 2011
- 15/20mg with Med Guide, new company name, for Nov 2011
- 10/15/20 mg with Med Guide, new company name, for Nov 2011

| Issue | Comments | Options |
|---|---|---|
| [Identify Issue] Provide details of the issue, specifying which label the issue pertains to (USPI, EU SPC) and which section of the labeling is affected. | Provide any comments/reasons to support the details of the issue. | List potential alternatives, in decreasing order of our preference. |
| **GENERAL:** With regard to REMS (Risk Evaluation and Mitigation Strategies in FDAAA) will we need to prepare a Med Guide/PPI, off-label use. Only FDA would assign "Medication Guide". | | |
| Propose wording for PPI. | | See draft Appendix C. <br><br> 1-28-11 See Afib Med Guide and modify for ORS. |
| **HIGHLIGHTS—No Box Warning, no FPI Box Warning** | | |
| 1-28-11: Removed box warning in CR response USPI. Did not include a box warning in Afib indication USPI. <br><br> USPI: Consider specifying "rivaroxaban" increases risk and not accept the general class anticoagulants. | • Arixtra submission: FDA inserted the specific drug <br> • FDA Filing Letter 10/1/08 replace "anticoagulant" with "Xarelto" in the Highlights black box <br> • Bayer: use "may increase" | 1-28-11 Add box warning to Highlights and FPI and Med Guide, if needed <br> **WARNING: SPINAL/EPIDURAL HEMATOMA** <br> *See full prescribing information for complete boxed warning.* <br> • **Anticoagulant use in patients undergoing spinal/epidural anesthesia or spinal puncture increases the risk of spinal or epidural hematoma, which may cause long-term or permanent paralysis (5.1)** <br> • **Risks increased by:** <br> ○ **Indwelling epidural catheters for analgesia (5.1)** <br> ○ **Drugs affecting hemostasis [e.g., nonsteroidal anti-inflammatory drugs, platelet aggregation inhibitors, anticoagulants (5.3, 7)** <br> ○ **Traumatic or repeated spinal or epidural** |

1

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140831

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| | | puncture (5.1)<br><br>• Back up option #1 for ORS and Afib: "Anticoagulant use in patients undergoing spinal/epidural anesthesia or spinal puncture increases the risk of spinal or epidural hematoma, which may cause long-term or permanent paralysis (5.1)"<br><br>• Back up option #2 for ORS and Afib: "XARELTO® use in patients undergoing spinal/epidural anesthesia or spinal puncture may increase the risk of spinal or epidural hematoma, which may cause long-term or permanent paralysis (5.1)" |

**Afib Highlights: Indications**

XARELTO® is a direct factor Xa inhibitor indicated for the prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation. (1)

| | | |
|---|---|---|
| • Inclusion of risk factors in the indication (worst case is ≥3, >2)<br>• limiting to ischemic stroke only instead of stroke<br>• NS: If asked to limit indication to those studied in ROCKET, we should first pursue general language before specifying CHADs scores. For example, we could simply convey that XARELTO is indication to prevent stroke and non-CNS systemic embolism in patients non-valvular Atrial Fibrillation who are at significant risk of stroke. | 2-4-11: Do not limit to "ischemic stroke", point to Pradaxa and other competitor labels. | 2-4-11 Address agree with NS approach:<br><br>"XARELTO is a direct factor Xa inhibitor indicated for the prevention of stroke and non-CNS systemic embolism in patients non-valvular atrial fibrillation who are at moderate to high risk of stroke. (1)" |

**Highlights: Contraindications**

XARELTO® is contraindicated in patients with:
• active pathological bleeding,
• hepatic disease associated with coagulopathy leading to a clinically relevant bleeding risk

| | | |
|---|---|---|
| FDA Filing Letter 10/1/08: In the **CONTRAINDICATIONS** section: | Note: 1-28-11 CR did not include "pregnancy or | • Active major bleeding<br>• Hepatic disease with coagulopathy |

2

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| • in the first bullet that reads "patients with clinically significant active bleeding," shorten the bullet to read "Active major bleeding." <br> • in the second bullet that reads "patients with hepatic disease associated with coagulopathy leading to a clinically relevant bleeding risk," shorten the bullet to read "Hepatic disease with coagulopathy." <br> • in the third bullet that reads "pregnant or breast-feeding women (4)," revise this bullet to read "Pregnancy or Breast-feeding (4)." | breastfeeding. | • Pregnancy or Breast-feeding (4) |
| 2-4-11Afib Contingencies: 15 mg and 20 mg daily contraindicated in patients receiving concomitant strong inhibitors of both CYP3A4 and P-gp | 2-4-11 No evidence of need for CI in patients receiving concomitant strong inhibitors of both CYP3A4 and P-gp | 2-4-11 If mandated by FDA to contraindicate, accept CI for XARELTO® is contraindicated in patients with: <br> • With active pathological bleeding, <br> • With hepatic disease associated with coagulopathy leading to a clinically relevant bleeding risk <br> • Receiving XARELTO® 15 mg or 20 mg and concomitant strong inhibitors of both CYP3A4 and P-gp <br> • With Hypersensitivity |
| 4-15-11 Submitted CR without the pregnancy and breastfeeding contraindications. We await external consultant evaluation and opinion to decide whether the USPI or the CCDS needs revision. | | 4-15-11 Involve Bayer (Labeling, Reg, Safety, Preclin, Clinical) with contingency options if FDA approves USPI without pregnancy/breastfeeding CI at launch. |

## Highlights: Use in Specific Populations

- Pregnancy: use is not recommended (8.1)
- Nursing mothers: use with caution (8.3)
- Renal impairment: CrCl 30 to <50 mL/min: Use with caution in patients receiving specific concomitant medications (e.g., strong CYP3A4 inhibitors) CrCl 15 to<30 mL/min: use with caution. CrCl <15 mL/min), use is not recommended. (8.6)
- Hepatic impairment: contraindicated in patients with hepatic disease associated with coagulopathy leading to a clinically relevant bleeding risk. (8.7)

| | | |
|---|---|---|
| FDA Filing Letter 10/1/08: <br> • delete the first three bullets that read as follows: <br> a. "Pregnancy: Contraindicated in pregnant women (8.1)" <br> b. "Nursing mothers: Contraindicated in breast-feeding women. (8.3)" <br> c. "Pediatrics: Safety and effectiveness not established in | | Nursing mothers: <br> • Option 1: Nursing mothers: not recommended in breast-feeding women. (8.3) <br> • Option 2: Nursing mothers: contraindicated in breast-feeding women. (8.3) |

3

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| patients less than 18 years of age (8.4)." <br>• in the Renal Impairment (8.6) subsection, shorten the bullets and delete all sub-bullets. We recommend the following: "Severe Renal Impairment: Use with caution; use with concomitant medications (e.g., strong CYP3A4 inhibitors); may increase Rivaroxaban plasma concentrations Kidney failure: Do not use Hepatic impairment: Association with coagulopathy; may lead to bleeding (8.7)." | | • Pediatrics: safety and effectiveness not established in patients less than 18 years of age. (8.4) *[Note: Tapentadol retained]* <br>• Severe Renal Impairment: Use with caution; use with concomitant medications (e.g., strong CYP3A4 inhibitors); may increase rivaroxaban plasma concentrations Kidney failure: Do not use. *[Reviewer Note: We will need to align with finalized full prescribing information revisions, if any.]* <br>• Hepatic impairment: Association with coagulopathy; may lead to bleeding. (8.7) |

## Highlights: Adverse Reactions—Call center name/number

…
**To report SUSPECTED ADVERSE REACTIONS, contact Ortho-McNeil-Janssen Pharmaceuticals, Inc. at 1-800-526-7736 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

| | | |
|---|---|---|
| 2-4-11Company name change: Karl Matthews, Janssen Identity Project, confirmed Xarelto could use the new company name "Janssen Pharmaceuticals, Inc." for the June/July 2011 launch. | • For PLR Format USPIs – the name of the "AE call center" in the Highlights section will be the **new company name** and the phone number 1-800-JANSSEN (1-800-526-7736) | **To report SUSPECTED ADVERSE REACTIONS, contact** ~~Ortho-McNeil~~-**Janssen Pharmaceuticals, Inc. at** 1-800-JANSSEN **(1-800-526-7736) or FDA at 1-800-FDA-1088 or** *www.fda.gov/medwatch.*  ⟶ [Formatted: No underline] |

4

2905274

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| **Afib Indications Full Prescribing Information** | | |
| XARELTO® (rivaroxaban) Tablets are indicated for the prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation. | | |
| • Inclusion of risk factors in the indication (worst case is >3, >2)<br>• limiting to ischemic stroke only instead of stroke<br>• NS: If asked to limit indication to those studied in ROCKET, we should first pursue general language before specifying CHADs scores. For example, we could simply convey that XARELTO is indication to prevent stroke and non-CNS systemic embolism in patients non-valvular Atrial Fibrillation who are at significant risk of stroke. | 4-15-11 Pradaxa afib and Xarelto EU SmPC: The CHMP adopted *a new indication* as follows: **"Prevention of stroke and systemic embolism in adult patients with nonvalvular atrial fibrillation with one or more of the following risk factors:** Previous stroke, transient ischemic attack, or systemic embolism (SEE) –Left ventricular ejection fraction < 40 % –Symptomatic heart failure, ≥ New York Heart Association (NYHA) Class 2 –Age ≥ 75 years –Age ≥ 65 years associated with one of the following: diabetes mellitus, coronary artery disease, or hypertension" | 2-4-11 Address "XARELTO® (rivaroxaban) Tablets are indicated for the prevention of stroke and non-CNS systemic embolism in patients non-valvular atrial fibrillation who are at moderate to high risk of stroke. (1)" |

**2 DOSAGE AND ADMINISTRATION**

The recommended dose of XARELTO® is 10 mg taken orally once daily with or without food *[see Clinical Pharmacology (12.3)]*. The initial dose should be taken at least 6 to 10 hours after surgery once hemostasis has been established. XARELTO® should be used with caution in patients with severe renal impairment (CrCl 15 to <30 mL/min). Use of XARELTO® is not recommended in patients with kidney failure (CrCl <15 mL/min) *[see Use in Specific Po9pulations (8.6) and Clinical Pharmacology (12.3)]*.

- For patients undergoing hip replacement surgery, treatment duration of 35 days is recommended.
- For patients undergoing knee replacement surgery, treatment duration of 14 days is recommended.

If a dose of XARELTO® is not taken at the scheduled time, the dose should be taken as soon as possible on the same day and continued on the following day with the once daily intake as recommended.

| | | |
|---|---|---|
| Consider alternative wording for "The initial dose should be taken at least 6 to 10 hours after surgery once hemostasis has been established (same as 14 Clinical Studies)." | CCDS states "within 6-10 hours". Protocol states "at least 6-8 hours" for dosing vs. " 6- to 10". The "6-10 hours" equals the real time given. The "6-8 hours" is specified in the protocol. Bayer: "6-10 hours" has been discussed extensively in the course of CCDS generation, data | The initial dose should be taken at least 6 to 10 8 hours after surgery once hemostasis has been established (same as 14 Clinical Studies) |

5

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140835

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| | should be available from clinical development. | |
| *Initial submission 2.1 Renal Impairment — NOT SUBMITTED IN CR USPI* | | |
| USPI:<br>1) Consider defining "used with caution use" when there is no dosage adjustment? Interval adjustment? PD monitoring? 3-20-09 Develop lower dose text for mild to moderate renal impairment PLUS concomitant administrations with moderate to strong CYP3A4 and P-gp inhibitors. | Note: 1-28-11 CR did not include 2.1 Renal Impairment.<br><br><br><br><br>Moderate:<br>3-26-09 GP: Would restrict caution use to severe alone and to moderate with 'CYP, not moderate alone. | 1-28-11 If needed, could add the renal impairment section back in as a separate subheading (see above.<br>**MILD:**<br>  "No dose adjustment is necessary in patients with mild (CrCl 50 to 80 mL/min) or moderate (CrCl 30 to <50mL/min) renal impairment *[see Clinical Pharmacology (12.3)]*."<br><br>**MODERATE**<br>1) "No dose adjustment is necessary in patients with mild (CrCl 30 to <50 mL/min) or moderate (CrCl 30 to <50mL/min) renal impairment *[see Clinical Pharmacology (12.3)]*."<br><br>2) **Use with caution:** "XARELTO® should be used with caution in patients with moderate renal impairment (CrCl 30 to <50 mL/min) [see Clinical Pharmacology (12.3)]."<br><br>**SEVERE**<br>**No low dose:**<br>1) "XARELTO® should be used with caution in patients with severe renal impairment (CrCl 15 to <30 mL/min) *[see Clinical Pharmacology (12.3)]*<br><br>2) **Not recommended:** "XARELTO® 10 mg is not recommended in patients with severe renal impairment (CrCl 15 to <30 mL/min) *[see Clinical Pharmacology (12.3)]*."<br><br>3) **Contraindicated:** XARELTO® 10 mg is contraindicated in patients with severe renal impairment (CrCl 15 to <30 mL/min) *[see Clinical Pharmacology (12.3)]*. |

Formatted: Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at:  0" + Tab after:  0.25" + Indent at:  0.25"

Formatted: Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at:  0" + Tab after:  0.25" + Indent at:  0.25"

Formatted: Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at:  0" + Tab after:  0.25" + Indent at:  0.25"

Formatted: Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at:  0" + Tab after:  0.25" + Indent at:  0.25"

Formatted: Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at:  0" + Tab after:  0.25" + Indent at:  0.25"

6

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

2905274

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| | | **IF lower dose is required, move this option up prior to contraindication:** "XARELTO® 5 mg is recommended in patients with severe renal impairment (CrCl 15 to <30 mL/min) *[see Clinical Pharmacology (12.3)]*. XARELTO® 5mg has not been investigated in Phase 3 clinical studies."<br><br>**RENAL FAILURE**<br>1) "Use of XARELTO® is not recommended in patients with kidney failure (CrCl <15 mL/min) *[see Use in Specific Populations (8.6) and Clinical Pharmacology (12.3)]*." |
| 2)  10-1-08 FDA Filing Letter: FDA Project Manager revised the CYP3A4 con meds cautionary text to be placed under "Severe renal impairment". Monitor placement from moderate to severe impairment.<br><br>Moved  initial submission sub section "**MODERATE RENAL IMPAIRMENT PLUS MODERATE TO STRONG CYP3A4**" to 8.6 | | 2) **Contraindicated:** "XARELTO® is contraindicated in patients with kidney failure (CrCl <15 mL/min) *[see Contraindications (4), Use in Specific Populations (8.6) and Clinical Pharmacology (12.3)]*." |
| *Initial submission 2.2 Hepatic Impairment* -- *NOT SUBMITTED IN CR USPI* | | |
| Initial submission included 2.2 Hepatic Impairment subsection stating:<br>"No dose adjustment is necessary in patients with mild hepatic impairment.<br><br>XARELTO™ is contraindicated in patients with hepatic disease associated with coagulopathy leading to a clinically relevant bleeding risk *[see Contraindications (4) and Clinical Pharmacology (12.3)]*."<br><br>a)  EMEA cautioned use in cirrhotic patients with moderate hepatic impairment, if not associated with coagulopathy. Should this be considered for the USPI? Consider development of text in patients with mild (Child-Pugh A), moderate (Child-Pugh B) and severe (Child-Pugh C) hepatic impairment. | Note: 1-28-11 CR did not include 2.2 Hepatic Impairment.<br><br>·   EMEA wording:<br>*Hepatic impairment*<br>Xarelto is contraindicated in patients with hepatic disease associated with coagulopathy and clinically relevant bleeding risk (see sections 4.3 and 5.2). Xarelto may be used with caution in cirrhotic patients with moderate hepatic impairment (Child Pugh B) if it is not associated | 1-28-11 **Keep 2.2 Hepatic Impairment subsection wording in case of need** to add the hepatic impairment section back in as a separate subheading stating:<br>"No dose adjustment is necessary in patients with mild hepatic impairment.<br><br>XARELTO® is contraindicated in patients with hepatic disease associated with coagulopathy leading to a clinically relevant bleeding risk *[see Contraindications (4) and Clinical Pharmacology (12.3)]*."<br><br>**MILD (CHILD-PUGH A)**<br>•  **Caution:** "XARELTO® should be used with |

7

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140837

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| | with coagulopathy (see sections 4.4 and 5.2).<br><br>2 Pradaxa SPC states: "Patients with elevated liver enzymes >2 ULN were excluded in clinical trials. Therefore, use of Pradaxa is not recommended in this population (see 4.4 and 5.2) ALT should be measured as part of the standard pre-op evaluation (see 4.4). | caution in patients with mild hepatic impairment (without or with Child-Pugh A classification) *[see Clinical Pharmacology (12.3)]*."<br><br>• **Not recommended:** "XARELTO® is not recommended in patients with mild hepatic impairment (without or with Child-Pugh A classification) *[see Clinical Pharmacology (12.3)]*."<br><br>**MODERATE (CHILD-PUGH B)**<br>**Contraindicated:** "XARELTO® is contraindicated in patients with hepatic disease (without or with Child-Pugh Class B) associated with coagulopathy and a clinically relevant bleeding risk *[see Contraindication (4) and linical Pharmacology (12.3)]*.<br><br>**Caution:** "XARELTO® may be used with caution in cirrhotic patients with moderate hepatic impairment (without or with Child Pugh B classification) if it is not associated with coagulopathy *[see Clinical Pharmacology (12.3)]*."<br><br>**Not recommended:** "XARELTO® is not recommended in patients with moderate hepatic impairment (without or with Child-Pugh B classification) if it is not associated with coagulaopathy *[see Clinical Pharmacology (12.3)]*."<br><br>**Contraindicated:** "XARELTO® is contraindicated in patients with moderate hepatic impairment (without or with Child-Pugh B classification) if it is not associated with coagulaopathy *[see Contraindications (4) and Clinical Pharmacology (12.3)]*."<br><br>**Severe (Child-Pugh C)**<br>XARELTO® is contraindicated in patients with severe hepatic impairment (without or |

8

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

2905274

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| | | with Child-Pugh C classification) *[see Contraindications (4) and Clinical Pharmacology (12.3)]*. |

9

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140839

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|

# 2 DOSAGE AND ADMINISTRATION—AFIB

## 2.1 Recommended Dosage

For patients with creatinine clearance (CrCl) >50 mL/min, the recommended dose of XARELTO® is 20 mg taken orally once daily with food. For patients with moderate renal impairment (CrCl 30 to <50 mL/min), the recommended dose is 15 mg once daily with food. XARELTO® should be used with caution in patients with severe renal impairment (CrCl 15 to <30 mL/min). Use of XARELTO® is not recommended in patients with kidney failure (CrCl <15 mL/min) [see Use in Specific Populations (8.6) and Clinical Pharmacology (12.3)].

In general, anticoagulant therapy should be continued as long as atrial fibrillation and associated risks of stroke and systemic embolism remain.
…

## 2.2 Converting from or to Warfarin

When converting patients from warfarin to XARELTO, discontinue warfarin and start XARELTO when the international normalized ratio (INR) is below 3.0. When converting warfarin patients to XARELTO, INR values will be falsely elevated after the intake of XARELTO. The INR is not valid to measure the anticoagulant activity of XARELTO, and therefore, should not be used [see Clinical Pharmacology (12.2)].

In patients who are switching from XARELTO to wafarin, warfarin should be given concurrently with XARELTO for two days using standard warfarin dosing. The INR should be measured **only immediately prior** to administration of the XARELTO dose beginning on Day 3 and daily thereafter, until the INR ≥2.0. XARELTO should be stopped once the INR is ≥2.0.

## 2.3 Converting from or to Anticoagulants Other Than Warfarin

For patients currently receiving an anticoagulant other than warfarin, start XARELTO 0 to 2 hours prior to the next scheduled administration of the drug (e.g., low molecular weight heparin or non-warfarin oral anticoagulant) and omit the next regularly scheduled administration of the non-warfarin anticoagulant. For a continuously administered parenteral drug (e.g., intravenous unfractionated heparin), stop the infusion of the parenteral drug and start XARELTO at the same time.

For patients currently taking XARELTO and transitioning to an anticoagulant other than warfarin, discontinue XARELTO and give the first dose of the non-warfarin anticoagulant (oral or parenteral) at the time that the next XARELTO dose would be taken [see Clinical Pharmacology (12.3)].

## 2.4 Surgery and Intervention

If clinically warranted in the setting of surgical intervention and based on clinical judgment, if invasive or surgical intervention is required, XARELTO® should be stopped at least 24 hours before the intervention, if possible. In deciding if the procedure can be delayed, the increased risk of bleeding should be assessed against the urgency of intervention.

XARELTO® should be restarted after the invasive procedures or surgical intervention as soon as possible provided the clinical situation allows and adequate hemostasis has been established [see Clinical Pharmacology (12.3)].

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

2905274

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| 3-8-11 EU SmPC VTE treatment Rapporteur's Day 80 Critical Assessment Report, Overview and LOQ addressed:<br><br>• duration,<br>• renal/hepatic impairment dosing may need to be changed<br>• monitoring renal function in patients at risk for deterioration of renal function to a degree that would warrant dose reduction or treatment cessation, e.g. due to increased age, should be included . | 3-8-11 Duration of therapy: Rapporteur revision from from "Therapy should be continued as long as the risk for VTE persists (see section 5.1)" to "**The duration of therapy should be individualized after careful assessment of the risk for venous thromboembolism and bleeding risks. The experience from treatment with Xarelto for more than 12 months is limited."** | 3-4-11 Strategy, Ad Comm, other conversions to consider? Get Todd involved. Some assumptions on riva clearance, onset of warfarin, simulations, rationale: difficult. Assume optimal warfarin administration, Clin PK, switching study? (enox to riva), onset of action riva/warf data from ROCKET.<br><br>**2.2 Converting from or to Warfarin and 2.3 Converting from or to Anticoagulantsother Than Warfarin**<br>4-13-11 LRC approved new recommendation as stated above. Sharing with Bayer.<br><br>4-15-11 Re: EU LOQ:<br>• Duration: no change or contingency for USPI<br>• Renal/hepatic impairment: Todd: appropriate dose of **severe** renal impairment. Offer a lower **15mg dose**, if needed vs proactively. Mod/severe similar exposure/PK parameters in Phase 1 study.<br>• Monitoring Renal function: look at previous ORS contingencies/arguments/rational. Periodic monitoring (annual?) Clinical trial guidance? Patients at risk = this equals std of care. We don't teach MDs in USPI. Probably no revision in USPI. |
| | | |

**4 CONTRAINDICATIONS**

XARELTO™ is contraindicated in patients with:

• active pathological bleeding*[see Warnings and Precautions (5.2)]*

• hepatic disease associated with coagulopathy leading to a clinically relevant bleeding risk *[see Clinical Pharmacology (12.3)]).*

| | | |
|---|---|---|
| • Align Contraindication with resulting D&A text re: renal and hepatic impairment<br><br>Post 4-15-11 mtg Pradaxa afib: The CHMP adopted a change to a | Note: 1-28-11 CR did not include "pregnancy or breastfeeding. | See D&A 2.1 and 2.2 options<br>XARELTO® is contraindicated in patients with:<br>• severe bleeding *[see Warnings and Precautions (5.2)]* |

11

HIGHLY PROTECTED INFORMATION<br>SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140841

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| *contraindication* as follows: For information, the full contraindication(s) for Pradaxa will be as follows3:<br>--Hypersensitivity to the active substance or to any of the excipients<br>--Patients with severe renal impairment (CrCL < 30 ml/min)<br>--Active clinically significant bleeding<br>--Organic lesion at risk of bleeding<br>--Spontaneous or pharmacological impairment of haemostasis<br>--Hepatic impairment or liver disease expected to have any impact on survival<br>--Concomitant treatment with systemic ketoconazole, **cyclosporine, itraconazole and tacrolimus (see section 4.5)** | | • active bleeding *[see Warnings and Precautions (5.2)]*<br>• pregnancy or breast-feeding *[see Use in Specific Populations (8.1, 8.3)]*<br>2-4-11 If mandated by FDA to contraindicate concomitant use with strong inhibitors of both CYP3A4 and P-gp and/or hypersensitivity, accept CI and state: "XARELTO® is contraindicated in:<br>• With active pathological bleeding *[see Warnings and Precautions (5.2)]*<br>• With hepatic disease associated with coagulopathy leading to a clinically relevant bleeding risk *[see Clinical Pharmacology (12.3)]*<br>• Receiving XARELTO® 15 mg or 20 mg with concomitant strong inhibitors of both CYP3A4 and P-gp*[see Warnings and Precautions (5.2)]*<br>• With hypersensitivity *[see Adverse Reactions (6.1)]* |

## 5.2 Risk of Bleeding

XARELTO® increases the risk of bleeding and can cause serious and, sometimes, fatal bleeding. Risk factors for bleeding include, the use of drugs that increase the risk of bleeding in general [e.g., anti-platelet agents, heparin, fibrinolytic therapy, and chronic use of non-steroidal anti-inflammatory drugs (NSAIDS)], and labor and delivery. Promptly evaluate any signs or symptoms of blood loss (e.g., a drop in hemoglobin and/or hematocrit or hypotension).

| | | |
|---|---|---|
| 2-18-11 Medical conditions like CCDS—add back in? | | 1-28-11 Could retain the Concomitant Med Conditions if FDA asks to reinstate.<br><br>*Post 4-23-09 LRC Meeting: Revise Concomitant Medical Conditions to state:*<br>**"Concomitant Medical Conditions**<br>Like other anticoagulants, XARELTO® may be associated with an increased risk of occult or overt bleeding from any tissue or organ. The signs, symptoms, and severity (including possible fatal outcome) will vary according to the location and degree or extent of the bleeding. The bleeding risk may be increased in certain patient groups (e.g., with certain medical conditions as listed below and/or on |

12

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

2905274

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| | | concomitant medications affecting hemostasis) *[see Warnings and Precautions (5.2,–5.3)]*. XARELTO® should be used with caution in patients with an increased bleeding risk such as:<br>• congenital or acquired bleeding disorders<br>• active ulcerative gastrointestinal disease<br>• recent intracranial or intracerebral hemorrhage<br>• shortly after brain, spinal or ophthalmological surgery<br>• intraspinal or intracerebral vascular abnormalities<br>• uncontrolled severe arterial hypertension<br>• recent gastrointestinal ulcerations<br>• vascular retinopathy<br>Patients with decreased renal or hepatic function may be at increased risk of bleeding *[see Dosage and Administration (2.1, 2.2),* Use in Specific Populations *(8.6, 8.7)* and Clinical Pharmacology *(12.3)]*.<br><br>Hemorrhagic complications may present as weakness, asthenia, paleness, dizziness, headache, or unexplained swelling. Therefore, the possibility of a hemorrhage is to be considered in evaluating the condition of any anticoagulated patient. Any unexplained fall in hemoglobin or blood pressure should lead to a search for a bleeding site." |

**5.3 Effect of Strong Inhibitors of Both CYP3A4 and P-glycoprotein on Rivaroxaban Exposure**

The concomitant use of XARELTO® with strong inhibitors of both CYP3A4 and P-gp (e.g., ketoconazole, ritonavir) increases exposure to rivaroxaban (160% on average) and is not recommended *[see Clinical Pharmacology (12.3)]*.

| Issue | Comments | Options |
|---|---|---|
| USPI:<br>a) Assess whether "not recommended" will evolve into a contraindication. 3-20-09 Develop lower dose text for concomitant administration with strong CYP3A4 and P-gp inhibitors. | a) Health Canada contraindicated "Concomitant systemic treatment with strong CYP3A4 and p-gp (see WARNINGS AND PRECAUTIONS— | IF a decision to develop a lower dose is made for ORS (5mg) or Afib (10mg):<br><br>1) **5mg (or 10 mg for Afib):** "XARELTO® 5mg once daily is recommended in patients receiving concomitant systemic treatment with strong inhibitors of both CYP3A4 and P-gp (e.g., ~~azole antimycotic~~ ketoconazole, ~~HIV~~ |

13

HIGHLY PROTECTED INFORMATION<br>SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140843

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| | General) <br><br> Can we consider just stating "ketoconazole" or "ritonavir"? <br><br> b)   See EMEA negotiations 6/08. my understanding is, that the company position is still unchanged, F Misselwitz from clin dev should confirm | protease inhibitor ritonavir). These active substances may increase rivaroxaban plasma concentrations (160% on average) to a clinically relevant degree, which may lead to an increased bleeding risk *[see Dosage and Administration (2.1) and Drug Interactions (7.1)]*. XARELTO® 5mg has not been investigated in Phase 3 clinical studies. <br><br> 2) **Contraindicated:** "XARELTO® is contraindicated in patients receiving concomitant systemic treatment with strong inhibitors of both CYP3A4 and P-gp (e.g., azole antimycotic ketoconazole, HIV protease inhibitor ritonavir). These active substances may increase rivaroxaban plasma concentrations (160% on average) to a clinically relevant degree, which may lead to an increased bleeding risk *[see Contraindications (4) and Drug Interactions (7.1)]*." <br><br> **If there is no lower dose available:** <br> 1)   **Contraindicated:** "XARELTO® is contraindicated in patients receiving concomitant systemic treatment with strong inhibitors of both CYP3A4 and P-gp (e.g., azole antimycotic ketoconazole, HIV protease inhibitor ritonavir). These active substances may increase rivaroxaban plasma concentrations (160% on average) to a clinically relevant degree, which may lead to an increased bleeding risk *[see Contraindications (4) and Drug Interactions (7.1)]*." <br><br> 2)   **Develop a 5mg tablet post-approval:** "XARELTO® 5mg once daily is recommended in patients receiving concomitant systemic treatment with strong inhibitors of both CYP3A4 and P-gp (e.g., azole-antimycotic ketoconazole, HIV protease inhibitor ritonavir). |

> **Formatted:** Numbered + Level: 1 + Numbering Style: a, b, c, … + Start at: 1 + Alignment: Left + Aligned at: 0" + Tab after: 0.25" + Incent at: 0.25"

14

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| | | These active substances may increase rivaroxaban plasma concentrations (160% on average) to a clinically relevant degree, which may lead to an increased bleeding risk *[see Dosage and Administration (2.1) and Drug Interactions (7.1)]*. XARELTO® 5mg has not been investigated in Phase 3 orthopedic replacement surgery clinical studies." |
| **Will we need to add a new 5.4 Laboratory Test section like Lovenox? Pradaxa USPI does not have this section.** Lovenox USPI 5.9: "Periodic complete blood counts, including platelet count, and stool occult blood tests are recommended during the course of treatment with Lovenox. When administered at recommended prophylaxis doses, routine coagulation tests such as Prothrombin time (PT) and Activated Partial Thromboplastin Time (aPTT) are relatively insensitive measures of Lovenox activity and, therefore, unsuitable for monitoring. Anti-Factor Xa may be used to monitor the anticoagulant effect of Lovenox in patients with significant renal impairment. If during Lovenox therapy abnormal coagulation parameters or bleeding should occur, anti-Factor Xa levels may be used to monitor the anticoagulant effects of Lovenox *[see Clinical Pharmacology (12.3)]*.<br><br>**Arixtra USPI**: When administered at the recommended doses, routine coagulation tests such as Prothrombin Time (PT) and Activated Partial Thromboplastin Time (aPTT) are relatively insensitive measures of ARIXTRA activity and, therefore, unsuitable for monitoring.  The anti-Factor Xa activity of fondaparinux sodium can be measured by anti-Xa assay using the appropriate calibrator (fondaparinux). Since the international standards of heparin or LMWH are not appropriate calibrators, the activity of fondaparinux sodium is expressed in milligrams (mg) of the fondaparinux and cannot be compared with activities of heparin or low molecular weight heparins (see CLINICAL PHARMACOLOGY: Pharmacodynamics and Pharmacokinetics and WARNINGS: Laboratory Testing). | | |
| Only if section is requested, consider modifying significantly without stool occult blood test and PT is not insensitive.<br><br>**Canada Label:**<br>**Monitoring and Laboratory Tests**<br>*Prothrombin and activated Partial Thromboplastin Time*<br>XARELTO, at recommended doses, prolongs several global (prothrombin time, activated partial thromboplastin time, Heptest®) and specific (inhibition of factor Xa activity) clotting tests. Prothrombin time (PT) is influenced by XARELTO in a dose-dependent way if Neoplastin® is used for the assay. In patients undergoing elective total hip replacement or total knee replacement surgery, the 5/95 percentiles for PT (Neoplastin®) 2 to 4 hours after tablet intake (ie, at the time of maximum effect) ranged from 13 to 25 sec. In case of excessive doses, the PT is expected to be outside of this range.<br><br>Although the activated partial thromboplastin time (aPTT) and | We deleted as it was teaching info.<br>4-8-09 PB: We do not have data relating PT prolongation to bleeding risk [AT: we did look at the relationship between PT and bleeding, but could not identify a threshold predictive for bleeding.] or guidance around when to stop therapy. More for medical emergency information rather than a dosing guide. | 1) **Defend not having any laboratory monitoring statement.**<br><br>2) If needed:<br>a)"Routine monitoring of coagulation parameters is not required with XARELTO® use. If assessment of the pharmacodynamic effect of rivaroxaban is considered necessary in individual cases, PT (measured in seconds) is recommended.  *[see Clinical Pharmacology (12.2)].*"<br><br>b) Routine monitoring of coagulation parameters is not required with XARELTO® use. In case of a suspected overdose, measurement of PT (measured in seconds) could be considered.<br><br>*Post 4-23-0 LRC meeting, proactively add a new 5.4 Laboratory Tests section and state: "Routine* |

15

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| HepTest® are also both prolonged dose-dependently, neither test is recommended for the assessment of the pharmacodynamic effects of XARELTO. Similarly, antifactor Xa activity as well as inhibition of factor Xa activity are influenced by XARELTO but, as for aPTT and Heptest®, neither test is recommended to follow the effects of XARELTO (see **ACTION AND CLINICAL PHARMACOLOGY -Pharmacodynamics**).<br><br>**EU SPC**<br>*Pharmacodynamic effects*<br>Dose-dependent inhibition of Factor Xa activity was observed in humans. Prothrombin time (PT) is influenced by rivaroxaban in a dose dependent way with a close correlation to plasma concentrations (r value equals 0.98) if Neoplastin is used for the assay. Other reagents would provide different results. The readout for PT is to be done in seconds, because the INR (International Normalized Ratio) is only calibrated and validated for coumarins and cannot be used for any other anticoagulant. In patients undergoing major orthopaedic surgery, the 5/95 percentiles for PT (Neoplastin) 2 - 4 hours after tablet intake (i.e. at the time of maximum effect) ranged from 13 to 25 s (baseline values before surgery 12 to 15s).<br><br>The activated partial thromboplastin time (aPTT) and HepTest are also prolonged dose-dependently; however, they are not recommended to assess the pharmacodynamic effect of rivaroxaban. Anti-Factor Xa activity is also influenced by rivaroxaban; however, no standard for calibration is available.<br><br>There is no need for monitoring of coagulation parameters during treatment with rivaroxaban in clinical routine.<br><br>3-8-11 EU SmPC VTE treatment Rapporteur's Day 80 Critical Assessment Report, Overview and LOQ addressed "There is no need for monitoring of coagulation parameters during treatment with rivaroxaban in clinical routine.:<br>4-18-11 Bayer DVT meeting: aPTT monitoring?Exposure markets are not sensitive enough to predict risk of bleeding, not subgroups identified, monitoring doesn't help. No revision to SmPC except to add aPTT seconds range in 5.1 and 4.8. Dagmar to draft for PK section. | 3-8-11 SmPC statement should be amended: Monitoring of coagulation parameters should be considered in situation of bleedings or perceived increased bleeding risk More firm recommendation on how this can be performed in | monitoring of coagulation parameters is not required with XARELTO® use. Prothrombin time measurements were done in the REgulation of Coagulation in ORthopedic Surgery to Prevent DVT and PE (RECORD) clinical studies, but were not predictive of bleeding risk. XARELTO® prolongs several global (prothrombin time, activated partial thromboplastin time, Heptest®) and specific (inhibition of factor Xa activity) clotting tests *[see Clinical Pharmacology (12.2)]."*<br><br>1/28/11 Readdress: Add Afib or delete RECORD.<br>a) "Routine monitoring of coagulation parameters is not required with XARELTO® use. Prothrombin time measurements were done in the REgulation of Coagulation in ORthopedic Surgery to Prevent DVT and PE (RECORD) clinical studies, but were not predictive of bleeding risk XARELTO® prolongs several global (prothrombin time, activated partial thromboplastin time, Heptest®) and specific (inhibition of factor Xa activity) clotting tests *[see Clinical Pharmacology (12.2)]."*<br>b) "Routine monitoring of coagulation parameters is not required with XARELTO® use. Prothrombin time measurements were done in the RECORD and ROCKET clinical studies, but were not predictive of bleeding risk. XARELTO® prolongs several global (prothrombin time, activated partial thromboplastin time, Heptest®) and specific (inhibition of factor Xa activity) clotting tests *[see Clinical Pharmacology (12.2)]."* |

16

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140846

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| 4-15-11 Maybe address in EU in extended target pop (Afib/VTE Trt), not US. No requirement in Pradaxa for recent example. PT—needs specific reagent, variability of reagents makes it difficult. See how Bayer responds in EU and then evaluate during ORS labeling discussions. | clinical routine is requested. | |

## 6 ADRs

XARELTO® was studied in 12,383 patients (6183 XARELTO™-treated, 6200 enoxaparin-treated patients) in the Phase 3 REgulation of Coagulation in Orthopedic Surgery to Prevent DVT and PE (RECORD) 1, 2, 3 and 4 studies.

Patients received XARELTO® 10 mg orally once daily and the mean duration of exposure was 11.8 days in the total knee replacement (RECORD 3 and 4) studies and 33.4 days in the total hip replacement (RECORD 1 and 2) studies. Overall, the mean age of the patients studied in the XARELTO® group was 64 years, 60% were female and 79% were Caucasian. Forty-four percent (2746) of patients underwent knee replacement surgery and 56% (3437) underwent hip replacement surgery.

Throughout this section, adverse drug reactions (ADRs) are reported. Adverse drug reactions are adverse events that were considered to be reasonably associated with the use of XARELTO® based on the comprehensive assessment of the available adverse event information. A causal relationship for XARELTO® often cannot be reliably established in individual cases. Furthermore, because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice. Adverse drug reactions are presented within each frequency grouping and system organ classes.

### _Drug Discontinuations in RECORD_

The overall frequency of permanent discontinuation of study drug due to adverse events was lower for XARELTO® (3.7%) than for enoxaparin (4.7%) primarily due to lower frequencies of DVT (0.3% vs. 0.6%) and PE (0.2% vs. 0.4%), respectively. The frequency of any bleeding ADR leading to discontinuation was 0.8% in the XARELTO® group and 0.6% in the enoxaparin group. The two most frequent bleeding ADRs leading to discontinuation were operative hemorrhage (0.1%) and hematuria (0.1%). The two most common reasons for discontinuation due to non-bleeding ADRs were nausea (0.1%) and vomiting (0.1%).

| | | |
|---|---|---|
| 1-28-11 When combining all of the indications, format Section 6 with an introduction of the ADR definition paragraph followed by 6.1 ORS, 6.2 Afib, 6.3 Medically Ill, 6.4 ACS, 6.5 VTE treatment etc? 2-4-11 Yes, keep indications separate. Readdress this section and make it similar to the afib indication. | | 2-4-11 Minimize text as follows: "Patients received XARELTO® 10 mg orally once daily and the mean duration of exposure was 11.8 days in the total knee replacement (RECORD 3 and 4) studies and 33.4 days in the total hip replacement (RECORD 1 and 2) studies. Overall, the mean age of the patients studied in the XARELTO® group was 64 years, 60% were female and 79% were Caucasian. Forty-four percent (2746) of patients underwent knee replacement surgery and 56% (3437) underwent hip replacement surgery. |

17

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| | | Throughout this section, adverse drug reactions (ADRs) are reported. Adverse drug reactions are adverse events that were considered to be reasonably associated with the use of XARELTO[®] based on the comprehensive assessment of the available adverse event information. A causal relationship for XARELTO[®] often cannot be reliably established in individual cases. Furthermore, because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice. Adverse drug reactions are presented within each frequency grouping and system organ classes. |
| | | *Drug Discontinuations in RECORD* |
| | | The overall frequency/incidence rates of permanent discontinuation of study drug due to adverse events/reactions was lower for XARELTO[®] (3.7%) than for enoxaparin (4.7%) primarily due to lower frequencies of DVT (0.3% vs. 0.6%) and PE (0.2% vs. 0.4%), respectively. The frequency of any bleeding ADR leading to discontinuation was 0.8% in the XARELTO[®] group and 0.6% in the enoxaparin group. The two most frequent bleeding ADRs leading to discontinuation were operative hemorrhage (0.1%) and hematuria (0.1%). The two most common reasons for discontinuation due to non-bleeding ADRs were nausea (0.1%) and vomiting (0.1%). |
| a)   2008 Recent project experience, provide FDA with:<br>  • Provide a table #4 of TEAEs for the most common events similar to Lovenox and Arixtra? Whole integers in the tables. When an incidence was <0.5, <1 was used.<br><br>b) Re:  FDA's 12/12/08 and 1/12/09  (ALT>3 ULN and maximum TB>2 ULN ) request for additional info, consider adding AST/ALT paragraph. | **From BB 6.5 Safety Summary**<br>…The incidence of the combined ALT > 3x ULN with TB > 2x ULN abnormality was similar on rivaroxaban(0.15%) and enoxaparin (0.11%) in the RECORD studies. In ongoing, longer term studies in indications other than the prophylaxis of DVT and PE in patients undergoing THR or TKR | a) See Appendix A. Adjust percentages in tables to nearest integer, if requested, and when less than 0.5%, indicated as <1%.<br><br>b) **If required to address combined ALT/TB:**<br><br>  • The incidence of ALT >3x the upper limit of normal (ULN) concurrent with a total |

18

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140848

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| **Arixtra USPI:**<br>**Elevations of Serum Aminotransferases:** In the peri-operative prophylaxis randomized clinical trials of 7 = 2 days asymptomatic increases in aspartate (AST [SGOT]) and alanine (ALT [SGPT]) aminotransferase levels greater than 3 times the upper limit of normal of the laboratory reference range have been reported in 1.7% and 2.6% of patients, respectively, during treatment with ARIXTRA 2.5 mg Injection versus 3.2% and 3.9%, of patients, respectively, during treatment with enoxaparin sodium 30 mg every 12 hours or 40 mg once daily enoxaparin sodium. Such elevations are fully reversible and are rarely associated with increases in bilirubin. In the extended prophylaxis clinical trial no significant differences in aspartate (AST [SGOT]) and alanine (ALT [SGPT]) aminotransferase levels between ARIXTRA 2.5 mg Injection and placebo treated patients were observed.<br><br>In the DVT and PE treatment clinical trials asymptomatic increases in aspartate (AST [SGOT]) and alanine (ALT [SGPT]) aminotransferase levels greater than 3 times the upper limit of normal of the laboratory reference range have been reported in 0.7% and 1.3% of patients, respectively, during treatment with the ARIXTRA injection treatment regimen. In comparison, these increases have been reported in 4.8% and 12.3%, of patients, respectively, in the DVT treatment trial during treatment with enoxaparin sodium 1 mg/kg every 12 hours, and in 2.9% and 8.7%, of patients, respectively, in the PE treatment trial during treatment with aPTT adjusted heparin.<br><br>Since aminotransferase determinations are important in the differential diagnosis of myocardial infarction, liver disease, and pulmonary emboli, elevations that might be caused by drugs like ARIXTRA should be interpreted with caution.<br><br>**Pradaxa SPC** has a "Table 3: ALT findings the following laboratory chemistry" stating total rates of Alaninine aminotransferase increased 3 xULN<br><br>**Lovenox USPI ADR section 6:**<br>**Elevations of Serum Aminotransferases** | surgery, there is no evidence of drug induced liver injury involving rivaroxaban. Specifically, in unblinded ongoing study ATLAS ACS TIMI 46 the incidence of ALT > 3x ULN on rivaroxaban (3.7%) was similar to placebo (4.6%). In the ongoing EINSTEIN DVT/PE studies, the incidence of ALT > 3x ULN was lower with rivaroxaban (1.41%) compared to enoxaparin/VKA (3.42%). Based on the totality of data, that includes the shorter duration RECORD studies and the longer duration, ongoing studies, the potential for drug induced liver injury with rivaroxaban appears to be low. | bilirubin (TB) >2x ULN of the laboratory reference range was similar in patients receiving XARELTO® (0.11%) and enoxaparin (0.11%).<br><br>If required to address ALT abnormalities at **higher thresholds**:<br><br>• The incidence of ALT >8x ULN was similar in patients receiving XARELTO® (0.29%) and enoxaparin (0.33%).<br><br>If required to add a **general** statement about ALT/TB:<br><br>• Patients experiencing an ALT >3x ULN concurrent with a total bilirubin >2x ULN have been infrequently reported in clinical trials. Cases have been observed in both the XARELTO® and comparator groups with similar rates.<br><br>If required to add a **general introductory** ALT/TB statement:<br><br>There are multiple reasons for ALT and/or TB elevations in the perioperative, orthopedic surgical setting (e.g. anesthetic agents, heart/liver ischemia, and blood transfusions, etc). Consequently, liver chemistry test elevations in association with anticoagulant use such as XARELTO should be interpreted with caution. |

19

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| Asymptomatic increases in aspartate (AST [SGOT]) and alanine (ALT [SGPT]) aminotransferase levels greater than three times the upper limit of normal of the laboratory reference range have been reported in up to 6.1% and 5.9% of patients, respectively, during treatment with Lovenox. Similar significant increases in aminotransferase levels have also been observed in patients and healthy volunteers treated with heparin and other low molecular weight heparins. Such elevations are fully reversible and are rarely associated with increases in bilirubin.<br><br>Since aminotransferase determinations are important in the differential diagnosis of myocardial infarction, liver disease, and pulmonary emboli, elevations that might be caused by drugs like Lovenox should be interpreted with caution. | | |

20

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140850

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| **12-22-10 AFIB: See Appendix D for full section including tables**<br><br>**6 ADVERSE REACTIONS**<br>**6.1 Commonly-Observed Adverse Drug Reactions in Double-Blind Controlled Clinical Studies**<br><br>The ROCKET AF study provided safety information of XARELTO® and warfarin [see Clinical Studies (14)]. The numbers of patients receiving at least one dose of study drug and their exposures are described in Table 1.<br>Table 1:    Summary of Treatment Exposure in ROCKET AF<br><br>Because clinical trials are conducted under widely varying conditions, adverse reactions rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice. A causal relationship for XARELTO cannot be reliably established in individual cases.<br><br>Drug Discontinuation in ROCKET AF<br>The overall incidence rates of treatment-emergent adverse reactions leading to permanent treatment discontinuation were 4.64% for XARELTO® and 3.99% for warfarin. The most frequent adverse reactions leading to discontinuation of XARELTO® compared to warfarin were bleeding events (4.37% vs. 3.85%, respectively).<br><br>Bleeding [see Warnings and Precautions (5.1)]<br>Table 2 shows the number of patients experiencing adjudicated bleeding event endpoints during the treatment period in the ROCKET AF study, with the bleeding rate per 100 patient-years (%). The principal safety outcome was the composite of major and non-major clinically relevant bleeding events. Major bleeding was defined as clinically overt bleeding associated with the following: a decrease in hemoglobin of 2g/dL or more, or; a transfusion of 2 or more units of packed red blood cells or whole blood, or; bleeding at a critical site; or a fatal outcome. Non-major clinically relevant bleeding was defined as overt bleeding that did not meet the criteria for major bleeding, but was associated with medical intervention, unscheduled contact (visit or telephone call) with a physician, temporary or permanent cessation of study treatment, or associated with discomfort for the subject such as pain or impairment of activities of daily life.<br>**Table 2:Bleeding Events (per 100 Patient-Years)**<br><br>The increases in major bleeding events with XARELTO® in the categories of hemoglobin drop and/or transfusion were primarily from the gastrointestinal tract.<br><br>Nonbleeding ADRs (reported by ≥1% of patients receiving XARELTO® compared to warfarin) were nausea (2.73% vs. 2.15%), syncope (1.83% vs. 1.52%) and vomiting (1.60% vs. 1.56%), respectively.<br><br>*ADRS from other clinical trials*: In other clinical trials with XARELTO®, vascular pseudoaneurysm formation has been reported following percutaneous intervention.<br><br>*Liver function tests*: In the ROCKET AF study the incidence of ALT >3xULN was 2.91% (203/6979) with XARELTO® and 2.90% (203/7008) with warfarin. Rare cases (7 XARELTO® vs. 4 warfarin cases) of ALT >8xULN were considered probably related to study drug. In none of these cases was there progression to more severe liver injury after discontinuation. Of note, the overall incidence of ALT elevations greater than 8xULN (and at other thresholds) was balanced between treatment groups. The incidence of combined ALT >3xULN with total bilirubin >2xULN cases was comparable for XARELTO® 0.47% (33/6980) and warfarin 0.50% (35/7012). | | |

21

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140851

Case 2:14-md-02592-EEF-MBN Document 7948-58 Filed 11/03/17 Page 23 of 95

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|-------|----------|---------|
|       |          |         |
|       |          |         |
|       |          |         |
|       |          |         |

22

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140852

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| 2-4-11 LFTs?<br><br>Nonbleeding ADRs (reported by ≥1% of patients receiving XARELTO® compared to warfarin) were nausea (2.73% vs. 2.15%), syncope (1.83% vs. 1.52%) and vomiting (1.60% vs. 1.56%), respectively. 2-4-11 FDA could ask for a table with a different cut-off—accept.<br><br>4-8-11 ALT >8 ULN? Based on the statement below, it appears that the Office of Surveillance and Epidemiology (OSE) is evaluating liver data for both the NDA 22,406 CR and AFib NDA 202,439 submissions simultaneously.  *Due to fast approaching timelines in both DCRP and DHP, please provide this information to FDA no later than COB Friday, 29 April 2011.*<br><br>4-18-11 FDA Project Manager insists the verbatim statement begin the section, not just precedes the ADR section:<br>Because clinical trials are conducted under widely varying conditions, adverse reactions rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice. A causal relationship for XARELTO cannot be reliably established for individual cases. | CCDS lists in table:<br>*Common-* Increase in transaminases.<br><br>*Uncommon-* Increase in bilirubin, increase in blood alkaline phosphatase ^, Increase in LDH ^, Increase in lipase ^, Increase in amylase ^, Increase in GGT ^<br><br>*Rare -* Bilirubin conjugated increased (with or without concomitant increase of ALT)<br><br>4-21-11 GP: ISS ADR Liver Section—Any revision needed?<br><br>The liver safety profile of rivaroxaban was comparable to that of warfarin in the ROCKET study as balance was observed for both ALT elevations at all thresholds and for combined ALT >3xULN with total bilirubin >2xULN elevations as reviewed in detail in the ISLS (Module 5.3.5.3\ISLS). Based on these data no manifestations of DILI are considered ADRs for rivaroxaban. However, an imbalance in the number of HEAC cases ( primarily ALT > 8x ULN ) considered possibly or probably related to rivaroxaban was noted in the ROCKET study. These HEAC cases were usually asymptomatic and did not progress to more severe liver injury. This safety update provides further evidence of similar imbalances in other Phase 3 studies for HEAC causality assessments possibly or probably related to rivaroxaban. No cases of overt liver failure, liver transplant or liver related death associated with rivaroxaban have been observed to date. In order to provide a brief summary of the liver safety profile of rivaroxaban in the USPI it is proposed that the ROCKET laboratory data are presented along with the observation that there appeared to be an increase with rivaroxaban in the number of cases of ALT >8x ULN which were considered possibly or probably related to study drug by the external HEAC reviewers. | **2-4-11 If mandated by FDA, add LFTs to table and list it as an ADR. Prepare stronger wording: "Some cases…" in more and stronger detail.**<br><br>**Address mitigation text for patients whose LFTs increase:" Inform patients about symptoms (detail) related to LFT increases and contact doctor…" Look at other labels.**<br><br>2-4-11 Non bleeding ADRs: Accept tabular format, with or without a cut-off percentage format if FDA requests for:<br>    "Nonbleeding ADRs (reported by ≥1% of patients receiving XARELTO® compared to warfarin) were nausea (2.73% vs. 2.15%), syncope (1.83% vs. 1.52%) and vomiting (1.60% vs. 1.56%), respectively."<br><br>**4-18-11 MOVE VERBATIM STATMETN "Because clinical trials are conducted…" AT FUTURE DATE DURING LABELING DISCUSSIONS.**<br><br>**4-25-11** *Liver function tests:* In the ROCKET AF study the incidence of ALT >3xULN was 2.91% (203/6979) with XARELTO® and 2.90% (203/7008) with warfarin. Rare cases of (710 XARELTO® vs. 4 warfarin cases) of ALT >8xULN were considered possibly or probably related to study drug. In none of these cases was there progression to more severe liver injury after discontinuation. Of note, the overall incidence of ALT elevations greater than 8xULN (and at other thresholds) was balanced between treatment groups. The incidence of combined ALT >3xULN with total bilirubin >2xULN cases was comparable for XARELTO® 0.47% (33/6980) and warfarin 0.50% (35/7012). |

23

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140853

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| 6.2   Postmarketing Experience | | |
| No additional adverse reactions have been identified from postmarketing experience of XARELTO other than those listed above in clinical studies. Adverse events are reported voluntarily from a population of uncertain size; it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure. | | |
| 4-18-11 FDA Project Manager agrees we do not need section 6.2 if there is no addition PM information. | | **4-18-11 DELETE 6.2 AT FUTURE DATE DURING LABELING DISCUSSIONS.** |

### 6.1 Commonly observed ADRs in DB Controlled Clinical Studies

- Based on its mechanism of action, XARELTO™ increases the risk for bleeding events *[see Contraindications (4) and Warnings and Precautions (5.1)]*.

The centrally adjudicated rates of major bleeding events, non-major clinically relevant bleeding events and any bleeding events observed in patients in the individual RECORD studies are shown in Table 1.

**Table 1 Treatment Emergent Bleeding Event Rates[a] for Individual RECORD Studies—Safety Population**

A pooled analysis of the centrally adjudicated rates of major bleeding events, major bleeding events combined with non-major clinically relevant bleeding events and any bleeding events observed in patients over the entire double-blind treatment periods for all RECORD studies (total duration pool) is shown in Table 2.

**Table 2 Treatment Emergent Bleeding Event Rates[a]–Safety Population: Total Duration**

A separate analysis in patients in active-control treatment periods for all RECORD studies, excluding Day 12 to Day 35 in RECORD 2 when placebo was administered in the enoxaparin treatment group (active control pool), is shown in Table 3.

**Table 3 Treatment Emergent Bleeding Event Rates[a] –Safety Population: Active-Control Pool**

24

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140854

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| Overall, the incidence of major bleeding events was low for both XARELTO™-treated patients and enoxaparin-treated patients. Following XARELTO™ treatment, the majority of major bleeding complications (≥60%) occurred during the first week after surgery. <br><br> XARELTO™ may be associated with an increased risk of occult or overt bleeding from any tissue or organ. The signs, symptoms, and severity (including possible fatal outcome) will vary according to the location and degree or extent of the bleeding. The bleeding risk may be increased in certain patient groups (e.g., with uncontrolled severe arterial hypertension and/or on concomitant medications affecting hemostasis) *[see Warnings and Precautions (5.1, 5.2, 5.3)]*. Hemorrhagic complications may present as weakness, asthenia, paleness, dizziness, headache, or unexplained swelling. Therefore, the possibility of a hemorrhage is to be considered in evaluating the condition of any anticoagulated patient. *[Note: Paragraph deleted in CR submission.]* <br><br> • As shown in Table 4, the most common ADRs (reported by ≥5% of patients receiving XARELTO™) in the four Phase 3 RECORD studies were nausea (12.7%), vomiting (9.8%), post-procedural hemorrhage (8.1%), and anemia (6.6%). <br><br> Table 4 shows all ADRs reported in ≥1% of XARELTO™-treated patients in the RECORD studies. <br><br> **Table 4 Treatment-Emergent Adverse Drug Reactions[a] Reported by ≥1% of XARELTO™-Treated Patients in the Four RECORD Studies - Safety Population** | | |
| a) Monitor need to address syncope/dizziness post-surgery and revised driving statement. <br><br> b) Highlighted paragraph above: consider moving to 5.1? <br><br> c) Consider adding p-values proactively to Table 2. <br><br> d) 3-8-11 EU SmPC VTE treatment Rapporteur's Day 80 Critical Assessment Report, Overview and LOQ addressed LOQ: add "clinically relevant bleeding". 4-15-11 Is this a new definition/category? See how Bayer responds. | A- • EMEA highlighted syncope/dizziness post-surgery and revised driving statement. | 2-4-11 General: minimize text in similar format as after submission: <br><br>   • Based on its mechanism of action, XARELTO™ increases the risk for bleeding events *[see Contraindications (4) and Warnings and Precautions (5.1)]*. <br><br> a) <br> B- • Defend submitted text: syncope is not an ADR for ORS, but is in afib., What do we do when we combine indications into 1 USPI? Combine safety or separate/indication? <br> C- • If syncope text is desired as an event of clinical interest, provide text: "The occurrence of syncope was numerically slightly increased in XARELTO-treated patients (0.97%) compared to enoxaparin-treated patients (0.61%) in the Phase 3 orthopedic surgery population. Reports of syncope were not consistent across all four studies and causality is not clearly related to rivaroxaban. Most of the events occurred in the first week of therapy |

**Formatted:** Bulleted + Level: 1 + Aligned at: 0" + Tab after:  0.25" + Indent at:  0.25"

**Formatted:** Bulleted + Level: 1 + Aligned at: 0" + Tab after:  0.25" + Indent at:  0.25"

25

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|-------|----------|---------|
| | | (XARELTO 47/60=78%; enoxaparin 32/38 =84%)." |
| | | 2-4-11 |
| | | • Table 1: FDA will probably keep, but accept if FDA just wants pooled data in Table 2. |
| | | • Tables 2 and 3: FDA might choose between Tables 2 and 3 and favor Table 2, but we would favor Table 3 which includes head-to-head control. |
| | | • 1/28/11 Format like ROCKET: "Nonbleeding ADRs (reported by ≥1% of patients receiving XARELTO® compared to enoxaparin) were nausea (12.7% vs. 12.9%), vomiting (9.8% vs. 9.8%), anemia (6.6% vs. 6.7%), and wound secretion (2.4% vs. 1.7%), respectively." |
| | | • |
| | | b) Proactively move highlighted paragraph above to 5.1 Bleeding Risks: Concomitant Medical Conditions, as last paragraph. 2-4-11 Note: Deleted this paragraph in submission. |
| | | d) See additions of p-values to Table 2 below. A second option would be to footnote the statistically significant difference (see footnote "e" below). |
| | | *Post 4-23-09 LRC meeting:* Table 2: Add the footnote "e" for major or non-major clinically relevant bleeding event in the Total Treated Patients and revise to state: "Comparison between XARELTO® and enoxaparin was statistically significant. All other comparisons shown in table did not reach statistical significance." |

26

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| | | Table 3: Delete p-values as proactively proposed from the table and add a footnote to title as new "b": "None of the comparisons shown in table were statistically significant" and other footnotes will be reordered accordingly. |

27

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140857

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| **Tables 2 and 3** | | |

Table 2       Treatment Emergent Bleeding Event Rates[a]–Safety Population: Total Duration Pool

| | XARELTO™ 10 mg | Enoxaparin[b] | HR (95% CI)[c], p-value |
|---|---|---|---|
| **Total tTreated pPatients** | **N =6183** | **N =6200** | |
| | **n (%)** | **n (%)** | |
| Major bleeding event[d] | 24 (0.4) | 13 (0.2) | 1.8 (0.9, 3.6), p=0.076 |
| Major or Non-major clinically relevant bleeding event | 197 (3.2) | 158 (2.6) | 1.3 (1.0, 1.5)[e], p=0.039 |
| Any bleeding event | 434 (7.0) | 401 (6.5) | 1.1 (0.9, 1.2), p=0.255 |
| **Hip Surgery Studies** | **N =3437** | **N =3453** | |
| | **n (%)** | **n (%)** | |
| Major bleeding event[d] | 7 (0.2) | 3 (0.1) | 2.3 (0.6, 9.0), p=0.219 |
| Major or Non-major clinically relevant bleeding event | 111 (3.2) | 90 (2.6) | 1.2 (0.9, 1.6), p=0.141 |
| Any bleeding event | 214 (6.2) | 199 (5.8) | 1.1 (0.9, 1.3), p=0.459 |
| **Knee Surgery Studies** | **N =2746** | **N =2747** | |
| | **n (%)** | **n (%)** | |
| Major bleeding event[d] | 17 (0.6) | 10 (0.4) | 1.7 (0.8, 3.7), p=0.185 |
| Major or Non-major clinically relevant bleeding event | 86 (3.1) | 68 (2.5) | 1.3 (0.9, 1.7), p=0.145 |
| Any bleeding event | 220 (8.0) | 202 (7.4) | 1.1 (0.9, 1.3), p=0.380 |

[a] A treatment-emergent bleeding event was defined as one occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last dose of double-blind study medication

[b] Includes the placebo-controlled period of the RECORD 2 study, enoxaparin dosing was 40 mg once daily (RECORD 1-3) or 30 mg twice daily (RECORD 4)

[c] HR=Hazard Ratio; CI=confidence interval

[d] Major bleeding was defined as bleeding that was fatal, into a critical organ, required re-operation, clinically overt extra-surgical site bleeding associated with a drop in hemoglobin ≥2 g/dL, or clinically overt extra-surgical site bleeding requiring transfusion of ≥2 units blood.

[e] Statistically significant (p=0.039) Comparison between XARELTO® and enoxaparin was statistically significant.  All other comparisons shown in table did not reach statistical significance.

A separate analysis in patients in active-control treatment periods for all RECORD studies, excluding Day 12 to Day 35 in RECORD 2 when placebo was administered in the enoxaparin treatment group (active control pool), is shown in Table 3.                 28

Table 3       Treatment Emergent Bleeding Event Rates[a] –Safety Population: Active-Control Pool

| | XARELTO™ 10 mg | Enoxaparin[b] | HR (95% CI)[c] |
|---|---|---|---|
| **Total treated patients** | **N =6183** | **N =6200** | |
| | **n (%)** | **n (%)** | |
| Major bleeding event[d] | 23 (0.4) | 13 (0.2) | 1.8 (0.9, 3.5), p = 0.101 |
| Major or Non-major | 190 (3.1) | 156 (2.5) | 1.2 (1.0, 1.5), p = 0.068 |

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140858

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|

Table 3      Treatment Emergent Bleeding Event Rates [a] –Safety Population: Active-Control Pool[b]

| Total treated patients | XARELTO™ 10 mg | Enoxaparin[bc] | HR (95% CI)[cd], p-value |
|---|---|---|---|
| | N =6183 n (%) | N =6200 n (%) | |
| Major bleeding event[de] | 23 (0.4) | 13 (0.2) | 1.8 (0.9, 3.5), p=0.101 |
| Major or Non-major clinically relevant bleeding event[e] | 190 (3.1) | 156 (2.5) | 1.2 (1.0, 1.5), p=0.068 |
| Any bleeding event | 424 (6.9) | 397 (6.4) | 1.1 (0.9, 1.2), p=0.348 |

[a] A treatment-emergent bleeding event was defined as one occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last dose of double-blind study medication

[b] None of the comparisons shown in table were statistically significant.

[bc] Enoxaparin dosing was 40 mg once daily (RECORD 1-3) or 30 mg twice daily (RECORD 4)

[cd] HR=Hazard Ratio; CI=confidence interval

[de] Major bleeding was defined as bleeding that was either fatal, into a critical organ, required re-operation, clinically overt extra-surgical site bleeding associated with a drop in hemoglobin ≥2 g/dL, or clinically overt extra-surgical site bleeding requiring transfusion of ≥2 units blood.

Overall, the incidence of major bleeding events was low for both XARELTO®-treated patients and enoxaparin-treated patients. Following XARELTO® treatment, the majority of major bleeding complications (≥60%) occurred during the first week after surgery.

Nonbleeding ( do we need a new section to separate this from above ?) 2-4-11 Might need to separate it out.

Nonbleeding ADRs (reported by ≥1% of patients receiving XARELTO® compared to enoxaparin) were nausea (12.7% vs. 12.9%),  vomiting (9.8% vs. 9.8%), and wound secretion ( 2.4% vs 1.7%), respectively.

*ADRS from other clinical trials:* In other clinical trials with XARELTO®, vascular pseudoaneurysm formation has been reported following percutaneous intervention.

| Consider adding spontaneous reports | | FYI--A PSUR is being reported in May 2009. There is no additional text at this time, but LWG will assess the need to add spontaneous reports as data becomes available during FDA labeling negotiations. |
|---|---|---|

29

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140859

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|

- As shown in Table 4, the most common ADRs (reported by ≥5% of patients receiving XARELTO®) in the four Phase 3 RECORD studies were nausea (12.7%), vomiting (9.8%), post-procedural hemorrhage (8.1%), and anemia (6.6%).

Table 4 shows all ADRs reported in ≥1% of XARELTO®-treated patients in the RECORD studies.

Table 4    Treatment-Emergent Adverse Drug Reactions[*] Reported by ≥1% of XARELTO®-Treated Patients in the Four RECORD Studies - Safety Population

| System/Organ Class | XARELTO® 10 mg (N = 6183) n (%) | Enoxaparin[†] (N = 6200) n (%) |
|---|---|---|
| Blood and lymphatic system disorders | | |
|   Anemia | 408 (6.6) | 414 (6.7) |
| Gastrointestinal disorders | | |
|   Nausea | 788 (12.7) | 797 (12.9) |
|   Vomiting | 605 (9.8) | 610 (9.8) |
| General disorders and administration site conditions | | |
|   Wound secretion | 146 (2.4) | 106 (1.7) |
| Vascular disorders | | |
|   Post-procedural hemorrhage | 503 (8.1) | 496 (8.0) |
|   Hematoma | 86 (1.4) | 92 (1.5) |

[*] A treatment-emergent ADR was defined as occurring any time following the first dose of double-blind medication, which may have been prior to administration of active drug, until two days after the last dose of double blind study medication.

[†] Includes the placebo-controlled period of the RECORD 2 study, enoxaparin dosing was 40 mg once daily (RECORD 1-3) or 30 mg twice daily (RECORD 4)

*Formatted:* TableNote, Don't keep with next, Don't keep lines together

**6.1 Other Adverse Drug Reactions Observed During the Premarketing Evaluation of XARELTO®**

The following adverse drug reactions occurred in <1% of XARELTO®-treated patients in the RECORD studies' pooled safety data.

**Blood and lymphatic system disorders:** hemorrhagic anemia

**Endocrine disorders:** adrenal hemorrhage

**Eye Disorder:** eye hemorrhage

30

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

2905274

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| ~~Gastrointestinal disorders: GI tract hemorrhage~~ <br><br> ~~Injury, poisoning and procedural complications: contusion~~ <br><br> ~~Renal and urinary disorders: bleeding of the urethral tract, hematuria~~ <br><br> ~~Respiratory, thoracic and mediastinal disorders: nosebleed, respiratory tract hemorrhage~~ <br><br> ~~Reproductive system and breast disorders: genital tract bleeding~~ <br><br> ~~Vascular disorders: arterial hemorrhage~~ <br><br> ~~Adverse drug reactions identified from all other completed and ongoing studies in any phase of clinical development with XARELTO® include intracranial hemorrhages (subdural, subarachnoid and intra-parenchymal hemorrhages that may or may not have been fatal) and vascular pseudoaneurysm formation following percutaneous intervention.~~ <br><br> Overall, rates of laboratory assessed hepatic dysfunction [aspartate (AST) and alanine (ALT) aminotransferase elevations greater than 3 times the upper limit of normal] were lower in patients receiving XARELTO® compared to patients receiving enoxaparin (AST 2.6% vs. 3.4%, ALT 2.5% vs. 3.7%, respectively) across the four studies. | | |
| 2-4-11 Not sure we need list info given rules we applied for the Afib label, in which we focused on events greater than 5% incidence. <br><br> Also, the sentence beginning "Adverse drug reactions from all other completed….", seems unnecessary, given that we have now completed ROCKET and other major studies, and the data from ROCKET will be included in the label at the same time or shortly <u>or not?</u>after the approval of the ORS indication. | | 2-4-11 Delete SOC list. <br> <u>2-11-11</u>Adverse drug reactions identified from all other completed ~~and ongoing~~ studies in any phase of clinical development with XARELTO® include intracranial hemorrhages (subdural, subarachnoid and intra-parenchymal hemorrhages that may or may not have been fatal) and vascular pseudoaneurysm formation following percutaneous intervention. |
| 12-10 AFIB: Consider inconsistency in treatment effect for age, sex, BMI, CHADS2, prior VKA and prior MI? <br><br> Figure FAEB 500HBTC shows the principal safety endpoint (CEC adjudicated) by baseline characteristics. Treatment effect on principal safety endpoint was generally consistent within subgroups; however, there was possible inconsistency in the treatment effect compared with warfarin for the following baseline characteristics (interaction p-value <0.05): age, sex, BMI, CHADS2, prior VKA and prior MI. There was a rivaroxaban dose adaptation (15 mg) for subjects with moderate renal impairment (calculated CrCl 30 to 49 mL/min). There | 2-4-11 Might get clarity for adding a figure from Ad Comm prep. Prefer text as first choice, then figure (Forest Plot). | |

**Comment [Jlk1]:** 12-2-10 Worse or in favor of—check CSR forest plot or ISS/CSR

31

HIGHLY PROTECTED INFORMATION <br> SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140861

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| was no difference between the treatment groups for the principal safety endpoint for all 3 CrCl categories: < 50 mL/min, 50-80 mL/min and > 80 mL/min. Similar results were seen for major and non-major clinically relevant bleeding categories separately (Attachments FAEB510HBTC and FAEB520HBTC, respectively). | | |

## 7 DRUG INTERACTIONS

The concomitant use of XARELTO® with strong inhibitors of both CYP3A4 and P-gp (e.g., ketoconazole, ritonavir) increases exposure to rivaroxaban and is not recommended *[see Clinical Pharmacology (12.3)]*.

The concomitant use of XARELTO® with strong CYP3A4 and P-gp inducers (e.g., rifampicin) decreased exposure to rivaroxaban and these inducers should be co-administered with caution *[see Clinical Pharmacology (12.3)]*. XARELTO® should also be used with caution if patients are treated concomitantly with drugs that typically increase the bleeding risk (e.g., NSAIDs, acetylsalicylic acid (ASA), naproxen, clopidogrel) *[see Warnings and Precautions (5.2) and Clinical Pharmacology (12.3)]*.

Coadministration of drugs strongly inhibiting only one of the rivaroxaban elimination pathways, either CYP3A4 or P-gp (e.g., clarithromycin, erythromycin); or drugs altering gastric pH (omeprazole, ranitidine or aluminum hydroxide/magnesium hydroxide) does not require a dose adjustment of XARELTO® *[see Clinical Pharmacology (12.3)]*.

| Issue | Comments | Options |
|---|---|---|
| 12-5-08 FDA preliminary review suggests a need for a lower strength tablet or a scored 10mg for dose adjustment in renal/hepatic impairment and/or concurrent use of a moderate to strong CYP3A4 inhibitor. | | Update depending on outcome of D&A revisions. |
| 1) 3-23-09 Post-Ad Comm NSAIDS—review need for minimizing use with NSAIDs. Specify Cox-2 inhibitors and NSAIDs<br><br>CCDS fluconazole text:<br>**4.4.2 Concomitant medication**<br>The Azole anti-mycotic fluconazole, a moderate Cyp3A4 inhibitor, has however less effect on rivaroxaban exposure and can be co-administered.<br><br>**4.5.1.3 Effects on rivaroxaban**<br>Fluconazole (400 mg once daily), considered as moderate CYP 3A4 inhibitor, led to a 1.4-fold increase in mean rivaroxaban AUC and a | | 1) See additional wording proposed for 14 Clinical Studies (Appendix B).<br><br>2) "Clopidogrel (300 mg loading dose followed by 75 mg daily maintenance dose) did not show a pharmacokinetic interaction with rivaroxaban (15 mg single dose), however, a clinically relevant increase (when compared to rivaroxaban administered alone) in capillary bleeding time was observed in a subset of subjects, which was not correlated to platelet aggregation, P-selectin or GPIIb/IIIa receptor levels." |

32

2905274

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| 1.3-fold increase in mean Cmax. This increase is within the magnitude of the normal variability of AUC and Cmax and is considered as clinically not relevant.<br><br>3-11 Pradaxa additional labeling: "*Dronederone:* Exposure to dabigatran is higher when it is administered with dronederone than when it is administered alone (1.7- to 2-fold)."<br><br>4-15-11 EU LoQ: The MAH should discuss the risk for interaction between rivaroxaban and antiarrhythmics that affect the PgP, in particular amiodarone, dronardarone, verapamil and quinidin that are often used in patients with AF. Preferably an analysis should be made on the implications in terms of benefit/risk of the Rocket investigation study in the subpopulations who were on these drugs. | | Readdress section. Add fluconazole here and in 12.3. 2-4-11 Asked Todd. 2-17-11<br><br>Coadministration of drugs strongly inhibiting only one of the rivaroxaban elimination pathways, either CYP3A4 or P-gp (e.g., clarithromycin, erythromycin, fluconazole); or drugs altering gastric pH (omeprazole, ranitidine or aluminum hydroxide/magnesium hydroxide) does not require a dose adjustment of XARELTO® [see Clinical Pharmacology (12.3)].<br><br>Add to 12.3 "**Other Combined CYP3A4 and P-gp or Bcrp Inhibitors**": *Fluconazole:* Fluconazole 400 mg administered once daily for 6 days, with the concomitant administration with a single rivaroxaban 20 mg dose on the 5th day, resulted in an approximate 40% increase in rivaroxaban AUC and a 30% increase in $C_{max}$. [eCTD Module 2.7.2 Section x.x.x.x (Study 12606)] |
| | | |

## 8.1 Pregnancy

**Pregnancy Category: B**

There are no adequate and well-controlled studies on the use of rivaroxaban in pregnant women. No primary teratogenic potential was identified, but animal reproduction studies have shown pronounced maternal toxicity (e.g., hemorrhagic complications) with secondary effects on fetal development. Reproduction studies have been performed in rats and rabbits at exposure levels up to 40 (rat) and 94 (rabbit) times the therapeutic exposure levels based on unbound AUC in humans at a rivaroxaban dose of 10 mg/day. Because animal reproduction studies are not always predictive of human response, and due to the intrinsic risk of bleeding and the evidence that rivaroxaban crosses the placenta, XARELTO® is not recommended in pregnancy.

| | | |
|---|---|---|
| –b) New draft Rule 5-2008. Will text and format need to be revised to align with new draft Pregnancy and Lactation Guidance? See APPENDIX A for side-by-side comparison of currently submitted text, FDA Guidance and Lovenox USPI.<br><br>**Lovenox USPI:** | D.• New guidance would delete Pregnancy Category B.<br><br>E.• Tapentadol was not asked to update this section. However, sanofi-aventis was asked to | Option: if FDA requests reformatted section per draft guidline standards for VTE prevention and Afib;<br>• 2-4-11 Obtain external preclinical consultaion and modify as needed.<br>• Delete Pregnancy Category<br>• Revise section to read:<br>**8.1 Pregnancy** |

Formatted: Numbered + Level: 1 + Numbering Style: a, b, c, ... + Start at: 1 + Alignment: Left + Aligned at:  0" + Tab after: 0.25" + Indent at:  0.25"

Formatted: Bulleted + Level: 1 + Aligned at: 0" + Tab after:  0.25" + Indent at:  0.25"

Formatted: Bulleted + Level: 1 + Aligned at: 0" + Tab after:  0.25" + Indent at:  0.25"

33

2905274

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| **8.1 Pregnancy**<br>*Pregnancy Category B*<br>All pregnancies have a background risk of birth defects, loss, or other adverse outcome regardless of drug exposure. The fetal risk summary below describes the potential of Lovenox to increase the risk of developmental abnormalities above background risk.<br><br>*Fetal Risk Summary*<br>Lovenox is not predicted to increase the risk of developmental abnormalities. Lovenox does not cross the placenta, based on human and animal studies, and shows no evidence of teratogenic effects or fetotoxicity.<br><br>Cases of "Gasping Syndrome" have occurred in premature infants when large amounts of benzyl alcohol have been administered (99-405 mg/kg/day). The multiple-dose vial of Lovenox contains 15 mg benzyl alcohol per 1 mL as a preservative [see Warnings and Precautions (5.8)].<br><br>*Clinical Considerations*<br>It is not known if either dose adjustment or monitoring of anti-Xa activity of enoxaparin are necessary during pregnancy.<br><br>Pregnancy alone confers an increased risk for thromboembolism that is even higher for women with thromboembolic disease and certain high-risk pregnancy conditions. While not adequately studied, pregnant women with mechanical prosthetic heart valves may be at even higher risk for thrombosis [see Warnings and Precautions (5.7) and Use in Specific Populations (8.6)]. Pregnant women with thromboembolic disease, including those with mechanical prosthetic heart valves and those with inherited or acquired thrombophilias, have an increased risk of other maternal complications and fetal loss regardless of the type of anticoagulant used.<br><br>All patients receiving anticoagulants such as enoxaparin, including pregnant women, are at risk for bleeding. Pregnant women receiving enoxaparin should be carefully monitored for evidence of bleeding or excessive anticoagulation. Consideration for use of a shorter acting anticoagulant | revise their Lovenox USPI. | All pregnancies have a background risk of birth defect, loss, or other adverse outcome regardless of drug exposure. The fetal risk summary below describes XARELTO[®] potential to increase the risk of developmental abnormalities above the background risk.<br><br>Fetal Risk Summary<br>Based on animal data, the likelihood that XARELTO[®] increases the risk of maternal toxicity (e.g., hemorrhagic complications) with secondary effects on fetal mortality is predicted to be high (see Data).<br><br>Clinical Considerations<br>Because animal reproduction studies are not always predictive of human response, and due to the intrinsic risk of bleeding and the evidence that rivaroxaban crosses the placenta, XARELTO[®] is ~~contraindicated~~not recommended in pregnancy.<br><br>Data<br>• *Human Data.*<br>*Post 4-23-0 LRC meeting:*~~There are no controlled study data on human pregnancies exposed to XARELTO[®].~~ There are no adequate and well-controlled studies in pregnant women.<br><br>• *Animal Data.*<br>No primary teratogenic effects were seen when pregnant rats and rabbits were treated at exposure levels up to 40 (rat) and 94 (rabbit) times the therapeutic exposure levels based on unbound AUC in humans at a rivaroxaban dose of 10 mg/day. However, animal reproduction studies have shown pronounced maternal toxicity (e.g., hemorrhagic complications) with secondary effects on fetal development. Rat data provide evidence for passage of rivaroxaban across the placenta. |

*Formatted: Bulleted + Level: 1 + Aligned at: 0" + Tab after: 0.25" + Indent at: 0.25"*

*Formatted*

*Formatted: Bulleted + Level: 1 + Aligned at: 0" + Tab after: 0.25" + Indent at: 0.25"*

34

HIGHLY PROTECTED INFORMATION<br>SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140864

2905274

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| should be specifically addressed as delivery approaches [see Boxed Warning]. Hemorrhage can occur at any site and may lead to death of mother and/or fetus. Pregnant women should be apprised of the potential hazard to the fetus and the mother if enoxaparin is administered during pregnancy.<br><br>_Data_<br>• _Human Data_ - There are no adequate and well-controlled studies in pregnant women.<br><br>A retrospective study reviewed the records of 604 women who used enoxaparin during pregnancy. A total of 624 pregnancies resulted in 693 live births. There were 72 hemorrhagic events (11 serious) in 63 women. There were 14 cases of neonatal hemorrhage. Major congenital anomalies in live births occurred at rates (2.5%) similar to background rates. There have been postmarketing reports of fetal death when pregnant women received Lovenox. Causality for these cases has not been determined. Insufficient data, the underlying disease, and the possibility of inadequate anticoagulation complicate the evaluation of these cases.<br><br>A clinical study using enoxaparin in pregnant women with mechanical prosthetic heart valves has been conducted [see Warnings and Precautions (5.7].<br><br>• _Animal Data_ - Teratology studies have been conducted in pregnant rats and rabbits at SC doses of enoxaparin up to 30 mg/kg/day or 211 mg/m2/day and 410mg/m2/day, respectively. There was no evidence of teratogenic effects or fetotoxicity due to enoxaparin. Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if clearly needed. | | |
| **4-15-11 Consultant proposals:**<br>**Pregnancy Category B**<br>There are no adequate and well controlled studies on the use of rivaroxaban in pregnant women.<br>Reproduction studies have been performed in rats with doses up to 120 mg/kg and in rabbits with doses up to 160 mg/kg (14 and 33 times therapeutic exposures based on unbound AUC, respectively). No primary teratogenic potential was identified, but animal reproduction studies have shown pronounced maternal | | |

35

HIGHLY PROTECTED INFORMATION<br>SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140865

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| toxicity (e.g. hemorrhagic complications) with secondary effects on fetal development.  Adverse effects on the placenta were observed at doses of 10 mg/kg/day or greater in both rats and rabbits (unbound AUC exposures equivalent to therapeutic exposures).   The maternal and placental toxic effects at doses of 10 mg/kg/or greater (1.4X therapeutic exposures) in rats were associated with increases in stillborn pups and pup mortality in the early postpartum period. Because animal reproduction studies are not always predictive of human response, and due to the intrinsic risk of bleeding and the evidence that rivaroxaban crosses the placenta, Xarelto is not recommended for use during pregnancy. **Labor and Delivery** The effect of Xarelto on labor and deliver in humans is unknown. In a pre/postnatal development study in rats, the highest dose of 40 mg/kg/day (6 times therapeutic exposures based on unbound AUC)  was associated with impaired delivery as evidenced by total litter loss, dead fetuses in the uterus, or moribund maternal condition postpartum. | | |

**8.3 Nursing Mothers**

In rats, rivaroxaban is secreted into breast milk (2.1% of dose based on radiolabel recovery). Because many drugs are excreted in human milk, caution should be exercised when XARELTO® is administered to a nursing woman.

| | | |
|---|---|---|
| a) Develop text to more closely adhere to current labeling guidance text (see 21 CFR 201.57). | ◆**a) If needed, revise text to more closely align with current labeling guidance, to state:** "It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from XARELTO, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother. XARELTO® is contraindicatedshould be used with caution during breast-feeding [see Contraindications (4)]." | *Formatted: Numbered + Level: 1 + Numbering Style: a, b, c, … + Start at: 1 + Alignment: Left + Aligned at: 0" + Tab after: 0.25" + Indent at: 0.25"* |
| −c) Will text and format need to be revised to align with draft Pregnancy and Lactation Guidance? See APPENDIX for side-by-side comparison of currently submitted text, FDA Guidance and Lovenox USPI. | | *Formatted: Numbered + Level: 1 + Numbering Style: a, b, c, … + Start at: 1 + Alignment: Left + Aligned at: 0" + Tab after: 0.25" + Indent at: 0.25"* |
| **Lovenox USPI:** It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk, caution should be exercised when Lovenox is administered to nursing women. | ◆**b) If requested to reformat section to the draft guidance option,** revise section using draft text and format for drugs for which no data are available: Risk Summary No human studies have been conducted to assess XARELTO®'s impact on milk production, its presence | *Formatted: Numbered + Level: 1 + Numbering Style: a, b, c, … + Start at: 1 + Alignment: Left + Aligned at: 0" + Tab after: 0.25" + Indent at: 0.25"* |
| **Consultant: Nursing Mothers** In rats, rivaroxaban is secreted into breast milk (2.1% of dose based on radiolabel recovery) . Because many drugs are excreted in human milk and due to the potential for serious adverse effects in nursing infants from Xarelto, a decision should be made | | |

36

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| to discontinue nursing or discontinue Xarelto. | | in breast milk or its effects on the breast-fed child. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants, XARELTO® use is ~~contraindicated~~cautioned during breast-feeding *[see Contraindications (4)]*.<br><br>Clinical Considerations<br>Other medical therapies are available for the prophylaxis of maternal deep vein thrombosis (DVT) and pulmonary embolism (PE) in patients undergoing hip or knee replacement surgery.<br><br>Data<br>In rats, rivaroxaban is secreted into breast milk. |

## 8.5 Geriatric Use

"No dosage adjustment of XARELTO® is necessary in elderly patients. Of the total number of patients in the RECORD studies of XARELTO®, about 53% were 65 years and over, while about 15% were 75 years and older. As would be expected, both thrombotic and bleeding event rates were higher in these older patients, but the efficacy and safety results versus enoxaparin were similar to those observed in younger patients *[see Clinical Pharmacology (12.3) and Clinical Studies (14)]*."

| | | |
|---|---|---|
| USPI: Assess need to alternatively describe (e.g. "orthopedic surgery") the clinical studies (of the total number of subjects in orthopedic surgery clinical studies. . .) | | **If needed**, revise to state: "Of the total number of patients in the RECORDtotal knee and total hip replacement studies of XARELTO®, about 53% were 65 years and over, while about 15% were 75 years and older. . ." |

## 8.6 Renal Impairment

XARELTO® should be used with caution in patients with moderate renal impairment (CrCl 30 to <50 mL/min) who are also receiving certain specific concomitant medications (e.g., strong CYP3A4 inhibitors) since the combination may lead to clinically relevant increased rivaroxaban plasma concentrations *[see Warnings and Precautions (5.2, 5.3) and Drug Interactions (7)]*.

XARELTO® should be used with caution in patients with severe renal impairment (CrCl 15 to <30 mL/min), who are at increased risk of bleeding and thrombosis, due to limited clinical data and an expected increase in rivaroxaban exposure in this patient population *[see Clinical Pharmacology (12.3)]*. No clinical data are available for patients with kidney failure (CrCl <15 mL/min). Therefore, use of XARELTO® is not recommended in these patients *[see Dosage and Administration (2) and Clinical Pharmacology (12.3)]*.

37

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140867

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| 3-8-11 EU SmPC VTE treatment Rapporteur's Day 80 Critical Assessment Report, Overview and LOQ addressed:<br><br>"A recommendation for monitoring of renal function in patients at risk for deterioration of renal function to a degree that would warrant dose reduction or treatment cessation, e.g. due to increased age, should be included in the SPC. Treatment recommendations in renal impairment may need to be changed depending on responses to LoQ"<br><br>4-15-11 NA for USPI. | 2-4-11 Moved from above in initial submission 2 Dosage and Administration to Section 8. Do we still concur with the previously approved options? | **MODERATE RENAL IMPAIRMENT PLUS MODERATE TO STRONG CYP3A4 INHIBITORS**<br>1) **Defend submitted text:** "XARELTO® should be used with caution in patients with moderate renal impairment (CrCl 30 to <50 mL/min) who are also receiving certain specific concomitant medications (e.g., strong CYP3A4 inhibitors) since this combination may lead to clinically relevant increased rivaroxaban plasma concentrations *[see Warnings and Precautions (5.2, 5.3) and Drug Interactions (7)]*."<br>2) **Caution:** "XARELTO® should be used with caution in patients with moderate renal impairment (CrCl 30 to <50 mL/min) who are also receiving certain specific concomitant medications (e.g., moderate to strong CYP3A4 inhibitors) since this combination may lead to clinically relevant increased rivaroxaban plasma concentrations *[see Warnings and Precautions (5.2, 5.3) and Drug Interactions (7)]*."<br>3) **Not recommended:** "XARELTO® is not recommended in patients with moderate renal impairment (CrCl 30 to <50 mL/min) who are also receiving certain specific concomitant medications (e.g., strong CYP3A4 inhibitors) since this combination may lead to clinically relevant increased rivaroxaban plasma concentrations *[see Warnings and Precautions (5.2, 5.3) and Drug Interactions (7)]*." |

**Formatted:** TableText

38

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140868

XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09

| Issue | Comments | Options |
|-------|----------|---------|
| | | 4) **Last position: IF Low dose is mandated for moderate renal impairment PLUS strong CYP3A4:** "XARELTO® 5 mg once daily is recommended in patients with moderate renal impairment (CrCl 30 to <50 mL/min) who are also receiving certain specific concomitant medications (e.g., strong CYP3A4 inhibitors) since this combination may lead to clinically relevant increased rivaroxaban plasma concentrations *[see Warnings and Precautions (5.2, Drug Interactions (7), Use in Specific Populations (8.6) and Clinical Pharmacology (12.3)]*. The initial dose should be taken at least 6 to 10 hours after surgery once hemostasis has been established. XARELTO® 5mg has not been investigated in Phase 3 orthopedic replacement surgery clinical studies." |

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140869

XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09

| Issue | | Comments | Options |
|-------|--|----------|---------|
| | | | **SEVERE RENAL IMPAIRMENT PLUS MODERATE TO STRONG CYP3A4 INHIBITORS** |
| | | | 1) **Defend submitted text:** "XARELTO® should be used with caution in patients with severe renal impairment (CrCl 15 to <30 mL/min who are at an increased risk of bleeding and thrombosis, due to limited clinical data and an expect4ed increase in rivaroxaban exposure in this paitent population *[see Use in Specific Populations (8.6) and Clinical Pharmacology (12.3)]*. No clinical data are available for patients with kidney failure (CrCl <15 mL/min). Therefore, use of XARELTO® is not recommended in these patients *[see Dosage and Administration (2) and Clinical Pharmacology (12.3)]*." |
| | | | 2) **If severe renal impairment is to be used with caution, then, not recommended:** "XARELTO® 10 mg is not recommended in patients with severe renal impairment (CrCl 15 to <30 mL/min) who are also receiving certain specific concomitant medications (e.g., moderate to strong CYP3A4 inhibitors) since this combination may lead to clinically relevant increased rivaroxaban plasma concentrations *[see Warnings and Precautions (5.2, 5.3) and Drug Interactions (7)]*." |

40

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140870

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| | | 3) **If severe renal impairment is to be used with caution, then, contraindication:** "XARAELTO is contraindicated in patients with severe renal impairment (CrCl 15 to <30 mL/min) who are also receiving certain specific concomitant medications (e.g., moderate to strong CYP3A4 inhibitors) since this combination may lead to clinically relevant increased rivaroxaban plasma concentrations *[see Contraindications (4), Warnings and Precautions (5.2, 5.3) and Drug Interactions (7)]."* |

### 8.7 Hepatic Impairment

No dose adjustment is necessary in patients with mild hepatic impairment.

Limited clinical data in patients with moderate hepatic impairment indicate a significant increase in the pharmacological activity of XARELTO®. No clinical data are available for patients with severe hepatic impairment *[see Clinical Pharmacology (12.3)]*.

| | | |
|---|---|---|
| • EMEA cautioned use in cirrhotic patients with moderate hepatic impairment, if not associated with coagulopathy. Should this be considered for the USPI? Consider development of text in patients with mild (Child-Pugh A), moderate (Child-Pugh B) and severe (Child-Pugh C) hepatic impairment.<br><br>3-8-11 EU SmPC VTE treatment Rapporteur's Day 80 Critical Assessment Report, Overview and LOQ addressed:<br>*"Treatment recommendations in hepatic impairment may need to be changed depending on responses to LoQ"*<br>4-15-11 No change to previous contingency options. | • EMEA wording:<br>*Hepatic impairment*<br>Xarelto is contraindicated in patients with hepatic disease associated with coagulopathy and clinically relevant bleeding risk (see sections 4.3 and 5.2). Xarelto may be used with caution in cirrhotic patients with moderate hepatic impairment (Child Pugh B) if it is not associated with coagulopathy (see sections 4.4 and 5.2).<br><br>• Pradaxa SPC states: "Patients with elevated liver enzymes >2 ULN were excluded in clinical trials. Therefore, use of | **MILD (CHILD-PUGH A)**<br>1) **Caution:** "XARELTO® should be used with caution in patients with mild hepatic impairment (without or with Child-Pugh A classification) *[see Clinical Pharmacology (12.3)]."*<br>2) **Not recommended:** "XARELTO® is not recommended in patients with mild hepatic impairment (without or with Child-Pugh A classification) *[see Clinical Pharmacology (12.3)]."*<br><br>**MODERATE (CHILD-PUGH B)**<br>1) **Contraindicated:** "XARELTO® is contraindicated in patients with hepatic disease (without or with Child-Pugh Class B) associated with coagulopathy and a clinically relevant bleeding risk *[see Contraindication (4) and linical Pharmacology (12.3)]*. |

41

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140871

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| | Pradaxa is not recommended in this population (see 4.4 and 5.2) ALT should be measured as part of the standard pre-op evaluation (see 4.4).<br><br>• Pradaxa USPI states in Clin Pharm 12.3: *Hepatic Impairment* Administration of PRADAXA in patients with moderate hepatic impairment (Child-Pugh B) showed a large inter-subject variability, but no evidence of a consistent change in exposure or pharmacodynamics. | 2) **Caution:** "XARELTO® may be used with caution in cirrhotic patients with moderate hepatic impairment (without or with Child Pugh B classification) if it is not associated with coagulopathy *[see Clinical Pharmacology (12.3)].*"<br><br>3) **Not recommended:** "XARELTO® is not recommended in patients with moderate hepatic impairment (without or with Child-Pugh B classification) if it is not associated with coagulaopathy *[see Clinical Pharmacology (12.3)].*"<br><br>4) **Contraindicated:** "XARELTO® is contraindicated in patients with moderate hepatic impairment (without or with Child-Pugh B classification) if it is not associated with coagulopathy *[see Contraindications (4) and Clinical Pharmacology (12.3)].*"<br><br>**Severe (Child-Pugh C)**<br>XARELTO® is contraindicated in patients with severe hepatic impairment (without or with Child-Pugh C classification) *[see Contraindications (4) and Clinical Pharmacology (12.3)].* |
| | | |

42

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140872

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| **10 OVERDOSAGE**<br><br>Rare cases of overdose have been reported. Due to limited absorption, no further increase in average plasma exposure is expected at supratherapeutic doses of ≥50 mg rivaroxaban.<br><br>A specific antidote antagonizing the pharmacodynamic effect of rivaroxaban is not available. The use of activated charcoal to reduce absorption in case of XARELTO® overdose may be considered. Due to the high plasma protein binding rivaroxaban is not expected to be dialyzable *[see Clinical Pharmacology (12.3)]*.<br><br>*Management of Bleeding:* Should a bleeding complication arise in a patient receiving rivaroxaban, the next administration should be delayed or treatment should be discontinued as appropriate. Rivaroxaban has a half-life of approximately 5 to 9 hours in young individuals (20 to 45 years) and 11 to 13 hours in elderly individuals (≥75 years). Appropriate symptomatic treatment should be used as needed.<br><br>If bleeding cannot be controlled by the above measures, administration of one of specific procoagulant reversal agents should be considered, such as prothrombin complex concentrate (PCC), activated prothrombin complex concentrate (APCC), or recombinant factor VIIa (r-FVIIa). However, there is currently very limited clinical experience with the use of these products in individuals receiving XARELTO®.<br><br>Protamine sulfate and vitamin K are not expected to affect the anticoagulant activity of rivaroxaban. There is no experience with antifibrinolytic agents (tranexamic acid, aminocaproic acid) in individuals receiving XARELTO®. There is neither scientific rationale for benefit nor experience with the systemic hemostatics desmopressin and aprotinin individuals receiving XARELTO®. | | |
| USPI: EMEA deleted the activated charcoal administration up to 8 hours and restated: "The use of activated charcoal to reduce absorption in case of rivaroxaban overdose may be considered." 3-20-09 FDA Ad Comm commented that international guidelines suggest activated charcoal is helpful up to 2 hours post ingestion of medications. Address potential need for administering charcoal earlier. | Bayer  3-20-09 Dagmar Kubitza: The recommendation to use charcoal (and the confidence that it should work in case of overdose) is based on rat data. However, the time interval is not based on rat data but on the following assumptions: We know from a phase I absorption site study that rivaroxaban is mainly absorbed in the upper GI tract and only around 20% in the colon. The absorption in the colon also depends on the fluid content of the feces there. In addition, we know that higher doses of rivaroxaban display "Flip-flop Kinetics" which means that in the elimination phase there is still also absorption of the drug going | **If needed,** align with EU SPC text: "Administration of activated charcoal ~~up to 8 hours after overdose to~~ may reduce rivaroxaban ~~the~~ absorption in case of overdose may be considered."<br><br>1/28/11 Readdress since we replaced 10 Overdosage |

43

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|-------|----------|---------|
| | on. Now we believe that this phenomenon may be very relevant in cases of overdose and therefore it may be advisable to cover the whole absorption phase with the administration of charcoal to try to neutralize as absorption as long as it is ongoing. The assumption is that the 8 hour time interval will cover this - BUT we have no data so far. We could commit to do a phase I study to investigate this phenomenon (and in fact we proposed such a study to GDC but it was considered not necessary) or delete the 8 hours (which we had to in EU already). | |

## 11 Description

ORS: Each XARELTO® tablet contains 10 mg of rivaroxaban. The inactive ingredients of XARELTO® are: Microcrystalline cellulose, croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, sodium lauryl sulfate, and Opadry Pink 14F94373, a proprietary filmcoating mixture containing polyethylene glycol 3350, hypromellose, titanium dioxide, and ferric oxide red.

Afib: Each XARELTO® tablet contains 15 mg or 20 mg of rivaroxaban. The inactive ingredients of XARELTO® are: microcrystalline cellulose, croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, and sodium lauryl sulfate. Additionally, the proprietary film coating mixture used for XARELTO® 15 mg tablets is Opadry® Red 14F150001, containing hypromellose, polyethylene glycol 3350, ferric oxide red, and titanium dioxide and for XARELTO® 20 mg tablets is Opadry® II Dark Red 85F150004, containing polyvinyl alcohol (partially hydrolyzed), polyethylene glycol 3350, ferric oxide red, talc, and titanium dioxide.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140874

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | | Comments | Options |
|---|---|---|---|
| | | | 2-4-11 Alphabetize inactive ingredients:<br><br>10mg ORS :<br><br>The inactive ingredients of XARELTO® are: croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, microcrystalline cellulose, sodium lauryl sulfate, and Opadry® Pink 14F94373, a proprietary filmcoating mixture containing ferric oxide red, hypromellose, polyethylene glycol 3350, and titanium dioxide.<br><br>15 and 20 mg Afib:<br><br>Each XARELTO® tablet contains 15 mg or 20 mg of rivaroxaban. The inactive ingredients of XARELTO® are: croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, microcrystalline cellulose, and sodium lauryl sulfate. Additionally, the proprietary film coating mixture used for XARELTO® 15 mg tablets is Opadry® Red 14F150001, containing ferric oxide red, hypromellose, polyethylene glycol 3350, and titanium dioxide and for XARELTO® 20 mg tablets is Opadry® II Dark Red 85F150004, containing ferric oxide red, polyethylene glycol 3350, polyvinyl alcohol (partially hydrolyzed), talc, and titanium dioxide. |

## 12.1 Mechanism of Action

XARELTO® is a highly selective direct and orally available factor Xa inhibitor. Activation of factor X to factor Xa (FXa) via the intrinsic and extrinsic pathways plays a central role in the cascade of blood coagulation. One molecule of factor Xa is able to generate more than 1000 molecules of thrombin due to the amplification nature of the coagulation cascade.

| | | | |
|---|---|---|---|
| Assess ability to retain text of "central role" and "one molecule of Factor Xa is able to generate more than 1000 molecules of thrombin…" | | | 1) Defend submitted text.<br>2) Defend "plays a central role in the cascade of blood coagulation."<br>3) Accept deletion of sentence: "One molecule of Factor Xa is able to generate more than 1000 molecules of thrombin due to the amplification nature |

45

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140875

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| | | of the coagulation cascade." |
| | | 1/28/11 Address 12.2 and /or 12.3 Absorption and Distribution? |

## AFIB 12.3 PK: Absorption and Distribution??

**Absorption**

The absolute bioavailability following oral administration of a 20 mg tablet dose of rivaroxaban is approximately 66% under fasting conditions. Coadministration of XARELTO® with food increases the mean AUC by 39% and $C_{max}$ by 76%, which is predicted to result in nearly complete bioavailability of the 20 mg dose. Maximum plasma concentrations ($C_{max}$) are obtained approximately 4 hours after administration with food. Similar effects of food on rivaroxaban $C_{max}$ and AUC for the 15 mg and 20 mg tablet doses of rivaroxaban are expected. Under fed conditions, plasma $C_{max}$ and AUC of rivaroxaban 10 mg, 15 mg, and 20 mg tablets increase proportionally with dose. Variability in rivaroxaban pharmacokinetics as assessed by inter-individual variability (CV%) ranges from 30% to 40%. XARELTO® 15 mg and 20 mg tablets should be taken with food *[see Dosage and Administration (2.1)]*.

**Distribution**

Plasma protein binding of rivaroxaban in human plasma is approximately 92% to 95%, with albumin being the main binding component. The steady-state volume of distribution in healthy subjects is approximately 50 L. Rivaroxaban accumulates in plasma approximately 12% after once-daily administration.

46

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140876

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| 3-8-11 EU SmPC VTE treatment Rapporteur's Day 80 Critical Assessment Report, Overview and LOQ addressed riva dose proportionality. | 3-8-11 EU SmPC VTE treatment Rapporteur's Day 80 Critical Assessment Report, Overview and LOQ added for the 15 mg SmPC: "**Rivaroxaban pharmacokinetics are approximately linear up to about 15 mg once daily. At higher doses rivaroxaban displays dissolution limited absorption with decreased bioavailability and decreased absorption rate with increased dose. *This is more marked in fasting state than in fed state.*"**<br><br>20mg: *"Rivaroxaban pharmacokinetics are approximately linear up to about 15 mg once daily in fasting state. Under fed conditions Xarelto 10 mg, 15 mg and 20 mg tablets demonstrated dose-proportionality. At higher doses rivaroxaban displays dissolution limited absorption with decreased bioavailability and decreased absorption rate with increased dose.* Due to a reduced extent of absorption an oral bioavailability of 66% was determined for the 20 mg tablet under fasting conditions. When Xarelto 20 mg tablets are taken together with food increases in mean AUC by 39% were observed when compared to tablet intake under fasting conditions, indicating almost complete absorption and high oral bioavailability. Xarelto 15 mg and 20 mg are to be taken with food (see section 4.2). ~~Under fed conditions Xarelto 10 mg, 15 mg and 20 mg tablets demonstrated dose-proportionality.~~ Variability in rivaroxaban pharmacokinetics is moderate with inter-individual variability (CV%) ranging from 30% to 40%. | 4-15-11 Check with Bayer response. USPI text is supported by data…no change needed. |

47

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140877

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**



| Issue | Comments | Options |
|---|---|---|
| **12-22-10 AFIB 12.3 PK: Metabolism/Excretion**<br>Metabolism<br><br>Approximately 51% of an orally administered [$^{14}$C] rivaroxaban dose was recovered as metabolites in urine and feces. Oxidative degradation of the morpholinone moiety (catalyzed by CYP3A4/5 and CYP2J2) and hydrolysis of the amide bonds are the major sites of biotransformation. Unchanged rivaroxaban was the predominant moiety in plasma with no major or active circulating metabolites.<br>Excretion<br><br>Following oral administration of a [$^{14}$C] rivaroxaban dose, 66% of the radioactive dose was recovered in urine (36% as unchanged drug, 30% as metabolites) and 28% was recovered in feces (7% as unchanged drug, 21% as metabolites). Unchanged drug is excreted into urine, mainly via active tubular secretion. Rivaroxaban is a substrate of the efflux transporter proteins P-gp and breast cancer resistance protein (Bcrp). | | *[Formatted Table]* |
| 12-10 Bayer (Scot Berkowitz et al) In regard to paragraph 2, sentence #1, when a clinician wants to know the metabolism and elimination of a new drug, s/he wants to know if this occurs only renally, only via the enterohepatic/fecal route, or a combination. This determines whether s/he can use the drug in certain patients.   Having more than one mechanism is an important advantage for us but our initial explanation gave the impression that rivaroxaban is only renally eliminated. If our explanation of our metabolism and excretion is only what is currently listed in the draft USPI under Metabolism and Elimination, almost no clinician will get it.   I think we should strongly re-consider adding back the statements,<br><br>    "Of the administered rivaroxaban dose, approximately two-thirds undergoes metabolic degradation, with half being eliminated renally and the other half being eliminated by the fecal route. The other one-third of the administered dose undergoes direct renal excretion as unchanged active substance in the urine, mainly via active renal secretion."<br><br>This has been worked out with clinical pharmacology and provides clear, important, and useful information to the prescriber. | | *[Formatted: Indent: Left:  0.5"]* |

48

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140878

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| **12.3 PK: Special Populations: Hepatic Impairment**<br><br>A single-dose, open-label study was conducted to evaluate the pharmacokinetics of rivaroxaban (10 mg) in cirrhotic subjects with hepatic impairment (classified as Child-Pugh A or B) compared to healthy control subjects with normal hepatic function. In subjects with mild hepatic impairment (Child-Pugh A) rivaroxaban mean AUC increased approximately 20%, compared to healthy subjects. No relevant difference in pharmacodynamic effects was observed between these groups. In subjects with moderate hepatic impairment (Child-Pugh B), rivaroxaban mean AUC increased approximately 130% and mean unbound rivaroxaban AUC increased approximately 160%, compared to healthy subjects. Similar increases in the inhibition of factor Xa activity (160%) and prolongation of PT (110%) were observed.<br><br>XARELTO® has not been studied in subjects with severe hepatic impairment (Child-Pugh C).<br><br>XARELTO® is contraindicated in patients with hepatic disease associated with coagulopathy as use in these patients may lead to a clinically relevant bleeding risk *[see Contraindications (4)]*. | | |
| 12-5-08 FDA ROC requests a need for a lower strength tablet or a scored 10mg for dose adjustment in renal/hepatic impairment and/or concurrent use of a moderate to strong CYP3A4 inhibitor.<br><br>3-6-09 AT: Depending on D&A and Specific Populations: Hepatic Impairment potential text revision, align this section with supportive information | | Align with finalized D&A. 2-4-11 Still agree? |

49

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| **12.3 PK: Special Populations: Renal Impairment**<br><br>A single-dose, open-label study was conducted to evaluate the pharmacokinetics of rivaroxaban (10 mg) in subjects with varying degrees of chronic renal insufficiency compared to healthy control subjects with normal renal function (CrCl ≥80 mL/min). The study included subjects with renal insufficiency classified on the basis of CrCl as mild (50 to <80 mL/min), moderate (30 to <50 mL/min), and severe (15 to <30 mL/min). CrCl was measured by 24-hour urinary creatinine clearance measurements.<br><br>In subjects with mild, moderate, or severe renal impairment, average rivaroxaban AUC values increased 40%, 50%, and 60%, respectively, as compared to subjects with normal renal function and corresponding increases in pharmacodynamic effects were more pronounced. The overall inhibition of factor Xa activity was increased on average by 50%, 90%, and 100%, respectively, as compared to subjects with normal renal function. Prolongation of PT was similarly increased on average by 30%, 120%, and 140%, respectively.<br><br>Patients with mild renal impairment (CrCl 50 to <80 mL/min) do not require a dose adjustment. Dosage adjustment is required in patients with moderate renal impairment (CrCl 30 to <50 mL/min) *[see Dosage and Administration (2.1) and Use in Specific Populations (8.6)]*.<br><br>Because limited clinical data are available for patients with severe renal impairment (CrCl 15 to <30 mL/min) and because these patients are at an increased risk of both bleeding and thrombosis due to their underlying disease, XARELTO® should be used with caution in these patients *[see Dosage and Administration (2.1) and Use in Specific Populations (8.6)]*.<br><br>No clinical data are available for patients with kidney failure (CrCl <15 mL/min), therefore, use of XARELTO® is not recommended in these patients. | | |
| 3-6-09 AT: Depending on D&A and Specific Populations: Renal Impairment potential text revision, align this section with supportive information | | Align with finalized D&A. |
| **12.3 PK: Special Populations: Gender and Race**<br><br>There were no clinically relevant effects of gender or race on the pharmacokinetics or pharmacodynamics of XARELTO®. | | |
| 12-5-08 FDA preliminary review "indicates there is an approximately 40% higher exposure of rivaroxaban in Japanese subjects compared to other ethnic groups. Sponsor asserted this is related to body weight; however, our preliminary analysis of your pop-PK data does not suggest this to be the case. We note that age was a significant covariate." Consider pharmacogenetic differences in addition to other factors, in response. | Consider mentioning that Japanese patients have moderately higher plasma exposure (around 20%--*the % may be discussed with FDA*) compared to other ethnic/races, but that this was within the normal range of variability for the overall population of 30-40%. No | **If needed:** "There were no clinically relevant effects of gender on the pharmacokinetics or pharmacodynamics of XARELTO®.<br><br>No clinically relevant inter-ethnic differences among Caucasian, African-American, Hispanic, Japanese or Chinese patients were observed regarding rivaroxaban pharmacokinetics and pharmacodynamics." |

50

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140880

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| | clinically relevant effect of gender or race on the PK or PD of Xarelto. | **If additionally needed:** "A meta-analysis of Phase 1 data showed that the AUC and $C_{max}$ were on average 19% and 25%, respectively, higher in Japanese subjects as compared to Caucasian subjects. These differences are within the normal magnitude of inter-individual variability." |

51

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

XARELTO_JANSSEN_14140881

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| **12.3 PK: Drug Interactions**<br><br>*In vitro* studies indicate that rivaroxaban neither inhibits the major cytochrome P450 enzymes CYP1A2, 2C8, 2C9, 2C19, 2D6, 2J2, and 3A4 nor induces CYP1A2, 2B6, 2C19, or 3A4. Furthermore, *in vitro* data indicate low rivaroxaban inhibitory potential for P-gp and Bcrp transporters.<br><br>*Effects of Rivaroxaban on Other Drugs*<br><br>There were no mutual pharmacokinetic interactions between rivaroxaban 20 mg and 7.5 mg of midazolam (substrate of CYP3A4), 0.375 mg once-daily dose of digoxin (substrate of P-gp), or 20 mg once daily of atorvastatin (substrate of CYP3A4 and P-gp).<br><br>*Effects of Other Drugs on Rivaroxaban*<br><br>**Combined CYP3A4 and P-gp Strong Inhibitors**<br><br>*Ketoconazole:* Rivaroxaban 10 mg administered alone once daily for 5 days, followed by concomitant administration with ketoconazole 400 mg once daily for another 5 days resulted in clinically significant increases in plasma concentrations (160% increase in rivaroxaban steady-state AUC and a 70% increase in $C_{max}$) and pharmacodynamic effects.<br><br>*Ritonavir:* Ritonavir 600 mg administered alone twice daily for 5 days, followed by concomitant administration with a single rivaroxaban 10 mg dose, resulted in clinically significant increases in plasma concentrations (150% increase in rivaroxaban AUC and a 60% increase in $C_{max}$) and pharmacodynamic effects.<br><br>XARELTO® is not recommended in patients receiving concomitant systemic treatment with strong inhibitors of both CYP3A4 and P-gp (e.g., ketoconazole, ritonavir) *[see Warnings and Precautions (5.2)]*.<br><br>**Other Combined CYP3A4 and P-gp or Bcrp Inhibitors**<br><br>*Clarithromycin:* Clarithromycin 500 mg administered alone twice daily for 4 days, followed by concomitant administration with a single rivaroxaban 10 mg dose, resulted in an approximate 50% increase in rivaroxaban AUC and a 40% increase in $C_{max}$.<br><br>*Erythromycin:* Erythromycin 500 mg administered alone three times daily for 4 days, followed by concomitant administration with a single rivaroxaban 10 mg dose, resulted in an approximate 30% increase in rivaroxaban AUC and $C_{max}$.<br><br>The increases in exposure seen with these inhibitors are within the magnitude of the normal variability of rivaroxaban AUC and $C_{max}$, and are not considered to be clinically relevant.<br><br>Other coadministered drugs strongly inhibiting only one of the major elimination pathways, either CYP3A4/5, P-gp, or Bcrp, are expected to increase rivaroxaban plasma concentrations to a lesser extent, which would not be considered clinically relevant. | | |

52

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| **Combined CYP3A4 and P-gp Strong Inducers**<br><br>*Rifampicin:* Rifampicin titrated up to a 600 mg once daily dose, followed by concomitant administration with a single rivaroxaban 20 mg dose, resulted in an approximate 50% decrease in rivaroxaban AUC and a 22% decrease in $C_{max}$, with parallel decreases in its pharmacodynamic effects.<br><br>Strong CYP3A4 and/or P-gp inducers should be co-administered with caution.<br><br>**Other Drugs**<br><br>**Anticoagulants**<br><br>*Enoxaparin:* After combined administration of enoxaparin (40 mg subcutaneous single dose) with rivaroxaban 10 mg single dose, an additive effect on anti-factor Xa activity was observed without additive effects on clotting tests [prothrombin time (PT), activated partial thromboplastin time (aPTT)]. Enoxaparin did not affect the pharmacokinetics of rivaroxaban.<br><br>**NSAIDS and Platelet Aggregation Inhibitors**<br><br>*Naproxen:* No clinically relevant pharmacokinetic interaction or prolongation of capillary bleeding time was observed after concomitant administration of rivaroxaban (15 mg single dose) and 500 mg naproxen (two consecutive days).<br><br>*Acetylsalicylic acid (ASA):* No clinically relevant pharmacokinetic or pharmacodynamic (including capillary bleeding time) interactions were observed when rivaroxaban (15 mg single dose) was co-administered with acetylsalicylic acid (500 mg on the first day and 100 mg on the next day).<br><br>*Clopidogrel:* Clopidogrel (300 mg loading dose followed by 75 mg daily maintenance dose) did not show a pharmacokinetic interaction with rivaroxaban (15 mg single dose), however, a clinically relevant increase (when compared to rivaroxaban administered alone) in capillary bleeding time was observed in a subset of subjects, which was not correlated to platelet aggregation, P-selectin or GPIIb/IIIa receptor levels.<br><br>**Drugs Which Affect Gastric pH**<br><br>*Omeprazole, Ranitidine, and Aluminum Hydroxide/Magnesium Hydroxide:* None of these drugs affected the pharmacokinetics of rivaroxaban. | | |

53

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140883

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| | | **2-18-11 Add fluconazole after "Other Combined CYP3A4 and P-gp or Bcrp Inhibitors, Erythromycin:?** _Fluconazole:_ Fluconazole 400 mg administered once daily for 6 days, with the concomitant administration with a single rivaroxaban 20 mg dose on the 5th day, resulted in an approximate 40% increase in rivaroxaban AUC and a 30% increase in $C_{max}$. [eCTD Module 2.7.2 Section x.x.x.x (Study 12606)] |

## 13.2 Animal Toxicology and/or Pharmacology CR and Afib—did not submit this section

~~USPI: "Rivaroxaban was tested in repeat dose studies up to 6 months in rats and up to 12 months in dogs. Based on the pharmacological mode of action a no observed effect level (NOEL) could not be established due to effects on clotting time. All adverse findings except for a slight body weight gain reduction in rats and dogs could be related to an exaggerated pharmacological mode of action of the compound. Severe spontaneous bleeding was observed in dogs at very high exposure levels. The no observed adverse effect levels (NOAELs) after chronic exposure are 12.5 mg/kg in rats and 5 mg/kg in dogs."~~

**Formatted: TableText**

| | | |
|---|---|---|
| Will we need to add human exposure? | 4-8-09 Regulations do not direct to add human exposure. | 1-28-11 Would we add this section as previously stated as a contingency? |
| | | **If human exposure is requested,** revise to state: "The no observed adverse effect levels (NOAELs) after chronic exposure are 12.5/kg in rats and 5 mg/kg in dogs, presenting with exposure levels based on unbound AUC at least 4-fold and 11-fold above the therapeutic exposure in humans at a rivaroxaban dose of 10 mg/day." |

## 14 CLINICAL STUDIES see Appendix B for RECORD text REWORK

| | | |
|---|---|---|
| a) Protocol states "at least 6-8 hours" for dosing vs. " 6- to 10" (same as 2 D&A). Consider alternative wording for "The two randomized, double-blind, clinical studies (RECORD 1 and 2) in patients undergoing elective total hip replacement surgery compared XARELTO™ 10 mg once daily starting at least 6 to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin 40 mg once daily started 12 hours preoperatively." | | a) **If needed, revise to state:** "The two randomized, double-blind, clinical studies (RECORD 1 and 2) in patients undergoing elective total hip replacement surgery compared XARELTO™ 10 mg once daily starting at least 6 to 8 hours (about 90% of patients dosed 6 to ~~10~~8 hours) after wound closure versus enoxaparin 40 mg once daily started 12 hours preoperatively." |
| b) **Assess whether the pooled analysis for symptomatic VTE in Tables 7 & 8 will remain:** | | b) See Appendix B for wording.  Options in order of preference:<br>• Delete PE/death endpoint in tables 7 & 8 (and add |

54

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| | . | statement in text) <br> • Delete THR and TKR separately from Table 7 (so keep just the primary pooled results) <br> • Delete Table 7 and keep just Table 8 <br> • Replace Table 8 with version dropping RECORD 3 <br> • No tables at all, but describe the pooled results in the text <br> • If FDA objects to pooling all 4 studies try to keep pooled THR and TKR from tables 7 and 8. |
| b)c) **RACE:** Race does not total 100%. Add "Hispanic" ethnicity back under "White" race information. Submitted text: "More than 83% of patients were White, 7% were Asian, and less than 2% were Black." Note: Race missing was 3%." | | c) Proactively revise to state: <br> 1) "Approximately 79% of patients were White, 10% were Asian, 6% were Hispanic and 2% were Black." or <br> 2) "Approximately 84% of patients were White, 10% were Asian, and 2% were Black." <br> 2) "Approximately 79% of patients were White, 10% were Asian, 6% were Hispanic and 2% were Black." |
| c)d) **Tables 5, 6, 7 total VTE values in text and tables**—Was noted USPI total VTE and major VTE RECORD RRR results reported are based on the weighted results and not on the unweighted results given in the ISE. | | |
| d)e) 3-20-09 Ad Comm comment on pooled efficacy analyses: Address any need to separate our RECORD studies or provide pooled analyses for RECORD 1 and 4 or 1,3, 4 studies? | | d) See Appendix B. Revise to unweighted values, which will align with the ISE. |
| e)f) 3-23-09 Post-Ad Comm NSAIDS—review need for minimizing use with NSAIDs. Add a statement in Clinical Studies and specify Cox-2 inhibitors and NSAIDs usage was unrestricted. | | e) See Appendix B |
| e)g) LWG recommends proactively replacing "VTE/death" with "VTE or death" throughout the section and tables. | | f) See Appendix B |
| 3-8-11 EU SmPC VTE treatment Rapporteur's Day 80 Critical Assessment Report, Overview and LOQ requested <br> • addition of "clinically relevant bleeding" to the efficacy/safety tables. | | |

**Formatted:** Numbered + Level: 1 + Numbering Style: a, b, c, … + Start at: 1 + Alignment: Left + Aligned at: 0.11" + Tab after: 0.36" + Indent at: 0.36"

**Formatted:** Indent: Left: 0.29", Numbered + Level: 3 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 1.24" + Tab after: 1.49" + Indent at: 1.49", Tab stops: 0.54", List tab + Not at 1.36" + 1.49"

**Formatted:** Bullets and Numbering

**Formatted:** Numbered + Level: 1 + Numbering Style: a, b, c, … + Start at: 1 + Alignment: Left + Aligned at: 0.11" + Tab after: 0.36" + Indent at: 0.36"

**Formatted:** Numbered + Level: 1 + Numbering Style: a, b, c, … + Start at: 1 + Alignment: Left + Aligned at: 0.11" + Tab after: 0.36" + Indent at: 0.36"

**Formatted:** Numbered + Level: 1 + Numbering Style: a, b, c, … + Start at: 1 + Alignment: Left + Aligned at: 0.11" + Tab after: 0.36" + Indent at: 0.36"

55

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140885

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| <ul><li>Deletion of "The prespecified net clinical benefit (primary efficacy outcome plus major bleeding events) was reported with a hazard ratio of 0.67 ((95% CI = 0.47-0.95, nominal p-value p=0.027) in favour of rivaroxaban." 4-15-11 NA in USPI</li><li>They also wanted efficacy and safety outcomes presented separately in the SmPC.</li></ul> | | |

56

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140886

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|

**Afib 14 CLINICAL STUDIES**

The clinical evidence for the efficacy of XARELTO® was derived from ROCKET AF (**R**ivaroxaban **O**nce daily oral direct Factor Xa inhibition **C**ompared with vitamin **K** antagonist for the prevention of stroke and **E**mbolism **T**rial in **A**trial **F**ibrillation) a multicenter, randomized, double-blind, parallel-group, active-controlled, event-driven study comparing XARELTO® with warfarin in the prevention of stroke and non-central nervous system (CNS) systemic embolism in patients with non-valvular atrial fibrillation (AF). Those patients assigned to XARELTO® received XARELTO® 20 mg orally once daily (15mg orally once daily in patients with CrCl 30 to <50mL/min). Patients assigned to warfarin received warfarin titrated to a target INR of 2.5 (range 2.0-3.0 inclusive). Randomized patients with non-valvular AF had one or more of the following additional risk factors:

- a prior stroke (ischemic or unknown type), transient ischemic attack (TIA) or non-CNS systemic embolism,

- or who had 2 or more of the following risk factors:

  - age ≥75 years,

  - hypertension,

  - heart failure and/or left ventricular ejection fraction ≤35%, or

  - diabetes mellitus

The primary objective of the study was to demonstrate that the efficacy of XARELTO® was non-inferior to that of dose-adjusted warfarin in reducing the occurrence of the composite endpoint of stroke and non-CNS systemic embolism. The study was designed to ensure that XARELTO® preserved more than 50% of warfarin's effect as established by previous randomized, placebo-controlled trials of warfarin in AF. Statistical superiority was also analyzed.

A total of 14,264 patients were randomized of which 14,236 patients took at least one dose of study medication (safety population) and were followed for a median number of 590 days (19.7 months) on treatment. The patients' mean age was 71.2 years and the mean CHADS$_2$ score was 3.47. The patient population was 60.3% male, 83.3% Caucasian, 12.5% Asian and 1.3% Black, and 20.9% patients had a moderate renal impairment (CrCl 30 to <50 mL/min) at baseline. There was a history of stroke, TIA, or non-CNS systemic embolism in 54.8% of patients and 37.6% of patients were Vitamin K antagonist (VKA) naïve, defined as <6 weeks VKA use at time of screening. Concomitant diseases of patients in these trials included hypertension 90.5%, diabetes 39.9%, congestive heart failure 62.5%, and prior myocardial infarction 17.3%. At baseline, 36.5% of patients were on chronic ASA, 2.4% on anticoagulants other than VKAs, 8.7% on Class III antiarrhythmics, 54.5% on angiotensin converting enzyme inhibitors, 22.7% on angiotensin receptor blockers, 60.0% on diuretics, 24.0% on oral antidiabetics, and 65.5% on beta blockers.

For patients randomized to warfarin, the mean percentage of time in therapeutic range (INR 2.0 to 3.0) was 55.16%; the mean percentages of time INR measurements were greater than 5 or less than 1.5 were 1.03% and 8.47%, respectively.

Relative to warfarin, XARELTO® 20 mg once daily significantly reduced the primary composite endpoint of stroke and systemic embolism (see Table 3 First Occurrence of Stroke or Systemic Embolism in the ROCKET AF Study and Figure 1 Kaplan-Meier Curve Estimate of Time to First Stroke or Systemic Embolism).

**Table 3      First Occurrence of Stroke or Non-CNS Systemic Embolism in the ROCKET AF Study**

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

2905274

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| **Table 3** First Occurrence of Stroke or Non-CNS Systemic Embolism in the ROCKET AF Study<br>**Figure 1:** Kaplan-Meier Curves of Adjudicated Primary Composite Endpoints of Stroke and Non-CNS Systemic Embolism by Treatment Group Safety Population / On Treatment<br>The contributions of the components of the composite endpoint, including stroke by subtype, are shown in Table 4. The treatment effect was primarily a reduction in stroke.<br>**Table 4:** Strokes and Systemic Embolism in ROCKET AF Study*<br><br>The efficacy of XARELTO® was generally consistent across major subgroups (see Figure 2).<br>**Figure 2** Subgroup Analysis of Adjudicated Primary Composite Endpoints by Patient Baseline Characteristics Safety Population / On Treatment<br><br>Table 5 provides a sensitivity analysis for INR adherence in warfarin-treated patients across ROCKET AF study centers. The comparison of XARELTO® to warfarin is provided within each quartile and was examined to see whether the XARELTO® treatment effect varied by center by INR control. The effect of XARELTO® vs. warfarin was generally consistent across quartiles of warfarin INR control. The observed XARELTO® treatment effect was not unduly impacted by center warfarin control. In North America, the average percentage of INR values for warfarin within therapeutic range (2.0 to 3.0) was 64.13%. The incidence of the primary efficacy composite endpoint of stroke and non-CNS systemic embolism was numerically lower in North American patients treated with XARELTO® relative to those treated with warfarin [HR (95% CI) – 0.58 (0.34, 1.01)] which is consistent with the overall study efficacy result. This analysis provides assurance that the observed XARELTO® treatment effect is not unduly impacted by center warfarin control.<br>**Table 5 Center INR Control in the ROCKET AF Study** | | |
| | | 2-4-11 Delete the title for Table 3 and Figure 1 in the yellow highlighted sentence above. |
| ~~**Bayer Logo**~~<br>~~7-8-08 V. Broedhurst: ensure we do not include it on USPI or PC materials as it looks like an aspirin.~~ | | ~~Not in USPI~~ |

## 16 HOW SUPPLIED/STORAGE AND HANDLING

…
Store at 25° C (77° F) or room temperature; excursions permitted to 15°-30°C (59°-86°F) [see USP Controlled Room Temperature].
…

| | | |
|---|---|---|
| Need description text, NDCs and artwork developed for:<br>• ~~2 x cards of 6 that are perforated - In one box~~ 3 cartons of 2 x cards of 6 (NDC 50458-580-36)<br>• 5 x cards of 6 that are perforated - In one box<br><br>4-7-09 Consider proactively revising the HUD statement to state "blister packs of 100". | | 2-18-11 Store at 25°-C (77°-F) or room temperature; excursions permitted to 15°-30°C (59°-86°F) [see USP Controlled Room Temperature].<br><br>XARELTO®™ tablets are round, light red, biconvex film-coated tablets marked with a triangle pointing down above a "10" on one side, and an "Xa" on the other side and are supplied in trade blister packs of 12 (NDC 50458-580-12) available in packages containing |

[Formatted: Bulleted + Level: 1 + Aligned at: 0" + Tab after:  0.25" + Indent at:  0.25"]

58

2905274

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| | | 36 (3 cartons of 12 tablets each, NDC 50458-580-36) and in trade blister packs of 30 (NDC 50458-580-03) in bottles of 30 (NDC 50458-580-30).

XARELTO®™ is also available in hospital unit dose blister packs of 100 (NDC 50458-580-10) and bottles of 30 (NDC 50458-580-30), which are available for use in institutional settings.

**IF a low dose was mandated:**

XARELTO®™ 10 mg tablets are round, light red, biconvex film-coated tablets marked with a triangle pointing down above a "10" on one side, and an "Xa" on the other side and are supplied in trade blister packs of 12 (NDC 50458-580-12) available in packages containing 36 (3 cartons of 12 tablets each, NDC 50458-580-36) and in trade blister packs of 30 (NDC 50458-580-03).

XARELTO®™ 10 mg is also available in hospital unit dose blister packs of 100 (NDC 50458-580-10) and bottles of 30 (NDC 50458-580-30), which are available for use in institutional settings.

1-24-11
XARELTO® (rivaroxaban) 5 mg Tablets are round, yellow-orange, biconvex film-coated tablets marked with a triangle pointing down above a "5" on one side, and an "Xa" on the other side and are supplied in bottles of 30 (NDC 50458-581-30).

XARELTO® 5mg tablets are also available in a single hospital unit dose carton containing 10 blister cards of 10 tablets each (NDC 50458-580-10). |

Formatted

59

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140889

2905274

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| | | |

**16 HOW SUPPLIED/STORAGE AND HANDLING (AFIB)**

XARELTO (rivaroxaban) Tablets are available in the strengths and packages listed below. XARELTO 15 mg tablets are film-coated, round, red, and biconvex with a triangle pointing down above a "15" marked on one side and "Xa" on the other side. XARELTO 20 mg tablets are film-coated, triangle-shaped and dark red with a triangle pointing down above a "20" marked on one side and "Xa" on the other side.

| | | |
|---|---|---|
| 15 mg | NDC 50458-578-30 | Bottles of 30 |
| | NDC 50458-578-10 | Hospital Unit Dose (10 x 10 blister cards) |
| 20 mg | NDC 50458-579-30 | Bottles of 30 |
| | NDC 50458-579-90 | Bottles of 90 |
| | NDC 50458-579-10 | Hospital Unit Dose (10 x 10 blister cards) |

Store at 25° C (77° F) or room temperature; excursions permitted to 15°-30°C (59°-86°F) [see USP Controlled Room Temperature].

Keep out of the reach of children.

| Issue | Comments | Options |
|---|---|---|
| Add 90-count 15mg bottle | | Need NDC number, metadata, packaging component mock up and add to table above. |
| | | 15 mg  NDC 50458-578-30  Bottles of 30 |
| | | NDC 50458-578-XX  Bottles of 90 |
| | | NDC 50458-578-10  Hospital Unit Dose (10 x 10 blister cards) |

| **Company signature and copyright USPI and Med Guide:** | | |
|---|---|---|
| Manufactured by: Janssen Ortho, LLC Gurabo, PR 00778 Manufactured for: Ortho-McNeil, Division of Ortho-McNeil-Janssen Pharmaceuticals, Inc. | | |

60

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140890

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Issue | Comments | Options |
|---|---|---|
| Raritan, NJ 08869<br><br>Licensed from:<br>Bayer HealthCare AG<br>51368 Leverkusen, Germany<br><br>© Ortho-McNeil-Janssen Pharmaceuticals, Inc. 20XX | | |
| 2-4-11 Company name change: Karl Matthews, Janssen Identity Project, confirmed Xarelto could use the new company name "Janssen Pharmaceuticals, Inc." for the June/July 2011 launch. Packaging components will be updated to use this name, too.<br><br>• The copyright information will be the new company name with the current copyright date on the USPI (example: © Janssen Pharmaceuticals, Inc. 2003)<br>• Add Country of Origin, too.<br><br>4-20-11 From Jess per Freddy Jimenez:<br><br><br>**Redacted - Privilege** | | Active Ingredient Made in Germany<br><br>Finished Product Manufactured by:<br>Janssen Ortho, LLC<br>Gurabo, PR 00778<br><br>Manufactured for:<br>~~Ortho-McNeil, Division of Ortho-McNeil~~ Janssen Pharmaceuticals, Inc.<br>~~Raritan~~ Titusville, NJ ~~08869~~ 08560<br><br><br>© ~~Ortho-McNeil~~ Janssen Pharmaceuticals, Inc. 20~~XX~~11 |

61

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140891

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**
# APPENDIX A
## TEAEs

**If TEAEs are requested instead of ADRs:**

**6 ADRs**

XARELTO®™ was studied in 12,383 patients (6183 XARELTO™-treated, 6200 enoxaparin-treated patients) in the Phase 3 REgulation of Coagulation in Orthopedic Surgery to Prevent DVT and PE (RECORD) 1, 2, 3 and 4 studies.

Patients received XARELTO®™ 10 mg orally once daily and the mean duration of exposure was 11.8 days in the total knee replacement (RECORD 3 and 4) studies and 33.4 days in the total hip replacement (RECORD 1 and 2) studies. Overall, the mean age of the patients studied in the XARELTO®™ group was 64 years, 60% were female and 79% were Caucasian. Forty-four percent (2746) of patients underwent knee replacement surgery and 56% (3437) underwent hip replacement surgery.

Throughout this section, treatment-emergent adverse drug reactions (ADRs) events are reported. A treatment-emergent adverse event refers to any untoward medical event associated with the use of the drug in humans, whether or not considered drug-related. Adverse drug reactions are adverse events that were considered to be reasonably associated with the use of XARELTO™ based on the comprehensive assessment of the available adverse event information. A causal association for XARELTO™ often cannot be reliably established in individual cases. Furthermore, bBecause clinical trials are conducted under widely varying conditions, adverse reaction event rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice. Adverse events are presented within each frequency grouping and system organ classes.

**6.1 Commonly-Observed Adverse Events~~Drug Reactions~~ in Double-Blind Controlled Clinical Studies**

- Based on its mechanism of action, XARELTO® increases the risk for bleeding events *[see Contraindications (4) and Warnings and Precautions (5.1)]*

> **Formatted:** Bulleted + Level: 1 + Aligned at: 0.25" + Tab after:  0.5" + Indent at:  0.5"

…

As shown in Table 4, the most common adverse ADRsevents (reported by ≥ 5% of patient receiving XARELTO®) in the four Phase 3 RECORD studies were nausea (12.7%), pyrexia (11.6%), vomiting (9.8%), constipation (9.3%), edema peripheral (6.8%), anemia postoperative (5.7%), procedural pain (5.2%) and hypotension (5.1%)post-procedural hemorrhage (8.1%), and anemia (6.6%).

Table 4 shows all adverse ADRsevents reported in ≥ 12% of XARELTO®-treated patients in the RECORD studies.

> **Formatted**

62

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**XARELTO_JANSSEN_14140892**

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

Table X: Incidence of Treatment-emergent Adverse Events
Occurring in at Least 2% of Patients
(Subjects Valid for Safety Analysis in pooled RECORD 1-4 studies )

| System Organ Class<br>Preferred Term | Rivaroxaban<br>(N=6183) | Enoxaparin<br>(N=6200) |
|---|---|---|
| **ANY EVENT** | **4179 (67.59%)** | **4306 (69.45%)** |
| **Blood and lymphatic system disorders** | **360 ( 5.82%)** | **355 ( 5.73%)** |
| Anemia | 244 ( 3.95%) | 244 ( 3.94%) |
| **Cardiac disorders** | **315 ( 5.09%)** | **337 ( 5.44%)** |
| Tachycardia | 146 ( 2.36%) | 149 ( 2.40%) |
| **Gastrointestinal disorders** | **1783 (28.84%)** | **1840 (29.68%)** |
| Constipation | 573 ( 9.27%) | 596 ( 9.61%) |
| Diarrhea | 158 ( 2.56%) | 182 ( 2.94%) |
| Nausea | 788 (12.74%) | 797 (12.85%) |
| Vomiting | 605 ( 9.78%) | 610 ( 9.84%) |
| **General disorders and administration site conditions** | **1267 (20.49%)** | **1287 (20.76%)** |
| Edema peripheral | 419 ( 6.78%) | 409 ( 6.60%) |
| Pyrexia | 719 (11.63%) | 712 (11.48%) |
| **Infections and infestations** | **412 ( 6.66%)** | **420 ( 6.77%)** |
| Urinary tract infection | 118 ( 1.91%) | 125 ( 2.02%) |
| **Injury, poisoning and procedural complications** | **1150 (18.60%)** | **1124 (18.13%)** |
| Anemia postoperative | 352 ( 5.69%) | 355 ( 5.73%) |
| Procedural pain | 322 ( 5.21%) | 345 ( 5.56%) |
| Wound secretion | 146 ( 2.36%) | 106 ( 1.71%) |
| **Investigations** | **857 (13.86%)** | **946 (15.26%)** |
| Alanine aminotransferase increased | 134 ( 2.17%) | 183 ( 2.95%) |
| Aspartate aminotransferase increased | 110 ( 1.78%) | 140 ( 2.26%) |
| Gamma-glutamyltransferase increased | 119 ( 1.92%) | 173 ( 2.79%) |
| Hemoglobin decreased | 157 ( 2.54%) | 166 ( 2.68%) |
| **Musculoskeletal and connective tissue disorders** | **591 ( 9.56%)** | **565 ( 9.11%)** |
| Arthralgia | 103 ( 1.67%) | 141 ( 2.27%) |
| Muscle spasms | 148 ( 2.39%) | 115 ( 1.85%) |
| Pain in extremity | 203 ( 3.28%) | 167 ( 2.69%) |
| **Nervous system disorders** | **661 (10.69%)** | **640 (10.32%)** |
| Dizziness | 259 ( 4.19%) | 243 ( 3.92%) |
| Headache | 153 ( 2.47%) | 151 ( 2.44%) |
| **Psychiatric disorders** | **533 ( 8.62%)** | **537 ( 8.66%)** |

63

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

Table X: Incidence of Treatment-emergent Adverse Events
Occurring in at Least 2% of Patients
(Subjects Valid for Safety Analysis in pooled RECORD 1-4 studies )

| System Organ Class<br>  Preferred Term | Rivaroxaban<br>(N=6183) | Enoxaparin<br>(N=6200) |
|---|---|---|
| Insomnia | 307 ( 4.97%) | 326 ( 5.26%) |
| **Renal and urinary disorders** | **333 ( 5.39%)** | **309 ( 4.98%)** |
|   Urinary retention | 156 ( 2.52%) | 149 ( 2.40%) |
| **Skin and subcutaneous tissue disorders** | **716 (11.58%)** | **634 (10.23%)** |
|   Pruritus | 225 ( 3.64%) | 202 ( 3.26%) |
| **Vascular disorders** | **835 (13.50%)** | 1026 (16.55%) |
|   Deep vein thrombosis | 258 ( 4.17%) | 450 ( 7.26%) |
|   Hypotension | 313 ( 5.06%) | 315 ( 5.08%) |

Note:   Only treatment-emergent adverse events which occurred up to 2 days after the last dose
of study med. are included.
Note:   Incidence = # of events / # at risk, where:
# of events = # of subjects reporting the event after start of study med.
# at risk = # of subjects in reference population.


**If additionally requested, provide SAEs:**

A summary of all serious adverse events, including those starting more than 2 days after the end of study medication is
presented in the following table:

64

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140894

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

Table X: Incidence of the Most Frequently-Reported Serious
Treatment-emergent Adverse Event Preferred Terms
(Subjects Valid for Safety Analysis in pooled RECORD 1-4 studies )

| Preferred Term | Rivaroxaban (N=6183) | Enoxaparin (N=6200) |
|---|---|---|
| ANY EVENT | 406 (6.57%) | 528 (8.52%) |
| Deep vein thrombosis | 41 (0.66%) | 110 (1.77%) |
| Dislocation joint prosthesis | 14 (0.23%) | 28 (0.45%) |
| Joint dislocation | 11 (0.18%) | 24 (0.39%) |
| Pulmonary embolism | 12 (0.19%) | 22 (0.35%) |
| Alanine aminotransferase (ALT) increased | 17 (0.27%) | 11 (0.18%) |
| Wound infection | 14 (0.23%) | 9 (0.15%) |
| Pneumonia | 5 (0.08%) | 15 (0.24%) |
| Atrial fibrillation | 9 (0.15%) | 11 (0.18%) |
| Hematoma | 10 (0.16%) | 10 (0.16%) |
| Femur fracture | 13 (0.21%) | 6 (0.10%) |
| Hemoglobin decreased | 8 (0.13%) | 11 (0.18%) |

Note:   Only treatment-emergent adverse events that occurred up to 2 days after the last dose
          of study med. are included.
Note:   Incidence = # of events / # at risk, where:
          # of events = # of subjects reporting the event after start of study med.
          # at risk = # of subjects in reference population.

2-18-11 CANADIAN ADR Table

65

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

XARELTO_JANSSEN_14140895

2905274

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

Table 1 - RECORD 1, 2, and 3 – Treatment-Emergent Bleeding Events[a] (Safety Population with Central Adjudication) in Patients Randomized to XARELTO (First Dose 6 to 8 Hours Postoperatively) or Enoxaparin (First Dose 12 Hours Preoperatively)

| | | Major Bleeding[b] n (%) | Major Bleeding Including Surgical Site Bleeding Events Associated With Hemoglobin Drops or Transfusions[c] n (%) | Any Bleeding (Major or Non-major)[d] n (%) |
|---|---|---|---|---|
| RECORD 1 (THR) | XARELTO (N=2209) 10 mg od for 35±4 days | 6 (0.3) | 40 (1.8) | 133 (6.0) |
| | Enoxaparin (N=2224) 40 mg od SC for 36±4 days | 2 (0.1) | 33 (1.5) | 131 (5.9) |
| | *P* Value[e] | 0.18 | 0.41 | 0.90 |
| RECORD 2 (THR) | XARELTO (N=1228) 10 mg od for 35±4 days | 1 (0.1) | 23 (1.9) | 81 (6.6) |
| | Enoxaparin (N=1229) 40 mg od SC for 12±2 days | 1 (0.1) | 19 (1.6) | 68 (5.5) |
| | *P* Value[e] | 1.00 | 0.54 | 0.273 |
| RECORD 3 (TKR) | XARELTO (N=1220) 10 mg od po for 12±2 days | 7 (0.6) | 21 (1.7) | 60 (4.9) |
| | Enoxaparin (N=1239) 40 mg od SC for 13±2 days | 6 (0.5) | 17 (1.4) | 60 (4.8) |
| | *P* Value[e] | 0.79 | 0.52 | 1.00 |
| Pooled Analysis[f] (RECORD 1, 2, 3) | XARELTO (N=4657) | 14 (0.3) | 84 (1.8) | 274 (5.9) |
| | Enoxaparin (N=4692) | 9 (0.2) | 69 (1.5) | 259 (5.5) |
| | *P* Value[e] | 0.31 | 0.22 | 0.48 |

a   Starts with administration of the first (placebo) tablet or (placebo) injection.  Active XARELTO treatment started after surgery.  Active enoxaparin treatment started on the day before surgery.
b   Major bleeding events included: (1) fatal, (2) bleeding into a critical organ (eg, retroperitoneal, intracranial, intraocular or intraspinal bleeding/hemorrhagic puncture), (3) bleeding requiring reoperation, (4) clinically overt extra-surgical site bleeding associated with ≥2 g/dL fall in hemoglobin or leading to infusion of ≥2 units of whole blood or packed cells.

**Comment [Jlk2]:** 2-18-11 Just look at format of Canadian table as possible alternative for USPI Tables. One table includes individual study and pooled event rates.

**Comment [Jlk3]:** 2-18-11 Versus USPI "Non-major clinically relevant bleeding event" in USPI Table 1.

66

XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09

Table 1 - RECORD 1, 2, and 3 – Treatment-Emergent Bleeding Events[a] (Safety Population with Central Adjudication) in Patients Randomized to XARELTO (First Dose 6 to 8 Hours Postoperatively) or Enoxaparin (First Dose 12 Hours Preoperatively)

| | Major Bleeding[b] n (%) | Major Bleeding Including Surgical Site Bleeding Events Associated With Hemoglobin Drops or Transfusions[c] n (%) | Any Bleeding (Major or Non-major)[d] n (%) |
|---|---|---|---|
| | | | |

**Comment [Jlk2]:** 2-18-11 Just look at format of Canadian table as possible alternative for USPI Tables. One table includes individual study and pooled event rates.

**Comment [Jlk3]:** 2-18-11 Versus USPI "Non-major clinically relevant bleeding event" in USPI Table 1.

c   Surgical-site bleeding events associated with a decrease in hemoglobin were based on a determination by the investigator. Surgical-site bleeding events requiring transfusion were based on an algorithmic assessment of blood transfusions given within 48 hours of the bleeding event. In addition, both types of surgical-site bleeding events must have been based on bleeding events confirmed by the adjudication committee and reported as overt surgical-site bleeding events by the investigator.
d   Non-major bleeding events were bleeding events that did not fulfill the criteria of major bleeding.
e   *P* value calculated as Fishers two-sided exact test
f   Note that pooling was done despite the shorter duration of therapy with enoxaparin in RECORD 2
See **Error! Reference source not found.** and **Error! Reference source not found.** for additional details.
od = once daily
po = oral
SC = subcutaneous

67

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

XARELTO_JANSSEN_14140897

XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09

## APPENDIX B
### 14 CLINICAL STUDIES ORS Labeling Negotiations Contingency Document

Options in order of preference:

- Delete PE/death endpoint in tables 7 & 8 (and add statement in text)
- Delete THR and TKR separately from Table 7 (so keep just the primary pooled results)
- Delete Table 7 and keep just Table 8
- Replace Table 8 with version dropping RECORD 3
- No tables at all, but describe the pooled results in the text
- If FDA objects to pooling all 4 studies try to keep pooled THR and TKR from tables 7 and 8
- 2-4-11 There may be an opportunity to also streamline the efficacy section – specifically the text above the efficacy tables that describes the efficacy results. I remember why we wanted this in there – specifically, it enabled us to convey the RRR percentages. Therefore, I did not delete this info, but, if pushed, we could simply insert the RRR in the table somehow, as all the other info described in the text is already in the table.

- 

Note:

- The Highlights Dosage and Administration section will need revision to align with the final outcome of the Full Prescribing Information Dosage and Administration.
- LWG recommends proactively replacing "VTE/death" with "VTE or death".
- The active-control tables 3 (ADR section) and Table 8 (Clinical Studies section) may be at risk for deletion as the double-blind data was the primary analysis in the stat plan, whereas the active-control was a subsequent analysis.
- 

68

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140898

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Submitted text | Options |
|---|---|
| **14 CLINICAL STUDIES**<br>The Phase 3 clinical development of XARELTO™ included 4 randomized, double-blind clinical studies collectively referred to as the **RE**gulation of **C**oagulation in **OR**thopedic Surgery to Prevent **D**VT and PE (RECORD) studies. XARELTO™ was studied in 12,383 patients (6183 XARELTO™-treated, 6200 enoxaparin-treated patients) in the RECORD 1, 2, 3 and 4 studies. There were no restrictions regarding NSAID use with about 70% of patients receiving concomitant NSAIDS, including both selective and nonselective inhibitors of COX 2.<br><br>The two randomized, double-blind, clinical studies (RECORD 1 and 2) in patients undergoing elective total hip replacement surgery compared XARELTO™ 10 mg once daily starting at least 6 to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin 40 mg once daily started 12 hours preoperatively. In RECORD 1 and 2, a total of 7050 patients were randomized and 6890 received study drug. The mean age [± standard deviation (SD)] was 63 ± 12.2 (range 18 to 93) years with 49% of patients >65 years and 55% of patients were female. More than 83% of patients were White, 7% were Asian, and less than 2% were Black. The studies excluded patients undergoing staged bilateral total hip replacement and patients with severe renal impairment defined as an estimated creatinine clearance <30 mL/min. In RECORD 1, the mean exposure duration (± SD) to active XARELTO™ and enoxaparin was 33.4 + 6.9 and 33.7 − 8.2 days, respectively. In RECORD 2, the mean exposure duration to active XARELTO™ and enoxaparin was 33.5 + 6.9 and 12.4 + 3.0 days, respectively. After Day 13, oral placebo was continued in the enoxaparin group for the remainder of the double-blind study duration.<br><br>The efficacy data for RECORD 1 and 2 are provided in Table 5. The primary endpoint was a composite endpoint of any DVT (proximal and/or distal), non-fatal PE, and death from all causes referred to in Table 5 as total venous thromboembolism (VTE). In RECORD 1, total VTE was statistically significantly reduced in XARELTO™-treated patients compared to the enoxaparin-treated patients [1.1% vs. 3.7%, respectively; Relative Risk Reduction (RRR) 70% (95% CI: 49, 82); p<0.001]. In RECORD 2, total VTE was also statistically significantly reduced in the XARELTO™ group compared to the enoxaparin followed by placebo group [2.0% vs. 9.3%, respectively; RRR 79% (95% CI: 65, 87); p<0.001]. In both RECORD 1 and 2, the secondary endpoint of major VTE, a composite endpoint of proximal DVT, non-fatal PE, and VTE-related death, was statistically significantly reduced in the XARELTO™ group versus the comparator group (p<0.001 for each study). | **Proactively revise 1st paragraph to add NSAID use (see "f" above Clinical Studies section) and state:**<br><br>The Phase 3 clinical development of XARELTO®™ included 4 randomized, double-blind clinical studies collectively referred to as the **RE**gulation of **C**oagulation in **OR**thopedic Surgery to Prevent **D**VT and PE (RECORD) studies. XARELTO™ was studied in 12,383 patients (6183 XARELTO®™-treated, 6200 enoxaparin-treated patients) in the RECORD 1, 2, 3 and 4 studies. There were no restrictions regarding about 70% of patients receiving concomitant NSAIDS, including both selective and nonselective inhibitors of COX 2. 2-18-11 Still need to do during labeling discussions.<br><br>2-18-11 We opted to streamline Section 6 and delete:<br>"Overall, the mean age of the patients studied in the XARELTO® group was 64 years, 60% were female and |

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140899

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Submitted text | Options |
|---|---|
| | 79% were Caucasian. Forty-four percent (2746) of patients underwent knee replacement surgery and 56% (3437) underwent hip replacement surgery." Do we want the overall description of patients in 14 Clinical Studies? We currently divide them in RECORD 1&2 and RECORD 3&4.

2-18-11 If we delete RRR from text, restate: "The efficacy data for RECORD 1 and 2 are provided in Table 5. Relative to enoxaparin, XARELTO® 10 mg once daily significantly reduced the primary composite endpoint of  any DVT (proximal and/or distal), non-fatal PE, and death from all causes referred to as total VTE in Table 5. The primary endpoint was a composite endpoint of any DVT (proximal and/or distal), non-fatal PE, and death from all causes referred to in Table 5 as total venous thromboembolism (VTE). In RECORD 1, total VTE was statistically significantly reduced in XARELTO™-treated patients compared to the enoxaparin-treated patients [1.1% vs. 3.7%, respectively; Relative Risk Reduction (RRR) 70% (95% CI: 49, 82), p<0.001]. |

70

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Submitted text | Options |
|---|---|
| | In RECORD 2, total VTE was also statistically significantly reduced in the XARELTO™ group compared to the enoxaparin followed by placebo group [2.0% vs. 9.3%, respectively; RRR 79% (95% CI: 65, 87); p<0.001]. In both RECORD 1 and 2, the secondary endpoint of major VTE, a composite endpoint of proximal DVT, non-fatal PE, and VTE-related death, was statistically significantly reduced in the XARELTO™ group versus the comparator group (p<0.001 for each study)." |

71

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140901

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Submitted text | | | | | | | Options |
|---|---|---|---|---|---|---|---|
| **Table 5  Summary of Key Efficacy Analysis Results for Subjects Undergoing Total Hip Replacement Surgery - Modified Intent-to-Treat Population** | | | | | | | IF major VTE text is deleted from Table 5, include information in the text as the last sentence in the paragraph above the table: |

| | RECORD 1 | | | RECORD 2 | | | |
|---|---|---|---|---|---|---|---|
| **Treatment Dosage and Duration** | **XARELTO™ 10 mg once daily** | **Enoxaparin 40 mg once daily** | **RRR[a], p-value** | **XARELTO™ 10 mg once daily** | **Enoxaparin[b] 40 mg once daily** | **RRR[a], p-value** | In both RECORD 1 and 2, the secondary endpoint of major VTE, a composite endpoint of proximal DVT, non-fatal PE, and VTE-related death, was statistically significantly reduced in the XARELTO® group versus the comparator group [0.2% vs. 2.0%; RRR 88% (95% CI: 66, 96) and 0.6% vs. 5.1%; RRR 88% (95% CI: 72, 95); p<0.001 for each study, respectively]. |
| **Number of Subjects** | N = 1595 | N = 1558 | | N = 864 | N = 869 | | |
| **Total VTE** | 18 (1.1%) | 58 (3.7%) | 70% (95% CI: 49, 82), p<0.001 | 17 (2.0%) | 81 (9.3%) | 79% (95% CI: 65, 87), p<0.001 | |
| **Components of Total VTE** | | | | | | | |
| Proximal and/or Distal DVT | 12 (0.8%) | 53 (3.4%) | | 14 (1.6%) | 71 (8.2%) | | |
| Non-fatal PE | 4 (0.3%) | 1 (<0.1%) | | 1 (0.1%) | 4 (0.5%) | | |
| Death (any cause) | 4 (0.3%) | 4 (0.3%) | | 2 (0.2%) | 6 (0.7%) | | |
| **Number of Subjects** | N= 1686 | N = 1678 | | N= 961 | N = 962 | | |
| **Major VTE rate** | 4 (0.2%) | 33 (2.0%) | 88% (95%CI: 66, 96), p<0.001 | 6 (0.6%) | 49 (5.1%) | 88% (95% CI: 72½, 95), p<0.001 | |
| **Components of Major VTE** | | | | | | | |
| Proximal DVT | 1 (<0.1%) | 31 (1.9%) | | 5 (0.5%) | 44 (4.6%) | | |
| Non-fatal PE | 4 (0.2%) | 1 (<0.1%) | | 1 (0.1%) | 4 (0.4%) | | |
| VTE-related death | 0 (0%) | 1 (<0.1%) | | 0 (0%) | 1 (0.1%) | | |

[a] Relative Risk Reduction; CI=confidence interval
[b] Includes the placebo-controlled period of the RECORD 2 study

*Reviewer Note: The submitted RRR data in Tables 5 and 6 were weighted values. The LWG recommends to proactively revise these values to weighted data and has made 8 revisions to the Total VTE and Major VTE data in the tables. 2-18-11 Still need to do*

72

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140902

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Submitted text | Options |
|---|---|
| | *during labeling discussions.* |
| Two randomized, double-blind, clinical studies (RECORD 3 and 4) in patients undergoing elective total knee replacement surgery compared XARELTO™ 10 mg once daily started at least 6 to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin. In RECORD 3, the enoxaparin regimen was 40 mg once daily started 12 hours preoperatively. In RECORD 4, the enoxaparin regimen was 30 mg twice daily started 12 to 24 hours postoperatively. The mean age (± SD) of patients in the RECORD 3 and 4 studies was 66 ± 9.5 (range 21 to 91) years with 58% of patients ≥65 years. Sixty-six percent (66%) of patients were female. More than 70% of patients were White, 13% were Asian, and less than 4% were Black. The studies excluded patients with severe renal impairment defined as an estimated creatinine clearance <30 mL/min. In RECORD 3, the mean exposure duration (± SD) to active XARELTO™ and enoxaparin was 11.9 ± 2.3 and 12.5 ± 3.0 days, respectively. In RECORD 4, the mean exposure duration to active XARELTO™ and enoxaparin was 11.7 ± 2.5 and 11.0 ± 2.4 days, respectively.<br><br>The efficacy data for RECORD 3 and 4 are provided in Table 6. The primary endpoint was a composite endpoint of any DVT, non-fatal PE, and death from any cause referred to in Table 6 as total VTE. In RECORD 3, total VTE was statistically significantly reduced in XARELTO™-treated patients compared to enoxaparin-treated patients [9.6% vs. 18.9%, respectively; RRR 49% (95% CI: 35, 61); p<0.001]. In RECORD 4, total VTE was also statistically significantly reduced in the XARELTO™ group compared to the enoxaparin group [6.9% vs. 10.1%, respectively; RRR 31% (95% CI: 8, 49); p=0.016]. The secondary endpoint of major VTE, a composite endpoint of proximal DVT, non-fatal PE, and VTE-related death, was reduced in XARELTO™-treated patients compared to enoxaparin-treated patients in both RECORD 3 (p=0.01) and RECORD 4 (p=0.127). | If we delete RRR text for RECORD 3 &4, restate: "The efficacy data for RECORD 3 and 4 are provided in Table 6. Relative to enoxaparin, XARELTO® 10 mg once daily significantly reduced the primary composite endpoint of any DVT (proximal and/or distal), non-fatal PE, and death from any cause referred to as total VTE in Table 6. ~~The primary endpoint was a composite endpoint of any DVT, non-fatal PE, and death from any cause referred to in Table 6 as total VTE. In RECORD 3, total VTE was statistically significantly reduced in XARELTO®-treated patients compared to enoxaparin-treated patients [9.6% vs. 18.9%, respectively; RRR 49% (95% CI: 35, 61); p<0.001]. In RECORD 4, total VTE was also statistically significantly~~ |

73

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140903

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Submitted text | Options |
|---|---|
| | reduced in the XARELTO® group compared to the enoxaparin group [6.9% vs. 10.1%, respectively; RRR 32% (95% CI: 8, 49); p=0.016]. The secondary endpoint of major VTE, a composite endpoint of proximal DVT, non-fatal PE, and VTE-related death, was reduced in XARELTO®-treated patients compared to enoxaparin-treated patients in both RECORD 3 (p=0.01) and RECORD 4 (p=0.127)." |

74

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140904

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Submitted text | Options |
|---|---|

Table 6  Summary of Key Efficacy Analysis Results for Subjects Undergoing Total Knee Replacement Surgery- Modified Intent-to-Treat Population

| Treatment Dosage and Duration | RECORD 3 | | | RECORD 4 | | |
|---|---|---|---|---|---|---|
| | XARELTO™ 10 mg once daily | Enoxaparin 40 mg once daily | RRR[a], p-value | XARELTO™ 10 mg once daily | Enoxaparin 30 mg twice daily | RRR[a], p-value |
| Number of Subjects | N = 824 | N = 878 | | N = 965 | N= 959 | |
| Total VTE | 79 (9.6%) | 166 (18.9%) | 49% (95% CI: 35, 61), p<0.001 | 67 (6.9%) | 97 (10.1%) | 31 2% (95% CI: 8, 49), p=0.01 62 |
| Components of events contributing to Total VTE | | | | | | |
| Proximal and/or Distal DVT | 79 (9.6%) | 160 (18.2%) | | 61 (6.3%) | 86 (9.0%) | |
| Non-fatal PE | 0 (0%) | 4 (0.5%) | | 5 (0.5%) | 8 (0.8%) | |
| Death (any cause) | 0 (0%) | 2 (0.2%) | | 2 (0.2%) | 3 (0.3%) | |
| Number of Subjects | N = 908 | N = 925 | | N = 1122 | N = 1112 | |
| Major VTE rate | 9 (1.0%) | 24 (2.6%) | 62 18% (95% CI: 18 7, 82), p=0.016 | 13 (1.2%) | 22 (2.0%) | 41% (95%CI: –16 7, 70), p=0.165 127 |
| Components of events contributing to Major VTE | | | | | | |
| Proximal DVT | 9 (1.0%) | 20 (2.2%) | | 8 (0.7%) | 14 (1.3%) | |
| Non-fatal PE | 0 (0%) | 4 (0.4%) | | 5 (0.5%) | 8 (0.7%) | |
| VTE-related death | 0 (0%) | 0 (0%) | | 1 (0.1%) | 0 (0%) | |

[a] Relative Risk Reduction; CI=confidence interval

**Options column:**

IF major VTE text is deleted from Table 6, include information in the text as the last sentence in the paragraph above the table:

"In both RECORD 3 and 4, T̶the secondary endpoint of major VTE, a composite endpoint of proximal DVT, non-fatal PE, and VTE-related death, was reduced in the XARELTO® group versus e̶n̶o̶x̶a̶p̶a̶r̶i̶n̶ ̶t̶r̶e̶a̶t̶e̶d̶ ̶p̶a̶t̶i̶e̶n̶t̶s̶ ̶i̶n̶ ̶b̶o̶t̶h̶ ̶R̶E̶C̶O̶R̶D̶ ̶3̶ ̶(̶p̶=̶0̶.̶0̶1̶)̶ ̶a̶n̶d̶ ̶R̶E̶C̶O̶R̶D̶ ̶4̶ ̶(̶p̶=̶0̶.̶1̶2̶7̶)̶ the comparator group [1.0% vs. 2.6%, respectively; RRR 62% (95% CI: 18, 82); p = 0.016 and 1.2% vs. 2.0%, respectively; RRR 41% (95% CI: -16, 70); p=0.165].

3-4-11 OR (the above text would need another term "respectively" to differentiate RECORD 3 from RECORD 4 = too many). Propose:

"The secondary endpoint of major VTE, a composite endpoint of proximal DVT, non-fatal PE, and V̶I̶E̶-related death, was reduced in the XARELTO® group versus e̶n̶o̶x̶a̶p̶a̶r̶i̶n̶ ̶t̶r̶e̶a̶t̶e̶d̶ ̶p̶a̶t̶i̶e̶n̶t̶s̶ ̶i̶n̶ ̶b̶o̶t̶h̶ ̶R̶E̶C̶O̶R̶D̶ ̶3̶ ̶(̶p̶=̶0̶.̶0̶1̶)̶ ̶a̶n̶d̶ ̶R̶E̶C̶O̶R̶D̶ ̶4̶ ̶(̶p̶=̶0̶.̶1̶2̶7̶)̶ the comparator group in RECORD 3 [1.0% vs. 2.6%,

75

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140905

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Submitted text | Options |
|---|---|
| | respectively; RRR 62% (95% CI: 18, 82); p = 0.016] and RECORD 4 [1.2% vs. 2.0%, respectively; RRR 41% (95% CI: -16, 70); p=0.165]."<br><br>**2-18-11 Still need to update Table 6** |
| Based on a pooled analysis of the four RECORD studies, the efficacy of XARELTO™ on total VTE in various age, gender, body weight and creatinine clearance subgroups was consistent with the efficacy observed in the overall population. For the subgroups of White, Asian and Hispanic patients, efficacy results were consistent with the overall population, but the number of Black patients was insufficient to reliably assess effects.<br><br>As shown in Table 7, a pooled analysis of symptomatic events in the safety population that combined the double-blind treatment periods from all four studies showed a statistically significant reduction in the incidence of the composite endpoint of symptomatic VTE or death [(0.6% XARELTO™-treated patients compared to 1.3% enoxaparin-treated patients; RRR 58% (95% CI: 37, 71); p<0.001]. Similarly, the incidence of the composite endpoint of PE or death was also reduced [(0.3% XARELTO™-treated patients compared to 0.5% enoxaparin-treated patients; RRR 49% (95% CI: 8, 71); p=0.025]. XARELTO™ use tended to reduce the rates of each component of the composite endpoints. | 2-18-11 If delete RRR in RECORD 1-4, restate: "As shown in Table 7, a pooled analysis of symptomatic events in the safety population that combined the double-blind treatment periods from all four studies showed a statistically significant reduction in the incidence of the composite endpoint of symptomatic VTE or death [(0.6% XARELTO™-treated patients compared to 1.3% enoxaparin-treated patients; RRR 58% (95% CI: 37, 71); p<0.001]. Similarly, the incidence of the composite endpoint of PE or death was also reduced [(0.3% XARELTO™-treated patients |

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140906

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Submitted text | Options |
|---|---|
| | ~~compared to 0.5%~~ ~~enoxaparin-treated patients;~~ ~~RRR 49% (95% CI: 8, 71);~~ ~~p=0.025]. XARELTO™®~~ use tended to reduce the rates of each component of the composite endpoints." |

77

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

XARELTO_JANSSEN_14140907

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Submitted text | | | | Options |
|---|---|---|---|---|
| **Table 7: Integrated Analysis of Symptomatic VTE or All-Cause Death For RECORD 1-4—Safety Population: Double-Blind Treatment Period** | | | | 1) If requested, delete PE/death endpoint in tables 7 & 8 and add statement in text to state: |
| **Treatment Dosage and Duration** | **XARELTO™** | **Enoxaparin/Placebo[a]** | **RRR[b], p-value** | |
| **Total Treated Patients** | **N = 6183** | **N=6200** | | For Table 7: As shown in Table 7, a pooled analysis of symptomatic events in the safety population that combined the double-blind treatment periods from all four studies showed a statistically significant reduction in the incidence of the composite endpoint of symptomatic VTE or death [(0.6% XARELTO®™-treated patients compared to 1.3% enoxaparin-treated patients; RRR 58% (95% CI: 37, 71); p<0.001]. Similarly, the incidence of the composite endpoint of PE or death was also reduced [(0.3% XARELTO®-treated patients compared to 0.5% enoxaparin-treated patients; RRR 49% (95% CI: 8, 71); p–0.025].   XARELTO®™ use tended to reduce the rates of each component of the composite endpoint. |
| **Composite Endpoints** | | | | |
| Symptomatic VTE/ or death | 35 (0.6%) | 82 (1.3%) | 58% (95% CI: 37, 71), p<0.001 | |
| Death/PE | 17 (0.3%) | 33 (0.5%) | 49% (95% CI: 8, 71), p=0.025 | |
| **Components of composite endpoints** | | | | |
| VTE | 28 (0.5%) | 68 (1.1%) | | |
| PE | 10 (0.2%) | 19 (0.3%) | | |
| Any death | 8 (0.1%) | 16 (0.3%) | | |
| **Hip Surgery Studies** | **N=3437** | **N=3453** | | |
| **Composite Endpoints** | | | | |
| Symptomatic VTE/ or death | 15 (0.4%) | 35 (1.0%) | 57% (95% CI: 22, 77), p=0.006 | |
| Death/PE | 11 (0.3%) | 16 (0.5%) | 31% (95% CI: -48, 68), p–0.334 | |
| **Components of composite endpoints** | | | | |
| VTE | 9 (0.3%) | 26 (0.8%) | | |
| PE | 5 (0.2%) | 7 (0.2%) | | |
| Any death | 6 (0.2%) | 11 (0.3%) | | |
| **Knee Surgery Studies** | **N=2746** | **N=2747** | | |
| **Composite Endpoints** | | | | |
| Symptomatic VTE/ or death | 20 (0.7%) | 47 (1.7%) | 58% (95% CI: 28, 75), p=0.001 | |
| Death/PE | 6 (0.2%) | 17 (0.6%) | 65% (95% CI: 11, 86), p–0.027 | |
| **Components of composite endpoints** | | | | |

Formatted

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140908

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Submitted text | | | | Options |
|---|---|---|---|---|
| VTE | 19 (0.7%) | 42 (1.5%) | | |
| PE | 5 (0.2%) | 12 (0.4%) | | |
| Any death | 2 (0.1%) | 5 (0.2%) | | |

[a] Includes the placebo-controlled period of the RECORD 2 study, enoxaprin dosing was 40 mg once daily or 30 mg twice daily

[b] Relative Risk Reduction; CI=confidence interval

**OPTION 2: JUST POOLED RESULTS**

Table 7: Integrated Analysis of Symptomatic VTE or All-Cause Death For RECORD 1-4—Safety Population:
Double-Blind Treatment Period

| Treatment Dosage and Duration | XARELTO™ | Enoxaparin/Placebo[a] | RRR[b], p-value |
|---|---|---|---|
| **Total Treated Patients** | **N = 6183** | **N=6200** | |
| **Composite Endpoints** | | | |
| Symptomatic VTE[⸏] or death | 35 (0.6%) | 82 (1.3%) | 58% (95% CI: 37, 71), p<0.001 |
| Death/PE | 17 (0.3%) | 33 (0.5%) | 49% (95% CI: 8, 71), p=0.025 |
| **Components of composite endpoints** | | | |
| VTE | 28 (0.5%) | 68 (1.1%) | |
| PE | 10 (0.2%) | 19 (0.3%) | |
| Any death | 8 (0.1%) | 16 (0.3%) | |

2) If requested, delete THR and TKR separately from Table 7 (so keep just the primary pooled results).

**Option 3: Keep TKR and THR (delete pooled)**

Table 7: Integrated Analysis of Symptomatic VTE or All-Cause Death For RECORD 1-4—Safety Population:
Double-Blind Treatment Period

| Treatment Dosage and Duration | XARELTO™ | Enoxaparin/Placebo[a] | RRR[b], p-value |
|---|---|---|---|
| **Hip Surgery Studies** | **N=3437** | **N=3453** | |

79

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140909

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Submitted text | | | | Options |
|---|---|---|---|---|
| **Composite Endpoints** | | | | |
| Symptomatic VTE / or death | 15 (0.4%) | 35 (1.0%) | 57% (95% CI: 22, 77), p=0.006 | **3) If requested, delete pooled results and keep THR and TKR results in Table 7 and reword introductory paragraph to read:** |
| Death/PE | 11 (0.3%) | 16 (0.5%) | 31% (95% CI: -48, 68), p=0.334 | ~~As shown in Table 7, a~~A pooled analysis of symptomatic events in the |
| **Components of composite endpoints** | | | | safety population that |
| VTE | 9 (0.3%) | 26 (0.8%) | | combined the double-blind |
| PE | 5 (0.2%) | 7 (0.2%) | | treatment periods from all |
| Any death | 6 (0.2%) | 11 (0.3%) | | four studies showed a |
| **Knee Surgery Studies** | **N=2746** | **N=2747** | | statistically significant |
| **Composite Endpoints** | | | | reduction in the incidence of |
| Symptomatic VTE / or death | 20 (0.7%) | 47 (1.7%) | 58% (95% CI: 28, 75), p=0.001 | the composite endpoint of symptomatic VTE / or death [(0.6% XARELTO®-treated |
| Death/PE | 6 (0.2%) | 17 (0.6%) | 65% (95% CI: 11, 86), p=0.027 | patients compared to 1.3% enoxaparin-treated patients; RRR 58% (95% CI: 37, 71); |
| **Components of composite endpoints** | | | | p<0.001]. As shown in Table |
| VTE | 19 (0.7%) | 42 (1.5%) | | 7, XARELTO® use tended to |
| PE | 5 (0.2%) | 12 (0.4%) | | reduce the rates of each |
| Any death | 2 (0.1%) | 5 (0.2%) | | component of the composite endpoint in the total hip and total knee replacement studies. |

[a] Includes the placebo-controlled period of the RECORD 2 study, enoxaparin dosing was 40 mg once daily or 30 mg twice daily

[b] Relative Risk Reduction; CI=confidence interval

**4) If requested, delete Table 7 and just keep Table 8. Offer text in place of Table 7:**

~~As shown in Table 7, a~~A

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140910

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Submitted text | Options |
|---|---|
|  | pooled analysis of symptomatic events in the safety population that combined the double-blind treatment periods from all four studies showed a statistically significant reduction in the incidence of the composite endpoint of symptomatic VTE or death [(0.6% XARELTO®-treated patients compared to 1.3% enoxaparin-treated patients; RRR 58% (95% CI: 37, 71); p<0.001]. XARELTO® use tended to reduce the rates of each component of the composite endpoint compared to enoxaparin: VTE [0.5% (28/6183) vs. 1.1% (68/6200)], PE [0.2% (10/6183) vs. 0.3% (19/6200)]; and any death [0.1% (8/6183) vs. 0.3% (16/6200)]; respectively. |
| A separate pooled analysis of symptomatic events in the active-control treatment periods for all RECORD studies (i.e., excluding Day 12 to Day 35 in RECORD 2 when placebo was administered in the enoxaparin treatment group) of the RECORD studies are shown in Table 8. | **Proactively revise to state:** A separate pooled analysis of symptomatic events in the active-control treatment periods for all RECORD studies (i.e., excluding Day 12 to Day 35 in RECORD 2 |

81

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Submitted text | Options |
|---|---|
| | when placebo was administered in the enoxaparin treatment group) ~~of the RECORD studies are~~ is shown in Table 8. 2-18-11 Still need to do during labeling discussions. |

82

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140912

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Submitted text | Options |
|---|---|
| Table 8 Integrated Analysis of Symptomatic VTE or All-Cause Death For RECORD 1-4—Safety Population: Active-Control Pool | 1) If requested, delete PE/death endpoint in tables 7 & 8 and add statement in paragraph: |

**Submitted text (continued):**

Table 8 Integrated Analysis of Symptomatic VTE or All-Cause Death For RECORD 1-4—Safety Population: Active-Control Pool

| Treatment Dosage and Duration | XARELTO™ N = 6183 | Enoxaparin[a] N=6200 | RRR[b], p-value |
|---|---|---|---|
| **Composite Endpoints** | | | |
| Symptomatic VTE[c] or death | 32 (0.5%) | 67 (1.1%) | 52% (95% CI: 27, 69), p<0.001 |
| ~~Death/PE~~ | ~~15 (0.2%)~~ | ~~26 (0.4%)~~ | ~~43% (95% CI: -8, 70), p=0.088~~ |
| **Components of composite endpoints** | | | |
| VTE | 26 (0.4%) | 57 (0.9%) | |
| PE | 9 (0.2%) | 16 (0.3%) | |
| Any death | 7 (0.1%) | 12 (0.2%) | |

[a] Enoxaparin dosing was 40 mg once daily or 30 mg twice daily
[b] Relative Risk Reduction; CI=confidence interval

**2) Table 8 without RECORD 3:**

Table 8 Integrated Analysis of Symptomatic VTE or All-Cause Death For RECORD 1, 4 and Active Phase from RECORD 2—Safety Population

| Treatment Dosage and Duration | XARELTO™ N = 4963 | Enoxaparin[a] N=4961 | RRR[b], p-value |
|---|---|---|---|
| **Composite Endpoints** | | | |
| Symptomatic VTE[c] or death | 24 (0.5%) | 41 (0.8%) | 42% (95% CI: 4%, 65%), p=0.034 |
| **Components of composite endpoints** | | | |
| VTE | 18 (0.4%) | 33 (0.7%) | |
| PE | 9 (0.2%) | 12 (0.2%) | |
| Any death | 7 (0.1%) | 10 (0.2%) | |

[a] Enoxaparin dosing was 40 mg once daily or 30 mg twice daily
[b] Relative Risk Reduction; CI=confidence interval

**Options column:**

1) If requested, delete PE/death endpoint in tables 7 & 8 and add statement in paragraph:

**For Table 8:** A separate pooled analysis of symptomatic events in the active-control treatment periods for all RECORD studies (i.e., excluding Day 12 to Day 35 in RECORD 2 when placebo was administered in the enoxaparin treatment group) ~~of the RECORD studies are~~ is shown in Table 8. The incidence of the composite endpoint of PE or death tended to reduced in XARELTO®-treated patients compared to enoxaparin-treated patients [0.2% vs. 0.4%, respectively; RRR 43% (95% CI: -8, 70); p=0.088].

2) If requested, delete Table 7 and just keep Table 8.

3) If requested, replace Table 8 with a version dropping RECORD 3 and restate introductory paragraph:

83

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Submitted text | Options |
|---|---|
| | A separate pooled analysis of symptomatic events in the active-control treatment periods for ~~all~~ RECORD 1, 2, and 4 studies (i.e., excluding Day 12 to Day 35 in RECORD 2 when placebo was administered in the enoxaparin treatment group) of the RECORD studies are shown in Table 8.<br><br>**4) If requested, delete Tables 7 & 8, but describe the pooled results in the text.**<br><br>A pooled analysis of symptomatic events in the safety population that combined the double-blind treatment periods from all four studies showed a statistically significant reduction in the incidence of the composite endpoint of symptomatic VTE/ or death [(0.6% XARELTO®-treated patients compared to 1.3% enoxaparin-treated patients; RRR 58% (95% CI: 37, 71); p<0.001]. Similarly, the incidence of the composite endpoint of PE or death was also reduced [(0.3% XARELTO™-treated patients compared to 0.5% enoxaparin-treated patients; RRR 49% (95% CI: 8, 71); |

84

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140914

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

| Submitted text | Options |
|---|---|
| | p=0.025]. XARELTO® use tended to reduce the rates of each component of the composite endpoint.<br><br>A separate pooled analysis of symptomatic events in the active-control treatment periods for all RECORD studies (i.e., excluding Day 12 to Day 35 in RECORD 2 when placebo was administered in the enoxaparin treatment group) of the RECORD studies are shown in Table 8 showed a significant reduction in the incidence of the composite endpoint of symptomatic VTE or death in XARELTO®-treated patients compared to enoxaparin-treated patients [0.5% vs 1.1%, respectively; RRR 52% (95% CI: 27, 69); p<0.001]. The incidence of the composite endpoint of PE or death tended to reduce in XARELTO®-treated patients compared to enoxaparin-treated patients [0.2% vs. 0.4%, respectively; RRR 43% (95% CI: -8, 70); p=0.088]. |

85

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140915

XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09

# Appendix C

For Afib NDA:

**MEDICATION GUIDE**
**XARELTO® (zah-REL-toe)**
**(rivaroxaban) Tablets**

**Comment [Jlk4]:** 2-23-11 Address FDA ROC: 3rd grade reading level and replace "healthcare professional" with "doctor".

Read this Medication Guide before you start taking XARELTO and each time you get a refill. There may be new information. This Medication Guide does not take the place of talking with your doctor about your medical condition and treatment.

## WHAT IS THE MOST IMPORTANT INFORMATION I SHOULD KNOW ABOUT XARELTO?

- XARELTO is a medicine that keeps blood clots from forming.

- Patients with atrial fibrillation (an irregular heart beat) are at an increased risk of forming a blood clot in the heart which can travel to the brain and cause a stroke.

- XARELTO lowers your chance of having a stroke by helping to prevent the formation of clots.

- You should take XARELTO exactly as directed by your doctor and do not skip a dose unless you are advised to do so by your doctor.

- XARELTO, like all blood thinners, can cause bleeding, which can be serious, and sometimes be life-threatening. While you take XARELTO:
  - you may find you bruise or bleed more easily.

**It is very important to take XARELTO as prescribed, and to alert your doctor if you develop any signs of bleeding, which may include:**

- unusual bruising (bruises that develop without an injury or grow in size)
- any new bleeding, such as:
  - nose bleeds
  - bleeding gums

86

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140916

2905274

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**
- red urine
- bright red blood in your stools
- coughing up or vomiting blood
- any bleeding that is heavier than usual, from:
  - cuts
  - menstruation
- dizziness or weakness
- pain, swelling, or new drainage at wound sites

Whenever you see ANY doctor, including your dentist, be sure to tell them you are currently taking XARELTO.

**Do not stop taking XARELTO without talking to the doctor who prescribes it for you. If you stop taking XARELTO, you may increase the chances of having a stroke.**

**Tell your doctor about any planned surgeries, medical, or dental procedures.** Your doctor may recommend that you stop taking XARELTO for a short time. Your doctor will tell you when to start taking XARELTO again after your surgery or procedure.

**See "What are the possible side effects of XARELTO?" for more information about side effects.**

## WHAT IS XARELTO?

- XARELTO is a prescription medicine used to reduce the risk of stroke and blood clots in people who have a medical condition called atrial fibrillation. With atrial fibrillation, part of the heart does not beat the way it should. This can lead to the formation of blood clots, which can travel to the brain, causing a stroke, or to other parts of the body.

- XARELTO is a blood thinner that lowers the chance of blood clots forming in your body.

- XARELTO begins working within a few hours after you start taking it, and helps protect you for as long as you take it. Your doctor will tell you how long you need to take XARELTO.

- You do not need routine blood tests to see if XARELTO is working. You do not need to change your diet while taking XARELTO.

87

2905274

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

- It is not known if XARELTO is safe and works in children.

## WHO SHOULD NOT TAKE XARELTO?

**Do not start taking XARELTO if you:**

- have abnormal or unusual bleeding
- have serious liver disease

Talk to your doctor, before taking XARELTO if you currently have unusual bleeding.

## WHAT SHOULD I TELL MY DOCTOR BEFORE TAKING XARELTO?

Before you take XARELTO, tell your doctor if you:

- bleed very easily or for a long time
- have any problems with your liver or kidneys
- are pregnant or planning to become pregnant
- are breast-feeding or plan to breast-feed

**Tell your doctor about all the medicines you take, including prescription and nonprescription medicines, and herbal supplements.**

Using XARELTO with certain other medicines:

- may increase your risk of bleeding and XARELTO may not work properly.

- may require stopping or changing the other medicines

- your doctor can tell you what medicines can be safely taken with XARELTO.

- may increase your risk of bleeding, if taken with non-prescription products containing aspirin or other anti-inflammatory pain relieving drugs (such as ibuprofen, naproxen). They should be used only with your doctor's approval if you are taking XARELTO.

## HOW SHOULD I TAKE XARELTO?

- Take XARELTO exactly as your doctor has told you.

88

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

- You should take XARELTO once a day with food.

- **Your doctor will decide how long you should take XARELTO. Do not stop taking XARELTO without talking with your doctor first. Stopping XARELTO may increase your risk of stroke.**

- Do not run out of XARELTO. Be sure to fill your next prescription of XARELTO before you run out of tablets, so you do not miss a dose.

- If you have missed a dose of XARELTO, take the dose as soon as possible on the same day. Continue taking XARELTO on the following day with your next regularly scheduled dose. Do not take two doses of XARELTO at the same time.

- **Call your doctor right away if you take too much XARELTO.** Taking too much XARELTO may increase the risk of bleeding.

## WHAT SHOULD I AVOID WHILE TAKING XARELTO?

- Do not start, stop, or change any medicine such as:
    - prescription medicines
    - non-prescription medicines
    - over-the-counter medicines
    - herbal supplements
  without talking with your doctor.

Do not participate in any dangerous activity that may increase your risk of serious injury or bleeding. Call your doctor right away if you fall or injure yourself in a way that causes you to bleed. If you injure your head, call your doctor, even if you do not see signs of bleeding.

## WHAT ARE THE POSSIBLE SIDE EFFECTS OF XARELTO?

XARELTO can cause serious side effects.

- See "What is the Most Important Information I Should Know About XARELTO?"

89

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

XARELTO_JANSSEN_14140919

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**
Common side effects of XARELTO may include:

- bleeding
- vomiting
- nausea

Call your doctor if you have any side effect that bothers you or that does not go away.

These are not all the possible side effects of XARELTO. For a complete list, ask your doctor or pharmacist or go to *www.XARELTO-US.com.*

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

## HOW SHOULD I STORE XARELTO?

- Store XARELTO at room temperature between 59° and 86°F (15° to 30°C).

**Keep XARELTO and all medicines out of the reach of children.**

## GENERAL INFORMATION ABOUT XARELTO

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide.

Do not use XARELTO for a condition for which it was not prescribed. **Do not give XARELTO to other people, even if they have the same condition. It may harm them.**

This Medication Guide summarizes the most important information about XARELTO. If you would like more information, talk with your doctor. You can ask your pharmacist or doctor for information about XARELTO that is written for health professionals.

For more information about XARELTO, call 1-800-526-7736 or visit *www.XARELTO-US.com.*

## WHAT ARE THE INGREDIENTS IN XARELTO?

**Active Ingredient: rivaroxaban**

90

**HIGHLY PROTECTED INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

XARELTO_JANSSEN_14140920

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

**Inactive ingredients:** croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, microcrystalline cellulose, and sodium lauryl sulfate. Additionally, the proprietary film coating mixture used for XARELTO 15 mg tablets is Opadry® Red 14F150001, containing ferric oxide red, hypromellose, polyethylene glycol 3350, and titanium dioxide and for XARELTO 20 mg tablets is Opadry® II Dark Red 85F150004, containing ferric oxide red, polyethylene glycol 3350, polyvinyl alcohol (partially hydrolyzed), talc, and titanium dioxide.

Issued: (dd Month yyyy)

Manufactured by:
Janssen Ortho, LLC
Gurabo, PR 00778

Manufactured for:
Ortho-McNeil, Division of Ortho-McNeil-Janssen Pharmaceuticals, Inc.
Raritan, NJ 08869

Licensed from:
Bayer HealthCare AG
51368 Leverkusen, Germany

This Medication Guide has been approved by the U.S. Food and Drug Administration.

© Ortho-McNeil-Janssen Pharmaceuticals, Inc. 20XX

91

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140921

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**
2-4-11**Appendix D Afib Section 6**

## 6 ADVERSE REACTIONS

### 6.1 Commonly-Observed Adverse Drug Reactions in Double-Blind Controlled Clinical Studies

The ROCKET AF study provided safety information of XARELTO® and warfarin *[see Clinical Studies (14)]*. The numbers of patients receiving at least one dose of study drug and their exposures are described in Table 1.

Table 1:    Summary of Treatment Exposure in ROCKET AF

|  | XARELTO® | Warfarin |
|---|---|---|
| **Total number patients treated** | N= 7111 n (%) | N=7125 n (%) |
| Cumulative Treatment Duration | | |
| ≥12 months | 5558 (78.2) | 5624 (78.9) |
| ≥24 months | 2512 (35.3) | 2571 (36.1) |
| ≥36 months | 141 (2.0) | 147 (2.1) |
| Mean exposure (months*) | 19.1 | 19.3 |

* 30 days = 1 month

Because clinical trials are conducted under widely varying conditions, adverse reactions rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice. A causal relationship for XARELTO® cannot be reliably established in individual cases.

*Drug Discontinuation in ROCKET AF*

The overall incidence rates of treatment-emergent adverse reactions leading to permanent treatment discontinuation were 4.64% for XARELTO® and 3.99% for warfarin. The most frequent adverse reactions leading to discontinuation of XARELTO® compared to warfarin were bleeding events (4.37% vs. 3.85%, respectively).

*Bleeding [see Warnings and Precautions (5.1)]*

Table 2 shows the number of patients experiencing adjudicated bleeding event endpoints during the treatment period in the ROCKET AF study, with the bleeding rate per 100 patient-years (%). The principal safety outcome was the composite of

92

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

major and non-major clinically relevant bleeding events. Major bleeding was defined as clinically overt bleeding associated with the following: a decrease in hemoglobin of 2g/dL or more, or; a transfusion of 2 or more units of packed red blood cells or whole blood, or; bleeding at a critical site; or a fatal outcome. Non-major clinically relevant bleeding was defined as overt bleeding that did not meet the criteria for major bleeding, but was associated with medical intervention, unscheduled contact (visit or telephone call) with a physician, temporary or permanent cessation of study treatment, or associated with discomfort for the subject such as pain or impairment of activities of daily life.

Table 2:    Bleeding Events (per 100 Patient-Years)

| Parameter | XARELTO® N = 7111 n (%) | Event rate (100 Pt-yrs) | Warfarin N = 7125 n (%) | Event Rate (100 Pt-yr) | Hazard Ratio (95% CI*) |
|---|---|---|---|---|---|
| **Principal Safety Outcome[†]** | 1475 (20.74) | 14.91 | 1449 (20.34) | 14.52 | 1.03 (0.96,1.11) |
| **Major** | 395 ( 5.55) | 3.60 | 386 ( 5.42) | 3.45 | 1.04 (0.90,1.20) |
| Critical Organ Bleeding[‡] | 91 ( 1.28) | 0.82 | 133 ( 1.87) | 1.18 | 0.69 (0.53,0.91) |
| Intracranial hemorrhage | 55 (0.77) | 0.49 | 84 (1.18) | 0.74 | 0.67 (0.47, 0.93) |
| Death due to bleeding | 27 ( 0.38) | 0.24 | 55 ( 0.77) | 0.48 | 0.50 (0.31,0.79) |
| Hemoglobin Drop[§] | 305 ( 4.29) | 2.77 | 254 ( 3.56) | 2.26 | 1.22 (1.03,1.44) |
| Transfusion[¶] | 183 ( 2.57) | 1.65 | 149 ( 2.09) | 1.32 | 1.25 (1.01,1.55) |
| **Non-major Clinically Relevant** | 1185 (16.66) | 11.80 | 1151 (16.15) | 11.37 | 1.04 (0.96,1.13) |

\* Confidence Interval
[†] Principal Safety Outcome is the composite of Major and Non-Major clinically relevant bleeding events.
[‡] Critical organ bleeding are cases where bleeding site were identified as intracranial, intraspinal, intraocular, pericardial, intraarticular, intramuscular with compartment syndrome or retroperitoneal.
[§] Hemoglobin drop = a fall in hemoglobin of 2 g/dL or more.
[¶] Transfusion = a transfusion of 2 or more units of packed red blood cells or whole blood.

The increases in major bleeding events with XARELTO® in the categories of hemoglobin drop and/or transfusion were primarily from the gastrointestinal tract.

93

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140923

**XARELTO (rivaroxaban) USPI Labeling Contingency Document – From LRC 23-Apr-09**

Nonbleeding ADRs (reported by ≥1% of patients receiving XARELTO® compared to warfarin) were nausea (2.73% vs. 2.15%), syncope (1.83% vs. 1.52%) and vomiting (1.60% vs. 1.56%), respectively.

*ADRS from other clinical trials:* In other clinical trials with XARELTO®, vascular pseudoaneurysm formation has been reported following percutaneous intervention.

*Liver function tests:* In the ROCKET AF study the incidence of ALT >3xULN was 2.91% (203/6979) with XARELTO® and 2.90% (203/7008) with warfarin. Rare cases (7 XARELTO® vs. 4 warfarin cases) of ALT >8xULN were considered probably related to study drug. In none of these cases was there progression to more severe liver injury after discontinuation. Of note, the overall incidence of ALT elevations greater than 8xULN (and at other thresholds) was balanced between treatment groups. The incidence of combined ALT >3xULN with total bilirubin >2xULN cases was comparable for XARELTO® 0.47% (33/6980) and warfarin 0.50% (35/7012).

94

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_14140924