| | |
|---|---|
| From: | kemal.malik@bayer.com |
| To: | bernhard.glombitza@bayer.com <bernhard.glombitza@bayer.com> |
| CC: | Andrea Derix <cn=andrea derix/ou=phadx/ou=ph/ou=de/o=bayer@bayernotes>;Anne-Grethe Mortensen <cn=anne-grethe mortensen/ou=shkqp/ou=de/ou=bhc/o=bayer@bayernotes>;Arndt Brandes <cn=arndt brandes/ou=phbda/ou=ph/ou=de/o=bayer@bayernotes>;Christiane Pering <cn=christiane pering/ou=sgoyq/ou=de/ou=bhc/o=bayer@bayernotes>;Dagmar Kubitza <cn=dagmar kubitza/ou=phshz/ou=ph/ou=de/o=bayer@bayernotes>;Flemming Ornskov <cn=flemming ornskov/ou=gcoef/ou=de/ou=bhc/o=bayer@bayernotes>;Frank Misselwitz <cn=frank misselwitz/ou=phfmw/ou=ph/ou=de/o=bayer@bayernotes>;Joerg Moeller <cn=joerg moeller/ou=phmol/ou=ph/ou=de/o=bayer@bayernotes>;Joseph Scheeren <cn=joseph scheeren/ou=westh/ou=ph/ou=us/o=bayer@bayer-us-notes>;Max Wegner <cn=max wegner/ou=phmwr/ou=ph/ou=de/o=bayer@bayernotes>;Michael Devoy <cn=michael devoy/ou=be/ou=usr/o=shg@bayer-global>;Sabine Dittmar <cn=sabine dittmar/ou=phdts/ou=ph/ou=de/o=bayer@bayernotes>;Scott Berkowitz <cn=scott berkowitz/ou=westh/ou=ph/ou=us/o=bayer@bayer-us-notes>;Waheed Jamal <cn=waheed jamal/ou=ukjmw/ou=gb/ou=bhc/o=bayer@bayernotes>;Wolfgang Kanhai <cn=wolfgang kanhai/ou=phwka/ou=ph/ou=de/o=bayer@bayernotes> |
| Sent: | 5/3/2011 12:14:00 PM |
| Subject: | Re: Xarelto - DVT and SPAF List of Questions (Day 120) - Strategy of Response |
| Attachments: | ATTZI1YV; emea-combined-h944enproposed012 LOI 26 April 2011post PET.pdf |

Dear Bernhard

Thanks; a few considerations from my side.

1) Naturally we should strive to obtain as good (or better) label than Pradaxa in EU (unfortunately we will have to make some assumptions as we have not seen the final label)

2) Monitoring should be resisted

3) Although unlikely, it would be good to try and complete the process before the FDA AdCom (theoretically possible with Day 180 still in July)

4) Please align all points with Flemming et al


kind regards

Kemal

Bernhard Glombitza/PHGLB/PH/DE/BAYER

Bernhard Glombitza/PHGLB/PH/DE/BAYER

28/04/2011 13:25

To Kemal Malik/EMA/PH/GB/BAYER@BAYERNOTES

cc Joerg Moeller/PHMOL/PH/DE/BAYER@BAYERNOTES, Joseph Scheeren/WESTH/PH/US/BAYER@BAYER-US-NOTES, Michael Devoy/BE/USR/SHG@BAYER-GLOBAL, Andrea Derix/PHADX/PH/DE/BAYER@BAYERNOTES, Wolfgang Kanhai/PHWKA/PH/DE/BAYER@BAYERNOTES, Anne-Grethe Mortensen/SHKQP/DE/BHC/BAYER@BAYERNOTES, Arndt Brandes/PHBDA/PH/DE/BAYER@BAYERNOTES, Dagmar Kubitza/PHSHZ/PH/DE/BAYER@BAYERNOTES, Frank Misselwitz/PHFMW/PH/DE/BAYER@BAYERNOTES, Max Wegner/PHMWR/PH/DE/BAYER@BAYERNOTES, Sabine Dittmar/PHDTS/PH/DE/BAYER@BAYERNOTES, Scott Berkowitz/WESTH/PH/US/BAYER@BAYER-US-NOTES, Waheed Jamal/UKJMW/GB/BHC/BAYER@BAYERNOTES, Christiane Pering/SGOYQ/DE/BHC/BAYER@BAYERNOTES, Flemming Ornskov/GCOEF/DE/BHC/BAYER@BAYERNOTES

Subject Xarelto - DVT and SPAF List of Questions (Day 120) - Strategy of Response

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BHCP_00439542

Dear Kemal,

as the team is striving to respond to the List of Questions (day 120) from CHMP for DVT and SPAF by 20 May in order to get the procedure restarted immediately at day 121, we like to give you a short update where we are and the teams proposed response strategy. As GPDC is on 18 May and the last document in for the publishing process will be on 11 May we are challenged to get the final organizational alignment before the GPDC.

We have scheduled for GLC and GSC meetings as well as XLT and meetings with JnJ on GDC and JSC level before the 11 May. The overall team proposed topline response strategy can be found attached for your review (details in the ppt). If you like to have a separate meeting in order to discuss please let me know.

Thanks!

Regards

Bernhard

**Push back items**

 No specific monitoring (haemoglobin, renal, coagulation)
 Long-term treatment claim (12 m +) for DVT-T
 Superiority claim for the ITT on treatment in SPAF
 No further (beside the one proposed) dose-adaptations for any subgroups

**Offer to Health authorities**

**1 -Revision of indication wording for SPAF and DVT-T**

SPAF (add risks factors according to CHADSvasc)):

*Indication:* Prevention of stroke and systemic embolism in adult patients with non-valvular atrial fibrillation with one or more of the following risk factors:

congestive heart failure, hypertension, age = 65 years, diabetes mellitus, prior stroke or transient ischaemic attack

*Posology*: Therapy with Xarelto should be continued long term provided the benefit of prevention of stroke and systemic embolism outweighs the risk of bleeding

T.VTE

*Indication:* "Treatment of deep vein thrombosis (DVT) and prevention of recurrent DVT and pulmonary embolism (PE) following an acute DVT in adults."

*Posology:* The duration of therapy should be individualised after careful assessment of the treatment benefit against the risk for bleeding. Experience with Xarelto in this indication for more than 12 months is limited.

(underlined changed SmpC in order to respond to EMA discussion points)

**2- Dose adaptation on moderate and severe renal impairment for DVT-T**

Renal impairment..

*Posology and method of administration*

In patients with moderate (creatinine clearance 30 - 49 ml/min) or severe (creatinine clearance 15 - 29 ml/min) renal impairment the following dosage recommendations apply:

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BHCP_00439543

- For the prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation, the recommended dose is 15 mg once daily (see section 5.2).

- For the treatment of DVT and prevention of recurrent <u>DVT and PE: Patients should be treated with 15 mg twice daily for the first three weeks. From day 22 onward,s a dose reduction to 15 mg once daily may be considered</u> *(see sections 4.4, 5.1 and 5.2).*

### 3- General clinical surveillance statement (counterbalance monitoring discussion point)

*Special warnings and precautions*

◆Clinical surveillance in line with anticoagulation practice is recommended throughout the treatment period.

### 4- Additional Non-interventional Study (NIS) studies

Team proposal to offer an indication specific NIS concepts

DVT-T: two arm study. focussing on long-term treatment, investigating symptomatic VTE events as well as bleeding events

SPAF: single arm study, focussing on real-life safety (bleeding events)

**Full presentation with all items and team proposal of the SmPC:**

 
Xarelto_EUd120_coreteam_04_26_11.ppt    emea-combined-h944enproposed012 LOI 26 April 2011post PET.pdf.zip

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_BHCP_00439544