# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2592 |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| THIS DOCUMENT RELATES TO: | : | SECTION L, DIVISION 5 |
| | : | |
| *Kelly Wade v.* *Janssen Ortho, LLC, et al., 2:16-cv-12463* | : : | MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel of Record, R. Doc. 7940,

**IT IS HEREBY ORDERED** that attorneys Ryan Nicole Jacobs and Patrick Jonathan O'Hara of Jacobs O'Hara McMullen, P.C. are withdrawn as the Plaintiffs' attorney of record.

**IT IS FURTHER ORDERED** that attorney Kelly A. Fitzpatrick of Ventura Law is substituted as the Plaintiffs' attorney of record in MDL No. 2592 and member case *Wade*, 2:16-cv-12463.

New Orleans, Louisiana this 6th day of November, 2017

_____
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**