UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| LYNDA L. SHARP, Executrix of the Estate of BILLY G. SHARP, dec., and LYNDA L. SHARP, Individually and on behalf of the Heirs-at-Law of BILLY G. SHARP, dec., | MAG. JUDGE MICHAEL NORTH |
| Plaintiff, | Civil Action No. 2:17-cv-8730 L (5) |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC., f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JANSSEN ORTHO, LLC; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG, | |
| Defendants. | |

## NOTICE OF COMPLIANCE WITH SERVICE OF PROCESS PROVISIONS IN PTO 10 and PTO 11

Plaintiff Lynda L. Sharp, executrix of the estate of Billy G. Sharp, deceased, and Lynda L. Sharp, individually and on behalf of the heirs-at-law of Billy G. Sharp, deceased, through her

1

counsel, gives notice of completing service of the Complaint and Summons on Defendants Bayer Healthcare Pharmaceuticals, Inc. (BHCP), and Bayer Pharma AG.

On September 11, 2017, Plaintiff served the Complaint and Summons on Defendant Bayer Healthcare Pharmaceuticals, Inc., by forwarding a copy by way of Certified Mail, Return Receipt Requested, to Bayer Healthcare Pharmaceuticals, Inc.'s representative, SOP Department, Corporation Service Company, Wilmington, Delaware. Please see Exhibit 1, a copy of the Certified Mail Receipt, USPS Certified Mail No. 70162070000002640863, and a copy of the returned green card confirming BHCP's receipt of the Complaint and Summons.

On October 24, 2017, Plaintiff served the Complaint and Summons on Defendant Bayer Pharma AG by forwarding a copy by way of Registered Mail, Return Receipt Requested, to Bayer Pharma AG's representative in Berlin, Germany. Please see Exhibit 2, a copy of the Registered Mail receipt, USPS Registered Mail No. RE947593558US.

On September 25, 2017, Plaintiff also served the Complaint and Summons on Defendants Bayer Pharma Ag and Bayer Healthcare Pharmaceuticals, Inc., by forwarding an electronic copy to xareltocomplaints@babc.com. Please see Exhibit 3, a copy of Hutton & Hutton Law Firm, L.L.C.'s email to Defendants.

Plaintiff has completed service on Defendants Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG.

Dated: November 6, 2017

By  /s/ Andrew W. Hutton
Andrew W. Hutton
Hutton & Hutton Law Firm, L.L.C.
P. O. Box 638
Wichita, KS  67201-0638
Tele:  (316) 688-1166
Fax:   (316) 686-1077

Email: Andrew.hutton@huttonlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, a copy of the foregoing Notice of Compliance with Service of Process Provisions in PTO 10 and PTO 11 was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Andrew W. Hutton
Andrew W. Hutton
Hutton & Hutton Law Firm, L.L.C.
P. O. Box 638
Wichita, KS 67201-0638
Tele: (316) 688-1166
Fax: (316) 686-1077
Email: Andrew.hutton@huttonlaw.com
*Attorneys for Plaintiff*