Exhibit 1





AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Lynda L. Sharp, Executrix of the Estate of Billy G. Sharp, dec., and Lynda L. Sharp, Individually and on behalf of the Heirs-at-Law of Billy G. Sharp, dec.

*Plaintiff(s)*

v.

Civil Action No. 2:17-cv-8730 L (5)

Janssen Research & Development LLC, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
Suite 400
2711 Centerville Road
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew W. Hutton
Hutton & Hutton Law Firm, L.L.C.
P. O. Box 638
Wichita, KS 67201-0638
T (316) 688-1166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

William W. Blevins
Name of clerk of court

Deputy clerk's signature

Date: Sep 08 2017