Exhibit 2

**Registered No.** RE947593558US

Postage $ [illegible]
Extra Services & Fees
☐ Registered Mail $ [illegible]
☐ Return Receipt (hardcopy) $ [illegible]
☐ Return Receipt (electronic) $ [illegible]
☐ Restricted Delivery $ [illegible]

Extra Services & Fees (continued)
☐ Signature Confirmation $ ___
☐ Signature Confirmation Restricted Delivery $ ___
Total Postage & Fees [illegible]

Customer Must Declare Full Value $ [illegible]
Received by [illegible]
Date Stamp: WICHITA KS SEP 22 2017

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
Andrew W. Hutton
Hutton & Hutton Law Firm, LLC
POB 638
Wichita, KS 67201-0638

TO:
Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohn, General Counsel
Müllerstrasse 178
D-13353 Berlin, Germany

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 – Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

---

MUNGER
1314 N OLIVER AVE
WICHITA
KS
67208-2804
1997210143
09/22/2017   (800)275-8777   4:06 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Intl Large Envelope (International) (Germany) (Weight:0 Lb 5.10 Oz) | 1 | $6.97 |
| Registered (Amount:$0.00) (USPS Registered Mail #) (RE947593558US) | 1 | $14.95 |
| Return Receipt | 1 | $3.85 |
| Total | | $25.77 |
| Personal/Bus Check | | $25.77 |

*******************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards available for purchase at select Post Offices.
*******************************************

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm.

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clickship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

*************************** ***************
Get your mail when and where you want

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** RE947593558US

   Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Package International Service

**Features:**
Registered Mail™
Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **October 24, 2017, 11:59 pm** | **Delivered** | **GERMANY** |

Your item was delivered in GERMANY at 11:59 pm on October 24, 2017.

| | | |
| --- | --- | --- |
| October 20, 2017, 8:31 am | Attempted Delivery Abroad | GERMANY |
| October 19, 2017, 8:31 am | Processed through Facility | FRANKFURT/FLUGHAFEN, GERMANY |

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 17, 2017, 1:43 pm | Held in Customs | FRANKFURT/FLUGHAFEN, GERMANY |
| October 17, 2017, 1:43 pm | Processed Through Facility | GERMANY |
| October 15, 2017, 9:33 am | Departed | FRANKFURT, GERMANY |
| October 14, 2017, 7:33 pm | Departed | NEWARK, UNITED STATES |
| October 12, 2017, 10:54 pm | Arrived | NEWARK, UNITED STATES |
| October 12, 2017, 8:33 am | Processed Through Facility | ISC NEW YORK NY(USPS) |
| October 12, 2017, 8:05 am | Arrived at Facility | ISC NEW YORK NY(USPS) |
| October 5, 2017, 11:24 pm | Arrived at USPS Facility | KANSAS CITY, MO 64121 |
| October 4, 2017, 10:15 pm | Departed USPS Facility | WICHITA, KS 67276 |
| October 4, 2017, 10:09 pm | Arrived at USPS Facility | WICHITA, KS 67276 |

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| September 25, 2017, 9:20 am | In Transit to Destination | |
| September 24, 2017, 9:20 am | In Transit to Destination | |
| September 23, 2017, 9:20 am | In Transit to Destination | |
| September 22, 2017, 6:20 pm | Departed Post Office | WICHITA, KS 67208 |
| September 22, 2017, 4:01 pm | USPS in possession of item | WICHITA, KS 67208 |

See Less ∧

## Available Actions

**Text & Email Updates**                                  ∨

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Lynda L. Sharp, Executrix of the Estate of Billy G. Sharp, dec., and Lynda L. Sharp, Individually and on behalf of the Heirs-at-Law of Billy G. Sharp, dec.
*Plaintiff(s)*

v.

Janssen Research & Development LLC, et al.

*Defendant(s)*

Civil Action No. 2:17-cv-8730 L (5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohr
General Counsel
Mullerstrasse 178
D-13353 Berlin
GERMANY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew W. Hutton
Hutton & Hutton Law Firm, L.L.C.
P. O. Box 638
Wichita, KS 67201-0638
T (316) 688-1166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

William W. Blevins
Name of clerk of court

Deputy clerk's signature

Date: Sep 08 2017