**Sharon Fornshell**                                                                                                  Exhibit 3

| | |
|---|---|
| **From:** | Sharon Fornshell |
| **Sent:** | Monday, September 25, 2017 12:38 PM |
| **To:** | 'xareltocomplaints@babc.com' |
| **Cc:** | Andy Hutton |
| **Subject:** | Xarelto Products Liability Litigation |
| **Attachments:** | 2017.09.07 Complaint, Sharp.pdf; 2017.09.08 Summons issued-Bayer Healthcare Pharmaceuticals, Inc.pdf; 2017.09.08 Summons issued-Bayer Pharma AG.pdf |

U.S. District Court, Eastern District of Louisiana
In Re: Xarelto (Rivaroxaban) Products Liability Litigation, MDL No. 2592

Re: Lynda L. Sharp, Executrix of the Estate of Billy G. Sharp, dec., and Lynda L. Sharp, individually and on behalf of the heirs-at-law of Billy G. Sharp, dec. v Janssen Research & Development, LLC, et al.
Complaint filed 09/07/2017, Case No. 2:17-cv-8730 L(5)

Pursuant to PTO-10 (03/24/2015), please find attached the following documents:

1) Complaint;
2) Summons as to Bayer Pharma AG; and
3) Summons as to Bayer Healthcare Pharmaceuticals, Inc.

Thank you for your assistance with this matter. If you require additional information, please advise.

Sincerely,
Andrew W. Hutton, by
Sharon Fornshell
Hutton & Hutton Law Firm, L.L.C.
P. O. Box 638
Wichita, KS 67201-0638
T (316) 688-1166
F (316) 686-1077
sharon.fornshell@huttonlaw.com