UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| *Harriet Ibanez, at al. v. Janssen, et al.* | * | |
| **Case No. 2:14-cv-02669** | * | MAGISTRATE JUDGE NORTH |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

---

# O R D E R

---

Considering Plaintiffs' Motion for Leave to Exceed Page Limitation and To File Exhibits Under Seal, R. Doc. 7948;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Memorandum in Opposition to Defendants' Joint Motion for Partial Summary Judgment On the Ground That Federal Law Preempts Plaintiffs' Failure to Warn or Instruct Claim be and is hereby filed into the record;

IT IS FURTHER ORDERED BY THE COURT that Exhibits 2, 39, 40 and 44 attached to the  Plaintiffs' Memorandum in Opposition to Defendants' Joint Motion for Partial Summary Judgment On the Ground That Federal Law Preempts Plaintiffs' Failure to Warn or Instruct Claim be and they are hereby filed UNDER SEAL.

New Orleans, Louisiana, this 6th day of ___November___, 2017.

Eldon E. Fallon
United States District Court Judge