EXHIBIT A

**EXHIBIT A**

IN THE PROBATE COURT
COUNTY OF DOUGHERTY
STATE OF GEORGIA

IN RE: ESTATE OF )
)
ROSE M. JACKSON , ) ESTATE NO. 2017-ES-391
DECEASED )

## LETTERS OF ADMINISTRATION

(Bond Waived and/or Certain Powers Granted at Time of Appointment)

WHEREAS, ROSE M. JACKSON died intestate
(Initial one)

_xxx_ domiciled in this County;

_____ not domiciled in this State, but owning property in this County;

and this Court granted an order appointing __Janice Rogers__ as Administrator(s) of the estate of said decedent, on condition that said Administrator(s) give(s) oath as required by law; and the said Administrator(s) having complied with said condition; the Court hereby grants unto said Administrator(s) full power to collect the assets of said decedent, and to pay the debts of said estate, so far as such assets will extend, according to law, and then to pay over the balance, if any, to the heirs of said decedent, and to do and perform all other duties as such Administrator(s), according to the laws of this State. In addition, this Court:

(Initial all which apply)

_nsr_ (a) **REPORTS WAIVED:** Grants to the Administrator(s) the power to serve without making and filing inventory, and without filing any annual or other returns or reports to any court; but the fiduciary(ies) shall furnish to the heirs, at least annually, a statement of receipts and disbursements.
_nsr_ (b) **BOND WAIVED:** Waives the requirement to post bond.
_nsr_ (c) **POWERS GRANTED:** Grants to the Administrator(s) the powers contained in O.C.G.A. §53-12-261 not included in (a) above.

IN TESTIMONY WHEREOF, I have hereunto affixed my signature as Judge of the Probate Court of said County and the seal of this office this 28 day of August, 20 17.

Judge of the Probate Court

I, Delma Hope Clerk of Probate Court of Said County do hereby
Certify that the within and forgoing writing and printing is a true
And exact copy of Letters of Administration in the estate of Rose
Jackson as it appears on record in the office of the Probate Court
of Dougherty County, GA.
WITNESS my hand and seal of the Probate Court.
This 13th Day of September 2017.

Delma Hope
Clerk of Probate Court

# GEORGIA DEATH CERTIFICATE

State File Number: 2017GA000005714

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | ROSE L. JACKSON |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | MATHIS |
| 2. SEX | FEMALE |
| 2a. DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 01/24/2017 |
| 3. SOCIAL SECURITY NUMBER | 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 |
| 4a. AGE (Years) | 80 |
| 4b. UNDER 1 YEAR (Mos., Days) | |
| 4c. UNDER 1 DAY (Hours, Mins.) | |
| 5. DATE OF BIRTH (Mo., Day, Year) | 03/06/1936 |
| 6. BIRTHPLACE | GEORGIA |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | DOUGHERTY |
| 7c. CITY, TOWN | ALBANY |
| 7d. STREET AND NUMBER | 803 SPURLOCK STREET |
| 7e. ZIP CODE | 31705 |
| 7f. INSIDE CITY LIMITS? | NO |
| 8. ARMED FORCES? | NO |
| 8a. USUAL OCCUPATION | ENVIRONMENTAL TECH |
| 8b. KIND OF INDUSTRY OR BUSINESS | MAINTENANCE |
| 9. MARITAL STATUS | WIDOWED |
| 10. SPOUSE NAME | JIMMIE L. JACKSON |
| 11. FATHER'S FULL NAME (First, Middle, Last) | GEORGE MATHIS |
| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) | ELEVENE HALEY |
| 13a. INFORMANT'S NAME (First, Middle, Last) | MARAGRET PHILLIPS |
| 13b. RELATIONSHIP TO DECEDENT | DAUGHTER |
| 13c. MAILING ADDRESS | 3961 NW 178 STREET MIAMI GARDENS FLORIDA 33055 |
| 14. DECEDENT'S EDUCATION | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 15. ORIGIN OF DECEDENT (Italian, Mex.,French, English, etc.) | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE (White, Black, American Indian, etc.) (Specify) | BLACK OR AFRICAN-AMERICAN |
| 17a. IF DEATH OCCURRED IN HOSPITAL | INPATIENT |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) | |
| 18. HOSPITAL OR OTHER INSTITUTION NAME | PHOEBE PUTNEY MEMORIAL HOSPITAL |
| 19. CITY, TOWN or LOCATION OF DEATH | ALBANY |
| 20. COUNTY OF DEATH | DOUGHERTY |
| 21. METHOD OF DISPOSITION (specify) | BURIAL |
| 22. PLACE OF DISPOSITION | NEW MT. HOLDER BAPTSI CHURCH CEMETERY 5445 HARRIS ROAD ALBANY GEORGIA 31705 |
| 23. DISPOSITION DATE (Mo., Day, Year) | 02/04/2017 |
| 24a. EMBALMER'S NAME | VICTOR R. MEADOWS |
| 24b. EMBALMER LICENSE NO. | 4559 |
| 25. FUNERAL HOME NAME | MEADOWS FUNERAL HOME |
| 25a. FUNERAL HOME ADDRESS | 315 SOUTH MADISON ALBANY GEORGIA 31701 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | VICTOR R MEADOWS |
| 26b. FUN. DIR. LICENSE NO | 4969 |
| 27. DATE PRONOUNCED DEAD (Mo., Day, Year) | 01/24/2017 |
| 28. HOUR PRONOUNCED DEAD | 05:20 PM |
| 29a. PRONOUNCER'S NAME | THOMAS J UNGARINO |
| 29b. LICENSE NUMBER | 43799 |
| 29c. DATE SIGNED | 01/24/2017 |
| 30. TIME OF DEATH | 05:20 PM |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | NO |

32. Part I. Enter the chain of events–diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, Of ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

IMMEDIATE CAUSE (Final disease or condition resulting in death)

| | Cause | Approximate interval between onset and death |
|---|---|---|
| A. | CORONARY ARTERY DISEASE | UNKNOWN |
| B. Due to, or as a consequence of | ATRIAL FIBRILLATION | UNKNOWN |
| C. Due to, or as a consequence of | CONGESTIVE HEART FAILURE | UNKNOWN |
| D. Due to, or as a consequence of | MALIGNANT HYPERTENSION | UNKNOWN |

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.

33. WAS AUTOPSY PERFORMED? UNKNOWN
34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?

35. TOBACCO USE CONTRIBUTED TO DEATH: UNKNOWN
36. IF FEMALE (range 10-54) PREGNANT: NOT APPLICABLE
37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specif): NATURAL

38. DATE OF INJURY (Mo., Day, Year):
39. TIME OF INJURY:
40. PLACE OF INJURY (Home, Farm, Street, Factory, Offce, Etc.) (Specify):
41. INJURY AT WORK? (Yes or No):

42. LOCATION OF INJURY (Street, Apartment Number, City or Town, State, Zip, County)

43. DESCRIBE HOW INJURY OCCURRED
44. IF TRANSPORTATION INJURY

45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.)

THOMAS J UNGARINO, MD, 43799

46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.)

| 45a. DATE SIGNED | 02/06/2017 | 45b. HOUR OF DEATH | 05:20 PM |
| 46a. DATE SIGNED | | 46b. HOUR OF DEATH | |

47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH
THOMAS J UNGARINO 804 14TH AVENUE ALBANY GEORGIA 31701

48. REGISTRAR (Signature): /S/ DONNA L. MOORE
49. DATE FILED - REGISTRAR (Mo., Day, Year): 02/07/2017

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF HUMAN RESOURCES

DO NOT FOLD THIS CERTIF

## "CERTIFICATE OF RECORD"

This is an exact copy of the Death Certificate received for filing in Dougherty County.

County Custodian _Nancy Stephenson_

Issued by _Sharon Carson_

Date February 7, 2017

(Void without original signature and impressed seal)