**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)**<br>**PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*HELEN LLOYD and FRANK LLOYD, her husband, v. Janssen Research & Development, LLC. et al.*

**INDIVIDUAL CIVIL ACTION NO:  2:16-cv-01390-EEF-MBN**

<u>**SUGGESTION OF DEATH**</u>

Plaintiffs, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff, Helen Lloyd, which occurred on July 15, 2017.  Plaintiffs respectfully inform this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Helen Lloyd's Estate.

Dated: November 6, 2017                              Respectfully submitted,

                                                                      **STARK & STARK**
                                                                      **A Professional Corporation**

                                                                      */s/ Martin P. Schrama*
                                                                      Martin P. Schrama, Esq. (NJ #039581997)
                                                                      mschrama@stark-stark.com
                                                                      Stark & Stark
                                                                      993 Lenox Drive
                                                                      Lawrenceville, NJ 08648
                                                                      Tel: 609.896.9060
                                                                      Fax: 609.896.0629
                                                                      *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2017, a complete copy of the foregoing Suggestion of Death has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq.

2