**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| | ) | MDL No. 2592 |
| IN RE: XARELTO (RIVAROXABAN) | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | Judge Eldon E. Fallon |
| | ) | |

# Expert Report of Henry Michael Rinder, M.D.

By: _____   Date: ___10/14/16___

**Henry Michael Rinder, M.D.**

### EXPERT REPORT OF HENRY RINDER, M.D.

*In Re: Xarelto (Rivaroxaban) Products Liability Litigation (MDL-2592)*

### October 14, 2016

## Introduction

I have reviewed multiple materials, consisting of, but not limited to, various clinical study reports, internal and external correspondence and communications between Bayer, Janssen, and others, deposition testimony, medical literature, regulatory documents, and other materials relevant to Rivaroxaban (Xarelto) and anticoagulation management at issue in this case. A complete listing of the materials that I have reviewed and considered in formulating my opinions is set forth in Appendix A attached to this report. In addition to those materials, I also rely on my background, education, training and clinical experience as described below, as well as the relevant published literature.

In addition, attached to this report are my *curriculum vitae* (Appendix B), and my prior testimony for the past four years and fee schedule (Appendix C).

## Methodology Employed in Expert Review

In formulating the opinions articulated in this report, I have employed the same scientific method that I apply in the clinical setting when evaluating patients who present with or are at risk for hematologic disorders, including bleeding or thrombosis. My approach to diagnosis, evaluation of risk: benefit, and my recommendations for treatment remain the same whether I am retained as an expert in a litigation setting or treating a patient in the clinical setting. In reviewing and evaluating the relevant literature on the subject of Rivaroxaban and anticoagulation management, as well as the safety profile of Rivaroxaban, I have conducted my literature search, review and analysis in the same manner that I utilize in my clinical practice as well as in drafting and submitting manuscripts for consideration of publication, whether in peer-reviewed journals or other scientific venues.

## Background for Henry M. Rinder, M.D.

I am a licensed physician practicing in the state of Connecticut. I attended medical school at the University of Pennsylvania School of Medicine and the University of Vermont College of Medicine, receiving my degree in 1984. I trained in Internal Medicine at Maine Medical Center (Portland, ME), and Hematology and Laboratory Medicine, both at Yale-New Haven Hospital (New Haven, CT). I have been an attending physician at Yale-New Haven Hospital since 1992 where I currently practice Hematology and Laboratory Hematology.

1

My research at Yale University School of Medicine has been concerned with the science of blood clotting and bleeding. I am currently a Professor of Laboratory Medicine and Internal Medicine (Hematology) at Yale University. For additional background regarding my clinical and research activities, and publications authored by me in the last ten or more years, please refer to my *curriculum vitae* attached to this report as Appendix B. Besides research and clinical practice, I teach hematology to medical students, physician assistant students, residents, and fellows throughout the Yale-New Haven Health System, and other Yale University School of Medicine affiliated training programs.

I have written multiple textbook chapters on thrombosis and bleeding, and I am one of the editors of the text "Hematology in Clinical Practice." My clinical practice over the past 20 years has included the diagnosis and treatment of patients with arterial thrombosis, venous thrombosis, and atrial fibrillation, the latter including patients with complications of ischemic and/or hemorrhagic stroke, systemic embolism, and bleeding while on anticoagulation. I have been involved in the diagnosis and treatment of hundreds of anticoagulated patients with atrial fibrillation and thousands of patients with thrombotic or bleeding disorders.

All of the opinions formed and set-forth below are rendered with a reasonable degree of medical and scientific certainty. I reserve the right to supplement my opinions as new information becomes available.

2

## Summary of Opinions

1. The safe and effective use of Rivaroxaban (Xarelto) requires measuring drug concentration levels or activity levels (e.g., prothrombin time (PT) or anti-Factor Xa).

   a. Rivaroxaban is a narrow therapeutic index drug, meaning that its principal toxicity, bleeding, is a result of its intended effect; too low a dose results in inadequate protection against blood clots, and too high a dose results in excessive risk of bleeding.

   b. Rivaroxaban exhibits interpatient variability with respect to drug plasma concentration, meaning two patients who take the same pill can experience significantly different (*i.e.*, higher or lower) degrees of exposure.

   c. There is a correlation between drug exposure, as measured by drug concentration, and the effect of the drug, as measured by prothrombin time (PT).

   d. There is a correlation between the measured effect of Rivaroxaban (PT) and safety outcomes (*i.e.*, bleeding events), meaning as PT levels increase in a Rivaroxaban-treated patient that patient's risk of experiencing a major bleeding event also increases.

   e. Therefore, it is my opinion that obtaining a PT result, with the appropriate reagent, would be helpful and necessary to evaluate the bleeding risk of Rivaroxaban-treated patients.

   f. Rivaroxaban therapy should be discontinued in Rivaroxaban-treated patients with a PT of greater than 20 seconds, as measured with the appropriate agent at the appropriate time, as they are at an unnecessary, excessive risk of experiencing a major bleeding event without any evidence of additional stroke risk reduction benefit.

2. The clinical trial supporting the atrial fibrillation (AF) indication for Rivaroxaban, ROCKET AF, suffers from multiple serious flaws that compromise the integrity of the results.

   a. There was suboptimal management of the Warfarin arm in the ROCKET AF trial, which had the lowest time in therapeutic range (TTR) out of every single new oral anticoagulant (NOAC) Phase III clinical trial involving Warfarin.

   b. The management of Warfarin patients in ROCKET AF was conducted with a faulty international normalized ratio (INR) device, thereby undermining the reliability of ROCKET AF at best, and invalidating the study at worst.

3. Rivaroxaban is the least effective and least safe of all NOACs.

4. The manufacturers of Rivaroxaban failed to adequately communicate to the public, including physicians and patients, the impact of the faulty INRatio device used in the ROCKET AF trial.

5. The Rivaroxaban label is inadequate in the following ways:
    a. It lacks a black box warning with respect to bleeding risk. The absence of a black box warning inappropriately communicates to patients and physicians that Rivaroxaban is safer than Warfarin with respect to bleeding risk.
    b. It fails to inform physicians, like myself, of the following information: 1) the degree of inter-patient variability with respect to drug plasma concentrations; 2) the near linear correlation between drug plasma concentration and PT with numerous available reagents; 3) the relationship observed between PT and bleeding risk in the ROCKET AF trial; and 4) the utility of using a PT measurement to identify those patients at highest risk of bleeding.
    c. From November 2011 until September 2015, it failed to properly inform physicians of the bleeding risk for Rivaroxaban relative to well-controlled INR for Warfarin in U.S. patients. The hazard ratio for bleeding in U.S. patients in ROCKET AF is critical to understanding the risk/benefit of Rivaroxaban; this important information was not included in the label until September 2015.
    d. It fails to adequately describe how the low TTR affected efficacy and safety in the ROCKET AF trial.

**Rivaroxaban (Xarelto): Approval, Indications, Mechanism of Action**

Rivaroxaban (Xarelto), a direct factor Xa inhibitor, was first approved by the FDA on July 1, 2011. Xarelto is included in the class of drugs called New Oral Anticoagulants (NOACs), which also includes Dabigatran (Pradaxa), Apixaban (Eliquis), and Edoxaban (Savaysa).

Rivaroxaban (Xarelto) is currently approved for three (3) indications in the United States: (1) for the prophylaxis of deep vein thrombosis (DVT) and pulmonary embolism (PE) in patients undergoing hip or knee replacement surgeries (based on RECORD clinical trials); (2) to reduce the risk of stroke and systemic embolism in patients with non-valvular atrial fibrillation (based on ROCKET clinical trial); and (3) for the treatment of DVT and/or PE, and to reduce the recurrence of such conditions (based on EINSTEIN clinical trials).

**Pathophysiology of Thromboembolism Arising from Atrial Fibrillation (AF)**

Normal hemostasis reflects the physiologic balance of procoagulant and anticoagulant factors that promote liquid blood flow (prevention of clotting) while maintaining vascular integrity (prevention of bleeding). When this balance is disrupted by excessive procoagulant forces, thrombosis (clotting) may result, whereas introducing anticoagulation tips the balance to promote bleeding. When atrial fibrillation (AF) is present, the procoagulant aspect of blood stasis within the left atrium and its appendage increases the likelihood that a clot will form in this compartment of the heart. Such clots can travel (embolize) from the left atrium out through the arterial circulation to occlude arteries and cause ischemic infarctions within the brain (ischemic

4

stroke), and/or the extremities, gastrointestinal tract, kidneys, and any other organ (systemic embolization). Without anticoagulation, AF has a 5-6% annual risk of stroke; in most patients, this annual stroke risk exceeds the risk of major bleeding with well-controlled anticoagulation. Hence, anticoagulation is generally recommended for patients with AF unless there is a specific contraindication to anticoagulation, *e.g.*, the risk of major bleeding with anticoagulation outweighs the risk of stroke/embolization without anticoagulation.

## Pathophysiology of Deep Vein Thrombosis and Pulmonary Embolism

Venous thromboembolism (VTE) commonly presents with localized symptoms and signs, usually as a deep vein thrombosis (DVT) in the lower extremities, or as a pulmonary embolism (PE) when a DVT breaks off and travels to the lungs. The risk of VTE (including DVT and PE) is increased by pathologies that act through Virchow's triad: blood stasis, blood vessel damage, and blood hypercoagulability. Immobilization, orthopedic surgery, pregnancy, and the use of oral contraceptives are some examples of conditions which predispose patients to develop VTE. The best management of VTE is prevention. Patients undergoing a high-risk procedure (e.g. orthopedic surgery) should receive anticoagulation prophylaxis following the procedure. When VTE does occur, therapeutic anticoagulation is required to prevent extension of the DVT or PE and/or DVT embolism to the lungs resulting in PE.

## General Principles of Anticoagulant Therapy

As noted above, anticoagulant medications disrupt the normal balance of the body's pro- and anti-coagulant physiology by lessening the ability to make a clot, thus producing the desired therapeutic effect; however, this imbalance simultaneously diminishes normal sealing of vascular leaks, leading to an increased incidence of hemorrhage. As more anticoagulation is delivered to the patient (higher drug concentration or activity), the frequency of major bleeding rises; this is true for all anticoagulants. Hence, appropriate dosing for each patient achieves the optimal balance of benefit (lessened clotting) and risk (acceptable bleeding rate). Personalized anticoagulation is achieved by monitoring anticoagulant activity (Warfarin and unfractionated heparin) or by administering a weight-based dose (low molecular weight heparin); both methods achieve a drug concentration/activity within a determined therapeutic range/index. Below this range, there is an excess risk of thrombosis; above the therapeutic index, there is excess risk of hemorrhage.

## Warfarin Anticoagulation in Atrial Fibrillation (AF) and Treatment of DVT and PE

Warfarin is an approved oral anticoagulant for AF; Warfarin reversibly inhibits the synthesis of the active pro-coagulant proteins thrombin and Factors 7, 9, and 10, thereby lessening the ability to generate a clot, resulting in anticoagulation. The goal of Warfarin anticoagulation in patients with AF is to achieve a therapeutic index (INR of 2.0-3.0, see below) within which there is significant lowering of the risk for ischemic stroke/systemic embolization (SSE), while preserving acceptably lower rates of bleeding. In AF patients, Warfarin reduced ischemic stroke to 1.4% per

5

year compared to 4.5% in patients treated with placebo. Warfarin lessened stroke-associated mortality by 74%; major bleeding with Warfarin was increased by 30% over placebo [Wysowski DK. *Bleeding complications with Warfarin use*. Arch Intern Med 2007;167:1414-9]. Like all anticoagulants, Warfarin has known rates of hemorrhagic risk. [FDA-approved label for Coumadin dated 10/2011].

Patients with DVT or PE acutely receive full-dose anticoagulation, generally with a weight-adjusted parenteral heparin, either low molecular weight heparin or unfractionated heparin. This regimen is overlapped with beginning a daily dose of oral warfarin to achieve an international normalized ratio (INR) of 2.0-3.0, usually within the first week of therapy. Heparins are discontinued once the INR is therapeutic (2.0-3.0) for 48 hours. The duration of anticoagulation in VTE patients should be personalized and is affected by the presence of provocative factors for the VTE, the risk of anticoagulant-induced hemorrhage, the presence of acquired and/or genetic VTE risk factors, and the individual patient's medical condition.

## Monitoring and Warfarin

The therapeutic index for Warfarin is evaluated by employing a functional clotting assay, the prothrombin time (PT), for monitoring Warfarin activity. For Warfarin, the PT result is converted mathematically into a universally accepted standard, termed the international normalized ratio (INR), that monitors the balance of Warfarin efficacy and safety. The INR is used by all laboratories world-wide to monitor and adjust Warfarin dosing in order to achieve a value within the therapeutic index for atrial fibrillation, generally an INR of 2.0-3.0.

## Exposure Assessment of Rivaroxaban

The FDA has recently emphasized the importance of companion diagnostics for therapeutic products, as the INR is employed for Warfarin. Such laboratory assays are critical for the advancement of precision medicine because physicians can use the results to: [a] determine which patients may benefit from therapy; [b] detect patients who might suffer adverse effects from therapy; [c] identify patients for whom therapy is both safe and effective; and [d] monitor and guide adjustment of therapy. The above principles are applicable to Rivaroxaban use.

Besides the above reasons, there are also specific circumstances [Kitchen, Brit J Haematol 2014] in which knowing the concentration or activity of an anti-Xa anticoagulant like Rivaroxaban would be beneficial for clinical care; these include: [a] the occurrence of bleeding, whether unprovoked or following injury/trauma; [b] when drug overdose is suspected; [c] to determine efficacy and management if a thromboembolic event occurs while the patient is purportedly on therapy; [d] if emergency invasive procedures or surgery are required; [e] when renal function deteriorates; or [f] when abnormal absorption or accumulation of the drug is a concern.

6

### A. Narrow Therapeutic Index (NTI)

In my opinion, Xarelto is a narrow therapeutic index drug. I concur with the below definition of NTI proffered by the FDA.[1]

> Those drugs where small difference in dose or blood concentration may lead to serious therapeutic failures and/or adverse drug reactions. Serious events are those which are persistent, irreversible, slowly reversible, or life-threatening. NTI drugs generally have the following characteristics: steep dose-response curves for both safety and efficacy in the usual dosing interval or close effective concentrations and concentrations associated with serious toxicity, [s]ubject to therapeutic drug monitoring based on pharmacokinetic (PK) or pharmacodynamics (PD) measures, and [g]enerally small within subject variability. [Approaches to Demonstrate Bioequivalence of Narrow Therapeutic Index Drugs, Advisory Committee for Pharmaceutical Science and Clinical Pharmacology, July 26, 2011 at Slide 15].

### B. Variability

Patients treated with Xarelto exhibit a log difference in inter-patient variability with respect to drug plasma concentration.

**Table 3** Plasma concentrations of rivaroxaban in patient populations studied (licensed indications)

| Patient population/clinical setting | Rivaroxaban dose | $AUC_{24}$ (µg · h/L) | $C_{trough}$ (µg/L)[a] | $C_{max}$ (µg/L)[b] |
|---|---|---|---|---|
| VTE prevention after total hip replacement surgery | 10 mg od | 1,170 (772–2,118)[c] | 9 (1–38)[c] | 125 (91–196)[c] |
| DVT treatment (continued treatment) | 20 mg od | 2,814 (1,702–4,773)[d] | 26 (6–87)[d] | 270 (189–419)[d] |
| Stroke prevention in patients with AF ($CL_{CR}$ ≥50 mL/min) | 20 mg od | 3,164 (1,860–5,434)[e] | 44 (12–137)[e] | 249 (184–343)[e] |
| Stroke prevention in patients with AF ($CL_{CR}$ 30–49 mL/min) | 15 mg od | 3,249 (1,929–5,311)[e] | 57 (18–136)[e] | 229 (178–313)[e] |
| Secondary prevention in patients with ACS | 2.5 mg bid | 376 (213–641)[f] | 17 (6–37)[f] | 46 (28–70)[f] |

[a] Defined as samples collected 20–28 h after dosing

[b] Defined as samples collected 2–4 h after dosing

[c] Median estimated values (5th–95th percentile range) in phase II studies in patients undergoing total hip replacement surgery [14]

[d] Parameter estimates at steady state—geometric means (5th–95th percentile range) in phase II studies in the acute treatment of DVT [15]

[e] Parameter estimates at steady state—geometric means (5th–95th percentile range) in stroke prevention in patients with AF (Girgis et al. unpublished data; Bayer HealthCare Pharmaceuticals and Janssen Research & Development, LLC: data on file)

[f] Median estimated values (5th–95th percentile range) at steady state in patients with ACS in the phase II ATLAS ACS TIMI 46 trial [55]. AUC provided as $AUC_{12}$

*ACS* acute coronary syndrome, $AUC_{12}$ area under the plasma concentration–time curve from time zero to 12 h, $AUC_{24}$ area under the plasma concentration–time curve from time zero to 24 h, *AF* atrial fibrillation, *bid* twice daily, $C_{max}$ maximum plasma concentration, $CL_{CR}$ creatinine clearance, $C_{trough}$ minimum plasma concentration, *DVT* deep vein thrombosis, *od* once daily, *VTE* venous thromboembolism

[Mueck 2014]

---

[1] The FDA has stated that oral anticoagulants "are intrinsically narrow therapeutic range drugs because their principal toxicity, bleeding, is a result of their intended pharmacodynamics activity; too low a dose results in inadequate prevention of pathological thrombosis and consequent serious clinical events and too high a dose results in excessive inhibition of physiologic clotting and excessive bleeding." [November 2011 FDA Summary Review Memorandum approving the A-fib indication]

As shown in the above table, when looking at trough concentrations, Xarelto-treated patients exhibit an approximately 11-fold variability (5th-95th percentile = 12-137) in the 20mg SPAF population. Similar degrees of inter-patient variability were observed in other doses and/or indications [*see* Mueck 2014]. When looking at minimum and maximum values, the variability observed between patients is even greater than a log difference, as noted in the 20mg ROCKET AF population in the below figure.



[XARELTO_BPAG_00006581 at p. 28]

### C.  Pharmacokinetic (PK)/pharmacodynamics (PD) Correlation

Rivaroxaban concentrations (ng/mL) are measured in the laboratory (*e.g.*, Quest Diagnostics) and can be correlated with Xa activity (Douxfils Thromb Haemostas 2013).  Rivaroxaban monitoring using Xa was performed in multiple hospitals in real-life clinical settings [Asmis Thromb Res 2011]. The Xa assay for Rivaroxaban was found to be accurate, precise, reproducible, and suitable for some hospital laboratories [Asmis], but this assay is more technically challenging than clot-based methods which are done in every hospital laboratory and many clinic- and office-based laboratories.

The prothrombin time (PT) is a readily available clot-based assay which is sensitive to Rivaroxaban [Baglin J Thromb Haemostas 2013]. As noted above, the PT monitors Warfarin anticoagulation via the INR; the PT, expressed as either the absolute PT result in seconds or as a ratio to the pre-Rivaroxaban PT, can be used to monitor Rivaroxaban levels.

Indeed, the clinical development of Xarelto observed a linear correlation [see figure below] between drug plasma concentration and PT using the Neoplastin reagent (Diagnostica Stago).



[FDA Briefing Document for the Cardiovascular and Renal Drugs Advisory Committee (CRDAC), dated 8 September 2011, Clinical Review, p. 37]

ROCKET AF patients [Girgis, J Clin Pharmacol 2014] were examined with the Neoplastin PT assay and another commercial clotting assay (Pefakit PiCT from Pentapharm) to generate models of Rivaroxaban concentration versus clot-based results (normalized to pre-drug values). The authors concluded that the drug concentration-PT relationship in AF patients reflected "the sensitivity of this coagulation marker towards increases in rivaroxaban drug exposure," and they stated that the sensitivity was similar to both DVT [Mueck Clin Pharmacokinet 2011] and ACS patients treated with Rivaroxaban [Xu Brit J Clin Pharmacol 2012]. The authors [Girgis et al 2014] also found that "[n]otably, detectable levels of Rivaroxaban were still present at 24 hours post-dose, as were detectable prolongations of both PT and PiCT."

9



[FDA Briefing Document for the September 2011 Advisory Committee Meeting discussing approvability of the Xarelto A-fib indication, p.38.]

Similarly, ODIXa-DVT and EINSTEIN DVT Phase II patients [Mueck Clin Pharmacokinet 2011] demonstrated that "[p]lasma Rivaroxaban concentrations of up to approximately 500 ug/L correlated with the PT [Neoplastin] in an almost linear fashion." The authors found that the "slope of the plasma concentration-PT correlation graph reflected the sensitivity of the PT to increases in Rivaroxaban exposure" and concluded "that the PT could be used to assess [Rivaroxaban] exposure."

Rivaroxaban-treated patients with total hip replacement [Mueck Thromb Haemostas 2008] found that "prolongation of PT (Neoplastin) correlated strongly with plasma Rivaroxaban concentrations." A recommendation [Baglin J Thromb Haemostas 2013] of the Subcommittee on Control of Anticoagulation of the Scientific and Standardization Committee of the International Society on Thrombosis and Haemostasis determined that "the PT is useful as a readily available method for determining the relative degree of anticoagulation in patients taking rivaroxaban." Although individual laboratory PT assays will vary, "[r]ivaroxaban plasma calibrator sets are available, and can be used to optimize rivaroxaban measurements with the PT test." The British Committee for Standards in Haematology stated "that it may be feasible to employ a Rivaroxaban sensitivity index similar to the specific ISI [international sensitivity index] in a PT/INR system to normalize and reduce the variability of the results obtained with different reagents" based on two studies [Harenberg 2011, Tripodi 2011].

The degree of correlation between PT and drug plasma concentration is reagent-dependent and illustrated below.



[Douxfils J, et al. *Assessment of the impact of Rivaroxaban on coagulation assays: Laboratory recommendations for the monitoring of Rivaroxaban and review of the literature.* Thromb Res (2012), http://dx.doi.org/10.1016/j.thromres.2012.09.004]

In materials prepared by Janssen, the following was reported:

> If assessment of rivaroxaban plasma concentrations is necessary in individual patients, the prothrombin time (PT) was reported to be an appropriate coagulation test. The relationship between PT and rivaroxaban plasma concentration when Neoplastin® Plus, STA Neoplastin®, or Innovin® is used as the reagent is linear

11

and closely correlated. The pharmacodynamics effects of rivaroxaban as measured by the PT are strongly affected by the type of PT reagent that is used. [XARELTO_JANSSEN_24478012, p. 1]

### D.  Correlation between PT and Outcomes

The majority of ROCKET patients had PT drawn at two time points during the trial: "at weeks 12 and 24 when all patients were to have a PT drawn, most of the samples were obtained between 13 and 15 hours post dose, as seen in the distribution in Figure 12 below" [FDA Briefing Document for the September 2011 Advisory Committee Meeting discussing approvability of the Xarelto A-fib indication]:



[FDA Briefing Document for the September 2011 Advisory Committee Meeting discussing approvability of the Xarelto A-fib indication, p. 44.]

Using these measurements, a correlation was observed for Rivaroxaban between increasing PT values and frequency of major bleeding events.



[FDA Briefing Document for the September 2011 Advisory Committee Meeting discussing approvability of the Xarelto A-fib indication, p. 40.]

PT monitoring of Rivaroxaban levels had clinical importance in the ROCKET AF study as demonstrated by an increasing bleeding frequency with each quartile of PT values as noted in Table 5 [section 4.1.4.4] of the FDA's Clinical Pharmacology Biopharmaceutics Review [2010]. The bleeding frequency in the 4th quartile of PT values (≥19.8 sec) was 2.28-fold, 1.69-fold, and 1.45-fold higher than for the 1st, 2nd, and 3rd quartiles, respectively; this relationship between bleeding rate and PT quartile for Rivaroxaban was preserved in the U.S. only data [Table 6]. The major bleeding frequency reported for U.S. patients on Rivaroxaban was at least 2-fold higher than for non-U.S. Rivaroxaban patients across all PT quartiles, *e.g.*, 2.5-fold higher bleeding for U.S. patients compared with non-U.S. in the 4th PT quartile. A lesser increase was noted in bleeding for U.S. Warfarin patients [Table 7] compared with non-U.S. patients, *e.g.*, 4th quartile INR bleeding was 1.8-fold higher.

Conversely, no correlation was found between increasing PT values and stroke frequency for Rivaroxaban.

13



[FDA Briefing Document for the September 2011 Advisory Committee Meeting discussing approvability of the Xarelto A-fib indication, p. 39.]

Considering all of the above, including the reagent used (Neoplastin), the timing of the PT relative to last dose (~13-15 hours post dose), the flat dose-response curve for stroke, the steep dose response curve for major bleeds, and the 2.28 fold increased risk of a major bleed of the 4th PT quartile (≥19.8 seconds) relative to the lower exposure groups, it is my opinion that Xarelto should be discontinued in patients whose PT (using Neoplastin and collected ~13-15 hours post dose) is greater than 20 seconds, as I believe this constitutes a reasonable and conservative cut-off point at which the risks outweigh any benefit.

Tripodi [J Thromb Haemostas 2011][2] calculated a Rivaroxaban-specific ISI for each PT reagent and found "the linearity of the relationship was excellent for all thromboplastins." This PT standardization for Rivaroxaban monitoring showed excellent precision, was simple to perform, and effective at minimizing variability. Harenberg [Blood Coagul Fibrinolysis 2011] similarly determined that "[i]ncreasing concentrations of rivaroxaban…prolonged coagulation times…of all PT assays in a linear manner." Douxfils [Thromb Res 2012] confirmed that "Rivaroxaban showed a concentration-dependent prolongation of PT" and noted that "the use of the widely available PT assay, in conjunction with rivaroxaban calibrators, may be useful for the measurement of peak plasma levels of rivaroxaban."

---

[2] This same paper was referred to prescribing physicians by Janssen. *See* XARELTO_JANSSEN_24478012.

14

Tripodi [J Thromb Haemostas 2013] noted the PT assay without standardization to be sufficient for Rivaroxaban measurement; Gosselin [Int J Lab Hem 2015] confirmed the correlation between PT and Rivaroxaban concentration. Nakano [J Cardiol 2014] found that a PT ≥ 20 sec [HemosIL reagent] at Rivaroxaban peak indicated an increased risk of bleeding. The ROCKET AF data [noted above] using the Neoplastin reagent found a linear correlation of the PT with Rivaroxaban concentration and clinically meaningful bleeding risk relative to PT quartile values. [FDA's Clinical Pharmacology Biopharmaceutics Review [2010]].[3]

These data support my opinion that the PT can identify Xarelto-treated patients at the highest risk of suffering a major bleeding event. Moreover, in my opinion, the Xarelto label is inadequate because it does not inform physicians, like myself, of the following information: 1) the degree of inter-patient variability with respect to drug activity and concentrations; 2) the linear correlation between drug concentration and PT results with available PT reagents; 3) the relationship observed between PT quartiles and bleeding risk in the ROCKET AF trial for overall and U.S. only data ; and 4) the utility of using PT to identify those patients at highest risk of bleeding.

### Rivaroxaban and Warfarin Anticoagulation in Clinical Trials for Atrial Fibrillation

ROCKET AF [Patel NEJM 2011] examined rates of ischemic stroke and systemic embolism (SSE) and hemorrhagic complications in Warfarin and Rivaroxaban patients with nonvalvular atrial fibrillation (AF). SSE events demonstrated non-inferiority of Rivaroxaban in comparison with Warfarin; major or clinically relevant non-major bleeding were not significantly different.

---

[3] *See, e.g.*, Lippi, G., et al. *Urgent monitoring of direct oral anticoagulants in patients with atrial fibrillation: a tentative approach based on routine laboratory tests*. J Thromb Thrombolysis DOI 10.1007/s11239-014-1082-5 (09 May 2014):

> The number of patients diagnosed with atrial fibrillation who will be candidates for antithrombotic therapy with direct oral anticoagulants (*i.e.,* dabigatran, rivaroxaban, apixaban and edoxaban) is exponentially rising worldwide, thus posing substantial economic and organization challenges for their urgent monitoring…Based on literature data, we have hence developed an algorithm based on first-line tests for urgent screening of the anticoagulant effect of direct oral anticoagulants, which entails activated partial thromboplastin time (aPTT) for dabigatran and prothrombin time (PT) for rivaroxaban…According to the literature data, this strategy appears suitable to reliably define the thrombotic or bleeding risk in an urgent setting, contextually saving precious laboratory resources.

*See also*, Center for Drug Evaluation and Research, Application Number 202439Orig1s000, Summary Review, Deputy Division Director Decisional Memo, dated 04 November 2011, p. 9:

> The clinical pharmacology and clinical reviewers demonstrated that there is a linear correlation between rivaroxaban levels and prothrombin time (PT). They also demonstrated that there is also a correlation between PT and risk of bleeding. This applicant has not chosen to utilize this information… infrequent monitoring (perhaps at initiation and yearly thereafter) to assure appropriate dosing of drugs that prevent stroke and cause bleeding may improve outcomes and be acceptable to patients.

The major bleeding rate for Rivaroxaban was 3.4% per100 patient-years, similar to later bleeding registry [Beyer-Westendorf Blood 2014] data (3.1%) for Rivaroxaban in AF.[4]

Bleeding subset analysis showed mixed results in ROCKET AF. Warfarin subjects had significantly fewer instances of common hemorrhagic complications: [a] major decreases in hemoglobin levels; [b] red blood cell transfusions; and [c] gastrointestinal [GI] bleeding. Rivaroxaban subjects had significantly fewer instances of rarer bleeding complications: [a] "critical" bleeding; [b] fatal bleeding; and [c] intracranial bleeding. The incidence of hemorrhagic stroke was significantly lower for Rivaroxaban compared with Warfarin in those subjects < 75 years, but not in the group 75 years or older [Halperin Circulation 2014].

**Warfarin Management in ROCKET AF**

There was suboptimal management of the Warfarin arm in ROCKET AF, which had the lowest overall time in therapeutic range (TTR) 55%, out of the three NOAC Phase III clinical trials for AF [Schneeweiss, Circulation 2012], compared with 62% in the ARISTOTLE trial (Apixaban) and 64% in the RELY trial (Dabigatran). It is not unexpected then that the rate of ischemic stroke/systemic embolism per 100 patient years was higher in ROCKET AF, 2.42, compared with 1.60 and 1.71 for ARISTOTLE and RELY, respectively. Anticoagulation control, as reflected by TTR, is critical for patient outcomes; the rates of stroke and mortality decline with every decile increase in TTR. Rates for stroke and mortality fell by more than half going from TTR 31-40% to 61-70% [Gallagher Thromb Haemostas 2011].

Warfarin management in ROCKET AF [Singer, J Am Heart Assoc 2013 and 2015] for U.S. and Canada study sites (TTR of 64%) was much better than other sites: Eastern Europe (50%), East Asia (50%), and India (36%); only Western Europe had a TTR comparable (63%) to U.S./Canada. The frequency of major bleeding with Rivaroxaban was 50% higher (HR 1.50, 95% CI 1.14-1.98) than Warfarin in U.S. sites [Table 103, FDA Draft Briefing Document for the Cardiovascular and Renal Drugs Advisory Committee, 8 September 2011], but the U.S. data was not contained in the label until 9/2015 at the request of the FDA [XARELTO_JANSSEN_00000344].

INR management of Warfarin patients in ROCKET AF was conducted with a faulty point-of-care (POC) device (recalled in December 2014, see below). The POC device used in ROCKET AF was recalled in December 2014 [FDA class I recall notice] with the FDA citing "clinically significantly lower" values than a laboratory method [Cohen BMJ 2016], and the POC device fault was present as far back as 2002, prior to the start of ROCKET AF. Post-hoc analysis [Patel NEJM 2016] used the assumption that INR errors were caused by anemia or clinical conditions

---

[4] The first and senior authors of this registry have relationships with Bayer Healthcare, Boehringer Ingelheim, Bristol-Myers Squibb, and Pfizer.

that might lead to an increased fibrinogen, but these conditions were not found to influence the INR discrepancies according to the European Medicines Agency (February 2015) report.

INR results from the faulty POC in ROCKET AF did yield lower values than the corresponding laboratory INR, which can lead to a higher frequency of unrecognized Warfarin overdoses. In fact, 29% of subjects with a laboratory INR>4.0 (well above therapeutic range) at week 12 had POC INR values <3.0 [Table S5, NEJM], and 33% of subjects at week 24 had the same discrepancy.

The clinical context of this discrepancy is excess bleeding risk. Warfarin patients with INR>4.0 are treated correctly by having anticoagulation held and may receive vitamin K to counteract the overdose; Warfarin is resumed at lesser dosing to achieve INR of 2.0-3.0. By contrast, for the ROCKET AF patients with laboratory INR>4.0, the POC INR used to guide Warfarin management for about one-third of such patients was discrepant, indicating that they were falsely within or even below the 2.0-3.0 therapeutic range. Hence, these Warfarin subjects would remain at unnecessarily increased bleeding risk. In addition, 20% of the discrepant POC INR were <2.0, those patients would be placed at an even greater bleeding risk since the falsely low POC INR would trigger increasing the Warfarin dose in patients who are already overdosed.

The BMJ article [Cohen 2016] also noted that the skewed POC results could affect the trial outcome by making "…Rivaroxaban seem safer than it was in terms of the risk of bleeding and throws doubt on outcomes used to support the use of the world's best-selling new oral anticoagulant." I agree these doubts undermine the integrity of the ROCKET AF trial at best, and invalidate the study at worst; coupled with the low overall TTR and the wide range of TTR based on geography, the integrity of the results is in question, especially with the possibility of a falsely high incidence of bleeding with Warfarin. This was ultimately confirmed by the FDA in its 'ROCKET AF Reanalysis Reviews' issued on September 26, 2016 [FDA CDER ROCKET AF Renalysis Reviews, NDA 202439].

## Rivaroxaban and Warfarin Anticoagulation in Clinical Trials for Treatment of VTE

Patients presenting with acute DVT were studied in the EINSTEIN trial [NEJM 2010] for efficacy (evaluated by the rate of recurrence of DVT and/or PE) and safety (bleeding) in a comparison of Rivaroxaban versus low molecular weight heparin plus Warfarin. The method for monitoring INR in Warfarin subjects is not stated in the published manuscript. Recurrent VTE rates were 2.1% for Rivaroxaban and 3.0% for Warfarin for an HR of 0.68 (0.44-1.04); rates of major bleeding were 0.8% and 1.2% in the respective arms for an HR of 0.65 (0.33-1.30). This major bleeding incidence for Rivaroxaban of 0.8% was lower than the 4.1% incidence found for Rivaroxaban in VTE subjects enrolled in a subsequent data registry [Beyer-Westendorf Blood 2014].

Patients presenting with acute pulmonary embolism (PE) were similarly studied in the EINSTEIN-PE trial [NEJM 2012] with the same Rivaroxaban and Warfarin therapeutic design.

17

The method for monitoring INR in Warfarin subjects again is not stated in the published manuscript. Recurrent VTE rates were 2.1% for Rivaroxaban and 1.8% for Warfarin for a HR of 1.12 (0.75-1.68); rates of major bleeding were 1.1% and 2.2% in the respective arms for a HR of 0.49 (0.31-0.79). This major bleeding incidence for Rivaroxaban of 1.1% was lower than the 4.1% incidence found for Rivaroxaban in VTE subjects enrolled in a subsequent data registry [Beyer-Westendorf Blood 2014].

## New Oral Anticoagulants (NOAC) for AF

Three major analyses of the ARISTOTLE, RELY, and ROCKET AF trials were published in 2012. In a meta-analysis [Miller, Am J Cardiol 2012], both Apixaban (HR 0.79) and Dabigatran (HR 0.65) were superior to Warfarin for preventing ischemic or hemorrhagic stroke and systemic embolism; Rivaroxaban (HR 0.88) was not superior to Warfarin. Only Apixaban was safer than Warfarin (HR 0.69) for major hemorrhage risk; Dabigatran (HR 0.93) and Rivaroxaban (HR 1.04) were comparable to Warfarin.

In a separate analysis [Lip JACC 2012], Dabigatran had a 26% lesser risk for ischemic stroke/systemic embolism (SSE) and a 56% lower risk for hemorrhagic stroke than Rivaroxaban; Apixaban and Rivaroxaban were not different. Apixaban demonstrated 26% and 34% lesser risk of major bleeding compared with Dabigatran and Rivaroxaban, respectively; Apixaban had a 41% and 26% lesser risk for GI/extracranial bleeding compared with Dabigatran and Rivaroxaban, respectively.

In a CHADS$_2$ ≥3 subset [Schneeweiss Circulation 2012], Apixaban and Dabigatran, but not Rivaroxaban, were superior to Warfarin for reducing SSE. For reducing major bleeding, only Apixaban was superior to Warfarin, and Apixaban was superior to both Dabigatran and Rivaroxaban. Both Dabigatran and Apixaban showed approximately 20% better efficacy at reducing SSE than Rivaroxaban, but this did not reach statistical significance.

The analyses of Phase III clinical trials show that Rivaroxaban had the overall poorest performance. Rivaroxaban is therefore not the only alternative, nor is it the best alternative, to Warfarin for AF. This assessment was shared by Dr. Robert Califf, current Commissioner of the FDA, and then principal investigator of the ROCKET trial. In an email [XARELTO_JANSSEN 00207793] dated February 22, 2012 regarding the Miller study, Gary Peters notes that Dr. Califf's "interpretation is that Rivaroxaban appears to be the least favored option…[he] suspects many other similar analyses will appear over time as well." This interpretation is further supported by recent real-world evaluations.

In a U.S. study [Lip, Thromb Haemostas 2016], both Apixaban (HR 0.53) and Dabigatran (HR 0.69) had significantly lower risk of major bleeding compared to Warfarin, but Rivaroxaban did not (HR 0.98). Rivaroxaban demonstrated significantly higher risk (HR 1.82) of major bleeding than Apixaban, but Rivaroxaban and Dabigatran were not different (HR 1.05).

In a Danish study [Larsen BMJ 2016], the weighted risk of SSE over one (1) year in comparison to Warfarin did not differ among the three NOACs. However, the risks of both major bleeding and all-cause mortality were reduced by Dabigatran (HR 0.61 and 0.63, respectively) and Apixaban (HR 0.63 and 0.65, respectively) compared with Warfarin, but Rivaroxaban did not differ from Warfarin.

In another U.S. study [Yao J Am Heart Assoc 2016], matched cohorts were examined for Apixaban, Dabigatran, and Rivaroxaban against Warfarin. In the table below adapted from Yao's published paper, hazard ratios (HR) which are significant have a *.

**Oral Anticoagulants**

| HR compared with Warfarin | Apixaban | Dabigatran | Rivaroxaban |
|---|---|---|---|
| SSE | 0.67* | 0.98 | 0.93 |
| Hemorrhagic stroke | 0.35* | 0.56 | 0.61 |
| Major bleeding | 0.45* | 0.79* | 1.04 |
| Intracranial bleeding | 0.24* | 0.36* | 0.51* |
| GI bleeding | 0.51* | 1.03 | 1.21* |

Apixaban was significantly more effective and safer than Warfarin, while Dabigatran significantly lowered the risk of both major and intracranial bleeding. Rivaroxaban significantly reduced the risk of intracranial bleeding but increased the risk of GI bleeding compared with Warfarin. Neither Dabigatran nor Rivaroxaban decreased the risk of stroke/systemic embolism compared with Warfarin.

A recent study [Graham JAMA 2016] compared Rivaroxaban 20 mg once daily versus Dabigatran 150 mg twice daily for patients aged 65 years or older with nonvalvular AF; Rivaroxaban was associated with significant increases in intracranial hemorrhage with an HR of 1.65 (1.20-2.26), major extracranial bleeding with an HR of 1.48 (1.32-1.67), and major gastrointestinal bleeding with an HR of 1.40 (1.23-1.59). Thirty-day case fatality rates for hemorrhage (31.8% for intracranial, 3.1% for major extracranial, and 3.3% for major gastrointestinal) did not differ between cohorts.

## The Current Labeling Information for Rivaroxaban is Inadequate

The Xarelto label lacks a black box warning with respect to bleeding risk. The absence of a black box warning inappropriately communicates to patients and physicians that Xarelto is safer than Warfarin with respect to bleeding risk.

The Xarelto label also fails to inform physicians, like myself, of the following information: 1) the degree of inter-patient variability with respect to drug plasma concentrations; 2) the near linear correlation between drug plasma concentration and PT with numerous available reagents;

19

3) the relationship observed between PT and bleeding risk in the ROCKET AF trial; and 4) the utility of using a PT measurement to identify those patients at highest risk of bleeding.

From November 2011 until September 2015, the Xarelto label failed to properly inform physicians of the bleeding risk for Xarelto relative to well-controlled INR for Warfarin in U.S. patients. The hazard ratio for bleeding in U.S. patients in ROCKET AF is critical to understanding the risk/benefit of Xarelto; this important information was not included in the label until September 2015.

Lastly, the Xarelto label fails to adequately describe how the low TTR affected efficacy and safety in the ROCKET AF trial.

If adequately warned of the risk of bleeding and inter-patient variability in the Xarelto label, a reasonable physician would follow labeling instructions recommending that a patient's PT should be evaluated to determine whether that patient was placed at an unreasonably high risk of experiencing a major bleeding event. Since the Xarelto label does not contain information on PT evaluation to determine if a patient is at an unreasonably high risk of bleeding, then based on the overall risk of bleeding and inter-patient variability in the Xarelto labeling, a reasonable physician more than likely would not prescribe Xarelto.

20

# APPENDIX A

| Materials Relied On, Reviewed, and/or Considered by Henry Michael Rinder, M.D. |
|---|
| **All materials referenced and/or discussed within the report are incorporated. In addition to the materials specifically referenced within the report, the other materials relied on, reviewed, and/or considered are as follows:** |
|  |
| **Depositions** |
| All depositions taken in the matter of *Joseph J. Boudreaux, Jr., et al. v. Janssen Research & Development, LLC, et al.* |
|  |
| **Product Labels** |
| Berichrom Heparin (08/2000) |
| Biophen Heparin 6 (09/2008) |
| Biophen Heparin 6 (07/2010) |
| COAMATIC Heparin |
| COATEST Heparin (02/2015) |
| ROTACHROM Heparin (02/2007) |
| TECHNOCHROM anti-Xa (AT+) (02/2011) |
| Xarelto Label (7/1/2011) |
| Xarelto Label (11/4/2011) |
| Xarelto Label (8/7/2013) |
| Xarelto Label (1/7/2014) |
| Xarelto Label (1/15/2015) |
| Xarelto Label (9/10/2015) |
|  |
| **Literature** |
| Einstein Investigators, The. *Oral Rivaroxaban for Symptomatic Venous Thromboembolism.* N Engl J Med (2010) 363;26: 2499-2510. |
| Einstein-PE Investigators, The. *Oral Rivaroxaban for the Treatment of Symptomatic Pulmonary Embolism.* N Engl J Med (2012) 366;14: 1287-97. |
| Erickson, B.I., et al. *Rivaroxaban versus Enoxaparin for Thromboprophylaxis after Hip Arthroplasty.* N Engl J Med (2008) 358;26: 2765-75. |
| Gallagher, A.M., et al. *Risks of stroke and mortality associated with suboptimal anticoagulation in atrial fibrillation patients.* Thromb Haemost (2011) 106;5: 968-977. |
| Gosselin, R.C., et al. *Assessing nonvitamin K antagonist oral anticoagulants (NOACs) in the laboratory.* Int. Journal of Lab. Hematology (2015) 37;1: 46-51. |
| Kakkar, A.K., et al. *Extended duration rivaroxaban versus short-term enoxaparin for the prevention of venous thromboembolism after total hip arthroplasty: a double-blind, randomized controlled trial.* The Lancet (2008) 372:31-39. |
| Lassen, M.R., et al. *Rivaroxaban versus Enoxaparin for Thromboprophylaxis after Total Knee Arthroplasty.* N Engl J Med (2008) 358;28:2776-86. |
| Lip, G.Y.H., et al. *Real-world comparison of major bleeding risk among non-valvular atrial fibrillation patients initiated on apixaban, dabigatran, rivaroxaban, or warfarin: A propensity score matched analysis.* Thromb Haemost (2016) 116;5:1-12. |
| Miller, C.S., et al. *Meta-Analysis of Efficacy and Safety of New Oral Anticoagulants (Dabigatran, Rivaroxaban, Apixaban) Versus Warfarin in Patients with Atrial Fibrillation.* AJC (2012). |
| Mueck, W., et al. *Clinical Pharmacokinetic and Pharmacodynamic Profile of Rivaroxaban.* Clin Pharmacokinet (2014) 53:1-16. |

Nakano, Y., et al. *Clinical usefulness of measuring prothrombin time and soluble fibrin levels in Japanese patients with atrial fibrillation receiving rivaroxaban.* Journal of Cardiology (2014) 950:1-6.

Patel, M.R., et al. *Rivaroxaban versus Warfarin in Nonvalvular Atrial Fibrillation.* N Engl J Med (2011) 365;10: 883-891.

Prins, M.H., et al. *Oral Rivaroxaban versus standard therapy for the treatment of symptomatic venous thromboembolism: a pooled analysis of the EINSTEIN-DVT and PE randomized studies.* Thrombosis Journal (2013) 11;21: 1-10.

Romualdi, E., et al. *Oral rivaroxaban after symptomatic venous thromboembolism: the continued treatment study (EINSTEIN-Extension study).* Expert Rev. Cardiovasc. Ther. (2011) 9;7: 841-844.

Schneeweiss, S., et al. *Comparative Efficacy and Safety of New Oral Anticoagulants in Patients With Atrial Fibrillation.* Circ Cardiovasc Qual Outcomes (2012) 5:480-486.

Singer, D.E., et al. *Impact of Global Geographic Region on Time in Therapeutic Range on Warfarin Anticoagulant Therapy: Date From the ROCKET AF Clinical Trial.* JAHA (2013) 2.

Tripodi, A. *Which test to use to measure the anticoagulant effect of rivaroxaban: the prothrombin time test.* Journal of Thrombosis and Haemostasis (2013) 11:576-578.

Turpie, A.G.G., et al. *Rivaroxaban versus enoxaparin for thromboprophylaxis after total knee arthroplasty (RECORD4): a randomized trial.* Lancet (2009) 373:1673-80.

Wan, Y., et al. *Anticoagulation Control and Prediction of Adverse Events in Patients With Atrial Fibrillation: A Systemic Review.* Circ Cardiovasc Qual Outcomes (Nov. 2008): 84-91.

Zhang, Y., et al. *Laboratory monitoring of rivaroxaban and assessment of its bleeding risk.* BJBS (2016).

**Internal Documents**

Letter from Janssen Scientific Affairs, LLC to Dr. W.E. Dager (2011.09.08)

XARELTO_BHCP_01489885

XARELTO_BPAG_00040364

XARELTO_JANSSEN_00000344

XARELTO_JANSSEN_00207793

XARELTO_JANSSEN_24478012

**Clinical Study Reports (CSRs)**

ROCKET CSR (Study 11630), including all appendices

**Other Documents**

Clinical Pharmacology and Biopharmaceutics Review(s). Center for Drug Evaluation and Research. NDA 202-439 (Submitted 01/05/2011), dated 10/19/2011.

Chromogenic assay for the quantitative determination of Heparin (UFH/LMWH) and heparin like anticoagulants in human citrated plasma. BIOPHEN Heparin Technical File. Aniara May 2006

"Evolution of Clinical Trial Designs." PowerPoint presentation by Dr. Robert Temple (02/12/2015).

Expert reports of Drs. B. Burt Gerstman and Jan Rosing in this matter

Extract of our Pre – Sub File: STA – Rivaroxaban Calibrator & Control, Stago

Materials from the FDA Cardiovascular and Renal Drugs Advisory Committee, held on September 8, 2011 (available at http://www.fda.gov/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/ucm250287.htm)

| |
|---|
| Rivaroxaban and its influence on coagulation parameters, Power Point |
| Summary Review for Regulatory Action. Center for Drug Evaluation and Research. NDA 22406 (Sumitted 1/04/11), dated 7/03/11. |
| Summary Review: Deputy Division Director Decisional Memo. Center for Drug Evaluation and Research. NDA 202439 (Submitted 05 January 2011), dated 05 November 2011. |
| |
| **Medical Records** |
| All medical records for Joseph Boudreaux, Jr. |

# APPENDIX B

<u>Name:</u> Henry Michael Rinder, MD                    October 9, 2016

<u>School Assignment:</u> Yale University School of Medicine

<u>Education, Career, and Board Certifications:</u>

<u>Education:</u>

| | |
|---|---|
| 1979 | B.S. (summa cum laude) Yale University, New Haven, CT |
| 1980 | University of Pennsylvania School of Medicine, Philadelphia, PA |
| 1982 | Pathology Fellow, University of Vermont College of Medicine, Burlington, VT |
| 1984 | M.D. University of Vermont College of Medicine, Burlington, VT |

<u>Academic/Career positions:</u>

| | |
|---|---|
| 1984-1985 | Medical House Officer (Intern), Department of Medicine, Maine Medical Center, Portland, ME |
| 1985-1987 | Medical House Officer (Junior & Senior Assistant Resident), Maine Medical Center |
| 1987-1988 | Chief Medical Resident, Department of Medicine, Maine Medical Center |
| 1987-1988 | Instructor in Medicine, University of Vermont College of Medicine, Burlington, VT |
| 1987-1988 | Cytometry Fellow, Maine Cytometry Research Institute, Portland, ME |
| 1988-1991 | Clinical & Research Fellow in Hematology, Yale University School of Medicine and Yale-New Haven Hospital, New Haven, CT |
| 1991-1992 | Resident, Laboratory Medicine, Yale University School of Medicine and Yale-New Haven Hospital |
| 1992-1995 | Associate Research Scientist in Laboratory Medicine and Internal Medicine (Hematology), Yale University School of Medicine |
| 1995-2000 | Assistant Professor of Laboratory Medicine and Internal Medicine (Hematology), Yale University School of Medicine |
| 2000-2008 | Associate Professor of Laboratory Medicine and Internal Medicine (Hematology), Yale University School of Medicine |
| 2008- | Professor of Laboratory Medicine and Internal Medicine (Hematology), Yale University School of Medicine |

<u>Administrative positions:</u>

| | |
|---|---|
| 1992- | Attending Physician, Internal Medicine (Hematology), Laboratory Medicine, Yale-New Haven Hospital (YNHH) and Yale University School of Medicine (YSM) |
| 1997-2005 | Associate Director, Hematology Laboratories, YNHH |
| 1997-2005 | Director, Coagulation Laboratories, YNHH |
| 2000- | Associate Director (Clinical Pathology), Pathology Residency Program, YNHH |
| 2002- | Medical Director, Cardiovascular Perfusion Program, Quinnipiac University, Hamden CT |
| 2005- | Director, Hematology Laboratories, YNHH |
| 2006- | Director, Satellite Laboratories and Smilow Cancer Center Laboratories, YNHHS |
| 2009-2015 | Director, JS Genetics Laboratory, New Haven CT |
| 2015- | Board of Finance, Yale Medicine, YSM |
| 2016- | Senior Clinical Leadership Group Redesign, YNHHS |

Henry M. Rinder, MD

Board Certification:

| | |
|---|---|
| 1987 | Diplomate, American Board of Internal Medicine, Certificate No. 113886 (no time limit) |
| 1990 | Diplomate, American Board of Internal Medicine, Subspecialty Board in Hematology, Certificate No. 113886 (time limited – expired 12/2000) |
| 1994 | Diplomate, American Board of Pathology in Clinical Pathology (no time limit) |
| 2014 | Recertification Clinical Pathology, American Board of Pathology (expires 12/2024) |

Professional Honors and Recognition:

International:

| | |
|---|---|
| 2015 | Michele D. Raible Lecturer, American Society for Clinical Pathology annual meeting: Genomics and the Future of Hematology Diagnostics |
| 2013-17 | President-elect, President, and Past-President, Academy of Clinical Laboratory Physicians and Scientists |
| 2012-17 | Member, Scientific Subcommittee on Hematopathology and Clinical Laboratory Hematology, American Society of Hematology |
| 2007 | Conference Co-Chair and Speaker, American Association of Blood Banks International Audio-conference on Clinical Management of Coagulation Problems (US, UK, Ireland) |
| 2005 | Spotlight Session Co-Chair and Speaker, American Society of Hematology, Education Program |

National:

| | |
|---|---|
| 2007-12 | Chair, Academy of Clinical Laboratory Physicians & Scientists, Education Committee |
| 2006 | Fellow, American Society for Clinical Pathology |
| 1996 | Fellow, College of American Pathologists |
| 1994 | Fellow, American College of Physicians |

Local:

| | |
|---|---|
| 2003 | Outstanding Teacher Award, Department of Laboratory Medicine, Yale University |
| 1979 | Phi Beta Kappa, Yale University |

Henry M. Rinder, MD

Courses and Educational Forums:

| | |
|---|---|
| 2011-16 | ASCP Annual Meeting educational sessions – hematology consultations |
| 2011 | ASCP Annual Meeting - speaker on Hematology Genomics |
| 2002-2004 | Annual Course Director and Lecturer for Laboratory Data Interpretation in Clinical Trials, Pfizer Inc, New London CT |

Professional Service:

Peer Review Groups/Grant Study Sections:

| | |
|---|---|
| 2010- | Training Residents in Genomics Working Group |
| 2007 | Canada Foundation for Innovation, Research Hospital Fund Large-Scale Institutional Endeavours Competition, Project Theme: Thrombosis, Atheroclerosis, & Vascular Devices |
| 2006 | American Society of Hematology, Education Program, Bleeding Disorders Section |
| 2005 | American Society of Hematology, Education Program, Thrombosis Section |
| 2004 | American Heart Association Northeast Regional Study Section (A) on Immunology & Microbiology/Cell Transport Function & Metabolism |
| 2002-2003 | American Heart Association Northeast Regional Study Section on Immunology, Metabolism, and Cell Biology |
| 2002-2003 | NIH National Heart Lung and Blood Institute Special Emphasis K-Awards Panel |
| 2000 | Canadian Blood Services, Intramural Grants Competition Review |
| 1998-2001 | Department of Veterans Affairs, National Merit Reviews |
| 1995-1996 | Special Emphasis Panel for Review of NIH National Heart Lung and Blood Institute Minority Training Applications |
| 1994-1995 | NIH National Heart Lung and Blood Institute Research Training (T32) Review Committee |

Local Service:

| | |
|---|---|
| 2016 | Chair, Transfusion Medicine Director Search Committee |
| 2013 | Chair, Chemistry Director Search Committee |
| 2005-2007 | Yale Medical Group Practice Chiefs Committee |
| 2005-2007 | Yale Medical Group Credentialing Committee |
| 2002-2004 | Yale Medical Group Facilities Operational Design and Utilities Group |
| 2002-2004 | Yale Medical Group Board of Governors Contracting Committee |
| 1998-2001 | Clinical Trials Office |
| 1998-1999 | Clinical Pathway for Management of Pulmonary Embolism Committee |

Bibliography:

Peer-reviewed original research:
Ault KA, **Rinder HM**, Mitchell JG, Rinder CS, Lambrew CT, Hillman RS: Correlated measurement of platelet release and aggregation in whole blood. Cytometry 1989;10:448-455

Snyder EL, **Rinder HM**, Napychank P: In vitro and in vivo evaluation of platelet transfusions administered through an electromechanical infusion pump. Am J Clin Pathol 1990;94:77-80

**Rinder HM**, Murphy M, Mitchell JG, Stocks J, Ault KA, Hillman RS: Progressive platelet activation with storage: evidence for shortened survival of activated platelets after transfusion. Transfusion 1991;31:409-414

Rinder CS, Bonnert JC, **Rinder HM**, Mitchell JG, Hillman RS, Ault KA: Platelet activation and aggregation during cardiopulmonary bypass. Anesthesiology 1991;75:388-393

**Rinder HM**, Bonan JL, Rinder CS, Ault KA, Smith BR: Activated and unactivated platelet adhesion to monocytes and neutrophils. Blood 1991;78:1760-1769

**Rinder HM**, Bonan JL, Rinder CS, Ault KA, Smith BR: Dynamics of leukocyte-platelet adhesion in whole blood. Blood 1991;78:1730-1737

Rinder CS, Mathew J, **Rinder HM**, Bonan J, Ault KA, Smith BR: Modulation of platelet surface adhesion receptors during cardiopulmonary bypass. Anesthesiology 1991;75:563-70

Rinder CS, Bonan JL, **Rinder HM**, Mathew J, Hines R, Smith BR: Cardiopulmonary bypass induces leukocyte-platelet adhesion. Blood 1992;79:1201-1205

Ault KA, **Rinder HM**, Mitchell JG, Carmody MB, Vary CPH, Hillman RS: The significance of platelets with increased RNA content (reticulated platelets): a measure of the rate of thrombopoiesis? Am J Clin Pathol 1992;98:637-646

**Rinder HM**, Snyder EL: Activation of platelet concentrate during preparation and storage. Blood Cells 1992;18:445-456

**Rinder HM**, Munz U, Ault KA, Bonan JL, Smith BR: Utility of reticulated platelets in the evaluation of thrombopoietic disorders. Arch Pathol Lab Med 1993;117:606-610

**Rinder HM**, Snyder EL, Bonan JL, Napychank PA, Malkus H, Smith BR: Activation in stored platelet concentrates: correlation between membrane expression of P-selectin, GPIIb/IIIa, and b-thromboglobulin release. Transfusion 1993;33:25-29

Bonan JL, **Rinder HM**, Smith BR: Determination of the percentage of Thiazole Orange (TO)-positive, "reticulated" platelets using autologous erythrocyte TO fluorescence as an internal standard. Cytometry 1993;14:690-694

Rinder CS, Student LA, Bonan JL, **Rinder HM**, Smith BR: Aspirin does not inhibit ADP-induced platelet $\alpha$-granule release. Blood 1993;82:505-512

**Rinder HM**, Bonan JL, Anandan S, Rinder CS, Rodrigues PA, Smith BR: Non-invasive measurement of platelet kinetics in normal and preeclamptic pregnancies. Am J Obstet Gynecol 1994;170:117-22

Pisciotto PT, Snyder EL, Snyder JA, Frattaroli S, Hopfer SM, **Rinder HM**, Smith BR: In vitro characteristics of white cell-reduced single-unit platelet concentrates stored in syringes. Transfusion 1994;34:407-11

**Rinder HM**, Ault KA, Kosten TR, Jatlow PI, Smith BR: Platelet alpha-granule release in cocaine users. Circulation 1994;90:1162-1167

**Rinder HM**, Tracey JB, Rinder CS, Leitenberg D, Smith BR. Neutrophil but not monocyte activation inhibits P-selectin-mediated platelet adhesion. Thromb Haemost 1994;72:750-56

Leitenberg D, Eisen RN, Goldstein JM, Busque L, **Rinder HM**, Stys P, Katz ME, Gilliland G, Smith BR. Natural killer cell lymphoproliferative disease associated with neuropathy. Am J Med 1995;99:99-101

Pfau S, Leitenberg D, **Rinder H**, Smith BR, Pardi R, Bender JR. Lymphocyte adhesion-dependent calcium signaling in human endothelial cells. J Cell Biol 1995;128:969-978 PMC2120392

Rinder CS, **Rinder HM**, Smith BR, Fitch JCK, Smith MJ, Tracey JB, Matis LA, Squinto SP, Rollins SA. Blockade of C5a and C5b-9 Generation Inhibits Leukocyte and Platelet Activation During Extracorporeal Circulation. J Clin Invest 1995;96:1564-1572 PMC185782

Harris SN, Rinder CS, **Rinder HM**, Tracey JB, Smith BR, Hines R. Nitroprusside inhibition of platelet function is transient and reversible by catecholamine priming. Anesthesiology 1995;83:1145-52

Peterec SM, Brennan SA, **Rinder HM**, Wnek JL, Beardsley DS. Reticulated platelet values in normal and thrombocytopenic neonates. J Pediatr 1996;129:269-74

Tracey JB, **Rinder HM**. Characterization of the P-selectin ligand on human hematopoietic progenitors. Exp Hematol 1996;24:1494-1500

Rinder CS, Mathew JP, **Rinder HM**, Tracey JB, Davis E, Smith BR. Lymphocyte and monocyte subset changes during cardiopulmonary bypass: effects of aging and gender. J Lab Clin Med 1997;129:592-602

Smith BR, **Rinder HM**. Interactions of platelets and endothelial cells with erythrocytes and leukocytes in thrombotic thrombocytopenic purpura. Seminars Hematol 1997;34(2):90-7

Grossman D, Heald PW, Wang C, **Rinder HM**. Activated protein C resistance and anticardiolipin antibodies in patients with venous stasis leg ulcers. J Am Acad Dermatol 1997;37:409-13

**Rinder HM**, Schuster JE, Rinder CS, Wang C, Schweidler HJ, Smith BR. Correlation of thrombosis with increased platelet turnover in primary and secondary thrombocytosis. Blood 1998;91:1288-94

**Rinder HM**, Tracey JB, Recht M, DeCastro L, Rinder CS, McHugh C, Smith BR. Differences in platelet α-granule release between normal and immune thrombocytopenic patients and between young and old platelets. Thrombos Haemostas 1998;80:457-462

Snyder E, Perrotta P, **Rinder HM**, Baril L, Nichol J, Gilligan D. Effects of recombinant megakaryocyte growth and development factor coupled with polyethylene glycol on the platelet storage lesion. Transfusion 1999;39:258-264

Rinder CS, **Rinder HM**, Johnson K, Smith M, Lee DL, Tracey J, Polock G, Higgins P, Yeh CG, Smith BR. Role of C3 Cleavage in Monocyte Activation During Extracorporeal Circulation. Circulation 1999;100:553-558

Rinder CS, **Rinder HM**, Smith MJ, Tracey JB, Fitch JCK, Li L, Rollins SA, Smith BR. Selective blockade of membrane attack complex formation during simulated extracorporeal circulation inhibits platelet but not leukocyte activation. J Thorac Cardiovasc Surg 1999;118:460-466

Fitch JCK, Rollins S, Matis L, Alford B, Aranki S, Collard CD, Dewar M, Elefteriades J, Hines R, Kopf G, Kraker P, Li L, O'Hara R, Rinder C, **Rinder H**, Shaw R, Smith B, Stahl G, Shernan SK. Pharmacology and biological efficacy of a recombinant, humanized, single chain antibody C5 complement inhibitor in patients undergoing coronary artery bypass graft surgery with cardiopulmonary bypass. Circulation 1999;100:2499-2506

Margolin A, Avants SK, Setaro J, **Rinder HM**, Grupp, L. Cocaine, HIV, and their cardiovascular effects: Is there a role for ACE-inhibitor therapy? Drug and Alcohol Dependence 2000;61:35-45

Perez LE, **Rinder HM**, Wang C, Tracey JB, Maun N, Krause D. Xenotransplantation of immunodeficient mice with human blood CD34+ cells provides an in-vivo model for human megakaryocytopoiesis and platelet production. Blood 2001;97:1635-43

Griffin MJ, **Rinder HM**, Smith BR, Tracey JB, Kriz N, Li CK, Rinder CS. The Effects of Heparin, Protamine, and Heparin-Protamine Reversal on Platelet Function under Conditions of Arterial Shear Stress. Anesthesia & Analgesia 2001;93:20-27

Wang C, Smith BR, Ault KA, **Rinder HM**. Reticulated platelets predict platelet count recovery following chemotherapy. Transfusion 2002;42:368-74

**Rinder HM**, Tracey JB, Souhrada M, Wang C, Gagnier P, Wood CC. Effects of meloxicam on platelet function in healthy adults: A randomized, double-blind, placebo-controlled trial. J Clin Pharmacol 2002;42:881-886

Rinder CS, Mathew JP, **Rinder HM**, Howe JG, Fontes M, Crouch J, Pfau S, Patel P, Smith BR. Platelet PlA2 polymorphism and platelet activation are associated with increased troponin I release after cardiopulmonary bypass. Anesthesiology 2002;97:1118-1122

Rinder CS, Fontes M, Mathew JP, **Rinder HM**, Smith BR. Neutrophil CD11b upregulation during cardiopulmonary bypass is associated with postoperative renal injury. Ann Thorac Surg 2003;75:899-905

Angelopoulou M, Novelli E, Grove JE, **Rinder HM,** Civin C, Cheng L, Krause DS. Cotransplantation of human mesenchymal stem cells enhances human myelopoiesis and megakaryocytopoiesis in NOD/SCID mice. Exp Hematol 2003;31:413-20

**Rinder HM**, Snyder EL, Tracey JB, Dincecco D, Wang C, Baril L, Rinder CS, Smith BR. Reversibility of severe metabolic stress in stored platelets following *in vitro* plasma rescue or *in vivo* transfusion: restoration of secretory function and maintenance of platelet survival. Transfusion 2003;43:1230-1237

Kosten TR, Gottschalk PC, Tucker K, Rinder CS, Dey H, **Rinder HM**. Aspirin or amiloride for cerebral perfusion defects in cocaine dependence. Drug and Alcohol Dependence 2003;71:187-194

Esposito CJ, Popescu WM, **Rinder HM**, Schwartz JJ, Smith BR, Rinder CS. Increased leukocyte-platelet adhesion in patients with graft occlusion after peripheral vascular surgery. Thrombos Haemostas 2003;90:1158-64

Kosten TR, Tucker K, Gottschalk PC, Rinder CS, **Rinder HM**. Platelet Abnormalities Associated with Cerebral Perfusion Defects in Cocaine Dependence. Biol Psychiatry 2004;55:91-97

Greilich PE, Brouse CF, Rinder CS, Smith BR, Sandoval BA, **Rinder HM**, Eberhart RC, Jessen ME. Effects of ε-Aminocaproic Acid and Aprotinin on Leukocyte-Platelet Adhesion in Patients Undergoing Cardiac Surgery. Anesthesiology 2004;100:225-33

Patel PB, Pfau SE, Cleman MW, Brennan JJ, Howes C, Remetz M, Cabin HS, Setaro JF, **Rinder HM**. Comparison of coronary artery specific leukocyte–platelet conjugate formation in unstable versus stable angina pectoris. Am J Cardiol 2004;93: 410-413

Angelopoulou MK, **Rinder H,** Wang C, Burtness B, Cooper DL, Krause DS. A preclinical xenotransplantation animal model to assess human hematopoietic stem cell engraftment. Transfusion. 2004;44(4):555-66

Fontes ML, Mathew JP, **Rinder HM**, Zelterman D, Smith BR, Rinder CS. Atrial fibrillation after cardiac surgery/cardiopulmonary bypass is associated with monocyte activation. Anesthesia and Analgesia 2005;101(1):17-23

Ernst LM, Crouch J, **Rinder HM**, Howe JG. Bacterial Etiology for Chronic Villitis is not supported by Polymerase chain reaction for 16S rRNA DNA. Pediatric and Developmental Pathology 2005;8(6):647-53

Mathew JP, **Rinder HM**, Smith BR, Newman MF, Rinder CS. Transcerebral Platelet Activation after Aortic Cross-Clamp Release is Linked to Neurocognitive Decline. Ann Thorac Surg 2006;81:1644-1649

Henry M. Rinder, MD

Rinder CS, **Rinder HM**, Smith MJ, Fitch JCK, Tracey JB, Chandler WL, Rollins SA, Smith BR. Antithrombin reduces monocyte and neutrophil CD11b upregulation in addition to blocking platelet activation during extracorporeal circulation. Transfusion 2006;46:1130-1137

Smith BR, Wells A, Alexander CB, Bovill E, Campbell S, Dasgupta A, Fung M, Haller B, Howe JG, Parvin C, Peerschke E, **Rinder HM**, Spitalnik S, Weiss R, Wener M for the Academy of Clinical Laboratory Physicians and Scientists. Curriculum Content and Evaluation of Resident Competency in Clinical Pathology (Laboratory Medicine): a Proposal. Am J Clin Pathol 2006;125(Suppl):S3-S37

Smith BR. Wells A. Alexander CB. Bovill E. Campbell S. Dasgupta A. Fung M. Haller B. Howe JG. Parvin C. Peerschke E. **Rinder H**. Spitalnik S. Weiss R. Wener M. Curriculum content and evaluation of resident competency in clinical pathology (laboratory medicine): a proposal. Clinical Chemistry. 2006;52(6):917-49

Smith BR, Wells A, Alexander CB, Bovill E, Campbell S, Dasgupta A, Fung M, Haller B, Howe JG, Parvin C, Peerschke E, **Rinder HM**, Spitalnik S, Weiss R, Wener M for the Academy of Clinical Laboratory Physicians and Scientists. Curriculum Content and Evaluation of Resident Competency in Clinical Pathology (Laboratory Medicine): a Proposal. Human Pathology 2006;37:934-968

Rinder CS, Smith MJ, **Rinder HM**, Krause JE, Cortright DN, Brodbeck RM, Smith BR. Leukocyte effects of C5a receptor blockade during simulated extracorporeal circulation. Annals of Thoracic Surgery 2007;83(1):146-52

Tang YD, **Rinder HM**, Katz SD. Effects of Recombinant Human Erythropoietin on Antiplatelet Action of Aspirin and Clopidogrel in Healthy Subjects: Results of a Double-Blind, Placebo-Controlled Randomized Trial. American Heart J 2007;154(3):494.e1-7

Greilich PE, Brouse CF, **Rinder HM**, Jessen ME, Rinder CS, Eberhart RC, Whitten CW, Smith BR. Monocyte activation in on-pump versus off-pump coronary artery bypass surgery. J Cardiothorac Vasc Anesth 2008;22:361-368, Epub 11/13/2007

Bhandari V, Wang C, Rinder CS, **Rinder HM**. Hematologic Profile of sepsis in neonates: neutrophil CD64 as a diagnostic marker. Pediatrics 2008;121:129-134

Kenney BC, Zieske A, **Rinder HM**, Smith BR. DNA Ploidy Analysis as an Adjunct for the Detection of Relapse in B-Lineage Acute Lymphoblastic Leukemia. Leukemia & Lymphoma 2008;49:42-48

Tang YD, Hasan F, Giordano FJ, Pfau S, **Rinder HM**, Katz SD. Effects Of Recombinant Human Erythropoietin On Platelet Activation In Acute Myocardial Infarction: Results Of A Double-Blind, Placebo- Controlled Randomized Trial. Am Heart J 2009;158:941-947 PMC2838229

Smith BR, Aguero-Rosenfeld M, Anastasi J, Baron B, Berg A, Bock JL, Campbell S, Crookston KP, Fitzgerald R, Fung M, Haspel R, Howe JG, Jhang J, Kamoun M, Koethe S, Krasowski MD, Landry ML, Marques MB, **Rinder HM**, Roberts W, Schreiber WE, Spitalnik S, Tormey CA,

8

Henry M. Rinder, MD

Wolf P, Wu YY. Educating Medical Students in Laboratory Medicine: A Proposed Curriculum. Am J Clin Pathol 2010;133:533-542

Booth CJ, Brooks MB, Rockwell S, Murphy JW, **Rinder HM**, Zelterman D, Paidas MJ, Compton SR, Marks PW. WAG-F8$^{m1Ycb}$ Rats Harboring a Factor VIII Gene Mutation Provide a New Animal Model for Hemophilia A. J Thromb Haemostas 2010(8);11:2472-2477

Rivkees SA, Hager K, Hosono S, Wise A, Li P, **Rinder HM**, Gruen JR. A highly sensitive, high-throughput assay for the detection of Turner syndrome. J Clin Endo Metab 2011;96(3):699-705 PMC3047225

**Rinder HM**, Grimes MM, Wagner J, Bennett BD. Senior Pathology Resident In-Service Examination (RISE) Scores Correlate with Outcomes of the American Board of Pathology (ABP) Certifying Examinations. Am J Clin Pathol 2011;136:499-506

Haspel RL, Atkinson JB, Barr FG, Kaul KK, Leonard DGB, O'Daniel J, **Rinder HM**, Scott J, Sobel ME, Speights VO. TRIG on TRACK: Educating pathology residents in genomic medicine. Personalized Medicine 2012;9(3):287-293.

Streimish I, Bizzarro M, Northrup V, Wang C, Renna S, Koval N, Li FY, Ehrenkranz R, **Rinder HM**, Bhandari V. Neutrophil CD64 is a diagnostic marker in neonatal sepsis. Pediatric Infect Dis J 2012;31(7):777-81.

Hager K, Jennings K, Hosono S, Howell S, Gruen JR, Rivkees SA, Tartaglia N, **Rinder HM.** Molecular diagnostic testing for Klinefelter syndrome and other male sex chromosome aneuploides. Int J Pediatr Endocrinol 2012; April 23(1):8-16. PMC3411476

Siddon AJ, Torres R, Rinder HM, Smith BR, Howe JG, Tormey CA. Normalized CCND1 expression has prognostic value in mantle cell lymphoma. Brit J Haematol 2012;158(4):551-3.

Siddon AJ, Rinder HM. Pathology Consultation on Evaluating Prognosis in Incidental Monoclonal Lymphocytosis and Chronic Lymphocytic Leukemia Am J Clin Pathol 2013;139:708-712.

Streimish I, Bizzarro M, Northrup V, Wang C, Renna S, Koval N, Li FY, Ehrenkranz R, **Rinder HM**, Bhandari V. Neutrophil CD64 with hematological criteria for diagnosis of neonatal sepsis. Amer J Perinatol 2014;31:21-30 PMID: 23456906 PMC3375383

Li FY, Shabanova V, Wang C, **Rinder HM**, Bhandari V. Monocyte CD64 does not enhance neutrophil CD64 as a diagnostic marker in neonatal sepsis. Pediatric Infect Dis J 2014;33:1100-1101 PMID: 25361194

Haspel RL, **Rinder HM**, Frank KM, Wagner J, Ali AM, Fisher PB, Parks ER for the TRIG Working Group. The current state of resident training in genomic pathology: a comprehensive analysis utilizing the Resident In-Service Exam. Am J Clin Pathol 2014;142:445-451

Chandler J, Torres R, **Rinder HM**, Tormey CA. Lupus anticoagulant testing and anticoagulation do not mix: quantitation of discrepant results and potential approaches to reduce false positives. Br J Haematology 2014;167(5):704-7

9

Faustino EVS, Li S, Silva CT, Pinto MG, Qin L, Tala JA, **Rinder HM**, Kupfer GM, Shapiro ED for the Northeast Pediatric Critical Care Research Consortium. Factor VIII may predict cather-related thrombosis in critically ill children: preliminary results. Pediatric Critical Care Medicine 2015;16(6):497-504

Honarpisheh H, Hogan MJS, **Rinder HM**, Siddon A. Hemoglobinopathy screening in a 15 year old patient with anemia. J Pediatric Hematology Oncology 2015;37:472-3

Siddon AJ, **Rinder HM**, Hendrickson JE, Tormey CA. Is thrombin time too sensitive to dabigatran anticoagulation for clinical decision making in the setting of acute hemorrhage? Ann Hematology 2015;94:1413-14

Klinger RY, Cooter M, Berger, M, Podgoreanu MV, Stafford-Smith M, Ortel TL, Welsby IJ, Levy JH, **Rinder HM**, Newman MF, Mathew JP for the Neurologic Outcomes Research Group. Effect of intravenous lidocaine on the transcerebral inflammatory response during cardiac surgery: a randomized controlled trial. Canadian J Anesth (in press).

<u>Reviews, chapters, and books:</u>

Rinder CS, Warth JA, **Rinder HM**, Chun M, Wazer DE: Impact of cancer therapy on anesthetic management. Advances in Anesthesia Volume 7, Stoelting R et al (eds), Year Book Medical Publishers, Chicago 1990

Ault KA, Mitchell JG, **Rinder HM**, Rinder CS, Hillman RS: Analysis of platelets; in Flow Cytometry in Hematology, eds. Laerum OD and Bjerknes R. Academic Press, pp. 153-163, 1992.

Rinder MR, Richards RE, **Rinder HM**. Acquired von Willebrand's disease: a concise review. Am J Hematol 1997;54:139-45

**Rinder HM**, Ault KA. Platelet activation and its detection during the preparation of platelets for transfusion. Transfus Med Rev 1998;12:271-287

**Rinder HM**, Snyder EL. Heparin-induced thrombocytopenia, in Diagnostic Challenges: Emerging Recombinant Cardiovascular Therapeutics. Bell, Brinker, and Gerstenblith (eds). Medical Age Publishing, Norwalk, CT, 1998.

**Rinder HM**. Platelet Function Testing by Flow Cytometry. Clin Lab Science 1998;11(6):365-372

**Rinder HM**, Arbini AA, Snyder EL. Optimal dosing and triggers for prophylactic use of platelet transfusions. In Current Opinion in Hematology, Stossel TP and Sandler SG, eds. 1999;6:437-441

**Rinder HM**. Optimal dosing and triggers for prophylactic use of platelet transfusions. In Thrombocytopenia in Oncology, Jain V, ed. 1:5-8, 2000.

**Rinder HM**. Normal hemostasis. In Cecil Essentials of Medicine, Fifth Ed. Andreoli TF, Carpenter CCJ, Griggs RC, and Losacalzo J, eds. pp. 449-456, WB Saunders, Philadelphia 2000.

**Rinder HM**. Disorders of hemostasis: bleeding. In Cecil Essentials of Medicine, Fifth Ed. Andreoli TF, Carpenter CCJ, Griggs RC, and Losacalzo J, eds. pp. 457-472, WB Saunders, Philadelphia 2000.

**Rinder HM**. Disorders of hemostasis: thrombosis. In Cecil Essentials of Medicine, Fifth Ed. Andreoli TF, Carpenter CCJ, Griggs RC, and Losacalzo J, eds. pp. 473-482, WB Saunders, Philadelphia 2000.

**Rinder HM**, Rinder CS. Preservation of platelet function after cardiac surgery and apheresis. In Platelet therapy: current status and future challenges. Seghatchian J, Snyder EL, and Krailadsiri P, eds. Elsevier Science, Amsterdam pp.169-198, 2000.

Smith BR, **Rinder HM**, Rinder CS. Cardiopulmonary bypass. In: Michelson, AD (ed) "Platelets" (Academic Press, New York) pp727-744, 2002.

Smith BR, Rinder CS, **Rinder HM**. Interaction of Blood and Artificial Surfaces. In: Loscalzo J, Schafer AI (eds) "Thrombosis and Hemorrhage, 3rd Edition" (Williams and Wilkins, Baltimore, MD) pp865-885, 2002.

**Rinder HM**. Platelet kinetics and hemostasis. In: Simon TL, Dzik WH, Snyder EL, Stowell CP, and Strauss RG (eds) "Rossi's Principles of Transfusion Medicine", 3rd Edition. (Lippincott, Williams, & Wilkins, Philadelphia, PA) pp192-202, 2002.

**Rinder HM**, Smith BR. In vitro evaluation of stored platelets: is there hope for predicting post-transfusion platelet survival and function? Transfusion 2003;43:2-6

Snyder EL, **Rinder HM**. Clinical implications of basic research: Platelet storage – time to come in from the cold? N Engl J Med 2003;348:2032-2033

**Rinder HM**. Book Review. Platelets in Thrombotic and Non-thrombotic Disorders: Pathophysiology, Pharmacology, and Therapeutics. Gresele, Page, Fuster, and Jos Vermylen eds. Immunohematology 2003;19(2):60-61

**Rinder HM**. Book Review. Platelets. Michelson AD (ed). Laboratory Hematology 2003;9:250

**Rinder HM**. Normal hemostasis. In Cecil Essentials of Medicine, Sixth Ed. Andreoli TF, Carpenter CCJ, Griggs RC, and Losacalzo J, eds. pp. 481-488, WB Saunders, Philadelphia 2004

**Rinder HM**. Disorders of hemostasis: bleeding. In Cecil Essentials of Medicine, Sixth Ed. Andreoli TF, Carpenter CCJ, Griggs RC, and Losacalzo J, eds. pp. 489-504, WB Saunders, Philadelphia 2004

**Rinder HM**. Disorders of hemostasis: thrombosis. In Cecil Essentials of Medicine, Sixth Ed. Andreoli TF, Carpenter CCJ, Griggs RC, and Losacalzo J, eds. pp. 505-513, WB Saunders, Philadelphia 2004

Hillman RS, Ault KA, **Rinder HM** editors. Hematology in Clinical Practice, Fourth Ed. McGraw-Hill, New York 2005

**Rinder HM**. The effect of aprotinin and recombinant variants on platelet PAR1 activation (Invited Commentary) Ann Thorac Surg 2006;81:624

Schlesinger KW, **Rinder HM**, Ragni MV. Bleeding disorders. In Menstrual Disorders, Women's Health Book Series, First Ed. Ehrenthal DB, Hoffman MK, and Hillard PJA, eds. pp. 171-195, American College of Physicians/American Society of Internal Medicine, Philadelphia 2006

**Rinder HM**. Pexelizumab Reduces Death and Myocardial Infarction in Higher Risk Cardiac Surgical Patients (Invited Commentary) Ann Thorac Surg 2006;82:492-493

**Rinder HM**, Smith BR. Evolving Paradigms of Clinical Pathology Resident Education and Consultation. Clin Chem (Invited Editorial) 2007;53(1):3-4

Torres R, **Rinder HM**. Normal hemostasis. In Cecil Essentials of Medicine, 7th Edition. Andreoli TE, Carpenter CCJ, Griggs RC, and Benjamin IJ, eds. pp. 531-538, Saunders Elsevier, Philadelphia 2007

Torres R, **Rinder HM**. Disorders of hemostasis: bleeding. In Cecil Essentials of Medicine, 7th Edition. Andreoli TE, Carpenter CCJ, Griggs RC, and Benjamin IJ, eds. pp. 539-554, Saunders Elsevier, Philadelphia 2007

Torres R, **Rinder HM**. Disorders of hemostasis: thrombosis. In Cecil Essentials of Medicine, 7th Edition. Andreoli TE, Carpenter CCJ, Griggs RC, and Benjamin IJ, eds. pp. 555-564, Saunders Elsevier, Philadelphia 2007

**Rinder HM**, Smith BR. Innovative Methods in Laboratory Medicine Resident Teaching. Clin Lab Med, 2007;27:255-267

Smith BR, **Rinder HM**, Rinder CS. Cardiopulmonary bypass. In: Michelson, AD (ed) "Platelets" Second Edition (Academic Press, New York) pp1077-1095, 2007.

**Rinder HM**, Tomer A. Platelet production, kinetics, and hemostasis. In Rossi's Principles of Transfusion Medicine, 4th Edition. Simon TL, Snyder EL, Solheim BG, Stowell CP, Strauss RG and Petrides M (eds). Pp149-167, Lippincott, Williams, & Wilkins, Philadelphia 2009

Kriz N, Rinder CS, **Rinder HM**. Physiology of hemostasis: with relevance to current and future laboratory testing. Clinics in Laboratory Medicine. 29(2):159-74, 2009

**Rinder HM** guest editor. Hemostasis and coagulation. Clinics in Laboratory Medicine. 29(2), Elsevier, Philadelphia 2009

**Rinder HM,** Montgomery EA, Wagner J. Demystifying the ASCP resident in-service examination. Critical Values 3:28-31, 2010

Rinder CS, **Rinder HM**. Normal hemostasis. In Cecil Essentials of Medicine, 8th Edition. Andreoli TE, Carpenter CCJ, Griggs RC, and Benjamin IJ, eds. Saunders Elsevier, Philadelphia pp. 555-563, 2010

Tormey CA, **Rinder HM**. Disorders of hemostasis: bleeding. In Cecil Essentials of Medicine, 8th Edition. Andreoli TE, Carpenter CCJ, Griggs RC, and Benjamin IJ, eds. Saunders Elsevier, Philadelphia pp. 564-579, 2010

Torres R, **Rinder HM**. Disorders of hemostasis: thrombosis. In Cecil Essentials of Medicine, 8th Edition. Andreoli TE, Carpenter CCJ, Griggs RC, and Benjamin IJ, eds. Saunders Elsevier, Philadelphia pp. 580-591, 2010

Anastasi J, Ashwood E, Baron B, Fitzgerald R, Fung M, Krasowski M, Laposata M, Marques MB, Nester T, and **Rinder HM**, for the Academy of Clinical Laboratory Physicians and Scientists. The Clinical Pathologist as Consultant. Am J Clin Pathol 135:11-12, 2011

Hillman RS, Ault KA, Leporrier M, **Rinder HM** editors. Hematology in Clinical Practice, Fifth Ed. McGraw-Hill, New York 2011

Perrotta PL, Parsons J, **Rinder HM**, Snyder EL. Platelet Transfusion Medicine. In: Michelson, AD (ed) "Platelets" Third Edition. Academic Press, New York 2012

Smith BR, **Rinder HM**. Cardiopulmonary bypass. In: Michelson, AD (ed) "Platelets" Third Edition. Academic Press, New York 2012

Siddon AS, **Rinder HM**, Tormey CA. Normal hemostasis, chapter 52. In Andreoli and Carpenter's Cecil Essentials of Medicine, 9th Edition. Benjamin IJ, Griggs RC, Wing EJ, Fitz JG, eds. Elsevier, Philadelphia 2015

Tormey CA, **Rinder HM**. Disorders of hemostasis: bleeding, chapter 53. In Andreoli and Carpenter's Cecil Essentials of Medicine, 9th Edition. Benjamin IJ, Griggs RC, Wing EJ, Fitz JG, eds. Elsevier, Philadelphia 2015

Torres R, **Rinder HM**. Disorders of hemostasis: thrombosis, chapter 54. In Andreoli and Carpenter's Cecil Essentials of Medicine, 9th Edition. Benjamin IJ, Griggs RC, Wing EJ, Fitz JG, eds. Elsevier, Philadelphia 2015

Tormey CA, **Rinder HM**. Platelet production and kinetics, chapter 17, pp.206-214. In Rossi's Principles of Transfusion Medicine, 5th Edition. Simon TL, McCullough J, Snyder EL, Solheim BG, Strauss RG, eds. Wiley Blackwell, New Jersey 2016

**APPENDIX C**

## Fee Schedule and Prior Testimony

My hourly fee for review and consultation is $375.00; my hourly fee for deposition testimony is $800.00. Trial testimony is invoiced at $5,500.00 per trial day and $4,000.00 per travel day.

I have testified in the following litigation matters over the past 4 years:

- Frey vs Potorski, Wilkes-Barre, PA [trial testimony]
- Sanofi and Eisai litigation, NYC [deposition testimony]
- Matter of Crossley [plaintiff], FL state court [deposition testimony]
- Yaz MDL litigation, NYC [deposition testimony]
- Yaz MDL litigation, Matter of Tolentino [plaintiff], NYC [deposition testimony]