# STA® - NEOPLASTINE® CI PLUS
## Determination of Prothrombin Time (PT)

**STA® - NEOPLASTINE® CI PLUS ⑤**
- Kit Containing:
  - 6 x 5-ml Vials of Reagent 1 (STA® - Néoplastine® CI Plus ⑤)
  - 6 x 5-ml Vials of Reagent 2 (Solvent)
(REF 00606)

**STA® - NEOPLASTINE® CI PLUS ⑩**
- Kit Containing:
  - 12 x 10-ml Vials of Reagent 1 (STA® - Néoplastine® CI Plus ⑩)
  - 12 x 10-ml Vials of Reagent 2 (Solvent)
(REF 00667)

October 2013 — English 2 — IVD CE

## 1/ INTENDED USE

The **STA® - Néoplastine® CI Plus** kits provide reagents for the determination of the prothrombin time (PT) in plasma with STA-R®, STA Compact® and STA Satellite®. (In the USA this procedure has been assigned to the moderate complexity category per CLIA 1988 - CDC Analyte Code 4922; CDC Test System Codes 4677 and 4875).

## 2/ SUMMARY AND EXPLANATION

The prothrombin time is a coagulation screening test. It measures, as a whole, the activity of the coagulation factors II, V, VII, X and I.

- A prolonged PT has been observed in the following clinical states:
  - congenital or acquired deficiencies of factor II, V, VII, X or fibrinogen (1)
  - liver failure (cirrhosis, hepatitis) (1)
  - treatments with vitamin K antagonists (1)
  - hypovitaminosis K: nutritional intake deficiency, disorders in absorption or metabolism of vitamin K (hemorrhagic disease of the newborn, cholestasis, treatment with antibiotics) (5)
  - fibrinolysis (1)
  - DIC (1).

The PT is commonly used for monitoring vitamin K antagonist therapy (3) because of its sensitivity to variations in the concentration of the vitamin-K dependent factors II, VII and X. Consequently, the comparability of results of this test is essential for finding the therapeutical range.

It is well known that the PT value of a plasma may vary according to the origin of the thromboplastin reagent and to the instrument used to measure it (4). A solution for standardization adopted by the World Health Organization is a "system of international reference standards for thromboplastins permitting the definition of an international scale for the intensity of anticoagulant therapy" (4); in this system, the PT ratio is converted into the International Normalized Ratio (INR). The INR value corresponds to the value of the ratio of the patient's PT to that of the standard PT raised to the ISI (International Sensitivity Index) power of the thromboplastin used:

$$INR = \left( \frac{\text{Patient's PT}}{\text{Mean Normal PT}} \right)^{ISI}$$

The ISI value of a given thromboplastin is determined by testing normal plasmas and coumadin-treated patient plasmas with that thromboplastin and with the International Reference Preparation for thromboplastin. The PT values obtained with the two thromboplastins are plotted on log-log graph paper, and the orthogonal regression line is drawn. The slope of this line multiplied by the ISI value of the reference thromboplastin represents the ISI value of the thromboplastin of interest (3).

The use of the INR is recommended for the assessment of the vitamin K antagonist therapy in patients (6, 8).

## 3/ TEST PRINCIPLE

The principle of the test consists of the use of calcium thromboplastin to measure the clotting time of the patient's plasma and to compare it with that of a normal standard.

The test measures, as a whole, the activity of the coagulation factor II (prothrombin), factor V (proacelerin), factor VII (proconvertin), factor X (Stuart factor) and factor I (fibrinogen).

## 4/ KIT REAGENTS

An Assay Value insert with a barcode is provided in the box. This barcode contains the following information: lot number, kit code number, reagent code number, expiration date, calibration values and ISI value.
If the PT results are to be reported as a percentage (%) of normal, with this barcode it is no longer necessary to use a calibrator for the calibration of the PT with analyzers of the STA® line, since the STA® - Néoplastine® CI Plus reagent is pre-calibrated for this purpose.

- **Reagent 1:** STA® - Néoplastine® CI Plus, lyophilized thromboplastin prepared from fresh rabbit cerebral tissues. The ISI value of STA® - Néoplastine® CI Plus, correlated with a secondary standard of the RBT (rabbit brain thromboplastin) by instruments of the STA® line, is indicated on the Assay Value insert provided in the box.
The STA® - Néoplastine® CI Plus reagent contains a specific heparin inhibitor. Any prolongation of the prothrombin time is, therefore, related to a real deficiency of factor II, V, VII, X and/or fibrinogen (see section 11).

- **Reagent 2:** solvent containing calcium, 5-ml per vial (REF 00606) or 10-ml per vial (REF 00667).

Reagent 2 contains a nickel sulfate. At the concentration provided (< 0.1 %), this reagent is classified as sensitising.
**Warning**
May cause an allergic skin reaction.
Wear protective gloves/protective clothing/eye protection/face protection.
IF ON SKIN: Wash with plenty of soap and water.

Reagent 2 contains sodium azide (< 1 g/l) as a preservative.
Reagents containing sodium azide should be discarded with care to prevent the formation of explosive metallic azides. If waste materials are dumped into sinks, use copious quantities of water to flush plumbing thoroughly.

**WARNING - POTENTIAL BIOHAZARDOUS MATERIAL.**
Some reagents provided in these kits contain materials of human and/or animal origin. Whenever human plasma is required for the preparation of these reagents approved methods are used to test the plasma for the antibodies to be negative. However, no test method can offer complete assurance, and results are found to be negative. However, no test method can offer complete assurance that infectious agents are absent. Therefore, all reagents of these types must exercise extreme care in full compliance with safety precautions in the manipulation of these biological materials as if they were infectious.

## 5/ CAUTION

- Store at 2-8 °C. For *in vitro* diagnostic use only. These reagents are to be used only by certified medical laboratory personnel authorized by the laboratory.
The STA® - Néoplastine® CI Plus kits are designed for use with analyzers of the STA® line suitable with these reagents. Read the Reference Manual of the analyzer model carefully before starting.
Exercise great care in the handling of these reagents and of patient samples. The disposal of waste materials must be carried out according to current local regulations.
In the USA, wherever appropriate, observe CLIA-88 requirements.

- The stirring-bar vial should never be the source of contamination. To ensure that stirring-bars are contamination-free, rinse the bars with distilled water and dry them carefully to remove all traces of moisture before adding them to reagent vials. In addition, decontaminate stirring-bars once a week according to the following procedure:
  - immerse the bars in a vial of STA® - Desorb U (REF 00975) and let them soak for 5 minutes with constant magnetic stirring.
  - use tweezers to transfer the bars from the STA® - Desorb U vial to a vial of distilled water and let them soak for another 5 minutes with constant magnetic stirring; repeat this rinsing step with another vial of distilled water;
  - finally, remove the stirring-bars from the distilled water vial and dry them carefully to remove all traces of moisture.

## 6/ SPECIMEN COLLECTION AND TREATMENT

Sample collection must be in conformity with the recommendations for haemostasis tests.

- Blood (9 vol.) is collected in 0.109 M (i.e., 3.2 %) trisodium citrate anticoagulant (1 vol.) [in the USA follow CLSI guidelines H3-A6 (9) and H21-A5 (10)].
- Centrifugation: 15 minutes at 2000-2500 g.
- Plasma storage: 8 hours at 20 ± 5 °C (7).
**Do not store plasma at 2-8 °C** (2).

## 7/ REAGENT PREPARATION AND STORAGE

- **Preparation**
Transfer the entire contents of one vial of Reagent 2 (R2) into one vial of Reagent 1 (R1) of the same kit. Allow the reconstituted reagent to stand at room temperature (18-25 °C) for 30 minutes. Swirl the Reagent 1 vial gently to obtain a homogeneous suspension. Then, add a stirring-bar (REF 27425) to the vial, place a new STA® - Reducer REF 00797 (STA® - Néoplastine® CI Plus ⑤) or REF 00801 (STA® - Néoplastine® CI Plus ⑩) and install the perforated cap.

- **Storage**
The reagents in intact vials are stable until the expiration date indicated on the box label, when stored at 2-8 °C.
Once reconstituted, Reagent 1 is stable:
  - with the stirring-bar, STA® - Reducer and perforated plastic cap in place:
    - 48 hours on STA-R® and STA Compact®
    - 4 days on STA Satellite®
  - in its original capped vial (remove the STA® - Reducer): 8 days at 2-8 °C (REF 00606).
**Do not freeze.**

## 8/ REAGENTS AND EQUIPMENT REQUIRED BUT NOT PROVIDED

- **STA® - Coag Control [N] + [P]** (REF 00679), **STA® - Coag Control [N] + [ABN]** (REF 00676), **STA® - Coag Control ([N]+[ABN]) PLUS** (REF 00677), **STA® - System Control [N] + [P]** (REF 00678) or **STA® - Routine QC 2 ml**\*\* (REF 00554): control plasmas, normal and abnormal levels.
- STA-P®, STA Compact® or STA Satellite®.
- Stirring-bar (REF 27425).
- STA® - mini Reducer (REF 00797) or STA® - maxi Reducer (REF 00801).
- Common clinical laboratory equipment and materials.

\* Available in the United States only.
\*\* Not available in the US.

## 9/ PROCEDURE

### 9.1. Calibration
The pre-calibrated PT values are identical for all the vials of each lot.
To enter the calibration data on the analyzer, scan the barcode printed on the Assay Value insert across the instrument barcode reader. The calibration data will be validated for the lot being used once the two PT control levels have been determined, either with STA® - Coag Control [N] + [P] /[N] + [P] /[N] + [ABN] PLUS, with STA® - System Control [N] + [P] or with STA® - Routine QC 2 ml).
The calibration curve for PT can be examined on the screen of the analyzer in the "Calibration" menu (see the Reference Manual).

### 9.2. Patients' Plasmas
Patients' plasmas are tested undiluted. They are loaded in the instrument (see the Reference Manual of the analyzer model).
Then select the test(s) to be performed.

### 9.3. Quality Control
It is necessary to run controls in order to ensure accuracy and reproducibility of the results. Two different levels of control should be used. Prepare the control reagents and scan the information contained in the barcode printed on their respective Assay Value insert to the instrument. They are used undiluted.

### 9.4. Assay
Refer to the "Standardized Operating Procedures" of the instrument for full details on how to proceed from this point.
The PT determination of the plasmas to be tested is automatically carried out by the analyzer as soon as the samples have been loaded.

## 10/ RESULTS

The PT value of the plasmas being tested is displayed, in the unit selected by the operator, in the "Test Panel/Test Status" screen of the instrument (see the Reference Manual). The result is to be interpreted according to the patient's clinical and biological states.
Ensure that the values obtained for the controls are within the ranges stated on the Assay Value inserts provided in the control box. If the control values are outside the stated ranges, check all components of the test system to ensure that all are functioning correctly, i.e., assay conditions, reagents, integrity of the plasmas being tested, etc. If necessary, repeat the tests.

## 11/ LIMITATIONS

- **Sample**
The slightest coagulation (micro-clots) will induce considerable shortening of the times measured (autocatalytic activation of all the factors) whereas extensive coagulation will prolong the clotting times because of consumption of factors and fibrinogen.
Do not keep plasmas at 2-8 °C because in this temperature range the factor VII may be activated by the Kallikrein system (2).

- **Anticoagulant**
Maintain the correct anticoagulant/blood sample volume ratio of 1:9. If there is any considerable variation in hematocrit, modify the quantity of anticoagulant accordingly.

- **Heparins**
The STA® - Néoplastine® CI Plus test is insensitive to unfractionated heparin levels up to 1 IU/ml and to low molecular weight heparin levels up to 1.5 anti-Xa IU/ml.

- **Thrombin inhibitors**
Thrombin inhibitors (e.g., hirudin, argatroban...) present in the sample to be tested may lead to a prolonged prothrombin time for this sample.

NB: Considering the numerous combinations of storage conditions (partly on board, partly at 2-8 °C), each laboratory should establish its own stability durations according to its practices. These durations should not exceed the above mentioned figures which have been determined under controlled conditions.
In case of storage at 2-8 °C, allow the reagent to stand at room temperature (18-25 °C) for 30 minutes before use.

## 12/ REFERENCE INTERVAL

Normal values vary from one laboratory to the next, depending on reagents, instrumentation and technique. So, each laboratory must determine its own expected values based on technique and instrumentation in use.
If PT results are expressed in percentage of normal activity, normal expected values should be greater than 70 % (5). Values greater than 100 % have no pathological significance.

## 13/ VITAMIN K ANTAGONIST THERAPY

Vitamin K antagonists will depress plasma levels of factors II (prothrombin), VII (proconvertin), X (Stuart factor) and IX (antihemophilic factor B).
For the assessment of the vitamin K antagonist therapy, refer to the current recommendations.

## 14/ PERFORMANCE CHARACTERISTICS

Different samples were used for the intra-assay and inter-assay reproducibility studies on the STA® - Néoplastine® CI Plus ⑩ are shown below:

|  | Intra-Assay Reproducibility | | Inter-Assay Reproducibility | |
|---|---|---|---|---|
| Sample | Sample 1 | Sample 2 | Sample 3 | Sample 4 |
| n | 21 | 21 | 10 | 10 |
| $\overline{X}$ (s) | 13.6 | 22.7 | 15.1 | 29.4 |
| SD (s) | 0.10 | 0.12 | 0.22 | 0.46 |
| CV (%) | 0.7 | 0.5 | 1.5 | 1.6 |

## REFERENCES

1. CAEN J., LARRIEU M.J., SAMAMA M.: "Chémostase. Méthodes d'exploration et diagnostic pratique". Paris: L'Expansion scientifique, 344-347, 1975.
2. GUONNAESS H., FAGERHOL M.K.: "Studies on coagulation and fibrinolysis in pregnancy". Acta Obstet. Gynecol. Scand., **54**, 363-367, 1975.
3. BEESER H.: "Critical evaluation of the so far experience using the WHO model of prothrombin time calibration and outlook for further development". Br. J. Haematol., **101**, **18**, suppl. 2, 181-182, 1988.
4. VAN DEN BESSELAAR A.M.H.P.: "The significance of the international normalized ratio (INR) for oral anticoagulant therapy". JIFCC, **3**, 4, 146-153, 1991.
5. SAMPOL J., ARNOUX D., BOUTIERE B.: "Manuel d'Hémostase". Paris: Editions scientifiques et médicales Elsevier, 147-163, 1995.
6. BCSH: "Guidelines on oral anticoagulation: third edition". Br. J. Haematol., **101**, 374-387, 1998.
7. NEOFOTISTOS D., OROPEZA M., TS'AO C-H.: "Stability of plasma for add-on PT and APTT tests". Am. J. Clin. Pathol., **109**, 6, 758-763, 1998.
8. SCHVED J.F., DE MOERLOOSE P., JUDE B., TOULON P.: "Utilisation des antivitamines K en pratique médicale courante", Sang Thromb. Vaiss., **12** Recommandations du Groupe d'Etudes sur l'Hémostase et la Thrombose (GEHT), 3rd edition, 26-39, 2000.
9. CLSI Document H3-A6: "Procedures for the collection of diagnostic blood specimens by venipuncture; approved standard", Sixth edition, **27**, 26, 2007.
10. CLSI Document H21-A5: "Collection, transport, and processing of blood specimens for testing plasma-based coagulation assays and molecular hemostasis assays; approved guideline". Fifth edition, **28**, 5, 2008.



Significant changes are indicated by dotted lines in the margin.

DIAGNOSTICA STAGO S.A.S.
9 rue des Frères Chausson
92600 Asnières sur Seine (France)
+33 (0)1 46 88 20 20
webmaster@stago.com

Stago

Information and/or pictures contained in this document are protected by copyrights and other intellectual property rights. © 2013, Diagnostica Stago, all rights reserved. Diagnostica Stago's logos and products names are registered trademarks.

English