# FDA Draft Briefing Document for the
# Cardiovascular and Renal Drugs Advisory Committee (CRDAC)

**Meeting Date**:       8 September 2011

**NDA**:                202439

**Sponsor**:            Janssen Pharmaceuticals

**Drug**:               XARELTO® (rivaroxaban) Tablets

**Indication for Use**:  Prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation.

**Title of Study**:     The **ROCKET AF** Trial (**R**ivaroxaban **O**nce Daily Oral Direct Factor Xa Inhibition **C**ompared with Vitamin **K** Antagonism for Prevention of Stroke and **E**mbolism **T**rial in **A**trial **F**ibrillation)

## DISCLAIMER STATEMENT

The attached package contains background information prepared by the Food and Drug Administration (FDA) for the panel members of the advisory committee.  The FDA background package often contains assessments and/or conclusions and recommendations written by individual FDA reviewers.  Such conclusions and recommendations do not necessarily represent the final position of the individual reviewers, nor do they necessarily represent the final position of the Review Division or Office.  We have brought the rivaroxaban New Drug Application (NDA) to this Advisory Committee in order to gain the Committee's insights and opinions, and the background package may not include all issues relevant to the final regulatory recommendation and instead is intended to focus on issues identified by the Agency for discussion by the advisory committee.   The FDA will not issue a final determination on the issues at hand until input from the advisory committee process has been considered and all reviews have been finalized.  The final determination may be affected by issues not discussed at the advisory committee meeting.

This document is based on the applicant's information as submitted up to 9 August 2011

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

# CLINICAL REVIEW

| | |
|---|---|
| Application Type | NDA Type 1 -- (505(b)(1)) |
| Application Number(s) | 202439 |
| Priority or Standard | Standard |
| | |
| Submit Date(s) | 4 January 2011 |
| Received Date(s) | 5 January 2011 |
| PDUFA Goal Date | 5 November 2011 |
| Division / Office | DCRP/ODE 1 |
| | |
| Reviewer Name(s) | Nhi Beasley, Preston Dunnmon (safety); Martin Rose (efficacy) |
| Review Completion Date | 10 August 2011 |
| | |
| Established Name | Rivaroxaban |
| Trade Name | Xarelto® |
| Therapeutic Class | Anticoagulant (factor Xa inhibitor) |
| Applicant | Johnson & Johnson Pharmaceutical Research & Development, LLC |
| Formulation(s) | Oral tablets – 15 & 20 mg |
| Dosing Regimen | 15 or 20 mg once daily, based on renal function |
| Indication(s) | Prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation |
| Intended Population(s) | Adults |

Template Version:  March 6, 2009

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

## Note to Readers

In this review, a high level summary of the efficacy, safety and risk-benefit data is found in Section 1.2  Individual summaries of the efficacy and safety data are found at the beginning of Section 6 and Section 7, respectively.  Internal hyperlinks to other parts of the review are in blue font.   The Tables of Contents, Tables, and Figures are also hyperlinked to their targets.

## Table of Contents

NOTE TO READERS ........................................................................................................ 2

TABLE OF CONTENTS ................................................................................................... 2

1   RECOMMENDATIONS/RISK BENEFIT ASSESSMENT ....................................... 10

   1.1   Recommendation on Regulatory Action ........................................................... 10
   1.2   Risk Benefit Assessment ................................................................................. 11
   1.3   Recommendations for Postmarket Risk Evaluation and Mitigation Strategies . 20
   1.4   Recommendations for Postmarket Requirements and Commitments ............. 20

2   INTRODUCTION AND REGULATORY BACKGROUND ....................................... 20

   2.1   Product Information .......................................................................................... 20
   2.2   Tables of Currently Available Treatments for Proposed Indication ................. 21
      2.2.1   Overview of Atrial Fibrillation and Stroke ............................................. 21
      2.2.2   Currently Available Treatments ............................................................ 22
   2.3   Availability of Proposed Active Ingredient in the United States ..................... 24
   2.4   Important Issues with Consideration to Related Drugs .................................... 26
   2.5   Summary of Presubmission Regulatory Activity Related to Submission ......... 26
   2.6   Other Relevant Background Information .......................................................... 29
      2.6.1   Foreign Approvals ................................................................................ 29

3   ETHICS AND GOOD CLINICAL PRACTICES ....................................................... 29

   3.1   Submission Quality and Integrity ..................................................................... 29
   3.2   Compliance with Good Clinical Practices ........................................................ 30
   3.3   Financial Disclosures ....................................................................................... 30

4   SIGNIFICANT EFFICACY/SAFETY ISSUES RELATED TO OTHER REVIEW
    DISCIPLINES ........................................................................................................ 31

   4.1   Chemistry, Manufacturing and Controls .......................................................... 31
   4.2   Clinical Microbiology ........................................................................................ 31
   4.3   Preclinical Pharmacology/Toxicology .............................................................. 31
   4.4   Clinical Pharmacology ..................................................................................... 33
      4.4.1   Mechanism of Action ............................................................................ 33
      4.4.2   Pharmacodynamics .............................................................................. 33

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

    4.4.3    Pharmacokinetics ................................................................................ 35

5    SOURCES OF CLINICAL DATA ............................................................... 47
  5.1    Tables of Studies/Clinical Trials ...................................................... 47
  5.2    Review Strategy ............................................................................. 48
  5.3    Discussion of Individual Studies/Clinical Trials ............................... 48
    5.3.1    ROCKET .................................................................................. 49
      5.3.1.1    Study Design and Objectives ............................................ 49
      5.3.1.2    Geographic Scope ............................................................ 49
      5.3.1.3    Study Duration/Dates ....................................................... 49
      5.3.1.4    Patients ........................................................................... 50
      5.3.1.5    Treatments ...................................................................... 52
      5.3.1.6    Randomization and Blinding .............................................. 58
      5.3.1.7    Study Plan and Procedures .............................................. 58
      5.3.1.8    Efficacy Endpoints .......................................................... 64
      5.3.1.9    Safety Endpoints and Procedures ..................................... 66
      5.3.1.10    Adjudication of Endpoints by the Clinical Endpoint Committee ... 69
      5.3.1.11    Statistical Plan .............................................................. 72
      5.3.1.12    Study Committees .......................................................... 79
      5.3.1.13    Protocol Amendments ..................................................... 80
    5.3.2    Supporting Study:  J ROCKET ................................................. 81
      5.3.2.1    Design of J ROCKET and contrasts with ROCKET ............. 81
      5.3.2.2    Efficacy Results of J ROCKET .......................................... 83

6    REVIEW OF EFFICACY ............................................................................ 95

EFFICACY SUMMARY ................................................................................... 95

    6.1.1    Indication ................................................................................ 101
    6.1.2    Methods .................................................................................. 101
    6.1.3    Demographics .......................................................................... 102
    6.1.4    Subject Disposition and Compliance with Study Drug ................ 106
      6.1.4.1    Disposition ...................................................................... 106
      6.1.4.2    Compliance with Study Drug ............................................ 111
    6.1.5    Analysis of Primary Endpoint ................................................... 112
      6.1.5.1    Effect of Time after Randomization .................................. 117
    6.1.6    Other Efficacy Endpoints ......................................................... 123
    6.1.7    Subpopulations ....................................................................... 125
      6.1.7.1    Subpopulations of the global study population ................... 125
      6.1.7.2    US patients only ............................................................. 129
    6.1.8    Analysis of Clinical Information Relevant to Dosing Recommendations .. 135
    6.1.9    Discussion of Persistence of Efficacy and/or Tolerance Effects ... 144
    6.1.10    Additional Efficacy Issues/Analyses ....................................... 144
      6.1.10.1    Constancy assumption issues ......................................... 144
      6.1.10.2    Adequacy of comparator ................................................ 146
      6.1.10.3    Events Occurring After Discontinuation of Study Drug ...... 165
      6.1.10.4    Data Regarding Adjudication of the Primary Endpoint ...... 186

7    REVIEW OF SAFETY ............................................................................... 189

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

**SAFETY SUMMARY**...........................................................................**189**

    7.1    Methods.............................................................................197
        7.1.1    Studies/Clinical Trials Used to Evaluate Safety .....................197
        7.1.2    Categorization of Adverse Events .......................................198
        7.1.3    Pooling of Data Across Studies/Clinical Trials to Estimate and Compare Incidence................................................................198
    7.2    Adequacy of Safety Assessments ...............................................198
        7.2.1    Overall Exposure at Appropriate Doses/Durations and Demographics of Target Populations..........................................198
        7.2.2    Explorations for Dose Response..........................................199
        7.2.3    Special Animal and/or In Vitro Testing ................................199
        7.2.4    Routine Clinical Testing ......................................................200
        7.2.5    Metabolic, Clearance, and Interaction Workup ....................200
        7.2.6    Evaluation for Potential Adverse Events for Similar Drugs in Drug Class 201
    7.3    Major Safety Results ..................................................................201
        7.3.1    Deaths..............................................................................201
        7.3.2    Nonfatal Serious Adverse Events .......................................206
        7.3.3    Dropouts and/or Discontinuations ......................................207
        7.3.4    Significant Adverse Events - Bleeding .................................211
        7.3.5    Submission Specific Primary Safety Concerns .....................243
    7.4    Supportive Safety Results ..........................................................245
        7.4.1    Common Non-Bleeding Adverse Events...............................245
        7.4.2    Laboratory Findings ...........................................................246
        7.4.3    Vital Signs .......................................................................246
        7.4.4    Electrocardiograms (ECGs) ...............................................246
        7.4.5    Special Safety Studies/Clinical Trials ..................................248
        7.4.6    Immunogenicity.................................................................248
    7.5    Other Safety Explorations ..........................................................248
        7.5.1    Dose Dependency for Adverse Events .................................248
        7.5.2    Time Dependency for Adverse Events ..................................248
        7.5.3    Drug-Demographic Interactions ..........................................248
        7.5.4    Drug-Disease Interactions ..................................................248
        7.5.5    Drug-Drug Interactions ......................................................249
    7.6    Additional Safety Evaluations .....................................................250
        7.6.1    Human Carcinogenicity ......................................................250
        7.6.2    Human Reproduction and Pregnancy Data............................251
        7.6.3    Pediatrics and Assessment of Effects on Growth .................252
        7.6.4    Overdose, Drug Abuse Potential, Withdrawal and Rebound...................252
    7.7    Additional Submissions / Safety Issues ........................................253

**8      POSTMARKETING EXPERIENCE** ........................................**255**

**9      APPENDICES** ...........................................................**256**

    9.1    Literature Review/References .....................................................256
    9.2    Labeling Recommendations .......................................................256

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

9.3    Advisory Committee Meeting ............................................................ 256

**REFERENCE LIST** .............................................................................. **257**

**ATTACHMENT 1** ................................................................................. **259**

**ATTACHMENT 2** ................................................................................. **280**

**ATTACHMENT 3** ................................................................................. **281**

**ATTACHMENT 4** ................................................................................. **297**

**ATTACHMENT 5** ................................................................................. **300**

**ATTACHMENT 6** ................................................................................. **301**

# Table of Tables

Table 1.  Major Bleeds Incurred Per Stroke/SE Prevented By TTR Quartile – Global Safety Population On-Treatment .................................................................................................. 19
Table 2.  Major Bleeds Incurred Per Stroke/SE Prevented By TTR Quartile – US (LD+2) ....... 19
Table 3.  Rivaroxaban product information .............................................................................. 21
Table 4.  Overall Primary Endpoint Results of RE-LY ............................................................. 22
Table 5.  Relative Risk of Stroke/SE by Center-Level INR Control in RE-LY .......................... 23
Table 6.  ROCKET ISTH Major Bleeding Type vs. PT ............................................................ 41
Table 7.  Comparisons of Week 12 vs. Week 24 Pt Values In ROCKET ................................. 43
Table 8.  ROCKET -- Schedule For Brief And Full Clinic Visits .............................................. 61
Table 9.  ROCKET – Early Termination And End Of Study Procedures ................................... 63
Table 10.  ROCKET – History Of The Sponsor's SAP With Other Relevant Events ................ 77
Table 11.  Features of ROCKET And J ROCKET ................................................................... 81
Table 12. J ROCKET – Baseline Medical History .................................................................. 84
Table 13.  J ROCKET - Reasons For Failure To Complete Double-Blind Treatment ............... 87
Table 14.  J ROCKET - Reasons For Failure To Complete 30 Day Follow-Up Visit ................ 87
Table 15.  J ROCKET -- Analysis Populations ....................................................................... 88
Table 16.  J ROCKET – Primary Efficacy Endpoint Results ................................................... 89
Table 17.  J ROCKET – Rates Of Secondary Efficacy Endpoints .......................................... 92
Table 18.  J ROCKET -- Subgroup Analyses For The Primary Efficacy Endpoint ................... 93
Table 19.  J ROCKET – Percentage Of Warfarin Arm INR Values In The Target Range ......... 94
Table 20.  ROCKET – Efficacy Analysis Populations ............................................................. 102
Table 21.  ROCKET – Baseline Demographics And Disease-Related Parameters ................. 103
Table 22.  ROCKET – Medications Received Prior To Baseline .............................................. 105
Table 23.  ROCKET -- Reasons For Early Discontinuation Of Study Drug .............................. 108
Table 24.  ROCKET -- Reasons For Early Discontinuation Of Follow-Up ............................... 109
Table 25.  ROCKET -- Reasons For Lack Of 30-Day Follow-Up Visit (ITT Population) ......... 111
Table 26.  Compliance By Region And Treatment .................................................................. 112
Table 27.  ROCKET -- Primary Efficacy Endpoint Results ..................................................... 113
Table 28.  ROCKET – Additional Analyses Of The Primary Efficacy Endpoint Results ......... 115

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

Table 29.   Sensitivity Analyses Of Non-Inferiority And Superiority Of Rivaroxaban ..............116
Table 30:   Primary Event Rates In Various Time Periods ...................................................118
Table 31.   Mean INR Over The Course Of ROCKET ..........................................................119
Table 32.   Mean Time In Specified Ranges Of INR During Intervals Of Treatment ..............120
Table 33.   Mean Time In Specified Ranges Of INR During Intervals Of Treatment ..............120
Table 34.   Mean Time In Specified Ranges Of INR During Intervals Of Treatment ..............121
Table 35.   Primary Efficacy Endpoint Events By Baseline VKA Status And Time Period.......122
Table 36.   ROCKET – Secondary Endpoint Data...............................................................123
Table 37.   ROCKET -- Primary Efficacy Endpoint Results – Subgroup Interaction ...............128
Table 38.   ROCKET -- Primary Efficacy Endpoint Results – Subgroup Interaction ...............128
Table 39.   ROCKET -- Primary Efficacy Endpoint Results – Subgroup Interaction ...............129
Table 40.   ROCKET – US Patients – Key Baseline Demographics And Disease-Related
Parameters........................................................................................................130
Table 41.   ROCKET – US Patients - Reasons For Early Discontinuation Of Study Drug.......132
Table 42.   ROCKET – US Patients - Reasons For Early Discontinuation  Of Follow-Up........133
Table 43.   US Patients – Efficacy Results For Primary Endpoint ........................................134
Table 44.   US Patients – Efficacy Results For Secondary Endpoints...................................135
Table 45.   DVT Treatment Study 11223 – Efficacy Results ................................................138
Table 46.   DVT Treatment Study 11223 – Safety Results ..................................................138
Table 47.   DVT Treatment Study 11528 – Efficacy Results ................................................139
Table 48.   ATLAS-ACS TIMI 46 – Rates Of MACE [1] ......................................................141
Table 49.   ATLAS ACS TIMI 46 – Rates Of MACE ...........................................................142
Table 50.   ATLAS ACS TIMI 46 – Rates Of Clinically Significant Bleeding ..........................143
Table 51.   ROCKET – 6 Placebo-Controlled Warfarin Trials ..............................................145
Table 52.   ROCKET – Percent Time In INR Range In Warfarin Arm ...................................147
Table 53:   Ischemic Stroke Risk For INR < 2.0 ...............................................................149
Table 54.   ROCKET – Mean Percentage Time In INR Categories By Region .......................150
Table 55.   ROCKET vs. Modern Warfarin-Controlled Trials ...............................................151
Table 56.   ROCKET – Sponsor's Analysis Of Primary Endpoint Results By Center TTR
Quartile,............................................................................................................155
Table 57.   ROCKET – FDA's Analysis Of Primary Endpoint Results By Center TTR Quartile156
Table 58.   ROCKET – FDA's Analysis Of Primary Endpoint Results By Center TTR Quartile157
Table 59.   ROCKET – FDA's Analysis Of Primary Endpoint Results By Site TTR ................158
Table 60.   ROCKET – Primary Endpoint Results By Site Mean Time Below Therapeutic
Range Quartile ..................................................................................................162
Table 61.   Primary Endpoint Results In Various Event Windows ........................................166
Table 62.   ROCKET - Efficacy Endpoint Events From Day 3 To Day 30..............................168
Table 63.   ROCKET - Primary Efficacy Endpoint Events From Day 3 To Day 30 .................170
Table 64.   ROCKET - Efficacy Endpoint Events From Day 3 To Day 30 After Last Dose Of
Study Drug In Completers ...................................................................................172
Table 65.   ROCKET – Primary Efficacy Events From Day 3 To Day 30...............................173
Table 66.   ROCKET – Primary Endpoint Events Day 3-30.................................................173
Table 67.   Characteristics Of Completing Patients With Primary Endpoint Events 3 To 30
Days .................................................................................................................174

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

Table 68.  ROCKET – Time To First Dose Of VKA Within 30 Days After Last Dose Of Study Drug – Early Discontinuation Patients ...................................................................175
Table 69.  ROCKET – Time To First Dose Of VKA Within 30 Days After Last Dose Of Study Drug – Completing Patients ....................................................................................176
Table 70.  ROCKET – Last Observed INR Between Day 1 After Last Dose Of Study Drug And Either The First Primary Efficacy Endpoint (Day 3 To Day 30) Or Day 30, Completing Patients ...........................................................................................................177
Table 71.  Comparison Of Primary Efficacy Endpoint Event Rates In "VKA Naïve" Patients .178
Table 72.  ROCKET - Interruptions Of Treatment  ≥ 3 Days In Duration.................................180
Table 73.  Adjudicated Primary Endpoint Events During Treatment Interruptions ≥ 3 Days...180
Table 74.  J ROCKET – Summary Of Primary Endpoint Events On Treatment And After Discontinuation Of Study Drug ...........................................................................182
Table 75.  ROCKET - Discordance In Adjudication Of The Primary Endpoint.........................187
Table 76.  CEC adjudicated bleeding in ROCKET ................................................................191
Table 77.  ROCKET ICH Occurrence (LD+2, safety pop) .....................................................192
Table 78.  Time To First Fatal Bleed (ROCKET To Follow Up Visit ) ....................................193
Table 79  ROCKET CEC Adjudicated Bleeds – US – (LD+2, Safety Pop)............................194
Table 80.  Rivaroxaban Exposure In ROCKET .....................................................................199
Table 81.  ROCKET Schedule Of Safety Procedures ...........................................................200
Table 82.  ROCKET + J-ROCKET Death (LD+2, Safety Pop) ...............................................201
Table 83.  ROCKET + J-ROCKET Causes Of Death (Regardless Of Exp, Safety Pop) .........202
Table 84.  ROCKET Death Cause And Subclass (LD+30, Safety Pop) .................................204
Table 85.  ROCKET 15 Most Frequent AEs Leading To Death (Safety Pop).........................205
Table 86.  ROCKET Most Common TESAEs..........................................................................207
Table 87.  AEs Leading To EDSM By PT (Safety Pop)..........................................................208
Table 88.  Bleeding In Patients With NMCR Bleed 30d Before ESMD...................................209
Table 89.  Bleeding In Patients With NMCR Bleed Any Time Before ESMD..........................209
Table 90.  ROCKET TE Acute Renal Failure (SMQ, Safety Pop) ..........................................210
Table 91.  ROCKET CEC Adjudicated Bleeding (LD+2, Safety Pop).....................................213
Table 92.  ROCKET ICH Incidence (LD+2, Safety Pop) .......................................................219
Table 93.  ROCKET ICH Incidence (LD+30, Safety Pop) .....................................................220
Table 94.  ROCKET Time To ICH (LD+30, Safety Pop).........................................................220
Table 95.  ROCKET Time To Fatal Bleed (LD+30, Safety Pop).............................................224
Table 96.  Major Bleeding Definitions, ROCKET vs. RE-LY...................................................224
Table 97.  ROCKET vs. RE-LY Major Bleeding ....................................................................225
Table 98.  ROCKET Enrollment by Region ...........................................................................227
Table 99.  ROCKET CEC Adjudicated Bleeds - US Alone - (LD+2, Safety Pop) ...................228
Table 100. Comparative Completion - ROCKET (Safety Pop)................................................230
Table 101.  Comparative Demographics - ROCKET US vs. Global (ITT) ...............................230
Table 102.  ROCKET Percent Compliance By Region...........................................................231
Table 103.  ROCKET US Major Bleeds By Site TTR Quartile (LD+2, Safety Pop) .................232
Table 104.  ROCKET Global Major Bleeds By Site TTR Quartile (LL+2, Safety Pop)............232
Table 105.  ROCKET – Incidence Of The Most Common TEAEs...........................................246
Table 106.  TQT Study Results ............................................................................................247
Table 107.  Neoplasms In ROCKET And J-ROCKET ............................................................250

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

Table 108.  Pancreatitis In ROCKET ...................................................................................253
Table 109.  Thrombocytopenia In ROCKET ........................................................................254
Table 110.  Hypersensitivity (SMQ) In ROCKET ...............................................................255
Table 111.  ROCKET -- Dosing For Subjects Having An Invasive Procedure ......................281
Table 112.  ROCKET -- Study Time And Event Schedule....................................................284
Table 113.   ROCKET -- PK/PD Data Time And Event Schedule .........................................285
Table 114.  Overall TTR Calculations Using Different Methods in Warfarin-Treated Subjects in the ROCKET AF Study ...................................................................................................302
Table 115.  Center-based TTR Quartile Upper Limits – Contrast of FDA and Sponsor Results ...............................................................................................................................302

## Table of Figures

Figure 1.  Chemical structure of  rivaroxaban...................................................................21
Figure 2.  Incomplete and transient reversal in non-human primates....................................32
Figure 3.  Simulation - 20 Mg QD vs. 10 Mg BID ............................................................34
Figure 4.  Rivaroxaban plasma concentration vs. PT...........................................................37
Figure 5.  Rivaroxaban plasma concentration vs. FXa-activity.............................................37
Figure 6.  ROCKET prothrombin time vs. rivaroxaban plasma concentration .........................38
Figure 7.  ROCKET ischemic stroke vs. PT (LD+2, pp pop)...............................................39
Figure 8.  ROCKET ISTH major bleeds vs. PT (LD+2, pp pop)...........................................40
Figure 9.  ROCKET TIMI Major Bleeds (LD+2, Pp Pop) ....................................................40
Figure 10.  ROCKET ISTH major bleeding vs. PT by ASA use ...........................................41
Figure 11.  ROCKET Warfarin Patients - stroke / TIMI major bleeds vs. INR.........................42
Figure 12.  ROCKET – Timing of INR Blood Draws After Dosing ........................................44
Figure 13. ROCKET INR distributions................................................................................45
Figure 14.  ROCKET ischemic stroke vs. last observed INR................................................46
Figure 15.  ROCKET TIMI major bleeds vs. last observed INR............................................46
Figure 16.   Study flow diagram .......................................................................................59
Figure 17.  J ROCKET patient disposition..........................................................................86
Figure 18.  J ROCKET -- Time To First Primary Endpoint Event .........................................90
Figure 19.  J ROCKET -- Time To First Primary Endpoint Event .........................................90
Figure 20:  Hazard Ratio For The Primary Efficacy Endpoint Analysis As A Function Of Center TTR .....................................................................................................................98
Figure 21.  Modeling of Once vs. Twice Daily Dosing with Rivaroxaban...............................101
Figure 22.  ROCKET – Subject Disposition ......................................................................107
Figure 23.  ROCKET -- Time To Discontinuation Of Study Drug.........................................109
Figure 24.  ROCKET -- Kaplan-Meier Plots Of Primary Efficacy Endpoint Results ...............114
Figure 25. Estimated Hazard Functions over Time since Randomization ..............................117
Figure 26.  ROCKET -- Primary Endpoint Results by Patient Subgroup ...............................126
Figure 27.  DVT Treatment Study 11528 – Safety Results.................................................140
Figure 28.  INR vs. Risks Of Ischemic And Hemorrhagic Stroke.........................................149
Figure 29.  TTR vs. Hazard Ratio Estimate from ACTIVE-W .............................................153

8

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

Figure 30.  Hazard Ratio and 95% CI for the Primary Efficacy Endpoint Analysis as a Function of Center TTR ................................................................................................159
Figure 31.  Hazard Ratio And 95% CI For The Primary Efficacy Endpoint Analysis As A Function Of Center TTR ............................................................................................160
Figure 32.  ROCKET - Moving Average of HR vs. TTR...........................................................161
Figure 33.  Survival Curve Of Primary Efficacy Endpoint Events From Day 3  To Day 30 .....169
Figure 34.  Survival Curve Of Primary Efficacy Endpoint Events From Day 3  To Day 30 .....171
Figure 35.  ROCKET All CEC Adjudicated Deaths...................................................................203
Figure 36.  ROCKET All Cause Death (Regardless, ITT)..........................................................206
Figure 37.  Creatinine Percentile Change From Baseline, Week 24 ......................................211
Figure 38.  ROCKET Any Bleeding Events (LD+2, Safety Pop).............................................214
Figure 39.  ROCKET Principal Safety Endpoint (LD+2, Safety Pop)....................................214
Figure 40.  ROCKET Major Bleeds (LD+2, Safety Pop).......................................................215
Figure 41.  ROCKET Major Bleeds (LD+30, Safety Pop).....................................................216
Figure 42.  ROCKET + J-ROCKET TIMI Major Bleeds (LD+2, Safety Pop)...........................216
Figure 43.  ROCKET + J-ROCKET ISTH Major Bleeds (LD+30, Safety Pop)........................217
Figure 44.  ROCKET + J-ROCKET TIMI Major Bleeds (LD+30, Safety Pop)........................217
Figure 45.  ROCKET Non-Major CR Bleeds (LD+2, Safety Pop)..........................................218
Figure 46.  ROCKET Investigator NMCR Bleeds (LD+2, Safety Pop)...................................218
Figure 47.  ROCKET Hemorrhagic Stroke (LD+2, Safety Pop)............................................221
Figure 48.  ROCKET Hemorrhagic Stroke (LD+14, Safety Pop)..........................................222
Figure 49.  ROCKET Hemorrhagic Stroke (LD+30, Safety Pop)..........................................223
Figure 50.  ROCKET Hemorrhagic Stroke (Regardless, ITT)...............................................223
Figure 51.  ROCKET Observed INRs (Region Means of Subject Mean INRs).......................226
Figure 52.  ROCKET K-M Safety Endpoint - US Alone (LD+2, Safety Pop).........................229
Figure 53.  ROCKET K-M Major Bleeds - US Alone (LD+2, Safety Pop) ..............................229
Figure 54.  ROCKET Principal Safety Endpoint (Post 3-30, Safety Pop) ..............................235
Figure 55.  ROCKET Major Bleeds (Post 3-30, Safety Pop) .................................................236
Figure 56.  ROCKET Hemorrhagic Stroke (Post 3-30, Safety Pop) .....................................237
Figure 57.  ROCKET Hemorrhagic Stroke (3-End, Safety Pop) ...........................................237
Figure 58.  ROCKET ISTH Non-Major CR Bleeds (Post 3-30, Safety Pop) ..........................238
Figure 59.  Time To Non-Major Clinically Relevant Bleeding ..............................................239
Figure 60.  Time To Major Bleeding ...................................................................................240
Figure 61. Hazard Ration For Principal Safety Endpoint By Post-Baseline Concomitant Medications ........................................................................................................242
Figure 62 ROCKET - Plot of Transaminase and Bilirubin Elevations ...................................244
Figure 63.  Plots of Transaminase and Bilirubin Elevations in J-ROCKET, EINSTEIN Phase 2, EINSTEIN DVT, EINSTEIN PE, EINSTEIN Extension, ODIXa DVT Phase 2, ATLAS ACS TIMI 46, & MAGELLAN .......................................................................................245
Figure 64.  Time Course Of QT Changes.............................................................................247

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

---

# 1   Recommendations/Risk Benefit Assessment

## 1.1   Recommendation on Regulatory Action

Based on our review of the clinical data, we recommend a complete response. Reasons for this recommendation include:

1. There is a lack of substantial evidence that rivaroxaban will have its desired effect when used as recommended in labeling. (21 CFR 314.125(b)(5)). The data from the Sponsor's Phase 3 ROCKET trial comparing rivaroxaban to warfarin are not adequate to determine whether rivaroxaban is as effective for its proposed indication in comparison to warfarin when the latter is used skillfully (e.g., TTR >~68%, near the midpoint of center based TTR in the RE-LY study, and the US median TTR of 65% in ROCKET).  In order for atrial fibrillation (AFib) patients to be protected from the risk of thrombotic events, a new drug for this indication should be demonstrated to be as effective as warfarin when it is used skillfully.  This requirement is based on an FDA policy that requires drugs for conditions that are "life-threatening or capable of causing irreversible morbidity (e.g., stroke or heart attack)…." to be shown to as effective as approved agents (see Sec. 6.1.10.2.1.  This issue also implicates 21 CFR 314.125(b)(4), described in the next  paragraph, because of the potential risk of additional strokes in patients who might receive rivaroxaban instead of approved treatment should rivaroxaban be approved.  The FDA policy cited above and other aspects of this issue are discussed in further in Sec. 6.1.10.2.

2. There is insufficient information about the drug to determine whether it is safe for use with its proposed labeling (21 CFR 314.125(b)(4)).  In the ROCKET study there was an excess of strokes in the rivaroxaban arm during the transition from blinded study drug to open label warfarin at the end of the study.   The Sponsor's proposed instructions for the transition from rivaroxaban to warfarin, developed after ROCKET was completed, have not been evaluated or shown to be safe in terms of bleeding risk or embolic risk in a clinical study.   Such a study must be performed prior to approval in this case (see Section 6.1.10.3.7 for a discussion of this issue).  The study of the transition regimen could be performed as part of the study needed to satisfy the deficiency cited in paragraph 1, above.

There are no additional issues that preclude rivaroxaban's US approval on safety grounds.  The principal safety concern with rivaroxaban was its potential to cause major bleeding, as defined in the ROCKET protocol, in excess of that seen with warfarin.  This did not occur in ROCKET.  There are no novel safety concerns.

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

## 1.2   Risk Benefit Assessment

Rivaroxaban is an orally available, reversible, direct inhibitor of Factor Xa.  The sponsor's agent, Johnson and Johnson Pharmaceutical Research and Development, LLC, has submitted NDA 202439 for rivaroxaban on behalf of Janssen Pharmaceuticals, Inc, a subsidiary of J&J and the Sponsor of this application. Rivaroxaban was developed by J&J and its partner, Bayer, for the proposed indication of "the prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation."

**Efficacy Overview**

In support of this indication, the sponsor conducted the global ROCKET trial, a large (>14,000 subjects) randomized, double blind (double dummy) event-driven non-inferiority trial in adults with non-valvular AFib at high risk for thrombotic events. ROCKET compared rivaroxaban 20 mg once daily (15 mg in patients with CrCl 30-49 mL/min) to warfarin, which was to be titrated to a target range of 2.0 to 3.0.  The primary endpoint was time to a composite of stroke and systemic embolism. The sponsor's designated primary endpoint analysis was in the per-protocol population "on treatment" (including events to the last dose + 2 days); this analysis supports efficacy and nominally found superiority for rivaroxaban.  However, reflecting imbalances in the number of post-treatment events in the treatment arms that favored warfarin, multiple analyses (including several ITT analyses) with longer event windows had larger point estimates for their hazard ratios and 95% CIs that all crossed 1.0, and thus did not support superiority of rivaroxaban over warfarin.  However, in no case was the upper limit of the 95 % CI more than 1.08 for any analysis of the primary endpoint in the overall patient population.   Thus, these analyses support non-inferiority of rivaroxaban to warfarin, but do not take into account other factors, such as the quality of anticoagulation in the warfarin arm.

These efficacy findings appeared to be preserved in nearly all major subgroups of patients, including each gender, the elderly, subjects previously treated with a VKA, subjects in each of the 5 specified geographic regions, and those enrolled from US sites.  However, efficacy was substantially reduced in the large subset of patients with a prior history of stoke/TIA/systemic embolism, which comprised about 55% of all patients globally.  The hazard ratios for the primary endpoint in patients with and without a baseline history of stoke/TIA/systemic embolism were 0.92 and 0.59, respectively (p = 0.035 for the treatment by subgroup interaction).   This finding represents a labeling issue if this drug is approved.  The primary endpoint findings were also supported by numerical imbalances for important secondary efficacy endpoints that each favored rivaroxaban over warfarin in on-treatment analyses in the safety population.  These endpoints included the rates of strokes (all types combined), hemorrhagic strokes, disabling strokes, fatal strokes, systemic emboli, vascular deaths, and non-vascular deaths.  The results for myocardial infarction also favored rivaroxaban, unlike in the RE-LY trial of dabigatran.

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

There was a modest imbalance of ischemic stroke in favor of rivaroxaban in the on treatment safety population analysis (149 vs. 161 patients with ischemic stroke, 1.34 vs. 1.42 events per 100 patient-years). The difference between the treatment arms in the number and rate of hemorrhagic stroke was considerably larger (29 vs. 50 patients, 0.26 vs. 0.44 events per 100 patient-years). Thus, the advantage of rivaroxaban over warfarin in terms of strokes on treatment was driven largely by the results for hemorrhagic stroke.

The following issues are relevant to the interpretation of the efficacy results of the trial:

*Superiority to warfarin:*

The sponsor has requested language relating to superiority to warfarin. There are several reasons why this is not appropriate in labeling. In the opinion of this reviewer, each of these reasons is sufficient on its own to support a decision to reject a superiority claim:

- Only the on-treatment analyses of the safety and per-protocol populations support superiority. All analyses that include follow-up of patients for at least 7days after the last dose of study, and all ITT analyses do not support superiority. We generally prefer an ITT analysis as the basis of a superiority claim.
- Overall TTR in the ROCKET study was relatively poor (55%). Thus, the comparison to warfarin may have been biased in favor of rivaroxaban because poor INR control is associated with reduced efficacy of warfarin. As noted below, ROCKET does not show convincingly that rivaroxaban is as effective as warfarin when the latter is used skillfully. This makes a superiority claim based on the results of ROCKET misleading.
- Superiority language in labeling might induce physicians to switch patients who are doing well on warfarin to rivaroxaban. However, the study data do not support an advantage for such a switch. Patients who were VKA experienced at study entry had similar event rates in either arm after 180 days of double blind treatment; nearly all the observed benefit of rivaroxaban in terms of thrombotic event prevention accrued in the first 180 days in this population, during which TTR improved from low levels in the first 30 days on study (48%) to about 60%. Thus, there would be no reason other than convenience to switch most such patients to rivaroxaban, making a superiority claim misleading.

*Adequacy of anticoagulation in the warfarin treatment arm:*

This reviewer believes that the constancy assumption has been reasonably satisfied and that the sponsor has established that rivaroxaban maintains a substantial fraction of the efficacy of warfarin for its target indication (see Sec. 6.1.10.1). Thus, one can conclude that rivaroxaban is active as an anticoagulant and is clinically superior to the

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

imputed results for placebo for its target indication.  However, the interpretation of
ROCKET is complicated by the relatively poor degree of INR control in the study.  This
has potential implications that will be explored below and in greater detail in Section
6.1.10.2.

FDA has a policy stating that, "It is essential that a new therapy must be as effective as
alternatives that are already approved for marketing when the disease to be treated is
life-threatening or capable of causing irreversible morbidity (e.g. stroke or heart attack)
…."  The policy is intended to protect public health when less effective treatments could
present a danger to the patients that receive them by keeping patients from receiving
more effective treatments (see Section 6.1.10.2.1).

The policy is broadly written and lacks a discussion of operational details.  For example,
it does not state whether comparable effectiveness to an approved therapy used in an
unskilled manner would be adequate for approval.  However, if it is essential for a
therapy to be as effective as an approved therapy to protect public health, it is logical
that the new therapy should be as effective as the approved therapy *when the
approved therapy drug is used skillfully.* Otherwise, the public health protection
afforded by this policy might be weakened or negated completely.  It also does not
explain the implications of ambiguous data or data that are insufficient to determine
whether the new therapy is as effective as approved therapy.  Again, if the underlying
goal of protecting public health is to be advanced, the logical course is to reject the new
therapy because it has not been convincingly demonstrated to be as effective as
approved therapy.

 ROCKET was a warfarin controlled study.  To interpret the efficacy findings, one must
understand the expected benefit of warfarin as it was given in this trial.  Warfarin has
been demonstrated to be highly effective in preventing strokes in AFib patients in
placebo-controlled trials.  However, the efficacy of warfarin in this setting is dependent
on the quality of control of INR, which should be targeted to the range of 2.0 to 3.0 for
patients with non-valvular atrial fibrillation.

Time in therapeutic range (TTR) is a commonly used measure of the adequacy of INR
control in studies with a warfarin arm.  It is calculated based on observed INR values;
INR values are imputed for days in between days with actual values.  In ROCKET, the
mean overall INR in the warfarin arm was 55%, i.e., the mean individual INR  (the
imputed percentage of days on study spent in the INR therapeutic range of 2.0 to 3.0 for
each patient)  was 55%.  This contrasts with TTR in recent warfarin-controlled studies of
other agents, which ranged from 63% to 73%.

TTR in ROCKET varied widely over regions and countries.  The mean TTR of centers in
the US was 63%.  National TTR ranged from 36% in India to 75% in Sweden.  In
general, TTR was high in Western Europe (especially in Scandinavia), North America
(i.e., Canada and the US), and some locations in the Pacific basin (Australia, New
Zealand, Singapore and Hong Kong).

13

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

There are other metrics of the quality of control of warfarin dosing, such as the stroke or primary endpoint event rate in the warfarin arm.  However, there are no modern warfarin-controlled studies with a study population nearly as high-risk for stroke as the one in ROCKET, making cross study comparisons of stroke rates difficult.  Accordingly, TTR will be stressed here as a metric of warfarin control.

At global centers in ROCKET where warfarin was used skillfully, e.g., centers with mean TTR above ~68%, the study data suggest that patients had a numerically greater rate of primary endpoint events (stroke and systemic emboli, but most events were strokes) in the rivaroxaban arm. Such centers constituted about a quarter of the total in ROCKET, but the number of subjects at those centers was only about 15% of the total.  The confidence interval around the point estimate for the hazard ratio in this subset of patients is quite wide, so there is a substantial measure of uncertainty about these data.  Such uncertainty about comparability to approved therapy for stroke prevention argues strongly for the need for additional data to support approval.

This situation in ROCKET contrasts sharply with the warfarin-controlled RE-LY study of dabigatran, which was conducted globally in over 18,000 AFib patients.  In RE-LY, about half of the study patients were at centers where TTR was ≥ 67, and there was a reasonable degree of confidence about the primary endpoint hazard ratio for dabigatran vs. warfarin in this subgroup.  Thus, RE-LY shows that it is possible for the results of a study of thrombotic event prevention in AFib patients to provide reasonably robust and interpretable data regarding the effect of an experimental drug at centers were warfarin is used skillfully, but ROCKET does not provide such robust data.

Thus, the data do not convincingly demonstrate that rivaroxaban is as effective in preventing strokes and systemic emboli as warfarin when warfarin is used skillfully.  This suggests that rivaroxaban should only be used in patients whose INR cannot be well controlled on warfarin or are unwilling to take it.  However, such patients have an alternative, dabigatran, which is approved for rivaroxaban's proposed indication.  Dabigatran was shown to be superior to warfarin in preventing stroke and systemic emboli in the overall results of the large global RE-LY trial (with a median TTR of about 67%), and it was robustly non-inferior to warfarin at RE-LY centers with TTR above the median.  Rivaroxaban has not been compared to dabigatran.

Nonetheless, if rivaroxaban is approved, patients taking it might be at greater risk of harm from stroke and/or bleeding than if they were treated with warfarin used skillfully.  In the opinion of this reviewer, rivaroxaban should not be approved unless the sponsor submits convincing information that it is as safe and effective for its target indication as warfarin when it is used skillfully (e.g., in the subgroup of patients at centers where TTR ≥ ~67%), or that it is as safe and effective as another approved agent, such as dabigatran.

However, if the medical community is currently in great need of an additional oral anticoagulant for use in AFib patients, it might not be unreasonable to approve

14

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

rivaroxaban as second or third line treatment.  It might be useful in patients who are poorly controlled on warfarin or refuse to take it.  However, given that dabigatran has been shown to be superior to warfarin when it used reasonably well, and robustly non-inferior to warfarin when it is used extremely well, it seems advisable to make rivaroxaban a third-line agent, behind both warfarin and dabigatran.  This issue is discussed further in Section 6.1.10.2.

*Efficacy events occurring after discontinuation of study drug:*

Approximately 2/3 of patients in ROCKET in each arm continued taking study drug until the end of this event-driven study.  In these patients, blinded study medication was stopped, and the investigator was to transition patients to alternative anticoagulant therapy, usually a vitamin K antagonist such as warfarin.  Unlike other recent trials of novel anticoagulants in AFib patients (the Sportif V trial of ximelagatran, the RE-LY trial of dabigatran, and the ARISTOTLE trial of apixaban) no provisions were made for a short period of dual therapy with study drug and open-label warfarin for patients in the rivaroxaban arm to continue anticoagulation during the lag period of INR control at the start of warfarin therapy.  Note that rivaroxaban has an elimination half-life of approximately is 6-8 hrs in healthy subjects and 11-13 hrs in the elderly, suggesting that a patient started on warfarin the day after the last dose of study drug (the usual time of the end of study visit) would not be adequately anticoagulated for about 5 days(assuming 5 days for the patient to reach an INR of 2), during which time rivaroxaban levels would be expected to be grossly sub-therapeutic.

Possibly as a result of this study design feature, in patients who completed the study on treatment, there was a statistically significant increase in the rate of strokes in the rivaroxaban arm compared to warfarin (22 vs. 6 patients with events) from the end of the "on treatment" period (2 days after the last dose of study drug) up to day 30 after the last dose of study drug.  Most of the events in rivaroxaban arm patients occurred in the first half of this period.  There was also an excess of strokes in rivaroxaban arm patients who completed the smaller (~1200 patients), warfarin-controlled J ROCKET trial, conducted exclusively in Japan, where the transition to warfarin therapy was handled the same way as in ROCKET.

The ROCKET study data suggests that while > 90% of completing patients received a VKA in the 30 day period following the last dose of study drug, INR control may not have been good, suggesting a possible cause for the strokes in these high-risk patients.  However, the sponsor has not performed the studies necessary to exclude the existence of a hypercoagulable state in these patients.

To ameliorate the risk of events after discontinuation of rivaroxaban, the sponsor has submitted proposed labeling with instructions for the transition from rivaroxaban to warfarin therapy.  These instructions call for a period of concomitant treatment with both drugs under INR control (with INR measured at the end of the rivaroxaban dosing interval).  The instructions are based on PK/PD modeling; they have not evaluated in a

15

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

---

clinical study.  However, given that both ROCKET and J ROCKET identified a serious safety risk of rivaroxaban, it seems prudent to require the sponsor to demonstrate in a clinical study in AFib patients receiving rivaroxaban therapy that the proposed transition regimen is safe and effective.

There was a slight excess of primary endpoint events in the period from day 3 to day 30 after the last dose of study drug in the rivaroxaban arm in patients who discontinued study drug early.  However, the difference between the treatment arms was small.  Also, death in this subgroup of patients numerically favored rivaroxaban.

More information regarding the rate of events after discontinuation of study drug in ROCKET and the sponsor's proposed instructions for the transition from rivaroxaban to warfarin are found in Section 6.1.10.3.

*Dosing regimen:*

The sponsor evaluated one dosing regimen in its pivotal trial, 20 mg of rivaroxaban once daily (15 mg once daily for patients with CrCl 30-59 mL min).  The sponsor established that this regimen is non-inferior to warfarin as it was used in ROCKET.

However, the sponsor's rationale for evaluating only once daily dosing in Phase 3 is not strong.  Most importantly, there is clinical information from Phase 2 trials in the sponsor's ACS and VTE programs (including a direct comparison in VTE Study 11223 of once daily vs. twice daily dosing at the same total dose that favored the latter in terms of VTE treatment, and another direct comparison favoring twice daily dosing at the same total daily dose in the overall results of ATLAS ACS TIMI 46).  There is also information from clinical pharmacology studies suggesting that twice daily dosing would produce substantially lower peak blood levels and substantially higher trough blood levels of rivaroxaban than once daily dosing, which might have been associated with a better safety profile.  It might also be associated with improved efficacy, such as lower primary efficacy endpoint rate in patients with a prior history of stroke, a high-risk group that might benefit from better round-the-clock anticoagulation.  There is also information from the DVT program suggesting that a lower total daily dose might have been as effective as 20 mg.  The data are complex and are explored in greater depth in Section 6.1.8.  This reviewer recommends that the sponsor must perform a clinical study to evaluate the efficacy and safety of a lower dose and/or additional dosing regimens, including at least one BID regimen, before this product is approved (Section 1.3). This dose finding work could be incorporated into the required study described on page 14.

## Safety Overview

With respect to safety, the single issue weighing on the approval decision for rivaroxaban is bleeding risk.

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

---

In ROCKET, bleeding was defined by severity categories as follows:

- Major Bleeding – a decrease in hemoglobin of 2 g/dL or more, or transfusion of 2 or more units of packed red blood cells or whole blood, or critical site bleeding (intracranial, intraspinal, intraocular, pericardial, intra-articular, intramuscular with compartment syndrome, retroperitoneal), or a fatal outcome
- Non-Major Clinically Relevant Bleeding – overt bleeding not meeting major criteria but associated with medical intervention, unscheduled physician contact, temporary interruption of drug, subject discomfort
- Minimal Bleeding - all other overt bleeding.

ROCKET bleeding incidence and event rates were assessed during two different time frames (data scopes):

- LD+2:  (AKA the on-treatment data scope) the time from randomization to last dose of study drug plus 2 days, and
- LD+30:  the time from randomization to last dose plus 30 days.

Because of the five day window around the day 30 visit, where appropriate, the sponsor also performed a variant of the LD+30 analysis so that patients who came in several days later during the protocol-allowed window around the day 30 follow-up visit could have data included in follow-up period analyses.  Analyses using this LD+30 variant time frame were thus referred to simply as "to-follow-up" analyses.  Differences in analysis outcomes between LD+30 and to-follow-up were small.

The ROCKET safety population consisted of all intent-to-treat (ITT) patients who took at least 1 dose of study medication after randomization.

Major bleeding rates on rivaroxaban versus warfarin remained essentially unchanged comparing the LD+2 to the LD+30 (or to follow-up visit) time periods, both globally and in the US sub-population.  Therefore, this reviewer's safety analyses concentrate on the LD+2 data scope from the safety populations, with separate consideration given to the Day 3 to Day 30 post-dosing period (i.e., the additional 28 days of the LD+30 data was considered separately).  This was done to assess rivaroxaban transition to warfarin after patients withdrew from study drug.

This reviewer's conclusions regarding safety are based on the following observations from the global ROCKET on-treatment (LD+2) safety population:

- The global ROCKET population demonstrates bleeding parity with warfarin with respect to major bleeding (HR 1.04 (0.90, 1.20), p=0.58), non-major but clinically relevant bleeding (HR 1.04 (0.96, 1.13), p=0.34), the trial's predefined "principal safety endpoint" (the composite of major and non-major clinically relevant bleeding, HR 1.03 (0.96, 1.11), p=0.44), and minimal bleeding (HR 1.16 (0.97, 2.39), p=.102).

17

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

- With respect to the four subcomponents of major bleeding, the excess in 2g/dL hemoglobin drops and 2 unit blood transfusion requirements noted with rivaroxaban were offset by statistically significantly fewer major bleeds of the most serious nature, intracranial hemorrhages and fatal bleeding.

- The findings of decreased critical organ bleeding and decreased fatal bleeding are present in every analytic subset that this reviewer assessed, either as a statistically significant finding when the subsets were large, or as a trend when they were small.

- Within the "major bleeding" category, there were more serious treatment emergent GI bleeding adverse events on rivaroxaban than on warfarin (80(1.13%) versus 60 (0.84%), respectively) , and the vast majority of major bleeding on rivaroxaban involved "mucosal bleeding" (GI bleeding, GU bleeding, hemoptysis, and/or epistaxis).  Yet, there were significantly fewer intracranial hemorrhages and hemorrhagic strokes.  That rivaroxaban has a short half-life and that coagulation PD parameters essentially normalize every 24 hours following rivaroxaban dosing suggests a mechanism of "biologic plausibility" for this finding.

With respect to the finding of parity between rivaroxaban and warfarin in all bleeding categories in ROCKET (major, non-major clinically relevant, and minimal), the argument could certainly be made that rivaroxaban achieved bleeding parity in the global trial only because warfarin was managed poorly, with an overall trial TTR (INR 2.0 to 3.0) of only 55.2%.  Furthermore, that argument would be supported by the fact that unlike the global trial (where TTR was relatively low and major bleeding equal between the rivaroxaban and warfarin arms), in the United States sub-analysis where TTR was high, there was statistically significantly more major bleeding with rivaroxaban as compared to warfarin that is not explained by improved compliance in the North American region compared to other regions, nor by exposure-influencing demographic factors (Table 101 and Table 102).  However, even in the relatively small US sub-population analysis, rivaroxaban-treated patients experienced numerically fewer critical organ bleeds, intracranial hemorrhages, hemorrhagic strokes, and fatal bleeds compared to their warfarin-treated counterparts, a finding that was concordant with the overall trial results.

## Benefit-Risk

While US major bleeding results may have been due to a small sample in a post-hoc subgroup analysis, for the purposes of a risk-benefit assessment, this reviewer took the most conservative approach in assuming that increased major bleeding noted in the US subgroup might be real because of some undetermined influence(s), and so examined risk-benefit analyses for both the global ROCKET on-treatment safety population, as well as the US on-treatment sub-population.  Given that the primary safety concern was bleeding, a composite endpoint approach for Risk-Benefit was foregone in favor of a risk-benefit ratio calculation for major bleeding versus efficacy endpoint events

18

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

(ischemic strokes + non-CNS systemic emboli).  Specifically, for this risk-benefit ratio approach, differences between rivaroxaban and warfarin major bleeding rates were calculated for the numerator, and then differences between rivaroxaban and warfarin ischemic strokes/non-CNS systemic emboli event rates calculated for the denominator (global and US LD+2 safety populations).  The analysis was performed both by TTR quartile, and for the overall population to assess the influence that warfarin management may have had on the overall results.  Negative numbers for this analysis are point estimates for the number of additional bleeds suffered by patients in the rivaroxaban arm for each ischemic stroke prevented as compared to warfarin.  Positive values indicate that there were fewer major bleeds (as well as fewer ischemic strokes) in the rivaroxaban arm in the relevant subgroup of patients.  The results are displayed for the global and US data set in Table 1 and Table 2.

**Table 1.  Major Bleeds Incurred Per Stroke/SE Prevented By TTR Quartile – Global Safety Population On-Treatment**

| TTR Quartile | Patients Rivaroxaban / Warfarin (n) | Major Bleeds per Stroke/NCSE Prevented |
|---|---|---|
| 0.00 – 46.8 | 1765 /  1725 | 1.78 (-2.02, 5.56) |
| 46.8 – 55.9 | 1724 / 1764 | 0.32 (-1.87, 2.51) |
| 55.9 – 63.9 | 1709 / 1787 | 0.58 (-2.80, 3.96) |
| 63.9 - 100 | 1690 / 1803 | -3.67 (-9.28, 1.95) |
| Overall | 7111 / 7125 | -0.33 (-1.46, 0.80) |

**Table 2.  Major Bleeds Incurred Per Stroke/SE Prevented By TTR Quartile – US (LD+2)**

| TTR Quartile | Patients Rivaroxaban / Warfarin (n) | Major Bleeds per Stroke/NCSE Prevented |
|---|---|---|
| 0.00 – 57.21 | 227 / 239 | -0.47 (-5.30, 4.36) |
| 57.21 – 64.75 | 241 / 228 | 1.47 (-4.52, 7.47) |
| 64.75 – 70.39 | 220 / 247 | -3.66 (-9.72, 2.39) |
| 70.39 - 100 | 219 / 250 | -2.49 (-5.30, 0.32) |
| Overall | 962 / 964 | -3.35 (-7.32, 0.63) |

From these analyses of the global versus US risk-benefit profiles, note that:

- Quartile four of the global population is essentially quartile three of the US population, both of which demonstrate a cost of approximately 3 – 4 major bleeds per ischemic stroke prevented using rivaroxaban as opposed to warfarin.

19

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

## 2.4   Important Issues with Consideration to Related Drugs

The most important safety risk of anticoagulant drugs is pathological bleeding. Anticoagulant agents affecting the intrinsic and/or extrinsic coagulation cascade may have their bleeding risks potentiated by anti-platelet co-therapies.  For a discussion of this topic with rivaroxaban, see
Bleeding Safety – Concomitant Aspirin in Section 7.3.4.

Ximelagatran, an oral thrombin inhibitor, was also associated with hepatotoxicity, and a possible increased risk of serious coronary events, and was not approved in the United States. Bleeding and hepatotoxicity are discussed extensively in the review of safety in Section **7**

Concomitant use of warfarin has been associated with increased accumulation of the hypoglycemic agents chlorpropamide and tolbutamide and the anticonvulsants phenytoin and phenobarbital.  An unusually large number of drugs have PK or PD interactions with warfarin that may result in over- or under-anticoagulation and associated problems of bleeding or thrombosis, respectively.[4]  These interactions are relevant to the use of warfarin.

Maintenance of target levels of anticoagulation in patients taking warfarin is highly variable across regions, individual study sites or practices, and patients.  In the global RE-LY trial of dabigatran vs. warfarin, which supported approval of dabigatran for the rivaroxaban proposed indication, an analysis of quartiles of site-specific levels of time in therapeutic range (TTR) of INR showed an   inverse relationship between quartiles of TTR (with the 4th quartile having the highest TTR) and the rate of efficacy events in the warfarin study arm.  The relationship between bleeding rates and INR control was not as clear.[5]  A similar inverse relationship between INR control and efficacy event rate has been reported in the literature. [6]  The efficacy of warfarin therapy for the rivaroxaban proposed indication is discussed in Section **6.1.10.3.1.1** and **6.1.10.3.6**.

## 2.5   Summary of Presubmission Regulatory Activity Related to Submission

Following review of the sponsor's proposed development program for Rivaroxaban's use to prevent stroke and systemic emboli in patients with AFib, DCRP issued an advice letter to the sponsor(s) in Sep 2006 in which areas of developmental agreement were noted, as follows:

- Single Study Approval – FDA agreed that robust findings from VTE prevention studies could support single study approval for embolic stroke (ES) and systemic embolization (SE) prevention in patients with AFib.  The sponsor has since submitted the Record serious of VTE/PE prevention studies, and approval is anticipated for this indication has been granted.

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

- Proposed Efficacy Endpoints – FDA agreed that the sponsor's proposed primary and secondary efficacy endpoints and their definitions were acceptable.

- Proposed Safety Endpoints – FDA agreed that the sponsor's definitions of bleeding (major, non-major clinically relevant, minimal) were acceptable, and that the proposed principal safety endpoint composite of major and non-major clinically relevant (NMCR) bleeding was acceptable.

- Proposed Comparator – FDA agreed that warfarin (INR 2.5, range 2.0 to 3.0 inclusive) was acceptable comparator.

However, there were two elements of the proposed development program about which FDA either did not agree, or pointed to the lack of data to support specific design elements, as follows:

- Trial Population – FDA did not agree with the sponsors proposal to study a much sicker population (CHADS$_2$ Score > 3, prior history of stroke) than had been studied in historical SPAF (Stroke Prevention in Atrial Fibrillation) trials that compared the efficacy of warfarin to placebo because:

  o There was sparse evidence for the safety and efficacy of warfarin in preventing strokes and systemic emboli in this much sicker population

  o It was possible that non-embolic and/or non-AFib CVAs might be more frequent in this very sick population, and

  o Warfarin efficacy for non-embolic CVAs had not been demonstrated.

  In its Sep 2006 advice letter, the agency stated, *"Therefore, we believe that the population to be studied in your proposed Phase 3 study should closely match the population studied in historical studies to increase the likelihood that the constancy assumption is satisfied."*

- Dose – FDA did not agree that the selection of the 20 mg once daily dose of Rivaroxaban had been justified. Specifically, the OCP reviewer noted in Sep 2006 that:

  o *"Both Factor 10a inhibition and prothrombin time show a dependency on the plasma concentration of the drug. What degree of Factor Xa inhibition and prothrombin prolongation does the sponsor consider to be effective and safe? This information would be crucial for determining the appropriate dose and interval to be used for the Phase 3 trial."*

  o Rivaroxaban doses of 2.5, 5, 10, 20 and 30 mg bid and 5, 10, 20, 30 and 40 mg QD were investigated in the lead up to the VTE prevention trials,

27

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

---

and demonstrated flat efficacy and safety dose-response relationships. Therefore, the OCP reviewer felt that the sponsor should explain why 5 mg bid was not considered for the proposed Phase III trial (ROCKET).

Accordingly, the sponsor was advised to justify the 20 mg daily dose in the Sep 2006 advice letter.  <u>Agreement was not prospectively achieved on the dose(s) to be tested prior to the execution of the ROCKET trial</u>.  In the current submission, the 20-mg dose selection was justified with the following arguments:

- o  11223 (ODIXa-DVT) assessed safety, tolerability, and efficacy of rivaroxaban at oral doses of 10, 20, and 30 mg twice-daily and 40 mg once-daily compared with enoxaparin/vitamin K antagonist (VKA)

- o  Study 11528 (EINSTEIN DVT) assessed safety, tolerability, and efficacy of rivaroxaban at oral doses of 20, 30, and 40 mg once-daily compared with low molecular weight heparin (LMWH)/VKA

- o  It was appreciated that dose-finding studies in patients with AFib may not be feasible as they carry a high risk of stroke for patients with potentially too low doses of the investigational anticoagulant

- o  The relative safety in terms of bleeding compared to the within-study standard of care was better for all once-daily regimens compared to the twice-daily regimens for which a trend toward slightly increased risk of bleeding was observed for the 20 mg and the 30 mg doses.

- o  The 10 mg twice-daily dose in study 11223 was comparable to the once-daily doses in Study 11528 in terms of safety

- o  Based on these clinical observations, it was concluded that the lowest once-daily dose studied, 20 mg, should be selected for the proposed Phase 3 SPAF study ROCKET

- o  Given the overall relatively flat dose-response for both efficacy and safety, this dose (20 mg once daily) could potentially have been used as the sole dose in the AFib trial in all patients subgroups. However, certain covariates, e.g., renal function, could raise the exposure to a level of 30 mg once daily dose, as also investigated in the VTE treatment trials and shown to be effective and not different in terms of safety from 20 mg once daily.

.

28

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

Pharm-Tox Conclusion:

- NDA 202439 is approvable with appropriate labeling regarding bleeding during
  pregnancy and delivery.

## 4.4   Clinical Pharmacology

### 4.4.1  Mechanism of Action

Activation of Factor X is the initial step in the final common coagulation pathway.  FXa
cleaves prothrombin to generate thrombin, which triggers the conversion of fibrinogen to
fibrin, the fibrous protein that polymerizes to form a clot in conjunction with platelets.
The activity of FXa is greatly increased when it is complexed with activated co-factor V
in the prothrombinase complex.  By inhibiting FXa, rivaroxaban inhibits the formation of
thrombin from prothrombin and the downstream formation of fibrin and blood clots.
Because of the functional location of FXa at the top of the final common coagulation
pathway, rivaroxaban affects clotting induced through both the intrinsic and extrinsic
clotting cascades.  Studies of the FXa inhibitory action of rivaroxaban are discussed in
Section. 4.4.3.

### 4.4.2  Pharmacodynamics

The recently approved labeling for rivaroxaban for use in DVT prevention indicates that,
"Dose-dependent inhibition of factor Xa activity was observed in humans and the
Neoplastin® prothrombin time (PT), activated partial thromboplastin time (aPTT) and
HepTest® are prolonged dose-dependently. Anti-factor Xa activity is also influenced by
rivaroxaban. There are no data on the use of the International Normalized Ratio (INR).
The predictive value of these coagulation parameters for bleeding risk or efficacy has
not been established."

> *Reviewer Comment:  Data relating the relationship of coagulation parameters to*
> *efficacy and bleeding events in the ROCKET trial are discussed below.*
> *Information on the choice of dose for the ROCKET trial is discussed in Section*
> *6.1.8.*

Incorporated into ROCKET was a PK-PD sub-study in which approximately 161 patients
were assessed with a Rivaroxaban level, prothrombin time, FXa activity, and PiCT at
weeks 12 and 24.  The PD data from that sub-study was utilized to construct a
comparison between a simulated 10-mg BID regimen versus the observed PK-PD
relationship for the 20-mg QD regimen that was observed in ROCKET.  This simulation

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

demonstrates the expected lower fluctuation for the BID regimen as compared to the QD regimen, as seen in Figure 3.

Figure 3.  Simulation - 20 Mg QD vs. 10 Mg BID



Because neither a BID regimen nor a lower total daily rivaroxaban dose was tested in ROCKET, the implications of these two different PD profiles with respect to efficacy and/or bleeding cannot be assessed.  Specifically, the increase in non-major clinically relevant bleeding in comparison to warfarin that was seen in ROCKET could be a result of the higher Cmax of the daily dosing regimen that was tested in ROCKET. Alternatively, a BID dosing schedule with its higher trough values might exacerbate this bleeding proclivity if the same total daily dose is used.

See Section 4.4.3 for a thorough discussion of the PK-PD-Clinical outcomes relationships.

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

## 4.4.3  **Pharmacokinetics**

The approved labeling includes the following information about the PK of rivaroxaban:

Absorption

- The absolute bioavailability of rivaroxaban is estimated to be 80% to 100%) for the 10 mg dose. Rivaroxaban is rapidly absorbed with maximum concentrations ($C_{max}$) appearing 2 to 4 hours after tablet intake.
- Bioavailability of a 20 mg dose is reduced somewhat, but is increased when rivaroxaban is given with food.
- Rivaroxaban pharmacokinetics are linear with no relevant accumulation beyond steady-state after multiple doses. Intake with food does not affect rivaroxaban AUC or Cmax at the 10 mg dose.
- The pharmacokinetics of rivaroxaban were not affected by drugs altering gastric pH.
- Absorption of rivaroxaban is dependent on the site of drug release in the GI tract. A 29% and 56% decrease in AUC and Cmax compared to tablet was reported when rivaroxaban granulate is released in proximal small intestine. Exposure is further reduced when drug is released in the distal small intestine, or ascending colon.

Distribution

- Plasma protein binding of rivaroxaban in human plasma is approximately 92% to 95%, with albumin being the main binding component.
- The steady-state volume of distribution in healthy subjects is approximately 50 L.

Metabolism

- Approximately 51% of an orally administered [14C]-rivaroxaban dose was recovered as metabolites in urine (30%) and feces (21%).
- Oxidative degradation catalyzed by CYP3A4/5 and CYP2J2 and hydrolysis are the major sites of biotransformation.
- Unchanged rivaroxaban was the predominant moiety in plasma with no major or active circulating metabolites.

Excretion

- Following oral administration of a [14C]-rivaroxaban dose, 66% of the radioactive dose was recovered in urine (36% as unchanged drug) and 28% was recovered in feces (7% as unchanged drug).
- Unchanged drug is excreted into urine, mainly via active tubular secretion and to a lesser extent via glomerular filtration (approximate 5:1 ratio).

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

- Rivaroxaban is a substrate of the efflux transporter proteins P-gp and ABCG2 (also abbreviated BCRP). Rivaroxaban's affinity for influx transporter proteins is unknown.
- Rivaroxaban is a low-clearance drug, with a systemic clearance of approximately 10 L/hr in healthy volunteers following IV administration.
- The terminal elimination half-life of rivaroxaban is 5 to 9 hours in healthy subjects aged 20 to 45 years.

Special Populations

- Gender did not influence the pharmacokinetics or pharmacodynamics of rivaroxaban.
- Healthy Japanese subjects were found to have 50% higher exposures compared to other ethnicities including Chinese.
- In clinical studies, elderly subjects exhibited higher rivaroxaban plasma concentrations than younger subjects with mean AUC values being approximately 50% higher, mainly due to reduced (apparent) total body and renal clearance. Age related changes in renal function may play a role in this age effect. The terminal elimination half-life is 11 to 13 hours in the elderly.

Body Weight

- Extremes in body weight (<50 kg or >120 kg) did not influence rivaroxaban exposure.

Drug Interactions

- In vitro studies indicate that rivaroxaban neither inhibits the major cytochrome P450 enzymes CYP1A2, 2C8, 2C9, 2C19, 2D6, 2J2, and 3A4 nor induces CYP1A2, 2B6, 2C19, or 3A4.
- In vitro data also indicates a low rivaroxaban inhibitory potential for P-gp and ABCG2 transporters.
- There were no significant pharmacokinetic interactions observed in studies comparing concomitant rivaroxaban 20 mg and 7.5 mg single dose of midazolam (substrate of CYP3A4), 0.375 mg once-daily dose of digoxin (substrate of P-gp), or 20 mg once daily dose of atorvastatin (substrate of CYP3A4 and P-gp) in healthy volunteers.

PK – PD Relationships

With respect to the PK-PD relationship, there is a direct linear relationship between serum concentrations of Rivaroxaban expected in human use at the doses used in ROCKET, as demonstrated by the results of PK study 10847 (PPK03-002), as seen in Figure 4 below:

36

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

**Figure 4.  Rivaroxaban plasma concentration vs. PT**



Similarly, this study also demonstrated an inverse curvilinear relationship between rivaroxaban concentrations in this range and FXa activity, as seen in Figure 5 below:

**Figure 5.  Rivaroxaban plasma concentration vs. FXa-activity**



37

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

---

Incorporated into ROCKET was a PK-PD substudy in which approximately 161 patients were assessed with a Rivaroxaban level, prothrombin time, FXa activity, and PiCT.  In addition, all subjects had samples drawn for PD assessment at weeks 12 and 24.  Based on these data, the four key questions of interest to the agency were as follows:

1. Can Prothrombin Time (PT) be used as a surrogate for PK?  The PK data from 161 ROCKET patients confirms the linear relationship between the plasma concentration of rivaroxaban, and the PT, as demonstrated in Figure 6 below:

**Figure 6.  ROCKET prothrombin time vs. rivaroxaban plasma concentration**



2. Is there a PT-ischemic stroke relationship?  PT data from 7008 patients in the ROCKET per protocol analysis dataset demonstrates that the occurrence of ischemic strokes was independent of PT over the range of 10 to 30 sec, as can be seen from Figure 7 below:

38

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

**Figure 7.  ROCKET ischemic stroke vs. PT (LD+2, pp pop)**



| | N | N of Event |
|---|---|---|
| Per-Protocol Analysis Set | 7008 | 150 |
| PT-outcome subset | 6193 (88%) | 124 (83%) |

3.  <u>Is there a PT-Bleeding relationship</u>?  PT data from the 7008 patients in the ROCKET
    per protocol analysis dataset demonstrates that the risk of major bleeds increases
    with PT, regardless of whether major bleeding defined as ISTH major bleeding per
    the ROCKET protocol, or as TIMI major bleeding, as can be seen from Figure 8  and
    Figure 10 , respectively, below:

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

### Figure 8.  ROCKET ISTH major bleeds vs. PT (LD+2, pp pop)



| | N | N of Event |
|---|---|---|
| Per-Protocol Analysis Set | 7008 | 392 |
| PT-outcome subset | 6172 (88%) | 306 (78%) |

### Figure 9.  ROCKET TIMI Major Bleeds (LD+2, Pp Pop)



| | N | N of Event |
|---|---|---|
| Per-Protocol Analysis Set | 7008 | 245 |
| PT-outcome subset | 6183 (88%) | 185 (76%) |

40

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

It is reassuring that for the overall population, there does not appear to be a shift from lesser severities of ISTH major bleeding (i.e. hemoglobin drops and transfusions) to the more severe forms (i.e. critical organ bleeding and fatal bleeding) as a function of PT prolongation with rivaroxaban, as can be seen in the FDA analysis in Table 6:

### Table 6. ROCKET ISTH Major Bleeding Type vs. PT

| PT Quartiles | Rivaroxaban (PT-Major bleeding subset) N=6172 | | | |
|---|---|---|---|---|
| | Hemoglobin drop, n (%) | 2U blood transfusion, n (%) | Critical organ bleed, n (%) | Bleed result in death, n (%) |
| Q1 (<14.2 sec) | 35/1573 (2.23) | 16/1573 (1.02) | 15/1573 (0.95) | 1/1573 (0.06) |
| Q2 (14.2-<16.6 sec) | 49/1543 (3.18) | 24/1543 (1.56) | 20/1543 (1.30) | 8/1543 (0.52) |
| Q3 (16.6-<19.8 sec) | 58/1501 (3.86) | 33/1501 (2.20) | 25/1501 (1.67) | 6/1501 (0.40) |
| Q3 (≥19.8 sec) | 88/1555 (5.66) | 61/1555 (3.92) | 19/1555 (1.22) | 7/1555 (0.45) |

The relationship between PT prolongation and major bleeding is exacerbated in patients taking concomitant ASA at least 50% of the time, and attenuated in patients not taking ASA (FDA analysis, Figure 10 below).

### Figure 10. ROCKET ISTH major bleeding vs. PT by ASA use



| PT Quartiles | Rivaroxaban (PT-Major bleeding subset) N=6172 | |
|---|---|---|
| | Incidence n (%) | Event Rate (100 pt-yrs) |
| Q1 (<14.2 sec) | 49/1573 (3.12) | 1.88 |
| Q2 (14.2-<16.6 sec) | 68/1543 (4.41) | 2.54 |
| Q3 (16.6-<19.8 sec) | 78/1501 (5.20) | 2.95 |
| Q4 (≥19.8 sec) | 111/1555 (7.14) | 4.29 |

41

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

It is important to acknowledge that a similar relationship between ASA co-therapy with warfarin and major bleeding is demonstrated, as would be expected (FDA analysis, Figure 11 below).  As was seen with rivaroxaban, aspirin co-therapy with warfarin increases the risk of major bleeding.  Aspirin increased the 100 p-y event rate for major bleeding in rivaroxaban-treated patients from 3.02 to 5.82.  However, ASA similarly increased the 100 p-y event rate of major bleeding in patients taking warfarin from 3.03 to 4.76.

In this circumstance where 20-mg rivaroxaban demonstrates PT independent occurrence of ischemic stroke events, while simultaneously demonstrating a linear (or curvilinear) increase in the risk of major bleeding with increasing coagulation PD parameters (regardless of which definition of major bleeding is used, or which coagulation PD parameter is assessed, FXa-activity and PiCT data not show) dose optimization can only be performed for decreasing the risk of major bleeding.  This is unlike the situation with warfarin, in that the ROCKET warfarin data demonstrates the expected balance of benefit and risk with respect to ischemic strokes and TIMI major bleeding between an INR of 2.0 to 3.0, as calculated from the last observed PT, as shown below in Figure 11:

**Figure 11.  ROCKET Warfarin Patients - stroke / TIMI major bleeds vs. INR**



Of note, approximately 10% of PT measurements from ROCKET patients at week 12 shift to extreme quartiles by week 24, as shown in Table 7 below:

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

**Table 7.  Comparisons of Week 12 vs. Week 24 Pt Values In ROCKET**

| | | Week 24 | | | |
|---|---|---|---|---|---|
| | PT sec (n = 5280) | Q1 9.4-14.1s | Q2 14.2-16.4s | Q3 16.5-19.6s | Q4 ≥19.7s |
| **Week 12** | Q1 8.2-14.1 | **56%** | 22% | 13% | **9%** |
| | Q2 14.2-16.3 | 26% | **37%** | 26% | **10%** |
| | Q3 16.4-19.5 | **13%** | 24% | **37%** | 26% |
| | Q4 ≥ 19.6 | **7%** | 14% | 25% | **54%** |

4.  <u>How does QD compare to BID regimen?</u>  See Section 4.4.2

## *Reviewers' Conclusions:  PK-PD-Clinical Outcomes Relationships*

- *PT can be used as a surrogate for PK in the range of plasma rivaroxaban concentrations demonstrated from this sample of patients in ROCKET.*

- *No PT-dependent reduction in ischemic stroke is demonstrated over the range of PT data*

- *The risk for Major Bleeding is dependent on PT (both sponsor-fined and TIMI Major Bleeding*

- *Similar safety and efficacy relationships are demonstrated for quartiles of PiCT and/or FXa inhibition (data not shown)*

- *BID dosing provides less PT fluctuation compared to QD in simulation modeling but the impact on efficacy and/or bleeding cannot be assessed due to lack of multiple dosing strategies in ROCKET*

- *10% of PT values in rivaroxaban treated patients shift to extreme quartiles between weeks 12 and 24.  The implication of this finding is that a single PT (or*

43

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

---

*INR) measurement will not consistently predict future bleeding risk in approximately 10% of patients, as this value may importantly shift with time.*

- *Monitoring rivaroxaban therapy with sequential prothrombin times to optimize safety outcomes cannot be recommended due to a lack of information regarding:*
  - *within-patient variability of PT measurements on this drug in the setting of a short half-life and rapidly changing PD effects over each 24 hour period, and*
  - *What action to recommend to the medical provider based on PT results, given that only a single dose was tested in ROCKET*

- *Stroke reduction and bleeding risk for warfarin are dependent upon the last observed INR, and demonstrate the expected optimization in the INR range of 2.0 to 3.0.*

For a thorough discussion of the PK-PD-Clinical outcomes relationships observed in ROCKET, see section 7.3.4, sub-section titled, "Bleeding Occurrences in ROCKET Subgroups: The PK-PD Relationship, and the PD Relationship to Major Bleeding."

<u>The INR-Clinical Outcome Relationship with Rivaroxaban</u>

The ROCKET protocol stipulated that rivaroxaban should be taken in the evening, and that all INRs were to be obtained by the point of care device at their investigator's sites. Given the realities of this timing, the majority of the INRs from ROCKET were likely measured between 12 and 18 hours post dosing. Indeed, at weeks 12 and 24 when all patients were to have a PT drawn, most of the samples were obtained between 13 and 15 hours post dose, as seen in the distribution in Figure 12 below:

**Figure 12.  ROCKET – Timing of INR Blood Draws After Dosing**



SAMPLING TIME (HOURS)

44

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

---

### Table 44.  US Patients – Efficacy Results For Secondary Endpoints

Safety Population, On Treatment

| Population and Event Window | Rivaroxaban N=962 | | Warfarin N=964 | | HR (95% CI) |
|---|---|---|---|---|---|
| | n (%) | Event Rate [1] | n (%) | Event Rate [1] | |
| Major Secondary Efficacy Endpoint 1[1] | 30 (3.12) | 1.88 | 46 (4.77) | 2.77 | 0.68 (0.43, 1.08) |
| Major Secondary Efficacy Endpoint 2[2] | 50 (5.20) | 3.15 | 70 (7.26) | 4.28 | 0.74 (0.51, 1.06) |
| All Strokes | 14 (1.46) | 0.88 | 24 (2.49) | 1.45 | 0.61 (0.32, 1.18) |
| Primary Hemorrhagic Stroke | 6 (0.62) | 0.38 | 8 (0.83) | 0.48 | 0.79 (0.27, 2.28) |
| Primary Ischemic Stroke | 8 (0.83) | 0.5 | 16 (1.66) | 0.96 | 0.52 (0.22, 1.22) |
| Unknown Stroke Type | 0 | 0 | 0 | 0 | - |
| Stroke Outcome Death | 4 (0.42) | 0.25 | 11 (1.14) | 0.66 | 0.38 (0.12, 1.20) |
| Disabling Stroke | 5 (0.52) | 0.31 | 4 (0.41) | 0.24 | 1.30 (0.35, 4.85) |
| Non-disabling Stroke | 4 (0.42) | 0.25 | 7 (0.73) | 0.42 | 0.60 (0.18, 2.04) |
| Stroke Outcome Missing Rankin | 1 (0.10) | 0.06 | 2 (0.21) | 0.12 | 0.52 (0.05, 5.77) |
| Non-CNS Systemic Embolism | 1 (0.10) | 0.06 | 5 (0.52) | 0.3 | 0.21 (0.02, 1.77) |
| Myocardial Infarction | 22 (2.29) | 1.39 | 24 (2.49) | 1.46 | 0.95 (0.53, 1.69) |
| All-Cause Mortality | 26 (2.70) | 1.63 | 28 (2.90) | 1.69 | 0.97 (0.57, 1.65) |
| Vascular Death | 17 (1.77) | 1.06 | 20 (2.07) | 1.2 | 0.88 (0.46, 1.69) |
| Non-vascular Death | 3 (0.31) | 0.19 | 5 (0.52) | 0.3 | 0.62 (0.15, 2.59) |
| Unknown Death | 6 (0.62) | 0.38 | 3 (0.31) | 0.18 | 2.08 (0.52, 8.33) |

[1] Composite of stroke, TIA, systemic embolism and vascular death
[2] Composite of stroke, TIA, systemic embolism, vascular death and MI

In summary, the US results for primary efficacy endpoint strongly favored rivaroxaban on treatment.  Secondary endpoint results on treatment are mixed.  There was a marked excess of post-treatment primary endpoint events in the rivaroxaban arm compared to warfarin.  However, all analyses of the primary endpoint starting at randomization, regardless of patient population and data cutoff, numerically favored rivaroxaban.

## 6.1.8  Analysis of Clinical Information Relevant to Dosing Recommendations

Only one dosing regimen of rivaroxaban was evaluated in ROCKET, the sole study supporting efficacy for the proposed indication.  The regimen was 20 mg rivaroxaban

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

once daily for patients with baseline CrCl ≥ 50 mL/min and 15 mg rivaroxaban for patients with baseline CrCl 30 to < 50 mL/min; study drug was to taken by mouth in the evening with food.  There is no information in the NDA on the effects of other dosing regimens on the outcomes of interest in patients with atrial fibrillation other than the results of J ROCKET.  However these results are not useful in understanding the appropriate dose to be used in the US due to the design of J ROCKET, as discussed in Section 5.3.2.

As noted below, there is information from the sponsor's development program for other indications suggesting that twice daily dosing may have efficacy and safety advantages to once daily dosing at same total daily dose.

The dosing regimen proposed for use is similar to the ROCKET dosing regimen.  The sponsor states that two dose-ranging Phase 2 venous thromboembolism (VTE) treatment studies, ODIXa-DVT (11223) and Einstein-DVT (11528) support the ROCKET dosing regimen.  The sponsor's rationale for proceeding forward with the 20 mg once daily dose in ROCKET was summarized in the ISS of this submission by the following points:

- 11223 (ODIXa-DVT) assessed safety, tolerability, and efficacy of rivaroxaban at oral doses of 10, 20, and 30 mg twice-daily and 40 mg once-daily compared with enoxaparin/vitamin K antagonist (VKA)

- Study 11528 (EINSTEIN DVT) assessed safety, tolerability, and efficacy of rivaroxaban at oral doses of 20, 30, and 40 mg once-daily compared with low molecular weight heparin (LMWH)/VKA

- The relative safety in terms of bleeding  compared to the within-study standard of care was better for all once-daily regimens compared to the twice-daily regimens for which a trend toward slightly increased risk of bleeding was observed for the 20 mg and the 30 mg doses

- The 10 mg twice-daily dose in study 11223 was comparable to the once-daily doses in Study 11528 in terms of safety

- Dose-finding studies in patients with AFib may not be feasible as they carry a high risk of stroke for patients with potentially too low doses of the investigational anticoagulant

- Based on these clinical observations, it was concluded that the lowest once-daily dose studied, 20 mg, should be selected for the proposed Phase 3 SPAF study ROCKET, with a down-dosing to 15 mg daily for patients with CrCl 30 to <50 ml/min to achieve an equivalent exposure in patients with moderately depressed renal function.

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

However, at the time of FDA's 2006 review of the proposed ROCKET protocol, the rationale for dose selection was of concern.  It was noted that there is a direct linear relationship between serum concentrations of rivaroxaban expected in patients at the doses used in ROCKET and prothrombin time, as well as an inverse curvilinear relationship between rivaroxaban concentrations in this range and FXa activity (see section 4.4.3, pharmacokinetics).  In the September 2006 advice letter to the sponsor regarding the ROCKET trial design, based on the PK, PD, and Clinical outcomes data, the clinical pharmacology reviewer noted the following:

> *"Both Factor 10a inhibition and prothrombin time show a dependency on the plasma concentration of the drug. What degree of Factor Xa inhibition and prothrombin prolongation does the sponsor consider to be effective and safe? This information would be crucial for determining the appropriate dose and interval to be used for the Phase 3 trial."*

FDA requested that the sponsor justify the 20-mg daily dose selected by the sponsor for testing in ROCKET.

The sponsor claims that in study 11223, the only study in which once daily and twice daily regimens at the same total dose were compared (40 mg), all total daily doses (20 to 60 mg) were associated with comparable safety and efficacy.  Efficacy and safety data from this study are displayed in

Table 45 and Table 46, respectively.   The efficacy data are not consistent with the sponsor's claims, in that the response rate (percentage of patients improved) is somewhat higher in the 20 mg bid arm than in the 40 mg od arm (59% vs. 44%, respectively).  In fact, the 40 mg od arm had the lowest response rate of the 5 study arms (Table 45).  The rate of major bleeding was similar in the 20 mg bid and 40 mg od arms (1.7% in each arm), and the overall rate of bleeding was slightly less in the 20 mg bid arm (9.4% vs. 11.6%).  The 10 mg bid arm had the lowest rates of major bleeding and overall bleeding (5% and 1.7%, respectively, Table 46).

137

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

### Table 45.  DVT Treatment Study 11223 – Efficacy Results

| Overall response at Week 12[1] | Rivaroxaban | | | | Enox/ VKA (N = 109) |
|---|---|---|---|---|---|
| | 10 mg bid (N = 100) | 20 mg bid (N = 98) | 40 mg od (N = 112) | 30 mg bid (N = 109) | |
| Improved | 53 (53%) | 58 (59%) | 49 (44%) | 62 (57%) | 50 (46%) |
| Unchanged | 46 (46%) | 39 (40%) | 63 (56%) | 47 (43%) | 59 (54%) |
| Deterioration | 0 | 0 | 0 | 0 | 0 |
| Missing | 1 (1%) | 1 (1%) | 0 | 0 | 0 |

Source: Table 5-29 of Investigator brochure from original IND 75,238 submission (dated 13 June 2006).
[1] For the primary endpoint: the response to treatment (i.e., thrombus regression) as determined by compression ultrasound (CUS) after 3 weeks of treatment

### Table 46.  DVT Treatment Study 11223 – Safety Results

| | Rivaroxaban | | | | Enox/ VKA (N = 126) |
|---|---|---|---|---|---|
| | 10 mg bid (N = 119) | 20 mg bid (N = 117) | 40 mg od (N = 121) | 30 mg bid (N = 121) | |
| Any bleeding event | 6 (5%) | 11 (9.4%) | 14 (11.6%) | 13 (10.7%) | 8 (6.3%) |
| Major bleeding | 2 (1.7%) | 2 (1.7%) | 2 (1.7%) | 4 (3.3%) | 0 |

Source: Table 5-31, Investigator brochure in original IND 75,238 submission (dated 13 June 2006).

Our concerns about the efficacy results of 11223 and their implications for ROCKET dosing regimen were communicated to the sponsor.  At the EOP2 meeting held on Sept. 12, 2006, the sponsor requested our agreement with the rivaroxaban dosing regimen proposed for use in ROCKET (which was the regimen later used in the trial).  In our response in the EOP2 meeting minutes, we stated: "In study 11223, there was some

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

suggestion that a twice daily dosing regimen was more effective compared to a once daily dosing regimen.  Please provide your rationale for a once daily dosing regimen." The sponsor has not provided information to allay concerns.

The sponsor claims in the ISS that "The relative safety in terms of bleeding compared to the within-study standard of care was better for all once-daily regimens compared to the twice-daily regimens for which a trend toward slightly increased risk of bleeding was observed for the 20 mg and the 30 mg doses.  The 10 mg twice-daily dose in study 11223 was comparable to the once-daily doses in Study 11528 in terms of safety." However, in the cited studies, the only twice daily regimen were in study 11233, where single comparison of once to twice daily dosing at the same total favored twice daily in terms of efficacy and leaned slightly toward favoring twice daily dosing in terms of safety.  Efficacy and safety information from Study 11528 are displayed in Table 47 and Figure 27, respectively.

> *Reviewer Comment:  The within-study comparison, which favors twice daily dosing  is more relevant to dose selection than the sponsor's cross-study comparison.*

### Table 47.  DVT Treatment Study 11528 – Efficacy Results

| | Rivaroxaban | | | LMWH/ VKA N=101 |
|---|---|---|---|---|
| | 20 mg od N=115 | 30 mg od N=112 | 40 mg od N=121 | |
| **Incidence (%)[1]** | 6.1 | 5.4 | 6.6 | 9.9 |
| **95% CI (%)** | 2.5, 12.1 | 2.0, 11.3 | 2.9, 12.6 | 4.9, 17.5 |

[1] Of primary endpoint:  the composite of symptomatic recurrent DVT or fatal and non-fatal PE at Week 12 and deterioration in thrombotic burden, as assessed by ultrasonography and perfusion lung scan at baseline and at Week 12.

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

**Figure 27.  DVT Treatment Study 11528 – Safety Results**



Source:  Clinical Pharmacology Review

*Reviewer Comment:  In addition to the foregoing, the Clinical Pharmacology Review of September 2006 indicated that there was a flat efficacy and safety dose response relationship for doses of 2.5, 5, 10, 20 and 30 mg bid and 5, 10, 20, 30 and 40 mg od in VTE prevention trials.  The sponsor was asked to explain why 5 mg bid was not being considered for Phase 3 trials.  However, trough levels with this regimen might be as low as with 20 mg once daily, which might be problematic in terms of prevention of thrombosis.*

Information from the ACS development program for ROCKET is also relevant to the issue of the merits of once vs. twice daily dosing.  ATLAS TIMI 46 (Protocol 39039039ACS2001-11898) was a phase 2, multicenter, randomized, double-blind, placebo-controlled dose-finding study in recent (i.e. with symptoms within 7 days) ACS patients (STEMI, NSTEMI, or UA) taking concomitant ASA or ASA + a thienopyridine.  The study used a dose escalation design based on total daily dose.   The study had two planned phases, but Phase 2 was not performed.  Phase 1, had a dose escalation design.  The initial rivaroxaban total daily dose (TDD) was 5 mg/day.  Patients were randomized 1:1:1 to placebo, once daily (OD) rivaroxaban, or BID rivaroxaban at the assigned total daily dose for a 6 month treatment period, with a final follow-up at seven months.  Randomization was stratified by the intent to use thienopyridine therapy.  Dose escalation decisions were made by an unblinded, "independent" Operations Committee that reviewed the study data after the follow-up visit.  Subsequent TDD levels were planned to be 10 mg and then 20 mg, with the same randomization scheme as at a TTD

140

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

of 5 mg.  Initially 225 patients were to be randomized at each TTD level, but the decision was made to expand Phase 1 and drop Phase 2, which was intended to be the dose confirmation phase.

The primary efficacy endpoint was the time to the EC adjudicated composite of all-cause death, MI, or stroke (ischemic, hemorrhagic or unknown) or severe recurrent ischemia requiring revascularization through 6 months.  The composite of  ACD, MI or stroke was one of several secondary endpoints.

The primary safety endpoint was the incidence of clinically significant bleeding, defined as:

- TIMI Major bleeding,
- TIMI Minor bleeding
- Bleeding requiring medical attention not satisfying the requirements of TIMI Major or Minor bleeding

A total of 3491 patients were randomized, 761 in stratum 1 (concomitant ASA alone) and 2730 in stratum 2 (ASA + thienopyridine).  Efficacy results are for all randomized patients followed for 6 months; safety data are for the safety population; varying data cutoffs were used.

Data for the composite of death, MI, and stroke are shown in Table 48 and Table 49.

### Table 48.  ATLAS-ACS TIMI 46 – Rates Of MACE [1]

ITT population followed for 6 months

|  | n/N (%) | HR vs. placebo (95% CI) | HR for OD vs. BID (95% CI) |
|---|---|---|---|
| **STRATUM 1** [2] | *(Concomitant ASA)* | | |
| Pooled Placebo | 29/253 (11.5) | -- | -- |
| ALL OD rivaroxaban | 17/254  (6.7) | 0.54  (0.31,0.95) | 0.95  (0.49,1.85) |
| ALL BID rivaroxaban | 18/254  (7.1) | 0.60  (0.35,1.03) | |
| **STRATUM 2** [2] | *(Concomitant ASA + Thienopyridine)* | | |
| Pooled Placebo | 37/907 (4.1) | -- | -- |
| ALL OD rivaroxaban | 37/912 (4.1) | 1.00 (0.63,1.57) | 1.27 (0.78,2.07) |
| ALL BID rivaroxaban | 29/911 (3.2) | 0.78 (0.48,1.27) | |
| **POOLED STRATA** | | | |
| Pooled Placebo | 66/1160 (5.7) | -- | -- |
| ALL OD rivaroxaban | 54/1166 (4.6) | 0.81 (0.56,1.16) | 1.15  (0.78,1.7) |
| ALL BID rivaroxaban | 47/1165 (4.0) | 0.70 (0.48,1.02) | |

[1]   Time to the composite of all-cause death, stroke or MI
[2]   Stratum 1 is patients taking concomitant ASA; Stratum 2 is patients taking concomitant ASA + a thienopyridine.

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

## Table 49.  ATLAS ACS TIMI 46 – Rates Of MACE

| TDD | Pooled placebo KM rate (n/N) | Once daily dosing KM rate (n/N) | HR (95% CI) | Twice daily dosing KM rate (n/N) | HR (95% CI) [2] |
|---|---|---|---|---|---|
| **Pooled Strata** | | | | | |
| **5 mg** | 5·5% (62/1160) | 6·7% (10/155) | 0·90 (0·46–1·78) | 4·0% (6/153) | 0·52 (0·23–1·22) |
| **10 mg** | 5·5% (62/1160) | 3·9% (20/529) | 0·74 (0·45–1·22) | 3·0% (15/527) | 0·56 (0·32–0·98) |
| **20 mg** | 5·5% (62/1160) | 2·8% (8/304) | 0·46 (0·22–0·95) | 4·1% (12/307) | 0·69 (0·37–1·28) |
| **Stratum 1** | | | | | |
| **5 mg** | 11·9% (29/253) | 9·4% (7/77) | 0·80 (0·35–1·82) | 6·6% (5/77) | 0·54 (0·21–1·40) |
| **10 mg** | 11·9% (29/253) | 7·3% (7/99) | 0·62 (0·27–1·41) | 6·7% (6/97) | 0·54 (0·22–1·29) |
| **20 mg** | 11·9% (29/253) | 2·7% (2/78) | 0·21 (0·05–0·88) | 6·7% (5/80) | 0·52 (0·20–1·36) |
| **Stratum 2** | | | | | |
| **5 mg** | 3·8% (33/907) | 4·0% (3/78) | 1·04 (0·32–3·39) | 1·4% (1/76) | 0·35 (0·05–2·58) |
| **10 mg** | 3·8% (33/907) | 3·2% (13/430) | 0·84 (0·44–1·59) | 2·2% (9/430) | 0·58 (0·28–1·21) |
| **15 mg** | 3·8% (33/907) | 4·0% (7/178) | 1·07 (0·47–2·42) | 5·3% (9/178) | 1·42 (0·68–2·97) |
| **20 mg** | 3·8% (33/907) | 2·8% (6/226) | 0·73 (0·31–1·74) | 3·2% (7/227) | 0·86 (0·38–1·94) |

[1] Time to the composite of all-cause death, stroke, or MI
[2] Rivaroxaban vs. placebo
Source:  Mega et al.[10]

The data in Table 48 show numerical superiority for twice daily dosing over once daily dosing at the same TDD for the pooled strata.  The data in Table 49 suggest a flat dose response curve for the MACE endpoint in stratum 2 over TDD from 5 mg to 20 mg. In Stratum 1, there was a strong trend indicating improved responses as dose increased to 20 mg.  However, there was a substantially increased risk of bleeding above a TDD of 10 mg.  Rates for clinically significant bleeding it TIMI 46 are shown in Table 50.

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

### Table 50.  ATLAS ACS TIMI 46 – Rates Of Clinically Significant Bleeding

| TDD | Pooled placebo KM rate (n/N) | Once daily dosing KM rate (n/N) | HR (95% CI)[1] | Twice daily dosing KM rate (n/N) | HR (95% CI)[1] |
|---|---|---|---|---|---|
| **Pooled Strata** | | | | | |
| **5 mg** | 3·3% (37/1153) | 7·4% (11/155) | 2·73 (1·38–5·37) | 4·8% (7/152) | 1·71 (0·76–3·85) |
| **10 mg** | 3·3% (37/1153) | 10·8% (55/527) | 3·35 (2·21–5·09) | 11·0% (55/519) | 3·36 (2·21–5·09) |
| **20 mg** | 3·3% (37/1153) | 16·0% (47/301) | 5·32 (3·46–8·18) | 14·6% (43/302) | 4·80 (3·09–7·45) |
| **Stratum 1** | | | | | |
| **5 mg** | 1·7% (4/252) | 2·9% (2/77) | 1·67 (0·31–9·14) | 1·4% (1/77) | 0·81 (0·09–7·23) |
| **10 mg** | 1·7% (4/252) | 7·6% (7/99) | 4·74 (1·39–16·19) | 5·5% (5/96) | 3·40 (0·91–12·65) |
| **20 mg** | 1·7% (4/252) | 10·6% (8/78) | 6·69 (2·01–22·21) | 10·7% (8/79) | 6·43 (1·94–21·37) |
| **Stratum 2** | | | | | |
| **5 mg** | 3·8% (33/901) | 11·7% (9/78) | 3·28 (1·57–6·84) | 8·2% (6/75) | 2·17 (0·91–5·18) |
| **10 mg** | 3·8% (33/901) | 11·6% (48/428) | 3·21 (2·06–5·00) | 12·2% (50/423) | 3·34 (2·15–5·19) |
| **15 mg** | 3·8% (33/901) | 13·1% (23/178) | 3·69 (2·17–6·29) | 12·3% 21/175) | 3·41 (1·97–5·89) |
| **20 mg** | 3·8% (33/901) | 17·8% (39/223) | 5·12 (3·22–8·14) | 16·0% (35/223) | 4·56 (2·83–7·33) |

[1] Rivaroxaban vs. placebo
Source:  Mega et al.[10]

There was more bleeding in stratum 2 than stratum1, and there was a dose response for bleeding in both strata.  Differences between once and twice daily dosing were generally not marked, but favored BID dosing for the 5 mg dose and the 20 mg dose in both strata.

Based on these data, the doses chosen for evaluation in the placebo-controlled Phase 3 ACS trial (ATLAS-ACS 2 TIMI 51) were rivaroxaban 2.5 mg bid and 5 mg bid. [11]

Thus the information from ACS studies (where rivaroxaban is given to prevent arterial circulation thrombotic events, as in ROCKET) is consistent with the data from the VTE studies suggesting that bid dosing may have a better benefit/risk profile than once daily dosing at the same TDD.

**Dose in renal failure patients and other subgroups**:  Based on PK modeling, subjects with CrCl between 30 and 49 mL/min taking 15 mg daily would have similar exposure to those with normal renal function taking 20 mg daily, so 15 mg daily was in ROCKET patients with CrCl 30 to < 50 mL/min.

In the ISE, in Section 4, the sponsor argues that the ROCKET results demonstrate the efficacy of the rivaroxaban 20/15 mg once daily regimen overall, and that results were not dependent on age, gender, race, BMI, body weight, baseline $CHADS_2$ score, or history of prior stroke, TIA or non-CNS systemic embolism.  Accordingly, there would be no need to adjust the dose for any of these factors.  As was done in ROCKET, rivaroxaban should be taken with food to augment absorption.

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

hemorrhagic stroke events for ROCKET and RE-LY are shown in Table 97, and demonstrate the consistency of the warfarin effect in these bleeding outcomes:

**Table 97.  ROCKET vs. RE-LY Major Bleeding**

|  | ROCKET W LD+2 | ROCKET W LD+30 f/u | RE-LY W Safety | RE-LY W ITT |
|---|---|---|---|---|
| Number of Subjects | 7125 | 7125 | 5998 | 6022 |
| Major Bleeds (100 p-y) | 386 (3.45) | 421 (3.61) | 378 (3.55) | 421 (3.57) |
| ICH (100 p-y) | 84 (0.74) | 102 (0.85) | 82 (0.77) | 85 (0.72) |
| Hemorrhagic CVA (100 p-y) | 50 (0.44) | 53 (0.45) | 40 (0.38) | 45 (0.38) |
| Fatal Bleeding (b) (100) p-y | 63 (0.88) | 80 (1.12) | 31 (0.29) | 71 (0.14) |

Clinical Bleeding - US Results and TTR analyses

Warfarin management in ROCKET on a global basis was sub-optimal, with a trial average TTR, defined as an INR of 2.0 to 3.0, of 55% (median 58%).  This level of TTR is inconsistent with contemporary global phase III warfarin-controlled trial data and it is likewise inconsistent with US practice as demonstrated in ROCKET.  Time outside of therapeutic range (INR 2.0 to 3.0) has both low INR and high INR components.  A breakdown by-region of time-below, time-in, and time-above the target INR range of 2.0 to 3.0, as shown in Figure 51, demonstrates the heterogeneity of warfarin management in ROCKET (source:  ROCKET FSR, Appendix 6.2, page 38,489):

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

### Figure 51.  ROCKET Observed INRs (Region Means of Subject Mean INRs)



From Figure 51, it is evident that the time-below therapeutic range was lowest in North America, and highest in Eastern Europe.  Yet, as shown in Table 98, Eastern Europe contributed by a large margin the greatest number of patients that were enrolled in ROCKET:

226

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

### Table 98.  ROCKET Enrollment by Region

| Region | Treatment Group | Start of Enrollment | Screened | Randomized | ITT | Safety | Per-Protocol |
|---|---|---|---|---|---|---|---|
| Total | Total | 14Dec2006 | 17232 | 14269 | 14264 | 14236 | 14054 |
| | Rivaroxaban | 14Dec2006 | | 7133 | 7131 | 7111 | 7008 |
| | Warfarin | 15Dec2006 | | 7136 | 7133 | 7125 | 7046 |
| North America | Total | 14Dec2006 | 3500 | 2682 | 2681 | 2673 | 2641 |
| | Rivaroxaban | 14Dec2006 | | 1340 | 1339 | 1334 | 1316 |
| | Warfarin | 15Dec2006 | | 1342 | 1342 | 1339 | 1325 |
| Latin America | Total | 22May2007 | 2318 | 1879 | 1878 | 1877 | 1858 |
| | Rivaroxaban | 24May2007 | | 940 | 940 | 939 | 922 |
| | Warfarin | 22May2007 | | 939 | 938 | 938 | 936 |
| West Europe | Total | 05Mar2007 | 2561 | 2097 | 2096 | 2089 | 2054 |
| | Rivaroxaban | 16Mar2007 | | 1046 | 1046 | 1040 | 1023 |
| | Warfarin | 05Mar2007 | | 1051 | 1050 | 1049 | 1031 |
| East Europe | Total | 03May2007 | 6227 | 5502 | 5500 | 5493 | 5426 |
| | Rivaroxaban | 08May2007 | | 2752 | 2751 | 2746 | 2711 |
| | Warfarin | 03May2007 | | 2750 | 2749 | 2747 | 2715 |
| Asia Pacific | Total | 27Apr2007 | 2626 | 2109 | 2109 | 2104 | 2075 |
| | Rivaroxaban | 01May2007 | | 1055 | 1055 | 1052 | 1036 |
| | Warfarin | 27Apr2007 | | 1054 | 1054 | 1052 | 1039 |

For patients taking rivaroxaban in the United States, there was statistically significantly more major bleeding and NMCR bleeding (Table 99).

227

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

**Table 99.  ROCKET CEC Adjudicated Bleeds - US Alone - (LD+2, Safety Pop)**

| | Rivaroxaban | | Warfarin | | R vs. W HR (95% CI) | p (diff) |
|---|---|---|---|---|---|---|
| | N=962 n (%) | ER per 100 p-y | N=964 n (%) | ER per 100 p-y | | |
| **Safety Endpoint** | 322 (33.47) | 25.24 | 275 (28.53) | 19.54 | 1.28 (1.09, 1.50) | 0.003 |
| Major Bleeding | 123 (12.79) | 8.06 | 87 (9.02) | 5.35 | 1.50 (1.14, 1.98) | 0.004 |
| Hb drop | 99 (10.29) | 6.42 | 64 (6.64) | 3.92 | 1.64 (1.19, 2.24) | 0.002 |
| Transfusion | 72 (7.48) | 4.62 | 47 (4.88) | 2.87 | 1.61 (1.12, 2.33) | 0.011 |
| Critical site | 18 (1.87) | 1.13 | 22 (2.28) | 1.33 | 0.85 (0.46, 1.59) | 0.614 |
| Death | 6 (0.62) | 0.38 | 10 (1.04) | 0.60 | 0.63 (0.23, 1.72) | 0.365 |
| Non-major | 237 (24.64) | 17.86 | 211 (21.89) | 14.72 | 1.20 (1.00, 1.45) | 0.049 |
| Minimal | 48 (4.99) | 3.10 | 42 (4.36) | 2.58 | 1.20 (0.79, 1.81) | 0.395 |

However, as in the global population, the excess in major bleeding was driven by hemoglobin drops and transfusions, and offset by a trend to fewer critical site and fatal bleeds that did not reach statistical significance in this relatively small subset analysis. The excess in major bleeding on rivaroxaban was evident at all time points during the on-treatment period for both the principal safety endpoint as well as for major bleeding, as seen in Figure 52 and Figure 53 respectively:

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

**Figure 52.  ROCKET K-M Safety Endpoint - US Alone (LD+2, Safety Pop)**



**Figure 53.  ROCKET K-M Major Bleeds - US Alone (LD+2, Safety Pop)**



229

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

The finding of excess bleeding for the US population was robust in that it was reproducible across virtually all subgroups.  If fact, the point estimate for the hazard ratio of the principle safety endpoint was greater than 1.00 (favoring warfarin) in 101 out of 106 subgroups assessed in forest plots, and many of these demonstrated a lower 95% CI that was also greater than 1.0 favoring warfarin.  Concordantly, the percentage of patients in the safety population from the US that discontinued study medication early due to bleeding adverse events was almost twice that percentage from the global population, as well as nearly twice the rate of ESMD for bleeding seen in the US warfarin-treated population, as seen in Table 100:

### Table 100. Comparative Completion - ROCKET (Safety Pop)

|  | US Population | | Global Population | |
|---|---|---|---|---|
|  | Rivaroxaban N=962 N (%) | Warfarin N=964 N (%) | Rivaroxaban N=7111 N (%) | Warfarin N=7125 N (%) |
| Completed Study Med | 546 (56.76) | 556 (57.68) | 4591 (64.56) | 4657 (65.36) |
| ESMD for bleeding | 81 (8.42) | 43 (4.4) | 304 (4.28) | 219 (3.07) |

Demographically, there was no apparent explanation for this finding, given that the age, weight, and renal function were similar between treatment groups, both within the US, and within the global population, as seen in Table 101:

### Table 101.  Comparative Demographics - ROCKET US vs. Global (ITT)

|  | US Population | | Global Population | |
|---|---|---|---|---|
|  | Rivaroxaban N=965 N (%) | Warfarin N=966 N (%) | Rivaroxaban N=7131 N (%) | Warfarin N=7133 N (%) |
| Mean Age | 74.10 | 74.27 | 71.21 | 71.18 |
| Mean Weight | 93.20 | 91.45 | 82.07 | 81.64 |
| Mean BMI | 31.48 | 31.48 | 29.06 | 28.85 |
| Mean CrCl | 79.26 | 76.13 | 72.97 | 72.53 |
| Prior VKA | 871 (90.26) | 880 (91.10) | 4443 (62.31) | 4461 (62.54) |
| Chronic ASA use | 353 (36.58) | 336 (34.78) | 2586 (36.26) | 26.19 (36.72) |

Not only were patient factors balanced that might have increased drug exposure (age, weight, and creatinine clearance), the higher weight and concomitantly higher estimated GFRs of US patients compared to their global counterparts should have produced less rivaroxaban-associated bleeding in the US if drug exposure alone was the explanation for this finding.

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

One final element of exposure that was closely examined was the possibility of differential compliance within the US versus all other geographies in the trial.  The ROCKET FSR defines compliance as the number of days on drug minus the number of days that the physician directed that drug be held, divide by the number of days on drug.  Using this somewhat unique definition of compliance led to mean compliance rates of 98.54% and 98.57% (ROCKET FSR table 16).  FDA requested a recalculation of compliance based on the following definition:

- Numerator = Denominator – (Days of physician-driven interruptions + Total number of days of patient-driven skipped doses)
- Denominator = Last dose date – Randomization date + 1

Based on this definition of compliance, pill-count-based compliance percentages were calculated for the five regions per Table 102:

### Table 102.  ROCKET Percent Compliance By Region

|                | Rivaroxaban | Warfarin |
|----------------|-------------|----------|
| North America  | 94.9        | 94.7     |
| Asia-Pacific   | 95.7        | 95.8     |
| Eastern Europe | 96.9        | 96.6     |
| Latin American | 95.4        | 95.4     |
| Western Europe | 95.8        | 95.6     |

Thus, the possibility that higher compliance in North America drove higher exposures which in turn drove higher major bleeding rates was not borne out by the compliance data.  However, it is noted that North America, while having the very lowest compliance (per Table 102), also had the very highest regional TTR (per Figure 51).  Likewise, Eastern Europe, with the highest regional contribution to trial enrollment by a substantial margin (Table 98), demonstrated the very highest regional compliance (Table 102), but the very lowest regional TTR (per Figure 51).  *This result is counterintuitive to the expected compliance/TTR relationship.  Indeed, the sponsor states that, "Time in Therapeutic Range (TTR; i.e., 2.0 to 3.0) can be used as a surrogate for or indirect measure of treatment compliance." (ROCKET FSR PAGE 122).*

When major bleeding was in fact assessed based on TTR, the United States data demonstrates the expected reduction in major bleeding in subjects on warfarin as warfarin management improves, per Table 103:

Reference ID: 2998874

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

___

**Table 103.  ROCKET US Major Bleeds By Site TTR Quartile (LD+2, Safety Pop)**

| TTR Quartile | **20 mg Rivaroxaban** | | | **Warfarin** | | | **20 mg Rivaroxaban vs. warfarin** | |
|---|---|---|---|---|---|---|---|---|
| | Patients (n) | Events | Rate per 100 person-years | Patients (n) | Events | Rate per 100 person-years | HR | (95% CI) |
| **Major Bleeding** | | | | | | | | |
| 0.00 - 57.21 | 227 | 26 | 7.6 | 239 | 25 | 7.200 | 1.07 | (0.62 - 1.85) |
| 57.21 - 64.75 | 241 | 29 | 7.58 | 228 | 25 | 6.430 | 1.19 | (0.70 - 2.03) |
| 64.75 - 70.39 | 220 | 34 | 9.02 | 247 | 21 | 4.700 | 1.93 | (1.12 - 3.33) |
| 70.39 - 100 | 219 | 28 | 7.99 | 250 | 16 | 3.610 | 2.35 | (1.19 - 4.07) |
| Overall | 962 | 123 | 8.06 | 964 | 87 | 5.350 | 1.50 | (1.14 - 1.98) |

Of note, in all quartiles, overall major bleeding rates are higher with rivaroxaban.  In contrast, per  Table 104, the global major bleeding analysis by warfarin TTR demonstrated:

- No change in major bleeding rates for warfarin-treated patients based on TTR
- Increased major bleeding in rivaroxaban-treated patients as a function of warfarin TTR, and
- An overall HR of 1.04 for major bleeding (rivaroxaban vs. warfarin).

**Table 104.  ROCKET Global Major Bleeds By Site TTR Quartile (LL+2, Safety Pop)**

| TTR Quartile | **20 mg Rivaroxaban** | | | **Warfarin** | | | **20 mg Rivaroxaban vs. warfarin** | |
|---|---|---|---|---|---|---|---|---|
| | Patients (n) | Events | Rate per 100 person-years | Patients (n) | Events | Rate per 100 person-years | HR | (95% CI) |
| **Major Bleeding** | | | | | | | | |
| 0.00 - 46.8 | 1765 | 64 | 2.47 | 1725 | 80 | 3.25 | 0.76 | (0.55 - 1.06) |
| 46.8 - 55.9 | 1724 | 88 | 3.39 | 1764 | 96 | 3.54 | 0.95 | (0.71 - 1.27) |
| 55.9 - 63.9 | 1709 | 90 | 3.25 | 1787 | 99 | 3.43 | 0.95 | (0.72 - 1.27) |
| 63.9 - 100 | 1690 | 142 | 5.15 | 1803 | 108 | 3.50 | 1.47 | (1.14 - 1.89) |
| Overall | 7111 | 395 | 3.6 | 7125 | 386 | 3.45 | 1.04 | (0.90 - 1.20) |

Note the consistency that the lower 95% CI for major bleeding exceeds 1.00 in the 3rd quartile of the US data, and it does so in the 4th quartile of the global data, which is the US 3rd quartile TTR range equivalent.

Thus, the increased major bleeding rate noted in the US rivaroxaban arm relative to US warfarin-treated patients occurs by a different mechanism (decreased bleeding on

232

Clinical Review: Nhi Beasley, Preston Dunnmon and Martin Rose
Application type: Standard, NDA 22-439
Xarelto (rivaroxaban)

warfarin with improved warfarin TTR) than does the increased risk of bleeding on rivaroxaban in the global rivaroxaban-treated patient group in the 4th quartile of TTR (an increase in rivaroxaban-associated bleeding with improving warfarin management). This suggests the possibility that the US major bleeding rate difference as compared to the global trial may have been a chance finding in a relatively small subset analysis.

TTR analyses for the US and global data to LD+30 days produced similar results.

As was consistently the case over other bleeding analyses, it was notable that in the US, critical organ bleeding and hemorrhagic death were both decreased, and that hemoglobin drops and transfusions drove the overall increase in major bleeding.  Also of note, a sub-analysis of US bleeding by dose group (20 mg/day vs.15 mg day) was performed to examine the effect that moderate renal insufficiency might exert on bleeding proclivity, in spite of an approximately equivalent systemic drug exposure.  In contrast to the overall ROCKET result, the US data suggest that the relative excess risk of the principal safety endpoint as well as major bleeding were amplified in patients with moderate renal insufficiency, though warfarin therapy still carried an excessive risk of critical organ bleeding and fatal bleeding in this population, as can be seen in the following tables (sources Table 61 & 62, ROCKET FSR; Table 61 & 62, Geographically-Based Analyses, FDA IR):

**Table 61:** Incidence and Event Rate for Time to the First Occurrence of Bleeding Events (Adjudicated by CEC) While on Treatment (up to Last Dose Plus 2 Days) for Subjects Receiving 20mg and 15mg Rivaroxaban Based on the First Assigned Dose and for Subjects Receiving Warfarin With Baseline Creatinine Clearance of <50 and ≥ 50 ml/min (Study 39039039AFL3001:  Safety Analysis Set)

| Parameter | ------ Riva 20 mg ------ N= 5637 n (%) | Evt Rate (100 Pt-yr) | ------ Riva 15 mg ------ N= 1474 n (%) | Evt Rate (100 Pt-yr) | --- Warf (<50 mL/min) --- N= 1476 n (%) | Evt Rate (100 Pt-yr) | --- Warf ( ≥ 50 mL/min) -- N= 5640 n (%) | Evt Rate (100 Pt-yr) |
|---|---|---|---|---|---|---|---|---|
| Principal safety endpoint(a) | 1145 (20.31) | 14.24 | 330 (22.39) | 17.82 | 342 (23.17) | 18.28 | 1107 (19.63) | 13.67 |
| Major | 302 ( 5.36) | 3.39 | 93 ( 6.31) | 4.49 | 100 ( 6.78) | 4.70 | 286 ( 5.07) | 3.17 |
| Hemoglobin hematocrit drop | 227 ( 4.03) | 2.54 | 78 ( 5.29) | 3.76 | 70 ( 4.74) | 3.28 | 184 ( 3.26) | 2.03 |
| Transfusion | 134 ( 2.38) | 1.49 | 49 ( 3.32) | 2.34 | 43 ( 2.91) | 2.00 | 106 ( 1.88) | 1.16 |
| Critical organ bleeding(b) | 75 ( 1.33) | 0.83 | 16 ( 1.09) | 0.76 | 30 ( 2.03) | 1.39 | 103 ( 1.83) | 1.13 |
| Death | 21 ( 0.37) | 0.23 | 6 ( 0.41) | 0.28 | 16 ( 1.08) | 0.74 | 39 ( 0.69) | 0.43 |
| Non-major clinically relevant | 926 (16.43) | 11.35 | 259 (17.57) | 13.77 | 260 (17.62) | 13.63 | 891 (15.80) | 10.86 |
| Minimal | 200 ( 3.55) | 2.25 | 58 ( 3.93) | 2.80 | 44 ( 2.98) | 2.07 | 182 ( 3.23) | 2.02 |

233