XARELTO® (rivaroxaban)
**Coagulation Monitoring**

The following information is provided because of your specific unsolicited request and is not intended as an endorsement of any usage not contained in the Prescribing Information. For complete information, please refer to the enclosed full Prescribing Information, including the following sections: **BOXED WARNING(S), INDICATIONS AND USAGE, DOSAGE AND ADMINISTRATION, CONTRAINDICATIONS, WARNINGS AND PRECAUTIONS, and ADVERSE REACTIONS**.

## SUMMARY

- Routine monitoring of coagulation parameters is not required due to the predictable pharmacokinetics and pharmacodynamics of XARELTO®.[1]
- Without the need for routine coagulation monitoring, the safety and efficacy of XARELTO® was established by clinical studies involving more then 60,000 people.[2-10]
- Rivaroxaban has a rapid onset of action. Dose-dependent inhibition of factor Xa activity was observed in humans. The Neoplastin® prothrombin time (PT), activated partial thromboplastin time (aPTT), and HepTest® are prolonged dose-dependently. Anti-factor Xa activity is also influenced by rivaroxaban.[11]
- The international normalized ratio (INR) should not be used to monitor rivaroxaban; INR is only calibrated and validated for vitamin K antagonists (VKAs).[1]
- If assessment of rivaroxaban plasma concentrations is necessary, the PT was reported to be an appropriate coagulation test.[1,12] The relationship between PT and rivaroxaban plasma concentration when Neoplastin® Plus[13-15], STA Neoplastine®[1,16], or Innovin®[16] is used as the reagent is linear and closely correlated. The pharmacodynamic effects of rivaroxaban as measured by the PT are strongly affected by the type of PT reagent that is used.[1,17]
- PT and aPTT are significantly prolonged 2 hours after administration of rivaroxaban at steady state. At 12 hours after administration, PT and aPTT return to levels prior to dosing.[18]
- Preliminary findings support the use of anti-factor Xa assays for coagulation monitoring of direct factor Xa inhibitors.[19,20]

## Table of Contents

MONITORING PARAMETERS ........................................................................... 2
   International Normalized Ratio (INR) ........................................................... 2
   Prothrombin Time (PT) .................................................................................. 2
   Dilute Prothrombin Time (dPT) ..................................................................... 3
   Activated Partial Thromboplastin Time (aPTT) ............................................. 4
   Anti-factor Xa ................................................................................................. 4
   Clotting Time .................................................................................................. 5

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_24478012
Case ID: 150102349
Control No.: 17091055

## Table of Contents (contd.)

Rivaroxaban Levels .................................................................................................. 6
Overview of Monitoring Assays and Rivaroxaban Effect .................................. 6
LITERATURE SEARCH ............................................................................................ 10

## MONITORING PARAMETERS

### International Normalized Ratio (INR)

The INR test is only calibrated and validated for VKAs (ie, warfarin), and therefore should not be used to monitor rivaroxaban.[1,21]

In contrast to warfarin, the clinical significance of coagulation assay results that fall outside the expected range with rivaroxaban is unknown.[22]
- Rivaroxaban treated patients will have an anticoagulant effect that will vary over time based on its direct anticoagulant activity and rapid onset/offset coupled with its short half-life.
- In warfarin treated patients, the INR can be interpreted irrespective of when it is drawn.
  - Warfarin has a long pharmacodynamic half-life by causing the synthesis of dysfunctional clotting factors which circulate for days.
  - The anticoagulant effect of warfarin will not vary from one hour to the next.

An *in vitro* study[23] assessed the feasibility of using the INR calibrated for rivaroxaban ($INR_{rivaroxaban}$) to normalize PT results for rivaroxaban-treated patients. Results of this *in vitro* feasibility study support the potential for use of INR calibration for rivaroxaban; however, further in vivo testing would need to be performed.

**Two case reports**[24] described innaccurately high point-of-care international normalized ratios (POC-INRs) compared to laboratory INR assays. The POC-INRs were calculated using a Hemochron Jr. Signature Elite® device.

### Prothrombin Time (PT)

PT is a widely used clotting test that measures extrinsic and final common pathways of coagulation cascade.[23,25-27]
- There is a concentration-dependent relationship between rivaroxaban and prolongation of PT[12,28]; however, there was considerable variability of PT measurements depending on the specific reagent used.
- This variability could not be corrected through conversion to INRs and was best addressed through expression of the results of PT measurements as plasma concentrations of rivaroxaban (in mcg/mL) rather than as a percentage of normal (ie, PT seconds or ratios).[12]
- In a human plasma study, STA Neoplastin Plus® was found to be the most precise method for determination of rivaroxaban.[27]

Published Date: May 11, 2016 3:51:10 PM Page 2 of 15

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_24478013
Case ID: 150102349
Control No.: 17091055

- The higher cut-offs of rivaroxaban plasma concentrations correspond to values associated with a significant risk of bleeding.[29]

**Figure 1. Prothrombin Time Versus Rivaroxaban Plasma Concentration**[15]



- When Neoplastin® was used for the assay, the PT was found to be influenced by rivaroxaban in a dose dependent way with a close correlation to plasma concentrations.[1,13-16]
- At 2-4 hours after tablet intake, the PT range is 13-26 seconds. In patients undergoing major orthopedic surgery, PT was significantly prolonged 2 hours after rivaroxaban administration and was not significantly prolonged after 12 hours.[18]
- PT assay is not specific for factor Xa inhibitors and is not correlated to bleeding or other clinical outcomes.[21]

**A multicentered PT field trial**[26] was conducted, involving 21 laboratories, to assess the intra- and interlaboratory precision of the measurements of rivaroxaban plasma concentrations when the PT assay was used with rivaroxaban calibrators and controls. The intralaboratory variability in PT measurements was mainly dependent on the local PT reagent used.

## Dilute Prothrombin Time (dPT)

Traditionally used for lupus anticoagulant screening, the dPT assay is similar to PT; however, dPT uses a diluted thromboplastin reagent.[30]
- There is a concentration-dependent relationship between rivaroxaban and prolongation of dPT; however, there was considerable variability of dPT measurements depending on the specific reagent used.[12,31]

Published Date: May 11, 2016 3:51:10 PM Page 3 of 15

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_24478014
Case ID: 150102349
Control No.: 17091055

- Although the use of dPT to monitor rivaroxaban may show potential, further testing may be required to validate these results which have not been correlated to bleeding or other clinical outcomes.[30]

### Activated Partial Thromboplastin Time (aPTT)

Most commonly used to monitor heparin therapy, the aPTT assay reflects the activity of factors II, V, and VII-XII.[12,30,32]

- An *in vitro* study utilizing 5 different reagents showed minimal variability among the reagents used; however, a linear dose-response was not demonstrated.[33]
- In another study of patients undergoing major orthopedic surgery, aPTT was significantly prolonged 2 hours after rivaroxaban administration, with no significant difference after 12 hours.[18]

### Activated Clotting Time (ACT)

Like the aPTT, the ACT is sensitive to changes in the intrinsic cascade of coagulation and can be used to monitor high concentrations of heparin. The ACT can be performed at the patient's bedside, yielding results within a few minutes.[34]

- A study was able to determine a specific heparin concentration-derived therapeutic range of ACT, but also revealed that clinical decisions involving heparin therapy based on ACT levels differed in more than one-third of patients compared to those monitored with aPTT.[35]
- Therapeutic levels of rivaroxaban were shown to have no effect on ACT; only supratherapeutic concentrations demonstrated prolongation of the ACT. Furthermore, ACT levels within normal range do not necessarily indicate the absence of rivaroxaban.[36]

### Anti-factor Xa

Currently used to monitor unfractionated heparin and low-molecular weight heparins, anti-factor Xa assays may help measure the direct effects of novel oral anticoagulants. Each of the standard assays are calibrated for a specific unfractionated heparin or low-molecular weight heparin and therefore cannot be used to monitor the anticoagulation effect of other agents that it has not been calibrated for. For instance, the effect of rivaroxaban cannot be correctly measured if the assay is standardized for unfractioned heparin.[30] Unlike PT and aPTT, which vary depending on the thromboplastin reagent used, the results of the chromogenic assay were reproducible in a study across 9 laboratories.[37]

- Dynamic ranges and sensitivities differed between each anti-factor Xa activity assay, with Coatest® being the most sensitive, followed by Rotachrom® and Stachrom®.[19]
- The Technochrom® assay, which employs exogenous antithrombin in an attempt to avoid interpatient variability, produced falsely elevated rivaroxaban concentrations.[38]

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_24478015
Case ID: 150102349
Control No.: 17091055

- A highly sensitive and accurate rapid chromogenic assay, specific for direct factor Xa inhibitors that is flexible across concentration ranges from 0.02-0.5 mcg/mL, is being investigated. This assay yields a linear dose-response curve that does not interfere with plasma proteins or indirect factor Xa inhibitors. It could measure concentrations of rivaroxaban expected during clinical use, as well as at higher concentrations.[20]
- Anti-factor Xa assay quantification of rivaroxaban showed similar time courses after dosing when compared to high performance liquid chromatography-mass spectrometry/mass spectrometry (HPLC-MS/MS) measurements of patients' rivaroxaban levels.[37]
- The results of a human plasma study indicated that at high levels of rivaroxaban, such as those observed in an overdose, anti-factor Xa levels may not be measured accurately with the assays evaluated.[27]
- There is a dose-dependent relationship between concentration of rivaroxaban and activity of anti-factor Xa. Validation and standardization for anti-factor Xa assays of rivaroxaban are still needed.[19,21,37-40]
- The feasibility of rivaroxaban quantification with a commercial anti-factor X assay (Hyphen BioMed®) was evaluated. The mean accuracy and the mean coefficient of variation for precision of rivaroxaban quantification were 7.0% and 8.8%, respectively. In addition, the influence of rivaroxaban 10 mg on routine coagulation tests in the different laboratories was assessed. Two to three hours following the ingestion of 10 mg rivaroxaban in healthy volunteers, the mean rivaroxaban concentration was 114±43 µg/L.[37]
- Different anti-factor Xa chromogenic assays were evaluated for accurate determination of rivaroxaban plasma levels. For all assays, there was a linear relationship between rivaroxaban concentrations obtained from HPLC-MS/MS and optical density. Falsely high rivaroxaban concentrations (even in plasma samples from controls) were detected with the assay using exogenous antithrombin.[38]

### Thrombin

Thrombin Generation Tests (TGT) are used to measure each phase of thrombin generation.[40-42]

Calibrated Automated Thrombogram (CAT) is used to display the concentration of thrombin in clotting plasma, with or without platelets.[43-45]

Ecarin Clotting Time (ECT) measures thrombin generation both qualitatively and quantitatively.[46]

### Clotting Time

The HepTest is a relatively new assay and is not specific for factor Xa. Rivaroxaban has been shown to prolong the HepTest clotting time in a dose-dependent fashion;[12] however, a pharmacokinetic study of rivaroxaban in deep vein thrombosis patients observed a paradoxical shortened clotting time with lower rivaroxaban concentrations (ie, <0.2 mcg/mL). PT is preferred over heparin clotting time, as it is the most widely available commercial assay.[1,12]

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_24478016
Case ID: 150102349
Control No.: 17091055

Sensitivity of the HepTest varies according to:[12]
- Rivaroxaban concentrations
- Type of HepTest
- Incubation time used

<u>Prothrombinase-induced Clotting Time (PiCT)</u> has been studied in patients treated with rivaroxaban, although it is only approved for measuring the effects of unfractionated heparin and low-molecular weight heparins. Similar to the HepTest, lower concentrations of rivaroxaban have been found to paradoxically shorten clotting times.[12,21,27,42,47]
- PT is preferred over PiCT, as it is the most widely available commercial assay.[12]

<u>Thrombelastography</u> rapidly analyzes coagulation dynamics and provides quantitative measures of clot formation from the viscoelastic properties of whole blood.[36,45,48,49]

## Rivaroxaban Levels

**Harenberg et al (2013)**[50] described the development of a point of care (POC) urine test to detect the presence or absence of oral direct factor Xa inhibitors and direct thrombin inhibitors. The use of urine POC tests remains under investigation.

## Overview of Monitoring Assays and Rivaroxaban Effect

For an overview of monitoring assays and the effect of rivaroxaban on each monitoring assay, see *Table. Overview of Monitoring Assays and Rivaroxaban Effect*.

**Table 1. Overview of Monitoring Assays and Rivaroxaban Effect**

| Monitoring Assay | Assay Description | Test/Assay | Rivaroxaban Effect |
|---|---|---|---|
| INR | Standardization of PT with the ISI; ISI is supplied by the manufacturer of thromboplastin and is used to mathematically convert an individual's PT to INR.[51] | | Should not be used to measure rivaroxaban.[21,51] |

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_24478017
Case ID: 150102349
Control No.: 17091055

| | | | |
|---|---|---|---|
| PT | Widely used clotting test that measures extrinsic and final common pathways of coagulation cascade; represents time for plasma to clot after tissue factor and $Ca^{2+}$ (thromboplastin) are added.[25,39] | Innovin®, Nycotest PT®, Recombiplastin®, Simple Simon PT®, SPA+®, STA Neoplastine C1 Technoplasin HIS®, Thromborel S®, Triniclot PT Excel®, Triniclot PT Excel S®, Triniclot PT HFT® | PT lacks sensitivity with lower rivaroxaban plasma concentrations.[23,26,52]<br><br>Very high serum concentrations of rivaroxaban, such as those observed in an overdose, might not be measured accurately.[27]<br><br>Sensitive to rivaroxaban across 0-500 ng/mL$^{-1}$.[53] |
| | | HemosIL RecombiPlasTin2G® | Sensitive to rivaroxaban across 0-500 ng/mL$^{-1}$.[53]<br><br>PT values showed wide distribution at various times of the day which may be caused by individual response to and/or absorption of rivaroxaban.[54] |
| | | HemosIL HS Plus®, Triniclot PT Excel S® | Very sensitive to rivaroxaban across 0-62.5 ng/mL$^{-1}$.[53]<br><br>Can estimate drug levels at both high and low concentrations. |
| | | Neoplastin® | Found to be most sensitive to rivaroxaban.[45] |
| dPT | A PT test where the thromboplastin reagent is diluted to increase sensitivity and create more physiological conditions.[55] | Innovin®, Neoplastin®, Recombiplastin®, Thromborel S®, Triniclot®, Triniclot PT Excel S® | Rivaroxaban has been shown to prolong dPT.[42]<br><br>Results of rivaroxaban varied with dPT, as with the PT test, depending on the reagents used.[12] |
| aPTT | Measure of intrinsic and common pathways of coagulation cascade; considered to be partial since tissue factor is not included as in PT.[56] | Actin FS®, aPTT DG®, aPTT SP IL®, Cephascreen®, CKPrest®, Dade® Actin®, Dade® Actin® FSL, HemosIL APTT-SP®, Pathromtin®, PTT-A®, PTT-LA®, STA-CK PREST®, STA-PTT A 5®, SynthASil®, Triniclot aPTT®, TriniCLOT HS®, TriniCLOT S® | aPTT was prolonged in a concentration-dependent manner, however, the effect was weak and varied depending on the reagents used.[42]<br><br>Very sensitive to rivaroxaban at low concentrations.[53]<br><br>aPTT appears to be a less sensitive method for assessing the effect of rivaroxaban than PT.[12,32,45] |
| | | Actin FSL® | Very sensitive to rivaroxaban at both high and low concentrations.[53] |

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_24478018
Case ID: 150102349
Control No.: 17091055

| | | | |
|---|---|---|---|
| ACT | Measures changes in the intrinsic cascade of coagulation. ACT is performed on whole blood that is not anticoagulated, and is therefore subject to the same biologic variables as the aPTT.[34] | ACTALYKE® MiniII[36], Hemochron®[35] | Prolongation of ACT only at supratherapeutic rivaroxaban concentrations.[36] |
| Anti-factor Xa chromogenic assays | Chromogenic assays that shows a change in color density directly related to the amount of factor Xa that is present. May help measure the direct effect of novel oral anticoagulants.[19,39]<br><br>Modified specific factor Xa chromogenic assays are also being investigated, however, they are not yet commercially available in the United States.[12] | COAMATIC® Heparin, Coatest®, Berichrom®, Biophen Heparin 6®, Rotachrom®, Stachrom®, STA®-Liquid Anti-Xa Technochrom® | There is a dose-dependent relationship between concentration of rivaroxaban and activity of anti-factor Xa; validation and standardization for rivaroxaban are still needed.[19,37-40]<br><br>Preliminary findings from chromogenic anti-factor Xa assays support the use of anti-factor Xa assays for coagulation monitoring of direct factor Xa inhibitors.[37,38] |
| | | STA® Rotachrom® | A suitable method for the anti-factor Xa chromogenic assay measurement across a wide range of rivaroxaban plasma concentrations.[57] |
| Thrombin | Test that uses a generator of thrombin-like tissue factor or collagen to measure each phase of thrombin generation.[40,41] | TGT | Rivaroxaban affects all components of TGT. Complete inhibition of thrombin generation is achieved at high concentrations of rivaroxaban; however, TGT may not be suitable for lower concentrations of rivaroxaban.[40,42]<br><br>TGT is not a routine test because of the need for high technical standards and laboratory skills.[40,42]<br><br>Could be useful for detecting treatment with rivaroxaban.[48] |
| | A tool used to display the concentration of thrombin in clotting plasma with or without platelets. In platelet-poor plasma, CAT can show the effect of anticoagulants.[43] | CAT | Rivaroxaban treatment led to significant reduction in thrombin generation compared to normal controls.[44]<br><br>Provides no valuable assessment of the degree of anticoagulation with rivaroxaban.[45] |

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_24478019
Case ID: 150102349
Control No.: 17091055

| | | | |
|---|---|---|---|
| | Measures thrombin generation both qualitatively and quantitatively.[46] | ECT | ECT is insensitive to the effects of rivaroxaban.[46] |
| CT | Anti-factor Xa assay (not chromogenic) that indirectly measures the time it takes for a sample to clot according to the inhibition rate of exogenous factor Xa.[40,58] | HepTest® (heparin CT) | HepTest® is not specific to factor Xa.[42]<br><br>The sensitivity has varied with the rivaroxaban concentrations and type of HepTest® used.[12,42] Its use has been limited in clinical coagulation labs.[31,40]<br><br>Variable incubation times.[12]<br><br>Serial dilutions of rivaroxaban yielded significant r-values for correlations between the coagulation time and rivaroxaban concentration (0.993; $P<0.0001$).[59]<br><br>In a real-life study using plasma samples of 74 patients on rivaroxaban, Heptest-STAT® values were 10%-15% lower compared to chromogenic assays ($P<0.0001$) at mean peak concentrations (179 ng/mL).[59] |
| | Clotting assay that measures the activation of coagulation, which forms the prothrombinase complex that is dependent on factor Xa.[47] | PiCT | Effects have varied with rivaroxaban concentration and type of PiCT test.[42,47]<br><br>Commercially available PiCT assay may not provide sensitivity at lower rivaroxaban concentrations.[40]<br><br>Very high serum concentrations of rivaroxaban, such as those observed in an overdose, might not be measured accurately.[27] Variable incubation times. |
| | Measures CT, CFT, α-angle, and MCF.[48] | TEG<br>• ROTEM<br>• TEG Hemostasis System | ROTEM:[36,48,49,60]<br>• Initiates coagulation via intrinsic pathway (INTEM) or extrinsic pathway (EXTEM).<br>• At supratherapeutic concentrations of rivaroxaban, no clots were formed (on EXTEM or INTEM pathways).<br>• EXTEM CT was found to be highly sensitive to rivaroxaban, even at trough levels. |

Published Date: May 11, 2016 3:51:10 PM Page 9 of 15

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_24478020
Case ID: 150102349
Control No.: 17091055

| | | | |
|---|---|---|---|
|  | | | • Rivaroxaban significantly increased INTEM CT, EXTEM CT, FIBTEM CT, and APTEM CT.<br>• Rivaroxaban increased the time to clot formation while decreasing the strength of the clot in patients with a stroke. Results were consistent with pharmacokinetic properties of rivaroxaban.<br>**TEG Hemostasis System:**[45]<br>• Measures clot formation in parameters.<br>• Results with rivaroxaban on the time to formation of fibrin strand polymers and strength of clot were widely variable.<br>• Indicated minimal anticoagulant activity in most patients. |

Abbreviations: ACT, activated clotting time; aPTT, activated partial thromboplastin time; CAT, Calibrated Automation Thrombogram; CFT, clot formation time; CT, clotting time; dPT, dilute prothrombin time; ECT, Ecarin Clotting Time; INR, international normalized ratio; ISI, International Sensitivity Index; MCF, maximum clot firmness; PiCT, prothrombinase-induced clotting time; PT, prothrombin time; ROTEM, rotation thromboelastometry; TEG, thromboelastography; TGT, Thrombin Generation Test.

## OTHER RELEVANT LITERATURE

Additional citations identified during a literature search are included in the REFERENCES section for your review.[61-67]

## LITERATURE SEARCH

A literature search of MEDLINE® (and/or other resources, including internal/external databases) pertaining to rivaroxaban and coagulation monitoring was conducted through May 2, 2016.

## ENCLOSURES
• XARELTO® (rivaroxaban) Tablets Full Prescribing Information. Janssen Pharmaceuticals, Inc; Titusville, NJ.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_24478021
Case ID: 150102349
Control No.: 17091055

## REFERENCES

1. Mueck W, Eriksson BI, Bauer KA, et al. Population pharmacokinetics and pharmacodynamics of rivaroxaban – an oral, direct Factor Xa inhibitor – in patients undergoing major orthopaedic surgery. *Clin Pharmacokinet* 2008;47(3):203-216.
2. Eriksson BI, Borris LC, Friedman RJ et al. Rivaroxaban versus enoxaparin for thromboprophylaxis after hip arthroplasty. *N Engl J Med.* 2008;358(26):2765-2775.
3. Kakkar AK, Brenner B, Dahl OE, et al; for the RECORD2 Investigators. Extended duration rivaroxaban versus short-term enoxaparin for the prevention of venous thromboembolism after total hip arthroplasty: a double blind, randomized controlled trial. *Lancet* 2008;372:31-39.
4. Lassen MR, Ageno W, Borris LC, et al. Rivaroxaban versus enoxaparin for thromboprophylaxis after total knee arthroplasty. *N Engl J Med.* 2008;358(26):2776-2786.
5. Turpie AGG, Lassen MR, Davidson BL, et al. Rivaroxaban versus enoxaparin for thromboprophylaxis after total knee arthroplasty (RECORD4): a randomised trial. *Lancet.* 2009;373:1673-1680.
6. Patel MR, Mahaffey KW, Garg J, et al; for the ROCKET AF Investigators. Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. *N Engl J Med* 2011;365:883-891.
7. The EINSTEIN Investigators: Bauersachs R, Berkowitz SD, Brenner B, et al. Oral Rivaroxaban for Symptomatic Venous Thromboembolism. *N Engl J Med.* 2010;363(26):2499-2510.
8. The EINSTEIN Investigators: Buller HR, Prins MH, Lensing AWA, et al. Oral Rivaroxaban for the Treatment of Symptomatic Pulmonary Embolism. *N Engl J Med.* 2012;366:1287-1297.
9. Mega JL, Braunwald E, Wiviott SD, et al. Rivaroxaban in patients with a recent acute coronary syndrome. *N Engl J Med* 2012;366(1):9-19
10. Cohen AT, Spiro TE, Büller HR, et al. Rivaroxaban for thromboprophylaxis in acutely ill medical patients. *N Engl J Med.* 2013;368(6):513-523.
11. XARELTO® (rivaroxaban) Tablets Full Prescribing Information. Janssen Pharmaceuticals, Inc; Titusville, NJ.
12. Samama MM, Martinoli J, LeFlem L, et al. Assessment of laboratory assays to measure rivaroxaban – an oral, direct factor Xa inhibitor. *Thromb Haemost* 2010;103(4):815-25.
13. Kubitza D, Becka M, Voith B, et al. Safety, pharmacodynamics, and pharmacokinetics of single dose of BAY 59-7939, an oral, direct factor Xa inhibitor. *Clin Pharmcol Ther* 2005;78:412-21.
14. Kubitza D, Becka M, Wensing G, et al. Safety, pharmacodynamics, and pharmacokinetics of rivaroxaban – an oral, direct factor Xa inhibitor after multiple dosing in healthy male subjects. *Eur J Clin Pharmacol* 2005;61:873-80.
15. Mueck W, Becka M, Kubitza D, et al. Population model of the pharmacokinetics and pharmacodynamics of rivaroxaban – an oral, direct Factor Xa inhibitor- in healthy subjects. *Int J Clin Pharmacol Ther* 2007;45(6):335-44.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_24478022
Case ID: 150102349
Control No.: 17091055

16. Mueck W, Borris LC, Dahl OE, et al. Population pharmacokinetics and pharmacodynamics of once- and twice-daily rivaroxaban for the prevention of venous thromboembolism in patients undergoing total hip replacement. *Thromb Haemost* 2008;100:453-461.
17. Samama MM, Guinet C. Laboratory assessment of new anticoagulants. *Clin Chem Lab Med.* 2011;49(5):761-772.
18. Mani H, Hesse C, Stratmann G, et al. Rivaroxaban differentially influences ex vivo global coagulation assays based on the administration time. *Thromb Haemost.* 2011;106(1):156-164.
19. Barret YC, Wang Z, Frost C, Shenker A. Clinical laboratory measurement of direct factor Xa inhibitors: anti-Xa assay is preferable to prothrombin time assay. *Thromb Haemost* 2010;104(6):1263-1271.
20. Samama MM, Amiral J, Guinet C, Perzborn E, Depasse F. An optimised, rapid chromogenic assay, specific to measuring direct factor Xa inhibitors (rivaroxaban) in plasma. *Thromb Haemost* 2010;104(5):1078-1079.
21. Lindhoff-Last E, Samama MM, Ortel TL, Weitz JI, Spiro TE. Assays for measuring rivaroxaban: their suitability and limitations. *Ther Drug Monit.* 2010;32:673–679.
22. Garcia D, Barrett YC, Ramacciotti E, et al. Laboratory assessment of the anticoagulant effects of the next generation of oral anticoagulants. *J Thromb Haemost.* 2013; 11: 245-252.
23. Tripodi A, Chantarangkul V, Guinet C, Samama MM. The international normalized ratio calibrated for rivaroxaban has the potential to normalize prothrombin time results for rivaroxaban-treated patients: results of an in-vitro study. *Thromb Haemost* 2011;9(1):226-228.
24. Baruch L, Sherman O. Inaccuracy of point-of-care international normalized ratio in rivaroxaban-treated patients. *Ann Pharmacother* 2013; 47(9):1210-1212.
25. Kamal AH, Tefferi A, Pruthi RK. How to interpret and pursue an abnormal prothrombin time, activated partial thromboplastin time, and bleeding time in adults. *Mayo Clin Proc.* 2007;82:864–873.
26. Samama MM, Contant G, Spiro TE, et al. Evaluation of the prothrombin time for measuring rivaroxaban plasma concentrations using calibrators and controls: results of a multicenter field trial. *Clin Appl Thromb Hemost.* 2012;18(2):150-158.
27. Harenberg J, Marx S, Weiss C, et al. Report of the Subcommittee of Control of Anticoagulation on the determination of the anticoagulant effects of rivaroxaban. *J Thromb Haemost.* 2012;10:1433-1436.
28. Tichelaar V, de Jong H, Nijland H, et al. Interference of rivaroxaban in one-stage and chromogenic factor VIII:C assays. *Thromb Haemost* 2011; 106:1-3.
29. Lippi G, Ardissino D, Quintavall R, et al. Urgent monitoring of direct oral anticoagulants in patients with atrial fibrillation: a tentative approach based on routine laboratory tests. *J Thromb Thrombolysis* 2014 Aug;38(2):269-74.
30. Miyares MA and Davis K. Newer oral anticoagulants: a review of laboratory monitoring options and reversal agents in the hemorrhagic patient. *Am J Health Syst. Pharm* 2012;69(17):1473-1484.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_24478023
Case ID: 150102349
Control No.: 17091055

31. Samama MM, Le Flem L, Guinet C, et al. Effect of the novel, oral, direct factor Xa inhibitor rivaroxaban on coagulation assays [abstract 0439]. *Haematologica*. 2009;94 (suppl 2):178.
32. Perzborn E, Straub A, et al. *In vitro* and *in vivo* studies of the novel antithrombotic agent BAY 59-7939 – an oral, direct factor Xa inhibitor. *J Thromb Haemost* 2005;3:514-521.
33. Hillarp A, Baghaei F, Fagerberg Blixter I, et al. Effects of the oral, direct factor Xa inhibitor rivaroxaban on commonly used coagulation assays. *J Thromb Haemost* 2011;9(1):133-139.
34. Olson JD, Arkin CF, Brandt JT, et al. College of American Pathologists Conference XXXI Laboratory Monitoring of Anticoagulant Therapy: Laboratory Monitoring of Unfractionated Heparin Therapy. *Arch Pathol Lab Med* 1998:122:782-798.
35. Smythe MA, Koerber JM, Nowak SN, et al. Correlation Between Activated Clotting Time and Activated Partial Thromboplastin Times. *Ann Pharmacother* 2002:36:7-11.
36. Eller T, Busse J, Dittrich M, et al. Dabigatran, rivaroxaban, apixaban, argatroban and fondaparinux and their effect on coagulation POC and platelet function tests. *Clin Chem Lab Med* 2014;52(6):835-844.
37. Asmis LM, Alberio L, Angelillo-Scherrer A, et al. Rivaroxaban: quantification by anti-Fxa assay and influence on coagulation tests. A study in 9 Swiss laboratories. *Thrombosis Research.* 2012;129:492-498.
38. Mani H, Rohde G, Stratmann G, et al. Accurate determination of rivaroxaban levels requires different calibrator sets but not addition of antithrombin. *Thromb Haemost.* 2012;108:191-198.
39. Perzborn E, Harwardt M, Samama M. Assessment of factor Xa chromogenic assays for measuring the pharmacodynamics of rivaroxaban—an oral, direct factor Xa inhibitor [abstract PP-MO-185]. *J Thromb Haemost.* 2009;7(suppl 2):379.
40. Berntorp E, Salvagno GL. Standardization and clinical utility of thrombin-generation assays. *Semin Thromb Hemost* 2008;34(7):670–682.
41. van Veen JJ, Gatt A, Makris M. Thrombin generation testing in routine clinical practice: are we there yet? *Br J Haematol* 2008;142(6):889–903.
42. Graff J, von Hentig N, Misselwitz F, et al. Effects of the oral, direct factor Xa inhibitor rivaroxaban on platelet-induced thrombin generation and prothrombinase activity. *J Clin Pharmacol* 2007;47:1398-1407.
43. Hemker HC, Giesen P, Al DR, Regnault V, de SE, Wagenvoord R, Lecompte T, Beguin S. Calibrated automated thrombin generation measurement in clotting plasma. *Pathophysiol Haemost Thromb* 2003; 33: 4-15.
44. Arachchillage DRJ, Efthymiou M, Mackie IJ, et al. Rivaroxaban and warfarin achieve effective anticoagulation, as assessed by inhibition of TG and in-vivo markers of coagulation activation, in patients with venous thromboembolism. *Thrombosis Research* 2014. doi: 10.1016/j.thromres.2014.11.037
45. Rathbun S, Tafur A, Grant R, et al. Comparison of Methods to Determine Rivaroxaban anti-factor Xa activity. *Thromb Res* 2015;135:394–397.
46. Larry R, Jackson II, Richard B. Novel oral anticoagulants: pharmacology, coagulation measures, and considerations for reversal. *J Thromb Thrombolysis* 2014 April;37(3):380-91.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_24478024
Case ID: 150102349
Control No.: 17091055

47. Harder S, Parisius J, Picard-Willems B. Monitoring direct FXa-inhibitors and fondaparinux by prothrombinase-induced clotting time (PiCT): relation to FXa-activity and influence of assay modifications. *Thromb Res.* 2008;123(2):396-403.
48. Oswald E, Velik-Salchner C, Innerhofer P, et al. Results of rotational thromboelastometry, coagulation activation markers and thrombin generation assays in orthopedic patients during thromboprophylaxis with rivaroxaban and enoxaparin: a prospective cohort study. *Blood Coagulation and Fibrinolysis* 2014;25:00-00.
49. Bowry R, Fraser S, Acheval-Lao JM, et al. Thrombelastography Detects the Anticoagulant Effect of Rivaroxaban in Patients With Stroke. *Stroke* 2014;45:880-833.
50. Harenberg J, Kramer S, Du S, Weiss C, et al. Concept of a point of care test to detect new oral anticoagulants in urine samples. *Thromb J* 2013; 11:15.
51. Poller L. International normalized ratios (INR): the first 20 years. *J Thromb Haemost.* 2004;2(6):849-860.
52. Samama M, Martinoli JL, Perzborn E, et al. Evaluation of rivaroxaban calibrators and controls and the prothrombin time for measuring rivaroxaban plasma concentrations [abstract P17-21]. *Hamostaseologie.* 2010;30:A114.
53. Dale BJ, Ginsberg JS, Johnston M, et al. Comparison of the effects of apixaban and rivaroxaban on prothrombin and activated partial thromboplastin times using various reagents. *J Thromb Haemost* 2014;12:1810-1815.
54. Suzuki S, Otsuka T, Sagara K, et al. Rivaroxaban in Clinical Practice for Atrial Fibrillation With Special Reference to Prothrombin Time. *Circ J* 2014;78:763-766.
55. Marlar RA, Kleiss AJ, Griffin JH. An alternative extrinsic pathway of human blood coagulation. *Blood.* 1982;60(6):1353–1358.
56. Bates SM, Weitz JI. Coagulation assays. *Circulation.* 2005;112(4):e53-e60.
57. Samama MM, Contant G, Spiro TE, et al. Evaluation of the anti-factor Xa chromogenic assay for the measurement of rivaroxaban plasma concentrations using calibrators and controls. *Thromb Haemost* 2012;107:379–387.
58. Walenga JM, Hoppensteadt DA. Monitoring the new antithrombotic drugs. *Semin Thromb Hemost.* 2004;30(6):683–695.
59. Harenberg J, Du S, Kramer S, et al. Measurement of non-Vitamin K antagonist oral anticoagulants in patient plasma using Heptest-STAT coagulation method. *Therapeutic Drug Monitoring* 2014. doi: 10.1097/FTD.0000000000000157
60. Chojnowski K, Gorski T, Robak M, et al. Effects of rivaroxaban therapy on ROTEM coagulation parameters in patients with venous thromboembolism. *Adv Clin Exp Med.* 2015;24(6):995-1000.
61. Douxfils J, Mullier F, Loosen C, et al. Assessment of the impact of rivaroxaban on coagulation assays: laboratory recommendations for the monitoring of rivaroxaban and review of the literature. *Thromb Res.* 2012;130(6):956-966.
62. Altman R and Gonzalez CD. Simple and rapid assay for effect of the new oral anticoagulant (NOAC) rivaroxaban: preliminary results support further tests with all NOACs. *Thrombosis Journal* 2014;12:7.
63. Francart SJ, Hawes EM, Deal AM, et al. Performance of coagulation tests in patients on therapeutic doses of rivaroxaban. *Thromb Haemost* 2014;111:1133-1140.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_24478025
Case ID: 150102349
Control No.: 17091055

64. Gosselin RC, Funk DM, Taylor JM, et al. Comparison of Anti-Xa and Dilute Russell Viper Venom Time Assays in Quantifying Drug Levels in Patients on Therapeutic Doses of Rivaroxaban. *Arch Pathol Lab Med* 2014;138:1680-1684.
65. Mani H, Herth N, Kasper A, et al. Point-of-Care Coagulation Testing for Assessment of the Pharmacodynamic Anticoagulant Effect of Direct Oral Anticoagulant. *Ther Drug Monit* 2014;36:624-631.
66. Douxfils J, Chatelian B, Hjemdahl P, et al. Does the Russell Vipor Venom time test provide a rapid estimation of the intensity of oral anticoagulation? A cohort study. *Thromb Res*. 2015;135(5):852-860.
67. Iqbal M, Khalil NY, Imam F, et al. A validated high-throughput UHPLC-MS/MS assay for accurate determination of rivaroxaban in plasma sample. *J Thromb Thrombolysis*. 2015;39(1):79-88.

PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_24478026
Case ID: 150102349
Control No.: 17091055