

**British Journal of Biomedical Science**

ISSN: 0967-4845 (Print) (Online) Journal homepage: http://www.tandfonline.com/loi/tbbs20

# Laboratory monitoring of rivaroxaban and assessment of its bleeding risk

Yuanyuan Zhang, Qingqing Qian, Guang Qian & Guangchun Sun

**To cite this article:** Yuanyuan Zhang, Qingqing Qian, Guang Qian & Guangchun Sun (2016): Laboratory monitoring of rivaroxaban and assessment of its bleeding risk, British Journal of Biomedical Science

**To link to this article:** http://dx.doi.org/10.1080/09674845.2016.1195151

Accepted author version posted online: 27 May 2016.
Published online: 27 May 2016.

Submit your article to this journal ✐

Article views: 5

View related articles ✐

View Crossmark data ✐

Full Terms & Conditions of access and use can be found at
http://www.tandfonline.com/action/journalInformation?journalCode=tbbs20

Download by: [University of Nebraska, Lincoln]       Date: 03 June 2016, At: 11:38

Case ID: 150102349
Control No : 17091055

**Publisher:** Taylor & Francis

**Journal:** *British Journal of Biomedical Science*

**DOI:** http://dx.doi.org/10.1080/09674845.2016.1195151

Downloaded by [University of Nebraska, Lincoln] at 11:38 03 June 2016

**Laboratory monitoring of rivaroxaban and assessment of its bleeding risk**

Yuanyuan Zhang, Qingqing Qian, Guang Qian, Guangchun Sun

Correspondence to Guangchun Sun, PhD, Department of Pharmacy, The Fifth People's

Hospital of Shanghai, Fudan University, 801, He-Qing Road, Shanghai,200240, China.

Tel: + 86 021 2428 9463; Fax: +86 021 2428 9472;

E-mail: sunguangchun@5thhospital.com

Yuanyuan Zhang, The Fifth People's Hospital of Shanghai, Fudan

University,13211290006@fudan.edu.cn.

Qingqing Qian, The Fifth People's Hospital of Shanghai, Fudan University,

qianqingqing@5thhospital.com.

Guang Qian, The Fifth People's Hospital of Shanghai, Fudan University;

qianguang1979@163.com .

Keywords: rivaroxaban, monitoring, prothrombin time, inhibition of factor Xa activity,

anti-factor Xa chromogenic assay, bleeding risk

Case ID: 150102349

Control No.: 17091055

Downloaded by [University of Nebraska, Lincoln] at 11:38 03 June 2016

**Abstract**

Background: The aims of this study were to investigate the effects of rivaroxaban on routine coagulation assays using our local widely available reagents and to study the relationship between sensitive coagulation assays and bleeding risk caused by rivaroxaban.

Methods: Prothrombin time (PT), activated partial thromboplastin time (APTT) and anti- factor Xa(FXa) chromogenic assays (Biophen DiXaI) and inhibition of FXa activity were performed in normal pooled plasma (NPP) spiked with rivaroxaban and plasma samples from patients treated with rivaroxaban.

Results:  *In vitro*, the linear correlation coefficient of measured concentrations of rivaroxaban, by Biophen DiXaI, and spiked concentrations of rivaroxaban was 0.99. PT and APTT showed good linear correlation with rivaroxaban concentrations, while other assays showed poor correlation. *In vivo*, PT showed a moderate linear correlation with rivaroxaban concentrations while APTT had a weak correlation with rivaroxaban concentrations. In vitro and in vivo, the rivaroxaban concentrations, measured by Biophen DiXaI, always showed good correlation with the inhibition of FXa activity, and PT values showed moderate correlation with the inhibition of FXa activity.

Conclusions: Biophen DiXaI can be considered as a quantitative method to monitor the anticoagulation activity of rivaroxaban, and could be used to evaluate bleeding risk caused by rivaroxaban. The PT reagent (Thrombosis S) could be considered as a rough method to monitor the anticoagulation activity of rivaroxaban and evaluate bleeding risk caused by rivaroxaban.

3

Downloaded by [University of Nebraska, Lincoln] at 11:38 03 June 2016

## Introduction

Rivaroxaban is an oral, direct factor Xa (FXa) inhibitor that has been approved in more than 100 countries worldwide, for the prevention of venous thromboembolism (VTE) in adult patients after elective hip or knee replacement surgery. The absorption of rivaroxaban after oral intake is near 80%; $C_{max}$ is reached within 2-4 hours (h), and the half-life is between 7-11 h in patients with normal renal and hepatic functions; After administration of 10 mg rivaroxaban, the peak plasma concentrations are in the range of 91to195 ng/ml (mean: 125 ng/ml) [1-4]. Due to predictable pharmacokinetics and pharmacodynamics, it is postulated that rivaroxaban can be administered at a fixed dose without routine coagulation monitoring. However, clinical surveillance is recommended in several clinical situations such as in patients with bleeding, deteriorating renal or hepatic functions, before urgent surgery or invasive procedure, and overdose [5]. Currently, there is no specific antidote is available for rivaroxaban in the clinical setting. So it is important that clinical laboratories rapidly measure the degree of anticoagulation and assess the risk of bleeding due to rivaroxaban.

To date, most studies and guidelines have recommended that the anti- FXa chromogenic assays could be used as a quantitative method and prothrombin time (PT) could be used as a qualitative method to assess the anticoagulation activity of rivaroxaban [5-11]. However, the sensitivity of PT varies with different thromboplastin reagents and instruments used for assessment [12- 14]. Consequently, it is suggested that laboratories should be aware of the sensitivity of their own reagents in regards to rivaroxaban. In addition, the relationship between both assays and bleeding risk due to rivaroxaban has not been known well. As rivaroxaban is a direct FXa inhibitor, the measured inhibition of FXa activity may have a direct correlation with risk of bleeding, although the strength of this correlation is currently unknown [1,  2,  15].

Case ID: 150102349
Control No.: 17091055

Downloaded by [University of Nebraska, Lincoln] at 11:38 03 June 2016

The primary focus of the present study is to investigate the effects of rivaroxaban on routine coagulation assays using our local widely available reagents. The secondary focus of the study is to investigate the relationship between sensitive coagulation assays and inhibition of FXa activity to assess which assays have a stronger correlation with bleeding risk.

**Materials and methods**

This study was performed in accordance with the Declaration of Helsinki and was approved by the Medical Ethnic Committee of the Fifth People's Hospital of Shanghai, Fudan University, China. Written informed consent was obtained from each study participant.

*In vitro*

10 healthy individuals (5 males and 5 females, between the ages of 23 - 45) of our laboratory were included in this study. These subjects all had normal coagulation tests including PT, activated partial thromboplastin time (APTT), thrombin time (TT), and fibrinogen, no history of thromboembolic or hemorrhagic diseases, and no other disease that required the use of medications that could have a direct effect on the functions of platelet and/or coagulation factors during a two-week period prior to sampling. Blood was obtained via venepuncture, and collected into 0.109 M sodium citrate (9:1 v/v) tubes (BD, Plymouth, UK). Platelet-poor plasma (PPP) was obtained by centrifuging blood samples for 10 min at 3,000rmp at room temperature. PPPs from the 10 individuals were mixed to obtain the normal pooled plasma (NPP) immediately, which was frozen at –80°C without delay. Frozen NPP aliquots were thawed and heated at 37°C for 5 min just before experiment.

The stock solution of rivaroxaban was obtained from Selleck (S3002) at a concentration of 4.36 mg/ml in 100% Dimethyl sulfoxide (DMSO). This stock solution was diluted in phosphate-buffered saline (PBS) without $Mg^{2+}$ and $Ca^{2+}$ in order to obtain

Case ID: 150102349
Control No.: 17091055

intermediate solutions at 5.45μg/ml, 2.18μg/ml, 1.09μg/ml and 0.545μg/ml [8]. Working

solutions of 545ng/ml, 218ng/ml, 109ng/ml and 54.5ng/ml were obtained by mixing

intermediate solutions with NPP. The DMSO concentration in plasma was ≤ 0.05% (v/v),

which did not influence the coagulation [16].

*In clinical patients*

Twenty-five patients were included in this study (9 males, 16 females; mean age, 77

±11 years; median age, 79.5 years). Each patient was treated with 10 mg once daily for the

prevention of deep vein thromboembolism after elective hip or knee replacement surgery.

Exclusion criteria were severe liver or renal dysfunction, coagulation disorders, malignancy,

or receiving other anticoagulation drugs.

After receiving rivaroxaban for ≥ 5 days, plasma samples were collected. Platelet-

poor plasma (PPP) was obtained as described above for the healthy individuals. Each plasma

sample was aliquot into tubes and PT, APTT, TT and fibrinogen were performed

immediately. All other aliquots were immediately frozen at -80°C and heated to 37°C for 5

min prior to testing for other assays.

*Coagulation assays*

PT, APTT, TT and fibrinogen were performed in NPP samples spiked with

rivaroxaban (rivaroxaban concentrations of 545ng/ml, 218ng/ml, 109ng/ml and 54.5ng/ml)

and PPP samples from patients treated with rivaroxaban on a CS5100 automatic hemostasis

analyzer (Sysmex Corporation, Kobe, Japan). These assays were performed using the

reagents from Dade Behring (Thromborel S、Actin、Test ThrombinReagent and Thrombin

Reagent，respectively). Results of PT and APTT were reported in seconds and as ratios (vs.

NPP).

Downloaded by [University of Nebraska, Lincoln] at 11:38 03 June 2016

Case ID: 150102349
Control No.: 17091055

Downloaded by [University of Nebraska, Lincoln] at 11:38 03 June 2016

Biophen DiXaI (Hyphen BioMed, Neuville-Sur-Oise, France) kit can be used for quantitative measurement the concentration of rivaroxaban on human citrated blood plasma. This assay is based on the inhibitory action of rivaroxaban on exogenous FXa which specifically cleaves para-nitroaniline (p-NA) linked to a chromogenic substrate. Then, pNA is released from the substrate and measured at 405 nm. The amount of pNA released is directly proportional to residual FXa activity. There is an inverse relationship between the concentration of rivaroxaban in the tested sample and colour development, measured at 405 nm. Due to a high ionic strength pH 7.9 buffer, this test is specific for FXa direct inhibitors (DiXaIs), without interference of indirect polysaccharide inhibitors [6].This assay was performed in citrated NPP samples spiked with rivaroxaban (rivaroxaban concentrations of 545ng/ml, 218ng/ml, 109ng/ml and 54.5ng/ml) and PPP samples from patients treated with rivaroxaban on an ACL-TOP 700 coagulometer (Beckman Coulter, USA) using the Biophen Rivaroxaban Calibrator and Control (Hyphen BioMed, Neuville-Sur-Oise, France).

The inhibition of FXa activity was determined using the Biophen Factor X assay (Hyphen BioMed, Neuville-Sur-Oise, France) according to kit instructions with minor adjustments [17]. This assay is based on activation of endogenous FX by Russell's viper venom (RVV), and then the specific chromogenic FXa substrate is cleaved by the residual FXa, releasing para-nitroaniline (pNA), which colour is measured at 405nm. There is a direct relationship between colour development and FX activity in the tested plasma. In this study, the system was calibrated in a ranging from 0 to 200% by using NPP, and was used to calculate FXa activities in percentage for each sample. In each sample, the inhibition of FXa activity was calculated as the percentage difference of the FXa activity in undiluted NPP samples (100% FXa activity) and the FXa activity measured for samples. The test was performed in citrated NPP samples spiked with rivaroxaban (rivaroxaban concentrations of 545ng/ml, 218ng/ml, 109ng/ml and 54.5ng/ml) and PPP samples from patients treated with

Downloaded by [University of Nebraska, Lincoln] at 11:38 03 June 2016

rivaroxaban using manual protocols as follow. The plasma samples were diluted 1:10 in Tris-NaCl buffer. 50 $\mu$l of these mixtures were incubated for 2 min at 37°C. After the addition of 50 $\mu$l of a solution of the chromogenic FXa substrate, the mixtures were incubated for an additional 2 min at 37°C. Then, 50 $\mu$l of a RVV solution was added and the reaction was terminated by introducing of 50 $\mu$l of acetic acid (20%) after 3 min. Finally, the UV absorptions were measured at 405 nm.

### Statistical analysis

Statistical and graphing analyses were performed using GraphPad Prism version 5.00 (GraphPad Software, San Diego, CA, USA, https://www.graphpad.com) for Windows. Regression analyses were fitted using the least squares method and reported with the correlation coefficient ($r^2$). Recovery was calculated as the (measured value/expected value) *100%. The D'Agostino–Pearson Omnibus K2 test was used to assess for normality. For all statistical tests, P-values <0.05 were considered to be statistically significant and degrees of freedom (DF) were reported when appropriate.

## Results

### Sensitive assays

*In vitro*, the spiked plasma samples were tested four times over four days at each of four concentrations (545ng/ml, 218ng/ml, 109ng/ml and 54.5ng/ml). The linear correlation coefficient ($r^2$) of measured concentrations of rivaroxaban, by Biophen DiXaI, and spiked concentrations of rivaroxaban was 0.99 (Fig. 1). The measured concentrations of rivaroxaban were reliable and within 20% (recovery range 83% to 119%) of the spiked concentrations. PT showed a high linear correlation with measured concentrations (Fig. 2a), and the correlation coefficient ($r^2$) was 0.95. PT ratio showed a higher linear correlation coefficient ($r^2$) of 0.98

Case ID: 150102349
Control No.: 17091055

Downloaded by [University of Nebraska, Lincoln] at 11:38 03 June 2016

(Fig. 2b). APTT showed a good linear correlation with measured concentrations (Fig. 2c), and the correlation coefficient ($r^2$) was 0.87. APTT ratio also showed a higher linear correlation coefficient ($r^2$) of 0.97(Fig. 2d). TT and fibrinogen values were not affected by rivaroxaban (Fig. 2e and Fig. 2f).

*In vivo*, patient samples were obtained between 1 April 2015 and 30 November 2015. Each patient was collected two plasma samples at two different time points after receiving rivaroxaban. A total of fifty clinical samples, obtained from orthopaedic patients under prophylactic treatment with rivaroxaban 10 mg once daily, were tested. 18 samples were obtained at the time of peak drug activity after drug administration (mean, $2.6 \pm 0.6$ h), 18 samples were collected directly at 0-2 h before rivaroxaban dosing, and 14 samples were obtained at unfixed time points after drug administration. No thrombotic event or bleeding occurred during the study. PT and PT ratio showed a moderate linear correlation with rivaroxaban concentrations (Fig. 3a and Fig. 3b) and the correlation coefficient ($r^2$) was 0.68 and 0.73 respectively, while APTT and APTT ratio showed a poor correlation with rivaroxaban concentrations as shown in Fig. 3c and Fig. 3d. When rivaroxaban concentrations reached 101.7ng/ml, the PT value was above the upper limit of the normal range (normal range: 10.0-13.0 s)(Fig. 3a).

*Bleeding risk*

Inhibition of FXa activity showed a curvilinear correlation with rivaroxaban concentrations measured by Biophen DiXaI *in vitro* (Fig. 4a) with $r^2$=0.99. PT showed a curvilinear correlation with inhibition of FXa activity (Fig. 4b) with $r^2$=0.77. *In vivo*, the inhibition of FXa activity also had a curvilinear correlation with rivaroxaban concentrations measured by Biophen DiXaI (Fig. 5a) *in vivo* with $r^2$=0.78. PT also showed a curvilinear correlation with inhibition of FXa activity (Fig. 5b) with $r^2$=0.61.

Downloaded by [University of Nebraska, Lincoln] at 11:38 03 June 2016

**Discussion**

The gold standard for measuring the concentration of rivaroxaban is liquid chromatograph (LC)-mass spectrometry (MS) [18]. However, many clinical laboratories do not have access to LC-MS analysis, which makes this technique unsuitable for routine measurement of rivaroxaban. A number of studies have indicated that anti- FXa chromogenic assays are specific and sensitive measurement methods for direct FXa inhibitors [6-9]. Recently, *in vitro* and *in vivo*, most studies have investigated the suitability of commercially available chromogenic anti-FXa assay Biophen DiXaI with rivaroxaban calibrators and controls for determination of rivaroxaban plasma concentrations [6, 8]. The availability and methodology of this assay can be easier implemented in clinical laboratories, and it is in good agreement with LC-MS/MS measurements. Our study showed that rivaroxaban concentrations, measured by Biophen DiXaI, had a high linear correlation with spiked concentrations and the recovery was acceptable. Therefore, we suggest that Biophen DiXaI could be used to measure the plasma concentration of rivaroxaban.

The FX deficiency is defined that the FX plasma activity levels are as low as 6-10% of the normal range to be considered mild deficiency, and below 1% are considered to be severe deficiency [19-20]. The FX plasma activity levels above 20% are rarely associated with bleeding, while patients with the FX plasma activity levels < 10% present with mucocutaneous bleeding and patients with levels < 5% may have symptoms including hemarthrosis, intracranial hemorrhage, and gastrointestinal bleeding. Sae Heum Song et al [15] reported the duration of time that the intrinsic FXa activity was suppressed to 15% (the inhibition of FXa activity= 85%) of normal or lower by edoxaban (another FXa inhibitor) was the most significant predictor for the observed bleeding risk. This implied there was a threshold for the inhibition of FXa relative to bleeding risk. Therefore, the inhibition of FXa

activity above a limiting value may result in excessive bleeding. So in this study, the inhibition of FXa activity could be considered as a predictor for risk of bleeding.

*In vitro*, PT and APTT showed good correlation with rivaroxaban concentrations. However, *in vivo*, PT showed a moderate linear correlation with rivaroxaban concentrations, while APTT showed a poor correlation with rivaroxaban concentrations. *In vitro* and *in vivo*, PT showed a moderate correlation with the inhibition of FXa activity. When the inhibition of FXa activity reached 85%, the PT value was 15.6s (90% confidence intervals =13.01s to 18.82s) approximately *in vivo*. Consequently, the PT reagent (Thrombosis S) may also provide relevant information about cases of bleeding in clinical, and could be considered as a rough method to monitor the anticoagulation activity of rivaroxaban and evaluate bleeding risk caused by rivaroxaban.

In spiked plasma and patient's plasma, the rivaroxaban concentrations measured by Biophen DiXaI always showed a good correlation with the inhibition of FXa activity. As no formal therapeutic drug levels or safety intervals have been established, the close relation between the inhibition of FXa activity and rivaroxaban concentrations measured by Biophen DiXaI may be used to propose an approximate threshold associated with bleeding risk.

*In vitro*, the values of PT showed slightly shorter and the values of APTT showed slightly longer than those values *in vivo*. Due to freezing and thawing before testing *in vitro*, the values of shortened PT and prolonged APTT may have been affected [21]. The limitation of this study is that only the inhibition of FXa activity was measured as the predictor for bleeding risk.

We conclude that Biophen DiXaI could be used as a quantitative method to monitor the anticoagulation activity of rivaroxaban. The rivaroxaban concentrations measured by Biophen DiXaI showed a close correlation with the inhibition of FXa activity, which could be used to propose an approximate threshold associated with bleeding risk. The PT reagent

Downloaded by [University of Nebraska, Lincoln] at 11:38 03 June 2016

ACCEPTED MANUSCRIPT

Downloaded by [University of Nebraska, Lincoln] at 11:38 03 June 2016

(Thrombosis S) could be used as a rough method to monitor the anticoagulation activity of rivaroxaban and evaluate bleeding risk due to rivaroxaban. It is possible that the present results in patients treated with rivaroxaban be applied to other oral direct FX inhibitors (apixaban and edoxaban). It is the first time that this type of data has been reported in associated with the Chinese ethnic group. This work represents an advance in biomedical science because it shows that Biophen DiXaI not only could be used as quantitative method to assess the anticoagulation activity of rivaroxaban, but also could be used to evaluate the risk of bleeding caused by rivaroxaban.

## Acknowledgements

This work was supported by grants from the health and family planning commission of Shanghai Minhang District (No.2013MW10) and the talent development special funds (leading talent) project of Shanghai Minhang District.

## Conflicts of interest

There are no conflicts of interest.

Downloaded by [University of Nebraska, Lincoln] at 11:38 03 June 2016

**References**

1    Kubitza D, Becka M, Voith B, et al. Safety, pharmacodynamics, and
     pharmacokinetics of single doses of BAY 59-7939, an oral, direct factor Xa inhibitor.
     Clin Pharmacol Ther. 2005; 78: 412-421.

2    Mueck W, Eriksson BI, Bauer KA, et al. Population pharmacokinetics and
     pharmacodynamics of rivaroxaban--an oral, direct factor Xa inhibitor--in patients
     undergoing major orthopaedic surgery. Clin Pharmacokinet. 2008; 47: 203-216.

3    Zhao X, Sun PH, Zhou Y, et al. Safety, pharmacokinetics and pharmacodynamics of
     single/multiple doses of the oral, direct Factor Xa inhibitor rivaroxaban in healthy
     Chinese subjects. Br J Clin Pharmacol. 2009; 68:77-88.

4    Perzborn E, Roehrig S, Straub A, et al. Rivaroxaban: A New Oral Factor Xa Inhibitor.
     Arterioscler Thromb Vasc Biol. 2010; 30: 376-381.

5    Kitchen S, Gray E, Mackie I, et al. Measurement of non-coumarin anticoagulants and
     their effects on tests of Haemostasis: Guidance from the British Committee for
     Standards in Haematology. Br J Haematol. 2014; 166: 830-841.

6    Samama MM, Amiral J, Guinet C, et al. An optimised, rapid chromogenic assay,
     specific for measuring direct factor Xa inhibitors (rivaroxaban) in plasma. Thromb
     Haemost. 2010; 104: 1078-1079.

7    Samama MM, Contant G, Spiro TE, et al. Evaluation of the anti-factor Xa
     chromogenic assay for the measurement of rivaroxaban plasma concentrations using
     calibrators and controls. Thromb Haemost. 2012; 107: 379–387.

8    Douxfils J, Tamigniau A, Chatelain B, et al. Comparison of calibrated chromogenic
     anti-Xa assay and PT tests and HPLC. Thromb Haemost. 2013; 110: 723–731.

ACCEPTED MANUSCRIPT

Downloaded by [University of Nebraska, Lincoln] at 11:38 03 June 2016

9       Schmitz EM, Boonen K, Van Den Heuvel DJ, et al. Determination of dabigatran, rivaroxaban and apixaban by ultra-performance liquid chromatography - tandem mass spectrometry (UPLC-MS/MS) and coagulation assays for therapy monitoring of novel direct oral anticoagulants. J Thromb Haemost. 2014; 12: 1636-1646.

10      Blann AD. Non-vitamin K antagonist oral anticoagulants (NOACs): a view from the laboratory. Br J Biomed Sci. 2014;71:158-67.

11      Heidbuchel H, Verhamme P, Alings M, et al. European Heart Rhythm Association Practical Guide on the use of new oral anticoagulants in patients with non-valvular atrial fibrillation [J] . Europace. 2013; 15: 625-651.

12      Hillarp A, Baghaei F, Fagerberg BI, Gustafsson KM, Stigendal L, Sten-Linder M, Strandberg K, et al. Effects of the oral, direct factor Xa inhibitor rivaroxaban on commonly used coagulation assays. J Thromb Haemost. 2011; 9: 133-139.

13      Douxfils J, Mullier F, Loosen C, Chatelain C, Chatelain B, Dogné JM. Assessment of the impact of rivaroxaban on coagulation assays: Laboratory recommendations for the monitoring of rivaroxaban and review of the literature. Thromb Res. 2012; 130: 956–966.

14      Van Blerk M, Bailleul E, Chatelain B, Demulder A, Devreese K, Douxfils J, Jochmans K, et al. Influence of dabigatran and rivaroxaban on routine coagulation assays. A nationwide Belgian survey. Thromb Haemost. 2015; 113: 154-164.

15      Song SH, Kang D, Halim AB, et al. Population pharmacokinetic-pharmacodynamic modeling analysis of intrinsic FXa and bleeding from edoxaban treatment. J Clin Pharmacol. 2014; 54: 910–916.

Downloaded by [University of Nebraska, Lincoln] at 11:38 03 June 2016

16      Camici GG, Steffel J, Akhmedov A, et al. Dimethyl sulfoxide inhibits tissue factor

        expression, thrombus formation, and vascular smooth muscle cell activation: a

        potential treatment strategy for drug-eluting stents. Circulation. 2006; 114: 1512-

        1521.

17      Ploen R, Sun L, Zhou W, et al. Rivaroxaban does not increase hemorrhage after

        thrombolysis in experimental ischemic stroke. J Cerebr Blood F Met. 2014; 34: 495 –

        501.

18      Rohde G. Determination of rivaroxaban--a novel, oral, direct Factor Xa inhibitor--in

        human plasma by high-performance liquid chromatography-tandem mass

        spectrometry. J Chromatogr B Analyt Technol Biomed Life Sci. 2008; 872: 43-50.

19      Brown DL, Kouides PA. Diagnosis and treatment of inherited factor X deficiency.

        Haemophilia. 2008; 14: 1176-1182.

20      Perzborn E, Roehrig S, Straub A, et al. The discovery and development of

        rivaroxaban, an oral, direct factor Xa inhibitor. Nat Rev Drug Discov. 2011; 10: 61-

        75.

21      Gosselin RC, Dwyre DW. Determining the effect of freezing on coagulation testing:

        comparison of results between fresh and once frozen-thawed plasma. Blood Coagul

        Fibrin. 2015; 26: 69–74.

**Summary Table**

<u>What is known about this subject:</u>

- Rivaroxaban can be used without routine coagulation monitoring, but clinical surveillance is recommended in several situations.
- The sensitivity of PT to assess the anticoagulation activity of rivaroxaban varies depending on reagents and instruments used.
- Anti-factor Xa (FXa) chromogenic assays and PT assays associated with bleeding risk are currently unknown.

<u>What this paper adds:</u>

- The anti-FXa chromogenic assay (Biophen DiXaI) has a close correlation with the inhibition of FXa activity.
- The close relation between the inhibition of FXa activity and rivaroxaban concentrations measured by Biophen DiXaI could be used to propose an approximate threshold associated with bleeding risk.
- The PT reagent (Thrombosis S) could be used as a rough method to monitor the rivaroxaban activity and evaluate the risk of bleeding.

Downloaded by [University of Nebraska, Lincoln] at 11:38 03 June 2016

ACCEPTED MANUSCRIPT

16

**Figures**



**Fig1**: *in vitro*, the linear regression model fitted using the least square approach showed the

relationship between measured concentrations by Biophen DiXaI and spiked concentrations.

Biophen DiXaI, Biophen Direct Factor Xa Inhibitor.

Downloaded by [University of Nebraska, Lincoln] at 11:38 03 June 2016

Downloaded by [University of Nebraska, Lincoln] at 11:38 03 June 2016



**Fig2**: *in vitro*, the linear regression model fitted using the least square approach showed the relationship between rivaroxaban concentrations measured by Biophen DiXaI and PT (a)、PT ratio(b)、APTT(c) and APTT ratio(d), respectively. Scatter plot of TT (e) and FIB (f) versus rivaroxaban concentrations measured by Biophen DiXaI.

Biophen DiXaI, Biophen Direct Factor Xa Inhibitor; PT, prothrombin time; PT ratios, prothrombin time versus the normal pooled plasma (NPP); APTT, activated partial thromboplastin time; APTT ratios, activated partial thromboplastin time versus NPP; TT, thrombin time; FIB, fibrinogen.

Case ID: 150102349
Control No.: 17091055

Downloaded by [University of Nebraska, Lincoln] at 11:38 03 June 2016



**Fig3:** *in vivo*, scatter plot of PT (a)、 PT ratio(b)、 APTT(c) and APTT ratio(d) versus

rivaroxaban concentrations measured by Biophen DiXaI.

Biophen DiXaI, Biophen Direct Factor Xa Inhibitor; PT, prothrombin time; PT ratios,

prothrombin time versus the normal pooled plasma (NPP); APTT, activated partial

thromboplastin time; APTT ratios, activated partial thromboplastin time versus NPP.



**Fig4:** *in vitro*, the inhibition of FXa activity correlation with rivaroxaban concentrations measured by Biophen DiXaI (a) and PT (b).

FXa, factor Xa; Biophen DiXaI, Biophen Direct Factor Xa Inhibitor; PT, prothrombin time.

Downloaded by [University of Nebraska, Lincoln] at 11:38 03 June 2016

ACCEPTED MANUSCRIPT

Downloaded by [University of Nebraska, Lincoln] at 11:38 03 June 2016



**Fig5:** *in vivo*, the inhibition of FXa activity correlation with rivaroxaban concentrations measured by Biophen DiXaI (a) and PT (b).

FXa, factor Xa; Biophen DiXaI, Biophen Direct Factor Xa Inhibitor; PT, prothrombin time.

Case ID: 150102349
Control No.: 17091055