UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| Dora Mingo, et al. v. Janssen Research & Development, LLC et al. | MAGISTRATE NORTH |
| Case No. 2:15-cv-03469 | |

## JOINT STIPULATION ON MOTION
## *IN LIMINE* FILINGS AND RULINGS

NOW INTO COURT, through undersigned counsel, come Plaintiff Dora Mingo, and Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer Pharma AG, Janssen Pharmaceuticals, Inc., and Janssen Research and Development, LLC, who desire to preserve issues for appeal and eliminate the need for the Court to separately consider Motions *in Limine* similar to those already ruled upon by this Court in *Joseph Boudreaux, Jr. et al. v. Janssen et al*, Case No. 2:14-cv-02720, and *Joseph Orr, Jr., et al. v. Janssen et al.,* Case No. 2:15-cv-03708. Subject to a full reservation of rights and unless otherwise ordered by the Court, the parties hereby stipulate as follows.

I.

The parties stipulate that all motions *in limine*, and all memoranda in support, in opposition, and in reply that previously were filed in *Boudreaux* and *Orr are* considered filed in *Mingo*. The parties' reserve their rights and objections as set forth in the below-identified motions *in limine* and oppositions filed in *Boudreaux* and *Orr*, as if fully set forth herein. For clarity, those motions and memoranda are as follows:

A. **Defendants' Joint Motions** *in Limine*

(1) Defendants' Joint Motion *in Limine* No. 2 to Exclude Evidence and Argument Regarding Marketing, Advertising, or Promotional Materials Not Relied on By Plaintiff's Prescribing Physician [Doc. 5933], and response/memorandum in opposition filed by Plaintiffs [Doc. 6141];

(2) Defendants' Joint Motion *in Limine* No. 3 to Exclude Evidence of Foreign Labeling and Regulatory Actions Under Federal Rules of Evidence 402 and 403 [Doc. 5954], and response/memorandum in opposition filed by Plaintiffs [Doc. 6169; 6239];

(3) Defendants' Joint Motion *in Limine* No. 4 Regarding the Record 4 Clinical Trial and SEIFE 2015 [Doc. 5958], and response/memorandum in opposition filed by Plaintiffs [Doc. 6144; 6228];

(4) Defendants' Joint Motion *in Limine* No. 5 to Exclude Evidence and Argument Related to Use of Xarelto for Treatment of Acute Coronary Syndrome (Defendants' Joint Motion in Limine No. 5) [Doc. 5942], and response/memorandum in opposition filed by Plaintiffs [Doc. 6166];

(5) Defendants' Joint Motion *in Limine* No. 6 to Exclude Argument or Evidence Regarding the Lack of a Reversal Agent for Xarelto [Doc. 5947], and response/memorandum in opposition filed by Plaintiffs [Doc. 6163];

(6) Defendants' Joint *in Limine* No. 7 to Exclude Evidence or Argument that the Xarelto Label Should Have Included Information About the INRatio Device Recall Used in ROCKET AF or That Is Inconsistent With FDA's September 2016 Reanalysis That the Recall Did Not Impact the Results of ROCKET AF [Doc. 5940], and response/memorandum in opposition filed by Plaintiffs [Doc. 6162];

(7) Defendants' Joint Motion *in Limine* No. 8 to Exclude Evidence and Argument Regarding the September 2015 Xarelto Label And/Or Related Correspondence [Doc. 5935], and response/memorandum in opposition filed by Plaintiffs [Doc. 6145];

(8) Defendants' Joint Motion *in Limine* No. 9 to Exclude Evidence of Dr. Califf's Proposal to Pursue "Rocket 2.0" Under Federal Rules of Evidence 402 & 403 [Doc. 5950], and response/memorandum in opposition filed by Plaintiffs [Doc. 6151; 6230];

(9) Defendants' Joint Motion *in Limine* No. 10 to Exclude Dr. Cuculich and Dr. Smart's Testimony Regarding Defendants' Detail Representatives [Doc. 5937], and response/memorandum in opposition filed by Plaintiffs [Doc. 6165];

(10) Defendants' Joint Omnibus Motion *in Limine* No. 1 [Doc. 5955], including Defendants' Motions *in Limine* Nos. 11–17, and response/memorandum in opposition filed by Plaintiffs [Doc. 6159];

(11) Defendants' Joint Omnibus Motion *in Limine* No. 2 [Doc. 5956], including Defendants' Motions *in Limine* Nos. 18–22 and response/memorandum in opposition filed by Plaintiffs [Doc. 6153]; and

(12) Defendants' Joint Motion for an Order (1) Dismissing With Prejudice Claims Based on Allegations that Plaintiffs Have Abandoned and (2) Barring Scientific Evidence Based on Waiver of *Daubert* Arguments [Doc. 5957], response/memorandum in opposition filed by Plaintiffs [Doc. 6167], and Defendants' reply memorandum [Doc. 6227];

(13) Defendants' Joint Motion *in Limine* to Exclude Reference to Dr. Califf as FDA Commissioner Under Federal Rules Of Evidence 402 & 403 [Doc. 6491], and response/memorandum in opposition filed by Plaintiffs [Doc. 6565]; and

(14) Defendants' Joint Motion for an Order (a) Dismissing With Prejudice Claims Based on Allegations that Plaintiffs Have Abandoned and (b) Barring Scientific Evidence Based on Waiver of *Daubert* Arguments [Doc. 6485], and response/memorandum in opposition filed by Plaintiffs [Doc. 6564].

    **B.    Plaintiffs' Motions** *in Limine*

(1) Plaintiffs' Motion *in Limine* No. 4 Regarding the Relationship between Plaintiff and His Attorneys [Doc. 5919], and response/memorandum in opposition filed by Defendants [Doc. 6173];

(2) Plaintiffs' Motion *in Limine* No. 7 Regarding Hearsay Statement from Medical Associations [Doc. 5920], and response/memorandum in opposition filed by Defendants [Doc. 6181];

(3) Plaintiffs' Motion *in Limine* No. 8 Regarding Plaintiffs' Counsels' Advertisements [Doc. 5921], and response/memorandum in opposition filed by Defendants [Doc. 5921];

(4) Plaintiffs' Motion *in Limine* No. 9 Regarding Plaintiffs' Counsels' Communications or Meetings with Mrs. Orr's Prescribing or Treating Physicians [Doc. 5922], and response/memorandum in opposition filed by Defendants [Doc. 6146];

(5) Plaintiffs' Motion *in Limine* No. 10 Regarding an Alleged "Litigation Crisis," "Lawsuit Crisis," "Lawsuit Abuse," or "Lawyer-Driven Litigation" [Doc. 5923], and response/memorandum in opposition filed by Defendants [Doc. 6178];

(6) Plaintiffs' Motion *in Limine* No. 11 Regarding Personal Use of Xarelto [Doc. 5924]; and response/memorandum in opposition filed by Defendants [Doc. 6168] [NOTE: RE-ASSERTED AS PLAINTIFFS' MOTION IN LIMINE NO. 11 (Doc. 6445)];

(7) Plaintiffs' Motion *in Limine* No. 12 Regarding Individual Character Evidence [Doc. 5925], and response/memorandum in opposition filed by Defendants [Doc. 6149];

(8) Plaintiffs' Motion *in Limine* No. 13 Regarding Defendants' Corporate Character and Good Acts [Doc. 5926], and response/memorandum in opposition filed by Defendants [Doc. 6150];

(9) Plaintiffs' Motion *in Limine* No. 14 Regarding Preemption and State Tort Laws [Doc. 5927], and response/memorandum in opposition filed by Defendants [Doc. 6154]

(10) Plaintiffs' Motion *in Limine* No. 15 Regarding FDA Approval [Doc. 5928], and response/memorandum in opposition filed by Defendants [Doc. 6189] [NOTE: RE-ASSERTED AS PLAINTIFFS' MOTION *IN LIMINE* NO. 15 (Doc. 6475)], and response/memorandum in opposition filed by Defendants [Doc. 6572];

(11) Plaintiffs' Motion *in Limine* No. 16 Regarding the Effect of State Tort Laws [Doc. 5929], and response/memorandum in opposition filed by Defendants [Doc. 6160];

(12) Plaintiffs' Motion *in Limine* No. 17 Regarding Potential Adverse Effects of a Plaintiffs' Verdict [Doc. 5930], and response/memorandum in opposition filed by Defendants [Doc. 6152];

(12) Plaintiffs' Motion *in Limine* No. 19 Regarding FDA Approval [Doc. 5931], and response/memorandum in opposition filed by Defendants [Doc. 6180];

(13) Plaintiffs' Motion *in Limine* No. 22 Regarding Defendants' Lack of Permission to Change the Label of Xarelto Without Prior FDA Approval [Doc. 5943], and response/memorandum in opposition filed by Defendant [Doc. 6154], as well as the re-asserted Motion [Doc. 6476], and response/memorandum in opposition filed by Defendants [Doc. 6575];

5

(14) Plaintiffs' Motion *in Limine* No. 23 Regarding Diluted Warnings [Doc. 5944], and response/memorandum in opposition filed by Defendants [Doc. 6148];

(15) Plaintiffs' Motion *in Limine* No. 24 Regarding References to Advertising or Choice of Counsel [Doc. 5951], and response/memorandum in opposition filed by Defendants [Doc. 6173];

(16) Plaintiffs' Motion *in Limine* No. 28 Regarding Xarelto's Ability to Save Lives [Doc. 5949], and response/memorandum in opposition filed by Defendants [Doc. 6155];

(17) Plaintiffs' Expedited Motion *in Limine* No. 11 Regarding Personal Use of Anticoagulants, Including Xarelto [Doc. 6445], and response/memorandum in opposition filed by Defendants [Doc. 6531], and reply filed by Plaintiffs [Doc. 6546];

(18) Plaintiffs' Motion *in Limine* No. 15 Regarding FDA Approval [Doc. 6475], and response/memorandum in opposition filed by Defendants [Doc. 6572];

(19) Plaintiffs' Motion i*n Limine* No. 22 Regarding Defendants' Lack of Permission to Change the Label of Xarelto Without Prior FDA Approval [Doc. 6476], and response/memorandum in opposition filed by Defendants [Doc. 6575];

(20) Plaintiffs' Motion *in Limine* No. 25 Regarding References to Fiction Allegedly Authored by Suzanne Parisian, M.D. [Doc. 6468], and response/memorandum in opposition filed by Defendants [Doc. 6548];

(21) Plaintiffs' Motion *in Limine* No. 30 to Preclude Testimony and Argument That Plaintiffs' Experts Have Not Publicized/Published or Submitted Their Opinions to the FDA or Any Other Organization [Doc. 6474], and response/memorandum in opposition filed by Defendants [Doc. 6559];

(22) Plaintiffs' Motion *in Limine* No. 31 Regarding Homeopathic Treatments and Use of Supplements [Doc. 6469], and response/memorandum in opposition filed by Defendants [Doc. 6554];

(23) Plaintiffs' Motion i*n Limine* No. 32 Concerning Unrelated Litigation [Doc. 6471], and response/memorandum in opposition filed by Defendants [Doc. 6552];

(24) Plaintiffs' Motion *in Limine* No. 33 Regarding The FDA's Alleged Rejection of Defendants' Attempts to Modify the Xarelto Label [Doc. 6472], and response/memorandum in opposition filed by Defendants [Doc. 6549];

(25) Plaintiffs' Motion in *Limine* No. 34 Concerning the Character Assassination of Frank W. Smart, MD, FACC, FACP [Doc. 6473], and response/memorandum in opposition filed by Defendants [Doc. 6547];

(26) Plaintiffs' Motion *in Limine* No. 35 to Admit Evidence of Defendants' Statements Outside the United States That Directly Contradict Their Position that PT Neoplastin Is Not Useful and Does Not Work to Determine the Anticoagulant Activity of Xarelto [Doc. 6480], and response/memorandum in opposition filed by Defendants [Doc. 6560];

(27) Plaintiffs' Motion i*n Limine* No. 37 to Preclude The False and Misleading Argument that Prothombin Time (PT) Test Must Be Specifically Approved by the FDA for Use with Xarelto [Doc. 6492], and response/memorandum in opposition filed by Defendants [Doc. 6561].

II.

The parties stipulate that the Court's Order and Reasons dated April 18, 2017 [Doc. 6254] on the motions *in limine* identified above that were filed by Plaintiffs and Defendants in *Boudreaux*, and the Court's Order and Reasons dated May 26, 2017 [Doc. 6645] on the motions

*in limine* identified above that were filed by Plaintiffs and Defendants in *Orr* shall apply to the trial of the above-entitled action. The parties reserve their rights to request that the Court clarify and reconsider its prior *in limine* rulings set forth in the Court's Order and Reasons [Doc. 6254], and the Court's Order and Reasons [Doc. 6645] as may be appropriate prior to or during trial, and to submit any offers of proof as necessary for appeal.

Dated: July 18, 2017

Respectfully submitted,

| | |
|---|---|
| BEASLEY ALLEN | GAINSBURGH BENJAMIN DAVID MEUNIER &WARSHAUER, LLC |
| By: /s/ Andy D. Birchfield, Jr.<br>ANDY D. BIRCHFIELD, JR.<br>Beasley Allen<br>218 Commerce Street<br>Montgomery, AL 36104<br>abirchfield@beasleyallen.com | By: /s/ Gerald E. Meunier<br>GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Telephone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com |
| *Counsel for Dora Mingo* | *Plaintiffs' Co-Liaison Counsel* |

HERMAN, HERMAN & KATZ, LLC

By: */s/ Leonard A. Davis*
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

8

BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.

BY: /s/ *Richard E. Sarver*
Richard E. Sarver
Celeste R. Coco-Ewing
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
rsarver@barrassousdin.com
ccoco-ewing@barrassousdin.com


DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
susan.sharko@dbr.com

Rodney M. Hudson
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Rodney.hudson@dbr.com

Chanda A. Miller
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2500
Chanda.Miller@dbr.com


IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.

By: */s/ Lyn P. Pruitt*
Lyn P. Pruitt
Adria W. Conklin
Benjamin D. Brenner
Mary Catherine Way
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
425 West Capitol Ave., Suite 1800
Little Rock, AR 72201
Telephone: (501) 688-8800
lpruitt@mwlaw.com
aconklin@mwlaw.com
bbrenner@mwlaw.com
mway@mwlaw.com


WATKINS & EAGER PLLC

By: */s/ Walter T. Johnson*
Walter T. Johnson
WATKINS & EAGER PLLC
The Emporium Building
400 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 965-1846
wjohnson@watkinseager.com


ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ *William Hoffman*
William Hoffman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
william.hoffman@apks.com

Andrew K. Solow
Steven Glickstein
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485

New Orleans, LA 70130
Telephone: (504) 310-2100
jirwin@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc. and Janssen Research & Development, LLC*

andrew.solow@apks.com
steven.glickstein@apks.com

BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Lindsey C Boney IV*
Kevin C. Newsom
Lindsey C. Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8803
knewsom@bradley.com


CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE MCCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
olinde@chaffe.com

*Attorneys for Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*